# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HERCULES, INC. and )<br>CYTEC INDUSTRIES, INC., )<br>)<br>Defendants. ) | C.A. No. 04-293 (KAJ)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

The undersigned, counsel for defendant Cytec Industries, Inc. ("Cytec"), hereby certifies that copies of Cytec's Responses and Objections to Plaintiff Ciba Specialty Chemicals Corporation's First Set of Interrogatories (Nos. 1-9) and Cytec's Responses and Objections to Plaintiff Ciba Specialty Chemicals Corporation's First Request for Production of Documents and Things (Nos. 1-71) were caused to be served on March 2, 2005 upon the following attorneys of record at the following address as indicated:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

**VIA FEDERAL EXPRESS**:

| | |
|---|---|
| Gordon R. Coons | Ford F. Farabow, Jr. |
| Eley O. Thompson | Joann M. Neth |
| Gregory C. Bays | A. Neal Seth |
| Leydig, Voit & Mayer, Ltd. | Eric J. Fues |
| Two Prudential Plaza, Suite 4900 | Finnegan, Henderson, Farabow, |
| Chicago, IL  60601-6780 |   Garrett & Dunner, L.L.P. |
| | 901 New York Avenue, NW |
| | Washington, DC  20001-4413 |

OF COUNSEL:                                             /s/  David E. Moore
                                                                  Richard L. Horwitz
Ford F. Farabow, Jr.                                    David E. Moore
Joann M. Neth                                            Hercules Plaza, 6th Floor
A. Neal Seth                                               1313 N. Market Street
Eric J. Fues                                                 P.O. Box 951
FINNEGAN, HENDERSON, FARABOW,   Wilmington, DE  19899-0951
  GARRETT & DUNNER, L.L.P.           (302) 984-6000
901 New York Avenue, NW                      rhorwitz@potteranderson.com
Washington, DC  20001-4413                  dmoore@potteranderson.com
(202) 408-4000

                                                                  *Attorneys for Defendant*
Dated:  March 3, 2005                              *Cytec Industries, Inc.*


672369 / 28118