UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on March 3, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

I hereby certify that on March 3, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Gordon R. Coons | Ford F. Farabow, Jr. |
| Eley O. Thompson | Joann M. Neth |
| Gregory C. Bays | A. Neal Seth |
| Leydig, Voit & Mayer, Ltd. | Eric J. Fues |
| Two Prudential Plaza, Suite 4900 | Finnegan, Henderson, Farabow, Garrett & |
| Chicago, IL  60601-6780 | Dunner, L.L.P. |
| | 901 New York Avenue, NW |
| | Washington, DC  20001-4413 |

/s/  David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672380 / 28118