IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-293 (KAJ) |
| v | ) | |
| | ) | |
| HERCULES INC. AND CYTEC INDUSTRIES, INC., | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 4, 2005, true and correct copies of Plaintiff CIBA Specialty Chemicals Corporation's Responses to Defendants' First Set of Requests for Production of Documents and Things (Nos. 1-60) and Plaintiff CIBA Specialty Chemicals Corporation's Responses to Defendants' First Set of Interrogatories (Nos. 1-7) were served upon the below-named counsel of record in the following manner:

**Via Hand Delivery:**
Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street, P.O. Box 951
Wilmington, DE  19899

**Via Federal Express:**
Ford F. Farabow, Jr., Esquire
Joann M. Neth, Esquire
A. Neal Seth, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC  20001-4413

Thomas L. Creel, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY  10022

RLF1-2848129-1

        /s/ *[signature]*
        Frederick L. Cottrell, III (#2555)
        Jeffrey L. Moyer (#3309)
        Chad M. Shandler (#3796)
        Richards, Layton & Finger
        One Rodney Square
        P.O. Box 551
        Wilmington, DE  19899
        (302) 651-7700
        cottrell@rlf.com
        moyer@rlf.com
        shandler@rlf.com
        Attorneys for Plaintiff

*Of Counsel:*
Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza
180 North Stetson, Suite 4900
Chicago, Illinois 60601


Dated:  March 4, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE  19899-0951

I hereby certify that on March 4, 2005, I have Federal Expressed the document(s) to the following non-registered participants:

Ford F. Farabow, Jr., Esquire
Joann M. Neth, Esquire
A. Neal Seth, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC  20001-4413

Thomas L. Creel, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY  10022

Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Chad M. Shandler (#3796)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
cottrell@rlf.com
moyer@rlf.com
shandler@rlf.com
Attorneys for Plaintiff

RLF1-2848132-1