**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 04-293 (KAJ) |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| HERCULES, INC. and CYTEC INDUSTRIES, INC., | ) ) ) | |
| Defendants. | ) | |

**NOTICE OF SERVICE**

The undersigned, counsel for defendants, hereby certifies that copies of Cytec's

Responses and Objections to Plaintiff Ciba Specialty Chemicals Corporation's Second Request

for Production of Documents and Things (Nos. 72-111) were caused to be served on March 8,

2005 upon the following attorneys of record at the following address as indicated:

**VIA HAND DELIVERY**

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

**VIA FEDERAL EXPRESS**

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL  60601-6780

Ford F. Farabow, Jr.
Joann M. Neth
A. Neal Seth
Eric J. Fues
Finnegan, Henderson, Farabow, Garrett &
   Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC  20001-4413

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Thomas L. Creel, P.C.

Marta E. Gross                                    By:  /s/  David E. Moore

GOODWIN PROCTER LLP                                    Richard L. Horwitz

599 Lexington Avenue                                   David E. Moore

New York, NY  10022                                   Hercules Plaza, 6th Floor

(212) 813-8800                                        1313 North Market Street

                                                      P. O. Box 951

Dated:  March 9, 2005                                Wilmington, DE  19899-0951

                                                      (302) 984-6000

                                                      rhorwitz@potteranderson.com

                                                      dmoore@potteranderson.com

*Attorneys for Defendant*
*Cytec Industries, Inc.*

673119 / 28118

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

## <u>CERTIFICATE OF SERVICE</u>

I, David E. Moore, hereby certify that on March 9, 2005, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF which will send notification of

such filing(s) to the following:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

I hereby certify that on March 9, 2005, I have faxed the foregoing document(s) to the

following non-registered participants:

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

Ford F. Farabow, Jr.
Joann M. Neth
A. Neal Seth
Eric J. Fues
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

/s/ David E. Moore
  Richard L. Horwitz
  David E. Moore
  Potter Anderson & Corroon LLP
  Hercules Plaza – 6th Floor
  1313 North Market Street
  Wilmington, DE 19899-0951
  (302) 984-6000
  rhorwitz@potteranderson.com
  dmoore@potteranderson.com