IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v ) <br> ) <br> HERCULES INC AND CYTEC ) <br> INDUSTRIES, INC., ) <br> ) <br> Defendants ) | C.A. No. 04-293 (KAJ) <br><br> JURY TRIAL DEMANDED |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on March 23, 2005, true and correct copies of Ciba Specialty Chemicals Corporation's Responses To Defendants' Second Set Of Requests (Nos 61-76) to Ciba For Production Of Documents And Things were served upon the below-named counsel of record in the following manner:

**Via Hand Delivery:**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899

**Via Federal Express:**
Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

**Via Federal Express:**
Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

_____
Chad M. Shandler (#3796)
Shandler@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Plaintiff Ciba Specialty Chemicals

Dated. March 23, 2005

RLF1-2855766-1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2005, I electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

I hereby certify that on March 23, 2005, I have Federal Expressed the document(s) to the following non-registered participants:

Ford F. Farabow, Jr., Esquire
Joann M. Neth, Esquire
A. Neal Seth, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Thomas L. Creel, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

Chad M. Shandler (#3796)
Shanler@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Plaintiff

RLF1-2848132-1