IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HERCULES INCORPORATED and )<br>CYTEC INDUSTRIES, INC., )<br>)<br>Defendants. ) | C. A. No. 04-293 (KAJ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Hercules, Inc., hereby certifies that copies of the following documents were caused to be served on March 29, 2005 on the attorneys of record at the following addresses as indicated:

1. Hercules's First Set of Requests for Admission (Nos. 1-37) to Ciba;

2. Hercules' Second Set of Interrogatories (Nos. 8-11) to Ciba; and

3. Hercules' Third Set of Requests (No. 77) to Ciba for Production of Documents and Things.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Ford F. Farabow, Jr.<br>Joann M. Neth<br>Eric J. Fues<br>A. Neal Seth<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>(202) 408-4000<br><br>Dated: March 29, 2005<br><br>675851 / 28118 | POTTER ANDERSON & CORROON LLP<br><br>By: ___/s/___<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant Hercules Incorporated* |

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

   I, David E. Moore, hereby certify that on March 29, 2005, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

   I hereby certify that on March 29, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Gordon R. Coons<br>Eley O. Thompson<br>Gregory C. Bays<br>Leydig, Voit & Mayer, Ltd.<br>Two Prudential Plaza, Suite 4900<br>Chicago, IL 60601-6780 | Thomas L. Creel, P.C.<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY 10022 |

_/s/_
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

675855 / 28118