IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS,<br>          Plaintiff,<br><br>v.<br><br>HERCULES INC. AND CYTEC<br>INDUSTRIES, INC.,<br>          Defendants. | )<br>)<br>)   C.A. No. 04-293 (KAJ)<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on April 28, 2005, true and correct copies of (i) Ciba Specialty Chemicals Corporation's Responses to Defendants' Second Set of Interrogatories (Nos. 8 - 11), (ii) Ciba Specialty Chemicals Corporation's Responses to Defendants' Third Set of Requests (No. 77) to Ciba for Production of Documents and Things and (iii) Ciba Specialty Chemicals Corporation's Responses and Objections to Defendants' First Set of Requests for Admissions (Nos. 1 - 37) were served upon the below-named counsel of record in the following manner:

**Via Facsimile and Federal Express:**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street
Wilmington, DE  19899

**Via Facsimile and Federal Express:**
Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY  10022

**Via Facsimile and Federal Express:**
Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC  20001-4413

                                                        /s/

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Dated: April 29, 2005        Attorneys for Plaintiff Ciba Specialty Chemicals

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2005, I hand delivered the foregoing Notice of Service to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**HAND DELIVERY:**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899

I hereby certify that on April 29, 2005, I have mailed by Federal Express the aforesaid Notice of Service to the following non-registered participants:

**FEDERAL EXPRESS:**
Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

**FEDERAL EXPRESS:**
Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7000