**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF DELAWARE**

CIBA SPECIALTY CHEMICALS CORPORATION, )
                                      )
        Plaintiff,                    )
                                      )
    v.                                )    C. A. No. 04-293 (KAJ)
                                      )
HERCULES INCORPORATED and             )
CYTEC INDUSTRIES, INC.,               )
                                      )
        Defendants.                   )

**NOTICE OF SERVICE**

The undersigned, counsel for Defendant Hercules, Inc., hereby certifies that

copies of Hercules' Responses and Objections to Plaintiff Ciba Specialty Chemicals

Corporation's First Set of Requests for Admission (Nos. 1-53) were caused to be served on

May 18, 2005 on the attorneys of record at the following addresses as indicated:


**VIA HAND DELIVERY**

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

**VIA FEDERAL EXPRESS**

Gordon R. Coons                 Thomas L. Creel, P.C.
Eley O. Thompson                Marta E. Gross
Gregory C. Bays                 Goodwin Procter LLP
Leydig, Voit & Mayer, Ltd.      599 Lexington Avenue
Two Prudential Plaza, Suite 4900  New York, NY  10022
Chicago, IL  60601-6780

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Ford F. Farabow, Jr.
Joann M. Neth
Eric J. Fues
A. Neal Seth
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Dated: May 18, 2005

682809

By: _____
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899-0951
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendant*
*Hercules Incorporated*

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on May 18, 2005, the attached

document was hand-delivered to the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

I hereby certify that on May 18, 2005, I have Federal Expressed the

foregoing document(s) to the following non-registered participants:

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL  60601-6780

Thomas L. Creel, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY  10022

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
Telephone:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672306