IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HERCULES INCORPORATED and )<br>CYTEC INDUSTRIES, INC., )<br>)<br>Defendants. ) | C. A. No. 04-293 (KAJ) |

### NOTICE OF SERVICE

The undersigned, counsel for Defendant Hercules, Inc., hereby certifies that copies of Hercules' Supplemental Response to Plaintiff Ciba Specialty Chemicals Corporation's First Set of Interrogatories (No. 2) were caused to be served on May 24, 2005 on the attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

### VIA FEDERAL EXPRESS

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

Thomas L. Creel, P.C.
Marta E. Gross
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

|  |  |
|---|---|
| | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | |
| Ford F. Farabow, Jr.<br>Joann M. Neth<br>Eric J. Fues<br>A. Neal Seth<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>(202) 408-4000 | By: /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>Tel: (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Dated: May 24, 2005 | *Attorneys for Defendant*<br>*Hercules Incorporated* |

683578

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on May 24, 2005, true and correct copies of the within document were caused to be served on the attorney of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

**VIA FEDERAL EXPRESS**

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL  60601-6780

Thomas L. Creel, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

Richard L. Horwitz

666520

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on May 24, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

I hereby certify that on May 24, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Gordon R. Coons<br>Eley O. Thompson<br>Gregory C. Bays<br>Leydig, Voit & Mayer, Ltd.<br>Two Prudential Plaza, Suite 4900<br>Chicago, IL 60601-6780 | Thomas L. Creel, P.C.<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY 10022 |

s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672306