
**Potter Anderson & Corroon LLP**

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

May 25, 2005

**VIA ELECTRONIC FILING**
**AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court for the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:    *Ciba Specialty Chemicals Corporation v. Hercules Incorporated, et al.,*
       *C. A. No.. 04-293(KAJ)*

Dear Judge Jordan:

Defendant Hercules Incorporated ("Hercules") intended to write to the Court today regarding two discovery disputes that Hercules has had with plaintiff Ciba Specialty Chemicals Corporation ("Ciba") in the above-referenced action. Hercules sought discovery regarding: (1) the identity of the cross-linking agent that Ciba allegedly found during its pre-suit investigation of Hercules' accused product, PerForm® SP9232,[1] and (2) an answer as to whether or not Ciba had marked any of its own products with the numbers of the patents-in-suit, U.S. Patent No. 5,171,808 ("the '808 patent") and 5,167,766 ("the '766 patent").

<u>Ciba's Refusal to Identify the Alleged Cross-Linking Agent</u>

The central and potentially dispositive infringement issues in this case are whether the accused product, PerForm® SP9232, contains a "cross-linked polymeric microbead (or microparticle)" as required by all claims of the patents-in-suit; and whether PerForm® SP9232 has a "cross-linking agent content of about 4 molar parts to about 4000 parts per million" as required by all claims of the '808 patent. Since Hercules and Cytec do not add any cross-linking agent during the manufacture of PerForm® SP9232, Hercules propounded discovery seeking detailed information about Ciba's testing--including an identification of the specific chemical compound that Ciba claimed to be a cross-linker. (Hercules' Interrogatory No. 9).

---

[1] Hercules developed PerForm® SP9232 and defendant Cytec Industries, Inc. ("Cytec") manufactures this product for Hercules' customers.

The Honorable Kent A. Jordan
May 25, 2005
Page 2


Ciba initially refused to provide the requested information, but last evening Ciba wrote to counsel for Hercules, asserting that its testing found "cross-linking," but admitting that it did not identify any specific cross-linking agent in the Hercules PerForm® SP9232 product.

Ciba's Refusal to Provide Discovery Regarding Patent Marking

Hercules' Interrogatory No. 7 asked Ciba to identify any products manufactured or sold by or for Ciba that have been marked with the '766 and/or '808 patent numbers, and to describe the manner of such product marking.  Additionally, Hercules served admission requests on Ciba asking it to admit that prior to the initiation of this lawsuit, Ciba had not marked its Polyflex® product, packaging, or accompanying paperwork with the '766 or '808 patent numbers. Ciba initially refused to answer these discovery requests, but in its letter of last night, Ciba admitted that it did not mark any of its products with the patent numbers in question.

In its letter, Ciba agreed to amend its discovery responses to reflect the admissions identified above.  If Ciba does so, Hercules has no further disputes to bring to the Court's attention at this time.


Respectfully,

Richard L. Horwitz

683649


cc:    Thomas L. Creel (via facsimile)
       Ford F. Farabow (via facsimile)
       Joann M. Neth (via facsimile)
       Chad M. Shandler (via facsimile)
       Eley O. Thompson (via facsimile)