# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

May 26, 2005

**VIA E-FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
for the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:  Ciba Specialty Corporation v. Hercules Inc., et al.
     C.A. No. 04-293 (KAJ)

Dear Judge Jordan:

This letter is Plaintiff Ciba Specialty Corporation's ("Ciba") response to Defendant Hercules, Inc.'s ("Hercules") letter to the Court of May 25, 2005 regarding apparent discovery disputes between Ciba and Hercules in the referenced action. As Ciba has indicated in its letters to Hercules including its letter of May 24, 2005, Ciba will supplement its discovery responses when appropriate and will do so relative to the information stated in its May 24 letter. Accordingly, Ciba believes that there are no issues to be resolved by the Court regarding the discovery disputes identified by Hercules.

Respectfully submitted,

Chad M. Shandler

CS/kdm
cc:  Peter T. Dalleo, Clerk (via e-filing and hand delivery)
     Thomas L. Creel, P.C. (via facsimile)
     Ford F. Farabow, Jr., Esquire (via facsimile)
     Joann M. Neth, Esquire (via facsimile)
     Richard L. Horwitz, Esquire (via hand delivery)
     Eley O. Thompson (via facsimile)

RLF1-2880747-1