IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS,<br>  Plaintiff,<br><br>v.<br><br>HERCULES INC. AND CYTEC<br>INDUSTRIES, INC.,<br>  Defendants. | )<br>)<br>)<br>)   C.A. No. 04-293 (KAJ)<br>)<br>)   JURY TRIAL DEMANDED<br>)<br>)<br>)<br>) |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on June 7, 2005, true and correct copies of (i) Plaintiff Ciba Specialty Chemicals Corporation's Third Set of Interrogatories (Nos. 15-18); (ii) Plaintiff Ciba Specialty Chemicals Corporation's Second Request for Admissions (Nos. 54-71), and (iii) Plaintiff Ciba Specialty Chemicals Corporation's Third Request for Production of Documents and Things (Nos. 112-116) were served upon the below-named counsel of record in the following manner.

**Via Facsimile and Federal Express:**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street
Wilmington, DE 19899

**Via Facsimile and Federal Express:**
Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

**Via Facsimile and Federal Express:**
Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

RLF1-2885190-1

_/s/_

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

Dated: June 8, 2005                Attorneys for Plaintiff Ciba Specialty Chemicals

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2005, I hand delivered the foregoing Notice of Service to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**HAND DELIVERY:**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899

I hereby certify that on June 8, 2005, I have mailed by Federal Express the aforesaid Notice of Service to the following non-registered participants:

**FEDERAL EXPRESS:**
Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

**FEDERAL EXPRESS:**
Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

_____
Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7000