IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HERCULES INCORPORATED and ) <br> CYTEC INDUSTRIES, INC., ) <br> ) <br> Defendants. ) | C. A. No. 04-293 (KAJ) <br><br> **JURY TRIAL DEMANDED** |

**DEFENDANT HERCULES, INCORPORATED'S MOTION FOR LEAVE
TO FILE AMENDED ANSWER AND COUNTERCLAIMS**

Pursuant to Federal Rule of Civil Procedure 15(a), defendant Hercules, Incorporated ("Hercules") hereby moves for leave to file an Amended Answer and Counterclaims. As required by District Court of Delaware Local Rule 15.1, an original and a copy of the proposed Amended Answer and Counterclaims are attached as Exhibits 1 and 2 to this motion. In addition, attached as Exhibit 3 is a black line copy of the Amended Answer and Counterclaims.

Defendant Cytec Industries, Incorporated ("Cytec") does not oppose this motion. Hercules has repeatedly asked Plaintiff Ciba Specialty Chemicals Corporation ("Ciba") whether it will agree to entry of the proposed amended pleading but Ciba has deferred making a decision and apparently opposes Hercules' motion to amend.

Hercules waives its opening brief and states as follows in support of its motion:

1. Ciba filed this action for patent infringement on May 7, 2004 against Hercules and Cytec.

2. On November 17, 2004, Hercules filed its Answer and Counterclaims to Ciba's Complaint.

3. On November 17, 2004, Cytec likewise filed its Answer and Counterclaims to Ciba's Complaint.

4. The Scheduling Order requires all motions to amend or supplement the pleadings to be filed by July 15, 2005 and sets the discovery cut-off for October 31, 2005. (D.I. 23). Trial is scheduled to begin on August 14, 2006.

5. The Federal Rules of Civil Procedure state that leave to amend pleadings "shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). "The Supreme Court of the United States has cautioned that leave to amend should be freely granted unless there is an apparent reason for denying a request such as: undue delay, bad faith, dilatory motive, prejudice or futility of the claims." *Enzo Life Sciences, Inc. v. Digene Corp.*, 270 F. Supp.2d 484, 487 (D. Del. 2003) (citing *Forman v. Davis*, 371 U.S. 178, 182 (1962) and *In re Burlington Coat Factory Sec. Litig.*, 114 F.3d 1410, 1434 (3d Cir. 1997)).

6. Hercules' initial Answer and Counterclaims set forth defenses concerning non-infringement, patent invalidity, and lack of actual notice of infringement, and counterclaims concerning non-infringement and patent invalidity. The proposed Amended Answer and Counterclaims (Exs. 1-2) additionally sets forth: (1) a marking defense; and (2) a defense and counterclaim alleging inequitable conduct in the procurement of the patents-in-suit.

7. Hercules has not unduly delayed in asserting its marking defense or its defense and counterclaim alleging inequitable conduct in the procurement of the patents-in-suit. It is still early in the fact discovery process with no depositions having taken

place. Moreover, no case dispositive motions or other substantive issues, aside from one discovery dispute conference, have been presented to the Court.

8.  Hercules' proposed amendment will not prejudice Ciba because the case is still in its early stages. A trial date is not set until August 14, 2006--over 14 months from the filing of this motion. The parties are still exchanging written discovery and discovery documents, and no depositions have been noticed or taken place. Moreover, the discovery cut-off is not until October 31, 2005. Ciba will have ample time to prepare its defenses to Hercules' new counterclaim. Consequently, Ciba will not be unduly burdened or prejudiced by entry of Hercules' Amended Answer and Counterclaims.

9.  Pursuant to Local Rule 7.1.1, counsel for Hercules has conferred with counsel for Ciba several times regarding this motion. On May 17, 2005, Hercules wrote Ciba a letter providing a draft copy of the Amended Answer and Counterclaims and asked whether Ciba would oppose entry of the proposed pleading. Ciba did not respond to that letter. Hercules asked Ciba again at the May 27th technology tutorial whether Ciba would oppose Hercules amending its pleading and was told that Ciba would respond by June 3rd. On June 7th, Ciba belatedly responded with a voice mail message stating that it would let Hercules know of Ciba's position in "a day or two." Finally on June 8th, Hercules wrote another letter, informing Ciba that Hercules needed to have Ciba's answer by noon (EDT) on June 10th in order to make the appropriate representation to the Court in Hercules' Motion for Leave to Amend. After the noon deadline Ciba wrote to request more time to consider its position and requested amendment and supplementation of Hercules' proposed pleading. Through its course of conduct, Ciba thus appears to oppose entry of Hercules' proposed pleading.

WHEREFORE, Hercules respectfully requests that this Court:

(i) Grant Hercules' Motion for Leave to File Amended Answer and Counterclaims; and

(ii) Deem Hercules' Amended Answer and Counterclaims, attached hereto, as having been filed and served as of the date of this Court's decision to allow Hercules' motion.

A proposed Order is attached hereto as Exhibit 4.

POTTER ANDERSON & CORROON LLP

By: /s/ 

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*Hercules Incorporated*

OF COUNSEL:

Ford F. Farabow, Jr.
Joann M. Neth
Eric J. Fues
A. Neal Seth
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Dated: June 10, 2005

686079 / 28118

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on June 10, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

I hereby certify that on June 10, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

Thomas L. Creel, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672306