# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

JEFFREY L. MOYER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7525
MOYER@RLF.COM

June 24, 2005

**VIA CM/ECF FILING AND HAND DELIVERY**
The Honorable Kent A. Jordan
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    **Ciba Specialty Chemicals Corporation v. Hercules Inc., et al.,**
             **C.A. No. 04-293 KAJ**

Dear Judge Jordan:

We write on behalf of Plaintiff Ciba Specialty Chemicals Corporation ("Ciba").

Ciba does not oppose the motion to amend filed by Defendant Hercules, Inc. ("Hercules") on June 10, 2005, though Ciba believes that the amended pleading is limited and fatally flawed.

Ciba notes that Hercules' motion is moot if this Court grants Ciba's motion for leave to amend the complaint which is being filed contemporaneously with this letter.

Respectfully,

Jeffrey L. Moyer

JLM:lll
Enclosures

cc:    Clerk of the Court (w/e) (By CM/ECF)
       Richard L. Horowitz, Esquire (w/e) (By Hand Delivery)
       Thomas L. Creel, Esquire (w/e) (By Federal Express)
       Ford F. Farabow, Jr., Esquire (w/e) (By Federal Express)

RLF1-2892423-1