IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> HERCULES, INC. and CYTEC INDUSTRIES, INC., <br><br> Defendants. | ) ) ) ) ) ) C.A. No. 04-293-KAJ ) ) JURY TRIAL DEMANDED ) ) ) ) |

## PLAINTIFF CIBA SPECIALTY CHEMICALS CORPORATION'S MOTION FOR LEAVE TO AMEND

Pursuant to the Federal Rules of Civil Procedure and District of Delaware Local Rule 15.1, Plaintiff Ciba Specialty Chemicals Corporation hereby moves for an order granting it leave to file its First Amended Complaint. The grounds for this motion are set forth in Plaintiff Ciba Specialty Chemicals Corporation's Opening Brief in Support of Its Motion for Leave to Amend, filed contemporaneously herewith.

Pursuant to District of Delaware Local Rule 15.1, a copy of Plaintiff's Original Complaint is attached as Exhibit A, the proposed Amended Complaint is attached as Exhibit B, and a black line version showing the proposed changes in the pleading is attached as Exhibit C.

Pursuant to District of Delaware Local Rule 7.1.1, Plaintiff certifies that it has made reasonable efforts to resolve the present dispute with Defendants, but Defendants have not consented to the proposed amendment.

WHEREFORE, Plaintiff respectfully requests that this court grant this Motion and enter an Order, in the form attached to Plaintiff's Motion as Exhibit D.

|  |  |
|---|---|
| Of Counsel:<br><br>Gordon R, Coons<br>Eley O. Thompson<br>Gregory C. Bays<br>LEYDIG, VOIT & MAYER, LTD.<br>Two Prudential Plaza, Suite 4900<br>Chicago, Illinois 60601<br>312-616-5600 | /s/<br>Frederick L. Cottrell, III (#2555)<br>Jeffrey L. Moyer (#3309)<br>Chad M. Shandler (3796)<br>Richards, Layton & Finger<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>Cottrell@rlf.com<br>Moyer@rlf.com<br>Shandler@rlf.com<br>Attorneys for Plaintiff Ciba Specialty Chemicals Corporation |

Dated: June 24, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2005, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

I hereby certify that on June 24, 2005, I have sent by Federal Express, the foregoing document to the following non-registered participants:

Thomas L. Creel, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

Ford F. Farabow, Jr., Esquire
Finnegan, Henderson, Farabow,
 Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Steven J. Fineman (#4025)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
Fineman@rlf.com

RLF1-2892322-1