IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS,<br>　　　　Plaintiff, | )<br>)<br>) |
| v | ) C.A. No. 04-293 (KAJ)<br>)<br>) JURY TRIAL DEMANDED |
| HERCULES INC. AND CYTEC<br>INDUSTRIES, INC.,<br>　　　　Defendants. | )<br>)<br>)<br>) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on June 24, 2005, true and correct copies of Ciba Specialty Chemicals Corporation's Objections to Defendant Hercules Inc.'s Notice of Deposition Under Rule 30(b)(6) Dated June 15, 2005 were served upon the below-named counsel of record in the following manner:

**Via Facsimile and Federal Express:**
Richard L. Horwitz, Esq.
David E. Moore, Esq
Potter Anderson & Corroon, LLP
1313 N. Market Street
Wilmington, DE 19899

**Via Facsimile and Federal Express:**
Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

**Via Facsimile and Federal Express::**
Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

_____
Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Chad M. Shandler (3796)
shandler@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Plaintiff Ciba Specialty Chemicals

Dated: June 27, 2005

RLF1-2892899-1

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2005, I hand delivered the foregoing Notice of Service to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**HAND DELIVERY:**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899

I hereby certify that on June 27, 2005, I have mailed by Federal Express the aforesaid Notice of Service to the following non-registered participants.

**FEDERAL EXPRESS:**
Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

**FEDERAL EXPRESS:**
Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Chad M. Shandler
shander@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7000

RLF1-2892899-1