IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
2005 JUL -6  PM 2:20

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-293-KAJ |
| | ) | |
| HERCULES, INC., and CYTEC INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington this 6th day of July, 2005,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **Wednesday, July 13th, 2005 at 11:00 a.m.** with the undersigned. **Counsel for Plaintiffs shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE