IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HERCULES INCORPORATED and CYTEC INDUSTRIES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)  C. A. No. 04-293 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER TO EXTEND DEADLINE
FOR DEFENDANTS' RESPONSE TO PLAINTIFF'S
MOTION TO AMEND THE COMPLAINT**

Plaintiff Ciba Specialty Chemicals Corporation and defendants Hercules Incorporated and Cytec Industries, Inc. by and through their attorneys, hereby stipulate and agree that defendants shall have until Friday, July 15, 2005 to file and serve their response in opposition to plaintiff's Motion to Amend the Complaint.

| RICHARDS, LAYTON & FINGER, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ | By: /s/ |
| Frederick L. Cottrell, III (#2555)<br>Jeffrey L. Moyer (#3309)<br>Chad M. Shandler (#3796)<br>One Rodney Square<br>920 North King Street<br>P.O. Box 551<br>Wilmington, DE 19899<br>(302) 651-7700<br>cottrell@rlf.com<br>moyer@rlf.com<br>shandler@rlf.com | Richard L. Horwitz (#2246)<br>W. Harding Drane, Jr. (#1023)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>wdrane@potteranderson.com<br>dmoore@potteranderson.com |
| *Attorneys for Plaintiff,*<br>*Ciba Specialty Chemicals Corp.* | *Attorneys for Defendants,*<br>*Hercules, Inc. and Cytec Industries, Inc.* |

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Gordon R. Coons<br>Eley O. Thompson<br>Gregory C. Bays<br>Leydig, Voit & Mayer, Ltd.<br>Two Prudential Plaza, Suite 4900<br>Chicago, IL 60601-6780 | Ford F. Farabow, Jr.<br>Joann M. Neth<br>Eric J. Fues<br>A. Neal Seth<br>Finnegan, Henderson, Farabow, Garrett<br>  & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br><br>*Attorneys for Defendant,*<br>*Hercules, Inc.*<br><br>Thomas L. Creel, P.C.<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY 10022<br><br>*Attorneys for Defendant,*<br>*Cytec Industries, Inc.* |

Dated: July 11, 2005

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

689585 / 28118