IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HERCULES INCORPORATED and CYTEC INDUSTRIES, INC.,<br><br>Defendants. | C. A. No. 04-293 (KAJ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Cytec Industries, Inc., hereby certifies that copies of (1) Cytec's Responses and Objections to Plaintiff Ciba Specialty Chemicals Corporation's Second Request For Admission (Nos. 54-71); (2) Cytec's Responses and Objections to Plaintiff Ciba Specialty Chemicals Corporation's Third Request For Production of Documents (Nos. 112-116); and (3) Cytec's Responses and Objections to Plaintiff Ciba Specialty Chemicals Corporation's Third Set of Interrogatories (Nos. 15-18) were caused to be served on July 11, 2005 on the attorneys of record at the following addresses as indicated:

## VIA HAND DELIVERY

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Gordon R. Coons | Ford F. Farabow, Jr. |
| Eley O. Thompson | Joann M. Neth |
| Gregory C. Bays | Eric J. Fues |
| Leydig, Voit & Mayer, Ltd. | A. Neal Seth |
| Two Prudential Plaza, Suite 4900 | Finnegan, Henderson, Farabow, |
| Chicago, IL 60601-6780 |   Garrett & Dunner, L.L.P. |
| | 901 New York Avenue, NW |
| | Washington, DC 20001-4413 |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Thomas L. Creel, P.C.
Marta E. Gross
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated: July 11, 2005

By: /s/ 
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*Cytec Industries, Inc.*

690058

2

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 11, 2005, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

I hereby certify that on July 11, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

Ford F. Farabow, Jr.
Joann M. Neth
A. Neal Seth
Eric J. Fues
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

_____
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

676169