IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CIBA SPECIALTY CHEMICALS )
CORPORATION, )
                Plaintiff, )
 )
 )    C.A. No. 04-293 (KAJ)
v )
 )    JURY TRIAL DEMANDED
 )
HERCULES INC. AND CYTEC )
INDUSTRIES, INC., )
                Defendants. )

## STIPULATION EXTENDING TIME

**IT IS HEREBY STIPULATED AND AGREED** by the parties, through their

undersigned counsel and subject to the approval of the Court, that the time within which Plaintiff

CIBA Specialty Chemicals Corporation shall serve and file its reply brief in further support of its

motion to amend the complaint (D.I. #74) is extended through and including July 28, 2005.

| | |
|---|---|
| _____ | /s/ Richard L. Horwitz |
| Frederick L. Cottrell, III (#2555) | Richard L. Horwitz, Esq. (#2246) |
| cottrell@rlf.com | rhorwitz@potteranderson.com |
| Jeffrey L. Moyer (#3309) | David E. Moore, Esq. (#3988) |
| moyer@rlf.com | dmoore@potteranderson.com |
| Chad M. Shandler (#3796) | Potter Anderson & Corroon, LLP |
| shandler@rlf.com | 1313 N. Market Street |
| Richards, Layton & Finger | Wilmington, DE  19899 |
| One Rodney Square, P.O. Box 551 | (302) 984-6027 |
| Wilmington, DE  19899 | Attorneys for Defendants Hercules Inc. and Cytec |
| (302) 651-7700 | Industries, Inc. |
| Attorneys for Plaintiff Ciba Specialty | |
| Chemicals Corporation | |

IT IS SO ORDERED, this _____ day of July, 2005.


                                     _____
                                     United States District Judge