# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

July 20, 2005

**VIA E-FILE AND HAND DELIVERY**
The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

> Re: **Ciba Specialty Corporation v. Hercules Inc. et al.**
> **C.A. No. 04-293 (KAJ)**

Dear Judge Jordan:

During our July 13, 2005 teleconference, Your Honor requested that Plaintiff submit two documents withheld by Plaintiff on privilege grounds to Your Honor for *in camera* review. The two documents have now been sent to Your Honor's clerk, Bob Cruikshank, who kindly offered to deliver the documents to Your Honor. Plaintiff's memorandum in support of maintaining privilege for these two documents has been filed contemporaneously herewith.

If Your Honor should have any questions, counsel remains available at the Court's convenience.

Respectfully,

Chad M. Shandler (#3796)

CS/ps
Enclosures
cc: Clerk of the Court w/o enclosures (via e-file)
    Thomas L. Creel, Esq. w/o enclosures (via facsimile)
    Ford F. Farabow, Jr., Esq. w/o enclosures (via facsimile)
    Joann M. Neth, Esq. w/o enclosures (via facsimile)
    Richard L. Horowitz, Esq. w/o enclosures (via hand delivery and email)
    Eley O. Thompson, Esq. w/o enclosures (via facsimile)

RLF1-2901601-1