# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

July 22, 2005

**VIA E-FILED AND HAND DELIVERY**
The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

Re: **Ciba Specialty Corporation v. Hercules Inc. et al.**
 **C.A. No. 04-293 (KAJ)**

Dear Judge Jordan:

Enclosed please find a DVD video copy of the May 27, 2005 tutorial in the above matter. If Your Honor should have any questions, counsel is available at the Court's convenience.

Respectfully,

Chad M. Shandler (#3796)

CS/ps
Enclosures
cc: Clerk of the Court w/o enclosures (via e-file)
 Thomas L. Creel, Esq. w/o enclosures (via facsimile)
 Ford F. Farabow, Jr., Esq. w/o enclosures (via facsimile)
 Joann M. Neth, Esq. w/o enclosures (via facsimile)
 Richard L. Horowitz, Esq. w/o enclosures (via hand delivery)
 Eley O. Thompson, Esq. w/o enclosures (via facsimile)

RLF1-2902995-1