IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS, CORPORATION | ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-293 (KAJ) |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| HERCULES INC. AND CYTEC INDUSTRIES, INC., | ) ) ) | Attachment Filed Under Seal As It Contains Information Designated Confidential |
| Defendants | ) | Pursuant To Protective Order |

**PLAINTIFF'S NOTICE OF SERVICE AND FILING OF EXPERT REPORT OF PROFESSOR NORMAN J. WAGNER, PHD**

**PLEASE TAKE NOTICE** that on July 22, 2005, true and correct copies of the Expert Report of Professor Norman J. Wagner, Ph.D. were served upon the below-named counsel of record in the following manner:

**Via Federal Express**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street
Wilmington, DE 19899

**Via Federal Express:**
Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

**Via Federal Express:**
Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

RLF1-2903550-1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 3(d) of the Court's Scheduling Order in the above matter, Plaintiff is filing the Expert Report of Professor Norman J. Wagner, Ph.D. herewith and has attached the Report as Exhibit A hereto.

/s/ 

Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Plaintiff Ciba Specialty Chemicals

Dated: July 25, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2005, I hand delivered the foregoing Notice of Filing and Service to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**HAND DELIVERY:**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899

I hereby certify that on July 25, 2005, I have mailed by Federal Express the aforesaid Notice of Service to the following non-registered participants:

**FEDERAL EXPRESS:**
Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

**FEDERAL EXPRESS:**
Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

_____
Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7000