IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION,       )<br>)<br>)<br>Plaintiff,       )<br>)<br>v       )<br>)<br>HERCULES, INC. and       )<br>CYTEC INDUSTRIES, INC.,       )<br>)<br>Defendants       ) | C.A. No. 04-293 (KAJ) |

### NOTICE OF DEPOSITION OF HERCULES, INC. UNDER RULE 30(b)(6)

Please take notice that pursuant to Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Ciba Specialty Chemical Corporation ("Ciba") will take the deposition of Defendant Hercules, Inc. ("Hercules") commencing at 9:00 a.m. on August 3, 2005, at the offices of Richards, Layton & Finger, P.A., One Rodney Square, P.O. Box 551, Wilmington, DE 19899, or at another time and place to be agreed upon by counsel. The deposition shall continue from day-to-day until complete and be recorded by stenographic and/or videotape means.

Pursuant to Rule 30(b)(6), Fed. R. Civ. P., Hercules is directed to designate a person or persons to testify as to the matters set forth in the Areas of Examination attached hereto. Furthermore, Hercules is directed to produce to Leydig, Voit & Mayer, Ltd., Two Prudential Plaza, 180 N. Stetson Ave., Suite 4900, Chicago, Illinois 60601 at least four (4) business days before August 3, 2005 all documents and things previously requested that relate to the Areas of Examination set forth herein and that have not already been provided.

You are invited to attend the deposition and to cross-examine the witness(es).

*/s/ [signature]*

Frederick L. Cottrell III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (# 3309)
moyer@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, Delaware 19899-0551
(302) 651-7700
Attorneys for Plaintiff Ciba Specialty
Chemicals Corporation

Of Counsel:

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
LEYDIG, VOIT & MAYER, LTD
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601

Dated: July 26, 2005

- 2 -

## Areas of Examination

The following Areas of Examination should be read in accordance with the terms and definitions set forth in Ciba's earlier discovery requests, including Ciba's First Request for Production of Documents and Things, served on January 14, 2005:

1. Any efforts to break-up hydrophobe-hydrophobe associations in AEM 232, PerForm® 9232, or acrylic acid-acrylamide polymers modified by lauryl acrylate, including any such efforts involving the use of surfactants, elevated temperatures in combination with surfactant, and co-solvents, including those referenced in Plaintiff's Dep. Ex. 28 at HER 0040646

2. Any determination and/or calculation involving the plateau modulus of or the number of network junctions or associations in AEM 232, PerForm® 9232, or acrylic acid-acrylamide polymers modified by lauryl acrylate, including those junctions or associations due to crosslinking, and any testing relating thereto, including the work set forth in Plaintiff's Deposition Ex. 27

RLF1-2903876-1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2005, I hand delivered the foregoing Notice of Deposition to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951

I hereby certify that on July 26, 2005, I have Federal Expressed the foregoing Notice of Deposition to the following non-registered participants:

Ford F. Farabow, Jr., Esquire
Joann M. Neth, Esquire
A. Neal Seth, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Thomas L. Creel, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

_____
Chad M. Shandler (#3796)
Shandler@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Plaintiff

RLF1-2848132-1