**EXHIBIT C**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 04-293 (KAJ) |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| HERCULES INC. and CYTEC INDUSTRIES, INC., | ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF MICHAEL BARRY HEARD

I, Michael Barry Heard, declare and state as follows:

1. I, Michael Barry Heard, am currently employed as a chemist at Ciba Specialty Chemicals Corporation ("Ciba"), and have been employed continuously by Ciba since before 2000.

2. In 2003, I provided assistance to Ciba's legal counsel, JoAnn Villamizar, for the purpose of obtaining her legal advice and analysis regarding potential patent infringement claims.

3. As a part of such on-going communications with counsel at Ciba, we worked together to determine the best information to collect for analyzing the potential claims. Some of that information related to testing.

4. In the course of communicating with counsel and providing requested information, I sent some email communications regarding tests that we had performed in

1

consultation with counsel. My understanding is that these communications are being sent to the Court for its review.

5. I believe that the analysis performed by counsel is reflected in my communications because the scope and nature of our discussions and work in seeking legal advice about the legal claims is reflected there.

6. The information was provided to Ms. Villamizar so that she could provide legal advice and I expected that our communications would be privileged and confidential.

7. To my knowledge, Ciba has never waived privilege concerning these communications.

8. On June 30, 2005, I was deposed regarding testing conducted at Ciba. I understood from the instructions given by Ciba's counsel that I was to testify fully and completely about the tests that Ciba performed, but that I was not to testify about privileged communications with counsel.

9. I declare under penalty of perjury that the foregoing is true and correct, and if sworn as a witness, I would testify competently thereto.

19TH July 2005
Date

_____
Michael Barry Heard

2