IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 04-293-KAJ |
| HERCULES, INC., and CYTEC INDUSTRIES, INC., | ) ) ) ) | |
| Defendants. | ) | |

### ORDER

At Wilmington this **28th** day of **July, 2005**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **August 2, 2005 at 2:00 p.m.** with the undersigned. **Counsel for Defendants shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

*[signature]*
UNITED STATES DISTRICT JUDGE