# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HERCULES INCORPORATED and )<br>CYTEC INDUSTRIES, INC., )<br>)<br>Defendants. ) | C. A. No. 04-293 (KAJ) |

### NOTICE OF DEPOSITION UNDER RULE 30(b)(6)

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, and in accordance with the Definitions set forth in the attached Schedule A, Defendant Hercules, Incorporated ("Hercules") will take the deposition of Plaintiff, Ciba Specialty Chemicals Corp. ("Ciba"), by oral examination using video tape, audio tape, and/or stenographic means, or a combination of those means. The oral examination will begin on June 30, 2005, at 9:30 a.m., at the offices of Potter Anderson & Corroon LLP, located at Hercules Plaza, 1313 North Market Street, Wilmington, Delaware, and will continue from day to day until completed, with such adjournments as to time and place as may be necessary. The deposition will be before a Notary Public or other officer authorized by law to administer oaths.

Pursuant to Rule 30(b)(6), Ciba shall designate one or more officers, directors, managing agents, or other persons who consent and are knowledgeable to testify on their behalf with respect to the subject matters set forth in attached Schedule B. It is understood that Ciba, in response to this Notice, may have to identify and produce several different designees to respond to the subject matters set forth in Schedule B.



You are invited to attend and examine the witness.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: |  |
|  | By: /s/ Richard L. Horwitz |
| Ford F. Farabow, Jr. | Richard L. Horwitz (#2246) |
| Joann M. Neth | David E. Moore (#3983) |
| Eric J. Fues | Hercules Plaza, 6th Floor |
| A. Neal Seth | 1313 N. Market Street |
| FINNEGAN, HENDERSON, FARABOW, | P.O. Box 951 |
|   GARRETT & DUNNER, L.L.P. | Wilmington, DE 19899-0951 |
| 901 New York Avenue, NW | Tel: (302) 984-6000 |
| Washington, DC 20001-4413 | rhorwitz@potteranderson.com |
| (202) 408-4000 | dmoore@potteranderson.com |
|  |  |
| Dated: June 15, 2005 | *Attorneys for Defendant* |
|  | *Hercules Incorporated* |
| 686672 |  |

2

## SCHEDULE A

## DEFINITIONS

1. The term "Ciba" or "Plaintiff" shall mean Plaintiff Ciba Specialty Chemicals Corporation, together with all partners, directors, owners, officers, members, employees, agents, representatives, attorneys, and any other persons under the control of Ciba Specialty Chemicals Corporation, including all parents, divisions, subsidiaries, affiliates, and corporate predecessors of Ciba Specialty Chemicals Corporation.

2. The use of a verb in any tense shall be construed as the use of the verb in all other tenses, and the singular form shall be deemed to include the plural and vice-versa.

3. The words "or" and "and" shall be read in the conjunctive and in the disjunctive wherever they appear, and neither of these words shall be interpreted to limit the scope of a request.

4. As used herein, "include" and "including" shall be construed to mean "without limitation," so as to acquire the broadest meaning possible.

5. As used herein, "any" and "all" shall each be construed to mean "each and every," so as to acquire the broadest meaning possible.

6. As used herein, "relating" to any given subject means, without limitation, identifying, describing, discussing, concerning, assessing, stating, reflecting, constituting, containing, embodying, tending to support or refute, referring directly or indirectly to, in any way, the particular subject matter identified.

3

## SCHEDULE B

### SUBJECTS OF THE DEPOSITION

1. Hypermer B246SF, including its chemical structure, properties, reactivity, and content of any "double bond(s)", a "double bond and a reactive group," and/or "reactive groups," as those terms are used at col. 4, lines 47-62 of U.S. Patent No. 5,171,808 and col. 6, lines 39-54 of U.S. Patent No. 5,167,766.

2. Oleate surfactants, including sorbitan monooleate (including Atlas G-946 and Arlacel 80AC), sorbitan sesquioleate, polyoxyethylene (20) sorbitan monooleate, and polyoxyethyllated sorbitol hexaoleate, including their chemical structure, properties, reactivity, and identification and content of any "double bonds", a "double bond and a reactive group," and/or "reactive groups," as those terms are used at col. 4, lines 47-62 of U.S. Patent No. 5,171,808 and col. 6, lines 39-54 of U.S. Patent No. 5,167,766.

3. Alleged crosslinking of Hercules' Perform® SP9232 product, including identification of any chemical compound that Ciba alleges crosslinks that product, and the mechanism by which Ciba alleges such crosslinking occurs.

4. Identification and quantification of any chemical compound that Ciba identified as a crosslinking agent in Hercules' Perform® SP9232 product prior to May 7, 2004, including identification, content, and interpretation of any documents or other tangible things relating thereto.

5. The identity and location of witnesses knowledgeable about the categories set forth in topics 1-4 above.

4

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on June 15, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

I hereby certify that on June 15, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

Thomas L. Creel, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672306

# Exhibit B

REDACTED

# Exhibit C

**REDACTED**

# Exhibit D

REDACTED