

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

August 1, 2005

**VIA ELECTRONIC FILING
AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court for the District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:   *Ciba Specialty Chemicals Corporation v. Hercules Incorporated, et al.,*
      **C. A. No.. 04-293(KAJ)**

Dear Judge Jordan:

I am writing pursuant to Local Rule 7.1.4 on behalf of defendants Cytec Industries, Inc. and Hercules Incorporated to request oral argument on Plaintiff Ciba Specialty Chemicals Corporation's Motion for Leave to Amend (D.I. 74) (the "Motion"), and to inform the Court that Cytec will be seeking permission on Friday, August 5, 2005 to file a short surreply to address issues raised for the first time in Ciba's Reply Brief on the Motion (D.I. 112).

Respectfully,

Richard L. Horwitz

692891

cc:   Thomas L. Creel (via facsimile)
      Ford F. Farabow (via facsimile)
      Joann M. Neth (via facsimile)
      Chad M. Shandler (via facsimile)
      Eley O. Thompson (via facsimile)