1

**Michael E. Tate**
**Vice President**

GENERAL SUMMARY

Mr. Tate has served as a consultant and expert witness in a wide range of litigation matters, including antitrust, patent and copyright infringement, breach of contract, bid rigging, trade secrets, lost profits, securities fraud, construction disputes, lender liability, personal injury, wrongful death, wrongful termination and a nuclear power plant prudence review.

This experience includes testifying as an expert witness and consulting on accounting and economic issues involved in the determination of damages. This experience also includes revenue, cost and pricing determinations, the determination or evaluation of claims for economic loss, valuation of intellectual property rights, as well as the determination of incremental costs, cost allocations, cost of capital and lost profits, and reasonable royalties.

Other experiences in the litigation process include assisting counsel in discovery, fact-finding and information management, as well as providing assistance to counsel at deposition and trial.

EDUCATION

M.S., Industrial Administration, Purdue University

B.B.A., Finance, University of Houston

PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1999- | CRA International, Vice President |
| 1994-1999 | A.T. Kearney, Inc.: Principal, Economics Consulting Group |
| 1992-1994 | Price Waterhouse: Manager, Dispute Analysis & Corporate Recovery Services Group |
| 1987-1992 | Peterson Consulting: Executive Consultant |

PROFESSIONAL AFFILIATIONS

Licensing Executives Society-Member