2

MICHAEL E. TATE
**Trial Testimony**

1. Lucas Aerospace, Ltd. v. Unison Industries Limited Partnership
   Federal Court, Wilmington, Delaware

2. Blount, Inc. v. Tor D. Wilson and Timberjack, Inc.
   Federal Court, Owatonna, Minnesota

3. Automated Tracking Systems, Inc. v. Great American
   Insurance Co.
   American Arbitration Association

4. Elkay Manufacturing Co. v. Ebco Manufacturing Co.
   Federal District Court, Chicago, Illinois

6. Howe Corporation v. Scotsman Group, Inc.
   American Arbitration Association

7. Sulzer Textil, AG and Sulzer Textile, Inc. v. Picanol NV
   Federal District Court, Eastern District of Texas

8. Eli Lilly and Company v. Teva Pharmaceuticals U.S.A., Inc.
   Federal District Court, Southern District of Indiana, Indianapolis Division

**MICHAEL E. TATE**
**Deposition Testimony**

1. Lucas Aerospace, Ltd. v. Unison Industries Limited Partnership
   Federal Court, Wilmington, Delaware

2. Elkay Manufacturing Co. v. Ebco Manufacturing Co.
   Federal District Court, Chicago, Illinois

3. Automated Tracking Systems, Inc. v. Great American Insurance Co.
   American Arbitration Association

4. Aqua-Aerobic Systems, Inc. v. Aerators, Inc. and Frank Nocifora
   Federal District Court, Rockford, Illinois

5. Portel Services Network, Inc. v. Intelidata Technologies Corporation
   Federal District Court, Alexandria, Virginia

6. Howe Corporation v. Scotsman Group, Inc.
   American Arbitration Association

7. Cadillac Products v. TriEnda
   Federal District Court, Eastern District of Michigan

8. Sulzer Textil, AG and Sulzer Textile, Inc. v. Picanol NV
   Federal District Court, Eastern District of Texas

9. Semitool, Inc. v. Dynamic Micro Systems Semiconductor Equipment GmbH
   Federal District Court, Northern District of California, San Francisco Division

10. Goss International Corporation v. Tokyo Kikai Seisakusho, Ltd. and TKS (U.S.A.), Inc.
    Federal District Court, Northern District of Iowa, Cedar Rapids Division

11. Eli Lilly and Company v. Teva Pharmaceuticals U.S.A., Inc.
    Federal District Court, Southern District of Indiana, Indianapolis Division

12. Tekonsha Engineering Co., et al. v. C.W. Industries
    Federal District Court, Western District of Michigan, Southern Division

13. S.C. Johnson & Son, Inc. and S.C. Johnson Home Storage, Inc. v. Pliant Corporation
    Federal District Court, Eastern District of Michigan, Northern Division

14. Lehman Brothers, Inc. v. Wei Wu and Deutsche Bank Securities, Inc.
    United States District Court for the Southern District of New York