3

# LIST OF DOCUMENTS

| No. | Description |
|---|---|
| 1 | Copy of Original Complaint filed May 7, 2004 |
| 2 | Ciba Specialty Chemicals Annual Reports 1999 – 2004 |
| 3 | Production Documents including such as: |

CIBA 018146-CIBA 018168  
CIBA 018170-CIBA 018191  
CIBA 018340-CIBA 018340  
CIBA 018341-CIBA 018342  
CIBA 018343-CIBA 018348  
CIBA 018349-CIBA 018350  
CIBA 018355-CIBA 018363  
CIBA 018395-CIBA 018397  
CIBA 018398-CIBA 018399  
CIBA 018400-CIBA 018403  
CIBA 018404-CIBA 018405  
CIBA 018408-CIBA 018414  
CIBA 018416-CIBA 018424  
CIBA 018425-CIBA 018427  
CIBA 018429-CIBA 018429  
CIBA 018430-CIBA 018430  
CIBA 018457-CIBA 018460  
CIBA 018849-CIBA 018849  
CIBA 018850-CIBA 018850  
CIBA 018851-CIBA 018853  
CIBA 018854-CIBA 018858  
CIBA 018930-CIBA 018931  
CIBA 018932-CIBA 018935  
CIBA 018936-CIBA 018938  
CIBA 018949-CIBA 018949  
CIBA 018950-CIBA 018950  
CIBA 018951-CIBA 018951  
CIBA 018952-CIBA 018952  
CIBA 018953-CIBA 018954  
CIBA 018955-CIBA 018955  
CIBA 018956-CIBA 018956  
CIBA 018957-CIBA 018957  
CIBA 018958-CIBA 018958  
CIBA 018959-CIBA 018960  
CIBA 018961-CIBA 018961  
CIBA 018962-CIBA 018962  
CIBA 018963-CIBA 018963  
CIBA 018964-CIBA 018964  
CIBA 018965-CIBA 018967  
CIBA 018968-CIBA 018968  
CIBA 018969-CIBA 018969  
CIBA 018970-CIBA 018971  

CIBA 018972-CIBA 018973  
CIBA 018974-CIBA 018975  
CIBA 018989-CIBA 018989  
CIBA 018991-CIBA 018991  
CIBA 019046-CIBA 019046  
CIBA 019047-CIBA 019049  
CIBA 019050-CIBA 019051  
CIBA 019052-CIBA 019052  
CIBA 019053-CIBA 019053  
CIBA 019054-CIBA 019054  
CIBA 019055-CIBA 019055  
CIBA 019062-CIBA 019062  
CIBA 019063-CIBA 019079  
CIBA 021108-CIBA 021108  
CIBA 021109-CIBA 021113  
CIBA 021114-CIBA 021183  
CIBA 021184-CIBA 021238  
CIBA 021239-CIBA 021243  
CIBA 021244-CIBA 021248  
CIBA 021249-CIBA 021252  
CIBA 021253-CIBA 021255  
CIBA 021256-CIBA 021270  
CIBA 021271-CIBA 021273  
CIBA 021274-CIBA 021274  
CIBA 021275-CIBA 021277  
CIBA 021278-CIBA 021278  
CIBA 021279-CIBA 021284  
CIBA 021285-CIBA 021304  
CIBA 021305-CIBA 021322  
CIBA 021323-CIBA 021329  
CIBA 021330-CIBA 021339  
CIBA 021340-CIBA 021342  
CIBA 021343-CIBA 021343  
CIBA 021344-CIBA 021346  
CIBA 021347-CIBA 021359  
CIBA 021360-CIBA 021361  
CIBA 021362-CIBA 021374  
CIBA 026366-CIBA 026370  
CIBA 026371-CIBA 026374  
CYT0000263-CYT0000263  
CYT0000264-CYT0000265  
CYT0000266-CYT0000267

