IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 04-293 (KAJ) |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) ) | |
| HERCULES, INC. and CYTEC INDUSTRIES, INC., | ) ) ) | **REDACTED** **PUBLIC VERSION** |
| Defendants. | ) ) | |

# EXPERT REPORT OF PROFESSOR
# ROBERT G. GILBERT, PHD

I have been retained by plaintiff Ciba Specialty Chemicals Corporation ("Ciba"), and its attorneys, as an expert consultant and potential testifying witness. This is my written report concerning issues about which I may be asked to testify and on which Ciba bears the burden of proof. I understand that I will have an opportunity to submit a further report in response to any expert reports offered on behalf of defendants. I specifically reserve the right to form and submit additional opinions regarding any additional information or discovery that is subsequently generated or produced. I refer in my report to various documents and specifics. I have not, however, set forth every relevant fact or document about which I am aware and reserve the right to supplement if required. Likewise, I reserve the right to supplement my report to clarify possible ambiguities or to opine further based upon future court rulings, agreements between the parties, or any further testimony by either party either by deposition, at any hearing, or at trial. I further reserve the right to supplement my report upon further information being provided by defendants regarding, without limitation, such things as the samples of the Hypermer® products

and PerForm® samples and information concerning surfactant studies by Hercules. I further reserve the right to supplement my report upon further information resulting from my interaction with others in the area of rheology and physical chemistry, as well as information resulting from additional tests and experiments that may be performed in the future on the various chemical species involved in the present matter. This report is divided into three sections. The first is an overview of my credentials. The second details defendants' infringement of U.S. Patents 5,167,766 and 5,171,808 ("the Ciba patents"). The last concerns research and development activities by Cytec towards developing a commercial process to make the PerForm® product.

**EXPERT CREDENTIALS**

1.      I have been a Professor of Polymer Chemistry at the University of Sydney for the past 20 years. I have been a visiting professor at the Universite Pierre et Marie Curie in 1987, the University of Gottingen in 1981, and the Midland Molecular Institute in 1985. For the last six years, I have also been the director of the Key Center for Polymer Colloids at University of Sydney.

2.      Between 1992 and 1998, I served as director of the Sydney University Polymer Centre. I have been active in the International Union of Pure and Applied Chemistry ("IUPAC"): President (1998-2001) of the IUPAC Macromolecular Division; Elected Member of the IUPAC Bureau, 2002-05; Founding Chair (1987-98), and ongoing member of the IUPAC Working Party on Polymerization Kinetics. I was elected Chair of both of the Polymer and Physical Chemistry Divisions, Royal Australian Chemical Institute, 1995-97 and 1986-88 respectively. I was Chair of the Gordon Conference on Polymer Colloids, 2003. I was Secretary of the International Polymer Colloids Group, 1997-2001; Co-Chair of IUPAC World Chemistry Congress, 2001 and the World Polymer Congress (Macro98) in 1998. I am currently a member

of the Editorial Boards of Biomacromolecules (American Chemical Soc.), Journal of Polymer Science Polymer Chemistry Edition (Wiley), and Polymer (Elsevier)

3.  I hold a Bachelor of Science degree in Chemistry with First Class Honors and a University Medal from the University of Sydney, and a Ph.D. in Chemistry from the Australian National University. I conducted postdoctoral work at the Massachusetts Institute of Technology ("MIT") as a Harkness Fellow of the Commonwealth Fund from 1970 to 1972.

4.  My numerous awards and recognitions include election as a Fellow of the Australian Academy of Science in 1994 and election as a Fellow of the Royal Australian Chemical Institute ("RACI") in 1982. I have been awarded the RACI Smith Medal (1992) in recognition of outstanding research achievements in chemistry over the preceding decade; University of Sydney Excellence in Teaching Award (1992); Australian Institute of Nuclear Science & Engineering Medal (1993) for work in understanding polymerization mechanisms; RACI Polymer Medal (1995); RACI Olle Prize (1996) for my book on emulsion polymerization; RACI Physical Chemistry Medal (1998); Australian Centenary Medal (2003) for services to chemistry in general; and the RACI Applied Research Award (2005).

5.  I have over 315 publications including two books, four patents, over 56 invited lectures in various national and international symposia, universities, meetings of various professional societies and industries in over 15 countries. During the past four years, I have not testified as an expert in any lawsuits.

6.  A complete summary of my career experience and technical qualifications are given in my curriculum vitae, attached hereto as Exhibit A. A partial listing of my publications is attached as Exhibit B.

7.  My rate of compensation in providing expert consulting in connection with this matter is $300 US per hour.

**INFRINGEMENT OF THE CIBA PATENTS**

8.  In connection with formulating my opinion, among other information, I have reviewed U.S. Patents 5,167,766 and 5,171,808 and materials related to Ciba's testing of the PerForm® SP9232 product. I have reviewed various other patents, patent applications, publications, and textbooks as listed in Exhibit C. I also have reviewed the deposition transcripts and exhibits associated with the three 30(b)(6) witnesses offered as of the present time by the parties to this matter, as well as documents, which I understand have been produced by the parties in this case. My investigation into this matter is ongoing.

**REDACTED**

**REDACTED**

**REDACTED**

17.     Also, as I understand from the report of expert Dr. King, the PerForm® SP9232 product would remain as a microparticulate in the papermaking process. In my view, the conditions involved in papermaking would make it unlikely that the relatively weak hydrophobe-hydrophobe associations of which I am aware would survive.

**REDACTED**

8

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**Other Possible Testimony**

38.     In addition to the infringement issue, I may also give testimony providing background information relating to the technology described in the '766 and '808 patents and the products and processes utilized by the defendants. Such testimony may include testimony about emulsion technology, monomers and other ingredients, initiators, surfactants, breaker surfactants

and generally processes to make polymers such as Polyflex® and PerForm® products. I may provide testimony about subjects covered in the technology tutorials provided by the parties to the Court.

39.     I may provide testimony concerning the process by which Polyflex® products have been made including testimony about the characteristics of the Polyflex® products and other structured polymers. Such testimony may include testimony about testing to characterize such substances such as filter images, intrinsic viscosity, and similar tests. I may also provide testimony about comparative polymers such as linear polymers.

40.

**REDACTED**

Dated: July 22, 2005

_____
ROBERT G. GILBERT

- 15 -

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2005, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE 19899-0951

I hereby certify that on August 1, 2005 I have Federal Expressed the foregoing document to the following non-registered participants:

Ford F. Farabow, Jr., Esquire
Joann M. Neth, Esquire
A. Neal Seth, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Thomas L. Creel, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

Steven J. Fineman (#4025)

RLF1-2848132-1