# EXHIBIT A

# Professor Robert G Gilbert
# Curriculum Vitae

## Positions

- Director, Key Centre for Polymer Colloids, University of Sydney, from 1999
- Professor in Chemistry, University of Sydney, 1992-
- Director, Sydney University Polymer Centre, 1992-98
- Adjunct Professor, Research School of Chemistry, Australian National University, 1991-96
- Associate Professor in Chemistry, University of Sydney, 1985-91
- Senior Lecturer, University of Sydney, 1977-84
- Lecturer, University of Sydney, 1972-76
- Harkness Fellow of the Commonwealth Fund, for postdoctoral work at MIT, 1970-72

## Degrees

- PhD, Australian National University, Quantum theory of unimolecular reactions, under Prof IG Ross, 1970
- BSc (1st Class Hons and University Medal), University of Sydney, 1966

## Honours and Fellowships

- Fellow of the Australian Academy of Science, elected 1994
- Fellow of the Royal Australian Chemical Institute (RACI), elected 1982.

## Awards

- RACI (Royal Aust. Chemical Institute) Applied Research Award (2005)
- Royal Society of Chemistry Australasian Lecturer, 2004
- Australian Federation Centenary Award, 2003
- RACI Physical Chemistry Prize, 1998
- Olle Prize, RACI, for the book *Emulsion polymerization-a mechanistic approach*, 1996
- Nyholm Youth Lecturer, RACI, 1996
- Polymer Medal, RACI, 1995
- Australian Institute of Nuclear Science & Engineering Gold Medal, shared with Prof DH Napper, 1993
- Smith Medal, RACI, in recognition of the best contribution to research over the last decade, 1992
- Excellence in Teaching Award, University of Sydney, in recognition of outstanding contributions to university teaching, 1990

# Publications

### Books

Emulsion polymerization-a mechanistic approach. RG Gilbert. Academic Press, London, 362pp, 1995

Theory of unimolecular and recombination reactions. RG Gilbert & SC Smith. Blackwell Scientific Publications, Oxford, 364pp, 1990

### Patents

Aqueous dispersions of polymer particles Christopher J. Ferguson, Robert J. Hughes, Binh T. T. Pham, Brian S. Hawkett, Robert G. Gilbert, Algirdas K. Serelis, and Christopher H. Such. PCT/AU02/01735

Finely divided polymer dispersions, their production and use; Ger. Offen. DE 19929395. S Peach, BR Morrison, RG Gilbert (2000)

Modified Rubber Polymer Latex PCT/AU98/00191. N Subramaniam, R Balic, RG Gilbert(1998)

Polymerization Reactions Under Miniemulsion Conditions, PCT PN6696. D Kukulj, TP Davis, RG Gilbert (1997)

### Refereed articles

More than 310 articles in international journals, in the fields of polymerization kinetics, chemical dynamics and solution kinetics

# Visiting professorships/lectureships

- Université Pierre et Marie Curie - Paris VI (Professeur Associé), 1987
- University of Göttingen (Gastprofessor), 1981
- Midland Molecular Institute (funded as Turner Alfrey Professor), winter 1985-6
- University of Canterbury, Christchurch, NZ (funded as visiting lecturer), March 1984
- UC Berkeley, 12/1975-1/1976

# Consultancies and projects with industry

As Director of the Key Centre for Polymer Colloids, involvement in projects with about 40 different Australian and international companies. In addition, the following consultancy agreements, which have covered various aspects of free radical and heterogeneous polymerization:

- Ansell Rubber (Australia, US, Malaysia)
- BASF (Germany and Australia)
- Dow Chemical (USA, Germany and Australia)
- DuPont (USA and Australia), including managerial as well as scientific matters
- Gore & Associates (US)
- National Starch & Chemicals (Australia)
- Orica (formerly ICI Australia), including Dulux Australia (Australia)
- Union Carbide (US)
- BASF (Germany, Australia)
- Zeneca (UK)
- Elf Atochem (France)

# Teaching

- Two teaching awards as listed above under Awards
- Past and present supervision of 22 postdoctoral fellows, 38 PhD and 2 MSc students, and 40 honours students
- Undergraduate lecturing for all years
- Graduate lecture series on advanced topics in polymers, polymerization and theoretical chemistry
- Development of novel laboratory teaching experiments for all undergraduate years
- Invited contributor to Royal Australian Chemical Institute Sourcebook publications, a project to provide material for teaching tertiary chemistry courses
- Delivery of short courses on emulsion polymerization to Dulux and Kemcor (Australia), SC Johnson, Union Carbide, Eastman Chemical, 3M, Du Pont (all in the US), Dow Deutschland, Industry & Technology Research Institute (Taiwan), Univ. of Malaya, (Kuala Lumpur), National Engineering Research Centre (Beijing)

# Administration

## *IUPAC*

Within the International Union of Pure and Applied Chemistry (IUPAC), the world 'governing body' of chemistry:

- Elected Member of the Bureau, 2002–05
- Chair, Project Evaluation Committee, 2004–5
- Member, Membership Development Committee, 2001-5
- Conference Co-Chair and Chair of Scientific Program Committee, Scientific Congress and General Assembly, Brisbane, 2001
- Chair, Division Presidents, 1999
- Organizing Committee, IUPAC Congresses: Berlin, 1999; Brisbane (Scientific Program Chair), 2001; Ottawa, 2003
- Member, Strategy Development & Implementation Committee on restructuring IUPAC to meet modern needs, 1997
- Convener, New Directions Asian Summit, 1997
- Vice-President, 1996-7, and President, 1998-2001, Macromolecular Division
- Leader, Australian delegation to the General Assembly, 1995, 1997
- Founding Chair (1987-98), and ongoing member, of Working Party on Modeling of kinetics and processes of polymerization (the objective of the Working Party being to establish reliable experimental methods and data for rate parameters in free-radical polymerization kinetics)
- Titular Member, Commission IV.2 (Macromolecular Division), 1992-2001

## *Other major external committees*

- Secretary, International Polymer Colloids Group, 1997-2001
- President, RACI Polymer Division, 1996-8
- President, RACI Physical Chemistry Division, 1985-7
- Australian Academy of Science Sectional Committee, 1995-99
- International Relations Committee, RACI, 1995-

- National Committee for Strategic Review of Chemistry Research in Australia, 1992-93
- Committee Member, RACI Polymer Division, 1992-7
- Australian Academy of Sciences National Committee on Chemistry, 1989-91, 1995-
- External Assessor for Promotions, Universiti Putra Malaysia, 1998-200
- Member, National Executive, RACI, 1986-7

### Conference organization

Organizing Chair/Co-Chair of the following conferences:
- Gordon Conference on Polymer Colloids, 2003 (Vice-Chair, 2001)
- World Chemistry Congress (IUPAC Scientific Congress – Co-chair with Graeme George), Brisbane, 2001
- Macro98 (IUPAC World Polymer Conference), Gold Coast, 1998
- 21st Australian Polymer Symposium, 1996
- Co-Chair, Symposium on Kinetics & Modelling of Polymerizations, Pacifichem 1995
- 2nd Australian Conference on Chemical Reaction Dynamics, 1986
- Australian Polymer Discussion Group Meeting on Polymerization Kinetics & Mechanisms, 1986
- US/Australia Workshop on Reactivity & Energy Distribution in Surface-Active Free Radicals, 1983
- RACI 7th National Convention Symposium on Chemical Rate Processes, 1982
- 4th Australian Summer School in Theoretical Chemistry, 1981
- RACI Symposium on Solution Dynamics, 1981

Member of organizing and/or program committee for 19 international and Australian conferences since 1981.

# Editorial boards

- Chair, Editorial Board, Australian Journal of Chemistry, 1987-1989. RGG's term of office saw a considerable increase in the numbers of subscriptions and of accepted papers, as well as a considerable internationalization and diversification of papers and the profiles of authors and editorial board members. Member of the Board, 1984-86
- Member, Editorial Board, International Journal of Chemical Kinetics, 1984-90
- Member, Editorial Board of Chemistry in Australia, 1989
- Member, Editorial Board, International Journal of Chemical Kinetics, 1985-88
- Member, Editorial Board, Chemtracts Macromolecular Chemistry, 1991
- Member, Editorial Board, Trends in Polymer Science, 1996-97
- Member, Editorial Board, Polymer, 1996-
- Member, Editorial Board, Polymers for Advanced Technologies, 1997-79
- Member, Editorial Board, Journal of Rubber Research, 1998-
- Member, Editorial Board, Biomacromolecules, 1999-
- Member, Editorial Board, Journal of Polymer Science (Polymer Chemistry), 2000-

## Professional bodies
- Fellow of the Royal Australian Chemical Institute
- Member, American Chemical Society

## Languages
- Fluent in French and German

## Invited plenary/lectures
- 2nd Int. Symp. on Polymeric Microspheres (Fukui, Japan, 2005)
- IUPAC World Polymer Congress (Paris 2004)
- Conference on Nordic Polymer Days (Turku, Finland, 2004)
- MCC 2004 (Kuala Lumpur, 2004)
- *QUO VADIS* lecturer, University of Stellenbosch, 2003.
- 8th Pacific Polymer Conference, Bangkok, 2003
- European Polymer Conference, Stockholm, 2003
- German Colloid Society, 2003
- IUPAC Chemistry Congress, Ottawa, 2003
- Mission & Challenges of Polymer Science & Technology, Kyoto, 2002
- Macromolecules in the 21st Century, Vienna, 2002
- ACS National Convention, Boston, 2002
- Lou Cash Memorial Lecture, Surface Coatings Association of Australia, 2002
- UNESCO/IUPAC Polymer School & Conference, South Africa, 2001, 2002
- UK Polymer Colloids Forum, 2001, 2002
- POLYCHAR, Texas, 2001
- Singapore International Chemistry Conference, 2001
- Colloque du Club Emulsion, Lyon, 2001
- Brazilian International Polymer Symposium, Gramada, 2001
- World Polymer Congresses, Warsaw, 2000; Beijing, 2002
- International Association of Colloid & Interfacial Science Conference, UK, 2000
- 6th Pacific Polymer Conference, Guangzhou, 1999
- Polymerization in Dispersed Media, Lyon, 1999
- Australian Institute of Nuclear Science & Engineering 40th Anniversary Conference, 1998
- European Polymer Conference, Poland, 1998
- ACS National Meetings, San Francisco, 1997; New Orleans, 1999; Anaheim, 2000
- Heterogeneous Polymerization, Kyoto, 1997
- International Rubber Conference, Kuala Lumpur, 1997
- Polymers for Advanced Technologies Conference, Leipzig, 1997
- International Free Radical Polymerization Symposium, Italy, 1996, 2001
- IUPAC Macromolecular Conference, Seoul, 1996
- NATO Advanced Studies Institute on Polymer Colloids, Spain, 1996
- Heterogeneities in Emulsion Polymerization, Lancaster, UK, 1995

