# EXHIBIT A

| | |
|---|---|
| Name | Clarence (Kasy) A. King |
| Address | 609 N Cambridge Dr. |
| | Appleton, WI 54915 |
| Tele# | 920-991-9102 |
| e-mail | kasyking@new.rr.com |

Education

BS in Chemistry from Virginia Tech in 1969, Blacksburg, VA
MS in Surface Chemistry from Virginia Tech in 1971, Blacksburg, VA
PhD from the Institute of Paper Chemistry in 1974, Appleton, WI

Experience

Papermaking Process Consulting, LLC
Appleton, WI
March 2001 to Present

President

Responsible for working with various and differing companies to improve their papermaking process and product quality enhancement.

Accomplishments
- Propal, Cali, Columbia, SA--Improved machine efficiency and cost reductions for 4 paper machines. Product quality improvements included brightness gains, internal sizing improvement, curl stabilization, formation enhancement, and surface smoothness improvement, Process improvements included break performance improvement, retention stabilization, deposit reduction, carbonate quality resolution, and off color loss reduction.
- Penford Products, Cedar Rapids, Iowa--Implemented a new starch product across several Wisconsin machines. This product was new and unique to the paper industry carrying a much higher charge than any previous starch. This technology required the adjustment and changing of many other wet end process systems.
- Bowater, Greenville, SC--Expertise used to answer questions of legality for the use of asbestos fibers during the 1960's.
- Mead, Chillicothe, Oh--Many Carbonless paper product quality enhancements including paper strike through, formation, curl control, surface smoothness, cockles, stretch, and sheet shrinkage. Process improvements included retention gains, internal sizing improvement, sewer loss reduction, and foam reduction.
- Weyerhaeuser, Johnsonburg, Pa--Helped to eliminate sheet defects and wet end contamination. Project support led to many other recommendations that the mill is currently implementing with Dr. King's support.

---

Appleton Papers, Inc
Appleton, WI
April 1991 to November 2000

Manager of Pulp and Paper Technology, Senior Research Scientist and Other Titles.

Responsible for a group of 7 people that worked with all of Appleton Paper's mills and plants to reduce cost, improve product quality, implement new products, implement supplier alliances, and reduce process variability. Sat on the management teams and on the strategic planning teams.

Accomplishments
- Security Papers developed and commercialized at the Spring Mill
- Supplier Alliance developed and implemented at Newton Falls, Roaring Spring, and West Carrollton.
- Many people trained in this group that are now in Mill Management, Marketing, Sales, and Quality Assurance. Some continue at Appleton while others went to other companies.
- Many successful cost savings projects including PVR, internal sizing efficiency gains, carbonate filler improvement, on-line color control, on-line retention closed loop control, defoamer use reduction, effluent loss reduction, increased filler content, and chemical use reductions.
- Many base sheet optimizations for product quality enhancement including formation, curl, shrinkage, smoothness, two-sidedness, brightness, opacity, sizing, strength, and stretch improvements.
- Successful Malcolm Baldridge Application.
- Customer Focused Quality implemented.
- Meeting effectiveness improved by 45 %.
- Empowered implemented.
- Many cross functional team successes working with Marketing, Sales, and Quality Assurance.
- On the team that developed and commercialized Thermal Papers products for airline tickets, bar codes, luggage tags, thermal printers, and package tracking labels.

James River
Neenah, WI
May 1989 to April 1991

Team Leader and Research Scientist

Responsible for the successful alkaline conversions from acid technology at Groveton, West Lynn, Camas, and one other west coast mill. In addition to the alkaline conversions, Dr. King's group was responsible for all process systems at the James River Communications Paper mills.

Accomplishments
- 6 successful paper machine alkaline conversions.
- Led a group of 5 people that supported the James River Communications paper mills on the East Coast, the West Coast, and in Louisiana in process improvement and base sheet gains for product improvement.

- Trained suppliers and Jame's River personnel on alkaline papermaking technology.

---

S. D. Warren
Westbrook, ME
October 1982 to May 1989

Manager of Papermaking Technology

Responsible for all papermaking process systems and environmental control systems for all S. D. Warren Mills. Was a part of the start up of 2 brand new paper machines at the Somerset, Maine mill. Developed new testing procedures for process and product improvement. Worked on Marketing teams to develop and implement many new products for the printing and writing papers division.

