# EXHIBIT B

# LIST OF DOCUMENTS

| No. | Description |
|---|---|
| 1 | U.S. Patent No. 4,720,346 to Flesher et al. |
| 2 | U.S. Patent No. 5,180,473 to Akune et al. |
| 3 | U.S. Patent No. 5,167,766 to Honig et al. |
| 4 | U.S. Patent No. 5,171,808 to Ryles et al. |
| 5 | U.S. Patent Application No. 2004/0102528 A1 to Walchuk et al. |
| 6 | Ciba Specialty Chemicals Corporation's Responses to Defendants' First Set of Interrogatories (Nos. 1-7) |
| 7 | Hercules' Technology Tutorial dated May 27, 2005 |
| 8 | Ciba's Technical Tutorial dated May 27, 2005 |
| 9 | Deposition Transcript of Robert A. Gelman, Ph.D. (July 1, 2005) |
| 10 | Production Documents including: CIBA 004915-23, HERC0059745-48, HERC007785-88, HERC0007744-45, HERC0007777-80, HERC0007880-86, HERC0021331-32, HERC0017944-46, HERC0049623-28, HERC0025882-85, HERC0047318-19, HERC0003527-38, HERC0011000-10, HERC0024395-97, HERC0003423-41, HERC0052042-58, HERC0052120-29, HERC0052151-71, HERC0052204-25, HERC0050108-20, HERC0059134-42, HERC0014825-47, HERC0021881-902, HERC0021184-200, HERC0014862-872, HERC0021095-154, HERC0015975-16066, HERC0050552-76, HERC0015052-80, HERC0010005, HERC0010006, HERC009999, HERC0010000, HERC0021202-06, HERC0019300-04, HERC0019250-52, HERC0009976, HERC0009986, HERC0009987, HERC0009994, HERC0009968, HERC0052461-63 |