# EXHIBIT A



BIOSKETCH: Norman J. Wagner

**RESEARCH INTERESTS:** thermodynamics and rheology of colloidal suspensions and self-assembled surfactant solutions, particle technology, rheology of dendritic, hyperbranched and liquid crystal polymers and blends, rheo-optics, nonequilibrium statistical mechanics, parallel simulation of complex fluids and polymer membranes, small angle neutron scattering

**EDUCATION**
   Ph.D. Princeton University, Department of Chemical Engineering, 1988
   Advisor: Professor William B. Russel.
   BS. Carnegie Mellon University, Department of Chemical Engineering, 1984

**Professional Experience:**
- Guest Professor, University of Rome, (9/05-12/05)
- Professor, University of Delaware, 5-99 to present
- Center for Molecular and Engineering Thermodynamics, 5-95 to present
- Fulbright Senior Scholar, Guest Professor-Dept. of Physics, University of Konstanz, Konstanz, Germany (8/97-1/98)
- Guest Professor-Institute for Polymer Physics, Swiss Federal Institute of Technology (ETH), Zürich, Switzerland (1/97-6/97)
- Associate Professor, Department of Chemical Engineering University of Delaware, 5-95 to 5-99
- Assistant Professor, Department of Chemical Engineering University of Delaware, 1-91 to 5-95
- Collaborator, Los Alamos National Laboratory US Department of Energy, 9-86 to 9-93
- Director's Postdoc - Los Alamos National Laboratory, US Department of Energy, 1-90 to 12-90 Group: Theoretical Chemistry and Molecular Physics  Mentor: Dr. Brad Lee Holian
- NATO Postdoctoral Fellow - Fakultät für Physik Universität Konstanz, Germany, 11-88 to 12-89 Mentor: Professor Dr. Rudolf Klein
- Los Alamos National Laboratory, US Department of Energy 6-85 to 8-85, and as collaborator from 9-86 to present

**Selected Honors, Awards and Fellowships**
- Paul A. Siple Memorial Award, Best Paper Award, 23rd Army Research Conference, December, 2002.
- Robert W. Vaughan Lectureship, Cal. Inst. Tech., 1998

- Fulbright Senior Scholar Award, 1997
- DuPont Young Faculty Award 1995, 96, 97
- Presidential Young Investigator, National Science Foundation, 1991.

**Professional Societies**
- American Chemical Society
- Society of Rheology
- American Institute of Chemical Engineers
- American Association for the Advancement of Science
- Neutron Scattering Society of America
- Delta Phi Alpha (National German Honor Society)

**Editorial Boards:**
- Rheologica Acta
- Section Editor "Techniques", Current Opinion in Colloid & Interface Science
- Journal of Polymer Science Part B: Polymer Physics

**Publications** (over 100 publications in refereed, international journals)

**Professor Norman J. Wagner** leads an active research group in the field of rheology, complex fluids, particle technology and nanotechnology in the Department of Chemical Engineering at the University of Delaware. His research focus areas include the effects of applied flow on the microstructure and material properties of colloidal dispersions, polymers, self-assembled surfactant solutions, and combinations thereof. Prof. Wagner was a Senior Fulbright Scholar at the University of Konstanz, Germany and a guest Professor at the ETH, Zurich and the University of Rome. He is active in the Society of Rheology, MRS, ACS, and the AIChE. Prof. Wagner consults for a wide range of industrial concerns on related topics. He has delivered international keynote lectures and has taught many popular short courses on colloidal suspension rheology and particle science and engineering.

# NORMAN J. WAGNER
Professor of Chemical Engineering

ADDRESS:

Department of Chemical Engineering

Center for Molecular and Engineering Thermodynamics

University of Delaware

Newark, Delaware 19716

TELEPHONE: 302-831-8079
E-MAIL wagner@che.udel.edu
FAX 302-831-4466
WWW.CHE.UDEL.EDU/WAGNER

**RESEARCH INTERESTS**
thermodynamics and rheology of colloidal suspensions and self-assembled surfactant solutions, rheology of dendritic, hyperbranched and liquid crystal polymers and blends, rheo-optics, nonequilibrium statistical mechanics, parallel simulation of complex fluids and polymer membranes, small angle neutron scattering

**EDUCATION**
       Princeton University, Department of Chemical Engineering, 9-84 to 10-88
       Degree: Ph.D., Advisor: Professor William B. Russel.
       Thesis: "Nonequilibrium Statistical Mechanics of Concentrated Dispersions"
       Proposition: "Analysis of Chemical Tracer Scavenging in the Oceans"

