IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 04-293 (KAJ) |
| v ) | |
| ) | JURY TRIAL DEMANDED |
| HERCULES INC. AND CYTEC ) | |
| INDUSTRIES, INC., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on August 1, 2005, true and correct copies of Ciba Specialty Chemicals Corporation's Second Supplemental Response to Defendants' Interrogatory No. 3, were served upon the below-named counsel of record in the following manner:

**Via Facsimile and Federal Express:**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899

**Via Facsimile andFederal Express:**
Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

**Via Facsimile and Federal Express:**
Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

_____
Chad M. Shandler (#3796)
Shandler@rlf.com
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Plaintiff Ciba Specialty Chemicals

Dated: August 2, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2005, I electronically filed the Notice of Service for Ciba Specialty Chemicals Corporation's Second Supplemental Response to Defendants' Interrogatory No. 3 using CM/ECF which will send notification of such filing(s) to the following:

**Via Hand Delivery:**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899

**Via Federal Express:**
Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

**Via Federal Express:**
Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

_____
Chad M. Shandler (#3796)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700
SHANDLER@rlf.com