IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 04-293 (KAJ) |
| v. | ) ) ) | |
| HERCULES INCORPORATED and CYTEC INDUSTRIES, INC., | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Cytec Industries, Inc., hereby certifies that copies of Cytec's Supplemental Response to Plaintiff Ciba Specialty Chemicals Corporation's Interrogatory No. 1 were caused to be served on August 3, 2005 on the attorneys of record at the following addresses as indicated:

**VIA FEDERAL EXPRESS**

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL  60601-6780

Ford F. Farabow, Jr.
Joann M. Neth
Eric J. Fues
A. Neal Seth
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC  20001-4413

|  | POTTER ANDERSON & CORROON LLP |
|---|---|
| OF COUNSEL: | |
| Thomas L. Creel, P.C.<br>Marta E. Gross<br>GOODWIN PROCTER LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>(212) 813-8800<br><br>Dated: August 4, 2005 | By: _____<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P. O. Box 951<br>Wilmington, DE 19899<br>(302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Cytec Industries, Inc.* |

693362

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

  I, David E. Moore, hereby certify that on August 4, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

  I hereby certify that on August 4, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Ford F. Farabow, Jr.
Joann M. Neth
A. Neal Seth
Eric J. Fues
Finnegan, Henderson, Farabow, Garrett &
  Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

Richard L. Horwitz
W. Harding Drane, Jr.
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com
dmoore@potteranderson.com

676169