IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HERCULES INCORPORATED and )<br>CYTEC INDUSTRIES, INC., )<br>)<br>Defendants. ) | C. A. No. 04-293 (KAJ) |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Hercules, Inc., hereby certifies that copies of Hercules' Objections to Plaintiff Ciba Specialty Chemicals Corporation's Notice of Deposition of Hercules Under Rule 30(b)(6) were caused to be served on August 8, 2005 on the attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

### VIA FACSIMILE AND FEDERAL EXPRESS

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

Thomas L. Creel, P.C.
Marta E. Gross
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

|                                          |                                       |
| ---------------------------------------- | ------------------------------------- |
|                                          | POTTER ANDERSON & CORROON LLP         |
| OF COUNSEL:                              |                                       |
|                                          | By: _____ |
| Ford F. Farabow, Jr.                     | Richard L. Horwitz (#2246)            |
| Joann M. Neth                            | David E. Moore (#3983)                |
| Eric J. Fues                             | Hercules Plaza, 6th Floor             |
| A. Neal Seth                             | 1313 N. Market Street                 |
| FINNEGAN, HENDERSON, FARABOW,            | P.O. Box 951                          |
|   GARRETT & DUNNER, L.L.P.     | Wilmington, DE 19899-0951             |
| 901 New York Avenue, NW                  | Tel: (302) 984-6000                   |
| Washington, DC 20001-4413                | rhorwitz@potteranderson.com           |
| (202) 408-4000                           | dmoore@potteranderson.com             |
|                                          |                                       |
| Dated: August 8, 2005                    | *Attorneys for Defendant*             |
|                                          | *Hercules Incorporated*               |

693855

IIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 8, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

I hereby certify that on August 8, 2005, I have Faxed and Federal Expressed the foregoing document(s) to the following non-registered participants:

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

Thomas L. Creel, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672306