# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

August 8, 2005

**VIA E-FILE and HAND DELIVERY**
The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

Re:   Ciba Specialty Corporation v. Hercules Inc. et al.
      C.A. No. 04-293 (KAJ)

Dear Judge Jordan:

Following the August 2, 2005 teleconference with Your Honor, the parties scheduled the 30(b)(6) depositions of defendants Hercules and Cytec relating to damages issues for August 9 and August 18, 2005, respectively. Subject to the Court's approval, the parties agreed that Ciba's supplemental expert report on damages would be served on August 25, 2005, which is one week following the 30(b)(6) deposition of Cytec. Under the proposed schedule, defendants' rebuttal expert report on damages would be served by September 23, 2005. While this proposal slightly modifies the dates provided by Your Honor during the August 2 teleconference, the parties believe that the modifications are necessary given that Ciba must conduct 30(b)(6) depositions of both defendants.

We have enclosed herewith for Your Honor's review a stipulation reflecting the parties' proposed amendment to the Scheduling Order. If Your Honor should have any questions, counsel for the parties remain available at the convenience of the Court.

Respectfully,

Chad M. Shandler (#3796)

CS/kmm
Enclosures
cc:   Clerk of the Court w/enclosure (via e-file)
      Thomas L. Creel, Esq. w/enclosure (via facsimile)
      Ford F. Farabow, Jr., Esq. w/enclosure (via facsimile)
      Richard L. Horowitz, Esq. w/enclosure (via hand delivery)
      Eley O. Thompson, Esq. w/enclosure (via facsimile)

RLF1-2907752-1