IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION,<br><br>                    Plaintiff,<br><br>v.<br><br>HERCULES, INC. and CYTEC INDUSTRIES, INC.,<br><br>                    Defendants. | )<br>)<br>)<br>)  C.A. No. 04-293 (KAJ)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION TO AMEND SCHEDULING ORDER

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, subject to the approval of the Court, that paragraph 3(d) of the December 20, 2004 Scheduling Order in the captioned matter is amended as follows:

- A. Plaintiff shall file the supplemental expert report of its damages expert, Michael Tate, by August 25, 2005;

- B. Defendants shall file their rebuttal expert report to Mr. Tate's report by September 23, 2005.

All other terms of the Court's Scheduling Order shall remain unchanged.

| | |
|---|---|
| _____<br>Chad M. Shandler (#3796)<br>(Shandler@rlf.com)<br>Richards, Layton & Finger, P.A.<br>P.O. Box 551<br>One Rodney Square<br>Wilmington, Delaware 19899-0551<br>(302) 651-7700<br>Attorneys for Plaintiff | /s/ Richard L. Horwitz<br>Richard L. Horwitz (#2246)<br>(rhorwitz@potteranderson.com)<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>Attorneys for Defendants |

**IT IS SO ORDERED** this _____ day of _____, 2005.

_____
United States District Judge

RLF1-2907764-1