IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, )<br>  Plaintiff, )<br> )<br>v )<br> )<br> )<br>HERCULES INC. AND CYTEC INDUSTRIES, INC., )<br> )<br>  Defendants. ) | C.A. No. 04-293 (KAJ)<br><br>JURY TRIAL DEMANDED |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Thomas K. McBride, Jr. to represent Plaintiff Ciba Specialty Corporation in this matter.

_____
Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Jeffrey L. Moyer (#3309)
(Moyer@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for Plaintiff Ciba Specialty Chemicals

Dated: August 10, 2005

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: _____   _____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2005, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

> Richard L. Horwitz, Esq.
> David E. Moore, Esq.
> Potter Anderson & Corroon, LLP
> 1313 N. Market Street, P.O. Box 951
> Wilmington, DE  19899

I hereby certify that on August 10, 2005, I have sent by Federal Express the foregoing document to the following non-registered participants:

| | |
|---|---|
| Ford F. Farabow, Jr., Esq. | Thomas L. Creel, Esq. |
| Joann M. Neth, Esq. | Goodwin Proctor, LLP |
| A. Neal Seth, Esq. | 599 Lexington Avenue |
| Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | New York, NY  10022 |
| 901 New York Avenue, N.W. | |
| Washington, DC  20001-4413 | |

_____
Chad M. Shandler (#3796)
Shandler@rlf.com

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been ☐ paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this motion.

_____
Thomas K. McBride, Jr.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, Illinois  60602
(312) 616-5600

Dated: August 10, 2005