IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HERCULES INCORPORATED and CYTEC ) <br> INDUSTRIES, INC, ) <br> ) <br> Defendants. ) | C. A. No. 04-293 (KAJ) <br><br> **PUBLIC VERSION** |

**DEFENDANT CYTEC INDUSTRIES, INC.'S MOTION FOR
LEAVE TO FILE A SUR-REPLY TO CIBA SPECIALTY
CHEMICALS CORPORATION'S COMBINED REPLY BRIEF
IN SUPPORT OF ITS MOTION FOR LEAVE TO AMEND**

OF COUNSEL:

Thomas L. Creel, P.C.
Marta E. Gross
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated:: August 5, 2005
Public Version Dated: August 11, 2005

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant
Cytec Industries, Inc*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | C.A. No. 04-293 (KAJ) |
| ) | |
| v. ) | PUBLIC VERSION |
| ) | |
| HERCULES INCORPORATED and ) | |
| CYTEC INDUSTRIES, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CYTEC INDUSTRIES, INC.'S MOTION FOR
LEAVE TO FILE A SUR-REPLY TO CIBA SPECIALTY
CHEMICALS CORPORATION'S COMBINED REPLY BRIEF
IN SUPPORT OF ITS MOTION FOR LEAVE TO AMEND**

Defendant Cytec Industries, Inc. ("Cytec") hereby moves for Leave to File a Sur-Reply to Plaintiff Ciba Specialty Chemicals Corporation's ("Ciba") Combined Reply Brief in Support of Motion for Leave to Amend ("Ciba Reply"). Pursuant to United States District Court for the District of Delaware Local Rule 7.1.1, counsel for Cytec has made a reasonable effort to reach agreement with counsel for Ciba to file this Sur-Reply, but was unable to reach such an agreement. Therefore, Cytec seeks the Court's leave to file a Sur-Reply, a proposed copy of which is attached hereto as Exhibit 1. A proposed Order is attached hereto as Exhibit 2.

In its Reply, Ciba introduced for the first time a brand new argument that Cytec has waived any assertion of the forum selection clause in the Asset Purchase Agreement. This argument was a surprise, particularly in light of Ciba's failure to even mention the forum selection clause in its initial brief.

Raising new arguments in a reply brief is plainly improper. *See* D. Del. LR 7.1.3(c) ("The party filing the opening brief shall not reserve material for the reply brief which should have been included in a full and fair opening brief."). "It is well-established that a party cannot raise new issues in a reply brief; he can only respond to arguments raised for the first time in the opposition." *In re Firstenergy Corp. Sec. Litig.*, 316 F. Supp. 2d 581, 599 (N.D. Ohio 2004). This rule against raising new issues in a reply is, of course, designed to prevent the unfairness to the party opposing the original motion. *See, e.g., Rockwell Techs., LLC v. Spectra-Physics Lasers, Inc.*, C. A. No. 00-589 GMS, 2002 WL 531555, at *3 (D. Del. Mar. 26, 2002) ("[Plaintiff]'s tactic of reserving new arguments for reply brief amounts to impermissible sandbagging.") (citation omitted) (Exhibit 3 hereto); *Judicial Watch of Florida, Inc. v. DOJ*, 102 F. Supp. 2d 6, 12 (D.D.C. 2000) ("It is not proper to raise new issues in a reply, because the party opponent is thereby denied an opportunity to respond.").

Ciba's most recent filing clearly exceeds the bounds of a proper reply brief. For this reason, the Court should allow Cytec leave to respond in the form of a sur-reply. *See, e.g., Wyoming Outdoor Council v. Bosworth*, 284 F. Supp. 2d 81, 87 n.7 (D.D.C. 2003) ("When a party is unable to contest matters presented to the court for the first time in the last scheduled pleading, the court may grant that party leave to file a sur-reply.") (internal citation omitted); *ACLU of Nevada v. City of Las Vegas*, 13 F. Supp. 2d 1064, 1071 (D. Nev. 1998) ("When new evidence is submitted with a reply brief, the court should not consider the new evidence without giving the non-moving party an opportunity to respond."); *Webloyalty.Com, Inc. v. Consumer Innovations, LLC*, C. A. No. 04-90-KAJ, 2005 WL 121796, at *6 (D. Del. Jan. 13, 2005) (denying motion for

summary judgment as to unfair competition claim "[b]ecause Consumer Innovations' arguments presented on pages 11 through 20 of its Reply Brief [relating to the unfair competition claim] should have been presented in its Opening Brief for proper consideration pursuant to Local Rule 7.1.3(c)(2)") (Exhibit 4 hereto); *Aubrey Rogers Agency, Inc. v. AIG Life Ins. Co.*, C. A. No. 97-529 MMS, 2000 WL 135129, at *1 n.4 (D. Del. Jan. 13, 2000) ("AIG makes two additional exclusion arguments for the first time in its reply brief. . . . Because AIG raised this argument for the first time in its reply brief and, thus, ARA has not had an opportunity to respond, this argument is not properly presented to the Court.") (Exhibit 5 hereto).

## CONCLUSION

For the reasons set forth above, Cytec respectfully requests that the Court grant Cytec leave to file the attached Sur-Reply.

POTTER ANDERSON & CORROON LLP

By: _____
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Cytec Industries, Inc.*

OF COUNSEL:

Thomas L. Creel, P.C.
Marta E. Gross
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated: August 5, 2005
Public Version Dated: August 11, 2005

693638 / 28118
Public Version 694497

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on August 11, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

I hereby certify that on August 11, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Ford F. Farabow, Jr.
Joann M. Neth
A. Neal Seth
Eric J. Fues
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

_____
Richard L. Horwitz
W. Harding Drane, Jr.
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
wdrane@potteranderson.com
dmoore@potteranderson.com

676169