IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 04-293 (KAJ) **PUBLIC VERSION** |
| v. | ) ) | |
| HERCULES INCORPORATED and CYTEC INDUSTRIES, INC., | ) ) ) | |
| Defendants. | ) | |

### DEFENDANT CYTEC INDUSTRIES, INC.'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR LEAVE TO FILE A SUR-REPLY

OF COUNSEL:

Thomas L. Creel, P.C.
Marta E. Gross
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated:: August 15, 2005
Public Version Filed: August 22, 2005

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant
Cytec Industries, Inc.*

Defendant Cytec Industries, Inc. ("Cytec") respectfully submits this Reply in Further Support of Its Motion for Leave to File a Sur-Reply ("Cytec's Motion").

### ARGUMENT

As Plaintiff Ciba Specialty Chemicals Corporation's ("Ciba") admits in its Response to Cytec's Motion ("Ciba Response"), "[█████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████] *vlon Consumer Prods. Corp. v. L'Oreal S.A.*, 170 F.R.D. 391, 392 at n.2 (D. Del. 1997)). This is one of those █████████████.

Local Rule 7.1.3(c) clearly states that "[t]he party filing the opening brief shall not reserve material for the reply brief which should have been included in a full and fair opening brief." D. Del. LR 7.1.3(c)(2). Ciba did exactly what the Local Rule proscribes. In Ciba's Opening Brief in Support of its Motion for Leave to Amend ("Ciba's Opening Brief") (D.I. 74), Ciba ignores the forum selection clause contained in the Asset Purchase Agreement, and offers no explanation for its failure to pursue the breach of contract claim against Cytec in the New York courts. This despite Ciba's full awareness that forum selection clause requires that any suit "█████████" it be brought in the New York courts. Nevertheless, Ciba argues in its Opening Brief only that leave to amend a complaint should be "freely given" and that defendants will not suffer any prejudice from proposed amendments to assert in this Delaware action claims for breach of the Asset Purchase Agreement and tortious interference with contract. Not until Ciba's Combined Reply Brief in Support of Motion for Leave to Amend ("Ciba Reply") (D.I. 112), did Ciba finally address █████████████████████████████████████████████████████████████████████████████████████████████.

Ciba tries to explain away its failure to raise the waiver argument in its Opening Brief by stating that "███████████████████████████████████████████████

████████████████████. If Ciba believed that Cytec had taken certain "█████" that effectively constituted a waiver of the forum selection clause, then Ciba should have made that argument and stated what those "█████" were in its Opening Brief. Instead, Ciba deferred the waiver argument until its Reply Brief and sought to leave Cytec without the opportunity to respond to Ciba's assertion of waiver.

This is an improper use of the pleading process. The rule against raising a new position in a reply is specifically designed to prevent such "impermissible sandbagging." *See Rockwell Techs., LLC v. Spectra-Physics Lasers, Inc.*, C. A. No. 00-589-GMS, 2002 WL 531555, at *3 (D. Del. Mar. 26, 2002) (Ex. A hereto). In order to have a full and fair resolution of the issue, Cytec respectfully requests that the Court grant Cytec leave to file a Sur-Reply to respond to Ciba's new position.

## CONCLUSION

For the reasons set forth above, Cytec respectfully requests that the Court grant Cytec leave to file a Sur-Reply.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Thomas L. Creel, P.C.
Marta E. Gross
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated: August 15, 2005
Public Version Filed: August 22, 2005

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant Cytec Industries, Inc.*

696074

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on August 22, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

I hereby certify that on August 22, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Ford F. Farabow, Jr.
Joann M. Neth
A. Neal Seth
Eric J. Fues
Finnegan, Henderson, Farabow, Garrett &
    Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

676169