IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS, CORPORATION | ) ) ) | C.A. No. 04-293 (KAJ) |
| Plaintiff, | ) ) | JURY TRIAL DEMANDED |
| | ) ) | |
| HERCULES INC. AND CYTEC INDUSTRIES, INC., | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE OF DEPOSITION NOTICES

**PLEASE TAKE NOTICE** that on August 24, 2005 Plaintiff's Notice of Deposition of John Harrington and Plaintiff's Notice of Deposition of Richard Brady (both attached hereto as Exhibit A) were served on counsel in the following manner:

**Via Facsimile and Federal Express**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

**Via Facsimile and Federal Express:**
Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

**Via Facsimile and Federal Express:**
Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

_/s/ [signature]_
Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Jeffrey L. Moyer (#3309)
(Moyer@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for CIBA Specialty Chemicals Corporation

Dated: August 24, 2005

RLF1-2913994-1

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2005, I hand delivered the foregoing Notice of Service of Deposition Notices to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

### HAND DELIVERY:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899

I hereby certify that on August 24, 2005, I have mailed by Federal Express the foregoing Notice of Service of Deposition Notices to the following non-registered participants:

### FEDERAL EXPRESS:

Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

### FEDERAL EXPRESS:

Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7000