# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

August 24, 2005

**VIA ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

    Re:    **Ciba Specialty Corporation v. Hercules Incorporated, et al.
            C.A. No. 04-293 (KAJ)**

Dear Judge Jordan:

    Pursuant to the Scheduling Order for this case, plaintiff Ciba Specialty Chemicals ("Ciba") and defendants Hercules Incorporated ("Hercules") and Cytec Industries Inc. ("Cytec") provide the following as an Interim Status Report. A Status Conference is scheduled for August 31, 2005 at 4:00 p.m.

    To date, the parties have propounded and responded to several rounds of written discovery including interrogatories, requests for production of documents and requests for admissions. The parties are working to complete discovery by the October 31, 2005, cut off and currently believe that discovery will be completed as scheduled for the patent case as presently before the Court. As discussed below, Ciba currently has pending a Motion to File an Amended Complaint. If the motion is granted, Ciba does not believe any adjustment to the schedule will be necessary, whereas Hercules and Cytec believe that significant additional time for discovery will be required. Hercules does not presently believe its pending Motion to Amend regarding inequitable conduct will require an extension of the discovery time period, provided the parties can agree to proceed with such discovery.

    Depositions are ongoing and are expected to continue into October of 2005. The parties have collectively taken a total of nine depositions. Several other depositions have already been scheduled by the parties for August and September and the parties continue to work together on the deposition schedule.

    Initial expert reports on issues on which the respective parties have the burden of proof were exchanged on July 22, 2005 and rebuttal reports were exchanged on August 19, 2005. By agreement of the parties, Ciba will be producing a supplemental expert report on the issue of

RLF1-2914573-1

The Honorable Kent A. Jordan
August 24, 2005
Page 2

damages on or before August 25, 2005 and Hercules and Cytec shall have until September 23, 2005 to file their rebuttal reports on the issue of damages.

The parties continue to work together to resolve several outstanding discovery issues.

Ciba has the following issues with discovery from Hercules and Cytec:

- Production by Hercules and Cytec of documents relating to their indemnity agreement. There appears to be a dispute regarding whether defendants will produce these documents.
- Production by Hercules and Cytec of documents relating to the commercial success and marketing of the patents-in-suit in connection with Polyflex® CP3. There appears to be a dispute regarding whether defendants will produce these documents.
- Production by Cytec of financial information relating to associated polymers sold with Polyflex® CP3 and/or PerForm® SP9232. Ciba is unsure whether there is an issue relating to these documents.

Hercules and Cytec have the following issues with discovery from Ciba:

- Hercules moved to compel the production of certain of Ciba's pre-suit testing documents, and to compel Ciba to provide complete testimony regarding that testing. This matter is pending before the Court.
- Hercules has asked Ciba for discovery regarding the assertion of U.S. Patent No. 4,720,346 ("the Flesher '346 patent") in *Allied Colloids Ltd. v. American Cyanamid Co.*, No. 92-CV-1658 (E.D.Va.). The parties have not reached agreement on this issue.
- Hercules has requested that Ciba provide discovery from Ciba Specialty Chemicals Water Treatments Limited relating to its pre-suit testing of PerForm® SP9232, development of the technology described in the Flesher '346 patent, and participation in an opposition proceeding involving the European counterpart of the '766 patent-in-suit. The parties have not reached agreement on this issue.
- The July 22 report of Ciba's expert, Dr. Gilbert, deals in part with contract issues not in this case, and Cytec and Hercules believe that no response to this portion of the report is required. It is not clear whether there is a dispute regarding this issue.

In the event that the parties cannot resolve the outstanding discovery issues, the party seeking relief may seek the intervention of the Court using the procedure set forth in paragraph 3.e. of the Scheduling Order or follow any other procedure that the Court deems advisable.

No motions to join other parties have been filed and the period to do so has passed. Hercules filed a Motion to Amend its Answer to assert, *inter alia*, an inequitable conduct defense and counterclaim (D.I. 67.) Ciba did not oppose, but filed a cross-motion for Leave to File an

RLF1-2914573-1

The Honorable Kent A. Jordan
August 24, 2005
Page 3

Amended Complaint (D.I. 74), seeking to add two new counts: (1) a breach of contract claim against Cytec; and (2) a tortious interference claim against Hercules. Both Hercules and Cytec have opposed this Motion. The issues have been fully briefed, and the Motions are pending decision before the Court. Cytec has requested oral argument.

Finally, the parties met with Magistrate Judge Thynge on August 15, 2005 for a Settlement Conference. The parties were not able to reach agreement on that day. The parties are working on follow-up discussions as directed by Judge Thynge.

The parties look forward to discussing these matters with Your Honor on August 31.

Respectfully,

Chad M. Shandler /elf (#4395)

Chad M. Shandler

CS/bw
cc:   Clerk of the Court (By E-Filing and Hand Delivery)
      Thomas L. Creel, P.C. (By Facsimile)
      Ford F. Farabow, Jr., Esq. (By Facsimile)
      Joann M. Neth, Esq. (By Facsimile)
      Richard L. Horwitz, Esq. (By E-filing and Hand Delivery)
      Eley O. Thompson, Esq. (By Facsimile)

RLF1-2914573-1