IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HERCULES, INC., and CYTEC INDUSTRIES, INC.,<br><br>　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-293-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

Oral argument on plaintiff's motion to amend/correct complaint (D.I. 74) in the above-captioned action will be heard on **October 3, 2005** beginning at 9:30 a.m. and concluding at 10:30 a.m. in courtroom 6-A, 6th Fl., J. Caleb Boggs Federal Building, Wilmington, Delaware.

　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated:　September 1, 2005
Wilmington, Delaware