1

**Michael E. Tate**
**Vice President**

## GENERAL SUMMARY

Mr. Tate has served as a consultant and expert witness in a wide range of litigation matters, including antitrust, patent and copyright infringement, breach of contract, bid rigging, trade secrets, lost profits, securities fraud, construction disputes, lender liability, personal injury, wrongful death, wrongful termination and a nuclear power plant prudence review.

This experience includes testifying as an expert witness and consulting on accounting and economic issues involved in the determination of damages. This experience also includes revenue, cost and pricing determinations, the determination or evaluation of claims for economic loss, valuation of intellectual property rights, as well as the determination of incremental costs, cost allocations, cost of capital and lost profits, and reasonable royalties.

Other experiences in the litigation process include assisting counsel in discovery, fact-finding and information management, as well as providing assistance to counsel at deposition and trial.

## EDUCATION

M.S., Industrial Administration, Purdue University

B.B.A., Finance, University of Houston

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1999- | CRA International, Vice President |
| 1994-1999 | A.T. Kearney, Inc.: Principal, Economics Consulting Group |
| 1992-1994 | Price Waterhouse: Manager, Dispute Analysis & Corporate Recovery Services Group |
| 1987-1992 | Peterson Consulting: Executive Consultant |

## PROFESSIONAL AFFILIATIONS

Licensing Executives Society-Member

2

**MICHAEL E. TATE**
**Trial Testimony**

1. Lucas Aerospace, Ltd. v. Unison Industries Limited Partnership
   Federal Court, Wilmington, Delaware

2. Blount, Inc. v. Tor D. Wilson and Timberjack, Inc.
   Federal Court, Owatonna, Minnesota

3. Automated Tracking Systems, Inc. v. Great American
   Insurance Co
   American Arbitration Association

4. Elkay Manufacturing Co. v. Ebco Manufacturing Co.
   Federal District Court, Chicago, Illinois

6. Howe Corporation v. Scotsman Group, Inc
   American Arbitration Association

7. Sulzer Textil, AG and Sulzer Textile, Inc. v. Picanol NV
   Federal District Court, Eastern District of Texas

8. Eli Lilly and Company v. Teva Pharmaceuticals U.S.A., Inc.
   Federal District Court, Southern District of Indiana, Indianapolis Division

MICHAEL E. TATE
**Deposition Testimony**

1.  Lucas Aerospace, Ltd. v. Unison Industries Limited Partnership
    Federal Court, Wilmington, Delaware

2.  Elkay Manufacturing Co. v. Ebco Manufacturing Co.
    Federal District Court, Chicago, Illinois

3.  Automated Tracking Systems, Inc. v. Great American
    Insurance Co.
    American Arbitration Association

4.  Aqua-Aerobic Systems, Inc. v. Aerators, Inc. and Frank Nocifora
    Federal District Court, Rockford, Illinois

5.  Portel Services Network, Inc. v. Intelidata Technologies
    Corporation
    Federal District Court, Alexandria, Virginia

6.  Howe Corporation v. Scotsman Group, Inc.
    American Arbitration Association

7.  Cadillac Products v. TriEnda
    Federal District Court, Eastern District of Michigan

8.  Sulzer Textil, AG and Sulzer Textile, Inc. v. Picanol NV
    Federal District Court, Eastern District of Texas

9.  Semitool, Inc. v. Dynamic Micro Systems Semiconductor Equipment GmbH
    Federal District Court, Northern District of California, San Francisco Division

10. Goss International Corporation v. Tokyo Kikai Seisakusho, Ltd. and TKS (U.S.A.), Inc.
    Federal District Court, Northern District of Iowa, Cedar Rapids Division

11. Eli Lilly and Company v. Teva Pharmaceuticals U.S.A., Inc.
    Federal District Court, Southern District of Indiana, Indianapolis Division

12. Tekonsha Engineering Co., et al. v. C.W. Industries
    Federal District Court, Western District of Michigan, Southern Division

13. S.C. Johnson & Son, Inc. and S.C. Johnson Home Storage, Inc. v. Pliant Corporation
    Federal District Court, Eastern District of Michigan, Northern Division

14. Lehman Brothers, Inc. v. Wei Wu and Deutsche Bank Securities, Inc.
    United States District Court for the Southern District of New York

**3**

REDACTED

4

REDACTED

5

REDACTED

**6**

REDACTED

7

REDACTED

8

REDACTED

**9**

REDACTED

10

REDACTED

**11**

REDACTED

12

REDACTED

**13**

REDACTED

**14**

REDACTED

15

REDACTED

**16**

REDACTED

17

REDACTED

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2005, I hand delivered the foregoing Notice of Filing and Service to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**HAND DELIVERY:**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899

I hereby certify that on August 19, 2005, I have mailed by Federal Express the aforesaid Notice of Service to the following non-registered participants:

**FEDERAL EXPRESS:**
Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

**FEDERAL EXPRESS:**
Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7000