IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>HERCULES INCORPORATED and CYTEC INDUSTRIES, INC,  )<br>)<br>Defendants.  ) | C. A. No. 04-293 (KAJ) |

### NOTICE OF DEPOSITION OF CIBA UNDER RULE 30(b)(6)

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, and in accordance with the Definitions set forth in the attached Schedule A, Defendant Hercules, Incorporated ( "Hercules") will take the deposition of Plaintiff, Ciba Specialty Chemicals Corp. ("Ciba"), by oral examination using video tape, audio tape, and/or stenographic means, or a combination of those means. The oral examination will begin on September 9, 2005, at 9:00 a.m., at the offices of Potter Anderson & Corroon LLP, located at Hercules Plaza, 1313 North Market Street, Wilmington, Delaware, and will continue from day to day until completed, with such adjournments as to time and place as may be necessary. The deposition will be before a Notary Public or other officer authorized by law to administer oaths.

Pursuant to Rule 30(b)(6), Ciba shall designate one or more officers, directors, managing agents, or other persons who consent and are knowledgeable to testify on their behalf with respect to the subject matters set forth in attached Schedule B. It is understood that Ciba, in response to this Notice, may have to identify and produce several different designees to respond to the subject matters set forth in Schedule B.

    You are invited to attend and examine the witness.

| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
|---|---|
| Ford F. Farabow, Jr.<br>Joann M. Neth<br>Eric J. Fues<br>A. Neal Seth<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>(202) 408-4000<br><br>Dated: September 6, 2005 | By:  /s/ David E. Moore<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19899-0951<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com<br><br>*Attorneys for Defendant Hercules Incorporated* |

697717

## SCHEDULE A

## DEFINITIONS

1. The term "Ciba" or "Plaintiff" shall mean Plaintiff Ciba Specialty Chemicals Corporation, together with all partners, directors, owners, officers, members, employees, agents, representatives, attorneys, and any other persons under the control of Ciba Specialty Chemicals Corporation, including all parents, divisions, subsidiaries, affiliates, and corporate predecessors of Ciba Specialty Chemicals Corporation.

2. The use of a verb in any tense shall be construed as the use of the verb in all other tenses, and the singular form shall be deemed to include the plural and vice-versa.

3. The words "or" and "and" shall be read in the conjunctive and in the disjunctive wherever they appear, and neither of these words shall be interpreted to limit the scope of a request.

4. As used herein, "include" and "including" shall be construed to mean "without limitation," so as to acquire the broadest meaning possible.

5. As used herein, "any" and "all" shall each be construed to mean "each and every," so as to acquire the broadest meaning possible.

6. As used herein, "relating" to any given subject means, without limitation, identifying, describing, discussing, concerning, assessing, stating, reflecting, constituting, containing, embodying, tending to support or refute, referring directly or indirectly to, in any way, the particular subject matter identified.

## SCHEDULE B

### SUBJECTS OF THE DEPOSITION

1. Any valuation and/or assessment of the patents in suit and/or the Polyflex® business including, but not limited to, any valuation and/or assessment in association with Cytec's offer of sale and/or Ciba's offer to purchase such patents and the Polyflex® business.

2. The quantity, pricing, and gross and fully-allocated net profits realized from the sale of Polyflex® products, including how such information was compiled and calculated.

3. The quantity, pricing, and gross and fully-allocated net profits realized from the sale of the products referred to as "associated products" by Michael E. Tate in his expert report dated August 25, 2005, including how such information was compiled and calculated.

4. Ciba's sales strategy and practice with respect to Polyflex®.

5. Ciba's manufacturing, marketing, and sales capacities with respect to Polyflex®.

6. Ciba's agreements with Hercules whereby Hercules purchased Polyflex® from Ciba for sale to certain customers, including sales data for these transactions.

7. Any contention by Ciba that it has marked the Polyflex® product with the patent numbers of the patents in suit and any facts and/or documents that support such a contention.

8. Any contention by Ciba that it gave Hercules actual notice of infringement of the patents in suit prior to May 7, 2004, the filing date of this case, and any facts and/or documents that support such a contention.

9. An explanation of the underlying Ciba data set forth in Michael E. Tate's expert report dated August 25, 2005 including, but not limited to, an explanation of the Excel spreadsheets cited in the report as Hercules Litigation_PL Full_2001-04.xls (see Schedule 7-4), Hercules Litigation_PolyFlex_Sales_July05.xls (see Schedule 9-1), Hercules Litigation_PolyFlex_Margins_July05.xls (see Schedule 9-1), and Ciba Polyflex & Associated Polymers_Active Solids_Aug05.xls (see Schedule 10-9).

10. The identity and location of witnesses knowledgeable about and documents relating to the categories set forth in topics 1-9 above.

IIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on September 6, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

I hereby certify that on September 6, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Gordon R. Coons<br>Eley O. Thompson<br>Gregory C. Bays<br>Leydig, Voit & Mayer, Ltd.<br>Two Prudential Plaza, Suite 4900<br>Chicago, IL  60601-6780 | Thomas L. Creel, P.C.<br>Goodwin Procter LLP<br>599 Lexington Avenue<br>New York, NY  10022 |

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
Telephone:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672306