IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, )<br>)<br>) | |
| Plaintiff, ) | C. A. No. 04-293 (KAJ) |
| ) | |
| v. ) | **PUBLIC VERSION** |
| ) | |
| HERCULES INCORPORATED and CYTEC INDUSTRIES, INC., )<br>)<br>) | |
| Defendants. ) | |

**REBUTTAL EXPERT REPORT OF CHARLES P. KLASS**

OF COUNSEL:

Ford F. Farabow, Jr.
Joann M. Neth
Eric J. Fues
A. Neal Seth
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant
Hercules Incorporated*

Dated: August 19, 2005
Public Version Dated: September 7, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | C. A. No. 04-293 (KAJ) ) ) |
| HERCULES INCORPORATED and CYTEC INDUSTRIES, INC., | ) PUBLIC VERSION ) ) |
| Defendants. | ) ) |

**REBUTTAL EXPERT REPORT OF CHARLES P. KLASS**

I.  **INTRODUCTION**

In addition to the expert report that I submitted in this case on July 22, 2005, I have reviewed the report written by Dr. Clarence King, whose report was submitted on behalf of Ciba. I now submit this report in response to Dr. King's report.

II.  **INFORMATION CONSIDERED**

In forming my opinion, I have considered the following:

a. my training, knowledge, and experience in the field of papermaking and paper science;
b. The July 22, 2005 Expert Report of Clarence A. King and all the documents listed in Exhibit B of Dr. King's report (Appendix A);
c. U.S. Patent No. 5,167,766 (Appendix B);
d. U.S. Patent No. 5,171,808 (Appendix C);
e. *Dictionary of Paper* pp. 181 & 195 (TAPPI 5th ed. 1996) (Appendix D);
f. *Solutions!* 45-47 (TAPPI Apr. 2004);
g. *Retention of Fines and Fillers During Papermaking* 80-97 & 175 (J. M. Gess, ed., TAPPI Press 1998) (Appendix E);
h. HERC0015975-6066 (Appendix F);
i. HERC0059745-48 (Appendix G);
j. HERC0019305-33 (Appendix H);
k. HERC0014862-72 (Appendix I);
l. U.S. Patent Application No. 2004/0102528 (Appendix J);
m. HERC0003527-38 (Appendix K);
n. HERC0011000-10 (Appendix L);
o. HERC0019300-04 (Appendix M); and
p. HERC0007880-86 (Appendix N).

III.  **COMPENSATION AND QUALIFICATIONS**

My compensation rate and curriculum vitae have not changed since my initial expert report.

IV. **EXHIBITS**

I understand that demonstrative and summary exhibits may be created in the future to assist in the presentation of my testimony at trial.

V. **FUTURE TESTIMONY**

I understand that in addition to the topics set forth below, I may testify regarding other subject matter within my area of expertise that becomes relevant to this case or in response to opinions offered by Ciba. I also understand that discovery in this case is ongoing, so I reserve the right to supplement my opinions if and when more information becomes available.

VI. **DR. KING'S JULY 22, 2005 REPORT**

  A. **Papermaking Summary**

**Redacted**

I know of no way that lignin can be removed mechanically. **Redacted**

The *Dictionary of Paper* (TAPPI 5th ed. 1996) explains that lignin "is more or less completely removed during chemical pulping, but is not removed by mechanical pulping." (Appendix D at p. 181). In fact, mechanical pulp (groundwood) is characterized by the *presence* of lignin in the pulp.

**Redacted**

2

On the contrary, the functioning of these aids has been well documented in the literature. There have been numerous papers and sections of texts which provide readers with an understanding (even in the 1990s) of how these types of particles function as retention aids. See, for example, the *Dictionary of Paper* (TAPPI 5th ed. 1996), which discusses how the microparticulates function as retention aides by forming bridges between flocs. (Appendix D at p. 195). The *Retention of Fines and Fillers During Papermaking* (J. M. Gess, ed., TAPPI Press 1998) also discusses in detail how microparticle retention systems, including inorganics such as silica and bentonite, organics, and polymeric microparticles act as retention aids in papermaking by the mechanism of coagulation. (Appendix E at pp. 80-97, 175). Thus, how inorganic particles such as silica and bentonite function as retention aids in papermaking has been well known and understood in the art even in the 1990s.

**Redacted**

Redacted

Redacted

Redacted

Redacted

**Redacted**

D.   **Hercules Does Not Make Paper**

Claim 1 of the '766 patent (and the dependant claims that refer to it) covers "a method of making paper," but Hercules does not practice "a method of making paper" or perform any of the steps (a) through (j) listed in paragraph 42 of Dr. King's report. (That list corresponds to the dependent claims that Ciba has asserted against Hercules). Hercules does not make paper nor does it add any of the components listed in steps (a) through (j) in paragraph 42 of Dr. King's report. This is another reason Hercules does not infringe the '766 patent.

**Redacted**

However, as I know from my years as a process engineer and paper-machine supervisor (and later as a supplier of retention and drainage aids), technical assistance from chemical suppliers is common throughout the industry and does not constitute the practice of "making paper."

Indeed, my experience is consistent with common industry practice in that the operating managers at the mills retain control of the entire papermaking process, including the use of additives at various steps in the process. The mill takes responsibility for the processes and product, from the selection of raw materials all the way through to the quality of the end product shipped to the customer. The mill is in charge and has control; a supplier's technical-service employees are not running machines, but rather only providing technical assistance. In my forty-five years of experience in the papermaking industry, I have been on both the *receiving* end of technical advice (when I was a paper-machine supervisor) and I have *given* technical advice (when I was a supplier of retention and drainage aids). In both situations, it was clear that the paper mill retained control and responsibility throughout the papermaking process and that the company providing the retention and drainage aids was not responsible for "making paper."

**Redacted**

### E.   Conclusions

Hercules does not infringe claim 1 of the '766 patent because it does not use a crosslinked polymeric microbead. Accordingly, Hercules does not infringe the asserted claims dependent on claim 1 for the same reason. Additionally, Hercules does not infringe the dependent claims because it does not make paper.

and, thus, does not add the claimed ingredients in a method of making paper. Hercules does not infringe claim 1 of the '808 patent because it does not use a polymeric crosslinked microparticle, and for the same reason, the dependent claims are not infringed either.

Dated: August 19, 2005

*Charles P. Klass*

_____

Charles P. Klass
Public Version Dated:   September 7, 2005

IIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 7, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

I hereby certify that on September 7, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

Thomas L. Creel, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672306