# APPENDIX
# D

# Dictionary of Paper

## 5th Edition

### Edited by
### Michael Kouris



©1996
Atlanta, Georgia



The Association assumes no liability or responsibility in connection with the use of this information or data, including, but not limited to, any liability or responsibility under patent, copyright, or trade secret laws. The user is responsible for determining that this document is the most recent edition published.

Within the context of this work, the author(s) may use as examples specific manufacturers of equipment. This does not imply that these manufacturers are the only or best sources of the equipment or that TAPPI endorses them in any way. The presentation of such material by TAPPI should not be construed as an endorsement of or suggestion for any agreed upon course of conduct or concerted action.

*Copyright © 1996 by:*

TAPPI PRESS
Technology Park/Atlanta
P.O. Box 105113
Atlanta, GA 30348-5113 U.S.A

*All rights reserved*

Permission of TAPPI is granted to photocopy items for internal or personal use of specific clients, for libraries or other users provided that the copying organization pays the base fee of $1.00 U.S. per copy, plus $.50 U.S. per page directly to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, U.S.A. (ISBN 0-89852-294-3/95) $1.00 + $.50 pp.

ISBN 0-89852-059-2
TP 0102B058
*Printed in the United States of America*

LETTER-COPYING PAPER—Typical writing paper of manifold grade suitable for use in obtaining several copies of the same letter.

LETTER PAPER—Writing paper cut to proper size for correspondence purposes.

LETTERPRESS PRINTING—A process also known as relief or typographic printing. These are interchangeable terms applied to any printing produced from a raised, or relief surface, as distinct from planographic or intaglio printing. Letterpress printing employs type or plates or any character cast or engraved in relief on metal, wood, rubber, linoleum, etc. The ink is applied to the printing surface below which all nonprinting areas or spaces are recessed (the exact opposite of gravure or intaglio printing). Impressions are made by pressure against a flat area of type or plate (as on a platen press), by pressure of a cylinder rolling across a flat area of type (flat-bed cylinder press printing), or by having a cylindrical plate against which another impression cylinder revolves, carrying a continuous paper web. Rotary printing of flat sheets is also common, this being accomplished by having the printing areas electrotyped, i.e., duplicated in a copper or other metal plate, which is then curved to fit the plate cylinder.

LEVELING CHEST—See SURGE CHEST.

LICKERIN—In nonwovens, a roll clothed with wire, immediately following the feed roll, that opens and delivers fibers to the main cylinder.

LIFT—A quantity of sheets of paper or paperboard which can be readily lifted from one operation to another.

LIFTING—See PICKING.

LIGHT FASTNESS—See FASTNESS.

LIGHTWEIGHT—A term applied to papers made in weights below the normal minimum basis weight of the grade in question.

LIGHTWEIGHT CATALOG AND DIRECTORY PAPER—See CATALOG PAPER.

LIGHTWEIGHT CHIP—A paperboard used principally by the corrugated container manufacturers as a facing for single-faced corrugated rolls, for pads and partitions, and for other types of interior packing. It is made of chipboard, generally 0.006 to 0.012 of an inch in thickness, and has a surface adapted to the adhesive used in corrugated board manufacture.

LIGHT WEIGHT COATED PAPER—Used for publications, light weight coated paper is sometimes referred to as publication grade paper. The paper, normally, is in the 30 to 40 pound basis weight range (25 x 38 inches—500). Typically, it contains mechanical pulp, and is produced without size press pretreatment, usually with blade coaters. The paper is printed in web form on either rotogravure or web offset presses. The sheets are usually classified as No. 4 and 5 glossies in paper grade reference.

LIGNIN—The noncarbohydrate portion of the cell wall of plant material; it is usually determined as the residue after hydrolysis with strong acid of the plant material, after removal of waxes, tannins, and other extractives. Lignin is amorphous, has high molecular weight, and is predominantly aromatic in structure. The monomeric units are P-hydrocycinnamyl alcohols. It is not one compound, but varies in composition with the method of isolation and with the species, age, growing conditions, etc., of the plant. It is more or less completely removed during chemical pulping, but is not removed by mechanical pulping. Bleaching of the pulp further removes or modifies any remaining lignin.

LIGNINASE—See ENZYME.

LIGNIN MODEL COMPOUNDS—Synthesized compounds which are assumed to be reasonable representatives or models of lignin derivative units. Common model compounds are produced from oxidative coupling of coniferyl alcohol or p-coumaryl alcohol. Model compounds are used to study the kinetics of bleaching reactions and to characterize bleaching reactions in order to improve the selectivity, efficiency, and environmental impact of bleaching processes.

**MICA PAPER**—A paper coated with ground mica, usually of 180 mesh or finer, incorporated with an adhesive, such as casein. Dyes may be added for tinting. The coated product may be calendered or embossed and is widely used for greeting folders, box coverings, and other decorative purposes. The base paper is usually of chemical woodpulp in basis weights of 38 to 65 pounds (25 x 38 inches – 500); it should be well sized and of uniform formation and density; the finished weights range from 20 to 30 pounds (20 x 36 inches – 500).

**MICR**—Short for magnetic ink character recognition, special font characters printed with magnetic ink, designed to be machine read and processed. Numbers on the bottom of checks are MICR.

**MICROBIALLY INFLUENCED CORROSION**—Corrosion processes initiated by or accelerated by the growth of microorganisms at the metal surface.

**MICROCRYSTALLINE WAX**—One of a series of waxes obtained from petroleum and differing from paraffin in having smaller crystal size and in containing more branched-chain hydrocarbons. The color may range from white to dark brown or black. In general, the microcrystalline waxes are tougher, more flexible, more adhesive, and have a higher melting point than the paraffin waxes, although different grades will differ widely. Microcrystalline waxes are used for laminating and in blends with paraffin wax for surface treatments having increased sealing strength.

**MICROELECTROPHORESIS**—A widely used electrokinetic technique for the measurement of the electrokinetic charge of small papermaking stock components. The mobility (q.v.) of microscopic particles [fines (q.v.)] in an electric field is the quantity determined.

