# EXHIBIT A

BIOGRAPHICAL SKETCH

| | |
|---|---|
| Name: | **Robert K. Prud'homme** |
| Address: | Department of Chemical Engineering |
| | Olden St., Princeton University, Princeton, NJ 08544, USA |
| Telephone: | (609) 258-4577, Fax: (609) 258-0211 |
| E-mail: | prudhomm@princeton.edu |

### Areas of Research Interest:

Self-assembly and biomacromolecules. In the area of self-assembly, weak forces are used to control both the equilibrium phase behavior as well as the kinetics of assembly. Hydrophobically modified polymers interact with surfactant mesophases, lipid bilayer surfaces, colloids, or other amphiphilic polymers in aqueous solution. Competitive kinetics of nanoparticle formation and block copolymer assembly can be tuned to create stable nanoparticles for drug therapy. Self assembly in non-aqueous solutions can be driven by crystallization. The kinetics of self-assembly of block copolymers and wax crystals can be used to stabilize diesel fuels and crude oil against gelation. In these areas we use combinations of optical, rheological and scattering techniques to relate structure to properties. In the second area of biopolymers we work to understand how nature uses weak hydrogen bonding forces to tailor interactions between biomacromolecules. These forces determine polymer solubility and rheology. New techniques such as fluorescence probe photobleaching and osmotic stress diffraction allow us to probe molecular level interactions.

### Education:

| | |
|---|---|
| 1969 | BSE Chemical Engineering, Stanford University |
| 1973 | Graduate Studies Program in Environmental Science and Public Policy, Harvard University |
| 1978 | PhD Chemical Engineering, University of Wisconsin- Madison |

### Professional Experience:

| | |
|---|---|
| 1979 | Research Engineer, E.I. DuPont and Co., Engineering Technology Laboratory, Wilmington, DE (June-Aug) |
| 1984-1985 | Research Engineer, AT&T Bell Laboratories, Plastics Research and Development Department, Murray Hill, NJ (sabbatical leave) |
| 2001-2002 | Chemistry Department, University of Sydney (sabbatical leave) |
| 1978-present | Chemical Engineering, Princeton University (Professor: 1991) |

### Honors and Awards:

National Science Foundation Presidential Young Investigator Award (1984)
Board of Directors, AIChE Materials Science and Engineering Division (1982-1992)
Executive Committee, U.S. Society of Rheology (1989-1991)
Editorial Board, Butterworths Publishers Series in Chemical Engineering (1983-93)
Editorial Board, "Polymer Gels and Networks", Elsevier Science Publishers (1992-1995)
Director, Program in Engineering Biology, Princeton University (1990-2004)
Board of Directors, Proterion Inc., Piscataway, NJ (1982-2004)
Steering Committee, National Bureau of Standards Chemical
    Engineering Center Mixing Study, Boulder, CO (1984)
Advisory Committee, Water Soluble Polymer Research
    American Cyanamid Central Research, Stamford, CT (1985)
Task Force on Exxon Research and Engineering University
    Cooperative Research, Florham Park, NJ (1979-1981)
Operations Advisory Group, New Jersey Center for Biomaterials & Devices (1997)
Associate Editor, *Soft Materials* European journal of soft condensed matter physics.
Technical Advisory Board for Materials Science, Dow Chemical Company (2000-present). This is the technical advisory board for directions in material science research in Dow. It consists of 6 outside academic members and 12 Dow scientific fellows. Chair 2002

Organizing Committee, International Congress on Rheology, Seoul Korea , 7-12 August 2000.
Organizer, Engineering Foundation Conference on Associating Polymer Systems, Europe 2005.
Organizing Committee, Surfactants in Solution 2008, NY, International meeting on surfactant chemistry and
    physics.
Organizer, 7th Tiger-Hen Symposium on Complex Fluids, 1 May, 2004, Princeton University.
Member, DOE Study Group, "Energy and Neutrons for the Future", 4 June 2004. External advisory panel and
    plenary speaker for DOE working group on neutron scattering research sponsored by DOE.

5 Closely Related Publications:

- "Model Associative Polymer Networks Generated by Inclusion Interaction between Polymers with
  Cyclodextrin and Hydrophobic Grafts", X. Guo, A. A. Abdala, R. K. Prud'hommer, S. F. Lincoln, and S.
  A. Khan, *Polymer Preprint*, 45, (2), 602-603, (2004).
- "Neutron Spin-Echo Study of Dynamics of Hydrophobically Modified Polymer-Doped Surfactant
  Bilayers" B.-S. Yang, J. Lal, M. Mihailescu, M. Monkenbusch, D. Richter, J. S. Huang, J. Kohn, W. B.
  Russel and R. K. Prud'homme, *Langmuir*, 18, (1), 6-13 (2002).
- "Diffusion of Mesoscopic Probes in Aqueous Polymer Solutions Measured by Fluorescence Recovery
  after Photobleaching" Y. Cheng, R. K. Prud'homme, and J. L. Thomas, *Macromolecules*, 35, (21), 8111-
  8121 (2002).
- "Enzymatic Degradation of Guar and Substituted Guar Galactomannans", Y. Cheng and R. K.
  Prud'homme, *Biomacromolecules*, 1, (4), 782-788, (2000).
- "Measurement of Forces between Galactomannan Polymer Chains: Effect of Hydrogen Bonding", Y.
  Cheng, R. K. Prud'homme, J. Chik and D. C. Rao, *Macromolecules*, 35, (27), 10155-10161 (2002).

5 Other Significant Publications:

- "Chemical Processing and Micromixing in Confined Impinging Jets" B. K. Johnson and R. K.
  Prud'homme, *AIChE Journal*, 49, (9), 2264-2282 (2003).
- "Mechanism for Rapid Self-Assembly of Block Copolymer Nanoparticles", B. K. Johnson and R. K.
  Prud'homme, *Physical Review Letters*, 91, (11), 118302 (2003).
- "Effects of Organic Solvents on the Scission Energy of Rodlike Micelles", W. Siriwatwechakul, T.
  LaFleur, R. K. Prud'homme and P. Sullivan, *Langmuir*, 20, (21), 8970-8974, Oct 12, (2004).
- "Dynamic Deformation Visualization in Swelling of Polymer Gels", E. C. Achilleos, R. K. Prud'homme,
  K. N. Christodoulou, K. R. Gee and I. G. Kevrekidis, *Chemical Engineering Science*, 55, (17), 3335-
  3340, (2000).
- "Investigating the Microenvironments of Inhomogeneous Soft Materials with Multiple Particle Tracking",
  M. T. Valentine, P. D. Kaplan, D. Thota, J. C. Crocker, T. Gisler, R. K. Prud'homme, M. Beck and D.
  Weitz, *Physical Review E*, 64, (6), art. No. 061506, Part 1 Dec. (2001).

Ph.D. Students: Johnson, Brian K., (2003), Lee, Jim Huey, (2002), Yang, Bing-Shiou, (2002) with William B.
    Russel, Cheng, Yu, (2001), Ramakrishnan, Srividya, (2001), Smith-Romagnoli, Vera, (2001), Achilleos,
    Evdokia C., (1999), Garg, Rajeev, (1999), Mandigo, Glenn Christopher, (1998), Panmai, Santipharp,
    (1998), Anklam, Mark Richard, (1997), Goff, R. Blake, (1996), Grosse-Sommer, Anahi, (1996), Mahale,
    Anant D., (1994), Kesavan, Subramanian, (1994).

Post Doctoral Research Associates Supervised: Herrera-Alonso, Margareta, Guo, X., Yildiz, E. M., Abdala, A.
    (2004), Ashbaugh, H. A. (2001), Wu, G. W. (1988), Beck, M. (1997), and In, M. (1996), Brick, J. (1985), and
    Mast P. (1987).

Graduate and Postgraduate Advisors:
Professor R. Byron Bird (U Wisconsin-Madison)

Recent Collaborators:
Khan, S. (ChE, NCSU), Warr, G. (Chem., Univ. Sydney), Aksay, I. A. (Princeton), Debenedetti, P. G.
(Princeton), Carbeck, J. (Princeton), Saville, D. A. (Princeton), Russel, W. B. (Princeton), Sullivan, P.
(Schlumberger), Lal, J. (Argonne Nat'l Labs), MacDonald, C. (Dow), Marques, C. (Strasbourg), Fetters, L.

(Cornell), Ahl, P. (Liposome), Kohn, J. (Rutgers), Adamson, D. A. (Princeton), Pethica, B. (Princeton), Huang, J. S. (Princeton), Richter, D. (Julich).

1. "Automobile Emissions Abatement and Fuels Policy", R. K. Prud'homme, *American Scientist*, **62**, (2), 191-199, (1974).

2. "The Dilatational Properties of Suspensions of Gas Bubbles in Incompressible Newtonian and Non-Newtonian Fluids", R. K. Prud'homme and R. B. Bird, *Journal of Non-Newtonian Fluid Mechanics*, **3**, (3), 261-279, (1978).

3. "Senior Thesis Research at Princeton", R. K. Prud'homme, *Chemical Engineering Education*, 130-132, Summer 1981.

4. "Thixotropy of Polydimethylsiloxane Polymer/Fumed Silica Filler Semiconductor Encapsulation Compounds", Robert K. Prud'homme and Edward M. Chan, Proceedings IUPAC Macro 82, Amherst, MA, July (1982).

5. "Rheological Effects of Interactions between Polymers and Association-Forming Solutes", Robert K. Prud'homme, Proceedings IUPAC Macro 82, Amherst, MA, July (1982).

6. "Characterization of Concentrated Polymer Solutions at High Temperature and Pressure", Robert K. Prud'homme and William D. Richards, Proceedings IUPAC Macro 82, Amherst, MA, July (1982).

7. "Molecular-Size Determination of Xanthan Polysaccharide", Robert K. Prud'homme, Gail Froiman, and David A. Hoagland, *Carbohydrate Research*, **106**, (2), 225-233, (1982).

8. "Rheology of Solutions of Interacting Micelles and Polymer Chains", J. T. Uhl and R. K. Prud'homme, *Chemical Engineering Communications*, **16**, (1-6), 45-52, (1982).

9. "Surface Tensions of Concentrated Xanthan and Polyacrylamide Solutions with Added Surfactants", R. K. Prud'homme and R. E. Long, *Journal of Colloid and Interface Science*, **93**, (1), 274-276, (1983).

10. "Orientation of Rigid Macromolecules during Hydrodynamic Chromatography Separations", R. K. Prud'homme and D. A. Hoagland, *Separation Science and Technology*, **18**, (2), 121-134, (1983).

11. "On the Anomalous Normal Stresses of Polyacrylamide Solutions Reported by Boger and Cable", J. T. Uhl and R. K. Prud'homme, *Rheologica Acta*, **22**, (2), 243-244, (1983).

12. "Rheological Monitoring of the Formation of Polyacrylamide/Cr$^{+3}$ Gels", R. K. Prud'homme, J. T. Uhl, J. P. Poinsatte, and F. Halverson, *Society of Petroleum Engineers Journal*, **23**, (5), 804-808, (1983).

13. "Rheology Enhancement by Molecular Association Complexes", R. K. Prud'homme and J. T. Uhl, *Soc. Petroleum Engrs. J.*, **24**, (4), 431-434, (1984).

14. "Rheology Enhancement by Molecular Association Complexes", R. K. Prud'homme and Jonathan T. Uhl, SPE of AIME (1984).

15. "Rheological Characterization of Fracturing Fluids", R.K. Prud'homme, A. Chu, and J. Kramer, Proceedings Am. Petrol. Inst. 1984 Annual Mtng., April 2, 1984, G1-G36 (1984).

16. "Rheology and Gelation Kinetics of Guar Gels", R. K. Prud'homme, Alice Chu and Jeffrey Kramer, presented at the 1984 National AIChE Meeting, Anaheim, CA, May 20-23 (1984).

17. "Kinetics of Polymer/Metal-Ion Gelation", R. K. Prud'homme and J. T. Uhl, Proceedings of SPE/DOE 4th Symp. on Enhanced Oil Recovery, Tulsa, OK April 15, 1984, SPE/DOE #12640, 121-128 (1984).

18. "Deformation of Macromolecules During Analysis by Hydrodynamic Chromatography", D. Hoagland and R. K. Prud'homme, Proceedings 1984 National AIChE Meeting, Anaheim CA, May 20, 1984, (1984).

19. "Gelation Kinetics and Rheology of Metal-Ion Crosslinked Polymer Solutions", R. K. Prud'homme, J. T. Uhl, and A. Chu, ACS Polym. Materials Sci. and Engr. Proceed., ACS Annual Mtng., Philadelphia, PA, Aug. 1984, (1984).

20. "Rheology of Self-Associating Concentrated Xanthan Solutions", T. Lim, J. T. Uhl, and R. K. Prud'homme, *Journal of Rheology*, 28, (4), 367-379, (1984).

21. "Effect of Elasticity on Mixing Torque Requirements for Rushton Turbine Impellers", R. K. Prud'homme and E. Shaqfeh, *American Institute of Chemical Engineers Journal*, 30, (3), 485-486, (1984).

22. "Hydrodynamic Chromatography of High Molecular Weight Water Soluble Polymers", D.A. Hoagland, K.A. Larson, R.K. Prud'homme, in Modern Methods of Particle Size Analysis, H. G. Barth, ed., John Wiley and Sons, NY (1984).

23. "Orientation and Deformation of Macromolecules During Flow Through Porous-Media", D. A. Hoagland and R. K. Prud'homme, *Journal of Rheology*, 28, (4), 495-496, (1984).

24. "The Effect of Fluid Elasticity on Power Consumption and Mixing Times in Stirred Tanks", D. J. Collias and R. K. Prud'homme, *Chem. Engr. Sci.*, 40, 1495- 1505, (1985).

25. "Homogeneous Nucleation Temperatures for Concentrated Polystyrene/Benzene Solutions", R. K. Prud'homme, W. J. Gregory and R. P. Andres, *J. Polym. Sci.: Polym. Symp.*, 72, 263-275, (1985).

26. "Taylor-Aris Dispersion Arising from Flow in a Sinusoidal Tube", D.A. Hoagland and R.K. Prud'homme, *AIChE Journal*, 31, (2), 236-244, (1985).

27. "Automated System for the Characterization of Liquid Foam", G. J. Besio, G. Oyler, and R. K. Prud'homme, *Reviews of Science Instrumentation*, 56, (5), 746-751, (1985).

28. "The Determination of Non-Ionic and Partially Hydrolyzed Polyacrylamide Molecular-Weight Distributions Using Hydrodynamic Chromatography" M. A. Langhorst, F. W. Stanley, S. S. Cutie, J. H. Sugarman, L. R. Wilson, D. A. Hoagland, and R. K. Prud'homme, *Abstr. Pap. Amer. Chem. Soc.*, 190, 94, (1985).

29. "Rheology and Molecular Structure of HPG Gels", J. Kramer, A. Chu, and R.K. Prud'homme, Proceedings of 61st Annual Tech. Conf. Soc. Petrol. Engrs., New Orleans, LA, Oct. 5, 1986, SPE 15632, 1-6 (1986).

30. "Freeze-Etch TEM of Aqueous Polymer Gel Network Morphology", J.A.N. Zasadzinski, Proceedings of 44th Annual Meeting Electron Microscopy Soc. Am., 796-797 (1986).

31. "Microcapillary Flow Analysis of Polymer Microgels, Particles, and Molecules", J.H. Sugarman, R.K. Prud'homme, M.A. Langhorst, F.W. Stanley, Jr., Polym. Mat. Sci. and Engr. Preprints, ACS, Los Angeles, CA, (1986).

32. "Laminar Compressible Flow in a Tube", R.K. Prud'homme, T.W. Chapman, J.R. Bowen, *Appl. Sci. Resch.*, 43, 67-74, (1986).

33. "Polymer-Chain Segment Orientation During Stress-Relaxation", B. D. Lawrey, R. K. Prud'homme, and J. T. Koberstein, *J. Polym. Sci. Part B-Polymer Phys.*, 24, (1), 203-208, (1986).

34. "Flotation", R. K. Prud'homme, in  Stagewise and Mass Transfer Operations, AIChE Modular Instruction Series B6.10, 70-86, (1986).

35. "The Interpretation of Screen-Factor Measurements", T. Lim, J. T. Uhl, and R. K. Prud'homme, *Soc. Petrol. Engrs. Reservoir Engineering.*, 272-276, (1986).

36. "The Viscosity of Concentrated Polymer Solutions Containing Low Molecular Weight Solvents", William D. Richards and Robert K. Prud'homme, *J. Appl. Polym. Sci.*, 31, (3), 763-776 (1986).

37. "Mixing in the Process Industries",(invited book review) R.K. Prud'homme, *Chemical Engr. Sci.*, 41, 2509 (1986).

38. "Transmission Electron Microscopy of Gel Network Morphology: Relating Network Microstructure to Mechanical Properties", Joseph A. N. Zasadzinski, Alice Chu, and Robert K. Prud'homme, *Macromolecules*, 19, (12), 2960-2964 (1986).

39. "Determination of Nonionic and Partially Hydrolyzed Polyacrylamide Molecular Weight Distributions Using Hydrodynamic Chromatography", Martin A. Langhorst, Frederick W. Stanley, Jr., Sergio S. Cutie, Jeffrey H. Sugarman, Larry R. Wilson, David A. Hoagland, and Robert K. Prud'homme, *Analytical Chem.*, 58, (11), 2242-2247 (1986).

40. "Detection of Microgels in Polyacrylamide Solutions Using Microcapillary Flow Analysis", Jeffrey H. Sugarman, Robert K. Prud'homme, Martin A. Langhorst and Frederick W. Stanley, Jr., *J. of Appl. Poly. Sci.*, 33, (3), 693-702 (1987).

41. "Rheological Characterization of Fracturing Fluids", R.K. Prud'homme, Am. Petroleum Instit., Prod. Research Advisory Comm., Dallas, TX, PRAC 46-86 (1987).

42. "Detection of Microgels in EOR Polymers Using Microcapillary Flow", J.H. Sugarman, R.K. Prud'homme, in Water Soluble Polymers for Petroleum Recovery, G.A. Stahl and D.N. Schulz, eds., Plenum Press, NY, 343-52 (1988).

43. "Interpretation of Dynamic Oscillartory Measurements for Characterization of Well Completion Fluids", SPE International Symposium on Oilfield Chemistry held in San Antonio, TX, February 4-6 (1987).

44. "In-Plane Radial Fluid Flow Characterization of Fibrous Media", D.E. Hirt, K.L. Adams, R.K. Prud'homme, L. Rebenfeld, *J. Thermal Insulation*, 10, 153-172 (1987).

45.  "Rheology of Hydroxypropyl-Guar Gels", J. Kramer, R.K. Prud'homme, V. Constien, S. Knoll, ACS Polym. Materials Sci. and Engr. Proceed., 57, ACS Annual Meeting, New Orleans, LA, Sept. (1987).

46.  "The Phase Behavior of Dispersions Containing Associative Thickener", M. Santore, W. Russel, R.K. Prud'homme, ACS Materials Sci. and Engr. Proceed., 57, ACS Annual Mtng., New Orleans, LA, Sept. (1987).

47.  "Foam Flow in Fiber Networks", D. Hirt, L. Rebenfeld, R.K. Prud'homme, Notes on Research, Textile Research Instit., Princeton, NJ, 400 (1987).

48.  "Characteristics of Metal-Polymer Interactions in Fracturing Fluid Systems", J. Kramer, R.K. Prud'homme, L.R. Norman, J.M. Sandy, Soc. Petroleum Engrs. paper: Soc. Petrol. Engrs. 16914, (1987).

49.  "Characterization of Foam Cell Size and Foam Quality Using Factorial Design Analyses", D.E.Hirt, R.K. Prud'homme, L. Rebenfeld, J. Dispersion Sci. and Techn., 8, 55-73 (1987).

50.  "Analysis of Radius Variations in Microcapillaries Using the Velocity of a Viscous Polymer Plug and Fluorescence Photobleaching Velocity Detection", J. H. Sugarman, and R.K. Prud'homme, J. Chromatogr., 389, (1), 236-239 (1987).

51.  "Effect of Photobleaching on the Output of an On-Column Laser Fluorescence Detector", Jeffrey H. Sugarman, and Robert K. Prud'homme, I&EC Research, 26, (7), 1449-1454 (1987).

52.  "Electric Birefringence Measurements of Native, Denatured, and Renatured Xanthan", Gregory J. Besio, Ian M. Leavesley, Robert K. Prud'homme, and Raymond Farinato, J. Appl. Polym. Sci., 33, (3), 825-834 (1987).

53.  "Molecular Network Model for the Rheology of Gelling Polymer-Solutions", A.S. Chu, and R.K. Prud'homme, J. Non-Newtonian Fluid Mech., 22, (2), 207-218 (1987).

54.  "A Rheometer for Concentrated Polymer-Solutions Containing Volatile Solvents", W.D. Richards, and R.K. Prud'homme, Polym. Engr. and Sci., 27, (4), 295- 302 (1987).

55.  "Measurement of the Viscosity of Guar Gum Solutions to 50,000 s$^{-1}$ Using a Parallel Plate Rheometer", J. Kramer, J.T. Uhl, R.K. Prud'homme, Polym. Engr. and Sci., 27, (8), 598-602 (1987).

56.  "Comparison of the Rheology of Polymer Melts in Shear, and Biaxial and Uniaxial Extensions", S.A. Khan, R.K. Prud'homme, R.G. Larson, Rheologica Acta, 26, (2), 144-151 (1987).

57.  "Formation of Colloidal $TiO_2$ from Organotitanate Solutions Used to Produce Cross-Linked Polymer Gels", J. Kramer, R.K. Prud'homme, P. Wiltzius, J. Colloid Interf. Sci., 118, (1), 294-296 (1987).

58.  "Response of an Elastic Bingham Fluid to Oscillatory Shear", A.S. Yoshimura, and R.K. Prud'homme, Rheologica Acta, 26, (2), 428-436 (1987).

59.  "A Comparison of Techniques for Measuring Yield Stresses", A.S. Yoshimura, R.K. Prud'homme, H.M.Princen, A.D. Kiss, J. Rheology, 31, (8), 699-710 (1987).

