IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF' DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 04-293 (KAJ) |
| v. | ) ) | **PUBLIC VERSION** |
| HERCULES INCORPORATED and CYTEC INDUSTRIES, INC., | ) ) ) | |
| Defendants. | ) ) ) ) | |

## REBUTTAL REPORT OF ROBERT K. PRUD'HOMME

OF COUNSEL:

Ford F. Farabow, Jr.
Joann M. Neth
Eric J. Fues
A. Neal Seth
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*Hercules Incorporated*

Dated: August 19, 2005
Public Version Dated: September 7, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CIBA SPECIALTY CHEMICALS CORPORATION, )
                                                        )     C. A. No. 04-293 (KAJ)

                Plaintiff,         )
                                         )

                      v.              )     PUBLIC VERSION
                                       )

HERCULES INCORPORATED and       )
CYTEC INDUSTRIES, INC.,          )
                                         )

               Defendants.    )

## REBUTTAL REPORT OF ROBERT K. PRUD'HOMME

Redacted

.

Redacted

Redacted

**Redacted**

10.    There are other surfactants with multi-oleate hydrophobes similar to Hypermer B246SF.

For example, polyoxyethylene (40) sorbitol hexaoleate has the basic structure:



4

Polyoxyethylene (20) sorbitan trioleate has the structure:



Sorbitan sesquioleate, a mixture of mono and diesters, is comprised of the following structures:





And sorbitan trioleate has the following structure:



5

These surfactants have long been used in inverse emulsion polymerization. (*See, e g* , U.S.

Patent Nos. 4,681,912; 4,528,321; and 4,339,371) (Exhibits 7, 8, and 9.)

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

27.     Hypermer B246SF has long been used in the field of emulsion polymerization without

report of it cross-linking.  For instance, U.S. Patent No. 4,339,371 discloses the use of Hypermer

B246[3] in Example 6 without cross-linking. (Exhibit 9.) U.S. Patent No. 4,918,123 discusses the use of Hypermer B246 and other Hypermers throughout the Examples in discussing hydrophobe-containing polymers without ever mentioning cross-linking. (Exhibit 21.) In teaching a process for preparing high molecular weight hydrophobic acrylamide polymer, U.S. Patent No. 4,921,903 discloses the use of Hypermer B246 as a surfactant but is silent regarding cross-linking. (Exhibit 22.)

28.    Further, European Patent Application 0 584 771 A1 discloses in Examples 12-25 the use of Hypermer B246 (and other types of Hypermers) as surfactants in combination with cross-linking agents to achieve a cross-linked polymer. (Exhibit 23.) Indeed, at page 5, lines 23-45, the patent application recites a long list of cross-linking agents, and Hypermer B246SF is not on that list. (*Id.*) Hypermer B246SF and the cross-linker are treated separately. This patent application teaches that Hypermer B246SF is a surfactant, not a cross-linking agent.

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

Redacted

III.  **COMPENSATION**

53.   My compensation arrangement has not changed since my last report.

IV.  **EXHIBITS TO BE USED AS SUMMARY OF OR SUPPORT FOR OPINIONS**

54.   In addition to documents cited in this report, demonstrative and summary exhibits may be created in accordance with the Court's pretrial scheduling order, based on the information in this report.

## V.   PRIOR TESTIMONY

55.    I have not testified as an expert at trial or by deposition since my last report.

## VI.   OTHER TESTIMONY

56    I may also testify about how polymer science applies generally to the papermaking

process, polymer synthesis and chemistry, and polymer characterization, including background

information regarding what one of ordinary skill in the art would have known about those

subjects around 1990.

