# EXHIBIT 6

5580                                   J. Phys. Chem. 1988, 92, 5580–5593

the hydrogen atom as occurs in $O(^1D) + HN_3$. Since production of NH(A) as observed in these experiments is exothermic by only 7 kcal mol$^{-1}$, the branching fraction to this excited state is likely to be small. Indeed, spin conservation would predict the formation of excited singlet states of NH (i.e., $a^1\Delta$ or $b^1\Sigma^+$) in reaction 2. It is not surprising that emission from these states was not observed in our experiments, given their very long radiative lifetimes.[11]

The absence of NCO radicals in the reaction medium argues that process 2 above is the dominant route for $O(^1D)$ reaction with HNCO. In order to quantify this result, experiments were performed to determine the detection limit of the NCO LIF experiments. For this purpose, NCO radicals were produced by admission of a known flow of HNCO to excess F atoms (from a discharge through $CF_4/Ar$) in a discharge-flow assembly which was affixed to the photolysis cell. This reaction[12] rapidly produces HF + NCO, and LIF from the NCO radicals was readily detected. Assuming that HNCO is converted to NCO with unit efficiency, the minimum density of NCO detectable by the LIF experiment was determined to be $<2 \times 10^{12}$ cm$^{-3}$ from the sig-

nal-to-noise ratio of the experiment. This value may be compared with the density of $O(^1D)$ atoms that undergo reaction with HNCO in the $O_3$/HNCO photolysis experiments (where no NCO was detected), which can be calculated from the initial $O(^1D)$ density, the densities of HNCO and residual $O_3$, and the rate constants for $O(^1D)$ reactions with HNCO and $O_3$ determined as above. This treatment indicates that a density of $O(^1D)$ + HNCO reaction products as large as $3 \times 10^{13}$ cm$^{-3}$ was produced in the photodissociation/LIF experiments. Hence, the branching fraction for production of OH + NCO by the $O(^1D)$ + HNCO reaction must be less than 0.1.

It is interesting to speculate whether a process analogous to reaction 2 occurs in the $O(^1D) + HN_3$ reaction. In that case, the products would be $NH + N_2O$, with the release of 75 kcal mol$^{-1}$. This exothermicity is insufficient for population of the $NH(A^3\Pi)$ state. Hence, the NH A → X emission observed in the $O_3$/HN$_3$ system is likely due to the well-known[13] dissociation of $HN_3$ in collisions with $N_2(A^3\Sigma_u^+)$ metastables, as previously suggested.[1]

*Acknowledgment.* This work was supported by the University of California, Los Alamos National Laboratory, under Subcontract 9-X2H-1467G-1.

(11) Gelernt, B.; Filseth. S. V.; Carrington, T. *Chem. Phys. Lett.* 1975, 36, 235.
(12) Charlton, T. R.; Okamura, T.; Thrush, B. A. *Chem. Phys. Lett.* 1982, 89, 98.

(13) Stedman, D. H.; Setser, D. W. *Chem. Phys. Lett.* 1968, 2, 542.

# FEATURE ARTICLE

## The Physicochemical Properties of Self-Assembled Surfactant Aggregates As Determined by Some Molecular Spectroscopic Probe Techniques

### Franz Grieser* and Calum J. Drummond[†]

*Department of Physical Chemistry, The University of Melbourne, Parkville, Victoria, 3052, Australia (Received: November 23, 1987; In Final Form: May 26, 1988)*

A review of many of the molecular spectroscopic probe techniques that have been used to determine the apparent microviscosity ($\bar{\eta}_{app}$), effective dielectric constant ($\epsilon_{eff}$), electrostatic surface potential ($\Psi_0$), and size ($N_{agg}$) of self-assembled surfactant aggregates is given. The discussion is focused on micelles and unilamellar vesicles. Special emphasis has been placed on assessing the validity of the critical assumptions that are employed in converting spectroscopic probe data into physicochemical quantities. A comprehensive tabulation of $N_{agg}$, $\epsilon_{eff}$, $\bar{\eta}_{app}$, and $\Psi_0$ values, as they pertain to micelles and unilamellar vesicles, is also presented as supplementary material.

## 1. Introduction

For the past three decades a considerable amount of research effort has been directed toward determining the physicochemical properties of self-assembled surfactant aggregates, especially micelles and unilamellar vesicles. Although many reasons can be cited for the widespread interest in elucidating the physicochemical properties of micelles and vesicles, there are primarily three reasons. Firstly, one can consistently and easily prepare aqueous micellar and vesicular solutions which have aggregates of colloidal dimensions with characteristic size, shape, and surface properties. Hence micellar and vesicular systems have been employed as model systems in investigations concerned with understanding colloidal physicochemical phenomena.[1,2] Secondly, the similarities between self-assembled surfactant aggregates, such

as micelles and vesicles, and biological lipid membranes have not gone unnoticed. Thus, in many studies micelles and vesicles have served as rudimentary model systems for biological lipid membrane systems.[2,3] Thirdly, it has been found that micelles and vesicles can act as unique reaction media. Indeed, solubilization of reactants within self-assembled surfactant aggregates frequently leads to altered reaction rates, reaction routes, and stereochemistries.[2,3] Obviously micelles and vesicles cannot be fully exploited as reaction media until all their physicochemical properties have been ascertained.

(1) *Physics of Amphiphiles, Micelles, Vesicles and Microemulsions*; De Giorgio, V., Corti, M., Eds.; North-Holland: Amsterdam, 1985.
(2) *Surfactants in Solution*; Mittal, K. L., Lindman, B., Eds.; Plenum: New York, 1984; Vol. 1 and 2.
(3) Fendler, J. H. *Membrane Mimetic Chemistry*; Wiley-Interscience: New York, 1982.

†Present address: CSIRO, Division of Chemicals and Polymers, G.P.O. Box 4331, Melbourne, Victoria, 3001, Australia.

0022-3654/88/2092-5580$01.50/0    © 1988 American Chemical Society

Feature Article                                                    *The Journal of Physical Chemistry, Vol. 92, No. 20, 1988*  **5581**

(a)



(b)

**Figure 1.** (a) Cross-sectional view of a unilamellar vesicle composed of a double alkyl chain surfactant (b) Conceptual picture of a small (<100 surfactant monomer units) globular surfactant micelle.

Spectroscopic techniques based on either the optical absorption or the emission of light from a specific aromatic probe molecule have often been used to determine certain physicochemical properties of micelles and vesicles.[4] In some cases spectroscopic probe techniques provide the only means of ascertaining a particular physicochemical property, while in other cases the simplicity of application has resulted in a spectroscopic probe technique being employed in preference to a more classical colloidal measurement, such as light scattering, osmometry, conductivity, or electrophoretic mobility. Many of the commonly used probe techniques do, however, have inherent problems. Furthermore, these problems, if not recognized, can lead to a misinterpretation of the probe results.

In this article we (i) briefly present our current conception, based on a wide range of theoretical and experimental evidence, of the dynamic structure of micelles and unilamellar vesicles, (ii) discuss the probable location of aromatic probe molecules within different self-assembled surfactant aggregates, and (iii) collate and appraise much of the available quantitative surfactant aggregation number, effective dielectric constant, apparent microviscosity, and electrostatic surface potential data that have been obtained with the aid of aromatic spectroscopic probe molecules.

## 2. Structure of Unilamellar Vesicles and Micelles

In most cases the information obtained from spectroscopic probe molecules solubilized in self-assembled surfactant aggregates is interpreted with a particular shape/form of the host assembly in mind:

The generally accepted "picture" of a unilamellar vesicle, based on the results of a number of different experimental techniques,[4–7]

is shown in Figure 1a. Usually, the vesicle structure, as shown, is formed by surfactant molecules which possess two long alkyl chains. We note, however, that Kunitake and co-workers have reported[8] the formation of vesicles by surfactant molecules which possess a single long alkyl chain with a rigid aromatic insert. For a stable vesicle structure to exist the temperature of the system must be above the order–disorder transition point of the material forming the bilayer aggregate.[5] In these instances the central region of the hydrocarbon core of the bilayer is fluidlike (quite similar to an alkane fluid) but toward the headgroup region the alkyl chains become more ordered.[9] Neutron-scattering results imply that there is little, if any, penetration of water into the core of the hydrocarbon bilayer.[10] All vesicle structures are in equilibrium with their monomer, implying a dynamic existence for the vesicle. Nevertheless, in most cases the monomer concentration is quite low ($10^{-5}$–$10^{-10}$ M for typical lipids), indicating that the rate of exchange between the bilayer and surrounding solution is slow (minutes to hours).[5,11] Other motions of the monomer are translocation from one side of the bilayer to the other and lateral movement within the bilayer. The former process is quite slow (hours) because it involves the passage of a hydrophilic headgroup through an essentially hydrocarbon core region. On the other hand, lateral diffusion can be relatively rapid with diffusion constants of the order of $10^{-8}$ cm² s⁻¹ at 25 °C.[5] The above features of a vesicle suggest that on the time scale of most spectroscopic probe measurements the vesicle is essentially a static entity as depicted in Figure 1a.

The "picture" we favor for a small globular micelle is depicted in Figure 1b. The salient features are (i) extensive dynamic motion of the surfactant monomer units between the micelle and the surrounding solution, (ii) a large hydrocarbon/aqueous solution contact area, i.e., the headgroups do not completely cover the hydrocarbon core, and (iii) a fluid hydrocarbon core, containing *no* water,[12–14] in which some chain bending can occur thereby permitting some of the terminal −CH₃ groups to be in contact with the interface. The diagram combines the features of the micelle models described by Aniansson,[15] Gruen,[9] and Mukerjee.[16] This micelle model is not, however, universally accepted, and the reader is referred to Gruen's excellent study[9] of chain packing in amphiphilic aggregates for the details of other proposed models.

For nonglobular aggregates the most favored configuration seems to be a prolate ellipsoid (rod), not oblate aggregates as concluded by Tanford.[5] This is discussed by Israelachvili et al.[17] in their study on the energetics of formation of self-assembly structures.

## 3. Locus of Solubilization of Probes in Self-Assembled Surfactant Aggregates

The majority of spectroscopic probes used in studying the physicochemical properties of self-assembled surfactant systems are aromatic derivatives, and therefore this discussion will be limited to these type of compounds. For micellar systems a further restriction is made in only considering those surfactants with quaternary ammonium, sulfate, and poly(ethylene oxide) headgroups, since these are the most common types encountered in the literature.

Data on the time-averaged sites of solubilization in an amphiphilic aggregate are obtained mainly from fluorescence,

(4) *Surfactant Solutions: New Methods of Investigation*; Zana, R., Ed.; Marcel Dekker: New York, 1986.
(5) Tanford, C. *The Hydrophobic Effect*; Wiley: New York, 1980.
(6) Israelachvili, J. N.; Marcelja, S.; Horn, R. G. *Q. Rev. Biophys.* **1980**, *13*, 121.
(7) Kachar, B.; Evans, D. F.; Ninham, B. W. *J. Colloid Interface Sci.* **1984**, *100*, 287.

(8) Kunitake, T.; Okahata, Y.; Shimomura, M.; Yasunami, S.; Takarabe, K. *J. Am. Chem. Soc.* **1981**, *103*, 5401.
(9) Gruen, D. W. R. *J. Phys. Chem.* **1985**, *89*, 146. Gruen, D. W. R. *J. Phys. Chem.* **1985**, *89*, 153.
(10) Buldt, G.; Gally, H.; Seelig. A; Seelig, J.; Zaccai, G. *Nature* **1978**, *271*, 182.
(11) Cevc, G.; Marsh. D. *Phospholipid Bilayers*; Wiley-Interscience: New York, 1987.
(12) Dill, K. A.; Koppel, D. E.; Cantor, R. S.; Dill, J. D.; Bendedouch, D.; Chen. S.-H. *Nature* **1984**, *309*, 42. Cabane, B.; Zemb, T. *Nature* **1985**, *314*, 385. Chen, S-H.; Dill, K. A. *Nature* **1985**, *314*, 386.
(13) Wennerstrom, H.; Lindman, B. *J. Phys. Chem.* **1979**, *83*, 2931.
(14) Gruen, D. W. R. *Prog. Colloid Polym. Sci.* **1985**, *70*, 6.
(15) Aniansson, G. E. A. *J. Phys. Chem.* **1978**, *82*, 2805.
(16) Mukerjee, P. *Ber. Bunsen-Ges. Phys. Chem.* **1978**, *82*, 931.
(17) Israelachvili, J.; Mitchell, D. J.; Ninham, B. W. *J. Chem. Soc., Faraday Trans. 2* **1976**, *72*, 1525.

5582  *The Journal of Physical Chemistry, Vol. 92, No. 20, 1988*
Grieser and Drummond

UV/visible absorption,[18-20] or NMR[20-24] spectroscopy. Some information, though less accurate in pinpointing the solubilization sites, can also be extracted from saturation solubilization data,[18,25] fluorescence quenching rates,[26] and paramagnetic ion effects on probe [1]H relaxation times[27] It is relevant to add that none of the techniques used are beyond criticism, and in many cases tenuous assumptions are made in order to arrive at a locus of solubilization in the host aggregate structure.

Nonetheless, the vast body of published data, if viewed with a critical eye, appears to indicate that "free" aromatic probes are solubilized on average at the water/hydrocarbon interface of most micelles, and may be present at either the water/hydrocarbon interface or in the interior of the hydrocarbon bilayer of vesicles. Some evidence also exists that the position of solubilization may change as the host aggregate becomes "loaded" with probe.[16,22]

Mukerjee[16,18] has indicated that the main reasons for "free" aromatic molecules residing on average at the micelle/water interface stems from (i) the pronounced surface activity of aromatic species at the hydrocarbon/water interface, (ii) the high Laplace pressure of the micelle core, and (iii) the high effective interfacial volume of a micellar structure. Specific interactions between aromatic molecules and surfactant headgroups may also play a role. It is generally well established that such interactions exist if the headgroup is a quaternary ammonium group.[25,28,29]

Of all the techniques that have been used to determine loci of solubilization, NMR provides the best method with which to examine the distribution of solubilization within the self-assembled structure. The method relies on the ring current of the aromatic probe perturbing the position of the chemical shift of the surfactant protons making up the aggregate structure. Since Eriksson[21] introduced this method it has been widely exploited. In general, the NMR studies show that the main site of residence of "free" aromatic probes is in alkyl(quaternary ammonium) and alkyl sulfate micelles is in the vicinity of the $\alpha$-, $\beta$-, and $\gamma$-methylene groups.[20,23,24,30-33] In alkylpoly(ethylene oxide) micelles the position of the probe is probably more widely distributed, ranging from the $\alpha$-CH$_2$-group of the hydrocarbon core to outer peripheral positions in the –(OCH$_2$CH$_2$)$_n$–OH mantle.[20,30] Stilbs[34] has suggested some caution in interpreting probe site positions by the NMR method. However, where data exist for solubilization sites determined by NMR and some other method the results appear to lend themselves to the same interpretation.[35]

Probes which are not "free" but are attached to a carrier lipid,[36,37] e.g., the *n*-(9-anthroyloxy) fatty acid series, have been

(18) Mukerjee, P.; Cardinal, J. R. *J. Phys. Chem.* 1978, 82, 1620.
(19) Cardinal, J. R.; Mukerjee, P. *J. Phys. Chem.* 1978, 82, 1614.
(20) Fendler, J. H.; Fendler, E. H. *Catalysis in Micellar and Macromolecular Systems*; Academic: New York, 1975; pp 48-55.
(21) Eriksson, J. C. *Acta Chem. Scand.* 1963. 17, 1478.
(22) Eriksson, J. C.; Gilberg, G. *Acta. Chem. Scand.* 1966, 20, 2019.
(23) Zachariasse, K. A.; Van Phuc, N.; Kozankiewicz, B. *J. Phys. Chem.* 1981, 85, 2676.
(24) Nakagawa, T.; Tokiwa, F. In *Surface and Colloid Science*; Matijevic, E., Ed.; Wiley: New York, 1976; Vol. 9, pp 69-164.
(25) Almgren, M.; Grieser, F.; Thomas, J. K. *J. Am. Chem. Soc.* 1979, 101, 279.
(26) Grätzel, M.; Kalyanasundaram. K.; Thomas, J. K. *J. Am. Chem. Soc.* 1974, 96, 7869.
(27) Fox, K. K.; Robb. I. D.; Smith. R. *J. Chem. Soc. Faraday Trans 1* 1972, 68, 445.
(28) Lianos, P.; Viriot, M. L.; Zana, R. *J. Phys. Chem.* 1984, 88, 1098.
(29) Vlaene, K.; Verbeek, A.; Gelade, E.; De Schryver, F. C. *Langmuir* 1986, 2, 456.
(30) Mackay, R. A. In *Nonionic Surfactants*; Schick, M. J., Ed.; Dekker: New York, 1987; pp 308-314
(31) Lovelock. B.; Grieser, F.; Healy. T. W. *J. Phys. Chem.* 1985. 89, 2103.
(32) Ganesh, K. N.; Mitra, M.; Balasubramanian, D. *J. Phys. Chem.* 1982, 86, 4291.
(33) Haase, A. Doctoral Dissertaion, Justus-Liebig Universitat, Giessen, 1980.
(34) Stilbs, P. *J. Colloid Interface Sci.* 1983, 94, 463.
(35) For example, ref 25 and 26 support the results of ref 32.
(36) Blatt, E.; Sawyer, W. H. *Biochim. Biophys. Acta* 1985. 822, 43.
(37) Zachariasse, K. A.; Kozankiewicz, B.; Kuhnle, W. In *Photochemistry and Photobiology*; Zewail, A. H., Ed.: Hardwood: London. 1983; Vol. 2, p 941.

TABLE I: Abbreviations, Full Names, and Aggregate Types for the Surfactants That Are Discussed in the Text

| abbreviation | surfactant name | aggregate |
|---|---|---|
| CTAB | *n*-hexadecyltrimethylammonium bromide | micelle |
| CTAC | *n*-hexadecyltrimethylammonium chloride | micelle |
| C$_{12}$E$_8$ | *n*-dodecyloctaoxyethylene glycol monoether | micelle |
| DHP | sodium dihexadecyl phosphate | vesicle |
| DMPC | dimyristoylphosphatidylcholine | vesicle |
| DPPC | dipalmitoylphosphatidylcholine | vesicle |
| DTAB | *n*-dodecyltrimethylammonium bromide | micelle |
| DTAC | *n*-dodecyltrimethylammonium chloride | micelle |
| egg PC | egg phosphatidylcholine | vesicle |
| LOPC | lysooleoylphosphatidylcholine | micelle |
| SDeS | sodium decyl sulfate | micelle |
| SDS | sodium dodecyl sulfate | micelle |
| SHS | sodium hexadecyl sulfate | micelle |
| STS | sodium tetradecyl sulfate | micelle |

TABLE II: Abbreviations and Full Names for the Spectroscopic Probe Molecules That Are Discussed in the Text

| abbreviation | probe name |
|---|---|
| ANS | 1-anilinonaphthalene-8-sulfonate |
| 2-AP | 2-(9-anthroyloxy)palmitate |
| 16-AP | 16-(9-anthroyloxy)palmitate |
| 6-AS | 6-(9-anthroyloxy)stearate |
| 9-AS | 9-(9-anthroyloxy)stearate |
| 12-AS | 12-(9-anthroyloxy)stearate |
| BPy | benzo[a]pyrene |
| DCQEB | 2[6-(2,2-dicyanovinyl)-3,4-dihydro-2,2,4-trimethyl-1(2*H*)-quinoyl]ethyl benzoate |
| DCVJ | 9-(dicyanovinyl)julolidine |
| DHICC | 1,1'-dihexyl-3,3,3',3'-tetramethylindocarbocyanine iodide |
| DMA | *N*,*N*-dimethylaniline |
| DPH | 1,6-diphenylhexa-1,3,5-triene |
| DPPH | 1,1-diphenyl-2-picrylhydrazyl |
| E12 | 5-(*N*-dodecanoylamino)eosin |
| E16 | 5-(*N*-hexadecanoylamino)eosin |
| E$_T$(30) | 2,6-diphenyl-4-(2,4,6-triphenyl-1-pyridinio)phenoxide |
| HHC | 4-heptadecyl-7-hydroxycoumarin |
| H5HQ | 1-hexadecyl-5-hydroxyquinoline |
| H6HQ | 1-hexadecyl-6-hydroxyquinoline |
| 9-MA | 9-methylanthracene |
| NPN | *N*-phenyl-1-naphthylamine |
| PyCHO | 1-pyrene-3-carboxaldehyde |
| Py(E)Py | 1,1'-dipyrenyl methyl ether |
| Py(3)Py | 1,3-di(1-pyrenyl)propane |
| Py(6)Py | 1,6-di(1-pyrenyl)hexane |
| Py(9)Py | 1,9-di(1-pyrenyl)nonane |
| Py(10)Py | 1,10-di(1-pyrenyl)decane |
| Ru(bpy)$_3$[2+] | ruthenium tris(bipyridyl) complex cation, dichloride |
| TMA-DPH | 1-[4-(trimethylamino)phenyl]-6-phenylhexa-1,3,5-triene |

less widely studied. In vesicular systems the pendent anthroyloxy groups appear to locate at a graded series of positions extending from the vesicle surface to the hydrocarbon interior, with the time-averaged site of solubilization depending on the distance separating the fatty acid and the 9-anthroyloxy moieties.[36,38,39] Fluorescence quenching experiments performed with the *n*-(9-anthroyloxy) fatty acid series appear to indicate that the probes locate at a graded series of depths in SDS and CTAB micelles.[36,40,41] NMR measurements suggest a subtle gradation of solubilization sites for the *n*-(9-anthroyloxy) fatty acid series in C$_{12}$E$_8$, CTAC, STS, and SHS micelles.[42] In the case of SDS micelles NMR measurements are consistent with the *n*-(9-anthroyloxy) fatty acids significantly perturbing the micellar

(38) Podo, F.; Blaise, J. K. *Proc. Natl. Acad. Sci.* USA 1977, 74, 1032.
(39) Handa, T.; Matsuzaki, K.; Nakagaki, M. *J. Colloid Interface Sci.* 1987, 116, 50.
(40) Blatt, E.; Ghiggino, K. P.; Sawyer, W. H. *J. Chem. Soc., Faraday Trans. 1* 1981, 77, 2251.
(41) Blatt, E.; Ghiggino, K. P.; Sawyer, W. H. *J. Phys. Chem.* 1982, 86, 4461.
(42) Fornasiero, D.; Grieser, F.; Sawyer, W. H. *J. Phys. Chem.* 1988, 92, 2301.

structure.[42] There is also some evidence that surfactant chain folding occurs in micelles and aromatic probe moieties attached to the terminal groups of surfactant hydrocarbon chains can approach the micelle/water interface.[14,39,43]

Probe perturbation of micelles at high probe concentrations has been documented a number of times.[44,45] Less well established is the perturbation of the host structure at low levels of probe. This, however, does occur in some instances,[42,46] apparently more so in the relatively small micelles, like SDS or DTAB, than with the larger nonionic or charged self-assembled surfactant aggregates. Abbreviations for the surfactants and spectroscopic probe molecules are expanded in Tables I and II.

