# EXHIBIT 9

# United States Patent [19]

## Robinson et al.

[11]  **4,339,371**

[45]  **Jul. 13, 1982**

[54]  **HIGH CONCENTRATION WATER-SOLUBLE POLYMERS IN WATER-IN-OIL EMULSIONS**

[75]  Inventors:  Peter M. Robinson, Milford; David H. Rakowitz, Cos Cob; Lesley J. Nowakowski, Shelton, all of Conn.

[73]  Assignee:  American Cyanamid Company, Stamford, Conn.

[21]  Appl. No.:  245,793

[22]  Filed:  Mar. 20, 1981

### Related U.S. Application Data

[63]  Continuation-in-part of Ser. No. 193,517, Oct. 2, 1980, abandoned.

[51]  Int. Cl.³ .................................................. C08L 33/00
[52]  U.S. Cl. .................................... 524/310; 524/458; 524/460; 524/517

[58]  Field of Search ............. 260/29.6 RW, 29.6 WB, 260/29.6 WQ

[56]  **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,256,233 | 6/1966 | Hahn | 260/29.6 RW |
| 3,380,944 | 4/1968 | Kay | 260/29.6 RW |
| 3,806,485 | 4/1974 | Frisque | 260/29.6 NR |

Primary Examiner—Paul R. Michl
Attorney, Agent, or Firm—Michael J. Kelly; William H. Calnan; Bruce F. Jacobs

[57]  **ABSTRACT**

Water-in-oil emulsions containing high concentrations of water-soluble polymers are prepared by incorporating therein an oil-soluble, water-insoluble polymeric surfactant prepared from maleic anhydride and a comonomer.

**26 Claims, No Drawings**

4,339,371

1

# HIGH CONCENTRATION WATER-SOLUBLE POLYMERS IN WATER-IN-OIL EMULSIONS

This application is a continuation-in-part of our prior U.S. application Ser. No. 193,517, filed Oct. 2, 1980 and now abandoned.

This invention relates generally to water soluble polymers dispersed in water-in-oil emulsions. More particularly, the present invention relates to stable water-in-oil emulsions which contain a high concentration of finely dispersed water-soluble polymeric particles and an oil-soluble, water-insoluble polymeric surfactant therein. The stability at the high concentration is made possible by the use of the polymeric surfactants of this invention.

Water-in-oil emulsions having water-soluble polymers dispersed therein are well known in the art. Such emulsions have found a wide variety of uses, for example, as flocculants in the mining industry and in sewage treatment, and as mobility control agents in enhanced oil recovery. However, commercially available stable emulsions have a relatively low polymeric solids content. Accordingly, large volumes of these emulsions must be used, and shipment and storage costs are high. Heretofore, the most successful method of dealing with this problem was to concentrate low solids emulsions following their preparation. Various concentration processes are disclosed in U.S. Pat. Nos. 3,849,361, 4,021,399 and 4,052,353. However, each of these processes necessitates the additional costly step of concentrating the emulsion. Thus it would be an advancement in the art if stable emulsions containing high concentrations of polymeric solids could be prepared without the requirement of such additional step.

It is, accordingly, an object of the instant invention to provide a method to directly prepare a high polymeric solids content water-in-oil emulsion which possesses excellent stability.

Other objects will become apparent from the ensuing description.

It has been discovered that the addition of certain oil-soluble, water-insoluble polymeric surfactants will permit the water-soluble polymeric solids content in a water-in-oil emulsion to be increased from the current levels of from 20% to 30% to from about 40% to 60% based upon the total emulsion weight, i.e. water, oil and polymer, without the necessity of concentrating the emulsion to achieve this result. The emulsions possess excellent mechanical stability. The emulsions also show significantly improved stability to sedimentation and to inorganic salt breaking which is a problem when the emulsions are produced on a commercial scale using industrial machinery and in industrial use. The oil-soluble, water-insoluble polymeric surfactant of the present invention has the general formula:

$$ \left[ \begin{array}{ccc} R_3 & R_2 \\ | & | \\ C - C \\ | & | \\ R_4 & R_1 \end{array} \right]_x \begin{array}{c} CH - CH \\ | \quad | \\ C \quad C \\ // \backslash \quad / \backslash \backslash \\ O \quad O \quad O \quad O \end{array}_b $$

wherein x is a whole number greater than about 5, the mole ratio of a:b is from 3:1 to 1:3, provided the HLB number is maintained at less than about 14, preferably

2

less than about 10; and $R_1$, $R_2$, $R_3$ and $R_4$ are each independently hydrogen, alkyl ($C_{1-48}$), alkoxy ($C_{1-48}$), alkenyl ($C_{2-48}$), aryl ($C_{6-12}$) or alkaryl ($C_{7-12}$) with the proviso that $R_1$, $R_2$, $R_3$ and $R_4$ are such that the polymeric surfactant is oil-soluble and water-insoluble.

Preferred surfactants correspond to the above formula wherein x is about 100 to 400, the ratio of a:b is about 1:1, $R_1$, $R_2$ and $R_3$ are hydrogen and $R_4$ is $C_{16}H_{33}$ or $C_{12}H_{24}$.

The polymeric surfactant may be prepared in any suitable manner, generally by reacting maleic anhydride with an appropriate comonomer. Such preparation may, for example, be conducted in the manner disclosed in U.S. Pat. No. 3,732,337, which is incorporated herein by reference. It is to be noted, however, that the particular method of preparing the polymeric surfactant does not constitute a feature of this invention. Such a material is available as, for example, PA-18 or PA-14 from Gulf.

The polymeric surfactant is added to the emulsion in an amount effective to stabilize the same. Preferably, the polymeric surfactant is present in an amount equal to from about 0.1 to 3 percent, by weight, based on the total emulsion weight. Most preferably, the polymeric surfactant is present in an amount equal to from about 0.15 to 1 percent, by weight, based on the total emulsion weight.

Also within the scope of the above definition of the polymeric surfactant are suitable oil-soluble, water-insoluble derivatives thereof. As this is obvious to those skilled in the art, such derivatives may be prepared by reaction of the polymeric surfactant with, for example, an alcohol or an amine. British Pat. No. 1,093,081 discloses the use of a surfactant similar to a cationic derivative of this invention as a dispersing agent for fine particles in non-aqueous solvents.

It has been further discovered that the stability of the high polymeric solids content water-in-oil emulsions may be more greatly enhanced when the hereinabove described polymeric surfactant is used in conjunction with a secondary oil-soluble, water-insoluble polymeric surfactant which is a linear ABA block copolymer of polyester-polyalkylene oxide-polyester wherein the alkylene oxide content is less than about 40 percent, by weight. Preferably, the alkylene oxide content is about 30 percent. Examples of such copolymers are disclosed in U.S. Pat. No. 4,203,877, incorporated herein by reference.

When the secondary polymeric surfactant is used, it is present in an amount effective to enhance the stability of the emulsion. Generally, it is present in an amount equal to from about 0.1 to 3 percent by weight, based on the total emulsion weight. Preferably, it is present in an amount equal to from about 0.15 to 1 percent by weight, based on the total emulsion weight. It is noted that, when the two polymeric surfactants are employed, the total amount of these surfactants generally does not exceed about 3 percent, by weight, of the emulsion. However, more may be used.

Either or both of the polymeric surfactant, and the secondary polymeric surfactant of this invention may be added prior to polymerization, during polymerization, or after polymerization if the system has not previously gelled. Preferably the polymeric surfactant is added prior to polymerization as it has been found to allow the use of higher polymerization temperatures

4,339,371

| 3 | 4 |

The emulsion of the instant invention is so termed because the diameters of the dispersed water-soluble polymeric particles range generally from 0.1 to 10 microns, with about 95% of the particles measuring from about 0.7 to 2.5 microns in diameter. This is to be contrasted with a suspension, such as that which is the subject of British Pat. No. 1,329,062, wherein the particle diameters range generally up to 150 microns. Commercial suspensions normally have particle sizes in the 30 to 150 micron range.

Although the present invention has been found to be independent of the particular emulsion polymerization method employed, certain preferences are delineated in the general description of emulsion preparation which follows:

A preliminary emulsion is made by homogenizing oil and aqueous phases. The oil phase of the emulsion, which generally comprises from about 5 to 40 percent by weight of the emulsion, is comprised of one or more inert hydrophobic liquids. Preferably, the oil phase comprises from about 20 to 30 percent of the emulsion. The oil used may be selected from a large class of organic liquids which are immiscible with water, including liquid hydrocarbons and substituted liquid hydrocarbons. As representative examples there may be mentioned benzene, xylene, toluene, mineral oils, kerosenes, napthas, chlorinated hydrocarbons, such as perchloroethylene, and the like.

The oil phase also contains one or more conventional emulsion polymerizaton stabilizers. Such stabilizers are well known to the art, and those preferred for water-in-oil emulsions include the sorbitan esters. The most preferred conventional stabilizer is sorbitan mono-oleate. The conventional stabilizer is present in an amount sufficient to stabilize the emulsion during polymerization. Although the amount will vary depending upon, inter alia, the monomers used and polymerization conditions, generally from about 0.5 to 5.0 percent by weight, based upon the total emulsion weight, is used. The emulsion polymerization stabilizer by itself, even in an increased amount, has been found incapable of stabilizing a resultant emulsion having about 40 to 60% solids.

The aqueous phase generally comprises from about 95 to 60 percent, by weight, of the emulsion. Preferably, it comprises from about 80 to 70 percent thereof. In addition to the water, the aqueous phase contains the desired monomers to be polymerized, in an amount equal to from about 40 to 60% by weight, based on the total weight of the emulsion, and generally a chain transfer agent and an initiator. Alternatively, the chain transfer agent and/or the initiator may be added to the system after the preliminary emulsion has been prepared. The initiator may also be added continuously during polymerization to control the rate of polymerization depending upon the particular monomers used and their reactivity. Further alternatively, the initiator may be present in either phase with the monomers being added either continuously or incrementally thereafter. Or the initiator and the monomers may all be added to the preliminary emulsion.

Any monomers which, when polymerized or copolymerized, yield water-soluble polymers, may be used in the present invention. The term "water-soluble" means that the polymer is soluble in water in an amount of at least 1% by weight. The polymer may be either anionic, non-ionic or cationic. Examples of monomers which yield such water soluble polymers or copolymers include acrylamide, acrylic acid and its salts, methacryl-

amide, methacrylic acid and its salts, maleic acid and its salts, methyl acrylate, ethyl acrylate, propyl acrylate, methyl methacrylate, ethyl methacrylate, dimethylaminoethyl acrylate, dimethylaminoethyl methacrylate, diethylaminoethyl acrylate, diethylaminoethyl methacrylate, hydroxyethyl acrylate, hydroxyethyl methacrylate, diethylaminoethyl acrylate methylsulfate, dimethylaminoethyl methacrylate methylchloride quaternary, styrene, acrylonitrile, 2-acrylamido-2-methylpropane sulfonic acid and its salts, 3-(methylacrylamido)propyltrimethylammonium chloride, vinyl methyl ether, vinyl ethyl ether, alkali metal and ammonium salts of vinyl sulfonic acid, vinyl pyridine, vinyl pyrrolidone, vinyl imidazole, diallyl dimethylammonium chloride and the like. Preferably, the monomers are selected from acrylamide, acrylic acid and its salts, a quaternary of dimethylaminoethylmethacrylate, and 3-(methylacrylamido)propyl-trimethylammonium chloride. Most preferably, the polymer is polyacrylamide, polyacrylic acid, or a copolymer of acrylamide and acrylic acid.

Generally, an anionic polymeric surfactant is used when the water soluble polymer is anionic, and a cationic polymeric surfactant is employed when the water-soluble polymer is cationic. A non-ionic polymeric surfactant may be utilized for any type of water-soluble polymer. However, it is not critical that this practice be followed. Again, routine experimentation will determine optimum combinations.

Any conventional chain transfer agent may be employed, such as propylene glycol, isopropanol, 2-mercaptoethanol, dodecyl mercaptan and thioglycolic acid. The chain transfer agent is generally present in an amount equal to from about 0.1 to 10.0 percent, by weight, based on the total emulsion weight. However, more of the chain transfer agent may be added.

The initiator may be any free radical producing material well known in the art. The preferred free radical initiators are the peroxide-type polymerization initiators and the azo-type polymerization initiators. Generally the amount of initiator utilized is from about 0.0005 to 0.5 percent by weight, based upon the total emulsion weight. Radiation may also be used to initiate the reaction, if desired.

