# EXHIBIT 21

# United States Patent [19]

## Yang et al.

[11] Patent Number: **4,918,123**

[45] Date of Patent: **Apr. 17, 1990**

[54] **INVERSE EMULSION PROCESS FOR PREPARING HYDROPHOBE-CONTAINING POLYMERS**

[75] Inventors: Henry W. Yang, Kingwood; Thomas J. Pacansky, Houston, both of Tex.

[73] Assignee: Exxon Chemical Patents, Inc., Linden, N.J.

[21] Appl. No.: 194,800

[22] Filed: May 17, 1988

[51] Int. Cl.$^4$ .................... C08L 5/10; C08L 33/14; C08L 39/00

[52] U.S. Cl. ............................. 524/110; 524/389; 524/457; 524/502; 524/753; 524/760; 524/801; 524/815

[58] Field of Search ............ 524/457, 801, 759, 110, 524/389, 753, 760, 815

Primary Examiner—C. Warren Ivy
Attorney, Agent, or Firm—R. L. Graham; J. F. Hunt

[57] **ABSTRACT**

High solids content, high molecular weight hydrophobe-containing cationic polymer products are prepared by an inverse (water-in-oil) emulsion process wherein the hydrophobic monomer is in the water phase. The resultant polymers have increased activity in oily water clean-up.

**24 Claims, No Drawings**

4,918,123

1

## INVERSE EMULSION PROCESS FOR PREPARING HYDROPHOBE-CONTAINING POLYMERS

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention provides a process for preparing water-soluble hydrophobe-containing polymers by a modified inverse polymerization technique. These polymers which will generally also contain cationic functionality to increase their use in oily water clean-up, contain both water soluble monomers and water insoluble monomers. Preferably, the water soluble monomers are acrylamide (AM) and a salt of an unsaturated amine base (C) and the water insoluble monomer is a higher alkyl(meth)acrylamide or alkyl(meth)acrylate (R). These polymers will hereafter be referred to as C-RAM. The process for their preparation relies on placing the water insoluble hydrophobic monomer in the aqueous phase of an inverse, i.e. water-in-oil, emulsion and conducting the entire polymerization in that aqueous phase. Redox, azo, peroxide or other water soluble free radical initiators are used to copolymerize both the water soluble and hydrophobic monomers, forming copolymers of ethylenically unsaturated amine base salts, alkyl(meth)acrylamides or alkyl(meth)acrylates, and acrylamide. These polymers provide exceptional clean-up of waste waters containing organic contaminants. Also they are very effective for resolving oil-in-water emulsions, such as those found in oil production.

2. Description of the Prior Art

The production of waste water clean enough for safe disposal continues to be a problem, especially when oil is emulsified in the primary waste water. In oil production, especially where high levels of water flooding or steam flooding are being practiced, oil-in-water emulsions are generated. Other oil-in-water emulsions of concern in the waste water treating area are those produced as a result of steel mill and metal working operations, food processing, refinery and chemical plant operation, cooling water blow-down, bitumen extraction from tar sands and shale oil operations, rain water runoff and a host of others. These emulsions all have in common the fact that the oil or organic phase is insoluble in the water continuous phase. The amount of oil dispersed in these water continuous emulsions varies from a few to several hundred parts per million, in waste waters, to several percent (5 to 25% or more) in fluids right out of the wellhead.

The oil is generally well dispersed in the water phase as very small droplets that are stabilized as a result of the presence of natural surfactants. The stability of these oil-in-water emulsions generally results from either a negative charge imparted to the droplets by these surfactants, or from steric stabilization caused by surfactants, or by shear which the fluid experiences during production, which causes the generation of smaller and more stable droplets, or from several other sources.

Various chemicals, surfactants and polymers are generally applied to these waters to enhance the separation of oil and water. These chemicals are used to aid in foam generation in flotation. In addition they may be used to cause oil droplet surface charge neutralization, which results in destabilization of the oil-in-water emulsion. The destabilization results in agglomeration of the oil droplets, floc formation and, possibly, several other beneficial effects. While the use of such chemicals gen-

2

erally enhances the separation of oil from oil-in-water emulsions, there remains significant room for improvement. The type of water soluble polymers currently used are generally acrylamide copolymers or melamine/formaldehyde polymers or others. For example, Bolhofner, in U.S. Pat. No. 4,472,284, describes the treatment of water containing fats, oils and greases using a melamine-formaldehyde condensation product, alone or in combination with a polyacrylamide. Rather high polymer concentrations are needed and a two polymer system can present handling difficulties during field operations.

Another approah to the treatment of waste water involves the use of water insoluble polymeric adsorbents, as described by Renner in U.S. Pat. No. 3,716,483, or Takegani et al. in U.S. Pat. No. 4,081,403. These processes for treating waste water are costly and cannot achieve the degree of clean-up of the polymers produced by the process of the present invention.

Another approach involves the use of copolymers of acrylamide with various cationic monomers of various comonomer ratios. Some of the cationic monomers that have been used are: methacrylamidoalkyltrimethylammonium salts, such as methacrylamidopropyltrimethylammonium chloride (MAPTAC), as described in U.S. Pat. No. 4,160,742, or similar acrylate esters; diallyl dialkyl ammoniumm salts, as described by Booth and Linke in U.S. Pat. Nos. 3,147,218 and 3,316,181; salts of dimethylaminoethylmethacrylate and the like. Buris et al., U.S. Pat. No. 4,224,150, describe a process for clarifying aqueous systems employing quaternary ammonium adducts of polymerized tertiary ammonium salts and acrylamide. These polymers are generally available as high molecular weight materials, either in aqueous solution, as emulsions of various types, or in solid form, which requires dissolution before use.

The use of hydrophobic groups on water soluble polymers to enhance the rheological properties of water based fluids has been described. One approach to provide polyacrylamide based systems containing hydrophobic groups is described by Bock et al., U.S. Pat. No. 4,520,182. Water soluble acrylamide copolymers containing a small amount of oil soluble or hydrophobic alkyl acrylamide groups were found to impart efficient viscosification to aqueous fluids. Landoll, U.S. Pat. No. 4,304,902, describes copolymers of ethylene oxide with long chain epoxides which also required relatively large polymer concentrations (approximately 1%) for thickening water and required surfactants for solubility due to irregularities in the polymerization. In a related case, U.S. Pat. No. 4,428,277, modified nonionic cellulose ether polymers are described. Although these polymers show enhanced viscosification relative to polymers not containing hydrophobic groups, the viscosification efficiency was very low, requiring 2 to 3 weight percent polymer to provide an enhancement. The use of surfactants to enable solubility and, in turn, viscosification by a water soluble polymer containing hydrophobic groups is described by Evani, U.S. Pat. No. ,4,432,881. The need for a surfactant to achieve solubility and thickening efficiency should make such a system very salt sensitive, as well as very sensitive to small changes in surfactant and polymer concentration. Emmons et al., U.S. Pat. No. 4,395,524, teaches acrylamide copolymers as thickeners for aqueous systems. While these polymers possess hydrophobic groups, they do not contain the cationic monomers disclosed in this inven-

4,918,123

3

tion and are not effective in treating oil-in-water emulsions or viscosifying water-based fluids.

One of the objects of this invention is to overcome the deficiencies in the use of the water soluble polymers of the prior art for treating oily waste water and resolving oil-in-water emulsions. A new class of water soluble polymers, described in copending application U.S. Ser. No. 904,548, filed Sept. 8, 1986 (now abandoned) and continuation U.S. Ser. No. 054,382, filed May 26, 1987 now U.S. Pat. No. 4,835,234, can be used at a lower treat rate and hence is more efficient than prior art materials for oily water treatment. Furthermore, these novel terpolymers provide a superior degree of clean-up or oil removal in comparison to the prior art materials. These new polymers contain a nonionic water soluble monomer, such as acrylamide, a cationically charged, water soluble, ethylenically unsaturated amine-based monomer, such as 3-methacrylamidopropyltrimethylammonium chloride (MAPTAC), and a water insoluble or hydrophobic monomer, such as an alkyl(meth)acrylamide or alkyl(meth)acrylate with a chain length of 4 carbons or greater.

When these polymers are placed in an aqueous solvent, the hydrophobic groups aggregate or associate in a manner similar to a surfactant. If oil droplets are present in an aqueous solution there is an attractive interaction between the hydrophobic groups and the hydrophobic oil droplets. We have found that the presence of cationic groups, such as 3-methacrylamidopropyltrimethylammonium chloride (MAPTAC) causes an expansion of the polymer in solution, an improvement in polymer solubility, and an enhancement of the attractive interaction between the polymer chains and the oil droplets which normally have negative surface charges. The synergism between the cationic and hydrophobic groups in terms of oily water treatment or breaking of oil-in-water emulsions sets these polymers apart from those of the prior art.

Synthesis of polymers containing both hydrophobic and hydrophillic functionality presents difficulties. In order for polymerization to be effected, the monomers must obviously come into close proximity to one another. The incompatibility of the oil soluble and water soluble monomers in water, the solvent, prevents an effective concentration of one or the other of these monomeric species from being achieved at the locus of polymerization of the other comonomer. Several processes described in the prior art could conceivably achieve this, but have serious deficiencies, necessitating this invention. For example, simply dispersing the water insoluble monomer as fine particles in the aqueous medium containing dissolved water soluble monomers would result in low incorporation of the water insoluble monomer and would lead to a heterogeneous product of particles dispersed in a predominantly water soluble polymer. The resulting polymer could not be used to impart efficient and uniform thickening to water based fluids, nor be very effective in treating oily water.

Techniques for polymerizing water soluble polymers, such as those taught in U.S. Pat. No. 4,154,190, 3,211,708, 3,002,960 and 3,284,393, cannot be used to prepare the compositions of this invention. Also, techniques or processes for preparing cationic polymers or copolymers containing cationic monomers, such as U.S. Pat. Nos. 4,452,957, 4,283,517, 4,160,742 and 3,316,181, have deficiencies in terms of incorporating the hydrophobic monomers needed for the polymers of this invention. This art does not teach the formation of a suffi-

4

ciently fine dispersion of the water and oil soluble monomers to enable uniform reaction and homogeneous terpolymers to be produced. The use of mutual solvents or solvent mixtures to dissolve the water and oil soluble monomers, as taught by Lenke et al., U.S. Pat. No. 4,098,987, has some serious limitations. Although this approach undoubtedly allows the incompatible monomers to come into close proximity to one another, since the dispersion is on a molecular scale, often the resulting copolymer is insoluble in the same solvent, as shown in U.S. Pat. No. 4,151,333. This leads to precipitation of the copolymer before it has achieved sufficient molecular weight to provide effective oily water treatment. The nonionic polymeric surfactants taught in U.S. Pat. No. 4,098,987 possess extremely low molecular weight (less than 10,000 amu) and lack the cationic functionality necessary for the present polymers. Thus, these teachings provide polymers which do not provide the extent or efficiency of oily water clean-up or breaking of oil-in-water emulsions. A major objective of this invention is to teach a process for preparing water dispersible or water soluble polymers containing both hydrophobic and cationic functionality. A further objective is to provide a process for producing these polymers for treatment of oily water.

Two techniques have been found most useful for preparing hydrophobically associating copolymers of acrylamide and alkylacrylamides. The first method was based on the use of a water continuous microemulsion to disperse the oil soluble monomer in a solution of the water soluble monomers. Details of the procedures and techniques are taught by Turner et al., U.S. Pat. No. 4,521,580. A second method for preparing copolymers of acrylamide and alkylacrylamide was based on dispersing the oil soluble monomer using low HLB surfactants to form an aqueous micellar solution which contains the water soluble monomers. Suitable surfactants and the details of the polymerization are taught by Turner et al., U.S. Pat. No. 4,528,348. While either the microemulsion or micellar polymerization techniques can be used to prepare hydrophobically associating polymers containing a variety of water soluble nonionic monomers, a problem arises when the monomers have a strong interaction with the surfactants used in the polymerization. In particular, strong ionic interactions or complexes can be formed between cationic water soluble monomers, such as ethylenically unsaturated amine based monomers, and anionic surfactants, such as alkyl sulfates and sulfonates.

A third technique which also has been found useful for preparing hydrophobically associating copolymers of acrylamide and alkylacrylamides is based upon a solution polymerization technique. The solution polymerization utilizes mutual solvents, i.e. alcohols or acetone, with water to provide effective copolymerization of water soluble and water insoluble monomers. The resultant polymeric solutions are generally of very low molecular weight due to the large amounts of solvent used since the solvent acts as a chain transfer agent during polymerization. Low molecular weight products are not effective in cleaning up oily water.

All three of the techniques suffer the same low total solids content, typically less than 10 weight percent to be flowable in the reactor.

A process is described in this application which overcomes the described problems. The present invention teaches the use of a modified water-in-oil emulsion polymerization technique to provide effective copolymer-

4,918,123

5

ization of water soluble and water insoluble monomers. The modified technique entails incorporating the water insoluble monomers into the aqueous phase along with the water soluble monomers and then utilizing a novel surfactant system to maintain the stability of the water-in-oil emulsion during the subsequent polymerization which is conducted solely in the aqueous phase.

## SUMMARY OF THE INVENTION

A process is described for producing unique and novel, preferably cation-containing, polymers of water soluble monomers with water insoluble monomers which polymers are particularly useful for clean-up of waste waters containing organic contaminants. The process relies on the dissolution of the water insoluble monomer(s) into an aqueous solution of at least one of the water soluble monomers by means of a water miscible oil immiscible cosolvent and/or a heating technique, followed by the use of a novel surfactant combination of a conventional low HLB surfactant and a particular polymeric stabilizer. The type and concentration of miscible solvents are chosen to produce a clear, uniform, homogeneous aqueous solution which serves as the aqueous phase of the water-in-oil emulsion. The heating technique is utilized to maintain the water insoluble monomer in the solution so that true copolymers are formed. In addition, by use of both the water miscible solvent and the heating technique, the water insoluble monomer remain dispersed in the aqueous phase so that the polymerization is effected without the substantial formation of particulates of water insoluble polymer.

## DETAILED DESCRIPTION OF THE INVENTION

The inverse, water-in-oil, emulsion polymerization process of this invention comprises the steps of (i) forming a uniform solution of a water-insoluble oil-soluble monomer, a nonionic water soluble monomer (such as acrylamide), and preferably a cationic monomer (such as MAPTAC) using a minor amount of a water miscible oil immiscible solvent (such as methanol or isopropanol) and a major amount of water; (ii) forming an oil phase by adding low HLB surfactant and a steric stabilizer to one or more inert hydrophobic liquids (such as a mineral oil); (iii) homogenizing the aqueous solution and the oil phase to form a water-in-oil emulsion; (iv) deaerating the emulsion system; (v) adding sufficient water soluble free radical initiator to effect the polymerization; and (vi) polymerizing for a sufficient period of time at a sufficient temperature to produce a high molecular weight copolymer at a high solids level. The resulting polymeric emulsion may be formed into a single package product by the addition of breaker surfactant.

The present invention describes the polymerization of a nonionic, water soluble, ethylenically unsaturated monomer, such as acrylamide; a water soluble, cationic monomer from the group consisting of ammoniumalkyl(meth)acrylamides, ammoniumalkyl(meth)acrylates and diallyl dialkyl ammonium salts; and a water insoluble monomer, such as an N-alkyl(meth)acrylamide or alkyl(meth)acrylate. The process for synthesizing these polymers relies on solubilizing the water insoluble monomer into an aqueous monomer solution which will form the aqueous phase of a water-in-oil emulsion. This is accomplished by (i) using a suitable water-miscible, oil-immiscible organic solvent, such as a short chain alcohol, or (ii) heating a normally solid water insoluble

6

monomer in the presence of the nonionic monomer and water to above its melting point and thereafter maintaining the temperature at no lower than about 15° C. below the melting point, or (iii) using a reduced amount of the water-miscible oil-immiscible solvent in combination with the heating technique. As a result, the water insoluble monomer is incorporated into the aqueous phase and polymerization can be initiated by water soluble initiators in the absence of oil soluble initiators to yield extremely high molecular weight polymers in high concentration with essentially no visible water-insoluble particulates.

Suitable water-miscible, oil-immiscible solvents for use herein include the lower alcohols which generally contain about 1 to 4 carbon atoms. Such alcohols include methanol, ethanol, propanol, isopropanol, butanol, isobutanol, and t-butanol. The preferred alcohol solvents are methanol and isopropanol. Most preferably the solvent is methanol. The solvent is generally used in an amount of about 0.75 to 5 times the weight of the water insoluble monomer(s), preferably about 1 to 3 times. If the amount of solvent is substantially above 5 times the water insoluble monomer, then the resultant polymer may be of too low a molecular weight due to the chain transfer effect of the solvent. If the amount of solvent is greatly below about that of the water insoluble monomer, then the water insoluble monomer is prone to separation from the other components in the aqueous phase which leads to unsatisfactory emulsion stability and/or unsatisfactory polymer performances. Another factor to be considered in determining the amount of solvent to be used is the temperature at which the water-insoluble monomer is mixed with the solvent and with the water soluble monomers. The higher the temperature, the lower the amount of solvent needed, and thus the higher the molecular weight of the resultant polymer. Thus the temperature may range from about 20° to about 100° C. Preferably the temperature will be about 40° to about 75° C. If the temperature is sufficiently high then the solvent may be omitted altogether. If the water insoluble monomer is normally a solid at room temperature, then it may be incorporated into the soluble monomer/water solution by heating to above its melting point and thereafter maintaining the temperature at no lower than about 15° C. below the melting point. Further details of this method are disclosed in U.S. Ser. No. 195,060, filed May 17, 1988, incorporated herein by reference.

Preferably the water insoluble monomer is incorporated into the aqueous phase by a combination of a solvent and heating as this has been found to produce the most satisfactory product. In this case, the solvent will be used in an amount of about 50 to about 100 weight percent of the insoluble monomer and the temperature is greater than the melting point of the monomer and will be at least about 50° C. In this case the solvent content is balanced versus the temperature to keep the water insoluble monomer dissolved in the aqueous phase and to obtain a high molecular weight polymer.

The oil phase of the water-in-oil emulsion will be comprised of a conventional inert hydrophobic liquid which is immiscible with water together with a two component stabilizer system. The stabilizer system is a combination of a conventional low HLB surfactant used for water-in-oil emulsion polymerizations and a polymeric stabilizer. The conventional stabilizer will have an HLB value of about 1 to 5 and will generally be

4,918,123

7

used in an amount of about 2 to 8 weight percent, based upon the total weight of the water-in-oil emulsion. Examples of suitable conventional stabilizers include the sorbitan esters and alkyl phenols optionally containing pendant ethylene oxide chains. The polymeric stabilizer is an oil-soluble water-insoluble linear ABA block copolymer of polyester-polyethylene oxide-polyester prepared by reacting condensed 12-hydroxystearic acid with polyethylene oxide according to the procedure outlined in U.S. Pat. No. 4,203,877. These materials are available as Hypermer B246, B261, and others from Imperial Chemical Industries Ltd. The block copolymers have HLB values of about 5–9 depending on the size of the ethylene oxide chain and will be used in an amount of about 0.5 to about 5 weight percent based upon the total weight of the emulsion, preferably about 0.8 to about 2 weight percent. The conventional low HLB surfactant and the block copolymer polymeric surfactant will generally be used in proportions ranging from about 1:1 to about 5:1 as this range has been found to produce the most satisfactory final polymer emulsion.

