IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, ) ) ) | |
| Plaintiff, ) ) | C. A. No. 04-293 (KAJ) |
| v. ) ) | **PUBLIC VERSION** |
| HERCULES INCORPORATED and CYTEC INDUSTRIES, INC., ) ) ) ) | |
| Defendants. ) | |

**EXPERT REPORT OF JAMES N. GREENSHIELDS**

OF COUNSEL:

Ford F. Farabow, Jr.
Joann M. Neth
Eric J. Fues
A. Neal Seth
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*Hercules Incorporated*

Dated:  August 19, 2005
Public Version Dated:  September 7, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HERCULES INCORPORATED and )<br>CYTEC INDUSTRIES, INC., )<br>)<br>Defendants. )<br>)<br>)<br>) | C. A. No. 04-293 (KAJ)<br><br>PUBLIC VERSION |

### EXPERT REPORT OF JAMES N. GREENSHIELDS

1.  I, James N. Greenshields, have been retained by Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P., counsel for Hercules Incorporated ("Hercules"), to serve as an expert in the field of surfactant chemistry. My professional experience and publications are set out in my *curriculum vitae*, which is attached as Exhibit A. This report is based on information known to me as of August 19, 2005. I reserve the right to modify or expand upon my opinions based on new information or in response to additional discovery, expert reports, and testimony.

### I. BACKGROUND

2. I have worked in the field of organic chemistry for over 30 years. I obtained my degree in chemistry from the Royal Institute of Chemistry in London, England, in 1959. I obtained a master's degree from Victoria University in Manchester, England, in 1962, where the subject of my thesis was gelation in branched polymers. I first became employed by Imperial Chemical Industries, Ltd. ("ICI") in 1952, where I worked as a laboratory technician. After obtaining my master's degree, I worked as a synthetic organic chemist on a variety of polyurethane alternatives. Later, in approximately 1967, I became involved with the synthesis of

electroconductive polymers for paper coating. Starting in about 1976, I investigated the redox mechanisms of the delignification of wood pulp. Then, in the early 1980s, I worked on the elucidation of mechanisms and structures of sorbitan ester manufacture. At the same time, I headed a team of five Ph.D. chemists and eight technicians, working on the synthesis and process development of surfactants for use in the agricultural, personal care, textile, and detergent industries.

3.    In 1985, I managed research teams in the U.S. and Europe involving the synthesis of novel surfactants, process definition, and applications, including applications for Hypermer B246 and other analogs in inverse emulsions. From 1993, I worked in an international role involving projects located in the U.S., Europe, India, and Australia. Among these projects was a fundamental study of the role of surfactants, including Hypermer B246, in inverse emulsions.

4.    I retired from ICI, now Uniqema, in 1996. Since then, I have worked as a consultant specializing in surfactant science and technology. I am a named inventor on approximately 35 patents, including six that directly concern surfactant use or synthesis. Additionally, I wrote a book chapter in *Annual Surfactants Review* (2000) concerning surfactants and inverse polymerization of acrylamide.

## II.    OPINION

5.    I have reviewed the expert report of Dr. Gilbert (attached as Exhibit B) that was submitted on behalf of Ciba Specialty Chemicals Corp. ("Ciba"), where he argues that Hercules' product, PerForm® SP9232, infringes U.S. Patent Nos. 5,171,808 ("'808 patent") (attached as Exhibit C) and 5,167,766 ("'766 patent") (attached as Exhibit D).

Redacted

Redacted

Redacted

U.S. Patent No. 4,339,371 to Robinson et al. (attached as Exhibit E) was filed in 1981 and describes an acrylic acid/acrylamide copolymer prepared by inverse emulsion using the surfactants sorbitan monooleate in Example 1 and Rapisol B246 (Hypermer B246) in Example 6. No crosslinking was reported in either example.

Redacted

9. I have reviewed the prosecution history of the '808 patent and understand that in successfully overcoming the Durand prior art reference, the applicants told the U.S. Patent Office that surfactants such as sorbitan sesquioleate and polyethyleneoxide (40) sorbitol hexaoleate do not crosslink because they are monounsaturated and do not contain bi-functionality, i.e., two double bonds, two reactive groups, or one double bond and one reactive group, as specified in both the '808 and '766 patents. (See File History for Patent Application 07/535,626, Amendment of Jan. 4, 1991.)

Redacted

4

Redacted

The "hydroxyl value" is a number that indicates the presence of hydroxyl groups and corresponds to the milligrams of potassium hydroxide (KOH) per gram of compound. A higher number means that there are a greater number of hydroxyl groups. Similarly, the "iodine value" is a number that indicates the presence of unsaturation or double bonds. It is equivalent to the grams of iodine consumed by 100 grams of the compound, where it takes 254 g of iodine to consume one double bond. Again, a higher number corresponds to a higher proportion of double bonds that are present.

