# EXHIBIT H

Polymers for Advanced Technologies
Volume 6, pp. 509–517

# Use of Block Copolymer Surfactants in the Inverse-suspension Polymerization of Acrylamide

José Hernández-Barajas and David J. Hunkeler
*Department of Chemical Engineering, Vanderbilt University, Nashville, TN 37235, USA*

## ABSTRACT

*A comprehensive experimental investigation of the inverse microsuspension polymerization of acrylamide using an oil-soluble initiator and a block copolymeric surfactant whose hydrophobic moiety is poly(12-hydroxystearic acid) and whose hydrophilic moiety is polyethylene oxide was carried out. It was found that the initial polymerization rate was first order with respect to molar monomer concentration, first order with respect to molar initiator concentration and zeroth order with respect to molar emulsifier concentration. Based on these experimental findings, a mechanism was proposed which includes initiation, propagation transfer to monomer and termination. It also includes transfer to impurities which are believed to be found in the surfactant. The kinetic model developed from the proposed mechanism is found to be in good agreement with the experimental conversion and weight-average molecular weight data. Comparing with sorbitan esters of fatty acids, the copolymeric surfactant provides higher polymerization rate and very high and linear molecular weight comparable to those obtained by solution polymerization.*

KEYWORDS: inverse suspension; acrylamide; block copolymer surfactant; water-soluble polymers; inverse-emulsion

## INTRODUCTION

Synthetic water-soluble polymer production exceeds more than half a million tonnes per year [1]. Polyacrylamide and its copolymers are the main synthetic water-soluble polymers and are used as flocculants in waste and potable water treatment applications, as pushing fluids in enhanced oil recovery, as drag reduction agents and drilling fluids [2, 3]. Other water-swellable polymers such as cross-linked polysodium acrylate are used in superabsorbent applications.

The high enthalpy of polymerization for acrylamide ($\Delta H_p = 19.5$ Kcal/mol) and its copolymers along with the extreme solution viscosities generated render the solution polymerization process unattractive. These difficulties are generally overcome by polymerizing acrylic monomers in a heterophase water in oil polymerization process such as inverse microsuspension polymerization. In this process, an aqueous solution of the monomer(s) is emulsified under agitation in a continuous oil phase. Steric stabilizers are employed and the polymerization is initiated using, in general, oil-soluble initiators at temperatures in the range of 35–50 °C, according to the desired molecular weight.

There have been several investigations dealing with the kinetics of the inverse microsuspension of acrylamide and some of its copolymers. In particular, the studies by Baade and Reichert [4] and Hunkeler and coworkers [5, 6] are the more influential. However, most of these studies have used sorbitan esters of fatty acids such as sorbitan monooleate which presents a degradative chain transfer resulting in higher molecular weights and lower polymerization rates [6]. In addition, the stability of the final microsuspensions is, in general, poor.

There are some indications that these disadvantages may be overcome with the use of polymeric surfactants. Steric stabilization using these polymers is achieved when one end of the polymeric chain is anchored to the interface and the other end is free to move in the continuous phase. This requirement is met using block (ABA) or comb copolymers [7]. There are few papers dealing with the use of these emulsifiers in inverse emulsion polymerization and the information presented is rather qualitative [7–9].

CCC 1042-7147/95/070509-09
© 1995 by John Wiley & Sons. Ltd.

*Received 1 December 1994*
*Revised 15 December 1994*

510 / Hernández-Barajas and Hunkeler

The specific objectives of this investigation are: (1) to carry out a comprehensive kinetic investigation of the inverse microsuspension polymerization of acrylamide using a copolymeric surfactant whose hydrophobic moiety is poly(12-hydrostearic acid) and whose hydrophilic moiety is polyethylene oxide and (2) to extend the kinetic models available [5, 6] using the experimental data obtained in part (1) to be able to predict conversion and molecular weight with reaction time.

## EXPERIMENTAL

### Materials

White crystals of acrylamide (Cytec Industries) were purified by recrystallization with chloroform, dried in vacuum to constant weight and stored in silica gel desiccators.

Isopar M (Exxon), a narrow cut of an isoparafinic mixture, was chosen as the continuous phase. Hypermer B239, a gift from ICI Americas, was used as non-ionic stabilizer. The oil phase mixture was filtered using a 0.45 μm Metricel membrane filter prior to polymerization.

Azobisisobutyronitrile (AIBN, Kodak) was used as initiator and purified by recrystallization with methanol, dried in a vacuum and stored at 5°C in a freezer.

The water used was Type I reagent grade water with a resistivity of 18 mol cm obtained through a series of deionization and organic scavenger cartridges (Continental Water Systems Corporation)

### Apparatus and Procedures

The polymerization reactions were carried out in a pilot plant batch 3.7 l (1 gallon) jacketed stainless steel reactor. The reactor vessel is 168 mm ($6\frac{5}{8}$ in) in diameter and 305 mm (12 in) deep (178 mm straight side). Inside the reactor are two baffles 213 mm ($8\frac{3}{8}$ in) long and 19 mm ($\frac{3}{4}$ in) wide. The impeller shaft is 9.5 mm ($\frac{3}{8}$ in) in diameter and the impeller turbine is 76 mm (3 in) in diameter. The impeller has six blades of 12 mm ($\frac{1}{4}$ in) placed at an angle of 45°. The maximum impeller speed is 440 rpm. Also inside the reactor are one sparge tube and a platinum RTD (resistance temperature device) probe, both with an outside diameter of 6 mm ($\frac{1}{4}$ in). The RTD probe is linked to an analog signal conditioning board which in turn is linked to a A/D data acquisition board for Macintosh computers. Traditional PID (Proportional-Integral-Derivative) or PID-error squared control algorithms, written in an object-oriented language, were used to control the ratio of chilled water to high pressure steam entering the reactor jacket via an automatic pneumatic valve

Temperature control was excellent for all polymerizations and was always within ±0.5°C. Nitrogen with a purity of 99.9% (Liquid Air, Inc) was supplied through the sparge tube prior to and during the polymerization. This reduced the dissolved oxygen level to below 1 ppm in the aqueous phase. The initiator, in solution, was injected

through a septum cap to start the polymerization. Samples were withdrawn periodically at fixed time intervals by means of a bottom flush valve. The samples were received in clean 20 ml glass vials containing 0.1 ml of a 2% hydroquinone solution in type I reagent grade water. The samples were shaken and immersed in an ice bath. At the end of the polymerization, the samples were refrigerated at 10°C. The reactor vessel was immediately cleaned after use by stripping the coagulum from the baffles, shaft, impeller and walls of the vessel with high pressure steam. Then, the reactor was filled with dionized water and heated to 90°C for 1 hr. This procedure was repeated as necessary to remove all traces of polymer.

### Conversion

The determination of conversion of acrylamide monomer to polymer was done following a novel procedure which begins with the inversion of the inverse microsuspension (water-in-oil) into a direct microsuspension (oil-in-water) using Tergitol TMN-10 (Union Carbide Chemicals) as an inverting surfactant and deionized water under strong agitation. The monomer is separated from the polymer by size exclusion chromatography (SEC) using a micellar mobile phase. The high performance liquid chromatography (HPLC) system consisted of a Rheodyne 7725i injector and a Water HPLC 510 pump. In the present study a Shodex OHPAK SB-800P column was used as the stationary phase with a $25 \times 10^{-3}$ M sodium dodecyl sulfate (SDS) in highly deionized water as the mobile phase. An ultraviolet detector (Hitachi L-4000H) operating at wavelength of 214 nm was used to measure the monomer absorption. The peak heights were used to construct a calibration table and for the analysis of the unknown samples.

### Particle Size

The determination of average particle size was done by quasi-elastic light scattering (QELS) using a Brookhaven BI9000 laser light scattering system at 90°. The inverse microsuspensions were diluted with filtered pure Isopar K to a volume fraction of 0.5–2% of the dispersed phase. A 2 W Lexel argon ion laser operating at 514 nm was used to measure the mean diffusion coefficient of the particles. Diameters were then inferred using the Stokes–Einstein relationship. Measurements were performed at 25°C with disposable 20 ml glass stationary cells. Autocorrelation functions were accumulated for periods of 120 s.

### Molecular Weights

The molecular weight characterization of the precipitated polymers was done using the same laser light scattering system mentioned above. Briefly, a stock polymer solution was prepared using a 1 M NaCl in highly deionized water which was previously filtered using an on-line 0.20 μm nylon filter set up for up to 24 hr. The stock polymer solution was filtered

HERC0075870

**TABLE 1.** Experimental Conditions for the Inverse Microsuspension Polymerization of Acrylamide Using HB239 Used in this Study

| Run | Weight of AIBN (g) | Weight of acrylamide (g) | Weight of water (g) | Weight of Isopar M (g) | Weight of surfactant (g) | Temperature (°C) |
|---|---|---|---|---|---|---|
| 1 | 0.2 | 350 | 650 | 960 | 40 | 47 |
| 2 | 0.45 | 350 | 650 | 960 | 40 | 47 |
| 3 | 0.70 | 350 | 650 | 960 | 40 | 47 |
| 4 | 0.95 | 350 | 650 | 960 | 40 | 47 |
| 5 | 0.70 | 275 | 725 | 960 | 40 | 47 |
| 6 | 0.70 | 200 | 800 | 960 | 40 | 47 |
| 7 | 0.70 | 350 | 650 | 880 | 120 | 47 |
| 8 | 0.70 | 350 | 650 | 880 | 120 | 47 |
| 9 | 0.45 | 350 | 650 | 960 | 40 | 52 |
| 10 | 0.7 | 350 | 650 | 960 | 40 | 47 |

using a uniform 0.6 μm polycarbonate filter (Poretics) and then diluted to produce six polymer solutions over the range of 0.01–0.1 mg of polymer/ml of solvent. The dilute polymer solutions were centrifuged at 13,000 (20,000 g) using a Marathon 21K centrifuge for 4 hr. Later, the dilute polymer solutions were transferred to ultra clean 20 ml glass vials. Zimm plots ($Kc/R(\theta)$ versus $\sin^2(\theta) + kc$ where $K$ is a predetermined optical constant, $c$ the mass concentration, $R(\theta)$ an experimentally measured "Rayleigh factor" and $k$ an arbitrary constant) were constructed and the weight-average molecular weight was obtained by linear extrapolation wto both zero concentration and zero angle.

#### Experimental conditions

Inverse microsuspension polymerizations of acrylamide were performed isothermally with the experimental conditions stated in Table 1 at 440 rpm. Runs 1–9 used the block copolymer HB239 and run 10 employed sorbitan monoleate for comparison. The agitation speed was 440 rpm in all runs.

