IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS, CORPORATION<br>          Plaintiff,<br><br>HERCULES INC. AND CYTEC INDUSTRIES, INC.,<br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) C.A. No. 04-293 (KAJ)<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE AND FILING OF PLAINTIFF'S OBJECTIONS TO DEFENDANT HERCULES INC.'S NOTICE OF DEPOSITION UNDER RULE 30(b)(6) DATED SEPTEMBER 6, 2005

**PLEASE TAKE NOTICE** that on September 8, 2005, true and correct copies of Plaintiff CIBA Specialty Chemical Corporation's Objections to Defendant Hercules Inc.'s Notice of Deposition Under Rule 30(b)(6) Dated September 6, 2005 (a copy of which is attached hereto as Exhibit A) were served upon the below-named counsel of record in the following manner:

**Via Facsimile and Federal Express**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899

**Via Facsimile and Federal Express:**
Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

**Via Facsimile and Federal Express:**
Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413



Frederick L. Cottrell, III (#2555)
cottrell@rlf.com
Jeffrey L. Moyer (#3309)
moyer@rlf.com
Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE  19899
(302) 651-7700

Dated:  September 9, 2005              Attorneys for Plaintiff Ciba Specialty Chemicals

RLF1-2919901-1

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2005, I hand delivered the foregoing Notice of Service and Filing to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**HAND DELIVERY:**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899

I hereby certify that on September 9, 2005, I have mailed by Federal Express the aforesaid Notice of Service to the following non-registered participants:

**FEDERAL EXPRESS:**
Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

**FEDERAL EXPRESS:**
Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7000

RLF1-2919901-1