IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HERCULES, INC., and CYTEC INDUSTRIES, INC., )<br>)<br>Defendants. ) | Civil Action No. 04-293-KAJ |

### ORDER

At Wilmington this **9th** day of **September, 2005,**

IT IS ORDERED that a teleconference relating to discovery disputes has been scheduled for **September 13, 2005 at 10:00 a.m.** with the undersigned. **Counsel for Defendants shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

_____
UNITED STATES DISTRICT JUDGE