IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-293 (KAJ) |
| v. | ) ) | JURY TRIAL DEMANDED |
| HERCULES INC. AND CYTEC INDUSTRIES, INC., | ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF CIBA SPECIALTY CHEMICALS CORPORATION'S
REPLY TO THE AMENDED COUNTERCLAIMS OF
<u>DEFENDANT HERCULES, INCORPORATED</u>**

Plaintiff, Ciba Specialty Chemicals Corporation ("Ciba"), by and through its undersigned attorneys, replies to the Amended Counterclaims of Defendant Hercules, Incorporated ("Hercules") in like numbered paragraphs as follows:

<u>Parties And Jurisdiction</u>

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

<u>Counterclaim I</u>
<u>Declaratory Judgment of Noninfringement of the '766 Patent</u>

6. Denied.

7. Denied.

8. Denied.

**Counterclaim II**
**Declaratory Judgment of Noninfringement of the '808 Patent**

9. Denied.

10. Denied.

11. Denied.

**Counterclaim III**
**Declaratory Judgment of Noninfringement of the '766 Patent**

12. Denied

13. Denied

**Counterclaim IV**
**Declaratory Judgment of Noninfringement of the '808 Patent**

14. Denied.

15. Denied.

**Counterclaim V**
**Declaratory Judgment of**
**Unenforceability of the '766 and '808 Patents**

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Denied.

37. Denied.

38. Denied.

39. Denied.

40. Denied.

41. Ciba admits that 37 C.F.R. § 1.56(a) recites the quoted language. Ciba denies the remaining allegations in paragraph 41 of Hercules' Amended Counterclaims.

42. Ciba admits that 37 C.F.R. § 1.56(b) recites the quoted language. Ciba denies the remaining allegations in paragraph 42 of Hercules' Amended Counterclaims.

43. Denied.

44. Denied.

45. Denied.

46. Denied.

47. Denied.

48. Denied.

49. Denied.

50. Denied.

51. Denied.

52. On information and belief, denied.

53. On information and belief, denied.

54. Denied.

55. On information and belief, denied.

56. Denied.

57. Ciba admits that claim 1 of the '808 patent recites the quoted language. Ciba denies the remaining allegations in paragraph 57 of Hercules' Amended Counterclaims.

58. Denied.

59. Denied.

60. Denied.

61. Denied.

62. On information and belief, denied.

63. On information and belief, denied.

64. On information and belief, denied.

65. Ciba admits that U.S. Patent Nos. 5,167,766 and 5,171,808 identify EP 0,202,780 in their specifications. On information and belief, Ciba denies the remaining allegations in paragraph 65 of Hercules' Amended Counterclaims.

66. Denied.

67. Ciba admits that U.S. Application Serial No. 07/922,885 cites U.S. Patent No. 4,528,321 in its specification. On information and belief, Ciba denies the remaining allegations in paragraph 67 of Hercules' Amended Counterclaims.

68. Ciba admits that on December 1, 1992, Allied Colloids Limited served a writ on Cyanamid of Great Britain Limited and American Cyanamid Company alleging infringement of EP(UK) 0202780. Ciba denies the remaining allegations of paragraph 68 of Hercules' Amended Counterclaims.

69. Ciba admits that docket number 92-cv-01658 (E.D.Va.) was filed November 25, 1992. Ciba denies the remaining allegations of paragraph 69 of Hercules' Amended Counterclaims.

70. Denied.

71. On information and belief, denied.

72. On information and belief, denied.

73. Denied.

74. Denied.

75. On information and belief, denied.

76. Denied.

77. Denied.

78. Denied.

### Right to Assert Additional Counterclaims

79. The Court's scheduling order and applicable law controls the amendment of pleadings, and therefore, Ciba denies the allegations of paragraph 79 of Hercules' Amended Counterclaims.

### Defenses

80. The '766 patent and the '808 patent are valid and infringed.

81. Hercules is barred by the doctrine of assignor estoppel from challenging the validity and unenforceability of the '766 patent and the '808 patent. Defendant Cytec Industries Inc. ("Cytec") sold the '766 patent and the '808 patent to Ciba and Hercules is/was in privity with Cytec.

### Prayer For Relief

WHEREFORE, Ciba prays for the following relief:

A. An order dismissing Hercules' Counterclaims with prejudice;

B. A judgment declaring that the claims of the '766 and '808 patents are valid, enforceable and infringed;

C. A judgment finding this case is exceptional and an award to Ciba of its costs in defending Hercules' Counterclaims including an award to Ciba of its reasonable attorney fees as provided by 35 U.S.C. § 285; and

D. Such other and further relief as the Court deems appropriate.

*Of Counsel:*
Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601-6780

/s/ Chad M. Shandler by /s/ ___
Frederick L. Cottrell III (#2555)
Jeffrey L. Moyer (# 3309)
Chad M. Shandler (#3796)
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, Delaware 19899-0551
Attorneys for Plaintiff

Dated: September 15, 2004

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2005, I electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing(s) and Hand Delivered to the following:

**HAND DELIVERY:**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899

I hereby certify that on September 15, 2005, I have sent by Federal Express the foregoing document to the following non-registered participants:

**FEDERAL EXPRESS:**
Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

**FEDERAL EXPRESS:**
Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Steven J. Fineman (#4025)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7000
Fineman@rlf.com

RLF1-2865536-1