# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

September 15, 2005

**VIA E-FILE AND HAND DELIVERY**

Mr. Robert Cruikshank
Courtroom Deputy
United States District Court
for the District of Delaware
844 N. King Street
Wilmington, DE 19801

RE: Ciba Specialty Chemicals Corporation v. Hercules Incorporated, et al.
C.A. No. 04-293 (KAJ)

Dear Mr. Cruikshank:

I write regarding CIBA's letter submitted to the Court marked "confidential" and filed under seal on September 9, 2005 (D.I. 170). The parties have agreed that certain of the material contained in said correspondence is "highly confidential." Accordingly, enclosed please find labels marked "Highly Confidential" which I would ask be placed on the front of the sealed envelopes filed with the Court. Please let me know if you have any questions.

Respectfully,

Chad M. Shandler

CS:ps
Enclosure
Cc: Clerk of the Court w/ enclosure (By E-filing and Hand Delivery)
Marta Gross, Esq. w/o enclosure (By Facsimile)
Joann M. Neth, Esq. w/o enclosure (By Facsimile)
Richard L. Horowitz, Esq. w/o enclosure (By E-Filing and Hand Delivery)
Eley O. Thompson, Esq. (By Facsimile)

RLF1-2922441-1