**RICHARDS, LAYTON & FINGER**
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

September 9, 2005

**VIA ELECTRONIC FILING AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
for the District of Delaware
844 King Street
Wilmington, DE 19801

Re: Ciba Specialty Chemicals Corporation v. Hercules Incorporated, et al.
C.A. No. 04-293 (KAJ)

Dear Judge Jordan:

I write regarding the September 13, 2005 teleconference. Ciba has attempted to obtain legitimate discovery from defendants for several months. Ciba has not been able to obtain the information and therefore seeks this Court's assistance.

**Cytec Sales Information:** Cytec and Hercules work together to supply PerForm® and other chemicals to paper mills to make paper. In an effort to shield additional liability, [REDACTED]

Essentially what happens is that a truck is loaded with various chemicals at Cytec's production facilities. The chemicals include PerForm® and other paper making chemicals. The truck drives to the paper mill and the chemicals are employed to make paper. [REDACTED]

Ciba seeks identification of the other chemicals because such information will show other sales that should be included in the damages calculations.



The Honorable Kent A. Jordan
United States District Court
September 9, 2005
Page 2

REDACTED

**Polyflex® Documents From Cytec:** On May 25, 2005, Ciba asked for this Court's assistance to obtain documents

; During the May 27 hearing, this Court directed discovery relating to Polyflex® CP.3.

REDACTED

REDACTED

REDACTED

REDACTED

These documents will show the significant values enjoyed by Cytec under the patents.

REDACTED

**Hercules' Critical Notebook Records, and Depositions Of Hercules' Witnesses:** These two issues are interrelated, given the seven weeks or so remaining in the discovery schedule. From the three witnesses that Hercules has provided relating to the technology and from the documents produced, it is evident that not all critical documents have been produced.

The Honorable Kent A. Jordan
United States District Court
September 9, 2005
Page 3



      Ciba has attempted to obtain the laboratory notebooks relating to these tests. But, Hercules has not provided complete information and Hercules continues to withhold this critical information.

      In addition to these tests, Hercules is still withholding most of the other notebooks such as those relating to the synthesis work used to create the materials tested. These laboratory notebooks have been sought for a long time to no avail.

      In an attempt to insure that Ciba has all the information, Ciba wants complete production of relevant notebook records for the relevant time period.

      Since it appears that Hercules is pushing off most depositions Ciba wants to take into October, a time squeeze is building.

      Ciba asks this Court to direct complete production or allow Ciba in-house counsel qualified under the Protective Order to inspect the Hercules notebooks together with trial counsel.

Respectfully submitted,

Chad M. Shandler

CS:ps
Enclosure

The Honorable Kent A. Jordan
United States District Court
September 9, 2005
Page 4

cc:    Clerk of the Court (By E-filing and Hand Delivery)
       Thomas L. Creel, Esq. (By Facsimile)
       Ford F. Farabow, Jr., Esq. (By Facsimile)
       Neth, Esq. (By Facsimile)
       Richard L. Horowitz, Esq. (By E-Filing and Hand Delivery)
       Eley O. Thompson, Esq. (By Facsimile)