# EXHIBITS A-C
# REDACTED