# EXHIBIT A

Case 1:04-cv-00293-KAJ   Document 194-2   Filed 09/23/2005   Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04-293 (KAJ) |
| ) | |
| HERCULES, INC. and ) | |
| CYTEC INDUSTRIES, INC., ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF DEPOSITION OF ROBERT GELMAN

Please take notice that pursuant to Rule 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff Ciba Specialty Chemical Corporation ("Ciba") will take the deposition of Robert Gelman commencing at 9:00 a.m. on September 27, 2005, at the offices of Richards, Layton & Finger, One Rodney Square, 920 N. King St., Wilmington, Delaware, or at another time and place to be agreed upon by counsel. The deposition shall continue from day-to-day until complete and be recorded by stenographic and/or videotape means.

You are invited to attend the deposition and to cross-examine the witness(es).

Respectfully submitted,

Dated: Sept. 20, 2005

/s/ signature

Frederick L. Cottrell III (#2555)
Jeffrey L. Moyer (# 3309)
Chad M. Shandler (#3796)
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, Delaware 19899-0551

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Thomas K. McBride, Jr.
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601

Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 20, 2005, I caused copies of Plaintiff Ciba Specialty Chemicals Corporation's Notice of Deposition of Robert Gelman to be served on the following attorneys of record at the address and in the manner indicated:

**VIA FACSIMILE AND FEDERAL EXPRESS:**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
POTTER ANDERSON & CORROON, LLP
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

Ford F. Farabow, Jr.
Joann M. Neth
A. Neal Seth
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

Thomas L. Creel, P.C.
GOODWIN PROCTOR LLP
599 Lexington Avenue
New York, NY 10022

_____

- 3 -