IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HERCULES INCORPORATED and CYTEC ) <br> INDUSTRIES, INC, ) <br> ) <br> Defendants. ) | C. A. No. 04-293 (KAJ) |

## NOTICE OF DEPOSITION OF NORMAN WAGNER

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiff Hercules, Incorporated will take the deposition of Norman Wagner by oral examination using video tape, audio tape, or stenographic means, or a combination of those means. The deposition will commence on October 20, 2005, at 9:00 a.m., at the offices of Potter Anderson & Corroon LLP, located at Hercules Plaza, 1313 N. Market Street, Wilmington, Delaware. The deposition will be before a Notary Public or other officer authorized by law to administer oaths and will continue from day to day until complete.

You are invited to attend and cross-examine.

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: |  |
|  | By: */s/ Richard L. Horwitz* |
| Ford F. Farabow, Jr. | Richard L. Horwitz (#2246) |
| Joann M. Neth | David E. Moore (#3983) |
| Eric J. Fues | Hercules Plaza, 6th Floor |
| A. Neal Seth | 1313 N. Market Street |
| FINNEGAN, HENDERSON, FARABOW, | P.O. Box 951 |
|   GARRETT & DUNNER, L.L.P. | Wilmington, DE  19899-0951 |
| 901 New York Avenue, NW | Tel: (302) 984-6000 |
| Washington, DC  20001-4413 | rhorwitz@potteranderson.com |
| (202) 408-4000 | dmoore@potteranderson.com |
|  |  |
| Dated:  September 23, 2005 | *Attorneys for Defendant Hercules Incorporated* |
| 700800/28118 |  |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on September 23, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

I hereby certify that on September 23, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL  60601-6780

Thomas L. Creel, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY  10022

/s/ Richard L. Horwitz
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
Telephone:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672306