IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 04-293 (KAJ) |
| v. | ) ) ) | **PUBLIC VERSION** |
| HERCULES INCORPORATED and CYTEC INDUSTRIES, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

## SUPPLEMENTAL EXPERT REPORT OF CHARLES P. KLASS

OF COUNSEL:

Ford F. Farabow, Jr.
Joann M. Neth
Eric J. Fues
A. Neal Seth
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*Hercules Incorporated*

Dated: September 19, 2005
Public Version Dated: September 26, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) C. A. No. 04-293 (KAJ) |
| v. | ) ) |
| HERCULES INCORPORATED and CYTEC INDUSTRIES, INC., | ) ) ) |
| Defendants. | ) |

**SUPPLEMENTAL EXPERT REPORT OF CHARLES P. KLASS**

I. INTRODUCTION

In addition to the expert reports that I submitted in this case on July 22, 2005, and August 19, 2005, I have reviewed the second report written by Dr. Clarence King, whose report was submitted on behalf of Ciba on August 19, 2005. I now submit this supplemental report in order to complete and clarify statements made in my previous reports that Dr. King has questioned in his August 19, 2005 report.

II. INFORMATION CONSIDERED

In forming my opinion, I have considered the following:

a. my training, knowledge, and experience in the field of papermaking and paper science;
b. The August 19, 2005 Expert Report of Clarence King (Appendix A); and
c. U.S. Patent No. 5,180,473 (Appendix B).

III. COMPENSATION AND QUALIFICATIONS

My compensation rate and curriculum vitae have not changed since my initial expert report.

IV. EXHIBITS

I understand that demonstrative and summary exhibits may be created in the future to assist in the presentation of my testimony at trial.

V. FUTURE TESTIMONY

I understand that in addition to the topics set forth below, I may testify regarding other subject matter within my area of expertise that becomes relevant to this case or in response to opinions offered by Ciba. I also understand that

discovery in this case is ongoing, so I reserve the right to supplement my opinions if and when more information becomes available.

## VI. OPINION

I previously stated in my July report that the Flesher '346 patent teachings are applicable to papermaking, and when the words "flocculation" or "coagulation" are used, one skilled in the art would know that these concepts applied to papermaking.

**Redacted**

I did not express an opinion that the Flesher '346 patent was "necessarily focused on papermaking." Rather, I stated that the concepts taught in the Flesher '346 patent are applicable to paper making, as is described in column 5, lines 35-65.

**Redacted**

My point was simply that the range of 0.5 to 20 lbs/ton polymer is a very broad range as claimed in the '766 patent, and that any practical use of the polymers would fall within that range. Indeed, such polymers are typically added in the 0.5 to 2 or 3 lbs/ton range. Silica and bentonite, which are also retention and drainage aids, are added in this same range.

**Redacted**

Even in that

case, linear polyacrylamides are added to the paper furnish at about 0.5 lbs/ton. Thus, one of ordinary skill in the art would know, based on experience using linear polyacryamides, silica, bentonite, and other traditional retention and drainage aids, to add the Flesher '346 patent polymer to the paper furnish in the broad range claimed in the '766 patent.

The Flesher '346 patent discusses using its polymers in papermaking, and silica and bentonite were well-known for use in papermaking. Indeed, both the synthetic microbeads described in the Flesher '346 patent and silica and bentonite could be used in conjunction with traditional solution retention and drainage polymers.

## Redacted

the Akune '473 patent,

discloses these very concepts (see, e.g., column 4, lines

3-16.)

## Redacted

In my opinion, starch is such a common additive, and has

been used in papermaking for so long, that those skilled in the art would have known to add it in the so-called wet end part of the papermaking process, and in an amount appropriate for the particular paper product and conditions.

For instance, depending on the amount of anionic material added, one skilled in the art would have known to counterbalance with cationic material, e.g. starch.

**Redacted**

I did not mean to imply a weight for weight counterbalance bringing the charge to the isoelectric point (no charge), but rather that the charge would have been adjusted to a desired point using starch depending on the papermaking conditions, product desired, and other variables. In any case, Dr. King does not dispute my conclusion that one skilled in the art would have known to add starch to the papermaking process in the range of 0.5 to 20 lbs/ton, and does not dispute that claims 11, 13, and 17 are completely described by the Flesher '346 patent.

**Redacted**

I would point out that some of the roles for polymeric coagulants that he mentions, specifically, "flocculation, . . . turbidity removal, color removal, and attachment of small particles to large particles" are indeed circumstances where flocs are created. See August King report, paragraph 13. Moreover, Dr. King does not dispute that claim 21 is completely described by the Flesher '346 patent.

4

In addition, I am familiar with Hercules' PerForm® SP9232 product and its applications. There are several other products that could be used in its place, but also do not infringe what I understand to be covered by the patents-in-suit, including, but not limited to: silica-based microparticles and other inorganics such as bentonite, made by such suppliers such as Eka Chemicals (Compozil® system), Ciba Specialty Chemicals (Particol® and Hydrocol® systems), Buckman Labs (Bufloc® system), and Nalco (Ultra Positek® system); anionic borosilicate, made by Nalco; cationic starch, made by numerous suppliers; cationic and anionic polyacrylamides, made by various suppliers including Eka Chemicals, Buckman Labs, BASF (Catiofast® system), Ciba Specialty Chemicals (Percol® system), DeGussa (Praestaret® system), Clariant (Cartaretin® system), Laxness (Retaminol® system), and Stockhausen (Praestor® system); cationic boehmite, made by Buckman Labs; anionic polymers, made by several suppliers including many listed above; naphthalene sulphonate, made by Nalco; and an array of amphoteric microparticles, including those made by Kemira (Fennosil A® system) and many of the companies listed above. Additionally, polyamines, polyDADMACs, or no retention or drainage aids at all could also be used. In general, the brand names that I have provided include a family of products that usually encompass the spectrum of desirable additives used in papermaking.

## VII.  Conclusions

After reading Dr. King's August report, I became aware of certain issues that Dr. King apparently misunderstood in my July report. I have therefore

submitted this supplemental report in an effort to complete and clarify my July report.

Dated: September 10, 2005

*Charles P. Klass*

---

Charles P. Klass

Public Version Dated: September 26, 2005

IIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, W. Harding Drane, Jr., hereby certify that on September 26, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

I hereby certify that on September 26, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

Thomas L. Creel, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

/s/ W. Harding Drane, Jr.
Richard L. Horwitz
W. Harding Drane, Jr.
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672306