IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 04-293 (KAJ) |
| v. | ) ) | **PUBLIC VERSION** |
| HERCULES INCORPORATED and CYTEC INDUSTRIES, INC., | ) ) ) ) | |
| Defendants. | ) ) ) | |

## SUPPLEMENTAL EXPERT REPORT OF JAMES N. GREENSHIELDS

OF COUNSEL:

Ford F. Farabow, Jr.
Joann M. Neth
Eric J. Fues
A. Neal Seth
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC  20001-4413
(202) 408-4000

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899-0951
Tel:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*Hercules Incorporated*

Dated: September 19, 2005
Public Version Dated: September 26, 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) | |
| | ) | C. A. No. 04-293 (KAJ) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| HERCULES INCORPORATED and | ) | |
| CYTEC INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

### SUPPLEMENTAL EXPERT REPORT OF JAMES N. GREENSHIELDS

1.  I, James N. Greenshields, filed an initial expert report on August 19, 2005, and am submitting this supplemental expert report in light of new information made available to me. This report is based on information known to me as of September 14, 2005. I reserve the right to modify or expand upon my opinions based on new information or in response to additional discovery, expert reports, and testimony.

I.  **OPINION**

2.  In paragraphs 17 and 18 of my initial report, I stated that NMR results from Hercules were in accord with the iodine values with regards to the degree of unsaturation.

## Redacted

3.  I have received updated, quantitative NMR data from Hercules for all four of these samples. Hercules' previous data was quantitative for PEO-40 sorbitol hexaoleate and provided

relative comparisons for the other three samples. The updated NMR data is now quantitative for all four samples, and confirm the earlier results and my conclusion based thereon.

## Redacted

4. These quantitative NMR values confirm Hercules' earlier data upon which I relied in my August 19, 2005 report, and further confirm my opinion that on a weight and molar basis, Hypermer has a significantly lower double bond content than the oleate-containing surfactants

## Redacted

Thus, because applicants represented to the U.S. Patent Office that sorbitan sesquioleate and PEO sorbitol hexaoleate did not contain reactive groups sufficient to act as crosslinkers, Hypermer cannot be a crosslinking agent because it has a much lower double bond and hydroxyl content. Therefore, Hypermer cannot be considered a crosslinking agent as defined in the '808 and '766 patents.

II.  QUALIFICATIONS, COMPENSATION & PRIOR TESTIMONY

5. My qualifications and compensation have not changed since my initial August 19, 2005 report, nor have I testified as an expert at trial or by deposition since my that report.

III. EXHIBITS TO BE USED AS SUMMARY OF OR SUPPORT FOR OPINIONS

6. Based on the information in this report, I may prepare in the future demonstrative or summary exhibits in addition to documents cited in this report, in accordance with the Court's pretrial scheduling order.

IV. MATERIALS CONSIDERED

6. In forming my opinions, I relied on my education, training, and experience in the field of polymer science, as well as the following:

Exhibit 1 - updated, quantitative NMR data from Hercules

Expert Report of Dr. Robert Gilbert (August 19, 2005)

## V. OTHER TESTIMONY

7. I reserve the right to supplement my opinions presented in this report, considering that a) discovery in this litigation is ongoing and additional information may become available to me; and b) positions taken by Ciba's experts in response to the opinions I have expressed in this report may require rebuttal. I may rely on additional documents and testimony in supplementing this report, as necessary, to respond to additional arguments presented by Ciba.

Date: September 14, 2005

James N. Greenshields

Public Version Dated: September 26, 2005

3

IIN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, W. Harding Drane, Jr., hereby certify that on September 26, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

I hereby certify that on September 26, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

Thomas L. Creel, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

/s/ W. Harding Drane, Jr.
Richard L. Horwitz
W. Harding Drane, Jr.
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672306