**IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE**

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, ) ) ) | |
| Plaintiff, ) ) | C. A. No. 04-293 (KAJ) |
| v. ) ) | |
| HERCULES INCORPORATED and CYTEC INDUSTRIES, INC., ) ) ) | |
| Defendants. ) | |

**NOTICE OF SERVICE**

The undersigned, counsel for Defendant Cytec Industries, Inc., hereby certifies that copies of Cytec's Amended Response to Plaintiff Ciba Specialty Chemicals Corporation's Interrogatory No. 3 were caused to be served on September 27, 2005 on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

**VIA FEDERAL EXPRESS**

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL  60601-6780

Ford F. Farabow, Jr.
Joann M. Neth
Eric J. Fues
A. Neal Seth
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC  20001-4413

|  |  |
|---|---|
|  | POTTER ANDERSON & CORROON LLP |
| OF COUNSEL: | By: /s/ David E. Moore |
|  | Richard L. Horwitz (#2246) |
| Thomas L. Creel, P.C. | David E. Moore (#3983) |
| Marta E. Gross | Hercules Plaza, 6th Floor |
| GOODWIN PROCTER LLP | 1313 N. Market Street |
| 599 Lexington Avenue | Wilmington, DE 19899-0951 |
| New York, NY 10022 | (302) 984-6000 |
| (212) 813-8800 | rhorwitz@potteranderson.com |
|  | dmoore@potteranderson.com |
| Dated: September 27, 2005 |  |
|  | *Attorneys for Defendant* |
|  | *Cytec Industries, Inc.* |

701058

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on September 27, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

I hereby certify that on September 27, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Ford F. Farabow, Jr. | Gordon R. Coons |
| Joann M. Neth | Eley O. Thompson |
| A. Neal Seth | Gregory C. Bays |
| Eric J. Fues | Leydig, Voit & Mayer, Ltd. |
| Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. | Two Prudential Plaza, Suite 4900 |
| 901 New York Avenue, NW | Chicago, IL  60601-6780 |
| Washington, DC  20001-4413 | |

/s/  David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
Telephone:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

676169