

**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

September 20, 2005

**VIA ELECTRONIC FILING**                           **PUBLIC VERSION**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

      Re:   *Ciba Specialty Chemicals Corporation v. Hercules Incorporated, et al.,*
             *C.A. No. 04-293(KAJ)*

Dear Judge Jordan:

      Hercules moved in its September 9, 2005 letter to the Court (D.I. 169) to compel the production of information from a related company that plaintiff Ciba Specialty Chemicals Corporation ("Ciba U.S.") has worked with ███████████████████. This related company, Ciba Specialty Chemicals Water Treatments Ltd. ("Water Treatments"), ████████████████████████████████████████████████████████████████ In response to Hercules' request that Ciba-U.S. provide discovery from Water Treatments relevant to Hercules' invalidity and unenforceability claims, the Court directed Hercules to file a letter describing the nature of the relationship between these Ciba entities. As shown below, both entities are ultimately owned and controlled by the same Swiss parent company, ████████████████████████ ██████████████, and should be compelled to provide the requested discovery to Hercules.

      **A.**     **The Relevant Corporate Structures**

      Ciba Specialty Chemicals Holding Inc. ("Ciba Holding") of Basel, Switzerland is the ultimate parent of the Ciba Specialty Chemicals group.[1] (*See* Ex. A at A6.) Ciba Holding and Basel-based operating companies comprise Ciba's worldwide headquarters. Ciba Holding states in a recent SEC filing that "[t]he Board of Directors of Ciba Specialty Chemicals ("Board") defines the strategic direction and supervises overall affairs of the Company, while the implementation of strategies and the day-to-day management is vested in the Executive

---

[1] Hercules presents its best understanding of the Ciba corporate structures based upon publicly-available information and without the benefit of internal Ciba corporate documents.

The Honorable Kent A. Jordan
September 20, 2005
Page 2

Committee." (*Id* at 10.) This eight-member Executive Committee includes Martin Riediker, Chief Technology Officer for the company and President-CEO of Ciba U.S., as well as Mark Garrett, head of the Water and Paper Treatment business segment.[2] (*See id.* at A11-15.) Ciba's web site explains that "the Basel headquarters hosts the Executive Committee, the global segment Leadership Teams, global support functions such as Finance, the Legal Department and Human Resources, as well as Research & Development (R&D) . . ." (Ex. B.)

Ciba U.S. is based in Tarrytown, New York. Its Officers and Directors are Executive Committee member Martin Riediker and Alan Hartslief. (*See* Ex. C at 2; Ex. D.) Ciba Holding owns 100% of the capital stock of Ciba U.S. (*See* Ex. C at 2; *see also* Ex. A at A7.) Also based in Tarrytown is the regional Water and Paper Treatment headquarters. (*See* Ex. D.)

Water Treatments is located in Bradford, UK. (*See* Ex. E.) The direct parent of Water Treatments is Ciba Specialty Chemicals Investment PLC of Macclesfield, UK. The UK financial statements for these entities identically state: "[t]he directors consider that Ciba Specialty Chemicals Holding Inc., a company incorporated in Switzerland, is the company's ultimate parent undertaking and ultimate controlling party." (Ex. F at 19; Ex. G at 33.) Ciba Holding and consolidated subsidiaries have a 100% ownership interest in these UK-based entities and in another Macclesfield, UK-based entity, Ciba Specialty Chemicals PLC. (*See* Ex. A at A9.) Sales and Technical Service teams for the regional Water and Paper Treatment segment are based at this Macclesfield site. (*See* Ex. H.)

### B.    Ciba Operates as an Integrated Global Business

Ciba Holding's SEC filing states that the "Water & Paper Treatment . . . is managed as an integrated global business." (Ex. A at A5.)



---

[2] Ciba Holding's SEC filing indicates that the company is organized into the following four reporting segments--Additives, Coating Effects, Water & Paper Treatment, and Textile Effects--and states that "[e]ach Segment is responsible for marketing, research and development, technology, production and sales." (Ex. A at A4.)

[redacted] When it comes to identifying and testing competitive products, Ciba clearly employs all of its global resources.

### C. Common Ownership and Control and the Joint Activities of Ciba-U.S. and Water Treatments Justify Discovery

When documents are sought from a corporation affiliated with a party litigant, the court can order production of those documents under Federal Rule 34 if that litigant has control or shares control over those documents. *See Afros S.P.A. v. Krauss-Maffei Corp.*, 113 F.R.D. 127, 129-30 (D. Del. 1986). While *Afros* involved a subsidiary-parent relationship, the logic of that decision has been extended to situations where discovery is sought from sister companies. *See, e.g., Uniden America Corp. v. Ericsson Inc.*, 181 F.R.D. 302, 305-07 (M.D.N.C. 1998) (citing *Afros* and ordering production); *Alcan Int'l Ltd. v. S.A. Day Mfg. Co., Inc.*, 176 F.R.D. 75, 78-79 (W.D.N.Y. 1996) (same).

In *Afros*, the Court found that a subsidiary had control over a non-party parent's documents based on the close relationship of their corporate structures, the non-party's connection to the litigated issue, and the degree to which the non-party would benefit from an award in the case. *See Afros*, 130 F.R.D. at 130-31. In the current case, as in *Afros*, the party litigant is a wholly owned subsidiary of a foreign parent. Ciba Holding's Executive Committee member Martin Riediker also serves as the President-CEO of Ciba-U.S. Likewise, Water Treatments and its direct parent (Ciba Specialty Chemicals Investment PLC) are ultimately wholly-owned by Ciba Holding. The Boards of Directors of these entities expressly recognized their control by Ciba Holding. Further, the Water and Paper Treatment business segment conducts integrated worldwide operations, including in the U.S. and the UK. This worldwide operation, which reports consolidated financial results, would undeniably benefit from an award against Hercules. [redacted] This deliberate involvement of a foreign sister corporation clearly distinguishes the current case from the authority cited by Ciba U.S. in opposing Hercules' motion to compel.

### D. Conclusion

[redacted] These commonly owned and controlled entities have closely coordinated their activities concerning this litigation. Hercules respectfully requests that the Court either compel Ciba U.S. to provide the discovery requested in Hercules' September 9 letter, or preclude Ciba U.S. from [redacted]

The Honorable Kent A. Jordan
September 20, 2005
Page 4

                                                Respectfully,

                                                /s/ Richard L. Horwitz

                                                Richard L. Horwitz

Enclosures
701116

cc:       Thomas L. Creel, P.C.
           Ford F. Farabow, Esq.
           Joann M. Neth, Esq.
           Gordon R. Coons, Esq.
           Chad M. Shandler, Esq.