# EXHIBIT A

As Filed with the Securities and Exchange Commission on February 1, 2005

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 20-F

(Mark One)

REGISTRATION STATEMENT PURSUANT TO SECTION 12(b)
OR 12(g) OF THE SECURITIES EXCHANGE ACT OF 1934

OR

☑       ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934

For the fiscal year ended December 31, 2004

OR

TRANSITION REPORT PURSUANT TO SECTION 13 OR 15 (d)
OF THE SECURITIES EXCHANGE ACT OF 1934

For the transition period from _____ to _____

# Ciba Specialty Chemicals Holding Inc.

*(Exact name of Registrant as specified in its charter)*

**Switzerland**
*(Jurisdiction of incorporation or organization)*

**Klybeckstrasse 141**
**4002 Basel**
**Switzerland**
*(Address of principal executive offices)*

Securities registered or to be registered pursuant to Section 12(b) of the Act.

| Title of each class | Name of each exchange on which registered |
|---|---|
| American Depositary shares, Each representing one half of one ordinary share, nominal value CHF 3 per share | New York Stock Exchange |

Ordinary shares, par value CHF 3 per share*

*Not for trading but only in connection with the registration of the American Depositary Shares pursuant to the requirements of the Securities and Exchange Commission.

A1

None

(Title of Class)

Securities for which there is a reporting obligation pursuant to Section 15(d) of the Act.

None

(Title of Class)

Indicate the number of outstanding shares of each of the issuer's classes of capital or common stock as of the close of the period covered by the annual report, December 31, 2004.

70 826 617 Registered Shares

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes ☑        No ☐

Indicate by check mark which financial statement item the registrant has elected to follow.

Item 17 ☐        Item 18 ☑

A2

Introduction

Currency Translation

Cautionary Statement Regarding Forward-Looking Statements

PART I
  Item 1. Identity of Directors, Senior Management and Advisors (N/A)
  Item 2. Offer Statistics and Expected Timetable (N/A)
  Item 3. Key Information
  Item 4. Information on the Company
  Item 5. Operating and Financial Review and Prospects
  Item 6. Directors, Senior Management and Employees
  Item 7. Major Shareholders and Related Party Transactions
  Item 8. Financial Information
  Item 9. The Offer and Listing
  Item 10. Additional Information
  Item 11. Quantitative and Qualitative Disclosures About Market Risk
  Item 12. Description of Securities Other than Equity Securities (N/A)

PART II
  Item 13. Defaults, Dividend Arrearages and Delinquencies
  Item 14. Material Modifications to the Rights of Security Holders and Use of Proceeds
  Item 15. Controls and Procedures
  Item 16. [Reserved]
  Item 16A. Audit Committee Financial Expert
  Item 16B. Code of Ethics
  Item 16C. Principal Accountant Fees and Services
  Item 16D. Exemptions from the Listing Standards for Audit Committees (N/A)
  Item 16E. Purchases of Equity Securities by the Company

PART III
  Item 17. Financial Statements
  Item 18. Financial Statements
  Item 19. Exhibits

Signature

A3

## Organization

The Company is organized into four reporting segments ("Segments") focused on specific customer markets. The four Segments are Plastic Additives, Coating Effects, Water & Paper Treatment and Textile Effects. Each Segment is responsible for marketing, research and development, technology, production and sales. The mission of each Segment is to provide the best and most complete service to its customers industries and strive for market leadership in its respective area.

While each Segment has a lasting role in providing for a well-balanced portfolio for the Company, they are positioned for growth and higher profitability through different approaches: innovation (Plastic Additives and Coating Effects), cost leadership (Textile Effects) and business growth (Water & Paper Treatment).

From 2001 until 2004, the Company had been organized into five Segments. However, in August 2004, the former Home and Personal Care Segment, which had not achieved a critical mass, was integrated into the Plastic Additives and Water and Paper Treatment Segments.

The Company's organizational structure also includes Group Service Units focused on providing cost efficient support services to the Segments. To ensure that innovation efforts are successfully shared across Segments, the Company has a corporate technology office under the leadership of a Chief Technology Officer. In 2004, a Chief Strategy Officer was appointed to oversee strategic development and portfolio management for the Company. All Segments share the support functions provided by the Group Service Units, which include finance and accounting, human resources, communications, information technology ("IT") infrastructure, legal and supply chain services.

## Segments

Net sales, by Segment, of the Company for the each of the past three years were as follows:

| Amounts in CHF millions, except percentages | 2004 | | 2003 | | 2002 | |
|---|---|---|---|---|---|---|
| | Sales | in % | Sales | in % | Sales | in % |
| Plastic Additives | 1 895 | 26.9% | 1 822 | 27.4% | 1 903 | 26.9% |
| Coating Effects | 1 818 | 25.9% | 1 807 | 27.2% | 1 920 | 27.1% |
| Water & Paper Treatment | 2 014 | 28.7% | 1 616 | 24.3% | 1 718 | 24.2% |
| Textile Effects | 1 300 | 18.5% | 1 401 | 21.1% | 1 544 | 21.8% |
| Total net sales | 7 027 | 100.0% | 6 646 | 100.0% | 7 085 | 100.0% |

Plastic Additives develops, manufactures and markets products and provides services to the plastic and lubricant industries. The Segment's products are additives, which are ingredients added in small quantities to polymers and lubricants that prevent aging and corrosion and help improve appearance, durability and performance of finished goods such as polyolefins and engineering plastics as well as high-performance motor oils and lubricants. The Segment's service business provides customers with product application solutions.

Coating Effects is a leading global manufacturer of organic pigments and the leading supplier of photoinitiators and light stabilizers to the coatings, graphic arts and electronic industries. The Segment develops, manufactures and markets additives, pigments, as well as additive and pigment concentrates, for the coatings, printing, imaging, electronic, plastics and fibers industries. The end-user markets for its products and services are, among others, the automotive, packaging, publication, electronics, construction, photographic and digital printing industries.

Water & Paper Treatment serves the paper and water treatment as well as the detergents and hygiene industries. The Segment offers products and services to the global paper and board industry focused on increasing mill productivity as well as "effect chemicals" which provides solutions for its customers in order to determine appearance, handling and performance of the paper or board. The Segment's research and development operations are designed to bring new and unique products and services to the global paper industry. The Segment also offers products and services used to treat the water streams in industrial and municipal applications and to improve the efficiency of mineral and oil processing as well as soil additives and specialty monomers. Furthermore the Segment provides whiteners for detergents and hygiene effects for a variety of personal care products.

Textile Effects serves customers throughout the textile value chain, offering full, integrated solutions for textile processing and value adding effects. The Segment's products include dyes and chemicals for preparation, dyeing, printing, whitening and finishing of all major textiles, as well as sizing agents for fabric weaving. The Segment also provides comprehensive services to help customers achieve their color, comfort and performance requirements.

*A 4*

**Water & Paper Treatment**
Water & Paper Treatment is one of the leading global suppliers to the paper industry, the municipal and industrial water treatment industries and the detergents and hygiene industries, and is managed as an integrated global business. The markets in which the Segment is present have been affected by increasing environmental and safety regulations that govern the industries of the Company's customers. These regulations have resulted in an increased demand for more innovative products with lower environmental impact.

Water & Paper Treatment products and services for the paper and board industry increase the speed, run-ability and quality of the paper making process (retention and drainage aids, deposit control aids). Furthermore, they improve the visual appearance, optical properties and printability of the paper (paper whiteners, paper coloration, starch and latex binders, coating additives and surface modifiers), impart water, oil and grease resistance (barrier effects and sizing), and provide stable images on carbonless and thermal papers. The Segment's newly acquired Technical Centers in Finland further enhance our position as a total solution provider for the paper industry.

The products and services offered in the area of water treatment improve the separation of solids from liquids, purify water, dewater sludge for disposal and enhance dredging applications. In extractive and process technologies, the Segment's products improve the efficiency of all extraction and mineral processing. The Segment also serves a number of niche markets including soil additives where products improve plant nutrition and soil fertility, and performance intermediates where high purity specialty monomers are supplied by the Segment for various applications (e.g. rubbers and adhesives). The Segment's activities in industrial water management aim to bring a service oriented approach by providing customers with complete solutions that meet all their industrial water treatment needs. Strong, local support is available through a network of partners, each providing expertise and industry leading Ciba® IRGATREAT™ product technology, equipment and services.

In the area of detergents and hygiene, the Segment's products and services are used in the home and fabric care industries as well as the personal care market. Whiteners, used in detergents, enhance the whiteness and brightness of textiles while antimicrobial solutions are used in personal care products and promote good health, prevent infections and contribute to the personal well being.

The table below sets forth certain historical combined financial information and the percentage contribution to the consolidated Company net sales from continuing operations for Water & Paper Treatment for the years ended December 31, 2004, 2003 and 2002.

| Amounts in CHF millions, except percentages | 2004 | 2003 | 2002 |
|---|---|---|---|
| Total Segment net sales | 2 014 | 1 616 | 1 718 |
| Operating income | 126 | 130 | 173 |
| Capital expenditures | 81 | 55 | 45 |
| Research and development expenditures | 42 | 33 | 33 |
| Contribution to the consolidated Company net sales from continuing operations, in % | 28.7% | 24.3% | 24.2% |

*Products*
In the paper industry, there is an ongoing demand for more efficient production processes and this is where Ciba' patented technologies such as the Ciba® TELIOFORM® retention and drainage aid system and Ciba® PERGAFAST™ Color Developer for the Color Former market bring value to customer. At the same time, consumers are demanding more innovative paper products and here the Company's range of effect chemicals – whiteners, colors, color formers, barrier effects and coating and surface solutions - allow the Company to be a leading innovator in meeting consumer requirements. The rapid change of technology, the globalization of the customer base and the growing importance of emerging economies are likely to shape the future direction of these markets. Of particular importance are the growing environmental regulations, which are expected to contribute to a growth in chemical demand in excess to that of the paper and board industry.

The Segment develops, produces and sells the following products to the water treatments market segment: Ciba® ZETAG®, Ciba® MAGNAFLOC® and Ciba® MAGNASOL® polyacrylamide polymers, organic coagulants, and poly acrylic acid polymers. The main usage of these products is as flocculants for the separation of solid particles from water. The recently launched Ciba® KRYSALIS® products for the dredging industry enhance solid liquid separation and the separation of contaminants from the dredging sediment. Ciba® RHEOMAX™ tailings management products for the mining industry allow minimization of water consumption and maximization of water recovery, thereby reducing disposal areas and hence generating cost savings in waste disposal. The water treatments product range also includes Ciba® IRGATREAT™ specialty formulations for the full range of water purification and conditioning applications, dispersants to reduce the viscosity and to increase the performance of inorganic pigments and fillers in water systems, monomers as building blocks used in water treatment, adhesives, synthetic fibers and antistatic finishes as well as Ciba® LIBFER® iron chelate to correct deficiencies in crops grown intensively.

The leading product lines in detergents and hygiene include Ciba® TINOPAL® whiteners for detergents and Ciba® IRGASAN®, Ciba® IRGACARE® and Ciba® TINOSAN® antimicrobials providing hygiene effects for personal care products. Whiteners are supplied to the detergents industry. In detergents, the demand for whiteners has stagnated in the European, United States and Japanese markets, while the

**A5**

this has been evaluated by the Company. EPA and other U.S. agencies have also become increasingly active in the area of global chemical control and are taking the lead on many issues of global concern within the OECD. The Company actively supports these initiatives for more globally harmonized requirements and the effort being applied to minimize resource and cost for both industry and government.

The Company continues to actively seek approvals for their products within certain specially controlled applications. Within the U.S., the Food and Drug Administration ("FDA"), oversee the approval of specialty chemicals that will come in contact with food. For many years, the Company has been a leader in this area and is diligent in maintaining its expertise. The EPA's Federal Insecticide, Fungicide and Rodenticide Act ("FIFRA") controls the use of such applications as material preservation and microbial control for the manufacture of polymeric, plastics and textile products together with the protection of the finished article itself. The Company, through its expertise, regularly gains approval for its products in the area and is also supporting other companies in achieving approval for these exacting requirements.

### Agreements with Novartis in Connection with the Spin-off

Novartis and the Company entered into a Master Spin-off Agreement ("MSA") dated December 20, 1996, which governed the separation of the specialty chemicals business from Novartis. In addition, this agreement, together with certain ancillary agreements, established various interim and ongoing relationships between Novartis and the Company.

Pursuant to the MSA, Novartis and the Company provide each other with chemical products and intermediates and certain services, such as provision of utilities, waste handling and security at shared production sites. Such products and intermediates are provided at market prices or, in the absence of market prices, at full cost, and such services are provided at the lower of market price or full cost. In addition, pursuant to the MSA, the Company and Novartis agreed on the allocation of taxes relating to the transaction and past operations of the businesses. The Company is responsible for taxes relating to the past operations of entities engaged exclusively in the specialty chemicals business and Novartis is responsible for transaction related taxes and taxes relating to the past operations of entities other than those engaged exclusively in the specialty chemicals business.

Pursuant to the "Agreement Regarding Use of Ciba as Corporate Name", the Company is permitted to use "Ciba Specialty Chemicals" as part of its registered corporate name, while Novartis may continue to use the name "Ciba" in the Ciba Vision Group and in certain other cases. See "Intellectual Property".

Novartis and the Company have also entered into certain arrangements with respect to the responsibility for environmental liabilities associated with operation of the specialty chemicals business prior to the Spin-off. See "Environmental Matters."

### Insurance

Management is of the opinion that the Company's insurance arrangements regarding property, liability and marine are adequate and sufficient.

