IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>HERCULES, INC., and CYTEC )<br>INDUSTRIES, INC.,  )<br>)<br>Defendants.  ) | Civil Action No. 04-293-KAJ |

### ORDER

At Wilmington this **3rd** day of **October, 2005**,

For the reasons set forth in open court during the hearing on October 3, 2005, it is hereby **ORDERED** that:

(1) Cytec Industries, Inc.'s motion for leave to file a sur-reply brief (D.I. 127) is GRANTED; and

(2) Ciba Specialty Chemicals Corporation's motion to amend the complaint (D.I. 74) is DENIED.

_____
UNITED STATES DISTRICT JUDGE