**1**

• OCEAN TOMO, LLC • 20 NORTH WACKER DRIVE • 27TH FLOOR • CHICAGO, ILLINOIS 60606 • 312-327-4400 •

# OCEAN TOMO

## JAMES E. MALACKOWSKI
## CURRICULUM VITAE

September 23, 2005

**James E. Malackowski** is the President and Chief Executive Officer of Ocean Tomo, an integrated intellectual capital merchant banc providing valuation, asset and risk management, corporate finance and expert services. Ocean Tomo assists clients – corporations, law firms, governments and institutional investors – in maximizing value from their Intellectual Capital Equity broadly defined.

Mr. Malackowski is an internationally recognized leader in the field of intellectual capital equity management as well as a noted expert in business valuation and intellectual property strategy. Prior to forming Ocean Tomo, he was President & CEO of Duff & Phelps Capital Partners having spent two years with one of Chicago's leading private equity firms ($6.5 billion under management) and fifteen years as a management consultant and forensic accountant focused on intangible assets. Mr. Malackowski has consulted with clients and counsel on business valuation issues as well as all phases of the technology licensing process. He is frequently asked to participate as a member of the Board of Directors for leading technology corporations or firms with critical brand management issues. Mr. Malackowski's expertise extends to intangible asset portfolios as well as business segments and complete entities. He has a unique appreciation for the hidden intellectual capital within emerging markets.

Mr. Malackowski is a current and prior Director of numerous corporate entities, both public and private. He is a Past President of The Licensing Executives Society, a Trustee for the National Inventors Hall of Fame, a Director of the International Intellectual Property Institute, and a former Resident Advisor for the U.S. Department of Commerce and U.S. Information Agency on matters relating to intellectual capital.

On several occasions, Mr. Malackowski has served as an expert in Federal Court on questions relating to intellectual property economics, including the subject of business valuation. Mr. Malackowski is a Summa Cum Laude graduate from the University of Notre Dame majoring in accountancy and philosophy. He is a Certified Public Accountant in the State of Illinois.

| | |
|---|---|
| **PRINCIPAL EXPERIENCE** | Co-Founder, President and Chief Executive Officer, *Ocean Tomo, LLC,* July 1, 2003 to present. Mr. Malackowski is responsible for all aspects of the firm's merchant banking practice. Ocean Tomo Risk Management, LLC, Ocean Tomo Corporate Finance, LLC and Ocean Tomo Capital, LLC are wholly owned subsidiaries. |
| | President and Chief Executive Officer, *Duff & Phelps Capital Partners,* March 1, 2002 to June 30, 2003. Mr. Malackowski was responsible for the firm's capital management strategy including recruitment of fund managers and day-to-day responsibility for all intellectual property based investment. The firm's intellectual property efforts were consolidated with I|C|M|B Ocean Tomo on July 1, 2003. |

Intellectual Capital Equity™

Principal and Founder, *VIGIC Services, LLC*, a GTCR Golder Rauner, LLC company, July 1, 2000 to February 28, 2002. Mr. Malackowski identified and evaluated more than one thousand investment opportunities serving as an advisor to four completed and several pending transactions committing more than $300 million dollars.

Principal and co-Founder, *IPC Group LLC*, August 1, 1988 – June 30, 2000. Mr. Malackowski also held the offices of Chairman, President and CEO from the firm's inception to its sale. Along with four co-founders, Mr. Malackowski grew IPC Group to become the largest professional services firm specializing in intellectual property valuation and strategy consulting. IPC Group was sold to GTCR in 1999.

Executive Consultant, *Peterson & Co. Consulting*, Chicago, June 3, 1985 – July 30, 1988. Mr. Malackowski began with Peterson as a Staff Consultant and was the firm's quickest promotion to both Senior Consultant and Executive Consultant. Mr. Malackowski helped to establish the firm's intellectual property litigation and valuation practice. Peterson & Co. was sold to Saatchi & Saatchi PLC in 1988.

Chairman and CEO, *JEMAN Technologies, Inc.* 1995 – 1999. Mr. Malackowski led the company's efforts to develop new technologies related to wireless direct response services. JEMAN was sold to ewireless, Inc. in 1999 as part of a venture transaction funded by Bedrock Capital Partners and Tredegar Investments.

**PRIVATE EQUITY EXPERIENCE**

Managing Principal, *Ocean Tomo Capital Fund I*, July 1, 2005 to present. The Ocean Tomo Capital Fund is a $200 million limited partnership commitment to provide mezzanine debt and private equity investments to companies with strong intellectual property portfolios.

Managing Principal, *Ocean Tomo S/LB Partners, GP*, IP Sale/License-Back Fund, March 1, 2003 to present. The Ocean Tomo S/LB Fund is affiliated with a prominent Wall Street Investment Bank to execute tax advantaged acquisitions of corporate patent portfolios.

Principal and Founder, *VIGIC Services, LLC*, a GTCR Golder Rauner, LLC company, July 1, 2000 to February 28, 2002. See previous description.

Manager, *The Firm Fund, LLC*, 2000 to present. Mr. Malackowski is the outside manager for a small angel investment fund created by the partners of Vedder Price Kaufman & Kammholz, a leading Chicago based law firm. The Firm Fund has invested more than $1 million to date with more than $3 million committed.

Advisor, *RCP Advisors, LLC*, 2002 to present. Mr. Malackowski serves as a Member Advisor to the firm's middle-market buyout fund-of-funds. RCP currently has more than $200 million under management.

