IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No.: 04-293 (KAJ) |
| v. | ) ) ) | JURY TRIAL DEMANDED |
| HERCULES, INC. and CYTEC INDUSTRIES, INC., | ) ) ) ) | |
| Defendants. | ) | |

## CONSENT ORDER

At the July 13, 2005 discovery teleconference, the Court asked the parties to try and resolve the Common Interest/Joint Defense issues surrounding the production of the Indemnity Agreement dated March 4, 2003 between Hercules Incorporated ("Hercules") and Cytec Industries Inc. Toward that end, the parties have agreed to the following Consent Order and ask that it be entered by the Court:

1. The Court orders that Hercules produce the above Indemnification Agreement.

2. The Court recognizes that the production of this document by Hercules Inc. is involuntary and, on that basis, shall not constitute a waiver of privilege or immunity for any other documents or communications.

3. Upon the Court's signing of this Order, Hercules agrees that it will produce the Indemnification Agreement within one business day of receiving notice of the Court's signing of this Order.

RLF1-2922952-2

_/s/ Jeffrey L. Moyer_ by /s/ [illegible] #402
Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Jeffrey L. Moyer (#3309)
(Moyer@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899-0551
(302) 651-7700
Attorneys for Plaintiff

_/s/ Richard L. Horwitz_
Richard L Horwitz (#2246)
(rhorwitz@potteranderson.com)
David E. Moore (#3983)
(dmoore@potteranderson.com)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
Attorneys for Defendant Hercules Inc. and for purposes of this Consent Order, Attorneys for Defendant Cytec Industries, Inc.