IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | C.A. No. 04-293 (KAJ) |
| v | ) | |
| | ) | |
| | ) | |
| HERCULES INC. AND CYTEC | ) | |
| INDUSTRIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission

pro hac vice of Douglas A. Robinson to represent Plaintiff Ciba Specialty Corporation in this

matter.

_____
Frederick L. Cottrell, III (#2555)
Jeffrey L. Moyer (#3309)
Chad M. Shandler (#3796)
Richards, Layton & Finger
One Rodney Square
P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
Attorneys for Plaintiff Ciba Specialty
Chemicals

Dated:  October 13, 2005

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice is granted.

Dated: _____        _____
United States District Judge

RLF1-2933532-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 13, 2005, I caused copies of the Motion and Order for Admission Pro Hac Vice to be served on the following attorney of record at the address and in the manner indicated:

### VIA HAND DELIVERY:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon, LLP
1313 N. Market Street
Wilmington, DE 19899

_____
Chad M. Shandler (#3796)

DATED: October 13, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Douglas A. Robinson
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
180 N. Stetson Street
Suite 4900
Chicago, Illinois 60601
(312) 616-5600

DATE: October 13, 2005