IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS, CORPORATION | ) ) ) ) ) ) ) ) ) ) ) | C.A. No. 04-293 (KAJ) <br><br> JURY TRIAL DEMANDED |
| Plaintiff, | | |
| HERCULES INC. AND CYTEC INDUSTRIES, INC., | | |
| Defendants. | | |

### NOTICE OF SERVICE AND FILING OF
### NOTICE OF DEPOSITION OF DAN MICHALOPOLOUS

**PLEASE TAKE NOTICE** that on October 12, 2005, true and correct copies of the Notice of Deposition of Dan Michalopolous (a copy of which is attached hereto as Exhibit A) were served upon the below-named counsel of record in the following manner:

**Via Facsimile and Federal Express**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899

**Via Facsimile and Federal Express:**
Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

**Via Facsimile and Federal Express:**
Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

RLF1-2933598-1

|  |  |
|---|---|
| Dated: October 13, 2005 | /s/ Frederick L. Cottrell, III<br>Frederick L. Cottrell, III (#2555)<br>cottrell@rlf.com<br>Jeffrey L. Moyer (#3309)<br>moyer@rlf.com<br>Chad M. Shandler (#3796)<br>shandler@rlf.com<br>Richards, Layton & Finger<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE  19899<br>(302) 651-7700<br>Attorneys for Plaintiff Ciba Specialty Chemicals Corporation |

RLF1-2933598-1

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2005, I hand delivered the foregoing Notice of Service and Filing to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**HAND DELIVERY:**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899

I hereby certify that on October 13, 2005, I have mailed by Federal Express the aforesaid Notice of Service and Filing to the following non-registered participants:

**FEDERAL EXPRESS:**
Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

**FEDERAL EXPRESS:**
Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7000

RLF1-2933598-1