EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CIBA SPECIALTY CHEMICALS       )
CORPORATION,                   )
                                 )
           Plaintiff,         )
                                 )
      v.                   )     C.A. No. 04-293 (KAJ)
                                 )
HERCULES, INC. and           )
CYTEC INDUSTRIES, INC.,    )
                                 )
          Defendants.     )

## NOTICE OF DEPOSITION OF SHIRLEY CHEN

Please take notice that pursuant to Rule 26 and 30 of the Federal Rules of Civil

Procedure, Plaintiff Ciba Specialty Chemical Corporation ("Ciba") will take the deposition of

Shirley Chen commencing at 9:00 a.m. on October 27, 2005, at the offices of Richards, Layton

& Finger, One Rodney Square, 920 N. King St., Wilmington, Delaware, or at another time and

place to be agreed upon by counsel. The deposition shall proceed for two hours and be recorded

by stenographic and/or videotape means.

You are invited to attend the deposition and to cross-examine the witness(es).

Respectfully submitted,

Dated: ___10-12-05___                 _____
                                      Frederick L. Cottrell III (#2555)
                                      Jeffrey L. Moyer (# 3309)
                                      Chad M. Shandler (#3796)
                                      Richards, Layton & Finger, P.A.
                                      P.O. Box 551
                                      One Rodney Square
                                      Wilmington, Delaware 19899-0551

                                      Gordon R. Coons
                                      Eley O. Thompson
                                      Gregory C. Bays
                                      Thomas K. McBride, Jr.
                                      LEYDIG, VOIT & MAYER, LTD.
                                      Two Prudential Plaza, Suite 4900
                                      Chicago, Illinois 60601

                                      Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 12, 2005, I caused copies of Plaintiff Ciba Specialty Chemicals Corporation's Notice of Deposition of Shirley Chen to be served on the following attorneys of record at the address and in the manner indicated:

**VIA FACSIMILE AND FEDERAL EXPRESS:**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
POTTER ANDERSON & CORROON, LLP
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

Ford F. Farabow, Jr.
Joann M. Neth
A. Neal Seth
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001-4413

Thomas L. Creel, P.C.
GOODWIN PROCTOR LLP
599 Lexington Avenue
New York, NY 10022