## IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HERCULES INCORPORATED and )<br>CYTEC INDUSTRIES, INC., )<br>)<br>Defendants. ) | C. A. No. 04-293 (KAJ) |

### NOTICE OF SERVICE

The undersigned, counsel for Defendant Hercules, Inc., hereby certifies that copies of Hercules' Objections to Plaintiff Ciba Specialty Chemicals Corporation's Notice of Deposition of Daniel Michalopoulos; Hercules' Objections to Plaintiff Ciba Specialty Chemicals Corporation's Second Notice of Deposition of John Harrington; and Hercules' Objections to Plaintiff Ciba Specialty Chemicals Corporation's Second Notice of Deposition of Richard Brady were caused to be served on October 13, 2005 on the attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Gordon R. Coons | Thomas L. Creel, P.C. |
| Eley O. Thompson | Marta E. Gross |
| Gregory C. Bays | Goodwin Procter LLP |
| Leydig, Voit & Mayer, Ltd. | 599 Lexington Avenue |
| Two Prudential Plaza, Suite 4900 | New York, NY  10022 |
| Chicago, IL  60601-6780 | |

                                                                POTTER ANDERSON & CORROON LLP

OF COUNSEL:

| | |
|---|---|
| Ford F. Farabow, Jr. | By:  */s/ David E. Moore* |
| Joann M. Neth | Richard L. Horwitz (#2246) |
| Eric J. Fues | David E. Moore (#3983) |
| A. Neal Seth | Hercules Plaza, 6th Floor |
| FINNEGAN, HENDERSON, FARABOW,  | 1313 N. Market Street |
|    GARRETT & DUNNER, L.L.P. | P.O. Box 951 |
| 901 New York Avenue, NW | Wilmington, DE  19899-0951 |
| Washington, DC  20001-4413 | Tel:  (302) 984-6000 |
| (202) 408-4000 | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |

Dated:  October 13, 2005            *Attorneys for Defendant*
703336 / 28118                              *Hercules Incorporated*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on October 13, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

I hereby certify that on October 13, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Gordon R. Coons | Thomas L. Creel, P.C. |
| Eley O. Thompson | Goodwin Procter LLP |
| Gregory C. Bays | 599 Lexington Avenue |
| Leydig, Voit & Mayer, Ltd. | New York, NY 10022 |
| Two Prudential Plaza, Suite 4900 | |
| Chicago, IL 60601-6780 | |

*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672306