IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HERCULES INCORPORATED and CYTEC )<br>INDUSTRIES, INC, )<br>)<br>Defendants. ) | C. A. No. 04-293 (KAJ) |

**REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE PURSUANT TO THE HAGUE CONVENTION OF 18 MARCH 1970 ON TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

1.  Sender  
    Office of the Clerk  
    United States District Court for  
      the District of Delaware  
    844 N. King Street  
    Wilmington, DE  19801

2.  Central Authority of  
    Requested State  
    Senior Master  
    High Court of Justice  
    Queen's Bench Division  
    Royal Courts of Justice  
    Strand, London WC2A 2LL

3.  Person to whom the  
    executed request is to be  
    returned  
    Office of the Clerk  
    United States District Court for  
      the District of Delaware  
    844 N. King Street  
    Wilmington, DE  19801

4.  In conformity with Article 3 of the Convention, the undersigned applicant has the honor to submit the following request:

    Requesting judicial  
    authority  
    Office of the Clerk  
    United States District Court for  
      the District of Delaware

|   |   |   |
|---|---|---|
|   |   | 844 N. King Street<br>Wilmington, DE 19801 |
|   | To the competent<br>authority of: | Senior Master<br>High Court of Justice<br>Queen's Bench Division<br>Royal Courts of Justice<br>Strand, London WC2A 2LL |
| 5. | Names and addresses of the parties and their representatives: |   |
|   | a. Plaintiff: | Ciba Specialty Chemicals Corporation |

**Representative:**

Gordon R. Coons, Esq.
Eley O. Thompson, Esq.
Gregory C. Bays, Esq.
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

Chad M. Shandler, Esq.
Steven J. Fineman, Esq.
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899

b. Defendant:    Hercules Incorporated

**Representative:**

Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
Eric J. Fues, Esq.
A. Neal Seth, Esq.
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, D.C. 20001-4413

Richard L. Horwitz, Esq.
David E. Moore, Esq.

         POTTER, ANDERSON & CORROON, LLP
         Hercules Plaza - Sixth Floor
         1313 North Market Street
         Wilmington, Delaware 19801

  c. Defendant:    Cytec Industries

         **Representative:**

         Thomas L. Creel, P.C.
         Marta E. Gross, Esq.
         GOODWIN PROCTOR LLP
         599 Lexington Avenue
         New York, NY 10022

         Richard L. Horwitz, Esq.
         David E. Moore, Esq.
         POTTER, ANDERSON & CORROON, LLP
         Hercules Plaza - Sixth Floor
         1313 North Market Street
         Wilmington, Delaware 19801
         (302) 984-6000

6. Nature and purpose of the proceedings and summary of the facts:

   This is a civil lawsuit proceeding in the United States District Court for the District of Delaware. Plaintiff, Ciba Specialty Chemicals Corporation ("Ciba"), is a New York Corporation with its principal place of business at 540 White Plains Road, Tarrytown, New York. Defendant, Hercules Incorporated ("Hercules"), is a Delaware corporation having its principal place of business at 1313 North Market Street, Wilmington, Delaware 19894. Defendant, Cytec Industries, Incorporated ("Cytec"), is a Delaware corporation having its principal place of business at 5 Garret Mountain Plaza, West Paterson, New Jersey 07424.

   The lawsuit stems from a dispute over alleged infringement of United States Patent Nos. 5,167,766 ("the '766 patent") and 5,171,808 ("the '808 patent") assigned to Ciba. The patents-in-suit discuss and claim compositions that act as water drainage and retention aids (the '808 patent), and methods for making paper comprising those compositions (the '766 patent).

   Ciba filed this lawsuit on May 7, 2004, accusing Hercules and Cytec of infringing the patents-in-suit. The allegations in Ciba's complaint were based on Hercules developing and distributing the product accused of infringement, PerForm® SP9232, and Cytec toll manufacturing that product for Hercules.

