IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HERCULES INCORPORATED and )<br>CYTEC INDUSTRIES, INC, )<br>)<br>Defendants. ) | C. A. No. 04-293 (KAJ) |

**NOTICE OF SUBPOENA AD TESTIFICANDUM & DUCES TECUM**

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure and the attached subpoena and accompanying schedule, which have been or will be served, Defendants will take the deposition upon oral examination of Frank M. Van Riet on October 25, 2005, commencing at 9:00 a.m. at Goodwin Proctor LLP, 599 Lexington Avenue, New York, NY 10022. The deposition will be recorded by videotape and by stenographic means and shall continue from day to day until completed. You are invited to attend and cross-examine.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 34 and 45 of the Federal Rules of Civil Procedure and the attached subpoena and accompanying schedule, which have been or will be served, Frank M. Van Riet also has been commanded to produce documents for copying or inspection on October 25, 2005, at the Goodwin Proctor LLP, 599 Lexington Avenue, New York, NY 10022.

|  |  |
|---|---|
| OF COUNSEL:<br><br>Ford F. Farabow, Jr.<br>Joann M. Neth<br>Eric J. Fues<br>A. Neal Seth<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>(202) 408-4000<br><br><br>Dated: October 18, 2005<br>703766 / 28118 | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore*<br>  Richard L. Horwitz (#2246)<br>  David E. Moore (#3983)<br>  Hercules Plaza, 6th Floor<br>  1313 N. Market Street<br>  P.O. Box 951<br>  Wilmington, DE 19899-0951<br>  Tel: (302) 984-6000<br>  rhorwitz@potteranderson.com<br>  dmoore@potteranderson.com<br><br>*Attorneys for Defendant*<br>*Hercules Incorporated* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on October 18, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

I hereby certify that on October 18, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

Thomas L. Creel, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672306