# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | C.A. No. 04-293 (KAJ) |
| HERCULES, INC. and CYTEC INDUSTRIES, INC., | ) ) ) ) | |
| Defendants. | ) | |

### NOTICE OF SUBPOENA AD TESTIFICANDUM & DUCES TECUM

PLEASE TAKE NOTICE that, pursuant to Rules 30 and 45 of the Federal Rules of Civil Procedure and the attached subpoena and accompanying schedule, which have been or will be served, Plaintiff will take the deposition upon oral examination of Lev Bromberg on October 31, 2005, commencing at 9:00 a.m. at the Hyatt Regency, 575 Memorial Drive, Cambridge, MA 02139. The deposition will be recorded by videotape and by stenographic means and shall proceed for approximately one full day. You are invited to attend and cross-examine.

PLEASE TAKE FURTHER NOTICE that, pursuant to Rules 34 and 45 of the Federal Rules of Civil Procedure and the attached subpoena and accompanying schedule, which have been or will be served, Lev Bromberg also has been commanded to produce documents for copying or inspection on October 31, 2005, at the Hyatt Regency, 575 Memorial Drive, Cambridge, MA 02139.

Respectfully submitted,

Dated: 10-24-05

Frederick L. Cottrell III (#2555)
Jeffrey L. Moyer (# 3309)
Chad M. Shandler (#3796)
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, Delaware 19899-0551

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Thomas K. McBride, Jr.
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601

Attorneys for Plaintiff

# EXHIBIT A

AO 88 (Rev. 11/94) Subpoena in a Civil Case

# Issued by the
# United States District Court

District of Massachusetts

CIBA Specialty Chemicals Corporation.

Plaintiff,

v.

Hercules, Inc. and Cytec Industries, Inc.,

Defendants.

**SUBPOENA IN A CIVIL CASE**

CASE NUMBER: 04-293 (KAJ) (Dist. Delaware)

TO: Lev Bromberg
Research Scientist
Massachusetts Institute of Technology
77 Massachusetts Avenue
Cambridge, Massachusetts 02139

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY: | COURTROOM: |
| --- | --- |
|  | DATE AND TIME: |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION: Hyatt Regency<br>575 Memorial Drive<br>Cambridge, Massachusetts 02139<br>617-492-1234 | DATE AND TIME:<br>October 31, 2005<br>Beginning at 9:00 a.m. |
| --- | --- |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): (SEE ATTACHMENT A)

| PLACE: SAME AS YOUR DEPOSITION | DATE AND TIME: SAME AS YOUR DEPOSITION |
| --- | --- |

☐ YOU ARE COMMANDED to produce and permit inspection of the following premises at the date and time specified below.

| PLACE: | DATE AND TIME |
| --- | --- |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify, Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br><br>Eley O. Thompson, Esq., Attorney for Plaintiff<br>Phone: 312-616-5600 | DATE:<br>October 24, 2005 |
| --- | --- |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER

Eley O. Thompson, Esq., LEYDIG, VOIT & MAYER, LTD., Two Prudential Plaza, 180 North Stetson, Suite 4900, Chicago, Illinois 60601. Phone: (312) 616-5600

(See Rule 45, Federal Rules of Civil Procedure Parts C & D on Reverse)

AO 88 (Rev. 11/94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____
DATE

_____
SIGNATURE OF SERVER

_____
ADDRESS OF SERVER

Rule 45, Federal Rules of Civil Procedure, Parts C & D

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and a reasonable attorney's fee.

(2)(A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing, or trial.

(2)(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of the subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy the materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3)(A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden.

(3)(B) If a subpoena
(i) requires disclosure of a trade secret or other confidential research, development, or commercial information or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash, or modify the subpoena or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

Attachment A
(Schedule of Documents to Be Produced)

1. All documents relating to activities at Hercules or Cytec involving reactions of acrylic acid or acrylamide with any surfactant (e.g., surfactants including PEO or PPO segments).

2. All documents relating to or involving Bob Gelman, Brian Walchuk, John Harrington or Rick Brady.

3. All documents relating to the reactivity of acrylic acid or acrylamide with Hypermer B246SF or any other triblock (e.g., ABA) surfactant with a PEO center B-block.

For the purposes of these document requests:

"Hercules" refers to Hercules, Inc., its parent or subsidiary corporations, any predecessor companies, its officers, directors or managing agents, its employees (including Bob Gelman, Brian Walchuk, John Harrington or Rick Brady), and anyone else associated with the company.

"Cytec" refers to Cytec Industries, Inc., its parent or subsidiary corporations, any predecessor companies, its officers, directors or managing agents, its employees, and anyone else associated with the company.

"documents" refers to any form information may be maintained, including by way of example, electronic information.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 24, 2005, I caused copies of Plaintiff Ciba Specialty Chemicals Corporation's Notice of Subpoena Ad Testificandum & Duces Tecum to be served on the following attorneys of record at the address and in the manner indicated:

### VIA FACSIMILE AND FEDERAL EXPRESS:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
POTTER ANDERSON & CORROON, LLP
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

Ford F. Farabow, Jr.
Joann M. Neth
A. Neal Seth
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

Thomas L. Creel, P.C.
GOODWIN PROCTOR LLP
599 Lexington Avenue
New York, NY 10022