IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No.: 04-293 (KAJ) ) ) JURY TRIAL DEMANDED |
| HERCULES INC. AND CYTEC INDUSTRIES, INC., | ) ) ) |
| Defendants. | ) REDACTED - PUBLIC VERSION ) |

SUPPLEMENTAL EXPERT REPORT OF
CLARENCE A. KING, Ph.D.

This report responds to the rebuttal and supplemental reports of Charles P. Klass and completes and clarifies statements made in my prior reports that Mr. Klass has questioned. As with my initial expert report, and my rebuttal report, I specifically reserve the right to form and submit additional opinions regarding any additional information or discovery that is subsequently generated or produced. I refer in my report to various documents and specifics. I have not, however, set forth every relevant fact or document about which I am aware, and reserve the right to supplement, if required. Likewise, I reserve the right to supplement my report to clarify possible ambiguities or to opine further based upon future court rulings, agreements between the parties, or any further testimony by either party, either by deposition, at any hearing, or at trial.

I. SUMMARY

REDACTED

REDACTED

2.   In connection with reaching my opinions which are set forth herein, I have reviewed the various patents involved here and will set forth my understanding as to what these patents disclose and claim. In view of my experience over the years, my opinions reflect my view as to how these patents would have been interpreted and/or understood by people working in these fields and, in particular, by one of ordinary skill in the art at the time the '766 patent was filed, i.e. June 1990.

II.   PERFORM® SP9232 IS A MICROBEAD OR MICROPARTICLE

REDACTED

III. HERCULES' PERFORM® SP9232 VERSUS CIBA'S POLYFLEX

REDACTED

IV. THE FLESHER '346 PATENT

REDACTED

The Flesher '346 patent never mentions either silica or bentonite, despite their being well-known for use in papermaking REDACTED REDACTED Moreover, as I stated in paragraph 14 of my rebuttal report, the Flesher '346 patent does not include any Examples that show use in papermaking. Also, and more importantly to one of ordinary skill in the art in 1990, the Flesher '346 patent does not include any data illustrating the effect that the use of the Flesher '346 polymers would have on

retention and drainage. Therefore, without data, one of ordinary skill in the art in 1990, would not see any advantages or value in using the Flesher '346 polymers as replacements for either silica or bentonite.

REDACTED

It is my opinion, as outlined in this and my previous reports, that properly viewing these dependent claims as one of ordinary skill in the art in 1990, these claims are not completely described in the Flesher '346 patent.

Date: 10/14/05            _____
                          Clarence A. King, Ph.D.

# EXHIBITS A - G
# REDACTED

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2005, I caused copies of **SUPPLEMENTAL EXPERT REPORT OF PROFESSOR ROBERT G. GILBERT, PHD; SUPPLEMENTAL REPORT OF PROFESSOR NORMAN J. WAGNER, PHD; SUPPLEMENTAL EXPERT REPORT OF CLARENCE A. KING, PHD,** to be served on the following attorneys of record at the address and in the manner indicated:

**FEDERAL EXPRESS:**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
POTTER ANDERSON & CORROON, LLP
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899

Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001-4413

Thomas L. Creel, P.C.
Marta E. Gross, Esq.
GOODWIN PROCTOR LLP
599 Lexington Avenue
New York, NY 10022

_____
Thomas K. McBride Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2005, I hand delivered the foregoing to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**HAND DELIVERY:**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899

I hereby certify that on October 25, 2005, I have mailed by Federal Express the aforesaid Notice of Service and Filing to the following non-registered participants:

**FEDERAL EXPRESS:**
Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

**FEDERAL EXPRESS:**
Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

_____
Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7000