IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 04-293 (KAJ) |
| v. | ) ) ) | |
| HERCULES, INC. and CYTEC INDUSTRIES, INC., | ) ) ) ) ) | **REDACTED - PUBLIC VERSION** |
| Defendants. | ) | |

SUPPLEMENTAL REPORT OF
NORMAN J. WAGNER, Ph.D.

I, Norman J. Wagner, filed an initial expert report on July 22, 2005 in which I reserved the right to supplement my report to respond to the expert reports offered on behalf of defendants and upon further information which I have received. This report is in response to the rebuttal expert report of Robert K. Prud'homme signed August 19, 2005, and supplemented on September 19, 2005.

**Ciba's PerForm® SP9232 Testing**

**REDACTED**

**CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

REDACTED

That article concerns polymers with hydrophobic portions considered to be nonergodic, that is, the chains exchange out of the hydrophobic cluster over very long time scales.

REDACTED

4. Also, a shear thickening effect is not a signature unique to hydrophobically associated polymers. Crosslinked polymers can also exhibit such an effect. Indeed, in the

**CONFIDENTIAL**
**SUBJECT TO PROTECTIVE ORDER**

hydrophobically modified polymers of which I am aware, this shear thickening effect is typically followed by a catastrophic dramatic drop in the viscosity upon further increase in the shear rate. For example, see article by Ma, S.X. and Cooper, S.L., Macromolecules, **35** 2024-2029 (2001).

**REDACTED**

are more indicative of the particulate nature of the material. I am aware of many examples where such effects are seen with particulate materials. For example, see a highly cited review of this effect by Barnes, Journal of Rheology, **33** (2): 329-366 (1989). (Ex. F)

**REDACTED**

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

REDACTED

Hercules' Testing of PerForm® SP9232

REDACTED

CONFIDENTIAL
SUBJECT TO PROTECTIVE ORDER

REDACTED

Dated: 10-14-05

_____
Norman J. Wagner, Ph.D.

- 5 -

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2005, I hand delivered the foregoing to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**HAND DELIVERY:**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899

I hereby certify that on October 25, 2005, I have mailed by Federal Express the aforesaid Notice of Service and Filing to the following non-registered participants:

**FEDERAL EXPRESS:**
Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

**FEDERAL EXPRESS:**
Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

_____
Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7000

RLF1-2933607-1