## LIST OF DOCUMENTS

| | |
|---|---|
| CYT0000275-CYT0000279 | HERC0012607-HERC0012642 |
| CYT0000323-CYT0000325 | HERC0012643-HERC0012678 |
| CYT0000570-CYT0000570 | HERC0012679-HERC0012717 |
| CYT0000571-CYT0000571 | HERC0012718-HERC0012751 |
| CYT0001316-CYT0001341 | HERC0012752-HERC0012752 |
| CYT0001342-CYT0001354 | HERC0012753-HERC0012758 |
| CYT0001398-CYT0001399 | HERC0012759-HERC0012759 |
| CYT0001400-CYT0001423 | HERC0012760-HERC0012760 |
| CYT0001959-CYT0001960 | HERC0012761-HERC0012837 |
| CYT0006448-CYT0006449 | HERC0015129-HERC0015129 |
| CYT0006498-CYT0006498 | HERC0015141-HERC0015152 |
| CYT0006502-CYT0006502 | HERC0015153-HERC0015168 |
| CYT0006641-CYT0006641 | HERC0015170-HERC0015185 |
| CYT0006646-CYT0006646 | HERC0015235-HERC0015322 |
| CYT0006656-CYT0006656 | HERC0015344-HERC0015344 |
| CYT0006661-CYT0006661 | HERC0015359-HERC0015360 |
| CYT0007614-CYT0007614 | HERC0015361-HERC0015364 |
| CYT0008933-CYT0008933 | HERC0015365-HERC0015365 |
| CYT0008934-CYT0008934 | HERC0015366-HERC0015367 |
| CYT0008935-CYT0008935 | HERC0015368-HERC0015383 |
| CYT0008936-CYT0008936 | HERC0015384-HERC0015413 |
| CYT0008937-CYT0008937 | HERC0015414-HERC0015443 |
| HERC0011013-HERC0011014 | HERC0015472-HERC0015476 |
| HERC0011015-HERC0011039 | HERC0015477-HERC0015486 |
| HERC0011040-HERC0011051 | HERC0015487-HERC0015492 |
| HERC0011052-HERC0011073 | HERC0015518-HERC0015527 |
| HERC0011074-HERC0011090 | HERC0015528-HERC0015529 |
| HERC0011091-HERC0011113 | HERC0015542-HERC0015542 |
| HERC0011114-HERC0011209 | HERC0015546-HERC0015574 |
| HERC0011210-HERC0011309 | HERC0015614-HERC0015614 |
| HERC0011310-HERC0011326 | HERC0015615-HERC0015629 |
| HERC0011327-HERC0011345 | HERC0015660-HERC0015684 |
| HERC0011346-HERC0011382 | HERC0015721-HERC0015730 |
| HERC0011383-HERC0011439 | HERC0015731-HERC0015738 |
| HERC0011440-HERC0011496 | HERC0015743-HERC0015757 |
| HERC0011497-HERC0011641 | HERC0015758-HERC0015790 |
| HERC0011642-HERC0011786 | HERC0015924-HERC0015974 |
| HERC0011787-HERC0011905 | HERC0016190-HERC0016200 |
| HERC0011906-HERC0011977 | HERC0016666-HERC0016674 |
| HERC0011978-HERC0012040 | HERC0016717-HERC0016730 |
| HERC0012041-HERC0012159 | HERC0016731-HERC0016732 |
| HERC0012160-HERC0012227 | HERC0016733-HERC0016733 |
| HERC0012228-HERC0012307 | HERC0016758-HERC0016758 |
| HERC0012308-HERC0012399 | HERC0016913-HERC0016913 |
| HERC0012400-HERC0012400 | HERC0017008-HERC0017017 |
| HERC0012401-HERC0012504 | HERC0017018-HERC0017019 |
| HERC0012505-HERC0012606 | HERC0017035-HERC0017063 |