- Fourth Pacific Polymer Conference, Kaua'i, 1995
- Pacifichem, Honolulu, 1995
- International Symposium on Radical Copolymers in Heterogeneous Media, Lyon, 1994
- 5th Asian Chemical Congress, Kuala Lumpur, 1993
- Taniguchi Conference, Japan, 1993
- 3rd Pacific Polymer Conference, Brisbane, 1993
- Chemical Reaction Dynamics Conference, Canberra, 1993
- Gordon Conference on Molecular Energy Transfer, New York 1993
- International Symposium on Gas Kinetics, Reading, UK, 1992
- Polymer Science Workshop, New Orleans, 1992
- 34th IUPAC International Symposium on Macromolecules, Prague, 1992
- Victorian Polymer Group Symposium, 1991, 1996
- Engineering Foundation Conference, Santa Barbara, 1991
- ACS Symposium, Atlanta, 1991
- Polymer Symposium, Bratislava, Czechoslovakia, 1989
- Rolduc Polymer Meeting, Netherlands, 1989
- Heterogeneous Copolymerization Symposium, France, 1989
- Benson Symposium on Thermochemistry and Kinetics, University of Southern California, 1988
- Conference on Molecular Energy Transfer, Zürich, 1987
- NATO Advanced Workshop on Polymer Colloids, US, 1986
- Australian Polymer Symposium, 1984, 1987, 1999
- International Symposium on Polymer Colloids, Montreal, 1984
- Gordon Conference on Polymer Colloids, US, 1983, 1985, 1989, 1991, 1992, 1993, 1995

# EXHIBIT B

## Books:

"Emulsion Polymerization: a Mechanistic Approach". R.G. Gilbert. Academic Press, London, 1995; 362 pps.

"Theory of unimolecular and recombination reactions". R.G. Gilbert and S.C. Smith. Blackwell Scientific Publications, Oxford, 1990; 364 pps.

## Patents:

4. Aqueous dispersions of polymer particles. CH Such, E Rizzardo, AK Serelis, BS Hawkett, RG Gilbert, CJ Ferguson, RJ Hughes, Robert John. **Aqueous dispersions of polymer particles.** PCT Int. Appl. (2003), WO 2003055919, 90 pp.

3. Finely divided polymer dispersions, their production and their use. S. Peach, B.R. Morrison, R.G. Gilbert.Ger. Offen. (2000), 10 pp. DE 19929395.

2. N. Subramaniam, R. Balic, R.G. Gilbert, Modified Rubber Polymer Latex, PCT/AU98/00191 (1998).

1. D.Kukulj, T.P.Davis, R.G.Gilbert. Polymerisation Reactions Under Miniemulsion Conditions. PCT PN6696 (1997)

## Papers:

### R G Gilbert:

311. Termination rate coefficients for acrylamide in the aqueous phase at low conversion. SA Seabrook, P Pascal, MP Tonge, RG Gilbert. *Polymer*, submitted.

310. Catalytic insertion polymerization of norbornene in miniemulsion. A Chemtob, RG Gilbert. *Macromolecules*, in press (DOI: 10.1021/ma050558x) 2005.

309. Radical entry mechanisms in redox-initiated emulsion polymerizations. DJ Lamb, CM Fellows, RG Gilbert. *Polymer*, in press.

308. A novel method for preparing low-allergen natural rubber latex. K Vivaygananthan, P-F Lai, S-N Gan, CM Fellows, RG Gilbert. *Aust. J. Chem.*, **58**, 461-7 (2005).

307. A New Biopolymer: Mechanical, Compositional, and Morphological Characterization of Leafhopper (*Kahaono montana*) Silk. JC Chang, MJ Fletcher, G Gurr, DS Kent, RG Gilbert. *Polymer*, in press.

306. General solution to the band-broadening problem in polymer molecular weight distributions. JV Castro, KY van Berkel, GT Russell RG Gilbert, *Aust. J. Chem.*, **58**, 178-81 (2005).

305. Radical loss in RAFT-mediated emulsion polymerizations. SW Prescott, MJ Ballard, E Rizzardo, RG Gilbert. *Macromolecules*, **38**, 4901-12 (2005).

304 *Emulsion Polymerisation*; Chapter 3. A van Herk, RG Gilbert. Blackwell Scientific, in press.

303 Mechanistic information from analysis of molecular weight distributions of starch. JV Castro, C Dumas, H Chiou, MA Fitzgerald, RG Gilbert, *Biomacromolecules*, **6**, 2248-59, 2005.

302 Effect of surfactants used for binder synthesis on the properties of latex paints. LN Butler, CM Fellows, RG Gilbert. *Progress in Organic Coatings*, **53**, 112-8 (2005).

301 Molecular weight distributions and chain-stopping events in the free-radical polymerization of methyl methacrylate. KY van Berkel, GT Russell, RG Gilbert, *Macromolecules*, **38**, 3214-24 (2005).

300 Measurement of absolute molecular weight distributions of starches. JV Castro, RM Ward, RG Gilbert, MA Fitzgerald. *Biomacromolecules*, **6**, 2260-70, 2005.

299 Pulsed laser polymerization study of the propagation kinetics of acrylamide in water. SA Seabrook, MP Tonge, RG Gilbert. *J. Polym. Sci. A Polymer Chem. Ed.*, **43**, 1357-68 (2005).

298 Critically evaluated rate coefficients for free-radical polymerization, 5. Propagation rate coefficient for butyl acrylate. JM Asua, S Beuermann, M Buback, P Castignolles, B Charleux, RG Gilbert, RA Hutchinson, JR Leiza, AN Nikitin, J-P Vairon, AM van Herk. *Macromol. Chem. Phys.*, **205**, 2151-60 (2004).

297 Average termination rate coefficients in emulsion polymerization: effect of compartmentalization on free-radical lifetimes. SW Prescott, MJ Ballard, RG Gilbert. *J Polym Sci A Polymer Chem Ed*, **43**, 1076-89 (2005).

296 Poly(dimethylaminoethyl methacrylate) grafted natural rubber from seeded emulsion polymerization. PC Oliveira, A Guimarães, J-Y Cavaillé, L Chazeau, RG Gilbert, AM Santos. *Polymer*, **46**, 1105-11 (2005).

295 Hollow latex particles as nanoreactors for polymerization in confined geometries. T Brand, K Ratinac, JV Castro, RG Gilbert. *J Polym Sci A Polymer Chem Ed*, **42**, 5706-13 (2004).

294 Ab Initio Emulsion Polymerization by RAFT-Controlled Self Assembly. CJ Ferguson, RJ Hughes, D Nguyen, BTT Pham, RG Gilbert, AK Serelis, CH Such, BS Hawkett. *Macromolecules*, **38**, 2191-204 (2005).

293 Analysis of shear-induced coagulation in an emulsion polymerisation reactor using computational fluid dynamics. RC Elgebrandt, JA Romagnoli, DF Fletcher, VG Gomes, RG Gilbert, *Chem. Eng. Sci.* **60**, 2005-15 (2005).

292 A critical evaluation of reaction calorimetry for the study of emulsion polymerization systems: thermodynamic and kinetic aspects. DJ Lamb, CM Fellows, BR Morrison, RG Gilbert. *Polymer*, **46** 285-294 (2005).

291 Propagation rate coefficient of acrylic acid: theoretical investigation of the solvent effect. SC Thickett, RG Gilbert. *Polymer*, **45**, 6993-9 (2004).

290 Synthesis and properties of composites of starch and chemically modified natural rubber. A Rouilly, L Rigal, RG Gilbert. *Polymer*, **45**, 7813-20 (2004).

289 Grafting of dodecyl methacrylate onto hydroxylated polybutadiene by miniemulsion polymerization BTT Pham, CM Fellows, RG Gilbert, *J Polym Sci A Polymer Chem Ed*, **42**, 3404-16 (2004)

279 Synthesis and structure-property relations of latexes containing graft copolymers between telechelic polybutadiene and dodecyl methacrylate. BTT Pham, RG Gilbert, CM Fellows *Aust J Chem*, **57**, 765-77 (2004)

278 First–principles calculation of particle formation in emulsion polymerization: pseudo-bulk systems. EM Coen, S Peach, BR Morrison, RG Gilbert. *Polymer*, **45**, 3595-3608 (2004)

277. Kinetics of surface grafting reaction on polyisoprene latexes by reaction calorimetry. W Kangwansupamonkon, CM Fellows, DJ Lamb, RG Gilbert, S Kiatkamjornwong. *Polymer*, **45** 5775-84 (2004)

276. Synthesis and cross-linking of polyisoprene latexes. I-W Cheong, CM Fellows, RG Gilbert. *Polymer*, **45**, 769–81 (2003)

275. Synthesis of comb-like poly(butyl methacrylate) using reversible addition–fragmentation chain transfer (RAFT) and an activated ester. JJ Vosloo, MP Tonge, CM Fellows, F D'Agosto, RD Sanderson and RG Gilbert. *Macromolecules*, **34**, 2383-94 (2004).

274. Effect of surfactant systems on the water sensitivity of latex films. LN Butler, CM Fellows, RG Gilbert. *J App Polym Sci*, **92**, 1813-23 (2004).