Accomplishments
- Developed and implemented ASA alkaline sizing technology.
- Developed and implemented broke coagulation technology.
- Developed and implemented a new broke turbidity monitoring test.
- Implemented satellite calcium carbonate technology.
- Paper ash content increased by 25 % across all mills.
- First to implement microparticulate retention systems.
- Implemented on-line retention technology.
- Two successful new paper machine start ups.
- Mobile PM 9 converted to alkaline papermaking technology.
- New paper HST sizing test developed and implemented.
- On-line defoamer monitoring technology implemented.
- On-line freeness technology implemented.
- First paper machine to close loop retention control on-line.
- 1, 2, 3, and 4 printing grade papers developed and commercialized on two new paper machines. This was a support effort working on teams of Marketing, Sales, Quality Control, Research, Mill Technical, and Operations personnel.
- Developed and implemented PVR, a process variation reduction program.
- Mentored and trained many engineers and chemists for S. D. Warren and other companies.

---

S. D. Warren
Mobile, AL
March 1981 to October 1982

Technical Services Manager

Managed 2 project engineers, 4 process engineers, and 7 hourly process lab testers that were responsible for the 3 paper machines of the flat grade mill. Also had responsibility for mill environmental control and pulp mill quality control. The process engineers were

responsible for short term process and quality improvements while the project engineers were responsible for long term process and product developments. This group was also responsible for developing and maintaining the test lab instrumentation and equipment.

Accomplishments
- Many book and coated writing paper grades developed, enhanced, and commercialized.
- Developed and implemented new retention approaches now widely used by the paper industry.
- The first mill to completely implement PVR, process variability reduction.
- Pulp mill fiber quality stabilized for optimum productivity and best product quality for both the flat grade and creped grade machines.
- Effluent discharges reduced by 25 to 35 %.
- On-line color control implemented for one of the first times in the USA.
- Broke management systems developed and implemented which are now used across the industry.
- Served on many Marketing and Sales teams for product development and commercialization.

Scott Paper
Chester, PA
February 1980 to March 1981

Technical Manager of the Cottonelle Paper Division

Responsible for 2 process engineers and 1 technician that supported product, quality, and process enhancement/control on the new Cottonelle machine. This was the first commercial single recrepe tissue paper machine anywhere, and thus there was a strong need for product development and commercialization, machine start up support, and process tracking/enhancement.

Accomplishments
- Successful commercialization of a brand new tissue technology that is still on the market today as a top of the line, high end valued product.
- Sewer patrols initiated that eliminated 10 % of the water and solids discharged from the paper machine.
- New broke pulping and use technologies developed and implemented.
- New screening and cleaning systems developed and implemented for the removal of broke containing latex nits.
- New retention technologies developed and applied, which led to stable wet end chemistry systems, thus allowing people to focus on product development needs.

Scott Paper
Philadelphia, PA

December 1974 to February 1980

Dr. King was responsible for the development and implementation of the wet end chemistry package for the new paper towel, J-VIVA. This towel was a double recreped high end high quality paper towel that continues to be a major product for Kimberly-Clark today. This responsibility included laboratory studies, many mill trials, and start up support for the brand new paper machine in Marinette, Wi. Dr. King also managed the pilot paper machine at the Scott Plaza in Philadelphia, where he managed a team of 10 salaried and hourly personnel. During this period of time he was also responsible for meeting the environmental requirements for the J-VIVA project. His responsibilities ultimately led him to being the Technology Transfer Coordinator for all communications between Corporate Headquarters and the Marinette Mill. This Technology Transfer job involved the implementation of the ideas transferred, which required close workings with mill and supplier personnel.

Accomplishments
- Developed and supported development of new processes and product leading to the commercialization of J-VIVA or New VIVA paper towel. These support areas included wet end retention systems, save all systems, base sheet quality developments, yankee coating/adhesive development, quality testing programs, etc.
- Dr. King implemented an effluent clarifier treatment program at Marinette that brought the mill into environmental compliance and prevented the mill's shut down.
- Dr. King was the wet end project team leader at Marinette for two years leading to the successful implementation of wet end technology and the successful machine start up and product commercialization.
- Dr King then became the on-site mill liaison and Technology Transfer Coordinator for all Scott information transfer between Corporate Headquarters and the Marinette Mill. This Technology Transfer function required strong communication and follow up skills.

Other    In addition to attending many seminars and professional training opportunities in his areas of expertise, Dr King has many other areas of specialized training including Customer Focused Quality, Team Building, Time Management, Empowerment, Benchmarking, Metrics, Meeting Effectiveness Skills, Malcolm Baldridge, Running to Standard, Motivational Skills, and Communications.

Dr. King sits on the editorial boards of the paper industry's two principle USA technical journals; TAPPI and Solutions. Here he is responsible for reviewing papers and in helping set policy/direction for the two journals.

Professional Affiliations

TAPPI and PIMA. Active on many committees and Conference participation. Currently a member of the Editorial Boards for TAPPI Journal and Solutions Magazine.