       Carnegie Mellon University, Department of Chemical Engineering, 9-80 to 5-84
       Degree: BS, Advisor: Professor E. I. Ko.
       Thesis: "Strong Metal-Support Interactions in Heterogeneous Catalysis"

**Professional Experience:**
- Professor, University of Delaware, 5-99 to present
- Visiting Scholar, Dept. of Physics, University of Rome, 6/04-12/04
- Center for Molecular and Engineering Thermodynamics, 5-95 to present
- Fulbright Senior Scholar, Guest Professor-Dept. of Physics, University of Konstanz, Konstanz, Germany (8/97-1/98)
- Guest Professor-Institute for Polymer Physics, Swiss Federal Institute of Technology (ETH), Zürich, Switzerland (1/97-6/97)
- Associate Professor, Department of Chemical Engineering University of Delaware, 5-95 to 5-99
- Assistant Professor, Department of Chemical Engineering University of Delaware, 1-91 to 5-95

- Collaborator, Los Alamos National Laboratory US Department of Energy, 9-86 to 9-93
- Director's Postdoc - Los Alamos National Laboratory, US Department of Energy, 1-90 to 12-90 Group: Theoretical Chemistry and Molecular Physics  Mentor: Dr. Brad Lee Holian
- NATO Postdoctoral Fellow - Fakultät für Physik Universität Konstanz, Germany, 11-88 to 12-89 Mentor: Professor Dr. Rudolf Klein
- Los Alamos National Laboratory, US Department of Energy 6-85 to 8-85, and as collaborator from 9-86 to present
- Pittsburgh Energy Technology Center, US Department of Energy Oak Ridge Associated University Graduate Research Program 6-84 to 8-85  Advisor: Dr. V. Rao
- Chemical Catalysis Laboratory, Carnegie Mellon University, 5-82 to 5-84

**Foreign Languages: German, reading and conversation**

## Honors, Awards and Fellowships
- Paul A. Siple Memorial Award, Best Paper Award, 23rd Army Research Conference, December, 2002.
- Upper St. Clair HS Alumni Hall of Fame, Academics, 2002
- Robert W. Vaughan Lectureship, Cal. Inst. Tech., 1998
- Fulbright Senior Scholar Award, 1997
- DuPont Young Faculty Award 1995, 96, 97
- Delta Phi Alpha Honorary Member 1994
- Presidential Young Investigator Award 1991
- Director's Postdoctoral Fellowship, Los Alamos Nat. Lab., 1-90 to 12-90
- NATO/NSF Postdoctoral Fellowship, 11-88 to 12-89
- NSF Graduate Research Fellowship, 9-85 to 9-88
- DuPont Research Fellowship, 9-84 to 9-88
- Tau Beta PI, Lamda Sigma Society 1982
- James J. Kerrigan Scholarship, Merck Co., 9-80 to 5-84

**Professional Societies**
- American Chemical Society
- American Physical Society
- Society of Rheology
- American Institute of Chemical Engineers
- American Association for the Advancement of Science
- Neutron Scattering Society of America
- Delta Phi Alpha (National German Honor Society)
- Fulbright Society

**Editorial Boards:**
- Journal of Rheology (2005-)
- Rheologica Acta (2001-)
- Section Editor "Techniques", Current Opinion in Colloid & Interface Science (2001-)
- Journal of Polymer Science Part B: Polymer Physics (2002-)
- Particles & Particle Systems Characterization (2004-)

## Patents

- "ADVANCED BODY ARMOR UTILIZING SHEAR THICKENING FLUIDS" U.S. Patent Application Serial No. 10/441,655, Filed May 19, 2003 with Eric Wetzel.

## Publications

### Review articles:

**Editorial Overviews:**
1. "Rheology and Rheological Techniques," with R.K. Prud'homme, *Current Opinion in Coll. Int. Sci.*, 6, 421-422 (2001).
2. "Techniques/scattering", L. Magid, J. Penfold, P. Schurtenberger and N. Wagner *Current Opinion in Colloid & Interface Science*, 7( 3-4), 193-195, (2002)
3. "Experimental Techniques/scattering", L. Magid, J. Penfold, P. Schurtenberger and N. Wagner *Current Opinion in Colloid & Interface Science*, 8, 491-493 (2004)

**Journal Letters:**
1. Letter to the Editor: Comments on "Effect of Attractions on Shear Thickening in Dense Suspensions" [J. Rheology 48, 1321, 2004], by Lakshmi-narasimhan Krishnamurthy, Norman J. Wagner, to appear in J. Rheology, May 2005.