**MICROMETER**—An instrument for measuring thickness of paper and paperboard. See THICKNESS.

**MICRO MIXING**—The mixing of bleaching chemicals and pulp on a very small scale, of

the order of the diffusion distance of chemicals in the time of typical bleaching stage, say, less than 2 mm. See also MACRO MIXING.

**MICROPARTICULATE PROCESS**—A process involving the sequential addition of a charged (usually cationic) polymer followed by anionic microparticles to form small, dense flocs which produce good paper formation and rapid drainage. The anionic microparticles are believed to form bridges between cationic flocs formed upon polymer addition. Generally, optimum performance is achieved when the furnish zeta potential is close to zero. Either synthetic cationic polymers or cationic starch can be used as the polymer component. Colloidal silica and Bentonite clay are used as microparticles. See FIRST PASS RETENTION.

**MICROWAVE PAPERS**—Papers designated to be used in microwave cooking. Often they incorporate a "receptor" which allows the sheet to absorb the microwave radiation, thus increasing the temperature in the package to provide for "browning" or, for popcorn bags, higher oil temperatures.

**MICR PAPER**—Generally, a writing paper suitable for magnetic-ink character recognition printing.

**MIDDLE LAMELLA**—The intercellular portion of wood structure. This region is very thin (ca. 250 nm) and is composed primarily of lignin and pectic polysaccharides. The term usually includes the cell corners where three or four cells come together. Cell corners are thicker than the portion of the middle lamella between two cell walls and may have a somewhat different chemical composition. The region encompassing the middle lamella and the primary wall of adjacent cells is called the compound middle lamella.

**MID-FEATHER AGITATOR**—A side entry propeller agitator fitted into a long, narrow mixing tub which has a wall (the mid-feather) dividing the tub into an oblong flow channel. The agitator, typically, occupies the entire width of one channel, and all stock passes through

195

# APPENDIX

# E



# Retention of Fines and Fillers During Papermaking

## Jerome M. Gess
### Editor

# Retention of Fines and Fillers During Papermaking

### Jerome M. Gess
### Editor



Books·CD-ROM·Video·Multimedia

**TAPPI PRESS**

Atlanta, Georgia  USA

The Association assumes no liability or responsibility in connection with the use of this information or data, including, but not limited to, any liability or responsibility under patent, copyright, or trade secret laws. The user is responsible for determining that this document is the most recent edition published.

Within the context of this work, the author(s) may use as examples specific manufacturers of equipment. This does not imply that these manufacturers are the only or best sources of the equipment or that TAPPI endorses them in any way. The presentation of such material by TAPPI should not be construed as an endorsement of or suggestion for any agreed upon course of conduct or concerted action.

Copyright © 1998 by:



**TAPPI PRESS**

TAPPI PRESS
Technology Park/Atlanta
P.O. Box 105113
Atlanta, GA 30348-5113 U.S.A.
800-332-8686 (US)
800-446-9431 (Canada)
770-446-1400

All rights reserved.

Permission of TAPPI is granted to photocopy items for internal or personal use of specific clients, for libraries or other users provided that the copying organization pays the base fee of $1.00 U.S. per copy, plus $.50 U.S. per page directly to the Copyright Clearance Center, 222 Rosewood Drive, Danvers, MA 01923, U.S.A.

ISBN 0-89852-066-5
TP 0102B063
**PRINTED IN THE UNITED STATES OF AMERICA**

*ii*

A re

# Retention of Fines & Fillers During Papermaking

Jerome M. Gess
**Editor**

## Contributing Authors

| | |
|---|---|
| Francis G. Aloi | William L. Horoszko |
| Keith M. Beazley | Lester W. House |
| Martin W. Beck | Mark A. Johnson |
| Amy M. Bollinger | E. Peter Lancaster |
| Pieter H. Brouwer | Robert H. Olsen |
| Alan J. Brown | S. A. Ravishankar |
| Philip C. Clark | Susan E. Smylie |
| Benoit E. Doiron | William V. Stevens |
| Glenn R. Evers | Ralph M. Trsksak |
| Philip A. Ford | Patrice E. Valero |
| Jerome M. Gess | Andres Vaska |
| Robert A. Gill | James C. Winters |
| Matthew S. Hada | Janet H. Woodward |
| Gary A. Headrick | |

A revision of *Retention of Fine Solids During Paper Manufacture*, CA Report No.57, published September 1, 1975, TAPPI PRESS, Atlanta.

CA 810506.03
A project of the Papermaking Additives Committee
of the Paper and Board Manufacture Division of TAPPI



**TAPPI PRESS**

80    Retention of Fines and Fillers During Papermaking

## Microparticle retention systems

Microparticle retention systems are based on the concept of fine particle retention by the mechanism of coagulation. Coagulation was defined earlier in the chapter as the destabilization of particles by changing the ionic characteristics of the particle suspension with salts. Coagulation has the greatest impact on small particle retention (2).

Agglomeration, as stated earlier, can be considered a type of coagulation, and some authors choose to use these terms interchangeably. Following this concept, dual polymer retention systems could be considered a type of microparticle system and, in fact, one commercial microparticle system used today is an extension of a dual polymer system.

Modern microparticle systems destabilize the entire fine particle colloidal suspension by incorporating a very small (5–10 nm) highly charged "microparticle" as a key component of the system. These particles, usually inorganic in nature, possess a large anionic charge. Their very small size and very high surface area greatly impact the ionic characteristics and colloidal stability of small fine particles in the papermaking wet end. Microparticle systems produce "soft flocs" (2) that will reform upon removing shear.

### Silica microparticle systems

The major microparticle used today is colloidal silica (26). The original colloidal silica microparticle introduced to the paper industry was a silica sol, about 5 nm in size. The term sol refers to a stable colloidal dispersion of spherical amorphous silica particles. These 5-nm silica sols are still used to a large extent today. In the last five years, new silica microparticle sols have been developed in various sizes, as well as several three-dimensional silica gels (27). Silica gels are three-dimensional silica aggregate chains, each made up of several amorphous silica sol particles. These chains can have either a linear or branched

Figure 21. Silica sols and gels (21)



structure with the size of the overall particle aggregate small enough (20–50 nm) to maintain the colloidal dispersion properties of the individual silica sols (27). Silica sols and gels are prepared by polymerizing monomeric silicic acid into a cyclic structure and eventually into discrete amorphous silica sols (21). If desired, the spherical silica sols can be reacted further to produce three-dimensional aggregate gel networks. Figure 21 illustrates this process.