60. "Molecular Shape in Homogeneous Flows: Predictions of the Rouse Model", D. A. Hoagland, and R. K. Prud'homme, *J. Non-Newtonian Fluid Mech.*, 27, (2), 223-243 (1988).

61. "Reproducible Rheological Measurements on Crosslinked Fracturing Fluids", R.K. Prud'homme and S. Ellis, Princton University and V.G. Constien, * Dowell Schlumberger, and S. Knoll, Aqualon, Inc., SPE 63rd Annual Technical Conference and Exhibition held in Houston, TX, October 2-5 (1988).

62. "Laboratory Preparation and Rheological Characterization of Crosslinked Fracturing Fluids", R.K. Prud'homme, Soc. Petrol. Engrs. SPE paper #20637 (1988).

63. "Analysis of Water-Soluble Polymers Using Hydrodynamic Chromatography", D. A. Hoagland, and R. K. Prud'homme, *J. Appl. Polym. Sci.*, 36, (4), 935-955 (1988).

64. "Melt Rheology of Filled Thermoplastics", S.A. Khan and R.K. Prud'homme, *Rev. in Chem. Engr.*, 4, 205-70 (1988).

65. "Ellipsometric Observation of the Adsorption of Sodium Dodecyl Sulfonate", Gregory J. Besio, Robert K. Prud'homme, and Jay B. Benziger, *Langmuir*, 4, (1), 140-44 (1988).

66. "Effect of Elongational Flow on Polymer Adsorption", G. J. Besio, R. K. Prud'homme, and J. B. Benziger, *Macromolecules*, 21, (4) 1070-1074 (1988).

67. "Wall Slip Corrections for Couette and Parallel Disk Viscometers", A.S. Yoshimura, R.K. Prud'homme, *J. Rheology*, 32, (6) 53-67 (1988).

68. "Wall Slip Effects on Dynamic Oscillatory Measurements", A.S. Yoshimura, R.K. Prud'homme, *J. Rheology*, 32, 575-84 (1988).

69. "Viscosity Measurements in the Presence of Wall Slip Using Capillary, Couette, and Parallel Disk Geometries", A.S. Yoshimura, R.K. Prud'homme, *Soc. Petroleum Engrs. Reservoir Engr.*,3, 735-42, May (1988).

70. "A New Technique to Study Foam Flow Through Porous Media: Radial Flow Through Fibrous Mats", D.E. Hirt, R.K. Prud'homme, L. Rebenfeld, *AIChE J.*, 34, 326-328 (1988).

71. "Comparison of Galactomannan Crosslinking with Organotitanates and Borates", J. Kramer, R.K. Prud'homme, P. Wiltzius, P. Mirau, S. Knoll, *Colloid & Polymer Sci.*, 266, (2), 145-155 (1988).

72. "Orientation and Relaxation of Nonlinear Elastic Dumbbells in Electric Fields: Modeling Transient Electric Birefringence", Sunil Nath, John S. Bowers, and Robert K. Prud'homme, *J. Chem. Phy*, 89, (9), 5943-5949 (1988).

73. "Rheology of Concentrated Microgel Solutions", R. J. Ketz, R. K. Prud'homme, W. W. Graessley, *Rheologica Acta*, 27, (5), 531-539 (1988).

74. "Rheological Monitoring of Gelation Kinetics of Silica Sols", S.A. Khan, Bell Communications Research, E.M. Rabinovich, AT&T Bells Labs, R.K. Prud'homme, PU, M.J. Sammon and N.J. Kopylov AT&T Bell Labs, *Mat Res. Symp Proc.*, Volume 121 (1988).

75. "Production of Monodisperse 5 to 40 Micron Polystyrene Spheres", Robert K. Prud'homme and J. Chiang, *J. Colloid Interf. Sci.*, 122, (1), 283-287 (1988).

76. "Diffusion of Polymers Through Polyacrylamide Gels", Robert K. Prud'homme, L. Haggerty and J. H. Sugarman, *Polymer*, 29, (6), 1058-1063 (1988).

77. "Rheology of Gelation of Fluorine Doped Ceramic Sols", in Better Ceramics Through Chemistry III, Robert K. Prud'homme, S.A. Khan, E.M. Rabinovich, M.J. Sammon, and N.J. Kopylov ( C.J. Brinker, D.E. Clark, D.R. Ulrich , eds., Mater. Res. Soc. Proc., Reno, NV 1988).

78. "Rheology of the Gelation of Fluorine-Doped Silica Sols", S.A. Khan, R. K. Prud'homme, E.M. Rabinovich & M.J. Sammon, *J. Non-Crystalline Solids*, 110, (2-3), 153-162 (1989).

79. "Effects of Shear History on the Rheology of Hydroxypropyl Guar Gels", R. K. Prud'homme, V. Constien, and S. Knoll, in Polymers in Aqueous Media: Performance Through Association, J.E. Glass, ed., A.C.S. Advances in Chemistry Series No. 223, A.C.S., N.Y., pp. 89-112 (1989).

80. "Rheology of Fracturing Fluids", J. Cameron, R.K. Prud'homme, in Recent Advances in Hydraulic Fracturing, Soc. Petrol. Engrs. Monograph Series, vol 12, J. Gidley, ed., Soc. Petrol. Engrs., Richardson, TX, pp. 177-209 (1989).

81. "Solids Formation After the Expansion of Supercritical Mixtures", R.S. Mohamed, D.S. Halverson, P. G. Debenedetti, and R.K. Prud'homme, in Supercritical Fluid Science and Technology, A.C.S. Symp. Ser. No. 406, K.P. Johnston and J.M.L. Penninger, eds., A.C.S., N.Y., pp. 356-378 (1989).

82. "Hydrodynamic Chromatography as a Probe of Polymer Dynamics during Flow through Porous Media", David A. Hoagland, and Robert K. Prud'homme, *Macromolecules*, 22, (2), 775-781 (1989).

83. "Effects of Process Conditions on Naphthalene Crystals Obtained from Supercritical Mixtures", R. S. Mohamed, P. G. Debenedetti, and R.K. Prud'homme, *AIChE Journal*, 35, (2), 325-328 (1989).

84. "Measurement of the Modulus and Yield Strength of Soft Gels: Experiments and Numerical Simulation", K. Goodrich, A.S. Yoshimura, and R.K. Prud'homme, *J. Rheology* 33, 317 (1989).

85. "A Two-Component Model for Phase Behavior of Dispersions Containing Associating Polymer", Maria M. Santore, William B. Russel, and Robert K. Prud'homme, *Macromolecules*, 22, (3), 1317-1325 (1989).

86. "Foam Bubble Size Measured Using Image Analysis Before and After Passage Through a Porous Medium", S.P. Gido, D.E. Hirt, S.M. Montgomery, R.K. Prud'homme & L. Rebenfeld, *J. of Dispersion Science and Technology*, 10, (6), 785-793 (1989).

87. "Flow Behavior of a Surfactant-Oil-Water System", Yasufumi Otsubo and Robert K. Prud'homme", *Colloids and Surfaces*, 40, (1-2), 125-136 (1989).

88. "Experimental Study of Foam Flow in Fibrous Materials", Douglas E. Hirt, Robert K. Prud'homme and Ludwig Rebenfeld, *Tappi Journal*, 73, (2), 147-151 (1990).

89. "Rheological Characterization", R.K. Prud'homme, in Electronics Materials Handbook, vol. 1, Packaging, A.S.M. International, Materials Pk. OH , pp. 838-853 (1990).

90. "A One-Component Model for the Phase Behavior of Dispersions Containing Associate Polymers", Maria M. Santore, William B. Russel, and Robert K. Prud'homme, *Macromolecules*, **23**, (16), 3821-3832 (1990).

91. "Experimental and Theoretical Study of Phase Transitions Induced in Colloidal Dispersions by Associate Polymers", M.M. Santore, W.B. Russel, and R.K. Prud'homme, *Faraday Discuss. Chem. Soc.* , **90**, 323-333 (1990).

92. "Dynamic Surface Tension of Hydrocarbon and Fluorocarbon Surfactant Solutions Using the Maximum Bubble Pressure Method", Robert K. Prud'homme,  D. Hirt, B. Miller, and L. Rebenfeld, *Colloids and Surfaces*, **44**, 101-117 (1990).

93. "Rheology of a Xanthan Broth at Low Stresses and Strains", Maria M. Santoro and Robert K. Prud'homme, *Carbohydrate Polymers*, **12**, (3), 329-335 (1990).

94. "Effect of Dynamic Surface Tension on Foam Flow Through Fibrous Materials", D.E. Hirt and Robert K. Prud'homme, *Textile. Res. J.* **61**, 47-57 (1990).

95. "Solution Rheology", R.K. Prud'homme, in *Polymers as Rheology Modifiers*, J.E. Glass, ed., A.C.S. Symp  Ser.No. 462, Robert K. Prud'homme,  D. N. Schulz and J. E. Glass eds., A.C.S., N.Y., pp. 18-47 (1991).

96. "Rheological Measurements", <u>Polymers as Rheology Modifiers,</u> R.K. Prud'homme, American Chemical Society,  Chapter 2 (1991).

97. "Drop Production in Couette and Media Mill Devices", 109-24, D.I. Collias and Robert K. Prud'homme, *Chemical Engineering Communications,* **109**, 109-24 (1991).

98. "Instabilities in Multi-hole Converging Flow of Viscoelastic Fluids", K. W. Koelling and Robert K. Prud'homme, *Rheologica Acta,* **30**, (6), 511-522 (1991).

99. "The Interaction Between Spinning Conditions and Fiber Morphology for Solution Spinning", K.W. Koelling, J. Bric, R.K. Prud'homme and S. Ruetsch, Proceedings of Fiber Producer Conference, May (1991).

100. "Applications of Supercritical Fluids in the Controlled Release of Drugs", Jean W. Tom, Gio-Bin Lim, Pablo G. Debenedetti and Robert K. Prud'homme, *Supercritical Fluid Engineering Science: Fundamentals and Applications* , **514**, Chapter 19,  AIChE symposium 1991 Annual Meeting, Los Angeles, California, November 17-22 (1991).

101. "Rheology of Semi-Dilute Ionomer Solutions", Richard J. Ketz, Jr.*, William W. Graessley, and Robert K. Prud'homme, Dept. of Chemical Engineering, Princeton University, Princeton, NJ 08544 *(Present Address: Rohm & Haas Company, Spring House, PA), ACS National meeting Atlanta, Georgia (1991).

102. "Rheology of Semi-Dilute Ionomer Solutions", Richard J. Ketz, Jr.*, William W. Graessley, and Robert K. Prud'homme, *ACS Polymer Chem Papers*, **32**, (1) 613-614 (1991).

103. "Relationship between Poly (Acrylic Acid) Gel Structure and Synthesis", in <u>Polyelectrolyte Gels,</u> R. Harland and R.K. Prud'homme, eds , A.C.S.Symposium Series, A.C.S., N.Y.  with Yu-Ling Yin and F. Stanley (1992).

104. "Diagnostic Techniques of Mixing Effectiveness: The Effect of Shear and Elongation in Drop Production in Mixing Tanks", Dimitris I. Collias and Robert K. Prud'homme, *Chemical Engineering Science,* 47, (6), 1401-1410 (1992).

105. "Ionomer Melt Rheology", R. A. Register and R.K. Prud'homme, <u>Synthesis, Structure, Properties & Applications</u> (1992).

106. "An Assessment of the Pade-Lapace Method for Transient Electric Birefringence Decay Analysis", J.S. Bowers, R.S. Farinato and R. K. Prud'homme, *Computers in Chem.* 16, (3), 249-259 (1992).

107. "Quantitative Measurement of Voids Formed During Liquid Impregnation of Nonwoven Multifilament Networks Using an Optical Visualization Technique", A. D. Mahale and Robert K. Prud'homme, *Polm. Sci. and Engr.* 32, 319-326 (1992).

108. "Low Field Theory of Polymer Transient Electric Birefringence", John S. Bowers and Robert K. Prud'homme, *Journal of Chemical Physics,* 96, (9), 7135-7143 (1992).

109. "Rheology of Guar and HPG Cross-Linked by Borate", Subramanian Kesavan and Robert K. Prud'homme, *Macromolecules,* 25, (7) 2026-2032 (1992).

110. "Flow Behavior of Oil-in-Water Emulsions", Y. Otsubo and Robert K. Prud'homme, *Soc. of Rheology, Japan* 20, 125-131 (1992).

111. "Synthesis of a Novel Hydrogel Bases on a Coordinate Covalent Polymer Network", B.W. Pfennig, A.B. Bocarsly and Robert K. Prud'homme, *American Chemical Society,* 115, 2661-2665 (1993).

112. "Behavior of Low Molecular Weight Model Heur Associative Polymers in Concentrated Surfactant Systems", A. P. Mast, R. K. Prud'homme and J. E. Glass, *Langmuir,* 9, (3), 708-715 (1993).

113. "Filter-Cake Formation of Fracturing Fluids", Robert K. Prud'homme and J.K. Wang, *Society of Petroleum Engineers,* 537-546 (1993).

114. "Electric Birefringence of Flexible Polymers in High Fields: Brownian Dynamics Simulation", R. Blake Goff, Steven F. Karel, and Robert K. Prud'homme, *Journal of Chemical Physics,* 100, (3), 2289-2297 (1994).

115. "Fourier Transform Mechanical Spectroscopy of the Sol-Gel Transition in Zirconium Alkoxide Ceramic Gels", M. In and Robert K. Prud'homme, *Rheol Acta,* 32, 556-565 (1993).

116. "Characterization of Voids Formed During Liquid Impregnation of Non-woven Multifilament Glass Networks as Related to Composite Processing", A. D. Mahale, R.K. Prud'homme and Ludwig Rebenfeld, *Composites Manufacturing,* 4, 199-207 (1993).

117. "Crosslinked Borate HPG Equilibria and Rheological Characterization", *Society of Petroleum Engineers, Inc.,* Subramanian Kesavan, R.K. Prud'homme and M.D. Parris, SPE International Symposium on Oilfield Chemistry held in New Orleans, LA, March 2-5, (1993).

118. "What We Know and What We Don't Know About Polyelectrolyte Gels", Robert K Prud'homme and Yu-Ling Yin, *ACS Symposium Series, ACS, N.Y., Polymer Preprints,* 35, (2) (1994).

119.  Structure and Flow in Surfactant Solutions, Craig A. Herb and Robert K. Prud'homme, Eds. ACS Symposium Series 578, Chicago, Illinois, August 22-27 (1994).

120.  "Inhomogeneous Flows of Guar/Metal Ion Gels Observed by Laser Doppler Anemometry and Rheological Measurements", Dimitris I. Collias and Robert K. Prud'homme, *J. Rheol.*, 38, (2), 217-230 (1994).

121.  "The Use of Opposed Nozzles Configuration in the Measurements of the Extensional Rheological Properties of Emulsions", Mark R. Anklam, Gregory G. Warr and Robert K. Prud'homme, *J. Rheology.*, 38, (4), 797-810 (1994).

122.  "Effect of Drop Size Distribution on the Flow Behavior of Oil-in-Water Emulsions", Y. Otsubo and R. K. Prud'homme, *Rheologica Acta*, 33, (4), 303-306 (1994).

123.  "Elongational Flow of Solutions of Rodlike Micelles", Robert K. Prud'homme and Gregory G. Warr, *Langmuir*, 10, (10), 3419-3426 (1994).

124.  "Influence of Strain and Medium Composition on Filtration of Escherichia coli Suspensions", Biotechnology and Bioengineering, 44, 539-548, B.H. Junker, S. Timberlake, F.J. Bailey, J. Reddy and R. Prud'homme (1994).

125.  "Rheology of Oil-in-Water Emulsions", Y. Otsubo and Robert K. Prud'homme, *Rheologica Acta*, 33, (1), 29-37 (1994).

126.  "Salt Partitioning in Polyelectrolyte Gel-Solution Systems", Polymers of Biological & Biomedical Significance, ACS Seminar Series 540, Chapter, 13, 159-170 Yu-Ling Yin and Robert K. Prud'homme (1994).

127.  "Shear Thinning in Ternary Bicontinuous and Water-in-Oil Microemulsions", Mark R. Anklam, Robert K. Prud'homme and Gregory G. Warr, *AIChE Journal*, 41, (3), 677-682 (1995).

128.  Foams, Theory Measurements, and Applications, Robert K. Prud'homme and Saad A. Khan, Eds., Marcel Dekker, New York (1995).

129.  "Experimental Results on Foam Rheology", Robert K Prud'homme and Saad A. Khan in Foams, Theory Measurements, and Applications, 217-241 (1995).

130.  "Foams in Mineral Flotation and Separation Processes", Robert K. Prud'homme and Gregory G. Warr in Foams, Theory Measurements, and Applications, 511-553 (1995).

131.  "Composites for Bone Replacement and Reinforcement Using Patterned Biomineralization", Submitted to Department of Defense Women's Health Research Program, Ilhan A. Aksay and Robert K. Prud'homme, November 15, 1995 (1995).

132.  "Degradable Alkoxide-Crosslinked Hydrogels", A. Grosse-Sommer, M. IN and R. K. Prud'homme, *Journal of Polymer Science: Part A: Polymer Chemistry*, 34, (8), 1447-1453 (1996).

133.  "Ceramics Processing with Biogenic Additives", Ilhan A. Aksay, James T. Staley and Robert K. Prud'homme, in Biomimetics Materials Chemistry, VCH Publishers, 13, 361-378 (1996).

134.    "Degradable Phosphazene-Crosslinked Hydrogels", Anahi Grosse-Sommer and Robert K. Prud'homme, *Journal of Controlled Release*, **40**, 261-267 (1996).

135.    "Smart Materials Systems Through Mesoscale Patterning", I.A. Aksay, J.T. Groves, S.M. Gruner, P.C.Y. Lee, R.K. Prud'homme, W.-H Shih, S. Torquato and G.M. Whitesides, Smart Materials Technologies and Biomimetics, SPIE Proc., **2716**, 280-291 (1996).

136.    "Structure and Rheology Studies of Poly(oxyethylene-oxypropylene-oxyethylene) Aqueous Solution", Robert K. Prud'homme, Guangwei Wu, and Dieter K. Schneider, *Langmuir*, **12**, (20), 4651-4659 (1996).

137    "Fabrication of Cellular Materials", I.A. Aksay, R.K. Prud'homme, and R. Garg, Smart Materials Technologies and Biomimetics, SPIE Proc., **2716**, 331-334 (1996).

138.    "Meso-Scale Smart Materials Fabrication Technologies of the Future", I.A. Aksay, R.K. Prud'homme, and G.M. Whitesides, Proc. 1996 Int'l Congress on Transportation Electronics (SAE, Warrendale, PA) 497-501 (1996).

139.    "Ion Exchange Chromatography Laboratory: Experimentation and Numerical Modeling", Mark. R. Anklam, Robert K. Prud'homme and Bruce A. Finlayson, *Chemical Engineering Education*, **31, 1**, 26-31 (1997).

140.    "Coating Rheology: Component Influences on the Rheological Response and    Performance of Water-Borne Coatings in Roll Applications", J. Edward Glass and Robert K. Prud'homme, Liquid Film Coating, Edited by S.F. Kistler and S.M. Schweizer, Chapman & Hall, Chapt. 5, 137-182 (1997).

141.    "Melt Rheology", R.A. Register and Robert K. Prud'homme, Ionomers: Synthesis, Structure, Properties and Applications, Edited by M.R. Tant, K. A. Mauritz and G.L. Wilkes, Blackie Academic & Professional, Chapt. 5, 208-260 (1997).

142.    "Multilayer Electromechanical Composites with Controlled Piezoelectric Coefficient Distribution, I.A. Aksay, R.K. Prud'homme, J.S. Vartuli, D.L. Milius, X. Li, W.Y. Shih, W.-H Shih, Smart Materials Technologies and Biomimetics, SPIE Proc. **3040**, 93-98 (1997).

143.    "A Theoretical Study of Gemini Surfactant Phase Behavior", Kristine M. Layn, Pablo G. Debenedetti, and Robert K. Prud'homme, *Journal of Chemical Physics*, **109**, (13), 5651-5658 (1998).

144.    "Confinement of Polysoaps in Membrane Lyotropic Phases", Y. Yang, R. Prud'homme, K. M. McGrath, P. Richetti, and C. M. Marques, *Physical Review Letters*, **80**, (12), 2729-2732 (1998).

145.    "3-D Sterolithography of Ceramic Materials as Orthopaedic Implants". Rajeev Garg, Robert K. Prud'homme and I.A. Aksay, AIChE Proceedings of the Topical Conference   on   Biomaterials, Carriers for Drug Delivery, and Scaffolds for Tissue Engineering, November 17-19, Los Angeles, CA (1997).

146.    "Rapid Prototyping Techniques for Bone Implant', R. Garg, R.K. Prud'homme and I.A. Aksay, presented at the ICCE/5 Fifth International Conference on Composites Engineering, July 5-11, Las Vegas (1998).

147.    "Effect of Solvent Quality on the Behavior of κ-carrageenan", Srividya Ramakrishnan and Robert K. Prud'homme, *Polymer Preprints, Division of Polymer Chemistry, ACS,* 39, n2, 95-96, August (1998).

148.    "Absorption Length for Photon Propagation in Highly Dense Colloidal Dispersions", Rajeev Garg, Robert K. Prud'homme, Ilhan A. Aksay, Feng Liu and Robert R. Alfano, *Journal of Materials Research,* 13, (12), 3463-3467, December (1998).

149.    "Optical Transmission in Highly Concentrated Dispersions", Rajeev Garg, Robert K. Prud'homme, Ilhan A. Aksay, Feng Liu, and Robert R. Alfano, *Journal of the Optical Society of America,* 15, (4), 932-935 (1998).

150.    "Quantifying Deformation in Gel Swelling: Comparison of Experimental Data with Simulations", *submitted to AIChE Journal,* E. Achilleos, R.K. Prud'homme, K.N. Christodoulou, K.R. Gee and Y.G. Kevrekidis (1998).

151.    "Confinement of Hydrophobically Modified Polyacrylates into Nonionic Surfactant Lyostropic Bilayers", Y. Yang, C.M. Marques, P. Richetti and R.K. Prud'homme, *Proc. ACS, Div. Polym Materials: Science & Engineering,* 78, Aug 23-27, 1998, Boston, MA (1998).