## VII.   MATERIALS CONSIDERED

57.    In forming my opinions, I relied on my education, training, and experience in the field of

polymer science, as well as the following:

Exhibit 1 - Expert Report of Dr. Robert Gilbert and documents listed in Exhibit C of that
report.
Exhibit 2 - Expert Report of Dr. Norman Wagner and all documents in the "List of
documents and materials"
Exhibit 3 - U.S. Patent No. 5,171,808
Exhibit 4 - U.S. Patent No. 5,167,766
Exhibit 5 - Cabane and Zemb, *Water in the Hydrocarbon Core of Micelles*, NATURE vol.
314, 28 March 1985
Exhibit 6 - Grieser and Drummond, *The Physicochemical Properties of Self-Assembled
Surfactant Aggregates As Determined by Some Molecular Spectroscopic Probe Techniques*,
JOURNAL OF PHYSICAL CHEMISTRY, vol. 92, no. 20, 1988
Exhibit 7 - U.S. Patent No. 4,681,912
Exhibit 8 - U.S. Patent No. 4,528,321
Exhibit 9 - U.S. Patent No. 4,339,371
Exhibit 10 - Amendment dated Jan. 4, 1991 (U.S. Patent Application 07/535,626 file
history)
Exhibit 11 - J. Hernandez-Barajas and D. J. Hunkeler, *Inverse-Emulsion Polymerization
of Acrylamide Using Block Copolymeric Surfactants: Mechanism, Kinetics and Modeling*,
POLYMER, vol. 38, no. 2, pp. 437-47 (1997)
Exhibit 12 - J. Hernandez-Barajas and D. J. Hunkeler, *Use of Block Copolymer
Surfactants in the Inverse-Suspension Polymerization of Acrylamide*, POLYMERS FOR ADVANCED
TECHNOLOGIES, vol. 6, pp. 509-17 (1994)
Exhibit 13 - HERC0059745-48
Exhibit 14 - HERC0052157-71
Exhibit 15 - U.S. Patent No. 6,310,157
Exhibit 16 - U.S. Patent No. 5,958,188
Exhibit 17 - PURE APPL. CHEM. 1974, vol. 40, 479-91

Exhibit 18 - PURE APPL. CHEM. 1996, vol. 68(12), 2287-311)

Exhibit 19 - HERC0048634-48

Exhibit 20 - POLYMER HANDBOOK, p. 23-24, J. Brandup & E.H. Immergut, eds., Wiley Interscience 1975

Exhibit 21 - U.S. Patent No. 4,918,123

Exhibit 22 - U.S. Patent No. 4,921,903

Exhibit 23 - European Patent Application 0 584 771 A1

Exhibit 24 - S. Jain and F. Bates, *Consequences of Nonergodicity in Aqueous Binary PEO-PB Micellar Dispersions*, MACROMOLECULES 2004, vol. 37, 1511-23

Transcript of Rule 30(b)(6) Deposition of Ciba (witness Michael Heard) and Exhibit 21 of that deposition

Exhibit 25 - CIBA004924-29

Exhibit 26 - CIBA027181-85

Exhibit 27 - CIBA003406-14

Exhibit 28 - S. Panmai et al., *Interactions Between Hydrophobically Modified Polymers and Surfactants: A Fluorescence Study*, Languir 2002, vol. 18, 3860-64

Exhibit 29 - HERC0052724-25

Exhibit 30 - HERC0059808-09

Exhibit 31 - HERC0083284-85

Exhibit 32 - Graph prepared by Dr. Robert Gelman

Exhibit 33 - NMR measurements performed by Hercules

Exhibit 34 - HERC0040625-38

HERC0059801-49

Transcript of Rule 30(b)(6) Deposition of Hercules (witness Robert Gelman) and all marked exhibits

U.S. Patent No. 4,203,877

U.S. Patent Application Publication No. US 2004/0102528 A1

U.S. Patent No. 5,167,766 patent file history

Information from James N. Greenshields

HERC0062831-844

CIBA004702-708

## VIII. CONCLUSION

58.    I reserve the right to supplement my opinions in light of the fact that (a) discovery in this litigation is ongoing and additional information may become available to me in the future; and (b) I would like the opportunity to address any contrary positions taken by Ciba's experts in response to the opinions I have expressed in this report. I may rely on additional documents and testimony in supplementing this report, as necessary, to respond to additional arguments presented by Ciba.

Date: August 19, 2005

_____
Robert K. Prud'homme

Public Version Dated:    September 7, 2005

24

# IIN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on September 7, 2005, the attached

document was hand-delivered to the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

I hereby certify that on September 7, 2005, I have Federal Expressed the

foregoing document(s) to the following non-registered participants:

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

Thomas L. Creel, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672306