## 4. Fluorescent Probe Methods for Determining Micelle Aggregation Numbers

Fluorescent probe methods for determining micelle aggregation numbers possess considerable advantages over a number of the classical techniques (e.g., light scattering, X-ray scattering, and gel filtration). Several reasons may be cited: (i) sample preparation is relatively quick and easy, (ii) micelle aggregation numbers are obtainable at any surfactant concentration (and in the presence of additives), (iii) interparticle interactions can be neglected in the measurements, therefore extrapolation to the cmc is not necessary, and (iv) processing of the results is comparatively straightforward. There are, however, some limitations and this section, in addition to detailing the popular fluorescent probe techniques used in the determination of micelle aggregation numbers, covers these limitations.

*4.1. Steady-State Emission Quenching Methods.* Several approaches have been reported, based on quenching the steady-state fluorescence emission of a select probe molecule, for determining the mean aggregation numbers of micelles.[47-49] All rely on the assumption of monodisperse micelle sizes, and some form of statistical distribution (generally assumed to be Poisson) of probe and quencher species among the micelle population. Additional assumptions are also made depending on the particular approach that has been adopted. The simplest method yet described is that given by Turro and Yekta.[49] The method is based on the quenching of a luminescent probe by a known amount of quencher species. The method relies on several assumptions, namely that (a) both the probe and quencher species are totally solubilized by the micelles, (b) both the probe and quencher species remain associated with the host micelle for times considerably longer than the natural fluorescent lifetime of the probe, (c) the quenching rate in/or on a micelle, containing both probe and quencher, is much faster than the emission lifetime of the probe, so that emission is observed only from micelles with probe but without quenchers, (d) the distribution of the probe and quenchers among the micelles is known; in practice, a Poisson distribution is assumed (implicit in this assumption is that a micelle containing a probe molecule does not enhance or limit the solubilization of other probe or quencher molecules in the micelle), and (e) the micelles are monodisperse in size.

If the above conditions are met, the relative intensity of a probe is related to the quencher concentration [Q] and the micelle concentration [M] by the relationship

$$I = I_0 \exp\left(-\frac{[Q]}{[M]}\right) \qquad (1)$$

where $I_0$ is the emission intensity in the absence of quencher and *I* the emission intensity in the presence of quencher. The micelle concentration is given by

$$[M] = (S - \text{cmc})/N_{agg} \qquad (2)$$

where *S* is the total surfactant concentration, cmc is the critical micelle concentration, and $N_{agg}$ is the micelle aggregation number. Combining eq 1 and 2 yields

$$\ln\left(\frac{I_0}{I}\right) = \frac{N_{agg}[Q]}{S - \text{cmc}} \qquad (3)$$

Thus a plot of ln ($I_0/I$) as a function of quencher concentration allows $N_{agg}$ to be found. The extreme simplicity of the relationship and the advantageous feature of being able to measure $N_{agg}$ over a range of surfactant concentrations and in the presence of solvent additives makes the method extremely appealing and useful.

For the probe Ru(bpy)$_3$$^{2+}$ and quencher 9-MA, used by Turro and Yekta[49] with SDS micelles, the range of validity of eq 3 has been investigated by both Almgren and Löfroth[50] and Rodgers and Baxendale.[51] Using a time-resolved procedure (discussed below), they showed that the method is quite accurate up to an aggregation number of about 120. Beyond this value the micelle reaches a size where assumption c is no longer valid, and micelle aggregation numbers are underestimated.[50-53]

*4.2. Time-Resolved Emission Quenching Methods.* All the assumptions listed in the previous section, apart from assumption c, are also applied in the treatment of time-resolved determinations of aggregation numbers. The main advantage of the time-resolved technique over steady-state methods for determining $N_{agg}$ is that it can be used over a larger range of micelle sizes (Lianos and Zana[54] quote an upper limit of 200 when pyrene is employed as the probe).

The emission signal of an excited probe molecule in a micellar solution with solubilized quenchers present will have a time dependent profile (following a short excitation pulse, as by pulsed laser excitation) of the form[55-57]

$$I(t) = I(0) \exp\left(-\frac{t}{\tau_0} + \eta(e^{-k_q t} - 1)\right) \qquad (4)$$

or expressed in the more convenient logarithmic form

$$\ln\left(\frac{I(t)}{I(0)}\right) = -(t/\tau_0) + \eta(e^{-k_q t} - 1) \qquad (5)$$

where $\eta = [Q]/[M]$, $k_q$ is the quenching rate constant in the micelle, and $\tau_0$ is the emission lifetime of the solubilized excited probe in the absence of quencher. Equation 5 is also valid for the case where the fluorophores are also quenchers (e.g., pyrene).[47,54,58] In this case $\eta = [\text{probe}]/[M]$.

It is instructive to consider the form of eq 5 at long and short times. For $t \to \infty$ we have

$$\ln\left(\frac{I(t)}{I(0)}\right) = -(t/\tau_0) - \eta \qquad (6)$$

and for $t \to 0$ when $\exp(-k_q t) \simeq 1 - k_q t$,

$$\ln\left(\frac{I(t)}{I(0)}\right) = \frac{-t}{\tau_0} - \eta k_q t \qquad (7)$$

Thus, the logarithmic emission decay curves for different $\eta$ (changing [Q] at fixed [M]) will be a family of curves which have the same slope at long times equal to $-1/\tau_0$. At short times, however, the slopes will vary with [Q] according to eq 7. These

(43) Van Bockstaele, M.; Gelan, J.; Martens, H.; Put, J.; De Schryver, F. C.; Dederen, J. C. *Chem. Phys. Lett.* 1980, 70, 605.

(44) Hendrikson, V.; Klason, T.; Florin, E.; Eriksson, J. C. In *Magnetic Resonance in Colloid and Interface Science*; Fraissard, J. P., Resign, H. A., Eds.; Reidel: Dordrecht, 1980; pp 681-686.

(45) Offen, H. W.; Dawson, D. R.; Nicoli, D. F. *J. Colloid Interface Sci.* 1981, 80, 118.

(46) Warr, G. G.; Grieser, F. *Chem. Phys. Lett.* 1985, 116, 505.

(47) Atik, S. S.; Nam, M.; Singer, L. A. *Chem. Phys. Lett.* 1979, 67, 75.

(48) Henglein, A.; Scheer, R. *Ber. Bunsen-Ges. Phys. Chem.* 1978, 82, 1107.

(49) Turro, N. J.; Yekta, A. *J. Am. Chem. Soc.* 1978, 100, 5951.

(50) Almgren, M.; Löfroth, J-E. *J. Colloid Interface Sci.* 1980, 81, 486.

(51) Rodgers, M. A. J.; Baxendale, J. H. *Chem. Phys. Lett.* 1981, 81, 347.

(52) Kratohvil, J. P. *J. Colloid Interface Sci.* 1980, 75, 271.

(53) Warr, G. G.; Grieser, F. *J. Chem. Soc., Faraday Trans. I* 1986, 82, 1813.

(54) Lianos, P.; Zana, R. *J. Phys. Chem.* 1980, 84, 3339.

(55) Tachiya, M. *Chem. Phys. Lett.* 1975, 37, 289.

(56) Grieser, F.; Tausch-Treml, R. *J. Am. Chem. Soc.* 1980, 102, 7258.

(57) Roelants, E.; De Schryver, F. C. *Langmuir* 1987, 3, 209.

(58) Lianos, P.; Zana, R. *J. Colloid Interface Sci.* 1981, 84, 100.

**5584** *The Journal of Physical Chemistry, Vol. 92, No. 20, 1988*                                      Grieser and Drummond



**Figure 2.** Simulated fluorescence decay curves of a micelle solubilized probe in the presence of various concentrations of a totally bound quencher species. The values indicated in the diagram refer to the ratio of quencher to micelle concentration. The curves have been generated with $1/\tau_0 = 2.8 \times 10^{-6}$ s$^{-1}$ and $k_q = 1 \times 10^7$ s$^{-1}$.

observations are clearly presented in the generated quenching curves of Figure 2.

Computer fitting routines are generally used to determine $k_q$ and $\eta$ (and consequently $N_{agg}$) from the emission decay curves. A simple method to determine $N_{agg}$ is to extrapolate the "long-time" slopes to $t = 0$, and if the family of curves have been standardized the intercept gives $\eta$ (this is evident from eq 6).

In the case of mobile quenchers, i.e., the quencher is able to migrate among the micelle population on a time scale comparable to the fluorescence lifetime of the excited probe molecule, a modified form of eq 4 is applicable.[55,57,59-61] In principle this type of system can also be used to measure aggregation numbers. However, it is a more complicated exercise and not really necessary since bound probe/quencher pairs are readily available.

Aggregation numbers, determined by both steady-state and time-resolved fluorescent probe methods,[46,49,54,57,58,63-66,68,69,71,72,78,81,83,87-89] for several commonly used

surfactants are given in S Table 1. (See Supplementary Material Available paragraph at the end of this article.) For comparison some aggregation numbers obtained by other methods are also listed.[58,62,67,70,73-77,79,80,82,84-86,90,91] One should be aware that for many micellar systems the aggregation numbers probably depend on the surfactant concentration (e.g., cf. CTAC results of S Table 1). Bearing this factor in mind, the results contained in S Table 1 indicate that, with a few exceptions, there is reasonable agreement between the aggregation numbers determined by the various methods.

An important advance in time-resolved aggregation number determinations was made by Almgren and Löfroth[92] and later further developed by Warr and Grieser.[53] By introducing polydispersity in micelle size into the interpretation of the quenching results they were able to extract a measure of the width of the micelle size distribution. Almgren and Löfroth considered the case in which quenching of fluorescence occurs in a system composed of a range of micelle sizes, i.e., polydisperse. If the micelle size distribution is expressed as $S_i$ where $i$ is the number of surfactant units per aggregate, then in the presence of probe and quencher species the sample can be described as consisting of $S_{i,x,z}$ micelles representing micelles with more than one amphiphile, $i$, $z$ probe molecules ($z \geq 1$), and $x$ quencher species ($x \geq 0$). The ratio of probe fluorescence (at $t = 0$) from micelles without quencher, $I^*(0)$, to the fluorescence intensity at $t = 0$, $I(0)$, is given by

$$\frac{I^*(0)}{I(0)} = \frac{\sum_{i>1} \sum_{z=1} z S_{i,0,z}}{\sum_{i>1} \sum_{x=0} \sum_{z=1} z S_{i,x,z}} \tag{8}$$

Both $I^*(0)$ and $I(0)$ can be obtained, as described earlier, from plots like those shown in Figure 2. $I^*(0)$ is obtained by extrapolating the "quencher free" fluorescence decay portion of the plots back to $t = 0$.

To proceed from this point requires the assumption that the mean number of probes and quenchers in a micelle is proportional to the aggregation number, $i$, of the micelle. Note, all the other assumptions, apart from (c) and (e), listed earlier must still hold. These assumptions reduce eq 8 to

$$\frac{I^*(0)}{I(0)} = \frac{\sum_{i>1} S_i \exp(-\eta i)}{\sum_{i>1} i S_i} \tag{9}$$

where

$$\eta = \frac{[Q]}{S - \text{cmc}} = \frac{[Q]}{\sum_{i>1} i S_i}$$

By analogy with the Turro and Yekta result it is possible to define a quencher average aggregation number, $\langle i \rangle_Q$, as

$$\langle i \rangle_Q = \frac{1}{\eta} \ln \left( \frac{I(0)}{I^*(0)} \right)$$

$$= \frac{1}{\eta} \ln \left[ \sum_{i>1} i S_i / \sum_{i>1} i S_i \exp(-\eta i) \right] \tag{10}$$

(59) Infelta, P. P.; Grätzel, M.; Thomas, J. K. *J. Phys. Chem.* 1974, 78, 190.

(60) Dederen, J. C.; Van der Auweraer, M.; De Schryver, F. C. *Chem. Phys. Lett.* 1979, 68, 451.

(61) Grieser, F. *Chem. Phys. Lett.* 1981, 83, 59.

(62) Ekwall, P.; Mandell, L.; Solyom, P. *J. Colloid Interface Sci.* 1971, 35, 519.

(63) Lianos, P.; Zana, R. *Chem. Phys. Lett.* 1980, 72, 171.

(64) Turro, N. J.; Tanimoto, Y. *Photochem. Photobiol.* 1981, 34, 157.

(65) Aikawa, M.; Yekta, A.; Turro, N. J. *Chem. Phys. Lett.* 1979, 68, 285.

(66) Selinger, B. K.; Watkins, A. R. *Chem. Phys. Lett.* 1978, 56, 99.

(67) Reiss-Husson, F.; Luzzati, V. *J. Phys. Chem.* 1964, 68, 3504.

(68) Roelants, E.; Gelade, E.; Van Der Auweraer, Croonen, Y.; De Schryver, F. C. *J. Colloid Interface Sci.* 1983, 96, 288.

(69) Malliaris, A.; Le Moigne, J.; Sturm, J.; Zana, R. *J. Phys. Chem.* 1985, 89, 2709.

(70) Anacker, E. W.; Rush, R. M.; Johnson, J. S. *J. Phys. Chem.* 1964, 68, 81.

(71) Brady, J. E.; Evans, D. F.; Warr, G. G.; Grieser, F.; Ninham, B. W. *J. Phys. Chem.* 1986, 90, 1853.

(72) Warr, G. G.; Grieser, F.; Evans, D. F. *J. Chem. Soc., Faraday Trans. 1* 1986, 82, 1829.

(73) Kushner, L. M.; Hubbard, W. D.; Parker, R. A. *J. Res. Natl. Bur. Stand.* 1957, 59, 113.

(74) Ozeki, S.; Ikeda, S. *Bull. Chem. Soc. Jpn.* 1981, 54, 552.

(75) Emerson, M. F.; Holtzer, A. *J. Phys. Chem.* 1967, 71, 1898.

(76) Wright, J. K.; Weigel, M.; Lustig, A.; Bocklage, H.; Meischendahl, M.; Muller-Hill, B.; Overath, P. *FEBS Lett.* 1983, 162, 11.

(77) Rosevear, P.; Van Aken, T.; Baxter, J.; Ferguson-Miller, S. *Biochemistry* 1980, 19, 4108.

(78) Warr, G. G.; Drummond, C. J.; Grieser, F.; Ninham, B. W.; Evans, D. F. *J. Phys. Chem.* 1986, 90, 4581.

(79) Markowich, A. M. *J. Phys. Chem.* 1954, 58, 1027.

(80) Kushner, L. M.; Hubbard, W. D. *J. Phys. Chem.* 1954, 58, 1163.

(81) Levitz, P.; Van Damme, H.; Keravis, D. *J. Phys. Chem.* 1984, 88, 2228.

(82) Dwiggins, C. J.; Bolen, R. J.; Dunning, H. N. *J. Phys. Chem.* 1960, 64, 1175.

(83) Biaselle, C. J.; Millar, D. B. *Biophys. Chem.* 1975, 3, 355.

(84) Yedgar, S.; Barenholz, Y.; Cooper, V. G. *Biochim. Biophys. Acta* 1974, 363, 98.

(85) Granath, K. *Acta Chem. Scand.* 1953, 7, 297.

(86) Coll, H. *J. Phys. Chem.* 1970, 74, 520.

(87) Almgren, M.; Swarup, S. *J. Colloid Interface Sci.* 1983, 91, 256.

(88) Almgren, M.; Löfroth, J.-E. *J. Colloid Interface Sci.* 1981, 81, 486.

(89) Almgren, M.; Swarup, S. *J. Phys. Chem.* 1983, 87, 876.

(90) Hayashi, S.; Ikeda, S. *J. Phys. Chem.* 1980, 84, 744.

(91) Doughty, D. A. *J. Phys. Chem.* 1979, 83, 2621.

(92) Almgren, M.; Löfroth, J.-E. *J. Chem. Phys.* 1982, 76, 2734.

If the micelle solution is monodisperse, $\langle i \rangle_Q$ will be independent of $\eta$ and equal to the micelle aggregation number, $N_{agg}$. However, when $S_i$ is polydisperse $\langle i \rangle_Q$ is a function of the quencher concentration (hence $\eta$) and of the size distribution function $S_i$.

Equation 10 can be expressed in the form of a series expansion with the first four terms being

$$\langle i \rangle_Q = \langle i \rangle_W - \frac{\sigma^2 \eta}{2} + \frac{\Omega \eta^2}{6} - \frac{E \eta^3}{24} \qquad (11)$$

where $\langle i \rangle_W$ is the weight average aggregation number (note $i = 1$ is not included), $\sigma$ is the root-mean-square deviation, $\Omega$ is the raw skewness of $iS_i$ and $E$ is the raw excess or peakedness (kurtosis). Considering higher order terms is not really justified considering the accuracy available from experimental trials. In fact, in most cases it is sufficient to analyze the degree of polydispersity of the micelle population by the truncated form of eq 11,

$$\langle i \rangle_Q = \langle i \rangle_W - \frac{\sigma^2 \eta}{2} \qquad (12)$$

It is clear from eq 12, that a plot of $\langle i \rangle_Q$ vs $\eta$ will show deviations from a horizontal line for micelle size distributions that are not monodisperse. Since time-resolved aggregation numbers $\langle i \rangle_Q$ are readily obtained, it is quite a straightforward procedure to examine the data in terms of eq 12, changing [Q] rather than [M]) to obtain a measure of the size distribution of the micelle population. The few results that have been treated[72] according to eq 11 and 12 indicate that relatively small ($\langle i \rangle \approx 60$) charged micelles, e.g., SDS without added electrolyte, are quite monodisperse, whereas with an increase in the micelle size ($\langle i \rangle > 100$) polydispersity becomes significant.

## 5. Mean Solvent Properties

There is a vast array of experimental evidence establishing that the solvent properties of self-assembled surfactant aggregates can be very different to those of the bulk aqueous solution. The solvent properties of a self-assembled surfactant aggregate are commonly characterized in terms of an effective dielectric constant, $\epsilon_{eff}$, and/or an apparent microviscosity, $\bar{\eta}_{app}$. Literature $\epsilon_{eff}$ and $\bar{\eta}_{app}$ results[18,23,28,37,39,41,93-135] (additional references are also provided

in the supplementary material) for some representative self-assembled surfactant aggregates are given in S Table 2 and S Table 3, respectively, in the supplementary material.

From the outset we would like to make it clear that much of the variation in the $\epsilon_{eff}$ and $\bar{\eta}_{app}$ values that have been obtained for a particular self-assembled surfactant aggregate can be rationalized in terms of different time-averaged locations for the various probe molecules in the self-assembled surfactant aggregate. In the discussion to follow we concentrate on other possible means.

*5.1 Effective Dielectric Constant.* Primarily four spectroscopic probe methods have been used to obtain the $\epsilon_{eff}$ values of self-assembled surfactant aggregates. $\epsilon_{eff}$ values have been inferred from (1) the UV/vis absorption spectra, (2) the fluorescence emission spectra, (3) the acid–base equilibria, and (4) the chemical reaction details of guest probe molecules residing in host micelles and vesicles. Each of these four methods is discussed in this section. Attention is focused on each method's fundamental assumptions.

*UV/Vis Absorption Spectra.* The ground state of a number of chromophores is much more dipolar than the excited state. The result is that the more polar solvents stabilize the ground relative to the excited state, leading to an increase in the electronic transition energy, $E_T$. $E_T$ and the long wavelength absorption band maximum of these chromophores, $\lambda_{max}^{abs}$, are related, with

$$\lambda_{max}^{abs} = hc/E_T \qquad (13)$$

where $h$ is Planck's constant and $c$ is the velocity of light. Hence, the $\lambda_{max}^{abs}$ values of these chromophores are a function of the polarity of the solvating media. Several researchers have calibrated this solvatochromism in isotropic solvent media of known dielectric constant and then used this calibration to obtain $\epsilon_{eff}$ values for self-assembled surfactant aggregates (S.Table 2).

Although $\lambda_{max}^{abs}$ values measured in micelles and vesicles have been interpreted in terms of $\epsilon_{eff}$ values, it is prudent for one to bear in mind that solvent polarity is not the only factor which may influence $\lambda_{max}^{abs}$ values. Indeed a change in the position of the $\lambda_{max}^{abs}$ of a solvatochromic probe molecule may be due to[136-139]

(93) Drummond, C. J.; Grieser, F.; Healy, T. W. *J. Phys. Chem.* 1988, 92, 2604.

(94) Drummond, C. J.; Grieser, F.; Healy, T. W. *Faraday Discuss. Chem. Soc.* 1986, 81, 95.

(95) Kalyanasundaram, K.; Thomas. J. K. *J. Phys. Chem.* 1977, 81, 2176.

(96) Law, K. Y. *Photochem. Photobiol.* 1981, 33, 799.

(97) Drummond, C. J.; Grieser, F.; Healy, T. W. *J. Chem. Soc., Faraday Trans. 1*, in press.

(98) Blatt, E. *J. Phys. Chem.* 1986, 90, 874.

(99) Ramachandran. C.; Pyter, R. A.; Mukerjee, P. *J. Phys. Chem.* 1982, 86, 3198.

(100) Mukerjee, P. In *Solution Chemistry of Surfactants*; Mittal, K. L., Ed.; Plenum: New York, 1979; Vol. 1, pp 153–174.

(101) Lukac, S. *J. Am. Chem. Soc.* 1984, 106, 4386.

(102) Kung, C. E.; Reed, J. K. *Biochemistry* 1986, 25, 6114.

(103) Fernandez, M. S.; Fromherz, P. *J. Phys. Chem.* 1977, 81, 1755.

(104) Drummond, C. J.; Warr, G. G.; Grieser, F.; Ninham, B. W.; Evans, D. F. *J. Phys. Chem.* 1985, 89, 2103

(105) Kimura, Y.; Ikegami, A. *J. Membr. Biol.* 1985, 85, 225

(106) Trauble, H.; Overath, P. *Biochim. Biophys. Acta* 1973, 307, 491.

(107) Stryer, L. *J. Mol. Biol.* 1965, 13, 482.

(108) Bellemare, F.; Fragata, M. *J. Colloid Interface Sci.* 1980, 77, 243.

(109) Shinitzky, M.; Dianoux, A. C.; Gitler, C.; Weber, G. *Biochemistry* 1971, 10, 2106.

(110) Pownall, H. J.; Smith, L. C. *J. Am. Chem. Soc.* 1973, 95, 3136.

(111) Henderson, C. N.; Selinger, B. K.; Watkins, A. R. *J. Photochem.* 1981, 16, 215.

(112) Selinger, B. K.; Watkins, A. R. *J. Photochem.* 1981, 16, 321.

(113) Turro, N. J.; Aikawa, M.; Yekta, A. *J. Am. Chem. Soc.* 1979, 101. 772.

(114) Emert, J.; Behrens, C.; Goldenberg, M. *J. Am. Chem. Soc.* 1979, 101, 771.

(115) Turley, W. D.; Offen, H. W. *J. Phys. Chem.* 1985, 89, 2933.

(116) Turley, E. *Aust. J. Chem* 1987, 40, 851.

(117) Miller, D. J. *Ber. Bunsen-Ges. Phys. Chem.* 1981, 85, 337.

(118) Viriot, M-L.; Bouchy, M.; Donner, M.; Andre, J. C. *Photochem. Photobiology* 1983, 5, 293.

(119) Zachariasse. K. A. *Chem. Phys. Lett.* 1978, 57, 429.

(120) Zachariasse, K. A.; Vaz, W. L. C.; Sotomayor, C.; Kuhnle, W. *Biochim. Biophys. Acta* 1982, 688, 323.

(121) Llanos, P.; Lang, J.; Strazielle, C.; Zana, R. *J. Phys. Chem.* 1982, 86, 1019.