A sequestering agent may also be present in the aqueous phase. Although the preferred sequestering agent is ethylenediamine tetraacetic acid (EDTA), other sequestering agents, such as pentasodium diethylenetriamine pentaacetate, may be employed. Usually from about 0.01 to 2.0 percent by weight based on the weight of the emulsion, of the sequestering agent is added, although more may be used.

Following preparation of the preliminary emulsion, polymerization of the monomers is commenced at a temperature sufficiently high to break down the initiator to produce the desired free radicals. Generally a suitable range of temperatures is about −20° C. to 200° C., with preferred temperatures about 20° C. to 100° C.

Preferably the polymerization is run at a pH of about 2–12, and a suitable amount of ammonia or other base, or acid, may be added to the preliminary emulsion to achieve the desired pH. The polymerization is usually completed in from about an hour or two to several days, depending upon the monomers employed and other reaction variables. It is generally carried out at atmospheric pressure, but super-atmospheric pressure is advantageously used when volatile ingredients are involved.

4,339,371

5

Following completion of the polymerization, the pH of the emulsion may be adjusted as desired. For an anionic polymer emulsion, this is generally about 4–10. For a cationic polymer emulsion, this is typically about 3–5. For a non-ionic polymer emulsion, it is about 3–7. A breaker surfactant may also be added to yield a single package final product. Any suitable breaker surfactant may be employed, experimentation being the best means of determining which breaker surfactant will perform optimally with a given emulsion system. A preferred breaker surfactant is a compound prepared by reacting ethylene oxide with nonyl phenol. Typically, the breaker surfactant is added in an amount equal to from about 0.5 to 5.0 percent by weight, based on the total emulsion weight. Preferably, from about 1.5 to 3.5 percent of the breaker surfactant is added.

Once prepared, the emulsions of the present invention may be chemically modified in any known manner. The term chemically modified is intended to cover further treatment of the dispersed water-soluble polymer and/or the addition of components to the dispersed water-soluble polymer which, without the stabilization provided by the oil-soluble, water-insoluble polymeric surfactants of the present invention, would cause the normally water-soluble polymeric particles to coagulate or agglomerate. Examples of such further treatments are disclosed in U.S. Pat. Nos. 4,052,353 and 4,171,296, incorporated herein by reference. The emulsion of the present invention may also be concentrated in any suitable manner, such as is disclosed in U.S. Pat. No. 4,021,399, incorporated herein by reference.

The following examples are illustrative of the present invention, but are not in any way a limitation thereof. All parts and percentages are by weight unless otherwise specified.

EXAMPLE 1

A water phase containing 173.9 g. of acrylamide, 75.4 g. of acrylic acid, about 19 g. of ammonia, 5.2 g. of propylene glycol, 0.48 g. of the disodium salt of ethylene diaminetetraacetic acid, and 0.008 g. of tertiary butyl hydroperoxide in 138.6 g. of water (for a total aqueous phase of 412.6 g.) and an oil phase containing 143.1 g. oil, 11.4 g. of sorbitan mono-oleate and 2.85 g. of an oil-soluble, water-insoluble polymeric surfactant having the formula:

$$\left[ \begin{array}{c} R_3 \quad R_2 \\ | \quad | \\ -C - C - \\ | \quad | \\ R_4 \quad R_1 \end{array} \right]_a \quad CH - CH \\ | \quad | \\ O \quad C \\ \quad \quad O \quad O \right]_b \right]_x$$

where x is about 100 to 400, the ratio of a:b is 1:1, $R_1$, $R_2$ and $R_3$ are hydrogen, and $R_4$ is $C_{16}H_{33}$ (for a total oil phase of 157.35 g.) were homogenized. The resulting emulsion system was then transferred to a suitable reaction vessel with stirring and sparged with $N_2$. As 0.5 cc/hr of a 0.36% solution of sodium metabisulfite was added for 4 to 5 hours, the temperature of the emulsion increased to about 50° C., and agitation was maintained

6

for 5 to 6 hours, polymerization being completed at the end of that time.

The water-soluble polymeric solids content of the emulsion product was about 46 percent by weight.

In the following examples, emulsions were prepared generally in accordance with the procedure outlined in Example 1, but with the water-soluble polymeric content changed as indicated. Also, in each instance a breaker surfactant, prepared by reacting ethylene oxide with nonyl phenol, was added to the final emulsion to yield a one package product. (Such an addition is commonly made in commercial preparation so that less work is involved on the consumer's part to ready the emulsion for use.)

In each Example, the emulsions were stirred at room temperature and a given emulsion's resistance to gellation under those circumstances is the measurement of its mechanical stability.

EXAMPLE 2

Emulsions were prepared containing about 46 percent, by weight, of water-soluble polymeric solids (as a 70/30 acrylamide/ammonium acrylate copolymer), and having oil phases with the characteristics set out in Table I. Also included is the mechanical stability determined for each emulsion.

It is seen from Table I that the use of the polymeric surfactant of the instant invention renders the resultant emulsion significantly more stable than when either sorbitan mono-oleate is the lone surfactant or sorbitan monolaurate is used as cosurfactant.

EXAMPLE 3

Emulsions were prepared containing water-soluble polymeric solids as in Example 2 but having oil phases with the characteristics set out in Table II. As can be seen from the results shown, the polymeric surfactant of the present invention greatly enhanced the mechanical stability of the emulsions prepared therewith.

EXAMPLE 4

Emulsions were prepared containing about 44 percent, by weight, of water-soluble polyacrylamide solids (the polymer being a homopolymer of acrylamide) and having oil phases with the characteristics set out in Table III. The results are self-explanatory.

TABLE I

| | Emulsion A | Emulsion B | Emulsion C | Emulsion D | Emulsion E |
|---|---|---|---|---|---|
| Oil Phase* | 21.9 | 21.9 | 27.3 | 21.9 | 27.7 |
| Oil Phase Components* | | | | | |
| Oil | 18.9 | 18.9 | 23.8 | 18.9 | 25.1 |
| Sorbitan Mono-oleate | 2.0 | 1.5 | 3.5 | 2.0 | 2.0 |
| Sorbitan Monolaurate | 1.0 | 1.5 | — | — | — |
| Polymeric Surfactant of Example 1 | — | — | — | 1.0 | 0.5 |
| Mechanical Stability | 4 hrs. | gelled during polymerization | 3–5 hrs. | 1000 hrs. | 1000 hrs. |

*expressed as percentages of total emulsion weight.

TABLE II

| | Emulsion F | Emulsion G | Emulsion H | Emulsion I | Emulsion J | Emulsion K |
|---|---|---|---|---|---|---|
| Oil Phase* | 25.8 | 25.8 | 25.8 | 25.8 | 25.8 | 25.8 |

4,339,371

### TABLE II-continued

|  | Emulsion F | Emulsion G | Emulsion H | Emulsion I | Emulsion J | Emulsion K |
|---|---|---|---|---|---|---|
| Oil Phase Components* |  |  |  |  |  |  |
| Oil | 23.8 | 22.8 | 22.8 | 23.6 | 23.3 | 22.8 |
| Sorbitan Mono-oleate | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 |
| Sorbitan Trioleate | — | — | 1.0 | — | — | — |
| Sorbitan Monolaurate | — | 1.0 | — | — | — | — |
| Polymeric Surfactant of Example 1 | — | — | — | 0.2 | 0.5 | 1.0 |
| Mechanical Stability | 2–5 hrs. | gelled during polymerization. | 6–17 hrs | 120–140 hrs. | 1000 hrs. | 1000 hrs |

*expressed as percentages of total emulsion weight.

### TABLE III

|  | Emulsion L | Emulsion M |
|---|---|---|
| Oil Phase* | 28.2 | 27.8 |
| Oil Phase Components* |  |  |
| Oil | 25.6 | 25.7 |
| Sorbitan Mono-oleate | 2.0 | 2.0 |
| Polymeric Surfactant of Example 1 | 0.5 | — |
| Mechanical Stability | 600 hrs. | gelled during polymerization |

*expressed as percentage of total emulsion weight

### TABLE IV

|  | Emulsion N | Emulsion O |
|---|---|---|
| Oil Phase* | 27.6 | 27.6 |
| Oil Phase Components* |  |  |
| Oil | 25.0 | 25.0 |
| Sorbitan Mono-oleate | 2.0 | 2.0 |
| Polymeric Surfactant of Example 1 | 0.5 | — |
| Mechanical Stability | 600 hrs. | gelled during polymerization |

*expressed as percentage of total emulsion weight.

### EXAMPLE 5

Emulsions were prepared containing about 50.5 percent, by weight, of water-soluble polymeric solids (as ammonium acrylate in a homopolymer of acrylic acid) and having oil phases with the characteristics outlined in Table IV.

### EXAMPLE 6

Emulsions having increased solids over those of Example 4, i.e., 47.5 percent, by weight, of water-soluble polymeric solids (the polymer being a homopolymer of acrylamide), and having oil phases as set forth in Table V, were prepared. In addition to the polymeric surfactant of Example 1, emulsion R contained a secondary oil-soluble, water-insoluble polymeric surfactant of the present invention which is a linear ABA block copolymer of polyester-polyethylene oxide-polyester, prepared by reacting condensed 12-hydroxy-ysteraric acid with polyethylene oxide according to the procedure outlined in U.S. Pat. No. 4,203,877, and containing about 30% by weight, ethylene oxide. This copolymer is available as, for example, Rapisol ™ B-246 from Imperial Chemical Industries, Ltd. Emulsion S contained an oil-soluble, water-insoluble polymeric surfactant which is a branched polyester-polyethylene oxide compound, prepared by reacting an alk(en)yl succinic anhydride with polyethylene oxide. This com-

pound is commercially available as, for example, Rapisol A-430 from Imperial Chemical Industries, Ltd.

The results set forth in Table V demonstrate the polymeric surfactant of this invention is an essential ingredient providing mechanical stability and that when the secondary polymeric surfactant of the present invention (A) is further added to the emulsion, the mechanical stability is even that much more enhanced.

### EXAMPLE 7

This example demonstrates the mechanical and sedimentation stabilities of emulsions containing the oil-soluble, water-insoluble polymeric surfactant alone and the polymeric surfactant together with the second oil-soluble, water-insoluble polymeric surfactant.

### TABLE V

|  | Emulsion P | Emulsion Q | Emulsion R | Emulsion S |
|---|---|---|---|---|
| Oil Phase* | 25.3 | 25.3 | 25.3 | 25.3 |
| Oil Phase Components* |  |  |  |  |
| Oil | 23.8 | 23.8 | 23.8 | 23.8 |
| Sorbitan Mono-oleate | 1.5 | 1.0 | 0.5 | 0.5 |
| Polymeric Surfactant of Example 1 | — | 0.5 | 0.5 | 0.5 |
| A | — | — | 0.5 | — |
| B | — | — | — | 0.5 |
| Mechanical Stability | Emulsion not stable prior to polymerization. | 2–12 hrs. | 50–100 hrs. | 2–12 hrs. |

*expressed as percentage of total weight

Emulsions containing about 46.5 percent, by weight, of water-soluble polymeric solids (as a 70/30 acrylamide/ammonium acrylate copolymer) and having oil phase contents as set forth in Table VI were prepared.

The data in Table VI shows that the combination of the instant invention's polymeric surfactant with secondary polymeric surfactant A not only provided the emulsion with excellent mechanical stability (as did the polymeric surfactant by itself), but also resulted in a smaller water-soluble polymeric particle size and no oil phase separation after two months. When used without the polymeric surfactant, however, the secondary polymeric surfactant A did not work.

### EXAMPLE 8

The method of preparing the emulsion set forth in Example 1 is repeated in every detail except that the oil-soluble, water-insoluble polymeric surfactant of this invention is not present in the preliminary emulsion.

**9**                    4,339,371                    **10**

Instead, it is added during the polymerization of the monomers. Similar results are obtained.