To ensure that no water insoluble monomer is polymerized in the oil phase, only water soluble initiators are utilized and preferably a radical scavenger is incorporated into the oil phase either prior to forming the initial water-in-oil emulsion, or more preferably shortly after polymerization has been commenced. Examples of oil soluble radical scavengers include benzoquinone, chloranil, pentaphenylethane, carbon tetrachloride, and carbon tetrabromide. Such scavengers are generally used in amounts of about 0.01 to 0.5 weight percent of the oil phase, preferably about 0.05 to about 0.2 weight percent.

Although the present invention has been found to be independent of the particular emulsion polymerization method employed, except for the specific features mentioned above, certain preferences are delineated in the general description of emulsion polymerization which follows.

A preliminary emulsion is made by homogenizing oil and aqueous phases. The oil phase of the emulsion, which generally comprises from about 5 to 40 percent by weight of the emulsion, is comprised of one or more inert hydrophobic liquids. Preferably, the oil phase comprises from about 20 to 30 percent of the emulsion. The oil used may be selected from a large class of organic liquids which are immiscible with water, including liquid hydrocarbons and substituted liquid hydrocarbons. As representative examples there may be mentioned benzene, xylene, toluene, mineral oils, kerosenes, napthas, chlorinated hydrocarbons, such as perchloroethylene, and the like. The oil phase also contains the stabilizer system and the oil soluble radical scavenger as described above.

The aqueous phase generally comprises from about 95 to 60 percent, by weight of the emulsion. Preferably, it comprises from about 80 to 70 percent thereof. In addition to the water, the aqueous phase contains the desired monomers to be polymerized, in an amount equal to from about 20 to 40% by weight based on the total weight of the emulsion, and generally a chain transfer agent and an initiator. Alternatively, the chain transfer agent and/or the initiator may be added to the system after the preliminary emulsion has been prepared. The initiator may also be added continuously during polymerization to control the rate of polymeri-

8

zation depending upon the particular monomers used and their reactivity.

Any conventional chain transfer agent may be employed, such as propylene glycol, isopropanol, 2-mercaptoethanol, dodecyl mercaptan and thioglycolic acid. The chain transfer agent is generally present in an amount equal to from about 0.1 to 10.0 percent by weight based on the total emulsion weight. However, more of the chain transfer agent may be added.

The initiator may be any water soluble, oil insoluble free radical producing material well known in the art. The preferred free radical initiators are the peroxide-type polymerization initiators and the azo-type polymerization initiators. Generally the amount of initiator utilized is from about 0.0005 to 0.5 percent by weight, based upon the total emulsion weight.

A sequestering agent may also be present in the aqueous phase. Although the preferred sequestering agent is ethylenediamine tetraacetic acid (EDTA), other sequestering agents, such as pentasodium diethylenetriamine pentaacetate (DTPA), may be employed. Usually from about 0.01 to 2.0 percent by weight of the emulsion, of the sequestering agent is added, although more may be used.

Following preparation of the preliminary emulsion, polymerization of the monomers is commenced at a temperature sufficiently high to break down the initiator to produce the desired free radicals. General a suitable range of temperatures is about 20° C. to 200° C., with preferred temperatures about 40° C. to 100° C.

Preferably the polymerization is run at pH of about 2–12, and a suitable amount of ammonia or other base, or acid, may be added to the preliminary emulsion to achieve the desired pH. The polymerization is usually completed in from about several hours to several days depending upon the monomers employed and other reaction variables. It is generally carried out at atmospheric pressure.

Following completion of the polymerization, the pH of the emulsion may be adjusted as desired. For the water soluble hydrophobically associating polymers, this is typically about 3–7. A breaker surfactant may also be added to yield a single package final product. Any suitable breaker surfactant may be employed, experimentation being the best means of determining which breaker surfactant will perform optimally with a given emulsion system. A preferred breaker surfactant is a compound prepared by reacting ethylene oxide with nonyl phenol. Typically, the breaker surfactant is added in an amount equal to from about 0.5 to 5.0 percent by weight, based on the total emulsion weight. Preferably, from about 1.5 to 3.5 percent of the breaker surfactant is added.

Once prepared, the emulsions of the present invention may be chemically modified in any known manner. The term chemically modified is intended to cover further treatment of the dispersed water-soluble polymer and/or the addition of components to the dispersed water-soluble polymer which, without the stabilization provided by the two component stabilizer system of the present invention, would cause the normally water-soluble polymeric particles to coagulate or agglomerate. Examples of such further treatments are disclosed in U.S. Pat. Nos. 4,052,353 and 4,171,296, incorporated herein by reference. The emulsion of the present invention may also be concentrated in any suitable manner, such as is disclosed in U.S. Pat. No. 4,021,399, incorporated herein by reference.

4,918,123

9

The water soluble hydrophobically associating polymers which can be prepared by the process of the instant invention are characterized by the formula:

$$(CH_2{-}\underset{\underset{R_1NR_2}{|}}{\overset{\overset{R_3}{|}}{C}}\overset{}{)_x}{-}(CH_2{-}\underset{\underset{NH_2}{|}}{\overset{\overset{R_3}{|}}{C}}\overset{}{)_y}{-}(Z)_z$$

wherein $R_1$ is preferably a $C_4$ to $C_{30}$ linear or branched alkyl, alkylcycloalkyl or alkylaryl group, more preferable $C_6$ to $C_{22}$, and most preferably $C_6$ to $C_{18}$; and $R_2$ is the same or different group as $R_1$, or hydrogen or $C_1$ to $C_3$ linear or branched alkyl group; and $R_3$ is hydrogen or methyl; and Z is an ammonium cation monomer. The cationic monomer is selected from the group consisting of ammoniumalkyl(meth)acrylamides, ammoniumalkyl(meth)acrylates and diallyl dialkyl ammonium salts. The anion may be chloride, bromide or methyl or hydrogen sulfate. Typical, but not limiting, ranges of composition of the terpolymer are represented preferably by x equal to 0.1 to 20 mole percent, more preferably 0.2 to 10 mole percent and most preferably 0.2 to 5 mole percent. The mole percentage of acrylamide, y, is preferably 0 to 94.9, more preferably 10 to 94.8 and most preferably 25 to 94.8. The mole percentage of the cationic monomer, z, is preferably 5 to 99.9, preferably 5 to 80, most preferably 5 to 70.

The process of the present invention can also provide polymers exemplified by the following formula:

$$(CH_2{-}\underset{\underset{OR_1}{|}}{\overset{\overset{R_2}{|}}{C}}\overset{}{)_x}{-}(CH_2{-}\underset{\underset{NH_2}{|}}{\overset{\overset{R_2}{|}}{C}}\overset{}{)_y}{-}(Z)_z$$

wherein $R_1$ is preferably a $C_4$ to $C_{30}$ linear or branched alkyl, alkylcycloalkyl or alkylaryl group, more preferably $C_6$ to $C_{22}$, and most preferably $C_6$ to $C_{18}$; $R_2$ is hydrogen or methyl; and Z is an ammonium cationic monomer. The cationic monomer is selected from the group consisting of ammoniumalkyl(meth)acrylamides, ammoniumalkyl(meth)acrylates and diallyl dialkyl ammonium salts. The anion can be chloride, bromide or methyl or hydrogen sulfate. Typical, but not limiting, ranges of composition of the terpolymer are represented preferably by x equal to 0.1 to 20 mole percent, more preferably 0.2 to 10 mole percent and most preferably 0.2 to 5 mole percent. The mole percentage of acrylamide, y, is preferably 0 to 94.9, more preferably 10 to 94.8 and most preferably 25 to 94.8. The mole percentage of the cationic monomer, z, is preferably 5 to 99.9, more preferably 5 to 80, most preferably 5 to 70.

The process of the present invention can also provide polymers exemplified by the following formula:

$$(CH_2{-}\underset{\underset{R_1NR_2}{|}}{\overset{\overset{R_3}{|}}{C}}\overset{}{)_x}{-}(CH_2{-}\underset{\underset{NH_2}{|}}{\overset{\overset{R_3}{|}}{C}}\overset{}{)_y}{-}(CH_2{-}CH{-}\underset{\underset{\underset{R_4\quad R_5}{\overset{|}{N^+}\ \ X^-}}{|}}{\overset{\overset{|}{CH_2}}{}}CHCH_3)_z$$

10

wherein $R_1$ is preferably a $C_4$ to $C_{30}$ linear or branched alkyl, alkylcycloalkyl or alkylaryl group, more preferably $C_6$ to $C_{22}$, and most preferably $C_6$ to $C_{18}$; $R_2$ is the same or different group as $R_1$, or hydrogen or $C_1$ to $C_3$ linear or branched alkyl group; $R_3$ is hydrogen or methyl; $R_4$ and $R_5$ can be hydrogen, a $C_1$ to $C_6$ linear or branched alkyl group, or a $C_5$ to $C_8$ cycloalkyl, aromatic or alkylaromatic group; and $X^-$ is an anion such as chloride, bromide or ethyl sulfate. Typical, but not limiting, ranges of composition of the terpolymer are represented preferably by x equal to 0.1 to 20 mole percent, more preferably 0.2 to 10 mole percent, and most preferably 0.2 to 5 mole percent. The mole percentage of acrylamide, y, is preferably 0 to 94.9, more preferably 10 to 94.8, and most preferably 25 to 94.8. The mole percentage of the cationic monomer, z, is preferably 5 to 99.9, more preferably 8 to 80, most preferably 5 to 70.

The process of the present invention can also provide polymers exemplified by the following formula:

$$(CH_2{-}\underset{\underset{OR_1}{|}}{\overset{\overset{R_2}{|}}{C}}\overset{}{)_x}{-}(CH_2{-}\underset{\underset{NH_2}{|}}{\overset{\overset{R_2}{|}}{C}}\overset{}{)_y}{-}(CH_2{-}CH{-}\underset{\underset{\underset{R_3\quad R_4}{\overset{|}{N^+}\ \ X^-}}{|}}{\overset{\overset{|}{CH_2}}{}}CHCH_3)_z$$

wherein $R_1$ is preferably a $C_4$ to $C_{30}$ linear or branched alkyl, alkylcycloalkyl or alkylaryl group, more preferably $C_6$ to $C_{22}$, and most preferably $C_6$ to $C_{18}$; $R_2$ is hydrogen or methyl; $R_3$ and $R_4$ can be hydrogen, a $C_1$ to $C_6$ linear or branched alkyl group, or a $C_5$ to $C_8$ cycloalkyl, aromatic or alkylaromatic group; and $X^-$ is an anion such as chloride, bromide or methyl or hydrogen sulfate. Typical, but not limiting, ranges of composition of the terpolymer are represented preferably by x equal to 0.1 to 20 mole percent, more preferably 0.2 to 10 mole percent, and most preferably 0.2 to 5 mole percent. The mole percentage of acrylamide, y, is preferably 0 to 94.9, more preferably 10 to 94.8, and most preferably 25 to 94.8. The mole percentage of the cationic monomer, z, is preferably 5 to 99.9, more preferably 5 to 80, most preferably 5 to 70.

Molecular weight of the polymer is also an important parameter which can be controlled by the polymerization process conditions of this invention. High molecular weight polymers incorporating both cationically charged ammonium groups and hydrophobic groups can be prepared by using high monomer concentrations under conditions which provide low effective radical concentration. For example, reducing the reaction temperature or the concentration of initiator will, in general, reduce the radical concentration and result in higher polymer molecular weights. In addition, the solvent and its concentration will influence the polymer molecular weight. The reduction of molecular weight upon increasing alcohol cosolvent concentration can be compensated for by increasing the monomer concentration and the hydrophobe content. Increased molecular weight will improve solution rheological properties and oily water treatment performance. All other things being equal, the higher the molecular weight the less soluble the polymer. Thus, as molecular weight is increased the amount of hydrophobic groups should be reduced and the amount of cationic groups increased. The presence of the alcohol in the polymerization sys-

4,918,123

11

tem also reduces solution viscosity, providing a more easily handled or diluted product.

The primary advantage of the polymers disclosed here over polymers currently used is the discovery that the presence of a hydrophobic group on the water soluble polymer results in a significant improvement in the breaking of reverse emulsions and the removal of emulsified or dispersed oil from waste waters. By way of example, oil droplets emulsified in water generally carry a negative surface charge or zeta potential which helps to stabilize the emulsion, keeping the droplets dispersed and making them difficult to resolve or break. Cationic polymers or surfactants are used to neutralize the surface charge. Once the charge is neutral, the droplets may begin to approach each other and agglomerate or coalesce since the electrostatic repulsion responsible for a significant portion of the emulsion's stability has been eliminated. Eventually large floc formation or liquid oil formation occurs. Once the droplets begin to flocculate they can be begin to float since they are much larger than the starting oil droplets. As they grow in size they will rise to the surface of the water at a faster rate. If a high molecular weight cationic polymer is used for charge neutralization, the polymer will accelerate the separation of the oil since the polymer is attracted to the oil droplet by coulombic attraction, hydrogen bonding or other mechanisms. In some cases low molecular weight cationic chemicals are added for charge control and then high molecular weight nonionic or anionic polymers are added next to cause polymer bridging between droplets and accelerate floc formation.

The advantages of the disclosed polymers is related to the fact that they are not only water soluble or dispersible, but also contain small amounts of hydrophobic groups. Not wishing to be bound by any theory, we believe that while conventional polymers can only attach themselves to oil droplets by coulombic attraction, hydrogen bonding or other mechanisms, the hydrophobic groups of these novel terpolymers can also be attached by a hydrophobic group-hydrophobic oil droplet association. While coulombic attraction still appears to be the strongest type of attraction, the hydrophobic association, or hydrophobic effect, appears to add a significant strengthening to this attraction, as evidenced by improved emulsion breaking and waste water cleanup. Indications are that the cationic hydrophobic polymers, prepared by the process of this invention, enable the formation of very strong floc particles. This is based on the observation that, unlike many conventional treatments, the floc particles produced by using the polymers prepared by the process of this invention are very difficult to redisperse. Adsorption of the hydrophobic functionalized water soluble polymer on the surface of the oil droplets is believed to be the cause of this observation. Further details on the use of hydrophobically associating cationic polymers for oily water clean-up treatment can be found in copending application, U.S. Ser. No. 904418, which is incorporated herein by reference.

To evaluate the influence of the polymerization process on the use of these polymers for the removal of emulsified oil from water, about 0.1 to about 200 ppm of the hydrophobically functionalized water soluble cationic polymer were added. After contacting under suitable agitation conditions for a prescribed time period, the emulsified oil droplets and polymer separated under quiescent conditions into a distinct layer from the wa-

12

ter. The rate of mixing after polymer addition varied, depending on the type of water being treated, the amount of oil emulsified in the water, temperature and several other conditions. The concentration of oil remaining in the water after treatment with the disclosed polymers was significantly less than the concentration of oil remaining in the water after similar treatment with a similar polymer not containing the novel hydrophobe functionalization. The oil which separated as a distinct layer from the layer of water was separated from the water by conventional methods.

While it is difficult to exactly simulate a process to break oily water emulsions and oil field-produced fluids, commonly referred to as reverse emulsions, it is common practice to make laboratory emulsions using crude oil from an oil production field of interest by high shear-mixing the given crude into water using a Waring blender or homogenizer. The formed oil-in-water can then be diluted with water and other suitable materials to simulate the oil production field being studied. The emulsions thus produced simulate oily waste waters from a given area, but are recognized as being an approximation. One would typically use these laboratory emulsions for testing chemical additives in the laboratory prior to confirmatory testing on the actual system in the field.

A common laboratory test used to simulate a mild water clarification process in the field is what is referred to as the Jar Test. The Jar Test involves putting 500 ml of a laboratory prepared or actual field emulsion into 600 ml clear glass breakers (six at a time). Larger breakers may be used if enough fluid is available. The breakers are then placed on a six paddle Phipps & Bird stirrer and mixed at a high rate, referred to as the fast mix period. Polymer is added at this mixing speed and timing is begun. After a specified amount of time at high speed, the mixing rate is reduced to a much slower rate for another specified amount of time. The breakers are removed from the mixer and allowed to stand for another period of time. Samples of solution are removed from a point near the 250 ml mark on the breakers and tested for turbidity (NTU) using standard test equipment and oil-in-water content using one of several available methods. An example of one of the oil-in-water determinations is to Freon-extract the oil from a waste water and then measure its infrared absorbance relative to a standard. The object of the test is to achieve the lowest NTU or oil level using the smallest amount of polymer. the actual mixing rates and times used in the Jar Test depend on the system being simulated and vary from study to study. The Jar Test, from the experience of many investigators over the years, has been shown to provide a good simulation of field clarification systems.

Another laboratory test commonly used in the current art is the Wemco 1+1 Laboratory Flotation Machine, available from Wemco in Sacramento, Calif. The technique used by the Wemco is also commonly referred to as induced air flotation. The Wemco 1+1 Laboratory Flotation Machine is a small scale pilot unit designed to model the full scale units, built by Wemco, which are commonly used in oil fields and in several other industries for water clarification and oil and solids removal. The laboratory Wemco, from the experience of several investigators over the years, has been found to provide a good simulation of what will occur in the larger unit when it is used in the evaluation of chemical additives. Laboratory prepared or actual field waste waters or emulsions are added to the test bowl of the

4,918,123

13

14

Wemco mixed for a few seconds with chemical additives without aeration. The air is then turned on and flotation occurs. Samples of the Wemco treated water are then withdrawn from a point near the bottom of the bowl for turbidity and oil-in-water determinations as described above.

The following examples are illustrative of the present invention, but are not in any way a limitation thereof. All parts and percentages are by weight unless otherwise specified.

### EXAMPLE I

An oil phase is prepared by mixing 68.1 g. oil, 15.0 g. sorbitan monooleate, and 5.01 g. Hypermer B-246 (linear ABA block copolymer of polyester-polyethylene oxide-polyester prepared by reacting condensed 12-hydroxystearic acid with polyethylene oxide according to the procedure outlined in U.S. Pat. No. 4,203,877 and available from Imperial Chemical Industries, Ltd.). The mixture is then heated to 120° F. and mixing is continued until complete dissolution is observed.

A portion of the aqueous phase is prepared by combining under agitation 127.5 g. acrylamide (as a 50% solution) 45.0 g. 3-(methacrylamido)propyl-trimethylammonium chloride (as a 50% solution), 1.8 g. pentasodium diethylenetriamine pentaacetate. This portion is slowly heated to 105°–110° F. In a separate vessel 7.2 g. t-octylacrylamide is added to 25.5 g. methanol with heating to 105° F. and stirring until the t-octylacrylamide is dissolved. The methanol solution is then added to the balance of the aqueous phase while 0.03 g. potassium persulfate is also added thereto. Agitation and heating to a maximum of 115° F. is continued until the solution is clear of any solid precipitation.

The aqueous phase is slowly added into the oil phase, in about one minute with agitation and nitrogen purging. The mixing continues for about 15 minutes with the temperature being held in the 110°–115° F. range throughout. The mixture is then homogenized to about 800 cps. in a Silverson homogenizer to form a water-in-oil emulsion. The emulsion is then transferred to a suitable reaction vessel with stirring and nitrogen sparging while maintaining the temperature at 110°–115° F.