14. The hydroxyl and iodine values for many compounds, including the surfactants that we have been discussing, are reported by the manufacturer. I obtained product information from Hercules and other sources for several of the surfactants discussed in the '808 patent and its prosecution history, as well as sorbitan monooleate,

Redacted

Redacted

15. The hydroxyl and iodine values are as follows:

Redacted

Redacted

In their experiments with Hypermer B239, investigators found that its non-reactivity is "due to the lack of unsaturation or labile groups on the polyethylene oxide chain . . . ." Hernandez-Barajas and D. J. Hunkeler, *Use of Block Copolymer Surfactants in the Inverse-Suspension Polymerization of Acrylamide*, POLYMERS FOR ADVANCED TECHNOLOGIES, 6, pp. 509-17 (1994), at p. 511 (attached as Exhibit H). Indeed, the authors later acknowledged that Hypermer B239 is inert. Hernandez-Barajas and D. J. Hunkeler, *Inverse-Emulsion Polymerization of Acrylamide Using Block Copolymeric Surfactants: Mechanism, Kinetics and Modeling*, POLYMER, 38, 2, pp. 437-47 (1997), at p. 438 (attached as Exhibit I).

20.  In the '808 and '766 patents, the examples of crosslinkers containing two double bonds are restricted to well-recognized, highly reactive unsaturated monomers. (See Exhibit C at col. 4, lines 50-56 and Exhibit D at col. 6, lines 42-47, respectively). Crosslinkers containing one double bond and one reactive group in the '808 and '766 patents again are restricted to those containing highly reactive groups such as epoxides, aldehydes, and methylol. (See Exhibit C at col. 4, lines 56-59 and Exhibit D at col. 6, lines 48-51, respectively). In addition, reference to polyfunctional crosslinking agents in the '808 and '766 patents are restricted to those containing highly reactive functions, such as aldehydes, epoxides, and reactive chlorine. (See Exhibit C at col. 4, lines 59-63 and Exhibit D at col. 6, lines 51-59, respectively). Clearly, the '808 and '766 patents contemplate covalent crosslinking via highly reactive functional groups.

## Redacted

21.  In conclusion, oleate surfactants were characterized in connection with the '808 and '766 patents as not being crosslinking agents. In fact, the U.S. Patent Office relied on this fact in accepting that certain oleate surfactants were not crosslinking agents.

## Redacted

### III.  COMPENSATION

22.  I will be reimbursed for my time spent on this case at my usual fee of $200 per hour and for my out-of-pocket expenses.

8

IV.  **EXHIBITS TO BE USED AS SUMMARY OF OR SUPPORT FOR OPINIONS**

23. Based on the information in this report, I may prepare in the future demonstrative or summary exhibits in addition to documents cited in this report, in accordance with the Court's pretrial scheduling order.

V.  **PRIOR TESTIMONY**

24. I have not testified as an expert at trial or by deposition within the last four years.

VI.  **MATERIALS CONSIDERED**

In forming my opinions, I relied on my education, training, and experience in the field of polymer science, as well as the following:

Exhibit B - Expert Report of Dr. Gilbert
Documents referenced in Exhibit C of Expert Report of Dr. Gilbert
Exhibit C - U.S. Patent No. 5,171,808
Exhibit D - U.S. Patent No. 5,167,766
Exhibit E - U.S. Patent No. 4,339,371
Exhibit F - CYT0010220-4; CYT0010232-8; CYT0010253-7
File History for Patent Application 07/535,626
Surfactant product information bulletins

**Redacted**

Exhibit H - Hernandez-Barajas and D. J. Hunkeler, *Use of Block Copolymer Surfactants in the Inverse-Suspension Polymerization of Acrylamide*, POLYMERS FOR ADVANCED TECHNOLOGIES, 6, pp. 509-17 (1994)
Exhibit I - Hernandez-Barajas and D. J. Hunkeler, *Inverse-Emulsion Polymerization of Acrylamide Using Block Copolymeric Surfactants: Mechanism, Kinetics and Modeling*, POLYMER, 38, 2, pp. 437-47 (1997)
U.S. Patent No. 4,203,877
U.S. Patent No. 4,681,912
U.S. Patent Application Publication No. US 2004/0102528 A1
CYT0010220-349
Transcript of Rule 30(b)(6) Deposition of Hercules (witness Robert A. Gelman)
Transcript of Rule 30(b)(6) Deposition of Ciba (witness Michael B. Heard)
Transcript of Rule 30(b)(6) Deposition of Cytec (witness Paul S. Waterman)

9

## VII. OTHER TESTIMONY

25. I may also testify about how surfactant chemistry applies generally to the polymerization process, including background information regarding what one of ordinary skill in the art would have known about those subjects around 1990.

26. I reserve the right to supplement my opinions presented in this report, considering that a) discovery in this litigation is ongoing and additional information may become available to me; and b) positions taken by Ciba's experts in response to the opinions I have expressed in this report may require rebuttal. I may rely on additional documents and testimony in supplementing this report, as necessary, to respond to additional arguments presented by Ciba.

Date: August 19, 2005

_____
James N. Greenshields

Public Version Dated: September 7, 2005

10

IIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

  I, David E. Moore, hereby certify that on September 7, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

  I hereby certify that on September 7, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

Thomas L. Creel, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672306