## RESULTS AND DISCUSSION

#### Preliminary Observations

Figure 1 shows the experimental conversion versus time data for acrylamide polymerized in inverse suspension polymerization at 47°C and 440 rpm using the copolymeric surfactant (HB239) and sorbitan monoleate (SMO). The shape of the curves is as expected with the largest rate at low conversion and the reaction rate decreasing with time. A constant polymerization rate is observed until 50–60% accompanied by a mild gel effect. Polymerization rates with HB239 are higher than those obtained with SMO. This is a consequence of the transfer activity of sorbitan monoleate [5, 6]. The double bonds present in the sorbitan monoleate molecule react with primary radicals in the continuous phase, lowering the rate of initiation and polymerization rate and increasing the molecular weight [6]. The behavior observed with HB239 is, apparently, due to the lack of unsaturation or labile groups on the polyethylene oxide chain present in the molecules of HB239.

A further indication of the inert nature of HB239 is reported in Fig. 2 where the molecular weight–weight average is plotted as a function of increasing HB239 molar concentration. Clearly, the molecular weight–weight average is independent of emulsifier concentration.

If the initial polymerization rate is plotted against the molar concentration of HB239, a straight line is obtained with a slope of 0.0 indicating a purely physical role of the emulsifier. This value contrasts with the value of −0.2 obtained with SMO for similar microsuspension polymerization studies where the emulsifier has a secondary chemical role in the reaction mechanism and with the value of 0.45 obtained with SMO in toluene [5, 10, 11]. The dependence of the initial polymerization rate on



**FIGURE 1.** Experimental conversion versus time data for the inverse microsuspension polymerization of acrylamide using ■ HB239 and ◆ SMO at 2% w (based on the total weight of suspension). Experimental conditions: $T = 47$°C, $[AIBN] = 3.33 \times 10^{-3}$ mol/l$_o$, $[M] = 4.93$ mol/l$_w$, $\Phi_{w/o} = 0.78$ and 440 rpm.

HERC0075871

512 / Hernández-Barajas and Hunkeler



**FIGURE 2.** Weight-average molecular weight ($\bar{M}_w$) of polyacrylamide versus molar concentration of HB239. Experimental conditions: $T = 47°C$, [AIBN] = $3.33 \times 10^{-3}$ mol/$l_o$, [M] = 4.93 mol/$l_w$.

monomer concentration is found to be to the 1.0 power and is similar to the findings in other studies of heterophase polymerization of acrylamide [12, 13]. Further, the observed order of the rate with respect to the initiator level is also peculiar. Figure 3 shows the initial polymerization rate plotted against the molar concentration of the initiator. A 1.0 order dependence is observed which is an indication of the presence of unimolecular termination that is competing with the traditional bimolecular termination. Since AIBN and water do not show any transfer



**FIGURE 3.** Rate of polymerization versus the first power of AIBN concentration. Experimental conditions: $T = 47°C$, [M] = 4.93 mol/$l_w$, [E] = 0.015 mol/$l_o$, $\Phi_{w,/o} = 0.78$ and 440 rpm.

activity, the impurities of the HB239 emulsifier (which transfer to the aqueous phase) are believed to be responsible for the transfer activity.

Based on these experimental observations, a mechanism for the homopolymerization of acrylamide in inverse microsuspension using HB239 will be presented in the following section.

## Mechanism

The reactions in the oil phase are:

$$I \xrightarrow{k_d} 2R^\bullet_{in,o} \tag{1}$$

$$R^\bullet_{in,o} + HC \xrightarrow{k_s} \text{inert products} \tag{2}$$

$$R^\bullet_{in,o} + M_o \xrightarrow{k_p} R^\bullet_{1,o} \tag{3}$$

$$R^\bullet_{r,o} + M_o \xrightarrow{k_p} R^\bullet_{r+1,o} \tag{4}$$

where $R^\bullet_{in,O}$, HC, $M_O$ and $R^\bullet_{r,o}$ are the symbols for primary radicals, hydrocarbon, monomer and macroradicals in the oil phases. $k_t$ is a kinetic constant and $k_p$ is the propagation constant for acrylamide. I and $k_d$ represent the initiator and its dissociation constant, respectively.

The transfer between phases is:

$$R^\bullet_{in,o} \xrightarrow{k_t} R^\bullet_{in,w} \tag{5}$$

$$R^\bullet_{r,o} \xrightarrow{k_{r,t}} R^\bullet_{r,w} \tag{6}$$

$$M_o \underset{\phi_m}{\rightleftharpoons} M_w \tag{7}$$

where the subscript w denotes a water phase concentration. $k_{r,t}$ is the mass transfer constant of an oligoradical of length $r$ which will tend to $k_t$ at small chain lengths. $\phi_m$ is the equilibrium partition coefficient of the monomer between the aqueous and organic phases.

The reactions in the water phase are:

$$R^\bullet_{in,w} + M_w \xrightarrow{k_p} R^\bullet_{1,w} \tag{8}$$

$$R^\bullet_{r,w} + M_w \xrightarrow{k_p} R^\bullet_{r+1,w} \tag{9}$$

$$R^\bullet_{r,w} + M_w \xrightarrow{k_{tm}} P_r + R^\bullet_{1,w} \tag{10}$$

$$R^\bullet_{r,w} + HC_{imp} \xrightarrow{k_s} P_r + \text{inert products} \tag{11}$$

$$R^\bullet_{r,w} + R^\bullet_{s,w} \xrightarrow{k_{td}} P_r + P_s \tag{12}$$

where $HC_{imp}$ represents hydrocarbon phase impurities which have transferred to the aqueous phase or the aqueous portion of the W/O interface. $k_{tm}$ is the transfer to monomer constant, $k_s$ is a kinetic constant and $k_{td}$ is the termination by disproportionation constant. $P_r$ and $P_s$ are dead polymer chains of length r and s, respectively.

HERC0075872

## Kinetic Model

*Initiation.* If we apply the stationary state hypothesis to primary radicals in the oil and water phases, the following equations are obtained:

$$\frac{d[R^{\cdot}_{in,o}]}{dt} \approx 0 = 2k_d[I] - k_p[R^{\cdot}_{in,o}][M_o] - k_t[R^{\cdot}_{in,o}][HC]$$

$$- \frac{k_r}{V_o}\left\{\frac{[R^{\cdot}_{in,o}]}{\Phi_r} - [R^{\cdot}_{in,w}]\right\} \qquad (13)$$

$$\frac{d[R^{\cdot}_{in,w}]}{dt} \approx 0 = \frac{k_r}{V_w}\left\{\frac{[R^{\cdot}_{in,o}]}{\Phi_r} - [R^{\cdot}_{in,w}]\right\} - k_p[R^{\cdot}_{in,w}][M_w] \qquad (14)$$

where $V_o$ and $V_w$ are the volume of the oil and water phases and $\Phi_r$ is the partition coefficient of primary radicals between the organic and aqueous phases.

From equilibrium partition measurements, we can express the concentration of monomer in the oil phase as:

$$[M_o] = \Phi_m[M_w]$$

Adding [13] and $V_w/V_o$ times eq. [14] and rearranging, we obtain:

$$[R^{\cdot}_{in,o}] = \frac{2k_d[I] - k_p[M_w][R^{\cdot}_{in,w}]\dfrac{V_w}{V_o}}{k_p\Phi_m[M_w] + k_t[HC]} \qquad (15)$$

Substituting (15) into (14) and solving $[R^{\cdot}_{in,w}]$, one obtains:

$$[R^{\cdot}_{in,w}] = 2k_d[I]\frac{Y}{\delta} \qquad (16)$$

where:

$$Y = \frac{k_r}{V_w\Phi_r}\left\{\frac{1}{k_p[M_w] + (k_r/V_w)}\right\}\left(\frac{1}{k_p\Phi_m[M_w] + k_t[HC]}\right) \qquad (17)$$

$$\delta = 1 + \frac{k_r}{V_w\Phi_r}\left\{\frac{1}{k_p[M_w] + (k_r/V_w)}\right\}$$
$$\times \left\{\frac{k_p[M_w](V_w/V_O)}{k_p\Phi_m[M_w] + k_t[HC]}\right\} \qquad (18)$$

Assuming that the main source of initiation is the diffusion of primary radicals into polymer particles, we may write:

$$R_I = k_p[M_w][R^{\cdot}_{in,w}] = 2k_d[I]\left(\frac{k_p[M_w]Y}{\delta}\right) \qquad (19)$$

We can equivalently express the rate of initiation as:

$$R_I = 2fk_d[I] \qquad (20)$$

Comparing equations (19) and (20), we obtain an expression for the efficiency of initiation, $f$:

$$f = \frac{k_p[M_w]Y}{\delta} \qquad (21)$$

which can be simplified to yield:

$$f = \frac{1}{1 + \dfrac{V_o\Phi_r}{k_r}\left(1 + \dfrac{k_r}{k_p[M_w]V_w}\right)(k_p\Phi_m[M_w] + k_t[HC])}$$
$$\cdot \frac{V_o}{V_w} \qquad (22)$$

$k_p[M]$ is large and $k_r$ is of the order of $10^{0-3}$, therefore:

$$1 + \frac{k_r}{k_p[M_w]V_w} \approx 1$$

Define the overall mass transfer constant ($k_r$) as $k_r = k_r^* \cdot A_t$ and $A_t = a_{sp} \cdot V_o$, where $A_t$ is the total interfacial area and $a_{sp}$ is the specific interfacial area per liter of oil. The expression for the efficiency of initiation can now be reduced to:

$$f = \frac{1}{1 + \dfrac{\Phi_r}{k_r^*}\left(\dfrac{k_p\Phi_m[M_w]}{a_{sp}} + \dfrac{k_t[HC]}{a_{sp}}\right)} \cdot \frac{V_o}{V_w} \qquad (23)$$

This expression can be further simplified for conditions where $f$ is not a function of conversion to the equation that we will use in our kinetic model:

$$f = \frac{1}{1 + \dfrac{\Phi_r}{k_r^*}\left(\dfrac{k_t[HC]}{a_{sp}}\right)} \cdot \frac{V_o}{V_w} \qquad (24)$$

*Rate of Polymerization.* Applying the stationary state hypothesis to macroradicals [R·], we obtain:

$$\frac{d[R^{\cdot}]}{dt} \approx 0 = R_I - k_{td}[R^{\cdot}]^2 - k_s[HC_{imp}][R^{\cdot}] \qquad (25)$$

where $[R^{\cdot}] = \sum_{r=1}^{\infty} 1R^{\cdot}_r$.

Two cases can be examined. Case 1 (unimolecular termination dominates):

$$k_s[R^{\cdot}][HC_{imp}] \gg k_{td}[R^{\cdot}]^2$$

which yields:

$$R_p = \frac{2fk_dk_p[I][M]}{k_s[HC_{imp}]} \qquad (26)$$

In this case, the rate of polymerization is proportional to the initiator and monomer concentration to the first order as many researchers have found for

HERC0075873

514 / Hernández-Barajas and Hunkeler

the inverse-microsuspension polymerizations of acrylamide [5, 11].