### Organizational Structure

Ciba Specialty Chemicals Holding Inc. is the ultimate holding company of the Ciba Specialty Chemicals group. Its Shares are listed on the Swiss Exchange, traded on virt-x, and its ADSs trade on the New York Stock Exchange (see Item 9 – The Offer and Listing).

A6

The following table identifies the Company's significant subsidiaries, their jurisdiction of incorporation or residence, the Company's ownership interest in each subsidiary and the principal function of the subsidiary.

| | Group Holdings in % | Principal Function of Company | | | |
|---|---|---|---|---|---|
| | | Selling | Manufacturing | Research | Service. Financ |
| **AMERICAS** | | | | | |
| Argentina | | | | | |
| Ciba Especialidades Químicas S.A., Buenos Aires | 100 | • | • | | |
| Bermuda | | | | | |
| Chemical Insurance Company Ltd., Hamilton | 100 | | | | • |
| Ciba Specialty Chemicals Eurofinance Ltd., Hamilton | 100 | | | | • |
| Ciba Specialty Chemicals International Finance Ltd., Hamilton | 100 | | | | • |
| Ciba Specialty Chemicals Investment Ltd., Hamilton | 100 | | | | • |
| Brazil | | | | | |
| Ciba Especialidades Químicas Ltda., São Paulo | 100 | • | • | | |
| Latexia Brazil Ltda., São Paulo | 100 | • | • | | |
| Canada | | | | | |
| Ciba Specialty Chemicals Canada Inc., Mississauga | 100 | • | | | |
| Chile | | | | | |
| Ciba Especialidades Químicas Ltda., Santiago de Chile | 100 | • | • | | |
| Colombia | | | | | |
| Ciba Especialidades Químicas S.A., Bogotá | 100 | • | • | | |
| Raisio Química Andina S.A., Medellín | 96 | • | • | | |
| Guatemala | | | | | |
| Ciba Especialidades Químicas, S.A. (ACC), Guatemala | 100 | • | • | | |
| Mexico | | | | | |
| Ciba Especialidades Químicas Mexico S.A. de C.V., Mexico | 100 | • | • | | |
| Panama | | | | | |
| Ciba Especialidades Químicas Colon S.A., Colon | 100 | • | | | |
| United States of America | | | | | |
| Ciba Specialty Chemicals Corporation, Tarrytown, NY | 100 | • | | • | |
| | | | | | |
| **ASIA PACIFIC** | | | | | |
| Australia | | | | | |
| Ciba Specialty Chemicals Pty. Ltd., Thomastown | 100 | • | • | | |
| Bahrain | | | | | |
| Ciba Specialty Chemicals Middle East W.L.L., Manama (Al Seef District) | 100 | • | | | |
| China | | | | | |
| Ciba Specialty Chemicals (China) Ltd., Shanghai | 100 | • | | | • |
| Ciba Specialty Chemicals (Hong Kong) Ltd., Hong Kong | 100 | • | | | |
| Ciba Specialty Chemicals (Shanghai) Ltd., Shanghai | 100 | • | | | |
| Guangdong Ciba Specialty Chemicals Co. Ltd., Panyu, Guangdong | 95 | • | • | | |
| Guangzhou Ciba Specialty Chemicals Co. Ltd., Guangzhou | 80 | • | • | | |
| Qingdao Ciba Dyes Co. Ltd., Qingdao | 94 | • | • | | |
| Qingdao Ciba Pigments Co. Ltd., Qingdao | 91 | • | • | | |
| Raisio Chemicals (Shanghai) Co. Ltd., Shanghai | 100 | • | | | |
| Raisio Tianma Chemicals (Suzhou) Co. Ltd., Suzhou, Jiangsu | 75 | • | • | | |
| Shanghai Ciba Gao-Qiao Chemical Co. Ltd., Shanghai | 85 | • | • | | |
| Shenzhen Ciba Specialty Chemicals Co. Ltd., Shenzhen | 49 | | • | | |
| Xiangtan Chemicals & Pigments Co. Ltd., Xiangtan | | | | | |
| India | 100 | | | • | |
| Ciba India Private Ltd., Mumbai | 69 | • | • | | |
| Ciba Specialty Chemicals (India) Ltd., Mumbai (1) | 69 | • | • | | |
| Diamond Dye-Chem Ltd., Mumbai (2) | | | | | |
| Indonesia | 80 | • | • | | |
| P.T. Ciba Specialty Chemicals Indonesia, Jakarta | 60 | • | • | | |
| PT Intercipta Kimia Pratama, Jakarta | 100 | • | | | |
| PT Latexia Indonesia, Jakarta | | | | | |
| Japan | 51 | • | • | | |
| Chemipro Fine Chemical Kaisha Ltd., Kobe | 100 | • | | • | |
| Ciba Specialty Chemicals K.K., Osaka | 60 | • | • | | |
| Musashino-Geigy Company Ltd., Kitaibaraki (Ibaraki) | 46 | • | • | | |
| Nippon Alkyl Phenol Co. Ltd., Tokyo | | | | | |
| Republic of Korea (South Korea) | 100 | • | • | | |
| Ciba Specialty Chemicals Korea Ltd., Seoul | 100 | • | • | • | |
| Daihan Swiss Chemical Corporation, Seoul | 63 | • | • | | |
| Doobon Fine Chemical Co., Ltd., Chongwon-kun | 51 | • | | | |
| Raisio Chemicals Korea Inc., Chonan | | | | | |

A7

| | | | | | | |
|---|---|---|---|---|---|---|
| Ciba Specialty Chemicals (Malaysia) SDN BHD, Klang | 70 | • | | • | | |
| New Zealand | 100 | • | | • | | |
| Ciba Specialty Chemicals N.Z. Ltd., Auckland | | | | | | |
| Singapore | 100 | • | | | | |
| Ciba Specialty Chemicals (Singapore) Pte. Ltd., Singapore | | | | | | |
| South Africa | 100 | • | | | | |
| Ciba Specialty Chemicals (Pty) Ltd., Spartan | | | | | | |
| Taiwan | 100 | • | | • | | |
| Ciba Specialty Chemicals (Taiwan) Ltd., Kaohsiung | | | | | | |
| Thailand | 100 | • | | • | | |
| Ciba Specialty Chemicals (Thailand) Ltd., Bangkok | | | | | | |

A8

| | Group Holdings in % | Selling | Manufacturing | Research | Service, Finance |
|---|---|---|---|---|---|
| **EUROPE** | | | | | |
| Austria | | | | | |
| Ciba Spezialitätenchemie GmbH, Hard | 100 | • | | | |
| Latexia Osterreich GmbH, Pischelsdorf/Zwentendorf | 100 | • | • | | |
| Belgium | | | | | |
| Ciba Specialty Chemicals N.V., Groot-Bijgaarden | 100 | • | | | |
| Latexia S.A., Veurne | 100 | • | • | | |
| Raisio Belgium N.V., Veurne | | | | | |
| Finland | | | | | |
| Ciba Specialty Chemicals Finland OY, Helsinki | 100 | • | | | |
| Ciba Specialty Chemicals Oy, Raisio | 100 | • | • | • | • |
| Finnamyl Oy, Raisio | 100 | • | • | | |
| Latexia SB Oy, Raisio | 100 | • | • | • | |
| Latexia Suomi Oy, Raisio | 100 | • | • | | |
| Oy Kationi Ab, Raisio | | | | | |
| France | | | | | |
| Ciba Spécialités Chimiques SA, Saint Fons | 100 | • | • | • | |
| Ciba Specialty Chemicals Masterbatch SA, Saint Jeoire en Faucigny | 100 | • | • | | |
| Germany | | | | | |
| Ciba Spezialitätenchemie Grenzach GmbH, Grenzach-Wyhlen | 100 | | • | • | |
| Ciba Spezialitätenchemie Holding Deutschland GmbH, Lampertheim | 100 | | | | • |
| Ciba Spezialitätenchemie Lampertheim GmbH, Lampertheim | 100 | | • | • | |
| Ciba Spezialitätenchemie Pfersee GmbH, Langweid/Lech | 100 | • | • | • | |
| Greece | | | | | |
| Ciba Specialty Chemicals Hellas ABEE, Thessaloniki | 100 | • | | | |
| Hungary | | | | | |
| Ciba Specialty Chemicals Magyarorszag Kft., Budapest | 100 | • | | | |
| Italy | | | | | |
| Ciba Specialty Chemicals S.p.A., Sasso Marconi (Bologna) | 100 | • | • | • | • |
| Magenta Master Fibers S.r.l., Milano | 60 | | | | • |
| Luxembourg | | | | | |
| Ciba Specialty Chemicals Finance Luxembourg S.A., Luxembourg | 100 | | | | • |
| Netherlands | | | | | |
| Ciba Specialty Chemicals International Nederland B.V., Maastricht | 100 | | | | • |
| Ciba Specialty Chemicals (Maastricht) B.V., Maastricht | 100 | • | • | | |
| EFKA Additives B.V., Heerenveen | 100 | | | | • |
| Portugal | | | | | |
| Ciba Especialidades Químicas Lda., Porto | 100 | • | | | |
| Raisio Portugal-Produtos Químicos, Lda., Nogueira Maia | 51 | • | • | | |
| Spain | | | | | |
| Ciba Especialidades Químicas S.L., Barcelona | 100 | • | • | | |
| Latexia Iberia, S.L., Madrid | 100 | • | | | |
| Raisio Echeveste, S.A., Tolosa | 51 | • | • | | |
| Sweden | | | | | |
| Ciba Specialty Chemicals Sweden AB, Göteborg | 100 | • | | | |
| AB CDM, Västra Frölunda | 100 | • | | | |
| Raisio Svenska AB, Gothenburg | 100 | • | | | |
| Switzerland | | | | | |
| Ciba Specialty Chemicals Holding Inc., Basel [3] | | | | | |
| Ciba Spécialités Chimiques Monthey SA, Monthey | 100 | | • | | |
| Ciba Spezialitätenchemie AG, Basel | 100 | | | | • |
| Ciba Spezialitätenchemie Finanz AG, Basel | 100 | | | | • |
| Ciba Spezialitätenchemie International AG, Basel | 100 | • | | | |
| Ciba Spezialitätenchemie Kaisten AG, Kaisten | 100 | | • | | |
| Ciba Spezialitätenchemie Schweizerhalle AG, Muttenz | 100 | | | | • |
| Ciba Spezialitätenchemie Services AG, Basel | 100 | | | | • |
| CIMO Compagnie Industrielle de Monthey SA, Monthey | 50 | | | | • |
| Turkey | | | | | |
| Ciba Ozel Kimyevi Ürünler Sanayi ve Ticaret Ltd., Istanbul | 100 | • | • | | |
| United Kingdom | | | | | |
| Ciba Specialty Chemicals PLC, Macclesfield | 100 | • | | | • |
| Ciba Specialty Chemicals Investment PLC, Macclesfield | 100 | | | | • |
| Ciba Specialty Chemicals Water Treatments Ltd., Bradford | 100 | • | • | | |
| Pira International Limited, Leatherhead | 100 | | | • | |
| Raisio Chemicals UK Limited, Blackburn | 100 | • | | | |

A9

Item 6. Directors, Senior Management and Employees

Corporate Governance

*Numbers in square brackets refer to the Directive on Information Relating to Corporate Governance ("DCG") of SWX Swiss Exchange. An overview of major differences between the Swiss and the U.S. corporate governance practices can be found at:* http://www.cibasc.com/investors

**The Board of Directors and its Committees**
The Board of Directors of Ciba Specialty Chemicals ("Board") defines the strategic direction and supervises the overall affairs of the Company, while the implementation of strategies and the day-to-day management is vested in the Executive Committee [DCG 3.6]. The Board also reviews the Company's key plans and objectives, identifies external risks and opportunities and initiates required activities.

The Members of the Board are elected by the General Meeting of Shareholders for a term of between one and four years to allow for a staggered board [DCG 3.4.1]; a re-election is possible [DCG 3.4.1]. For an overview of the individual election terms, see the table on the next page [DCG 3.4.2]. A Board Member may tender his or her resignation during the term of his or her office. The Shareholders' Meeting may vote to remove a Board Member.

The Board continues to commit itself to maintaining the highest standards of integrity and transparency in its governance of the Company. The Board and Board Committee charters reflect recent developments in corporate governance principles including the Swiss Code of Best Practice and the Sarbanes-Oxley Act of 2002. The Board believes that it is in compliance with well recognized corporate governance standards, in particular with regard to:

- a Lead Director (to complement the Chairman of the Board) entitled to convene on his own and chair meetings of the Board; in addition the Lead Director chairs the Compensation Committee; based on interviews with other Board members, he prepares a review of the Chairman. He may act as a liaison between the Board and the Chairman in delicate matters

- broad supervisory and reviewing powers for the Board, directly supported by Internal Audit

- independence of Board Members who are all non-executives of the Company, with the exception of the Chairman

- independence of Board Committee Members who are equally all non-executives, with one exception being the Chairman serving on the Human Resources and Nomination and the Finance Committees

- having Audit Committee Members who are all non-executives with significant expertise particularly in the area of finance

- having Compensation Committee Members who are non-executives with broad practical experience in the area of employee and executive compensation

- an annual self-assessment of the Board

- receiving and providing continuous and comprehensive information including periodic and yearly reports prepared by management on finances, strategies, research and development, production planning and risk management [DCG 3.7].

**Topics of the Board in 2004**
Apart from the ongoing overall supervision of the Company's affairs, corporate governance and the preparation of the annual accounts and the Annual General Meeting of the Shareholders, the Board put particular emphasis for the financial year 2004 on the following topics: group business strategy, M&A, IT and ERP strategy, and an assessment of Internal Audit.