• OCEAN TOMO, LLC • 20 NORTH WACKER DRIVE • 27TH FLOOR • CHICAGO, ILLINOIS 60606 • 312-327-4400 •

**NON-PROFIT AND ASSOCIATION EXPERIENCE**

Past President, The Licensing Executives Society (USA and Canada), Inc. (2002 – to date). LES is the premiere global professional association of technology transfer and intellectual asset management professionals with more than 11,000 members in more than 25 countries. Mr. Malackowski has held numerous offices within LES (USA & Canada) including its youngest President (2001 – 2002). As President, Mr. Malackowski presided over a restructuring of the LES Board and a financial turn-around returning the organization to positive cash flow following its only two years of loss. Within LES, Mr. Malackowski also served as International Vice President (2000), Treasurer (1996 -1999) and Trustee (1992 – 1996). He was Chair for the 1998 Annual Meeting in Miami Beach and the 1997 Summer Meeting in Chicago.

Board of Directors, The Licensing Executives Society International, (1992 -). Mr. Malackowski has also served as the Chair of the organizations Investment, Education, and Long-range Planning Committees.

Founder and Chairman, The Center for Applied Innovation, Inc. (2004 - )

Director, International Intellectual Property Institute, Washington D.C., (2002 - )

Board of Advisors, Dream*Makers'* Forum, (2001 -)

Director, National Inventors Hall of Fame (2001 -)

Director, Institute of Management Accountants, Chicago Chapter (1989-90)

Membership Committee, The Economic Club of Chicago (2001 - )

Board of Advisors, Otis Wilson Foundation, Chicago (2002 - )

Board of Advisors, History Makers, Chicago (2003 - )

Resident Advisor, U.S. Information Agency, (1999)

Resident Advisor, U.S. Department of Commerce Commercial Law and Development Program (1997)

Mediator and Arbitrator, World Intellectual Property Organization, (1994)

---

**RELATED OFFICES**

Curious Networks, Inc., Director, (1999 - 2000) Co-Chair of the Board's Strategic Partnership Committee. Mr. Malackowski led the company's first and second round of venture funding.

ewireless, Inc. (f/k/a JEMAN Holdings, Inc. d/b/a Cellular Linking), Director, (1995-1999, 2000-2002)

Ford Global Technologies, Inc., Ford Motor Company, Director (1997 - 2001) Mr. Malackowski advised Ford Motor Company on the original business strategy which led to the formation of FGTI. FGTI is the largest known technology management company in the United States.

Infocast, Corporation (OTC BB: IFCC.OB), Director (2001-2002)  Member of the Audit and Compensation Committees.  Mr. Malackowski led the transition of the company's senior management team and continued U.S. based funding efforts.

Insignis, Inc., Director (2000 - 2002)  Mr. Malackowski led the company's first round of venture funding.  Insignis is a Chicago based provider of institutional financial data services.

Solutionary, Inc., Director (2000 - ).  Arranged and advised on Solutionary's asset acquisition of S3Networks effective August 31, 2001.

422, Inc., Director (2002 - )

---

**EDUCATION**

University of Notre Dame, B.B.A., Bachelor of Business Administration with majors in Accountancy and Philosophy.  Graduated Summa Cum Laude, 1985.

Harvard Business School Executive Education, Governing for Nonprofit Excellence, November 18, 2000.

Harvard Business School Executive Education, Doing Private Equity Deals: From Business Plan to Term Sheet, May 13, 2001.

Certified Public Accountant, State of Illinois, January 16, 1986, Certificate Number 41,187; licensed 1986 - 2000.

---

**ACTIVE MEMBERSHIPS**

American Institute of Certified Public Accountants (1985 -)
The Economic Club of Chicago (1990 -)
The Licensing Executives Society (1988 -)

---

**RELATED SPEECHES AND PUBLICATIONS**

"The Determination of a Reasonable Royalty: Hypothetical Negotiation v. A General License Agreement", The Licensing Executives Society, Chicago Chapter, December 8, 1987.

"The Business Economics of Technology Development", The Licensing Executives Society, New England Chapter, February 9, 1988.

"The Importance of Protecting Intellectual Property Through Corporate Transition", Licensing Executives Society, National Meeting, October 18, 1989, Moderator.

"Valuation of Intellectual Property Rights", The Chicago Bar Association, March 6, 1990.

"Dispute Resolution -- There Are Alternatives!", Licensing Executives Society, National Meeting, October 22, 1990.

"How to Value a License", Adding to the Bottomline Through Licensing, LES/John Marshall Law School, November 1, 1990.

"An Advanced Discussion on Licensing and Patent Damages", Licensing Executives Society, National Meeting, October 28, 1992.

"Calculating Intellectual Property Damages", Intellectual Property Litigation Practice, John Marshall Law School, November 2, 1992 and November 15, 1993.

"Discussion of Trademark Damages", Trademark Litigation Practice, John Marshall Law School, April 19, 1993.

"An Advanced Discussion on Patent Damages", Licensing Executives Society, National Meeting, October 18, 1993.

Royalty Provisions in Technology License Agreements, Technology Transfers, American Conference Institute, November 15 & 16, 1993.

"Commercializing Technology and the Intellectual Property Quality Management Imperative", Technology Transfer, American Conference Institute, June 20 & 21, 1994.

"How to Accurately Value Software", The Software Protection and Litigation Institute, July 28 & 29, 1994.

"Basic Concepts in Patent and Trademark Damages", Center for Intellectual Property Law JMLS, Patents, Trademarks and Copyrights: Advanced Topics, August 25 & 26, 1994.