   The parties have engaged in substantive discovery for over a year, including numerous depositions and written interrogatories, as well as extensive document discovery. The discovery

phase of this lawsuit is scheduled to conclude on October 31, 2005. In the course of that discovery, Ciba has produced documents concerning the testing of PerForm® SP9232 by a United Kingdom company, Ciba Specialty Chemicals Water Treatments Ltd. ("Water Treatments"). Water Treatments has issued a number of technical reports regarding this pre-suit testing, and Ciba has relied on that information for its infringement contentions. Ciba has produced information from Water Treatments, namely information from its Physical Measurements Laboratory, and two deposition witnesses, namely Jackie Casagranda and Malcolm Hawe. Hercules believes that Water Treatments is likely to have additional documents in its possession regarding the testing of PerForm® SP9232 prior to May 7, 2004, including documents identified during the depositions of the above-mentioned Water Treatments witnesses. Hercules seeks disclosure from Water Treatments of documents related to PerForm® SP9232 and its testing of it prior to May 7, 2004, for use in preparing Hercules' defenses.

Additionally, Hercules requests information from Water Treatments relating to Hercules' invalidity and unenforceability defenses in this case. These defenses relate to two prior art patents, namely U.S. Patent No. 4,720,346 to Flesher et al. ("the Flesher '346 patent") and U.S. Patent No. 4,528,321 to Allen et al. ("the Allen '321 patent"), along with their counterparts. The technology described in each of these patents was developed by Allied Colloids Ltd. in Bradford, England. Water Treatments is the successor in interest to Allied Colloids Ltd. Thus, Hercules believes that Water Treatments is likely to have documents in its possession, such as correspondence, notebooks, research reports, data sets, and/or data compilations, relating to the technology disclosed or claimed in the Flesher '346 patent and the Allen '321 patent, or their counterparts EP 0,202,780 B and EP 0,126,528 B, respectively.

Furthermore, Allied Colloids Ltd. participated in both an opposition proceeding involving EP 0,202,780 B, the European counterpart to the '346 Flesher patent, and a United Kingdom infringement litigation involving EP 0,202,780 B. Hercules believes that Allied Colloids Ltd. is likely to have provided discovery during the UK litigation of documents regarding the research and developmental work relating to the technology disclosed or claimed in EP 0,202,780 B. Indeed, in the transcript of a judgment of Mr. Justice Aldous in the UK litigation, dated January 20, 1995, there is a reference to such discovery having been given by Allied Colloids Ltd. in November 1993 and December 1994. Furthermore, in the transcript of that judgment there is also a reference to two prior uses of Allied Colloids Ltd.'s material, Zetag 75FS and Zetag 67. Hercules seeks such discovery for use in preparing its defenses.

In the same judgment referred to above, there is also a reference to the evidence for the trial having been exchanged by the parties on December 14, 1994. This evidence and the skeleton arguments exchanged shortly before the trial are likely to have contained statements regarding the scope of EP 0,202,780 B. Hercules seeks discovery of this evidence and the skeleton arguments for use in preparing its defenses.

Hercules believes that Allied Colloids Ltd. was represented by the firm of solicitors Rouse & Co. (now known as Willoughby & Partners) for at least part of the UK litigation. At a hearing in March 1995, however, a different firm of solicitors, Maycock's, represented Allied Colloids Ltd. on an application made by the defendants to the UK litigation relating to the use of certain documents in the corresponding U.S. action. From the transcript of a judgment of Mr.

4

Justice Adlous, made on March 3, 1993 in the UK litigation, it appears that Allied Colloids Ltd. retained Gill, Jennings & Every to assist them with the UK litigation. To the extent that Water Treatments does not itself possess the documents relating to the UK litigation, Hercules believes that the firms listed above are likely to possess such documents.

Lastly, Hercules believes that Water Treatments may have documents in its possession relating to depositions of the named inventors of the Flesher '346 patent and the Allen '321 patent--namely, Peter Flesher, David Farrar, John Field, and Adrian Allen. Hercules understands from the U.S. court docket that Messrs. Flesher, Farrar, Field, and Allen were all deposed during the United States proceeding of *Allied Colloids Inc. and Allied Colloids Ltd. v. American Cyanamid Co.*, No. 92-CV-1658 (E.D.Va.) involving the Flesher '346 patent and one other patent. Since these individuals were all employed by Allied Colloids Ltd. at the time of the U.S. lawsuit, Hercules believes that Water Treatments, as successors in interest to Allied Colloids, is likely to have these documents.