## LIST OF DOCUMENTS

HERC0017064-HERC0017065  
HERC0017084-HERC0017085  
HERC0017107-HERC0017121  
HERC0017122-HERC0017124  
HERC0017217-HERC0017217  
HERC0017246-HERC0017258  
HERC0017303-HERC0017336  
HERC0017340-HERC0017369  
HERC0017372-HERC0017372  
HERC0017635-HERC0017677  
HERC0017696-HERC0017715  
HERC0017743-HERC0017744  
HERC0017868-HERC0017886  
HERC0018009-HERC0018034  
HERC0018179-HERC0018182  
HERC0018183-HERC0018194  
HERC0018195-HERC0018198  
HERC0018199-HERC0018202  
HERC0018203-HERC0018206  
HERC0018207-HERC0018209  
HERC0018210-HERC0018212  
HERC0018213-HERC0018215  
HERC0018216-HERC0018219  
HERC0018220-HERC0018223  
HERC0018224-HERC0018227  
HERC0018304-HERC0018304  
HERC0018305-HERC0018306  
HERC0018393-HERC0018422  
HERC0018423-HERC0018452  
HERC0018632-HERC0018635  
HERC0018636-HERC0018636  
HERC0018665-HERC0018707  
HERC0018754-HERC0018795  
HERC0018796-HERC0018797  
HERC0019091-HERC0019091  
HERC0019299-HERC0019299  
HERC0019347-HERC0019405  
HERC0019406-HERC0020740  
HERC0020741-HERC0020938  
HERC0020959-HERC0020963  
HERC0021024-HERC0021033  
HERC0021155-HERC0021158  
HERC0021159-HERC0021168  
HERC0021169-HERC0021169  
HERC0021215-HERC0021223  
HERC0021316-HERC0021330  
HERC0021830-HERC0021880  

HERC0021983-HERC0022100  
HERC0022242-HERC0022268  
HERC0022269-HERC0022294  
HERC0022295-HERC0022321  
HERC0022322-HERC0022348  
HERC0022499-HERC0022520  
HERC0022596-HERC0022615  
HERC0047134-HERC0047135  
HERC0047136-HERC0047149  
HERC0047150-HERC0047150  
HERC0047151-HERC0047151  
HERC0047152-HERC0047161  
HERC0047162-HERC0047166  
HERC0047323-HERC0047327  
HERC0047328-HERC0047360  
HERC0047361-HERC0047397  
HERC0047398-HERC0047428  
HERC0047429-HERC0047429  
HERC0047430-HERC0047430  
HERC0047431-HERC0047435  
HERC0047436-HERC0047436  
HERC0047437-HERC0047440  
HERC0047441-HERC0047473  
HERC0047474-HERC0047509  
HERC0047510-HERC0047535  
HERC0047536-HERC0047536  
HERC0047537-HERC0047537  
HERC0047538-HERC0047538  
HERC0047539-HERC0047541  
HERC0047542-HERC0047559  
HERC0047560-HERC0047570  
HERC0047571-HERC0047575  
HERC0047576-HERC0047580  
HERC0047581-HERC0047585  
HERC0047586-HERC0047590  
HERC0047591-HERC0047592  
HERC0047593-HERC0047614  
HERC0047905-HERC0047921  
HERC0048000-HERC0048008  
HERC0048009-HERC0048016  
HERC0048591-HERC0048617  
HERC0050548-HERC0050551  
HERC0050552-HERC0050576  
HERC0050577-HERC0050586  
HERC0050587-HERC0050632  
HERC0050633-HERC0050639  
HERC0050640-HERC0050640

## LIST OF DOCUMENTS

HERC0050641-HERC0050670
HERC0050671-HERC0050672
HERC0050673-HERC0050674
HERC0050792-HERC0050795
HERC0050796-HERC0050800
HERC0050882-HERC0050884
HERC0057887-HERC0057887
HERC0058291-HERC0058291
HERC0058292-HERC0058292
HERC0058293-HERC0058305
HERC0058310-HERC0058312
HERC0058313-HERC0058316
HERC0058317-HERC0058319
HERC0058320-HERC0058321
HERC0058322-HERC0058322
HERC0058323-HERC0058323
HERC0058324-HERC0058324
HERC0058325-HERC0058325
HERC0058326-HERC0058328
HERC0058329-HERC0058331
HERC0058337-HERC0058337
HERC0058346-HERC0058349
HERC0058355-HERC0058355
HERC0058390-HERC0058403
HERC0058404-HERC0058405
HERC0058406-HERC0058426