273. Making surface coatings with emulsion polymerization technology: The old and the new. RG Gilbert and BS Hawkett. *Surface Coatings Australia*, **40**, 24–25 (2003)

272. Emulsion Polymerization. RG Gilbert and CM Fellows, in *2004 McGraw-Hill Yearbook of Science & Technology*, pp. 93-96, McGraw-Hill, 2004.

271. Diffusion coefficients of monomer and oligomers in hydroxyethyl methacrylate (HEMA). J Strauch, J McDonald, BE Chapman, PW Kuchel, BS Hawkett, GE Roberts, MP Tonge, RG Gilbert. *J Polym Sci A Polym Chem Ed*, **41**, 2491–2501 (2003)

270. Study of rice starch structure by dynamic light scattering in aqueous solution. H Chiou, CM Fellows, RG Gilbert, MA Fitzgerald. *Carbohydrate Polymers*, **61**, 61-71 (2005).

269. Water sensitivity of latex-based films. L Butler, CM Fellows, RG Gilbert. *Ind & Eng Chem Res*, **42**, 456–64 (2003)

268. Synthesis of latices with hydrophobic cores and poly(vinyl acetate) shells. 2. Use of poly(vinyl acetate) seeds. CJ Ferguson, GT Russell, RG Gilbert. *Polymer*, **44**, 2607–2619 (2003)

267. Critically evaluated rate coefficients for free-radical polymerization, 4; Propagation rate coefficients for methacrylates with cyclic ester groups. S Beuermann, M Buback, TP Davis, N García, RG Gilbert, RA Hutchinson, A Kajiwara, M Kamachi, I Lacík, GT Russell. *Macromol Chem Phys*, **204**, 1338–50 (2003)

266. Using the aggregation of latex polymers in the fabrication of reproducible enzyme electrodes. W Rahmat, J Fischer, DB Hibbert, RG Gilbert, JJ Gooding. *Electroanalysis*, **15**, 1364–8 (2003)

265. Characterization of electrosterically stabilized polystyrene latex; implications for radical entry kinetics. H De Bruyn, RG Gilbert, JW White and JC Schulz, *Polymer*, **44**, 4411–4420 (2003)

264. Strategies for optimisation and control of molecular weight and particle size distributions in emulsion polymerisation. J Zeaiter, VG Gomes, GW Barton, JA Romagnoli, RG Gilbert, *Computer–Aided Chemical Engineering*, **9**, 823–8 (2001)

263. Latex particles bearing hydrophilic grafted hairs with controlled chain length and functionality synthesized by RAFT. F d'Agosto, M-T Charreyre, C Pichot, RG Gilbert. *J Polym Sci Part A Polymer Chem* **41**, 1188–1195 (2003)

262. Entry in emulsion polymerization: effects of initiator and particle surface charge. KY van Berkel, GT Russell and RG Gilbert, *Macromolecules*, **36**, 3921–31 (2003)

261. Molecular weight and functional end group control by RAFT polymerization of a bi-substituted acrylamide derivative. F d'Agosto, R Hughes, M-T Charreyre, C Pichot and RG Gilbert, *Macromolecules*, **36**, 621–9 (2003)

260. Effective ab initio emulsion polymerization under RAFT control. CJ Ferguson, RJ Hughes, BTT Pham, BS Hawkett, RG Gilbert, AK Serelis and CH Such. *Macromolecules*, **35**, 9243–5 (2002)

259. Polyaniline Preparation of a conducting polymer (IUPAC technical report). J Stejskal, RG Gilbert, *Pure and Applied Chem* **2002**, *74*, 857–67

258. Synthesis of Latices with Polystyrene Cores and Poly(Vinyl Acetate) Shells. 1. Use of Polystyrene Seeds. CJ Ferguson, GT Russell, RG Gilbert. *Polymer*, **43**, 6371–6382 (2002)

257. RAFT in emulsion polymerization: what makes it different. SW Prescott, MJ Ballard, E Rizzardo, RG Gilbert. *Aust J Chem*, **55**, 415–24 (2002)

256. Critically evaluated termination rate coefficients for free-radical polymerization, 1. The current situation. M Buback, M Egorov, RG Gilbert,V Kaminsky, OF Olaj, GT Russell, P Vana, G Zifferer. *Macromol Chem Phys*, **203**, 2570–82 (2002)

255. Operation of semi-batch emulsion polymerisation reactors: modelling, validation and effect of operating conditions. J Zeaiter, JA Romagnoli, GW Barton, VG Gomes, BS Hawkett and RG Gilbert. *Chem Eng Sci*, **57**, 2955–69 (2002)

254. Effect of branching and molecular weight on the viscoelastic properties of butyl acrylate. C Former, J Castro, CM Fellows, RI Tanner and RG Gilbert. *J Polym Sci A Polym Chem Ed*, **40**, 3335–49 (2002)

253. Modelling secondary particle formation in emulsion polymerisation – application to making core–shell morphologies. CJ Ferguson, GT Russell and RG Gilbert. *Polymer*, **43**, 4545–55 (2002)

252. Emulsion polymerization of vinyl *neo*-decanoate, a 'water-insoluble' monomer. H de Bruyn, CM Miller, DR Bassett and RG Gilbert. *Macromolecules* **35**, 8371–7 (2002)

251. Water-binding and oxygen permeability in poly(vinyl alcohol) films. L Lien, CM Fellows, L Copeland, BS Hawkett, RG Gilbert. *Aust J Chem*, **55**, 507–12 (2002)

250. Successful use of RAFT techniques in seeded emulsion polymerization: living character, RAFT agent transport and rate of polymerization. SW Prescott, MJ Ballard, E Rizzardo and RG Gilbert. *Macromolecules*, **35**, 5417–25 (2002)

249. Maximum achievable particle size in emulsion polymerization: Modeling of large particle sizes. SW Prescott, CM Fellows, RG Gilbert. *Macromol Theory Sim*, **11**, 163–70 (2002)

248. PLP-GPC determination of the propagation rate coefficient for the methyl acrylate dimer: a sterically–hindered monomer. K Tanaka, B Yamada, CM Fellows, RG Gilbert, TP Davis, LH Yee, GB Smith, MTL Rees and GT Russell. *J Polym Sci Part A Polymer Chem*, **39**, 3902–3915, 2001

247. The interactions of amphiphilic latexes with surfaces: the effect of surface modifications and ionic strength. SW Prescott, CM Fellows, RF Considine, CJ Drummond, RG Gilbert. *Polymer*, **43**, 3191–8, 2002

246. A kinetic investigation of seeded emulsion polymerization of styrene using reversible addition–fragmentation chain transfer (RAFT) agents with a low transfer constant. W Smulders, RG Gilbert, MJ Monteiro. *Macromolecules*, **36**, 4309–18 (2003)

245. Structure-property relationships in modified natural rubber latexes grafted with methyl methacrylate and vinyl *neo*-decanoate. D-Y Lee, N Subramaniam, CM Fellows and Robert G Gilbert. *J Polym Sci Polym Chem*, **40**, 809–22 (2002)

244. Induced decomposition of persulfate by vinyl acetate. H De Bruyn, RG Gilbert. *Polymer*, **42**, 7999–8005 (2001)

243. Spontaneous polymerization in the emulsion polymerization of styrene and chlorobutadiene. DI Christie, RG Gilbert, JP Congalidis, JR Richards, JH McMinn. *Macromolecules*, **34**, 5158–68 (2001)

242. Modification of natural and artificial polymer colloids by 'topology-controlled' emulsion polymerization. DJ Lamb, JF Anstey, CM Fellows, MJ Monteiro, RG Gilbert. *Biomacromolecules*, **2**, 518–525 (2001)

241. Old wine in new bottles. D Lamb, JF Anstey, CM Fellows and RG Gilbert. *Chem in Aust*, **68**, 32–34 (2001)

240. New Generation Modified Natural Rubbers. N Subramaniam, D-Y Lee, MJ Monteiro, CM Fellows, RG Gilbert. *Plastics Solutions International*, 50–2, 2001

239. Critically evaluated rate coefficients for free-radical polymerization, 3. Propagation rate coefficients for alkyl methacrylates. S Beuermann, M Buback, TP Davis, RG Gilbert, RA Hutchinson, A Kajiwara, B Klumperman, GT Russell, *Macromol Chem Phys,* **201**, 1355–1364 (2000)

238. Rational Design of Polymer Colloids. D Lamb, JF Anstey, D-Y Lee, CM Fellows, MJ Monteiro, RG Gilbert. *Macromol Symp,* **174**, 13–28 (2001)

237. Retardative chain transfer in free radical polymerizations of vinyl neo-decanoate in low molecular weight polyisoprene and toluene. MJ Monteiro, N Subramaniam, JR Taylor, BTT Pham, MP Tonge, RG Gilbert, *Polymer*, **42**, 2403–11 (2001)

236. An introduction to the scientific process: Preparation of poly(vinyl acetate) glue. RG Gilbert, CM Fellows, J McDonald and SW Prescott, *J Chem Ed*, **78**, 1370–2 (2001)

235. Ab initio calculation of the rate coefficient for short-chain branching in free-radical polymerizations. JS-S Toh, DM Huang, PA Lovell, and RG Gilbert, *Polymer*, **42**, 1915–1920 (2001)

234. Testing free volume theory for penetrant diffusion in rubbery polymers. MP Tonge, RG Gilbert. *Polymer*, **42**, 1393–1405 (2001)

233. Propagation rate coefficient of poly(N-isopropyl acrylamide) in water below its lower critical solution temperature. F Ganachaud, R Balic, MJ Monteiro, RG Gilbert, *Macromolecules*, **33**, 8589–8596 (2000)

232. Free-radical kinetics of grafting reactions for creating novel graft copolymers in emulsion polymerization. BTT Pham, MJ Monteiro, RG Gilbert, *Macromol Symp*, **150/51**, 155–160 (2000)

231. Electrosteric stabilization with poly(acrylic) acid in emulsion polymerization: effect on kinetics and secondary particle formation. L Vorwerg and RG Gilbert, *Macromolecules*, **33**, 6693–6703 (2000)