# PUBLICATIONS/PRESENTATIONS

1. 9/75 TAPPI "Cellulose Fiber-To-Fiber Flocculation: A Dynamic Comparison"
2. 1978 Second International Seminar on Paper Mill Chemistry "Zeta Potential as a Process Tool"
3. 1985 Miami Symposium--"Controlling the Process"
4. 1988 Tappi Papermakers--"On-line Retention"
5. 1990 PIMA--"Alkaline Papermaking", Part I
6. 1990 PIMA--"Alkaline Papermaking", Part II
7. 1991 Miami Symposium--"Wet End Chemistry"
8. 1991,1992 Integrated Paper Services--"Wet End Chemistry"
9. 1991 Ohio Tappi--"Controlling the Process"
10. 1992 Lake States Tappi--"Alkaline Sizing"
11. 1992 New England Tappi--"Controlling the Process"
12. 1992 Tappi Papermakers--"Charge and Papermaking"
13. 1992 Tappi Papermakers--"On-line Retention"
14. 1992 Tappi Sizing Short Course--"Retention and Retention Aids"
15. 1992 Tappi at Syracuse--"Research Needs Workshop"
16. 1993 PIMA, April '93--"Alkaline Paper: After The Honeymoon"
17. 1993 April Papermakers-Session Chair-"Interfering Substances"
18. 1993 TAPPI Monograph-"Wet End Chemistry", B. Scott Dedication
19. 1993 PIMA Article, July-"Pigments and Fillers, A Survey"
20. 1994 PIMA Article, April-"Alkaline Papermaking-Good chemistry"
21. 1994 PIMA October "Managing Chemical Decisions"
22. 1995 TAPPI Papermaker's Conf., Chicago, "Real Time Monitoring at West Carrollton Raises Wet End Performance, Operator Capability & Product Quality"
23. 1995 April PIMA, "Alkaline Papermaking: Reacting to Recycle"
24. TAPPI "Introduction to Wet End Chemistry", 3/94, 2/95-Perdido Beach, 9/95-Baltimore, 3/96-New Orleans, 9/96 Portland Me, 3/97 Cincinnati Oh, and 10/97 Seattle, WA
25. Developer and first Team Leader of the PIMA "Paper and Water Chemistry Management Specialist Group"
26. "Cationic Pigments Symposium", Nord Kaolin, Atlanta, Ga., 4/96
27. Intro to Wet End Chemistry-Cincinnati, April 1997
28. Intro to Wet End Chemistry-Seattle, September 1997
29. Many Intro to Wet End Chemistry Short Courses between 28 above and 1999.
29. Program Chair for 1998 PIMA Specialist Groups Thursday Presentations
30. Strategic Environmental Forum, PIMA's "Papermaker", Jan 1998
31. "Wet End Chemistry Services", PIMA Papermaker Magazine, June 1999
32. "Specialty Chemical Alliance Process", Panel Discussion at PIMA's National Conference, San Antonio, TX, June 1999

33. "Specialty Chemical Alliances—A Win/Win Opportunity", Paper Presented at PIMA's National Conference, San Diego, CA, June 15, 2000
34. "Water Treatment Technology", A discussion format for PIMA's American Papermaker Magazine, October 2000.
35. "Shaping Up The Wet End of Papermaking", A discussion format for PIMA's North American Papermaker, June 2001.
36. "Wet End Starch-Its Importance and Measurement", Solutions Journal, March 2002
37. "Building a Better Wet End", Solutions Journal, April 2002.
38. "Use Process Variation Reduction in Troubleshooting, Solutions Journal, May 2002.
39. "Commodity, Performance, or Specialty Chemicals", Solutions Journal, August 2002.
40. "The Ups and Downs of Specialty Chemicals, Solutions Journal, December 2002.
41. "Water Treatment, a Solutions Roundtable", Solutions, February 2003.
42. "Where There Are Problems, There Are Consultants", Solutions, March 2003.
43. "A Marriage For Performance Sake", Solutions, April 2003.
44. "Trends in Papermaking: Ideas from the Experts", Solutions, December 2003.
45. "Benchmarking: A Tool to Improve Mill Performance", Solutions, January 2004.
46. "Synergistic Effects from Performance Chemicals", Solutions, April 2004.
47. "Water Treatment: How Mill Closure Affects Additives and Paper Quality", Solutions, February 2005.
48. "Chemical Optimization Through Storage, Make Down, and Feed", Solutions Journal, May 2005
49. "Editor's Note on the 2005 Paper Symposium in Milwaukee, Wi", TAPPI Journal, July 2005