**Invited Review Articles:**
1. "Rheo-Optics", *Current Opinion in Colloid and Interface Sci.*, N.J. Wagner, 3(4), pp. 391-400, 1998.
2. "The role of nanoscale forces on colloid dispersion rheology," by Norman J. Wagner & Jonathan W. Bender, *MRS Bulletin* "New Developments in Colloid Science", vol 29 (2), 100-106 (2004).

Publications in refereed journals:

1. "Evidence of Metal-Support Interaction for an Ni/TiO2 - SiO2 Catalyst", by E. I. Ko and N. J. Wagner, Journal of the Chemical Society, Chemical Communications, p. 1274, 1984.
2. "Activity and Selectivity of a Niobia (nb2 O5)-supported Nickel Catalyst in CO Hydrogenation", by E. I. Ko, J. M. Hupp, and N. J. Wagner, Journal of the Chemical Society, Chemical Communications, pp. 94-95, 1983.
3. "Preparation, Reduction and Chemisorption Behavior of Niobia-Supported Nickel Catalysts", by E. I. Ko, J. M. Hupp, F. H. Rogan and N. J. Wagner, Journal of Catalysis, 84, pp. 85-94, 1983.
4. "The Use of a Niobia-Silica Surface Phase Oxide in Studying and Varying Metal-Support Interactions in Supported Nickel Catalysts" by E. I. Ko, R. Bafrali, N. T. Nuhfer, and N. J. Wagner, Journal of Catalysis, 95, pp. 260-270, 1985.
5. "Ethane Hydrogenolysis and Carbon Monoxide Hydrogenation over Niobia-Supported Nickel Catalysts. A Hierarchy to Rank Strong-Metal Support Interactions", by E. I. Ko, J. M. Hupp, and N. J. Wagner, Journal of Catalysis, 86, pp. 315-327, 1984.
6. "The Dichroism and Birefringence of a Hard-Sphere Suspension Under Shear", by N. J. Wagner, G. G. Fuller and W. B. Russel, Journal of Chemical Physics, 89, pp. 1580-1587, 1988.
7. "Comparison of Small Shear Flow Rate-Small Wavevector Static Structure Factor Data with Theory", by B. J. Ackerson, G. C. deKruif, N. J. Wagner, and W. B. Russel, Journal of Chemical Physics, 90, pp. 3250-3253, 1989.
8. "Nonequilibrium Statistical Mechanics of Concentrated Colloidal Dispersions: Hard-Spheres in Weak Flows with Many-Body Thermodynamic Interactions", by N. J. Wagner and W. B. Russel, Physica A, 155, pp. 475-518, 1989.
9. "Numerical Simulations of Eccentricity and End Effects in Falling Ball Rheometry", by A. L. Graham L. A. Mondy, J. D. Miller, N. J. Wagner, and W. A. Cook, Journal of Rheology, 33, pp. 1107-1128, 1990.
10. "Light Scattering from a Hard-Sphere Suspension under Shear", by N. J. Wagner and W. B. Russel, Physics of Fluids, 2, pp. 491-502, 1990.
11. "The Rheology and Microstructure of Charged Colloidal Suspensions", by N. J. Wagner and R. Klein, Colloid Polym. Sci., 269, pp. 295-319, 1991.
12. "The Birefringence of Shearing Colloidal Suspensions", by N. J. Wagner, Journal of Chemical Physics, 94 (10), pp. 6931-6932, 1991.
13. "Effects of Pairwise Versus Many-Body Forces on High Stress Plastic Deformation", by B. L. Hoover, C. G. Hoover, J. E. Hammerberg, and T. D. Dontje, Physical Review A, 43 (6), pp. 2655-2661, 1991.
14. "The Microstructure of Polydisperse, Charged Colloidal Suspensions by SANS, and Static and Dynamic QELS", by N. J. Wagner, Rainer Krause, Adrian R. Rennie, and Bruno D'Aguanno, Journal of Chemical Physics, 95 (1), pp. 494-508, 1991.