Today, anionic colloidal silica is used in several commercial microparticle retention systems. The original microparticle system relied completely on coagulation for small particle aggregation and retention (28). The additives used are cationic starch (0.5%–1.5%) and 5-nm colloidal silica. This original system continues to be the primary silica microparticle retention system used throughout the world.

Presently, there are two commercially available, three-dimensional silica gel aggregates designed to replace 5-nm colloidal silica in traditional alkaline microparticle applications. The first additive is

Figure 22. Comparison of on-site silica with traditional 5-nm colloidal silica sol. Additives to each system included cationic polyacrylamide (0.45 kg/ton), cationic potato starch (4.5 kg/ton), and alum (1.8 kg/ton)

Figure 23. Silica gels used in combination with cationic polyacrylamide in an alkaline newsprint furnish





a linear silica gel made up of aggregates of 3–6 colloidal silica sols, 2–3 nm each in size. The overall silica gel size is less than 20 nm in size, so it is still colloidal. The manufacturer of this product claims improved efficiency (lower silica dosage level), and increased small particle retention, compared to the traditional 5-nm colloidal silica sol *(27)*. This is accomplished by the combination of a larger overall particle size and three-dimensional network structure to improve silica retention. In many applications, three-dimensional silica aggregate gels are replacing colloidal silica sols.

The second commercial silica gel is a three-dimensional aggregate made up of very small 1-nm colloidal silica sols. This additive contains mostly linear aggregates made up of between 10–20 individual 1-nm silica sols. Overall aggregate particle

size is similar to the other commercial gel (20 nm) *(58)*. This product has the added benefit of being manufactured on-site at the paper mill. Moffett showed a 5% improvement in first-pass ash retention over traditional 5-nm colloidal silica, using "on-site" prepared silica gel. Figure 22 shows that this was accomplished with a 50% reduction in silica dosage level.

Another silica gel aggregate has been developed, specifically for applications where no cationic starch is used. It has been developed specifically to work synergistically with high-charged cationic polyacrylamide. This product is a highly branched, three-dimensional, silica aggregate made up of several 2–3-nm colloidal silica sols. The overall particle size of this product is approximately 50–nm. Figure 23 illustrates Johansson's work where he showed that the highly branched and structured silica aggregate gel provides excellent fiber fines retention in an alkaline newsprint furnish containing cationic polyacrylamide *(29)*. In addition, Johansson found that highly structured silica gels are the most efficient silica particles used in conjunction with a wide range of cationic polyacrylamides (Fig. 24) *(29)*. Table III compares the physical properties and recommended applications

Figure 24. Performance of silica gel aggregates used in combination with cationic polyacrylamides of various charge density



Table III. Physical structure of recommended applications for various silica microparticles

| Products | Aggregate size | Aggregate number | Gel structure shape | Overall size | Application |
|---|---|---|---|---|---|
| Silica sol | 5–nm | 1 | – | 5–nm | Alkaline paper with starch |
| Silica gel | 3–nm | 3–6 | Linear | 18–nm | Acid and alkaline paper and high conductivity with starch |
| Silica gel "on-site" | 1–nm | 10–20 | Slightly branched | 18–nm | Alkaline paper with starch (low addition levels) |
| Silica gel | 3–nm | 15–20 | Highly branched | 50–nm | Alkaline with cationic polyacrylamide |

for various silica particles discussed in this section.

The second commercially available silica microparticle system is really a hybrid system using a cationic polymer, a high molecular weight anionic polyacrylamide, and a 5-nm colloidal silica sol. The dual synthetic polymers provide retention via agglomeration and flocculation; the colloidal silica, used in conjunction with cationic starch, provides retention by chemical coagulation. The potential for high retention exists; however, formation is still an issue with high dosage levels of anionic polyacrylamide. A lower addition level of silica (<0.10%) is commonly used in this system. This polyacrylamide/silica hybrid system has proven effective for increasing fine particle retention in alkaline systems where the anionic polyacrylamide dosage level is limited to 0.03% or less (26). This system is primarily used in alkaline North American coated paper applications.

**Figure 25. The electrical double layer and the slip plane**



← ——— Particle motion

## Mechanism of silica microparticle retention

The proposed mechanisms for modern microparticle retention systems are much less understood than traditional or dual polymer agglomeration/flocculation-based systems. Most proposed mechanisms for microparticle retention systems center around colloidal particle interaction and ultimately colloidal particle destabilization (particle coagulation). Specifically, most proposed mechanisms are derived from the electrical double-layer theory of colloidal particles suspended in solution.

It is believed that these colloidal forces play an important role in chemical coagulation as well as agglomeration and flocculation. Small fine particles, especially colloidal particles, contain ions of opposite charge that are held closely to the particle's surface. This creates a layer of counter ions around the particles. These counter ions are held to the surface of the particle by electrostatic and van der Waals forces, creating the so-called "electrical double layer" of a colloidal particle. **Figure 25** illustrates this concept. The point where the double layer comes in contact with the more diffusely charged solution is called the slip plane. It is at the slip plane where the particle's zeta potential is measured.

The combined forces acting on a particle and their effect on the electrical double layer were first quantified by Deryaguin, Landau, Verweg, and Overbeek in 1954 *(30–32)*. This is now referred to as the DLVO theory. The theory quantifies the relationship between attractive and repulsive forces exhibited on a particle's surface.

Repulsive forces are controlled by electrostatic repulsion of the electrical double layer, while attractive forces are the result of van der Waals interactions. The net potential on a fine particle's surface is attractive at close particle separations. At large inter-particle distances, their electrostatic interactions begin to take over and repulsive forces dominate. Based on the DLVO theory, particle coagulation can be accomplished by either increasing attractive forces or reducing repulsive forces. The repulsive forces between the colloidal particles can be reduced by shrinking the particle's electrical double layer by introduction of an oppositely charged material.