152.    "Rheology of Hydrophobically Modified Polymers with Spherical and Rod-Like Surfactant Micelles", Santipharp Panmai, Robert K. Prud'homme and Dennis G. Peiffer, *Colloids and Surfaces A: Physicochemical and Engineering Aspects,* 147, (1-2) 3-15 (1999).

153.    "A New Strictly Alternating Comblike Amphiphilic Polymer Based on PEG: Part 1: Synthesis and Associative Behavior of a Low Molecular Weight Sample", C. Heitz, S. Pendharkar, R. K. Prud'homme, and J. Kohn, *Macromolecules,* 32, (20), 6652-6657 (1999).

154.    "A New Strictly Alternating Comblike Amphiphilic Polymer Based on PEG: Part 2: Associative Behavior of a High Molecular Weight Sample and Interaction with SDS", C. Heitz, R. K. Prud'homme, and J. Kohn, *Macromolecules,* 32, (20), 6658-6667 (1999).

155.    "Confinement of Polysoaps in Nonionic Surfactant Lyotropic Bilayers", Y. Yang, Robert K. Prud'homme, P. Richetti, and C.M. Margues", *American Chemical Society,* Chapter 11, 169-179 (1999).

156.    "Disjoining Pressure and Film Tension in Comb-Graft Copolymer-Stabilized Oil Films", M. R. Anklam, D. A. Saville, and R. K. Prud'homme, *Langmuir,* 15, (21), 7299-7307 (1999).

157.    "Electric-Field-Induced Rupture of Polymer-Stabilized Oil Films", M. R. Anklam, D. A. Saville and R. K. Prud'homme, *Colloid & Polymer Science,* 277, (10), 957-964 (1999).

158.    "Interaction of Hydrophobically Modified Polymers and Surfactant Lamellar Phase", B.S. Yang, J. Lal, C. Marques, P. Richetti and Robert K. Prudhomme, Presented at the 1999 AIChE Annual Meeting, Self-Assembly in Solution II Dallas, Texas, October 31-November 5 (1999).

159.    "Behavior of κ-Carrageenan in Glycerol and Sorbitol Solutions", S. Ramakrishnan and R. K. Prud'homme, *Carbohydrate Polymers,* 43, (4), 327-332 (2000).

160.    "Effect of Solvent Quality and Ions on the Rheology and Gelation of κ-Carrageenan". Srividya Ramakrishnan and Robert K. Prud'homme, *Journal of Rheology,* 44, (4), 885-896 (2000).

161. "Quantifying Deformation in Gel Swelling: Experiments and Simulations", Evdokia C. Achilleos, Robert K. Prud'homme, Ioannis G. Kevrekidis, Kostas N. Christodoulou and Kyle R. Gee, *AIChE Journal*, 46, (11), 2128-2139 (2000).

162. "Dynamic Deformation Visualization in Swelling of Polymer Gels", Evdokia C. Achilleos, Robert K. Prud'homme, Kostas N. Christodoulou, Kyle R. Gee and Ioannis G. Kevrekidis, *Chemical Engineering Science*, 55, (17), 3335-3340 (2000).

163. "Enzymatic Degradation of Guar and Substituted Guar Galactomannans" Yu Cheng and Robert K. Prud'homme, *Biomacromolecules*, 1, (4), 782-788 (2000).

164. "Stability and Behavior of a Comb-graft Copolymer Stabilizing a Thin Oil Emulsion Film" Mark R. Anklam, Dudley A. Saville and Robert K. Prud'homme, *Polymers for Advanced Technologies*, 12, (1-2), 70-84 (2001).

165. "Dissolution and Gelation of κ - Carrageenan" Srividya Ramakrishnan and Robert K. Prud'homme, <u>Polymers from Renewable Resources</u>, Edited by Richard A. Gross and Carmen Scholz, American Chemical Society, Chapt. (2001).

166. "Cure Depth in Photopolymerization: Experiments and Theory" Jim H. Lee, Robert K. Prud'homme, and Ilhan A. Aksay, *Journal of Materials Research*, 16, (12), 3536-3544 (2001).

167. "Interaction of Hydrophobically Modified Polymers and Surfactant Lamellar Phase", Bing-Shiou Yang, Jyotsana Lal, Philippe Richetti, Carlos M. Marques, William B. Russel, and Robert K. Prud'homme, *Langmuir*, 17, (19), 5834-5841 (2001).

168. "Interaction of Surfactant Lamellar Phase and a Strictly Alternating Comb-Graft Amphiphilic Polymer Based on PEG", Bing-Shiou Yang, Jyotsana Lal, Joachim Kohn, John S. Huang, William B. Russel, and Robert K. Prud'homme, *Langmuir*, 17, (21), 6692-6698 (2001).

169. "Stabilization of Phosphatidylserine/Phosphatidylethanolamine Liposomes with Hydrophilic Polymers Having Multiple "Sticky Feet"", Melinda L. Hwang, Robert K. Prud'homme, Joachim Kohn, and James L. Thomas, *Langmuir*, 17, (25), 7713-7716 (2001).

170. "Rheology and Rheological Techniques" Norman J. Wagner and Robert K. Prud'homme, *Current Opinion in Colloid and Interface Science*, 6, (5-6), 421-422 (2001).

171. "Investigating the Microenvironments of Inhomogeneous Soft Materials with Multiple Particle Tracking", M. T. Valentine, P. D. Kaplan, D. Thota, J. C. Crocker, T. Gisler, R. K. Prud'homme, M. Beck, and D. Weitz, *Physical Review E*, 64, (6), art. no. 061506, Part 1 Dec. (2001).

172. "Interactions between Hydrophobically Modified Polymers and Surfactants: A Fluorescence Study" Santipharp Panmai, Robert K. Prud'homme, Dennis G. Peiffer, Steffen Jockusch, and Nicholas J. Turro, *Langmuir*, 18, (10), 3860-3864 (2002).

173. "Characterizaton and Intermolecular Interactions of Hydroxypropyl Guar Solutions" Yu Cheng, Kirk M. Brown, and Robert K. Prud'homme, *Biomacromolecules*, 3, (3), 456-461 (2002).

174. "Interaction of Paraffin Wax Gels with Random Crystalline/Amorphous Hydrocarbon Copolymers" Henry S. Ashbaugh, Aurel Radulescu, Robert K. Prud'homme, Dietmar Schwahn, Dieter Richter, and Lewis J. Fetters, *Macromolecules*, 35, (18), 7044-7053 (2002).

175. "Gelation of "Catanionic" Vesicles by Hydrophobically Modified Polyelectrolytes" Henry S. Ashbaugh, Kathleen Boon and Robert K. Prud'homme, *Colloid and Polymer Science*, 280, (9), 783-788 (2002).

176. "Flow Improvement of Waxy Oils Mediated by Self-Aggregating Partially Crystallizable Diblock Copolymers" Henry S. Ashbaugh, Lewis J. Fetters, Douglas H. Adamson and Robert K. Prud'homme, *Journal of Rheology*, 46, (4), 763-776 (2002).

177. "Diffusion of Mesoscopic Probes in Aqueous Polymer Solutions Measured by Fluorescence Recovery after Photobleaching" Yu Cheng, Robert K. Prud'homme, and James L. Thomas, *Macromolecules*, 35, (21), 8111-8121 (2002).

178. "Measurement of Forces between Galactomannan Polymer Chains:  Effect of Hydrogen Bonding" Yu Cheng, Robert K. Prud'homme, John Chik, and Donald C. Rau, *Macromolecules*, 35, (27), 10155-10161 (2002).

179. "Preparation and Characterization of Molecular Weight Fractions of Guar Galactomannans Using Acid and Enzymatic Hydrolysis", Yu Cheng, Kirk M. Brown, and Robert K. Prud'homme, *Intl. J. Biological Macromolecules*, 31, (1-3), 29-35 (2002).

180. "Neutron Spin-Echo Study of Dynamics of Hydrophobically Modified Polymer-Doped Surfactant Bilayers" Bing-Shiou Yang, Jyotsana Lal, Mihaela Mihailescu, Michael Monkenbusch, Dieter Richter, John S. Huang, Joachim Kohn, William B. Russel and Robert K. Prud'homme, *Langmuir*, 18, (1), 6-13 (2002).

181. "Detection of Water-Ice Transition Using a Lead Zirconate Titanate/Brass Transducer" Xiaoping Li, Wan Y. Shih, James Vartuli, David L. Milius, Robert K. Prud'homme, Ilhan A. Aksay and Wei-Heng Shih, *Journal of Applied Physics*, 92, (1), 106-111 (2002).

182. "Dynamics of Hydrophobically Modified Polymer Doped Surfactant Bilayers:  A Neutron Spin-Echo Study" Bing-Shiou Yang and Robert K. Prud'homme, Neutron Spin Echo Spectroscopy, Basics, Trends and Applications, Edited by Mezei, F., Pappas, C., and Gutberlet, T., Springer, Chapt. (2002).

183. "Mechanism for Rapid Self-Assembly of Block Copolymer Nanoparticles", Brian K. Johnson and Robert K. Prud'homme, *Physical Review Letters*, 91, (11), 118302 (2003).

184. "Chemical Processing and Micromixing in Confined Impinging Jets" Brian K. Johnson and Robert K. Prud'homme, *AIChE Journal*, 49, (9), 2264-2282 (2003).

185. "Flash NanoPrecipitation of Organic Actives and Block Copolymers using a Confined Impinging Jets Mixer", Brian K. Johnson and Robert K. Prud'homme, *Australian Journal of Chemistry*, 56, (10), 1021-1024 (2003).

186. "Association of Hydrophobically-Modified Poly(ethylene glycol) with Fusogenic Liposomes", Debra T. Auguste, Robert K. Prud'homme, Patrick L. Ahl, Paul Meers and Joachim Kohn, *Biochimica et Biophysica ACTA*, 1616, (2), 184-195 (2003).

187. "Latex Composite Membranes:  Structure and Properties of the Discriminating Layer", S. Ramakrishnan, C. J. McDonald, R. K. Prud'homme, J. D. Carbeck, *Journal of Membrane Science*, 231, (1-2), 57-70 (2004).

188. "Crystallization of Long-Chain *n*-Paraffins from Solutions and Melts as Observed by Differential Scanning Calorimetry", Xuhong Guo, Brian A. Pethica, John S. Huang, and Robert K. Prud'homme, *Macromolecules*, 37, (15), 5638-5645 (2004).

189. "Crystallization of Mixed Paraffin from Model Waxy Oils and the Influence of Micro-Crystalline Poly(ethylene-butene) Random Copolymers", Xuhong Guo, Brian A. Pethica, John S. Huang, Robert K. Prud'homme, Douglas H. Adamson, and Lewis J. Fetters, *Energy & Fuels*, 18, (4), 930-937 (2004).

190. "Differential Scanning Calorimetry Studies of Clathrate Hydrate Formation", Y. F. Zhang, P. G. Debenedetti, R. K. Prud'homme, and B. A. Pethica, *Journal of Physical Chemistry B*, 108, (43), 16717-16722, Oct 28, (2004).

191. "Diffusion of Compact Macromolecules through Polymer Meshes: Mesh Dynamics and Probe Dynamics", R. Biehl, X. Guo, R. K. Prud'homme, M. Monkenbusch, J. Allgeier, and D. Richter, *Physica B*, 350, 76-78, (2004).

192. "Effects of Organic Solvents on the Scission Energy of Rodlike Micelles", Wanwipa Siriwatwechakul, Terry LaFleur, Robert K. Prud'homme, and Phillip Sullivan, *Langmuir*, 20, (21), 8970-8974, Oct 12, (2004).

193. "Fluctuations of Bare Membranes and Their Modification on Incorporation of Polymers Having Equally Spaced Anchors", X. S. Hu, R. Biehl, R. K. Prud'homme, M. Monkenbusch and J. Lal, *Physica B-Condensed Matter*, 350, (1-3), 217-219, Jul 15, (2004).

194. "Model Associative Polymer Networks Generated by Inclusion Interaction between Polymers with Cyclodextrin and Hydrophobic Grafts", X. Guo, A. A. Abdala, R. K. Prud'homme, S. F. Lincoln, and S. A. Khan, *Polymer Preprints*, 45, (2), 602-603, (2004).

195. "Diffusion of Protein in Polymer Solutions: A Comparison between Neutron Spin-Echo Spectroscopy and NMR Measurements", X. Guo, R. Biehl, C. R. Pacheco, M. Monkenbusch, D. Richter, L. Fu, and R. K. Prud'homme, *Polymer Preprints*, 45, (2), 788-789, (2004).

196. "Preparation of Biocompatable Hydrogel Adhesives Controlled by Rheological Method", X. Guo, R. K. Prud'homme, F. Deng, S. J. Leth, N. Nunalee, and K. R. Shull, *Polymer Preprints*, 45, (2), 604-605, (2004).

197. "Influence of Micro-Crystalline Poly(ethylene-butene) Random Copolymers on Wax Gelation of Black Oils", X. Guo, B. A. Pethica, D. A. Adamson, J. Tinsley, J. S. Huang, and R. K. Prud'homme, *Preprints-American Chemical Society, Division of Petroleum Chemistry*, 49, (4), 388-389, (2004).

198. "Synthesis of Poly(ethylene-butene) Random Copolymers with Hydroxylic Grafts and Effect of Polar Groups on Deposition of Wax and Asphaltenes from Crude Oil", X. Guo, D. A. Adamson, J. Tinsley, B. A. Pethica, J. S. Huang, and R. K. Prud'homme, *Preprints-American Chemical Society, Division of Petroleum Chemistry*, 49, (3), 272-273, (2004).

199. "Novel Associative Polymer Networks based on Cyclodextrin Inclusion Compounds", X. Guo, A. A. Abdala, and R. K. Prud'homme, *In Press 2005*.

# EXHIBIT B

US005167766A

# United States Patent [19]

## Honig et al.

[11]  Patent Number:  5,167,766

[45]  Date of Patent:  Dec. 1, 1992

[54]  **CHARGED ORGANIC POLYMER MICROBEADS IN PAPER MAKING PROCESS**

[75]  Inventors:  Dan S. Honig, New Canaan; Elieth Harris, Bridgeport, both of Conn.

[73]  Assignee:  American Cyanamid Company, Stamford, Conn.

[21]  Appl. No.:  540,667

[22]  Filed:  Jun. 18, 1990

### Related U.S. Application Data

[63]  Continuation-in-part of Ser. No. 536,382, Jun. 11, 1990, abandoned.

[51]  Int. Cl.[5] .................................................. D21H 17/03
[52]  U.S. Cl. .............................. 162/164.1; 162/168.1; 162/168.3
[58]  Field of Search ............ 162/164.1, 164.6, 168.1, 162/168.2, 168.3, 175, 181.2; 210/734, 735; 524/52, 555

[56]  **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,702,799 | 11/1972 | Lewis et al. | 162/168.4 |
| 4,643,801 | 2/1987 | Johnson | 162/164.6 |
| 4,659,431 | 4/1987 | Probst et al. | 162/168.2 |
| 4,753,710 | 6/1988 | Langley et al. | 162/164.3 |
| 4,759,856 | 7/1988 | Farrar et al. | 162/168.3 |
| 4,798,653 | 1/1989 | Rushmere | 162/168.3 |
| 4,824,523 | 4/1989 | Wagberg et al. | 162/164.6 |
| 4,925,530 | 5/1990 | Sinclair et al. | 162/164.6 |
| 4,968,435 | 11/1990 | Neff et al. | 210/732 |

Primary Examiner—W. Gary Jones
Assistant Examiner—Charles K. Friedman
Attorney, Agent, or Firm—Frank M. Van Riet

[57]  **ABSTRACT**

In a papermaking process, improved drainage and retention are obtained when ionic, organic microbeads of less than about 1,000 nm in diameter if crosslinked or less about than 60 nm in diameter if noncrosslinked are added either alone or in combination with a high molecular weight organic polymer, and/or polysaccharide. Further addition of alum enhances drainage formation and retention properties in papermaking stock with and without the present of other additives used in papermaking processes.

28 Claims, No Drawings

CIBA 000001

5,167,766

1

## CHARGED ORGANIC POLYMER MICROBEADS IN PAPER MAKING PROCESS

### BACKGROUND OF THE INVENTION

In the past decade, the concept of using colloidal silica and bentonite to improve drainage, formation and retention has been introduced to papermaking. Fast drainage and greater retention of fines contribute to lower cost in papermaking and improvements are always being sought. U.S. Pat. Nos. 4,388,150 and 4,385,961 disclose the use of a two-component binder system comprising a cationic starch and an anionic, colloidal, silicic acid sol as a retention aid when combined with cellulose fibers in a stock from which is made. Finnish Published Specification Nos. 67,735 and 67,736 refer to cationic polymer retention agent compounds including cationic starch and polyacrylamide as useful in combination with an anionic silica to improve sizing. U.S. Pat. No. 4,798,653 discloses the use of cationic colloidal silica sol with an anionic copolymer of acrylic acid and acrylamide to render the paper stock resistant to destruction of its retention and dewatering properties by shear forces in the paper-making process. A coacervate binder, three component system composed of a cationic starch, an anionic high molecular weight polymer and dispersed silica having a particle diameter range from 1 to 50 nm is revealed in U.S. Pat. Nos. 4,643,801 and 4,750,974.

The above Finish publications also disclose the use of bentonite with cationic starch and polyacrylamides. U.S. Pat. No. 4,305,781 discloses a bentonite-type clay in combination with high molecular weight, substantially non-ionic polymers such as polyethylene oxides and polyacrylamide as a retention aid. Later, in U.S. Pat. No. 4,753,710, bentonite and a substantially linear, cationic polymer such as cationic acrylic polymers, polyethylene imine, polyamine epichlorohydrin, and diallyl dimethyl- ammonium chloride are claimed to give an improved combination of retention, drainage, drying and formation.

It is noted that the silica sol and bentonite are inorganic microparticle materials.

Latices of organic microparticles have been used in high concentrations of 30-70 lbs/ton to give "high-strength" paper products such as gasket materials, roofing felt, paperboard and floor felt and in paper with 30-70% mineral fillers (U.S. Pat. No. 4,445,970). It is stated that latices have not been used in fine papermaking because such latices are sticky and difficult to use on a Fourdrinier machine. The latices of the above and following four patent references were made according to U.S. Pat. No. 4,056,501. They are all emulsions of polymers made from styrene, butadiene and vinylbenzyl chloride which polymers are reacted with trimethyl-amine or dimethyl sulfide to produce an "onium" cation which is called a pH independent structured latex of 50 to 1000 nm in diameter. These structured cationic latices are used at high levels of concentration i.e. 30-200 lbs/ton either alone (U.S. Pat. No. 4,178,205) or with an anionic, high molecular weight polymer (U.S. Pat. No. 4,187,142) or with an anionic polymer (U.S. Pat. No. 4,189,345) or as both cationic and anionic latices (U.S. Pat. No. 4,225,383). These latices are preferably from 60-300 nm in size. It has been found, in accordance with the present invention, that noncrosslinked organic microbeads of this size and larger are not effective. Furthermore, the process of the present invention uses

2

organic microbeads at a level of 0.05 to 20 lbs/ton, preferably 0.10 to 7.5 lbs/ton whereas the microbeads of the proceeding five U.S. Patent are used at 30-200 lbs/ton to give strength to paper products such as gaskets with a very high 30-70% mineral content. This prior art does not contemplate the use of charged organic micro-beads as a drainage and retention aid at the very low levels as required by the present invention.

The use of an organic crosslinked microbead, in papermaking is taught in Japanese Patent Tokkai JP235596/63:1988 and Kami Pulp Gijitsu Times, pgs. 1–5, March 1989 as a dual system of a cationic or anionic organic microbead of 1–100 microns and an anionic, cationic or nonionic acrylamide polymer. The waterswelling type, cationic, polymer particle is a crosslinked homopolymer of 2-methacryloyloxyethyl-trimethylammonium chloride or a crosslinked copolymer of 2-methacryloyloxy-ethyl trimethylammonium chloride/acrylamide (60/40 weight percent). The acrylamide polymer is an acrylamide homopolymer or acrylamide hydroylsate of 17 mole percent anion-conversion or a copolymer of acrylamide/2-methacryloyloxyethyl trimethylammoniumchloride (75/25 weight percent). The anionic microbead is an acrylamide-acrylic acid copolymer.

EPO 0273605 teaches the addition of microbeads having a diameter ranging from about 49–87 nm and produced from terpolymers of vinyl acetate (84.6), ethyl acrylate (65.4) and acrylic acid (4.5) or methacry-lonitrile (85), butyl acrylate (65) and acrylic acid (3). These polymeric beads are disclosed as added to an LBKP pulp slurry in order to evaluate the resultant paper for sizing degree, paper force enhancement and disintegratability. These polymer beads fall outside the scope of those used in the present invention in that the ionic content thereof is too small to impart any appreciable improvement in retention and drainage in the papermaking process.

The present invention encompasses crosslinked, ionic, organic, polymeric microbeads of less than about 750 nm in diameter or microbeads of less than about 60 nm in diameter if noncrosslinked and water-insoluble, as a retention and drainage aid, their use in papermaking processes, and compositions thereof with high molecular weight polymers and/or polysaccharides.

EP 0,202,780 describes the preparation of crosslinked, cationic, polyacrylamide beads by conventional inverse emulsion polymerization techniques. Crosslinking is accomplished by the incorporation of difunctional monomer, such as methylenebisacrylamide, into the polymer chain. This crosslinking technology is well known in the art. The patent teaches that the crosslinked beads are useful as flocculants but are more highly efficient after having been subjected to unusual levels of shearing action in order to render them water-soluble.

Typically, the particle size of polymers prepared by conventional, inverse, water-in-oil, emulsion, polymerization processes are limited to the range of 1–5 microns, since no particular advantage in reducing the particle size has hitherto been apparent. The particle size which is achievable in inverse emulsions is determined by the concentration and activity of the surfactant(s) employed and these are customarily chosen on the basis of emulsion stability and economic factors.

The present invention is directed to the use, in paper-making, of cationic and anionic, crosslinked, polymeric,

CIBA 000002

5,167,766

3

microbeads. Microgels are made by standard techniques and microlatices are purchased commercially. The polymer microbeads are also prepared by the optimal use of a variety of high activity- surfactant or surfactant mixtures to achieve submicron size. The type and concentration of surfactant should be chosen to yield a particle size of less than about 750 nm in diameter and more preferably less than about 300 nm in diameter.