(122) Van der Auweraer, M.; Dederen, C.; Palmans-Windels, C.; De Schryver, F. C. *J. Am. Chem. Soc.* 1982, 104, 1800

(123) Mialocq, J. C. *Chem. Phys.* 1982, 73, 107.

(124) Miyagishi, S.; Asakawa, T.; Nishida, M. *J. Colloid Interface Sci.* 1987, 115, 199.

(125) Grieser, F.; Lay, M.; Thistlethwaite. P. *J. J. Phys. Chem.* 1985, 89, 2065.

(126) Blatt, E.; Ghiggino, K. P.; Sawyer, W. H. *Chem. Phys. Lett.* 1985, 114, 47.

(127) Watkins, A. R.; Selinger, B. K. *Chem. Phys. Lett.* 1979, 64, 250.

(128) Costa, S. M. B.; Macanita, A. L. *J. Phys. Chem.* 1980, 84, 2408

(129) Blatt, E.; Sawyer, W. H.; Ghiggino, K. P. *Aust. J. Chem.* 1983, 36, 1079.

(130) Lakowicz, J. R.; Prendergast, F. G.; Hogen, D. *Biochemistry* 1979, 18, 520.

(131) Vanderkooi, J. M.; Callis, J. B. *Biochemistry* 1974, 13, 4000

(132) Turley, W. D.; Offen, H. W. *J. Phys. Chem.* 1986, 90, 1967.

(133) Sikaris, K. A.; Thulborn, K. R.; Sawyer. W. H. *Chem. Phys. Lipids* 1981, 29, 23.

(134) Hare, F.; Lussan, C. *Biochim. Biophys. Acta* 1977, 467, 262

(135) Melnick, R. L.; Haspel, H. C.; Goldenberg, M.; Greenbaum, L. M.; Weinstein. S. *Biophys. J* 1981, 34, 499.

(136) Le Rosen, A. L.; Reid, C. E. *J. Chem. Phys* 1952, 20, 233

(137) Reichman, S.; Allwala. N. A.; Hrenoff. M. K.; Strait, L. A. *J. Colloid Sci.* 1958, 13, 208.

(138) Sepulveda, L. *J. Colloid Interface Sci.* 1974, 46. 372

5586  *The Journal of Physical Chemistry, Vol 92, No 20, 1988*                                                Grieser and Drummond

(i) changes which influence the polarizability of the valence electrons, for example, changes in the dielectric constant, the refractive index or the electric field of the surrounding environment of the probe molecule; (ii) molecular interactions such as hydrogen bonding, dimerization, and the formation of ion pairs; and (iii) the influence of the environment on permanent or induced dipoles through solute–solvent interaction.

The UV absorption spectra of some aromatic chromophores, e g , benzene, naphthalene, and anthracene, in solution possess a solvent-induced band which is not present in the vapor phase Furthermore, the intensities of the solvent-induced bands of these chromophores have been found to increase systematically with the dielectric constant of a series of solvating media.[19] This occurrence has been exploited to derive $\epsilon_{\text{eff}}$ values for micelles.[18,39,100] The practice has been to construct a calibration curve of the ratio of the absorbances of the particular chromophore at two select wavelengths versus the dielectric constants of isotropic reference solvent media. With regard to this method it should be mentioned that Simon et al.,[140] in an extension of the Mukerjee and Cardinal work with benzene,[18,19] found that benzene spectra can vary widely among solvents of similar dielectric constant. They[140] concluded that extrapolations regarding benzene's microenvironment employing the aforementioned technique are arbitrary.

*Fluorescence Emission Spectra.* In obtaining $\epsilon_{\text{eff}}$ values from $\lambda_{\text{max}}^{\text{em}}$ values one makes the same assumptions that are associated with deriving $\epsilon_{\text{eff}}$ values from $\lambda_{\text{max}}^{\text{abs}}$ values. However, when one obtains $\epsilon_{\text{eff}}$ values by comparing the $\lambda_{\text{max}}^{\text{em}}$ values found for a particular probe molecule in self-assembled surfactant aggregates with those found in reference solvents, one also assumes that the solvent relaxation around the excited state of the fluorophore is complete prior to fluorescence emission. Fluorescence emission generally takes place on a nanosecond time scale. The time scale of solvent relaxation depends upon the physicochemical properties of the solvent. In fluid isotropic media solvent relaxation around the excited state of fluorophores normally occurs on a time scale of ca. $10^{-11}$ s. On the other hand, in some self-assembled surfactant aggregates the solvent relaxation around the excited state of fluorophores may occur on a time scale comparable to that of fluorescence emission.[105,141,142] The $\lambda_{\text{max}}^{\text{em}}$ values obtained under these conditions will be blue-shifted relative to those obtained under conditions where the solvent relaxation processes are complete Hence, unless solvent relaxation around the excited state of a fluorophore residing in a self-assembled surfactant aggregate is complete, the $\lambda_{\text{max}}^{\text{em}}$ value will not reflect the $\epsilon_{\text{eff}}$ characterizing the surrounding environment. One simple steady-state method of assessing whether or not solvent relaxation around fluorophores in micelles and vesicles occurs on the same time scale as fluorescence emission is to examine the effect of red-edge excitation on the $\lambda_{\text{max}}^{\text{em}}$ values.[142,143] Unfortunately, this is seldom done

In connection with the frequently quoted PyCHO results, we note that Dederen et al.[144] have investigated the fluorescence emission properties of PyCHO in a wide range of isotropic solvent media. Their[144] results suggest that the $\lambda_{\text{max}}^{\text{em}}$ values of PyCHO have a more complex solvent dependence than originally thought[95] This complex solvent dependence may explain the disparity between the PyCHO $\epsilon_{\text{eff}}$ values for CTAB, CTAC, and DTAC micelles and many of the other $\epsilon_{\text{eff}}$ values quoted for these micelles (S.Table 2).

The quantum yields of ANS and NPN in organic solvents correlate with the polarity of the solvating media.[106,107] This has led to their use as probes of $\epsilon_{\text{eff}}$. Nevertheless, in addition to the polarity of the surrounding environment many other factors may

influence the quantum yield of a fluorophore The quantum yield, $\Phi$, can be expressed as

$$\Phi = \frac{k_f}{k_f + k_q[Q] + k_{\text{IC}} + k_{\text{ISC}} + k_P + k_{\text{ET}}} \quad (14)$$

where [Q] denotes the concentration of any quencher species present, and $k_f$, $k_{\text{IC}}$, $k_{\text{ISC}}$, $k_P$, and $k_{\text{ET}}$ denote the rate constants for fluorescence, internal conversion, intersystem crossing, photochemical reaction and/or complex formation in the excited state, and energy transfer, respectively. Hence $\epsilon_{\text{eff}}$ values derived from quantum yields should be viewed with caution, as factors other than the polarity of the solvating environment may be contributing to the quantum yield of a fluorophore in a self-assembled surfactant aggregate.

*Acid–Base Equilibria.* The acid–base equilibrium of an indicator which has its prototropic moiety residing within the interfacial region of a self-assembled surfactant aggregate can be represented as

$$\text{HIN}_i^z \xrightleftharpoons{K_a^i} \text{H}_i^+ + \text{IN}_i^{z-1} \quad (15)$$

and the thermodynamic acid–base equilibrium constant for this reaction, $K_a^i$, is given by

$$K_a^i = (a_{\text{H}^+}^i a_{\text{IN}}^i)/a_{\text{HIN}}^i \quad (16)$$

where superscript $z$ is the charge on the protonated form of the indicator, subscript or superscript i denotes the interfacial region, and $a_{\text{H}^+}^i$, $a_{\text{IN}}^i$, and $a_{\text{HIN}}^i$ are the activities of the various species involved in the equilibrium.

There is no direct experimental method for determining $a_{\text{H}^+}^i$ and as a result $K_a^i$ cannot be determined by any direct means. Nevertheless, it is possible by experiment to study an apparent acid–base equilibrium for an interfacially located prototropic moiety of an indicator, i.e.

$$\text{HIN}_i^z \xrightleftharpoons{K_a^{\text{obsd}}} \text{H}_w^+ + \text{IN}_i^{z-1} \quad (17)$$

and

$$K_a^{\text{obsd}} = (a_{\text{H}^+}^w \cdot [\text{IN}^{z-1}]_i)/[\text{HIN}^z]_i \quad (18)$$

where subscript or superscript w denotes the bulk aqueous solution and $[\text{IN}^{z-1}]_i$ and $[\text{HIN}^z]_i$ are the interfacial concentrations of the conjugate base and conjugate acid forms of the indicator, respectively. According to Boltzmann's law, the hydrogen ion activity at a point in the vicinity of a charged interface and the hydrogen ion activity in the bulk aqueous solution are related by

$$a_{\text{H}^+}^i = a_{\text{H}^+}^w \exp\left(\frac{-e\Psi}{kT}\right) \quad (19)$$

where $e$ is the unit electronic charge, $k$ is the Boltzmann constant, $T$ is the absolute temperature, and $\Psi$ is the electrostatic mean field potential at the point being considered.[145] Therefore the apparent $\text{p}K_a$, $\text{p}K_a^{\text{obsd}}$, is related to the thermodynamic intrinsic interfacial $\text{p}K_a$, $\text{p}K_a^i$, through the expression

$$\text{p}K_a^{\text{obsd}} = \text{p}K_a^i + \log \frac{\gamma_{\text{IN}}^i}{\gamma_{\text{HIN}}^i} - \frac{e\Psi}{2.303kT} \quad (20)$$

where $\gamma_{\text{IN}}^i$ and $\gamma_{\text{HIN}}^i$ denote the activity coefficients of the conjugate base and conjugate acid forms of the indicator, respectively, referred to the interfacial phase at infinite dilution. Generally it is assumed that

$$\text{p}K_a^0 = \text{p}K_a^i + \log \frac{\gamma_{\text{IN}}^i}{\gamma_{\text{HIN}}^i} \quad (21)$$

so that

(139) Drummond, C. J.; Grieser. F *Photochem Photobiol* 1987, *45*, 19
(140) Simon. S. A.; McDaniel, R. V.; McIntosh. T. J *J Phys Chem* 1982, *86*, 1449.
(141) Ghiggino, K. P.; Lee, A. G.; Meech. S. R.; O'Connor, D V.; Phillips, D. *Biochemistry* 1981, *20*, 5381.
(142) Demchenko, A. P.; Shcherbatska. N V *Biophys Chem* 1985. *22*, 131.
(143) Cowley, D. J. *Nature* 1986, *319*, 14.
(144) Dederen, J. C.; Coosemens, L.; De Schryver, F. C.; Van Dormael, A. *Photochem Photobiol* 1979, *30*, 443

(145) Equation 19 also follows from a statistical mechanical treatment of mobile ions around a charged surface (see Healy. T W.; White, L. R. *Adv Colloid Interface Sci* 1978, *9*, 303)

Feature Article

*The Journal of Physical Chemistry, Vol 92, No. 20, 1988* **5587**

$$pK_a^{obsd} = pK_a^0 - \frac{e\Psi}{2.303kT} \qquad (22)$$

where $\Psi$ is the mean field potential at the time-averaged location of the prototropic moiety of the indicator in the interfacial region. Note that if the prototropic moiety resides on average in the plane of the surface charge then the mean field potential in eq 22 is the surface potential, $\Psi_0$. Fromherz and co-workers[103,146,147] have shown that there is also a thermodynamic route by which eq 22 can be derived.

Providing (i) there are no specific molecular interactions or "salt effects" which significantly interfere with the intrinsic interfacial acid–base equilibrium of an indicator, and (ii) the mean solvent characteristics of interfacial microenvironments can be mimicked by organic solvent/water mixtures, then there is a connection between the $pK_a^0$ values of the indicator situated in self-assembled surfactant aggregates and the $pK_a$ values of the indicator in organic solvent/water mixtures.[31,93,94,97,103,104,148]

The acid–base equilibrium of an indicator in an organic solvent/water mixture (m) can be represented as

$$HIN_m^z \underset{}{\overset{K_a^m}{\rightleftharpoons}} H_m^+ + IN_m^{z-1} \qquad (23)$$

with

$$K_a^m = (a_{H^+}{}^m a_{IN}{}^m)/a_{HIN}{}^m \qquad (24)$$

To enable a thermodynamically correct comparison to be made between the results of organic solvent/water pH titrations and the pH titrations performed in self-assembled surfactant solution, it is necessary to convert the one-phase $pK_a^m$ values into two-phase $pK_a^0$ values. This can be accomplished by making two main assumptions. The first assumption is that the concentration ratio $[IN^{z-1}]_i/[HIN^z]_i$ is equivalent to the activity ratio $a_{IN}{}^m/a_{HIN}{}^m$ in an organic solvent/water mixture with the same dielectric constant as the interfacial $\epsilon_{eff}$ value where the protonatable portion of the indicator resides on average. With this assumption

$$pK_a^0 = pK_a^m - \log {}_m\gamma_{H^+} \qquad (25)$$

where $_m\gamma_{H^+}$ is the medium effect on the proton. Since $_m\gamma_{H^+}$ is defined in terms of single ion activity coefficients it cannot be determined by thermodynamic means. Hence one makes the second assumption, namely that $_m\gamma_{H^+}$ values can be approximated by the values of the medium effect on HCl in organic solvent/water mixtures, $_m\gamma_{\pm}$. In this manner a reference $pK_a^0$ curve as a function of dielectric constant can be acquired from the $pK_a^m$ values for an indicator. The reference $pK_a^0$ curve as a function of dielectric constant can then be used in conjunction with the $pK_a^0$ values obtained from the indicator in self-assembled surfactant aggregates to estimate $\epsilon_{eff}$ values for the interfacial regions.

The $pK_a^0$ values of a number of acid–base indicators in some self-assembled surfactant aggregates are known to be influenced by specific molecular interactions and/or interfacial "salt-effects".[93,97] The $pK_a^0$ values measured in these indicator/surfactant aggregate systems (deliberately omitted from S.Table 2) cannot validly be compared with a reference organic solvent/water $pK_a^0$ versus dielectric constant curve.

*Chemical Reactions.* For many bimolecular chemical reactions there is a demonstrable link between the rate of reaction in an isotropic solvating medium and the polarity of the medium.[149] Fragata and co-workers[108,150–152] have attempted to exploit this

link to obtain the $\epsilon_{eff}$ values of self-assembled surfactant aggregates. Fragata and co-workers[108,152] that in methanol and ethanol/water mixtures there is a linear correlation between the natural lograithm of the pseudo-first-order rate constant, $k'$, for the reaction of DPPH with $\alpha$-tocopherol and the Onsager reaction field parameter, $(\epsilon - 1)/(2\epsilon + 1)$. They also obtained $k'$ values in egg PC vesicles and used the aforementioned correlation to derive $\epsilon_{eff}$ values.[108,150–152] We note that it is highly unlikely that the rate of a bimolecular reaction in a self-assembled phase reflects solely the polarity of the solvating medium (e.g., see the Apparent Microviscosity subsection, especially the parts dealing with intermolecular excimer formation and the kinetics of fluorescence quenching in self-assembled surfactant aggregates).

Blatt[98] has determined complexation constants, $K_c$, for the ground-state complexation of DMA with both E12 and E16 by analyzing the static fluorescence quenching of these eosin derivatives by DMA. Blatt obtained an $\epsilon_{eff}$ value for CTAB micelles by comparing the $K_c$ value in CTAB micelles with those found in a series of $n$-alcohols. The lack of concordance between Blatt's $\epsilon_{eff}$ value and many of the other derived $\epsilon_{eff}$ values for CTAB micelles (S.Table 2) may be a consequence of weak interaction between the aromatic moieties of the probe molecules and the quaternary ammonium headgroups[25,28,29] hindering the complexation process.

*Overview.* Discarding those $\epsilon_{eff}$ values that have obviously been obtained by dubious means, the $\epsilon_{eff}$ values for the cationic quaternary ammonium surfactant micelles and the nonionic poly-(ethylene oxide) and saccharide surfactant micelles are far more concordant than the $\epsilon_{eff}$ values for the anionic SDS micelles (see S Table 2). Micellar quaternary ammonium headgroups appear to have a weak affinity for aromatic moieties.[25,28,29] This affinity is probably responsible for the time-average solubilization site of most aromatic spectroscopic probe molecules in cationic quaternary ammonium surfactant micelles being similar. The exact time-averaged probe location in SDS micelles may depend more on the surface activity of the probe molecule. The voluminous poly(ethylene oxide) mantle associated with nonionic poly(ethylene oxide) surfactant micelles may present aromatic probe molecules with a fairly isotropic solvating medium and may account for the concordancy of the $\epsilon_{eff}$ estimates for this type of micelle. The clear lack of concordancy amongst the $\epsilon_{eff}$ values obtained for SDS micelles (S.Table 2) may reflect the fact that SDS micelles are particularly susceptible to perturbation by probe molecules.[42] Alternatively, recent SANS work suggests that the surface roughness of SDS micelles is much greater than that of quaternary ammonium surfactant micelles.[153–155] This may also be an explanation for the relatively large scatter of SDS $\epsilon_{eff}$ estimates in that the broader interfacial region of SDS micelles may result in different probe molecules residing, on average, in significantly different interfacial microenvironments.

At present, we can only speculate on the reasons for the low interfacial $\epsilon_{eff}$ values for the self-assembled surfactant aggregates. Mukerjee and Desai[156] initially proposed three factors, not necessarily independent of each other, which could be responsible for the $\epsilon_{eff}$ value of an aqueous charged interface being less than the dielectric constant of pure water. These factors are (i) the proximity of a region of low dielectric constant, (ii) partial dielectric saturation in the electric field present, and (iii) the high local interfacial concentrations of ions. Results obtained with solvatochromic probe molecules, however, seem to discredit factors (ii) and (iii) as major sources of the low $\epsilon_{eff}$ values.[23,93] The results of Ramachandran et al.[99] with nitroxides in micelles suggest that electrostatic image interactions of charged groups or dipoles at an interface caused by the proximity of the low dielectric hydrocarbon core can provide a qualitative explanation for the low interfacial $\epsilon_{eff}$ values.

(146) Fromherz, P ; Kotulla, R. *Ber Bunsen-Ges Phys. Chem* 1984, *88*, 1106.
(147) Fromherz, P. "Biomembranes, Biological Transport"; Fleisher. S., Fleisher, B , Eds., in *Methods in Enzymology*; Colowick, S P , Kaplan, N O., Eds.; Academic: New York, in press.
(148) Drummond, C. J ; Grieser, F *Langmuir* 1987, *3*, 855.
(149) Reichardt, C. *Solvent Effects in Organic Chemistry*; Verlag Chemie: Weinheim, 1979; Chapter 5 and 7.
(150) Fragata, M.; Bellemare, F. *Chem Phys. Lipids* 1980, *27*, 93.
(151) Fragata, M.; Bellemare, F. *J. Colloid Interface Sci.* 1985, *107*, 553.
(152) Lessard, J. G.; Fragata, M. *J. Phys. Chem.* 1986, *90*. 811.

(153) Hayter, J. B.; Penfold, J. *Colloid Polym. Sci.* 1983, *261*, 1022.
(154) Trioli, R.; Caponetti, E.; Graziano, V. *J. Phys. Chem.* 1985, *89*, 5743.
(155) Berr, S. S.; Caponetti, E.; Johnson, J. S.; Jones. R. R. M.; Magid. L. J. *J. Phys. Chem.* 1986, *90*, 5766.
(156) Mukerjee, P.; Desai, N. R. *Nature* 1969. *223*, 5210.

**5588** *The Journal of Physical Chemistry, Vol. 92, No. 20, 1988*                                                          Grieser and Drummond

Alternatively, Mukerjee and co-workers[19,157] have shown that the dielectric constants of a reference series of neat alcohols and alcohol/water mixtures correlate with the parameter $H$, where $H$ is defined as the ratio of the volume concentration of −OH groups in the reference solvents to that in pure water. Hence the low interfacial $\varepsilon_{eff}$ values may also be a result of either the hydrogen-bond donor properties of the water in the interfacial microenvironments being different from that of bulk water or the activity of the interfacial water being less than that of pure water.

*5.2. Apparent Microviscosity.* There are four principal categories into which the majority of microviscometric fluorescent probe molecules fall. There are probe molecules which rely on (1) fluorescence depolarizing rotations, (2) the kinetics of excimer formation, (3) the efficiency of diffusion controlled fluorescence quenching, and (4) solvent-dependent intramolecular rotational relaxation to evaluate the apparent microviscosity of their host self-assembled surfactant aggregate. In this section each of these four types of microviscometric probe categories is detailed. Special emphasis is placed on elucidating the reasons for the diverse nature of the $\eta_{app}$ estimates for any selected self-assembled surfactant aggregate (see S.Table 3).

*Fluorescence Depolarization.* The most widely employed microviscometric probe method uses the degree of steady-state depolarization of a group of fluorophores which have been excited by plane-polarized light while situated within a self-assembled surfactant phase to deduce an apparent microviscosity (see S.Table 3). The steady-state level of fluorescence depolarization is usually described in terms of either the polarization parameter $P$ or the emission anisotropy, $r$, which are defined as

$$P = \frac{I_{\parallel} - I_{\perp}}{I_{\parallel} + I_{\perp}} \qquad (26)$$

and

$$r = \frac{I_{\parallel} - I_{\perp}}{I_{\parallel} + 2I_{\perp}} \qquad (27)$$

where $I_{\parallel}$ and $I_{\perp}$ are the fluorescence intensities detected through a polarizer oriented parallel, $I_{\parallel}$, and perpendicular, $I_{\perp}$, to the phase of polarization of the excitation light beam. In general, it has been assumed that rotational diffusion of the fluorophore is the only significant process which causes fluorescence depolarization and the steady-state depolarization results have been analyzed with reference to a modified version of the Perrin equation, viz.

$$\frac{r_0}{r} = \frac{\left(\frac{1}{P} - \frac{1}{3}\right)}{\left(\frac{1}{P_0} - \frac{1}{3}\right)} = 1 + C_r \frac{T\tau}{\bar{\eta}} \qquad (28)$$

where $r_0$ and $P_0$ are the limiting values of the emission anisotropy and polarization obtained in the absence of rotational motion, $\tau$ is the average lifetime of the fluorophore's excited state, and $\bar{\eta}$ is the viscosity of the solvating medium. Typically the average lifetime of the excited state has been measured at a single temperature and the lifetimes at other temperatures have been ascertained from relative intensities by exploiting the Perrin relationship

$$\frac{\tau_1}{\tau_2} = \frac{I_1}{I_2} \qquad (29)$$

The parameter $C_r$ is a function of the molecular shape of the fluorophore and the location of the transition dipoles in the molecular framework. For spherical fluorophores in isotropic media $C_r = k/V$, where $k$ is the Boltzmann constant and $V$ is the effective molecular volume. For nonspherical fluorophores $C_r$ may vary considerably with $r$.

Most commonly a calibration curve of $r_0/r$ versus $T\tau/\bar{\eta}$ is constructed by employing a reference solvent series. Once the steady-state emission anisotropy of the fluorophore in the self-assembled surfactant phase has been determined, the calibration curve is utilized to obtain the $T\tau/\bar{\eta}$ value corresponding to a particular $r_0/r$ value. Hence the apparent microviscosity at the average site of residence for the fluorophore in the self-assembled surfactant aggregate is obtained.