### EXAMPLE 9

The procedure of Example 1 is repeated except the polymeric surfactant is replaced by other oil-soluble water-insoluble polymeric surfactants as per the formula:



wherein $R_1$, $R_2$, $R_3$, $R_4$, $x$ and the ratio of a:b were as follows:

#### TABLE VI

| | Emulsion T | Emulsion U | Emulsion V |
|---|---|---|---|
| Oil Phase* | 23.7 | 23.7 | 23.7 |
| Oil Phase Components* | | | |
| Oil | 19.7 | 19.7 | 19.7 |
| Sorbitan Mono-oleate | 2.0 | 2.0 | 2.0 |
| Polymeric Surfactant | | | |
| of Example 1 | | 1.0 | 2.0 |
| A | 2.0 | 1.0 | |
| Mechanical Stability | gelled during polymerization | 100 hrs. | 100 hrs. |
| Particle Size (95% of particles within range) | | 0.8–1.5 microns | 0.8–2.3 microns |
| Separation of oil after two (2) months | | no separation | .8% by volume |

*expressed as percentage of total emulsion weight.

| $R_1$ | $R_2$ | $R_3$ | $R_4$ | $x$ | a:b |
|---|---|---|---|---|---|
| $CH_3$ | H | H | $C_8H_{17}$ | 100 | 2:1 |
| H | $C_{10}H_{21}$ | H | H | 8 | 1:2 |
| $C_2H_5$ | $CH_3$ | $C_2H_5$ | $C_{12}H_{17}$ | 400 | 1:1 |
| H | (ring structure) | $C_{22}H_{45}$ | H | 700 | 1:3 |

In each case, substantially similar stabilized emulsions having 40 to 60% water-soluble polymeric solids result.

### EXAMPLE 10

The procedure of Example 1 is repeated except that the monomers are replaced with equal amounts of

(a) 95:5 mole percent acrylamide:dimethylaminoethyl methacrylate methylchloride quaternary, which yields a cationic water-soluble polymer, and the temperature of polymerization is raised to 60° C.;

(b) 100 mole percent acrylic acid, yielding an anionic water-soluble polymer; and

(c) 100 mole percent methacrylamide, yielding a nonionic, water-soluble polymer and the polymeric surfactant is derivatized (but remains non-ionic, oil-soluble and water-insoluble) by reacting it with methanol for about 5 hours at about 120° C.

Stable emulsions result in each instance.

### EXAMPLE 11

The procedure of Example 1 is repeated except that the monomers used are 90 mole percent acrylamide and 10 mole percent 3-(methacrylamido)propyl-tri-methylammonium chloride (the resultant water-soluble polymer being cationic), and the oil-soluble, water-

insoluble polymeric surfactant is made cationic by derivatization with diethylenetriamine by reacting diethylene triamine with it under reflux conditions for 4 to 6 hours at about 200° C.

A stable emulsion results.

Numerous modifications and variations of the present invention are possible in light of the foregoing disclosure and, therefore, within the scope of the appended claims, the invention may be practiced otherwise than is particularly described.

What is claimed is:

1. A stable water-in-oil emulsion comprised of from about 40 to 60% by weight, based on the total weight of the emulsion, of a water-soluble polymer, and an oil-soluble, water-insoluble, polymeric surfactant, in an amount sufficient to stabilize the emulsion, said polymeric surfactant having the formula:



wherein $x$ is a whole number greater than about 5, the mole ratio of a:b is from 3:1 to 1:3, provided the HLB number is maintained at less than about 14, $R_1$, $R_2$, $R_3$ and $R_4$ are independently selected from the group consisting of hydrogen, alkyl ($C_1$–$C_{48}$), alkoxy ($C_1$–$C_{48}$), alkenyl ($C_2$–$C_{48}$), aryl ($C_6$–$C_{12}$), alkaryl ($C_7$–$C_{12}$), and $R_1$, $R_2$, $R_3$, and $R_4$ are such that the surfactant is oil-soluble and water-insoluble.

2. The emulsion of claim 1 wherein the HLB number is less than about 10.

3. The emulsion of claim 1 wherein $x$ is about 100 to 400, the mole ratio of a:b is 1:1, $R_1$, $R_2$ and $R_3$ are each hydrogen and $R_4$ is $C_{16}H_{33}$.

4. The emulsion of claim 1 wherein said water-soluble polymer is a polymer or copolymer comprised of monomers selected from acrylamide, acrylic acid and its salts, methacrylamide, methacrylic acid and its salts, maleic acid and its salts, methyl acrylate, ethyl acrylate, propyl acrylate, methyl methacrylate, ethyl methacrylate, dimethylaminoethyl acrylate, dimethylaminoethyl methacrylate, diethylaminoethyl acrylate, diethylaminoethyl methacrylate, hydroxyethyl acrylate, hydroxyethyl methacrylate, diethylaminoethyl acrylate methylsulfate, dimethylaminoethyl methacrylate methylchloride quaternary, styrene, acrylonitrile, 2-acrylamido-2-methylpropane sulfonic acid and its salts, 3-(methacrylamido)propyl-trimethylammonium chloride, vinyl methyl ether, vinyl ethyl ether, vinyl pyridine, vinyl pyrrolidone, vinyl imidazole, diallyldimethylammonium chloride, or mixtures thereof.

5. The emulsion of claim 1 wherein said water soluble polymer is comprised of monomers selected from the group consisting of acrylamide, acrylic acid and its salts, a quaternary of dimethylaminoethylmethacrylate, and 3-(methylacrylamido)propyl-tri-methylammonium chloride.

6. The emulsion of claim 5 wherein said water soluble polymer is comprised of acrylamide, acrylic acid and its salts, or mixtures thereof.

4,339,371

11

7. The emulsion of claim 1 wherein the polymeric surfactant is present in an amount of about 0.1 to 3.0% by weight, based on the total weight of the emulsion.

8. The emulsion of claim 1 wherein the polymeric surfactant is present in an amount of about 0.15% to 1.0% by weight, based on the total weight of the emulsion.

9. The emulsion of claim 1 further containing a second oil-soluble, water-soluble polymeric surfactant which is a linear ABA block copolymer of polyester-polyalkylene oxidepolyester, wherein the alkylene oxide content is less than about 40% by weight, based on the weight of the copolymer, in an amount effective to enhance the stability of said emulsion.

10. The emulsion of claim 9 wherein the alkylene oxide content is about 30% by weight.

11. The emulsion of claim 9 wherein the second polymeric surfactant is prepared by reacting condensed 12-hydroxystearic acid with polyethylene oxide and contains about 30% by weight, based on the weight of the copolymer, of ethylene oxide.

12. The emulsion of claim 9 wherein the second polymeric surfactant is present in an amount of about 0.1 to 3.0% by weight, based on the total weight of the emulsion.

13. The emulsion of claim 9 wherein the second polymeric surfactant is present in an amount of about 0.15 to 1.0% by weight, based on the total weight of the emulsion.

14. The emulsion of claim 1 wherein said water soluble polymer is comprised of acrylamide, acrylic acid and its salts, or mixtures thereof, and the emulsion contains sorbitan mono-oleate as an emulsion polymerization stabilizer, the polymeric surfactant wherein x is about 100 to 400, the ratio of a:b is 1:1, $R_1$, $R_2$ and $R_3$ are each hydrogen and $R_4$ is $C_{16}H_{33}$, propylene glycol as a chain transfer agent, ethylenediamine tetra-acetic acid as a sequestering agent, and tertiary-butylhydroperoxide as a polymerization initiator optionally activated by sodium metabisulfite.

15. The emulsion of claim 14 further containing a second oil-soluble, water-insoluble polymeric surfactant which is a linear ABA block copolymer prepared by reacting condensed 12-hydroxystearic acid with polyethylene oxide and containing about 30% by weight, based on the weight of the copolymer, of ethylene oxide.

16. In a process for preparing a stable water-in-oil emulsion containing a water soluble polymer by emulsion polymerization of monomers in the presence of an amount of an emulsion polymerization stabilizer sufficient to stabilize such emulsion during polymerization, the improvement which comprises increasing the monomer content to about 40 to 60% by weight based on the total weight of the emulsion, and incorporating into the emulsion an oil-soluble, water-insoluble polymeric surfactant, in an amount sufficient to stabilize the product emulsion, said polymeric surfactant having the formula:



12

wherein x is a whole number greater than about 5, the ratio of a:b is from 3:1 to 1:3, provided the HLB number is maintained at less than about 14, $R_1$, $R_2$, $R_3$ and $R_4$ are independently selected from the group consisting of hydrogen, alkyl ($C_{1-48}$), alkoxy ($C_{1-48}$), alkenyl ($C_{2-48}$), aryl ($C_{6-12}$) and alkaryl ($C_{7-12}$), and $R_1$, $R_2$, $R_3$ and $R_4$ are such that the surfactant is oil-soluble and water-insoluble.

17. The process of claim 16 wherein the polymeric surfactant is present in an amount of about 0.1 to 3.0% by weight, based on the total weight of the emulsion.

18. The process of claim 16 wherein the polymeric surfactant is present in an amount of about 0.15 to 1.0% by weight, based on the total weight of the emulsion.

19. The process of claim 16 further comprising the addition of a second oil-soluble, water-insoluble polymeric surfactant, which is a linear ABA block copolymer of polyester-polyalkylene oxide-polyester wherein the alkylene oxide content is less than about 40% by weight, based on the weight of the copolymer.

20. The process of claim 16 or 19 wherein x is about 100 to 400, the ratio of a:b is 1:1, $R_1$, $R_2$ and $R_3$ are each hydrogen and $R_4$ is $C_{16}H_{33}$.

21. The process of claim 16 wherein the polymeric surfactant is added to the emulsion prior to polymerization.

22. The process of claim 16 wherein the polymeric surfactant is added to the emulsion during polymerization.

23. The process of claim 16 wherein the polymeric surfactant is added to the emulsion following polymerization.

24. The process of claim 19 wherein the second polymeric surfactant is added to the emulsion prior to polymerization.

25. In a water-in-oil emulsion wherein one or more monomers are polymerized in the presence of an emulsion polymerization stabilizer to produce a water soluble polymer in such emulsion, the improvement which comprises increasing the monomer content in the emulsion to about 40 to 60% by weight, based on the total weight of the emulsion, and incorporating therein an oil-soluble, water-insoluble polymeric surfactant having the formula:



wherein x is a whole number greater than about 5, the ratio of a:b is from 3:1 to 1:3, provided the HLB number is maintained at less than about 14, $R_1$, $R_2$, $R_3$ and $R_4$ are independently selected from the group consisting of hydrogen, alkyl ($C_{1-48}$), alkoxy ($C_{1-48}$), alkenyl ($C_{2-48}$), aryl ($C_{6-12}$) and alkaryl ($C_{7-12}$) and $R_1$, $R_2$, $R_3$ and $R_4$ are such that the surfactant is oil-soluble and water-insoluble.

26. The emulsion of claim 25 comprising further incorporating of a second oil-soluble, water-insoluble polymeric surfactant, which is a linear ABA block copolymer of polyester-polyalkylene oxide-polyester wherein the alkylene oxide content is less than about 40% by weight, based on the weight of the copolymer, in an amount effective to enhance the stability of said emulsion.

* * * * *

# EXHIBIT 10

RECEIVED

JAN 2 2 1991

GROUP 150

Docket No.: 31,320

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:
RODERICK GLYN RYLES
DAN S. HONIG
ELIETH W. HARRIS
ROGER E. NEFF

Serial No.:   07/535,626          Group Art Unit:  155
Filed: June 11, 1990
For:  CROSS-LINKED ANIONIC          Examiner:  W. Cheng
      AND AMPHOTERIC POLYMERIC
      MICROPARTICLES

Commissioner of Patents
  and Trademarks

Washington, D.C.  20231          January 4, 1991

Amendment

In response to the Office Action of August 16, 1990,
please amend the instant application as follows:

In the Specification

Page 5, lines 14 and 15, cancel the words "Attorney
Docket No. 31,043), filed concurrently herewith" and substitute
therefor the words --07/536,382 filed June 11, 1990, now
abandoned and refiled as Serial No. 07/540,667, filed June 18,
1990 as a continuation-in-part--.

Page 5, line 24, cancel the term "5%" and substitute
therefor --5 mole percent--.

Page 10, line 8, please correct the spelling of
"azobisisobutyronitrile".

Page 11, line 16, cancel the word "initialed" and
substitute therefor the word --initiated--.

Page 18, line 8, cancel the word "micorbead" and
substitute therefor the word --microbead--.

In the Claims:

Please rewrite Claim 1 as follows:

- 1 -

CIBA 000521

--1. (Amended)  A composition comprising cross-linked anionic or amphoteric polymeric microparticles <u>derived solely from water-soluble monomers</u>, said microparticles having an unswollen number average particle size diameter of less than about 0.75 micron, a solution viscosity of at least about 1.1. mPa.s, [and] a cross-linking agent content of above about 4 molar parts per million, based on the monomeric units present in the polymer, and an ionicity of at least about [5%] <u>5 mole percent</u>--.

Claim 5, line 6, cancel the word "aldehydes".

Claim 10, line 2, cancel the word "cationic" and substitute therefor the word --anionic--.

<u>Remarks</u>

The Examiner has required restriction to one of the following inventions under 35 USC 121:

Group I, claims 1-13, drawn to polymers and classified in Class 526; Subclass 264.