Polymerization is commenced by raising the temperature to 120° F. After the refractive index of the emulsion has increased by at least 0.005 (the zero hour) the reaction is continued at the following temperature/time schedule:

| 120° F. | 2 hours after zero hour |
| 130° F. | 1 hour |
| 140° F. | 1 hour |
| 150° F. | 3 hours plus |

0.7 g. benzoquinone is added in toluene to the oil phase as a radical scavenger when the temperature is increased to 130° F. The reaction is terminated one hour after the refractive index of samples ceases to increase at 150° F. and the reaction has been at 150° F. for at least 3 hours.

To form a single package final product having a total solids content of about 36 weight percent 9 g. polyoxyethylene (20EO) sorbitan monooleate is added slowly (about 40 minutes) and then the emulsion is allowed to cool to room temperature.

Analysis of the resultant polymer shows about 88.2 mole percent acrylamide, 10.6 mole percent MAPTAC, and 1.2 mole percent t-octylacrylamide. The 0.1 weight

percent dilute polymer viscosity is 3.9 cps and the viscosity of the polymeric emulsion prior to adding the breaker surfactant is 1000 cps. This demonstrates that a high molecular weight polymer is produced with little or no oil phase t-octylacrylamide polymer which would have substantially increased the polymeric emulsion viscosity.

### EXAMPLE II

The procedure of Example I is repeated except that the methanol is omitted and the t-octylacrylamide is predissolved in a portion of the acrylamide monomer solution by heating to about 140° F. and thereafter maintaining the temperature of the emulsion above 113° F. until polymerization is complete. A substantially similar polymeric emulsion results.

### EXAMPLE III

The procedure of Example I is repeated except that the benzoquinone free radical scavenger is omitted. A substantially similar polymeric emulsion results except that the viscosity of the polymeric emulsion is 1900 cps indicating that some polymerization of t-octylacrylamide occurred in the oil phase.

### EXAMPLE IV

The procedure of Example I is repeated except that the Hypermer B-246 is replaced by an equivalent amount of Hypermer B-261 which has a longer polyethylene oxide block thereby giving an HLB value of 7–9 as opposed to 6–8. A substantially similar polymeric emulsion results.

### EXAMPLE V

The procedure of Example I is repeated except that the sorbitan monooleate is replaced by an equivalent amount of sorbitan monostearate. A substantially similar polymeric emulsion results.

### COMPARATIVE EXAMPLE A

The procedure of Example III is repeated except that a dual initiator system is used. The initiators are an oil soluble azobisisobutyronitrile and a water soluble redox combination of potassium bromate and sodium metabisulfate. The resultant polymeric emulsion has a product viscosity in excess of 13,000 cps. showing substantial oil phase polymerization of the hydrophobe.

### COMPARATIVE EXAMPLE B

The procedure of Example I is repeated except that the Hypermer B-246 is replaced by one of the following chemically unrelated polymeric stabilizers:
(a) Hypermer A-409: modified polyester surfactant, HLB 9-11;
(b) Hypermer CG-6: acrylic graft copolymer, HLB 11-12; and
(c) Hypermer E-475: oil soluble emulsifier stabilizer, HLB 5-6.
In each of the attempted subsequent polymerization either the initial emulsion is unstable, or the emulsion breaks down during the polymerization, or the reaction mixture gels. None of these polymeric stabilizers produces a satisfactory polymeric emulsion.

### COMPARATIVE EXAMPLE C

The procedure of Example I to prepare the initial monomeric emulsion is repeated with a different surfac-

4,918,123

15

tant system based upon a combination of sorbitan monooleate (HLB 4.3) and ethoxylated sorbitan monooleate (HLB 15). To determine if these surfactants could provide sufficient emulsion stability to even allow a polymerization to occur, the emulsions are held at 50° C. for 85 minutes in the absence of any initiator and the percent separation determined. The results are:

| % SMO | % Ethox SMO | % Separation |
|-------|-------------|--------------|
| 0.17  | 0           | 40           |
| 0.17  | 0.16        | 40           |
| 0.17  | 0.32        | 62           |
| 0.17  | 0.54        | 64           |
| 0.17  | 0.80        | 64           |
| 0.17  | 1.07        | 64           |
| 0.17  | 1.61        | 65           |

None of the emulsions had sufficient stability.

## COMPARATIVE EXAMPLE D

The procedure of Comparative Example C is repeated except that the ethoxylated sorbitan monooleate is omitted and the amount of sorbitan monooleate is varied in an attempt to stabilize the preliminary emulsion solely with the SMO. The emulsion stability after 40 minutes at 50° C. is:

| % of SMO | % Separation |
|----------|--------------|
| 1.9      | 74           |
| 2.3      | 70           |
| 2.6      | 67           |
| 3.1      | 66           |
| 3.5      | 66           |

None of the emulsions are stable.

## EXAMPLE VI

The procedure of Comparative Example C is repeated with a surfactant system according to the present invention, i.e. sorbitan monooleate and Hypermer B-246, and the percent separation at 54° C. overnight determined. The results are:

| % SMO | % B-246 | % Separation |
|-------|---------|--------------|
| 1.9   | 0       | 100          |
| 1.9   | 0.037   | 45           |
| 1.9   | 0.069   | 30           |
| 1.9   | 0.091   | 10           |
| 1.9   | 0.12    | 7            |
| 1.9   | 0.14    | 6            |
| 1.9   | 0.17    | 1            |

The emulsions having 10 percent or less separation may be successfully polymerized.

## EXAMPLE VII

To determine the effectiveness of polymeric emulsions produced by the present process in cleaning up oil-containing waters WEMCO oily water cleanup tests are conducted with a variety of polymeric emulsions and a variety of oily waters. The polymeric emulsions each have a nominal composition of 89% acrylamide, 10% MAPTAC, and 1% t-octylacrylamide and are prepared and characterized as follows:

(a) Emulsion A—Prepared as in Example I using methanol and heat; 35.6% active polymer; polymer solution viscosity of 1.9 cps (30 RPM LVT/UL); and

16

(b) Emulsion B—Prepared as in Example III using heat only; 39.1% active polymer; polymer solution viscosity of 3.9 cps; and

(c) Emulsion C—Prepared as Emulsion B but 1.3% more oil; 34.1% active polymer, polymer solution viscosity of 3.9 cps.

Three different oily water laboratory preparations are evaluated, the oil contents being 19, 59 and 78 ppm.

The percent oil remaining after treatment at various dosage levels is determined to be as follows:

| (1) | Initial Oil Content - 78 ppm | | |
|-----|------------------------------|--|--|
|     | Dosage | % Residual Oil | |
|     | (ppm)  | A   | B   |
|     | none   | 100 | 100 |
|     | 0.25   | 65  | 63  |
|     | 0.5    | 40  | 40  |
|     | 1.0    | 22  | 27  |
|     | 2.0    | 18  | 30  |

| (2) | Initial Oil Content - 59 ppm | | |
|-----|------------------------------|--|--|
|     | Dosage | Residual Oil | |
|     | (ppm)  | A   | C   |
|     | none   | 100 | 100 |
|     | 0.25   | 13  | 18  |
|     | 0.5    | 6   | 11  |
|     | 1.0    | 5   | 14  |
|     | 2.0    | 6   | 16  |

| (3) | Initial Oil Content - 19 ppm | |
|-----|------------------------------|--|
|     | Dosage | % Residual Oil |
|     | (ppm)  | A   |
|     | none   | 100 |
|     | 0.25   | 28  |
|     | 0.5    | 18  |
|     | 1.0    | 26  |
|     | 2.0    | 28  |

## EXAMPLE VIII

To compare the effectiveness of a polymeric emulsion prepared by the present process vs. commercial polymers currently being used to treat oily waste waters, a plant scale Wemco test under plant operating conditions is performed. The polymers evaluated are:

(a) Jayfloc-812: an inverse emulsion of a low charge density cationic polyacrylamide;

(b) Jayfloc-835: an epipolyamine polymer; and

(c) Emulsion D: an inverse emulsion of the present invention containing 88.8 percent acrylamide, 10 percent MAPTAC, and 1.2 percent t-octylacrylamide, prepared as in Example I.

Based upon the results of a series of Wemco tests at the plant with the three different polymers the required treatrate, in quarts per day, is determined to be as follows:

| (a) | Jayfloc-812 | 17 |
| (b) | Jayfloc-835 | 17 |
| (c) | Emulsion D  | 3  |

Thus the emulsion of the present invention is many times superior to the other polymers which are considered the most effective for treating the water at the particular plant. On a cost/performance basis Emulsion D is found to be five times more efficient than either of the commercial polymers.

In a previous test at the same plant when the upstream water oil level was significantly higher, an inverse emulsion of the present invention was found to be

4,918,123

17

twice as effective as Jayfloc-812 and four times as effective as Jayfloc-835, both on a cost/performance basis.

## EXAMPLE IX

The process of Example I is repeated except for varying the monomers being polymerized. The specific monomers and their mole percents in the feed are:

| Sample | Nonionic | Cationic | Oil-Soluble |
|---|---|---|---|
| 1 | Acrylamide-88 | MAPTAC-10 | tOAm-2 |
| 2 | Acrylamide-86 | MAPTAC-10 | tOAm-4 |
| 3 | Acrylamide-84 | MAPTAC-10 | tOAm-6 |
| 4 | Acrylamide-78 | MAPTAC-20 | tOAm-2 |
| 5 | Acrylamide-88 | DMAEMA-10 | tOAm-2 |
| 6 | Acrylamide-87 | METAMS-11 | tOAm-2 |
| 7 | Acrylamide-85 | METAMS-11 | tOAm-4 |
| 8 | Acrylamide-88 | DMDAAC-10 | tOAm-2 |
| 9 | Acrylamide-73.4 | DMDAAC-24.6 | tOAm-2 |
| 10 | Acrylamide-88 | MAPTAC-10 | nOAm-2 |
| 11 | Acrylamide-84 | MAPTAC-10 | nOAm-6 |
| 12 | MethAM-88 | DMAEMA-10 | STMA-2 |
| 13 | MethAM-86 | DMAEMA-10 | STMA-4 |
| 14 | Acrylamide-87 | MAPTAC-10 | BFA-3 |

MethAM is methacrylamide
MAPTAC is 3-methacrylamidopropyltrimethylammonium chloride
DMAEMA is dimethylaminoethylmethacrylate quaternary
METAMS is the dimethylsulfate salt of DMAEMA
DMDAAC is dimethyldiallylammonium chloride
tOAm is t-octylacrylamide
nOAm is n-octylacrylamide
STMA is stearyl methacrylate
BFA is benzyl-2-furanacrylate

In each case a stable polymeric emulsion results.
What is claimed is:

1. A process for preparing a polymeric water-in-oil emulsion of a copolymer of a water-soluble monomer and a water-insoluble oil-soluble monomer which comprises:

(i) forming a uniform aqueous solution of the water soluble monomer and the water-insoluble, oil-soluble monomer, said water-insoluble, oil-soluble monomer being solubilized by pre-dissolving in a water-miscible, oil-immiscible organic solvent or by heating the water-insoluble, oil-soluble monomer in the presence of at least a portion of the water-soluble monomer and water,

(ii) forming an oil solution of an inert hydrophobic liquid oil, a surfactant having an HLB value of about 1 to about 5, and oil-soluble, water-insoluble linear ABA block copolymer prepared by reacting condensed 12-hydroxystearic acid with polyethylene oxide, said surfactant and block copolymer being present in sufficient amount to stabilize the emulsion during polymerization;

(iii) homogenizing the aqueous solution and the oil solution to form a water-in-oil emulsion;

(iv) deaerating the emulsion;

(v) incorporating a sufficient amount of a water-soluble, oil-insoluble free radical initiator to effect polymerization; and

(vi) polymerizing the monomers for a sufficient period of time and at a sufficient temperature to produce a high molecular weight copolymer in the aqueous phase of the water-in-oil emulsion.

2. The process of claim 1 wherein the solvent is an alkyl alcohol having about 1 to about 4 carbon atoms.

3. The process of claim 2 wherein the solvent is selected from the group consisting of methanol and isopropanol.

4. The process of claim 1 wherein the water-insoluble, oil-soluble monomer is solid at room temperature, and along with the water-soluble monomer and water is

18

heated to above its melting point prior to being added to the aqueous phase and thereafter is maintained at a temperature at no lower than about 15° C. below the melting point until the polymerization is completed.

5. The process of claim 1 wherein the pre-dissolved mixture of a water-insoluble oil-soluble monomer, which is solid at room temperature, and the water-miscible oil-immiscible organic solvent or a minor portion of the water-soluble monomer, is heated to above the melting point of the water-insoluble, oil-soluble monomer prior to addition thereof to the balance of the water-soluble monomer, and thereafter maintaining the temperature at no lower than about 15° C. below the melting point of the water-insoluble, oil-soluble monomer until the polymerization is completed.

6. The process of claim 1 wherein the surfactant is a sorbitan ester.

7. The process of claim 1 wherein the block copolymer has an HLB value of about 5 to about 9.

8. The process of claim 1 wherein the surfactant is present in an amount about about 2 to about 8 weight percent of the total emulsion.

9. The process of claim 1 wherein the block copolymer is present in an amount of about 0.5 to about 3 weight percent of the total emulsion.

10. The process of claim 1 wherein the surfactant and the block copolymer are used in a proportion of about 1:1 to about 5:1.

11. The process of claim 1 wherein the initiator is incorporated into the uniform aqueous solution prior to homogenization.

12. The process of claim 1 wherein an oil-soluble radical scavenger is added to the oil solution.

13. The process of claim 1 wherein an oil-soluble radical scavenger is added to the water-in-oil emulsion after polymerization has commenced and before polymerization is completed.

14. The process of claim 1 wherein the temperature is about 20 to about 100° C.

15. The process of claim 1 wherein the temperature is about 40 to about 75° C.

16. The process of claim 1 further comprising, after completion of the polymerization, incorporating a breaker surfactant capable of inverting the emulsion to an oil-in-water emulsion upon contact with water to form a single package self-inverting emulsion.

17. The process of claim 1 wherein the water soluble monomer is a nonionic monomer.

18. The process of claim 17 wherein the nonionic monomer comprises acrylamide.

19. The process of claim 1 wherein the water soluble monomer comprises a mixture of a nonionic monomer and a cationic monomer.

20. The process of claim 19 wherein the nonionic monomer comprises acrylamide and the cationic monomer comprises 3-methacrylamidopropyl-trimethylammonium chloride.

21. The process of claim 1 wherein the copolymer produced is represented by the formula:

$$+CH_2-\overset{\underset{\displaystyle C=O}{|}}{\underset{\displaystyle R_1NR_2}{|}}\overset{\displaystyle R_3}{\underset{}{|}}\overset{}{C}+_x(CH_2-\overset{\underset{\displaystyle C=O}{|}}{\underset{\displaystyle NH_2}{|}}\overset{\displaystyle R_3}{\underset{}{|}}\overset{}{C}+_y Z)_2$$

4,918,123

19

20

wherein $R_1$ is a $C_4$ to $C_{30}$ linear or branched alkyl, alkylcycloalkyl or alkylaryl group; $R_2$ is the same or different group as $R_1$, or hydrogen or $C_1$ to $C_3$ linear or branched alkyl group; $R_3$ is hydrogen or methyl; and Z is an ammonium cation monomer, wherein x, y, and z are mole percents, x ranging from 0.1 to 20 mole percent, y from 0 to 94.9 mole percent,, and z from 5 to 99.9 mole percent, the cation monomer, z, being selected from the group consisting of ammoniumalkyl(meth)acrylamides, ammoniumalkyl(meth)acrylates, and diallyl dialkyl ammonium salts.

22. The process of claim **1** wherein the copolymer produced is represented by the formula:

$$+CH_2-\underset{\underset{OR_1}{|}}{\overset{\overset{R_2}{|}}{C}}\underset{x}{\rangle}+CH_2-\underset{\underset{NH_2}{|}}{\overset{\overset{R_2}{|}}{C}}\underset{y}{\rangle}+Z)_2$$

wherein $R_1$ is a $C_4$ to $C_{30}$ linear or branched alkyl, alkylcycloalkyl or alkylaryl group; $R_2$ is hydrogen or methyl; and Z is an ammonium cation monomer, wherein x, y, and z are mole percents, x ranging from 0.1 to 20 mole percent, y from 0 to 94.9 mole percent,, and z from 5 to 99.9 mole percent, the cation monomer, z, being selected from the group consisting of ammoniumalkyl(meth)acrylamides, ammoniumalkyl(meth)acrylates, and diallyl dialkyl ammonium salts.

23. The method of claim **21** wherein the ammonium cation monomer is a diallyl dialkyl ammonium salt.

24. The method of claim **22** wherein the ammonium cation monomer is a diallyl dialkyl ammonium salt.

* * * * *

# EXHIBIT 22

# United States Patent [19]

## Fong

[11] Patent Number: 4,921,903

[45] Date of Patent: May 1, 1990

[54] PROCESS FOR PREPARING HIGH MOLECULAR WEIGHT HYDROPHOBIC ACRYLAMIDE POLYMERS

[75] Inventor: Dodd W. Fong, Naperville, Ill.

[73] Assignee: Nalco Chemical Company, Naperville, Ill.

[21] Appl. No.: 256,339

[22] Filed: Oct. 11, 1988

[51] Int. Cl.$^5$ .................................... C08L 39/00
[52] U.S. Cl. .................... 524/555; 524/801; 526/303.1; 526/304
[58] Field of Search .................... 524/555, 801; 526/303.1, 304

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| Re. 28,474 | 7/1974 | Anderson et al. |
| Re. 28,576 | 10/1975 | Anderson et al. |
| 3,284,393 | 11/1966 | Vanderhoff et al. |
| 3,624,019 | 11/1971 | Anderson et al. |
| 3,663,490 | 5/1972 | Sarem .................... 524/555 |
| 3,734,873 | 5/1973 | Anderson et al. |
| 3,767,629 | 10/1973 | Vallino et al. |
| 3,826,771 | 7/1974 | Anderson et al. |
| 3,915,920 | 10/1975 | Slovinsky et al. |
| 3,996,180 | 12/1976 | Kane |
| 3,997,492 | 12/1976 | Kane et al. |
| 4,024,097 | 5/1977 | Slovinsky et al. |
| 4,405,728 | 9/1983 | Krebs et al. .................... 524/555 |
| 4,524,175 | 6/1985 | Stanley, Jr. .................... 524/831 |
| 4,663,408 | 5/1987 | Schulz et al. .................... 526/264 |
| 4,673,716 | 6/1987 | Slano et al. |

Primary Examiner—Joseph L. Schofer
Assistant Examiner—Mark D. Sweet
Attorney, Agent, or Firm—Donald G. Epple; Anthony L. Cupoli

[57] ABSTRACT

A process of making a water-in-oil emulsion which contains from 5–60% by weight of a hydrophobic acrylamide terpolymer composed of the random repeating units:

$$\begin{array}{ccc}
(A) & (B) & (C) \\
R & R & R \\
| & | & | \\
-CH_2-C- & -CH_2-C- & -CH_2-C- \\
| & | & | \\
C=O & C=O & C=O \\
| & | & | \\
O & NH_2 & NH \\
| & & | \\
M & & R^1
\end{array}$$

where:

R is methyl or hydrogen,

M is hydrogen, alkali metal, ammonia, or amine,

$R^1$ is a hydrophobic radical,

with the mol ratio of A:B:C being A(2–50):B(50–98):C(0.1–15), which comprises reacting a 5–60% by weight water-in-oil emulsion of an acrylamide polymer with a hydrophobic amine at a temperature above 120° C. for a period of time sufficient to transamidate the acrylamide groups in the acrylamide polymer with the hydrophobic amine.