Case 2 (bimolecular termination dominates):

$$k_5[R^-][HC_{imp}] \ll k_{td}[R^-]^2$$

$$R_p = \left[ \frac{2fk_d[I]}{k_{td}} \right]^{1/2} \cdot k_p[M] \qquad (27)$$

which is the classical free radical polymerization equation. At high conversions termination and the reaction will be diffusion controlled. This has been modeled using the following empirical equation:

$$k_{td} = k_{td}^0 / (\exp(Aw_p))^2$$

where $A = a_0 + a_1 T$ and $w_p$ is the weight fraction of polymer in the aqueous phase, $T$ is the temperature in degrees Kelvin and $a_0$ and $a_1$ are empirical constants.

*Molecular Weights.* Using the method of moments, the following equations have been derived for the number and weight average molecular weights ($\bar{M}_N$ and $\bar{M}_W$):

$$\bar{M}_n = M_m \frac{Q_1}{Q_0}$$

$$\bar{M}_w = M_m \frac{Q_2}{Q_1}$$

where $M_m$ is the molecular weight of the monomer and $Q_i$ is the ith moment of the distribution of polymer molecules. These moments may be found by solving the following equations:

$$\frac{dQ_0}{dt} = Y_0 X$$

$$\frac{dQ_1}{dt} = Y_1 X$$

$$\frac{dQ_2}{dt} = Y_2 X$$

where $X = k_{tm}M + k_{td}Y_0$, and $Y_i$ are the moments of the macroradical distribution for molecules. The zeroth, first and second moments of the macroradical distribution are given by:

$$Y_0: 0 = R_I - k_{td}(Y_{0T})^2$$

$$Y_1 = \frac{R_I + k_{tm}MY_0 + k_pMY_0}{X}$$

$$Y_2 = \frac{R_I + 2k_pMY_1 + k_{tm}MY_{00}}{X}$$

## Parameter Estimation

In order to apply the model to specific inverse microsuspension polymerizations of acrylamide, several rate, mass transfer and partition coefficients

are needed. In the absence of available literature values these must be estimated from experimental data. These parameters will be determined by non-linear weighted least squares regression using Marquardt's procedure to minimize the sum of squares of the residuals. The total residual comprises two independent measurements, conversion and weight average molecular weight which are weighted by the reciprocal of their variances as follows:

$$\text{Min} \sum_{i=1}^{n} \left\{ \left| \left( \frac{X_{i,p} - X_{i,d}}{\sigma_{x,i}^2} \right) \right| + \left| \frac{M_{w_{i,p}} - M_{w_{i,d}}}{\sigma_{M_w,i}^2} \right| \right\}^2$$

where $n$ is the number of repetitions, $X_{i,p}$ and $X_{i,d}$ are the predicted and measured conversion. $M_{w_{i,p}}$ and $M_{w_{i,d}}$ are the model and experimental weight average molecular weights. $\sigma_{x,i}^2$ and $\sigma_{M_w,i}^2$ are the variance of the ith conversion and molecular weight measurements.

The conclusions from the parameter estimation are:

(1) The individual parameters values for $\Phi_r$, and $k_5^*$ in equation (24) are not known; experimentation into the partitioning and mass transfer of primary radicals between the oil and water phases is needed. The exact value of [HC] is also indeterminate since Isopar M is a mixture of high boiling point straight chain alkanes with some aromatics. For this reason, these parameters were fitted as a group of constants, as they appear in the kinetic model:

$$\frac{\Phi_r}{k_I^*} \left( \frac{k_4[HC]}{a_{sp}} \right)$$

The regressed value of this grouped parameter is 0.2972 at 47°C which renders $f$, the efficiency of initiation, very close to 1.0. This indicates that the rate of transfer of primary radicals from the oil to the aqueous phase is practically zero.

(2) $k_5$ and [HC$_{imp}$] in equation (26) were fitted as a single parameter. The temperature-dependence of this lumped parameter follows the Arrhenius equation with a relatively moderate negative activation energy as shown in Table 2.

## Kinetic Model Predictions

The kinetic model can predict the conversion versus time behavior very well in the range of initiators studied as indicated in Fig. 4. At lower initiator levels and high conversions, small deviations are observed. These deviations can be explained in terms of initiator starvation or a shift from unimolecular to bimolecular termination, that is, $k_{td} \gg k_5$ in our proposed mechanism.

HERC0075874

**TABLE 2.** Summary of the Main Parameter Values

| Parameter | Value | Units | Source |
|---|---|---|---|
| $k_d$ | $9.48 \times 10^{16} \exp(-30,800/RT)$ | $min^{-1}$ | [14] |
| $k_p$ | $9.9 \times 10^7 \exp(-2743/RT)$ | l/mol/min | [15–17] |
| $k_t^{1/2}$ | $9.192 \times 10^4 \exp(-741/RT)$ | l/mol/min | [15–17] |
| $k_{fm}$ | $5.73 \times 10^8 \exp(-10438/RT)$ | l/mol/min | [18] |
| $k_s[HC_{imp}]$ | $7.62 \times 10^4 \exp(-2760/RT)$ | $min^{-1}$ | This work |
| $A$ | $11.22 - 1.67 \times 10^{-2}T$ | dimensionless | This work and [18] |

The estimates of the weight average molecular weight ($\bar{M}_w$) agree reasonably well with the experimental values of $\bar{M}_w$, as reported in Fig. 5. It is interesting to note that the values of $\bar{M}_w$ for the polymers produced by inverse microsuspension polymerization using HB239 are very high (up to $1.5 \times 10^7$ under some experimental conditions) and similar in value to those reported by Kim and Hamielec for polymers produced by solution polymerization at 47°C [18]. The radius of gyration, $\langle \bar{r}^2 \rangle^{1/2}$ of our polymers is ~210–230 nm and similar in value to those reported by Kulicke *et al.* for polyacrylamides obtained in solution polymerization [2]. Therefore, when the copolymeric surfactant HB239 is used in the inverse microsuspension polymerization of acrylamide, the particles behave like isolated micro batch reactors following a solution-like mechanism. This behavior has been reported in the literature using weater-soluble initiators. However, the weight average molecular weight of the resulting polymers was found to be lower, owing to a transfer reaction to the hydrophilic part of the emulsifier [19].

The model predictions of the conversion versus time data at various levels of both the monomer and



**FIGURE 5.** ■ Experimental and —— predicted weight-average molecular weight as a function of conversion for the inverse polymerization of acrylamide. Experimental conditions: $T = 47°C$, [M] = 4.93 mol/l$_o$, [AIBN] = $3.33 \times 10^{-3}$ mol/l$_o$, [E] = 0.015 mol/l$_o$, $\Phi_{w/o}$ = 0.78 and 440 rpm.



**FIGURE 4.** Experimental and predicted conversion versus time data for the inverse microsuspension polymerization of acrylamide at various molar initiator concentrations: ■ $4.52 \times 10^{-3}$ m/l$_o$; ◆ $3.33 \times 10^{-3}$ mol/l$_o$; ⊞ $2.14 \times 10^{-3}$ mol/l$_o$; —— model. Other conditions: $T = 47°C$, [M] = 4.93 mol/L, [E] = 0.015 mol/l$_o$, $\Phi_{w/o}$ = 0.78 and 440 rpm.



**FIGURE 6.** Experimental and predicted conversion versus time behavior for the inverse suspension polymerization of acrylamide using various monomer concentrations: ■ 4.93 mol/l$_o$; ◆ 3.87 mol/l$_o$; ● 2.82 mol/l$_o$; —— model. Experimental conditions: $T = 47°C$, [AIBN] = $3.33 \times 10^{-3}$ mol/l$_o$, [E] = 0.015 mol/l$_o$, $\Phi_{w/o}$ = 0.78 and 440 rpm.

HERC0075875

516 / Hernández-Barajas and Hunkeler



**FIGURE 7.** Experimental and predicted conversion versus time behavior for the inverse microsuspension polymerization of acrylamide using various levels of emulsifier: ■ 0.045 mol/$l_o$; ◆ 0.030 mol/$l_o$; ● 0.015 mol/$l_o$; — model. Experimental conditions: $T = 47$ °C, $[M] = 4.93$ mol/$l_w$, $[AIBN] = 3.33 \times 10^{-3}$ mol/$l_o$, $\Phi_{w/o} = 0.78$ and 440 rpm.



**FIGURE 8.** Experimental and predicted conversion (—) versus time behavior for the inverse microsuspension polymerization of acrylamide at ■ 47 and ◆ 52°C. Experimental conditions: $[M] = 4.93$ mol/$l_w$, $[AIBN] = 3.33 \times 10^{-3}$ mol/$l_o$, $[E] = 0.015$ mol/$l_o$, $\Phi_{w/o} = 0.78$ and 440 rpm.

emulsifier are excellent, as is indicated in Figs 6 and 7, respectively. A 1.0 order dependence in molar monomer concentration is predicted. This has also been observed by Baade and coworkers [5, 11]. The reaction rate is independent of the emulsifier concentration ($R_p \propto [E]^0$). This is not surprising given the absence of unsaturated or labile groups on either the polyethylene oxide or 12-hydroxystearic acid. In addition, the average particle size of the particles obtained with increasing levels of HB239 is practically identical (the experimental error involved in the measurements is ±10%), as indicated in Table 3. Therefore, it is expected that the radical capture efficiency and the polymerization rate remain constant since the interfacial area is essentially unchanged. In any case, the mild decrease in the particle size with increasing emulsifier levels is probably the result of a reduction in the interfacial tension which will influence the Weber number.

**TABLE 3.** Average Particle Size and Molar Emulsifier Concentration

| Emulsifier concentration, mol/$l_0$ | Average particle size (nm) |
|---|---|
| 0.015 | 230 |
| 0.030 | 218 |
| 0.045 | 205 |

Experimental conditions: $T = 47$°C, $[AIBN] = 3.33 \times 10^{-3}$ mol/$l_w$, $[M] = 4.93$ mol/$l_w$, $\Phi_{w/o} = 0.78$ and 440 rpm.

Figure 8 shows the model predictions of conversion and the experimental values at two temperatures, 47 and 52°C. Again, the model gives reasonable predictions despite the fact that low initiator concentrations are used. As stated before, it is probable that at low initiator levels, bimolecular termination becomes more important than unimolecular termination reaction.

## CONCLUSIONS

(1) The polymerization rates of acrylamide in inverse microsuspension polymerization obtained with the block copolymeric surfactant HB239 are higher than those obtained with SMO.

(2) The initial polymerization rate of the inverse microsuspension polymerization using HB239 is found to be: (a) first order with respect to the initiator which suggests that unimolecular termination dominates: (b) first order with respect to the monomer which suggests a simple kinetics; and (c) zeroth order with respect to the emulsifier suggesting a purely physical role of the emulsifier.

(3) A kinetic model has been proposed for the inverse microsuspension polymerization of acrylamide using HB239 based on the above experimental facts and was found to predict conversion and molecular weight very well at various levels of initiator, monomer, emulsifier and temperature

(4) The obtained values of molecular weights of the polymers obtained with the copolymeric surfactant HB239 are very high (up to $1.5 \times$

HERC0075876

$10^7$ under some conditions). Additionally, both the molecular weights and radii of gyration of the polymers produced with HB239 are similar in value to those obtained with solution polymerization, indicating that a linear backbone is synthesized.