**Board Committees [DCG 3.5]**
Four standing Board Committees in the areas of audit, finance, compensation and human resources/nomination provide guidance and support to the full Board:

A10

**Additional Information**
With the exception of Armin Meyer, who is also CEO of Ciba Specialty Chemicals, all other Board Members are both non-executive directors and independent from the Company [DCG 3.1 b]. The term "independent" used herein satisfies the criteria of the Swiss Code of Best Practice and of Section 303(A)(6) of the NYSE Listed Company Manual, as approved by the SEC on November 4, 2003. None of the non-executive Members of the Board has ever been a member of the management of the Company or any of its subsidiaries and none of them has or had a substantial business relationship with the Company or any of its subsidiaries in the last four financial years [DCG 3.1.c].

More biographical details of the Board Members are available at the Company's website (http://www.cibasc.com/bod-cv) [DCG 3.1.a].

There is no cross-involvement among the Board Members and the boards of directors of other listed Swiss companies [DCG 3.3]. Other than as disclosed under "Change of Control Provisions" hereunder, there is no service contract between any Member of the Board and the Company providing for benefits upon termination of employment.

Board Committee Memberships [DCG 3.5.2]

| Name | Audit Committee | Finance Committee | Human Resources and Nomination Committee | Compensation Committee |
|------|-----------------|-------------------|------------------------------------------|------------------------|
| A. Meyer | | △ | △ | |
| | ● | ● | ● | △ |
| K. Feller | △ | ● | | |
| E.W. Heri | | | ● | ● |
| G. Höhler | | | ● | |
| J.-M. P. Lehn | | | ● | ● |
| P. Littmann | ● | | | |
| U. Sigg | | | | |

——————

△ = Chairman

● = Member

All Board Committees meet four to six times per year, usually immediately before the full Board meets. The duration of such meetings generally is between two and four hours. The full Board meets at least 5 times per year. Normally, the duration of these meetings ranges between four and eight hours. In addition, in 2004, the Board held a two consecutive days retreat [DCG 3.5.3].

The Company's "Rules Governing the Organization" and Committee charters set out in detail the powers and responsibilities of the Board and its Committees. In order for the Board or any of its Committees to pass resolutions, at least half of their Members must be personally present, which may be deemed satisfied if simultaneous communication is ensured, such as by telephone or video conference.

The Executive Committee [DCG 4, 4.1, 4.2]

| Name | Date of Birth | Nationality | Function | Significant positions and political mandates outside the Company [DCG 4.2.a/b/c] |
|------|---------------|-------------|----------|--------------------------------------------------------------------------------|
| Armin Meyer | July 25, 1949 | Swiss | Chief Executive Officer | Member of the Board of Directors, Zurich Financial Services, Zurich Member of the Board of CEFIC (European Chemical Industry Council), Brussels Member of the Foundation Board IMD – International Institute for Management Development, Lausanne |
| Michael Jacobi | January 30, 1953 | German | Chief Financial Officer | Chairman of the Board of Industrie-Holding, Berne Member of the Board of Phonak Holding AG, Stäfa |
| Christoph Biedermann | March 19, 1957 | Swiss | Executive Vice President International Coordination and Human Resources | Member of the Board of SGCI (Schweiz. Gesellschaft für Chemische Industrie), Zurich |
| Martin Riediker | June 28, 1952 | Swiss | Chief Technology | Member of the Board, American Chemistry |

A11

| | | | Officer | Council, Arlington Member of the Board, CIIT Centers for Health Research |
|---|---|---|---|---|
| | | | | None |
| Hermann Angerer | December 23, 1947 | Swiss | Head Segment Coating Effects | None |
| Eric Marohn | June 3, 1959 | American | Head Segment Textile Effects | None |

A12

| Name | Date of Birth | Nationality | Function | Significant positions and political mandates outside the Company [DCG 4.2.a/b/c] |
|------|---------------|-------------|----------|-----------------------------------------------------|
| Mark Garrett | May 11, 1962 | Australian | Head Segment Water & Paper Treatment | Member of the Board of TEGEWA Industry Association, Frankfurt am Main |
| Brendan Cummins | May 18, 1951 | Irish | Head Segment Plastic Additives | None |

**Armin Meyer** became Chairman of the Board of Ciba Specialty Chemicals in autumn 2000. Starting January 1, 2001, he in addition took over as Chief Executive Officer. He streamlined the Company structure and shifted priority targets to profitable growth, innovation and highly qualified people as well as cash generation. He has been a Member of the Board of the Company since its spin-off in 1997.

Previously, Armin Meyer was Head of the global Building Technologies Segment of ABB Ltd. As of 1995, he was a member of the Executive Committee of ABB, a global technology Group.

Armin Meyer started his career in 1976 when he joined the former Brown Boveri Ltd. (BBC) as development engineer. In 1980 he became Head of Research and Development for industrial motors and took over as Head of the international business unit for electrical power generators in 1984. Further steps included the presidency of ABB Drives Ltd. as well as of ABB Power Generation Ltd. In 1995, he became Head of the Power Generation Segment. In 1998, he took over as Head of the Building Technologies Segment.

Armin Meyer, born 1949 in Zurich, Switzerland, holds a Ph.D. in electrical engineering from the Swiss Federal Institute of Technology (ETH) in Zurich.

In addition to his responsibilities at ABB, Armin Meyer was also Professor for Electrical Engineering and Drives at ETH, Zurich for twelve years.

**Michael Jacobi** joined Ciba-Geigy's finance area in 1978. In 1980, Michael Jacobi moved to Brazil as Corporate Controller and later was appointed Treasurer. In 1986, he moved to the United States where he led the financial department at the Toms River plant in New Jersey. After further management training at Harvard, he returned to the Finance department in Basel, Switzerland in 1987 as Head of Management Accounting. He became Group Controller of Ciba-Geigy in 1990, and is responsible for the Company's overall corporate financial accounting and reporting. In 1997, he was appointed Chief Financial Officer for Ciba Specialty Chemicals, and is responsible for Treasury, Mergers and Acquisitions, Investor Relations and Control. Michael Jacobi served on the Council of the Foundation for Accounting and Reporting Recommendations and played a significant role in setting Swiss guidelines for accounting and disclosure. He has a Doctorate in Economics from the University of St. Gallen.

**Christoph Biedermann** was appointed Head of International Coordination and Human Resources effective as of April 1, 2004. In 2001, Christoph Biedermann joined Ciba Specialty Chemicals as Member of the Executive Committee. He was global Head, Textile Effects Segment from 2001 to 2004. From 1982 to 1985, Christoph Biedermann worked for ABB as Project Engineer in Switzerland and Commissioning Engineer in South Africa. From 1986 to 1989, he was Associate and Project Manager at McKinsey in Zurich, Switzerland. In 1990, he joined ABB Drives AG as Manager of High Power Semiconductors. In 1991, he was appointed Manager of Electrical Machines. From 1994 to 1997 he was Manager Business Unit Total Optimization of Processes at ABB Business Area Automation & Drives. In 1997, Christoph Biedermann was appointed President of ABB Industrie AG Switzerland. From 1999 until he joined Ciba Specialty Chemicals, he was also a member of the Management Committee ABB Switzerland, responsible for the Segment Automation. Mr. Biedermann holds a Diploma in Electrical Engineering from the Swiss Federal Institute of Technology, Zurich and has an MBA from INSEAD, Fontainebleau, France.

**Martin Riediker** was appointed Chief Technology Officer in 2001. Martin Riediker joined Ciba-Geigy in 1982 as a photochemist in central research at Ciba-Geigy in Basel. In 1988, he moved to the United States as Vice President, Research and Development (R&D) for the Polymers Division and was later appointed Vice President and General Manager of the North American Resins Business Unit in 1991. He was named Head of Ciba's U.S. Polymers Division in 1994. Mr. Riediker was named as Global President of the Consumer Care Division in 1995. He also took direct charge of the Detergents and Cosmetics Business Units. In 1997, he was named Global President of the Consumer Care Division and became a member of the Executive Committee of Ciba Specialty Chemicals. Mr. Riediker has a Doctorate in Chemistry and did Post-Doctoral Studies at Princeton University.

**Hermann Angerer** was appointed Head of the Coating Effects Segment in 2001. He joined Ciba-Geigy Limited in 1981 as a development chemist in the Additives Division in Basel. In 1985, he assumed the global marketing responsibility for radiation curing additives in the Business Unit Imaging and Coating Additives. In 1990, he was appointed Head of the Business Unit Additives for Lubricants. In 1996, he

A13

moved to Japan as Head of the Additives Division, responsible for the markets in Japan and South Korea. In 1999, he moved to Germany, responsible for the German holding company of Ciba Specialty Chemicals and the Additives Division in the Central Europe region. Mr. Angerer holds a Ph.D. in Chemical Engineering from the Swiss Federal Institute of Technology (ETH) in Zurich.

**Eric Marohn** was appointed Head of the Textile Effects Segment effective as of April 1, 2004. He joined Ciba-Geigy in 1988 in the United States. He held a number of positions in the U.S. and in Basel, Switzerland, as Manager of Production Cost Accounting, Manager of Planning and Reporting and as Controller. In 1997, he took on the role of Global Marketing Head of the Business Segment Whiteners in the Consumer Care Division at Ciba Specialty Chemicals' headquarters in Basel. In 2000, he returned to the U.S. where he was responsible for the Business Unit Textile Chemicals for North and Central America. Starting in 2001, he was Regional Head for the Business Line Paper and the Segment Representative for Water & Paper Treatment in NAFTA. From 2003 until becoming Head of the Textile Effects Segment, he

A14

headed Marketing and Sales for the Textile Effects Segment in North and South America. Eric Marohn has a B.S.B.A. degree from Appalachian State University and holds an MBA from the University of North Carolina at Greensboro.

**Mark Garrett** was appointed Head of the Water & Paper Treatment Segment in 2001. He joined Ciba-Geigy in Australia in 1986 and worked there as Information and Planning Manager. In 1989, he moved to the Swiss headquarters in Basel, working in Finance and as Marketing Center Manager and Business Development Manager. In 1995, he became head of the Business Unit Paper and in 1996 he was appointed Global Head of the Business Segment Whiteners. In 1998, Mark Garrett became Global Head of the Textile Chemicals business unit where he successfully integrated three textile chemical businesses into one business unit that became a worldwide leader in its field. Mark Garrett joined DuPont from Ciba Specialty Chemicals in 2000, initially as Director Corporate Plans before becoming the Global Business Director Tyvek/Typar. He rejoined Ciba in 2001. Mark Garrett holds the following degrees: Bachelor of Arts, Economics, University of Melbourne, Melbourne, Australia and Master of Applied Information Systems, Royal Melbourne Institute of Technology, Melbourne.

**Brendan Cummins** was appointed Head of the Plastic Additives Segment effective as of April 1, 2004. Brendan Cummins joined Ciba-Geigy in Ireland in 1971 as an Accountancy Student. In 1974, he assumed the position of Planning and Information Manager in Ireland. In 1979, he moved to Ciba-Geigy Singapore as Treasury Head and, in 1981, was appointed Head of Finance and Administration South East Asia. In 1984, he transferred to Hong Kong as Head of Finance and HR North Asia with project responsibility for China. In 1990, he moved to the Philippine as Head of Pharmaceutical Division and later that year was appointed, in combination, Group Company Head. In 1994, he transferred to the U.K. as Head of Finance and HR of Ciba-Geigy Horsham. In 1995, he returned to the Far East as Group Company Head China and, in 1997, assumed the position of Regional President Greater China for Ciba Specialty Chemicals. In 1999, he moved to Basel and was appointed Globa Head of Whiteners and, in 2000, established and headed the Global Business Unit Home & Personal Care. In 2001, he worked for Irish Fertilizer Industries as Managing Director. In December 2001, he joined Ciba Specialty Chemicals as a Member of the Executive Committee. From 2001 to 2004, he was Executive Vice-President, International Coordination and Human Resources. He has a degree in accounting and is a Fellow of The Association of International Accountants.

There are no management agreements or other agreements between the Company or its management bodies and any third parties [DCG 4.3] providing for any persons referred to above to be elected a Member of the Company's Executive Committee.

## Changes since December 31, 2003
Felix Meyer, Head of the Plastic Additives Segment, resigned from the Company at the end of March, 2004. With effect from April 1, 2004, Brendan Cummins took over Felix Meyer's position and was succeeded by Christoph Biedermann as Head of International Coordination and Human Resources. At the same date, Eric Marohn took over as Head of the Textile Effects Segment. Tim Schlange was Head of the Home & Personal Care Segment until the end of August, 2004, when the integration of the Segment's businesses in two other of the Company's segments began. Tim Schlange then became Ciba's Chief Strategy Officer.

## Business behavior
So as to promote honest and ethical conduct, legal compliance, prompt internal reporting, accountability, and full, fair, accurate, timely and understandable disclosure in public reports, the Company relies on its "Code of Conduct", which can be downloaded (http://www.cibasc.com/code-of-conduct-revised-2003_en.pdf). In 2004, the Company did not grant any waiver, whether implicit or explicit, from any provision of its Code of Conduct to the CEO, the CFO, or the Group Controller.

## Compensation
### Principles of allocation [DCG 5.1]
Base salaries of the Members of the Board and of the Executive Committee are established according to a comparative analysis of base salari paid within selected peer groups of international companies. Annual short term bonuses are based on corporate financial performance, i.e. on free cash flow, EBITDA and sales growth measured against relevant targets which are established at the beginning of the year. Long term incentives are awarded primarily based on how individual and personal performances contribute to the overall success of the Company. The allocation of these compensatory elements is discussed in the Compensation Committee of the Board of Directors, which makes its recommendations to the full Board. The latter takes the ultimate decision with respect to such allocation. For a more detailed description of th Share and option based compensation plans, see note 17 to Consolidated Financial Statements.