"IP Damages Advanced Case Studies", Licensing Executives Society, National Meeting, October 19, 1994.

"Preparation and Presentation of Damages by Outside Consultants", AIPLA Mid-Winter Meeting, February 1, 1995

"Damages Discovery - An Expert's Perspective", Intellectual Property Law Association, New York, December 15, 1995.

"Taxation Issues when Licensing with the U.S.", Licensing Executives Society International, South Africa Conference, January 28, 1996.

"Pre-Litigation Damages Techniques: Patents and More", The Intellectual Property Strategist, March, 1996.

"Corporate Exposures to Copyright, Patent, Trademark, and Trade Secret Claims", Digital Bullets - Digital Shields: A Financial Perspective, American Conference Institute, New York, March 5, 1996.

"IP Management and Taxation - How companies are proactively managing IP assets to maximize shareholder value, including measuring contribution of IP protection to corporate value", American Bar Association, Virginia, April 11, 1996.

"Effectively Select & Use Experts in Trademark & Copyright Cases", AIPLA Spring Meeting, Boston, May 1, 1996.

"The Industry-University Interface: Mechanisms For Technology Transfer", 1996 AUTM Central Region / Licensing Executives Society Chicago Chapter, Chicago, July 21, 1996.

"Intellectual Property Damages: Advanced Case Studies", Licensing Executives Society Annual Meeting, Puerto Rico, September 30, 1996.

"License Agreement Royalty Audits: Untapped Riches Or Fool's Gold?", Licensing Executives Society Annual Meeting, Puerto Rico, October 1, 1996

"Valuing Health Care Technologies", Licensing Executives Society Winter Meeting, South Carolina, March 13, 1997.

"Valuation of IPR", Conference on Appeals Related to Intellectual Property, Bucharest, Romania, November 20, 1997.

"Creative Marketing & Packaging - How to Differentiate Yourself in a Competitive Market", CTIA Annual Meeting, Atlanta, February 23, 1998.

"Intellectual Property Valuation: The Latest Techniques from Boardroom and Courtroom", Patent Law Association of South Florida Annual Meeting, Fort Lauderdale, October 22, 1998.

"The Aftermath of *Rite-Hite v. Kelly*", 16ᵗʰ Judicial Conference of the U.S. Court of Appeals for the Federal Circuit, Washington D.C., April 6, 1999.

"Avaliacao e Contabilizacao de Propriedade Intellectual – Metodologia e Aspectos Fiscais", XIX Seminario Nacional de Propriedade Intellectual, Rio de Janeiro, Brazil, August 16, 1999.

"Avaliacao e Contabilizacao de Propriedade Intelectual", Conferencia pela Consulate General of the United States of America, Sao Paolo, Brazil, August 18, 1999.

"Avaliacao e Contabilizacao de Propriedade Intelectual", Conferencia pela Consulate General of the United States of America, Curitiba, Brazil, August 20, 1999.

"Expert Admissibility After Daubert", Wisconsin Academy of Trial Lawyers, Milwaukee, December 3, 1999.

"Intellectual Property Strategic Planning: a Corporate Perspective", Research Directors Association of Chicago, Winter Meeting, January 10, 2000.

"Intellectual Property Asset Management: Linking IP and Corporate Strategy", 44ᵗʰ Annual Conference on Developments in Intellectual Property Law, John Marshall Law School, Chicago, February 25, 2000.

"IP Valuation Trends", Licensing Add-on Seminar, LESI Annual Conference, Krasnapolsky, Amsterdam, Netherlands, May 21, 2000.

"Intellectual Property from a Board Room Window", Plenary Session II LESI Strategies, LESI Annual Conference, Krasnapolsky, Amsterdam, Netherlands, May 23, 2000.

"Due Diligence in an Intellectual Capital Focused Investment", LES Annual Conference Add-on Session, Toronto, September 14, 2000.

"Boost Your Client's Intellectual Capital IQ: Get Top Management Involved", Corporate Legal Times, October 2000, p. 104.

"Strategic and Financial Opportunities for Privately Held and Public Middle Market Companies: Building Shareholder Value", The Standard Club, Chicago, October 5, 2000.

"Commercializing Intellectual Capital Through Venture Funding", LESI Expanded Board of Directors Meeting and Seminar, Delray Beach, Florida, January 26, 2001; LES Chicago Meeting, May 10, 2001.

"New Paths to Growth: Joint Ventures and Accessing Equity Capital", Panel Presentation and Discussion, LaSalle Street Project Economic Summit, Chicago, May 10, 2001.

*ViewPoints*, The Newsletter of the Licensing Executives Society (U.S.A. and Canada), Inc., President's Column: Vol. VIII No. 5, Nov. / Dec. 2001, "President Changes the Way LES Does Business"; Vol. VIV No. 1, Jan. / Feb. 2002, "It's Time To Count Our Intellectual Assets"; Vol. VIV No. 2; Vol. VIV No. 3, May / June 2002, "Mid-Year Review"; Vol. VIV No. 4, July / August 2002, "Ethical Issues Related To Intellectual Property".

"Venture Investment Grounded In Intellectual Capital", From Ideas To Assets: Investing Wisely in Intellectual Property. Edited by Bruce Berman, John Wiley & Sons, Inc., 2002.

"Current Issues in Accounting for Intangibles", Congressional Economic Leadership Institute, Panel Presentation and Discussion with Steven H. Wallman, Former Commissioner, United States Securities and Exchange Commission, Washington, DC, May 1, 2002.