Hercules believes that the documents it will receive from Water Treatments will be important to the preparation of its defenses at trial.

| | | |
|---|---|---|
| 7. | Evidence to be obtained or other judicial act to be performed: | It is requested that a judicial authority of The United Kingdom require Ciba Specialty Chemicals Water Treatments Ltd. to produce documents identified in section 10, below. |
| 8. | Identity and address of any person to be examined: | None |
| 9. | Statement of the subject matter about which she is to be examined: | None |
| 10. | Documents or other property to be inspected: | Please see attached list. |
| 11. | Any requirement that the evidence be given on oath or affirmation and any specific form to be used: | None |

12. Special methods or procedures to be followed:

    The documents can be collected from Ciba Specialty Chemicals Water Treatments Ltd. at its offices located at Low Moor, Bradford, United Kingdom. Any documents controlled by Ciba Specialty Chemicals Water Treatments Ltd., but in the possession of Willoughby & Partners (formerly Rouse & Co.), Maycock's, or Gill, Jennings & Every, can be collected at each firm's offices in London, England.

5

| | | |
|---|---|---|
| 13. | Request for notification of the time and place for the execution of the Request and identity and address of any person to be notified: | None |
| 14. | Request for attendance or participation of judicial personnel of the requesting authority at the execution of the Letter of Request: | None |
| 15. | Specification of privilege or duty to refuse to give evidence under the law of the State of origin: | Ciba Specialty Chemicals Water Treatments Ltd. may refuse to produce documents that would disclose a confidential communication between it and its attorney(s). |
| 16. | The fees and costs incurred which are reimbursable under the second paragraph of Article 14 or under Article 26 of the Convention will be borne by: | Hercules Incorporated<br>Ford F. Farabow, Jr., Esq.<br>Joann M. Neth, Esq.<br>Eric J. Fues, Esq.<br>A. Neal Seth, Esq.<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, NW<br>Washington, D.C. 20001-4413<br>Telephone: (202) 408-4000 |
| 17. | Date of Request | October 11, 2005 |
| 18. | Signature and seal of the requesting authority: | _____<br>United States District Judge |

Attachment: Statement of subject matter to be produced.

Statement of Documents to be Produced by
<u>Ciba Specialty Chemicals Water Treatments Ltd.</u>

### I. Documents Identified during Depositions:

1. Signed, final copies of the "Internal Technical Reports" relating to PerForm® SP9232,

2. The electronically stored data or images from ultrafiltration tests relating to PerForm® SP9232,

3. The written experimental protocols for filtration studies at Water Treatments, that were used in any test or analysis of PerForm® SP9232,

4. The email correspondence, handwritten notes, or office records concerning Water Treatments' testing of PerForm® SP9232

5. Copies of the deposition transcript in the United States proceeding of *Allied Colloids Inc. and Allied Colloids Ltd. v. American Cyanamid Co.*, No. 92-CV-1658 (E.D.Va.) involving United States Patent Nos. 4,720,346 and 4,943,378, along with the accompanying exhibits,

### II. Documents Concerning Testing of PerForm® SP9232

6. Any documents containing test results, data, or experimental protocol from any testing or analysis of PerForm® SP9232,

7. Any Ciba or Water Treatments communications, correspondence, or email, relating to any test or analysis of PerForm® SP9232 prior to May 7, 2004.

### III. Documents Relating to Prior Litigation or Opposition Proceedings

8. The evidence exchanged on December 14, 1994 and the skeleton arguments exchanged before trial in the UK infringement litigation between Allied Colloids Ltd., American Cyanamid Company, and Cyanamid of Great Britain Ltd., involving United Kingdom Patent No. EP 0,202,780 B.

9. Copies of the deposition transcripts provided by Peter Flesher, David Farrar, John Field, and Adrian Allen in the United States proceeding of *Allied Colloids Inc. and Allied Colloids Ltd. v. American Cyanamid Co.*, No. 92-CV-1658 (E.D.Va.), along with the accompanying exhibits.

10. The discovery given by Allied Colloids Ltd. in the UK infringement litigation between Allied Colloids Ltd., American Cyanamid Company, and Cyanamid of Great Britain Ltd., involving United Kingdom Patent No. EP 0,202,780 B, or the corresponding U.S. action, relating to research and development of the technology disclosed in U.S. Patent Nos. 4,720,346 and 4,528,321, and their counterparts EP 0,202,780 B and EP 0,126,528 B, respectively, and the prior uses pleaded against the patent-in-suit, EP 0, 202, 780 B in the UK infringement litigation.