230. Particle size distribution of natural rubber latex using electroacoustics. F Li, CM Fellows, RG Gilbert and RJ Hunter. *J Rubber Res*, **3**, 70–75 (2000)

229. Retardation by oxygen in emulsion polymerization. H de Bruyn, RG Gilbert and BS Hawkett. *Polymer*, **41**, 8633–8639 (2000)

228. Spontaneous (thermal) initiation in emulsion polymerization. RG Gilbert, DI Christie, JP Congalidis, JR Richards, *Polym Mater Sci Eng,* 80, 541–542 (1999)

227. Emulsion polymerization as a novel tool in controlled free-radical polymerization. RG Gilbert, JF Anstey, N Subramaniam, MJ Monteiro. *Polym Prepr*, 40, 297–298 (1999)

226. Living free-radical polymerization and molecular weight characterization of poly(N–isopropyl acrylamide. F Ganachaud, MJ Monteiro, RG Gilbert, M–A Dourges, SH Thang and E Rizzardo. *Macromolecules*, **33**, 6738–6745 (2000)

225. Polymer science and technology in the past and the future: heroism, exploration and enlightenment. RG Gilbert. *Chinese J Polym Sci,* **18**, 189–93 (2000)

224. Testing models for penetrant diffusion in glassy polymers. MP Tonge and RG Gilbert. *Polymer*, **42**, 501–513 (2001)

223. Penetrant diffusion in poly(methyl methacrylate) near $T_g$: dependence on temperature and polymer weight fraction. MP Tonge, JM Stubbs, DC Sundberg, RG Gilbert. *Polymer*, **41**, 3659–70 (2000)

222. Using mechanisms to make seemingly impossible latexes and polymers. JF Anstey, N Subramaniam, BTT Pham, X Lu, MJ Monteiro and RG Gilbert. *Macromol Symp,* **150/151**, 73–84 (2000)

221. Pulsed–laser polymerization (PLP) of N-isopropyl acrylamide in water : a qualitative study. F Ganachaud, MJ Monteiro and RG Gilbert. *Macromol Symp,* **150/151**, 275–281 (2000)

220. Grafting kinetics of vinyl neo-decanoate onto polybutadiene. BTT Pham, MP Tonge, MJ Monteiro and RG Gilbert. *Macromolecules,* **33**, 2383–90 (2000)

219. RAFT techniques in emulsion polymerization: rate of polymerization and radical phase transfer events. SW Prescott, MJ Ballard, E Rizzardo, RG Gilbert. *Polymer Preprints,* **43**, 146–7 (2002)

218. How gamma radiolysis gives unique information in emulsion polymerizations. RG Gilbert. Proc. AINSE 40th Anniversary Symposium, 95–100 (1998)

217. Cryo–sectioning and chemical-fixing ultramicrotomy techniques for imaging rubber latex particle morphology. N Subramaniam, A Simpson, MJ Monteiro, O Shaffer, CM Fellows, RG Gilbert. *Microscopy Research and Technique,* **63**, 111–4 (2004)

216. Novel graft copolymers from mechanistically-designed seeded emulsion polymerization. N Subramaniam, MJ Monteiro, JR Taylor, A Simpson–Gomes, R G Gilbert. *Macromol Symp,* **152**, 43–53 (2000)

215. Invention and prevention: the part polymers can play in saving the world. RG Gilbert, *Labnews,* May 1998, 23–4

214. Polymerization of acrylamide in solution and inverse emulsion: number molecular weight distribution with chain transfer agent. M Pabon, J Selb, F Candau, RG Gilbert. *Polymer,* **40**, 3101–6 (1999)

213. A theoretical study of propagation rate coefficients for methacrylonitrile and acrylonitrile. DM Huang, MJ Monteiro, RG Gilbert, *Macromolecules,* **31**, 5175–87 (1998)

212. Measurement of diffusion coefficients of oligomeric penetrants in rubbery polymer matrices. MC Griffiths, J Strauch, MJ Monteiro and RG Gilbert. *Macromolecules,* **31**, 7835–7844 (1998)

211. Measurement of transfer constant for butyl acrylate free-radical polymerization. S Maeder and RG Gilbert. *Macromolecules,* **31**, 4410–8 (1998)

210. Adsorption of amino-functional polymer particles onto keratin fibres. L Pille, JS Church, RG Gilbert, *J Coll Interfacial Sci,* 198, 368–377, 1998

209. Modelling particle size distributions and secondary particle formation in emulsion polymerisation. EM Coen, RG Gilbert, S Peach, BR Morrison and H Leube. *Polymer,* **39**, 7099–7112 (1998)

208. Cooperative emulsion polymer program: 1. Reactor design. TD Lomax, GT Russell, CJ Ferguson, RG Gilbert. *Chem in New Zealand,* **62**, 24–26 (1998)

207. Use of mechanistic principles to make modified natural rubber latex products by emulsion polymerization. N Subramaniam, R Balic, JR Taylor, M Griffiths, MJ Monteiro, RG Gilbert, CC Ho, I Abdullah, P Cacioli, *J Nat Rubber Res* 12, 223–31 (1997)

206. Termination rate coefficients from molecular weight distributions. PA Clay, DI Christie, RG Gilbert. *ACS Symposium Series* **685**, pp104–19: Advances in Free-Radical Polymerization, ed. K Matyjaszewski. American Chemical Society, Washington DC, 1998

205. Chain transfer to monomer in the free-radical polymerizations of methyl methacrylate, styrene and α–methyl styrene. D Kukulj, TP Davis, RG Gilbert. *Macromolecules,* **31**, 994–9 (1998)

204. Designer polymer colloids. M Monteiro, RG Gilbert, *Chem in Aust*, **64**, 12–14 (1997)

203. Catalytic chain transfer in miniemulsion polymerization. D Kukulj, TP Davis, RG Gilbert. Macromolecules, **30**, 7661–6 (1997)

202. Transition-state theory model for the diffusion coefficients of small penetrants in glassy polymers. AA Gray-Weale, RH Henchman, RG Gilbert, ML Greenfield and DN Theodorou. *Macromolecules*, **30**, 7296–7306 (1997)

201. Emulsion polymerization in a hybrid carbon dioxide/aqueous medium. MA Quadir, R Snook, RG Gilbert and JM DeSimone. *Macromolecules*, **30**, 6015–23 (1997)

200. ESR Measurements of propagation rate coefficients for styrene free radical polymerisation. MP Tonge, A Kajiwara, M Kamachi, RG Gilbert. *Polymer*, **39**, 2305–2313 (1998)

199. Critically evaluated rate coefficients for free-radical polymerization, 2. Propagation rate coefficients for methyl methacrylate. S Beuermann, M Buback, TP Davis, RG Gilbert, RA Hutchinson, OF Olaj, GT Russell, J Schweer, AM van Herk. *Macromol Chem Phys*, **198**, 1545–60 (1997)

198. Propagation rate coefficient of vinyl neo-decanoate by pulsed laser polymerization. R Balic, RG Gilbert, MD Zammit, TP Davis and CM Miller, *Macromolecules*, **30**, 3775–3780 (1997)

197. Exit in the emulsion polymerization of vinyl acetate. H De Bruyn, RGGilbert and MJ Ballard. *Macromolecules*, **29**, 8666–8669 (1996)

196. Mechanisms for radical entry and exit: Aqueous-phase influences on polymerization. RG Gilbert. Chapter in *Polymeric Dispersions. Principles and Applications*, ed. JM Asua, Kluwer Academic, 1997, 1–15

195. Particle size distributions. EM Coen and RG Gilbert. Chapter in *Polymeric Dispersions. Principles and Applications*, ed. JM Asua, Kluwer Academic, Dordrecht, 1997, 67–78

194. Polymerization at high conversion. D Kukulj and RG Gilbert. Chapter in *Polymeric Dispersions. Principles and Applications*, ed. JM Asua, Kluwer Academic, Dordrecht, 1997, 97–107

193. Determination of kinetic parameters for propagation in free-radical polymerizations: an assessment of ab initio procedures. JPA Heuts, RG Gilbert and L Radom. *J Phys Chem*, **100**, 18997–19006 (1996)

192. The penultimate unit effect in free-radical copolymerizations. JPA Heuts, RG Gilbert and IA Maxwell. *Macromolecules*, **30**, 726–736, 1997

191. First–principles prediction and interpretation of propagation and transfer rate coefficients. JPA Heuts, Sudarko and RG Gilbert. *Macromol Symp*, **111**, 147–57 (1996)

190. Catalytic chain transfer for molecular weight control in the emulsion homo– and co-polymerization of methyl methacrylate and butyl methacrylate. D Kukulj, TP Davis, KG Suddaby, DM Haddleton, RG Gilbert. *J Polym Sci Polym Chem Ed*, 35, 859–878, 1997

189. An experimental investigation on the evolution of the molecular weight distribution in styrene emulsion polymerization. CM Miller, PA Clay, RG Gilbert and MS El-Aasser. *J Polym Sci, Polym Chem Edn*, 35, 989–1006 (1997)

188. Molecular weight distributions in free-radical polymerizations. 2. Low-conversion bulk polymerizations. PA Clay, RG Gilbert, GT Russell, *Macromolecules*, **30**, 1935–46 (1997)

187. Critically-evaluated propagation rate coefficients in free radical polymerizations. I. Styrene and methyl methacrylate. RG Gilbert *Pure & Appl Chem*, **68**, 1491–4 (1996)

186. Effects of poly(acrylic acid) electrosteric stabilizer on entry and exit in emulsion polymerization. EM Coen, RA Lyons and RG Gilbert, *Macromolecules*, **29**, 5128–35 (1996)

185. Determination of transfer constants of non-ionic thiol-ended surfactants (transurfs) in styrene free-radical polymerizations. F Vidal, A Guyot and RG Gilbert. *Macromol Chem Phys*, **197**, 1835–40 (1996)

184. Modelling rates, particle size distributions and molecular weight distributions. RG Gilbert. Chapter 5 in *Emulsion Polymerization*, Ed MA El-Aasser and P Lovell, John Wiley, 1997; pps 165–204