15. "Molecular Dynamics Simulations of Two-dimensional Materials at High Strain Rates, by N. J. Wagner with Brad Lee Holian and Arthur F. Voter", Phys. Review A, 45 (12), pp. 8457-8470, 1992.
16. "Analysis of Nonequilibrium Structures of Shearing Colloidal Suspensions," by N. J. Wagner with Bruce J. Ackerson, Journal of Chemical Physics, 97, pp. 1473-1483, 1992.
17. "The High Frequency Modulus of Colloidal Suspensions and the Effects of Hydrodynamic Interactions", by N. J. Wagner, Journal of Colloid and Interface Science, 161, pp. 169-181, 1993.
18. Chapter 4: Brownian Dynamics of Complex Fluids, by B. D'Aguanno, N. J. Wagner and R. Klein, METECC-94: Methods and Techniques in Computational Chemistry, Vol. C: Structure and Dynamics, ed. E. Clementi, STEF Cagliari, pp. 131-165, 1993.
19. "A Self-Consistent Solution for the Generalized Hydrodynamics Model of Suspension Dynamics: Comparison of Theory with Rheological and Optical Measurements", by N. J. Wagner, Physical Review E, 49, pp. 376-401, 1994.
20. "Massively Parallel Nonequilibrium Brownian Dynamics Simulations for Complex Fluids: The Rheology of Brownian Suspensions", by S. R. Rastogi and N. J. Wagner, Computers in Chemical Engineering, 19, pp. 693-718, 1995.
21. "The Viscosity of Bimodal and Polydisperse Suspensions of Hard-Spheres in the Dilute Limit", by N. J. Wagner and A. T. J. M. Woutersen, Journal of Fluid Mechanics, 278, pp. 267-287, 1994.
22. "The Huggins Coefficient for the Square-Well Fluid", by J. Bergenholtz and N. J. Wagner, I & EC R, 33, pp. 2391-2403, 1994.
23. "Rheology of Region I Flow in a Lyotropic Liquid Crystal Polymer: The Effects of Defect Texture", by L. M. Walker and N. J. Wagner, Journal of Rheology, 38, pp. 1525-1547, 1994.
24. "The Determination of Texture Viscosity and Elasticity of PBLG/d-DMF Solution Through Magnetic Field Alignment", by N. J. Wagner and L. M. Walker, Macromolecules, 27, pp. 5979-5986, 1994.
25. "Viscosity, Microstructure, and Interparticle Potential of AOT/H2O/Decane Inverse Microemulsions", by J. Bergenholtz, A. A. Romagnoli, and N. J. Wagner, Langmuir, 11, pp. 1559-1570, 1995.
26. "Optical Measurement of the Contributions of Colloidal Forces to the Rheology of Concentrated Suspensions", by J. W. Bender and N. J. Wagner, J. Coll. Int. Sci., 172, pp. 171-184, 1995.
27. "The Structure of Isotropic Solutions of Rigid Macromolecules via SANS: PBLG/d-DMF", by N. J. Wagner, L. M. Walker, and B. Hammouda, Macromolecules, 28, pp. 5075-5081, 1995.
28. "A parallel algorithm for Lees-Edwards boundary conditions", by S. R. Rastogi, and N. J. Wagner, Parallel Computing, 22, pp. 895-901, 1996.
29. "Telescoping Fast Multipole Methods using Chebyshev Economization", by S. Lustig, S. R. Rastogi, and N. J. Wagner, J. Comp. Phys., 122, pp. 317-322, 1995.

30. "HMSA Integral Equation Theory for the Square-Well Fluid", by J. Bergenholtz, P. Wu, N. J. Wagner, and B. D'Aguanno, Molecular Physics, 87(2), pp. 331-346, 1996.

31. "The Rheology of Highly Concentrated PBLG Solutions", by L. M. Walker, N. J. Wagner, R. G. Larson, P. A. Mirau, and P. Moldenaers, Journal of Rheology., 39, pp. 925-952, 1995.

32. "SANS Analysis of the Molecular Order in PBLG/d-DMF Under Shear and During Relaxation", by L. M. Walker and N. J. Wagner, Macromolecules, 29(6), pp. 2298-2301.

33. "Thermodynamic Self-Consistency Criterion in the Mixed Integral Equation Theory of Liquid Structure", by J. Bergenholtz, N. J. Wagner, and B. D'Aguanno, Physical Review E, 53(3), pp. 2968, 1996.

34. "Formation of AOT/brine Multilamellar Vesicles", by J. Bergenholtz and N. J. Wagner, Langmuir, 12, pp. 3122-3126, 1996.

35. "Rheology, Self-Diffusion and Microstructure of Charged Colloids Under Simple Shear by Massively-Parallel Nonequilibrium Brownian Dynamics", by S. R. Rastogi, N. J. Wagner, and S. R. Lustig, J. Chem. Phys., 104, pp. 9234-9248, 1996.

36. "Microstructure and Rheology of Polydisperse, Charged Suspensions", by S. R. Rastogi, N. J. Wagner, and S. R. Lustig, J. Chem. Phys., 104, pp. 9249, 1996.

37. "Self Diffusion in Dispersions of Charged Colloidal Spheres by Generalized Hydrodynamics", by J. Bergenholtz and N. J. Wagner, Physica A, 235, pp. 34-47, 1997.