It is believed that colloidal silica sols and gels have a great ability to alter system ionic concentration. This is related to colloidal silica's extremely high surface area and high charge density. Table IV lists the size and ionic concentration of several anionic and cationic additives used in alkaline papermaking. The 5-nm silica sol is one of the smallest additives used in alkaline papermaking. It has a concentration of $6 \times 10^{16}$ silica particles per liter of

84   Retention of Fines and Fillers During Papermaking

**Table IV. Characteristics of alkaline wet-end components *(33)***

| Component | Avg. size, nm | Concentration, (particles/liter) |
|---|---|---|
| Fiber | $1 \times 10^6$ | $2.5 \times 10^6$ |
| Fiber fines | $5 \times 10^3$ | $4.5 \times 10^9$ |
| PCC | 500–3000 | $2.7 \times 10^{10}$ |
| Alum | ~2 | $1.3 \times 10^{19}$ |
| PAC | ~3 | $0.7 \times 10^{19}$ |
| Cationic polyacrylamide | sub-150 | $1.3 \times 10^{14}$ |
| Anionic polyacrylamide | $5–17 \times 10^3$ | $2–6 \times 10^{12}$ |
| Starch (amylopectin) | 300–500 | $7 \times 10^{13}$ |
| Starch (amylose) | sub-50 | $1–5 \times 10^{16}$ |
| Bentonite | 300 | $4 \times 10^{13}$ |
| Silica | 5 | $6 \times 10^{16}$ |

furnish *(33)* (assuming an additive addition level of 0.15%). The only other additives with that high of an ionic charge are cationic additives: aluminum compounds and the amylose fraction of cationic starch, which are key components of silica retention systems.

There are several literature references indicating colloidal silica works synergistically with cationic starch by compressing the electrical double layer of the cationic starch particles *(34, 35)*. Moberg *(33)* theorizes that colloidal silica is physically small enough to enter the amorphous structure of the cationic starch in solution. Because of its similar relative ion concentration, the colloidal silica completely neutralizes the starch's cationic charge. This would result in the collapse of the starch/silica ion electrical double layer into a small floc. Small fine particles previously adsorbed onto the surface of the cationic starch molecule will be contained in the collapsed floc structure. The result on the paper machine is high retention and, due to the "micro" floc size, excellent pulp dewatering and drainage.

Yaroslavsky and Terenin theorized that remaining uncondensed silanol groups associated with silica sols and gel networks should contain hydroxyl/silanol groups

*(36)*. Since a majority of the uncondensed silanol groups are present on the surface of the colloidal silica particles, these silanol groups should interact strongly with starch hydroxyl groups. Yaroslavsky and Terenin used infrared spectroscopy to verify the existence of starch hydroxyl groups on the surface of porous silica sols *(36)*.

A fundamental understanding of the mechanism of silica microparticle systems has not yet been firmly established. However, most scientists will agree that the mechanism invokes the reduction of small particle repulsive forces by some type of overall system charge neutralization. Cationic starch is a key component, providing the initial vehicle for small particle retention and works synergistically with colloidal silica to induce effective coagulation via charge neutralization or through starch hydroxyl-silanol bonds.

The starch/silica "micro" floc provides a high level of fine particle retention, excellent drainage, and improved starch retention. This improved starch retention can result in increased sheet strength and superior sheet quality. Starch's retention and drainage performance in microparticle systems will be discussed in detail later in this chapter.

## Bentonite microparticle systems

The other prominent commercial inorganic microparticle used today is bentonite clay. As with colloidal silica, the colloidal nature of the bentonite particle, its high surface area, and high charge density are used to alter significantly the ionic charge density of the papermaking wet end.

It has been questioned in the literature whether bentonite is a colloidal microparticle (26, 34). Some have suggested that, because of its relatively large size (300 nm), that it is really a "mini-particle" working on a flocculation mechanism similar to that of traditional organic dual polymer systems (26). As was stated earlier, dual polymer retention systems can be considered a type of microparticle system; however, as with silica microparticle systems, these authors make a clear distinction between this modern, coagulation-based, microparticle retention system and traditional dual polymer systems. This distinction is clearly supported in the literature (37, 38) which verifies bentonite's colloidal nature and small particle retention mechanism based on coagulation. Some of the confusion surrounding bentonite microparticles is related to its very name. Bentonite is not a specific additive or mineral but rather is a general term used to identify a large class of minerals. Today bentonites are used in the paper industry as binding agents and rheology modifiers in paper coating applications, in acid papermaking as a mineral filler, in deinking and waste water treatment applications, and as alkaline microparticle drainage and retention aids. However, the specific type of bentonite used for microparticle retention systems is quite different than the bentonite used in other areas of the papermaking process.

Bentonites are aggregates of two or more minerals. One of the components is a smectite clay mineral. Smectite is the key component in bentonite microparticles because of its interaction with water (37).

The difference among smectite minerals, with respect to microparticle additives, is related to the particular smectite size, shape, and charge density (37). Smectites are three-dimensional particles that are up to 300 nm long and have a very thin, uniform thickness of less than 1 nm.

Typical smectite minerals consist of oxygen, silicon, and some type of metal ion. Metal ions are usually aluminum and/or magnesium (37). The center of the crystal consists of an oxygen octahedra layer and contains aluminum and/or magnesium ions. On either side of the middle octahedral layer are oxygen tetrahedra layers, thus completing the smectite crystal (37). Each outer tetrahedral layer usually contains a silicon ion.

This physical structure described is not unique to smectites. What makes smectites unique, particularly the mineral used to make colloidal bentonite, is the number of metal ions in the smectite crystal and their ability to diffuse away from the crystalline structure when the crystal is placed in water (37). It is this ability of the smectite's cationic metal ions to diffuse away from the crystal structure that creates the particles' electrical double layer and subsequent colloidal character.