## SUMMARY OF THE INVENTION

According to the present invention, there is provided a method of making paper from a aqueous suspension of cellulosic papermaking fibers, whereby improved drainage, retention and formation properties are achieved. The method comprises adding to the suspension, from about 0.05 to 20 lbs/ton of an ionic, organic polymer microbead of less than about 750 nanometers in diameter if crosslinked or a polymeric microbead of less than about 60 nm in diameter if noncrosslinked and insoluble. Additionally, from about or 0.05 to about 20 lbs/ton, preferably about 0.1–5.0 lbs/ton, of a high molecular weight, hydrophilic ionic organic polymer, and/or from about 1.0 to about 50.0, preferably about 5.0–30.0, lbs/ton of an ionic polysaccharide, such as starch, preferably of a charge opposite that of the microbead, may be used. The synthetic organic polymer and polysaccharide may also be of opposite charge to each other. The addition of the microbead compositions results in significant increase in fiber retention and improvement in drainage and formation, said lbs/ton being based on the dry weight of the paper furnish solids. The organic polymer microbeads may be either cationic or anionic.

Alum or any other active, soluble aluminum species such as polyhydroxyaluminum chloride and/or sulfate and mixtures thereof have been found to enhance drainage rates and retention if they are incorporated into the furnish when used with the microbead compositions 0.1 to 20 lbs/ton, as alumina, based on the dry weight of paper furnish solids, are exemplary.

The microbeads may be made as microemulsions by a process employing an aqueous solution comprising a cationic or anionic monomer and crosslinking agent; an oil comprising a saturated hydrocarbon; and an effective amount of a surfactant sufficient to produce particles of less than about 0.75 micron in unswollen number average particle size diameter. Microbeads are also made as microgels by procedures described by Ying Huang et. al., Makromol. Chem. 186, 273–281 (1985) or may be obtained commercially as microlatices. The term "microbead", as used herein, is meant to include all of these configurations, i.e. beads per se, microgels and microlatices.

Polymerization of the emulsion may be carried out by adding a polymerization initiator, or by subjecting the emulsion to ultraviolet irradiation. An effective amount of a chain transfer agent may be added to the aqueous solution of the emulsion, so as to control the polymerization. It was surprisingly found that the crosslinked, organic, polymeric microbeads have a high efficiency as retention and drainage aids when their particle size is less than about 750 nm in diameter and preferably less than about 300 nm in diameter and that the noncrosslinked, organic, water-insoluble polymer microbeads have a high efficiency when their size is less than about 60 nm. The efficiency of the crosslinked microbeads at a larger size than the noncrosslinked microbeads may be attributed to the small strands or tails that protrude from the main crosslinked polymer.

4

## DETAILED DESCRIPTION OF THE INVENTION INCLUDING PREFERRED EMBODIMENTS

Using the ionic, organic, crosslinked, polymeric microbeads of a diameter less than about 750 nm or the noncrosslinked, water-insoluble beads of less than about 60 nm in diameter according to this invention, improved drainage, formation and greater fines and filler retention values are obtained in papermaking processes. These additives may be added, alone or in conjunction with other materials, as discussed below, to a conventional paper making stock such as traditional chemical pulps, for instance, bleached and unbleached sulphate or sulphite pulp, mechanical pulp such as groundwood, thermomechanical or chemi-thermomechanical pulp or recycled pulp such as deinked waste and any mixtures thereof. The stock, and the final paper, can be substantially unfilled or filled, with amounts of up to about 50%, based on the dry weight of the stock, or up to about 40%, based on dry weight of paper of filler, being exemplary. When filler is used any conventional filler such as calcium carbonate, clay, titanium dioxide or talc or a combination may be present. The filler, if present, may be incorporated into the stock before or after addition of the microbeads. Other standard paper-making additives such as rosin sizing, synthetic sizings such as alkyl succinic anhydride and alkyl ketene dimer, alum, strength additives, promoters, polymeric coagulants such as low molecular weight polymers, dye fixatives, etc. and other materials that are desirable in the papermaking process, may also be added.

The order of addition, specific addition points, and furnish modification itself are not critical and normally will be based on practicality and performance for each specific application, as is common papermaking practise.

When using cationic, high molecular weight polymer(s), or polysaccharides, and anionic microbeads, the preferred sequence of addition is cationic, high molecular weight polymer and then anionic bead. However, in some cases the reverse may be used. When a cationic polysaccharide such as starch and a cationic polymer are both used, they can be added separately or together and in any order. Furthermore, their individual addition may be at more than one point The anionic microbeads may be added before any cationic components or after them with the latter being the preferred method. Split addition may also be practised. Preferred practise is to add cationic polysaccharide before high molecular weight cationic polymer. The furnish may already have cationic starch, alum, cationic (or anionic or both cationic and anionic) polymers of molecular weight equal or less than 100,000, sodium aluminate, and basic aluminum salts (e.g., polyaluminium chloride and/or sulfate) and their levels may be varied to improve the response of the furnish, as discussed above. Addition points are those typically used with dual retention & drainage systems (pre-fan pump or pre-screen for one component and pre- or post-screen for another). However, adding the last component before the fan pump may be warranted in some cases. Other addition points that are practical can be used if better performance or convenience is obtained. Thick stock addition of one component is also possible, although thin stock addition is preferred. However, thick stock and/or split thick and thin stock addition of cationic starch is routinely practised and these addition modes are applicable with the

CIBA 000003

5,167,766

use of the microbead as well. Addition points will be determined by practicality and by the possible need to put more or less shear on the treated system to ensure good formation.

When using high molecular weight, anionic polymer(s) and cationic microbeads, the preferred sequence is anionic polymer and then cationic beads, although in some cases the reverse may be used. When anionic polymer and anionic polysaccharide are both used, they can be added separately or together, and in any order.

The microbeads may also be used in combination with high molecular weight ionic polymers of similar or opposite charge.

The microbeads are crosslinked, cationic or anionic, polymeric, organic microparticles having an unswollen number average particle size diameter of less than about 750 nanometers and a crosslinking agent content of above about 4 molar parts per million based on the monomeric units present in the polymer and are generally formed by the polymerization of at least one ethylenically unsaturated cationic or anionic monomer and, optionally, at least one non-ionic comonomer in the presence of said crosslinking agent. They preferably have a solution viscosity (SV) of about 1.1–2.0 mpa.s.

Cationic microbeads used herein include those made by polymerizing such monomers as diallyldialkylammonium halides; acryloxyalkyltrimethylammonium chloride; (meth)acrylates of dialkylaminoalkyl compounds, and salts and quaternaries thereof and, monomers of N,N-dialkylaminoalkyl(meth)acrylamides, and salt and quaternaries thereof, such as N,N-dimethyl aminoethylacrylamides; (meth)acrylamidopropyltrimethylammonium chloride and the acid or quaternary salts of N,N-dimethylaminoethylacrylate and the like. Cationic monomers which may be used herein are of the following general formulas:

$$R_1 \quad O \qquad R_2 \qquad (I)$$
$$CH_2=C-C-X-A-N^+-R_3 \cdot Z^-$$
$$R_4$$

where $R_1$ is hydrogen or methyl, $R_2$ is hydrogen or lower alkyl of $C_1$ to $C_4$, $R_3$ and/or $R_4$ are hydrogen, alkyl of $C_1$ to $C_{12}$, aryl, or hydroxyethyl and $R_2$ and $R_3$ or $R_2$ and $R_4$ can combined to form a cyclic ring containing one or more hetero atoms, Z is the conjugate base of an acid, X is oxygen or $-NR_1$ wherein $R_1$ is as defined above, and A is an alkylene group of $C_1$ to $C_{12}$; or

$$CH_2 \quad CH_2 \qquad (II)$$
$$R_5-C \qquad C-R_6$$
$$H_2C \qquad CH_2$$
$$N^+$$
$$R_7 \qquad R_4 \qquad Z^-$$

where $R_5$ and $R_6$ are hydrogen or methyl, $R_7$ is hydrogen or alkyl of $C_1$ to $C_{12}$ and $R_4$ is hydrogen, alkyl of $C_1$ to $C_{12}$, benzyl or hydroxyethyl; and Z is as defined above.

Anionic microbeads that are useful herein those made by hydrolyzing acrylamide polymer microbeads etc. those made by polymerizing such monomers as (methyl)acrylic acid and their salts, 2-acrylamido-2-methylpropane sulfonate, sulfoethyl-(meth)acrylate, vinylsul-

fonic acid, styrene sulfonic acid, maleic or other dibasic acids or their salts or mixtures thereof.

Nonionic monomers, suitable for making microbeads as copolymers with the above anionic and cationic monomers, or mixtures thereof, include (meth)acrylamide, N-alkyacrylamides, such as N-methylacrylamide; N,N-dialkylacrylamides, such as N,N-dimethylacrylamide; methyl acrylate; methyl methacrylate; acrylonitrile; N-vinyl methylacetamide; N-vinyl methyl formamide; vinyl acetate; N-vinyl pyrrolidone, mixtures of any of the foregoing and the like.

These ethylenically unsaturated, non-ionic monomers may be copolymerized, as mentioned above, to produce cationic, anionic or amphoteric copolymers. Preferably, acrylamide is copolymerized with an ionic and/or cationic monomer. Cationic or anionic copolymers useful in making microbeads comprise from about 0 to about 99 parts, by weight, of non-ionic monomer and from about 100 to about 1 part, by weight, of cationic or anionic monomer, based on the total weight of the anionic or cationic and non-ionic monomers, preferably from about 10 to about 90 parts, by weight, of non-ionic monomer and about 10 to about 90 parts, by weight, of cationic or anionic monomer, same basis i.e. the total ionic charge in the microbead must be greater than about 1%. Mixtures of polymeric microbeads may also be used if the total ionic charge of the mixture is also over about 1%. If the anionic microbead is used alone, i.e. in the absence of high molecular weight polymer or polysaccharide, in the process of the present invention, the total anionic charge thereof must be at least about 5%. Most preferably, the microbeads contain from about 20 to 80 parts, by weight, of non-ionic monomer and about 80 to about 20 parts by weight, same basis, of cationic or anionic monomer or mixture thereof. Polymerization of the monomers occurs in the presence of a polyfunctional crosslinking agent to form the crosslinked microbead. Useful polyfunctional crosslinking agents comprise compounds having either at least two double bounds, a double bond and a reactive group, or two reactive groups. Illustrative of those containing at least two double bounds are N,N-methylenebisacrylamide; N,N-methylenebismethacrylamide; polyethyleneglycol diacrylate; polyethyleneglycol dimethacrylate; N-vinyl acrylamide, divinylbenzene; triallylommonium salts, N-methylallylacrylamide and the like. Polyfunctional branching agents containing at least one double bond and at least one reactive group include glycidyl acrylate; glycidyl methacrylate; acrolein; methylolacrylamide and the like. Polyfunctional branching agents containing at least two reactive groups include dialdehydes, such as gyloxal; diepoxy compounds; epichlorohydrin and the like.

Crosslinking agents are to be used in sufficient quantities to assure a cross-linked composition. Preferably, at least about 4 molar parts per million of crosslinking agent based on the monomeric units present in the polymer are employed to induce sufficient crosslinking and especially preferred is a crosslinking agent content of from about 4 to about 6000 molar parts per million, most preferably, about 20–4000.

The polymeric microbeads of this invention are preferably prepared by polymerization of the monomers in an emulsion as disclosed in application, Ser. No. 07/535,626 filed June 11, 1990. Polymerization in microemulsions and inverse emulsions may be used as is known to those skilled in this art. P. Speiser reported in

CIBA 000004

5,167,766

7

1976 and 1977 a process for making spherical "nanoparticles" with diameters less than 800 Å by (1) solubilizing monomers, such as acrylamide and methylenebisacrylamide, in micelles and (2) polymerizing the monomers, See J. Pharm. Sa., 65(12), 1763 (1976) and U.S. Pat. No. 4,021,364. Both inverse water-in-oil and oil-in-water "nanoparticles" were prepared by this process. While not specifically called microemulsion polymerization by the author, this process does contain all the features which are currently used to define microemulsion polymerization. These reports also constitute the first examples of polymerization of acrylamide in a microemulsion. Since then, numerous publications reporting polymerization of hydrophobic monomers in the oil phase of microemulsions have appeared. See, for examples, U.S. Pat. Nos. 4,521,317 and 4,681,912; Stoffer and Bone, J. Dispersion Sci. and Tech., 1(1), 37, 1980; and Atik and Thomas J. Am. Chem. Soc., 103 (14), 4279 (1981); and GB 2161492A.

The cationic and/or anionic emulsion polymerization process is conducted by (i) preparing a monomer emulsion by adding an aqueous solution of the monomers to a hydrocarbon liquid containing appropriate surfactant or surfactant mixture to form an inverse monomer emulsion consisting of small aqueous droplets which, when polymerized, result in polymer particles of less than 0.75 micron in size, dispersed in the continuous oil phase and (ii) subjecting the monomer microemulsion to free radical polymerization.

The aqueous phase comprises an aqueous mixture of the cationic and/or anionic monomers and optionally, a non-ionic monomer and the crosslinking agent, as discussed above. The aqueous monomer mixture may also comprise such conventional additives as are desired For example, the mixture may contain chelating agents to remove polymerization inhibitors, pH adjusters, initiators and other conventional additives.

Essential to the formation of the emulsion, which may be defined as a swollen, transparent and thermodynamically stable emulsion comprising two liquids insoluble in each other and a surfactant, in which the micelles are less than 0.75 micron in diameter, is the selection of appropriate organic phase and surfactant.

The selection of the organic phase has a substantial effect on the minimum surfactant concentration necessary to obtain the inverse emulsion. The organic phase may comprise a hydrocarbon or hydrocarbon mixture. Saturated hydrocarbons or mixtures thereof are most suitable in order to obtain inexpensive formulations. Typically, the organic phase will comprise benzene, toluene, fuel oil, kerosene, odorless mineral spirits or mixtures of any of the foregoing.

The ratio, by weight, of the amounts of aqueous and hydrocarbon phases is chosen as high as possible, so as to obtain, after polymerization, an emulsion of high polymer content. Practically, this ratio may range, for example for about 0.5 to about 3:1, and usually approximates about 1:1, respectively.

The one or more surfactants are selected in order to obtain HLB (Hydrophilic Lipophilic Balance) value ranging from about 8 to about 11. Outside this range, inverse emulsions are not usually obtained In addition to the appropriate HLB value, the concentration of surfactant must also be optimized, i.e. sufficient to form an inverse emulsion. Too low a concentration of surfactant leads to inverse emulsions of the prior art and too high a concentrations results in undue costs. Typical surfactants useful, in addition to those specifically discussed above, may be anionic, cationic or nonionic and may be selected from polyoxyethylene (20) sorbitan trioleate, sorbitan trioleate, sodium di-2-ethylhexylsulfosuccinate, oleamidopropyldimethylamine; sodium isostearyl-2-lactate and the like.

8

Polymerization of the emulsion may be carried out in any manner known to those skilled in the art. Initiation may be effected with a variety of thermal and redox free-radical initiators including azo compounds, such as azobisisobutyronitrile; peroxides, such as t-butyl peroxide; organic compounds, such as potassium persulfate and redox couples, such as ferrous ammonium sulfate/ammonium persulfate. Polymerization may also be effected by photochemical irradiation processes, irradiation, or by ionizing radiation with a $^{60}$Co source. Preparation of an aqueous product from the emulsion may be effected by inversion by adding it to water which may contain a breaker surfactant. Optionally, the polymer may be recovered from the emulsion by stripping or by adding the emulsion to a solvent which precipitates the polymer, e.g. isopropanol, filtering off the resultant solids, drying and redispersing in water.

The high molecular weight, ionic, synthetic polymers used in the present invention preferably have a molecular weight in excess of 100,000 and preferably between about 250,000 and 25,000,000. Their anionicity and/or cationicity may range from 1 mole percent to 100 mole percent. The ionic polymer may also comprise homopolymers or copolymers of any of the ionic monomers discussed above with regard to the ionic beads, with acrylamide copolymers being preferred.

The degree of substitution of cationic starches (or other polysaccharides) and other non-synthetic based polymers may be from about 0.01 to about 1.0, preferably from about 0.02 to about 0.20. Amphoteric starches, preferably but not exclusively with a net cationic starch, may also be used. The degree of substitution of anionic starches (or other polysaccharides) and other non-synthetic-based polymers may be from 0.01 to about 0.7 or greater. The ionic starch may be made from starches derived from any of the common starch producing materials, e.g., potato starch, corn starch, waxy maize, etc. For example, a cationic potato starch made by treating potato starch with 3-chloro-2-hydroxypropyltrimethylammonium chloride. Mixtures of synthetic polymers and e.g. starches, may be used. Other polysaccharides useful herein include guar, cellulose derivatives such as carboxymethylcellulose and the like.

It is also preferred that the high molecular weight, ionic polymer be of a charge opposite that of the microbead and that if a mixture of synthetic, ionic polymers or starch be used, at least one be of a charge opposite that of the microbead. The microbeads may be used as such or may be replaced in part, i.e. up to about 50%, by weight, with bentonite or a silica such as colloidal silica, modified colloidal silica etc. and still fall within the scope of the percent invention.

The instant invention also relates to compositions of matter comprising mixtures of the above-described ionic microbeads, high molecular weight, ionic polymers and polysaccharides. More particularly, compositions comprising a mixture of A) an ionic, organic, polymer microbead of less than about 750 nanometers in diameter if cross-linked and less than 60 nanometers in diameter if non-cross-linked and water-insoluble and B) a high molecular weight ionic polymer, the ratio of A): B) ranging from about 1:400 to 400:1, respectively. Additionally, the compositions may contain the micro-

CIBA 000005

5,167,766

9

bead A) and C) an ionic polysaccharide, the ratio of A):C) ranging from about 20:1 to about 1:1000, respectively. Still further, the compositions may contain the microbead A), the polymer B) and the polysaccharide C), the ratio of A) to B) plus C) ranging from about 400:1 to about 1:1000, respectively.

Paper made by the process described above also constitutes part of the present invention.

The following examples are set forth for purposes of illustration only and are not be construed as limitations on the present invention except as set forth in the appended claims. All parts and percentages are by weight unless otherwise specified.

In the examples which follow, the ionic organic polymer microbead and/or the high molecular weight, ionic polymer and/or ionic starch are added sequentially directly to the stock or just before the stock reaches the headbox.

Unless otherwise specified, a 70/30 hardwood/softwood bleached kraft pulp containing 25% CaCO$_3$ is used as furnish at a pH of 8.0. Retention is measured in a Britt Dynamic Drainage Jar. First Pass Retention (FPR) is calculated as follows:

$$FPR = \frac{\text{Headbox Consistency} - \text{Tray Water Consistency}}{\text{Head Box Consistency}}$$

First Pass Retention is a measure of the percent of solids that are retained in the paper. Drainage is a measure of the time required for a certain volume of water to drain through the paper and is here measured as a 10×drainage. (K. Britt, TAPPI 63(4) p67 (1980). Hand sheets are prepared on a Noble and Wood sheet machine.

In all the examples, the ionic polymer and the microbead are added separately to the thin stock and subjected to shear. Except when noted, the charged microbead (or silica or bentonite) is added last. Unless noted, the first of the additives is added to the test furnish in a "Vaned Britt Jar" and subjected to 800 rpm stirring for 30 seconds. Any other additive is then added and also subjected to 800 rpm stirring for 30 seconds. The respective measurements are then carried out.

Doses are given on pounds/ton for furnish solids such as pulp, fillers etc. Polymers are given on a real basis, silica as SiO$_2$ and starch, clay and bentonite are given on an as is basis.

I. Cationic polymers used in the examples are:
Cationic Starch: Potato starch treated with 3-chloro-2-hydroxypropyltrimethylammonium chloride to give a 0.04 degree of substitution.

10 AETMAC/90 AMD: A linear cationic copolymer of 10 mole % of acryloxyethyltrimethylammonium chloride and 90 mole % of acrylamide of 5,000,000 to 10,000,000 mol. wt. with a charge density of 1.2 meg./g.

5 AETMAC/95 AMD: A linear copolymer of 5 mole % of acryloxyethltrimethylammonium chloride and 90 mole % of acrylamide of 5,000,000 to 60 10,000,000 mol. wt.

55 AETMAC/45 AMD: A linear copolymer of 55 mole % of acryloxyethyltrimethylammonium chloride and 45 mole % of acrylamide of 5,000,000 to 10,000,000 mol. wt. and a charge density of 3.97 meg./g.

40 AETMAC/60 AMD: A linear copolymer of 40 mole % of acryloxyethyltrimethylammonium chlo-

10

ride and 60 mole % of acrylamide of 5,000,000 to 10,000,000 mol. wt.

50 EPI/47 DMA 3 EDA: A copolymer of 50 mole % of epichlorohydrin, 47 mole % of dimethylamine and 3.0 mole % of ethylene diamine of 250,000 mol. wt

II. Anionic Polymers used in the examples are:
30 AA/70 AMD: A linear copolymer of 30 mole % ammonium acrylate and 70 mole % of acrylamide of 15,000,000 to 20,000,000 mol. wt.

7AA/93 AMD A linear copolymer of 7 mole % ammonium acrylate and 93 mole % of acrylamide of 15,000,000 to 20,000,000 mol. wt.

10 APS/90 AMD: A linear copolymer of 10 mole % of sodium 2-acrylamido-2-methylpropanesulfonate and 90 mole % of acrylamide of 15,000,000 to 20,000,000 mol. wt.

III. Anionic particles used in the examples are:
SILICA: Colloidal silica with an average size of 5 nm, stabilized with alkali and commercially available.

BENTONITE: Commercially available anionic swelling bentonite from clays such as sepiolite, attapulgite or montmorillonite as described in U.S. Pat. No. 4,305,781.

IV. Latices used in the examples are:

| Latex | Particle Size in nm | Anionic Charge Density Å$^2$/Charge Group |
|---|---|---|
| Polystyrene | 98 | $1.4 \times 10^3$ |
| Polystyrene | 30 | $1.1 \times 10^3$ |
| Polystyrene | 22 | $0.36 \times 10^3$ |

V. Microbeads used in the examples are:
30 AA/70 AMD/50 ppm MBA: An inverse emulsion copolymer of 30 mole % of sodium acrylate and 70 mole % of acrylamide crosslinked with 50 ppm of methylenebisacrylamide with a particle diameter of 1,000–2,000*nm; SV-1.64 mPa.s.