In order to extract apparent microviscosities from the steady-state depolarization of fluorophores residing in self-assembled surfactant aggregates a number of assumptions have been made. In particular it has been assumed that (i) fluorescence depolarization only occurs through rotational diffusion of the fluorophores, (ii) the nature of the depolarizing rotational diffusion of the fluorophores in the self-assembled surfactant aggregates is identical with that in the selected isotropic reference solvents (inherent in this assumption is the idea that any specific molecular interactions between the probe molecules and the surfactant headgroups do not significantly affect the rotational motion of the probe molecules within the self-assembled surfactant phase), and (iii) there is a single-exponential decay of both the total emission and the emission anisotropy of the fluorophores. We now consider the validity of each of these assumptions.

In addition to the rotational diffusion of the fluorophores, radiationless transfer of energy among fluorophores, lateral diffusion of the fluorophores within the self-assembled surfactant aggregates and the rotation of the aggregates themselves may, in principle, contribute to the fluorescence depolarization. In the vast majority of previous steady-state depolarization studies the experimental conditions have been such that radiationless energy transfer among fluorophores can be discounted as a source of fluorescence depolarization.[158] Quotes for the lateral diffusion coefficients of microviscometric probes range between $10^{-6}$ and $10^{-9}$ cm$^2$ s$^{-1}$.[129,158] The magnitude of these values indicate that lateral diffusion of fluorophores in vesicles makes a negligibly small contribution to the fluorescence depolarization.[129,158] If any fluorophore residing in a micelle has a lateral diffusion coefficient of ca. $10^{-6}$ cm$^2$ s$^{-1}$ then lateral diffusion may make a significant contribution to the fluorescence depolarization. Brownian rotation of vesicles causes negligible depolarization because the rotational rates of vesicles are considerably slower than the rate of emission of the fluorophores used.[129,158,159] However, micelle rotation may contribute to the observed depolarization of some fluorescent probes situated in micelles.[41,109,110,159,160] Thus, with the notable exception of some fluorophores in micelles, assumption (i) appears to be valid.

Time-resolved emission anisotropy measurements of fluorescent probes have been employed to determine whether or not the nature of the depolarizing rotational diffusion of the probes in the reference solvents is the same as in the self-assembled surfactant aggregates. In general, but not always,[158,161] the time-resolved emission anisotropy of fluorescent probes in reference solvents has been well described in terms of a single-exponential decay to zero, i.e.

$$r(t) = r_0 e^{-t/\tau_R} \qquad (30)$$

where $r(t)$ is the time-resolved decay of the emission anisotropy and $\tau_R$ is the rotational correlation time which is usually assumed to be equal to $\bar{\eta}V/RT$.[162-164] Blatt et al.[41,116,126,129] have demonstrated that the time-resolved emission anisotropy of 9-MA in

(157) Mukerjee, P.; Ramachandaran, C.; Pyter, R. A. *J. Phys. Chem.* **1982**, *86*, 3189.

(158) Dale, R. E.; Chen, L. A.; Brand, L. *J. Biol. Chem.* **1977**, *252*, 7500.
(159) Engel, L. W.; Prendergast, F. G. *Biochemistry* **1981**, *20*, 7338.
(160) Singer, L. A. In *Solution Behaviour of Surfactants: Theoretical and Applied Aspects*; Mittal, K. L., Fendler, E. J., Eds.; Plenum: New York, 1982; Vol. 1, pp 73–112.
(161) Lakowicz, J. R.; Cherek, H.; Maliwal, B. P.; Gratton, E. *Biochemistry* **1985**, *24*, 376.
(162) Dawato, S.; Kinosita, K., Jr.; Ikegami, A. *Biochemistry* **1977**, *16*, 2319.
(163) Blatt, E.; Treloar, F. E.; Ghiggino, K. P.; Gilbert, R. G. *J. Phys. Chem.* **1981**, *85*, 2810.
(164) Badea, M. G.; DeToma, R. P.; Brand, L. *Biophys. J.* **1978**, *24*, 197.

Feature Article

*The Journal of Physical Chemistry, Vol. 92, No. 20. 1988* **5589**

both CTAB and Triton X-100 micelles, and a series of n-(9-anthryloxy) fatty acid probes (viz., 2-AP, 6-AS, 9-AS, and 12-AS) in CTAB micelles, Triton X-100 micelles, and DMPC vesicles with the temperature set above the gel → liquid crystalline phase transition temperature can be well fitted to the single-exponential function described by eq 30. Blatt et al.[41,116,126,129] have also shown that for 9-MA and the n-(9-anthryloxy) fatty acid probes in these systems there is fair agreement between the apparent microviscosity values derived from both steady-state and time-resolved emission anisotropy measurements (see S.Table 3). Thus for these probes in the specified self-assembled surfactant aggregates assumptions (ii) and (iii) appear to be valid. We note, however, that even though assumption (ii) appears satisfactory for the aforementioned systems, it is not necessarily true that the probes measure a true microviscosity. If there are specific interactions between the probe molecules and surfactant headgroups, then it is not strictly valid to compare the rotational motion of the probe molecules in the aggregates with that in an isotropic reference solvent series.

For many other fluorescent probe/self-assembled surfactant aggregate systems, such as (a) DPH in egg PC micelles within the temperature range 3–31 °C[158] and DPH in DMPC and DPPC vesicles with the temperature set both above and below the gel → liquid crystalline phase transition temperatures,[159,161,162,165-167] (b) TMA-DPH in LOPC micelles (3–27 °C), egg PC vesicles (5–37 °C), and DMPC vesicles with the temperature set both above and below the phase transition temperature,[159,166] (c) perylene in DMPC vesicles with the temperature set below the phase transition temperature,[161] (d) 2-anilinonapthalene in DMPC vesicles with the temperature set both above and below the phase transition temperature,[164] (e) 2-AP, 6-AS, 9-AS, and 12-AS in DMPC vesicles with the temperature set below the phase transition temperature,[129] and (f) anthracene in both CTAB and Triton X-100 micelles,[41,116,126] eq 30 fails to mimic the decay of the fluorophore's emission anisotropy. Two models, namely the hindered fluorophore model and the anisotropic rotator model, have been advanced to describe the decay of the emission anisotropy in systems such as these. The hindered fluorophore model treats the emission anisotropy as being of the form

$$r(t) = (r_0 - r_\infty)e^{-t/\tau_R} + r_\infty \qquad (31)$$

where $r_\infty$ is the fluorophore's limiting anisotropy value in the self-assembled surfactant aggregate. Proponents of this model contend that the limiting anisotropy term reflects restrictions placed on the depolarizing rotational motion of the fluorophore by the anisotropic self-assembled surfactant aggregates.[159,161,162,164,166-168] The anisotropic rotator model treats the emission anisotropy as being of the form

$$r(t) = r_0 \sum_i g_i e^{-t/\tau_R} \qquad (32)$$

where

$$\sum_i g_i = 1$$

Multiexponential decay of the emission anisotropy has been interpreted in terms of microheterogeneity of sites for the probes in the self-assembled surfactant aggregates.[129,158,165]

Seldom have the relative merits of the two models been assessed in the same fluorescent probe/self-assembled surfactant aggregate system. In the only study, to our knowledge, where this has been done, the anisotropic rotator model gave a superior fit to the emission anisotropy decay data.[161] Indeed, as pointed out by Blatt et al.,[129] the choice of the hindered fluorophore model has generally been contentious since in most of the time-resolved emission anisotropy studies the time window of decay did not allow observation

of a distinct time-independent value for $r_\infty$. Regardless of the exact form of the decay of emission anisotropy in the systems, eq 31 or eq 32, it is clear that eq 30 fails to adequately describe the anisotropy decay in many fluorescent probe/self-assembled surfactant aggregate systems. Hence for these systems assumptions (ii) and (iii) are not justified.

In addition, we note that for perylene,[134] DPH,[134,169] Bpy,[134] and 6-AS[170] it has been demonstrated that the calibration curve of $r_0/r$ versus $T_r/\eta$ is a function of the particular isotropic reference solvent series chosen for the calibration. This is also likely to be the case for other microviscometric probes.

*Excimer Formation.* Both intermolecular and intramolecular excimer forming probes have been exploited to obtain $\bar{\eta}_{app}$ values. We begin by discussing the use of intermolecular excimer forming microviscometric probes. According to Birks et al.,[171,172] the process of intermolecular excimer formation can be described by the following reaction scheme



where Ar*, Ar, and (ArAr)* denote an aromatic molecule in the excited singlet state, an aromatic molecule in the ground state, and an excimer, respectively. The parameters $k_a$, $k_d$, and $c$ represent the rate constant for excimer formation, the rate constant for excimer dissociation, and the effective concentration of aromatic molecules, respectively, while $k_{FM}$ and $k_{IM}$ denote the radiative and nonradiative rate constants of the excited monomer, respectively, and $k_{FE}$ and $k_{IE}$ denote the corresponding rate constants for the excimer. Kinetic analysis of this reaction scheme assuming photostationary conditions leads to

$$\frac{Q_E}{Q_M} = \frac{I_E}{I_M} \kappa = \frac{k_{FE}}{k_{FM}} \frac{k_a c}{k_d + 1/\tau_E} \qquad (34)$$

where $Q_E$, $Q_M$, $I_E$, $I_M$, $\kappa$, and $\tau_E$ are the quantum yield of excimer fluorescence, the quantum yield of monomer fluorescence, the intensity of excimer emission, the intensity of monomer emission, a proportionality constant which relates the ratio of intensities to the ratio of quantum yields, and the excimer lifetime ($\tau_E = (k_{FE} + k_{IE})^{-1}$).

Essentially two approaches have been taken with intermolecular excimer forming microviscometric probes. In the first approach the $I_M c/I_E$ value for the probe in its host self-assembled surfactant aggregate has been compared with a calibration curve of $I_M c/I_E$ versus $\bar{\eta}$ in order to obtain the $\bar{\eta}_{app}$ value.[110] The cited justification for the relationship between $I_M c/I_E$ and $\bar{\eta}$ is analogous to the one that has been given in the case of intramolecular excimer forming probes (vide infra). Unfortunately, as has been pointed out in several subsequent studies,[66,113,117,119,131,135] Pownall and Smith's[110] initial attempt with this approach failed to take into account the distribution of pyrene molecules among the micelles. This disregard of distributional effects resulted in inordinately high $\bar{\eta}_{app}$ estimates (see S.Table 3). Procedures have now been developed[28,66,69,112,117,121,127] which circumvent the difficulties connected with the distribution of micelle occupancies by pyrene. Such procedures need not be applied to vesicular solutions because of the much larger size of the vesicles.

In the second approach $k_a$ values have been determined. It has generally been assumed that $k_a$ is a diffusion-controlled rate constant and hence the modified form of the Stokes–Einstein relation with perfect "slip" is applicable, i.e.

$$k_a = 8RT/2000\bar{\eta} \qquad (35)$$

(165) Chen, L. A.; Dale, R. E.; Roth, S.; Brand, L. *J. Biol. Chem.* 1977, 252, 2163.

(166) Prendergast, F. G.; Haugland, R. P.; Callahan. P. J. *Biochemistry* 1981, 20, 7333.

(167) Lakowicz, J. R.; Prendergast, F. G. *Science* 1978, 200, 1399

(168) Vincent, M.; de Foresta, B.; Gallay, J.; Alfsen, A. *Biochemistry* 1982, 21, 708.

(169) Hare, F.; Lussan, C. *FEBS Lett.* 1978, 94, 231.

(170) Tilley, L.; Thulborn, K. R.; Sawyer, W. H. *J. Biol. Chem.* 1979, 254, 2592.

(171) Birks, J. B.; Dyson, D. J.; Munro, I. H. *Proc. R. Soc. A* 1963, 275, 575.

(172) Birks, J. B.; Lumb, M. D.; Munro, I. H. *Proc. R. Soc. A* 1964, 280, 289.

**5590**  *The Journal of Physical Chemistry, Vol. 92, No. 20, 1988*                                Grieser and Drummond

where $R$ is the universal gas constant and the other parameters have been defined earlier. Nevertheless, as several researchers have indicated,[88,126,133] the Stokes–Einstein relation is not strictly applicable to movement in a small, limited and anisotropic volume element. Consequently, one must question its use in interpreting the $k_a$ values determined in micelles and vesicles.

In the investigations which have used intramolecular excimer forming probes (see S.Table 3) it has generally been considered that the conformational transition involved in the formation of an intramolecular excimer can be represented by the following reaction scheme



$$(36)$$

where all rate constants are defined as given previously and Ar(X)Ar, Ar(X)Ar*, and (Ar(X)Ar)* denote molecules which have two aromatic moieties joined by an aliphatic chain with both constituent aromatic moieties in the ground state, one aromatic moiety in the ground state and the other in the excited state, and existing as an excimer, respectively. Steady-state kinetic analysis of this reaction scheme provides

$$\frac{Q_E}{Q_M} = \frac{I_E}{I_M} \kappa = \frac{k_{fE}}{k_{fM}} \frac{k_a}{k_d + 1/\tau_E} \qquad (37)$$

The apparent microviscosities of the self-assembled surfactant aggregates have usually been obtained by determining the $I_E/I_M$ value of a selected probe in the particular micelle or vesicle and then comparing this value with the $I_E/I_M$ values measured in a series of isotropic solvents of known viscosity (see S.Table 3). The following reasoning has been employed to justify the assumption that $I_E/I_M \propto f(\bar{\eta})$.[37,115,120,132,173,174] The solvating media of interest are considered to possess sufficiently low temperatures and/or high viscosities so that $k_d \ll 1/\tau_E$ and eq 37 can be simplified to

$$\frac{Q_E}{Q_M} = \frac{I_E}{I_M} \kappa = \frac{k_{fE}}{k_{fM}} \cdot k_a \tau_E \qquad (38)$$

It is then further assumed that either the radiative rate constant ratio, $k_{fE}/k_{fM}$, and the excimer lifetime, $\tau_E$, are not sensitive to variations in the viscosity of the solvating medium[37] or the values of $k_{fM}, k_{fE}$, and $\tau_E$ depend solely on the viscosity of the solvating medium.[111,115,132] Hence since $I_E/I_M \propto k_a$ and providing the process of intramolecular excimer formation is diffusion controlled $k_a \propto 1/\bar{\eta}$. Henderson et al.[111] have queried this form of justification.

When examining the $\bar{\eta}_{app}$ estimates that have been acquired with intramolecular excimer forming probes, S.Table 3, one should be aware of several points.

(1) For Py(3)Py, Py(6)Py, and Py(10)Py the form of the calibration curve of $I_E/I_M$ versus $\bar{\eta}$ depends markedly on the isotropic reference solvent series utilized.[111,118] Thus $\bar{\eta}_{app}$ estimates obtained with these three probes, and probably with other probes as well, are a function of the type of reference solvent series used.

(2) The intensity ratios of the vibrational peaks in the monomer fluorescence spectrum of some of the intramolecular excimer forming probes, e.g., Py(E)Py, may vary with solvent polarity.[120] Therefore, the $I_E/I_M$ values of probes of this type are influenced by the polarity of their solvating medium as well as the viscosity.

(3) Melnick et al.[135] have proposed that in self-assembled surfactant aggregates the conformational transition to the excimer state may be impeded by an amount which depends on the degree of intercalation of the particular probe.

(4) Zana and co-workers[28,69] have suggested that weak interaction between the arenes and quaternary ammonium head-

groups[25] decreases the efficiency of intramolecular excimer formation in micelles comprised of surfactant molecules with quaternary ammonium headgroups. Conceivably this interaction could either (i) hinder the attainment of the preferred geometry for excimer formation or (ii) distort the arenes' $\pi$-electron clouds through polarization.[28]

(5) In cationic micellar systems there is also the possibility that the fluorescence of the intramolecular excimers may be quenched by Br$^-$ and to a lesser extent Cl$^-$ counterions.[28,114,175] If this type of quenching does occur the $I_E/I_M$ values obtained in these systems cannot validly be compared with the calibration curves.

(6) Viriot et al.[118] have shown that oxygen can quench the fluorescence of some intramolecular excimer-forming probes. Thus, since the effective concentrations and kinetics of diffusion of solubilized oxygen is unlikely to be equivalent in isotropic media and self-assembled surfactant aggregates, comparing $I_E/I_M$ results obtained in aerated reference solvents with those obtained in aerated surfactant solutions is extremely suspect.

*Fluorescence Quenching.* Blatt and Sawyer[36] have recently reviewed much of the work pertaining to fluorescence quenching in micelles and vesicles. Hence we give only a synopsis of the problems associated with using fluorescence quenching to obtain $\bar{\eta}_{app}$ values.

Collisional (or dynamic) quenching of the steady-state fluorescence of an aromatic molecule is typically described by the Stern–Volmer equation

$$\frac{I_0}{I} - 1 = \frac{\tau_0}{\tau} - 1 = k_q \tau_0[Q] \qquad (39)$$

where $I_0$ and $I$ are the fluorescence intensities in the absence and presence of quencher, respectively, $\tau_0$ and $\tau$ are the lifetimes of the fluorophore in the absence and presence of quencher, respectively, $k_q$ is the bimolecular rate constant for quenching, and [Q] is the effective concentration of quencher that is experienced by the fluorophore. From Stern–Volmer plots, i.e., plots of $I_0/I$ versus [Q], $k_q$ values can be ascertained. As already outlined in the section dealing with surfactant aggregation numbers, $k_q$ values can also be derived from time-resolved fluorescence quenching measurements. In several investigations,[122,128,130,133] $\bar{\eta}_{app}$ values have been derived by assuming that the rate of collision between fluorophore and quencher species in the host self-assembled surfactant aggregate is diffusion controlled and as a result $k_q$ can be equated with a theoretical definition for a diffusion-controlled rate constant which incorporates a viscosity term. We focus attention on two important aspects of this method of obtaining $\bar{\eta}_{app}$ values.

Firstly, in the case of the steady-state fluorescence quenching measurements, accurate $k_q$ values can only be obtained if one possesses accurate values for [Q]. Several of the pertinent investigations[128,130] have obtained the value for [Q] in the particular self-assembled surfactant aggregate of interest by assuming that both the fluorophore and quencher species are randomly distributed within the aggregate. In general, however, there is a nonrandom distribution of both fluorophore and quencher species within self-assembled surfactant aggregates. As already mentioned aromatic probe molecules tend to have a bias toward residing at the surface of micelles. Hence the actual value for [Q] may be markedly different to the value that has sometimes[128,130] been assumed.

Secondly, it is debatable whether the theoretical relationships between $k_q$ and $\bar{\eta}$ that have been employed to date[122,128,130,133] are appropriate for the spatially limited and anisotropic self-assembled surfactant aggregates with their inherent heterogeneous distributions of fluorophore and quencher species.[88,133]

*Intramolecular Rotational Relaxation.* DCQEB, pinacyanol, DHICC, DCVJ, and auramine all belong to a unique class of fluorophores in which the deactivation of the excited singlet state, $S_1 \rightarrow S_0$, is principally governed by a nonradiative internal conversion ascribed to intramolecular torsional relaxation. It follows therefore that any restrictions imposed on the excited-state torsion

(173) Zachariasse, K. A.; Kuhnle, W.; Weller, A. *Chem. Phys. Lett.* **1980**, *73*, 6.

(174) Almeida, L. M.; Vaz, W. L. C.; Zachariasse, K. A.; Madeira, V. M. C. *Biochemistry* **1982**, *21*, 5972.

(175) Lianos, P.; Zana, R. *J. Colloid Interface Sci.* **1982**, *88*, 594.

of these fluorophores, such as those brought about by an increase in the viscosity of the solvating medium, are sensitively reflected in these fluorophores' nonradiative rate of decay. This has led to their use as probes of the apparent microviscosity of self-assembled surfactant aggregates.[96,101,102,123-125]

In the investigations that have utilized microviscometric probes whose nonradiative rate of decay is governed by torsional relaxation, the general procedure has been to construct a calibration curve by plotting a parameter which is related to the nonradiative rate of decay, e.g., $\Phi$, $I$, or $\tau$, against some function of the viscosity of an isotropic reference solvent series. The quantitative magnitude of the selected parameter, e.g., $\Phi$, $I$, or $\tau$, is then determined in the surfactant system of interest and the calibration curve used to deduce the apparent microviscosity of the self-assembled surfactant aggregate. Hence the implicit assumptions in this procedure have been that (i) the torsional motion interacts with the microenvironment of a self-assembled surfactant aggregate in an equivalent manner to the way it interacts with an isotropic reference medium, and (ii) changes in the nonradiative rate of decay are solely due to changes in the viscosity of the solvating medium.

Grieser et al.[125] have proposed that the coupling between the excited-state torsional motion and Brownian motion within self-assembled surfactant aggregates may differ from that in isotropic media. Notwithstanding this proposal, however, there is reasonable agreement between the $\bar{\eta}_{app}$ estimates for SDS micelles obtained with DCVJ, DHICC, auramine, and pinacyanol (see S Table 3).

Kung and Reed[102] have found that DCQEB readily forms dimers and higher aggregates in medium to high viscosity solvents (2–1000 cP) at low fluorophore concentrations ($\mu$M). This type of behavior may be responsible for the large disparity between the $\bar{\eta}_{app}$ estimate obtained with DCQEB in SDS micelles and those obtained with the other microviscometric probes that undergo torsional relaxation (see S Table 3). The finding that DCQEB is prone to self-aggregation in medium to high viscosity solvents means that one must question its reliability as a microviscometric probe.

*Overview.* Obviously, all the microviscometric probe techniques involve an analysis of some form of probe molecule motion within the self-assembled surfactant aggregates. We have discussed microviscometric probe techniques which are based on interpreting (i) the rotational diffusion of a fluorophore, (ii) the lateral diffusion of two independent probe species, (iii) a conformational transition of two fluorophore moieties in the same probe molecule, and (iv) rotational torsion in a probe molecule. Generally a parameter which characterizes the particular form of motion is measured in the self-assembled surfactant aggregates. One then obtains $\bar{\eta}_{app}$ values by comparing the measured parameter either with values obtained in an isotropic reference solvent series or with a theoretical description of how one expects the particular form of motion to be affected by the solvent viscosity. As has been outlined, we have many reservations regarding the application of these procedures to interpret probe molecule motion within the spatially limited and anisotropic self-assembled surfactant aggregates. In particular, the constraints placed on the translational motion of probe molecules in the anisotropic self-assembled surfactant aggregates are not likely to be the same as those placed on the rotational motion of probe molecules. Therefore, one must seriously question the practice of quantifying and comparing these constraints in terms of an apparent microviscosity.