Group II, Claims 14-22 drawn to a process and classified in Class 522; Subclass 184.

Inventions I and II are related as process of making and product made, the Examiner explains, and are distinct if either or both of the following can be shown:  (1) that the process, as claimed, can be used to make another and materially different product or (2) that the product, as claimed, can be made by another and materially different process.  In the instant case, the Examiner contends, the process, as claimed, can be used to make a materially different product such as polymer dispersion stabilizer.

Because the Inventions are therefore distinct, and have acquired a separate status in the art as shown by their different

- 2 -

CIBA 000522

classification, the restriction for examination purposes has been indicated as proper.

The requirement for restriction is strenuously urged as improper. Contrary to the Examiner's contention, it is not seen how the process of Invention II can be used to make a materially different product than represented by Invention I in that the process, of necessity, must make a polymer and the polymer, of necessity, must be that of Invention I. The fact that the polymer may be a polymer dispersion stabilizer is irrelevant. It will still be the polymer represented by Claims 1-13 and thus will not be a materially different product.

Additionally, ex parte Coe 1889 CD 191 and U.S. ex rel. Steinmetz v. Allen 1904 CD 703 clearly establish that a separation of classification is not determinative of the separateness of invention. Reconsideration of the requirement for restriction is therefore earnestly solicited.

In order to comply with the requirement, however, Applicants hereby acknowledge their previous telephonic election of Invention I i.e. Claims. 1-13. Retention of non-elected Claims 14-22, withdrawn from further consideration, in the application for the purpose of filing a subsequent divisional application or appeal is respectfully requested.

The specification has been objected to under 35 USC 112, first paragraph, as failing to provide an adequate written description of the invention.

This objection is not understood in that the Examiner has not expressed any reasons why the specification is insufficient. Applicants have carefully considered the specification and find no reason why it does not contain such full, clear, concise and exact terms as to enable any person

- 3 -

CIBA 000523

skilled in the art to which it pertains to make and use the same. Clarification of this objection is respectfully requested.

Claim 5 has been rejected under 35 USC 112, first paragraph, the Examiner stating that the claim contains the term "aldehydes" which is generic to the terms "acrolein" and "glyoxal" which are species.

This rejection has been overcome by the instant amendment, as suggested by the Examiner, by cancellation of the term "aldehydes", which compounds, however, are still clearly included in the generic claims as a possible cross-linking agent.

Claim 10 has been rejected under 35 USC 112, first paragraph, the Examiner questioning whether the claim involves a cationic or an anionic monomer, the compounds listed being anionic.

This ground of rejection has been overcome by the instant amendment in that the term "cationic" has been replaced by the term --anionic--, as obviously intended. The error is regretted.

Claims 8 and 12 have also been rejected under 35 USC 112, first paragraph, in that they involve non-ionic monomers, the Examiner questioning how they can be expected to produce polymers with an ionicity of at least about 5 mole percent.

This ground of rejection is respectfully traversed. All that is required by Claims 8 and 12 is that a non-ionic monomer be present in the final polymer composition. Since Claims 8 and 12 are dependent upon Claim 1 and Claim 1 requires that the polymer composition have an ionicity of at least about 5 mole percent, it is believed to be clear that the polymer must also be additionally composed of either anionic or anionic and cationic monomer(s). Thus, Claims 8 and 12 cover anionic or

- 4 -

CIBA 000524

amphoteric polymer compositions which are also produced from a non-ionic monomer, e.g. acrylamide, see Example 1 vis-a-vis Example 3. Reconsideration of this rejection is earnestly solicited.

Claims 1-13 have been rejected under 35 USC 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which Applicants regard as the invention, the Examiner stating that the term "ionicity" is not defined, thus making the claims vague and indefinite since when "percentage" is mentioned, there is no designation of the basis therefor.

This ground of rejection has been overcome by the instant amendment whereby the ionicity of the polymer composition, both in the specification at page 5 and the claims, has been indicated as a "mole percentage". Basis for this limitation can be found in Table I, page 13, and Table III, page 17, see, for example, Example 25. Withdrawal of this ground of rejection is respectfully requested.

Claims 1-4, 7-10, 12 and 13 have been rejected under 35 USC 102(b) as anticipated by or, in the alternative, under 35 USC 103, as obvious over, Durand etal, the Examiner stating that Durand etal, in Example 1, discloses anionic, organic, polymeric microparticles by polymerizing sodium acrylate and acrylamide in the presence of polyoxyethylene sorbitol hexaoleate and sorbitan sesquioleate. Since the oleate contains a double bond, the Examiner argues that it is reasonable to expect the oleate to function to some degree as a cross-linking agent in addition to being a surfactant. Specifically, the Examiner continues, Example 2 reports the viscosity of the polymer to be 1.30 $mm^2$/s while col. 3, line 67 mentions that particles of a radius of 20-40 nanometers result. Since 20.7g of acrylic acid was used to

- 5 -

CIBA 000525

produce 82.0g of copolymer, the Examiner indicates that the weight percent of acrylate ion was about 25%.

This ground of rejection is respectfully traversed. The Durand etal, reference has been carefully considered but is not seen to teach, disclose or suggest the instant invention. Durand etal fail to indicate the incorporation of a cross-linking agent into the polymer produced therein. Only sodium acrylate and acrylamide are used. The Examiner apparently recognizes the deficiency of Durand etal in that he points out that the oleate surfactants of Durand etal contain an unsaturated group and thus would reasonably be expected to function as a cross-linker. This assumption is erroneous in that the oleates of Durand etal are monounsaturated and if any reaction thereof with the acrylamide and/or acrylate were to occur it would occur linearly because a cross-linking agent must contain two functional groups to act as such, see page 7, lines 11-26 of the instant specification. Thus, the particulate polymer compositions produced by Durand etal clearly do not anticipate the instant claims in the sense of 35 USC 102.

Durand etal also fails to render the instant invention obvious in that the particles of Durand etal clearly would not function as do the instant compositions. In this regard, the Examiner's attention is respectfully directed to Table II of the instant specification. As can be seen, Example 7 is representative of a polymer produced in the absence of cross-linking agent i.e. it is linear, see page 16, line 2, as is that of Durand etal. The cross-linked polymer compositions, while beneficial, are clearly outclassed by the Applicants' compositions as represented by Examples 8-19. It is Applicants' position that it would not be expected from a perusal of the Durand etal application that the use of a cross-linking agent in

- 6 -

CIBA 000526

the preparation of the instant compositions would result in compositions which function in a manner unexpectedly superior to those produced in the absence of a cross-linking agent. Reconsideration of this ground of rejection is earnestly solicited.

Claims 1-5, 7-9 and 12 have been rejected under 35 USC 102(b) as anticipated by, or, in the alternative, under 35 USC 103, as obvious over, Makhlouf etal, the Examiner stating that Makhlouf etal discloses a composition comprising cross-linked, organic, polymeric microparticles having particle sizes of from 0.1-10 microns, at least one monomethylenically unsaturated monomer and a cross-linking agent being used. The cross-linking agent can be an epoxy-group containing compound like glycidyl methacrylate, the Examiner continues, and the unsaturated monomers include acrylic acid.

This ground of rejection has been overcome the instant amendment whereby Claim 1 has been rewritten to include the limitation that the polymers hereof are produced solely from water-soluble monomers. Basis for this limitation can be found in the specification at page 3, line 1 et seq. and all the Examples wherein, it can be seen, only water-soluble monomers are disclosed. The polymers of Makhlouf etal contain only 0.5-15% of water-soluble monomer, the remaining 70-99% being water-insoluble monomer, see col 2, linear 41-63. Furthermore, although Makhlouf etal disclose a particle diameter range which overlaps the maximum particle size diameter of Applicants, it is strenuously urged that Makhlouf etal do not produce particles where the number average particle size is only below 0.75 microns. The compositions of Makhlouf etal are particles of all diameters from 0.1-10 microns as is recognized in the art where this type of dispersion polymerization is used in the polymer production. All

- 7 -

CIBA 000527

of Applicants' particles fall within the claimed range whereas only some of the composition of Maklhouf etal fall within said range.

Furthermore, as discussed above, the compositions of the instant invention have been shown to be unexpectedly superior to closely related compositions and thus, are clearly unobvious over the teachings of Maklhouf etal.

Claims 1-4,7, 9-11 and 13 have also been rejected under 35 USC 102(b), as anticipated by, or, in the alternative, under 35 USC 103, as obvious over, Silver, the Examiner stating that Silver discloses acrylate copolymer microspheres of at least one alkyl acrylate ester and one ionic monomer or maleic anhydride. Ionic monomers listed include both anionics and cationics, the Examiner continues, the lower limit of the particle size being one micron which is very close to, or within experimental error, of the claimed 0.75 micron maximum.

This ground of rejection has also been overcome by the instant amendment whereby Claim 1 has been limited to polymer compositions produced solely from water-soluble monomers. The arguments applied to Maklhouf etal above also apply to Silver which also fails to teach the use of water-soluble monomers alone and produces polymer particles of a range too large to fall within those claimed herein, a 25% differential in size being considered more than within experimental error. Silver, in fact, indicates that a smaller particle size is undesirable, see col 4, lines 23-27. From 90-99.5% of the Silver compositions are made from water-insoluble monomers, see col 1, lines 45-52. Additionally, no cross-linking agent is employed and no suggestion can be found that the unexpected results, shown in Table II hereof, can be achieved. Accordingly, reconsideration of this ground of rejection is also strenuously urged.

- 8 -

CIBA 000528

Claim 5 has been rejected under 35 USC 102(b), as anticipated by, or, in the alternative, under 35 USC 103, as obvious over, Leong etal, the Examiner stating that Leong etal disclose cross-linked polyacrylamide latices or microgels which are prepared using a mixture of acrylamide and ethylene bisacrylamide, the sizes of the latices being less than 500A in diameter.

This ground of rejection is also respectfully traversed. Leong etal is acknowledged in Applicants' specification as prior art over which the instant invention is a patentable improvement. Leong etal fails to include an ionic monomer in the polymerization taught therein and thus, the polymer compositions produced therein do not contain the 5 mole percent ionicity required by the instant claims. Nor are the instant claims obvious therefrom in view of the unexpectedly superior results achieved as shown in Applicants' specification. Withdrawal of this ground of rejection is also earnestly solicited.

It is noted that the Examiner failed to include Claim 6 in any of the above-discussed rejections. It is therefore assumed that Claim 6 contains allowable subject matter. Confirmation of this assumption is hereby requested from the Examiner.

In view of the above Remarks, this Application is believed to be in condition for allowance and such action is earnestly requested at an early date.

Respectfully submitted,

Attorney for Applicants
Frank M. Van Riet
Registration# 19933

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to: Commissioner of Patents and Trademarks, Washington, D.C. 20231, on ___January 7, 1991___

(Date of Deposit)

oc/
AH-31320

- 9 -

FRANK M. VAN RIET

Name of Applicant, Assignee, or Registered Representative

Signature
1-7-91
Date of Signature

CIBA 000529

# EXHIBIT 11



S0032-3861(96)00506-X

*Polymer* Vol. 38 No. 2, pp. 437–447, 1997
Copyright © 1996 Elsevier Science Ltd
Printed in Great Britain. All rights reserved
0032-3861/97 $17.00 + 0.00

# Inverse-emulsion polymerization of acrylamide using block copolymeric surfactants: mechanism, kinetics and modelling

**José Hernández-Barajas and David J. Hunkeler***
*Department of Chemical Engineering, Vanderbilt University, Nashville, TN 37212, USA*
*(Received 25 January 1996)*

A comprehensive experimental investigation of the inverse-emulsion polymerization of acrylamide was carried out using an oil soluble initiator and a block copolymeric surfactant whose hydrophobic moiety is poly(12-hydroxystearic acid) and whose hydrophilic moiety is polyethylene oxide. It was found that the initial polymerization rate was first order with respect to molar monomer concentration, first order with respect to molar initiator concentration, and zeroth order with respect to molar emulsifier concentration. Based on these experimental findings, a mechanism was proposed which includes initiation, propagation, transfer to monomer and termination. The elementary reaction scheme also includes transfer to impurities which are found in the surfactant. The kinetic model developed from the proposed mechanism is found to be in good agreement with the experimental conversion and weight-average molecular weight data. Compared with sorbitan esters of fatty acids, the copolymeric surfactant provides higher polymerization rates and very high and linear molecular weights. These are comparable to those obtained by solution polymerization, however the total monomer level in the recipe can be substantially greater. Furthermore, stable inverse-laticies can be produced at emulsifier levels as low as 2 wt% Copyright © 1996 Elsevier Science Ltd.