6 Claims, 2 Drawing Sheets



FIG.1



FIG. 2

EXAMPLE 19 —— a ——
EXAMPLE 18 —— d ——
EXAMPLE 16 —— c ——
EXAMPLE 17 —— d ——

SALT CONCENTRATION (TDS / LITER)

PAM + ARMEEN S
VISCOSITY OF 2000 PPM INVERSIONS

VISCOSITY

4,921,903

1

## PROCESS FOR PREPARING HIGH MOLECULAR WEIGHT HYDROPHOBIC ACRYLAMIDE POLYMERS

### INTRODUCTION

Hydrophobically associating polymers which are copolymers of a water-soluble monomer with a water-insoluble monomer are known to be efficient viscosifiers of aqueous and brine media. These polymers are made by copolymerization in aqueous solution with a large amount of surfactant (see U.S. No. 4,673,716 which is incorporated herein by reference) or in a water-in-oil emulsion with an oil-soluble initiator (see U.S. No. 3,284,393 which is incorporated herein by reference). These methods require the use of hydrophobic monomers which usually are not readily available in commercial quantity. We have found that hydrophobically associative polymers can readily be prepared by modifying water-in-oil emulsions of polyacrylamide latices with an appropriate primary amine. The advantages of this process are that the amines are readily available and the molecular weights of the products can easily be regulated in the backbone preparation.

Another advantage is that when these polymers are in the form of a water-in-oil emulsion they are readily inverted into water to provide a quick dispersion of the polymers without necessitating prolonged stirring or agitation.

### THE DRAWINGS

FIG. 1 and FIG. 2 represent solution viscosities of certain mixed fatty hydrophobic[1] acrylamide terpolymers.

[1] Used interchangeably with term "hydrophobically associating"

### GENERAL DESCRIPTION OF THE INVENTION

The invention comprises a process of making a water-in-oil emulsion which contains from 5–60% by weight of a hydrophobic acrylamide terpolymer composed of the random repeating units:



where:

R is methyl or hydrogen,

M is hydrogen, alkali metal, ammonia, or amine,

$R^1$ is a hydrophobic radical,

with the mol ratio of A:B:C being A(2–50):B(50–98):C(0.1–15), which comprises reacting a 5–60% by weight water-in-oil emulsion of an acrylamide polymer with a hydrophobic amine at a temperature above 120° C. for a period of time sufficient to transamidate the acrylamide groups in the acrylamide polymer with the hydrophobic amine.

### The Starting Water-in-Oil Emulsions of the Acrylamide Polymers

The starting water-in-oil emulsions of the acrylamide polymers useful in this invention contain four basic

2

components. These components and their weight percentages in the emulsions are listed below:

A. The acrylamide polymer:
  1. Generally from 5–60%;
  2. Preferably from 20–50%; and
  3. Most preferably from 35–45%;
B. Water:
  1. Generally from 20–90%;
  2. Preferably from 20–70%; and
  3. Most preferably from 30–55%;
C. Hydrophobic liquid:
  1. Generally from 5–75%;
  2. Preferably from 5–40%; and
  3. Most preferably from 20–30%; and
D. Water-in-oil emulsifying agent:
  1. Generally from 0.1–20%;
  2. Preferably from 1–15%;
  3. Most preferably from 1.2–10%.

It is also possible to further characterize the water-in-oil emulsions of acrylamide polymers with respect to the aqueous phase of the emulsions. This aqueous phase is generally defined as the sum of the acrylamide polymer present in the emulsion plus the amount of water present in the emulsion. This terminology may also be utilized in describing the water-in-oil emulsions which are useful in this invention. Utilizing this terminology, the aqueous phase of the water-in-oil emulsions of this invention generally consists of 25–95% by weight of emulsion. Preferably, the aqueous phase is between 60–90% and most preferably from 65–85% by weight of the emulsion.

The emulsions also may be characterized in relation to the water/oil ratios. This figure is simply a ratio of the amount of water present in the emulsion divided by the amount of hydrophobic liquid present in the emulsion. Generally, the water-in-oil emulsions of this invention will have a water/oil ratio of from 0.25 to 18. Preferably, the water-in-oil ratio will range from 0.5–14, and most preferably from 1.0–2.75.

#### The Water-Soluble Acrylamide Polymers

The acrylamide polymers contained in the emulsions should have a minimum molecular weight of 50,000. A preferred molecular weight for the starting polymers is at least 500,000, and most preferably one million or greater. In most applications where the hydrophobic acrylamide terpolymers are used as hydrophobically associative polymers, the molecular weights will be between 1–20 million.

While the emulsions above described are referred to as water-in-oil emulsions of acrylamide polymers, such emulsions as the term is used herein includes copolymers of acrylamide which contain up to as much as 2–50 mol ratios of acrylic acid. In the transamidation procedure described hereafter, certain amounts of acrylic acid are produced due to hydrolytic effects.

If substantial quantities of acrylic acid are desired in the finished hydrophobic acrylamide terpolymers, then hydrolysis of the latex using appropriate amounts of acid or base during the transamidation step hereafter described.

#### The Hydrophobic Liquids

The hydrophobic liquids or oils used in preparing these emulsions may be selected from a large group of organic liquids which include liquid hydrocarbons and substituted liquid hydrocarbons.

4,921,903

3

A preferred group of organic liquids that can be utilized in the practice of this invention are paraffinic hydrocarbon oils. Examples of these types of materials include a branched-chain isoparaffinic solvent sold by Humble Oil and Refinery Company under the tradename "Isopar M" described in U.S. No. 3,624,019 and a paraffinic solvent sold by the Exxon Company, U.S.A. called "Low Odor Paraffinic Solvent". Typical specifications of this material are set forth below in Table I.

TABLE I

| Specific Gravity 60°/60° F. | 0.780–0.806 |
| Color, Saybolt | +30 min |
| Appearance. visual | Bright and Clear |
| Aniline Point. °F.. ASTM D-611 | 160 min. |
| Distillation. °F., ASTM D-86 | |
| IBP | 365 min. |
| FBP | 505 max. |
| Flash Point. °F.. TCC | 140 min. |
| Sulfur, ppm, Microcoulometer | 15 max. |

While paraffinic oils are the preferred materials for use in preparing the water-in-oil emulsions of this invention, other organic liquids can be utilized. Thus, mineral oils, kerosenes, naphthas, and in certain instances petroleum may be used. While useful in this invention, solvents such as benzene, xylene, toluene, and other water immiscible hydrocarbons having low flash points or toxic properties are generally avoided due to problems associated with their handling.

### The Water-In-Oil Emulsifying Agents

Any conventional water-in-oil emulsifying agent can be used such as sorbitan monostearate, sorbitan monooleate, and the so-called low HLB materials which are all documented in the literature and are summarized in the Atlas HLB Surfactants Selector. Although the mentioned emulsifiers are used in producing good water-in-oil emulsions, other surfactants may be used as long as they are capable of producing these emulsions. It is also contemplated, however, that other water-in-oil emulsifying agents can be utilized.

U.S. Pat. No. 3,997,492 shows the use of emulsifiers generally having higher HLB values to produce stable emulsions similar in character to those discussed above. With the use of the equations present in this reference, which is hereinafter incorporated by reference, emulsifiers having HLB values between 4–9 can be utilized in the practice of this invention.

In addition to the reference described above, U.S. No. 4,024,097 discloses particular emulsifying agents for the water-in-oil emulsions, which are the subject of this invention. These emulsions are generally prepared according to this reference utilizing a water-in-oil emulsifying agent comprising a partially esterified lower N,N-dialkanol substituted fatty amide. Additionally, other surfactants may be combined to produce emulsions having small particle sizes and excellent storage stability

A most preferred emulsifier system uses a surfactant or mixture of surfactants, preferably including a poly-soap surfactant, which may be exemplified by Rapisol B-246, P-18. Rapisol B-246 is an ABA block copolymer where A=12-hydroxystearate (MW at 1,500) and B=polyethylene oxide (MW at 1,500) with a hydrophylic-hydrophobic balance (HLB) of 5–6. P-18 is a 1:1 copolymer of 1-octadecene and maleic anhydride with a molecular weight of about 50,000 and sold by Gulf Chemical Company.

4

### The Preparation of the Water-In-Oil Emulsions of the Starting Acrylamide Polymers

The general method for the preparation of emulsions of the type described above is contained in Vanderhoff, U.S. No. 3,284,393. A typical procedure for preparing water-in-oil emulsions of this type includes preparing an aqueous solution of acrylamide, and in certain cases solutions of acrylamide and acrylic acid, and adding this solution to one of the hydrocarbon oils described above. With the addition of a suitable water-in-oil emulsifying agent and under agitation, the emulsion is then subjected to free radical polymerization conditions and a water-in-oil emulsion of the acrylamide polymer is obtained. It should be pointed out that the ingredients are chosen based upon the weight percentages given above and their compatibility with each other. As to choice of free radical catalyst, these materials may be either oil or water-soluble and may be from the group consisting of organic peroxides, Vazo type materials, redox type initiator systems, etc. Additionally, ultraviolet light, microwaves, etc. will also cause the polymerization of water-in-oil emulsions of this type.

In the manufacture of emulsions of this type, which are further detailed in U.S. No. 3,624,019, RE 28,474, U.S. No. 3,734,873, RE 28,576, U.S. No. 3,826,771, all of which are incorporated by reference, the use of air may be employed to control polymerization. This technique is described in U.S. No. 3,767,629 which is also hereinafter incorporated by reference.

In addition to the above references, U.S. No. 3,996,180 describes the preparation of water-in-oil emulsions of the types utilized in this invention by first forming an emulsion containing small particle size droplets between the oil, water, monomer and water-in-oil emulsifying agent utilizing a high shear mixing technique followed by subjecting this emulsion to free radical polymerization conditions. Also of interest is U.S. No. 4,024,097 which describes water-in-oil emulsions such as those described above utilizing particular surfactant systems for the water-in-oil emulsifying agent, allowing for the preparation of latexes having small polymer particle sizes and improved storage stability.

Another reference, U.S. No. 3,915,920, discloses stabilizing water-in-oil emulsions of the type above described utilizing various oil-soluble polymers such as polyisobutylene. Employment of techniques of this type provides for superior stabilizes emulsions

Of still further interest is U.S. No. 3,997,492 which describes the formation of water-in-oil emulsions of the type above described.

### Physical Properties of the Starting Water-In-Oil Emulsions

The starting water-in-oil emulsions of the finely divided acrylamide polymers useful in this invention contain relatively large amounts of polymer The polymers dispersed in the emulsion are quite stable when the particle size of the polymer is from the range of 0.1 microns up to about 5 microns. The preferred particle size is generally within the range of 0.2 microns to about 3 microns. A most preferred particle size is generally within the range of 0.2 to 2.0 microns.

The emulsions prepared having the above composition generally have a viscosity in the range of from 50 to 3,000 cps. It will be seen, however, that the viscosity of these emulsions can be affected greatly by increasing or decreasing the polymer content, oil content. or water

4,921,903

5

content as well as the choice of a suitable water-in-oil emulsifier.

Another factor attributing to the viscosity of these types of emulsions is the particle size of the polymer which is dispersed in the discontinuous aqueous phase. Generally, the smaller the particle obtained, the less viscous the emulsion. At any rate, it will be readily apparent to those skilled in the art as to how the viscosity of these types of materials can be altered.

### The Starting Hydrophobic Amines

The amines used to produce the hydrophobic acrylamide terpolymers may be selected from a wide variety of primary amines. Usually these amines will contain at least 3 carbon atoms and most preferably will contain at least 12 carbon atoms.

They may be aliphatic, cyclo-aliphatic, arylalkyl or alkaryl amines.

While the amines in a preferred embodiment of the invention are aliphatic and are primarily hydrocarbon substituted amines, they may contain minor amounts of hydrophobic elements within their structure, e.g. oxygen.

For purposes of illustrative amines of the above type, the following amines are considered to be illustrative:

Propylamine
Cyclohexylamine
N-octylamine
Phenethylamine
Oleylamine
Armeen S
Octadecylamine
Hydroxystearyl amine

The above list includes the amine, Armeen S. This is a mixed fatty amine with the hydrocarbon portion being derived from soya radicals which are obtained from

6

soybean oils. Other mixed amines may be used such as tallow and coconut amines.

### Method of Preparation of the Hydrophobic Acrylamide Terpolymers

In the present process a water-in-oil emulsion of polyacrylamide or its acrylic acid copolymer is mixed with hydrophobic amine. The hydrophobic amine is used in amounts previously specified to produce the desired end product. The reaction mixture in a preferred embodiment also contains added low odor paraffinic solvent (LOPS) and added surfactants such as Span 80 (Soributan monostearate), or preferably a polysoap surfactant such as P-18.

The water-in-oil emulsion of the polyacrylamide used in a starting material is a stabilized water-in-oil emulsion in which the oil or solvent phase is a paraffinic solvent such as LOPS (low odor paraffinic solvent). THe starting polyacrylamide emulsions preferably used as starting materials may have RSV's from 5 and above and preferably from 18 to 50.

The transamidation process of the invention is carried out at a temperature of at least 120° C. up to about 180° C. for a time period of about 30 minutes to 6 hours or more. Preferred temperatures ranges are from about 130° C. to 160° C. A preferred reaction time ranges from 1 to 6 hours. The transamidation can be carried out in the presence of varying amounts of NaOH or HCl which, as indicated, controls the amount of carboxylate formation.

### EXAMPLES

Using the above preparative techniques, a variety of hydrophobic acrylamide terpolymers were prepared. These preparations are set forth below in Table II.

TABLE II

| | Hydrophobically Modified Polyacrylamide Latexes | | | | | | |
|---|---|---|---|---|---|---|---|
| Example No. | Amine Used | Amount Charge, Mole % (Wt. %) | RSV | IV | —CO₂— | 2° Amide Formed | Comment |
| 1 | Propylamine | 10 | 19.2 | — | 29 | — | — |
| 2 | Propylamine | 10 | 31.1 | 16.2 | 31 | 6.4 | — |
| 3 | Propylamine | 10 | 54.7 | 33.3 | 43 | 7.1 | — |
| 4 | Cyclohexylamine | 10 | 40.4 | 25.1 | 21 | 3.2 | — |
| 5 | Cyclohexylamine | 10 | 57.6 | 34.3 | 49 | 3.6 | — |
| 6 | Cyclohexylamine | 0.255 | 16.0 | 10.1 | 35 | 0.122 | — |
| 7 | Cyclohexylamine | 0.512 | 17.9 | 10.6 | 36 | 0.244 | — |
| 8 | Cyclohexylamine | 0.768 | 16.9 | 10.4 | 34 | 0.366 | — |
| 9 | n-octylamine | (5) | — | — | — | — | latex gelled |
| 10 | phenethylamine | (3) | 12.6 | 7.4 | 38 | — | — |
| 11 | phenethylamine | (5) | 29.0 | 17.3 | 39 | — | moderate gel |
| 12 | phenethylamine | (5) | 24.4 | 13.7 | 28 | — | amine neutralized |
| 13 | phenethylamine | (10) | — | — | — | — | latex gelled |
| 14 | oleylamine | (5) | 5.9 | 4.2 | 37 | — | — |
| 15 | oleylamine | (10) | 3.8 | 2.7 | 34 | — | — |
| 16 | Armeen S | (5) | 17.4 | 12.3 | 34 | — | — |
| 17 | Armeen S | (10) | 12.2 | 9.7 | 32 | — | — |
| 18 | Armeen S | (4) | 25.6 | 16.5 | 35 | — | — |
| 19 | Armeen S | (3) | 27.9 | 17.5 | 34 | — | — |
| 20 | Armeen S | (1) | 13.1 | 8.0 | 37 | — | — |
| 21 | Armeen S | (2) | 13.7 | 9.4 | 32 | — | — |
| 22 | octadecylamine | (5) | 10.5 | 8.1 | 37 | — | — |

4,921,903

7

8

TABLE II-continued

Hydrophobically Modified Polyacrylamide Latexes

| Example No. | Amine Used | Amount Charge, Mole % (Wt. %) | RSV | IV | —CO₂— | 2° Amide Formed | Comment |
|---|---|---|---|---|---|---|---|
| 23 | octadecylamine | (10) | 5.0 | 4.7 | 32 | — | — |

Notes:
(1) Residual amine was determined by G.C.
(2) RSV (0.045% polymer in 1 molar NaNO₃ at 30° C.) for the polyacrylamide backbone was 21
(3) RSV (0.045% polymer in 1 molar NaNO₃ at 30° C.) for the polyacrylamide backbone was 15.8
(4) RSV (0.045% polymer in 1 molar NaNO₃ at 30° C.) for the polyacrylamide backbone was 20

The solution viscosities of some hydrophobic acrylamide terpolymers as described in FIGS. 1 and 2

### The Inversion of the Water-in-Oil Hydrophobic Acrylamide Emulsions

The water-in-oil emulsions of the hydrophobic acrylamide terpolymers discussed above have unique ability to rapidly invert when added to aqueous solution in the presence of an inverting agent or physical stress. Upon inversion, the emulsion releases the polymer into water in a very short period of time when compared to the length of time required to dissolve a solid form of the polymer. This inversion technique is described in U.S. No. 3,624,019, hereinafter incorporated by reference. As stated in the Anderson reference, the polymer-containing emulsions may be inverted by any number of means. The most convenient means resides in the use of a surfactant added to either the polymer-containing emulsion or the water into which it is to be placed. The placement of a surfactant into the water causes the emulsion to rapidly invert and release the polymer in the form of an aqueous solution. When this technique is used to invert the polymer-containing emulsion the amount of surfactant present in the water may vary over a range of 0.01 to 50 percent based on the polymer. Good inversion often occurs within the range of 1.0–10 percent based on polymer.

The preferred surfactants utilized to cause the inversion of the water-in-oil emulsion of this invention when the emulsion is added to water are hydrophilic and are further characterized as being water soluble. Any hydrophillic type surfactant such as ethoxylated nonyl phenols, ethoxylated nonyl phenol formaldehyde resins, dioctyl esters of sodium succinate and octyl phenol polyethoxy ethanols, etc, can be used. Preferred surfactants are generally nonyl phenols which have been ethoxylated with between 8–15 moles of ethylene oxide. A more complete list of surfactants used to invert the emulsion are found in Anderson, U.S. No. 3,624,019 at columns 4 and 5.

Having thus described my invention, I claim:

1. A process of making a water-in-oil emulsion which contains from 5–60% by weight of a hydrophobic acrylamide terpolymer composed of the random repeating units:



where:
R is methyl or hydrogen,
M is hydrogen, alkali metal, ammonia, or amine,
R¹ is a hydrophobic radical,
with the mol ratio of A:B:C being A(2–50):B(50–98):C(0.1–15), which comprises reacting a 5–60% by weight water-in-oil emulsion of an acrylamide polymer with a hydrophobic amine at a temperature above 120° C. for a period of time sufficient to transamidate the acrylamide groups in the acrylamide polymer with the hydrophobic amine.