## REFERENCES

1. J. Goin, *Water Soluble Polymers*, CEH Marketing Research Report 582.000 D-E, SRI International (1991).
2. W. M. Kulicke, M. Kotter and M. Grujer, *Adv. Polym. Sci.*, 89, 1 (1989).
3. X. L. Meltzer, *Water Soluble Polymers*, Noyes Data Corporation, Park Ridge, New Jersey (1979).
4. W. Baade and K. H. Reichert, *Eur. Polym. J.*, 20, 505 (1984).
5. D. J. Hunkeler, A. E. Hamielec and W. Baade, *Polymer*, 30, 127 (1989).
6. D. J. Hunkeler and A. E. Hamielec, *Polymer*, 32, 14 (1991).
7. J. D. Schofield, in *Recent Developments in the Technology of Surfactants*, M. R. Porter, ed., Elsevier. London (1990).
8. G. Bognolo, in *Industrial Applications of Surfactants II*, D. R. Karsa, ed., The Royal Society of Chemistry. Cambridge (1990).
9. G. Kruger, in *Industrial Applications of Surfactants*, D. R. Karsa, ed., The Royal Society of Chemistry, Cambridge (1991).
10. W. Baade, Ph.D. Thesis, Technical University of Berlin, Berlin, Germany (1986).
11. W. Baade and K. H. Reichert, *Makromol. Chem. Rapid Commun*, 7, 235 (1986).
12. J. W. Vanderhoff, F. V. Disteffano, M. S. El-Aasser, R. O'Leary, O. M. Schoffer and D. L. Visoli, *J. Dispersion Sci. Technol*, 5, 323 (1984).
13. F. Candau and Y. S. Leong, *J. Polym. Sci., Polym. Chem. Ed.*, 23, 193 (1985).
14. *Azo Polymerization Initiators*, Wako Chemical Industries LTD (1993).
15. D. J. Currie, F. S. Dainton and W. S. Watt, *Polymer*. 6, 451 (1965).
16. T. Ishige and A. E. Hamielec, *J. Appl. Polym. Sci.*. 17, 1479 (1973).
17. F. S. Dainton and M. Tordoff, *Trans. Faraday Soc.*, 53, 499 (1953).
18. C. J. Kim and A. E. Hamielec, *Polymer*, 25, 845 (1984).
19. M. V. Dimone, C. M. Boghina, N. N. Marinescu, M. M. Marinescu, C. I. Cincu and C. G. Oprescu, *Eur. Polym. J*, 18, 639 (1982).

HERC0075877

# EXHIBIT I



*Polymer* Vol. 38 No. 2, pp. 437–447, 1997
Copyright © 1996 Elsevier Science Ltd
Printed in Great Britain. All rights reserved
0032-3861/97 $17.00 + 0.00

S0032-3861(96)00506-X

# Inverse-emulsion polymerization of acrylamide using block copolymeric surfactants: mechanism, kinetics and modelling

## José Hernández-Barajas and David J. Hunkeler*
*Department of Chemical Engineering, Vanderbilt University, Nashville, TN 37212, USA*
*(Received 25 January 1996)*

A comprehensive experimental investigation of the inverse-emulsion polymerization of acrylamide was carried out using an oil soluble initiator and a block copolymeric surfactant whose hydrophobic moiety is poly(12-hydroxystearic acid) and whose hydrophilic moiety is polyethylene oxide. It was found that the initial polymerization rate was first order with respect to molar monomer concentration, first order with respect to molar initiator concentration, and zeroth order with respect to molar emulsifier concentration. Based on these experimental findings, a mechanism was proposed which includes initiation, propagation, transfer to monomer and termination. The elementary reaction scheme also includes transfer to impurities which are found in the surfactant. The kinetic model developed from the proposed mechanism is found to be in good agreement with the experimental conversion and weight-average molecular weight data. Compared with sorbitan esters of fatty acids, the copolymeric surfactant provides higher polymerization rates and very high and linear molecular weights. These are comparable to those obtained by solution polymerization, however the total monomer level in the recipe can be substantially greater. Furthermore, stable inverse-latices can be produced at emulsifier levels as low as 2 wt%. Copyright © 1996 Elsevier Science Ltd.

(Keywords: acrylamide; block copolymeric surfactant; inverse-emulsion; inverse-microsuspension polymerization; water soluble polymers)

## INTRODUCTION

Polyacrylamide and acrylamide based copolymers are important synthetic water soluble polymers which are used as coagulants and flocculants in waste water and potable water treatment applications. They are also employed as pushing fluids in enhanced oil recovery, as drag reduction agents and drilling fluids, as additives in paper making, and as thickening agents. These water soluble polymers have a multi-billion dollar market value with projected annual sales growth rates (5–8%) exceeding those of most segments of the chemical and polymer industries[1,2].

Acrylamide has the largest $k_p/k_t^{1/2}$ of any commercial olefinic monomer, and the corresponding kinetics permit the synthesis of water soluble polymers with molecular weights exceeding 10 000 000 Daltons. The high enthalpy of polymerization for acrylamide ($\Delta H_p = 19.5\,\text{kcal mol}^{-1}$) along with extreme solution viscosities generated by the high molecular weights leads to problems in large scale reactor operation including non-uniform mixing and heat transfer limitations. This renders the solution polymerization process unattractive. These difficulties are generally overcome by polymerizing the acrylic monomer(s) in a heterophase water-in-oil (w/o) polymerization process such as inverse-suspension (emulsion) polymerization[3]. In this process, an aqueous

solution of the monomer(s) is emulsified under agitation in a continuous aliphatic oil phase. Steric stabilizers are employed and the polymerization is initiated using, in general, oil soluble initiators at temperatures in the range of 35–50°C. This process allows for polymerizations at high solid concentrations, low viscosities and with good temperature control.

The level of understanding of inverse-emulsion polymerization has continued to grow over the past 30 years. During the 1980s, efforts were dedicated to the elucidation of the reaction mechanism, kinetic measurements and reactor modelling of the inverse-emulsion polymerization processes. The kinetic behaviour of inverse-emulsion polymerization is complex and is specific to a given monomer-emulsifier-initator-continuous phase set. Unfortunately, all the kinetic studies have emphasized the use of sorbitan esters of fatty acids such as sorbitan monooleate which presents a degradative chain transfer reaction resulting in branched homopolymers and lower polymerization rates. In addition, the stability of the final emulsions is poor.

Industrially, these disadvantages seem to be overcome with the use of certain triblock polymeric (ABA) surfactants such as linear block copolymers of polyester–polyethylene oxide–polyester prepared by reacting condensed 12-hydroxystearic with polyethylene oxide[4] as is outlined in the US Patent 4,203,877. Steric stabilization using these polymers is achieved when the polyethylene oxide chain is anchored to the interface and the

*To whom correspondence should be addressed. Present address: Department of Chemistry (IGC-I), Swiss Federal Institute of Technology, CH-1015 Lausanne, Switzerland

HERC0075888

*Inverse-emulsion polymerization of acrylamide: J. Hernández-Barajas and D. J. Hunkeler*

poly(12-hydroxystearic acid) end is free to move in the continuous phase. The stabilization is enhanced relative to the low molecular weight fatty acid ester derivatives due to the inherent advantages of triblock surfactants as well as the larger extended length of the poly(12-hydroxystearic acid). 115 Å, compared with 20–22 Å for $C_{18}$ sorbitan esters[8]. There are few papers dealing with the use of these emulsifiers in inverse-emulsion polymerization and the information presented is rather qualitative and incomplete[9–10]. The objectives of this investigation are: (i) to carry out a comprehensive kinetic investigation of the inverse-emulsion polymerization of acrylamide using these block copolymeric surfactants; (ii) to extend the kinetic models available[11,12] using the experimental data obtained in part (i) to be able to predict conversion and molecular weight as a function of the reaction time; (iii) to characterize the final products obtained by inverse-emulsion polymerization using these block copolymeric surfactants and sorbitan monooleate.

## EXPERIMENTAL

### Materials

White crystals of acrylamide (Cytec Industries Inc., Charlotte, NC) were purified by recrystallization with Certified-ACS chloroform (Fisher Scientific, Norcross, GA), dried in vacuum to constant weight, and stored in silica gel desiccators.

Isopar-M (Exxon, supplied by ChemCentral, Nashville, TN), a narrow cut of an isoparaffinic mixture, was chosen as the continuous phase. Hypermer B239 (a linear block copolymer of polyester–polyethylene oxide–polyester prepared by reacting condensed 12-hydroxystearic with polyethylene oxide and peroxide-free sorbitan monooleate (G-946), gifts from ICI Americas (Wilmington, DE), were used as nonionic stabilizers. The HB239, while it contains aromatic impurities, was found to have no radical generating species as evidenced by a lack of any polymerization reaction in the absence of chemical initiators. Sorbitan monooleate was purified by repeated washing with acetone to remove any soluble impurities. The surfactant was then kept under vacuum at 50°C for 5 days to strip any other volatile components and decompose any species which could initiate the reaction. The oil phase mixture was filtered using a 0.45 mm Metricel membrane filter (Fisher Scientific, Norcross, GA) prior to polymerization.

Azobisisobutyronitrile (AIBN, Kodak, Rochester, NY) was used as an initiator and purified by recrystallization with Certified ACS methanol (Fisher Scientific, Norcross, GA), dried in vacuum and stored at −5°C in a freezer.

The water used was Type I reagent grade water with a resistivity of at least 18 cm obtained through a megohms/ series of deionization and organic scavenger cartridges (Continental Water Systems Corporation, San Antonio, TX)

### Polymer synthesis

Syntheses were performed in a 5 L stainless steel reactor equipped with an external heating/cooling jacket. The reactor was computer controlled using an error-squared proportional–integral–derivative (PID) controller to within ±0.5°C throughout the reaction by varying the chilled water-to-steam ratio entering the cooling jacket. The reactor was sparged continually with

purified 99.99% nitrogen (AL Compressed Gas, Nashville, TN) to remove any residual oxygen which would consume radicals and interfere with the polymerization. The initiator, in solution with Certified ACS acetone (Fisher Scientific, Norcross, GA), was injected through a septum cap placed at the top of the reactor to start the polymerization. Samples were withdrawn periodically at fixed time intervals by means of a bottom flush valve. Further details of the polymerization procedure have been reported elsewhere[13].