### Deviation from accrual principle [DCG 5]
The official commentary to the Directive on Information Relating to Corporate Governance requires the disclosure of management compensation according to the accrual principle. Adherence to this principle would entail that payments received and payments made are not be accounted for at the time of their receipt or transfer, but rather allocated to the specific periods to which they are attributable in economic terms. As the Company reports its financial results in early February and holds its AGM in early March, there is not enough time for all the performance reviews to be conducted with the Company's top executives. These reviews are a pre-condition for the determination of the incentive payments. The Company therefore reports amounts effectively paid in the reporting period, irrespective of the period to which they

A15

# EXHIBIT B

Site: Basel

# Ciba    Value beyond chemistry

→ Register
→ Password lost?

Contact    sitemap

Worldwide » Switzerland » Site: Basel

» **Site: Basel**

→ Site: Basel
→ Contacts

← Back to Switzerland



Basel site panoramic views

With sites both in the Klybeck and in the Rosental area, the Basel headquarters hosts the Executive Committee, the global segment Leadership Teams, global support functions such as Finance, the Legal Department and Human Resources, as well as Research & Development (R&D) and production plants for the four business segments Plastic Additives, Coating Effects, Textile Effects and Water and Paper Treatment.

Research plays a very important role and one of the main advantages of the Basel sites is that R&D, Production and Marketing are close together, fostering synergies, high flexibility and a rapid launch of new products.

More than 2800 employees work in Basel. Ciba Specialty Chemicals shares the Klybeck and Rosental areas with about 60 other companies, closely working together in the fields of infrastructure and services such as waste water treatment, energy supply, security, fire department, area maintenance and catering.

Site: Basel

The multipurpose production plants in Klybeck produce very successful products, such as the textile dyes, pigments and dyeing auxiliaries CIBACRON®, Ciba® LANASOL®, Ciba® TERATOP®, Ciba® CROMOPHTAL® and CIBAFAST®. Other successful products are Ciba® UVITEX® BAC, an optical brightener, and Ciba® TINOSORB® S, a UV absorber for cosmetic applications.

**Ciba Spezialitätenchemie AG**
P.O. Box
CH-4002 Basel
SWITZERLAND

**Location**
Klybeck:Klybeckstr.141
Rosental:Schwarzwaldallee 215

Tel: +41-61-636 11 11
Fax: +41-61-636 12 12

How to get to Basel/Klybeck

Copyright © Ciba Specialty Chemicals, 2000-2005 | 18. September 2005 | Legal Disclaimer | Privacy Notice

# EXHIBIT C



Decide with Confidence

# Business Information Report

To save report(s) to your PC, click here for instructions.                    🖶 Print this Report

Copyright 2005 Dun & Bradstreet - Provided under contract for the exclusive use of subscriber 061010366L

Report Printed: AUG 30 2005
In Date

## BUSINESS SUMMARY

**CIBA SPECIALTY CHEMICALS CORP**
  (FOREIGN PARENT IS CIBA SPEZIALITATENCHEMIE
HOLDING AG, BASLE, SWITZERLAND.)
**540 White Plains Road
Tarrytown, NY 10591**



**Now Included with this Report**    *NEW!*

**D&B's Credit Limit Recommendation**
D&B's industry and risk-based limit guidance
▸ Learn More                        ▸ View Now

**Payment Trends Profile**
Payment trends and industry benchmarks
▸ Learn More                        ▸ View Now

This is a headquarters (subsidiary) location.
Branch(es) or division(s) exist.

| | | |
|---|---|---|
| Web site: | www.cibasc.com | **D-U-N-S Number:** 96-425-3439 |
| Telephone: | 914 785-2000 | **D&B Rating:** 5A3 |
| Fax: | 914 785-2211 | **Financial strength:** 5A is $50 million and over. |
| Chief executive: | MARTIN RIEDIKER, PRES-CEO | **Composite credit appraisal:** 3 is fair. |

**D&B PAYDEX®:**

**12-Month D&B PAYDEX: 71**
When weighted by dollar amount, payments to
suppliers average 14 days beyond terms.

| | | | |
|---|---|---|---|
| Year started: | 1996 | | |
| Employs: | 3,000 (554 here) | | |
| Financial statement date: | DEC 31 2004 | | |

```
0                          ▽                      100
   ████████████████░░░░░░░░░░░░░░░░░░░░████████
120 days slow      30 days slow    Prompt  Anticipates
```

Based on trade collected over last 12 months.

*NEW* Enhanced payment trends and industry
      benchmarks are available on this business

| | |
|---|---|
| Sales F: | $1,421,064,000 |
| Net worth F: | $52,660,000 |
| History: | CLEAR |
| Financing: | SECURED |
| Financial condition: | FAIR |
| SIC: | 2819 |
| | 8734 |
| | 2899 |
| | 2865 |
| Line of | Mfg indstl inorgan chem, testing |

**business:**  laboratory, mfg chemical preparation, mfg cyclic crudes/intrmd

## SUMMARY ANALYSIS

**D&B Rating:**                      **5A3**
   **Financial strength:**        5A Indicates $50 million and over.
   **Composite credit appraisal: 3 is fair.**

This credit rating was assigned because of D&B's assessment of the company's financial ratios and its cash flow. For more information, see the D&B Rating Key.

Below is an overview of the company's rating history since 06/28/99:

| D&B Rating | Date Applied |
|------------|--------------|
| 5A3        | 01/14/00     |
| 5A2        | 07/01/99     |
| 5A3        | 06/28/99     |

The Summary Analysis section reflects information in D&B's file as of August 29, 2005.

**NEW!** How does CIBA SPECIALTY CHEMICALS CORP's payment record compare to its industry?
A Payment Trends Profile will show you - View Now

## CUSTOMER SERVICE

If you have questions about this report, please call our Customer Resource Center at 1.800.234.3867 from anywhere within the U.S. If you are outside the U.S. contact your local D&B office.

*** Additional Decision Support Available ***

Additional D&B products, monitoring services and specialized investigations are available to help you evaluate this company or its industry. Call Dun & Bradstreet's Customer Resource Center at 1.800.234.3867 from anywhere within the U.S. or visit our website at www.dnb.com.

## HISTORY

The following information was reported **05/12/2005:**

**Officer(s):**   MARTIN RIEDIKER, PRES-CEO
ALAN HARTSLIEF, VPRES-BSC

**DIRECTOR(S):**   THE OFFICER(S)

Business started 1996. 100% of capital stock is owned by the parent company.

MARTIN RIEDIKER. Previously active parent company.

ALAN HARTSLIEF. Antecedents are undetermined.

## CORPORATE FAMILY

Click below to buy a Business Information Report on that family member.
For an expanded, more current corporate family view, use D&B's Global Family Linkage product.

D&B Business Information Report: CIBA SPECIALTY CHEMICALS CORP                    Page 3 of 12

Buy Selected Report(s)

**Parent:**

| | | |
|---|---|---|
| ☐ Ciba Spezialit Tenchemie Holding Ag | Basel, Switzerland | DUNS # 48-727-8293 |

**Subsidiaries (US):**

| | | |
|---|---|---|
| ☐ Ciba Specialty Chemicals Water Treatments Inc | Suffolk, VA | DUNS # 00-159-0640 |

**Branches (US):**

| | | |
|---|---|---|
| ☐ Ciba Specialty Chemicals Corp | Mc Intosh, AL | DUNS # 03-891-0217 |
| ☐ Ciba Specialty Chemicals Corp | Mobile, AL | DUNS # 82-680-7232 |
| ☐ Ciba Specialty Chemicals Corp | Mobile, AL | DUNS # 00-914-5447 |
| ☐ Ciba Specialty Chemicals Corp | West Memphis, AR | DUNS # 08-525-3073 |
| ☐ Ciba Specialty Chemicals Corp | Greeley, CO | DUNS # 01-313-6572 |
| ☐ Ciba Specialty Chemicals Corp | Wilmington, DE | DUNS # 03-435-0798 |
| ☐ Ciba Specialty Chemicals Corp | Wilmington, DE | DUNS # 95-697-4356 |
| ☐ Ciba Specialty Chemicals Corp | Wilmington, DE | DUNS # 00-691-0582 |
| ☐ Ciba Specialty Chemicals Corp | Tampa, FL | DUNS # 93-773-6775 |
| ☐ Ciba Specialty Chemicals Corp | Dalton, GA | DUNS # 96-986-1376 |
| ☐ Ciba Specialty Chemicals Corp | Norcross, GA | DUNS # 09-779-8144 |
| ☐ Ciba Specialty Chemicals Corp | Carol Stream, IL | DUNS # 36-334-5278 |
| ☐ Ciba Specialty Chemicals Corp | Glen Ellyn, IL | DUNS # 07-557-9180 |
| ☐ Ciba Specialty Chemicals Corp | Saint Gabriel, LA | DUNS # 96-692-3252 |
| ☐ Ciba Specialty Chemicals Corp | East Lansing, MI | DUNS # 01-481-1967 |
| ☐ Ciba Specialty Chemicals Corp | Aurora, MN | DUNS # 83-428-1164 |
| ☐ Ciba Specialty Chemicals Corp | Earth City, MO | DUNS # 13-746-7705 |
| ☐ Ciba Specialty Chemicals Corp | Old Bridge, NJ | DUNS # 14-886-4502 |
| ☐ Ciba Specialty Chemicals Corp | Toms River, NJ | DUNS # 01-301-0306 |
| ☐ Ciba Specialty Chemicals Corp | Brewster, NY | DUNS # 88-431-3115 |
| ☐ Ciba Specialty Chemicals Corp | Tarrytown, NY | DUNS # 11-279-4342 |
| ☐ Ciba Specialty Chemicals Corp | Tarrytown, NY | DUNS # 15-023-5807 |
| ☐ Ciba Specialty Chemicals Corp | Albemarle, NC | DUNS # 00-906-2329 |
| ☐ Ciba Specialty Chemicals Corp | Charlotte, NC | DUNS # 94-387-6375 |
| ☐ Ciba Specialty Chemicals Corp | Charlotte, NC | DUNS # 05-803-2561 |

This list is limited to the first 25 branches.
For the complete list, use D&B's Global Family Linkage product.

**Affiliates (International):** *(Affiliated companies share the same parent company as this business.)*

| | | |
|---|---|---|
| ☐ Chemical Insurance Company Limited | HAMILTON, BERMUDA | DUNS # 87-562-7788 |
| ☐ CIBA - ESPECIALIDADES QUIMICAS, LDA | Porto, PORTUGAL | DUNS # 45-777-1707 |
| ☐ Ciba Especialidades Quimicas Colon S.A. | PANAMA CITY, PANAMA | DUNS # 85-374-1551 |
| ☐ Ciba Especialidades Quimicas Ltda. | SANTIAGO, CHILE | DUNS # 98-049-4298 |

| | | |
|---|---|---|
| ☐ CIBA ESPECIALIDADES QUIMICAS S.A. | Ciudad de Buenos Aires, ARGENTINA | DUNS # 97-000-3307 |
| ☐ Ciba Especialidades Quimicas S.A. | BOGOTA, COLOMBIA | DUNS # 88-022-2096 |
| ☐ Ciba Especialidades Quimicas, S.A. | CIUDAD DE GUATEMALA, GUATEMALA | DUNS # 84-610-9106 |
| ☐ CIBA ESPECIALIDADES QUIMICAS, S.L. | Barcelona, SPAIN | DUNS # 56-364-1596 |
| ☐ CIBA SPECIALITES CHIMIQUES SA | ST FONS, FRANCE | DUNS # 36-545-6474 |
| ☐ CIBA SPECIALTY CHEMICALS (INDIA) LIMITED. | MUMBAI, INDIA | DUNS # 86-212-4518 |
| ☐ Ciba Specialty Chemicals (China) Ltd | SHANGHAI, CHINA | DUNS # 42-095-5403 |
| ☐ CIBA SPECIALTY CHEMICALS (PTY) LTD | JOHANNESBURG, SOUTH AFRICA | DUNS # 63-709-3159 |
| ☐ CIBA SPECIALTY CHEMICALS (PTY) LTD | KEMPTON PARK, SOUTH AFRICA | DUNS # 56-883-1929 |
| ☐ CIBA SPECIALTY CHEMICALS (SINGAPORE) PTE LTD | SINGAPORE, SINGAPORE | DUNS # 59-528-4654 |
| ☐ CIBA SPECIALTY CHEMICALS (TAIWAN) LTD. | Taliao Hsiang, TAIWAN | DUNS # 65-601-0691 |
| ☐ Ciba Specialty Chemicals Eurofinance Ltd | HAMILTON, BERMUDA | DUNS # 87-566-0891 |
| ☐ ciba specialty chemicals hellas sa | ATHENS, GREECE | DUNS # 55-251-1016 |
| ☐ Ciba Specialty Chemicals International Finance Ltd | HAMILTON, BERMUDA | DUNS # 87-565-7165 |
| ☐ Ciba Specialty Chemicals Investment Ltd | HAMILTON, BERMUDA | DUNS # 87-565-7173 |
| ☐ CIBA SPECIALTY CHEMICALS K.K. | OSAKA, JAPAN | DUNS # 70-585-4115 |
| ☐ Ciba Specialty Chemicals Korea Ltd. | SEOUL, KOREA, REPUBLIC OF | DUNS # 68-943-2813 |
| ☐ CIBA SPECIALTY CHEMICALS MAASTRICHT B.V. | MAASTRICHT, NETHERLANDS | DUNS # 40-433-1902 |
| ☐ CIBA SPECIALTY CHEMICALS N.Z. LIMITED | AUCKLAND, NEW ZEALAND | DUNS # 59-078-9483 |
| ☐ CIBA SPECIALTY CHEMICALS NV | DILBEEK, BELGIUM | DUNS # 37-110-4337 |
| ☐ CIBA SPECIALTY CHEMICALS PTY LIMITED | THOMASTOWN, AUSTRALIA | DUNS # 75-447-6448 |

This list is limited to the first 25 affiliates.
For the complete list, use D&B's Global Family Linkage product.