"Intellectual Capital Based Corporate Carve-outs: Strategy, Structure and Funding", James E. Malackowski and Suzanne Harrison, The LESI Guide to Licensing Best Practices, Edited by Robert Goldscheider, John Wiley & Sons, Inc., 2002.

"Intellectual Property Finance: Securitization to Venture Capital", American Bar Association Intellectual Property Law Conference, Philadelphia, June 28, 2002.

"The IIPI Roundtable: The New Emphasis on Patent Value – Opportunities and Challenges", Washington DC, July 22, 2002.

"Moving Technology from University to Marketplace: Business Creation and the Venture Capital Community, Licensing Executives Society Annual Conference, Chicago, September 24, 2002.

"Presidents' Forum on Intellectual Property: A Leadership Discussion with The Licensing Executives Society, the American Intellectual Property Law

Association, the Association of University Technology Managers, the Intellectual Property Owners Association, The National Inventors Hall of Fame, and BIO", Licensing Executives Society Annual Conference, Chicago, September 24, 2002.

"What's New in Intellectual Property Asset Management", Panel Discussion, 8th Annual Intellectual Property Law Institute, State Bar of Georgia, Puerto Vallarta Mexico, November 15, 2002.

"Extracting Value From Your Intellectual Asset Portfolio: Ensuring ROI from IP and Technology Assets", World Research Group, November 22, 2002, Chicago, Illinois.

"Licensing", American Intellectual Property Law Association 2003 Mid-Winter Institute, Marco Island, Florida, January 22 – 25, 2003.

"Cashing in on Chicago: A Closer Look at Liquidity in the Heartland", The Executives' Club of Chicago, Panel Discussion, February 11, 2003.

Conference Chair and Speaker, "Optimizing Valuation & Value Realization of your IP/Intellectual Assets", World Research Group, Las Vegas, February 27-28, 2003.

Live Webcast, "Turning Your Intellectual Property into Cash", Ernst & Young Business Insights, April 28, 2003.

Academy of Entrepreneurial Finance, DePaul University, "Intellectual Property as Entrepreneurial Finance", May 1, 2003.

Intermediate PDS Workshop: Application of Private Equity and Leveraged Finance Investing to Intellectual Property, LES / AUTM Summer Meeting, Philadelphia, May 8, 2003.

World Research Group, Advanced Intellectual Property Structured Finance, Conference Co-Chair Person, New York City, June 29-30, 2003.

The Conference Board, The 2003 Conference on Intellectual Asset Management & Value Reporting, "Application of Private Equity and Leveraged Finance Investing to Intellectual Property", Chicago, June 4, 2003.

Intellectual Property and Information Technology for Investment Funds, "Intellectual Capital Equity Management", Panel Discussion Sponsored by Schulte Roth & Zabel, New York City, June 18, 2003.

Chicago Capital Access Forum III, "Private Investors: The Case for Domestic Emerging Market Investments", Panel Discussion, Chicago, June 26, 2003.

Pension Consultants' Forum, "Extracting Value from Private Equity Investing", World Research Group, Chicago, July 22, 2003.

Midwest Intellectual Property Institute, "Intellectual Capital Equity Management", Minneapolis, September 19, 2003.

• OCEAN TOMO, LLC • 20 NORTH WACKER DRIVE • 27TH FLOOR • CHICAGO, ILLINOIS 60606 • 312-327-4400 •

"Intellectual Asset Strategies", Add-On Seminar at the 2003 Licensing Executives Society Annual Meeting, San Diego, September 25, 2003.

"Leveraging Intellectual Property", Keynote Speaker, Thomson Financial Thought Leadership Forum, New York, October 8, 2003.

"Beyond Licensing: Innovative Techniques for Extracting Value", Advanced Forum on Licensing Intellectual Property, San Francisco, December 9, 2003.

Intellectual Asset Management, *Column: IP Merchant Banker*, Douglas R. Elliott & James E. Malackowski, Issue 01, "Challenges of the Fifth Epoch", July / August 2003; Issue 02, "What the Market Fortells", September / October 2003; Issue 03, "Economics, Ethos and Intellectual Ethics", December / January 2004; Issue 04, "Patent Predictions – facts or fictions?", February / March 2004; "Wealth management in the age of patents", June / July 2004; "Patent pools – the 80% solution", August / September 2004.

"Intellectual Capital Equity Management: IP as an Asset Class", Minnesota State Bar Association Continuing Legal Education, Minneapolis, January 15-16, 2004.

"Understanding the Motivations Behind an IP Structured Finance Transaction", "Analyzing the Anatomy of A Patent-Based Structured Finance Transaction", World Research Group, New York, January 21-22, 2004.

"Leveraging Intellectual Property", University of Chicago, Graduate School of Business Finance Roundtable, Chicago, February 12, 2004.

"Intellectual Property Equity Management", The George Washington University Law School, Washington, D.C., February 26, 2004.

"Managing Your Intellectual Property", Investment Banking for Women / Minority Owned Business Enterprises, Annual Forum, Conference Co-Chairperson, Chicago, March 3-5, 2004.

"Private Equity: Investor Capital for Mature Businesses", Dream*Makers* Forum 2004, Santa Barbara, California, March 7 – 10, 2004.

"IP Finance: Convergence of IP Valuation and Value Creation", World Research Group 2nd Annual Strategies and Solutions for Optimizing IP Valuation & Value Creation, Chicago, March 23 – 24, 2004.