183. Mechanisms for Supercollisions. DC Clary, RG Gilbert, V Bernshtein and I Oref. *Disc Faraday Soc*, **102**, 423–433 (1995)

182. Measurement of transfer constants to predict emulsion polymerization kinetics. DI Christie, RG Gilbert, JP Congalidis, JR Richards, JH McMinn, DECHEMA Monographs, 131, 513–22 (1995)

181. Pulsed-laser polymerization measurements of the propagation rate coefficient for butyl acrylate. RA Lyons, J Hutovic, MC Piton, DI Christie, PA Clay, BG Manders, SH Kable and RG Gilbert. *Macromolecules*, **29**, 1918–27 (1996)

180. A priori prediction of propagation rate coefficients in free radical polymerizations: propagation of ethylene. JPA Heuts, RG Gilbert and L Radom. *Macromolecules*, **28**, 8771–81 (1995)

179. Trajectory simulations of collisional energy transfer in highly excited benzene and hexafluorobenzene. T Lenzer, K Luther, J Troe, RG Gilbert and KF Lim. J Chem Phys, 103, 626–41 (1995)

178. Molecular weight distributions: their cause and cure. RG Gilbert, *Trends in Polymer Sci*, **3**, 222–6 (1995)

177. Critically evaluated rate coefficients for free-radical polymerization, 1. Propagation rate coefficients for styrene. M Buback, RG Gilbert, R A Hutchinson, B Klumperman, F-D Kuchta, BG Manders, KF O'Driscoll, GT Russell and J Schweer. *Macromol Chem Phys*, 196, 3267–80 (1995)

176. Transfer constants from complete molecular weight distributions. DI Christie, RG Gilbert, *Macromol Chem Phys*, **197**, 403–12 (1996); erratum **198**, 663 (1997)

175. How free-radical polymerization works. RG Gilbert and GT Russell. *Chem in Aust*, **62**, 20–1 (1995)

174. Chain-length-dependent termination rate processes in free-radical polymerizations. 3. Styrene polymerizations with and without added inert diluent as an experimental test of model. PAGM Scheren, GT Russell, DF Sangster, RG Gilbert and AL German. *Macromolecules*, **28**, 3637–49 (1995)

173. Consistent values of rate parameters in free radical polymerization systems. RG Gilbert, *Pure and Appl Chem*, **64**, 1563 (1992)

172. Classical Trajectory Studies of the Reaction $CH_4 + H \rightarrow CH_3 + H_2$. MJT Jordan and RG Gilbert, *J Chem Phys*, **102**, 5669–82 (1995)

171. The application of transition state theory to gas-surface reactions: Lattice–gas systems with adsorbate interactions. IG Pitt, RG Gilbert and KR Ryan, *Surface Sci*, **326**, 361–69 (1995)

170. Rate-determining kinetic mechanisms in the seeded emulsion copolymerization of styrene and methyl acrylate. HAS Schoonbrood, AL German and RG Gilbert, *Macromolecules*, **28**, 34–49 (1995)

169. The effects of adsorbate island formation on extrinsic precursor kinetics. IG Pitt, RG Gilbert and KR Ryan, *Surface Sci*, **324**, 69–89 (1995)

168. The application of transition state theory to gas-surface reactions in Langmuir systems. IG Pitt, RG Gilbert and KR Ryan, *J Chem Phys*, **102**, 3461–73 (1995)

167. The application of transition-state theory to gas-surface reactions: barrierless adsorption on clean surfaces. IG Pitt, RG Gilbert and KR Ryan, *J Phys Chem*, **98**, 13001–10 (1994)

166. Extended Gorin model for radical–radical recombination reactions. IG Pitt, RG Gilbert and KR Ryan, *J Phys Chem*, **99**, 239–47 (1995)

165. Conditions for secondary particle formation in emulsion polymerization systems. BR Morrison, RG Gilbert. *Macromol Chem Phys, Macromol Symp*, **92**, 13–30 (1995)

164. Molecular Weight Distributions in Free-Radical Polymerizations. Understanding the Effects of chain–length–dependent Termination. PA Clay and RG Gilbert. *Macromolecules*, **28**, 552–69 (1995)

163. The measurement and meaning of rate coefficients in free-radical polymerizations. JPA Heuts, PA Clay, DI Christie, MC Piton, J Hutovic, SH Kable, RG Gilbert. *Progress in Pacific Polymer Science; Proceedings*, **3**, 203–16, 1994

162. Gorin models for simple-fission transition states in the gas phase. RG Gilbert and IG Pitt, in 'Research in Chemical Kinetics', Vol. 2, ed. RG Compton and G Hancock. Elsevier, Amsterdam; 147–192, 1994

161. New developments in molecular weights of polymers. PA Clay and RG Gilbert. *Chem Aust*, **60**, 668–70 (1993)

160. Measurement of propagation rate coefficients using pulsed–laser polymerization and matrix–assisted laser desorption/ionization mass spectrometry. PO Danis, DE Karr, DG Westmoreland, MC Piton, DI Christie, PA Clay, SH Kable and RG Gilbert. *Macromolecules*, **26**, 6684–5 (1993)

159. Improved method for fitting falloff data. JS Poole and RG Gilbert. *Int J Chem Kinetics*, **26**, 273–81 (1994)

158. Mechanism and models for collisional energy transfer in highly excited molecules. RG Gilbert, *Aust J Chem*, **48**, 1787–817 (1995)

157. Particle growth in butadiene emulsion polymerization, 2. Gamma radiolysis. EM Verdurmen, AL German, ED Sudol and RG Gilbert. *Macromol Chem Phys*, **195**, 635–40 (1994)

156. Solvent effects on the propagation rate coefficient for free-radical polymerization. BR Morrison, MC Piton, MA Winnik, RG Gilbert and DH Napper. *Macromolecules*, **26**, 4368–72 (1993)

155. Free-radical exit in emulsion polymerization: II. Model discrimination via experiment. BR Morrison, BS Casey, I Lacík, GL Leslie, DF Sangster, RG Gilbert and DH Napper. *J Polym Sci A: Polym Chem*, **32**, 631–49 (1994)

154. Free-radical exit in emulsion polymerization: I. Theoretical model. BS Casey, BR Morrison, IA Maxwell, RG Gilbert and DH Napper. *J Polym Sci A: Polym Chem*, **32**, 605–30 (1994)

153. Pulsed laser study of the propagation kinetics of acrylamide and its derivatives in water. P Pascal, MA Winnik, DH Napper and RG Gilbert. *Macromolecules*, **26**, 4572–6 (1993)

152. Diffusion of oligomeric species in polymer solutions. MC Piton, RG Gilbert, B Chapman and PW Kuchel. *Macromolecules*, **26**, 4472–7 (1993)

151. Chain–length dependent termination rate processes in free-radical polymerizations: II – Modeling methodology and application to methyl methacrylate emulsion polymerizations GT Russell, RG Gilbert and DH Napper. *Macromolecules*, **26**, 3538–52 (1993)

150. The role of aqueous-phase kinetics in emulsion polymerizations. BS Casey, BR Morrison and RG Gilbert. *Prog in Polymer Sci*, **18**, 1041–96 (1993)

149. Small angle neutron scattering studies of inhomogeneities in latex particles from emulsion homopolymerizations. MF Mills, RG Gilbert, DH Napper, A R Rennie and RH Ottewill. *Macromolecules*, **26**, 3553–62 (1993)

148. Spatial inhomogeneities in emulsion polymerizations: Repulsive wall calculations. CA Croxton, MF Mills, RG Gilbert and DH Napper. *Macromolecules*, **26**, 3563–71 (1993)

147. EPR investigation of the nature of the propagating species in MMA polymerization. MP Tonge, RJ Pace, RG Gilbert, *Macromol Chem Phys*, **195**, 3159–72 (1994)

146. Pulsed laser study of the propagation kinetics of *t*-butyl methacrylate. P Pascal, MA Winnik, DH Napper and RG Gilbert. *Makromol Chem, Rapid Commun,* **14**, 213–215 (1993)

145. Polymer-fraction dependence of entry rate coefficients in emulsion polymerization. GL Leslie, DH Napper and RG Gilbert, *Aust J Chem,* **45**, 2057–60 (1992)

144. The effects of diffusion control on the propagation and transfer rate coefficients in free radical polymerization. BS Casey, MF Mills, DF Sangster, RG Gilbert and DH Napper, *Macromolecules*, **25**, 7063–5 (1992)

143. Collisional energy transfer in highly excited molecules: deuteration effects. DL Clarke and RG Gilbert. *J Phys Chem,* **96**, 8450 (1992)

142. The seeded emulsion polymerization of butadiene. I: The propagation rate coefficient. EM Verdurmen, EH Dohmen, JM Verstegen, IA Maxwell, AL German and RG Gilbert. *Macromolecules*, **26**, 268–275 (1993)

141. Characterization of water-soluble oligomers formed during the emulsion polymerization of styrene by means of isotachophoresis. BR Morrison, IA Maxwell, DH Napper, RG Gilbert, JL Ammerdorffer and AL German, *J Polym Sci, Polym Chem Ed*, **31**, 467–483 (1993)

140. Kinetics of particle growth in emulsion polymerization systems with surface-active initiators. J MH Kusters, DH Napper, G Gilbert and AL German, *Macromolecules*, **25**, 7043–50 (1992)

139. Angular momentum coupling in simple-fission transition states. AJ Karas and RG Gilbert. *J Phys Chem*, **92**, 10893–98 (1992)

138. Rigorous derivation of reaction path degeneracy in transition state theory. AJ Karas, RG Gilbert and MA Collins. *Chemical Physics Letters*, **193**, 181–184 (1992)

137. Desorbed free radicals in emulsion polymerizations: effect of aqueous-phase spin trap. I Lacík, B S Casey, D F Sangster, R G Gilbert and D H Napper. *Macromolecules*, **25**, 4065–4072 (1992)