38. "Reversible Shear Thickening in Monodisperse and Bidisperse Colloidal Dispersions", by J. W. Bender and N. J. Wagner, Journal of Rheology, 40(5), pp. 899-916, 1996.

39. "A Rheological and Morphological Study of a Copolyster Liquid Crystal-Polypropylene Polymer Blend System", by M. Rivera-Gastelum and N. J. Wagner, J. Poly. Sci., Poly. Phys. ed., 34, pp. 2117-2120, 1996.

40. "Formation of a Highly Ordered Colloidal Microstructure upon Flow Cessation from High Shear Rates", by R. J. Butera, M. S. Wolf, J. W. Bender, and N. J. Wagner, Phys. Rev. Lett., 77, pp. 2117-2120, 1996.

41. "A New Method for Generating Large Ensembles of Polymer Glasses" by M. Kotelyanskii, M.E. Paulaitis, and N.J. Wagner, Macromol., 29(26), pp. 8497-8506, 1997.

42. "In situ Analysis of the Defect Texture in Liquid Crystal Polymer Solutions Under Shear" by L.M. Walker, W. A. Kernick III, and N. J. Wagner, Macromolecules, 30(3), pp. 508-514, 1997.

43. "Accurate Simulation of Linear Viscoelastic Properties by Variance Reduction Through the Use of Control Variates", by N.J. Wagner and H.C. Öttinger, J. Rheol., 41(3), pp. 757-768, 1997.

44. "Quantitative Predictions of Suspension Rheology by NEBD and Hydrodynamic Preaveraging", by S. Rastogi and N.J. Wagner, J. Rheol., 41(4), pp. 893-899, 1997.

45. "Molecular Simulation of Glassy Polystyrene: Size effects on Gas Solubilities ", by T. Cuthbert, N.J. Wagner, and M.E. Paulaitis, Macromol., 30, pp. 3058-3065, 1997.

46. "A Combined Brownian Dynamics-Grand Canonical Monte Carlo Simulation of Colloidal Adsorption" by M.R. Oberholtzer, N.J. Wagner and A.M. Lenhoff, J. Chem. Phys., 107, pp. 9157-9167, 1997.

47."Colloidal Charge Determination in Concentrated, Liquid Disperisons Using Torsional Resonance Oscillation", by J. Bergenholtz, NB. Willenbacher, N.J. Wagner, B. Morrison, D. van den Ende, and J. Mellema, J. Coll. Int. Sci., 202, pp. 430-440, 1997.

48."Atomistic Simulation of Water and Salt Transport in the Reverse Osmosis Membrane FT-30", by M.Kotelyanskii, N.J. Wagner, and M.E. Paulaitis, J. Membrane Science, 139, pp. 1-16,1998.

49."Correlation of the minor phase orientation to the flow-induced morphological transitions in thermotropic liquid crystalline polymer/PBT blends," by M.J. van Eijdhoven-Rivera, N.J. Wagner, and B. Hsiao, J. Poly. Sci. B: Poly. Phys. ed.,36, pp. 1769-1780, 1998.

50. "Structure and Extent of Adsorbed Gelatin on Acrylic Latex and Polystyrene Colloidal Particles", K.A. Vaynberg, N.J. Wagner, R. Sharma, and P. Martic, J. Coll. Int. Sci., 205, pp. 131-140, 1998.

51. "Relationship between Short-Time Self Diffusion and High-Frequency Viscosity in Charge-Stabilized Dispersions", J. Bergenholtz, F. Horn, W. Richtering, N. Willenbacher, and N.J. Wagner, Phys. Rev. E, 58, pp. R4088-91, 1998.

52."Transient viscosity and Molecular order of a Thermotropic Polyester LCP in Uniaxial Elongational Flow", by W.A. Kernick III and N.J. Wagner, Macromolecules, 32(4), pp. 1159-1166, 1999.

53."The Role of LCP Rheology on the Evolving Microstructure of Immiscible Blends Containing LCPs", by W.A. Kernick III and N.J. Wagner, Journal of Rheology, 43(3), pp. 521-549, 1999.

54. "Generalized Doi-Ohta Model for Multiphase Flow Developed via GENERIC", by Norman J. Wagner, Hans Christian Öttinger, and Brian J. Edwards, AIChE J. 45(6), pp. 1169-1181, 1999.

55."Gelatin Adsorption at the Air/Water Interface as Investigated by X-ray Reflectivity", by K.A. Vaynberg, N.J. Wagner, H. Ahrens, and C.A. Helm, *Langmuir*, 15, 4685-4689, 1999.