The specific smectite that is used to make colloidal bentonite microparticles is montmorillonite. Montmorillonite has a di-octahedral structure. Like all smectites, it has a strong negative charge in water as a result of an insufficient amount of positive metal cations inside the crystal structure, once the metal ions diffuse away from the framework of the crystal. Figure 26 illustrates the particle's electrical double layer. A negative charge also exists in the outer tetrahedral layers, when metal ions such as $Al^{+3}$ or $Fe^{+3}$ have replaced silicon $Si^{+4}$ ions. Montmorillonite's combination of high anionic charge, electrical double layer in solution, high surface area, and small particle size make it a true colloidal microparticle. As with colloidal silica, colloidal montmorillonite has very large surface area and anionic charge density and,

**Figure 26.** Development of the electrical double layer by diffusion of metal ions (Al$^{+3}$, Mg$^{+2}$) from the crystal lattice structure



- Anion
- Cation
- Oxygen
- Hydroxyl
- Silicon

like colloidal silica, can greatly impact the ionic characteristics of the papermaking wet-end system.

In theory, colloidal montmorillonite is an excellent inorganic colloidal microparticle in solution. However, in the dry state, montmorillonite exists as a composite of crystalline and noncrystalline aggregates. Therefore, an important step in the process of manufacturing colloidal bentonite microparticles is to isolate as many individual crystal particles as possible. Without a good percentage of individual crystals, it is very difficult to form a colloidal suspension of bentonite at the paper mill.

Original bentonite microparticle additives developed in the late 1980s were hard to disperse, dark yellow or orange in color, and contained a significant amount of impurities. Today, through better bentonite mining and processing techniques, consistent high purity montmorillonite colloidal bentonites are readily available *(38)*. Most montmorillonite microparticles used today are converted to the sodium form by ion exchange. This process greatly helps in dispersing montmoril-

lonite aggregates as well as creating microparticles that swell significantly in solution. Both properties result in a much more suitable, higher surface area particle.

## Commercial bentonite microparticle systems

The primary bentonite microparticle system used in alkaline papermaking incorporates a montmorillonite bentonite with a moderately charged, medium molecular weight cationic polyacrylamide *(39)*.

The cationic polyacrylamide is added first, usually well back in the wet-end system. The addition of cationic polymer is followed by an addition of colloidal bentonite. The bentonite is usually added late in the system, either just before or just after the pressure screens. The general idea behind the polyacrylamide/bentonite microparticle system is to add the cationic polyacrylamide early in the system and allow its molecular weight to be reduced significantly by the shear in the stock approach system (i.e., refiners, pumps, screens). The bentonite is added after the

cationic polyacrylamide has been sheared. Proper selection of the cationic polyacrylamide is important to achieve optimum fine particle retention. The proper selection is based on the cationic polymer addition point and level of shear in the system prior to the cationic polyacrylamide's interaction with bentonite. For example, an older machine, running at 400 m/min, may require a lower molecular weight and less branched cationic polymer than a newer machine running 1000 m/min with two fan pumps and significantly higher mechanical shear. This may be true even if both machines are making the same grade of paper. Also, wet-end chemistry has an impact on cationic polymer selection. Sheet formation issues and the type of cationic starch used also can influence cationic polymer selection.

The choice of what particular bentonite to use is considerably easier. In fact, most of the differences among specific bentonites relate to where they were mined and how they were processed, rather than their chemical or colloidal characteristics. The important factor in selecting a bentonite microparticle is to select a company that has the mineral reserves, process technology, and technical service capabilities necessary to provide consistent quality products.

As with colloidal silica, bentonite microparticle systems have been proven in several commercial applications to provide superior fine particle retention, increased drainage, and improved sheet formation over traditional dual polymer retention systems. Bentonite microparticle systems are not as extensively used as silica microparticle systems; however, their use can be documented around the world. Bentonite microparticle systems have been particularly successful in alkaline lightweight coated and uncoated printing and writing grades. They also are used in lightweight wood-containing printing and writing grades, particularly in systems that do not use wet-end starch.



**Figure 27. Bentonite microparticle system at pH 7.8. Results obtained on a twin wire paper machine running a printing and writing grade at 800–1000 m/min**

Another apparent advantage over silica microparticle systems is that the basic bentonite microparticle system appears to work equally well at an alkaline pH as it does at an acid pH (38). A different type of colloidal silica and perhaps system changes are needed to operate silica microparticle systems effectively at an acid pH. Figures 27 and 28 illustrate the relative performance of bentonite microparticle systems at an alkaline pH and acid pH compared to traditional dual polymer retention systems.

## Mechanism of bentonite microparticle retention

The proposed mechanism for bentonite microparticle systems is similar to silica systems in that it is based on soft "micro-floc" formation by chemical coagulation. The cationic polyacrylamide is added early in the thin stock, usually at or just after thin stock dilution. The cation-

88    Retention of Fines and Fillers During Papermaking

**Figure 28. Bentonite microparticle system at pH 5.5. Data obtained from a groundwood coated publication grade running at 350 m/min**



First-pass retention
Clay retention

ic polymer initially adsorbs onto the surface of the fibers and fine particles in a basic tail and loop configuration. The addition level of cationic polyacrylamide is usually quite high (0.038%–0.12%) to ensure most small fine particle surfaces are completely covered by the adsorbed cationic polyacrylamide. At this point, some suspended particles will aggregate by flocculation. However, since the entire surface of the fine particles is now cationic, chemical agglomeration between adjacent fine particles will be minimized *(38)*.

The cationic polyacrylamide particles are then subjected to high shear as the particles pass through the fan pumps, cleaners, and pressure screens. This shear deflocculates any particle aggregates that might have been formed by bridging between polymer loops on adjacent particles. The shear also will reduce the molecular weight of the polymer chains adsorbed on the fine particles and disperse the fine particle suspension. However, Ford *(38)* found that fine particle filler

particle, or colloidal material that was originally adsorbed on the long fiber will remain on the long fiber during this high shear phase. The dispersed fine particles, coated with cationic polymer, will be retained by the subsequent addition of bentonite, and fines bonded initially to the long fiber will be retained with the long fiber. Thus, virtually all colloidal material and fine particles are ensured of being retained. Ford referred to this concept as "super coagulation *(38)*."