40 AA/60 AMD: A microbead dispersion of a copolymer of 40 mole % of ammonium acrylate and 60 mole % of N,N'-methylenebisacrylamide (MBA) with a particle diameter of 220*nm.

30 AA/70 AMD/349 ppm MBA: A microemulsion copolymer of 30 mole % of sodium acrylate and 70 mole % of acrylamide crosslinked with 349 ppm of N,N'-methylenebisacrylamide (MBA) of 130*nm particle diameter, SV-1.17 to 1.19 mPa.s.

30 AA/70 AMD/749 ppm MBA: A microemulsion copolymer of 30 mole % of sodium acrylate and 70 mole % of acrylamide crosslinked with 749 ppm of N,N'-methylenebisacrylamide (MBA), Sv-1.06 mPa.s.

60 AA/40 AMD/1,381 ppm MBA: A microemulsion copolymer of 60 mole % of sodium acrylate and 40 mole % of acrylamide crosslinked with 1,381 ppm of N,N'-methylene-bis acrylamide (MBA) of 120*nm particle diameter; SV-1.10 mPa.s.

30 APS/70 AMD/995 ppm MBA: A microemulsion copolymer of 30 mole % of sodium 2-acrylamido-2-methylpropane sulfonate and 70 mole % of acrylamide crosslinked with 995 ppm of methylenebisacrylamide (MBA); SV-1.37 mPa.s.

30 AA/70 AMD/1000 ppm MBA/ 2% SURFACTANT (TOTAL EMULSION): A microemulsion copolymer of 30 mole % of sodium acrylate and 70

CIBA 000006

5,167,766

| 11 | 12 |

mole % of acrylamide crosslinked with 1,000 ppm of N,N'-methylenebisacrylamide with 2% diethanolamide oleate and 464*nm particle diameter.

30 AA/70 AMD/1,000 ppm MBA/ 4% SURFACTANT (TOTAL EMULSION): A microemulsion copolymer of 30 mole % of sodium acrylate and 70 mole % of acrylamide crosslinked with 1,000 ppm of N,N'-methylenebisacrylamide with 4% diethanolamide oleate and of 149*nm particle diameter, SV-1.02 mPa.s.

30 AA/70 AMD/ 1,000 ppm MBA/ 8% SURFACTANT(TOTAL EMULSION): A Microemulsion copolymer of 30 mole % of sodium acrylate and 70 mole % of acrylamide crosslinked with 1000 ppm of N,N'-methylenebisacrylamide with 8% diethanolamide oleate and of 106*nm particle diameter, SV-1.06 mPa.s.

### Procedure for the Preparation of Anionic Microemulsions

#### 30 AA/70 AMD/349 ppm MBA - 130 nm

An aqueous phase is prepared by sequentially mixing 147 parts of acrylic acid, 200 parts deionized water, 144 parts of 56.5% sodium hydroxide, 343.2 parts of acrylamide crystal, 0.3 part of 10% pentasodium diethylenetriaminepentaacetate, an additional 39.0 parts of deionized water, and 1.5 parts of 0.52% copper sulfate pentahydrate. To 110 parts of the resultant aqueous phase solution, 6.5 parts of deionized water, 0.25 part of 1% t-butyl hydroperoxide and 3.50 parts of 0.61% methylene bisacrylamide are added. 120 Parts of the aqueous phase are then mixed with an oil phase containing 77.8 parts of low odor paraffin oil, 3.6 parts of sorbitan sesquioleate and 21.4 parts of polyoxyethylene sorbitol hexaoleate.

This resultant clear, microemulsion is deaerated with nitrogen for 20 minutes. Polymerization is initiated with gaseous SO₂, allowed to exotherm to 40° C. and controlled at 40° C. (+5° C.) with ice water. The
* The unswollen number average particle diameter in nanometers is defined and used herein as that determined by the quasi-elastic light scattering spectroscopy (QELS) as carried out on the polymer emulsion, microemulsion or dispersion. Ice water is removed when cooling is no longer required. The nitrogen is continued for one hour. The total polymerization time is 2.5 hours.

For purposes of use in the instant process, the polymer may be recovered from the emulsion by stripping or by adding the emulsion to a solvent which precipitates the polymer, e.g. isopropanol, filtering off the resultant solids, and redispersing in water for use in the papermaking process. The precipitated polymer microbeads may be dried before redispersion in water.

Alternatively, the microemulsion per se may also be directly dispersed in water. Depending on the surfactant and levels used in the microemulsion, dispersion in water may require using a high hydrophilic lipophilic balance (HLB) inverting surfactant such as ethoxylated alcohols; polyoxyethlated sorbitol hexaoleate; diethanolamine oleate; ethoxylated laurel sulfate et. as in known in the art.

The concentration of the microbeads in the above-described redispersion procedures is similar to that used with other thin stock additives, the initial dispersion being at least 0.1%, by weight. The dispersion may be rediluted 5-10 fold just before addition to the papermaking process.

### Preparation of Cationic Organic Microbead 40 AETMAC/60 AMD/100 ppm

#### MBA—100 nm By microemulsion Polymerization

An aqueous phase containing 21.3 parts, by weight of acrylamide, 51.7 parts of a 75% acryloxyethyltrimethyl ammonium chloride solution, 0.07 parts 10% diethylenetriamine pentaacetate (penta sodium salt), 0.7 part of 1% t-butyl hydroperoxide and 0.06 part of methylenebisacrylamide dissolved in 65.7 parts of deionized water is prepared. The pH is adjusted to 3.5 (±0.1). An oil phase composed of 8.4 parts of sorbitan sesquioleate, 51.6 parts of polyoxyethylene sorbitol hexaoleate dissolved in 170 parts of a low odor paraffin oil is prepared. The aqueous and oil phase are mixed together in an air tight polymerization reactor fitted with a nitrogen sparge tube, thermometer and activator addition tube. The resultant clear microemulsion is sparged with nitrogen for 30 minutes and the temperature is adjusted to 27.5° C. Gaseous sulfur dioxide activator is then added by bubbling nitrogen through a solution of sodium metabisulfite. The polymerization is allowed to exotherm to its maximum temperature (about 520° C.) and then cooled to 25° C.

The particle diameter of the resultant polymer microbead is found to be 100 nm. The unswollen number average particle diameter in nanometers (nm) is determined by quasi-elastic light scattering spectroscopy (QELS). The SV is 1.72 mPa.s.

### Preparation of Cationic Organic Inverse Emulsion 40 AETMAC/60 AMD/100 ppm MBA 1,000 nm by Inverse Emulsion Polymerization

An aqueous phase is made by dissolving 87.0 parts of commercial, crystal acrylamide (AMD), 210.7 parts of a 75% acryloxyethyltrimethylammonium chloride (AETMAC) solution, 4.1 parts of ammonium sulfate, 4.9 parts of a 5% ethylene diaminetetraacetic acid (disodium salt) solution, 0.245 part (1000 wppm) of methylenebisacrylamide (MBA) and 2.56 parts of t-butyl hydroperoxide into 189 parts of deionized water. The pH is adjusted to 3.5 (±0.1) with sulfuric acid.

The oil phase is made by dissolving 12.0 gms of sorbitan monooleate into 173 parts of a low odor paraffin oil.

The aqueous phase and oil phase are mixed together and homogenized until the particle size is in the 1.0 micron range.

The emulsion is then transferred to a one liter, three-necked, creased flask equipped with an agitator, nitrogen sparge tube, sodium metabisulfite activator feed line and a thermometer.

The emulsion is agitated, sparged with nitrogen and the temperature adjusted to 25° C. After the emulsion is sparged 30 minutes, 0.8% sodium metabisulfite (MBS) activator solution is added at a 0.028 ml/minute rate. The polymerization is allowed to exotherm and the temperature is controlled with ice water. When cooling is no longer needed, the 0.8% MBS activator solution/addition rate is increased and a heating mantle is used to maintain the temperature. The total polymerization time takes approximately 4 to 5 hours using 11 mls of MBS activator. The finished emulsion product is then cooled to 25° C.

The particle diameter is found to be 1,000 nm. The unswollen number average particle diameter in nanometers is determined by the quasi-elastic light scattering spectroscopy (QELS). The SV is 1.24 mPa.s.

CIBA 000007

5,167,766

| 13 | 14 |

## EXAMPLE 1

Using the paper-making procedure described above, the drainage times are measured on 1) alkaline stock containing 5% CaCO3, alone, 2) the same stock with added linear, high molecular weight cationic copolymer of 10 mole % acryloxyethyltrimethylammonium chloride and 90 mole % of acrylamide (10 AETMAC/90 AMD) and 3) the same stock with added cationic copolyer and anionic microbead made from 30 mole % acrylic acid 70 mole % of acrylamide (30 AA/70 AMD) and cross-linked with 349 ppm of methylenebisacrylamide (MBA) of 130 nm particle diameter and added as a redispersed 0.02% aqueous solution. The results are shown in TABLE I, below.

TABLE I

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 88.4 |
| -2- | -0- | 62.3 |
| -2- | 0.5 | 37.5 |

The addition of cationic polymer reduces drainage time from 88.4 to 62.3 seconds. Surprisingly microbeads reduce the drainage times by another 24.8 seconds to 37.5 seconds, a 39.8% reduction which is a significant improvement in drainage times.

## EXAMPLE 2

The alkaline furnish used in this example contains 5.0 lbs/ton of cationic starch. To this furnish is added to following additives as described in Example 1. Drainage times are then measured and reported in Table II, below.

TABLE II

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 121.9 |
| 1 - 10 AETMAC/90 AMD | -0- | 89.6 |
| 1 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm - 130 nm | 57.8 |

In the presence of a mixture of high molecular weight cationic polymer and, cationic starch, anionic polymer microbeads greatly improves drainage.

## EXAMPLE 3

Following the procedure of Example 1, various other comparative runs are made using a second alkaline stock containing 10 lbs/ton of cationic starch, and bentonite, as disclosed in U.S. Pat. No. 4,753,710, in order to show the benefits of the use of organic microbeads in accordance with the invention hereof. The results are shown in Table III, below.

TABLE III

| Cationic Polymer lbs/Ton | Anionic Micro-Particle (lbs./Ton) | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 132.3 |
| 1.0 - 10 AETMAC/ 90 AMD | 5.0 - Bentonite | 53.1 |
| 1.0 - 10 AETMAC/ 90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 55.1 |
| 1.0 - 10 AETMAC/ 90 AMD | 0.5 - 100 AA-1985 ppm MBA-80 nm | 65.1 |
| 1.0 - 55 AETMAC/ 45 AMD | 5.0 - Bentonite | 76.4 |
| 1.0 - 55 AETMAC/ | 0.5 - 30 AA/70 AMD/ | 55.4 |

TABLE III-continued

| Cationic Polymer lbs/Ton | Anionic Micro-Particle (lbs./Ton) | Drainage in Seconds |
|---|---|---|
| 45 AMD | 349 ppm MBA - 130 nm | |
| 1.0 - 55 AETMAC/ 45 AMD | 0.5 - 60 AA/40 AMD/ 1,381 ppm MBA - 120 nm | 45.7 |
| 1.0 - 55 AETMAC/ 45 AMD | 0.5 - 100 AA-1985 ppm MBA | 48.6 |

When the 10% cationic polymer AETMAC/AMD (10/90) is used in conjunction with bentonite, similar drainage results to those obtained using only 0.5 lb. of 30% anionic microbead AA/AMD (30/70) in place of the bentonite, are obtained. With a cationicity polymer, bentonite gives a slower drainage rate of 76.4 seconds and the 30% anionic microbead about the same drainage rate of 55.4 seconds. With the higher cationicity polymer (55%) and 0.5 lbs/ton of a high anionicity microbead, AA/AMD (60/40) a far superior drainage time of 45.7 seconds is obtained, using far less additive.

## EXAMPLE 4

An alkaline paper stock containing 10 pounds/ton of cationic starch is treated as described in Example 1. The results are shown in Table IV, below.

TABLE IV

| Cationic Polymer lbs/Ton | Anionic Micro-particle lbs/Ton | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 115.8 |
| 0.5 - 10 AETMAC/90 AMD | -0- | 83.5 |
| 0.5 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 51.1 |
| 0.5 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 57.3 |
| 0.5 - 55 AETMAC/45 AMD | 0.5 - 60 AA/40 AMD/ 1,381 ppm - 120 nm | 46.1 |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 42 |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 60 AA/40 AMD/ 1,381 ppm BMA - 120 nm | 38.9 |

The combination of 0.5 lb/ton of cationic polymer and 5.0 lbs/ton of bentonite gives a good drainage of 51.5 seconds, somewhat better than the 0.5 lb of 30% anionicity microbeads, i.e. 57.3 seconds. However, bentonite is inferior to the results achieved using 0.5 lb/ton of a higher (60%) anionicity polymer, i.e. of 46.1 seconds. Increasing the amount of cationic polymer to 1.0 lb/ton results in improved bentonite and 60% anionic polymer microbead times of 42 and 38.9 seconds, however, the microbead results are again superior.

## EXAMPLE 5

The procedure of Example 1 is again followed except that first pass retention values are measured. The organic anionic microbead is compared at a 0.5 lbs/ton rate to 2.0 lbs/ton of silica and 5.0 lbs/ton of bentonite in an alkaline paper stock as known in the art. The organic, 30% anionic polymer microbeads give the best retention values at a lower concentration, as shown in Table V, below.

TABLE V

| Cationic Polymer lbs/Ton | Anionic Micro-bead lbs/Ton | Fines First Pass Retention in % |
|---|---|---|
| 2.0 - 10 AETMAC/90 AMD | -0- | 50.3 |
| 2.0 - 10 AETAMC/90 AMD | 2.0 - Silica- 5 nm | 55.3 |

CIBA 000008

5,167,766

15

### TABLE V-continued

| Cationic Polymer lbs/Ton | Anionic Micro-bead lbs/Ton | Fines First Pass Retention in % |
|---|---|---|
| 2.0 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 55.8 |
| 2.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/749 ppm MBA | 59.2 |

### EXAMPLE 6

The procedure of Example 1 is again followed except that alum is added to the stock immediately before the cationic polymer. The test furnish is alkaline stock containing 5.0 lbs/ton of cationic starch and 25% CaCO₃. The results are set forth below in Table VI.

### TABLE VI

| Cationic Polymer lbs/Ton | Anionic Micro-bead lbs/Ton | Drainage in Seconds |
|---|---|---|
| | 5 lbs/ton Alum | |
| 0.5 - 10 AETMAC/90 AMD | 5 - Bentonite | 46.1 |
| 0.5 - 10 AETMAC/90 AMD | 0.5 - 30 AMD/349 ppm MBA -130 nm | 39.9 |
| | 10 lbs/ton Alum | |
| 1 - 10 AETMAC/90 AMD | 5 - Bentonite | 33.5 |
| 1 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/349 ppm - 130 nm | 29.6 |

The alum-treated furnish which is contracted with the polymer microbead has a faster drainage rate than that treated with 10 times as much bentonite. In a comparative test using 0.5 lb of 10 AETMAC/90 AMD and 5.0 lbs bentonite without alum, an equivalent drainage time of 46.1 seconds, is achieved.

### EXAMPLE 7

This example demonstrates the greater efficiency of the anionic organic polymer microbeads of the present invention used with alum as compared to bentonite alone. This efficiency is not only attained using a significantly lower anionic microbead dose but, also enable the use of a lower amount of cationic polymer. The furnish is alkaline and contains 5.0 lbs of cationic starch. The procedure of Example 1 is again used The results are shown in Table VII, below.

### TABLE VII

| Cationic Polymer lbs/Ton | Alum* lbs/ton | Anionic Microbead lbs/ton | Drainage in Seconds |
|---|---|---|---|
| 0 | 0 | 0 | 101.4 |
| 0.5-10 AETMAC/90 AMD | 0 | 0 | 87.5 |
| 0.5-10 AETMAC/90 AMD | 5 | 0 | 76.4 |
| 0.5-10 AETMAC/90 AMD | 5 | 0.25-30 AA/70 AMD/349 ppm MBA-130 nm | 51.1 |
| 0.5-10 AETMAC/90 AMD | 5 | 0.50-30 AA/70 AMD/349 ppm MBA-13 nm | 40.6 |
| 0.5-10 AETMAC/90 AMD | 0 | 5-Bentonite | 51.6 |
| 1.0-10 AETMAC/90 AMD | 0 | 5-Bentonite | 40.2 |

*Alum is added immediately before the cationic polymer

Thus, at a 0.5 lb. cationic polymer addition level, the anionic organic microbeads used with alum are approximately 20 fold more efficient than bentonite used alone (0.25 lb. vs. 5.0 lbs.). The cationic polymer level can be reduced in half (0.50 lb. vs. 1.0 lb.) compared to benton-

16

ite when the microbead level is raised to 0.50 lb., which is 10 fold lower than the bentonite dose.

### EXAMPLE 8

The procedure of Example 7 is again followed except that polyaluminum chloride is used in place of alum. As can be seen, in Table VIII, equivalent results are achieved.

### TABLE VIII

| Cationic Polymer lbs/Ton | Aluminum Salt lbs/Ton | Anionic Micro bead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.5-10 AETMAC/90 AMD | 0 | Bentonite | 57.5 |
| 0.5-10 AETMAC/90 AMD | 5-Alum | 0.5-30 AA/70 AMD/349 ppm-130 nm | 41.5 |
| 0.5-10 AETMAC/90 AMD | 8.5 Poly-aluminum Chloride (5.0 lbs alum (equivalent) | 0.5-30 AA/70 AMD/349 ppm-130 nm | 42.0 |

### EXAMPLE 9

To a batch of alkaline paper stock is added cationic starch. The drainage time is measured after addition of the following additives set forth in Table IX, below. The procedure of Example 1 is again used.

### TABLE IX

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage (Sec.) 5.0 lbs/Ton Starch | Drainage (Sec.) 10 lbs/Ton Starch |
|---|---|---|---|
| 0.5-10 AETMAC/90 AMD | 5-Bentonite | 46.9 | 50.9 |
| 0.5-10 AETMAC/90 AMD plus 5 lbs Alum | 0.5-30 AA/70 AMD/349 ppm MBA-130 nm | 34.0 | 32.7 |

C = Comparative Test

The alum/polymer microbead combination gives better drainage rates than the polymer/bentonite combination without alum.

### EXAMPLE 10

First pass retention is measured on an alkaline furnish containing 5.0 lbs/ton of starch to which the additives of Table X, below, are added.

### TABLE X

| | Fines First Pass Retention 10 AETMAC/90 AMD (lbs/Ton) | | |
|---|---|---|---|
| Microbead lbs/Ton | 0.5 | 1.0 | 2.0 |
| 5.0 - Bentonite | 39.9% | 41.6% | 46.8% |
| *5.0 - 30 AA/70 AMD/349 ppm MBA -130 nm | 39.9% | 44.4% | 48.5% |

*With the anionic polymer microbead 5.0 lbs./ton of alum is added with the cationic polymer.

The microbead and bentonite give similar retentions with 0.5 lb/ton of cationic polymer but with higher concentrations of polymer better retention is obtained with the microbeads.

### EXAMPLE 11

Another alkaline paper furnish containing 5 lbs/ton of cationic starch and 2.5 lbs/ton of alum to which the additives of Table XI are added as in Example 10, is treated.

CIBA 000009

5,167,766

17

### TABLE XI

| Anionic Microbead lbs/Ton | Fines First Pass Retention 10 AETMAC/90 AMD (lbs/Ton) | |
|---|---|---|
| | 0.5 | 1.0 |
| 5 - Bentonite | 34.6% | 42.3% |
| 7 - Bentonite | — | 43.1% |
| 0.25 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 35.7% | 43.4% |
| 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 38.7% | 44.6% |

A significant reduction in the dosages of polymeric microbead results in equivalent or superior retention properties.

### EXAMPLE 12

Lower molecular weight, cationic, non-acrylamide based polymers are used in papermaking and in this example the effect of anionic microbeads on the performance of a polyamine of said class is set forth. To an alkaline furnish containing 5 lbs/ton of cationic, starch is added 1.0 lb/ton of a cationic polymeric polymer of 50 mole % epichlorohydrin, 47 mole % dimethylamine and 3.0 mole % ethylenediamine of 250,000 mol. wt. The polyamine is used alone and in combination with 0.5 lbs/ton of microbead copolymer of 60% acrylic acid and 40% acrylamide cross linked with 1,381 ppm of methylenebisacrylamide and having 120 nm diameter particle size. From the data of Table XII it is seen that addition of the highly effective organic microbead cuts drainage time in half from 128.1 to 64.2 seconds.

### TABLE XII

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|
| -0- | -0- | 138.8 |
| -1- | -0- | 128.1 |
| -1- | 0.5 | 64.2 |

### EXAMPLE 13

In order to evaluate the use of microbeads on mill stock, a test is run on stock from a commercial paper mill The paper stock consists of 40% hardwood/30% soft wood/30% broke containing 12% calcium carbonate, 4% clay, and 2.5 lbs/ton of alkyl succinic anhydride (ASA) synthetic size emulsified with 10 lbs/ton cationic potato starch. An additional 6 lbs/ton of cationic potato starch and 6 lbs/ton of alum are also added to this stock. The additives listed in Table XIII, below, are added and drainage times are measured, as in Example 1.

### TABLE XIII

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|
| -0- | -0- | 153.7 |
| 0.5 - 10 AETMAC/90 AMD | -0- | 112.8 |
| 0.5 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 80.3 |
| 0.5 - 10 AETMAC/90 AMD | 0.25 - 30 AA/ 70 AMD -349 ppm MBA - 130 nm | 69.6 |
| 0.5 - 10 AETMAC/90 AMD | 0.5 - 30 AA/ 70 AMD - 349 ppm MBA - 130 nm | 57.5 |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 71.9 |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/ 70 AMD - 349 ppm MBA - 130 nm | 49.1 |

18

The paper stock from the above run has a 153.7 second drainage time Significant reduction of drainage time to 80.3 seconds is achieved with 0.5 lb/ton of high molecular weight, cationic polymer and 5 lbs/ton of bentonite. Replacement of the bentonite with a mere 0.25 lb/ton of organic anionic microbeads reduces drainage time another 10.7 seconds to 69.9 seconds. Thus, the microbeads at 1/20 the concentration give a superior drainage time to bentonite. The use of 0.5 lb/ton of the microbeads reduces the drainage time to 57.5 seconds. This is 22.8 seconds faster than ten times the weight of bentonite.