## 6. Electrostatic Mean-Field Potentials at Interfaces

Because of the "simplicity" of eq 22 and the ease with which $pK_a^{obsd}$ values for interfacially located acid–base indicators can be measured, i.e., via UV/vis or fluorescence spectra, many researchers have tried to utilize acid–base equilibria to determine the electrostatic potential at the surface of charged self-assembled surfactant aggregates.[31,33,93,94,97,103,139,148,176-193] However, whether

or not one can obtain an accurate value for the mean-field surface potential of a charged interface from the $pK_a^{obsd}$ value of an indicator, which has its prototropic part residing on average in the plane of charge, is entirely dependent on whether or not one can accurately determine the particular indicator's $pK_a^0$ value in the relevant interfacial microenvironment. Originally it was thought that the $pK_a^0$ value was equivalent to the $pK_a$ value obtained in pure water.[176] Recent work has established that, in general, this is not the case.[31,33,93,94,97,103,139,148]

Nonionic micelles have been utilized in several studies as a way of estimating the nonelectrostatic $pK_a^0$ component to the $pK_a^{obsd}$ value of an acid–base indicator residing in a charged micelle.[31,33,103,139,180,181,189-191] For the lipoidal 4-alkyl derivatives of both 7-hydroxycoumarin and 7-aminocoumarin and for 4-octadecyloxy-1-naphthoic acid, nonionic micelles comprised of surfactant molecules with poly(ethylene oxide) headgroups appear to serve as an adequate zero surface potential reference state for most charged micelles.[31,94,97,103,139,191] The range of $\Psi_0$ values obtained for a particular micellar system when this procedure is employed with other types of acid–base indicators[97,180,181,189,190] suggests that the $pK_a^{obsd}$ value of every micelle solubilized indicator cannot be interpreted solely in terms of the lower effective dielectric constant of the interfacial microenvironment, as gauged from the $pK_a^{obsd}$ value in nonionic micelles with poly(ethylene oxide) headgroups and the surface potential.

There are a number of possible reasons why surface potentials of charged micelles calculated by using micelles of nonionic surfactant molecules with poly(ethylene oxide) headgroups as the zero surface potential reference state have, in the past, appeared to be a function of the type of acid–base indicator used to obtain them.

(1) The time-averaged location of the prototropic part of some of the indicator molecules from the plane of the charged surfactant headgroups of the micelle may vary. This could result in the various indicator molecules reporting a range of effective interfacial dielectric constants and/or electrostatic mean field potentials.

(2) Assuming that the prototropic part of each indicator resides on average in the plane of charge, a problem still exists that not all of the $pK_a^{obsd}$ values for the various kinds of indicators will respond in the same manner to the effective dielectric constant of the interfacial region of the charged micelles.[93,94,97,103,104] Therefore, unless all the different types of indicators "sense" exactly the same effective dielectric constant in the nonionic poly(ethylene oxide) micelles to what they do in the charged micelles, a range of calculated surface potentials will result.

(176) Hartley, G. S.; Roe, J. W. *Trans Faraday Soc.* 1940, *36*, 101.

(177) Mukerjee, P.; Banerjee, K. *J. Phys. Chem.* 1964, *68*, 3567.

(178) Montal, M.; Gitler, C. *J. Bioenergetics* 1973, *4*, 363

(179) Bakker, E. P.; Arents, J. C.; Hoebe, J. P. M.; Terada, H. *Biochim. Biophys. Acta* 1975, *387*, 491

(180) Funasaki, N. *Nippon Kagaku Kaishi* 1976, *5*, 722.

(181) Funasaki, N. *J. Colloid Interface Sci.* 1977, *60*, 54.

(182) James, A. D.; Robinson, B. H. *J. Chem. Soc., Faraday Trans. 1* 1978, *74*, 10.

(183) Vaz, W. L. C.; Nicksch, A.; Jahnig, F. *Eur. J. Biochem.* 1978, *83*, 299.

(184) Mashimo, T.; Ueda, I.; Shieh, D. D.; Kamaya, H.; Eyring, H. *Proc. Natl. Acad. Sci. USA* 1979, *76*, 5114.

(185) Frahm, J.; Diekmann, S.; Haase, A. *Ber. Bunsen-Ges. Phys. Chem.* 1980, *84*, 566

(186) Fernandez, M. S. *Biochim. Biophys. Acta* 1981, *646*, 27.

(187) Lukac, S. *J. Phys. Chem.* 1983, *87*, 5045.

(188) Kramer, R. *Biochim. Biophys. Acta* 1983, *735*, 145.

(189) Garcia-Soto, J.; Fernandez, M. S. *Biochim. Biophys. Acta* 1983, *731*, 275.

(190) Harris, C. M.; Selinger, B. K. *Z. Phys. Chem., Neue Folge* 1983, *134*, 65.

(191) Hartland, G. V.; Grieser, F.; White. L. R. *J. Chem. Soc., Faraday Trans. 1* 1987, *83*, 591.

(192) Drummond, C. J.; Grieser, F.; Healy, T. W. *Chem. Phys. Lett.* 1987, *140*, 493.

(193) Kibblewhite, J.; Drummond, C. J.; Grieser, F.; Healy, T. W. *J. Phys. Chem.* 1987, *91*, 4658.

5592   *The Journal of Physical Chemistry, Vol 92, No. 20, 1988*                                                           Grieser and Drummond

(3) For water-soluble acid–base indicators there are the added difficulties connected with the distribution of the indicator molecules between the micellar and aqueous phases.[97] Consequently, for these indicators it is imperative to ensure that both forms of the indicator (protonated and deprotonated) value are quantitatively partitioned into the micellar phase so that the $pK_a^{obsd}$ value truly reflects the interfacial microenvironment of the micelle.

(4) There may be specific molecular interactions between a charged surfactant headgroup of a micelle and an oppositely charged form of an indicator molecule. This may result in a shift in the acid–base equilibrium of the indicator molecule thereby adding an extra contribution, over and above those of the electrostatic surface potential and the lower effective interfacial dielectric constant, to the measured $pK_a^{obsd}$ value in the charged micelle.

(5) There may be specific molecular interactions (possibly hydrogen bonding) between hydrated poly(ethylene oxide) segments and some acid–base indicators which may influence the acid–base dissociation of these indicators, thereby invalidating the use of this type of nonionic micelle as an inert reference state of zero surface potential for these indicators.

(6) In many of the previous studies buffers or other types of electrolyte have been present which can alter the ionic strength of the solution and consequently the surface potential of the charged aggregate. Any pH titrations conducted at low or high pH will also be influenced by the changing ionic strength.[31,93]

(7) It is also not clear, as has been noted by El Seoud and Vierra,[194] what sort of influence the high effective counterion concentration present within the Stern layer of a charged micelle will have on the acid–base equilibrium of an indicator molecule located in this interfacial region (i.e., there may be some form of interfacial "salt effect"[97]). Whatever the particular reason or reasons for the different calculated surface potentials, the results of past studies certainly raise some doubts about the choice of poly(ethylene oxide) nonionic micelles as the universal zero surface potential reference state for obtaining the $pK_a^0$ component to the $pK_a^{obsd}$ value of every acid–base indicator located within the interfacial microenvironment of a charged micelle.

Fernandez and Fromherz[103] have developed a dual acid–base indicator method for determining the surface potentials of charged interfaces which circumvents the problems associated with establishing the $pK_a^0$ component to the $pK_a^{obsd}$ values of indicators. In this method the $pK_a^{obsd}$ values of two indicators, viz., 7-hydroxy-4-undecylcoumarin (indicator I) and 7-amino-4-heptadecylcoumarin (indicator II), are determined in the particular system under scrutiny. Since the $\Delta pK_a^i$ (i.e., $pK_a^i - pK_a$ in pure water) response of the water-soluble homologue of I with solvent dielectric constant is identical in magnitude but opposite in sign to that of the water soluble homologue of II, it is assumed that the $\Delta pK_a^0$ component of $\Delta pK_a^{obsd}$(I) is identical in magnitude but opposite in sign to the $\Delta pK_a^0$ component of $\Delta pK_a^{obsd}$(II) and therefore

$$\frac{-e\Psi_0}{2.303kT} = 0.5[\Delta pK_a^{obsd}(I) + \Delta pK_a^{obsd}(II)] \qquad (40)$$

Unfortunately, the dual acid–base indicator method of Fernandez and Fromherz[103] employing the alkylcoumarin derivatives has its usage restricted to anionic self-assembled surfactant aggregates which possess headgroups that are not weak acids themselves. This has not always been recognized.[187]

Recently Drummond et al.[93,94,192,193] initiated the use of solvatochromic acid–base indicators to probe the mean-field potentials at charged interfaces. This method utilizes the solvatochromic visible absorption band of the conjugate base form of a select indicator to obtain the interfacial $\epsilon_{eff}$ value. The $\epsilon_{eff}$ value indicates which 1,4-dioxane/water mixture best approximates the mean solvent properties of the interfacial region. It is then assumed that specific solute–solvent interactions and "salt-effects" do not

perturb the intrinsic interfacial acid–base equilibrium so that the $pK_a^i$ value of the indicator in the 1,4-dioxane/water mixture with the same dielectric constant as the interfacial $\epsilon_{eff}$ value can be employed as the $pK_a^0$ value. It has been demonstrated[94] that the solvatochromic $E_T(30)$ molecule can provide a quantitative measure of the surface potential of cationic micelles. Other solvatochromic indicators, in particular H5HQ and H6HQ, are better suited for determining the surface potential of anionic interfaces.[93]

S.Table 4 contains $\Psi_0$ values obtained by the different acid–base indicator methods. It is considered that the $E_T(30)$ molecule provides the most accurate $\Psi_0$ values for the cationic micelles, whereas H5HQ, H6HQ, and the dual acid–base indicator method provide the most accurate values for the anionic micelles. For the systems where there has been no electrolyte addition the variation in the absolute magnitude of the $\Psi_0$ values of the self-assembled surfactant aggregates is a result of (i) the various self-assembled surfactant solutions possessing different intrinsic ionic strengths because of their nonequivalent cmc or cvc values; (ii) the various self-assembled surfactant aggregates having different surface charge densities due to their range of shapes, sizes, and headgroups; and (iii) specific counterion binding effects.[139]

Indicators have been employed to examine the effect of both electrolyte and nonelectrolyte additives on the surface potential of self-assembled surfactant aggregates. Frahm et al.[185] have investigated the micellar SDeS/NaClO4, SDS/NaClO4, and STS/NaClO4 systems. In their study[185] the dual acid–base indicator method of Fernandez and Fromherz[103] was used to obtain the micellar surface potentials. Hartland et al.[191] have used HHC to examine the effect of NaCl and pentanol additions on the surface potential of SDS micelles. The mean-field surface potentials were determined on the basis that $C_{12}E_8$ micelles are an appropriate zero surface potential reference state. The solvatochromic $E_T(30)$ molecule has been utilized by Drummond and co-workers[94,192,193] to determine the change in the surface potential of DTAC micelles with NaCl and pentanol additions and DTAB micelles with NaBr and pentanol additions. In each of these studies[185,191–193] the experimentally determined surface potentials were interpreted by treating the charged micelles as impenetrable spheres with a uniformly smeared surface charge and by assuming that the relationship between the surface charge density and the surface potential was given by the nonlinearized Poisson–Boltzmann equation. From this type of analysis it has been inferred that (i) the micelles in the various SDS, DTAC, and DTAB systems are not fully dissociated, (ii) there are specific counterion binding effects, and (iii) nonelectrolyte additives affect the mode of counterion binding.

Both Fernandez[186] and Kramer[188] have utilized lipoidal 4-alkyl-7-hydroxycoumarins to measure the surface potentials of mixed lipid phosphatidylcholine/dihexadecyl phosphate vesicles in aqueous NaCl solutions. In each of these studies surface potentials were determined from the apparent $pK_a$ values of the 4-alkyl-7-hydroxycoumarins in the negatively charged PC/DHP vesicles on the basis that pure PC vesicles could serve as the zero surface potential reference state. The relationship between the calculated surface charge densities of the mixed PC/DHP vesicles and the experimentally determined surface potentials was found to be reasonably well described by the Gouy–Chapman equation for planar (flat) interfaces.

The acid–base behavior of indicators residing within the interfacial microenvironment of self-assembled aggregates composed of amphoteric or zwitterionic surfactant molecules strongly suggests that local electrostatic potential profiles exist within these types of interfacial microenvironments.[33,93,94,139,147,184,188] For example, the acid–base behavior of several different indicators in zwitterionic lipid phosphatidylcholine vesicles indicates the presence of a local negative electrostatic potential in the glycerol backbone region of these vesicles.[33,93,94,139,147,188] Both electrophoretic mobility measurements on lipid phosphatidylcholine dispersions[195] and direct measurements of the forces between lipid

(194) El Seoud, O. A.; Vieira, R. C. *J Colloid Interface Sci* 1983, *93*, 289.

(195) Papahadjopoulos, D. *Biochim. Biophys Acta* 1968, *163*, 240.

*J. Phys. Chem.* 1988, *92*, 5593–5596    5593

phosphatidylcholine bilayers[196] have established that the overall net surface charge of self-assembled lipid phosphatidylcholine aggregates is zero. The finding that local electrostatic potential profiles, and therefore local concentration gradients of ions, exist within the interfacial microenvironment of both zwitterionic and amphoteric self-assembled surfactant aggregates will undoubtedly assist researchers in interpreting some of the hitherto enigmatical biological processes which take place in analogous interfacial microenvironments.

*Supplementary Material Available:* Comprehensive listings of literature $N_{agg}$, $\epsilon_{eff}$, $\bar{\eta}_{app}$, and $\Psi_0$ values for a range of self-assembled surfactant aggregates, S.Table 1, S.Table 2, S.Table 3, and S.Table 4, respectively (30 pages). Ordering information is given on any current masthead page.

(196) Marra, J.; Israelachvili, J. *Biochemistry* 1985, *24*, 4608.

# ARTICLES

## Silver Ions in Zeolite A Are Reduced by H2 Only at High Temperatures When 8-Rings Are Blocked by Cesium Ions

### Yang Kim

*Chemistry Department, Pusan National University, Pusan 607, Korea*

### and Karl Seff*

*Chemistry Department, University of Hawaii, Honolulu, Hawaii 96822-2275 (Received: January 27, 1987; In Final Form: February 22, 1988)*

The structures of dehydrated Ag9Cs3–zeolite A treated with hydrogen gas at three different temperatures have been determined by single-crystal X-ray diffraction techniques. Their structures were solved and refined in the cubic space group *Pm3m* at 23 (1) °C. All crystals were ion exchanged in flowing streams of aqueous AgNO3/CsNO3 with a mole ratio of 1:3.0 to achieve the desired crystal composition. The structures treated with hydrogen at 23 °C ($a = 12.288$ (1) Å) and 310 °C ($a = 12.291$ (2) Å) refined to the final error indices $R_1 = 0.091$, $R_2 = 0.079$ with 216 reflections, and 0.065, 0.073 with 227 reflections, respectively, for which $I > 3\sigma(I)$. In both of these structures, per unit cell, eight Ag+ ions are found nearly at 6-ring centers and three Cs+ ions lie at the centers of the 8-rings. One Ag0 atom, presumably formed from the reduction of a Ag+ ion by an oxide ion of a residual water molecule or of the zeolite framework during the dehydration process, is retained within the zeolite, perhaps in a cluster. In these two structures hydrogen gas could not enter the zeolite to reduce the Ag+ ions because the large Cs+ ions blocked all 8-rings. However, at 470 °C and 200 Torr, hydrogen could diffuse slowly into the zeolite and was able, in about 10 min, to reach and to reduce about half of the Ag+ ions in the single crystal. The silver atoms produced migrated out of the zeolite framework, and the protons generated led to substantial crystal damage.

## Introduction

Ag+ ions in zeolite A are easily reduced by H2, even at 25 °C, and the reduced Ag atoms or clusters can be easily reoxidized to Ag+ by O2.[1] Hydrogen uptake by Ag–chabazite produced Ag2[2+] and Ag3[+] clusters according to electron paramagnetic resonance (EPR) measurements.[2] The reduction in Ag–mordenite was similar to that in Ag–chabazite and also led to the intermediate formation of charged clusters.[2] In the structure of dehydrated Ag6Na6–A[3] treated with 50 Torr of H2 at 23 °C, 1.27 Ag3[+] clusters and 0.7 Ag3[2+] clusters per unit cell were found in the large cavity.[4] In the structure of Na7.4Ag4.6–A, vacuum dehydrated and treated with H2 at 350 °C, Ag6[3+] clusters of low symmetry were found in the large cavity.[5,6]

Hydrated Ag12–A undergoes partial decomposition upon dehydration and heating to form uncharged silver clusters, the molecules Ag6, each within a cube of eight Ag+ ions, each of which in turn is nearly in the plane of a 6-oxygen ring.[7,8] The number of silver clusters in seven separate crystallographic determinations has been found to depend upon the dehydration time and temperature.[2] Hermerschmidt and Haul also identified Ag6[n+] ($n < 6$) clusters in the sodalite cavity of dehydrated Ag+-exchanged zeolite A using EPR spectroscopy,[9] and their results were duplicated by Grobet and Schoonheydt.[10] This was reverified by the careful EPR work of Morton and Preston on isotopically pure samples of Ag–A.[11] These clusters of Ag6[0] stabilized by coor-

(1) Kim, Y.; Seff, K. *J. Phys. Chem.* 1978, *82*, 921.
(2) Beyer, H. K.; Jacobs, P. A. *Metal Microstructures in Zeolites*; Jacobs, P. A., Ed.; Elsevier Scientific: Amsterdam, 1982; p 95.
(3) The nomenclature refers to the contents of the *Pm3m* unit cell. For example, Ag8Na4–A represents Ag8Na4Si12Al12O48, exclusive of water if a hydrated crystal is considered.
(4) Kim, Y.; Seff, K. *Bull. Korean Chem. Soc.* 1984, *5*, 135.
(5) Kim, Y.; Han, Y W.; Seff, K. *Bull. Korean Chem. Soc.* 1986, *7*, 190.

(6) A discussion of the structure and of the nomenclature used for zeolite A is available: (a) Seff, K. *Acc. Chem. Res.* 1976, *9*, 121 (b) Broussard. L.; Shoemaker, D. P. *J. Am. Chem. Soc.* 1960, *82*, 1041.
(7) Kim, Y.; Seff, K. *J. Am. Chem. Soc.* 1977, *99*, 7055.
(8) Kim, Y.; Seff, K. *J. Am. Chem. Soc.* 1978, *100*, 6989.
(9) Hermerschmidt, D.; Haul, R. *Ber. Bunsen-Ges. Phys. Chem.* 1980, *84*, 902.
(10) Grobet, P. J.; Schoonheydt, R. A. *Surf. Sci.* 1985, *156*, 893.
(11) Morton, J. R.; Preston, K. P. *J. Magn. Reson.* 1986, *68*, 121–128.

0022-3654/88/2092-5593$01.50/0    © 1988 American Chemical Society

# EXHIBIT 7

# United States Patent [19]

Durand et al.

[11] Patent Number: 4,681,912

[45] Date of Patent: Jul. 21, 1987

[54] PROCESS FOR MANUFACTURING INVERSE MICROLATICES OF WATERSOLUBLE COPOLYMERS, THE RESULTANT INVERSE MICROLATICES AND THEIR USE FOR IMPROVING THE PRODUCTION OF HYDROCARBONS

[75] Inventors: Jean-Pierre Durand, Chatou; Denise Nicolas, Maurepas; Norbert Kohler, Saint Germain en Laye; Francois Dawans, Bougival; Françoise Candau, Strasbourg, all of France

[73] Assignee: Institut Francais du Petrole, Rueil-Malmaison, France

[21] Appl. No.: 742,445

[22] Filed: Jun. 7, 1985

[30] Foreign Application Priority Data

Jun. 7, 1984 [FR] France ............ 84 08906
Jun. 7, 1984 [FR] France ............ 84 08907

[51] Int. Cl.4 ................................ C08J 0/00
[52] U.S. Cl. ................. 524/827; 524/829; 524/831
[58] Field of Search ......... 524/827, 829, 831

[56] References Cited

U.S. PATENT DOCUMENTS

| Re. 28,474 | 7/1974 | Anderson et al. | 523/336 |
| 3,284,393 | 11/1966 | Vanderhoff et al. | 526/207 |
| 3,826,771 | 7/1974 | Anderson et al. | 524/817 |
| 4,021,399 | 5/1977 | Hunter et al. | 524/827 |
| 4,022,731 | 5/1977 | Schmitt | 524/166 |
| 4,070,321 | 1/1978 | Goretta et al. | 524/829 |
| 4,077,930 | 3/1978 | Lim et al. | 524/829 |
| 4,147,681 | 4/1979 | Lim et al. | 524/831 |
| 4,242,247 | 12/1980 | Pellon et al. | 260/29.6 |
| 4,330,450 | 5/1982 | Lipowski et al. | 524/547 |
| 4,435,528 | 3/1984 | Domina | 524/827 |
| 4,464,508 | 8/1984 | Easterly, Jr. | 524/801 |
| 4,521,317 | 6/1985 | Candau et al. | 252/8.55 D |
| 4,524,175 | 6/1985 | Stanley, Jr. | 524/831 |

FOREIGN PATENT DOCUMENTS

| 0074661 | 3/1983 | European Pat. Off. | 524/831 |
| 0119078 | 9/1984 | European Pat. Off. | 524/831 |
| 2354006 | 5/1975 | Fed. Rep. of Germany | |
| 0841127 | 7/1960 | United Kingdom | 524/801 |
| 2093464 | 9/1982 | United Kingdom | 524/827 |
| 2118200 | 10/1983 | United Kingdom | 524/827 |
| 2140433 | 11/1984 | United Kingdom | 524/831 |

Primary Examiner—Joseph L. Schofer
Assistant Examiner—J. M. Reddick
Attorney, Agent, or Firm—Millen & White

[57] ABSTRACT

By a new process, inverse microlatices of watersoluble copolymers are prepared by copolymerization within an inverse microemulsion obtained by admixing an aqueous phase containing the hydrosoluble monomers to be copolymerized, an organic phase and a non-ionic surfactant or a mixture of non-ionic surfactants, whose H L B ranges from 8 to 11.

The resultant microlatices can be diluted in water so as to form thickened solutions, which can be used to improve the production of hydrocarbons from oil formations, particularly in enhanced recovery methods or methods for preventing water inflows in producing wells.

13 Claims, 1 Drawing Figure

CIBA 000548

U.S. Patent                 Jul. 21, 1987                 4,681,912



CIBA 000549

4,681,912

1

PROCESS FOR MANUFACTURING INVERSE
MICROLATICES OF WATERSOLUBLE
COPOLYMERS, THE RESULTANT INVERSE
MICROLATICES AND THEIR USE FOR
IMPROVING THE PRODUCTION OF
HYDROCARBONS

The invention relates to a process for manufacturing
inverse microlatices by copolymerization, in an inverse
microemulsion, of at least two hydrosoluble vinyl mon-
omers, and to the inverse microlatices obtained by this
process by "hydro-soluble" is meant "water-soluble"
throughout.

It also concerns the use of these inverse microlatices
in the preparation of thickened aqueous solutions for
improving the production of hydrocarbons

BACKGROUND OF THE INVENTION

The energy crisis has led to the development of nu-
merous surveys in order to recover a maximum amount
of the oil present in the fields. Among the various con-
sidered methods, one of them consists of flooding the oil
field by means of an injection of salt water in order to
force petroleum out of the pores of the rock where it is
adsorbed. However, the difference in mobility between
oil and water considerably reduces the efficiency of said
method. In order to improve this technique, it is known
to thicken the injection water by means of hydrosoluble
polymers, such as partially hydrolized polyacrylamides,
acrylamide-sodium acrylate copolymers or polysaccha-
rides:

On the other hand, it has been found that aqueous
solutions, thickened by means of polymers, injected in
wells simultaneously producing water and oil, limit the
water production sufficiently without changing the oil
production. However, the use of hydrosoluble poly-
mers under actual conditions of use on the field, is often
a delicate operation. As a matter of fact, the handling,
storing and dissolution of polyacrylamides, as powder,
gives rise to certain problems, particularly those due to
absorption of moisture causing, formation of agglomer-
ates, whose dissolution is time-consuming.