(Keywords: acrylamide; block copolymeric surfactant; inverse-emulsion; inverse-microsuspension polymerization; water soluble polymers)

## INTRODUCTION

Polyacrylamide and acrylamide based copolymers are important synthetic water soluble polymers which are used as coagulants and flocculants in waste water and potable water treatment applications. They are also employed as pushing fluids in enhanced oil recovery, as drag reduction agents and drilling fluids, as additives in paper making, and as thickening agents. These water soluble polymers have a multi-billion dollar market value with projected annual sales growth rates (5–8%) exceeding those of most segments of the chemical and polymer industries[1,2].

Acrylamide has the largest $k_p/k_t^{1/2}$ of any commercial olefinic monomer, and the corresponding kinetics permit the synthesis of water soluble polymers with molecular weights exceeding 10 000 000 Daltons. The high enthalpy of polymerization for acrylamide ($\Delta H_p = 19.5$ kcal mol$^{-1}$) along with extreme solution viscosities generated by the high molecular weights leads to problems in large scale reactor operation including non-uniform mixing and heat transfer limitations This renders the solution polymerization process unattractive These difficulties are generally overcome by polymerizing the acrylic monomer(s) in a heterophase water-in-oil (w/o) polymerization process such as inverse-suspension (emulsion) polymerization[3]. In this process, an aqueous

---

*To whom correspondence should be addressed. Present address: Department of Chemistry (IGC-I). Swiss Federal Institute of Technology. CH-1015 Lausanne, Switzerland

solution of the monomer(s) is emulsified under agitation in a continuous aliphatic oil phase. Steric stabilizers are employed and the polymerization is initiated using, in general, oil soluble initiators at temperatures in the range of 35–50°C. This process allows for polymerizations at high solid concentrations, low viscosities and with good temperature control.

The level of understanding of inverse-emulsion polymerization has continued to grow over the past 30 years. During the 1980s, efforts were dedicated to the elucidation of the reaction mechanism, kinetic measurements and reactor modelling of the inverse-emulsion polymerization processes. The kinetic behaviour of inverse-emulsion polymerization is complex and is specific to a given monomer-emulsifier-initiator-continuous phase set. Unfortunately, all the kinetic studies have emphasized the use of sorbitan esters of fatty acids such as sorbitan monoleate which presents a degradative chain transfer reaction resulting in branched homopolymers and lower polymerization rates. In addition, the stability of the final emulsions is poor.

Industrially, these disadvantages seem to be overcome with the use of certain triblock polymeric (ABA) surfactants such as linear block polymers of polyester–polyethylene oxide–polyester prepared by reacting condensed 12-hydroxystearic acid with polyethylene oxide[4] as is outlined in the US Patent 4,203,877. Steric stabilization using these polymers is achieved when the polyethylene oxide chain is anchored to the interface and the

HERC0075888

*Inverse-emulsion polymerization of acrylamide: J. Hernández-Barajas and D. J. Hunkeler*

poly(12-hydroxystearic acid) end is free to move in the continuous phase. The stabilization is enhanced relative to the low molecular weight fatty acid ester derivatives due to the inherent advantages of triblock surfactants as well as the larger extended length of the poly(12-hydroxystearic acid), 115 Å, compared with 20–22 Å for $C_{18}$ sorbitan esters[8]. There are few papers dealing with the use of these emulsifiers in inverse-emulsion polymerization and the information presented is rather qualitative and incomplete[8-10]. The objectives of this investigation are: (i) to carry out a comprehensive kinetic investigation of the inverse-emulsion polymerization of acrylamide using these block copolymeric surfactants; (ii) to extend the kinetic models available[11,12] using the experimental data obtained in part (i) to be able to predict conversion and molecular weight as a function of the reaction time; (iii) to characterize the final products obtained by inverse-emulsion polymerization using these block copolymeric surfactants and sorbitan monooleate.

## EXPERIMENTAL

### Materials

White crystals of acrylamide (Cytec Industries Inc., Charlotte, NC) were purified by recrystallization with Certified-ACS chloroform (Fisher Scientific, Norcross, GA), dried in vacuum to constant weight, and stored in silica gel desiccators.

Isopar-M (Exxon, supplied by ChemCentral, Nashville, TN), a narrow cut of an isoparaffinic mixture, was chosen as the continuous phase. Hypermer B239 (a linear block copolymer of polyester–polyethylene oxide–polyester prepared by reacting condensed 12-hydroxystearic with polyethylene oxide) and peroxide-free sorbitan monooleate (G-946), gifts from ICI Americas (Wilmington, DE), were used as nonionic stabilizers. The HB239, while it contains aromatic impurities, was found to have no radical generating species as evidenced by a lack of any polymerization reaction in the absence of chemical initiators. Sorbitan monooleate was purified by repeated washing with acetone to remove any soluble impurities. The surfactant was then kept under vacuum at 50°C for 5 days to strip any other volatile components and decompose any species which could initiate the reaction. The oil phase mixture was filtered using a 0.45 mm Metricel membrane filter (Fisher Scientific, Norcross, GA) prior to polymerization.

Azobisisobutyronitrile (AIBN, Kodak, Rochester, NY) was used as an initiator and purified by recrystallization with Certified ACS methanol (Fisher Scientific, Norcross, GA), dried in vacuum and stored at −5°C in a freezer.

The water used was Type I reagent grade water with a resistivity of at least 18 cm obtained through a megohms/series of deionization and organic scavenger cartridges (Continental Water Systems Corporation, San Antonio, TX).

### Polymer synthesis

Syntheses were performed in a 5 L stainless steel reactor equipped with an external heating/cooling jacket. The reactor was computer controlled using an error-squared proportional–integral–derivative (PID) controller to within ±0.5°C throughout the reaction by varying the chilled water-to-steam ratio entering the cooling jacket. The reactor was sparged continually with

purified 99.99% nitrogen (AL Compressed Gas, Nashville, TN) to remove any residual oxygen which would consume radicals and interfere with the polymerization. The initiator, in solution with Certified ACS acetone (Fisher Scientific, Norcross, GA), was injected through a septum cap placed at the top of the reactor to start the polymerization. Samples were withdrawn periodically at fixed time intervals by means of a bottom flush valve. Further details of the polymerization procedure have been reported elsewhere[13].

### Conversion

The determination of conversion of acrylamide monomer to polymer was carried out by following a novel phase-inversion micellar mobile phase method[14]. Briefly, this procedure begins with the inversion of the inverse-emulsion (water-in-oil) into a direct emulsion (oil-in-water) using Tergitol TMN-10 (Union Carbide Chemicals and Plastics Co., Inc., Danbury, CT) as an inverting surfactant and deionized water under strong agitation. The monomer is separated from the polymer by size exclusion chromatography (s.e.c.) using a micellar mobile phase. The high pressure liquid chromatography (h.p.l.c.) system consisted of a Rheodyne 7725i injector (Cotati, CA) and a Waters HPLC 510 pump (Waters, Millford, MA). A Shodex OHPAK SB-800P column (JM Science, Buffalo, NY) was used as the stationary phase with a $25 \times 10^{-3}$ M sodium dodecyl sulfate (SDS) in highly deionized water as the mobile phase. An ultraviolet (u.v.) detector (Hitachi L-4000H, Tokyo, Japan), operating at a wavelength of 214 nm, was used to measure the monomer absorption. The peak heights were used to construct a calibration table and for the analysis of the unknown samples. Samples from a given experiment were always analysed together within a 10-h period. Chromatograms were collected on either a HP Vectra 286 or a 486 computer running Viscotek GPC PRO Version 4.01 software (Houston, TX).

### Particle size

The determination of the average particle size was carried out by dynamic light scattering. The system consisted of a Lexel Argon-ion laser (2W) operating at 15 mW and a Brookhaven BI-DS Goniometer (Brookhaven Instruments Corporation, Holtsville, NY). Data were acquired for up to 60 s with a 486 PC containing a Brookhaven BI9000 card. Diameters were then inferred using the Stokes–Einstein relationship from measurements of a mean diffusion coefficient. Measurements were performed at 25°C with disposable presterilized 20 ml glass stationary cells (Fisher Scientific, Norcross, GA). The inverse-emulsions were dispersed with filtered pure Isopar-K (Exxon, supplied by ChemCentral, Nashville, TN) to a volume fraction of 0.5 to 2% of the dispersed phase.

### Molecular weights

Static light scattering experiments were also performed on the same Brookhaven system using a laser intensity of 20 mW. Polyacrylamide aliquots were withdrawn from the reactor and precipitated immediately in Certified ACS acetone (Fisher Scientific, Norcross, GA). These were then dried to constant weight under vacuum for 12 h at 25°C. A stock polyacrylamide solution (1000 ppm) was prepared directly in 1.0 M NaCl. Following complete dissolution (several days) the stock

HERC0075889

*Inverse-emulsion polymerization of acrylamide: J. Hernández-Barajas and D. J. Hunkeler*

solution (approximately 1 mg mL$^{-1}$) was filtered twice through 0.65 μm Nucleopore cylindrical pore membranes (Fisher Scientific, Norcross, GA). The stock solution was then diluted with aqueous sodium chloride in a laminar flow hood and placed in 30 mL polypropylene centrifuge tubes. These were centrifuged at 21 000 g for 4.0 h using a Marathon 21 K centrifuge (Fisher Scientific, Norcross, GA). The centrifuge tubes were then returned to the laminar flow hood and the solutions were transferred to precleaned 20 mL scintillation glass vials. Following the sealing of the vials, the samples were taken to the analytical room for analysis. The samples were analysed within 1 h of being removed from the centrifuge, and in all cases the molecular weight estimates were based on four independent angular scans of each sample. The sodium chloride solvent was recirculated for a period of 24 h through a nylon filter (0.2 μm). This provided virtually dust free solvent. Zimm plots ($Kc/R(q)$ versus sin$^2(q)$ + kc, where $K$ is a pre-determined optical constant, $c$ the mass concentration, $R(q)$ an experimentally measured 'Rayleigh Factor' and $k$ an arbitrary constant) were constructed and the weight-average molecular weight was obtained by linear extrapolation to both zero concentration and zero angle. The laser was aligned so that the product of the intensity and the sine of the measurement angle ($\theta$) varied by less than 2% over the angular range 20–165°.

### Partitioning studies

A set of partitioning studies was performed to determine the equilibrium partition coefficient of acrylamide between the aqueous and organic phases. The aqueous phase consisted of a 0.5 mol L$^{-1}$ acrylamide solution prepared with highly deionized water. The organic phase contained 0.13% weight surfactant. Emulsions were prepared using an organic phase to aqueous phase ratio of 1:1 (volume). The emulsions were agitated vigorously for 6 h to ensure equilibrium. The phases were then decanted for periods of up to 12 h. The aqueous phase was carefully extracted from the bottom and filtered with a 0.2 μm nylon filter to remove all traces of surfactant. In all cases the aqueous phase was clear. H.p.l.c. was used to measure the amount of acrylamide solubilized by the organic phase. The HPLC system was the same as previously reported in this paper with the exception of a Hitachi L6000 isocratic pump (Hitachi Instruments, Tokyo, Japan). A stainless steel filter and a CN precolumn (Waters, Millford, MA) were connected in-line between the pump and the column. The CN column used was housed in Waters Radial Pak RCM system, operating at a nominal pressure of 180 kg cm$^{-2}$. The column had an 8 mm i.d. and was packed with 10 μm particles (mean pore size 125 Å), with a 6% carbon load bonded to a μ-porasil (silica) substrate. The mobile phase consisted of acetonitrile/water (50/50 vol%) with 0.01 M dibutylamine with the pH adjusted to 3.0 with phosphoric acid (85 wt%, Fisher Scientific, Norcross, GA). The flowrate was set at 2.0 mL min$^{-1}$. Details of the h.p.l.c. method have been reported elsewhere[15].

### Experimental conditions

Inverse-emulsion polymerizations of acrylamide were carried out isothermally over the temperature range 42–52°C. The surfactant was used in levels up to 6 wt% based on the total amount of emulsion. In order to reduce

the heat generation rate, equal weights of aqueous and oil phases were used in the recipe. The specific experimental conditions for each polymerization are listed in *Table 1*.