2. The process of claim 1 wherein the ratio of A:B:C is: A(2–35):B(55–98):C(0.1–10).

3. The process of claim 1 where R¹ is a hydrocarbon radical containing at least 3 carbon atoms.

4. The process of claim 2 where R¹ is a hydrocarbon radical of at least 3 carbon atoms.

5. The process of claim 3 where R¹ contains at least 12 carbon atoms.

6. The process of claim 4 where R¹ is a hydrocarbon radical containing at least 12 carbon atoms.

*    *    *    *    *

# EXHIBIT 23



(19) Europäisches Patentamt
European Patent Office
Office européen des brevets



(11) Publication number: **0 584 771 A1**

## EUROPEAN PATENT APPLICATION

(21) Application number: 93113458.9

(51) Int. Cl.⁵: **C08F 20/04**

(22) Date of filing: 24.08.93

(30) Priority: 26.08.92 US 935616

(43) Date of publication of application:
02.03.94 Bulletin 94/09

(84) Designated Contracting States:
AT BE CH DE DK ES FR GB GR IT LI LU NL SE

(71) Applicant: THE B.F. GOODRICH COMPANY
3925 Embassy Parkway
Akron Ohio 44313-1799(US)

(72) Inventor: Long, Carl Joseph, II
867 Sherwood Drive
Elyria, Ohio 44035(US)
Inventor: Amjad, Zahid
6709 Barkleigh Circle
Brecksville, Ohio 44141(US)
Inventor: Masler, William Frank, III
1026 Mattingly Road
Hinckley, Ohio 44233(US)
Inventor: Wingo, William Howard
12601 Walnut Hill Drive,
Apt. 102
North Royalton, Ohio 44133(US)

(74) Representative: von Kreisler, Alek,
Dipl.-Chem. et al
Patentanwälte
von Kreisler-Selting-Werner
Bahnhofsvorplatz 1 (Deichmannhaus)
D-50667 Köln (DE)

(54) Easy to disperse polycarboxylic acid thickeners.

(57) An interpolymer of at least one olefinically unsaturated carboxylic acid containing at least one activated carbon-to-carbon olefinic double bond and at least one carboxyl group, in an amount of more than 15% by weight based upon the weight of the interpolymer, and at least one steric stabilizer surfactant having at least one hydrophilic moiety and at least one hydrophobic moiety and a linear block or a random comb configuration, or mixtures thereof, made by polymerizing olefinically unsaturated carboxylic acid monomers in an organic media, in the presence of free a radical forming catalyst, and the steric stabilizer.

EP 0 584 771 A1

EP 0 584 771 A1

BACKGROUND OF THE INVENTION

This invention relates to an interpolymer of olefinically unsaturated carboxylic acids or anhydrides and a polymeric surface active agent (or surfactant), having a linear block or random comb configuration which
5   provides a steric stabilizing component to the interpolymer and produces a polymer which is easier to disperse and handle.

Carboxyl containing polymers of vinyl or vinylidene monomers containing at least one terminal $CH_2 =$ C< group are well known. Such polymers may be homopolymers of unsaturated polymerizable carboxylic acids, such as acrylic acid, methacrylic acid, maleic acid, maleic anhydride, itaconic acid and the like; or
10  copolymers of said acid or anhydride monomers with (meth)acrylate esters, (meth)acrylamides, olefins, maleic anhydrides, vinyl esters, vinyl ethers, and styrenics; or copolymers with other vinyl or vinylidene monomers. Often, copolymers of these acids are cross-linked with small amounts of cross-linking agents. These materials are normally prepared by polymerization with a free radical catalyst in an organic medium in a closed vessel or autoclave equipped with stirring. During the course of such polymerizations, the
15  polymer begins to precipitate from the solution as it is formed and flocculates and forms aggregates. The precipitated polymer is then recovered and dried to remove residual solvent. The polymer, which is now in a powder form, is used usually by dispersing it in water, neutralizing it. and adding it to a liquid to use its thickening ability. Such polymers are disclosed in U.S. Patent Nos. 2,798,053; 3,915,921; 3,940,351; 4,062,817; 4,066,583; and 4,267,103.
20  Surfactants have been employed in the manufacture of carboxyl containing polymers because, in their manufacture, the aggregation of the polymer can interfere with the polymerization reaction by retarding access of the monomer to free radicals and by interfering with the removal of the heat produced by the polymerization. Further, the precipitated polymer forms a slurry in the solvent which becomes extremely thick, resulting in ineffective mixing and fouling on reactor surfaces. To solve these problems, and to
25  increase the usually low total solids to a range of about 8 to 17 weight percent and increase productivity, a variety of surfactants have been employed.

For example, U.S. Patent No. 4,375,533 to Park et al. discloses a process for overcoming some of the above problems, in which the polymerization of acrylic acid, and optional comonomers, in an organic media. is characterized by the use of nonionic surface active agents having a hydrophobe to lipophobe balance
30  (HLB) values between 1 and about 10. U.S. Patent No. 4,419,502, to Sehm, disclosed a process for the polymerization of acrylic acid and optional comonomers in the presence of a nonionic surface active agent selected from polyoxyethylene alkyl ethers and polyoxyethylene sorbitol esters and having an HLB value greater than 12. U.S. Patent No. 4,420,596, to Lochhead et al., disclosed a process for polymerizing carboxylic acids in mineral spirits, employing nonionic surface active agents having HLB values less than
35  10. U.S. Patent No. 4,526,937 to Hsu teaches the polymerization of acrylic acid in an organic solvent with a free radical catalyst, using nonionic block copolymers of propylene oxide and ethylene oxide to minimize undesirable flocculation and agglomeration. U.S. Patent No. 4,692,502 to Uebele et al. teaches a process for polymerizing acrylic acid in an organic media with a free radical catalyst and at least one oil-soluble ionic surfactant selected from an anionic formula, a cationic formula, or an amphoteric formula to achieve
40  reduced polymer build-up in the reactor and provide a more desirable particle size for the precipitated polymer.

SUMMARY OF THE INVENTION

45  The present invention resulted from the discovery that in polymerizing olefinically unsaturated carboxylic acid or anhydride monomers containing at least one activated carbon to carbon olefinic double bond and at least one carboxyl group, in an organic media, in the presence of free radical forming catalysts and at least one steric stabilizing polymeric surface active agent (also called surfactant). having at least one hydrophilic moiety and at least one hydrophobic moiety and a linear block or random comb configuration,
50  or mixtures thereof or with other surfactants, an interpolymer, useful as a thickening and emulsifying agent, is produced which is easier to handle and to disperse. The carboxylic acid or anhydride will be more than 15% by weight of the interpolymer.

While we do not wish to be held to a specific theory or mechanism, the steric stabilizing surfactant appears to become a part of the polymer molecule by a bonding mechanism or by becoming entangled in
55  the polymer as in an interpenetrating network or by some other force which seems to keep it associated with the polymer molecule. For the purposes of this patent application. we will refer to this as an interpolymer of the carboxylic acid polymer and the steric stabilizing surfactant. The steric stabilizing surfactant is a molecule of surfactant that has a hydrophilic portion which is associated with the polymer

2

EP 0 584 771 A1

and a hydrophobic portion which extends from the polymer to provide steric stability. In any event, the resultant polymer possesses unexpectedly better handling and dispersing characteristics, as well as increased thickening efficiency at lower cross linker concentrations.

5 DETAILED DESCRIPTION

In accordance with the present invention, one is able to obtain an improved interpolymer which is easy to disperse and to handle, and yields lower dispersion viscosities, combined with favorable final application properties such as increased thickening efficiency. This product is achieved using a steric stabilizing
10 surfactant (or steric stabilizer) which becomes associated with the resin in the final product as an interpolymer.

The steric stabilizer is a linear block copolymeric steric stabilizer, a random copolymeric comb steric stabilizer, or mixtures thereof, either alone or in combination with other surfactants. The amount of steric stabilizing surfactant used is in an amount of between about 0.001% and 20% based upon the weight of the
15 vinylic monomers, i.e., the olefinically unsaturated carboxylic acids or anhydrides, to be polymerized, with 0.01 to 10% being preferred, and 0.2 to 6.0% being further preferred. The carboxylic acid or anhydride will comprise at least 15% by weight of the interpolymer, preferably at least 40% by weight of the interpolymer.

Polymerization of the carboxyl-containing-monomers, optionally with other vinylidene comonomers, is usually carried out in the presence of a free radical catalyst in a closed vessel in an inert atmosphere under
20 autogenous or artificially-induced pressure, or in an open vessel in an inert atmosphere optionally under reflux at atmospheric pressure. The temperature of the polymerization may be varied from about 0° to 125° C or lower or higher. Polymerization at 25° to 90° C using a free radical catalyst is generally effective in providing monomer to polymer conversions of 75 percent to 100 percent.

In the practice of the invention, the polymerizations may be either batch, semi-batch or continuous. The
25 agitation may be any agitation sufficient to maintain the slurry and obtain effective heat transfer including, for example, helical agitation, pitched turbines and the like. A useful reaction temperature range is from the range of 20° C to 90° C at about 1 atmosphere or more. Normal polymerization time is from about 3 to 12 hours.

Typical free-radical forming catalysts include peroxygen compounds such as sodium, potassium and
30 ammonium persulfates, caprylyl peroxide, benzoyl peroxide, hydrogen peroxide, pelargonyl peroxide, cumene hydroperoxides, diisopropyl peroxydicarbonate, tertiary butyl diperphthalate, tertiary butyl perbenzoate, sodium peracetate, di-(2-ethylhexyl) peroxy dicarbonate, and the like; as well as azo catalysts such as azobis(isobutyronitrile). Other catalysts utilizable are the so-called "redox" type of catalyst and the heavy-metal activated catalyst systems. Ultraviolet light may also be used to generate free radicals. Some
35 systems polymerize solely by heat, but catalysts generally provide better control. The monomers may be batch charged or continuously added during the course of polymerization or by any other manner of polymerization techniques conventionally used.

The polymerization reactions described herein are normally conducted in inert diluents that have solubilizing effect on one or more of the monomeric ingredients but substantially none on the resulting
40 polymers. Stated differently, the medium used for the polymerization is an organic fluid, or mixtures of organic fluids, in which the monomers are preferably soluble but in which the polymer is substantially insoluble, so that the polymer product is preferably obtained as a fine friable or fluffy precipitate. Typical monomer solvents include liquid hydrocarbons selected from alkanes of 5 to 10, preferably 6 to 8 carbon atoms, such as hexane and heptane; cycloalkanes of 4 to 8, preferably 5 to 7 carbon atoms, such as
45 cyclohexane; benzene and alkyl-substituted benzenes containing 1 to 2 lower alkyl substituents, preferably methyl substituents, such as toluene and xylene; alkyl carboxylates containing 1 to 6 preferably 1 to 4 carbon atoms in the alkyl groups and 2 to 6, preferably 2 to 4 carbon atoms in the carboxylate moiety, such as ethyl acetate, isopropyl acetate, propyl acetate, methyl acetate, and butyl acetate; haloalkanes and chlorofluoroalkanes, containing 1 to 3 carbon atoms and at least 2 halo groups, such as methylene chloride,
50 ethylene dichloride, and 1,1,1-trichloroethane; ketones; and mineral spirits with a flash point greater than about 130° C or mineral oil.

The amount of organic liquid solvent, such as benzene, used normally will be in excess of the components to be polymerized and the proportion may vary from at least 1 weight percent of the components and 99 percent solvent up to about 65 weight percent polymerizable components and 35
55 weight percent solvent. More normally, a concentration of about 10 to 60 percent components is employed, where the weight percent is based on the total amount of ingredients charged to vessel. In the present application, a concentration of 10 to 50 percent, based upon the vinylic monomers is preferred.

3

EP 0 584 771 A1

The carboxyl containing polymers are prepared from monomers containing at least one activated >C=C< group and carboxyl group. Such polymers are homopolymers of an unsaturated, polymerizable carboxylic monomers such as acrylic acid, methacrylic acid, maleic acid, itaconic acid, maleic anhydride, and the like, and copolymers of polymerizable carboxylic monomers with acrylate esters, acrylamides,
5 olefins, vinyl esters, vinyl ethers, or styrenics. The carboxyl containing polymers have molecular weights greater than about 500 to as high as several million, usually greater than about 10,000 or more.

Typical materials are those described in U.S. patent No. 2,798,053. Copolymers, for example, include copolymers of acrylic acid with small amounts of polyalkenyl polyether cross-linkers that are gel-like polymers, which, especially in the form of their salts, absorb large quantities of water or solvents with
10 subsequent substantial increase in volume. Other useful carboxyl containing polymers are described in U.S. Patent No. 3,940,351, directed to polymers of unsaturated carboxylic acid and at letwt one alkyl acrylic or methacrylic ester where the alkyl group contains 10 to 30 carbon atoms, and U.S. Patent No. 5,034,486; 5,034,487; and 5,034,488; which are directed to maleic anhydrdue copolymers with vinyl ethers. Other types of such copolymers are described in U.S. patent No. 4,062,817 wherein the polymers described in U.S.
15 patent No. 3,940,351 contain additionally another alkyl acrylic or methacrylic ester and the alkyl groups contain 1 to 8 carbon atoms. Carboxylic polymers and copolymers such as those of acrylic acid and methacrylic acid also may be cross-linked with polyfunctional materials as divinyl benzene, unsaturated diesters and the like, as Is disclosed in U.S. Patent Nos. 2,340,110; 2,340,111; and 2,533,635. The disclosures of all of these U.S. patents are hereby incorporated herein by reference.
20 The carboxylic monomers are the olefinically-unsaturated carboxylic acids containing at least one activated carbon-to-carbon olefinic double bond, and at least one carboxyl group or function readily converted to an acid containing an olefinic double bond which readily functions in polymerization because of its presence in the monomer molecule, either in the alpha-beta position with respect to a carboxyl group, -C=C-COOH; or as part of a terminal methylene grouping, $CH_2=C<$. Olefinically-
25 unsaturated acids of this class include such materials as the acrylic acids typified by the acrylic acid itself, alpha-cyano acrylic acid, beta methylacrylic acid (crotonic acid), alpha-phenyl acrylic acid, beta-acryloxy propionic acid, cinnamic acid, p-chloro cinnamic acid, 1-carboxy-4-phenyl butadiene-1,3, itaconic acid, citraconic acid, mesaconic acid, glutaconic acid, aconitic acid, maleic acid, fumaric acid, and tricarboxy ethylene. As used herein, the term "carboxylic acid" includes the polycarboxylic acids and those acid
30 anhydrides, such as maleic anhydride, wherein the anhydride group is formed by the elimination of one molecule of water from two carboxyl groups located on the same carboxylic acid molecule. Maleic anhydride and other acid anhydrides useful herein have the general structure

35

$$R-C-C \overset{O}{\underset{O}{\diagdown}} \\ \overset{\|}{R'-C-C} \overset{}{\underset{O}{\diagdown}}$$

40

wherein R and R' are selected from the group consisting of hydrogen, halogen and cyanogen (-C≡N) groups and alkyl, aryl, alkaryl, aralkyl, and cycloalkyl groups such as methyl, ethyl, propyl, octyl, decyl, phenyl, tolyl, xylyl, benzyl, cyclohexyl, and the like.
45 The preferred carboxylic monomers are the monoolefinic acrylic acids having the general structure

$$\overset{R^2}{\underset{|}{CH_2=C\text{-}COOH}}$$

50

wherein $R^2$ is a substituent selected from the class consisting of hydrogen, halogen, and the cyanogen (-C≡N) groups, monovalent alkyl radicals, monovalent aryl radicals, monovalent aralkyl radicals, monovalent
55 alkaryl radicals and monovalent cycloaliphatic radicals. Of this class, acrylic and methacrylic acid are most preferred. Other useful carboxylic monomers are maleic acid and its anhydride.

The polymers include both homopolymers of carboxylic acids or anhydrides thereof, or the defined carboxylic acids copolymerized with one or more other vinylidene monomers containing at least one

EP 0 584 771 A1

terminal >$CH_2$ group. The other vinylidene monomers are present in an amount of less than 30 weight
percent based upon the weight of the carboxylic acid or anhydride plus the vinylidene monomer(s). Such
moriomers include, for example, acrylate ester monomers including those acrylic acid ester monomers such
as derivatives of an acrylic acid represented by the formula

5

$$CH_2=\overset{\overset{\displaystyle R^2}{|}}{C}-\overset{\overset{\displaystyle O}{\|}}{C}-O-R^3$$

10

wherein $R^3$ is an alkyl group having from 1 to 30 carbon atoms, preferably 1 to 20 carbon atoms and $R_2$ is
hydrogen, methyl or ethyl, present in the copolymer in amount, for example, from about 1 to 40 weight
percent or more. Representative acrylates include methyl acrylate, ethyl acrylate, propyl acrylate, isopropyl
15  acrylate, butyl acrylate, isobutyl acrylate, methyl methacrylate, methyl ethacrylate, ethyl methacrylate, octyl
acrylate, heptyl acrylate, octyl methacrylate, isopropyl methacrylate, 2-ethylhexyl methacrylate, nonyl
acrylate, hexyl acrylate, n-hexyl methacrylate, and the like. Higher alkyl acrylic esters are decyl acrylate,
isodecyl methacrylate, lauryl acrylate, stearyl acrylate, behenyl acrylate and melissyl acrylate. Mixtures of
two or three or more long chain acrylic esters may be successfully polymerized with one of the carboxylic
20  monomers. Other comonomers include olefins, including alpha olefins, vinyl ethers, vinyl esters, and
mixtures thereof.
      The polymers also may be cross-linked with any polyene, e.g. decadiene or trivinyl cyclohexane;
acrylamides, such as methylene bis acrylamide; polyfunctional acrylates, such as trimethylol propane
triacrylate; or polyfunctional vinylidene monomer containing at least 2 terminal $CH_2<$ groups, including for
25  example, butadiene, isoprene, divinyl benzene, divinyl naphthlene, allyl acrylates and the like. Particularly
useful cross-linking monomers for use in preparing the copolymers possess more
than one alkenyl ether grouping per molecule. The most useful possess alkenyl groups in which an olefinic
double bond is present attached to a terminal methylene grouping, $CH_2=C<$. They are made by the
etherification of a polyhydric alcohol containing at least 2 carbon atoms and at least 2 hydroxyl groups.
30  Compounds of this class may be produced by reacting an alkenyl halide, such as allyl chloride or allyl
bromide, with a strongly alkaline aqueous solution of one or more polyhydric alcohols. The product may be
a complex mixture of polyethers with varying numbers of ether groups. Analysis reveals the average
number of ether groupings on each molecule. Efficiency of the polyether cross-linking agent increases with
the number of potentially polymerizable groups on the molecule. It is preferred to utilize polyethers
35  containing an average of two or more alkenyl ether groupings per molecule. Other cross-linking monomers
include for example, diallyl esters, dimethallyl ethers, allyl or methallyl acrylates and acrylamides, tetraallyl
tin, tetravinyl silane, polyalkenyl methanes, diacrylates, and dimethacrylates, divinyl compounds such as
divinyl benzene, polyallyl phosphate, dialiyloxy compounds and phosphite esters and the like. Typical
agents are allyl pentaerythritol, allyl sucrose, trimethylolpropane triacrylate, 1,6-hexanediol diacrylate,
40  trimethylolpropane diallyl ether, pentaerythritol triacrylate, tetramethylene dimethacrylate, ethylene dia-
crylate, ethylene dimethacrylate, triethylene glycol dimethacrylate, and the like. Allyl pentaerythritol,
trimethylolpropane diallylether and allyl sucrose provide excellent polymers. When the cross-linking agent is
present, the polymeric mixtures usually contain up to about 5% or more by weight of cross-linking
monomer based on the total of carboxylic acid monomer, plus other monomers, if present, and more
45  preferably about 0.01 to 3.0 weight percent.
      Other vinylidene monomers may also be used, including the acrylic nitriles. The useful α,β-olefinically
unsaturated nitriles are preferably the monoolefinically unsaturated nitriles having from 3 to 10 carbon
atoms such as acrylonitrile, methacrylonitrile, and the like. Most preferred are acrylonitrile and
methacrylonitrile. The amounts used are, for example, for some polymers are from about 1 to 30 weight
50  percent of the total monomers copolymerized. Acrylic amides containing from 3 to 35 carbon atoms
including monoolefinically unsaturated amides also may be used. Representative amides include ac-
rylamide, methacrylamide, N-t-butyl acrylamide, N-cyclohexyl acrylamide, higher alkyl amides, where the
alkyl group on the nitrogen contains from 8 to 32 carbon atoms, acrylic amides including N-alkylol amides
of alpha,beta-olefinically unsaturated carboxylic acids including those having from 4 to 10 carbon atoms
55  such as N-methylol acrylamide, N-propanol acrylamide, N-methylol methacrylamide, N-methylol maleimide,
N-methylol maleamic acid esters, N-methylol-p-vinyl benzamide, and the like. Still further useful materials
are alpha-olefins containing from 2 to 18 carbon atoms, more preferably from 2 to 8 carbon atoms; dienes
containing from 4 to 10 carbon atoms; vinyl esters and allyl esters such as vinyl acetate; vinyl aromatics

5

EP 0 584 771 A1

such as styrene, methyl styrene and chlorostyrene; vinyl and allyl ethers and ketones such as vinyl methyl ether and methyl vinyl ketone; chloroacrylates; cyanoalkyl acrylates such as α-cyanomethyl acrylate, and the α-, β-, and γ-cyanopropyl acrylates; alkoxyacrylates such as methoxy ethyl acrylate; haloacrylates as chloroethyl acrylate; vinyl halides and vinyl chloride, vinylidene chloride and the like; divinyls, diacrylates
5   and other polyfunctional monomers such as divinyl ether, diethylene glycol diacrylate, ethylene glycol dimethacrylate, methylene-bis-acrylamide, allylpentaerythritol, and the like; and bis (β-haloalkyl) alkenyl phosphonates such as bis(β-chloroethyl) vinyl phosphonate and the like as are known to those skilled in the art. Copolymers wherein the carboxy containing monomer is a minor constituent, and the other vinylidene monomers present as major components are readily prepared in accordance with the process of this
10  invention.