### Conversion

The determination of conversion of acrylamide monomer to polymer was carried out by following a novel phase-inversion micellar mobile phase method[14]. Briefly, this procedure begins with the inversion of the inverse-emulsion (water-in-oil) into a direct emulsion (oil-in-water) using Tergitol TMN-10 (Union Carbide Chemicals and Plastics Co., Inc., Danbury, CT) as an inverting surfactant and deionized water under strong agitation. The monomer is separated from the polymer by size exclusion chromatography (s.e.c.) using a micellar mobile phase. The high pressure liquid chromatography (h.p.l.c.) system consisted of a Rheodyne 7725i injector (Cotati, CA) and a Waters HPLC 510 pump (Waters, Millford, MA). A Shodex OHPAK SB-800P column (JM Science, Buffalo, NY) was used as the stationary phase with a $25 \times 10^{-3}$ M sodium dodecyl sulfate (SDS) in highly deionized water as the mobile phase. An ultraviolet (u.v.) detector (Hitachi L-4000H, Tokyo, Japan), operating at a wavelength of 214 nm, was used to measure the monomer absorption. The peak heights were used to construct a calibration table and for the analysis of the unknown samples. Samples from a given experiment were always analysed together within a 10-h period. Chromatograms were collected on either a HP Vectra 286 or a 486 computer running Viscotek GPC PRO Version 4.01 software (Houston, TX).

### Particle size

The determination of the average particle size was carried out by dynamic light scattering. The system consisted of a Lexel Argon-ion laser (2W) operating at 15 mW and a Brookhaven BI-DS Goniometer (Brookhaven Instruments Corporation, Holtsville, NY). Data were acquired for up to 60 s with a 486 PC containing a Brookhaven BI9000 card. Diameters were then inferred using the Stokes–Einstein relationship from measurements of a mean diffusion coefficient. Measurements were performed at 25°C with disposable presterilized 20 ml glass stationary cells (Fisher Scientific, Norcross, GA). The inverse-emulsions were dispersed with filtered pure Isopar-K (Exxon, supplied by ChemCentral, Nashville, TN) to a volume fraction of 0.5 to 2% of the dispersed phase.

### Molecular weights

Static light scattering experiments were also performed on the same Brookhaven system using a laser intensity of 20 mW. Polyacrylamide aliquots were withdrawn from the reactor and precipitated immediately in Certified ACS acetone (Fisher Scientific, Norcross, GA). These were then dried to constant weight under vacuum for 12 h at 25°C. A stock polyacrylamide solution (1000 ppm) was prepared directly in 1.0 M NaCl. Following complete dissolution (several days) the stock

HERC0075889

*Inverse-emulsion polymerization of acrylamide: J. Hernández-Barajas and D. J. Hunkeler*

solution (approximately 1 mg mL$^{-1}$) was filtered twice through 0.65 $\mu$m Nucleopore cylindrical pore membranes (Fisher Scientific, Norcross, GA). The stock solution was then diluted with aqueous sodium chloride in a laminar flow hood and placed in 30 mL polypropylene centrifuge tubes. These were centrifuged at 21 000 g for 4.0 h using a Marathon 21 K centrifuge (Fisher Scientific, Norcross, GA). The centrifuge tubes were then returned to the laminar flow hood and the solutions were transferred to precleaned 20 mL scintillation glass vials. Following the sealing of the vials, the samples were taken to the analytical room for analysis. The samples were analysed within 1 h of being removed from the centrifuge, and in all cases the molecular weight estimates were based on four independent angular scans of each sample. The sodium chloride solvent was recirculated for a period of 24 h through a nylon filter (0.2 $\mu$m). This provided virtually dust free solvent. Zimm plots ($Kc/R(q)$ versus $\sin^2(q) + kc$, where $K$ is a pre-determined optical constant, $c$ the mass concentration, $R(q)$ an experimentally measured 'Rayleigh Factor' and $k$ an arbitrary constant) were constructed and the weight-average molecular weight was obtained by linear extrapolation to both zero concentration and zero angle. The laser was aligned so that the product of the intensity and the sine of the measurement angle ($\theta$) varied by less than 2% over the angular range 20–165°.

### Partitioning studies

A set of partitioning studies was performed to determine the equilibrium partition coefficient of acrylamide between the aqueous and organic phases. The aqueous phase consisted of a 0.5 mol L$^{-1}$ acrylamide solution prepared with highly deionized water. The organic phase contained 0.13% weight surfactant. Emulsions were prepared using an organic phase to aqueous phase ratio of 1 (volume). The emulsions were agitated vigorously for 6 h to ensure equilibrium. The phases were then decanted for periods of up to 12 h. The aqueous phase was carefully extracted from the bottom and filtered with a 0.2 $\mu$m nylon filter to remove all traces of surfactant. In all cases the aqueous phase was clear. H.p.l.c. was used to measure the amount of acrylamide solubilized by the organic phase. The HPLC system was the same as previously reported in this paper with the exception of a Hitachi L6000 isocratic pump (Hitachi Instruments, Tokyo, Japan). A stainless steel filter and a CN precolumn (Waters, Millford, MA) were connected in-line between the pump and the column. The CN column used was housed in Waters Radial Pak RCM system, operating at a nominal pressure of 180 kg cm$^{-2}$. The column had an 8 mm i.d. and was packed with 10 $\mu$m particles (mean pore size 125 Å), with a 6% carbon load bonded to a $\mu$-porasil (silica) substrate. The mobile phase consisted of acetonitrile/water (50/50 vol%) with 0.01 M dibutylamine with the pH adjusted to 3.0 with phosphoric acid (85 wt%, Fisher Scientific, Norcross, GA). The flowrate was set at 2.0 mL min$^{-1}$. Details of the h.p.l.c. method have been reported elsewhere[15]

### Experimental conditions

Inverse-emulsion polymerizations of acrylamide were carried out isothermally over the temperature range 42–52°C. The surfactant was used in levels up to 6 wt% based on the total amount of emulsion. In order to reduce

the heat generation rate, equal weights of aqueous and oil phases were used in the recipe. The specific experimental conditions for each polymerization are listed in *Table 1*.

## RESULTS AND DISCUSSION

### Preliminary observations

*Figure 1* shows the experimental conversion vs time data for two inverse-emulsion polymerizations of acrylamide at 47°C and 440 RPM using the copolymeric surfactant (Hypermer B239) and sorbitan monooleate (SMO), respectively. The shape of the curves is as expected[11] with the maximum rate at low conversion and the reaction rate decreasing with time. In addition to the constant polymerization rate observed until 50–60%, a mild gel-effect, which is not visually evident, is also characteristic of these acrylamide polymerizations[11]. Polymerization rates with SMO are lower than those obtained with HB239. This is a consequence of the transfer activity of sorbitan esters of fatty acids[11] and the inert nature of the Hypermer B 239 which will be discussed in the section on kinetic modelling.

A further indication of the inert nature of Hypermer B239 is reported in *Figure 2*, where the weight-average molecular weight of the precipitated homopolymers is plotted as a function of the Hypermer B239 molar concentration. Clearly, the weight-average molecular weight is independent of emulsifier concentration indicating a lack of any chain transfer activity to the HB239. If the initial polymerization rate is plotted against the molar concentration of Hypermer B239, a straight line is obtained with a slope of 0.0 indicating a purely physical role for the emulsifier. This value contrasts with the value of −0.2 obtained with SMO for similar inverse-emulsion polymerization studies where the emulsifier has a secondary chemical role in the reaction mechanism and with the value of 0.45 obtained with SMO in toluene where inverse-micelles are present[11,16,17]

The dependence of the initial polymerization rate on monomer concentration is found to vary to the 1.0 power and is similar to the findings in other studies of heterophase polymerization of acrylamide, both in inverse-macroemulsion and inverse-microemulsion[11,17–19]. *Figure 3* shows the initial polymerization rate plotted against the molar concentration of initiator. A 1.0 order dependence is observed which is an indication of the presence of unimolecular termination that is competing with the traditional bimolecular reaction (disproportionation). This behaviour is also characteristic of heterophase water-in-oil polymerizations with oil soluble initiators[11]. Since AIBN and water do not show any transfer activity[20], the impurities of the Hypermer B239 emulsifier such as xylene are believed to be responsible for this transfer activity[1] As support for this hypothesis, we refer to the work of Candau who has shown, for inverse-microemulsion polymerization of acrylamide in aromatic continuous phases, that toluene can act as a unimolecular terminating agent[21].

---

[1] Generally, negative dependencies of the polymerization rate on the surfactant concentration are characteristic of a reactive interface, while positive dependencies are attributed to the role of the surfactant in particle nucleation
[†] Clearly the Hypermer B239 surfactant is not the radically active species in contrast to the case of inverse-suspension polymerizations with fatty acid esters of sorbitan[11] where the emulsifier is reactive

HERC0075890

*Inverse-emulsion polymerization of acrylamide: J. Hernández-Barajas and D. J. Hunkeler*

Table 1 Experimental conditions for the inverse-emulsion polymerization of acrylamide using HB239

| Run | Weight of AIBN (g) | Weight of acrylamide (g) | Weight of water (g) | Weight of Isopar-M (g) | Weight of surfactant (g) | Temperature (°C) | Agitation rate (RPM) |
|---|---|---|---|---|---|---|---|
| 1 | 0.20 | 350 | 650 | 960 | 40 | 47 | 440 |
| 2 | 0.45 | 350 | 650 | 960 | 40 | 47 | 440 |
| 3 | 0.70 | 350 | 650 | 960 | 40 | 47 | 440 |
| 4 | 0.95 | 350 | 650 | 960 | 40 | 47 | 440 |
| 5 | 0.70 | 275 | 725 | 960 | 40 | 47 | 440 |
| 6 | 0.70 | 200 | 800 | 960 | 40 | 47 | 440 |
| 7 | 0.70 | 350 | 650 | 880 | 120 | 47 | 440 |
| 8 | 0.70 | 350 | 650 | 920 | 80 | 47 | 440 |
| 9 | 0.45 | 350 | 650 | 960 | 40 | 52 | 440 |
| 10 | 0.70 | 350 | 650 | 960 | 40 | 47 | 440 |
| 11 | 0.70 | 350 | 650 | 960 | 40 | 42 | 440 |

Based on these experimental observations, a mechanism for the homopolymerization of acrylamide in inverse-emulsion using block copolymeric surfactants has been elucidated and will be presented in the following section.

*Mechanism*

Reactions in the oil phase:

$$I \xrightarrow{k_d} 2R^\bullet_{in,O} \qquad (1)$$

$$R^\bullet_{in,O} + HC \xrightarrow{k_s} \text{inert products} \qquad (2)$$

$$R^\bullet_{in,O} + M_O \xrightarrow{k_p} R^\bullet_{1,O} \qquad (3)$$

$$R^\bullet_{r,O} + M_O \xrightarrow{k_p} R^\bullet_{r+1,O} \qquad (4)$$

where $R^\bullet_{in,O}$, HC, $M_O$ and $R^\bullet_{r,O}$ are the symbols for primary radicals, hydrocarbon, monomer and macroradicals in the organic phase, $k_s$ is a kinetic constant and $k_p$ is the propagation constant for acrylamide. I and $k_d$ represent the initiator and its dissociation constant, respectively.