**Buy Selected Report(s)**

**BUSINESS REGISTRATION**

CORPORATE AND BUSINESS REGISTRATIONS PROVIDED BY MANAGEMENT OR OTHER SOURCE

The Corporate Details provided below may have been submitted by the management of the subject business and may not have been verified with the government agency which records such data.

**Registered Name:**    CIBA SPECIALTY CHEMICALS CORP

| | |
|---|---|
| **Business type:** | CORPORATION |
| **Corporation type:** | PROFIT |
| **Date incorporated:** | AUG 16 1996 |
| **State of incorporation:** | NEW YORK |
| **Filing date:** | AUG 16 1996 |
| **Where filed:** | SECRETARY OF STATE/CORPORATION DIVISION, ALBANY, NY |

**OPERATIONS**

05/12/2005

**Description:** Subsidiary of Ciba Spezialitatenchemie Holding AG, Basle, . Parent company owns 100% of capital stock.

Foreign parent is Ciba Spezialitatenchemie Holding AG, Basle, Switzerland. Foreign parent duns number is 48-727-8293. Parent company also owns two Swiss operating companies. Reference is made to that report for background information on the parent and its management. The parent company owns 100% of capital stock of the business. Intercompany relations: none reported by management.

Manufactures industrial inorganic chemicals (100%). Operates a testing laboratory. Manufactures chemicals or chemical preparations. Manufactures cyclic organic crudes, intermediates or organic dyes or pigment.

**Employees:** 3,000 which includes officer(s). 554 employed here.

**Facilities:** Occupies premises in building.

**Location:** Suburban business section on main street.

**Branches:** This business has multiple branches, detailed branch/division information is available in Dun & Bradstreet's linkage or family tree products.

### SIC & NAICS

**SIC:**
Based on information in our file, D&B has assigned this company an extended 8-digit SIC. D&B's use of 8-digit SICs enables us to be more specific to a company's operations than if we use the standard 4-digit code.

The 4-digit SIC numbers link to the description on the Occupational Safety & Health Administration (OSHA) Web site. Links open in a new browser window.

| | |
|---|---|
| 28190000 | Industrial inorganic chemicals, nec |
| 87340000 | Testing laboratories |
| 28990000 | Chemical preparations, nec |
| 28650000 | Cyclic crudes and intermediates |

**NAICS:**

| | |
|---|---|
| 325188 | All Other Basic Inorganic Chemical Manufacturing |
| 541710 | Research and Development in the Physical, Engineering, and Life Sciences |
| 325998 | All Other Miscellaneous Chemical Product and Preparation Manufacturing |
| 325199 | All Other Basic Organic Chemical Manufacturing |

### D&B PAYDEX

**NEW** Enhanced payment trends and industry benchmarks are available on this business

The D&B PAYDEX is a unique, dollar weighted indicator of payment performance based on up to 548 payment experiences as reported to D&B by trade references.

**3-Month D&B PAYDEX: 71**
When weighted by dollar amount, payments to suppliers average 14 days beyond terms.



Based on trade collected over last 3 months.

**12-Month D&B PAYDEX: 71**
When weighted by dollar amount, payments to suppliers average 14 days beyond terms.



Based on trade collected over last 12 months.

When dollar amounts are not considered, then approximately 64% of the company's payments are within terms.

# EXHIBIT D

 **Ciba**    www.cibasc.com

# Country Management

**Overview**
Ciba Specialty Chemicals NAFTA consists of four business segments — Plastic Additives, Coating Effects, Water and Paper Treatment, and Textile Effects. Based in Tarrytown, NY, the company conducts operations throughout the U.S. and Canada. Ciba Specialty Chemicals has approximately 3,000 employees in the U.S. and Canada.

Ciba Specialty Chemicals (SWX: CIBN, NYSE: CSB) is a leading global company dedicated to producing high-value effects for its customers products. We strive to be the partner of choice for our customers, offering them innovative products and onestop expert service. We create effects that improve the quality of life - adding performance, protection, color and strength to textiles, plastics, paper, automobiles, buildings, home and personal care products and much more. Ciba Specialty Chemicals is active in more than 120 countries around the world and is committed to be a leader in its chosen markets. In 2004, the Company generated sales of 5.7 billion US dollars and invested 232 million in R&D.

**Vision**
We create effects to improve the quality of life.

"What does a company stand for? What is it trying to achieve? These are important questions for employees and customers. At Ciba Specialty Chemicals, we are working to improve the quality of life. We add performance, protection, color and strength to automobiles, clothing, packaging, home and personal care products and much more. We enable beneficial features that make everyday products better and breakthrough products possible." **Armin Meyer, Chairman of the Board & CEO**

**Mission**
Ciba Specialty Chemicals is a global leader, committed to being number one in all our chosen markets. We strive to be the partner of choice for customers seeking innovative effects to enhance the performance of their products. We endeavor to be the employer of choice for the best people. We are determined to create value for our shareholders.

"Our mission statement tells the world who we are and how we strive to make our vision come true every day." - **Armin Meyer, Chairman of the Board & CEO**



**Regional Management**

- **Martin Riediker**
  Regional Head, NAFTA

- **Alan Hartslief**
  Head of Business Support Center

- **Wiebe van der Horst**
  Head of Supply Chain Services

- **Loretta Czernecki**
  Head of Human Resources

- **Pat Rossman**
  Head of Communications

- **Kathy Scott**
  Head of Internal Audit

- **Douglas Hefferin**
  Head of Environmental, Health & Safety

- **Eric Finkelman**
  Head of Legal

**Segment Heads**

- **Thomas Engelhart**
  Regional head of Plastic Additives

- **Colin Mackay**
  Regional Head of Coating Effects

- **Kent Kvall**
  Regional Head of Water & Paper Treatment

- **Bill Leber**
  Regional Head of Water & Paper Treatment

Last Modified on the 21 February 2005

Country Management

Path: Company » Worldwide » United States » Country Management

Copyright © Ciba Specialty Chemicals, 2000-2005 | 15. September 2005

# EXHIBIT E

Site: Bradford

 www.cibasc.com

## Site: Bradford



**Ciba Specialty Chemicals Bradford**
PO Box 38
Low Moor
Bradford
BD12 0JZ

Tel : 00 44 (0) 1274 417000
Fax : 00 44 (0) 1274 606499

email : bradford@cibasc.com

The Company began manufacturing at the Bradford site over 40 years ago and today boasts one of the largest and most productive single site chemical plants in the UK. The annual output of the site is over 250,000 tonnes of which 84% is exported.

The site primarily manufactures products used to enhance industrial processing in various industries such as papermaking, mining, oil extraction, wastewater treatment and textile processing. It also manufactures ingredients that are used in home and personal care products such as thickening agents.

The site is approximately 50 acres with 11 main production facilities. It has an excellent safety and environmental record and enjoys strong links with the local community. Many staff involve themselves in local projects and charity fundraising for local causes. The local community newsletter, "Talking Community", is distributed to over 6000 households and businesses and there are regular community meetings between site managers and local residents.

Download the latest edition of Talking Community

Of the 1055 workforce, many have been recruited through the long-established links with local schools and colleges. The Company has access to well-developed courses in science and engineering leading to degree qualifications and many of the sites senior management team have been developed through this scheme.

**Ciba Specialty Chemicals Grimsby**
PO box 63
Moody Lane
Grimsby
North East Lincolnshire
DN31 2SY

Tel: 00 44 (0) 1472 246000
Fax: 00 44 (0) 1472 246001

Site: Bradford



Situated on the banks of the river Humber, the **Grimsby site** has a further 50 acres of space. It employs around 45 people and again, many were recruited locally. The site is self-sufficient but can call on additional support from Bradford site, which is just 85 miles away and connected by convenient and fast motorway access. Grimsby manufactures products similar to those in Bradford and it also has an excellent safety and environmental record.

Last Modified on the 29 October 2004
Path: Company » Worldwide » United Kingdom » Site: Bradford

Copyright © Ciba Specialty Chemicals, 2000-2005 | 15. September 2005

# EXHIBIT F

Ciba Specialty Chemicals Water Treatments
Limited

Directors' report and financial
statements
Registered Number 722043
Year ended 31 December 2004



A19
COMPANIES HOUSE        0722
                       19/07/05

Ciba Specialty Chemicals Water Treatments Limited
Directors' report and financial statements
Year ended 31 December 2004

## Contents

| | |
|---|---|
| | 1 |
| Directors' report | 3 |
| Statement of directors' responsibilities | 4 |
| Independent auditors' report to the members of Ciba Specialty Chemicals Water Treatments Limited | 5 |
| Profit and loss account | 5 |
| Note of historical cost profits and losses | 6 |
| Statement of total recognised gains and losses | 7 |
| Balance sheet | 8 |
| Notes to the financial statements | |

# Directors' report

The directors present their annual report and the audited financial statements for the year ended 31 December 2004.

## Principal activity

The principal activity of the company is the manufacture and sale of specialty chemicals.

## Results and dividends

The profit for the year after tax is £29,520,000 (2003: profit £30,352,000). The directors do not recommend the payment of a dividend in 2004 (2003: £nil).

## Directors

The directors who held office during the year were as follows:

IEF Stewart
MD Wright
CA Forbes
AH Dimery        (Appointed 5 January 2004)

According to the register kept under Section 325 of the Companies Act 1985, no director had any beneficial interest in the shares of the company, a subsidiary of the company, the company's holding company, or a subsidiary of the company's holding company, either at the beginning or end of the year. As permitted by statutory instrument, the register does not include any shareholdings of directors in the ultimate holding company and its overseas subsidiary companies.

## Involvement of employees

Employee involvement and consultation is managed in a number of ways. The process of team briefings by line managers continues to be an important basis for ensuring good internal communications. These arrangements also promote a common awareness amongst employees of the financial and economic factors affecting the performance of their segments and the business. This is supplemented by both segmental and company-wide publications and an intranet.

## Employment of disabled persons

Applications for disabled employees are always fully considered, bearing in mind the aptitude of the applicant concerned. In the event of members of staff becoming disabled every effort is made to ensure that their employment within the group continues and that appropriate training is arranged. It is the policy of the group that the training, career development and promotion of disabled persons should, as far as possible, be identical with that of other employees.

## Research and development

Ciba undertakes research and development on a worldwide basis. The company makes a contribution to the total research expenditure incurred by Ciba and is reimbursed for the costs of research of worldwide applications it undertakes in the UK.

## Political and charitable donations

No contributions were made by the company during the year for political purposes (2003: £nil). Donations amounting to £6,424 (2003: £7,398) were made for charitable purposes.

1

Ciba Specialty Chemicals Water Treatments Limited
Directors' report and financial statements
Year ended 31 December 2004

## Directors' report *(continued)*

### Creditor payments

The company's current policy concerning the payment of the majority of its trade creditors is as follows:

(a)    to settle the terms of payment with those suppliers when agreeing the terms of each transaction;

(b)    to ensure that those suppliers are made aware of the terms of payment by inclusion of the relevant terms of contracts; and

(c)    to pay in accordance with its contractual and other legal obligations.

The average creditor payment days as at the year end was 57 outstanding days (2003: 52).

### Auditors

A resolution re-appointing Ernst & Young LLP as auditors for the ensuing year will be proposed at the Annual General Meeting.

By order of the board

*IEF Stewart*

**IEF Stewart**
Secretary

Cleckheaton Road
Low Moor
Bradford
West Yorkshire
BD12 0JZ

27 June 2005

2

## Statement of directors' responsibilities

United Kingdom company law requires the directors to prepare financial statements for each financial year which give a true and fair view of the state of affairs of the company and of the profit or loss for that period. In preparing those financial statements, the directors are required to:

- select suitable accounting policies and then apply them consistently;

- make judgements and estimates that are reasonable and prudent;

- state whether applicable accounting standards have been followed, subject to any material departures disclosed and explained in the financial statements;

- prepare the financial statements on the going concern basis unless it is inappropriate to presume that the company will continue in business.

The directors are responsible for keeping proper accounting records which disclose with reasonable accuracy at any time the financial position of the company and enable them to ensure that the financial statements comply with the Companies Act 1985. They are also responsible for the system of internal control, for safeguarding the assets of the company and hence for taking reasonable steps for the prevention and detection of fraud and other irregularities.

3

# Independent auditors' report to the members of Ciba Specialty Chemicals Water Treatments Limited

We have audited the company's financial statements for the year ended 31 December 2004 which comprise Profit and Loss Account, Note of Historical Cost Profits and Losses, Statement of Total Recognised Gains and Losses, Balance Sheet and the related notes 1 to 21. These financial statements have been prepared on the basis of the accounting policies set out therein.

This report is made solely to the company's members, as a body, in accordance with Section 235 of the Companies Act 1985. Our audit work has been undertaken so that we might state to the company's members those matters we are required to state to them in an auditors' report and for no other purpose. To the fullest extent permitted by law, we do not accept or assume responsibility to anyone other than the company and the company's members as a body, for our audit work, for this report, or for the opinions we have formed.