"Leveraging the Value of Intellectual Property", Creating, Managing & Valuing an Intellectual Property Portfolio, Vedder Price Conference Series, Chicago, April 28, 2004.

"Federal Circuit Damages Decision Emphasizes the Importance of Sound Economic Models", IP Review, McDermott Will & Emery, with Robert M. Hess, Spring 2004.

"Intellectual Property Merchant Banking: Leveraging Corporate Intangible Assets", The Licensing Executives Society (U.S.A. & Canada), Inc., Fairfield-Westchester Counties Chapter, June 23, 2004.

"Intellectual Property Financing and Securitization: Conclusions and Future Implications for Financing the IP Market", New York, New York, July 21, 2004.

"Emerging Financial Concepts in IP Asset Management", Mining Patent Portfolios, Seattle, Washington, September 13, 2004.

"Intellectual Property Investment", National Institutes of Health, Commercialization Assistance Program, Larta Institute, Chicago, November 12, 2004.

"Techniques for Assessing the Value of Your IP Portfolio", The Wall Street Transcript Intellectual Property Conference, New York, January 27, 2005.

"The Tipping Point: Assessing Major Challenges and Growth Opportunities in IP Finance", Moderator, The 3rd Annual Advancing IP Structured Finance World Research Group Conference", New York, February 3, 2005.

"Commerce One IP Auction", Optimizing IP Valuation and Value Creation, World Research Group Conference, Miami, March 30-31, 2005.

"Intellectual Capital Equity Management: IP As An Asset Class", Minnesota Continuing Legal Education Conference, Minneapolis, May 12, 2005.

"Techniques for Evaluating IP Potential", Life for After Rembrandts, Law Seminars International, Chicago, Illinois, August 4, 2005.

---

**EXPERT TESTIMONY**

Advanced Technology Materials, Inc. v. Praxair, Inc.,
Civil Action No. 03 CV 5161 (RO)
United States District Court for the Southern District of New York
Deposition Testimony

A.I.T. Industries, Inc., f/k/a Photocentron, Inc. v. Yordan Vurich and Opti-Vue, Inc.
Civil Action No. 94-C-5196
Deposition Testimony

Allan Stimmel v. Eugene Weiner, Kurt Gutfreund and M & L International, Inc.
Civil Action No. 89 C 6510 (ACW)
United States District Court for the Northern District of Illinois, Eastern Division
Deposition Testimony

Arthur Takeall v. PepsiCo, Inc.
Civil Action S92-766
United States District Court for the District of Maryland
Deposition Testimony

Atlantic Richfield Company, Chevron U.S.A., Inc., Exxon Corporation, Mobil Oil Corporation, Shell Oil Products Company and Texaco Refining & Marketing, Inc. v. Unocal Corporation and Union Oil Company of California and Union Oil Company of California v. Atlantic Richfield Company, Chevron

U.S.A., Inc., Exxon Corporation, Mobil Oil Corporation, Shell Oil Products
Company and Texaco Refining & Marketing, Inc.
Civil Action No. CV-95-2379 KMW(JRx)
Trial and Deposition Testimony

Avery Dennison Corp. et al v. FLEXcon Company, Inc.
Civil Action No. 96-C 4820
United States District Court for the Northern District of Illinois, Eastern
Division
Deposition Testimony

Beloit Corp v. Voith, Inc. & J.M. Voith GmbH
Civil Action No. 92 C 0168 C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Brian D. Zdeb, et al v. Baxter International, Inc.
Civil Action No. 91-L-8726
Appellate Court of Illinois, First District, Sixth Division
Trial and Deposition Testimony

Catalina Marketing Corp. v. Advanced Promotion Technologies, Inc.
Civil Action No. CV 93-4741 WJR (Sx)
Deposition Testimony

Comair Rotron, Inc. v. Matsushita Electric Corporation of America, et al. - New
Jersey Action
Civil Action No. 85-4308 (HLS)
Trial and Deposition Testimony

Computer Generated Solutions, Inc. v. Peter Loral, Loral Incorporated, PJK, Inc.
and Belle Loral, LLC
Civil Action No. 97 Civ. 6298 (MBM)
Deposition Testimony

Construction Technology, Inc. v. Cybermation, Inc. et al.
Civil Action No. 91 Civ. 7474 (JSM)
United States District Court for the Southern District of New York
Trial and Deposition Testimony

Cordis Corporation v. SciMed Life Systems, Inc.
Case No. CV 4-96-261
United States Court for the District of Minnesota
Deposition Testimony

C.R. Bard v. M3 Systems
Civil Action No. 93 C-4788
Trial Testimony

DaiNippon Screen Mfg., Co. Ltd. et al. v. Scitex Corp. Ltd. et al.
Case No. C 96-3296 FMS
United States District Court for the Northern District of California
Deposition and Arbitration Testimony

• OCEAN TOMO, LLC • 20 NORTH WACKER DRIVE • 27ᵀᴴ FLOOR • CHICAGO, ILLINOIS 60606 • 312-327-4400 •

Design Solange, Ltd., Inc. v. Lane Bryant, Inc.
Civil Action No. 94 CIV 1299 (JFK)
United States District Court for the Southern District of New York
Trial and Deposition Testimony

Durel Corporation v. Osram Sylvania, Inc.
Civil Action No. 95-1750 PHx (EHC)
United States District Court for the District of Arizona
Trial and Deposition Testimony

Edward K. Isbey, Jr. v. Cooper Companies, Inc.
Civil Action No. 89-CVS-3776
Supreme Court of North Carolina
Deposition Testimony