136. Collisional energy transfer in highly excited molecules: calculations of the dependence on temperature, internal, rotational and translational energy. D L Clarke, I Oref, R G Gilbert and K F Lim. *J Chem Phys*, **96**, 5983–98 (1992)

135. Chain-length dependent termination rate processes in free-radical polymerizations: I – Theory. GT Russell, RG Gilbert and D H Napper. *Macromolecules*, **25**, 2459–69 (1992)

134. Consistent values of rate parameters in free radical polymerization systems. Part II: Outstanding dilemmas and recommendations. M Buback, R G Gilbert, G T Russell, D J T Hill, G Moad, K F O'Driscoll, J Shen and M A Winnik. *J Polym Sci, Polym Chem Edn*, **30**, 851–63 (1992)

133. Testing nucleation models for emulsion polymerization systems. BR Morrison, IA Maxwell, RG Gilbert and DH Napper. ACS Symposium Series 492, pps 28–44: Polymer Latexes – preparation, characterization and applications. American Chemical Society, Washington DC, 1992

132. Molecular weight distributions in emulsion polymerizations: evidence for coagulative nucleation. BCY Whang, MJ Ballard, DH Napper and RG Gilbert, *Aust J Chem*, **44**, 1133–37 (1991)

131. Supercollision events in weak collisional energy transfer of highly excited species. DL Clarke, KC Thompson and RG Gilbert. *Chem Phys Letters*, **182**, 357–62 (1991)

130. Theory of collisional energy transfer of highly excited molecules. RG Gilbert. *International Reviews in Physical Chemistry*, **10**, 319–347 (1991)

129. The effect of chain transfer agent on the entry of free radicals in emulsion polymerization. IA Maxwell, BR Morrison, DH Napper and RG Gilbert. *Makromol Chem*, **193**, 303–13 (1992)

128. Examination of the preparation of block copolymer from macroradicals produced in viscous media. P E J Louis, R G Gilbert, D H Napper, P Teyssié and R Fayt. *Macromolecules*, **24**, 5746–51 (1991)

127. Variational transition state theory: a simple model for dissociation and recombination reactions of small species. M J T Jordan, S C Smith and R G Gilbert. *J Phys Chem*, **95**, 8685–94 (1991)

126. Emulsion polymerization: the mechanisms of latex particle formation and growth. DH Napper and RG Gilbert. pp159–185 in 'Scientific methods for the study of polymer colloids and their application', F Candau and RH Ottewill, eds., Kluwer Academic, The Netherlands, 1990

125. Collisional energy transfer at high temperatures from the biased random walk model. RG Gilbert and I Oref. *J Phys Chem*, **95**, 5007–5011 (1991)

124. Pulsed laser study of the propagation kinetics of acylamide and methacrylamide in water. P Pascal, DH Napper, RG Gilbert, MC Piton and MA Winnik. *Macromolecules*, **23**, 5161–3 (1990)

123. Studies of particle formation in emulsion polymerization using 9–vinyl anthracene as a probe molecule. LT Pearson, PEJ Louis, RG Gilbert and DH Napper, *J Polym Sci, Polym Chem Ed*, **29**, 515–523 (1991)

122. Theoretical approaches to reaction rates. R G Gilbert, *Chem in Aust*, **57**, 212–4 (1990)

121. Kinetic aspects of the emulsion polymerization of butadiene. PA Weerts, AL German and RG Gilbert. *Macromolecules*, **24**, 1622–8 (1991)

120. The entry of free radicals into latex particles in emulsion polymerization. IA Maxwell, BR Morrison, DH Napper and G Gilbert, *Macromolecules*, **24**, 1629–40 (1991)

119. Possible quantum effects in collisional energy transfer in highly excited molecules. RG Gilbert and RN Zare. *Chem Phys Lett*, **167**, 407–411 (1990)

118. Bimolecular termination events in the seeded emulsion polymerization of styrene ME Adams, GT Russell, BS Casey, RG Gilbert, DH Napper and DF Sangster, *Macromolecules*, **23**, 4624–34 (1990).

117. Modeling collisional energy transfer in highly excited molecules. KF Lim and RG Gilbert. *J Chem Phys*, **92**, 1819–1830 (1990)

116. Diffusion control of core–shell morphology in emulsion polymerization. MF Mills, RG Gilbert and DH Napper, *Macromolecules*, **23**, 4247–57 (1990)

115. Prediction of the rate coefficient for the F + SOF₃ recombination reaction. IG Pitt, RG Gilbert and KR Ryan, *Aust J Chem*, **43**, 169–178 (1990)

114. High–conversion emulsion, dispersion and suspension polymerization. M E Adams, B S Casey, MF Mills, GT Russell, DH Napper and RG Gilbert. *Makromol Chem, Macromol Symp*, 35/36, 1–12 (1990)

113. Microscopic reaction rates in ion/molecule reactions: effects of uncoupled modes. SC Smith, MJ McEwan and RG Gilbert, *J Phys Chem*, **93**, 8142–8148 (1989)

112. Radical capture efficiencies in emulsion polymerization kinetics. IA Maxwell, BR Morrison, RG Gilbert and DH Napper. 'Integration of fundamental polymer science and technology 4' (Fourth Rolduc Polymer Meeting, Elsevier, eds. P Lemstra and LA Kleintjes), pps 116–125 (1990)

111. Establishing mechanisms for emulsion polymerization. BS Casey, IA Maxwell, BR Morrison and RG Gilbert, Makromol Chem, *Macromol Symp*, **31**, 1–10 (1990)

110. Trajectory simulations of collisional energy transfer of highly vibrationally excited azulene. KF Lim and RG Gilbert, *J Phys Chem*, **94**, 77–84 (1990)

109. Calculation of collisional energy transfer in highly excited molecules. K Lim and RG Gilbert, *J Phys Chem*, **94**, 72–77 (1990)

108. A classical trajectory calculation of average energy transfer parameters for the $CH_3OO$ + Ar system. AR Whyte and RG Gilbert, *Aust J Chem*, **42**, 1227–1234 (1989)

107. The relationship between recombination, chemical activation and unimolecular dissociation rate coefficients. SC Smith, MJ McEwan and RG Gilbert, *J Chem Phys*, **90**, 4265–4273 (1989)

106. The calculation and interpretation of average collisional energy transfer parameters. AR Whyte, KF Lim, RG Gilbert and WL Hase, *Chem Phys Letters*, **152**, 377–381 (1988)

105. The entry of free radicals into polystyrene latex particles. M E Adams, M Trau, R G Gilbert, D H Napper and D F Sangster, Aust J Chem, 41, 1799–1813 (1988)

104. The pressure dependence of ion-molecule association rate coefficients. S C Smith, M J McEwan and R G Gilbert, J Chem Phys, 90, 1630–40 (1989)

103. Polymerization in Emulsions. DH Napper and RG Gilbert, pps 171–218 in 'Comprehensive Polymer Science – Volume 4', ed. G Allen, J C Bevington and GC Eastmond, Pergamon Press, Oxford, 1989

102. Mathematical modeling of emulsion copolymerization reactors. JR Richards, JP Congalidis and RG Gilbert, *J Appl Polym Sci*, **37**, 2727–56 (1989), and in 'Computer Applications in Applied Polymer Science', Ed. T Provder, ACS Symp Series **404**, 360–378 (1989)

101. Microscopic kinetic events in emulsion polymerization. DH Napper and RG Gilbert, *Makromol Chem Macromol Symp* **10/11**, 503–520 (1987)

100. Angular momentum conservation in multichannel unimolecular reactions. S C Smith and R G Gilbert Int J Chemical Kinetics, 20, 979–990 (1988)

99. Determination of rate parameters in seeded emulsion polymerisation systems: a sensitivity analysis. I A Maxwell, E D Sudol, D H Napper and R G Gilbert. J Chem Soc Faraday Trans. I, 84, 3107–12 (1988)

98. A new method for determining propagation rate coefficients at high fraction of polymer. G A Leslie, I A Maxwell, M J Ballard, R G Gilbert and D H Napper. Aust J Chem, 41, 279–81 (1988)

97. High temperature collisional energy transfer in highly vibrationally excited molecules. III: Isotope effects in tert-butyl bromide systems. T C Brown, K D King and R G Gilbert. International Journal of Chemical Kinetics, 20, 549–63 (1988)

96. Consistent values of rate parameters in free radical polymerization systems. M Buback, L H Garcia–Rubio, R G Gilbert, D H Napper, J Guillot, A E Hamielec, D Hill, K F O'Driscoll, O F Olaj, Jiacong Shen, D Solomon, G Moad, M Stickler, M Tirrell and M A Winnik, J Polym Sci, Polymer Letters Edn, 26, 293–7 (1988)

95. Initiator efficiencies in high conversion bulk polymerizations. GT Russell, DH Napper and RG Gilbert. Macromolecules, 21, 2141–2148 (1988)

94. Termination in free radical polymerizing systems at high conversion. GT Russell, DH Napper and RG Gilbert., Macromolecules, 21, 2133–2140 (1988)

93. Angular momentum conservation in unimolecular and recombination reactions. SC Smith and RG Gilbert, Int J Chem Kinetics, 20, 307–329 (1988)

92. Stochastic models for solution dynamics: the friction and diffusion coefficients. PM Rodger, MG Sceats and RG Gilbert, J Chem Phys, 88, 6448–58 (1988)

91. High temperature collisional energy transfer in highly vibrationally excited molecules. II: Isotope effects in isopropyl bromide systems. TC Brown, KD King and RG Gilbert, Int J Chem Kinetics, 19, 851–67 (1987)

90. The determinants of latex monodispersity in emulsion polymerizations. PJ Feeney, DH Napper and RG Gilbert, J Colloid Interface Sci, 118, 493–505 (1987)

89. Small-angle neutron scattering study of particle nucleation in emulsion polymerization. PJ Feeney, E Geissler, RG Gilbert and DH Napper, J Colloid Interface Sci, 121, 508–13 (1988)

88. Surfactant-free emulsion polymerization: predictions of the coagulative nucleation theory. P J Feeney, D H Napper and R G Gilbert, *Macromolecules*, **20**, 2922–30 (1987)