56. "MD Simulations of Penetrant Diffusion in Amorphous Polypropylene: Diffusion Mechanisms and Simulation Size Effects", by T.A. Cuthbert, N.J. Wagner, M.E. Paulaitis, G. Murgia, and B. D'Aguanno, *Macromolecules,* 32, 5017-5028, 1999.

57."Molecular Dynamics Simulation study of the Mechanisms of Water Diffusion in a Hydrated, Amorphous Polyamide", by M.J. Kotelyanskii, N.J. Wagner, and M.E. Paulaitis, *Computational and Theoretical Polymer Science*, 9: (3-4) 301-306, 1999.

58. "Structure and Rheology of Hyperbranched Polymers and Dendritic Polymers I: Modification and Characterization of Poly(propyleneimine)-Dendrimers with Acetyl Groups." by I. Bodnar, A. Silva, R.W. Deitcher, N. E. Weisman, N.J. Wagner, and Y.H. Kim., *J. Poly. Sci. B: Poly. Phys. ed.,* 38, 857-873, 2000.

59. "Structure and Rheology of Hyperbranched Polymers and Dendritic Polymers II: Effects of Blending Acetylated and Poly(propyleneimine) Dendrimers with aqueous Poly(ethylene oxide) Solutions", by I. Bodnar, A. Silva, N.J. Wagner, and Y.H. Kim., *J. Poly. Sci. B: Poly. Phys. ed.*, 38, 874-882, 2000.

60. "Colloidal Stabilization by Adsorbed Gelatin." By C.N. Likos, A. Vaynberg, H. Löwen, and N.J. Wagner, *Langmuir*, 16(9), 4100-4108, 2000.

61. "Hydrodynamic and Colloidal Interactions in Concentrated, Charge-Stabilized Polymer Dispersions." By F.M. Horn, W. Richtering, J. Bergenholtz, N. Willenbacher, and N.J. Wagner, *J. Colloid. Int. Sci.*, 255, 166-178, 2000.

62. "The Smoluchowski Equation for Colloidal Suspensions Developed and Analyzed through the GENERIC Formalism." By N.J. Wagner: *J. NonNewt. Fluid Mech.*, (special issue for Oxford Workshop 2000), 96, 177-201, 2000.

63. "Superposition Rheology", by J.K.G. Dhont and N.J. Wagner, *Phys. Rev .E.*, 63, 02146-1-13, 2001.

64. "Thermodynamic Properties and Rheology of Sterically Stabilized Colloidal Dispersions" by B.J. Maranzano and N.J. Wagner, *Rheologica Acta*, 39, 483-494, 2000.

65. "Polyampholyte (Gelatin) Adsorption to Colloidal Latex: pH and Electrolyte Effects on Acrylic and Polystyrene Latices.", by K. Abe Vaynberg, Norman J. Wagner, and Ravi Sharma, *Biomacromolecules*, 1(3); 466-472, 2000.

66. "Plasmon Resonance Measurements of the Adsorption and Adsorption Kinetics of a Biopolymer onto Gold Nanocolloids," by Dirk Eck, Christiane A. Helm, Norman J. Wagner, and K. Abraham Vaynberg, *Langmuir*, 17(4); 957-960, 2001.

67. "Rheology of Polyampholyte (Gelatin) Stabilized Colloidal Dispersions: The Tertiary Electroviscous Effect." By K. Abe Vaynberg and Norman J. Wagner, Journal of Rheology, 45(2); 451-466, 2001.

68. "Electrolyte-Induced Aggregation of Acrylic Latex I. Dilute Particle Concentrations" by Leo H. Hanus, Robert U. Hartzler and Norman J. Wagner, *Langmuir*, 17: (11) 3136-3147, 2001

69. "Surface Charge of 3-(trimethoxysilyl) propyl methacrylate (TPM) Coated Stöber Silica Colloids by Zeta-PALS and SANS", Brent J. Maranzano, Norman J. Wagner, Gerhard Fritz, and Otto Glatter, *Langmuir*, 16; 10556-10558, 2000.

70. "The Effects of Particle Size on Reversible Shear Thickening of Concentrated Colloidal Dispersions" by Brent J. Maranzano & Norman J. Wagner, *J. Chem. Phys.*, 114(23), 10514-10527, 2001.

71. "Effect of Gravity on Colloidal Adsorption Studied by Atomic Force Microscopy" by Eleni Dokou, Mark A. Barteau, Norman J. Wagner and Abraham M. Lenhoff, Journal of Colloid and Interface Sci., 240(1), 9-16, 2001.

72. "E-FiRST: Electric Field Responsive Shear Thickening Fluids", by Jonathan W. Bender, Sudhir S. Shenoy, and N.J. Wagner, Rheol. Acta, 42, 287-294 (2003).