If a microparticle such as bentonite were not added to the "super-coagulated" system, fine particle retention would be poor. This is due to the fact that the dispersed fine particles are coated with cationic polyacrylamide, and the overall system chemistry is quite cationic. Colloidal bentonite's high anionic charge and very high surface area significantly alter the ionic characteristics of the system and neutralize the cationic charge on the surface of the fine particle/cationic polyacrylamide composite. The result is a collapse of the fine particle electrical double layer and the subsequent formation of the "micro-floc" structure via chemical coagulation *(39)*. Figure 29 illustrates the proposed mechanism for bentonite microparticle systems. Although the proposed mechanism illustrated in this section is not proven fully, no other mechanism has been proposed.

## Other inorganic microparticle retention systems

There are several references in the literature pertaining to other types of inorganic microparticle retention systems based on some type of inorganic coagulant *(40–42)* The only one of commercial significance is a microparticle retention system based on aluminum hydroxide formed in-situ in conjunction with cationic starch *(38)*. This system works by a proposed mechanism quite similar to the bentonite microparticle system *(39)* but has some attributes of the silica microparticle system.

**Figure 29. Bentonite microparticle system super-coagulation and final microfloc structure**



Cationic starch is added first to the system and allowed to be sheared. Colloidal aluminum hydroxide is added last, but because the hydroxide is formed in-situ, the proper addition point of the aluminum hydroxide microparticle is critical *(39)*. The aluminum hydroxide microparticle must be added late in the system to provide optimum coagulation; however, sufficient time is needed for the hydroxide microparticles to develop and grow to optimum size.

Initial commercial trials with this system have indicated that it is close to that of silica and bentonite-based microparticle systems in retention performance. From an economic standpoint, this system should be very attractive, since the aluminum hydroxide microparticle formed is made from inexpensive starting materials. However, there are some issues that may limit aluminum hydroxide's success. It has been found that the ratio of cationic starch to aluminum hydroxide microparticle is critical. The highest level of fine particle retention occurs when the level of cationic starch to aluminum microparticles is

such that the ratio of HO⁻ groups on the starch and $Al^{+3}$ ions on the microparticle is 3:1 *(39)*. At practical levels of aluminum microparticle needed for charge neutralization (0.1%–0.2%), this equates to between 1.1% and 2.2% cationic starch. This level of cationic starch results in an expensive system and can result in paper quality problems, such as poor sheet formation.

In addition, fines retention is very dependent upon pH *(39)*. A pH of 8.0 is optimum, and good retention performance can be obtained in a pH range from 7.8–8.6. This appears to be an acceptable range for most alkaline papermaking applications. However, a pH drop to only 7.5 can result in a 25% reduction in fines retention. **Figure 30** illustrates the effect of system pH on fines retention.

## Organic micropolymer retention systems

The latest development in alkaline microparticle technology is the introduction of an all-organic system based on a

**Figure 30. Effect of system pH on fines retention in the aluminum hydroxide micro-particle system, with the addition of 1.1% cationic starch and 0.3% colloidal aluminum hydroxide. The alkaline papermaking range is highlighted in the center**



**Figure 31. Visual concept of the polymeric microparticle**



structured organic microparticle. This system incorporates a water soluble, organic microparticle, along with a traditional high charge cationic polyacrylamide. As with the bentonite system, the cationic polyacrylamide is added early in the system providing initial flocculation, then is sheared down to produce efficient, small particle adsorption and chemical agglomeration.

The polymeric microparticle is described by Honig as a "filamentary micronetwork structure (43)."

The water soluble microparticle is between 30 nm and 90 nm in overall size and is made up of discrete segments of polymer chains, tails, and loops. Each segment has a controlled ionic charge and physical structure similar to traditional high molecular weight organic retention aids. Other references in the literature refer to the micronetwork structure as a flexible three-dimensional, somewhat halo-shaped microparticle made up of an aggregate of discrete polymer chains (44). Figure 31 depicts the authors' visual conception of this polymeric microparticle.

According to Honig, these new organic microparticle structures have the optimum physical benefits of inorganic microparticles (high anionic surface charge, three-dimensional structure, very small particle size), combined with the chemistry benefits of traditional organic polymers, such as having a flexible amorphous structure and complete water solubility (43).

Commercial polymeric microparticles used today have a dried particle size of about 70 nm (44). This is significantly larger than colloidal silica and bentonite in at least two dimensions; however, the microparticle is still small enough to be considered a true colloid (44). Organic microparticles are sold as a low solids (10%–15%), clear to slightly hazy, stable colloidal suspension. This is very similar to how commercial colloidal silica is supplied. There has been little written in the literature on the proposed mechanism of this particular microparticle retention system, other than a general mechanism based on typical charge neturalization/coagulation theories proposed for all microparticle retention systems. The main performance benefit cited for organic microparticle systems is the ability to provide high levels of drainage and small particle retention with significantly improved sheet formation (44).

**Figure 32. 70-nm organic microparticle system versus a bentonite system, compared in a bleached kraft pulp with cationic polyacrylamide added at 0.05% on pulp to all systems**



**Figure 33. Comparison of the drainage improvements given by organic microparticle and bentonite systems**



Figure 32 shows that a 70-nm organic microparticle system *(43)* gave comparable drainage improvements in an alkaline fine paper furnish at significantly lower dosage levels (0.05%) than a bentonite microparticle system and comparable fines retention at the same dosage level *(43)*. Altering the three-dimensional structure and/or specific chemical composition of the micronetwork on the 70-nm particle had no significant effect on drainage performance. However, specific composition and structure did significantly impact sheet formation at this improved level of drainage and retention performance.

Optimum drainage and sheet formation can be achieved with organic microparticles by optimizing their specific structure *(44)*. When this is accomplished, improved sheet formation at high levels of drainage and retention can be achieved. This property has been shown to be particularly useful in alkaline papermaking systems with high sheet ash

(>25% sheet ash). In these systems, formation, drainage, and retention have actually been superior in some examples to inorganic microparticle retention systems. Figures 33 and 34 show a system with 30% sheet ash where an organic microparticle system significantly improved drainage and ash retention performance compared to the bentonite retention system *(43)*.