When testing is carried out using 1.0 lb/ton of cationic polymer and 5.0 lbs/ton of bentonite, drainage time is 71.9 seconds. However, when the test is performed with 0.5 lb of microbeads, the drainage time is 49.1 seconds which is 22.8 seconds faster than bentonite with one tenth the amount of microbead.

### EXAMPLE 14

The effect of using a cationic polymer of a lower charge density is investigated on the paper stock that was used in proceeding Example 13 and shown in Table XIV. The cationic polymer used, 5 AETMAC/95 AMD, has one half the charge density as that of 10 AETMAC/90 AMD that was used in Example 13. All else remains the same.

### TABLE XIV

| Cationic Polymer lbs/Ton | Additional Alum* lbs/Ton | Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.5-5 AETMAC/ 95 AMD | 0 | 0 | 94.7 |
| 0.5-5 AETMAC/ 95 AMD | 0 | 5-Bentonite | 51.4 |
| 0.5-5 AETMAC/ 95 AMD | 2.5 | 5-Bentonite | 56.7 |
| 0.5-5 AETMAC/ 95 AMD | 0 | 0.5-30 AA/70 AMD/349 ppm MBA-130 nm | 48.7 |
| 0.5-5 AETMAC/ 95 AMD | 2.5 | 0.5-30 AA/70 AMD/349 ppm MBA-130 nm | 39.5 |

*Alum is added immediately before the cationic polymer.

The superiority of 1/10th the amount of polymeric microbead to bentonite is evident with a lower charge cationic polymer also. Furthermore, the drainage time of cationic polymer and bentonite did not improve but decreased by 5.3 sec. on further addition of 2.5 lbs/ton of alum.

### EXAMPLE 15

The effect of changing the amount of starch on drainage time is measured by not incorporating the 6.0 lbs/ton of additional starch added to the furnish in Example 13 using the same stock. The results are shown in Table XV.

### TABLE XV

| Cationic Polymer lbs/Ton | Additional Alum* lbs/Ton | Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.5-5 AETMAC/ 95 AMD | 0 | 5 Bentonite | 45.9 |
| 0.5-5 AETMAC/ 95 AMD | 0 | 0.5-30 AA/70 AMD/349 ppm MBA-130 nm | 39.5 |
| 0.5-5 AETMAC/ 95 AMD | −2.5 | 0.5-30 AA/70 AMD/349 ppm | 29.5 |

CIBA 000010

5,167,766

#### TABLE XV-continued

| Cationic Polymer lbs/Ton | Additional Alum* lbs/Ton | Microbead lbs/Ton | Drainage in Seconds |
|---|---|---|---|
| | | MBA-130 nm | |

*Alum is added immediately before the cationic polymer.

### EXAMPLE 16

To evaluate the effect of the charge density of the cationic polymer on retention, to the furnish of Example 13, are added the additives shown in Table XVI. First pass retention values are measured, as in Example 5.

#### TABLE XVI

| Alum* lbs/Ton | Microbead lbs/Ton | 10 AETMAC/ 90 AMD | 5 AETMAC/ 95 AMD |
|---|---|---|---|
| | | 0.5 lbs/Ton % Retention | 0.5 lbs/Ton % Retention |
| 0 | 0 | 36% | 30.9% |
| 0 | 5-Bentonite | 32.4% | 39.6% |
| 2.5 | 0.5-30 AA/ 70 AMD/349 ppm MBA-130 nm | 45.1% | 49.1% |
| | | at 1.0 lbs/Ton % Retention | at 1.0 lbs/Ton % Retention |
| 0 | 5-Bentonite | 45.1 | 42.5 |
| 2.5 | 0.5-30 AA/ 70 AMD/349 ppm MBA-130 nm | 51.3 | 57.1 |

*Alum is added immediately before the cationic polymer.

Polymer microbeads are shown to be effective when used with high molecular weight, cationic polymers of lower charge density.

### EXAMPLE 17

A stock is taken from a second commercial mill. It is a goal of this example to demonstrate that microbeads-/alum give equivalent drainage times to those of current commercial systems. The mill stock consists of 45% deinked secondary fiber/25% softwood/30% broke containing 15% calcium carbonate and 3.0 lbs/ton of alkyl ketene dimer synthetic size emulsified with 10 lbs/ton of cationic starch. A second portion of 10 lbs of cationic starch is added to the thick stock and the ingredients listed in Table XVII, below are added to the furnish, as described in Example 1.

#### TABLE XVII

| Cationic Polymer lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.6-10 AETMAC/ 90 AMD | 0 | 5-Bentonite' | 158.2 sec. |
| 0.6-10 AETMAC/ 90 AMD | ~5.0 | 0.5-30 AA/70 AMD/ 349 ppm MBA-130 nm | 141.6 sec. |

*Alum is added immediately before the cationic polymer.

The microbeads/alum gives a faster drainage rate than the commercial bentonite system used in the mills routine production of paper. Other experimental runs result in lesser conclusive effectiveness with this pulp.

### EXAMPLE 18

Microbead retention efficiency is evaluated on papers made using a pilot Fourdrinier papermaking machine. The paper stock consists of pulp made from 70% hardwood and 30% softwood containing 25% calcium carbonate and 5 lbs/ton of cationic starch. The additives in the Table XVIII, below, are placed into the furnish in

successive runs and first pass retention percentages are measured. A 46 lb base weight paper is made.

The cationic, high molecular weight polymer is added just before the fan pump, the anionic microbead is added just before the pressure screen and alum, when added, is added just before the cationic polymer. Results are set forth in Table XVIII, below

#### TABLE XVIII

| Cationic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Ash-First Retention % |
|---|---|---|---|
| 0 | 0 | 0 | 34.4% |
| 0.6-10 AETMAC/ 90 AMD | 0 | 7.0-Bentonite | 61.3% |
| 0.6-10 AETMAC/ 90 AMD | 2.5 | 0.25-30 AA/70 AMD/ 349 ppm MBA-150 nm SV-1.32 | 62.7% |
| 0.6-10 AETMAC/ 90 AMD | 2.5 | 0.50-30 AA/70 AMD/ 349 ppm MBA-150 nm SV-1.32 | 67.0% |

In this example, the combination of 0.5 lb/ton of microbeads and 2.5 lbs/ton of alum results in a 5.7% superior retention over 7.0 lbs/ton of bentonite alone. The 7.0 lbs/ton of bentonite is about equal to the combination of 0.25 lbs of beads and 2.5 lbs/ton of alum in retention properties, a significant dosage reduction.

### EXAMPLE 19

The same pilot paper machine and paper stock that was used in Example 18 is again used except that a 55 lb "basis weight" paper is made. Additives in Table XIX, below, are mixed into the furnish as in the preceding example on successive runs and retention values are measured.

#### TABLE XIX

| Cationic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Ash-First Pass Retention % |
|---|---|---|---|
| 0 | 0 | 0 | 39.3% |
| 0.6-10 AETMAC/ 90 AMD | 0 | 0 | 39.4% |
| 0.6-10 AETMAC/ 90 AMD | 0 | 7.0 Bentonite | 74.6% |
| 0.6-10 AETMAC/ 90 AMD | 2.5 | 0.5-30 AA/70 AMD/ 349 ppm MBA-150 nm SV-1.32 | 74.5% |
| 0.6-10 AETMAC/ 90 AMD | 5.0 | 0.5-30 AA/70 AMD/ 349 ppm MBA-150 nm SV-1.32 | 74.7% |

In comparing the heavier (55 lb) basis weight paper of Example 19 to that of Example 18 (46 lb), under all conditions, the heavier paper has better retention. With the heavier paper there is no significant difference in retention between the paper prepared with bentonite alone and that prepared with microbeads and either 2.5 lbs or 5 lbs of alum, except the significant dosage reduction i.e. 7lbs. vs. 0.5 lb.

### EXAMPLE 20

The effect of microbead on paper formation is evaluated by treatment of an alkaline furnish containing 5.0 lbs/ton of starch with the additives listed in Table XX, below, as described in Example 18.

CIBA 000011

5,167,766

## 21

### TABLE XX

| Cationic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Paprican* Microscanner SP/RMS Ratio |
|---|---|---|---|
| 1–10 AETMAC/ 90 AMD | 0 | 5-Bentonite | 66 |
| 1–10 AETMAC/ 90 AMD | 0 | 1–30 AA/70 AMD/349 ppm MBA–130 nm | 69 |

*Paper formation is measured on hand sheets in the Paprican micro-scanner as described by R. H. Trepanier, Tappi Journal, December pp. 153, 1989. The results indicate that the microbead treated paper has better formation at a lower dosage than the bentonite treated paper as the larger number signifies better formation.

### EXAMPLE 21

Using the paper stock of Example 20, except that the cationic starch concentration is increased to lbs/ton, formation is measured on paper made with the additives set forth in Table XXI.

### TABLE XXI

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Paprican Microscanner SP/RMS Ratio | Drainage Sec. |
|---|---|---|---|
| 1–10 AETMAC/90 AMD | 5-Bentonite | 73 | 42 |
| 1–55 AETMAC/45 AMD | 0.5–60 AA/40 AMD/1.381 ppm MBA. | 81 | 38.9 |
| 1–55 AETMAC/45 AMD | 1.0–50 AA/40 AMD/1,381 ppm MBA | 77 | 33.5 |

Microbeads give superior hand sheet paper formation and better drainage times compared to bentonite, and at a lower dosage.

### EXAMPLE 22

To an alkaline furnish containing 5-lbs of cationic starch, the ingredients set forth in Table XXII are added to the furnish of Example 21 and formation is observed visually on the paper hand sheets, produced thereby.

### TABLE XXII

| Cationic Polymer lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Visual Formation | Drainage Sec. |
|---|---|---|---|---|
| 0.5–10 AETMAC/90 AMD | –0– | –0– | A | 87.8 |
| 0.5–10 AETMAC/90 AMD | –0– | 5-Bentonite | A | 57.5 |
| 0.5–10 AETMAC/90 AMD | 2.5 | 0.5–30 AA/70 AMD/349 ppm MBA–130 nm | A | 47.8 |
| 1.0–10 AETMAC/90 AMD | –0– | 5.0-Bentonite | B | 49.2 |
| 1.0–10 AETMAC/90 AMD | 2.5 | 0.5–30 AA/70 AMD/349 ppm MBA–130 nm | B | 39.8 |

*Alum is added immediately before the cationic polymer.

Hand sheets from the first three samples have equivalent formation (A) by visual observation. The last two samples (B) themselves have equivalent formation by visual observation but their formation is not as good as the first three sheets. The experiment shows the superior drainage times are achieved with a microbead alum combination with equivalent visual paper formation as compared to bentonite, above, at higher dosage.

### EXAMPLE 23

In order to evaluate a different type of anionic microparticle, three different particle sizes of hydrophobic polystyrene microbeads, stabilized by sulfate charges, are added to an alkaline paper stock containing 25% $CaCO_3$ and 5 lbs/ton of cationic starch in the furnish.

## 22

Table XXIII sets forth the additives used and drainage times measured.

### TABLE XXIII

| Cationic Polymer lbs/Ton | Anionic Polystyrene Microbeads lbs/Ton | Drainage Sec. |
|---|---|---|
| –0– | –0– | 101.9 Sec. |
| 1.0 - 10 AETMAC/90 AMD | –0– | 91.6 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Polystyrene beads - 98 nm | 79.8 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Polystyrene beads - 30 nm | 49.9 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Polystyrene beads - 22 nm | 42.2 Sec. |

It is noted that all three anionic polystyrene microbeads improved drainage time over the cationic polymer alone with the smallest bead being the most effective.

The results indicate that noncross-linked, polymeric, water-insoluble microbeads are effective in increasing drainage rates.

### EXAMPLE 24

A 30 nm polystyrene bead is compared to bentonite inperformance using the alkaline paper stock containing 5.0 lbs/ton of cationic starch, above described in Example 22. Results are set forth in Table XXIV.

### TABLE XXIV

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Dairnage Sec. |
|---|---|---|
| 1.0 - 10 AETMAC/90 AMD | –0– | 70.9 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 28.5 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Polystyrene Beads - 30 nm | 30.5 Sec. |

The results indicate that the 30nm polystyrene is substantially equivalent to bentonite.

### EXAMPLE 25

Microbead size of anionic polymer is studied by measuring drainage rates on the alkaline paper stock of Example 23 to which the additives of Table XXV are added. Results are specified therein.

### TABLE XXV

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage Sec. |
|---|---|---|
| 1.0 - 10 AETMAC/90 AMD | –0– | 106.8 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/349 ppm BMA - 130 nm | 72.2 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 2.0 - 40 AA/60 MBA - 220 nm | 71.7 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 3A AA/70 AMD/ | 98.9 Sec. |

CIBA 000012

5,167,766

23

#### TABLE XXV-continued

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage Sec. |
|---|---|---|
| 1.0 - 10 AETMAC/90 AMD | 50 ppm MBA - 1,000-2,000 nm 2.0 - 10 AA/70 AMD/ 50 ppm MBA - 1,000-2,000 nm | 101.6 Sec. |

Both the 130 nm and 220 nm in diameter microbeads reduce drainage times over that of stock without microbeads by 33%. However, when the diameter of the anionic microbead is increased to 1,000 to 2,000 nm, drainage is not significantly effected.

### EXAMPLE 26

Using the same paper stock as in Example 22 the ingredients shown in Table XXVI are added in successive order, as in the previous examples. The results are specified.

#### TABLE XXVI

| Cationic Polymer lbs/Ton | Anionic Microbeads lbs/Ton | Drainage Sec. |
|---|---|---|
| -0- | -0- | 135.6 Sec. |
| 1.0 - 55 AETMAC/45 AMD | -0- | 99.6 Sec. |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 30 AA/70 AMD 1000 ppm MBA- 2% surfactant- 464 nm | 86.7 Sec. |
| 1.0 - 55 AETMAC/45 AMD | 0.5 lbs 30 AA/70 AMD/ 1000 ppm MBA- 4% surfactant- 149 nm | 59.3 Sec. |
| 1.0 - 55 AETMAC/45 AMD | 0.5 lbs 30 AA/70 AMD/ 1,000 ppm MBA- 8% surfactant 106 nm | 54.3 Sec. |

Increased drainage rate is achieved as the microbead becomes smaller. Compared to the drainage time of 99.6 seconds without microbeads, the 464nm microbead results in a 12.9% reduction and the 149nm microbead a 40% reduction, showing the effect of small diameter organic microparticles.

### EXAMPLE 27

To the same stock that was used in Example 23, the ingredients set forth in Table XXVII are added, as in said example.

#### TABLE XXVII

| Cationic Polymer lbs/ton | Anionic Microbeads lbs/Ton | Drainage Sec. |
|---|---|---|
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 66.3 |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 APS/70 AMD/ 995 ppm MBA SV-1.37 mPa.s | 67.0 |

The microbeads of the 30 AA/70 AMD/349 ppm MBA copolymer and those of the 30 APS/70 AMD/995 ppm MBA copolymer when used with cationic polymers, produces paper with almost identical drainage times, even though one has a carboxylate and the other has a sulfonate functional group. That the anionic beads have different chemical compositions and a differing degree of cross-linking yet yield similar

24

properties is attributed to this similar charge densities and similar particle size. The acrylic acid microbead has a diameter of 130 nm and the 2-acrylamido-2-methyl-propane sulfonic acid microbead is of a similar size due to the similar way it was made.

### EXAMPLE 28

The effect of different shear conditions on the relative performance of the anionic microbead compared to bentonite is shown in Tables XXVIII A & B. Drainage testing is carried out as described in Example 1, on an alkaline furnish containing 5.0 lbs. of cationic starch subjected to four different shear conditions.

#### TABLE XXVIII-A

| Condition | Stirring R.P.M. and Time* | |
|---|---|---|
| | Cationic Polymer | Microbead |
| A | 800 rpm-30 sec. | 800 rpm-30 sec. |
| B | 1,500 rpm-30 sec. | 800 rpm-30 sec. |
| C | 1,500 rpm-60 sec. | 800 rpm-30 sec. |
| D | 1,500 rpm-60 sec. | 1,500 rpm-5 sec. |

High molecular weight cationic polymer is added to the furnish in a vaned Britt jar under agitation and agitation is continuous for the period specified before the microbead is added as in Example 1, agitation is continued, and the drainage measurement taken.

#### TABLE XXVIII-B

| Cationic Polymer | Anionic Microbead | Drainage in Seconds Shear Conditions | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| 0.6 lbs.* 10 AETMAC/90 AMD | 5.0 lbs. Bentonite | 52.6 | 56.1 | 57.8 | 49.6 |
| 0.6 lbs.* 10 AETMAC/90 AMD | 0.5 lbs. 30AA/ 70 AMD-349 ppm MBA-130 nm. | 45.9 | 48.3 | 52.3 | 44.5 |

*5.0 lbs. of alum is added immediately before the cationic polymer.

The relative performance of each additive system remains the same under different test shear conditions.

### EXAMPLE 29

The utility of polymeric anionic microbeads in acid paper stock is established as follows. To an acid paper stock made from ⅓ chemical pulp ⅔ ground wood fiber, and containing 15% clay and 10 lbs/ton of alum at a pH of 4.5 are added and the listed ingredients of Table XXIX below.

#### TABLE XXIX

| Anionic Microbead lbs/Ton | Drainage using Cationic Polymer 10 AETMAC/ 90 AMD 0.5 lbs/Ton | Drainage using Cationic Polymer 10 AETMAC/ 90 AMD 1.0 lbs/Ton |
|---|---|---|
| -0- | 64.2 Sec. | 52.2 Sec. |
| 5.0 - Bentonite | 57.0 Sec. | 47.0 Sec. |
| 0.5 - 30 AA 70 AMD/ 349 ppm MBA - 130 nm | 53.3 | 42.1 Sec. |
| 1.0 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | — | 38.7 Sec. |

Thus, in acid paper processes, 0.5 lb of polymeric anionic microbeads is superior to 5.0 lbs of bentonite in increasing drainage. At a level of 1.0 lbs/ton of cationic polymer, 5.0 lb/ton of bentonite lowers drainage time 10% while 0.5 lb/ton of microbeads lowers it 19.3% and 1.0 lb/ton of microbeads lowers it 25.9%.

CIBA 000013

5,167,766

25

## EXAMPLE 30

This example demonstrates the effect of alum on drainage in the acid paper process when acid stock from Example 29 is used without initial alum addition. A set of drainage times is measured for this stock without alum present and a second series is measured with 5.0 lbs/ton of added alum and with the ingredients set forth in Table XXX. The enhancement of drainage time with the added alum is a significant advantage of the present invention.

### TABLE XXX

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage in Seconds Alum in Stock | |
|---|---|---|---|
| | | -0- | 5 lbs/Ton |
| 1.0 - 10 AETMAC/ 90 AMD | 5.0 - Bentonite | 43.0 | 43.5 |
| 1.0 - 55 AETMAC/ 45 AMD | 1.0 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 42.1 | 29.1 |

C = Comparative Test

### EXAMPLE 31

In recent years cationic potato starch and silica have been found to give improved drainage times when used in alkaline papermaking processes. The effectiveness of polymeric microbeads compared to the silica system is shown in Table XXXI using the ingredients set forth therein on to the alkaline paper stock of, and in accordance with, Example 1.

### TABLE XXXI

| Cationic Potato Starch lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Drainage Seconds |
|---|---|---|---|
| 0 | 0 | 0 | 119.1 |
| 15-Starch | 0 | 0 | 112.7 |
| 15-Starch | 5.0 | 0 | 84.3 |
| 15-Starch | 5.0 | 3.0-Silica-5 nm | 38.5 |
| 15-Starch | 5.0 | 1.0-30 AA/70 AMD/ 349 ppm MBA-130 nm | |
| 30-Starch | 0 | 3.0-Silica-5 nm | 46.3 |

*Alum is added immediately before the addition of cationic potato starch.

The addition of 15 lbs/ton of starch, 5 lbs/ton of Alum and 3.0 lbs/ton of silica reduces the drainage time 67.7%, however replacement of the silica with 1.0 lb/ton of organic anionic microbeads reduces the drainage time 69.2% which is slightly better than the silica system with far less added material.

### EXAMPLE 32

The polymeric, anionic microbead and the silica starch systems of Example 31 are compared for first pass retention values using the alkaline paper stock of Example 2. The results are shown in Table XXXII, below.

### TABLE XXXII

| Cationic Potato Starch lbs/Ton | Alum* lbs/Ton | Anionic Microparticle lbs/Ton | First Pass Retention % |
|---|---|---|---|
| 0 | 0 | 0 | 25% |
| 15-Starch | 0 | 3.0-Silica 5 nm | 31.7% |
| 15-Starch | 2.5 | 1.0-30 AA/70 AMD/ 349 ppm MBA-130 nm | 37.4% |
| 15-Starch | 2.5 | 1.0-30 AA/70 AMD/ 349 ppm MBA-130 nm | 46.6% |

*Alum is added immediately before the addition of cationic potato starch.

26

The retention values of starch and 3.0 lbs/ton of silica are surpassed by replacing the silica with 2.5 lbs/ton alum and either 0.5 lbs/ton of microbead or 1.0 lb/ton of microbeads. The process of the instant invention results in a 15.25% and a 34.1% improvement in retention values, respectively, over silica.

### EXAMPLE 33

Retention values using silica and the organic anionic microbead of Table XXXIII are compared in a pilot Fourdrinier papermaking machine. The paper stock consists of pulp made from 70% hardwood and 30% softwood containing 25% calcium carbonate and 5 lbs/ton of cationic starch. The cationic potato starch is added immediately before the fan pump. The anionic microbeads and alum are added as in Example 18.