For this reason, new modes of conditioning hydrosol-
uble polymers have been proposed, particularly with
inverse latices offering a rule, all the advantages
associated with liquids handling. In this connection U.S.
Pat. Nos. 3,284,393, 3,624,019, 3,826,771 and 4,022,731,
as well as German patent application No. DE-A-
2.554.082 and British Pat. No. 2.030.578, are of particu-
lar interest.

In the formulations disclosed in these documents, the
surfactant is most often selected from non-ionic surfac-
tants having a low H L B (Hydrophilic Lipophilic Bal-
ance), providing a water-in-oil emulsion. It consists
usually of a sorbitan monooleate or monostearate. On
the other hand, it has been stated that certain surfactants
of higher H L B are also liable to give water-in-oil
emulsions (French Pat. No. 2 245 671).

However, inverse latices obtained according to the
prior art methods suffer from different disadvantages,
particularly an instability which results in a strong ten-
dency to settle and in the requirement of intense and
delicate shearing during their dissolution in aqueous
phase, i.e. during their inversion.

More recently, it has been proposed to use inverse
microlatices of hydrosoluble polymers of improved
stability (French patent application No. 2 524 895),

2

prepared by using anionic or cationic surface-active
agents

SUMMARY OF THE INVENTION

A new process for preparing stable, transparent in-
verse microlatices, of hydrosoluble copolymers, using
certain proportions of non-ionic surfactants and result-
ing in increased contents of copolymers, has now been
discovered. This is of particular interest in view of the
use of these microlatices to form thickened solutions
used for improving the production of oil fields.

The microlatices prepared by the process of the in-
vention further have the advantage of being auto-
inversable.

The process for manufacturing inverse microlatices
according to the invention is generally defined by the
following steps of:

(a) preparing a microemulsion (stable and transpar-
ent) of the water-in-oil type, by admixing:

(i) an aqueous solution of the acrylic monomers to be
copolymerized with

(ii) an oily phase, comprising at least one hydrocar-
bon liquid,

(iii) in the presence of at least one non-ionic surfactant
whose H L B value ranges from 8 to 11 (when using a
mixture of surfactants, the resultant H L B is consid-
ered).

(b) subjecting the obtained inverse microemulsion of
step (a) to polymerization conditions up to complete
polymerization and production of a stable, transparent,
inverse microlatex of high molecular weight (the term
transparent also meaning translucent).

It will be recalled that an emulsion is a diphasic, tur-
bid, unstable medium. Under stirring, particles, dis-
persed either in water or in oil, are observed which
have a wide size distribution about an average value of
the order of a micron. When polymerizing an emulsion,
the polymer is dispersed in the large emulsion drops
(diameter of about 1 to 10 microns) as well as in the
small emulsifier micelles (diameter of about 5 to 10 nm).

A microemulsion is also formed of two liquids insolu-
ble in each other and a surfactant, but, in contrast with
the emulsion, the mere mixture of the constituents gives,
without any agitation, a transparent or translucent ther-
modynamically stable medium.

In the formulations of inverse microemulsions leading
to the microlatices of the invention, the aqueous phase
contains at least two hydrosoluble acrylic monomers:
on the one hand, acrylamide and/or methacrylamide
and, on the other hand, at least another acrylic mono-
mer selected from acrylic acid, methacrylic acid and
alkali salts of these acids. In the mixture of acrylic mon-
omers, the second acrylic monomer content may range
from 15 to 60% by weight and preferably from 20 to
45% by weight.

In order to obtain an inverse microemulsion, it is
generally necessary to use particular conditions whose
main parameters are as follows: surfactant concentra-
tion, H L B of the surfactant or of the surfactant mix-
ture, temperature, nature of the organic phase and com-
position of the aqueous phase.

The monomers content of the aqueous phase is gener-
ally 20–80% and usually 30–70% by weight.

Generally the pH of the monomers aqueous solution
ranges from 8 to 13 and advantageously from 9 to 11.

The selection of the organic phase has a substantial
effect on the minimum surfactant concentration neces-
sary to obtain the inverse microemulsion. This organic

CIBA 000550

4,681,912

3

phase may consist of a hydrocarbon or a hydrocarbons mixture. Isoparaffinic hydrocarbons or mixtures thereof are the best suitable in order to obtain inexpensive formulations (lower content of surfactants) of inverse microemulsions.

The ratio by weight of the amounts of aqueous phase and hydrocarbon phase is chosen as high as possible, so as to obtain, after copolymerization, a microlatex of high copolymer content. Practically, this ratio may range, for example, from 0.5 to 3/1; usually it is close to 2/1.

The one or more surfactants are selected in view to obtain a H L B value ranging from 8 to 11. As a matter of fact, outside this range, the inverse microemulsions either cannot be obtained, or require a considerable amount of surfactants, incompatible with an economical process. In addition, in the so-defined H L B range, the surfactant content must be sufficient to obtain an inverse microemulsion. Too low concentrations of surfactants lead to inverse emulsions similar to those of the prior art and form no part of this invention.

Within the H L B range, the surfactant concentration, in proportion to all of the constituents of the microemulsion is preferably higher than a value y (in % by weight) approximately defined by the following empirically determined equation:

$$y = 5.8 \ x^2 - 110x + 534$$

wherein x is the H L B value of the surfactant or surfactant mixture.

BRIEF DESCRIPTION OF THE DRAWING

The accompanying drawing shows a curve representing the surfactant concentration versus the H L B value. On this figure, the preferred domain of the invention has been hachured.

With respect to the upper limit of the surfactant concentration, it is desirable, for economical reasons, to limit said concentration to 25% by weight of all the constituents of the inverse microemulsion.

When preparing the inverse microemulsion, the temperature of the mixture must be carefully controlled, in view of the sensitivity to temperature of the inverse microemulsions in the presence of non-ionic surfactants. This temperature influence is increased as the surfactant concentration is closer to the minimum content required for obtaining an inverse microemulsion.

In order to reduce the required surfactant content, and to limit to a minimum the temperature influence on the stability of inverse microemulsions, the latter will be, as much as possible, prepared at a temperature as close as possible to that selected for the copolymerization.

The hydrosoluble acrylic monomers present in the above-described inverse microemulsion are polymerized photochemically or thermally: the method consists of photochemically initiating the copolymerization, for example by ultraviolet radiation or thermally by means of a free radical generator, either hydrophobic, such as, for example, azobisisobutyronitrile, or hydrophilic, such, for example, as potassium persulfate.

The copolymerization is performed very quickly, for example in a few minutes, in a photochemical way, quantitatively, and leads to the formation of stable and transparent microlatices whose particles radius is of the order of 20–40 nanometers with a narrow distribution range.

4

The size of the particles dispersed in the inverse microlatices according to the invention may be determined by means of the quasi-elastic light scattering. The optical source on the light scattering apparatus consists of a Spectra Physics argon-ion laser operating at 488 nm. The time dependant correlation function of the scattered intensity is derived by using a digital correlator with 72 channels. The intensity correlation data have been treated by using the method of cumulants, giving the average decay rate $<\Gamma^{-1}>$ of the correlation function and the variance V. The latter measures the amplitude of the distribution of the decay rate and its value is given by the formula:

$$V = (<\Gamma>^2 <\Gamma^2>)/<\Gamma>^2$$

wherein $<\Gamma^2>$ is the second moment of the distribution.

For copolymer solutions of low polydispersity, the variance V, as a first approximation, is related to the polydispersity index Mw/Mn (weight average molecular weight/number average molecular weight) by the relationship:

$$Mw/Mn = 1 + 4 \ V$$

The molecular weight of the obtained copolymers depends to a large extent on the copolymerization temperature. Temperatures lower or equal to about 30° C. are always preferred when very high molecular weights are desired, as for inverse microlatices destined to be used in Enhanced Oil Recovery.

The process of the invention provides stable and transparent inverse microlatices of high hydrosoluble copolymer content (20 to 35% by weight). The inverse microlatices, prepared in the presence of non-ionic surfactants, have a remarkable stability to temperature in contrast with the inverse microemulsions from which they are prepared.

Inverse microlatices obtained by the process of the invention, can be used in many applications, particularly in the techniques of oil production: Hydrocarbons Enhanced Recovery, ground consolidation, manufacture of drilling muds, prevention of water inflows during the bringing in production of oil wells, and as completion or fracturation fluids.

Generally, the Enhanced Oil Recovery methods with the use of polymer aqueous solutions consist of injecting said solutions in the field through at least one injection well, to circulate it through the formation and recover the displaced hydrocarbons through at least one producing well.

The methods using inverse microlatices of the invention for Enhanced Recovery are not substantially different from those above-described for the water-in-oil emulsions. The inverse microlatices considered in this invention are auto-inversable and it is not necessary generally to add an additional surfactant to favor the inversion, as in certain above-described methods. These microlatices are used, for example after dilution in water, in a proportion on of 50 to 5000 ppm, preferably 100 to 2000 ppm by weight of copolymer with respect to the resultant aqueous phase. Tests conducted in laboratory have shown the efficiency of the inverse microlatices used.

The method for preventing water inflows in producing wells, consists of injecting into the producing well, in the part of the field to be treated, an aqueous solution

CIBA 000551

4,681,912

5

of polymer, prepared according to the invention by inverse microlatex dissolution in water. The polymer is adsorbed to a large extent on the walls of the formation surrounding the well where it is injected. When said well is then brought again in production, the oil and/or the gas selectively traverse the treated zone whereas the water passage is reduced.

In addition to these applications, the hydrosoluble polymers, prepared as a microemulsion, may be used as:

coagulants for separating solids suspended in liquids

floatation and draining adjuvants in the manufacture of paper pulp; or

flocculants in water treatment

The inverse microlatices obtained by the process of the invention may also be used in assembling of glass fibers, in the leather industry or in the field of paints.

## EXAMPLES

The following examples illustrate the invention, but must not be considered as limiting in any way the scope thereof. Examples 1, 10 and 14 to 17 are given by way of comparison and form no part of the invention.

### EXAMPLE 1 (comparative)

77,8 g of SOLTROL 220 (inorganic paraffinic oil having an distillation point of 244° C. and a final point of 287° C.), 25 g of a mixture of 21.4 g of polyoxyethylene sorbitol hexaoleate (ATLAS G 1086) and 3.6 g of sorbitan sesquioleate (ARLACEL 83) whose H L B (hydrophilic lipophilic balance) is 9.25, are admixed with stirring. 61.3 g of acrylamide and 20.7 g of glacial acrylic acid are dissolved in a mixture of 42.2 g of distilled water with 23.0 g of a 50% by weight sodium hydroxide solution and this solution is added to the oil/surfactant mixture. The amount of surfactants corresponds to 50% by weight of all the constituents. After one hour of purging with nitrogen at room temperature, the resultant emulsion (turbid and unstable) is heated to 40° C. and 6 5 $10^{-4}$ mole of t-butyl peroxypivalate per mole of monomer are added thereto, the temperature being maintained between 40° and 50° C. for about 1 hour.

The so-obtained latex is turbid and decantation takes place during storage.

### EXAMPLE 2

When example 1 is repeated, but with the use of 63.5 g of surfactants mixture, which corresponds to 22% by weight of all the constituents, the resultant mixture, in contrast to example 1, is limpid and monophasic (microemulsion) and remains as such after copolymerization. By precipitation in acetone and successive washings with acetone and methanol, an acrylamine-sodium acrylate copolymer is obtained. Its viscosity in aqueous solution (400 ppm of copolymer and 5000 ppm of NaCl), measured at 30° C., is 1.30 mm$^2$/s.

### EXAMPLE 3

Example 1 is repeated but as the organic solvent an isoparaffinic cut (ISOPAR M) having an initial distillation point of 207° C. and a final point of 254° C. is used and a mixture of surfactants (36.6 g) corresponding to 14% of the weight of all the constituents is used. The resultant mixture is limpid and monophasic.

After copolymerization, a monophasic mixture (microlatex) containing 35.3% by weight of acrylamide-sodium acrylate copolymer is obtained. An aqueous solution containing 400 ppm of said copolymer and

6

5000 ppm of NaCl, measured at 30° C. has a viscosity of 1.4 mm$^2$/s.

### EXAMPLE 4

255 g of ISOPAR M and 90 g of a mixture of surfactants consisting of 12.6 g of sorbitan sesquioleate and 77.4 g of polyoxyethylene sorbitol hexaoleate (resultant H L B: 9.3) are added to an aqueous solution containing 38.25 g of acrylic acid and 89.25 g of acrylamide neutralized with sodium hydroxide to a pH close to 10. This amount corresponds to 15% by weight of all the constituents. 0.21 g of azobisisobutyronitrile is added to the resultant monophasic mixture which is degased for 1 hour and heated for 2 hours at 60° C., giving a stable and transparent microlatex whose particle radius, determined by quasi-elastic light scattering, is about 25nm, with a variance of 3%.

By precipitation in acetone and successive washings with acetone and methanol, an acrylamide-sodium acrylate copolymer is obtained (with a total conversion) whose viscosity, determined at 30° C. in a 400 ppm copolymer and 5000 ppm NaCl aqueous solution, is 1.5 mm$^2$/s.

### EXAMPLE 5

Example 4 is repeated, except that azobisisobutylonitrile is omitted and the copolymerization is conducted under U.V. radiation for 5 minutes, the temperature being maintained at 20° C. With a total conversion, an acrylamide-sodium acrylate copolymer is obtained whose viscosity, measured at 30° C. in a 400 ppm copolymer and 5000 ppm NaCl aqueous solution, is 3.15 mm$^2$/s. On the other hand, the intrinsic viscosity of said copolymer, dissolved in water containing 20 g/l of NaCl, has been found equal to 3250 cc/g on the basis of measurements effected with a LS 30 viscosimeter of CONTRAVES Company and extrapolated to zero concentration and shear rate.

### EXAMPLE 6

In the conditions of example 4 for carrying out the inverse microemulsion, the proportions of each of the two surfactants are varied and the minimum amount of surfactants for obtaining, after copolymerization, a stable and transparent inverse microlatex, is determined in each case.

The results are reported in the following table:

TABLE I

| HLB | Minimum surfactant concentration to obtain a stable and transparent inverse microlatex (% by weight) |
|---|---|
| 8.5 | 18 |
| 9 | 14 |
| 9.5 | 12 |
| 10.2 | 16 |

### EXAMPLE 7

200 g of ISOPAR M and 92 g of the surfactant mixture of example 5 are added to 400 g of an aqueous solution containing 60 g of acrylic acid, 140 g of acrylamide and the sodium hydroxide amount required to attain a pH close to 10. This amount corresponds to 13.3% by weight of all the constituents. The copolymerization, conducted under the same conditions as described in example 5, provides a stable and transparent microlatex whose particles radius, determined by

CIBA 000552

4,681,912

7

quasi-elastic light scattering, is about 40 nm, with a variance of 5%. This inverse microlatex contains 31.6% by weight of an acrylamidesodium acrylate copolymer containing 35.9% by weight of sodium acrylate.

The intrinsic viscosity of said polymer is 3520 cc/g (solution at 20 g/l of NaCl).

### EXAMPLE 8

200 g of ISOPAR M and 106 g of the mixture of surfactants of example 4 are added to 400 g of an aqueous solution containing 40 g of acrylic acid, 160 g of acrylamide and the sodium hydroxide amount required to attain a pH of 9. This amount corresponds to 15% by weight of all the constituents. The copolymerization, conducted in the same conditions as in example 5, gives a monophasic mixture containing 30.1% by weight of acrylamidesodium acrylate copolymer containing 24.6% by weight of sodium acrylate.

The viscosity of an aqueous solution containing 400 ppm of said copolymer, determined at 30° C. in the presence of 5 g/l of NaCl, is 2.7 mm²/s.

### EXAMPLE 9

When, in example 8, ISOPAR M is replaced with trimethyl-pentane, everything else being unchanged, an inverse microlatex of similar characteristics as in example 8 is obtained.

### EXAMPLE 10 (comparative)

When, in example 8, the isoparaffinic solvent (ISO-PAR M) is replaced with an aromatic solvent (toluene), everything else being unchanged, it is impossible to obtain an inverse microemulsion, even with the addition of high amounts of surfactants (31% by weight).

### EXAMPLE 11

200 g of ISOPAR M and 115 g of a mixture of surfactants containing 11% by weight of sorbitan trioleate (Montane 85) and 89% by weight of ethoxylated sorbitan trioleate (Montanox 85) are added to 400 g of an aqueous solution containing 60 g of acrylic acid and 140 g of acrylamide, whose pH has been brought to 10 by addition of sodium hydroxide. The H L B of the surfactants mixture is 10 and the surfactant amount corresponds to 16% by weight of all the constituents.

The copolymerization, conducted in the same conditions as described in example 5, gives a monophasic mixture containing 30.5% by weight of an acrylamide-sodium acrylate copolymer containing 35.9% by weight of sodium acrylate.

The intrinsic viscosity of said polymer is 3200 cc/g (in aqueous solution at 20 g/l of NaCl).

### EXAMPLE 12

200 g of ISOPAR M and 115 g of the mixture of surfactants of example 11 are added to 400 g of an aqueous solution containing 170 g of acrylamide and 30 g of acrylic acid, whose pH has been brought to 9 by addition of sodium hydroxide. This amount corresponds to 16% by weight of all the constituents.

The copolymerization, achieved in the same conditions as in example 5, gives a monophasic mixture containing 29.3% by weight of an acrylamide-sodium acrylate copolymer containing 18.7% by weight of sodium acrylate.

8

### EXAMPLE 13

200 g of ISOPAR M and 100 g of polyoxyethylene sorbitol oleate (ATLAS G 1087; H L B=9.2) are added to 400 g of an aqueous solution containing 50 g of acrylic acid and 150 g of acrylamide, whose pH has been brought to 10 by addition of sodium hydroxide. This amount corresponds to 14.3% by weight of all the constituents.

The copolymerization so-obtained copolymerization of the inverse microemulsion, conducted in the conditions described in example 5, gives a stable and transparent inverse microlatex containing 30.7% by weight of an acrylamide-sodium acrylate copolymer containing 30.3% by weight of sodium acrylate.

### EXAMPLE 14 (comparative)

When example 7 is repeated, except that the proportions of the two surfactants are modified so as to obtain the resultant H L B of 7.6, it is not possible to obtain, under these conditions, any inverse microemulsion, even when adding high amounts of surfactants (more than 31% by weight).

### EXAMPLE 15 (comparative)

When, in example 7, the mixture of surfactants is replaced with ethoxynonylphenol containing 8 ethylene oxide recurrent units per molecule and having a H L B of 12.3, everything else being unchanged, it is not possible to obtain in these conditions, any inverse microemulsion, even when adding high surfactant amounts (more than 35% by weight).

### EXAMPLE 16 to 22

255 g of ISOPAR M and a variable amount of a mixture of surfactants having a H L B value of 9.3, already used in certain of the preceding examples (14% by weight of sorbitan sesquioleate and 86% by weight of polyethoxylated sorbitol hexaoleate are added to 255 g of an aqueous solution containing 44 g of acrylic acid and 82 g of acrylamide, neutralized with sodium hydroxide up to a pH close to 10. The amount of surfactant mixture is reported in table II hereinafter. The resultant mixture is degassed and then heated at 45° C. for 45 minutes in order to copolymerize the monomers.

There is thus obtained a series of inverse latices whose final copolymer concentration is about 22 to 25% by weight with respect to all the constituents. The proportion of sodium acrylate in the copolymers is 42% by weight. Table II hereinafter reports, for the final latices, the values of optical transmission measured by turbidimetry, the hydrodynamic radii $R_H$ of the particles, determined by the quasi-elastic diffusion of light and an evaluation of the stability of said latices.

TABLE II

| Examples | Surfactant concentration (% by weight) | Optical transmission (%) | $R_H$ (nm) | Stability |
|---|---|---|---|---|
| 16* | 8.2 | 1.1 | >89 | Sedimentation after a few hours |
| 17* | 11.0 | 1.2 | >60 | |
| 18 | 13.4 | 82 | 37 | Stable even after several months |
| 19 | 15.5 | 82 | 35 | |
| 20 | 18.0 | 85 | 27.5 | |
| 21 | 20.2 | 88 | 25 | |
| 22 | 21.1 | 91 | 24 | |

*comparative examples

CIBA 000553

4,681,912

9

From this table, it appears that microlatices obtained in examples 18 to 22 are stable and have a high optical transmission and a small particle radius, in contrast with the results obtained in examples 16 and 17.

The values of surfactants or surfactant mixtures concentrations, taking into account the corresponding H L B values, were used to draw a curve shown in the accompanying FIGURE, indicating the approximate limit between a zone wherein no stable inverse microlatex is obtained and a zone wherein stable inverse microlatices can be obtained. On this FIGURE, the preferred domain of the invention has been hachured.

## EXAMPLES 23 to 25

100 g of ISOPAR M and 53 g of the same surfactant mixture as in the preceding examples (H L B=9.3) are added to 200 g of an aqueous solution containing 30 g of acrylic acid and 70 g of acrylamide, neutralized with sodium hydroxide up to a pH close to 9.

The obtained monophasic mixture, to which is added 0.15 g of azobisisobutyronitrile, is degased and maintained for 5 hours at a temperature differing according to the considered example. A stable and transparent inverse microlatex is always obtained and the copolymerization is complete.

By precipitation in acetone and successive washings with acetone and methanol, acrylamide-sodium acrylate copolymers are separated and their viscosity determined, at 30° C., in aqueous solutions containing 1000 ppm of copolymer and 5000 ppm of sodium chloride. The viscosity values are different according to the copolymerization temperature:

| | | |
|---|---|---|
| Example 23 | T° = 60° C. | Viscosity: 2.4 mm²/s |
| Example 24 | T° = 40° C. | Viscosity: 4.9 mm²/s |
| Example 25 | T° = 25° C. | Viscosity: 7.4 mm²/s |

## EXAMPLE 26

### Test of injectivity of porous medium

A porous medium is prepared by packing, in a glass cylinder, sand from ENTRAIGUES EN 38, of granulometry ranging from 28 to 50 μml The characteristics of the so-obtained porous medium are as follows: L=60 mm, Φ=20 mm, Vp=8.6 cc, k=2.04 D, φ=45% (k=permeability ρ to water expressed in Darcy ; φ=porosity)

A solution of acrylamide-sodium acrylate copolymer (1000 ppm) is prepared by dispersing the inverse microlatex obtained in example 7 in a field brine of total salt content close to 3 g/l. The rheological curve of said copolymer solution, as determined by means of LS 30 viscosimeter, makes apparent the presence of a plateau in the values of relative viscosity versus shear rate (relative viscosity at zero shear rate: $\eta R_o = 20$, at 30° C.).

The polymer solution is then injected at constant rate (q=1.5 cc/h by means of a piston pump of perfuser type; the pressure losses are measured at the terminals of the porous medium for the polymer solution and expressed in proportion to the values initially obtained with the field brine. Thus, a mobility ratio is defined which, in the experimental conditions, becomes stabilized at a value of 21.6. It is further observed that the stabilization of the mobility decrease corresponds to an equalization of the polymer concentrations, determined by viscosimetry, between the input and the output of the core. The comparison of the mobility decrease val-

10

ues with the plateau viscosity on the one hand, and the absence of polymer losses between the input and the output of the porous medium on the other hand, shows that for the selected porous medium, the injectivity of the microlatex dispersion is satisfactory. Particularly, no indication of clogging was observed.