## RESULTS AND DISCUSSION

### Preliminary observations

*Figure 1* shows the experimental conversion vs time data for two inverse-emulsion polymerizations of acrylamide at 47°C and 440 RPM using the copolymeric surfactant (Hypermer B239) and sorbitan monooleate (SMO), respectively. The shape of the curves is as expected[11] with the maximum rate at low conversion and the reaction rate decreasing with time. In addition to the constant polymerization rate observed until 50–60%, a mild gel-effect, which is not visually evident, is also characteristic of these acrylamide polymerizations[11]. Polymerization rates with SMO are lower than those obtained with HB239. This is a consequence of the transfer activity of sorbitan esters of fatty acids[11] and the inert nature of the Hypermer B239 which will be discussed in the section on kinetic modelling.

A further indication of the inert nature of Hypermer B239 is reported in *Figure 2*, where the weight-average molecular weight of the precipitated homopolymers is plotted as a function of the Hypermer B239 molar concentration. Clearly, the weight-average molecular weight is independent of emulsifier concentration indicating a lack of any chain transfer activity to the HB239. If the initial polymerization rate is plotted against the molar concentration of Hypermer B239, a straight line is obtained with a slope of 0.0 indicating a purely physical role for the emulsifier. This value contrasts with the value of −0.2 obtained with SMO for similar inverse-emulsion polymerization studies where the emulsifier has a secondary chemical role in the reaction mechanism and with the value of 0.45 obtained with SMO in toluene where inverse-micelles are present[11,16,17].

The dependence of the initial polymerization rate on monomer concentration is found to vary to the 1.0 power and is similar to the findings in other studies of heterophase polymerization of acrylamide, both in inverse-macroemulsion and inverse-microemulsion[11,17–19]. *Figure 3* shows the initial polymerization rate plotted against the molar concentration of initiator. A 1.0 order dependence is observed which is an indication of the presence of unimolecular termination that is competing with the traditional bimolecular reaction (disproportionation). This behaviour is also characteristic of heterophase water-in-oil polymerizations with oil soluble initiators[11]. Since AIBN and water do not show any transfer activity[20], the impurities of the Hypermer B239 emulsifier such as xylene are believed to be responsible for this transfer activity[‡] As support for this hypothesis, we refer to the work of Candau who has shown, for inverse-microemulsion polymerization of acrylamide in aromatic continuous phases, that toluene can act as a unimolecular terminating agent[21].

---

[†] Generally, negative dependencies of the polymerization rate on the surfactant concentration are characteristic of a reactive interface, while positive dependencies are attributed to the role of the surfactant in particle nucleation

[‡] Clearly the Hypermer B239 surfactant is not the radically active species in contrast to the case of inverse-suspension polymerizations with fatty acid esters of sorbitan[11] where the emulsifier is reactive

HERC0075890

*Inverse-emulsion polymerization of acrylamide: J. Hernández-Barajas and D. J. Hunkeler*

Table 1  Experimental conditions for the inverse-emulsion polymerization of acrylamide using HB239

| Run | Weight of AIBN (g) | Weight of acrylamide (g) | Weight of water (g) | Weight of Isopar-M (g) | Weight of surfactant (g) | Temperature (°C) | Agitation rate (RPM) |
|---|---|---|---|---|---|---|---|
| 1 | 0.20 | 350 | 650 | 960 | 40 | 47 | 440 |
| 2 | 0.45 | 350 | 650 | 960 | 40 | 47 | 440 |
| 3 | 0.70 | 350 | 650 | 960 | 40 | 47 | 440 |
| 4 | 0.95 | 350 | 650 | 960 | 40 | 47 | 440 |
| 5 | 0.70 | 275 | 725 | 960 | 40 | 47 | 440 |
| 6 | 0.70 | 200 | 800 | 960 | 40 | 47 | 440 |
| 7 | 0.70 | 350 | 650 | 880 | 120 | 47 | 440 |
| 8 | 0.70 | 350 | 650 | 920 | 80 | 47 | 440 |
| 9 | 0.45 | 350 | 650 | 960 | 40 | 52 | 440 |
| 10 | 0.70 | 350 | 650 | 960 | 40 | 47 | 440 |
| 11 | 0.70 | 350 | 650 | 960 | 40 | 42 | 440 |

Based on these experimental observations, a mechanism for the homopolymerization of acrylamide in inverse-emulsion using block copolymeric surfactants has been elucidated and will be presented in the following section.

*Mechanism*

Reactions in the oil phase:

$$I \xrightarrow{k_d} 2R^*_{in,O} \qquad (1)$$

$$R^*_{in,O} + HC \xrightarrow{k_s} \text{inert products} \qquad (2)$$

$$R^*_{in,O} + M_O \xrightarrow{k_p} R^*_{1,O} \qquad (3)$$

$$R^*_{r,O} + M_O \xrightarrow{k_p} R^*_{r+1,O} \qquad (4)$$

where $R^*_{in,O}$, HC, $M_O$ and $R^*_{r,O}$ are the symbols for primary radicals, hydrocarbon, monomer and macroradicals in the organic phase, $k_s$ is a kinetic constant and $k_p$ is the propagation constant for acrylamide. I and $k_d$ represent the initiator and its dissociation constant, respectively.

Transfer between phases:

$$R^*_{in,O} \xrightarrow{k_t} R^*_{in,w} \qquad (5)$$

$$R^*_{r,O} \xrightarrow{k_{tr}} R^*_{r,w} \qquad (6)$$

$$M_O \overset{\Phi_m}{\rightleftharpoons} M_w \qquad (7)$$

where the subscript 'w' denotes a water phase concentration, $k_{tr}$ is the mass transfer constant of an oligoradical of length $r$ which will tend to $k_t$ at small chain lengths[11]. $\Phi_m$ is the equilibrium partition coefficient of monomer between the aqueous and organic phase.

Reactions in the water phase:

$$R^*_{in,w} + M_w \xrightarrow{k_p} R^*_{1,w} \qquad (8)$$

$$R^*_{r,w} + M_w \xrightarrow{k_p} R^*_{r+1,w} \qquad (9)$$

$$R^*_{r,w} + M_w \xrightarrow{k_{fm}} P_r + R^*_{1,w} \qquad (10)$$

$$R^*_{r,w} + HC_{imp} \xrightarrow{k_i} P_r + \text{inert products} \qquad (11)$$

$$R^*_{r,w} + R^*_{s,w} \xrightarrow{k_d} P_r + P_s \qquad (12)$$



Figure 1  Experimental conversion vs time data for the inverse-emulsion polymerization of acrylamide using HB239 (■) and SMO (●) at 2 wt% (based on the total weight of emulsion). Experimental conditions: $T = 47°C$, [AIBN] = $3.33 \times 10^{-3}$ mol $L_O^{-1}$, [M] = 4.93 mol $L_w^{-1}$, $\Phi_{w/O} = 0.78$ and 440 RPM



Figure 2  Weight-average molecular weight ($\bar{M}_w$) of polyacrylamide vs the molar concentration of HB239. Experimental conditions: $T = 47°C$, [AIBN] = $3.33 \times 10^{-3}$ mol $L_O^{-1}$, [M] = 4.93 mol $L_w^{-1}$, $\Phi_{w/O} = 0.78$ and 440 RPM

HERC0075891

*Inverse-emulsion polymerization of acrylamide: J. Hernández-Barajas and D. J. Hunkeler*



Figure 3 Rate of polymerization vs the first power of AIBN concentration. Experimental conditions: $T = 47°C$. [M] = 4.93 mol $L_W^{-1}$. [E] = 0.015 mol $L_O^{-1}$, $\Phi_{W/O} = 0.78$ and 440 RPM

where $HC_{imp}$ represents hydrocarbon phase impurities which have transferred to the aqueous phase or the aqueous portion of the W/O interface. $k_{fm}$ is the transfer to monomer constant, $k_S$ is a kinetic constant and $k_{td}$ is the termination by disproportionation constant. $P_r$ and $P_s$ are dead polymer chains of length $r$ and $s$, respectively.

## KINETIC MODEL

### Initiation

If we apply the stationary state hypothesis to primary radicals in the oil and water phases, the following equations are obtained:

$$\frac{d[R^{\bullet}_{in,O}]}{dt} \approx 0 = 2k_d[I] - k_p[R^{\bullet}_{in,O}][M_O] - k_4[R^{\bullet}_{in,O}][HC]$$
$$- \frac{k_r}{V_O}\left(\frac{[R^{\bullet}_{in,O}]}{\Phi_r} - [R^{\bullet}_{in,w}]\right) \qquad (13)$$

$$\frac{d[R^{\bullet}_{in,w}]}{dt} \approx 0 = \frac{k_r}{V_W}\left(\frac{[R^{\bullet}_{in,O}]}{\Phi_r} - [R^{\bullet}_{in,w}]\right)$$
$$- k_p[R^{\bullet}_{in,O}][M_W] \qquad (14)$$

where $V_O$ and $V_W$ are the volume of the oil and water phases and $\Phi_r$ is the partition coefficient of primary radicals between the organic and aqueous phases.

From equilibrium partitioning measurements, we can express the concentration of monomer in the oil phase as:

$$[M_O] = \Phi_m[M_W]$$

Adding equation (13) and $\frac{V_W}{V_O} \times$ equation (14), and rearranging, we obtain:

$$[R^{\bullet}_{in,O}] = \frac{2k_d[I] - k_p[M_W][R^{\bullet}_{in,w}]\frac{V_W}{V_O}}{k_p\Phi_m[M_W] + k_4[HC]} \qquad (15)$$

Substituting equation (15) into equation (14) and solving for $[R^{\bullet}_{in,w}]$, one obtains:

$$[R^{\bullet}_{in,w}] = 2k_d[I]\frac{Y}{\delta} \qquad (16)$$

where:

$$Y = \frac{k_r}{V_W\Phi_r}\left(\frac{1}{k_p[M_W] + \frac{k_r}{V_W}}\right)\left(\frac{1}{k_p\Phi_m[M_W] + k_4[HC]}\right) \qquad (17)$$

$$\delta = 1 + \frac{k_r}{V_W\Phi_r}\left(\frac{1}{k_p[M_W] + \frac{k_r}{V_W}}\right)\left(\frac{k_p[M_W]\frac{V_W}{V_O}}{k_p\Phi_m[M_W] + k_4[HC]}\right) \qquad (18)$$

Assuming that the main source of initiation is the diffusion of primary radicals into polymer particles, we may write:

$$R_I = k_p[M_W][R^{\bullet}_{in,w}] = 2k_d[I]\left(\frac{k_p[M_W]Y}{\delta}\right) \qquad (19)$$

We can equivalently express the rate of initiation as:

$$R_I = 2fk_d[I] \qquad (20)$$

Comparing equations (19) and (20), we obtain an expression for the efficiency of initiation, $f$:

$$f = \frac{k_p[M_W]Y}{\delta} \qquad (21)$$

which can be simplified to give:

$$f = \frac{1}{1 + \frac{V_O\Phi_r}{k_r}\left(1 + \frac{k_r}{k_p[M_W]V_W}\right)(k_p\Phi_m[M_W] + k_4[HC])}$$
$$\times \frac{V_O}{V_W} \qquad (22)$$

$k_p[M]$ is large and $k_r$ is of the order of $10^{0-3}$, so therefore:

$$1 + \frac{k_r}{k_p[M_W]V_W} \approx 1$$

Defining the overall mass transfer constant ($k_r$) as:

$$k_r = k_r^* \cdot A_t$$

and

$$A_t = a_{sp} \cdot V_O$$

where $A_t$ is the total interfacial area and $a_{sp}$ is the specific interfacial are per litre of oil. The expression for the efficiency of initiation can now be reduced to:

$$f = \frac{1}{1 + \frac{\Phi}{k_r^*}\left(\frac{k_p\Phi_m[M_W]}{a_{sp}} + \frac{k_4[HC]}{a_{sp}}\right)} \cdot \frac{V_O}{V_W} \qquad (23)$$

This expression can be further simplified for conditions where $f$ is not a function of conversion to the equation that we will use in our kinetic model:

$$f = \frac{1}{1 + \frac{\Phi_r}{k_r^*}\left(\frac{k_4[HC]}{a_{sp}}\right)} \cdot \frac{V_O}{V_W} \qquad (24)$$

HERC0075892

*Inverse-emulsion polymerization of acrylamide: J. Hernández-Barajas and D. J. Hunkeler*

*Rate of polymerization*

Applying the stationary state hypothesis to macro-radicals [R*], we obtain:

$$\frac{d[R^*]}{dt} \approx 0 = R_1 - k_{td}[R^*]^2 - k_s[HC_{imp}][R^*] \quad (25)$$

where

$$[R^*] = \sum_{r=1}^{\infty}[R_p^*]$$

Two cases can be examined:

Case 1: (Unimolecular termination dominates)

$$k_s[R^*][HC_{imp}] \gg k_{td}[R^*]^2$$

which yields:

$$R_p = \frac{2fk_dk_p[I][M]}{k_s[HC_{imp}]} \quad (26)$$

In this case, the rate of polymerization is proportional to the initiator and monomer concentration to the first order as many researchers have found for the inverse-emulsion polymerizations of acrylamide[11,17], and we report herein.