The steric stabilizer functions to provide a steric barrier which repulses approaching particles. A requirement for the steric stabilizer is that a segment of the dispersant (i.e., a hydrophobe) be very soluble in the solvent (the continuous phase in a nonaqueous dispersion polymerization process) and that another segment (i.e., a hydrophile) be at least strongly adhered to the growing polymer particle. Thus, the steric
15  stabilizers of the present invention have a hydrophilic group and a hydrophobic group. The steric stabilizers are block copolymers comprising a soluble block and an anchor block having a molecular weight (i.e., chain length) usually well above 1000, but a hydrophobe length of more than 50 Angstroms, as calculated by the Law of Cosines. These dimensions are determined on the extended configuration using literature values for bond lengths and angles. Thus the steric stabilizers of the present invention are distinguishable from the
20  prior art steric surfactants which may be block copolymers, but have hydrophobe lengths of less than 50 Angstroms. The steric stabilizer of the present invention has either a linear block or a comb configuration, and has a hydrophobe of sufficient length to provide a sufficient steric barrier.

When the steric stabilizer is a linear block copolymeric steric stabilizer, it is defined by the following formula:

25

$C_w\{B\text{-}A\text{-}B_y\}_xD_z$ ,

where A is a hydrophilic moiety, having a solubility in water at 25°C of 1% or greater, a molecular weight of from about 200 to about 50,000, and selected to be covalently bonded to the B blocks;
30      B is a hydrophobic moiety, having a molecular weight of from about 300 to about 60,000, a solubility of less than 1% in water at 25°C. capable of being covalently bonded to the A blocks;
        C and D are terminating groups which can be A or B; can be the same or different groups, and will depend upon the manufacturing process since they are present to control the polymer length, to add other functionality, or as a result of the manufacturing process;
35      w is 0 or 1;
        x is an integer of 1 or more,
        y is 0 or 1, and
        z is 0 or 1.

Examples of hydrophilic groups are polyethylene oxide, poly(1,3-dioxolane), copolymers of polyethylene
40  oxide or poly(1,3-dioxolane), poly(2-methyl-2-oxazoline polyglycidyl trimethyl ammonium chloride, polymethylene oxide, and the like, with polyethylene oxide being preferred. Examples of hydrophobic groups are polyesters, such as those derived from 2-hydroxybutyric acid, 3-hydroxybutyric acid, 4-hydroxybutyric acid, 2-hydroxycaproic acid, 10-hydroxydecanoic acid, 12-hydroxydodecanoic acid, 16-hydroxyhexadecanoic acid, 2-hydroxyisobutyric acid, 2-(4-hydroxyphenoxy) propionic acid, 4-hydroxyphenylpyruvic
45  acid, 12-hydroxystearic acid, 2-hydroxyvaleric acid, polylactones, such as caprolactone, butyrolactone, polylactams, such as those derived from caprolactam, polyurethanes, polyisobutylene, where the hydrophobe should provide a steric barrier of greater than 50 Angstoms, preferably greater than 75 Angstroms, with greater than 100 Angstroms being also preferred, and the like, with polyhydroxy fatty acids, such as poly(12-hydroxystearic acid) being preferred. The steric barrier is the length of the hydrophobe in
50  its fully-extended condition. Such steric stabilizers are commercially available under the brand name Hypermer® from Imperial Chemical Industries, Inc.

Steric stabilizer molecules comprise both hydrophilic and hydrophobic units. Hydrophobic polymer units or hydrophobic blocks may be prepared by a number of well known methods. These methods include condensation reactions of hydroxy acids, condensation of polyols (preferably diols) with polycarboxylic
55  acids (preferably diacids). Other useful methods include polymerization of lactones and lactams, and reactions of polyols with polyisocyanates. Hydrophobic blocks or polymer units can be reacted with hydrophilic units by such reactions as are known to those skilled in the art. These reactions include condensation reactions and coupling reactions, for example. Subsequent to the steric stabilizer preparation,

6

EP 0 584 771 A1

the stabilizers may be further reacted with modifying agents to enhance their utility. U.S. Patent No 4,203,877 to Alan S. Baker teaches making such steric stabilizers, and the entire disclosure thereof is incorporated herein by reference.

5    When the steric stabilizer is a random copolymeric comb steric stabilizer, it is defined by the following formula:

$R_1$-$(Z)_m$-$(Q)_n$-$R_2$ ,

where $R_1$ and $R_2$ are terminating groups and may be the same or different and will be different from Z
10    and Q,

Z is a hydrophobic moiety having a solubility of less than 1% in water at 25°C,

Q is a hydrophilic moiety, having a solubility of more than 1% in water at 25°C,

m and n are integers of 1 or more, and are selected such that the molecular weight of the polymer is from about 100 to about 250,000.

15    Examples of the hydrophobic monomer unit or moiety are dimethyl siloxane, diphenyl siloxane, methylphenyl siloxane, alkyl acrylate, alkyl methacrylate, and the like, with dimethyl siloxane being preferred.

Examples of the hydrophilic monomer unit or moiety are methyl-3-polyethoxypropyl siloxane-Ω-phosphate or sulfate, and the alkali metal or ammonium salts derived therefrom; units derived from polyethoxy
20    (meth)acrylate containing from 1 to 40 moles of ethylene oxide; acrylic acid; acrylamide; methacrylic acid; maleic anhydride; dimethyl amino ethyl (meth)acrylate; or its salts with methyl chloride or dimethyl sulfate; dimethyl amino propyl(meth)acrylamide and its salts with methyl chloride or dimethyl sulfate, and the like, with methyl-3-polyethoxypropyl siloxane-Ω-phosphate being preferred.

Examples of terminating agents are monohalo silanes, mercaptans, haloalkanes, alkyl aromatics,
25    alcohols, and the like, which will produce terminating groups such as trialkyl silyl, alkyl, aryl alkyl, alcoholate, and the like. with the preferred terminating groups being trimethyl silyl.

An example of a random copolymeric comb steric stabilizer is a dimethicone copolyol phosphate which has the following formula:

30

35

40

45

50

55

7

EP 0 584 771 A1

$$
\begin{array}{cccc}
CH_3 & CH_3 & CH_3 & CH_3 \\
| & | & | & | \\
CH_3{-}Si{-} & O{-}Si{-} & O{-}Si{-} & O{-}Si{-}CH_3 \\
| & | & | & | \\
CH_3 & CH_3 \Big]_x & (CH_2)_3 \Big]_y & CH_3 \\
& & | & \\
& & O & \\
& & CH_2 & \\
& & CH_2 & \\
& & | & \\
& & O & \\
& & \quad_z & \\
& & HO{-}P{=}O & \\
& & | & \\
& & OH & ,
\end{array}
$$

where x and y are integers greater than 1, and z is an integer from 1 to 100. Such a copolymeric comb steric stabilizer is available commercially under the trade name Pecosil from Phoenix Chemical, Somerville, New Jersey.

As noted earlier, the steric stabilizers of the appropriate structure in accordance with the present invention have the potential for becoming part of a (meth)acrylic acid or anhydride-containing polymer as an interpolymer by several mechanisms, including a bonding mechanism. These would include graft-type polymerization, hydrogen bonding, olefinic unsaturation polymerization, or condensation reaction. While we do not wish to be bound by a particular bonding mechanism theory, its explanation is felt to be helpful in understanding the invention.

In the graft-type mechanism, an abstractable hydrogen is removed from the stabilizer. The radical thus formed reacts with a growing polymer radical forming a covalent bond. With a stabilizer containing a poly-(ethylene oxide) (PEO) segment, abstraction is reasonably postulated to occur α- to the ether oxygen, although other sites are possible. This is shown below:

$$R{-}O{-}(CH_2CH_2O)_n R + R{\bullet}' \rightarrow R{-}O(CH_2CH_2O){-}_{n\text{-}1}CH_2CH{-}O{-}R + R'{-}H$$

$$R{-}O(CH_2CH_2O)_{n\text{-}1}{-}CH_2\overset{\bullet}{C}H{-}O{-}R + P{\bullet} \rightarrow$$

$$\begin{array}{c} P \\ | \\ R{-}O(CH_2CH_2O)_{n\text{-}1}CH_2CH{-}OR \end{array}$$

where
    R = hydrophobe on steric stabilizer

8

EP 0 584 771 A1

R' = any free radical species
P = polymer chain
• denotes a free radical
n = an integer.

5    In the hydrogen bonding mechanism, the polyethylene oxide segment, which is known to hydrogen bond strongly to polycarboxylic acids, will react with the polycarboxylic acid and result in the formation of a hydrogen bonded complex. Typically, longer polyethylene oxide segments will give more strongly-bonded complexes.

     Another possible bonding mechanism is the polymerization of olefinic unsaturation in the stabilizer with
10   the growing polymer chain. Some stabilizers contain a certain degree of unsaturation and this unsaturation may react via the following general pathway:

$$
\begin{array}{cc}
R' & R'' \\
| & | \\
R\text{-}C\!\!=\!\!C\text{-}X\text{-}(CH_2CH_2O)_n\,R''' + P\cdot\!\!\rightarrow
\end{array}
$$

$$
\begin{array}{ccc}
R' & & R'P' \\
| \quad \bullet & \xrightarrow{\text{vinyl monomer}} & | \;\; | \\
R\text{-}C\text{-}C\text{-}X\text{-}(CH_2CH_2O)_nR''' & \longrightarrow & R\text{-}C\text{-}C\text{-}X\text{-}(CH_2CH_2O)_nR'' \\
| \;\; | & & | \;\; | \\
P \;\; R'' & & P \;\; R''
\end{array}
$$

P = polymer chain
• denotes a free radical
X = divalent connecting linkage
30   P' = polymer chain derived from additional vinyl monomer
R, R' and R'' = H or any substituent group
R''' = hydrophobic substituent
n = an integer.

     If the bonding mechanism is via a condensation reaction mechanism, one or more hydroxyl groups for
35   example will react with the polymer bound carboxyl groups to form a covalent ester linkage as follows:

$$
\begin{array}{ccc}
& O & & & & O \\
& \| & & -H_2O & & \| \\
Stabilizer\text{-}OH + HO_2C\text{-}P & & \longrightarrow & & Stabilizer\text{-}OC\text{-}P
\end{array}
$$

P = polymer chain.

45   TYPICAL EXAMPLES

     In order to illustrate the present invention, a polymerization reaction was conducted in a water jacketed two liter Pyrex resin kettle equipped with mechanical stirrer, a thermometer and reflux condenser topped with a nitrogen inlet connected to a bubbler to provide a slightly positive pressure of nitrogen throughout the
50   polymerization. The water jacket was connected to a constant temperature circulator. In producing an acrylic acid co-acrylate ester interpolymer (hereinafter referred to as the co-interpolymer), the resin kettle was charged with ethyl acetate (688.5 grams), cyclohexane (586.5 grams), acrylic acid (218.25 grams), stearyl methacrylate (6.75 grams), allylpentaerythritol (1.35 grams), and a steric stabilizing surface active agent in accordance with the present invention in a varied amount based upon the weight of the acrylic acid
55   and co-acrylate ester monomers (i.e., phm or parts per hundred monomers). In making an acrylic acid interpolymer (hereinafter also referred to as AA interpolymer), no stearyl methacrylate was used, the amount of acrylic acid was 225 grams, the amount of allylpentaerythritol was 2.25 grams, and the amount of steric stabilizer was based upon the amount of acrylic acid monomer solids. In either case, the mixture was

9

EP 0 584 771 A1

sparged with nitrogen for 30 minutes while the reactor was heated to 50°C. At 50°C, the sparging tube was removed while a nitrogen purge was maintained, stirring was begun, and the recipe amount of di-(2-ethylhexyl)-peroxydicarbonate (in an amount of 0.275 to 0.98 grams) was added. Polymerization was evident in a matter of minutes as the solution became hazy with precipitated polymer. If polymerization did
5 not start within 15 minutes, the mixture was resparged. After several hours the mixture had become a thick slurry, and the polymerization was continued for a total of 8 hours. The polymer slurry was then transferred to a single neck flask and the solvent was removed by a rotary evaporator at 95° to 105°C at 27 inches of vacuum. The resulting dry polymer product was a fine white AA interpolymer or co-interpolymer powder. When dispersed in water, the polymer began to hydrate, and when neutralized, thickened aqueous
10 solutions.

Polymer Characterization

To characterize the resin in terms of its usefulness for dispersing and thickening, tests were made to
15 determine the dispersibility of the resin, via a timed dispersion, an observed dispersibility or an initial dispersion viscosity; the ability of the resin to thicken by measuring its neutralized mucilage viscosity at several mucilage levels: namely 0.2 percent resin content mucilage, 0.5 percent resin content mucilage, and 1.0 percent resin content mucilage; and its viscosity in the presence of a salt (NaCl) at concentrations of 0.2, 0.5, 1.0, and 3.0%, which is referred to as Salt Sensitivity.
20 The characterization data was obtained using one or more of the following procedures:

Dispersibility

Dispersion times were done using a 1% dispersion (4 g resin/396 g water) prepared in demineralized
25 (DM) water, using a Servodyne mixer (Cole Parmer) with an S-paddle at 400 rpm. The resin was introduced through a 20 mesh screen, with stirring. The speed of hydration was visually assessed by the transparency of the wetted swollen microgels. The more transparent the microgel particle appears to be, the faster is the speed of hydration. When an agglomeration of microgels or "fisheyes" occurred, the powder was considered not to be "easy to disperse". Typically, if the product was dusty, i.e., fine, it was also not was
30 easy to disperse.

Clarity

A clarity measurement is the percentage of light transmitted through the dispersed, hydrated and
35 neutralized polymer at a resin concentration of 0.5%. Clarity is measured with a Brinkman PC 801 colorimeter at 420 nanometers (nm). The higher the percent transmittance, the better the clarity. A transmittance of greater than 60% is acceptable.

Thickening Viscosity

40
A 1% stock dispersion of resin or interpolymer (8 g resin/792 g water) was prepared in demineralized (DM) water, using a Lightnin' mixer at 1,000 rpm with a 3-blade marine impeller. The resin was introduced through a 20 mesh screen with stirring and the dispersion was mixed for a total of one hour. The viscosity of the dispersion is referred to as the Dispersion Viscosity or Un-neutralized Viscosity. Dispersions can also
45 be made with 2.5% resin, in which case the amounts are adjusted proportionally. An easy to disperse and easy to handle polymer will have a low dispersion time, in terms of minutes to disperse, while also having a relatively low dispersion (i.e., Un-neutralized) Viscosity. For example, at 1% resin an Un-neutralized Dispersion Viscosity of less than 1000 centipoise (cPs) would be desirable, while at 2.5% resin an Un-neutralized Viscosity of less than 6000 cPs is desirable.
50 The 1% stock dispersion was then used to make the following typical concentrations for analysis, some or all of which may be measured:
0.2% Mucilage (80 g of stock dispersion diluted to a total of 400 g with DM water)
0.5% Mucilage (200 g of stock dispersion diluted to a total of 400 g with DM water)
1.0% Mucilage (400 g of stock dispersion used as is)
55 These dispersions are neutralized to pH 7.3-7.8 with 18% NaOH using an S-paddle at 300 rpm for 3-5 minutes, after which the mucilages were allowed to stand at room temperature for at least 30 minutes.
The samples were then measured for pH and Brookfield Viscosity using a Brookfield RVT-DV Viscometer at 20 rpm. The viscosity of the neutralized dispersions is referred to as the Neutralized

10

EP 0 584 771 A1

Viscosity. A Neutralized Viscosity of more than 20.000 cPs at 0.5% resin concentration is desirable.

Salt Sensitivity

5      Salt sensitivity on 1 0% mucilages are evaluated at 1.0% salt concentrations in the following manner:
       Using the same sample from the Brookfield Viscosity study, NaCl is added in solid form with stirring
using an S-paddle at 300 rpm for 3-5 minutes. Actual salt additions of 2.0 g are made with the with
Brookfield Viscosities being read between additions. The results are reported as Salt Sensitivity Viscosity. A
high viscosity is desirable since it shows that there is not a severe impairment of the viscosity by the salt.