Transfer between phases:

$$R^\bullet_{in,O} \xrightarrow{k_f} R^\bullet_{in,W} \qquad (5)$$

$$R^\bullet_{r,O} \xrightarrow{k_{tr}} R^\bullet_{r,W} \qquad (6)$$

$$M_O \overset{\Phi_m}{\rightleftharpoons} M_W \qquad (7)$$

where the subscript 'w' denotes a water phase concentration, $k_{r,t}$ is the mass transfer constant of an oligoradical of length $r$ which will tend to $k_f$ at small chain lengths[11]. $\Phi_m$ is the equilibrium partition coefficient of monomer between the aqueous and organic phase.

Reactions in the water phase:

$$R^\bullet_{in,W} + M_W \xrightarrow{k_p} R^\bullet_{1,W} \qquad (8)$$

$$R^\bullet_{r,W} + M_W \xrightarrow{k_p} R^\bullet_{r+1,W} \qquad (9)$$

$$R^\bullet_{r,W} + M_W \xrightarrow{k_{fm}} P_r + R^\bullet_{1,W} \qquad (10)$$

$$R^\bullet_{r,W} + HC_{imp} \xrightarrow{k_s} P_r + \text{inert products} \qquad (11)$$

$$R^\bullet_{r,W} + R^\bullet_{s,W} \xrightarrow{k_{td}} P_r + P_s \qquad (12)$$



Figure 1 Experimental conversion vs time data for the inverse-emulsion polymerization of acrylamide using HB239 (■) and SMO (●) at 2 wt% (based on the total weight of emulsion). Experimental conditions: $T = 47°C$, [AIBN]$= 3.33 \times 10^{-3}$ mol $L_O^{-1}$, [M] $= 4.93$ mol $L_w^{-1}$, $\Phi_{w,/O} = 0.78$ and 440 RPM



Figure 2 Weight-average molecular weight ($\bar{M}_w$) of polyacrylamide vs the molar concentration of HB239. Experimental conditions: $T = 47°C$, [AIBN] $= 3.33 \times 10^{-3}$ mol $L_O^{-1}$, [M] $= 4.93$ mol $L_w^{-1}$, $\Phi_{w,/O} = 0.78$ and 440 R.P.M.

HERC0075891

*Inverse-emulsion polymerization of acrylamide: J. Hernández-Barajas and D. J. Hunkeler*



Figure 3  Rate of polymerization vs the first power of AIBN concentration. Experimental conditions: $T = 47°C$, $[M] = 4.93$ mol $L_W^{-1}$, $[E] = 0.015$ mol $L_O^{-1}$, $\Phi_{w/o} = 0.78$ and 440 RPM

where $HC_{imp}$ represents hydrocarbon phase impurities which have transferred to the aqueous phase or the aqueous portion of the W/O interface. $k_{fm}$ is the transfer to monomer constant, $k_5$ is a kinetic constant and $k_{td}$ is the termination by disproportionation constant. $P_r$ and $P_s$ are dead polymer chains of length $r$ and $s$, respectively.

## KINETIC MODEL

### Initiation

If we apply the stationary state hypothesis to primary radicals in the oil and water phases, the following equations are obtained:

$$\frac{d[R_{in,o}^\bullet]}{dt} \approx 0 \doteq 2k_d[I] - k_p[R_{in,o}^\bullet][M_O] - k_4[R_{in,o}^\bullet][HC]$$
$$- \frac{k_r}{V_O}\left(\frac{[R_{in,o}^\bullet]}{\Phi_r} - [R_{in,w}^\bullet]\right) \quad (13)$$

$$\frac{d[R_{in,w}^\bullet]}{dt} \approx 0 = \frac{k_r}{V_W}\left(\frac{[R_{in,o}^\bullet]}{\Phi_r} - [R_{in,w}^\bullet]\right)$$
$$- k_p[R_{in,o}^\bullet][M_W] \quad (14)$$

where $V_O$ and $V_W$ are the volume of the oil and water phases and $\Phi_r$ is the partition coefficient of primary radicals between the organic and aqueous phases.

From equilibrium partitioning measurements, we can express the concentration of monomer in the oil phase as:

$$[M_O] = \Phi_m[M_W]$$

Adding equation (13) and $\frac{V_W}{V_O} \times$ equation (14), and rearranging, we obtain:

$$[R_{in,o}^\bullet] = \frac{2k_d[I] - k_p[M_W][R_{in,w}^\bullet]\frac{V_W}{V_O}}{k_p\Phi_m[M_W] + k_4[HC]} \quad (15)$$

Substituting equation (15) into equation (14) and solving for $[R_{in,w}^\bullet]$, one obtains:

$$[R_{in,w}^\bullet] = 2k_d[I]\frac{\gamma}{\delta} \quad (16)$$

where:

$$\gamma = \frac{k_r}{V_W\Phi_r}\left(\frac{1}{k_p[M_W] + \frac{k_r}{V_W}}\right)\left(\frac{1}{k_p\Phi_m[M_W] + k_4[HC]}\right) \quad (17)$$

$$\delta = 1 + \frac{k_r}{V_W\Phi_r}\left(\frac{1}{k_p[M_W] + \frac{k_r}{V_W}}\right)\left(\frac{k_p[M_W]\frac{V_W}{V_O}}{k_p\Phi_m[M_W] + k_4[HC]}\right) \quad (18)$$

Assuming that the main source of initiation is the diffusion of primary radicals into polymer particles, we may write:

$$R_I = k_p[M_W][R_{in,w}^\bullet] = 2k_d[I]\left(\frac{k_p[M_W]\gamma}{\delta}\right) \quad (19)$$

We can equivalently express the rate of initiation as:

$$R_I = 2fk_d[I] \quad (20)$$

Comparing equations (19) and (20), we obtain an expression for the efficiency of initiation, $f$:

$$f = \frac{k_p[M_W]\gamma}{\delta} \quad (21)$$

which can be simplified to give:

$$f = \frac{1}{1 + \frac{V_O\Phi_r}{k_r}\left(1 + \frac{k_r}{k_p[M_W]V_W}\right)(k_p\Phi_m[M_W] + k_4[HC])}$$
$$\times \frac{V_O}{V_W} \quad (22)$$

$k_p[M]$ is large and $k_r$ is of the order of $10^{0-3}$, so therefore:

$$1 + \frac{k_r}{k_p[M_W]V_W} \approx 1$$

Defining the overall mass transfer constant $(k_r)$ as:

$$k_r = k_r^* \cdot A_t$$

and

$$A_t = a_{sp} \cdot V_O$$

where $A_t$ is the total interfacial area and $a_{sp}$ is the specific interfacial area per litre of oil. The expression for the efficiency of initiation can now be reduced to:

$$f = \frac{1}{1 + \frac{\Phi}{k_r^*}\left(\frac{k_p\Phi_m[M_W]}{a_{sp}} + \frac{k_4[HC]}{a_{sp}}\right)} \cdot \frac{V_O}{V_W} \quad (23)$$

This expression can be further simplified for conditions where $f$ is not a function of conversion to the equation that we will use in our kinetic model:

$$f = \frac{1}{1 + \frac{\Phi_r}{k_r^*}\left(\frac{k_4[HC]}{a_{sp}}\right)} \cdot \frac{V_O}{V_W} \quad (24)$$

HERC0075892

*Inverse-emulsion polymerization of acrylamide: J. Hernández-Barajas and D. J. Hunkeler*

*Rate of polymerization*

Applying the stationary state hypothesis to macro-radicals [R•], we obtain:

$$\frac{d[R^\bullet]}{dt} \approx 0 = R_1 - k_{td}[R^\bullet]^2 - k_5[HC_{imp}][R^\bullet] \quad (25)$$

where

$$[R^\bullet] = \sum_{r=1}^{\infty}[R_p^\bullet]$$

Two cases can be examined:

Case 1: (Unimolecular termination dominates)

$$k_5[R^\bullet][HC_{imp}] \gg k_{td}[R^\bullet]^2$$

which yields:

$$R_p = \frac{2f k_d k_p[I][M]}{k_5[HC_{imp}]} \quad (26)$$

In this case, the rate of polymerization is proportional to the initiator and monomer concentration to the first order as many researchers have found for the inverse-emulsion polymerizations of acrylamide[11,17], and we report herein.

Case 2: (Bimolecular termination dominates)

$$k_5[R^\bullet][HC_{imp}] \ll k_{td}[R^\bullet]^2$$

$$R_p = \left[\frac{2f k_d[I]}{k_{td}}\right]^{\frac{1}{2}} \cdot k_p[M] \quad (27)$$

which is the classical free radical polymerization equation. At high conversions termination and the reaction is diffusion controlled. This has been modelled using the following empirical equations, as is standard for acrylamide polymerizations[11,22].

$$k_{td} = k_{td}^0/(\exp(Aw_p)) \quad (28)$$

where $A = a_0 + a_1 T$, $w_p$ is the weight fraction of polymer in the aqueous phase, $T$ is the temperature in degrees Kelvin and $a_0$ and $a_1$ are empirical constants.

*Molecular weights*

Using the method of moments, the following equations have been derived for the number and weight average molecular weights ($\bar{M}_n$ and $\bar{M}_w$)[11]:

$$\bar{M}_n = M_m \frac{Q_1}{Q_0} \quad (29)$$

$$\bar{M}_w = M_m \frac{Q_2}{Q_1} \quad (30)$$

where $M_m$ is the molecular weight of the monomer and $Q_i$ is the $i$th moment of the distribution of polymer molecules. These moments may be found by solving the following equations:

$$\frac{dQ_0}{dt} = Y_0 X \quad (31)$$

$$\frac{dQ_1}{dt} = Y_1 X \quad (32)$$

$$\frac{dQ_2}{dt} = Y_2 X \quad (33)$$

where $X = k_{fm}M + k_{td}Y_0$, and $Y_i$ are the moments of the macroradical distribution for molecules. The zeroth, first and second moments of the macroradical distribution are given by[11]:

$$Y_0: \ 0 = R_1 - k_{td}(Y_{0T})^2 \quad (34)$$

$$Y_1 = \frac{R_1 + k_{fm}MY_0 + k_pMY_0}{X} \quad (35)$$

$$Y_2 = \frac{R_1 + 2k_pMY_1 + k_{fm}MY_0}{X} \quad (36)$$

*Effect of emulsifier type on the rate of polymerization*

As was discussed earlier, the low rates of polymerization of acrylamide in inverse-emulsion with sorbitan monooleate have been explained in terms of the emulsifier's chain transfer activity[11]. Sorbitan monooleate has an unsaturated carbon in the middle of its hydrophilic tail and five labile hydroxy functional groups on its surfactant head. These radically active functional groups can react with primary radicals in the continuous phase, lowering the polymerization rate and increasing the molecular weight[11]. Since our partitioning experiments show that the amount of acrylamide present both in the bulk organic phase and in the emulsifier boundary layer are similar using the HB239 and SMO ($\approx$ 1–2% acrylamide by weight), the high polymerization rate observed with HB239 is due to two factors: (1) the lack of unsaturation or reactive functional groups in the molecule of Hypermer B239; (2) the presence of xylene in the HB239 ($\approx$ 5% by weight)[23] which may enhance the solubilization of AIBN in the interfacial layer[24]. The solubilization of AIBN in xylenes is significant since the initiator efficiency is higher if the initiator molecules are partly located in the emulsifier sheath because the heterophase diffusion of the initiator (oil to water), which normally scavenges radicals due to organically soluble impurities, is eliminated. This causes an increase in both the initiation and polymerization rates. The effect on the initiation efficiency is explained kinetically through equation (24). By combining our observations with a prior investigation[11], we may write:

$$R_{p,\,HB239} > R_{p,\,SMS} > R_{p,\,SMO}$$

It should be noted that the polymerization rate is greatest for the HB239 due to a lack of labile hydroxy or other radically active species which lower the initiator efficiency. Sorbitan monostearate (SMS) is intermediate in its radical reactivity due to the presence of 5 hydroxy groups, while sorbitan monooleate, as stated earlier, also contains an unsaturated carbon in the liphophilic moiety.