## Respective responsibilities of directors and auditors

As described in the Statement of Directors' Responsibilities the company's directors are responsible for the preparation of the financial statements in accordance with applicable United Kingdom law and accounting standards.

Our responsibility is to audit the financial statements in accordance with relevant legal and regulatory requirements and United Kingdom Auditing Standards.

We report to you our opinion as to whether the financial statements give a true and fair view and are properly prepared in accordance with the Companies Act 1985. We also report to you if, in our opinion, the Directors' Report is not consistent with the financial statements, if the company has not kept proper accounting records, if we have not received all the information and explanations we require for our audit, or if information specified by law regarding directors' remuneration and transactions with the company is not disclosed.

We read the Directors' Report and consider the implications for our report if we become aware of any apparent misstatements within it.

## Basis of audit opinion

We conducted our audit in accordance with United Kingdom Auditing Standards issued by the Auditing Practices Board. An audit includes examination, on a test basis, of evidence relevant to the amounts and disclosures in the financial statements. It also includes an assessment of the significant estimates and judgements made by the directors in the preparation of the financial statements, and of whether the accounting policies are appropriate to the company's circumstances, consistently applied and adequately disclosed.

We planned and performed our audit so as to obtain all the information and explanations which we considered necessary in order to provide us with sufficient evidence to give reasonable assurance that the financial statements are free from material misstatement, whether caused by fraud or other irregularity or error. In forming our opinion we also evaluated the overall adequacy of the presentation of information in the financial statements.

## Opinion

In our opinion the financial statements give a true and fair view of the state of affairs of the company as at 31 December 2004 and of its profit for the year then ended and have been properly prepared in accordance with the Companies Act 1985.

Ernst & Young LLP
Registered Auditors
Manchester
14 July 2005

4

## Profit and loss account
*for the year ended 31 December 2004*

| | Notes | Year ended 31 December 2004 £000 | Year ended 31 December 2003 £000 |
|---|---|---|---|
| Turnover | 2 | 217,707 | 228,194 |
| Cost of sales | | (165,076) | (173,700) |
| | | 52,631 | 54,494 |
| Gross profit | 3 | | |
| Net operating expenses | | (18,420) | (20,025) |
| | | 34,211 | 34,469 |
| Operating profit | 4(a) | | |
| Loss on sale of tangible fixed assets | | - | (128) |
| Restructuring costs | 4(c) | (1,782) | - |
| | | 32,429 | 34,341 |
| Profit before finance charges | | | |
| Net interest receivable/(payable) | 5 | 1,624 | (914) |
| | | 34,053 | 33,427 |
| Profit on ordinary activities before taxation | 6 | | |
| Tax on profit on ordinary activities | | (4,533) | (3,075) |
| | | 29,520 | 30,352 |
| Profit on ordinary activities after taxation | | | |
| Equity dividends paid | | - | - |
| | | 29,520 | 30,352 |
| Retained profit for the year | 17 | | |

All activity arises from continuing operations.

## Note of historical cost profits and losses

| | Year ended 31 December 2004 £000 | Year ended 31 December 2003 £000 |
|---|---|---|
| Reported profit on ordinary activities before taxation | 34,053 | 33,427 |
| Difference between an historical cost depreciation charge and the actual depreciation charge for the year calculated on the revalued amount | 30 | 1,055 |
| Historical cost profit on ordinary activities before taxation | 34,083 | 34,482 |
| Historical cost profit for the year retained after taxation and dividends | 29,550 | 31,407 |

The accompanying notes form an integral part of this profit and loss account and note of historical cost profits and losses.

5

## Statement of total recognised gains and losses
*for the year ended 31 December 2004*

|  | Year ended 31 December 2004 £000 | Year ended 31 December 2003 £000 |
|---|---|---|
| Profit for the financial year | 29,520 | 30.352 |
| Total recognised gains and losses for the year | 29,520 | 30,352 |
| Prior year adjustment |  |  |
| - 2002 | - | (3,960) |
| - Pre 2002 | - | (11.627) |
| Total gains and losses recognised since last annual report and financial statements | 29,520 | 14,765 |

The prior year adjustment in 2003 relates to the adoption of FRS 17 Retirement benefits in full during the period.

Ciba Specialty Chemicals Water Treatments Limited
Directors' report and financial statements
Year ended 31 December 2004

## Balance sheet
*as at 31 December 2004*

| | Notes | 31 December 2004 £000 | 31 December 2004 £000 | 31 December 2003 £000 | 31 December 2003 £000 |
|---|---|---|---|---|---|
| Fixed assets | | | | | |
| Tangible assets | 9 | | 104,740 | | 106,480 |
| Investments | 10 | | 159,325 | | 159,325 |
| | | | 264,065 | | 265,805 |
| Current assets | | | | | |
| Stocks | 11 | 17,864 | | 17,412 | |
| Debtors | | | | | |
|   Amounts falling due within one year | 12 | 124,377 | | 81,293 | |
|   Amounts falling due after more than one year | 12 | 7,024 | | 2,765 | |
| Cash at bank and in hand | | 1,652 | | 11,048 | |
| | | 150,917 | | 112,518 | |
| Creditors: amounts falling due within one year | 13 | (144,257) | | (141,448) | |
| Net current assets (liabilities) | | | 6,660 | | (28,930) |
| Total assets less current liabilities | | | 270,725 | | 236,875 |
| Provisions for liabilities and charges | 14 | | (15,895) | | (11,565) |
| Net assets | | | 254,830 | | 225,310 |
| Capital and reserves | | | | | |
| Called up share capital | 15 | | 73,350 | | 73,350 |
| Share premium account | 16 | | 89,325 | | 89,325 |
| Revaluation reserve | 16 | | 2,952 | | 2,982 |
| Profit and loss account | 16 | | 89,203 | | 59,653 |
| Equity shareholders' funds | 17 | | 254,830 | | 225,310 |

The accompanying notes form an integral part of this balance sheet.

These financial statements were approved by the board of directors on 27 June 2005 and were signed on its behalf by:

CA Forbes
*Director*

7

## Notes to the financial statements

### 1   Accounting policies

A summary of the principal accounting policies, all of which have been applied consistently throughout the year and the preceding year is set out below.

*Basis of preparation*
The financial statements are prepared under the historical cost convention, as modified by the revaluation of certain fixed assets, and in accordance with applicable accounting standards.

The company is exempt by virtue of Section 228 of the Companies Act 1985 from the requirement to prepare group financial statements.

Under Financial Reporting Standard 1 (revised 1996) the company is exempt from the requirement to produce a cash flow statement as the company is a wholly owned subsidiary undertaking of a company incorporated in Switzerland, and a consolidated cash flow statement is included in that company's financial statements, which are publicly available.

*Turnover*
Turnover is defined as the amounts invoiced for goods supplied excluding value added tax or equivalent overseas sales taxes.

*Tangible fixed assets*
Tangible fixed assets are stated at cost, or valuation net of depreciation and any provision for impairment.

Depreciation of tangible fixed assets is provided on a straight line basis to write off the cost by equal annual instalments over their estimated lives, taking into account commercial and technical obsolescence as well as normal wear and tear. No depreciation is provided on land or assets in the course of construction. The principal estimated lives are as follows:

| | | |
|---|---|---|
| Freehold buildings | - | 20 - 50 years |
| Plant and equipment | - | 10 - 20 years |
| Fixtures, fittings, vehicles | - | 3 -10 years |

With respect to the revaluation of fixed assets the transitional arrangements of Financial Reporting Standard 15 "Tangible Fixed Assets" were being followed and the valuation of fixed assets has not been updated since 1 April 1998.

*Investments*
Except as stated below, fixed asset investments are shown at cost less provision for impairment. Current asset investments are stated at the lower of cost and net realisable value.

In the company balance sheet, for investments in subsidiaries acquired for consideration including the issue of shares qualifying for merger relief, cost is measured by reference to the nominal value only of the shares issued. Any premium is ignored.

*Research and development*
All research and development expenditure borne by the company, including all expenditure in respect of patents and trademarks, is written off as incurred.

Ciba Specialty Chemicals Water Treatments Limited
Directors' report and financial statements
Year ended 31 December 2004

## Notes to the financial statements *(continued)*

1 Accounting policies (continued)

*Stocks*
Stocks are valued at the lower of cost and net realisable value. The costs of products manufactured includes an appropriate allocation of overheads. Provision is made for obsolete and slow moving stocks.

Net realisable value is based on the estimated selling price less further costs expected to be incurred to completion and disposal.

*Translation of foreign currency*
Transactions in foreign currencies are recorded at the rate of exchange at the date of the transaction. Transactions in currency forward contracts are accounted for using the separated or spot to spot method of accounting. Assets and liabilities denominated in foreign currency are translated into sterling at the rate of exchange ruling at the year end. Exchange gains and losses are taken to trading profit.

*Pensions and post-retirement benefits*
The company participates in a group defined benefit scheme funded by contributions from members and from the company. However, the contributions paid by the company are accounted for as a defined contribution scheme, as the company is unable to identify its share of the underlying assets and liabilities in the group scheme on a consistent and reasonable basis.

The amount charged to the profit and loss account is the contributions payable in the year. Differences between contributions payable and contributions actually paid are shown as either accruals or prepayments in the balance sheet.

*Leases*
Rentals under operating leases are charged to the profit and loss account on a straight-line basis over the lease term, even if the payments are not made on such a basis. Benefits received and receivable as an incentive to sign an operating lease are similarly spread on a straight-line basis over the lease term, except where the period to the review date on which the rent is first expected to be adjusted to the prevailing market rate is shorter than the full lease term, in which case the shorter period is used.

*Taxation*
Current tax, including UK corporation tax and foreign tax, is provided at amounts expected to be paid (or recovered) using the tax rates and laws that have been enacted or substantially enacted by the balance sheet date.

Deferred tax is provided in full on timing differences which result in an obligation at the balance sheet date to pay more tax, at a future date at rates expected to apply when they crystallise based on current tax rates and law. Timing differences arise from the inclusion of items of income and expenditure in taxation computations in periods different from those in which they are included in financial statements.

Deferred tax is recognised in respect of the retained earnings of overseas subsidiaries only to the extent that, at the balance sheet date, dividends have been accrued as receivable or a binding agreement to distribute past earnings in future has been entered into by the subsidiary.

Deferred tax is measured at the average tax rates that are expected to apply in the periods in which the timing differences are expected to reverse, based on tax rates and laws that have been enacted or substantially enacted by the balance sheet date. Deferred tax is measured on a non-discounted basis.

## Notes to the financial statements *(continued)*

### 2  Turnover

Turnover by destination is as follows:

| | Year ended 31 December 2004 £000 | Year ended 31 December 2003 £000 |
|---|---|---|
| United Kingdom | 217,694 | 86,708 |
| Americas | - | 24,489 |
| Europe | 13 | 90,345 |
| Asia, Australia, Africa | - | 26,652 |
| | 217,707 | 228,194 |

Further segmental information has been excluded as the directors believe disclosure would be seriously prejudicial to the company.

### 3  Net operating expenses

| | Year ended 31 December 2004 £000 | Year ended 31 December 2003 £000 |
|---|---|---|
| Distribution | 11,155 | 10,673 |
| Administration | 7,265 | 9,352 |
| | 18,420 | 20,025 |

### 4  Operating profit on ordinary activities

(a) Operating profit on ordinary activities is stated after charging/(crediting) the following:

| | | Year ended 31 December 2004 £000 | Year ended 31 December 2003 £000 |
|---|---|---|---|
| Auditors' remuneration | - audit | 96 | 66 |
| | - non-audit services | - | - |
| Operating leases | - plant and equipment | 531 | 947 |
| | - other | 559 | 817 |
| Research and development expenditure (see note 4(b)) | | 4,850 | 5,205 |
| Depreciation of tangible fixed assets | | 12,625 | 12,463 |
| Net exchange gain on foreign currency borrowings | | (596) | (730) |
| Provisions charge in the year (see note 14): | | | |
| | - environmental costs | - | 1,000 |

10

## Notes to the financial statements *(continued)*

### 4(b)    Central research

The cost of any research on worldwide applications undertaken by the group is reimbursed by the holding company. The cost for the year ended 31 December 2004 is shown net of £1.2m credit (2003: £1.1m charge which related to prior years).