Ellison v. The Chicago Heart Association
Civil Action No. 92-K-706
Deposition Testimony

Escada Beaute, et al. v. The Limited Inc. et al.
Civil Action No. 92-CIV-7530 (LLS)
United States District Court for the Southern District of New York
Trial and Deposition Testimony

Faye Fish Estate et al. v. Beech Aircraft et al.
Civil Action No. 631333
Deposition Testimony

Footstar, Inc. et al v. Kmart Corporation
Chapter 11 Case No. 04-22350 (ASH)
United States Bankruptcy Court for the Southern District of New York
Deposition Testimony

Georgia-Pacific Corp. v. United States Gypsum Co. and L&W Supply Co.
Civil Action No. 94-989-RRM
United States District Court for the District of Delaware
Trial Testimony

Gibson Guitar Corp. v. Heritage Guitar, Inc. and Lasar Music Corp.
Civil Action No. 3-90-0009
Deposition Testimony

Gilberto Arvelo v. American International Insurance
Civil Action No. 93-1287
United States District Court for the District of Puerto Rico
Deposition Testimony

Government Employees Insurance Company v. Google, Inc. and Overture
Services, Inc.
United States District Court, Eastern District of Virginia, Alexandria Division
Civil Action No: 1:04cv507
Deposition Testimony

• OCEAN TOMO, LLC • 20 NORTH WACKER DRIVE • 27TH FLOOR • CHICAGO, ILLINOIS 60606 • 312-327-4400 •

Group One v. Hallmark
Civil Action No. 97-1224-CV-W-1
United States District Court for the Western District of Missouri, Western
Division
Deposition Testimony

Hitachi, Ltd. v. Samsung Display Devices Co., Ltd. and Samsung Display
Devices Co., Inc. and Samsung Electronics Co., Ltd. and Samsung Electronics
America Inc. and Office Depot
Civil Action No. 97-1988-A
Deposition Testimony

Hoechst Celanese Corporation v. Chase Plastic Services and Keviri P. Chase
Civil Action No. 94-75361
Trial and Deposition Testimony

Hoechst Celanese Corporation v. Nylon Engineering Resins, Inc.
Civil Action No. 94-346-CIV-FTM-24D
United States District Court for the Middle District of Florida
Trial Testimony

InterDigital Technology Corporation v. Motorola, Inc.
Civil Action No. 94-73
United States District Court for the District of Delaware
Trial and Deposition Testimony

Isogon Corporation v. Amdahl Corporation
Civil Action No. 97 CIV 6219 (SAS)
United States District Court for the Southern District of New York
Deposition Testimony

McKinley v. Zdeb
Civil Action No. 99-S-1178
United States District Court for the District of Colorado
Fact Deposition Testimony

Motorola, Inc. v. InterDigital Technology Corporation
Civil Action No. 93-488
United States District Court for the District of Delaware
Trial and Deposition Testimony

J.M. Voith GmbH v. Beloit Corp.
Civil Action No. 93C-0902C
United States District Court for the Western District of Wisconsin
Trial Testimony

J.M. Voith GmbH v. Beloit Corp.
Civil Action No. 93C-0905C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Joy Recovery Technology Corp. v. The Penn Central Corp. and Carol Cable
Company, Inc., aka General Cable Industries, Inc.
Civil Action No. 93 C 0992
Deposition Testimony

• OCEAN TOMO, LLC • 20 NORTH WACKER DRIVE • 27ᵀᴴ FLOOR • CHICAGO, ILLINOIS 60606 • 312-327-4400 •

Kay-Cee Enterprises, Inc. v. Amoco Oil Company
Civil Action No. 97-2406 (JWL)
United States District Court for the District of Kansas
Deposition and Trial Testimony

Kennecott Corporation v. Kyocera International
Civil Action No. 80-0516 R (M)
United States District Court for the Southern District of California
Deposition Testimony

K-Tube Corp. v. Sterling Stainless Tube Corp. et al.
Case No. CV 90 1653 JLQ (M)
Trial and Deposition Testimony

LNP Engineering Plastics, Inc. and Kawasaki Chemical Holding Co., Inc. v.
Miller Waste Mills, Inc. trading as RTP Company
Civil Action No. 96-462 (RRM)
United States District Court for the District of Delaware
Trial Testimony

Lucent Technologies Inc. v. Extreme Networks, Inc.
Civil Action No. 03-508 (JJF)
United States District Court for the District of Delaware
Trial and Deposition Testimony

Lunar Corp. & The UAB Research Foundation v. EG&G Astrophysics Research
Corp.
Civil Action No. 96-C-199-S
Trial Testimony

Message Phone, Inc. v. SVI Systems, Inc. and Tharaldson Properties
Civil Action No. 379CV-1813H
Trial Testimony

Military Professional Services, Inc. v. BancOhio National Bank
Civil Action No. 91-5032
Deposition Testimony

Minebea Co., Ltd., Precision Motors Deutsche Minebea GmbH, and Nippon
Miniature Bearing Corp. v. George Papst, Papst Licensing GmbH, and Papst
Licensing Verwaltungsgesellschaft MIT Beschrankter Haftung
Civil Action No. 97-CV-590 (PLF)
Deposition and Trail Testimony

Mitek Surgical Products, Inc. v. Arthrex, Inc.
Case No. 1:96CV 0087S
United States District Court for the District of Utah, Central Division
Deposition Testimony

Nomix Corporation v. Quikrete Companies, Inc.
Civil Action No. H88-463-AHN
Trial and Deposition Testimony