87. Collisional energy transfer in highly vibrationally excited molecules: a very low-pressure pyrolysis study of acetyl chloride. KF Lim, TC Brown, KD King and RG Gilbert, Int J Chem Kinetics, 19, 373–389 (1987)

86. Emulsion polymerization of butyl acrylate: kinetics of particle growth. IA Maxwell, DH Napper and RG Gilbert, *J Chem Soc, Faraday Trans. 1*, **83**, 1449–67 (1987)

85. Recombination reactions: variational transition state theory and the Gorin model. PG Greenhill and RG Gilbert, J Phys Chem, 90, 3104–6 (1986)

84. The a priori calculation of collisional energy transfer in highly vibrationally excited molecules: the biased random walk model. KF Lim and RG Gilbert, *J Chem Phys*, **84**, 6129–40 (1986)

83. The seeded heterogeneous polymerization of acrylonitrile. SJ McCarthy, EE Elbing, IR Wilson, RG Gilbert, DH Napper and DF Sangster. Macromolecules, 19, 2440–48 (1986)

82. Propagation rate coefficients from ESR studies of the emulsion polymerization of methyl methacrylate. MJ Ballard, RG Gilbert, DH Napper, PJ Pomery, PW O'Sullivan and JH O'Donnell, Macromolecules, 19, 1303–8 (1986)

81. Entry rate coefficients in emulsion polymerization systems. IA Penboss, RG Gilbert and DH Napper, J Chem Soc Faraday Trans. 1, 82, 2247–2268 (1986)

80. Free radical exit from latex particles. M Adams, DH Napper, RG Gilbert and DF Sangster, J Chem Soc Faraday Trans I, 82, 1979–83 (1986).

79. Theoretical prediction of methoxy and hydroxymethyl reaction rate coefficients. PG Greenhill, BV O'Grady and RG Gilbert, Aust J Chem, 86, 1929–42 (1987)

78. Energy transfer in collision-induced decomposition of multi-atomic ions. RG Gilbert, M Sheil and P J Derrick, Org Mass Spec, 20 430–1 (1985)

77. Periodic nucleation processes in emulsion polymerization systems. PJ Feeney, RG Gilbert and DH Napper, J Colloid and Interfacial Science, 107, 159–73 (1985)

76. Theory of fast multiple bond-switching reactions. RG Gilbert, AR Whyte and LF Phillips. Int J Chem Kinetics, 18, 721–737 (1986).

75. Termination rate coefficients in methyl methacrylate polymerizations. MJ Ballard, DH Napper, RG Gilbert and DF Sangster. *J Polym Sci Polym Chem Edn,* **24**, 1027–41 (1986)

74. The pressure dependence of ion-molecule reaction rate coefficients. RG Gilbert and MJ McEwan. *Aust J Chem,* 38, 231–48 (1985)

73. Collisional deactivation of highly vibrationally excited molecules. Dynamics of the collision event. N Date, WL Hase and RG Gilbert, *J Phys Chem,* 88, 5135–38 (1984)

72. Kinetics of emulsion polymerization of methyl methacrylate. MJ Ballard, DH Napper and RG Gilbert, *J Polym Sci, Polym Chem Edn,* **22**, 3225–53 (1984)

71. High temperature collisional energy transfer in highly vibrationally excited molecules: isotope effects in tert–butyl chloride systems. TC Brown, KD King and RG Gilbert, Int J Chem Kinetics, 16, 1455–70 (1984)

70. The effects of hydrocarbon diluent on the kinetics of the seeded emulsion polymerization of styrene. G Lichti, DF Sangster, BCY Whang, DH Napper and RG Gilbert. J Chem Soc, Faraday Trans I, 80, 2911–28 (1984)

69. The kinetics of emulsion polymerization of butyl methacrylate. LF Halnan, DH Napper and RG Gilbert, *J Chem Soc, Faraday Trans I,* 80, 2851–65 (1984)

68. The application of electron spin resonance spectroscopy to emulsion polymerization. MJ Ballard, RG Gilbert, DH Napper, PJ Pomery and JH O'Donnell. Macromolecules, 17, 504–6 (1984)

67. Coagulative nucleation and particle size distributions in emulsion polymerization. PJ Feeney, DH Napper and RG Gilbert, Macromolecules, 17, 2520–9 (1984)

66. Gas/wall collision efficiencies in very low–pressure pyrolysis systems. PG Dick, RG Gilbert and KD King, Int J Chem Kinet, 16, 1129–37 (1984)

65. Collisional energy exchange in highly vibrationally excited molecules: the biased random walk model. RG Gilbert, *J Chem Phys,* **80**, 5501–5509 (1984)

64. UNIMOL: a program for the solution of the master equation for uni– and termolecular reactions; RG Gilbert, Quantum Chemistry Program Exchange, 3, 64 (1983). Update with S C Smith and M Jordan, available directly from the authors

63. Temperature dependence of collisional energy transfer in ethyl acetate. TC Brown, JA Taylor, KD King and RG Gilbert, J Phys Chem, 87, 5214–20 (1983)

62. Measures of collisional energy transfer in unimolecular processes. RG Gilbert, Chem Phys Letters, 96, 259–262 (1983)

61. The direct determination of kinetic parameters in emulsion polymerization systems. RG Gilbert and DH Napper, J Macromol Sci– Rev Macromol Chem Phys C, 23, 127–186 (1983)

60. Styrene emulsion polymerization: the effect of initiator charge. IA Penboss, DH Napper and RG Gilbert, J Chem Soc Faraday Trans 1, 79, 1257–1271 (1983)

59. Collisional energy transfer in the multichannel thermal decomposition of bromoethane–1,1 2,2–d₄. TT Nguyen, KD King and RG Gilbert, J Phys Chem, 87, 494–498 (1983)

58. Styrene emulsion polymerization: kinetics and particle size distributions in highly swollen latex systems. DF Wood, BCY Whang, DH Napper, RG Gilbert and G Lichti, J Polym Sci, Polymer Chem Edn, 21, 985–997 (1983)

57. Low-temperature vibronic spectra of 1,1'-binaphthyl. MJ Riley, AR Lacey, MG Sceats and RG Gilbert. Chem Phys, 72, 83–91 (1982)

56. Mechanisms of latex particle formation and growth in the emulsion polymerization of styrene using the surfactant sodium dodecyl sulfate. G Lichti, RG Gilbert and DH Napper, J Polym Sci Polym Chem Edn, 21, 269–291 (1983)

55. Empirical formula for gas/wall collision efficiencies in VLPP experiments. RG Gilbert, Int J Chem Kinetics, 14, 447–50 (1982)

54. Theory of thermal unimolecular reactions in the fall-off range. II. Weak collision rate constants. RG Gilbert, K Luther and JTroe, Ber Bunsenges Phys Chem, 87, 169–177 (1982)

53. Infrared multiphoton decomposition and energy dependent absorption cross section of chloroethane. JS Francisco, WD Lawrance, JI Steinfeld and RG Gilbert, J Phys Chem, 86, 724–728 (1982)

52. Master equation description of the multiphoton decomposition of ethyl acetate. JE Eberhardt, RB Knott, AW Pryor and RG Gilbert, Chem Phys 69, 45–60 (1982)

51. Effects of chain transfer agents on the kinetics of seeded emulsion polymerization of styrene. G Lichti, DF Sangster, BCY Whang, DH Napper and RG Gilbert, J Chem Soc FarTrans I, 78, 2129–2145 (1982)

50. Very low-pressure pyrolysis of chloroethane-2,2,2-d₃. Kinetics of DCl elimination and effect of $CO_2$ inert bath gas. JS Francisco, JI Steinfeld, KD King and RG Gilbert, J Phys Chem, 85, 4106–8 (1981)

49. Viscosity and temperature dependence of fluorescence lifetimes of anthracene and 9-methyl anthracene, E Blatt, FE Treloar, K Ghiggino and RG Gilbert, J Phys Chem, 85, 2810–2816 (1981)

48. Convolution and deconvolution of focussed beam data in multiphoton decomposition experiments, JS Francisco, JI Steinfeld and RG Gilbert, Chem Phys Letts, 82, 311–314 (1981)

47. Gas/gas and gas/wall energy transfer functions in the multichannel thermal decomposition of chloroethane-2-d₁, KD King, TT Nguyen and RG Gilbert, Chem Phys, 61, 223–234 (1981)

46. Seeded emulsion polymerizations of styrene: the fate of exited free radicals, BCY Whang, DH Napper, G Lichti, MJ Ballard and RG Gilbert, J Chem Soc Faraday Trans I, 78, 1117–1126 (1982)

45. Polymerization in emulsion droplets, BJ Chamberlain, DH Napper and RG Gilbert, J Chem Soc Faraday TransI, 78, 591–606 (1982)

44. Radical capture efficiencies in emulsion polymerization, BS Hawkett, DH Napper and RG Gilbert, J Polym Sci Polym Chem Ed 19, 3173–9 (1981)

43. The molecular weight of emulsion polymers, DH Napper, G Lichti and RG Gilbert, Amer Chem Soc Symposium Series, 165, 105–120 (1981)

42. Improved methods of solving the Smith-Ewart equations in the steady state, MJ Ballard, RG Gilbert and DH Napper, J Polym Sci Polym Letters Ed, 19, 533–537 (1981)

41. Emulsion copolymerization theory: kinetics and sequence distributions, RG Gilbert, MJ Ballard and DH Napper, J Dispersion Sci and Technology, 2, 163–173 (1981)

40. Eigenanalysis of infra-red multiphoton decomposition kinetics, WD Lawrance, AEW Knight, RG Gilbert and KD King, Chem Phys, 56, 343–354 (1981)

39. Langevin simulation of picosecond-resolved electronic spectra in solution, B Martire and R G Gilbert, Chem Phys 56, 241–249 (1981)

38. Theoretical prediction of particle size distributions and molecular weight distributions in emulsion polymerizations, G Lichti, RG Gilbert and DH Napper, in 'Emulsion Polymerizations', ed. I Piirma, Academic Press, New York, 1982, pps 94–144