73. "The effects of interparticle interactions and particle size on reversible shear thickening: hard-sphere colloidal dispersions" by Brent J. Maranzano & Norman J. Wagner, *Journal of Rheology*, 45(5) 1205-1222, 2001.

74. "The influence of polymer motion, topology, and simulation size on penetrant diffusion in amorphous, glassy polymers: diffusion of He in polypropylene." by J.H.D. Boshoff, R.F. Lobo and N.J. Wagner, *Macromolecules*, 34(17) 6107-6116, 2001.

75. "High Frequency Rheology of a Hard Sphere Colloidal Dispersion measured with a Torsional Resonator", by G. Fritz, B.J. Maranzano, N.J. Wagner, and N. Willenbacher, JNNFM, 102(2) 149-156, 2001.

76. "Viscosimetric, Hydrodynamic, and Conformational Properties of Dendrimers and Dendrons," by Brian M. Tande, Norman J. Wagner, Michael E. Mackay, Craig J. Hawker, and Miyoun Jeong *Macromolecules,* 34(24), 8580-8585, 2001.

77. "UNIFAC-FV Applied to Dendritic Macromolecules in Solution: Comment on Lieu et al. "Vapor-Liquid Equilibria for Dendritic-Polymer Solutions" (J.Chem. Eng. Data, 1999, 44, 613-620)," by Brian M. Tande, Robert W. Deitcher, Jr., Stanley I. Sandler and Norman J. Wagner, J. Chem. Eng. Data, 47, 376-377, 2002.

78. "Characterizing Complex Fluids with High Frequency Rheology using Torsional Resonators at Multiple Frequencies," by Gerhard Fritz1, Wolfgang Pechhold, Norbert Willenbacher, and Norman J. Wagner, J. Rheol. 47, 303-319, 2003.

79. "Electrosteric Stabilization of Colloidal Dispersions," by Gerhard Fritz, Volker Schädler, Norbert Willenbacher and Norman J. Wagner, Langmuir, 18, 6381-6390, 2002.

80. "Microphase Separation of hybrid dendron-linear diblock copolymers into ordered structures" by Michael E. Mackay, Ye Hong, Miyoun Jeong, Brian M. Tande, Norman J. Wagner, Sheng Hong, Samuel P. Gido, Robert Vestberg, Craig J. Hawker, Macromolecules, 35, 8391-8399, 2002.

81. "Fundamentals of aggregation in concentrated dispersions: fiber-optic quasielastic light scattering and linear viscoelastic measurements," by Stacey L. Elliott, Robert J. Butera, Leo H. Hanus, and Norman J. Wagner, Faraday Discuss., 123, 369 - 383, 2003.

82. "Dynamic properties of shear thickening colloidal suspensions," by Young S. Lee and Norman J. Wagner, Rheologica Acta, 42(3), 199-208, 2003.

83. "Flow-Small Angle Neutron Scattering Measurements of Colloidal Dispersion Microstructure Through the Shear Thickening Transition," by Brent J. Maranzano and Norman J. Wagner, J. Chem. Phys., 117, 10291-10302, 2002. Also selected to appear on the *Virtual Journal of Nanoscale Science & Technology,* Dec. 2nd, 2002.

84. "The Microstructure and Rheology of Mixed Cationic/Anionic Wormlike Micelles," by Beth A. Schubert, Eric W. Kaler, and Norman J. Wagner, Langmuir, 19, 4079-4089, 2003.

85. "The ballistic impact characteristics of Kevlar® woven fabrics impregnated with a colloidal shear thickening fluid," by Young S. Lee, Eric D. Wetzel, and Norman J. Wagner, J. Mat. Sci., 38(13) 2825-2833, 2003.

86. "Yarn pull-out as a mechanism for dissipating ballistic impact energy in Kevlar((R)) KM-2 fabric - Part I: Quasi-static characterization of yarn pull-out" by Keith Kirkwood, John Kirkwood, Eric D. Wetzel, Young S. Lee, and Norman J. Wagner, TEXTILE RESEARCH JOURNAL 74 (10): 920-928 OCT 2004

87. "Yarn Pull-Out as a Mechanism for Dissipation of Ballistic Impact Energy in Kevlar® KM-2 Fabric, Part II: Prediction of Ballistic Performance," by John E. Kirkwood, Keith M. Kirkwood, Young Sil Lee, Ronald G. Egres Jr., Eric D. Wetzel, and Norman J. Wagner, TEXTILE RESEARCH JOURNAL 74 (11): 939-948, 2004