As with other work referenced in this section, no direct comparison was made to silica microparticle systems. No explanation has been given in the literature as to why organic micropolymers provide superior performance and sheet formation at high sheet ash levels. However, it is believed to be due in part to the organic micropolymer's unique flexible amorphous configuration and ability to shrink and expand in solution. The organic micropolymer-based alkaline retention system has been used commercially since the early 1990s. To date, it has found lim-

**Figure 34. Comparison of the PCC retention improvements given by organic microparticle/bentonite systems**



The majority of the work published to date on the role of starch in microparticle systems has been done in the silica-based microparticle system. As stated earlier, it has been theorized that colloidal silica somehow penetrates the inner structure of the starch molecule, totally compressing the starch's electrical double layer *(33)*. This results in a collapse of the starch's structure, optimum coagulation, good starch retention, and excellent fine particle retention. There is much debate on how this mechanism is exactly accomplished and which cationic starch property, component, or type of starch is preferred *(45)*.

All commercial cationic starches contain some percentage of amylose and amylopectin with the exception of waxy maize starch, a hybrid corn containing 100% high molecular weight amylopectin. Mabery theorized that cationic starch amylose, with its high surface area and colloidal size, would react to a greater degree with small anionic microparticles *(46)*. Mabery showed that in a typical alkaline wet-end system 6 x $10^{16}$ colloidal silica particles were present per liter of furnish at a 0.15% silica addition level *(46)*. (See Table IV). The only other additives at that high of a concentration were cationic starch amylose and aluminum compounds. Thus, Mabery theorized that cationic starch amylose had a high enough ionic concentration to interact most favorably with silica via coagulation *(46)*.

In 1990, Carlson *(34)* isolated cationic potato starch amylose and amylopectin fractions and measured their performance in drainage. Carlson observed that without colloidal silica, both fractions gave comparable performance *(34)*. **Figure 35** shows that the addition of 0.5% colloidal silica increased furnish freeness to 600 mL with amylopectin; however, an increase to only 370 mL was observed with the amylose fraction. Carlson concluded from this work that the high molecular weight starch amylopectin fraction is most responsible for strong silica interaction *(34)*. It also is reasonable to assume that

ited applications in North America, particularly in alkaline lightweight, uncoated grades. There has also been some recent success in alkaline lightweight groundwood specialty applications, and in Europe in grades with high sheet ash. This system has the potential to gain acceptance in North America if papermakers begin to increase sheet ash above 25% in alkaline printing and writing grades.

**The role of starch and aluminum compounds in microparticle systems**

Cationic starch plays a key role in providing fine particle retention in all microparticle systems and is a critical component of silica and aluminum hydroxide microparticle systems. Aluminum compounds, particularly PAC, have been shown to enhance performance in these systems by interacting synergistically with both cationic starch and the anionic microparticle component.

### Figure 35. Interactions of starch fractions with colloidal silica




the highly branched amylopectin structure is more prone to silica penetration and collapse.

Recent studies have identified four features of cationic starch that are most important for optimum interaction and subsequent fine particle retention with colloidal silica and bentonite *(47)*. These include starch molecular weight, starch hydrodynamic volume, starch cationic charge, and how the cooked starch particle swells in solution. It is theorized that by optimizing starch molecular weight, as well as the starch particle's structure in solution, the cationic starch particle will provide an excellent structure to adsorb cellulose and filler fine particles. The starch-fine "macro ion" molecule will then have sufficient hydrodynamic volume in solution to interact strongly with the anionic microparticle. At the proper ionic concentration of anionic microparticle, (near electrical neutrality) optimum fine particle retention, via coagulation, will occur. **Figure 36** illustrates this proposed mechanism.

By controlling and optimizing starch molecular weight and particle structure, new cationic starches have been developed

specifically for silica and bentonite microparticle systems *(48)*. These additives have an improved affinity for silica and bentonite, which has been quantified by analytical techniques *(47)*. Figure 37 shows the titration, in a laboratory experiment, of 0.05% solutions of 0.30%–0.32% nitrogen starch with a 0.1% solution of colloidal silica. The new starch technology was compared to cationic waxy maize and potato starch. Solution charge and solution turbidity were measured. When the starch solution began to interact with the silica, a strong precipitate formed, lowering solution turbidity. As Fig. 37 illustrates, the new starch technology produced a starch silica floc after 3 mL of silica versus 5–6 mL for waxy maize and 8 mL for potato starch. However, all three starches had the same charge neutralization point, indicating that starch structure, not charge, is responsible for optimum interaction with silica.

The cationic starch addition level and anionic microparticle addition level should result in a system charge near electrical neutrality for optimum coagulation to occur. However, in reality, this charge ratio is difficult to accomplish and nearly impossible to maintain consistently. In

94   Retention of Fines and Fillers During Papermaking

**Figure 36. Proposed mechanism for interaction of the starch-fine particle "macro-ion" and colloidal silica**



Starch-fine particle macro-ions                                           Coagulation

**Figure 37. Cationic starch/silica interactions**



practice, microparticle retention systems operate with much more flexibility with respect to charge, than the theoretical models predict. It is believed that in actual paper machine wet-end systems, dissolved ionic salts and other colloidal material reduce the starch-fine macro-ion electrical double layer and electrical repulsion between suspended macro-ions in solution. This results in a greater window of operation, with respect to charge, for optimum coagulation to occur. While monovalent ions present in the system, such as sodium chloride, provide additional flexibility, multivalent ions added to the furnish will be much more effective. Polyaluminum hydroxy chloride (PAC), with a valence of +7 would be the best

multivalent ion. It is for this reason that PAC is believed to work so well in silica and bentonite retention systems for enhancement of fine particle retention. **Figure 38** illustrates the impact of PAC and sodium chloride on fine particle retention.