### TABLE XXXIII

| Cationic Potato Starch lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Ash Retention % |
|---|---|---|---|
| 0 | 0 | - | 34.4 |
| 20 | 0 | 3.0-Silica 5 nm | 49.2 |
| 20 | 5.0 | 3.0-Silica 5 nm | 66.3% |
| 20 | 5.0 | 1.0-30 AA/70 AMD 349 ppm MBA-150 nm SV-1.32 | 68.7% |

Alum improves the retention values of silica and the alum/silica system retention of 66.3% is slightly less than that of the alum/organic anionic microbead system of 68.7% (3.5% improvement) with 166 the concentration of microbead.

### EXAMPLE 34

A comparison of drainage times between the anionic, organic, microbead system and the silica system is made using the paper stock described in Example 13. It is noted that this stock contains 16 lbs/ton of cationic potato starch and 6 lbs/ton of alum. The additives of the Table XXXIV are added in successive runs.

### TABLE XXXIV

| Cationic Potato Starch lbs/Ton | Alum** lbs/Ton | Anionic Microparticle lbs/Ton | Drainage Seconds |
|---|---|---|---|
| 15 | 0 | 3.0-Silica 5 nm | 42.5 |
| 15* | 0 | 3.0-Silica 5 nm | 55.6 |
| 15 | 2.5 | 1.0-30 AA/70 AMD/ 349 ppm MBA-130 nm | 28.7 |

**Alum is added immediately before the addition of cationic potato starch.
(*Reverse addition of silica before starch)

The silica/starch system is inferior in drainage time to that of the organic microbead system (1.0 lb and 2.5 lbs alum).

### EXAMPLE 35

With the same stock as in Example 34, organic, anionic, microbead and silica systems, using a anionic polymer added to the furnish, are compared as to drainage times as in said Example. Alum and cationic starch are added where indicated and the furnish is stirred at 800 r.p.m. for 30 seconds. The anionic acrylamide copolymers and, if added, silica or microbeads are added together to the furnish and stirred for a further 30 seconds at 800 r.p.m. before the drainage rate is measured. See Table XXXV.

CIBA 000014

5,167,766

## 27

#### TABLE XXXV

| Anionic Polymer Retention Aid lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Drainage Seconds |
|---|---|---|---|
| 0 | 0 | 0 | 92.4 |
| 0.3-30 AA/70 AMD | 0 | 0 | 62.1 |
| 0.3-30 AA/70 AMD | 5.0 | 0 | 59.4 |
| 0.3-30 AA/70 AMD | 0 | 0.5-Silica-5 nm | 50.4 |
| 0.3-30 AA/70 AMD | 0 | 1.0-Silica-5 nm | 47.5 |
| 0.3-30 AA/70 AMD | 5.0 | 0.5-30 AA/70 AMD/349 ppm MBA-130 nm | 42.2 |
| 0.3-30 AA/ 70 AMD and 10-additional cationic starch | 0 | 1.0-Silica-5 nm | 41.3 |
| 0.3-30 AA/ 70 AMD and 10 additional cationic starch | 5.0 | 0.5-30 AA/70 AMD/349 ppm MBA-130 nm | 28.4 |

*Alum is added immediately before the addition of cationic potato starch. where both are used.

Silica improves drainage times when compared to the anionic acrylamide polymer alone; however, the anionic organic microbeads, in replacing the silica, give even better drainage times with alum. Additional cationic potato starch in the furnish allows the microbead system to produce even faster drainage times.

### EXAMPLE 36

Comparative retention values are determined for an organic anionic microbead versus a silica system using an anionic polymer and the paper stock of Example 13. The additives, as specified in Table XXXVI, are added as in Example 35.

#### TABLE XXXVI

| Anionic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | First Pass Retention % |
|---|---|---|---|
| 0.3-30 AA/70 AMD | 0 | 0 | 34.3 |
| 0.3-30 AA/70 AMD | 5.0 | 0 | 37.3 |
| 0.3-30 AA/70 AMD | 0 | 1.0-Silica-5 nm | 34.0 |
| 0.3-30 AA/70 AMD | 0 | 0.5-30 AA/70 AMD/349 ppm MBA-130 nm | 40.3 |
| 0.3-30 AA/70 AMD | 5.0 | 0.5-30 AA/70 AMD 349 ppm MBA-130 nm | 52.6 |

## 28

Retention values with 0.3 lb/ton of anionic polymer, with and without silica, are identical at 34% and addition of 5.0 lbs/ton of alum and no silica actually increases retention to 37.3%.

Anionic polymers, in combination with organic anionic microbeads however, give better retention values without (40.3%) and with alum (52.6%) when compared to the silica system (34%). This retention when combined with the faster drainage rates of the organic anionic microbeads shown in Table XXXV, makes them preferable to either the silica or bentonite systems usually used commercially.

### EXAMPLE 37

The effect of cationic organic, microbeads is now examined. To an alkaline furnish containing 25% calcium carbonate, 15 lbs. of cationic starch and 5 lbs. of alum and of a pH of 8.0, the ingredients of Table XXXVII are added. The anionic polymer is added first and the cationic, organic microbead is added second.

#### TABLE XXXVII

| Anionic Polymer (Linear) lbs/Ton | Cationic Microbead or Polymer lbs/Ton | Drainage Seconds |
|---|---|---|
| -0- | -0- | 142.7 |
| 0.5 - 30 AA/70 AMD | -0- | 118.5 |
| 0.5 - 30 AA/70 AMD | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA- 100 nm | 93.3 |
| 0.5 - 30 AA/70 AMD | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA - 1,000 nm | 113.9 |
| 0.5 - 30 AA/70 AMD | 0.3 - 40 AETMAC/60 AMD/ linear Polymer (not a microbead) | 98.7 |

The addition of 0.5 lb/ton of cross-linked cationic microbead—100 nm results a drainage time reduction of 25.2%. Addition of 0.5 lb/ton of linear cationic polymer causes a drainage time reduction but is not as effective as the cationic microbeads of the present invention.

### EXAMPLE 38

To an acid paper stock made from ½ chemical pulp, ¼ ground wood fiber and 15% clay are added 20 lbs/ton of alum. Half the stock is adjusted to pH 4.5 and remainder is adjusted to pH 5.5. The ingredients shown in Table XXXVIII are added in the same order as Example 37.

#### TABLE XXXVIII

| Anionic Polymer lbs/Ton | Cationic Polymer lbs/Ton | Cationic Microbead lbs/Ton | Drainage Time In Seconds pH 4.5 | Drainage Time In Seconds pH 5.5 |
|---|---|---|---|---|
| -0- | -0- | -0- | 103.4 | — |
| 0.5-7 AA/93 AMD | -0- | -0- | 88.4 | 59.8 |
| 0.5-10 APS/90 AMD | -0- | -0- | 95.0 | 59.7 |
| -0- | 0.5-10 AETMAC/90 AMD | -0- | 69.5 | 73.3 |
| -0- | 0.5-40 AETMAC/60 AMD | -0- | 72.9 | 69.4 |
| -0- | -0- | 0.5-40 AETMAC/60 AMD/ 100 ppm MBA-100 nm | 74.0 | 74.7 |
| -0- | -0- | 0.5-40 AETMAC/60 AMD/ 100 ppm MBA-1,000 nm | 94.6 | 92.8 |
| 0.5-7 AA/93 AMD | 0.5-40 AETMAC/60 AMD | -0- | 65.2 | 56.0 |
| 0.5-7 AA/93 AMD | -0- | 0.5-40 AETMAC/60 AMD/ 100 ppm MBA-100 nm | 70.5 | 53.4 |
| 0.5-7 AA/93 AMD | -0- | 0.5-40 AETMAC/60 AMD/ 100 ppm MBA-1,000 nm | 92.7 | 62.8 |
| 0.5-10 APS/90 AMD | 0.5-40 AETMAC/60 AMD | -0- | 72.3 | 55.4 |
| 0.5-10 APS/90 AMD | -0- | 0.5-40 AETMAC/60 AMD/ 100 ppm MBA-100 nm | 74.9 | 54.5 |
| 0.5-10 APS/90 AMD | -0- | 0.5-40 AETMAC/60 AMD/ 100 ppm MBA-100 nm | 99.7 | 70.7 |

CIBA 000015

5,167,766

29                                                    30

TABLE XXXVIII-continued

| Anionic Polymer lbs/Ton | Cationic Polymer lbs/Ton | Cationic Microbead lbs/Ton | Drainage Time In Seconds | |
|---|---|---|---|---|
| | | | pH 4.5 | pH 5.5 |
| | | 100 ppm MBA-1,000 nm | | |

## EXAMPLES 39-45

Following the procedure of Example 2, various microbeads, high molecular weight (HMW) polymers and polysaccharides are added to paper-making stock as described therein. In each instance, similar results are observed.

| Example No. | Microbead | Polysaccharide | HMW Polymer |
|---|---|---|---|
| 39 | AM/MAA (50/50) | Cationic Guar | AM/DADM (70/30) |
| 40 | AM/VSA (65/35) | — | Mannich PAM |
| 41 | Mannich PAM | CMC | AM/AA (80/20) |
| 42 | AM/DADM (75/25) | — | PAA |
| 43 | P(DMAEA) | — | — |
| 44 | P(AA) | Cationic Guar | AM/ DMAEA |
| 45 | AM/AA (25/75) | Cationic Guar | AM/AA (70/30) |

AM = Acrylamide
MAA = Methacrylic acid
VSA = Vinyl Sulfonic acid
DADM = Diallyldimethylammonium chloride
P(AA) = Polyacrylic acid
P(DMAEA) = Poly(dimethylaminoethylacrylate) quaternary
CMC = Carboxymethyl cellulose
Mannich = Polyacrylamide reacted with formaldehyde and
PAM    dimethyl amine

We claim:

1. A method of making paper which comprises adding to an aqueous paper furnish from about 0.05 to about 20 lbs/ton, based on the dry weight of paper furnish solids, of an ionic, organic, cross-linked polymeric microbead, the microbead having an unswollen particle diameter of less than about 750 nanometers and an ionicity of at least 1%, but at least 5%, if anionic and used alone.

2. Paper produced by the method of claim 1.

3. A method according to claim 1 wherein from about 0.05 to about 20 lbs/ton, same basis, of a high molecular weight, ionic polymer is added to said furnish in conjunction with said microbead.

4. Paper produced by the method of claim 3.

5. A method according to claim 3 wherein the microbead and the high molecular weight ionic polymer have opposite charges.

6. Paper produced by the method of claim 5.

7. A method according to claim 3 wherein said ionic polymer is anionic.

8. Paper produced by the method of claim 7.

9. A method according to claim 3 wherein said ionic polymer is cationic.

10. Paper produced by the method of claim 9.

11. A method according to claim 1 wherein from about 1.0 to about 50 lbs/ton, same basis, of an ionic polysaccharide is added to said furnish in conjunction with said microbead.

12. Paper produced by the method of claim 11.

13. A method according to claim 11 wherein said polysaccharide is cationic.

14. Paper produced by the method of claim 13.

15. A method according to claim 11 wherein said polysaccharide is anionic.

16. Paper produced by the method of claim 15.

17. A method according to claim 11 wherein the polysaccharide is starch.

18. Paper produced by the method of claim 17.

19. A method according to claim 1 wherein said microbead is a polymer of acrylamide.

20. Paper produced by the method of claim 19.

21. A method according to claim 1 wherein the furnish contains a size, a strength additive a promotor, a polymeric coagulant, a dye fixative or a mixture thereof.

22. Paper produced by the method of claim 21.

23. A method according to claim 1 wherein from about 0.1 to about 20 pounds of an active, soluble aluminum species is also added per ton of paper furnish solids to the furnish.

24. Paper produced by the method of claim 23.

25. A method according to claim 23 wherein the species is alum, polyhydroxyaluminum chloride and/or sulfate or mixtures thereof.

26. Paper produced by the method of claim 25.

27. A method according to claim 1 wherein bentonite or silica is added in conjunction with the microbead.

28. Paper produced by the method of claim 27.

* * * * *

CIBA 000016

# EXHIBIT C



US005171808A

## United States Patent [19]

### Ryles et al.

[11]   Patent Number:   **5,171,808**

[45]   Date of Patent:   **Dec. 15, 1992**

[54]   **CROSS-LINKED ANIONIC AND AMPHOTERIC POLYMERIC MICROPARTICLES**

[75]   Inventors:   Roderick G. Ryles, Milford; Dan S. Honig, New Canaan; Elleth W. Harris, Bridgeport; Roger E. Neff, Stamford, all of Conn.

[73]   Assignee:   American Cyanamid Company, Stamford, Conn.

[21]   Appl. No.:   803,120

[22]   Filed:   Jul. 22, 1991

### Related U.S. Application Data

[63]   Continuation of Ser. No. 535,626, Jun. 11, 1990, abandoned.

[51]   Int. Cl.⁵ ..................... C08F 26/10; C08F 20/56; C08F 20/06; C08F 2/24; C08F 8/00

[52]   U.S. Cl. ..................... 526/264; 526/303.1; 526/317.1; 526/207; 526/213; 525/107; 525/193

[58]   Field of Search ............................ 526/264

[56]   **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,147,688 | 4/1979 | Makhlouf et al. | 526/273 |
| 4,705,640 | 11/1987 | Whittaker | 524/922 |
| 4,968,435 | 11/1990 | Neff et al. | 524/922 |

#### OTHER PUBLICATIONS

Susan Budavari, Maryadele J. O'Neil, Ann Smith, and Patricia E. Heckelman, The Merck Index, pp. 21, 935 and 1572, 1989.

*Primary Examiner*—Joseph L. Schofer
*Assistant Examiner*—Wu C. Cheng
*Attorney, Agent, or Firm*—Frank M. Van Riet

[57]   **ABSTRACT**

Novel compositions comprising anionic and/or amphoteric organic polymeric microparticles are disclosed, along with a method for their production. The products are useful in flocculating a wide variety of dispersions of suspended solids and in paper-making.

**21 Claims, No Drawings**

CIBA 000017

5,171,808

1

## CROSS-LINKED ANIONIC AND AMPHOTERIC POLYMERIC MICROPARTICLES

This is a continuation of co-pending application Ser. No. 07/535,626, filed Jun. 11, 1990 now abandoned.

The present invention relates to structured anionic and amphoteric polymeric microparticles and a method for their preparation.

## BACKGROUND OF THE INVENTION

Cross-linked anionic and amphoteric, organic polymeric compositions are known to those skilled in the art and are useful in a variety of solid-liquid separation applications, particularly in the flocculation of various dispersions of suspended solids, such as sewage sludge, and in the thickening of cellulosic paper pulp suspensions. Modern concerns about environmental pollution and the increasing cost of materials have made it highly desirable to produce flocculating agents which cause higher degrees of separation at lower dosage levels.

EP 0,202,780 describes the preparation of polymeric, crosslinked, cationic acrylamide polymer beads by conventional inverse emulsion polymerization techniques. Crosslinking is accomplished by the incorporation of a difunctional monomer, such as methylenebisacrylamide, into the polymer. This crosslinking technology is well known in the art. The patentee teaches that the crosslinked beads are useful as flocculants.

Typically, the particle size of polymers prepared by conventional inverse water-in-oil emulsion polymerization processes are limited to a range of about 1-5 microns, since no particular advantage in reducing the particle size has hitherto been apparent. The precise particle size which is achievable in inverse emulsions is determined by the concentration and activity of the surfactant(s) employed and these are customarily chosen on the basis of emulsion stability and economic factors.

Leong, et al., in *Inverse Microemulsion Polymerization*, J. of Phys. Chem., Vol. 86, No. 23, Jun. 24, 1982, pp 2271–3, discloses polymerization of acrylamide in an inverse microemulsion. The author, also discloses having prepared crosslinked polyacrylamide latices or microgels by using a 100:1 mixture of acrylamide-methylenebisacrylamide. No anionic or amphoteric monomers are mentioned or is their use as a flocculating agent or paper-making additive.

EPO 0173605 teaches the production of microbeads having a diameter ranging from about 49–87 nm and produced from terpolymers of vinyl acetate (84.6), ethyl acrylate (65.4) and acrylic acid (4.5) or methacrylonitrile (85), butyl acrylate (65) and acrylic acid (3). These polymeric beads are disclosed as added to an LBKP pulp slurry in order to evaluate the resultant paper for sizing degree, paper force enhancement and disintegratability. These polymer beads fall outside the scope of those claimed in the present invention in that the ionic content thereof is too small to impart any appreciable improvement during usage.

Additionally, U.S. Pat. No. 4,681,912 discloses the production of microparticles of acrylamide and acrylic acid, for example, utilizing a microemulsion process. The patent, however, fails to teach the cross-linking of the particles so as to render them water-insoluble or their use in paper-making.

2

## SUMMARY OF THE INVENTION

According to the present invention, there are provided compositions comprising crosslinked, anionic and/or amphoteric, organic, polymeric, microparticles, having an unswollen number average particle size diameter of less than about 0.75 micron, preferably less than about 0.5 micron, a solution viscosity of at least 1.1, preferably from about 1.1 to about 2.0, mPa.s, a crosslinking agent content of above about 4 molar parts per million, based on the monomeric units present in the polymer, and an ionicity of at least about 5%.

The preferred anionic monomers for use in the practice of the present invention comprises acrylic acid, methacrylic acid, ethacrylic acid, 2-acrylamido-2-alkylsulfonic acids where the alkyl group contains 1 to 6 carbon atoms, such as 2-acrylamido-2-propane-sulfonic acid or mixtures of any of the foregoing and their alkaline salts. Especially preferred are the sodium salts of acrylic acid, methacrylic acid, and 2-acrylamido-2-methylpropane sulfonic acid.

The preferred amphoteric polymers for the use in the practice of the present invention comprise copolymers of one or monomers of the foregoing anionic monomers and one or more of the following cationic ethylenically unsaturated monomers selected from, from example, acryloxyethyltrimethylammonium chloride; dialyldimethylammonium chloride; 3-(meth)acrylamido-propyltrimethylammonium chloride; 3-acrylamido-propyltrimethylammonium-2-hydroxypropylacrylate methosulfate; trimethylammoniumethyl methacrylate methosulfate; 1-trimethylammonium-2-hydroxypropyl-methacrylate methosulfate; methacryloxyethyltrimethylammonium chloride; or mixtures of any of the foregoing.

The preferred ethylenically unsaturated non-ionic monomers for use in the practice of the present invention are selected from acrylamide; methacrylamide; N,N-dialkylacrylamides; N-alkylacrylamides; N-vinylmethacetamide; N-vinyl methylformamide; N-vinyl pyrrolidone and mixtures thereof. Especially preferred is acrylamide.

The preferred compositions encompassed by the present invention are 1) anionic monomers alone or 2) a mixture of anionic and cationic monomers, each copolymerized with the ethylenically unsaturated non-ionic monomers disclosed above. Especially preferred is acrylamide copolymerized with sodium acrylate.

Also, according to the present invention, there is provided a process for the preparation of compositions as defined above, the process comprising:

(a) admixing
  (i) an aqueous solution comprising at least one ethylenically unsaturated anionic monomer alone or in admixture with a cationic monomer and at least one crosslinking agent and, optionally, at least one ethylenically unsaturated non-ionic monomer;
  (ii) an oily phase comprising at least one hydrocarbon liquid; and
  (iii) an effective amount of surfactant or surfactant mixture, so as to form an inverse emulsion which, when subjected to polymerization conditions, results in a polymer having a particle size of less than about 0.75 micron in unswollen diameter; and
(b) subjecting the inverse emulsion obtained in step (a) to polymerization conditions.

CIBA 000018

5,171,808

3

A preferred feature of the present invention, comprises a process employing an aqueous solution comprising sodium acrylate as the anionic monomer, N,N-methylenebisacrylamide as the crosslinking agent and acrylamide as the non-ionic monomer; an oily phase comprising a saturated hydrocarbon; and an effective amount of a surfactant mixture comprising polyoxyethylene (20) sorbitan monooleate and polyoxyethylene sorbitol hexaoleate, sufficient to produce particles of less than about 0.75 micron in unswollen number average particle size diameter.

Polymerization of the inverse emulsion may be carried out by adding a polymerization initiator, such as sodium metabisulfite or tert-butyl hydroperoxide, or by subjecting the inverse emulsion to ultraviolet irradiation. Also contemplated by the present invention is adding an effective amount of chain-transfer agent to the aqueous solution of the inverse emulsion, such as an alcohol, mercaptan, phosphite, sulfite or mixture of any of the foregoing. The process of the present invention may also comprise a step for recovering the composition from the inverse emulsion.

The resultant organic polymeric particles are useful in a method of making paper from an aqueous suspension of cellulose fibers, whereby the drainage properties of the suspension are improved by including in the suspension 0.1 to 20 lbs/ton, based on the dry weight of paper furnish solids, of the anionic or amphoteric crosslinked organic polymer microbead having an unswollen number average particle size diameter of less than about 0.75 micron, a solution viscosity of at least about 1.1, preferably about 1.1 to about 2.0 mPa.s. a cross-linking agent content of above about 4 molar parts per million, based on the monomeric units present in the polymer, and at least 5% ionicity, preferably in the presence of a molecular weight Ser. No. 07/536,382 filed Jun. 11, 1990, now abandoned and refiled as Ser. No. 07/540,667, filed Jun. 18, 1990 as a continuation-in-part.

DETAILED DESCRIPTION OF THE INVENTION

Cross-linked, anionic or amphoteric, organic polymeric microbeads having an unswollen number average particle size diameter of less than about 0.75 micron, a solution viscosity of from about 1.1 to about 1.5 mPa.s, a crosslinking agent content of above about 4 molar parts per million, based on the monomeric units present in the polymer, and an ionicity of at least about 5 mole percent, are generally formed by the polymerization of at least 5% of an ethylenically unsaturated anionic monomer and, for amphoteric microparticles, at least about 5% of one cationic monomer, and, optionally at least one non-ionic comonomer in the presence of a crosslinking agent in a water-in-oil inverse emulsion employing an effective amount of surfactant or surfactant mixture to produce microbeads of less than about 0.75 micron.