When injecting field brine after the polymer solution, a value of the permeability reduction of 2.36 is obtained, which characterizes the presence of an adsorbed polymer layer on the walls of the porous medium This behavior is characteristic of an acrylamide-sodium acrylate copolymer of high molecular weight.

On the other hand, the fact that the permeability to water is permanently reduced makes it possible to contemplate the use of the inverse microlatices of the invention in the prevention of water inflows in producing wells, as illustrated in the following example.

## EXAMPLE 27

A porous medium (L=20 cm; Φ=5 cm) is prepared by coring a Vosges sandstone containing about 10% of clay. The permeabilities of this Vosges sandstone to sea water (total salt content ≅37 g/l and to the field water (total salt content ≅8 g/l) are respectively 0.478 D and 0.467 D The porosity is 18%.

From the microlatex of example 13, a solution is separately prepared which contains 500 ppm of active copolymer in sea water and in field water. The relative viscosities obtained in the Newtonian zone of said microlatex dispersed in both water types are respectively $\eta R_o = 5.1$ (field water) and $\eta R_o = 3.1$ (sea water), the ratio of the two viscosities being equal to 1.65.

In conformity with the teaching of the French Pat. No. 2 325 797 (corresponding to U.S. Pat. No. 4,095,651) issued to the name of the applicant and concerning the prevention of water inflows in producing wells, the microlatex solution (Cp=500 ppm) is injected at constant rate q=3 cm³/h ( $\gamma$=2.1 sec⁻¹) in sea water (t=30° C.). After injection of about 5 Pv (Pv=pores volume) of said microlatex solution, the polymer injection is discontinued and sea water is injected by the inlet face of the core in view to determine, on the one hand, the decrease of permeability $R_k$ to sea water before and after the polymer introduction and, on the other hand, to deduce therefrom a thickness of the adsorbed layer, calculated by the formula

$$\delta = R_p \left(1 - \frac{1}{\sqrt[4]{R_k}}\right)$$

wherein $R_p$ designating the average pore radius is equal to

$$\sqrt{\frac{8k}{\gamma}} .$$

The obtained values are as follows: $R_k = 1.80$, $\delta = 0.62$ μm.

Through the outlet face of the core, field water is injected in opposite direction, thus simulating the water production in the producing well. New values of the permeability reduction and of the thickness of the adsorbed layer are thus respectively obtained: $R_k = 2.92$, $\delta = 0.90$ micron. The ratio of the respective thicknesses of adsorbed layers respectively with the field water and

CIBA 000554

4,681,912

11

the sea water is 1.61, value which is very close to 1.65, representing the ratio of the plateau viscosities in said two waters. This indicates that the introduction of the copolymer took place in such conditions that the thickness of the adsorbed layer varied in the same ratio as the viscosities. Accordingly, the production of soft water from the field is decreased, thereby decreasing the production water/oil ratio (WOR).

What is claimed as the invention is:

1. A process for producing a stable inverse microlatex comprising the steps of:

(a) admixing:
an aqueous solution containing at least one acrylic monomer (i) selected from acrylamide and methacrylamide and at least another acrylic monomer (ii) selected from acrylic acid, methacrylic acid and alkali salts of said acids, at a concentration from 20 to 80% by weight in said aqueous solution;

an oily phase comprising at least one hydrocarbon liquid, the ratio by weight between said aqueous solution and said oily phase being from 0.5/1 to 3/1, and

a non-ionic surfactant or a non-ionic surfactant mixture having a H L B from 8 to 11, in a proportion, with respect to all the involved constituents, higher than about a value y, given, in percent by weight, by the relationship:

$$y = 5.8 \ X^2 - 110 \ X + 534$$

wherein X is the H L B of said surfactant or said surfactant mixture, so as to form an inverse microemulsion, and

(b) subjecting the inverse microemulsion obtained in step (a) to copolymerization conditions.

12

2. A process according to claim 1, wherein said acrylic monomer (ii) is sodium acrylate.

3. A process according to claim 1, wherein said acrylic monomer (ii) amounts to 15–60% by weight of the acrylic monomer mixture.

4. A process according to claim 3, wherein said acrylic monomer (ii) amounts to 20–45% by weight of the acrylic monomer mixture.

5. A process according to claim 1, wherein, in step (a), the pH of said aqueous solution is from 8 to 13.

6. A process according to claim 1, wherein, in step (a), the oily phase comprises at least one isoparaffinic hydrocarbon.

7. A process according to claim 1, wherein, in step (a), the ratio by weight between the monomers aqueous solution and the oily phase is about 2/1.

8. A process according to claim 1, wherein, in step (a), the proportion of surfactant or surfactant mixture is at most 25% by weight of all the constituents of said inverse microemulsion.

9. A process according to claim 1, wherein, in step (b), the polymerization is conducted by heating in the presence of a radical reactions initiator.

10. A process according to claim 1, wherein, in step (b) the polymerization is initiated by radiation.

11. An inverse microlatex obtained by the process according to claim 1 having a copolymer content from 20 to 35% by weight.

12. In a method for preparing a thickened aqueous solution, comprising diluting in water an inverse microlatex in such a proportion that the resultant aqueous solution has a copolymer concentration from 50 to 5000 ppm by weight the improvement wherein the inverse microlatex is one of claim 11.

13. A thickened aqueous solution, obtained by the method of claim 12.

\* \* \* \* \*

CIBA 000555

# EXHIBIT 8

# United States Patent [19]

## Allen et al.

[11]  Patent Number:  **4,528,321**

[45]  Date of Patent:  **Jul. 9, 1985**

[54]  POLYMER DISPERSIONS AND THEIR PREPARATION

[75]  Inventors:  Adrian S. Allen, North Yorkshire; Peter Flesher, West Yorkshire, both of England

[73]  Assignee:  Allied Colloids Limited, Bradford, England

[21]  Appl. No.:  595,137

[22]  Filed:  Mar. 30, 1984

[30]  **Foreign Application Priority Data**

Apr. 6, 1983 [GB]  United Kingdom ............ 8309275

[51]  Int. Cl.$^3$ ................. C08K 5/05; C08K 5/06; C08L 33/00; C08L 35/00

[52]  U.S. Cl. ........................ 524/761; 524/764; 524/767; 524/800; 524/801; 524/804; 526/910; 526/911

[58]  Field of Search ........... 524/761, 764, 767, 800, 524/801, 804; 526/910, 911

[56]  **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,982,749 | 5/1961 | Friedrick et al. ............ | 526/207 |
| 3,284,393 | 11/1966 | Vanderhoff et al. ........... | 524/801 |
| 4,052,353 | 10/1977 | Scanley ..................... | 526/207 |
| 4,150,210 | 4/1979 | Anderson et al. ............. | 526/911 |
| 4,328,149 | 5/1982 | Morse et al. ................ | 524/804 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2629655 | 1/1977 | Fed. Rep. of Germany ... | 524/767 |
| 56-112946 | 9/1981 | Japan ....................... | 524/761 |
| 1499731 | 2/1978 | United Kingdom . | |

*Primary Examiner*—Ronald W. Griffin
*Attorney, Agent, or Firm*—Lawrence Rosen

[57]  **ABSTRACT**

A dispersion of water soluble or water swellable polymer in water immiscible liquid is made by reverse phase polymerization utilizing a dispersing system comprising a polymerization stabilizer and the resulting dispersion, optionally after dehydration, may be distributed into water utilizing a distributing system. The dispersing system or the distributing system, or both, includes at least one non-ionic compound selected from $C_{6\text{-}12}$ alkanols, $C_{4\text{-}12}$ alkylene glycol monoethers and their $C_{1\text{-}4}$ alkanoates, $C_{6\text{-}12}$ polyalkylene glycol monoethers and their $C_{1\text{-}4}$ alkanoates and benzyl alcohol. Novel dispersions are made by reverse phase polymerization and, in particular, include a non-ionic compound selected from $C_{4\text{-}12}$ alkylene glycol monoethers, their $C_{1\text{-}4}$ alkanoates and $C_{6\text{-}12}$ polyalkylene glycol monoethers and their $C_{1\text{-}4}$ alkanoates. When the polymer is water soluble a solution of it in water can be made by distributing the dispersion into water.

**17 Claims, No Drawings**

4,528,321

1

## POLYMER DISPERSIONS AND THEIR PREPARATION

It is well known to make a dispersion in water immiscible liquid of water soluble or water swellable polymer by forming a dispersion in the liquid of droplets of aqueous monomer in the presence of a dispersing system and then polymerising the monomer. This is called reverse phase polymerisation.

Depending on the materials and conditions used the polymerisation may be a reverse suspension polymerisation process or a reverse emulsion polymerisation process. Early disclosures of such processes are to be found in, for instance, U.S. Pat. Nos. 2,982,749 and 3,284,393. The water may be removed from the polymer particles, e.g. by azeotropic distillation, to form a dispersion of substantially anhydrous polymer particles in the non-aqueous liquid, for instance as described in U.S. Pat. No. 4,052,353 or British Pat. No. 1,499,731.

It is often desired to distribute the dispersion into water, for instance to form a solution of water soluble polymer or a thickened aqueous medium containing water swollen polymer, and to facilitate the distribution it is common to include a distributing system in the dispersion, the system generally being added after the formation of the dispersion and, if appropriate, dehydration of the dispersion. The distributing system normally includes a water soluble oil-in-water emulsifying agent.

The dispersion of aqueous monomer in water immiscible liquid is achieved by mechanically homogenising the aqueous monomer into the liquid. The dispersing system should fulfil various requirements. Thus it should assist the formation of this dispersion during mechanical homogenisation and should provide a sufficiently stable interfacial barrier to prevent reagglomeration of aqueous droplets after homogenisation. It should protect the droplets from coagulation during polymerisation and during subsequent treatment, for instance during distillation of water from the system. It should act as a dispersant for the resultant polymer particles such that the dispersion remains liquid without significant agglomeration or flocculation of the polymer particles. It should permit ready distribution of the dispersion into aqueous electrolyte or other water systems using minimal quantities of oil-in-water emulsifiers.

We find that it is generally necessary to use a dispersing system comprising a polymerisation stabiliser, which in practice is normally an amphipathic polymeric stabiliser. If the dispersing system consists solely of such a stabiliser there is a tendency for polymer particles to separate out from the dispersion during prolonged storage and it may be difficult to redisperse these settled particles. In some cases settlement arises because of a wide particle size distribution, the dispersion thus including a proportion of large particles which are not properly dispersed and so settle quickly. In other cases the particle size distribution may be more satisfactory but the particles may flocculate.

Settlement can be reduced by increasing the viscosity of the continuous phase by including viscosifiers or suspending agents in the dispersing system, for instance polymeric materials soluble in the continuous phase or lipophilic fatty amine modified clays. Another way of improving the dispersing system, and in particular of reducing the formation of large particles, is to include in the dispersing system an oil soluble, water-in-oil, emul-

2

sifier. This generally has an HLB value of from 4 to 6 and is normally included in the water immiscible liquid prior to homogenising the aqueous monomer into it. This assists in the breakdown of droplets to a smaller size but often quite high concentrations of emulsifier are required if significant improvement in settlement stability is desired and this has two serious disadvantages. It makes the dispersion much more viscous and it necessitates the use of a distributing system including quite large amounts of oil-in-water emulsifier, and in many cases even with very large amounts of emulsifier satisfactory distribution is not achieved.

The use of any type of synthetic emulsifier, either oil-in-water or water-in-oil, is in any event rather undesirable for various reasons. If the emulsifier gets into water that is to be discharged it can cause pollution. It can cause contamination of potentially potable water and can lead to increased risk of foam during use and possible aeration of polymer solutions or dispersions prepared by the use of such emulsifiers. Accordingly it is desirable to keep the concentrations in the dispersions of emulsifiers as low as possible. At present therefore one tends to have to tolerate either some settlement of polymer particles or risk the pollution and other problems associated with the use of increased levels of emulsifier.

It might be thought that satisfactory results could be achieved if the water immiscible liquid (which by definition is immiscible or only very slightly miscible with water) is replaced by a water miscible liquid. It is difficult, with such liquids, to obtain a satisfactory dispersion of the polymer but even if a dispersion is obtained there is the disadvantage that, upon contacting the dispersion with water, the polymer particles hydrate so rapidly that they become sticky before adequate distribution of them through the water. As a result there is tendency for the formation of undesirable large agglomerates of partially hydrated polymer.

Suitable oil-in-water emulsifiers are listed in British Pat. No. 1499731. They are included, in that Patent, in amounts of from 5 to 20% by weight based on the oil phase and clearly are present in amounts such that, upon stirring the dispersion into water, a stable oil-in-water emulsion is formed. As the wetting agent may be of low solubility in the immiscible liquid it is recommended to include solution promotors. Although reference is made to the use of higher aliphatic $C_6$–$C_7$ alcohols and cycloaliphatic alcohols with 6 to 10 carbon atoms both these statements seem to be misprints as these classes of materials are exemplified by decanol or undecanol ($C_{10}$ and $C_{11}$ alcohols) and decalin and tetralin (cycloaliphatic hydrocarbons).

It is also known to disperse preformed solid particles into a non-aqueous liquid and to include an appropriate emulsifying agent or wetting agent to facilitate subsequent distribution and dissolution into water. Preformed solid particles generally have a particle size much larger than the particle size obtainable by reverse phase polymerisation, for instance above 100 microns compared to below 5 microns, and often have a wide particle size distribution and often have irregular shape.

We have now surprisingly found that satisfactory results can be achieved, with reduced levels of emulsifier, if we include a non-ionic compound of a defined class in the dispersing system or, if present, in the distributing system or in both the dispersing and distributing systems. According to the invention, a reverse phase polymerisation process for making a dispersion in

4,528,321

3

water-immiscible liquid of water soluble or water swell-able polymer comprises dispersing an aqueous solution of polymerisable monomer in water immiscible liquid in the presence of a dispersing system comprising a polymerisation stabiliser and polymerising the mono- 5 mer, and optionally adding a distributing system for promoting distribution of the dispersion into water, and in this process at least one of the dispersing and distributing systems includes at least one non-ionic compound selected from $C_{6-12}$ alkanols, $C_{4-12}$ alkylene glycol 10 monoethers and their $C_{1-4}$ alkanoates, $C_{6-12}$ polyalkylene glycol monoethers and their $C_{1-4}$ alkanoates, and benzyl alcohol, and in this process, when the dispersing system does not contain at least one of the said non-ionic compounds, the distributing system is added and 15 includes at least one of the said non-ionic compounds and is either free of oil-in-water emulsifying agent or includes oil-in-water emulsifying agent in an amount insufficient by itself to result in formation of a stable oil-in-water emulsion upon stirring the dispersion into 20 water. Both the dispersing and distributing systems may include one or more of the non-ionic compounds.

In one aspect of the invention the reverse phase polymerisation process is conducted in the presence of a dispersing system comprising a polymerisation stabi- 25 liser and at least one of the said non-ionic compounds. Preferred non-ionic compound for this purpose are selected from $C_{6-12}$ alkanols, $C_{6-12}$ polyalkylene glycol monoethers in which the etherifying group is $C_{1-4}$ alkyl, and the $C_{1-4}$ alkanoates of the said monoethers, and 30 benzyl alcohol, with best results generally being achieved using non-ionic compounds selected from $C_{8-10}$ alkanols and diethylene glycol monobutyl ether and its acetate. Preferably the dispersing system comprises diethylene glycol monobutyl ether acetate 35 (DGMBA). The amount of non-ionic compound included in the dispersing system is generally from 0.1 to 10%, preferably 1 to 6%, by weight of the weight of aqueous monomer solution.

The inclusion of the one or more non-ionic com- 40 pounds in the dispersing system has various advantages. It reduces the risk of settlement of particles from the final dispersion, probably as a result of reducing the number and size of oversize particles, and thus reduces the range of particle sizes. It tends to reduce the average 45 particle size. It permits satisfactory products being obtained using less water-in-oil emulsifier in the dispersing system. In some instances it results in the formation of a dispersion having lower viscosity. It renders the dispersion more easily distributed into water and as a result it 50 may permit the use of a distributing system containing less oil-in-water emulsifier than would normally be required and indeed it may eliminate the need for any oil-in-water emulsifier.

Of course this aspect of the invention is of value 55 irrespective of whether or not the final dispersion is to be distributed into water and irrespective of whether or not a distributing system is to be added to the dispersion.

In a second aspect of the invention distributing sys- 60 tem is added to the dispersion and this distributing system includes at least one of the said non-ionic compounds. Compounds that are preferred for this purpose are selected from $C_{6-10}$ alkanols, $C_{4-12}$ alkylene glycol monoethers wherein the etherifying group is $C_{1-4}$ alkyl, 65 $C_{6-12}$ dialkylene glycol monoethers wherein the etherifying group is $C_{1-4}$ alkyl, and benzyl alcohol. Diethylene glycol monobutyl ether (DGMBE) is particularly

4

preferred but other suitable materials include ethylene glycol monobutyl ether and $C_{6-8}$ alkanols, especially $C_7$ or $C_8$ alkanols such as 2-ethylhexanol, heptan-1-ol and octan-1-ol. The amount of the non-ionic compound that is included in the distributing system is generally such that it is present in an amount of from 0.5 to 50%, and most preferably 2 to 25%, by weight of the water immiscible liquid.

The inclusion of the non-ionic liquid in the distributing system permits satisfactory distribution of the dispersion into water using less oil-in-water emulsifier than would otherwise be required and indeed often permits satisfactory distribution, including full emulsification of the water immiscible liquid, into the water simply by stirring and without the presence of any oil-in-water emulsifier. Naturally this aspect of the invention will be of particular value where the polymer is water soluble since, by the invention, it is possible to obtain by simple stirring dilute aqueous polymer solutions containing less emulsifier than has previously been required.

The dispersions made by the process are themselves novel materials. In particular an important new product according to the invention is a dispersion in water immiscible liquid of water soluble or water swellable polymer particles and which has been made by reverse phase polymerisation in that water immiscible liquid and which includes a non-ionic compound selected from $C_{4-12}$ alkylene glycol monoethers and their $C_{1-4}$ alkanoates and $C_{6-12}$ polyalkylene glycol monoethers and their $C_{1-4}$ alkanoates. Preferred dispersions include, as the non-ionic compound, ethylene glycol monobutyl ether or, preferably, diethylene glycol monobutyl ether or its acetate.

The polymers in the dispersions are normally formed from ethylenically unsaturated water soluble monomers. The polymers in the dispersions may be non-ionic, anionic, cationic or amphoteric. Typical non-ionic polymers are polyacrylamide and copolymers of acrylamide with, for instance, acrylonitrile or hydroxyethyl acrylate, polyvinyl alcohol or copolymers of vinyl alcohol with, for instance, vinyl acetate, and polyethylene oxide. Suitable anionic polymers include polymers formed from acrylic acid, methacrylic acid, vinyl sulphonic acid, sulphoethylacrylate, and 2-acrylamido-2-methyl propane sulphonic acid either alone or in combination and copolymers of one or more such monomers with non-ionic monomers such as acrylamide. Acidic monomers may be used as the free acid or as alkali metal, generally sodium or ammonium salts. Suitable cationic polymers include homopolymers, and copolymers with non-ionic monomers such as acrylamide, or dialkylaminoalkylacrylamides and dialkylaminoalkyl (generally ethyl) acrylates or methacrylates as inorganic or quaternary ammonium salts. Their molecular weight may be from, for instance, 1,000 to 50 million, often 100,000 to 30 million. If the polymer is to be water soluble it will generally be linear, although some branching or cross-linking may be permitted. If the polymer is to be water swellable then it will generally be cross-linked, as a result of including a polyethylenically unsaturated monomer or other cross-linking agent in the monomers from which the polymer was formed. Suitable cross-linking agents for use with acrylic monomers include methylene bisacrylamide, methylol acrylamide and soluble polyethylene glycol diesters. The monomers used for forming the polymers should all be water soluble.

5

The water immiscible liquids are selected from those conventionally used for reverse polymerisation such as aliphatic, aromatic or naphthenic hydrocarbon solvent or oils. chlorinated hydrocarbons and aromatic or higher aliphatic esters such as fatty glycerides, dibutyl phthalate and di-octylphthalate. Mixtures may be used. The liquids are inert, non-solvents for the water soluble polymers and should be non-toxic.

The polymerisation stabiliser is usually an oligomeric or other polymeric material and can generally be defined as containing within its molecule a hydrophilic and hydrophobic portions. The material normally being a copolymer of one or more hydrophobic monomers with one or more hydrophilic monomers. Suitable materials are well known and include, for instance, polyhydroxy stearic acid-polyethylene glycol condensates, maleic polymers such as those described in U.S. Pat. No. 4,339,371 and, preferably, copolymers of hydrophilic acrylic monomers with hydrophobic acrylic monomers. For example, the hydrophobic monomers may be alkyl esters of acrylic or methacrylic acid or N-substituted alkyl acrylamides containing 8 to 24 carbon atoms in the alkyl group and optionally alkyl esters of acrylic or methacrylic acid containing 1 to 4 carbon atoms in the alkyl group. The hydrophilic monomers may be or are potentially anionic, cationic or non-ionic. Suitable anionic monomers have the formula

$$CH_2=CR^1CO(-OCH_2CHR^1CO-)_aOH$$

where $R^1$ is hydrogen or methyl and a is 0 to 2. Suitable cationic monomers have the formula

$$CH_2=CR^1COX(CH_2)_bNR_2R_3$$

where $R^1$ is hydrogen or methyl. $R^2$ and $R^3$ are $C_{1-4}$ alkyl, X is O or NH and b is 1, 2 or 3 together with their acid addition and quaternary ammonium salts, for instance wherein the nitrogen atom is substituted by a third $C_{1-4}$ alkyl group and the anion is chloride, methosulphate or ethosulphate. Suitable non-ionic monomers have the formula

$$CH_2=CR^1COYB$$

where $R^1$ is hydrogen or methyl, Y is O or NH, B is hydrogen when Y is NH or B is $(CH_2CH_2O)_m(COC_6H_{2r}O)_pH$ where m is 1 to 20, c is 2, 3 or 5 and p is 0 to 10.

The preferred ratio of total moles of hydrophobic monomers to total moles of hydrophilic monomers is 20:1 to 1:2.5 depending on the type of monomers used to prepare the stabiliser, the monomers being polymerised in the dispersed aqueous monomer solution droplets and the polarity and chemical type of the liquid continuous phase used to prepare the dispersion. The stabilisers may be prepared by solution polymerisation of the monomers in a suitable solvent which may contain a suitable quantity of the polar non-ionic liquid such that the proportions of stabiliser interpolymer and polar non-ionic liquid are present in optimum proportions. The amount of stabiliser normally used is usually from 0.1% to 10% by weight but preferably 2% to 4% by weight of the weight of aqueous monomer solution.

It is normally desirable for the particle size of the monomer droplets and of the polymer droplets to be below 5 microns, preferably 0.3 to 3 microns and the monomer droplets should therefore be homogenised into the water immiscible liquid with sufficient energy to achieve this particle size. Preferably oil soluble water-in-oil emulsifier, typically having HLB of from 4 to 6, is included to facilitate the formation of the small

6

particles. Emulsifiers that are conventional for reverse phase polymerisation may be used and include sorbitan monostearate, sorbiton monooleate, glyceryl monooleate and ethoxylated fatty alcohols. The amount of water-in-oil emulsifier that may be used is normally from 0.1% to 10% but preferably 0.5% to 5% by weight of the weight of aqueous monomer solution.