Case 2: (Bimolecular termination dominates)

$$k_s[R^*][HC_{imp}] \ll k_{td}[R^*]^2$$

$$R_p = \left[\frac{2fk_d[I]}{k_{td}}\right]^{\frac{1}{2}} \cdot k_p[M] \quad (27)$$

which is the classical free radical polymerization equation. At high conversions termination and the reaction will be diffusion controlled. This has been modelled using the following empirical equations, as is standard for acrylamide polymerizations[11,22].

$$k_{td} = k_{td}^0/(\exp{(Aw_p)})^2 \quad (28)$$

where $A = a_0 + a_1 T$, $w_p$ is the weight fraction of polymer in the aqueous phase, $T$ is the temperature in degrees Kelvin and $a_0$ and $a_1$ are empirical constants.

*Molecular weights*

Using the method of moments, the following equations have been derived for the number and weight average molecular weights ($\bar{M}_n$ and $\bar{M}_w$)[11]:

$$\bar{M}_n = M_m \frac{Q_1}{Q_0} \quad (29)$$

$$\bar{M}_w = M_m \frac{Q_2}{Q_1} \quad (30)$$

where $M_m$ is the molecular weight of the monomer and $Q_i$ is the $i$th moment of the distribution of polymer molecules. These moments may be found by solving the following equations:

$$\frac{dQ_0}{dt} = Y_0 X \quad (31)$$

$$\frac{dQ_1}{dt} = Y_1 X \quad (32)$$

$$\frac{dQ_2}{dt} = Y_2 X \quad (33)$$

where $X = k_{fm}M + k_{td}Y_0$, and $Y_i$ are the moments of the macroradical distribution for molecules. The zeroth, first and second moments of the macroradical distribution are given by[11]:

$$Y_0: 0 = R_1 - k_{td}(Y_{0T})^2 \quad (34)$$

$$Y_1 = \frac{R_1 + k_{fm}MY_0 + k_pMY_0}{X} \quad (35)$$

$$Y_2 = \frac{R_1 + 2k_pMY_1 + k_{fm}MY_0}{X} \quad (36)$$

*Effect of emulsifier type on the rate of polymerization*

As was discussed earlier, the low rates of polymerization of acrylamide in inverse-emulsion with sorbitan monooleate have been explained in terms of the emulsifier's chain transfer activity[11]. Sorbitan monooleate has an unsaturated carbon in the middle of its hydrophilic tail and five hydroxy functional groups on its surfactant head. These radically active functional groups can react with primary radicals in the continuous phase, lowering the polymerization rate and increasing the molecular weight[11]. Since our partitioning experiments show that the amount of acrylamide present both in the bulk organic phase and in the emulsifier boundary layer are similar using the HB239 and SMO ($\approx$ 1-2% acrylamide by weight), the high polymerization rate observed with HB239 is due to two factors: (1) the lack of unsaturation or reactive functional groups in the molecule of Hypermer B239; (2) the presence of xylene in the HB239 ($\approx$ 5% by weight)[23] which may enhance the solubilization of AIBN in the interfacial layer[24]. The solubilization of AIBN in xylenes is significant since the initiator efficiency is higher if the initiator molecules are partly located in the emulsifier sheath because the heterophase diffusion of the initiator (oil to water), which normally scavenges radicals due to organically soluble impurities, is eliminated. This causes an increase in both the initiation and polymerization rates. The effect on the initiation efficiency is explained kinetically through equation (24). By combining our observations with a prior investigation[11], we may write:

$$R_{p,HB239} > R_{p,SMS} > R_{p,SMO}$$

It should be noted that the polymerization rate is greatest for the HB239 due to a lack of labile hydroxy or other radically active species which lower the initiator efficiency. Sorbitan monostearate (SMS) is intermediate in its radical reactivity due to the presence of 5 hydroxy groups, while sorbitan monooleate, as stated earlier, also contains an unsaturated carbon in the liphophilic moiety.

*Parameter estimation*

In order to apply the kinetic model to specific inverse-emulsion polymerizations of acrylamide, several rate. mass transfer and partition coefficients are needed. In the absence of available literature values these must be estimated from experimental data. These parameters have been determined by non-linear weighted least squares regression using Marquardt's procedure to minimize the sum of squares of the residuals. The total residual is comprised of two independent measurements.

HERC0075893

*Inverse-emulsion polymerization of acrylamide: J. Hernández-Barajas and D. J. Hunkeler*

conversion and weight average molecular weight, which are weighted by the reciprocal of their variances as follows:

$$\text{Min} \sum_{i=1}^{n} \left[ \left[ \left( \frac{X_{i,p} - X_{i,d}}{\sigma_{x,i}^2} \right) + \left| \frac{MW_{i,p} - MW_{i,d}}{\sigma_{MW,i}^2} \right| \right]^2 \quad (37)$$

where $n$ is the number of repetitions. $X_{i,p}$ and $X_{i,d}$ are the predicted and measured conversion. $MW_{i,p}$ and $MW_{i,d}$ are the model and experimental weight average molecular weights. $\sigma_{x,i}^2$ and $\sigma_{MW,i}^2$ are the variance of the $i$th conversion and molecular weight measurements.

The conclusions from the parameter estimation are given below:

(1) The individual parameters values for $\Phi_r$ and $k_r^*$ in equation (24) are indeterminate since this would require experimentation into the partitioning and mass transfer of primary radicals between the oil and water phases. While such research is certainly warranted, it would be extremely non-trivial to perform on reactive intermediates. The exact value of [HC] is also unknown since Isopar-M is a mixture of high boiling point straight chain alkanes with some aromatics. For this reason, these parameters were fitted as a group of constants, as they appear in the kinetic model:

$$\frac{\Phi_r}{k_r^*} \left( \frac{k_4 [\text{HC}]}{a_{sp}} \right) \quad (38)$$

The regressed value of this grouped parameter is 0.2972 at 47°C which renders $f$, the efficiency of initiation, close to unity (0.96–1.0). This indicates that the rate of transfer of primary radicals from the oil to the aqueous phase is very efficient as postulated previously.

(2) $k_5$ and [HC$_{imp}$] in equation (26) were fitted as a single lumped parameter. The temperature dependence of this lumped parameter follows the Arrhenius equation with a relatively moderate positive activation energy as shown in *Table 2*. A low positive activation energy is typical of termination reactions.

### Kinetic model predictions

*Conversion–time data.* The kinetic model can predict the conversion *versus* time behaviour very well over the range of initiator concentrations studied as indicated in *Figure 4*. At lower initiator levels and high conversions, small deviations are observed. These deviations can be explained in terms of initiator starvation conditions, or a shift from unimolecular to bimolecular termination as was observed for inverse-microsuspension polymerizations of acrylamide with fatty acid esters of sorbitan as stabilizers[11].

*Molecular weight.* The estimates of the weight average-molecular weight ($\bar{M}_w$) agree reasonably well with the experimental values of $\bar{M}_w$ as reported in *Figure 5*. The unimolecular termination due to transfer to monomer is the $\bar{M}_w$ controlling mechanism[22]. Moreover, the model predictions of the weight average-molecular weight ($\bar{M}_w$) as a function of initiator level are very good, as is illustrated in *Figure 6*. It is interesting to note that the values of $\bar{M}_w$ for the polymers produced by inverse-emulsion polymerization using HB239 are quite large and similar in value to those reported by Kim for poly(acrylamide)s produced by solution polymerization[22]. Furthermore, the radius of gyration, $\langle \bar{r}^2 \rangle^{1/2}$ of our polymers is $\approx$ 210–230 nm, and similar in value to those reported by Kulicke for polyacrylamides obtained in solution polymerization[39]. Therefore, when the block copolymeric surfactant HB239 is used in the inverse-emulsion polymerization of acrylamide, the particles behave like isolated micro-batch reactors following a solution-like mechanism. Similar behaviour has also been reported in the literature using water-soluble initiators. However, the weight average molecular weight of the resulting polymers was found to be lower due to a transfer reaction to the hydrophilic part of the emulsifier[30]. The average particle diameter of the inverse laticies produced herein was found to be invariant of the initiator concentration with values in the range of 230 nm as shown in *Figure 7*.

*Effect of reagent concentrations.* The model predictions of the conversion *versus* time data at various levels of both the monomer and emulsifier are excellent, as is indicated in *Figures 8* and *9*, respectively. A first order dependence on molar monomer concentration is predicted. As indicated before, this has also been observed by Baade[16] and Baade and Reichert[31]. Both the reaction rate and weight-average molecular weight (*Figure 2*) are independent of the emulsifier concentration ($R_p \propto [E]^0$) revealing that the emulsifier is playing a purely physical role in these polymerizations. This is not surprising given the absence of unsaturated or labile groups on either the polyethylene oxide or poly(12-hydroxystearic acid). In addition, the average particle diameter of the particles obtained with increasing levels of HB239 decreases slightly as indicated in *Figure 10*. Therefore, it is expected that the radical capture efficiency and the polymerization rate are essentially independent of the stabilizer level since the interfacial area is essentially unchanged. In any case, the mild decrease in the particle size with increasing emulsifier levels is likely the result of a

Table 2  Summary of the main parameter values

| Parameter | Value | Units | Source |
|---|---|---|---|
| $k_d$ | $9.48 \times 10^{16} \exp(-30800/RT)$ | min$^{-1}$ | ref 25 |
| $k_p$ | $9.9 \times 10^7 \exp(-2743/RT)$ | L mol$^{-1}$ min$^{-1}$ | refs 26–28 |
| $k_t^{1/2}$ | $9.192 \times 10^4 \exp(-741/RT)$ | L mol$^{-1}$ min$^{-1}$ | refs 26–28 |
| $k_{fm}$ | $5.73 \times 10^5 \exp(-10438/RT)$ | L mol$^{-1}$ min$^{-1}$ | ref 22 |
| $k_5$ [HC$_{imp}$] | $7.562 \times 10^4 \exp(-2760/RT)$ | min$^{-1}$ | This work |
| $A$ | $11.22 - 1.67 \times 10^2 T$ | Dimensionless | This work and ref 22 |

HERC0075894

*Inverse-emulsion polymerization of acrylamide: J. Hernández-Barajas and D. J. Hunkeler*



Figure 4  Experimental and predicted conversion (——) vs time data for the inverse-emulsion polymerization of acrylamide at various molar initiator concentrations: $4.52 \times 10^{-3}$ mol $L_O^{-1}$ (■), $3.33 \times 10^{-3}$ mol $L_O^{-1}$ (●) and $2.14 \times 10^{-3}$ mol $L_O^{-1}$ (◆). Other conditions: $T = 47°C$, $[M] = 4.93$ mol $L_W^{-1}$, $[E] = 0.015$ mol $L_O^{-1}$, $\Phi_{w/o} = 0.78$ and 440 RPM



Figure 6  Experimental (■) and predicted weight-average molecular weight ($\bar{M}_w$) (—) and radius of gyration (●) as a function of molar initiator concentration for the inverse-emulsion polymerization of acrylamide. Experimental conditions: $T = 47°C$, $[M] = 4.93$ mol $L_W^{-1}$. $[E] = 0.015$ mol $L_O^{-1}$, $\Phi_{w/o} = 0.78$ and 440 RPM



Figure 5  Experimental (■) and predicted weight-average molecular weight ($\bar{M}_w$) (—) as a function of conversion for the inverse-emulsion polymerization of acrylamide. Experimental conditions: $T = 47°C$, $[M] = 4.93$ mol $L_W^{-1}$, $[AIBN] = 3.33 \times 10^{-3}$ mol $L_O^{-1}$. $[E] = 0.015$ mol $L_O^{-1}$. $\Phi_{w/o} = 0.78$ and 440 RPM



Figure 7  Experimental particle diameter as a function of molar initiator concentration for the inverse-emulsion polymerization of acrylamide. Experimental conditions: $T = 47°C$, $[M] = 4.93$ mol $L_W$, $[E] = 0.015$ mol $L_O^{-1}$, $\Phi_{w/o} = 0.78$ and 440 RPM

reduction in the interfacial tension which will influence the Weber number and the droplet break-up/coalescence mechanism. Both the particle diameter and weight-average molecular weight of the homopolymers are found to be invariant of the monomer concentration.