10

       EXAMPLES 1-11

       A number of polymers were produced in accordance with the typical co-interpolymer process example
and tests were conducted to characterize those polymers. The results are reported in Table I. The steric
15    stabilizing surfactants employed are commercially available from ICI Americas. under the brand name
Hypermer; and from Phoenix Chemical, Inc. under the brand name Pecosil with the surfactants identified in
Table I, and elsewhere, as follows:
       1) Hypermer B239 surfactant is a block copolymer of polyhydroxy fatty acid (PFA) and poly(ethylene
oxide) (EO), and has a molecular weight (MW) of about 3500.
20    2) Hypermer B246 surfactant is a block copolymer of PFA and EO and has a MW of about 7500.
       3) Hypermer B261 surfactant is a block copolymer of PFA and EO and has a MW of about 9600.
       4) Hypermer 2234 surfactant is a nonionic polymeric surfactant.
       5) Hypermer LP6 surfactant is a polymeric fatty ester and has a MW of about 4300.
       6) Hypermer E-464 surfactant is a copolymer of a long-chain alkylene hydrophobe and various
25    anionic/nonionic hydrophiles and has a MW of about 2300
       7) Hypermer IL2296 surfactant is a nonionic polymeric surfactant.
       8) Hypermer A-109 surfactant is a block copolymer of a fatty acid or long chain alkylene and EO.
       9) Hypermer A-409 surfactant is a block copolymer of a fatty acid or long chain alkylene and EO.
       10) Pecosil PS-100 surfactant is a dimethicone copolyol phosphate polymer having 5-12 moles of
30    ethylene oxide per mole of hydrophilic unit.
       11) Pecosil WDS-100 surfactant is a dimethicone copolyol phosphate polymer having 5-12 moles of
propylene oxide per mole of hydrophilic unit. All of the interpolymers were made at 17% by weight of
acrylic acid-co-acrylate ester solids in the polymerization, except for the control, i.e., where no polymeric
steric stabilizer is employed, which was done at 11% by weight solids, which is the upper limit of
35    manufacture without the use of a surfactant.

40

45

50

55

11

EP 0 584 771 A1

TABLE I

| Ex. No. | Monomer(s) | Polymeric Steric Stabilizer | | Time to Disperse (min ) | 1% Resin Un-neutralized Dispersion Viscosity (cPs) | 1% Resin Neutraliz-ed Viscosity (cPs) | Salt Sensitivity Viscosity (cPs) 1% Resin and 1% NaCl |
|---|---|---|---|---|---|---|---|
| | | | (phm) | | | | |
| 1 | AA/SMA | None | — | 75 | 2,410 | 35,800 | 9,300 |
| 2 | AA/SMA | Hypermer LP6 | 1.0 | 5 | 710 | 37,200 | 9,450 |
| 3 | AA/SMA | Hypermer 2234 | 1.0 | 5 | 970 | 33,400 | 9,600 |
| 4 | AA/SMA | Hypermer LP6 | 1.0 | 5 | 1,260 | 36,000 | 10,000 |
| 5 | AA/SMA | Hypermer IL2296 | 1.0 | 5 | 214 | 45,400 | 8,200 |
| 6 | AA/SMA | Hypermer B246 | 1.0 | 5 | 270 | 39,600 | 7,650 |
| 7 | AA/SMA | Hypermer E464 | 1.0 | 10 | 85 | 49,200 | 6,700 |
| 8 | AA/SMA | Hypermer A-109 | 1.0 | 15 | 732 | 54,000 | 7,000 |
| 9 | AA/SMA | Hypermer A-409 | 1.0 | 15 | 412 | 46,400 | 7,700 |
| 10 | AA/SMA | Pecosil WDS-100 | 1.0 | 15 | 272 | 40,000 | 8,850 |
| 11 | AA/SMA | Pecosil PS-100 | 1.0 | 15 | 22 | 65,500 | 6,050 |

AA = Acrylic acid.
SMA = Stearyl methacrylate (used with AA to designate a copolymer).

These results clearly show that an interpolymer, made from comonomers, incorporating a steric stabilizer in accordance with the present invention, is easier to disperse while retaining good ultimate thickening properties. The dispersion times for the Un-neutralized Dispersions are less than 15 minutes when compared to 75 minutes for the control resin (i.e., no steric stabilizer), and the interpolymers generally achieve less than 1000 cPs un-neutralized viscosities. The neutralized resins have viscosities of greater than 20,000 cPs, and the interpolymers show good salt sensitivity.

EXAMPLES 12-25

To illustrate that the interpolymers can be produced under varying amounts of steric stabilizer and/or varying amounts of crosslinker, polymers were prepared in accordance with the typical co-interpolymer reaction, using Hypermer B-239 surfactant as the steric stabilizer. The amount of crosslinker (i.e., allylpentaerythritol) was varied between 0.2 and 1.2 percent by weight based upon the weight of the polymer (or phm or parts per hundred of monomer), while the amount of steric stabilizer was held constant. (Examples 12-17) Then the steric stabilizer was varied in an amount of between 0.25% and 5.0% by weight based upon the weight of the monomer (parts per hundred weight of monomer or phm) while the amount of crosslinker was held constant (Examples 18-25). In all the examples, the polymerization solids, the vinylic monomers, i.e., the amount of acrylic acid plus co-acrylate ester monomer solids, was 15% by weight based upon the total weight of the vinylic monomers plus the polymerization solvent. The characterization results of the polymer are reported in Table II, and they demonstrate that polymers in accordance with the present invention can be made by varying the steric stabilizing surfactant or its amount, the crosslinker levels, to achieve acceptable thickening performance levels.

12

EP 0 584 771 A1

TABLE II

| Ex. No. | Crosslinker (phm) | Steric Stabilizer dose (phm) | Neutralized Viscosity (cPs) 1.0% Resin | 1% Salt Sensitivity Viscosity (cPs) |
|---------|-------------------|------------------------------|----------------------------------------|-------------------------------------|
| 12 | 0.2 | 1.0 | 4,020 | 7,600 |
| 13 | 0.4 | 1.0 | 11,400 | 7,800 |
| 14 | 0.6 | 1.0 | 31,000 | 8,250 |
| 15 | 0.8 | 1.0 | 67,000 | 7,450 |
| 16 | 1.0 | 1.0 | 109,000 | 5,200 |
| 17 | 1.2 | 1.0 | 137,000 | 3,300 |
| 18 | 0.6 | 0.25 | 34,600 | 7,900 |
| 19 | 0.6 | 0.50 | 38,000 | 8,650 |
| 20 | 0.6 | 0.75 | 34,800 | 8,200 |
| 21 | 0.6 | 1.0 | 31,000 | 8,250 |
| 22 | 0.6 | 1.5 | 36,000 | 7,950 |
| 23 | 0.6 | 2.0 | 39,200 | 7,700 |
| 24 | 0.6 | 3.0 | 43,400 | 7,250 |
| 25 | 0.6 | 5.0 | 50,000 | 6,850 |

Further, the fact that some bonding or interpolymerization, as defined herein, is taking place, is supported by the relationship between the amount of crosslinker and the amount of steric stabilizing surfactant. As shown by the data in Table II, the neutralized viscosity increases with increasing levels of steric stabilizer, although not to the same extent as occurs with crosslinking, so the results support the premise that the steric stabilizing surfactant becomes part of the polymer as an interpolymer. Alternatively, the data demonstrates unexpectedly that the use of increasing amounts of steric stabilizer, in accordance with the present invention, produces increased thickening efficiency without increasing the amount of crosslinker

EXAMPLES 26-32

In some further tests using another steric stabilizer (Hypermer 2234 surfactant) to prepare polymers in accordance with the typical AA interpolymer reaction, at 12% vinylic monomer solids, similar results were obtained at various doses of crosslinker or steric stabilizers. The results, reported in Table III, show very good Un-neutralized Dispersion viscosities at 2.5% resin concentration, and similar results for the Neutral-ized Viscosities. While the clarity is not as desirable at high doses of steric stabilizer, the other values suggest superiority in uses where clarity is not important.

13

EP 0 584 771 A1

TABLE III

| Ex. No. | Steric Stabilizer Dose (phm) | CrossLinker (phm) | Un-Neutralized Dispersion Visc at 2.5% Resin Conc. (cPs) | Neutralized Visc at 0.5% Resin Conc. (cPs) | Clar. (%T) |
|---|---|---|---|---|---|
| 26 | 4.0 | 0.5 | 890 | 17,000 | 85 |
| 27 | 4.0 | 0.7 | 238 | 39,000 | 88 |
| 28 | 4.0 | 0.9 | 25 | 80,000 | 77 |
| 29 | 2.0 | 0.7 | 5,400 | 20,000 | 89 |
| 30 | 4.0 | 0.7 | 470 | 23,000 | 86 |
| 31 | 8.0 | 0.7 | 70 | 38,000 | 72 |
| 32 | 12.0 | 0.7 | 8 | 50,000 | 44 |

EXTRACTION EXAMPLES

To further illustrate the thesis of interpolymerization between the carboxylic acid polymer and the steric stabilizing surfactant and to understand the influence of hydrogen bonding on the surface of the particles, four polyacrylic acid interpolymers were prepared in accordance with the present invention, plus a control of polyacrylic acid polymer in accordance with U.S. patent No. 4,996,274, at 11.5% total solids, in a cosolvent blend, without using a crosslinker. The samples consist of a control (i.e., without steric stabilizing surfactant), along with the four samples prepared with 5% by weight, based upon the weight of the acrylic acid monomers, of a steric stabilizer, namely, Hypermer® B-239, B-246, or B-261 surfactant, added to the monomer premix prior to initiation of the polymerization and a "post-add" control sample in which a control sample was reslurried in cosolvent and 5% steric stabilizer (Hypermer B-261 surfactant) was added (i.e., post added) to the slurry which was then dried. A 100 g sample of each polymer was then subjected to solvent extraction (methylene chloride) using a soxhlet extractor for one week. The extracting solvent was then evaporated on a rotary evaporator and the percent extractable (% ext.) calculated. Molecular weight data was also obtained on the steric stabilizers (before and after extraction) along with the resin produced in the polymerization. In the table, Mw represents the weight average molecular weight, while Mn represents the number average molecular weight. The data is summarized in the following Table IV.

14

EP 0 584 771 A1

TABLE IV

| Composition | Polymer | | % Ext. | Mw/Mn |
|---|---|---|---|---|
| | Mw | Mn | | |
| Control | 353,000 | 20,800 | | 16.97 |
| Post-Add w/ B-261 | 353,000 | 20,800 | 50.1 | 16.97 |
| Extracted B-261 | 5,550 | 2,210 | | 2.51 |
| Pure B-239 | 3,490 | 2,250 | | 1.56 |
| Interpolymer w/ 5% B-239 | 319,000 | 21,400 | 58.4 | 14.91 |
| Extracted B-239 | 3,210 | 1,860 | | 1.72 |
| Pure B-246 | 7,470 | 3,810 | | 1.96 |
| Interpolymer w/ 5% B-246 | 324,000 | 21,200 | 28.4 | 15.28 |
| Extracted B-246 | 5,180 | 1,990 | | 2.60 |
| Pure B-261 | 9,620 | 4,360 | | 2.20 |
| Interpolymer w/ 5% B-261 | 334,000 | 33,600 | 26.4 | 9.94 |
| Extracted B-261 | 3,620 | 1,340 | | 2.70 |

As can be seen from the data above, the use of a steric stabilizer has little effect on weight average molecular weight (Mw) of the polymer. However, the ability to extract the steric stabilizer decreases as the molecular weight of the steric stabilizer increases, presumably due to interpolymer chain entanglements. This can be corroborated by the fact that it is possible to extract nearly twice as much of the Hypermer B-261 surfactant out of the post added sample of polyacrylic acid as in the pretreatment case. The fact that not all the Hypermer B-261 surfactant in the post add case is extractable is explained by the high affinity for hydrogen bonding between the polyethylene oxide blocks in the steric stabilizers and the carboxylic acids on the surface of the resin particles. The strength of the hydrogen bonded complex will be related to the relative length of the polyethylene oxide block, the greater the number of hydrogen bonded sites, the stronger the complex.

The molecular weight data on the steric stabilizers (before and after extraction) also substantiates the molecular weight dependency on extractability. In the case of Hypermer® B-239 surfactant, the molecular weight data is very close between the pure and extracted samples, indicating a uniform extraction. In the case of Hypermer® B-246 and B-261 surfactants the extracted molecular weight is significantly lower than the pure material, with the Hypermer B-261 surfactant being the lowest. This shows a definite bias for the extractability of the low molecular weight fractions in the steric stabilizers. Similarly, in the post add case of Hypermer B-261 surfactant, the extractable molecular weight is significantly lower than the pure material, but not to the extent as in the polymerized case. This seems to give a measure of the difference in hydrogen bonding complex formation and inter-polymer chain entanglements.

INITIATOR EXAMPLE

To illustrate that other initiators can be employed to produce an interpolymer in accordance with the present invention, Vazo® 67, which is azobis(2-methyl butyronitrile), and available from the E.I. du Pont de Nemours & Company, Inc. was substituted for the di-(2-ethylhexyl)-peroxydicarbonate used in the typical copolymer reaction and an interpolymer was produced that had a neutralized viscosity of 80,000 cPs at 1.0% resin concentration and a clarity of 89%, which are desirable end thickening properties.

SOLVENT EXAMPLES

Example A

To illustrate the applicability of the present invention to the polymerization in additional solvents, cyclohexane was employed as the solvent in accordance with the typical co-interpolymer reaction, at

15

EP 0 584 771 A1

crosslinker levels of 0.6 and 0.8 parts per hundred vinylic monomer (phm) and 12% total solids using Hypermer 2234 surfactant at a dose of 4.0 phm, and an interpolymer was produced which achieved dispersion viscosities of 320 and 15 cPs at 2.5% resin concentration, 11,000 and 37,000 cPs neutralized viscosity at 0.5% resin concentration, and clarity of 88 and 48%, respectively.

5

### Example B

In another example, 536.3 g of mineral spirits (flash point 140°C) was charged to a 2 liter stirred reactor. A mixture of mineral spirits (50 g), acrylic acid (51.5 g) trimethylol propane diallyl ether (TMPDAE)
10  (1.73 g), Hypermer® 2234 surfactant (9.2 g) and Witconate C-5685 surfactant (dodecylbenzenesulfonic acid, isopropylamine salt, 85% in mineral spirits) (9.2 g) were charged to the reactor. The container containing the reagents was rinsed with 50 g of mineral spirits, and the mineral spirits solution was then charged to the reactor. The mixture was sparged with dry nitrogen for about 30 min. then a solution of 4.95 g of 0.88% 2-ethylhexylperoxydicarbonate in mineral spirits was added to the reaction mixture. The mixture was heated
15  to 72°C. Polymerization was evidenced by the formation of turbidity. One-half hour after the polymer formation started, metering of a mixture of acrylic acid (373.6 g), TMPDAE (4.85 g), Hypermer® 2234 surfactant (12.4 g) and Witconate C-5685 surfactant (12.4 g) was started. Metering was done at a constant rate over 3.0 hr. A solution of 0.88% 2-ethylhexylperoxydicarbonate (EHP) in mineral spirits was added concurrently with the monomer mixture at a rate of about 0.11 ml per min. Percarbonate metering was
20  continued for 1/2 hour after the monomer metering. Then a solution of 0.425 g of 2-ethylhexylperoxydicarbonate in 5 ml of mineral spirits was added to the reaction mixture in one portion. Total mineral spirits added as diluent for EHP was approximately 30 g. The mixture was held at 72°C for 1 hr. and then was allowed to cool. The fluid slurry discharged easily. There was only a small accumulation of solid on the stirrer and on the upper reactor walls. The neutralized viscosity of the polymer at 0.5% mucilage was
25  45,200 cPs.

### Example C

Example A was repeated using a different cut of mineral spirits, namely, one having a flash point of
30  175°F. The resulting polymer, at a 0.5% mucilage, had a neutralized viscosity of 43,500 cPs which demonstrates that the same results can be achieved using different solvents.

### Example D

35  A two liter jacketed reactor, equipped with an agitator (turbine blades), a reflux condenser topped with a nitrogen inlet, and a septum capped inlet for the monomer premix, was charged with 140° flash point mineral spirits (666.3g), acrylic acid (59.4g), TMPDAE, (trimethylolpropane diallyl ether, 1.99g), Hypermer® B-239 surfactant (5.3g), Witconate C-5685 surfactant (10.62g), and Vazo® 67 initiator (0.99g). The reaction mixture was sparged with dry nitrogen for 15 minutes at room temperature and then the reaction mixture
40  was heated to 72°C with sparging for an additional 15 minutes. Solid appeared about 10 minutes after increasing the heat to 72°C. After sparging a total of 30 minutes, the sparge tube was removed and the reaction mixture was held under a nitrogen blanket for the duration of the reaction. Stirring was begun. About 30 minutes after the first appearance of solid, metering of a monomer premix containing acrylic acid (431.1g), TMPDAE (5.6g), Hypermer® B-239 surfactant (7.15g) and Witconate C-5685 surfactant (14.31g).
45  Metering of the monomer premix took about 4.6 hours. The last 35 ml of monomer was run rapidly into the reactor and the temperature was increased to 90°C. After 1 hour at 90°C, the reaction mixture was allowed to cool.

The efficiency of this product was tested by making sodium hydroxide-neutralized mucilages in water. At 0.2% polymer, the Brookfield viscosity was 3200 cPs. At 0.5% it was 45,000 cPs, and at 1.0% the
50  Brookfield viscosity was 76,000 cPs. For comparison, a polymer made at the same crosslinker level (1.5% based on acrylic acid) and polymerized by the method of U.S. Patent No. 4,420,596 gave Brookfield viscosities of 2,200, 17,800, and 29,400 cPs at 0.2%, 0.5%, and 1.0% concentrations. Thus, the polymer of this invention was much more efficient than a similar polymer prepared by the method of U.S. Patent No. 4,420,596.
55  When a similar polymerization is carried out by the method of U.S. 4,692,502, using 1.5% TMPDAE (acrylic acid basis), the product gives a mucilage viscosity of about 25,000 cPs at 1.0% and about 12,000 cPs at 0.5% polymer. Thus the polymer of this invention was much more efficient than that taught by U.S. 4,692,502. In fact, by increasing the crosslinker level to 2.0 weight percent in a polymer made by the '502

16

EP 0 584 771 A1

patent. the viscosities of 0.5% and 1 0% mucilages increased to only 28,500 and 50,000 cPs respectively.

COMPARATIVE EXAMPLES

5      To understand how the present invention, which employs a steric stabilizing surfactant, compares to products produced using conventional surfactants, as employed in the prior art patents discussed in the Background of the Invention, a number of tests were run using the typical acrylic acid interpolymer reaction. a crosslinker level of 1 phm (vinylic monomer basis) and a dosage of 5 phm of steric stabilizer. The tests were designed to run at 17% by weight vinylic monomer solids (TS), but in most of the instances it was
10    necessary to add solvent to allow the reaction to proceed. So, the total solids (TS) is reported as the maximum (max.) the surfactant would permit. The results are reported in Table V.