*Parameter estimation*

In order to apply the kinetic model to specific inverse-emulsion polymerizations of acrylamide, several rate, mass transfer and partition coefficients are needed. In the absence of available literature values these must be estimated from experimental data. These parameters have been determined by non-linear weighted least squares regression using Marquardt's procedure to minimize the sum of squares of the residuals. The total residual is comprised of two independent measurements,

HERC0075893

*Inverse-emulsion polymerization of acrylamide: J. Hernández-Barajas and D. J. Hunkeler*

conversion and weight average molecular weight, which are weighted by the reciprocal of their variances as follows:

$$\text{Min} \sum_{i=1}^{n} \left[ \left[ \left( \frac{X_{i,p} - X_{i,d}}{\sigma_{x,i}^2} \right) \right] + \left[ \frac{|MW_{i,p} - MW_{i,d}|}{\sigma_{MW,i}^2} \right] \right]^2 \quad (37)$$

where $n$ is the number of repetitions. $X_{i,p}$ and $X_{i,d}$ are the predicted and measured conversion. $MW_{i,p}$ and $MW_{i,d}$ are the model and experimental weight average molecular weights. $\sigma_{x,i}^2$ and $\sigma_{MW,i}^2$ are the variance of the $i$th conversion and molecular weight measurements.

The conclusions from the parameter estimation are given below:

(1) The individual parameters values for $\Phi_r$ and $k_r^*$ in equation (24) are indeterminate since this would require experimentation into the partitioning and mass transfer of primary radicals between the oil and water phases. While such research is certainly warranted, it would be extremely non-trivial to perform on reactive intermediates. The exact value of [HC] is also unknown since Isopar-M is a mixture of high boiling point straight chain alkanes with some aromatics. For this reason, these parameters were fitted as a group of constants, as they appear in the kinetic model:

$$\frac{\Phi_r}{k_r^*} \left( \frac{k_4 [HC]}{a_{sp}} \right) \quad (38)$$

The regressed value of this grouped parameter is 0.2972 at 47°C which renders $f$, the efficiency of initiation, close to unity (0.96–1.0). This indicates that the rate of transfer of primary radicals from the oil to the aqueous phase is very efficient as postulated previously.

(2) $k_5$ and $[HC_{imp}]$ in equation (26) were fitted as a single parameter. The temperature dependence of this lumped parameter follows the Arrhenius equation with a relatively moderate positive activation energy as shown in *Table 2*. A low positive activation energy is typical of termination reactions.

### Kinetic model predictions

*Conversion–time data.* The kinetic model can predict the conversion *versus* time behaviour very well over the range of initiator concentrations studied as indicated in *Figure 4*. At lower initiator levels and high conversions, small deviations are observed. These deviations can be explained in terms of initiator starvation conditions, or a shift from unimolecular to bimolecular termination as was observed for inverse-microsuspension

polymerizations of acrylamide with fatty acid esters of sorbitan as stabilizers[11].

*Molecular weight.* The estimates of the weight average-molecular weight ($\bar{M}_w$) agree reasonably well with the experimental values of $\bar{M}_w$, as reported in *Figure 5*. The unimolecular termination due to transfer to monomer is the $\bar{M}_w$ controlling reaction[22]. Moreover, the model predictions of the weight average-molecular weight ($\bar{M}_w$) as a function of initiator level are very good, as is illustrated in *Figure 6*. It is interesting to note that the values of $\bar{M}_w$ for the polymers produced by inverse-emulsion polymerization using HB239 are quite large and similar in value to those reported by Kim for poly(acrylamide)s produced by solution polymerization[22]. Furthermore, the radius of gyration, $\langle \bar{r}^2 \rangle^{1/2}$, of our polymers is $\approx 210$–$230$ nm, and similar in value to those reported by Kulicke for polyacrylamides obtained in solution polymerization[29]. Therefore, when the block copolymeric surfactant HB239 is used in the inverse-emulsion polymerization of acrylamide, the particles behave like isolated micro-batch reactors following a solution-like mechanism. Similar behaviour has also been reported in the literature using water-soluble initiators. However, the weight average molecular weight of the resulting polymers was found to be lower due to a transfer reaction to the hydrophilic part of the emulsifier[30]. The average particle diameter of the inverse laticies produced herein was found to be invariant of the initiator concentration with values in the range of 230 nm as shown in *Figure 7*.

*Effect of reagent concentrations.* The model predictions of the conversion *versus* time data at various levels of both the monomer and emulsifier are excellent, as is indicated in *Figures 8* and *9*, respectively. A first order dependence in molar monomer concentration is predicted. As indicated before, this has also been observed by Baade[16] and Baade and Reichert[31]. Both the reaction rate and weight-average molecular weight (*Figure 2*) are independent of the emulsifier concentration ($R_p \propto [E]^0$) revealing that the emulsifier is playing a purely physical role in these polymerizations. This is not surprising given the absence of unsaturated or labile groups on either the polyethylene oxide or poly(12-hydroxystearic acid). In addition, the average particle diameter of the particles obtained with increasing levels of HB239 decreases slightly as indicated in *Figure 10*. Therefore, it is expected that the radical capture efficiency and the polymerization rate are essentially independent of the stabilizer level since the interfacial area is essentially unchanged. In any case, the mild decrease in the particle size with increasing emulsifier levels is likely the result of a

Table 2   Summary of the main parameter values

| Parameter | Value | Units | Source |
|---|---|---|---|
| $k_d$ | $9.48 \times 10^{16} \exp\{-30800/RT\}$ | min$^{-1}$ | ref. 25 |
| $k_p$ | $9.9 \times 10^7 \exp\{-2743/RT\}$ | L mol$^{-1}$ min$^{-1}$ | refs 26–28 |
| $k_t^{1/2}$ | $9.192 \times 10^4 \exp\{-741/RT\}$ | L mol$^{-1}$ min$^{-1}$ | refs 26–28 |
| $k_{fm}$ | $5.73 \times 10^6 \exp\{-10438/RT\}$ | L mol$^{-1}$ min$^{-1}$ | ref. 22 |
| $k_5 [HC_{imp}]$ | $7.562 \times 10^4 \exp\{-2760/RT\}$ | min$^{-1}$ | This work |
| $A$ | $11.22 - 1.67 \times 10^2 T$ | Dimensionless | This work and ref 22 |

HERC0075894

*Inverse-emulsion polymerization of acrylamide: J. Hernández-Barajas and D. J. Hunkeler*





Figure 4 Experimental and predicted conversion (———) vs time data for the inverse-emulsion polymerization of acrylamide at various molar initiator concentrations: $4.52 \times 10^{-3}$ mol $L_O^{-1}$ (■), $3.33 \times 10^{-3}$ mol $L_O^{-1}$ (●) and $2.14 \times 10^{-3}$ mol $L_O^{-1}$ (♦). Other conditions: $T = 47°C$, [M] = 4.93 mol $L_W^{-1}$. [E] = 0.015 mol $L_O^{-1}$, $\Phi_{W/O} = 0.78$ and 440 RPM

Figure 6 Experimental (■) and predicted weight-average molecular weight ($\bar{M}_W$) (———) and radius of gyration (●) as a function of molar initiator concentration for the inverse-emulsion polymerization of acrylamide. Experimental conditions: $T = 47°C$, [M] = 4.93 mol $L_W^{-1}$. [E] = 0.015 mol $L_O^{-1}$, $\Phi_{W/O} = 0.78$ and 440 RPM





Figure 5 Experimental (■) and predicted weight-average molecular weight ($\bar{M}_W$) (———) as a function of conversion for the inverse-emulsion polymerization of acrylamide. Experimental conditions: $T = 47°C$, [M] = 4.93 mol $L_W^{-1}$, [AIBN] = $3.33 \times 10^{-3}$ mol $L_O^{-1}$. [E] = 0.015 mol $L_O^{-1}$, $\Phi_{W/O} = 0.78$ and 440 RPM

Figure 7 Experimental particle diameter as a function of molar initiator concentration for the inverse-emulsion polymerization of acrylamide. Experimental conditions: $T = 47°C$, [M] = 4.93 mol $L_W$. [E] = 0.015 mol $L_O^{-1}$, $\Phi_{W/O} = 0.78$ and 440 RPM

reduction in the interfacial tension which will influence the Weber number and the droplet break-up/coalescence mechanism. Both the particle diameter and weight-average molecular weight of the homopolymers are found to be invariant of the monomer concentration.

*Temperature effects.* The model also gives reasonable predictions of the conversion and weight-average molecular weight at temperatures between 42 and 52°C as shown in *Figures 11* and *12*, respectively. At lower temperatures, limiting conversions are observed. This behaviour has also been found in the inverse-emulsion polymerization of acrylamide initiated with potassium persulfate[32] and has been attributed to initiator depletion. The activation energy, corrected for constant

interfacial area, calculated from the initial polymerization rates plotted in *Figure 11*, is 24.36 kJ mol⁻¹ which is in excellent agreement with the reported value of 25–26 kJ mol⁻¹ for the polymerization of acrylamide reported by other workers[24,31]. Again, the values of $\bar{M}_W$ for the homopolymers produced by inverse-emulsion polymerization using HB239 as a function of temperature are very high and similar in value to those produced by solution polymerization. This is a further indication that these polymerizations occur through a suspension-like mechanism.