### 4(c)    Restructuring costs

|  | Year ended 31 December 2004 £000 | Year ended 31 December 2003 £000 |
|---|---|---|
| Severance costs | 1,554 | - |
| Other restructuring costs | 228 | - |
|  | 1,782 | - |

The tax effect in the profit and loss account of the above exceptional items recognised below operating profit is a credit of £535,000

### 5    Net interest (payable)/receivable

|  | Year ended 31 December 2004 £000 | Year ended 31 December 2003 £000 |
|---|---|---|
| *Interest payable* |  |  |
| Group undertakings | (35) | (897) |
| Bank interest payable | (89) | (77) |
|  | (124) | (974) |
| *Interest receivable* |  |  |
| Group undertakings | 1,686 | 33 |
| Bank interest receivable and similar income | 62 | 27 |
|  | 1,748 | 60 |
|  | 1,624 | (914) |

Ciba Specialty Chemicals Water Treatments Limited
Directors' report and financial statements
Year ended 31 December 2004

## Notes to the financial statements *(continued)*

6    Tax on profit on ordinary activities

|  | Year ended 31 December 2004 £000 | Year ended 31 December 2003 £000 |
|---|---|---|
| Current tax |  |  |
| UK corporation tax | 2,113 | 1,804 |
| Adjustments in respect of prior years | (1,285) | - |
| Total current tax | 828 | 1,804 |
| Deferred tax |  |  |
| Origination and reversal of timing differences | 1,029 | 1,944 |
| Adjustment in respect of prior years | 2,676 | (673) |
| Total deferred tax | 3,705 | 1,271 |
| Total tax on profit on ordinary activities | 4,533 | 3,075 |

The difference between the total current tax shown above and the amount calculated by applying the standard rate of UK corporation tax to the profit before tax is as follows:

|  | Year ended 31 December 2004 £000 | Year ended 31 December 2003 £000 |
|---|---|---|
| Profit on ordinary activities before tax | 34,053 | 33,427 |
| Tax on profit on ordinary activities at standard UK corporation tax rate of 30% (2003: 30%) | 10,216 | 10,028 |
| Effects of: |  |  |
| Expenses not deductible for tax purposes | 51 | 464 |
| Capital allowances in excess of depreciation | (611) | (2,173) |
| Short term timing differences | (408) | 229 |
| Group relief received | (7,135) | (6,744) |
| Adjustments to tax charge in respect of previous periods | (1,285) | - |
| Current tax charge for period | 828 | 1,804 |

12

## Notes to the financial statements (continued)

7   Employees

The monthly average number of persons employed by the company (including executive directors) during the period was:

| | Number of employees | |
| | Year ended 31 December 2004 | Year ended 31 December 2003 |
| --- | --- | --- |
| Production and distribution | 819 | 846 |
| Administration | 355 | 373 |
| | 1,174 | 1,219 |

Cost associated with the employees amounted to:

| | Year ended 31 December 2004 £000 | Year ended 31 December 2003 £000 |
| --- | --- | --- |
| Wages and salaries | 33,182 | 34.864 |
| Social security costs | 2,855 | 2,780 |
| Pension costs | 3,633 | 161 |
| | 39,670 | 37,805 |
| Education, training and welfare | 420 | 382 |
| | 40,090 | 38,187 |

Pension scheme

The company participates in a group defined benefit scheme funded by contributions from members and from the company. However, the contributions paid by the company are accounted for as payments under a defined contribution scheme, as the company is unable to identify its share of the underlying assets and liabilities in the scheme on a consistent and reasonable basis. Details of the group's scheme are available in the financial statements of Ciba Specialty Chemicals Investment PLC. As at 31 December 2004 the group scheme had a deficit of £16,525,000. Ciba Specialty Chemicals Water Treatments Limited made contributions of £3,633,000 to the defined benefit scheme during the year and has agreed to contribute 11.6% of pensionable salaries for the next 3 years.

13

Ciba Specialty Chemicals Water Treatments Limited
Directors' report and financial statements
Year ended 31 December 2004

## Notes to the financial statements *(continued)*

8    Directors

*Directors' remuneration*

|  | Year ended 31 December 2004 £000 | Year ended 31 December 2003 £000 |
|---|---|---|
| (a) Payments to executive directors | - | - |
| (b) The above emoluments include the following in respect of the highest paid director | - | - |

Directors' remuneration was borne by Ciba Specialty Chemicals PLC. Full details are available in the financial statements of that company.

9    Tangible fixed assets

|  | Freehold land and buildings £000 | Plant and equipment £000 | Fixtures, fittings and vehicles £000 | Assets in the course of construction £000 | Total £000 |
|---|---|---|---|---|---|
| *Cost/valuation* |  |  |  |  |  |
| At 1 January 2004 | 36,538 | 212.290 | 8,410 | 9,234 | 266,472 |
| Additions | - | - | - | 11.137 | 11,137 |
| Disposals | (8) | (648) | (53) | - | (709) |
| Transfers | 126 | 12,056 | 1 | (12,183) | - |
| At 31 December 2004 | 36,656 | 223,698 | 8,358 | 8,188 | 276,900 |
|  |  |  |  |  |  |
| *Depreciation* |  |  |  |  |  |
| At 1 January 2004 | 9,745 | 143,399 | 6,848 | - | 159,992 |
| Charge for the year | 1,005 | 11,209 | 411 | - | 12,625 |
| Disposals | (1) | (422) | (34) | - | (457) |
| Reclassification | (191) | 191 | - | - |  |
| At 31 December 2004 | 10,558 | 154,377 | 7,225 | - | 172,160 |
|  |  |  |  |  |  |
| *Net book value* |  |  |  |  |  |
| At 31 December 2004 | 26,098 | 69,321 | 1,133 | 8,188 | 104,740 |
| At 31 December 2003 | 26,793 | 68,891 | 1,562 | 9.234 | 106,480 |

With respect to the revaluation of fixed assets the transitional arrangements of Financial Reporting Standard 15 "Tangible Fixed Assets" are being followed and the valuation of fixed assets has not been updated since 1 April 1998.

14

## Notes to the financial statements *(continued)*

### 9  Tangible fixed assets (continued)

At 1 April 1998 the directors considered the book value of freehold land and buildings, and plant and equipment and made appropriate revaluation adjustments. These revaluation adjustments were based on independent professional advice. If these assets had not been revalued they would have been included at the year end at the following amounts:

| | Freehold land and buildings 2004 £000 | Plant and equipment 2004 £000 | Freehold land and buildings 2003 £000 | Plant and equipment 2003 £000 |
|---|---|---|---|---|
| Cost | 33,440 | 214,686 | 33,321 | 203,213 |
| Accumulated depreciation | (9,967) | (145,698) | (9,241) | (134,785) |
| | 23,473 | 68,988 | 24,080 | 68.428 |

Freehold land with a value of £1,913,000 at 31 December 2004 (2003: £1,913,000) has not been depreciated.

### 10  Fixed asset investments

| | Subsidiary undertakings £000 | Participating interests £000 | Total £000 |
|---|---|---|---|
| *Cost* | | | |
| At 1 January 2004 amd 31 December 2004 | 159,325 | 89 | 159,414 |
| *Provisions* | | | |
| At 1 January 2004 and 31 December 2004 | - | 89 | 89 |
| *Net book value* | | | |
| At 31 December 2004 | 159,325 | - | 159,325 |
| At 31 December 2003 | 159,325 | - | 159,325 |

The investments in subsidiary undertakings consist of the entire ordinary share capital of Allied Colloids Group PLC incorporated in Great Britain and the participating interest is a 30% shareholding in PT Allied Mas Chemicals, a company incorporated in Indonesia. This company did not trade in the year.

### 11  Stocks

| | 2004 £000 | 2003 £000 |
|---|---|---|
| Raw materials | 3,885 | 2,989 |
| Work in progress | 2,602 | 2,319 |
| Finished goods | 11,377 | 12,104 |
| | 17,864 | 17,412 |

There is no material difference between the balance sheet value of stocks and their replacement cost.

15

Ciba Specialty Chemicals Water Treatments Limited
Directors' report and financial statements
Year ended 31 December 2004

# Notes to the financial statements *(continued)*

## 12  Debtors

|  | 2004 £000 | 2003 £000 |
|---|---|---|
| *Amounts falling due within one year* | - | 3 |
| Trade debtors | 122,279 | 79,235 |
| Amounts owed by group undertakings | 1,124 | 1,224 |
| Other debtors | 342 | 831 |
| Prepayments | 632 | - |
| Corporation tax |  |  |
|  | 124,377 | 81,293 |
| *Amounts falling due after more than one year* | 7,024 | 2,765 |
| Amounts owed by group undertakings |  |  |
|  | 131,401 | 84,058 |

## 13  Creditors: amounts falling due within one year

|  | 2004 £000 | 2003 £000 |
|---|---|---|
| Trade creditors | 14,548 | 13,939 |
| Amounts owed to group undertakings | 118,775 | 115,715 |
| Other taxes and social security | 1,975 | 3,116 |
| Accruals and other creditors | 8,959 | 8,678 |
|  | 144,257 | 141,448 |

16

## Notes to the financial statements *(continued)*

### 14  Provisions for liabilities and charges

| | Restructuring provision £'000 | Environmental provision £000 | Deferred taxation £000 | Total £000 |
|---|---|---|---|---|
| At 1 January 2004 | - | 1,000 | 10,565 | 11,565 |
| Profit and loss account charge | 1,782 | - | 3,705 | 5,487 |
| Utilised during the year | (1,157) | - | - | (1,157) |
| At 31 December 2004 | 625 | 1,000 | 14,270 | 15,895 |

The environmental provision is for the cost of future site remediation on change of use, based on an independent report. The timing of the use of the provision is not known.

Deferred tax is provided as follows:

| | Provided 2004 £000 | Unprovided 2004 £000 | Provided 2003 £000 | Unprovided 2003 £000 |
|---|---|---|---|---|
| Accelerated capital allowances | 14,270 | - | 11,207 | - |
| Other short term timing differences | - | - | (642) | - |
| Capital gains rolled over | - | 252 | - | 597 |
| | 14,270 | 252 | 10,565 | 597 |

### 15  Called up share capital

| | 2004 | 2003 |
|---|---|---|
| *Authorised* | | |
| 73,351,000 ordinary shares of £1 each (2003: 73,351,000) | 73,351 | 73,351 |
| *Allotted, called up and fully paid* | | |
| 73,350,401 ordinary shares of £1 each (2003: 73,350,401) | 73,350 | 73,350 |

### 16  Share premium and reserves

| | Share premium account £000 | Revaluation reserve £000 | Profit and loss account £000 |
|---|---|---|---|
| At 1 January 2004 | 89,325 | 2,982 | 59,653 |
| Profit for the year | - | - | 29,520 |
| Transfer of difference between depreciation based on historical costs and on revalued amounts | - | (30) | 30 |
| At 31 December 2004 | 89,325 | 2,952 | 89,203 |

17

# Notes to the financial statements *(continued)*

## 17 Reconciliation of movements in equity shareholders' funds

|  | 2004 £000 | 2003 £000 |
|---|---|---|
| Profit for the financial year | 29,520 | 30,352 |
| Dividends paid | - | - |
| Net additions to equity shareholders' funds | 29,520 | 30,352 |
| Opening equity shareholders' funds | 225,310 | 194,958 |
| Closing equity shareholders' funds | 254,830 | 225,310 |

## 18 Capital commitments

|  | 2004 £000 | 2003 £000 |
|---|---|---|
| Contracted for but not provided for in these financial statements | 1,267 | 2,899 |

## 19 Operating lease commitments

At 31 December 2004 the company had annual commitments under non-cancellable operating leases as follows:

|  | Other £000 | Land and buildings £000 | 2004 Total £000 | Other £000 | Land and buildings £000 | 2003 Total £000 |
|---|---|---|---|---|---|---|
| Commitments expiring: |  |  |  |  |  |  |
| within one year | 120 | 29 | 149 | 158 | - | 158 |
| between two and five years | 634 | 30 | 664 | 915 | 70 | 985 |
| over five years | 39 | - | 39 | - | 10 | 10 |
|  | 793 | 59 | 852 | 1,073 | 80 | 1,153 |

## 20 Post balance sheet event

On 1 January 2005, the share capital of Ciba Specialty Chemicals Plc was transferred to Ciba Specialty Chemicals Water Treatments Limited and beneficial ownership of the operating trade and assets of Ciba Specialty Chemicals Water Treatments Limited were transferred to Ciba Specialty Chemicals Plc. The consideration for the trade and assets was £95,505,000 and the consideration for the share capital was £115,356,000.

18

## Notes to the financial statements *(continued)*

**21  Ultimate parent undertaking and controlling party**

The immediate parent undertaking of the company is Ciba Specialty Chemicals Investment PLC, a company incorporated in England and Wales.

The directors consider that Ciba Specialty Chemicals Holdings Inc., a company incorporated in Switzerland, is the company's ultimate parent undertaking and ultimate controlling party.

Ciba Specialty Chemicals Investment PLC is the parent undertaking of the smallest group of which Ciba Specialty Chemicals Water Treatment Limited is a member and for which group financial statements are drawn up. Copies of these group financial statements have been delivered to and are available from the Registrar of Companies, Companies Registration Office, Crown Way, Maindy, Cardiff, CF4 3UZ.

As a subsidiary undertaking of Ciba Specialty Chemicals Holdings Inc., the company has taken advantage of the exemption in FRS 8 "Related Party Disclosures" not to disclose transactions with other members of the group.

19

# EXHIBIT G

Ciba Specialty Chemicals Investment PLC

# Directors' report and financial statements
Registered Number 3482322
31 December 2004



A1B
COMPANIES HOUSE    0727
19/07/05

Ciba Specialty Chemicals Investment PLC
Directors' report and financial statements
31 December 2004

## Contents

| | |
|---|---|
| | 1 |
| Chairman's statement | 2 |
| Directors' report | 4 |
| Statement of directors' responsibilities | 5 |
| Independent auditors' report to the members of Ciba Specialty Chemicals Investment PLC | 6 |
| Consolidated profit and loss account | 7 |
| Consolidated statement of total recognised gains and losses | 8 |
| Consolidated balance sheet | 9 |
| Company balance sheet | 10 - 33 |
| Notes to the financial statements | |

Ciba Specialty Chemicals Investment PLC
Directors' report and financial statements
31 December 2004

## Chairman's statement

2004 was a very challenging year, but one in which we took major steps to restructure our operations and develop our business through acquisitions.

Whilst competition in our global markets continued to intensify, total sales of £462.6m from continuing operations were only £4.8m below last year's level. However, we continued to experience no growth overall and in the UK there was further decline in our traditional markets.

Accordingly, the decision was taken in October 2004 to close our production, research and warehousing operations at the Clayton site over the next 3 years. Asian competition and the continued move of our customers overseas meant the site was no longer viable. With nearly 130 years of activity on the site and over 300 people there, it was a major blow to the UK but also very necessary. As a result, £22.9m of fixed assets were impaired. Our priority remains the fair treatment of the people impacted, in recognition of their undoubted contribution through the years.