• OCEAN TOMO, LLC • 20 NORTH WACKER DRIVE • 27TH FLOOR • CHICAGO, ILLINOIS 60606 • 312-327-4400 •

Orthofix, Inc., et al v. EBI Medical Systems, Inc., et al.
Civil Action No. 95-6035 (SMO)
United States District Court for the District of New Jersey
Trial and Deposition Testimony

Picker International, Inc. v. Mayo Foundation, et al.
Case No. 95-CV-2028
United States District Court for the Northern District of Ohio, Eastern Division
Trial and Deposition Testimony

Penda Corporation v. United States of America and Cadillac Products, Inc.
Case No. 473-89-C
United States Court of Federal Claims
Trial and Deposition Testimony

Praxair, Inc. and Praxair Technology, Inc. v. ATMI, Inc. and Advanced
Technology Materials, Inc.
Civil Action No. 03-1158-SLR
United States District Court District of Delaware
Deposition Testimony

The Procter & Gamble Company v. Paragon Trade Brands, Inc.
Civil Action No. 94-16-LON
United States District Court for the District of Delaware
Trial and Deposition Testimony

QR Spex, Inc. and Thomas G. Swab v. Motorola, Inc. and Frog Design, Inc.
Civil Action No 03-6284 JFW (FMOx)
United States District Court for the Central District of California
Deposition Testimony

Qualcomm, Inc. v. InterDigital Communications Corporation
Case No. 93-1091G (LSP)
Deposition Testimony

Quickie, LLC v. Medtronic, Inc.
Civil Action No. 02 CV 1157 (GEL)
United States District Court for the Southern District of New York
Deposition Testimony

Remcor v. Scotsman/Booth
Civil Action No. 93 C 1822
United States District Court for the Northern District of Illinois, Eastern
Division
Deposition Testimony

Remcor v. Servend
Civil Action No. 93 C 1823
United States District Court for the Northern District of Illinois, Eastern
Division
Deposition Testimony

• OCEAN TOMO, LLC • 20 NORTH WACKER DRIVE • 27TH FLOOR • CHICAGO, ILLINOIS 60606 • 312-327-4400 •

Research Corporation Technologies, Inc. v. Hewlett-Packard Company
Civil Action No. CIV 95-490-TUC-JMR
United States District Court for the District of Arizona
Deposition Testimony

Rommy Hunt Revson v. The Limited, Inc. et al.
Civil Action No. 90-3840 (MGC)
Deposition Testimony

Site Microsurgical Systems v. The Cooper Companies
Civil Action S92-766
Deposition Testimony

St. Clair Intellectual Property Consultants v. Fuji Photo Film Co., Ltd., Fuji
Photo Film U.S.A., Inc., Fujifilm America, Inc., et al.
Civil Action No. 03-241 JJF
United States District Court for the District of Delaware
Deposition and Trial Testimony

Takata Corp. v. Allied Signal, Inc. and Breed Technologies, Inc.
Civil Action CV-95-1750
Deposition Testimony

Technol Medical Products, Inc., et al v. Robert Busse & Co., Inc.
Civil Action No. 3:94-CV-2284-X
Depositon History

Therma-Tru Corporation v. Caradon Peachtree, Inc.
Civil Action No. 95-CV-75534-DT
Deposition Testimony

Valmet Paper Machinery, Inc. and Valmet-Charlotte, Inc. v. Beloit Corporation
Civil Action No. 93-C-587-C
United States District Court for the Western District of Wisconsin
Deposition and Trial Testimony

Wang Laboratories, Inc. v. America Online, Inc. and Netscape Communications
Corporation
Civil Action No. 97-1628-A
United States District Court for the Eastern District of Virginia
Deposition Testimony

Wang Laboratories, Inc. v. FileNet Corporation
Civil Action No. 94-12141-RCL
Deposition Testimony

Waukesha Cherry-Burrell v. Wrightech Corporation
Civil Action No. 96-CV-00384
Deposition Testimony

**OTHER**    Inventor, United States Patent No. 5,752,186, Access Free Wireless Telephony
Fulfillment Service System, May 12, 1998.

Inventor, United States Patent No. 5,867,780, Access Free Wireless Telephony Fulfillment Service System, February 2, 1999.

Inventor, United States Patent No. 6,397,057, System and Method of Providing Advertising Information to a Subscriber Through a Wireless Device, May 28, 2002.

Inventor, United States Patent No. 6,411,803, System and Method of Providing Service Information to a Subscriber Through a Wireless Device, June 25, 2002.

Inventor, United States Patent No. 6,769,767, Eyewear with Exchangeable Temples Housing a Transceiver Forming Ad Hoc Networks with Other Devices, August 3, 2004.

Inventor, United States Patent No. 6,839,556, System and Method of Providing Information to a Subscriber through a Wireless Device, January 4, 2005.

Inventor, United States Patent No. 6,911,172, Method of Manufacturing Eyewear, June 28, 2005.

Inventor, United States Patent No. 6,929,365, Eyewear with Exchangeable Temples Housing Bluetooth Enable Apparatus, August 16, 2005.

Inventor, United States Patent Application Serial No. 09/570,585, Method and System for Generating Construction Estimate, May 13, 2000 Filing Date.

Inventor, United States Patent Application Serial No. 09/560,975, System and Method for Sharing Information, April 28, 2000 Filing Date.

Inventor, United States Patent Application Serial No. 09/814,547, System and Method of Risk Minimization and Enhanced Returns In An Intellectual Capital Based Venture Investment, March 22, 2001 Filing Date.

Inventor, United States Patent Application Serial No. 10/104,867, System and Method of Providing Information to a Subscriber Through a Wireless Device, March 22, 2002 Filing Date.

Inventor, United States Patent Application Serial No. 10/104,197, System and Method of Providing Advertising Information to a Subscriber Through a Wireless Device, March 22, 2002 Filing Date.

International Motor Sports Association (IMSA) Competition Driver License #3353, Pro Formula Mazda, (2004 - )

Series Points Champion, SCCA Central Division Formula Mazda Regional Series (Driver and Team Owner) (1999 and 2000)

▪ OCEAN TOMO, LLC ▪ 20 NORTH WACKER DRIVE ▪ 27ᵀᴴ FLOOR ▪ CHICAGO, ILLINOIS 60606 ▪ 312-327-4400 ▪

| | |
|---|---|
| **RELEVANT SITES** | www.oceantomo.com<br>www.usa-canada.les.org<br>www.cfainnovation.org<br>www.iipi.org<br>www.invent.org |
| **CONTACT** | James E. Malackowski<br>President and Chief Executive Officer<br>I\|C\|M\|B Ocean Tomo<br>20 North Wacker Drive<br>27ᵗʰ Floor<br>Chicago, Illinois 60606<br><br>312-327-4410 Direct<br>312-327-4401 Facsimile<br>312-560-8500 Personal<br>jmalackowski@oceantomo.com |

**2**

*Ciba Specialty Chemicals v. Hercules Incorporated & Cytec Industries*
**DOCUMENTS AND INFORMATION REVIEWED**

Ciba Specialty Chemicals Corp v. Hercules Inc. and Cytec Industries Inc. Complaint
Answer and Counterclaims of Defendant Hercules Inc.

<u>Publicly Available Information:</u>
Cytec's 2004 Annual Report
10-K Documents
Herc.com
Cytec.com
CibaSC.com

<u>Depositions Transcripts:</u>
Michael B. Heard, PhD., June 30, 2005
Paul S. Waterman, July 7, 2005
Dr. Robert A. Gelman, July 1, 2005
Brian McCall, August 18, 2005
John J. Mangano, August 17, 2005
James R. Davis, August 9, 2005
Stephen R. Tremont, September 9, 2005

<u>Expert Reports:</u>
Robert G. Gilbert, PhD.
John T. Goolkasian
Clarence A. King, PhD.
Michael E. Tate
Norman J. Wagner, PhD.
Robert K. Prud'homme

<u>Interrogatories:</u>
Plaintiff Ciba First Request for Production of Documents and Things (Nos. 1-71)
Hercules' Response and Objections for Plaintiff Ciba's First Set of Interrogatories (Nos. 1-9)
Ciba's Responses to Defendants' First Set of Interrogatories (Nos. 1-7)
Ciba's Supplemental Responses to Defendants' First Set of Interrogatories (Nos. 3 and 7)
Hercules' Supplemental Response to Plaintiff Ciba's First Set of Interrogatories (No. 2)
Hercules' Responses and Objections to Plaintiff Ciba's Second Set of Interrogatories (Nos. 10-11 and 13-14)
Ciba's Responses to Defendants' Second Set of Interrogatories (Nos. 10-11 and 13-14)
Plaintiff Ciba's Third Set of Interrogatories (Nos. 15-18)
Hercules' Responses and Objections to Plaintiff Ciba's Third Set of Interrogatories (Nos. 15-18)
Ciba's Responses to Defendants' Third Set of Interrogatories (Nos. 12-13)

*Ciba Specialty Chemical v. Cytec Industries & Hercules Incorporated*
**DOCUMENTS CONSIDERED**

| Cytec Documents Reviewed | |
|---|---|
| CYT0000001 | CYT0000357 |
| CYT0000365 | CYT0000601 |
| CYT0000609 | CYT0001674 |
| CYT0001676 | CYT0002147 |
| CYT0002167 | CYT0002291 |
| CYT0002292 | CYT0002311.021 |
| CYT0002311.022 | CYT0002311.06 |
| CYT0002312 | CYT0002786 |
| CYT0002791 | CYT0002911 |
| CYT0002989 | CYT0004482 |
| CYT0004506 | CYT0007615 |
| CYT0007617 | CYT0009248 |
| CYT0009258 | CYT0009282 |
| CYT0009290 | CYT0009360 |
| CYT0009458 | CYT0009474 |
| CYT0009507 | CYT0009990 |
| CYT0009992 | CYT0010377 |

| Ciba Documents Reviewed | |
|---|---|
| CIBA0000001 | CIBA0000911 |
| CIBA0000913 | CIBA0002193.001 |
| CIBA0002194 | CIBA0004454 |
| CIBA0004457 | CIBA0011367 |
| CIBA0017417 | CIBA0026374 |
| CIBA0027278 | CIBA0028610 |

| Hercules Douments Reviewed | |
|---|---|
| HERC0000001 | HERC0041393 |
| HERC0041399 | HERC0063520 |
| HERC0063522 | HERC0063569 |
| HERC0063604 | HERC0071740 |
| HERC0071746 | HERC0072258 |
| HERC0072293 | HERC0072406 |
| HERC0072421 | HERC0079665 |
| HERC0079668 | HERC0087636 |

Highly Sensitive Confidential
Subject to Protective Order

**3**

# REDACTED

**4**

# REDACTED

**5**

# REDACTED

**6**

# REDACTED

7

# REDACTED

**8**

# REDACTED

**9**

# REDACTED

**10**

# REDACTED