37. Kinetics of the thermal isomerization of fulvene, BJ Gaynor, RG Gilbert, PJ Harman and KD King, Aust J Chem, 34, 449–452 (1981)

36. Analysis of interval III data for emulsion polymerizations, BS Hawkett, DHNapper and RG Gilbert, J Chem Soc Far Trans I, 77 2395–2404 (1981)

35. Emulsion copolymerization theory: kinetics and sequence distibutions, MJ Ballard, RG Gilbert and DH Napper, *J Polym Sci Polym Chem Edn*, 19, 939–954 (1981)

34. Thermal unimolecular reactions in the fall–off regime: a master equation analysis, WD Lawrance, AEW Knight, RG Gilbert and KD King, Chem Phys Letters, 76, 113–5 (1980)

33. Styrene emulsion polymerization: particle size distributions, G Lichti, BS Hawkett, RG Gilbert, DH Napper and DF Sangster, *J Polym Sci Polym Chem Edn*, **19**, 925–938 (1981)

32. Effects of chain transfer agent on kinetics of emulsion polymerization of styrene, B Whang, G Lichti, RG Gilbert, DH Napper and DF Sangster, *J Polym Sci Polym Letters Edn*, **18**, 711–716 (1980)

31. Gas/gas and gas/wall average energy transfer functions from very low-pressure pyrolysis, RG Gilbert and KD King, Chem Phys, 49, 367–75 (1980)

30. Thermal unimolecular decomposition of bromocyclobutane. KD King and RG Gilbert, Int J Chem Kinetics, 12, 339–46 (1980)

29. Molecular weight distributions of polymer formed in emulsion polymerization, GLichti, DH Napper and RG Gilbert, *Polymer Colloids II*, ed. R Fitch, pp 651–658, Plenum Press, NY (1980)

28. Unimolecular reactions under rarefied gas flow, RG Gilbert, BJ Gaynor and KD King, 11th Rarefied Gas Dynamics Symposium Proceedings, 1077–86 (1979)

27. Relaxation of styrene emulsion polymerization initiated by gamma radiolysis, SW Lansdowne, RG Gilbert, DH Napper and DF Sangster, JChemSoc Far TransI, 76, 1344–55 (1980)

26. Seeded emulsion polymerization of styrene, BS Hawkett, DH Napper and RG Gilbert, *J Chem Soc Far Trans I*, **76**, 1323–43 (1980)

25. Interpretation of picosecond intramolecular dynamics in solution, J S McCaskill and RG Gilbert, *Chem Phys*, **44**, 389–402 (1979)

24. Intermolecular energy transfer in two-channel unimolecular reactions: the decomposition of 1–iodopropane, BJ Gaynor, RG Gilbert and KD King, Chem Phys Letters, 58, 591–5 (1978)

23. The interpretation of very low-pressure pyrolysis experiments, RG Gilbert, B J Gaynor and KD King, Int J Chem Kinetics, 11, 317–31 (1979)

22. Generalized opacity functions in reactive scattering, SM McPhail and RG Gilbert, Chem Phys 34, 319–327 (1978)

21. The thermal decomposition of chlorocyclobutane, BJ Gaynor, RG Gilbert and KD King, Int J Chem Kinetics, 11, 11–21 (1979)

20. Molecular weight distributions in emulsion polymerizations, G Lichti, RG Gilbert and D H Napper, *J Polym Sci A*, **18**, 1297–1323 (1980)

19. The solution of the master equation for unimolecular reactions, BJ Gaynor, RG Gilbert and K D King, Chem Phys Letters, 55, 40–3 (1978)

18. Inversion of vibrationally inelastic scattering data, MA Collins and RG Gilbert, Mol Phys 34, 1407–27 (1977); preliminary report in Ber Bunsen Physik Chemie, 81, 228 (1977)

17. General solution to the Smith-Ewart equations for emulsion polymerization, BS Hawkett, DH Napper and RG Gilbert, J Chem Soc Far TransI, 73, 690–698 (1977)

16. Sound propagation in reacting systems, RJ Ellis and RG Gilbert, *J. Acoustical Society of America*, **62**, 245–9 (1977)

15. The growth of polymer colloids, G Lichti, RG Gilbert and DH Napper, *J Polym Sci A*, **15**, 1957–71 (1977)

14. Derivation of opacity functions from experimental scattering data, MA Collins and RG Gilbert, *Chem Phys Letters*, **41**, 108–113 (1976)

13. Isomerization of cycloheptatriene at high temperatures, B J Gaynor, R Gilbert, KD King and J C Mackie, *Int J Chem Kinetics*, **8**, 695–707 (1976)

12. Theory of gas phase reactions (review), *Proc Royal Aust Chem Institute*, 43, 272–5 (1976)

11. Inhomogeneous stationary states in reaction-diffusion systems, SM McPhail, MA Collins and RG Gilbert, Biophys Chem, 4, 151–7 (1976)

10. Semiclassical treatment of vibrational energy transfer in three dimensions, M A Collins and RG Gilbert, *Mol Phys* 31, 1585–98 (1976)

9. Emulsion polymerization kinetics: general solution for Smith-Ewart cases I and II, BS Hawkett DH Napper and RG Gilbert, J Chem Soc Far Trans I, 71, 2288–95 (1975)

8. Reaction and diffusion in autocatalytic systems, MA Collins and RG Gilbert, *Chem Phys* **5**, 49–59 (1974)

7. Theoretical analysis of rates of emulsion polymerization, RG Gilbert and DH Napper, *J Chem Soc Far Trans* I, **70**, 391–9 (1974)

6. Acoustic effects in transient chemical reactions, RG Gilbert, PJ Ortoleva and J Ross, *J Chem Phys* **58**, 3625–33 (1973)

5. On the distorted wave approximation for chemical reactions, RG Gilbert and TF George, *Chem Phys Letters* **20**, 187–92 (1972)

4. The interaction of sound with gas-phase reactions, RG Gilbert, H–S Hahn, PJ Ortoleva and J Ross, *J Chem Phys* 57, 2672–79 (1972)

3. The concept of activation energy in unimolecular reactions, RG Gilbert and IG Ross, J Chem Phys 57, 2299–305 (1972)

2. The anomalous low–pressure activation energy for the decomposition of $CO_2$, RG Gilbert, *Chem Phys Letters* **11**, 146–8 (1971)

1. Unimolecular reactions as radiationless transitions, RG Gilbert and I G Ross, *Aust J Chem* **24**, 1541–65 (1971)

# EXHIBIT C

# LIST OF DOCUMENTS

U.S. Patent No. 5,167,766 to Honig et al.

U.S. Patent No. 5,171,808 to Ryles et al.

U.S. Patent Application No. 2004/0102528 A1 to Walchuk et al.

Ciba Specialty Chemicals Corporation's Responses to Defendants' First Set of Interrogatories (Nos. 1-7)

Hercules' Technology Tutorial dated May 27, 2005

Ciba's Technical Tutorial dated May 27, 2005

Deposition Transcript of Robert A. Gelman, Ph.D. (July 1, 2005), Deposition Transcript of Paul Waterman, Ph.D. (July 7, 2005), Deposition Transcript of Michael Heard, Ph.D. (June 30, 2005), Defendant Deposition Exhibits 1 through 21, Plaintiff Deposition Exhibits 1 through 61

U.S. Patent No. 4,203,877 to Baker

E.P. Patent App. 0 584 771 A1 to B.F. Goodrich Co.

U.S. Patent No. 4,426,485 to Hoy et al.

U.S. Patent No. 4,918,123 to Yang et al.

Publications and texts including Hernandez-Barajas, J.; Hunkeler D. J., *Polymers for Advanced Technologies* **1995**, *6*, 509-17, Hernandez-Barajas, J.; Hunkeler D. J., *Polymer* **1997**, *2*, 437-47, Hernandez-Barajas, J.; Hunkeler D. J., *Polymer* **1997**, *22*, 5623-41, Lamb, D.; Anstey, J. F.; Fellows, C. M.; Monteiro, J. M.; Gilbert, R. G. *Biomacromolecules* **2001**, *2*, 518-25, Subramaniam, N.; Monteiro, M. J.; Taylor, J. R.; Simpson-Gomes, A.; Gilbert, R. G. *Macromol. Symp.* **2000**, *152*, 43-53, Santangelo, P. G.; Roland, C. M. *J. Non-Crystalline Solids* **1998**, *235*, 709-16, Moad, C. L.; Moad, G.; Rizzardo, E.; Thang, S. H. *Macromolecules* **1996**, *29*, 7717-26, Seabrook, S. A.; Tonge, M. P.; Gilbert, R. G. *J. Polym. Sci. Part A Polym. Chem.* **2005**, *43*, 1357-68, Lacik, I.; Beuermann, S.; Buback, M. *Macromol. Chem. Phys.* **2004**, *205*, 1080-7, Gavat, I.; Dimonie, V.; Donescu, D.; Hagiopol, C.; Munteanu, M.; Gosa, K.; Deleanu, T. *J. Polym. Sci. Polymer Symp.* **1978**, *64*, 125-40, Laughlin, R. G., THE AQUEOUS PHASE BEHAVIOR OF SURFACTANTS (Academic, London 1994), Piirma, I., POLYMERIC SURFACTANTS, *Surfactant Science Series* **1992**, *42*, Matsuoka, S.; Cowman, M. K., *Polymer* **2002**, *43*, 3447-53, Rotureau, E.; Dellacherie, E.; Durand, A., *Macromolecules* **2005**, *38*, 4940-1, Goodwin J.W.; Hughes, R. W., RHEOLOGY FOR CHEMISTS: AN INTRODUCTION (Royal Society of Chemistry, Cambridge, **2000**)

Hercules' Responses and Objections to Plaintiff Ciba Specialty Chemicals Corporation's Third Set of Interrogatories (Nos. 15-18)

Expert Report of Clarence A. King, Ph.D.


International Union of Pure and Applied Chemistry Macromolecular Division, Commision on Macromelecular Nomenclature, Glossary of Basic Terms in Polymer Science (IUPAC Recommendations 1996)