88. "The influence of endgroups on dendrimer rheology and conformation," by B.M. Tande, N.J. Wagner, and Y.H. Kim, Macromolecules, 36: (12) 4619-4623, 2003.
89. "Heteroflocculation of binary latex dispersions of similar chemistry but varying size," by Sudhir Shenoy, Rebeckah Sadowsky, Joshua L. Mangum, Leo H. Hanus, and Norman J. Wagner, J. Coll. Int. Sci., 268, 380-393, 2003.
90. "Phase Behavior of Hybrid Dendron-Linear Copolymers and Blends with Linear Homopolymers," by Brian M. Tande, Michael M. Mackay, and Norman J. Wagner, , *Comptes Rendus Chimie* special issue on Dendrimers, 6, 853-864, 2003.
91. "Formation of Multilamellar Vesicles by Oscillatory Shear," by Gerhard Fritz, Norman J. Wagner & Eric W. Kaler, *Langmuir*, 19 (21): 8709-8714, 2003.
92. "Adsorption and Diffusion of Molecular Nitrogen in Single Wall Carbon Nanotubes," by Gaurav Arora, Norman J. Wagner and Stanley I. Sandler, Langmuir, 20, 6268-6277, 2004.
93. "The shear viscosity of polyampholyte (gelatin) stabilized colloidal dispersions" by Lakshmi-narasimhan Krishnamurthy, Eric C. Weigert, and Norman J. Wagner and David C. Boris, JCIS, 280 (1), 264-275, 2004.
94. "Shear-Induced Phase Separation in Solutions of Wormlike Micelles" by Beth A. Schubert, Norman J. Wagner, Eric W. Kaler, and Srinivasa R. Raghavan, Langmuir , 20, 3564-3573, 2004.
95. "The rheology and microstructure of acicular precipitated calcium carbonate colloidal suspensions through the shear thickening transition," by Ron Egres and Norman J. Wagner, accepted for publication in Journal of Rheology, 2005.
96. "A Monte Carlo simulation study of the effect of carbon topology on nitrogen adsorption on graphite, a nanotube bundle, C60 fullerite, C168 schwarzite, and a nanoporous carbon." Jianwen Jiang, Norman J. Wagner and Stanley I. Sandler, Physical Chemistry Chemical Physics, 6, 4440-4444, 2004.
97. "Influence of Medium Viscosity and Adsorbed Polymer on the Reversible Shear Thickening Transition in Concentrated Colloidal Dispersions." By Sudhir S. Shenoy and Norman J. Wagner, Rheol. Acta, 44, 360-371, 2005.
98. "The Influence of Weak Attractive Forces on the Microstructure and Rheology of Colloidal Dispersions." Lakshmi-narasimhan Krishnamurthy and Norman J. Wagner, Journal of Rheology, 49(2), 475-499, 2005.
99. "Spatially resolved SANS in the 1-2 plane for shearing, phase separating worm-like micelles" Matthew Liberatore, Florian Nettesheim, Lionel Porcar, and Norman J. Wagner, submitted to Physical Review Letters, March, 2005.
100. "Rheological Properties and Small Angle Neutron Scattering of a Shear Thickening, Nanoparticle Dispersion at High Shear Rates", Young S. Lee and Norman J. Wagner , in preparation for Journal of Chemical Physics, 2005.
101. "Linear Viscoelastic Master Curves of Neat and Laponite-Filled Poly(ethylene oxide)-Water Solutions," by Vikram K. Daga and N. J. Wagner, submitted to Rheologica Acta, Feb. 2005.

102. "Porous amorphous carbon models from periodic Gaussian chains of amorphous polymers." By A. Kumar, R.F. Lobo and N.J. Wagner, accepted, Carbon, June 2005.
103. "Perikinetic and Orthokinetic Aggregation Rates of a Nanoparticle Dispersion", by Dipl.-Ing. M.Sommer, Prof. N.J.Wagner, Prof. Dr.-Ing. W.Peukert, Dr. J.Green, Dr. D.Spahr. , in preparation (2005)

# EXHIBIT B

## LIST OF DOCUMENTS AND MATERIALS

U.S. Patent No. 5,167,766 to Honig et al.

U.S. Patent No. 5,171,808 to Ryles et al.

U.S. Patent Application No. 2004/0102528 A1 to Walchuk et al.

Ciba Specialty Chemicals Corporation's Responses to Defendants' First Set of Interrogatories (Nos. 1-3)

Hercules' Technology Tutorial dated May 27, 2005

Ciba's Technical Tutorial dated May 27, 2005

Ciba documents produced in this case, including CIBA 004702 to CIBA 004709, CIBA 004899 to CIBA 004979, CIBA 026326 to CIBA 026328, CIBA 026339 to CIBA 026342