Although most of the work completed on starch to date has been done in silica systems, most of the theories on starch properties are true for the bentonite-based systems as well. It is true that the bentonite microparticle retention system does not require cationic starch or an aluminum compound to work. If strength requirements are low, no starch or a low dose of cationic cornstarch will provide sufficient strength. The combination of

**Figure 38. Impact of PAC and NaCl on fine particle retention**



Effect of ionic salts



Effect of PAC

cationic polyacrylamide and bentonite can be used alone for fine particle retention.

There are, however, conditions where a high performance starch should be considered in the bentonite system. They include systems with high strength/retention requirements, lower shear systems where it may be difficult to shear down a high molecular weight polymer, and systems that cannot tolerate a high level of cationic polymer. A high molecular weight starch such as cationic waxy maize, potato starch, or the new starch technology could be used to meet these requirements. In these situations, the cationic starch can work in synergy with the cationic polymer and often both additive levels can be optimized.

**Figure 39** illustrates a system using cationic cornstarch for strength where a 10% improvement in filler retention was documented when the cornstarch was replaced with new starch technology (47). In addition, starch usage was reduced by 15% and cationic polyacrylamide usage was cut nearly in half. Traditionally, starch is added first in the bentonite system, usu-

ally well back in the thick stock. However, when using starch in this system for retention, it should be added after the cationic polyacrylamide, since it is more shear-sensitive and will require less time to shear down.

Honig showed that the performance of the organic polymeric microparticle system is dependent upon the specific properties of cationic starch (43). These include starch cationicity, starch type, and starch molecular weight. However, Honig showed the impact of particular starch type is less for the organic micropolymer system than it is for the silica system. Honig compared the drainage and retention improvement of cationic cornstarch, amphoteric waxy maize starch, and cationic potato starch in both silica and organic microparticle retention systems. In the organic micropolymer system, amphoteric waxy maize starch and cationic potato starch provided the best retention performance improvement (30%–35%). Cationic cornstarch exhibited a 20% improvement. By contrast, in the silica system, cationic cornstarch provided no

**Figure 39. Comparisons of cationic cornstarch with new starch technology in a bentonite system**



improvement in retention and cationic potato starch (33% improvement) was clearly better than amphoteric waxy maize starch (22% improvement).

Honig also documents the benefits of aluminum compounds with the polymeric microparticle system. In this system, the addition of small doses of aluminum compounds (0.1%–0.5%) did provide improved fine particle retention in the laboratory and increased retention and machine speed in commercial applications *(43)*.

## Application of microparticle retention systems

Figure 40 graphically illustrates the possible addition points for chemical additives used in the five microparticle systems discussed in this chapter. These graphs should be used only for comparison and as a general guide. Optimum microparticle additive addition points will be dependent upon the individual machine dynamics and particular microparticle system being used.

The microparticle additive is almost always added last in the system. Colloidal silica, bentonite, and other microparticle additives usually are added directly after

the screens. An exception to this may be colloidal aluminum hydroxide, which is formed in situ after its addition to the pulp furnish. Because of this, it may need more dwell time for the aluminum hydroxide microparticle to develop. A pre- or post-cleaner addition point may be more appropriate.

The placement of polyelectrolyte polymer retention aids is highly dependent upon the system used. In the organic micropolymer and bentonite systems, polymer placement is critical. The high molecular weight polymers must be added far enough back in the system to allow them to be sheared down. The stuffbox or primary fan pump inlet are often chosen as addition points for these polymers. Polymer addition point is far less critical in the silica-hybrid system. Here the low molecular weight polyamine/polyamide cationic polymer usually is added first. The high molecular weight anionic polyacrylamide is added late in the thin stock, usually just prior to the silica addition point.

There is no general area where cationic starch is added. The starch addition point is dependent upon the specific starch requirements and the particular micropar-

**Figure 40. Common addition points for chemical additives used in microparticle systems**



ticle addition system being used. For example, if a cationic cornstarch is being used exclusively for strength, a thick stock addition prior to the other additives is acceptable. If a high molecular weight starch is being used for drainage and retention as well as strength, then the starch addition point is more critical. This is often the case in the silica and aluminum hydroxide-based systems. Sometimes it is necessary to have two addition points of starch. An example of this might be in an alkaline-sized microparticle system. A portion of the starch may be pre-mixed with the AKD and added in the thick stock. The remainder would then be added in the thin stock to provide drainage and retention.

Aluminum compounds, such as PAC and alum usually are added in the thin stock. The cationic charge of alum is temporary at an alkaline pH. Therefore, when used as a drainage and retention aid, the addition point must be close to the headbox for maximum benefits. PAC, being both more cationic and less temporary in nature, will retain its cationic charge longer. As a result, it can be added further back in the thin stock and still provide maximum benefits. PAC or alum also can be added in the thick stock to help neutralize soluble and colloidal anionic material.

## RETENTION IN ALKALINE HIGH CONDUCTIVITY SYSTEMS

A modern chapter on retention in alkaline papermaking would not be complete without a brief discussion on fine particle retention in high conductivity systems. Increased conductivity in alkaline wet ends is primarily the result of two factors: increased levels of recycled pulp and higher levels of white water closure. Both of

Figure 22. Basic reactions of a microparticle system



good drainage and formation, but poor retention; macroflocculation creates large flocs which, when used to produce high retention, can cause drainage and formation difficulties.

To circumvent the difficulties of either coagulation or macroflocculation, another retention system was developed which allows high first-pass retention without harming, even improving formation, as well as increased drainage for production increases and energy savings. Also, with the advent of high-speed paper machines and more closed white water circuits, it has become important to use a powerful retention system that does not have the traditional drawbacks of macroflocculation. This technology is known as microflocculation or microparticle retention.

Microflocculation (microparticle retention) is generated using two components:

- a cationic product which has coagulation or flocculation abilities and gives cationic sites to the stock

- a very small microparticle which is negatively charged and can attach itself to the stock cationic sites.

The two most widely used retention/drainage systems answering to the previous description are

- cationic starch and/or cationic PAM with colloidal silica

- cationic coagulant and/or cationic PAM with hydrated bentonite.

## CATIONIC STARCH/CATIONIC PAM AND COLLOIDAL SILICA

These two microparticle systems are different and will be examined individually.