The amphoteric polymers for the use in the practice of the present invention comprise copolymers of one or more of the foregoing anionic monomers and one or more of the following cationic ethylenically unsaturated monomers (meth)acrylates of dialkylaminoalkyl compounds, and salts and quaternaries thereof and in particular monomers of N,N-dialkylaminoalkyl(meth)acrylamides, and salts and quaternaries thereof, such as N,N-dimethylaminoethyacrylamides; and the acid or quaternary salts thereof and the like. Cationic mono-

4

mers which may be used herein are of the following general formulae:

$$CH_2{=}C{-}C{-}X{-}AN^+{-}R_3Z^-$$ (I)

where $R_1$ is hydrogen or methyl, $R_2$ is hydrogen or lower alkyl of 1–4 carbon atoms, $R_3$ and/or $R_4$ are hydrogen, alkyl of 1–12 carbon atoms, aryl, or hydroxyethyl and $R_2$ and $R_3$, or $R_3$ and $R_4$, can combine to form a cyclic ring containing one or more hetero atoms, and Z is the conjugate base of an acid; X is oxygen or —NR₁, wherein R₁ is as defined above, and A is an alkylene group of 1–12 carbon atoms, or

$$R_5{-}C \quad\quad C{-}R_6$$ (II)

where $R_5$ and $R_6$ are hydrogen or methyl, $R_7$ is hydrogen or alkyl of 1–12 carbon atoms, and $R_8$ is hydrogen, alkyl of 1–12 carbon atoms, benzyl or hydroxyethyl; and Z is as defined above.

These ethylenically unsaturated anionic, cationic and non-ionic monomers may be copolymerized to produce anionic and amphoteric copolymers. Preferably, acrylamide is copolymerized with a anionic monomer. Anionic copolymers useful in the practice of this invention comprise from about 0 to about 95 parts, by weight of non-ionic monomer and about 5 to about 100 parts, by weight, of anionic monomer, based on the total polymer weight. Amphoteric polymers may be produced from about 1–99 parts, by weight, same basis, of anionic monomer and from about 99–1 parts, by weight, of cationic monomer, optionally with from about 0–75 parts, by weight, of a non-ionic monomer, the total weight of the anionic monomer and cationic monomer being at least 5%. Polymerization of the monomers is conducted in the presence of a polyfunctional crosslinking agent to form the crosslinked composition. The polyfunctional crosslinking agent comprises molecules having either at least two double bonds, a double bond and a reactive group, or two reactive groups. Illustrative of those containing at least two double bonds are N,N-methylenebisacrylamide, N,N-methylenebismethacrylamide, polyethyleneglycol diacrylate, polyethyleneglycol dimethacrylate, N-vinyl acrylamide, divinylbenzene, triallylammonium salts, N-methylallylacrylamide and the like. Polyfunctional branching agents containing at least one double bond and at least one reactive group include, glycidyl acrylate, acrolein, methylolacrylamide and the like. Polyfunctional branching agents containing at least two reactive groups include aldehydes such as glyoxal, diepoxy compounds, epichlorohydrin and the like.

Crosslinking agents are to be used in sufficient quantities to assure a crosslinked composition. Preferably at least about 4 molar parts per million of crosslinking agent, based on the monomeric units present, are employed to induce sufficient crosslinking and preferred is a crosslinking agent content of from about 4 to about

CIBA 000019

5,171,808

5

6000 molar parts per million, more preferably about 20–4000 and most preferably about 50–2000 molar parts per million.

One method of obtaining the polymeric microparticles of this invention is to polymerize the monomers in a microemulsion. Polymerization in microemulsions and inverse microemulsions is known to those skilled in this art. P. Speiser reported in 1976 and 1977 a process for making spherical "nanoparticles" with diameters less than 800A by (1) solubilization of polymerizable molecules, e.g. acrylamide and methylenebisacrylamide and other materials, e.g. drugs, in micelles and (2) polymerizing the monomers in the micelles. J. Pharm. Sa., 65(12), 1763 (1976) and U.S. Pat. No. 4,021,364. Both inverse water-in-oil and oil-in-water "nanoparticles" were prepared by this process. While not specifically called microemulsion polymerization by the author, this process does contain all the features which are currently used to define microemulsion polymerization. These reports also constitute the first examples of polymerization or acrylamide in a microemulsion. Since then, numerous publications reporting polymerization of hydrophobic polymers in the oil phase of microemulsions have appeared. See, for example, Stoffer and Bone, J. Dispersion Sci. and Tech., 1(1), 37, 1980 and Atik and Thomas, J. Am. Chem. Soc'y, 103(14), 4279 (1981); and GB 2161492A.

The ionic and amphoteric microemulsion polymerization process may be conducted by (i) preparing a monomer microemulsion by adding an aqueous solution of the monomers to a hydrocarbon liquid containing appropriate surfactant or surfactant mixture to form an inverse monomer microemulsion consisting of small aqueous droplets which, when polymerized, result in polymer particles of less than 0.75 micron in size, dispersed in the continuous oil phase and (ii) subjecting the monomer microemulsion to free radical polymerization.

In order to obtain an inverse microemulsion, it is generally necessary to use particular conditions whose main parameters are as follows: surfactant concentration, HLB of surfactant or surfactant mixture, temperature, nature of the organic phase and composition of the aqueous phase.

The aqueous phase comprises an aqueous mixture of the monomers, anionic or a mixture of anionic and cationic and optionally non-ionic, and the crosslinking agent, as defined above. The aqueous monomer mixture may also comprise such conventional additives as are desired. For example, the mixture may contain chelating agents to remove polymerization inhibitors, pH adjusters, initiators and other conventional additives.

Essential to the formation of the microemulsion, which may be defined as a swollen, transparent and thermodynamically stable micelle solution without agitation, comprising two liquids insoluble in each other and a surfactant, in which the micelles are much smaller than in an emulsion, is the selection of appropriate organic phase and surfactant.

The selection of the organic phase has a substantial effect on the minimum surfactant concentration necessary to obtain the inverse microemulsion. This organic phase may comprise of a hydrocarbon or hydrocarbon mixture. Saturated hydrocarbons or mixtures thereof are the most suitable in order to obtain inexpensive formulations (lower surfactant content) of inverse microemulsions. Typically, the organic phase will comprise benzene, toluene, fuel oil, kerosene, odorless mineral spirits and mixtures of any of the foregoing.

6

The ratio by weight of the amounts of aqueous and hydrocarbon phases is chosen as high as possible, so as to obtain, after polymerization, a microemulsion of high polymer content. Practically, this ratio may range, for example from about 0.5 to about 3:1, and usually is about 2:1.

The one or more surfactants are selected in order to obtain an HLB (Hydrophilic Lipophilic Balance) value ranging from about 8 to about 11. In addition to the appropriate HLB value, the concentration of surfactant must also be optimized, i.e. sufficient to form an inverse emulsion having the correct particle size. Typical surfactants useful in the practice of this invention, in addition to those specifically discussed above, may be anionic, cationic or non-ionic and are selected from polyoxyethylene (20) sorbitan trioleate, sorbitan trioleate, sodium di-2-ethylhexylsulfosuccinate, oleamidopropyldimethylamine; sodium isostearyl-2-lactate and the like.

Polymerization of the emulsion may be carried out in any manner known to those skilled in the art. Initiation may be effected with a variety of thermal and redox free-radical initiators including azo compounds, such as azobisisobutyronitrile; peroxides, such as t-butyl peroxide; organic compounds, such as potassium persulfate and redox couples, such as ferrous ammonium sulfate/ammonium persulfate. Polymerization may also be effected by photochemical irradiation processes, irradiation, or by ionizing radiation with a 60 Co source. Preparation of an aqueous product from the emulsion may be effected by inversion by adding it to water which may contain a breaker surfactant. Optionally, the polymer may be recovered from the emulsion by stripping or by adding the emulsion to a solvent which precipitates the polymer, e.g. isopropanol, filtering off the resultant solids, drying and redispersing in water.

The product of this invention is useful in facilitating a wide range of solid-liquid separation operations. The products of this invention may be used to dewater biologically treated suspensions, such as sewage and other municipal or industrial sludges; the drainage of cellulosic suspension, such as those found in paper production, e.g. paper waste; and the settling and dewatering of various inorganic suspensions, e.g. refinery waste, coal waste, etc.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following examples illustrate the present invention. They are not be construed as limitations on the present invention except as set forth in the appended claims.

EXAMPLES 1–5

Procedure for the Preparation of Anionic Microemulsion

The master batch of aqueous phase is made by mixing acrylic acid (AA), as the sodium salt, 200 parts deionized water, 56.5% sodium hydroxide, crystal acrylamide (AMD), 0.3 part 10% pentasodium diethylenetriaminepentaacetate, 39.0 parts additional deionized water, and 1.5 parts of 0.518% copper sulfate pentahydrate together. To 110.2 parts of this aqueous phase solution, 6.5 parts deionized water, 0.25 part 1% t-butyl hydroperoxide and N,N-methylene bisacrylamide (MBA) are added. This aqueous phase is mixed with an oil phase containing 77.8 parts of low odor paraffin oil, 3.6 parts

CIBA 000020

5,171,808

**7**

sorbitan sesquioleate and 21.4 parts polyoxyethylene sorbitol hexaoleate.

This emulsion is deaerated with nitrogen for 20 minutes. The polymerization is then initiated with gaseous SO₂. The polymerization is then allowed to exotherm to 40° C. and is controlled at 40° C. (+5° C.) with ice water. The ice water is removed when cooling is no longer required. The nitrogen is continued for one hours. The total polymerization time is 2.5 hours.

If desired, the polymer may be recovered from the emulsion by stripping or by adding the emulsion to a solvent which precipitates the polymer, e.g. isopropanol, filtering off the resultant solids, drying and redispersing in water.

At the time of use e.g. as a paper-making additive, the recovered polymer may be dispersed in water. The emulsion, microbeads may also be directly dispersed in water. Depending on the surfactant and levels used in the emulsion dispersion may require using high a hydrophilic lipophilic balance (HLB) inverting surfactant such as an ethoxylated alcohol; polyoxyethylated sorbitol hexaoleate; diethanolamine oleate; ethoxylated laurel sulfate etc. as is known in the art.

The procedure for preparing amphoteric emulsions e.g. 15AA/60AMD/25 dimethylaminoethylacrylate (DMEA)/349 ppm MBA, is repeated for the preparation of the anionic emulsions with the exception that the concentration of the individual monomers employed are adjusted accordingly.

Various monomers are polymerized in accordance with the above procedure. The results are set forth in Table I, below.

TABLE I

| | Preparation of Anionic Microbeads | | | | | |
|---|---|---|---|---|---|---|
| | Copolymer Compositions (Mole %) | | | MBA | PS | SV |
| Example | AMD | AA | NaAPS | PPM | NM | mPa·S |
| 1 | 70 | 30 | — | 349 | 130 | 1.19 |
| 2 | 40 | 60 | — | 1381 | 120 | 1.10 |
| 3 | 0 | 100 | — | 1985 | 80 | 1.35 |
| 4 | 70 | — | 30 | 995 | — | 1.37 |
| 5 | 70 | — | 30 | 10,086 | — | 1.15 |
| 6 | 70 | 30 | — | 1000 | 464 | — |
| 7 | 70 | 30 | — | 1000 | 149 | 1.02 |
| 8 | 70 | 30 | — | 1000 | 106 | 1.06 |

NaAPS = Sodium 2-Acrylamido-2-methylpropane Sulfonic Acid
PS = Number Average Particle Size in Nanometers
SV = Solution Viscosity (0.1% polymer in M NaCl, 25° C. using a Brookfield UL adapter at 60 rpm

**EXAMPLE 9**

In paper making processes it is found that the addition of anionic microbeads, preferably with a high molecular weight cationic polymer to a conventional paper making stock increases the drainage rate of water from the paper. The following examples illustrate this utility but are not to be construed to limit the invention in any manner whatsoever.

A 70/30 hardwood/softwood bleached kraft pulp is used containing 25% CaCO₃ for alkaline papermaking at a pH of 8.0 Drainage is a measure of the time required for a certain volume of water to drain through the paper and is here measured as a10X drainage. (K. Britt, TAPPI 63(4) p67 (1980). Hand sheet are prepared on a Noble and Wood sheet machine. In the test examples, the linear cationic copolymer is a 10 mole % of acryloxyethyltrimethylammonium chloride (AETMAC) and 90 mole % of acrylamide (AMD) of 5,000,000 to 10,000,000 mol. wt. with a charge density of 1.2 meg./g.

**8**

and SV-4.0 cps. The anionic microbeads in Table II are added separately to the thin paper stock. The cationic polymer is added to the test furnish in a "Vaned Britt Jar" and subjected to 800 rpm stirring for 30 seconds. The anionic microbead is then added and subjected to 800 rpm stirring for 30 seconds and then drainage times are measured. The results of testing are set forth in Table II, below.

TABLE II

| | | Drainage Aid Test Data | | | |
|---|---|---|---|---|---|
| Example | Cationic Polymer | Dosage (lb/ton) | Anionic Polymer Microbead of Example No. | Dosage (lb/ton) | Drainage Time (Sec) |
| 6 | -0- | | — | | 161.1 |
| 7 | 10 AETMAC/ 90 AMD | 2 | | | 116.9 |
| 8 | 10 AETMAC/ 90 AMD | 2 | -1- | (0.5) | 75.8 |
| 9 | 10 AETMAC/ 90 AMD | 2 | -1- | (1.0) | 72.1 |
| 10 | 10 AETMAC/ 90 AMD | 2 | -1- | (2.0) | 84.3 |
| 11 | 10 AETMAC/ 90 AMD | 2 | -2- | (0.5) | 66.3 |
| 12 | 10 AETMAC/ 90 AMD | 2 | -2- | (1.0) | 72.4 |
| 13 | 10 AETMAC/ 90 AMD | 2 | -2- | (2.0) | 74.7 |
| 14 | 10 AETMAC/ 90 AMD | 2 | -3- | (0.5) | 78.8 |
| 15 | 10 AETMAC/ 90 AMD | 2 | -3- | (1.0) | 74.1 |
| 16 | 10 AETMAC/ 90 AMD | 2 | -3- | (2.0) | 80.2 |
| 17 | 10 AETMAC/ 90 AMD | 2 | -4- | (0.5) | 95.0 |
| 18 | 10 AETMAC/ 90 AMD | 2 | -4- | (1.0) | 86.6 |
| 19 | 10 AETMAC/ 90 AMD | 2 | -4- | (2.0) | 95.5 |
| 20 | 10 AETMAC/ 90 AMD | 2 | -5- | (0.5) | 119.7 |
| 21 | 10 AETMAC/ 90 AMD | 2 | -5- | (1.0) | 121.8 |
| 22 | 10 AETMAC/ 90 AMD | 2 | -5- | (2.0) | 111.4 |

The drainage time for the untreated alkaline paper stock is 161.1 seconds. Addition of the linear, cationic polymer, 10 AETMAC/90 AMD, at a level of 2 lbs/ton decreases the drainage time to 116.9. Further decreases in drainage time are obtained by the joint addition of the anionic microbeads of this invention at doses of 0.5, 1.0 and 2.0 lbs/ton with the 2 lbs/ton of the cationic polymer. The microbead 70 AMD/30 Na AMPS/10,086 ppm MBA has little effect on drainage due to the excessively high degree of cross-linking and is outside the scope of this invention. The higher degree anionicity of 2 microbeads (40 AMD/60 AA/1381 ppm MBA–120nm and 100AA/1985 ppm MBA–80 nm) improves drainage time over those of the lower degree of anionicity microbeads 70 AMD/30 NaAPS/995 ppm MBA. The 1.0 lb/ton dosage of anionic microbead gives better drainage times than either the 0.5 or 2.0 lbs/ton dosage. The only exception is with the microbead 40AMD/60 AA/1,381 ppm MBA where the 0.5 lb/ton dosage is the most desirable.

**EXAMPLES 23–27**

Anionic microbeads of 5 and 10 mole percent of anionic charge and amphoteric microbeads with a 5 mole % higher anionic charge than cationic charge are made

CIBA 000021

5,171,808

**9**

by the procedure of Example 1 and are shown in Table III. The microbeads have a particle size under 0.5 micron in Examples 23–27.

### TABLE III

| | | Preparation of Anionic and Amphoteric Microbeads | | | | | |
|---|---|---|---|---|---|---|---|
| | | Copolymer Compositions (Mole %) | | | MBA | | |
| Example | AMD | NaAc | NaAPS | DMEA | ppm | PS NM | SV mPa · S |
| 23 | 90 | 10 | — | — | 496 | — | 1.34 |
| 24 | 95 | 5 | — | — | 97 | — | 1.89 |
| 25 | 85 | — | 10 | 5 | 1026 | — | 1.40 |
| 26 | 55 | — | 25 | 20 | 5101 | — | 1.59 |
| 27 | 60 | — | — | 40 | 100 | 100 | — |

DMEA = Acryloxylethylrimethyl-ammonium Chloride
See Table I for other legends

### EXAMPLE 28

The anionic and amphoteric microbeads of Table III are used in the paper making process described in Example 2. The results are substantially the same.

### EXAMPLES 29–33

The procedure of Example 1 is again followed except that different monomers are employed in the preparation of the microbead. The results are set forth in Table IV, below.

### TABLE IV

| Example | Non-Ionic Monomer (%) | Anionic Monomer (%) | MBA PPM |
|---|---|---|---|
| 29 | AM-50 | MMA-50 | 117 |
| 30 | AM-65 | VSA-35 | 226 |
| 31 | AM-75 | DADM-25 | 198 |
| 32 | — | NaAPS-100 | 316 |
| 33 | MAM-90 | AA-10 | 441 |

MAM = methacrylamide
MMA = methacrylic acid
VSA = vinylsulfonic acid
DADM = diallydimethylammonium chloride

The above mentioned patents and publications are incorporated herein by reference.

Many variations of the present invention will suggest themselves to those skilled in this art in light of the above detailed description. Chain-transfer agents may be optionally added to the monomer solution. Also contemplated are all methods of polymerization and dewatering processes.

All such obvious modifications are within the full intended scope of the appended claims.

We claim:

1. A composition comprising cross-linked anionic or amphoteric polymeric microparticles derived solely from the polymerization of an aqueous solution of at least of one monomer, said microparticles having an unswollen number average particle size diameter of less than about 0.75 micron, a solution viscosity of at least about 1.1 mPa.s, a cross-linking agent content of about 4 molar parts to about 4000 parts per million, based on the monomeric units present in the polymer, and an ionicity of at least about 5 mole percent.

2. A composition as defined in claim 1 wherein said crosslinking agent content is from about 20 to about 4,000 molar parts per million.

3. A composition as defined in claim 1 wherein said crosslinking agent content is from about 50 to about 2,000 molar parts per million.

4. A composition as defined in claim 1 wherein said crosslinking agent is a difunctional monomer selected

**10**

from N,N'-methylenebisacrylamide, N,N'-methylenebismethacrylamide, polyethyleneglycol dimethacrylate, polyethyeneglycol diacrylate, N-vinyl acrylamide, glycidyl acrylate, divinylbenzene, acrolein, glyoxal, diepoxy compounds, epichlorohydrin and mixtures of the foregoing.

5. A composition as defined in claim 4 wherein said crosslinking agent comprises N,N'-methylenebisacrylamide.

6. A composition as defined in claim 1 wherein said said unswollen diameter is less than 0.5 micron.

7. A composition as defined in claim 1 wherein the organic polymer microparticle is composed of at least one ethylenically unsaturated non-ionic monomer.

8. A composition as defined in claim 1 wherein the organic polymer microparticle is composed of at least one anionic monomer selected from acrylic acid, methylacrylic acid, ethylacrylic acid, 2-acrylamido-2-methylpropanesulfonic acid or mixtures or salts thereof.

9. A composition as defined in claim 8 wherein said anionic monomer comprises sodium acrylate, sodium methylacrylate, sodium ethylacrylate or sodium 2-acrylamido-2-methylpropanesulfonate.

10. A composition as defined in claim 1 wherein the organic polymer microparticle is amphoteric and is composed of from 1% to 99% of an anionic monomer selected from acrylic acid, methacrylic acid, ethacrylic acid, 2-acrylamido-2-methylpropane sulfonic acid or salts thereof and from 99% to 1% of a cationic monomer selected from acryloxyethyltrimethylammonium chloride, 3-methyacrylamidopropyltrimethylammonium chloride, diallyldimethylammonium chloride and mixtures thereof.

11. A composition as defined in claim 7 wherein said non-ionic ethylenically unsaturated monomer is selected from acrylamide; methacrylamide; N,N-dialkylacrylamides; N-alkylacrylamides; N-vinylmethacetamide; N-vinyl methylformamide; N-vinyl pyrrolidone and mixtures thereof.

12. A composition as defined in claim 1 wherein said organic polymer microbead is composed of sodium acrylate and acrylamide.

13. A process for the preparation of a composition as defined in claim 1, said process comprising:

(a) admixing

(i) an aqueous solution comprising at least one ethylenically unsaturated anionic monomer alone or in admixture with a cationic monomer, and at least one crosslinking agent and, optionally, at least one ethylenically unsaturated non-ionic monomer;

(ii) an oily phase comprising at least one hydrocarbon liquid;

(iii) an effective amount of surfactant or surfactant mixture, so as to form an inverse emulsion; and

CIBA 000022

5,171,808

11

(b) subjecting the inverse emulsion obtained in step
(a) to polymerization conditions.

14. A process as defined in claim 13 wherein said
monomer solution of step (a)(i) comprises sodium acry-
late as said anionic monomer, N,N-methylenebisacryla-
mide as said crosslinking agent and acrylamide as said
non-ionic monomer.

15. A process as defined in claim 13 wherein said oily
phase of step (a)(ii) comprises a saturated hydrocarbon.

16. A process as defined in claim 13 wherein said
surfactant or surfactant mixture of step (a)(iii) comprises
polyoxythylene sorbitol hexaoleate or a mixture thereof
with sorbitan sesquioleate.

12

17. A process as defined in claim 13 wherein said
polymerization conditions of step (b) comprise adding a
polymerization initiator.

18. A process as defined in claim 17 wherein said
polymerization initiator comprises sodium metabisulfite
or tertiary-butyl hydroperoxide.

19. A process as defined in claim 13 wherein said
polymerization conditions of step (b) comprise subject-
ing said inverse emulsion to ultraviolet irradiation.

20. A process as defined in claim 13 wherein said
aqueous solution of step (a)(i) additionally contains an
effective amount of a chain-transfer agent selected from
an alcohol, mercaptan, phosphite, sulfite, or a mixture
thereof.

21. A process as defined in claim 13 which also in-
cludes step (c), comprising recovering the composition
from the emulsion.

* * * * *

CIBA 000023