The concentration of monomers present before polymerisation or the concentration of polymer after polymerisation dissolved in the aqueous phase may vary from 20 to 80% by weight but is usually 35 to 70% by weight. The volume ratio of continuous phase to dispersed aqueous monomer solution or dispersed aqueous polymer gel may vary from 0.3 to 3.0 but is preferably 0.4 to 1.5.

Polymerisation may be initiated by any conventional manner, for instance by photo, redox or thermal initiation.

In the case where dispersions are distilled to remove water and other volatile components, the concentration of polymer in the dispersion may vary from 30 to 85% by weight but is normally 40 to 65% by weight. The amount of stabiliser present will vary from 0.1 to 60% by weight but in the preferred cases from 1 to 20% by weight on weight of continuous phase and the amount of polar liquid remaining will vary from 0.1 to 60% by weight but in the preferred cases from 1 to 30% by weight on weight of continuous phase. Depending on the volatility of the polar liquid and distillation conditions, some of the polar liquid may be distilled.

If an oil-in-water emulsifying agent is to be added, either to the final polymer dispersion (as part or all of a distributing system) or to water in which it is to be dispersed then any of the oil-in-water emulsifying agents conventionally used for such purposes may be used. Examples are given in, for instance, U.S. Pat. No. Re. 28,576. Since the distribution is normally achieved merely by stirring the amount of emulsifier must be such that emulsification of the water immiscible liquid is achieved merely by stirring. In any process of the invention the amount for this purpose is generally less than the amount that would be required if none of the specified non-ionic liquids were present in either the dispersing system or the distributing system.

It should be noted that the defined non-ionic compounds used in the invention are polar liquids, they preferably have boiling point above 180° C. and most preferably above 190° or 200° C., and they are not conventional emulsifiers. Thus conventional emulsifiers need to be present in a critical concentration for them to be effective and are substantially ineffective at lower concentrations. However the effectiveness of the defined non-ionic compounds, for instance in the distributing system, increases gradually with increasing concentration and this is an indication that they are working in an entirely different manner from conventional emulsifying agents. The optimum for any particular material can best be determined by experiment.

The mechanism by which the defined non-ionic compounds achieve their desired effect, especially in the distributing system, is not clear. Possibly it promotes interfacial turbulence at the interface between the dissolving water and the water immiscible liquid. Another possibility is that it forms, with the water immiscible liquid, a film of a permeable liquid around each polymeric particle and enclosing that particle while the particle dissolves sufficiently in water that permeates

4,528,321

7

through the permeable liquid that the particle will not undergo serious agglomerate formation of it contacts other similarly dissolved particles. It seems that instead of stripping the enclosing liquid off the polymer particle when the dispersion is distributed into water (as is the intention in many existing processes) in the invention the film remains attached to the polymer and does not break until swelling, and possible dissolution, of the polymer particle is sufficiently complete. Solutions in water of water soluble polymers and made by the invention may be used for, for instance, flocculating inorganic or organic suspensions. Aqueous suspensions of the swellable polymers may be used as, for instance, thickeners, e.g. in printing pastes. Dry, generally swellable, polymers may also be used as, for instance, water wettable adhesives.

The following are examples of the invention.

## EXAMPLE 1

A copolymer dispersion was prepared by inverse suspension polymerisation of an aqueous solution of acrylamide and acryloyloxyethylammonium chloride in a weight ratio of 58:42 in a continuous phase comprising suspension polymerisation stabiliser, Shell SBP11 and SPO60. The suspension was stabilised against agglomeration during polymerisation by adding dodecyl trimethyl ammonium chloride to the aqueous monomer and a 2:1 molar ratio copolymer of stearyl methacrylate-methacrylic acid to the hydrocarbon continuous phase. Polymerisation was effected using tertiary butyl hydroperoxide and sulphur dioxide. The resulting polymer gel suspension was distilled to give an anhydrous polymer gel suspension of particle size range 0.2 to 2 microns in a hydrocarbon liquid containing 55% by weight of water soluble poly-(acrylamide-co-acryloyloxy-ethylammonium chloride).

To a portion of the dispersion was added 10% by weight of SPO60 giving a copolymer dispersion of 50% copolymer by weight in SPO60.

To another portion of the dispersion was added 10% by weight of DGMBE to give a copolymer dispersion of 50% copolymer in a liquid or composition 4.5:1 by weight of SPO60:DGMBE.

The rate of dissolution of the copolymer in these two dispersions was determined by stirring 40 gms in dispersion into 1960 gms of water for 1 minute using a Heidolph RZR1 stirrer with a 5 cm diameter four blade propeller type stirrer fitted at 430 rpm. The aqueous mixture was left to stand static and viscosities measured with time using a Brookfield RVT viscometer at 20 rpm.

8

Similarly, 1% polymer solutions were prepared, but stirring at 430 rpm was continued throughout.

Another series of viscosity measurements were taken for 1% polymer solutions, left static after stirring at 3,500 rpm for 1 minute using a Greaves ST.A. type mixer. The results are given in the following table:

| | | | | | VISCOSITY (cps) | | |
|---|---|---|---|---|---|---|---|
| | | | Stirred at 430 rpm | | | Stirred at 3,500 rpm | |
| | | | Polymer in 4.5:1 SPO60:DGMBE | | Polymer in SPO60 | Polymer in 4.5:1 SPO60: DGMBE | |
| Time (min) | Polymer in SPO60 | | | | | | |
| | Static | Stirred | Static | Stirred | Static | Static | |
| 1 | 7.5 | 7.5 | 820 | 870 | 10 | 3350 | |
| 2.5 | 0 | 10 | 900 | 920 | 120 | 2500 | |
| 5 | 26 | 25 | 1020 | 1030 | 700 | 3760 | |
| 10 | 34 | 30 | 1130 | 1120 | 1150 | 2950 | |
| 15 | 60 | 55 | 1280 | 1220 | 1400 | 3250 | |
| 30 | 130 | 140 | 1650 | 1570 | 1800 | 3300 | |
| 60 | 160 | 165 | 1970 | 1950 | 2200 | 3300 | |
| 120 | 250 | 260 | 2400 | 2550 | 2400 | 3300 | |
| 180 | 320 | 350 | 2700 | 2850 | 2500 | 3300 | |

These results indicate the following:

(a) Once the polymer suspension or dispersion is broken down into droplets in water, the viscosity development is purely a function of water diffusing into the particles. Further stirring has no significant effect on the rate of dissolution of the polymer.

(b) The rate of dissolution of the polymer is related to the size of the polymer suspension droplets initially formed in the water. Faster initial stirring increases the subsequent rate of dissolution since there is a greater surface area of carrier liquid in contact with water.

(c) The rate of dissolution of copolymer encapsulated by a liquid mixture of the invention is very significantly increased compared to oil alone. In the case of high speed initial stirring for 1 minute followed by static dissolution, polymer encapsulated in the liquid mixture was completely dissolved within 30 minutes compared to well over 3 hours for polymer dispersed in oil alone.

In the following examples various stabilisers are mentioned. These are all introduced into the examples as solutions made by solution polymerisation in a liquid, that may include some of the desired non-ionic compound. The proportions by weight of monomers that are polymerised and solvent for the polymerisation are set out below in Table 1. Before use, stabiliser c is reacted in solution with 8.1 parts by weight dimethyl sulphate.

## TABLE 1

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| CSMA = | 132.5 | 131.3 | 138.8 | 126.7 | 131.3 | 106.5 | 100 |
| MAA | 17.5 | 18.7 | | | 18.7 | 9.9 | 25 |
| MMA | | | | | | 108.6 | |
| HEMA | | | | 23.3 | | | |
| HEMA-CAPA-6 | | | | | | | 25 |
| DMAEMA | | | 11.2 | | | | |
| SBP11 | 600 | 350 | 350 | 262.5 | 175 | | 175 |
| DGMBEA | | | | 87.5 | 175 | 210 | 175 |
| DBP | | | | | | 315 | |

In this Table
CSMA =     Ceto-stearyl methacrylate
MAA =     Methacrylic acid
MMA =     Methyl methacrylate
HEMA =     Hydroxyethyl methacrylate
HEMA-CAPA-6 =     Hydroxyethylmethacrylate condensed with 6 moles of caprolactone
DMAEMA =     Dimethylaminoethylmethacrylate
SBP11 =     A hydrocarbon fraction 'Shell SBP11'
DBP =     Dibutyl phthalate

4,528,321

9

## TABLE 1-continued

|  | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| AZDN = | Azo-bis-isobutyronitrile |
| DMS = | Dimethylsulphate |
| DGMBEA = | Diethylene Glycol mono butyl ether acetate |

### EXAMPLE 2

Preparation of acrylamide-sodium acrylate copolymer dispersions using various polar liquid additives

Dispersions were prepared using 3% by weight of Stabiliser B and 4% weight of polar liquid on weight of aqueous monomer solution according to the following recipe and method:

| AQUEOUS MONOMER SOLUTION: | |
|---|---|
| Acrylamide (51.4% aqueous solution) | 183 gms |
| Acrylic Acid | 50 gms |
| Tetralon B | 1.4 gms |
| Water | 104 gms |
| Sodium Hydroxide (46%) approx. | 60 gms |
| Adjusted to pH 7.0 ± 0.1 | |
| NON-AQUEOUS CONTINUOUS PHASE: | |
| Stabiliser B (30% w/w) | 39.8 gms |
| Polar Liquid | 16 gms |
| Pale Oil 60 | 107.8 gms |
| SBP 11 | 125.6 gms |

Tetralon B is a 40% aqueous solution of penta-sodium diethylene triamine penta-acetic acid.

The aqueous monomer solution was poured into the non-aqueous phase whilst stirring with a Silverson Homogeniser set on medium speed. When all the aqueous monomer solution had been added, the homogeniser speed was increased to maximum and continued for 30 minutes whilst cooling to keep the dispersion at a temperature of 20°–25° C. throughout. The suspension was deoxygenated by bubbling with nitrogen gas for 30 minutes whilst stirring the suspension at a rate sufficient to produce a vortex. The nitrogen gas flow rate was decreased to a rate sufficient to maintain an inert atmosphere and the gas diffusion tube withdrawn out of the suspension.

The required amount of tertiary-butyl hydroperoxide solution (9 mls of 0.1% w/v in SBP 11) was added and allowed 5 minutes to equilibrate throughout the suspension then a solution of sulphur dioxide in SBP 11 was fed in via a peristaltic pump at a rate of 0.8 mls per minute of 0.05% w/v solution until no further temperature rise was observed from the polymerisation. The resulting aqueous polymer gel dispersion was distilled

10

under reduced pressure (15 Torr) up to a temperature of 95° C. to remove water and SBP 11. The resulting dehydrated concentrated polymer dispersion was cooled and discharged.

The distilled dispersions were analysed for polymer content by precipitation using acetone, filtration and drying to constant weight at 100° C. in a fan heated oven. The dispersions were then adjusted to 50.0% solids by weight by diluting with Pale Oil 60. A sample of each 50.0% dispersion was further diluted to 25% solids by weight using SBP 11.

The 50% dispersions in Pale Oil 60 and the 25% dilutions in SBP 11 were subjected to an accelerated settlement test in which 40 gms of dispersion were weighed into a pre-weighed 50 ml centrifuge tube and centrifuged at 1250 g for 30 minutes. The supernatant liquid was drained off the settled solids and the tube and settled solids re-weighed. The percentage settlement of solids was determined using the following expression:

$$\% \text{ Settlement} = \frac{\text{Wt. of sediment}}{\text{Wt. of solids in the dispersion}} \times 100$$

The values are recorded in Table 2.

### TABLE 2

| POLAR LIQUID | 50% Solids | 25% Solids |
|---|---|---|
| None | 20.7 | 118 |
| Hexanol | 9.2 | 107 |
| Iso-Octanol | 6.4 | 80 |
| Iso-Decanol | 4.6 | 79 |
| Dodecanol | 6.3 | 95 |
| DGMBEA | 5.7 | 67 |
| DGMBE | 7.3 | 110 |

### EXAMPLE 3

Various homopolymers and copolymers were made by the general technique of Example 2 using the stabilisers identified above. The settlement value was determined as in Example 2. The results are shown in Table 3 below. In this Table the amount of stabiliser and DGMBEA are by weight of the aqueous phase, and the amount of polymer is by weight of the dispersion. AM stands for acrylamide, AA for acrylic acid (polymerised in the presence of sodium hydroxide), TAEC for trimethyl beta acryloxy ethyl ammonium chloride and TMEAC trimethyl beta methacryloxy ethyl ammonium chloride. The column headed "polymer by weight" denotes the type of polymer and the proportions by weight of the monomers.

### TABLE 3

| Dispersion | Stabiliser % w/w and | DGMBEA % w/w | Polymer % w/w | Polymer (by weight) | Settlement % |
|---|---|---|---|---|---|
| 1 | 1A | 0 | 50.7 | 58AM/ | 69 |
| 2 | 1A | 1.25 | 50.7 | 42 TAEAC | 31 |
| 3 | 1A | 2.5 | 50.3 | | 18 |
| 4 | 3B | 0 | 53.0 | AM | 14 |
| 5 | 3B | 1.4 | 51.7 | | 7 |
| 6 | 3B | 3.5 | 52.6 | | 5 |
| 7 | 3B | 0 | 53.5 | 67AM/ | 54 |
| 8 | 3B | 1.4 | 53.4 | 33AA | 29 |
| 9 | 3B | 3.5 | 53.9 | | 8 |
| 10 | 3C | 0 | 53.2 | 65AM/ | 23 |
| 11 | 3C | 1 | 52.6 | 35AA | 18 |
| 12 | 3C | 3 | 53.7 | | 9 |
| 13 | 3C | 5 | 53.9 | | 4 |
| 14 | 3D | 1.75 | 54.0 | 20AM/ | 7 |
| 15 | 2.25D | 1.31 | 53.8 | 80TMEAC | 32 |

4,528,321

11 12

TABLE 3-continued

| Dispersion | Stabiliser % w/w and | DGMBEA % w/w | Polymer % w/w | Polymer (by weight) | Settlement % |
|---|---|---|---|---|---|
| 16 | 1.5D | 0.875 | 53.9 | | 49 |
| 17 | 2.5E | 2.92 | 56.3 | 58AM/ | 4 |
| 18 | 2.0E | 2.33 | 55.8 | 42 TAEAC | 5 |
| 19 | 1.5E | 1.75 | 56.8 | | 25 |
| 20 | 3F | 2.8 | 50.0 | 70AM/ 30AA | 5.9 |
| 21 | 3G | 3.5 | 51.3 | 75AM/ 25AA | 7 |

### EXAMPLE 4

A copolymer of acrylamide and acrylic acid was made by the general method of Example 2 but using 282 grams acrylamide, 150 grams acrylic acid, 675 grams water, about 187 grams 46% sodium hydroxide to give pH about 7, 129 grams stabiliser B (3%), 300 grams Pale Oil 60 and 500 grams SBP 11. Various of the non-ionic liquids were incorporated in the initial water immiscible liquid, in the amounts specified in Table 4. In some experiments sobiton monooleate (SMO) was also incorporated in the non-aqueous liquid. After dehydration various amounts of isopropylamine salt of dodecyl benzene sulphonic acid were added as oil-in-water emulsifier and each dispersion was then adjusted to 50% by weight polymer by adding Pale Oil 60. The percentaged settlement of the dispersion was determined as in Example 2. The dissolution properties in water were determined by injecting 5 grams of the dispersion into 400 grams tap water stirred initially with a four blade propeller stirrer and then with a low shear stirrer and the time taken to achieve a solution of maximum viscosity was determined, in minutes. The results are given in Table 4. The amounts for the non-ionic materials are in grams. The amounts for the oil-in-water emulsifier are by weight on the total dispersion. The values under S are the settlement values. The values under D are the time taken to achieve a solution of maximum viscosity or, where such a solution was not formed, the nature of the dispersion of oily globules in water (cd indicating a coarse dispersion and fd indicating a fine dispersion)

TABLE 4

| | A | | B | | C | | D | | E | |
|---|---|---|---|---|---|---|---|---|---|---|
| DGMBEA | 0 | | 39 | | 52 | | 0 | | 0 | |
| Iso-octanol | 0 | | 0 | | 0 | | 52 | | 0 | |
| Iso-decanol | 0 | | 0 | | 0 | | 0 | | 52 | |
| SMO | 52 | | 13 | | 0 | | 0 | | 0 | |
| Emulsifier | S | D | S | D | S | D | S | D | S | D |
| 0 | 22.4 | cd | 9.7 | — | 17.1 | — | 20.1 | — | 13.7 | — |
| 1 | 17.8 | cd | 8.0 | d | 9.7 | fd | 12.2 | fd | 14.4 | fd |
| 2 | 9.7 | cd | 6.2 | 5 | 8.0 | 20 | 7.5 | 2 | 14.2 | 90 |
| 3 | 7.4 | cd | 6.3 | 1 | 7.4 | 1 | 8.2 | 20 | 14.3 | 60 |
| 4 | 5.7 | d | 5.1 | 1 | 5.7 | 1 | 8.1 | 60 | 14.3 | 120 |
| 5 | 6.3 | fd | 4.0 | 1 | 5.1 | 1 | 8.1 | 60 | 14.4 | 90 |

These results indicate that replacement of the water-in-oil emulsifier by the defined polar liquids greatly facilitates the formation of a solution.

### EXAMPLE 5

The process of Example 4 was repeated except that the copolymer was formed of 56 parts by weight acrylamide and 44 parts by weight acrylic acid (as sodium salt), the dispersion was not dehydrated, and the oil-in-water emulsifier that was added was a 7 mole ethoxylate of nonyl phenol. It was again found that dispersions formed using SMO and no polar liquid did, upon stirring with water, only give dispersions even when 5% of the water-in-oil emulsifier was added whilst dispersions formed using 1% SMO and 3.5% DEMBA gave a solution with only 1% of the emulsifier.

### EXAMPLE 6

A portion of dispersion 17 of Example 3 was diluted to 50% polymer using Pale Oil 60. A second portion was diluted to 50% polymer using DGMBE. 40 gram samples of each of these dispersions were stirred into water. The dispersions that had been diluted with oil dispersed into water only with difficulty and even after 3 hours had not achieved a solution of constant viscosity. The solutions diluted with DGMBE dissolved easily into water.

### EXAMPLE 7

Water swellable but insoluble copolymers were prepared by the method given in Example 2 using various water immiscible liquids and an aqueous monomer solution that contained 250 ppm methylene bisacrylamide, 86 g acrylic acid, 14 g acrylamide, 140 g water and 46 g ammonia solution (0.880).

The polymerised dispersions were distilled, analysed for polymer content and diluted to 25% solids with SBP11 then centrifuged and the % settlement determined as in Example 2.

The water immiscible liquids and the settlement values are shown in Table 5.

TABLE 5

| | A | B | C | D |
|---|---|---|---|---|
| DGMBEA | 0 | 16.6 (5.8%) | 0 | 8.0 (2.8%) |
| Stabiliser B | 47.8 (5%) | 47.8 (5%) | 22.9 (2.4%) | 22.9 (2.4%) |
| SMO | 0 | 0 | 4.6 (1.6%) | 4.6 (1.6%) |
| Pale Oil 150 | 83.8 | 67.2 | 86.7 | 78.7 |
| SBP 11 | 100 | 100 | 117.4 | 117.4 |
| Settlement % | 120.5 | 58.7 | 89.7 | 60.9 |

This shows the improved properties of dispersions B and D, which were of value as, for instance, printing paste thickeners.

We claim:

4,528,321

13

1. A reverse phase polymerization process for making a dispersion in water immiscible liquid of water soluble or water swellable polymer and comprising dispersing an aqueous solution of polymerizable monomer in water immiscible liquid in the presence of a dispersing system comprising a polymerization stabilizer and polymerizing the monomer, and in which the dispersing system includes at least one non-ionic compound selected from $C_{6-12}$ alkanols, $C_{4-12}$ alkylene glycol monoethers and their $C_{1-4}$ alkanoates, $C_{6-12}$ polyalkylene glycol monoethers and their $C_{1-4}$ alkanoates and benzyl alcohol.

2. A process according to claim 1 in which the non-ionic compounds are selected from $C_{6-12}$ alkanols, $C_{6-12}$ polyalkylene glycol monoethers wherein the etherifying group is $C_{1-4}$ alkyl and $C_{1-4}$ alkanoates of the said monoethers, and benzyl alcohol.

3. A process according to claim 1 in which the said non-ionic compound is selected from $C_{8-10}$ alkanols and diethylene glycol monobutyl ether and its acetate.

4. A process according to claim 1 in which the said non-ionic compound is diethyleneglycol monobutyl ether acetate.

5. A process according to claim 1 in which the amount of the said non-ionic compound is from 1 to 6% by weight of the aqueous monomer solution.

6. A process according to claim 1 in which the polymerisation stabiliser is a copolymer of hydrophilic and hydrophobic monomers.

7. A process according to claim 1 in which the dispersing system includes water-in-oil emulsifier and the particle size of the monomer droplets and polymer droplets is below 5 microns.

8. A reverse phase polymerisation process for making a dispersion in water immiscible liquid of water soluble or water swellable polymer and comprising dispersing an aqueous solution of polymerisable monomer in water immiscible liquid in the presence of a dispersing system comprising a polymerisation stabiliser and polymerising the monomer, and adding a distributing system for promoting distribution of the dispersion into water, and in which the distributing system includes at least one non-ionic compound selected from $C_{4-12}$ alkylene glycol

14

monoethers and their $C_{1-4}$ alkanoates, $C_{6-12}$ polyalkylene glycol monoethers and their $C_{1-4}$ alkanoates and benzyl alcohol, and the distributing system includes oil-in-water emulsifier in an amount selected from zero and amounts insufficient to result in formation of a stable oil-in-water emulsion upon stirring the dispersion into water.

9. A process according to claim 8 in which the non-ionic compound is selected from $C_{4-12}$ alkylene glycol monoethers wherein the etherifying group is $C_{1-4}$ alkyl, $C_{6-12}$ dialkylene glycol monoethers wherein the etherifying group is $C_{1-4}$ alkyl, and benzyl alcohol.

10. A process according to claim 8 in which the non-ionic compound is selected from ethylene glycol monobutyl ether and diethylene glycol monobutyl ether.

11. A process according to claim 8 in which the said non-ionic compound is diethylene glycol monobutyl ether.

12. A process according to claim 8 in which the amount of the said non-ionic compound is from 2 to 25% by weight based on the weight of water immiscible liquid.

13. A process according to claim 8 in which the distributing system contains zero oil-in-water emulsifier.

14. A process according to claim 8 in which the dispersion is dehydrated before adding the distributing system.

15. A process according to claim 8 in which the polymer is water soluble.

16. A dispersion in a water immiscible liquid of water soluble or water swellable polymer particles and which has been made by reverse phase polymerisation in the water immiscible liquid and which includes a non-ionic compound selected from $C_{4-12}$ alkylene glycol monoethers, their $C_{1-4}$ alkanoates, $C_{6-12}$ polyalkylene glycol monoethers and their $C_{1-4}$ alkanoates.

17. A dispersion according to claim 16 in which the non-ionic compound is selected from ethylene glycol monobutyl ether, diethylene glycol monobutyl ether and diethylene glycol monobutyl ether acetate.

* * * * *

45

50

55

60

65