*Temperature effects.* The model also gives reasonable predictions of the conversion and weight-average molecular weight at temperatures between 42 and 52°C as shown in *Figures 11* and *12*, respectively. At lower temperatures, limiting conversions are observed. This behaviour has also been found in the inverse-emulsion polymerization of acrylamide initiated with potassium persulfate[32] and has been attributed to initiator depletion. The activation energy, corrected for constant

interfacial area, calculated from the initial polymerization rates plotted in *Figure 11*, is 24.36 kJ mol$^{-1}$ which is in excellent agreement with the reported value of 25–26 kJ mol$^{-1}$ for the polymerization of acrylamide reported by other workers[24,31]. Again, the values of $\bar{M}_w$ for the homopolymers produced by inverse-emulsion polymerization using HB239 as a function of temperature are very high and similar in value to those produced by solution polymerization. This is a further indication that these polymerizations occur through a suspension-like mechanism.

*Polymer and latex properties.* *Table 3* presents a comparison of the final properties of the polyacrylamides and latices obtained in inverse-emulsion with HB239 and

HERC0075895

*Inverse-emulsion polymerization of acrylamide: J. Hernández-Barajas and D. J. Hunkeler*

Radius of gyration, nm





Figure 8 Experimental and predicted conversion (—) vs time behaviour for the inverse-emulsion polymerization of acrylamide using various monomer concentrations: 4.93 mol $L_W^{-1}$ (■), 3.87 mol $L_W^{-1}$ (●) and 2.82 mol $L_W^{-1}$ (♦). Experimental conditions: $T = 47°C$, [AIBN] = 3.33 × 10⁻³ mol $L_O^{-1}$, [E] = 0.015 mol $L_O^{-1}$, $\Phi_{w/o} = 0.78$ and 440 RPM

Figure 10 Experimental particle size vs molar emulsifier concentration for the inverse-emulsion polymerization of acrylamide using various levels of emulsifier. Experimental conditions: $T = 47°C$, [M] = 4.93 mol $L_W^{-1}$, [AIBN] = 3.33 × 10⁻³ mol $L_O^{-1}$, $\Phi_{w/o} = 0.78$ and 440 RPM. The continuous line represents a power model fit





Figure 9 Experimental and predicted conversion (——) vs time behaviour for the inverse-emulsion polymerization of acrylamide using various levels of emulsifier: 0.045 mol $L_O^{-1}$ (■), 0.030 mol $L_O^{-1}$ (●) and 0.015 mol $L_O^{-1}$ (♦). Experimental conditions: $T = 47°C$, [M] = 4.93 mol $L_W^{-1}$, [AIBN] = 3.33 × 10⁻³ mol $L_O^{-1}$, $\Phi_{w/o} = 0.78$ and 440 RPM

Figure 11 Experimental and predicted conversion (——) vs time behaviour for the inverse-emulsion polymerization of acrylamide at 52°C (■), 47°C (●) and 42°C (♦). Experimental conditions: [M] = 4.93 mol $L_W^{-1}$, [AIBN] = 2.14 × 10⁻³ mol $L_O^{-1}$, [E] = 0.015 mol $L_O^{-1}$, $\Phi_{w/o} = 0.78$ and 440 RPM

SMO synthesized under identical conditions. Both the weight-average molecular weight and radius of gyration are essentially equal in value, when one considers the experimental errors involved in the light scattering measurements (±10%). Similar values of weight-average molecular weight have been reported by Baade[16] and Baade and Reichert[31] for the inverse-emulsion polymerization of acrylamide using sorbitan monooleate (intrinsic viscosity measurements) and Kim and Hamielec[22] for the solution polymerization of acrylamide using potassium persulfate as initiator (low angle laser light scattering measurements). For the same experimental conditions, the average particle diameter for the latex

obtained with sorbitan monooleate is smaller than obtained with HB239 (163 *versus* 228 nm) which indicates that sorbitan monooleate produces a more rigid or tightly packed interfacial film than HB239. Latices with the same range of particle size have been reported by Pichot for the inverse-emulsion polymerization of acrylamide using sorbitan sesquiolate[24]. The particle size distribution is broad as indicated in *Figures 13* and *14* for the inverse-latices obtained with HB239 and sorbitan monooleate, respectively. This is expected for particles produced by a break-up/coalescence mechanism. Despite the small particles, the inverse-emulsions produced with sorbitan monooleate are not very stable. Three days after production, the amount of oil separated from the bulk emulsion reaches almost 20%. The latices

HERC0075896

*Inverse-emulsion polymerization of acrylamide: J. Hernández-Barajas and D. J. Hunkeler*



Figure 12  Experimental and predicted weight-average molecular weight ($\bar{M}_w$) behaviour for the inverse-emulsion polymerization of acrylamide at various temperatures. Experimental conditions: $[M] = 4.93 \, mol \, L_O^{-1}$, $[AIBN] = 2.14 \times 10^{-3} \, mol \, L_O^{-1}$, $[E] = 0.015 \, mol \, L_O^{-1}$, $\Phi_{w/o} = 0.78$ and 440 RPM



Figure 13  Frequency vs particle diameter for a particle size distribution of a latex obtained by inverse-emulsion polymerization of acrylamide with the block copolymeric surfactant (HB239) at 2 wt% (based on the total weight of emulsion). Experimental conditions: $T = 47°C$, $[AIBN] = 3.33 \times 10^{-3} \, mol \, L_O^{-1}$, $[M] = 4.93 \, mol \, L_O^{-1}$, $\Phi_{w/o} = 0.78$ and 440 RPM

Table 3  Comparison of the properties of polyacrylamide obtained by inverse-emulsion polymerization using Hypermer B239 and sorbitan monooleate. Experimental conditions: $T = 47°C$, $[AIBN] = 3.33 \times 10^{-3} \, mol \, L_O^{-1}$, $[M] = 4.93 \, mol \, L_O^{-1}$, 2 wt% surfactant (based on the total weight of emulsion), $\Phi_{w/O} = 0.78$ and 440 RPM

| Surfactant | Weight-average molecular weight | Radius of gyration (nm) | Particle diameter (nm) |
|---|---|---|---|
| Hypermer B239 | $10.5 \times 10^6$ | 205 | 256 |
| Sorbitan monooleate | $10.3 \times 10^6$ | 198 | 163 |

obtained with HB239, on the other hand, show higher stability with no signs of oil separation after 1 month. This is true even at emulsifier levels as low as 2 wt%. Similar stability results have been reported by others[7-9]. As mentioned earlier, this stability has been explained in terms of the extended hydrophobe moiety of the HB239 which is five times that of the sorbitan esters of fatty acids[7] and the inherent advantage of triblock *versus* diblock stabilizers.

## CONCLUSION

The rate of polymerization of acrylamide in inverse-emulsion polymerization is higher when the block copolymeric surfactant HB239 is utilized in comparison with sorbitan monoleate.

The initial rate of polymerization of an inverse-emulsion polymerization of acrylamide using HB239 is found to be: (i) first order with respect to the initiator which suggests that unimolecular termination dominates; (ii) first order with respect to the monomer which implies standard free radical initiation and propagation steps; (iii) zeroth order with respect to the emulsifier suggesting a purely physical role of the emulsifier. It is believed that the impurities present in the block copolymeric surfactant are responsible for the unimolecular termination.

A kinetic model has been proposed for the inverse-emulsion polymerization of acrylamide using block

copolymeric surfactants based on the above experimental observations and was found to predict very well conversion and molecular weight well at various levels of initiator, monomer, emulsifier and temperature.

The values of weight-average molecular weight of the



Figure 14  Frequency vs particle diameter for a particle size distribution of a latex obtained by inverse-emulsion polymerization of acrylamide with sorbitan monooleate at 2 wt% (based on the total weight of emulsion). Experimental conditions: $T = 47°C$, $[AIBN] = 3.33 \times 10^{-3} \, mol \, L_O^{-1}$, $[M] = 4.93 \, mol \, L_O^{-1}$, $\Phi_{w/o} = 0.78$ and 440 RPM

HERC0075897

*Inverse-emulsion polymerization of acrylamide: J. Hernández-Barajas and D. J. Hunkeler*

polyacrylamides obtained with both the block copolymeric surfactant HB239 and sorbitan monooleate are very high. In addition, both the weight-average molecular weight and the radius of gyration of these polymers are similar in value to those obtained with solution polymerization. From an industrial point of view, the advantages of using the block copolymeric surfactant HB239 in an inverse-emulsion polymerization of acrylamide are the superior stability of the final latex and the higher productivities due to the larger polymerization rates relative to sorbitan monooleate.

## REFERENCES

1   Goin, J. 'Water Soluble Polymers', CEH Marketing Research Report 582.0000 D-E. August 1991, SRI International, Menlo Park, CA
2   Peaff, G. *Chem Eng News* 1994, 14 Nov.
3   Hunkeler, D. J., Candau, F., Pichot, C., Hamielec, A. E., Xie, T. Y., Barton, J., Vaskova, V., Guillot, J., Dimonie, M. V. and Reichert, K. H. *Adv. Polym. Sci.* 1994, 112, 115
4   O'Conner, M. N., Barker, L. J. and Ryles, G. US Patent 5,298,555, 1994
5   Robinson, P. M. and Jenkins, M. R. US Patent 5,200,648, 1993
6   Yang, H. W., Pacansky, T. J. US Patent 4,918,123, 1990
7   Robinson, P. M., Rakowitz, D. H. and Nowakowski, L. J. US Patent 4,339,371, 1982
8   Bognolo, G. in 'Industrial Applications of Surfactants' (Ed. D. R. Karsa), The Royal Society of Chemistry, Cambridge, 1990
9   Schofield, J. D. in 'Recent Developments in the Technology of Surfactants' (Ed. M. R. Porter), Elsevier, New York, 1990
10  Kruger, G. in 'Industrial Applications of Surfactants (Ed. D. R. Karsa), The Royal Society of Chemistry, Cambridge, 1991
11  Hunkeler, D. J., Hamielec, A. E. and Baade, W. *Polymer* 1989, 30, 127
12  Hunkeler, D. J. and Hamielec, A. E. *Polymer* 1991, 32, 14
13  Hernandez-Barajas, J. and Hunkeler, D. J. *Polym. Adv. Technol.* 1994, 6, 509
14  Hernandez-Barajas, J., Hunkeler, D. J. and Petro, M. *J. Appl. Polym. Sci.*, in press
15  Hunkeler, D. J., Ni, H., Hernandez-Barajas, J. and Petro, M. *Int. J. Polym. Anal. Char.* (in press)
16  Baade, W. PhD Thesis, Technical University of Berlin, Berlin, Germany, 1986
17  Baade, W. and Reichert, K. H. *Makromol. Chem., Rapid Commun.* 1986, 7, 235
18  Vanderhoff, J. W. Distefano, F. V., El-Aaser, M. S., O'Leary, R., Schoffer, O. M. and Visioli, D. L. *J. Dispersion Sci. Technol.* 1984, 5, 323
19  Candau, F. and Leong, Y. S. *J. Polym. Sci., Polym. Chem. Edn.* 1985, 23, 193
20  Loeng, Y. S. and Candau, F. IUPAC Symposium, Strasbourg, 1981
21  Carver, M. T., Dreyer, U., Knoesel, R. and Candau, F. *J. Polym. Sci. Part A: Polym. Chem.* 1989, 27, 2161
22  Kim, C. J. and Hamielec, A. E. *Polymer* 1984, 25, 845
23  Material Safety Data Sheet, Hypermer 239. ICI Americas, Wilmington, DE, 1991
24  Graillat, C., Pichot, C., Guyot, A. and El-Aasser, M. S. *J. Polym. Sci., Polym. Chem. Edn.* 1986, 24, 427
25  Azo Polymerization Initiators, Wako Chemical Industries Ltd. Osaka, Japan, 1993
26  Currie, D. J., Dainton, F. S. and Watt, W. S. *Polymer* 1965, 451, 6
27  Isbige, T. and Hamielec, A. E. *J. Appl. Polym. Sci.* 1973, 17, 1479
28  Dainton, F. S. and Tordoff, M. *Trans. Faraday Soc.* 1953, 53, 499
29  Kulicke, W. M., Kotter, M. and Grujer, M. *Adv. Polym. Sci.* 1989, 1, 89
30  Dimone, M. V., Boghina, C. M., Marinescu, N. N., Marinescu, M. M., Cincu, C. I. and Oprescu, C. G. *Eur. Polym. J.* 1982, 18, 639
31  Baade, W. and Reichert, K. H. *Eur. Polym. J.* 1984, 20, 505
32  Hunkeler, D. J. *Macromolecules* 1991, 24, 2160

HERC0075898