TABLE V

| Ex. No. | Surfactant | T.S. (max.) | Un-Neutralized Dispersion Viscosity (cPs) | | Neutralized Viscosity at 1.0% Resin Conc. (cPs) | Salt Sensitivity at 1% Resin in 1% NaCl (cPs) |
|---|---|---|---|---|---|---|
| | | | 1.0% Resin Conc. | 2.5% Resin Conc. | | |
| 41 | None | 11.0 | 1,550 | 10,800 | 69,000 | 6,050 |
| 42 | Pluronic 25 R4 | 15.0 | 845 | 4,900 | 26,700 | 4,080 |
| 43 | Pluronic P65 | 15.0 | 17.5 | 1,650 | 124,000 | 2,770 |
| 44 | Brij 35 | 15.9 | 100 | 3,450 | 79,000 | 4,030 |
| 45 | Span 20 | 12.75 | 30 | 3,450 | 133,000 | 4,080 |
| 46 | Span 60 | 12.75 | 23.5 | 2,750 | 124,000 | 4,080 |
| 47 | Pluronic L62-LF | 13.8 | 900 | 6,600 | 38,200 | 4,660 |
| 48 | Tetronic 150 R1 | 16.45 | 865 | 6,250 | 57,000 | 5,200 |
| 49 | Hypermer B-246 | 17.0 | 7 | 22 | 150,000 | 3,300 |
| 50 | PEG 600 Distearate | 13.8 | 47 | 5,300 | 129,000 | 5,550 |

A number of these surfactants incorporate polyethylene glycol (PEG) (or polyoxyethylene) groups in the molecule such as PEG ethers (Brij brand surfactants), and Triton brand surfactants), PEG diesters, PEG
40    polysorbate esters (Tween surfactants), fatty acid partial esters of sorbitan (Span surfactants), and ethylene oxide block copolymers (Pluronic brand surfactants). The results demonstrate that the interpolymers of the present invention have initial dispersion viscosities generally lower, as compared to conventional surfac-tants, indicating an easier to disperse polymer, while possessing the high mucilage viscosity desired in a
45    polymeric thickener.

ADDITIONAL COMPARATIVE EXAMPLES

Finally, a number of tests were run using other commercially available surfactants, comparing them to steric stabilizing surfactants in accordance with the present invention. All the surfactants were dosed at 5
50    phm, at 0.8 phm crosslinker, at a targeted 17% total vinylic monomer solids (TS), with the interpolymers were made accordingly to the typical AA interpolymer reaction. Since additional solvent was sometimes necessary to allow the reaction to proceed, the solids (TS) is reported as the maximum (Max.) percentage of total solids. The results are reported in Table VI and show that interpolymers, in accordance with the present invention, would achieved desirable neutralized dispersion viscosities equal to or more than 20,000
55    cPs at 0.5%, un-neutralized dispersion viscosities of less than 6,000 cPs at 2.5%, clarities of equal to or more than 60% transmittance, and obtain the target of 17% total solids.

17

EP 0 584 771 A1

## TABLE VI

| Ex. No. | Surfactant | Un-neutralized Dispersion Visc at 2.5% Resin Conc. (cPs) | Neutralized Visc at 0.5% Resin Conc. (cPs) | Clar. (%T) | Max % T.S. |
|---------|-----------|------|--------|------|-------|
| 51 | Hypermer B-239 | 112 | 30,000 | 90 | 12.75 |
| 52 | Hypermer B-246 | 18 | 58,000 | 88 | 17.0 |
| 53 | Hypermer B-261 | 8 | 66,000 | 84 | 17.0 |
| 54 | Brij 30 (PEG Ethers Laureth-4) | 8,750 | 44,000 | 94 | 12.75 |
| 55 | Brij 15 (Laureth-23) | 10 | 300 | 30 | 13.42 |
| 56 | Brij 52 (Ceteth-2) | 2,925 | 44,000 | 85 | 12.75 |
| 57 | Brij 56 (Ceteth-10) | 11,400 | 28,000 | 95 | 12.75 |
| 58 | Brij 58 (Ceteth-20) | 9,800 | 24,000 | 96 | 13.42 |
| 59 | PEG-4 Dilaurate (PEG Diesters) | 11,000 | 52,000 | 40 | 12.75 |
| 60 | PEG-4 Dioleate (PEG Diesters) | 7,250 | 30,000 | 49 | 12.14 |
| 61 | PEG-9 Dioleate (PEG Diesters) | 5,750 | 24,000 | 84 | 12.14 |
| 62 | PEG-13 Dioleate (PEG Diesters) | 3,250 | 43,000 | 83 | 12.75 |
| 63 | PEG-25 Castor Oil (Nonionic Alkoxylates) | 12 | 7,000 | 7 | 15.94 |
| 64 | PEG-30 Castor Oil (Nonionic Alkoxylates) | 45 | 27,000 | 50 | 15.94 |
| 65 | PEG-40 Castor Oil (Nonionic Alkoxylates) | 38 | 20,000 | 44 | 15.94 |
| 66 | Tween 21 (Polysorbate Esters) Laurate (EO = 4) | 10,700 | 18,000 | 95 | 13.42 |

18

EP 0 584 771 A1

| Ex. No. | Surfactant | Un-neutralized Dispersion Visc at 2.5% Resin Conc. (cPs) | Neutralized Visc at 0.5% Resin Conc. (cPs) | Clar. (%T) | Max % T.S. |
|---|---|---|---|---|---|
| 67 | Tween 20 (Polysorbate Esters) Laurate (EO = 20) | 7,000 | 17,000 | 95 | 12.75 |
| 68 | Tween 61 (Polysorbate Esters) Stearate (EO = 4) | 12 | 32,000 | 24 | 13 42 |
| 69 | Tween 60 (Polysorbate Esters) Stearate (EO = 20) | 9,400 | 10,000 | 96 | 13 42 |
| 70 | Pluronic 25 R 4 (Meroxapols-254 block copolymer of EO/PO) | 4,950 | 10,000 | 89 | 15.00 |
| 71 | Pluronic 25 R 8 (Meroxapols-258 block copolymer of EO/PO) | 4,350 | 7,000 | 94 | 15.00 |
| 72 | Pluronic 31 R 1 (Meroxapols-311 block copolymer of EO/PO) | 2,850 | 38,000 | 89 | 17.00 |
| 73 | Makon NF5 Nonoxynol-5 (Ethoxylated Alkyl Phenols) | 6,400 | 42,000 | 93 | 14.17 |
| 74 | Nonoxynol-12 NF12 (Ethoxylates Alkyl Phenols) | 6,550 | 37,000 | 59 | 14.17 |
| 75 | Triton X15 (Nonoxynol-1) | 8,850 | 19,000 | 2 | 12.14 |
| 76 | Triton X35 (Nonoxynol-3) | 7,150 | 64.000 | 54 | 12.14 |
| 77 | Triton X35 (Nonoxynol-5) | 9,600 | 28,000 | 94 | 12.75 |
| 78 | Igepal DM-430 (Dialkylphenoxy poly(ethyleneoxyethanol)) | 500 | 43,000 | 87 | 12.75 |
| 79 | Igepal DM-730 (Dialkylphenoxy poly(ethyleneoxyethanol)) | 4,400 | 8,000 | 94 | 17.0 |

19

EP 0 584 771 A1

| Ex. No. | Surfactant | Un-neutralized Dispersion Visc at 2.5% Resin Conc. (cPs) | Neutralized Visc at 0.5% Resin Conc. (cPs) | Clar. (%T) | Max % T.S. |
|---------|-----------|-------|--------|-----|-------|
| 80 | Stepfac PN-209 (Phosphate Ester) | 6,200 | 16,000 | 97 | 12.75 |
| 81 | Pecosil PS 100 (Dimethicone Copolyol Phosphate) | 15 | 32,000 | 45 | 17.0 |
| 82 | Pecosil WDS-100 (Dimethicone Copolyol Phosphate) | 60 | 62,000 | 72 | 17.0 |
| 83 | Dowfax 3B0 (Decyl(sulfophenoxy) benzenesulfonic acid) | 1,500 | 8,000 | 94 | 12.14 |
| 84 | Steol CS-460 (Alcohol Ethoxy Sulfate) | 1,200 | 42,000 | 92 | 13.42 |
| 85 | Lubrizol 2632 (Polyolefin Amide Alkeneamine) | 1,225 | 50,000 | 45 | 13.42 |
| 86 | Lubrizol 2633 (Polyolefin Amide Alkeneamine) | 560 | 40,000 | 38 | 13.42 |
| 87 | Tetronic 150 R1 (Alkylated Diamine) | 7,950 | 23,000 | 94 | 15.00 |

In summary, this invention claims an interpolymer which by utilizing a steric stabilizing surfactant in the polymerization of the resin is easy to disperse and/or has increased efficiency. These resins disperse in minutes when added to water, yield lower un-neutralized dispersion viscosities and have no detrimental effects on final application properties

The foregoing embodiments of the present invention have been presented for purposes of illustration and description. These description and embodiments are not intended to be exhaustive or to limit the invention to the precise form disclosed, and obviously many modifications and variations are possible in light of the above disclosure. The embodiments were chosen and described in order to best explain the principle of the invention and its practical applications to thereby enable others skilled in the art to best utilize the invention in its various embodiments and with various modifications as are suited to the particular use contemplated. It is intended that the invention be defined by the following claims.

Claims

1. An interpolymer of
   (1) at least one olefinically unsaturated carboxylic acid or anhydride containing at least one activated carbon-to-carbon olefinic double bond and at least one carboxyl group, in an amount of more than 15% by weight based upon the weight of the interpolymer, and
   (2) at least one steric stabilizer having at least one hydrophilic moiety ad at least one hydrophobic moiety, selected from the group consisting of linear block copolymeric steric stabilizers, having a hydrophobic moiety having a length of more than 50 Angstroms, random copolymeric comb steric

20

EP 0 584 771 A1

stabilizers. and mixtures thereof.

2. The interpolymer of claim 1 wherein said steric stabilizer is present in an amount of 0.001 to 15% by weight based upon the weight of said carboxylic acid or said anhydride.

3. The interpolymer of claim 1 wherein said steric stabilizer is present in an amount of 0.1 to 10% by weight based upon the weight of said carboxylic acid or said anhydride.

4. The interpolymer of claim 1 wherein said steric stabilizer is present in an amount of 0.2 to 6.0% by weight based upon the weight of said carboxylic acid or said anhydride.

5. The interpolymer of claim 1, wherein said linear block copolymeric steric stabilizer, it is defined by the following formula:

$$C_w\{B\text{-}A\text{-}B_y\}_xD_z ,$$

   wherein A is a hydrophilic moiety having a solubility in water at 25°C of 1% or greater, a molecular weight of from about 200 to about 50,000, and selected to be covalently bonded to B;
   B is a hydrophobic moiety having a molecular weight of from about 300 to about 60,000, a solubility of less than 1% in water at 25°C, capable of being covalently bonded to A;
   C and D are terminating groups which can be A or B, can be the same or different groups,
   w is 0 or 1;
   x is an integer of 1 or more,
   y is 0 or 1, and
   z is 0 or 1.

6. The interpolymer of claim 1. wherein said random copolymeric comb steric stabilizer, it is defined by the following formula:

$$R_1\text{-}(Z)_m\text{-}(Q)_nR_2$$

   where $R_1$ and $R_2$ are terminating groups and may be the same or different and will be different from Z and Q,
   Z is a hydrophobic moiety having a solubility of less than 1% in water at 25°C,
   Q is a hydrophilic moiety, having a solubility of more than 1% in water at 25°C, and
   m and n are integers of 1 or more, ad are selected such that the molecular weight is from about 100 to about 50,000.

7. The interpolymer of claim 1 wherein said block copolymer is a block copolymer of 12-hydroxystearic acid.

8. The interpolymer of claim 7 wherein said polymer of 12-hydroxystearic acid is a block copolymer with polyethylene oxide.

9. The interpolymer of claim 7 wherein said polymer of 12-hydroxystearic acid is an ABA block copolymer.

10. The interpolymer of claim 1 wherein in said carboxylic acid, said olefinic double bond is in the alpha-beta position with respect to a carboxyl group, or is part of a terminal methylene group.

11. The interpolymer of claim 1 wherein said carboxylic acid is selected from the group consisting of acrylic acid, methacrylic acid, and maleic acid.

12. The interpolymer of claim 1 wherein said anhydride is maleic anhydride.

13. The interpolymer of claim 1 wherein said carboxylic acid or anhydride is present in amounts greater than 40 weight percent based upon the weight of the interpolymer.

21

EP 0 584 771 A1

14. The interpolymer of claim 1 wherein at least one olefinically unsaturated monomer containing at least one $CH_2=C<$ group is copolymerized therewith.

15. The interpolymer of claim 14 wherein said olefinically unsaturated monomer is an acrylamide or substituted acrylamide.

16. The interpolymer of claim 12 wherein at least one $C_1$-$C_5$ alkyl vinyl ether is polymerized therewith.

17. The interpolymer of claim 16 wherein at least one $C_2$-$C_{30}$ alpha olefin is polymerized therein.

18. The interpolymer of claim 1 wherein there is present less than 5 weight percent based upon the weight of the carboxylic acid or anhydride of a polyfunctional crosslinking vinylidene monomer containing at least two terminal $CH_2<$ groups.

19. The interpolymer of claim 18 wherein said crosslinking monomer is selected from the group consisting of allyl pentaerythritol, allyl sucrose and trimethylolpropane diallylether.

20. The interpolymer of claim 1 further including at least one acrylic acid ester of the formula:

$$CH_2=C\overset{\overset{\displaystyle R^2}{|}}{\phantom{C}}-\overset{\overset{\displaystyle O}{\|}}{C}-O-R^3$$

wherein $R^2$ is hydrogen, methyl or ethyl and $R^3$ is a alkyl group containing 1 to 30 carbon atoms, in an amount of less than 30 weight percent based upon the weight of the acrylic acid or anhydride plus the acrylic acid ester.

21. The interpolymer of claim 20 wherein $R^2$ is hydrogen or methyl and $R^3$ is an alkyl group containing 2 to 20 carbon atoms.

22. The interpolymer of claim 1 wherein said comb steric stabilizer is a polymer of dimethicone copolyol phosphate.

23. A method of interpolymerizing at least one olefinically unsaturated carboxylic acid or anhydride monomer containing at least one activated carbon to carbon olefinic double bond and at least one carboxyl group, and at least steric stabilizer having at least one hydrophilic moiety and at least one hydrophobic moiety and selected from the group consisting of:
    linear block copolymeric steric stabilizers having a hydrophobic moiety having a length of more than 50 Angstroms, random copolymeric comb steric stabilizers, and mixtures thereof,
    in an organic media consisting essentially of organic liquids, in the presence of free radical forming catalysts, wherein said carboxylic acid or anhydride is present in an amount of more than 15% by weight based upon the weight of the interpolymer.

24. The method of claim 23 wherein the steric stabilizer is present in an amount of 0.001 to 20 weight percent based upon the weight of said carboxylic acid or said anhydride.

25. The method of claim 23 wherein the steric stabilizer is present in an amount of 0.01 to 10% based upon the weight of said carboxylic acid or said anhydride.

26. The method of claim 23 wherein the steric stabilizer is present in an amount of 0.2 to 6.0% based upon the weight of said carboxylic acid or said anhydride.

27. The method of claim 23, wherein said linear block copolymeric steric stabilizer, it is defined by the following formula:

$C_w\{B-A-B_y\}_xD_z$ ,

22

EP 0 584 771 A1

wherein A is a hydrophilic moiety having a solubility in water at 25°C of 1% or greater, a molecular weight of from about 200 to about 50,000, and selected to be covalently bonded to B;

B is a hydrophobic moiety having a molecular weight of from about 300 to about 60,000, a solubility of less than 1% in water at 25°C, capable of being covalently bonded to A;

C and D are terminating groups which can be A or B, can be the same or different groups,

w is 0 or 1;

x is an integer of 1 or more.

y is 0 or 1, and

z is 0 or 1.

28. The method of claim 23, wherein said random copolymeric comb steric stabilizer, it is defined by the following formula:

$$R_1\text{-}(Z)_m\text{-}(Q)_n\text{-}R_2$$

where $R_1$ and $R_2$ are terminating groups and may be the same or different and will be different from Z and Q,

Z is a hydrophobic moiety having a solubility of less than 1% in water at 25°C,

Q is a hydrophilic moiety, having a solubility of more than 1% in water at 25°C, and

m and n are integers of 1 or more, and are selected such that the molecular weight is from about 100 to about 50,000.

29. The method of claim 23 wherein the steric stabilizer is a block copolymer of 12-hydroxystearic acid.

30. The method of claim 23 wherein the steric stabilizer is a block copolymer of 12-hydroxystearic acid and poly(ethylene oxide).

31. The method of claim 23 wherein said organic media is selected from the group consisting of hydrocarbons containing 6 to 40 carbon atoms, halocarbons, chlorofluoroalkanes, esters, and ketones.

32. The method of claim 23 wherein said organic media is mineral spirits or mineral oil or mixtures thereof.

33. The method of claim 25 wherein the polymer is separated from the organic media.

34. The method of claim 23 wherein said carboxylic acid is selected from the group consisting of acrylic acid, methacrylic acid, and maleic acid.

35. The method of claim 23 wherein said anhydride is maleic anhydride.

36. The method of claim 23 wherein said carboxylic acid or anhydride is present in amounts greater than 40 weight percent based upon the weight of the interpolymer.

37. The method of claim 1 wherein at least one olefinically unsaturated monomer containing at least one $CH_2 = C<$ group is copolymerized therewith.

38. The method of claim 37 wherein said olefinically unsaturated monomer is an acrylamide or substituted acrylamide.

39. The method of claim 23 wherein there is present less than 5 weight percent based upon the weight of the carboxylic acid or anhydride of a polyfunctional crosslinking vinylidene monomer containing at least two terminal $CH_2<$ groups.

40. The method of claim 23 wherein said crosslinking monomer is selected from the group consisting of allyl pentaerythritol, allyl sucrose and trimethylolpropane diallylether.

41. The method of claim 23 wherein there is present at least one acrylic acid ester of the formula:

23

EP 0 584 771 A1

$$CH_2{=}\overset{\displaystyle R^2}{\underset{}{C}}{-}\overset{\displaystyle O}{\underset{}{C}}{-}O{-}R^3$$

wherein R² is hydrogen, methyl or ethyl and R³ is an alkyl group containing 1 to 30 carbon atoms, in a amount of less than 30 weight percent based upon the weight of the acrylic acid or anhydride plus the acrylic acid ester.

42. The product made by the process of claim 23.



European Patent
Office

**EUROPEAN SEARCH REPORT**

Application Number

EP    93 11 3458

## DOCUMENTS CONSIDERED TO BE RELEVANT

| Category | Citation of document with indication, where appropriate, of relevant passages | Relevant to claim | CLASSIFICATION OF THE APPLICATION (Int. Cl.5 ) |
|---|---|---|---|
| X | FR-A-2 270 268 (AGENCE NATIONAL DE VALORISATION DE LA RECHERCHE) <br> * claim 1 * <br> --- | 1 | C08F20/04 |
| A | EP-A-0 135 842 (B.F.GOODRICH) <br> --- | | |
| D,A | EP-A-0 000 424 (I.C.I.) <br> ----- | | |

| | |
|---|---|
| | TECHNICAL FIELDS SEARCHED (Int. Cl.5 ) |
| | C08F |

The present search report has been drawn up for all claims

| Place of search | Date of completion of the search | Examiner |
|---|---|---|
| THE HAGUE | 20 OCTOBER 1993 | CAUWENBERG C.L. |

CATEGORY OF CITED DOCUMENTS

X : particularly relevant if taken alone
Y : particularly relevant if combined with another document of the same category
A : technological background
O : non-written disclosure
P : intermediate document

T : theory or principle underlying the invention
E : earlier patent document, but published on, or after the filing date
D : document cited in the application
L : document cited for other reasons

& : member of the same patent family, corresponding document

EPO FORM 1503 03.82 (P04C1)