*Polymer and latex properties.* Table 3 presents a comparison of the final properties of the polyacrylamides and latices obtained in inverse-emulsion with HB239 and

HERC0075895

*Inverse-emulsion polymerization of acrylamide: J. Hernández-Barajas and D. J. Hunkeler*

Radius of gyration, nm





Figure 8 Experimental and predicted conversion (—) vs time behaviour for the inverse-emulsion polymerization of acrylamide using various monomer concentrations: 4.93 mol $L_W^{-1}$ (▩), 3.87 mol $L_W^{-1}$ (●) and 2.82 mol $L_W^{-1}$ (♦). Experimental conditions: $T = 47°C$, [AIBN] = 3.33 × 10$^{-3}$ mol $L_O^{-1}$, [E] = 0.015 mol $L_O^{-1}$, $\Phi_{W/O} = 0.78$ and 440 RPM

Figure 10 Experimental particle size vs molar emulsifier concentration for the inverse-emulsion polymerization of acrylamide using various levels of emulsifier. Experimental conditions: $T = 47°C$, [M] = 4.93 mol $L_W^{-1}$, [AIBN] = 3.33 × 10$^{-3}$ mol $L_O^{-1}$, $\Phi_{W/O} = 0.78$ and 440 RPM. The continuous line represents a power model fit





Figure 9 Experimental and predicted conversion (——) vs time behaviour for the inverse-emulsion polymerization of acrylamide using various levels of emulsifier: 0.045 mol $L_O^{-1}$ (▩), 0.030 mol $L_O^{-1}$ (●) and 0.015 mol $L_O^{-1}$ (♦). Experimental conditions: $T = 47°C$, [M] = 4.93 mol $L_W^{-1}$, [AIBN] = 3.33 × 10$^{-3}$ mol $L_O^{-1}$, $\Phi_{W/O} = 0.78$ and 440 RPM

Figure 11 Experimental and predicted conversion (——) vs time behaviour for the inverse-emulsion polymerization of acrylamide at 52°C (▩), 47°C (●) and 42°C (♦). Experimental conditions: [M] = 4.93 mol $L_W^{-1}$, [AIBN] = 2.14 × 10$^{-3}$ mol $L_O^{-1}$, [E] = 0.015 mol $L_O^{-1}$, $\Phi_{W/O} = 0.78$ and 440 RPM

SMO synthesized under identical conditions. Both the weight-average molecular weight and radius of gyration are essentially equal in value, when one considers the experimental errors involved in the light scattering measurements (±10%). Similar values of weight-average molecular weight have been reported by Baade[16] and Baade and Reichert[31] for the inverse-emulsion polymerization of acrylamide using sorbitan monooleate (intrinsic viscosity measurements) and Kim and Humielec[22] for the solution polymerization of acrylamide using potassium persulfate as initiator (low angle laser light scattering measurements). For the same experimental conditions, the average particle diameter for the latex

obtained with sorbitan monooleate is smaller than obtained with HB239 (163 *versus* 228 nm) which indicates that sorbitan monooleate produces a more rigid or tightly packed interfacial film than HB239. Latices with the same range of particle size have been reported by Pichot for the inverse-emulsion polymerization of acrylamide using sorbitan sesquiolate[24]. The particle size distribution is broad as indicated in *Figures 13* and *14* for the inverse-latices obtained with HB239 and sorbitan monooleate, respectively. This is expected for particles produced by a break-up/coalescence mechanism. Despite the small particles, the inverse-emulsions produced with sorbitan monooleate are not very stable. Three days after production, the amount of oil separated from the bulk emulsion reaches almost 20%. The laticies

HERC0075896

*Inverse-emulsion polymerization of acrylamide: J. Hernández-Barajas and D. J. Hunkeler*



Figure 12  Experimental and predicted weight-average molecular weight ($\bar{M}_w$) behaviour for the inverse-emulsion polymerization of acrylamide at various temperatures. Experimental conditions: $[M] = 4.93 \, mol \, L_o^{-1}$, $[AIBN] = 2.14 \times 10^{-3} \, mol \, L_o^{-1}$, $[E] = 0.015 \, mol \, L_o^{-1}$, $\Phi_{w/o} = 0.78$ and 440 RPM



Figure 13  Frequency vs particle diameter for a particle size distribution of a latex obtained by inverse-emulsion polymerization of acrylamide with the block copolymeric surfactant (HB239) at 2 wt% (based on the total weight of emulsion). Experimental conditions: $T = 47°C$, $[AIBN] = 3.33 \times 10^{-3} \, mol \, L_o^{-1}$, $[M] = 4.93 \, mol \, L_w^{-1}$, $\Phi_{w/o} = 0.78$ and 440 RPM

Table 3  Comparison of the properties of polyacrylamide obtained by inverse-emulsion polymerization using Hypermer B239 and sorbitan monooleate. Experimental conditions: $T = 47°C$, $[AIBN] = 3.33 \times 10^{-3} \, mol \, L_o^{-1}$, $[M] = 4.93 \, mol \, L_w^{-1}$, 2 wt% surfactant (based on the total weight of emulsion), $\Phi_{w/o} = 0.78$ and 440 RPM

| Surfactant | Weight-average molecular weight | Radius of gyration (nm) | Particle diameter (nm) |
|---|---|---|---|
| Hypermer B239 | $10.5 \times 10^6$ | 205 | 256 |
| Sorbitan monooleate | $10.3 \times 10^6$ | 198 | 163 |

obtained with HB239, on the other hand, show higher stability with no signs of oil separation after 1 month. This is true even at emulsifier levels as low as 2 wt%. Similar stability results have been reported by others[7–9]. As mentioned earlier, this stability has been explained in terms of the extended hydrophobe moiety of the HB239 which is five times larger than that of the sorbitan esters of fatty acids[7] and the inherent advantage of triblock *versus* diblock stabilizers.

## CONCLUSION

The rate of polymerization of acrylamide in inverse-emulsion polymerization is higher when the block copolymeric surfactant HB239 is utilized in comparison with sorbitan monooleate.

The initial rate of polymerization of an inverse-emulsion polymerization of acrylamide using HB239 is found to be: (i) first order with respect to the initiator which suggests that unimolecular termination dominates; (ii) first order with respect to the monomer which implies standard free radical initiation and propagation steps; (iii) zeroth order with respect to the emulsifier suggesting a purely physical role of the emulsifier. It is believed that the impurities present in the block copolymeric surfactant are responsible for the unimolecular termination.

A kinetic model has been proposed for the inverse-emulsion polymerization of acrylamide using block

copolymeric surfactants based on the above experimental observations and was found to predict very well conversion and molecular weight well at various levels of initiator, monomer, emulsifier and temperature.

The values of weight-average molecular weight of the



Figure 14  Frequency vs particle diameter for a particle size distribution of a latex obtained by inverse-emulsion polymerization of acrylamide with sorbitan monooleate at 2 wt% (based on the total weight of emulsion). Experimental conditions: $T = 47°C$, $[AIBN] = 3.33 \times 10^{-3} \, mol \, L_o^{-1}$, $[M] = 4.93 \, mol \, L_w^{-1}$, $\Phi_{w/o} = 0.78$ and 440 RPM

HERC0075897

polyacrylamides obtained with both the block copolymeric surfactant HB239 and sorbitan monooleate are very high. In addition, both the weight-average molecular weight and the radius of gyration of these polymers are similar in value to those obtained with solution polymerization. From an industrial point of view, the advantages of using the block copolymeric surfactant HB239 in an inverse-emulsion polymerization of acrylamide are the superior stability of the final latex and the higher productivities due to the larger polymerization rates relative to sorbitan monooleate.

## REFERENCES

1   Goin, J. 'Water Soluble Polymers', CEH Marketing Research Report 582.0000 D-E. August 1991. SRI International. Menlo Park, CA
2   Peaff, G. *Chem. Eng. News* 1994, 14 Nov.
3   Hunkeler, D. J., Candau, F., Pichot, C., Hamielec, A. E., Xie, T. Y., Barton, J., Vaskova, V., Guillot, J., Dimonie, M. V. and Reichert, K. H. *Adv. Polym. Sci.* 1994, 112, 115
4   O'Conner, M. N., Barker, L. J. and Ryles, G. US Patent 5,298,555. 1994
5   Robinson, P. M. and Jenkins, M. R. US Patent 5,200,448, 1993
6   Yang, H. W., Pacansky, T. J. US Patent 4,918,123, 1990
7   Robinson, P. M., Rakowitz, D. H. and Nowakowski, L. J. US Patent 4,339,371, 1982
8   Bognolo, G. in 'Industrial Applications of Surfactants' (Ed. D. R. Karsa), The Royal Society of Chemistry, Cambridge, 1990
9   Schofield, J. D. in 'Recent Developments in the Technology of Surfactants' (Ed. M. R. Porter), Elsevier, New York, 1990
10  Kruger, G. in 'Industrial Applications of Surfactants (Ed. D. R. Karsa), The Royal Society of Chemistry, Cambridge, 1991
11  Hunkeler, D. J., Hamielec, A. E. and Baade, W. *Polymer* 1989, 30, 127
12  Hunkeler, D. J. and Hamielec, A. E. *Polymer* 1991, 32, 14
13  Hernandez-Barajas, J. and Hunkeler, D. J. *Polym. Adv. Technol.* 1994, 6, 509
14  Hernandez-Barajas, J., Hunkeler, D. J. and Petro M. *J. Appl. Polym. Sci.*, in press
15  Hunkeler, D. J., Ni, H., Hernandez-Barajas, J. and Petro, M. *Int. J. Polym. Anal. Char.* (in press)
16  Baade, W. PhD Thesis. Technical University of Berlin. Berlin Germany, 1986
17  Baade, W. and Reichert, K. H. *Makromol. Chem. Rapid Commun.* 1986, 7, 235
18  Vanderhoff, J. W., Distefano, F. V., El-Aasser, M. S., O'Leary, R., Schofler, O. M. and Visioli, D. L. *J. Dispersion Sci. Technol.* 1984, 5, 323
19  Candau, F. and Leong, Y. S. *J. Polym. Sci., Polym. Chem. Edn* 1985, 23, 193
20  Loeng, Y. S. and Candau, F. IUPAC Symposium, Strasbourg, 1981
21  Carver, M. T., Dreyer, U., Knoesel, R. and Candau, F. *J. Polym. Sci. Part A: Polym. Chem.* 1989, 27, 2161
22  Kim, C. J. and Hamielec, A. E. *Polymer* 1984, 25, 845
23  Material Safety Data Sheet, Hypermer 239. ICI Americas Wilmington, DE, 1991
24  Graillat, C., Pichot, C., Guyot, A. and El-Aasser, M. S. *J. Polym. Sci., Polym. Chem. Edn* 1986, 24, 427
25  Azo Polymerization Initiators. Wako Chemical Industries Ltd Osaka, Japan, 1993
26  Currie, D. J., Dainton, F. S. and Watt, W. S. *Polymer* 1965, 451, 6
27  Ishige, T. and Hamielec, A. E. *J. Appl. Polym. Sci.* 1973, 17, 1479
28  Dainton, F. S. and Tordoff, M. *Trans. Faraday Soc.* 1953, 53, 499
29  Kulicke, W. M., Kotter, M. and Grujer, M. *Adv. Polym. Sci.* 1989, 1, 89
30  Dimone, M. V., Boghina, C. M., Marinescu, N. N., Marinescu, M. M., Cincu, C. I. and Oprescu, C. G. *Eur. Polym. J.* 1982, 18, 639
31  Baade, W. and Reichert, K. H. *Eur. Polym. J.* 1984, 20, 505
32  Hunkeler, D. J. *Macromolecules* 1991, 24, 2160

** TOTAL PAGE. 13 **

HERC0075898