Cost and cash management continued to be a major theme during the year to strive for satisfactory profit levels and keep control of the company's finances. Indeed, gross profit margins increased by 2 percentage points during the year as the benefits of cost and headcount reduction programmes were realised.

We acquired two companies as part of Ciba's strategy to pursue profitable growth through acquisition. Pira International Limited, based in Leatherhead, was acquired in March 2004. This is an appropriate and consistent development for us as we move directly into providing consulting, testing and information services to the packaging, paper, printing and publishing industries. The integration has been successfully completed and the current focus is to grow the business profitably. Raisio Chemicals UK Limited was acquired in June 2004 as part of a global purchase. It complements our existing paper business and expands our portfolio to offer a "one stop shop" for our customers. As part of the integration though, it was decided to close the production operations in Blackburn in order to improve profitability. These acquisitions plus that of the Metasheen business purchased in March 2005 are important elements of our future in the UK and demonstrates our willingness to invest in our portfolio for the future.

Overall, the financial loss for the year was £53.6m. The fixed asset impairment of Clayton weighed heavily in this, but the management team is aware that further attention to sales and cost development is required to return to profitability. Whilst we continue to manage our cost base, we are investing in our sales & marketing process to expand our customer service and solution offerings. This at a time when the cost of raw materials have escalated quite dramatically and consequently price adjustments have become inevitable.

There appears to be no let up in the legislative and regulatory burdens placed on the UK chemical industry. This continues to undermine our competitiveness with companies outside the European Union, especially as manufacturing globalises. We await the conclusions on the REACH proposals and we trust that a workable solution is found.

I can only continue to be impressed with the spirit and commitment of our people, particularly in such a challenging situation. I thank each and everyone of them for their excellent efforts during the year in review and I know they will rise to the challenges we face. Indeed, it is through our people that the UK will continue to be a major contributor to the Ciba group worldwide.

As regards the Outlook for 2005, I see a very challenging picture. Competition will increase, and the impact of raw material and energy costs will remain at high levels, leading us to increase selling prices of our products whilst taking further steps to control our cost base and manage our finances. That's what makes our business exciting and stimulating and we remain ready to tackle the issues that will be decisive to our future success !

A H Dimery
*Chairman*
27 June 2005

Ciba Specialty Chemicals Investment PLC
Directors' report and financial statements
31 December 2004

# Directors' report

The directors present their annual report and the audited financial statements for the year ended 31 December 2004.

## Principal activity

The principal activity of the group is the manufacture and sale of specialty chemicals.

## Results

The audited financial statements for the year ended 31 December 2004 are set out on pages 6 to 33. The group loss for the year, after taxation was £53.6 million (2003: £40.8 million).

## Dividends

No dividend will be paid for the year ended 31 December 2004 (2003: £nil).

## Directors

The directors who held office during the year were as follows:

IEF Stewart
MD Wright
CA Forbes
R Franzi                (Resigned 1 October 2004)
AH Dimery               Chairman (Appointed 5 January 2004)
T. Jakopp               (Appointed 1 October 2004)

According to the register kept under Section 325 of the Companies Act 1985, no director had any beneficial interest in the shares of the company, a subsidiary of the company, the company's holding company, or a subsidiary of the company's holding company, either at the beginning or end of the year. As permitted by statutory instrument, the register does not include any shareholdings of directors in the ultimate holding company and its overseas subsidiary companies.

## Involvement of employees

Employee involvement and consultation is managed in a number of ways. The process of team briefings by line managers continues to be an important basis for ensuring good internal communications. These arrangements also promote a common awareness amongst employees of the financial and economic factors affecting the performance of their segments and the business. This is supplemented by both segmental and company-wide publications and an intranet.

## Employment of disabled persons

Applications for disabled employees are always fully considered, bearing in mind the aptitude of the applicant concerned. In the event of members of staff becoming disabled every effort is made to ensure that their employment within the group continues and that appropriate training is arranged. It is the policy of the group that the training, career development and promotion of disabled persons should, as far as possible, be identical with that of other employees.

## Research and development

Ciba Specialty Chemicals undertakes research and development on a worldwide basis. The group makes a contribution to the total research expenditure incurred by Ciba and is reimbursed for the costs of research of worldwide applications that it undertakes in the UK.

## Political and charitable donations

No contributions were made by the group during the year for political purposes. Donations amounting to £18,459 (2003: £28,398) were made for charitable purposes. In addition, £149,000 (2003: £169,361) was contributed during the year for scientific, educational, research and welfare purposes.

2

## Directors' report *(continued)*

### Creditor payments

The group's policy concerning the payment of the majority of its trade creditors is as follows:

(i)     to settle the terms of payment with those suppliers when agreeing the terms of each transaction;

(ii)    to ensure that those suppliers are made aware of the terms of payment by inclusion of the relevant terms of contracts; and

(iii)   to pay in accordance with its contractual and other legal obligations.

The average creditor payment days at the year end were 52 days (2003: 53 days).

### Restructuring costs

During 2004, the closure of the Clayton site was announced. As a result a fixed asset impairment loss of £22.9 million has been recognised in the current period. Other restructuring activities were also carried out at our other sites during the year.

### Post balance sheet event

On 1 January 2005, the share capital of Ciba Specialty Chemicals Plc was transferred to Ciba Specialty Chemicals Water Treatments Limited and the operating trade and assets of Ciba Specialty Chemicals Water Treatments Limited was transferred to Ciba Specialty Chemicals Plc. On 1 February 2005 the trade and assets, excluding the land and buildings, of Raisio Chemicals UK Limited were transferred to Ciba Specialty Chemicals Plc. In addition, the Metasheen business was acquired in 2 March 2005 by Ciba Specialty Chemicals Plc.

### Auditors

A resolution re-appointing Ernst & Young LLP as auditors for the ensuing year will be proposed at the Annual General Meeting.

By order of the board

IEF Stewart
*Director*

Charter Way
Macclesfield
Cheshire
SK10 2NX

*27 June 2005*

3

## Statement of directors' responsibilities

United Kingdom company law requires the directors to prepare financial statements for each financial year which give a true and fair view of the state of affairs of the company and group and of the profit or loss for that period. In preparing those financial statements, the directors are required to:

- select suitable accounting policies and then apply them consistently;

- make judgements and estimates that are reasonable and prudent;

- state whether applicable accounting standards have been followed, subject to any material departures disclosed and explained in the financial statements;

- prepare the financial statements on the going concern basis unless it is inappropriate to presume that the company and group will continue in business.

The directors are responsible for keeping proper accounting records which disclose with reasonable accuracy at any time the financial position of the company and group and enable them to ensure that the financial statements comply with the Companies Act 1985. They are also responsible for the system of internal control, for safeguarding the assets of the company and hence for taking reasonable steps for the prevention and detection of fraud and other irregularities.

## Notes to the financial statements *(continued)*

13     Fixed asset investments

| | Group 2004 £000 | Group 2003 £000 | Company 2004 £000 | Company 2003 £000 |
|---|---|---|---|---|
| Shares in subsidiary undertakings | - | - | 1,584,139 | 1,579,285 |
| Interest in associated undertakings | 240 | 512 | - | - |
| Participating interests | 2,799 | 2,818 | - | - |
| Other investments - preference shares | - | 6 | - | - |
| Other investments  ordinary shares | 15 | 15 | - | - |
| | 3,054 | 3,351 | 1,584,139 | 1,579,285 |

The company and the group have investments in the following subsidiary and associated undertakings, and other investments which principally affected the profits or net assets of the group. To avoid a statement of excessive length, details of investments which are not significant have been omitted.  The full information will be annexed to the company's next annual return.

| | Country of incorporation | Principal activity | Holding | % |
|---|---|---|---|---|
| **Subsidiary undertakings** | | | | |
| Low Moor Securities Limited* | Great Britain | Investment holding company | Ordinary shares | 100 |
| Ciba Specialty Chemicals PLC* | Great Britain | Manufacture and sale of specialty chemicals | Ordinary shares | 100 |
| Ciba Specialty Chemicals Water Treatments Limited* | Great Britain | Manufacture and sale of specialty chemicals | Ordinary shares | 100 |
| Allied Colloids Group PLC | Great Britain | Investment holding company | Ordinary shares | 100 |
| Interlates Limited | Great Britain | Investment holding company | Ordinary shares | 100 |
| Ciba Specialty Chemicals Overseas Limited* | Great Britain | Investment holding company (dormant company) | Ordinary shares | 100 |
| Raisio Chemicals UK Limited | Great Britain | Manufacture and sale of specialty chemicals | Ordinary shares | 100 |
| Pira International Limited* | Great Britain | Provision of consultancy, testing and media services | Ordinary shares | 100 |
| **Associated undertakings** | | | | |
| Particol Partnership | Not incorporated | Development and sale of process technology | | 50 |
| **Participating interests** | | | | |
| CSC France | France | Manufacture and sale of specialty chemicals | Ordinary shares | 5 |
| CSC Australia | Australia | Manufacture and sale of specialty chemicals | Ordinary shares | 47 |
| CSC Finland | Finland | Manufacture and sale of specialty chemicals | Ordinary shares | 7 |
| **Other investments** | | | | |
| Manchester Science Park Limited | Great Britain | Property investment | Ordinary shares | 2.5 |

*Held directly by Ciba Specialty Chemicals Investment PLC

The principal place of business of the Particol Partnership is 304 Worle Way, Worle, Weston Super Mare.

## Notes to the financial statements *(continued)*

**13      Fixed asset investments (continued)**

The company had the following investments in subsidiary undertakings:

|  | 2004 £'000 | 2003 £'000 |
|---|---|---|
| Shares in subsidiary undertakings | 1,584,139 | 1,579,285 |

### Acquisitions

**Pira International Limited**

On 15 March 2004, the group acquired Pira International Limited for a cash consideration of £2,080,000.

**Raisio Chemicals UK Limited**

On 30 September 2004, the group acquired Raisio Chemicals UK Limited for a cash consideration of £2,774,000.

The company has taken advantage of group reconstruction relief and recorded the investment in Ciba Specialty Chemicals PLC at the nominal value of the shares issued representing the carrying value of the investment in the transferor's financial statements.

All subsidiary undertakings have been included in the consolidation, except for the following which, on the grounds of materiality have been excluded:

|  | Status |
|---|---|
| Alco Trustee Company Limited | Dissolved |
| Allied Colloids Pension Trustees Company Limited | Dissolved |
| Ciba Specialty Chemicals Water Treatments BV | Dormant |
| Allied Colloids (Asia) Limited | Dormant |

On 17 February 2004 Alco Trustee Company Limited and Allied Colloids Pension Trustee Limited were dissolved.

24

## Notes to the financial statements (continued)

### 24 Financial commitments

Annual commitments of the group to make payments under non-cancellable operating leases are as follows:

|  | Land and buildings 2004 £000 | Other 2004 £000 | Land and buildings £000 | Other £000 |
|---|---|---|---|---|
| **Group** |  |  |  |  |
| Commitments expiring: |  |  |  |  |
| within one year | 29 | 576 | - | 349 |
| within two to five years | 30 | 949 | 70 | 1.134 |
| In more than five years | - | 39 | 10 | - |
|  | 59 | 1,564 | 80 | 1.483 |

The company has no operating lease commitments (2003: £nil).

### 25 Capital commitments

|  | Group 2004 £000 | Group 2003 £000 |
|---|---|---|
| Contracted but not provided for in these financial statements | 2,495 | 3,239 |

There were no capital commitments for the company (2003: £nil).

### 26 Ultimate parent undertaking and controlling party

The immediate parent undertaking of the company is Ciba Specialty Chemicals Inc, a company incorporated in Switzerland.

The directors consider that Ciba Specialty Chemicals Holdings Inc, a company incorporated in Switzerland, is the company's ultimate parent undertaking and ultimate controlling party.

As a subsidiary undertaking of Ciba Specialty Chemicals Holdings Inc, the company has taken advantage of the exemption in FRS 8 "Related Party Disclosures" not to disclose transactions with other members of the group.

Copies of the financial statements of Ciba Specialty Chemicals Holdings Inc can be obtained from the following address: Ciba Specialty Chemicals Holdings Inc, Building K-141, CH-4002 Basle, Switzerland or http//www.cibasc.com.

# EXHIBIT H

Site: Macclesfield



www.cibasc.com

## Site: Macclesfield



**Ciba Specialty Chemicals PLC**
Charter Way
Macclesfield
Cheshire
SK10 2NX

The Company has been in Macclesfield, Cheshire since the early sixties and became the UK headquarters in 1989.

Today, Ciba Specialty Chemicals employs approximately 200 people at Macclesfield. The site has become the regional administrative centre for Northern Europe, serving Ciba's businesses in the UK, Ireland, Nordic countries and Benelux in areas such as Human Resources, Finance, Information Management, Communications and Law and EHS. Macclesfield is also home to the UK PACM (Payables and Credit Management) and Order Desk, processing sales orders, purchase invoices and customer payments for the UK business.

Sales and technical service teams for Ciba's business Segments are based here, providing specific solutions to customer needs in a range of industries from printing to plastics and paper to textiles.

The experience and expertise at Macclesfield has meant that it is often selected within the worldwide group to pilot new systems or projects, creating a busy, challenging and international environment for all involved.

Tel: +44 (0)1625 421933
Fax: +44 (0)1625 619637

Last Modified on the 29. October 2004
Path: Company » Worldwide » Ireland » Site: Macclesfield

Copyright © Ciba Specialty Chemicals, 2000-2005 | 15. September 2005

# EXHIBIT I

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT J

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT K

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT L

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT M

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY

# EXHIBIT N

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY