# EXHIBIT A
# REDACTED

# EXHIBIT B

# REDACTED

# EXHIBIT C
# REDACTED

# EXHIBIT D

**2024**                          *Macromolecules* **2002**, *35*, 2024–2029

# Effect of Polydispersity on Viscoelasticity and Shear Thickening in Aqueous Solutions of Hydrocarbon End-Capped Poly(ethylene oxide)

**Sharon X. Ma[†] and Stuart L. Cooper*,[‡]**

*Department of Chemical Engineering, University of Delaware, Newark, Delaware 19716*

*Received March 5, 2001; Revised Manuscript Received December 26, 2001*

ABSTRACT: The linear viscoelastic and shear thickening behavior in aqueous solutions of model hydrophobically end-capped poly(ethylene oxide) were examined. Comparisons are made between monodisperse samples, unimodal polydisperse samples, and bimodal polydisperse samples. While the linear viscoelastic behavior is qualitatively similar for both polydisperse and monodisperse systems, the steady shear response displayed a marked dependence on the type of polydispersity, especially in the shear thickening behavior. No significant shear thickening was observed in unimodal polydisperse samples, and one possible explanation for this lack of significant shear thickening could be due to a lack of cooperative non-Gaussian chain stretching.[1] Samples with bimodal molecular weight distribution exhibit similar shear thickening behavior as monodisperse samples. Furthermore, the characteristics of shear thickening of the bimodal system were found to be the same as in the monodisperse polymer with the lower molecular weight (10K), instead of that of the monodisperse polymer with the same average molecular weight (20K). The mechanism of shear thickening is due to the non-Gaussian chain stretching of the shorter polymer chain.

## Introduction

Hydrophobically end-capped poly(ethylene oxide) (PEO) belongs to a wider class of polymeric materials—associating polymers. Associating polymers are polymers that contain small amounts of functional groups that are capable of forming multiplets in a selective solvent. These materials are industrially important since they can be tailored to exhibit specific rheological properties and have found wide applications in coatings, paper manufacture, oil production and transportation, water treatments, and thickeners for food and health care products. Hydrophobically end-capped PEO is an ideal system for fundamental studies of associating polymers due to the simplicity of its structure and known position of associating groups (i.e., at both ends of the polymer chain). The presence of the hydrophobic end groups gives rise to unusual rheological behavior such as enhanced zero-shear viscosity and more elastic behavior. Numerous studies have established that the unusual rheological behavior of associating polymers originates from the formation of a physically cross-linked network.[2-12] Shear-thickening behavior has also been reported in associating polymer solutions, including ionomers in nonpolar solvents[13-20] and hydrophobically end-capped PEO in aqueous solutions and similar systems.[2,21-28]

In a separate study, we have reported on a systematic study of shear thickening behavior of hydrocarbon end-capped PEO in aqueous solutions.[29] The effects of polymer concentration, temperature, association strength, and polymer chain length on shear thickening were investigated. It was found that aqueous solutions of hydrophobically end-capped PEO with higher molecular weight (35 000) show only shear thinning behavior whereas solutions of PEO with lower molecular weights

[†] Present address: Department of Chemistry, University of California—Irvine, Irvine, CA 92697.
[‡] Present address: North Carolina State University, Campus Box 7101/109 Holladay Hall, Raleigh, NC 27695-7101.

$$R-NHCOO-\left(CH_2CH_2O\right)_{n-1}CH_2CH_2O-CONH-R$$

where n = 227, 455, or 795
R = C₁₂H₂₅, C₁₆H₃₃, or C₁₈H₃₇

where $n = 227, 455$, or $795$
$R = C_{12}H_{25}, C_{16}H_{33}$, or $C_{18}H_{37}$

**Figure 1.** Chemical structure of model systems (hydrocarbon end-capped PEO).

(10 000 and 20 000) show mild shear thickening over a range of concentrations. The magnitude of shear thickening was found to increase with association strength and to decrease with temperature. The critical shear rate (shear rate at which shear thickening occurs) shifted to lower shear rate as the association strength or concentration increased or as temperature decreased. The scaling factors of the magnitude of shear thickening and the critical shear rate and the shear stress have been interpreted in terms of the free path model proposed by Marrucci et al.,[1] which suggests that shear thickening is due to non-Gaussian chain stretching and fast recapture of dissociated end groups. In this paper, we continue our study by examining the effect of polydispersity on the rheological properties of associating polymer solutions, especially shear thickening behavior.

## Experimental Section

**Materials.** The detailed description of synthesis of the model systems is reported elsewhere.[29] The structure of materials is shown in Figure 1. The materials used in this study are summarized in Table 1.

**Sample Preparation.** Solutions at different concentration levels were prepared by directly dissolving a known amount of polymer into deionized distilled $H_2O$ (Nanopure, resistance above 17 $\Omega \cdot cm$). Each solution was gently stirred until the solution was homogeneous. When the viscosity of solution was too high to be efficiently stirred, it was gently rotated for 2 or 3 days, depending on the viscosity.

**Rheological Measurement.** The rheological properties of the polymer solutions were measured using a Bohlin VOR strain-controlled rheometer with a Couette geometry (C14, 14

10.1021/ma010390p CCC: $22.00    © 2002 American Chemical Society
Published on Web 02/16/2002

*Macromolecules, Vol. 35, No. 6, 2002*

**Table 1. Molecular Weight and Polydispersity of Polymers Used in This Study**

| designation | $M_n$ | polydispersity | hydrophobe per chain |
|---|---|---|---|
| PEO(35K,m)-C18 | 35 000 | 1.15 | 2 |
| PEO(20K,m)-C18 | 20 000 | 1.03 | 2 |
| PEO(10K,m)-C18 | 10 000 | 1.02 | 2 |
| PEO(20K,p)-C18 | 20 000[a] | 1.50 | 2 |
| PEO(20K,b)-C18 | 20 000[b] | 1.38 | 2 |
| PEO(14K,b)-C18 | 14 000[c] | 1.43 | 2 |

[a] The molecular weight distribution is a typical Gaussian distribution. [b] The polymer was made from 40% (mole fraction) of PEO(35K,m)-C18 and 60% (mole fraction) of PEO(10K,m)-C18. The number- and weight-average molecular weight are then calculated by $\bar{M}_n = \sum x_i M_i$ and $\bar{M}_w = \sum w_i M_i = \sum (x_i M_i / \sum x_i M_i) M_i$. [c] The polymer was made from 16% (mole fraction) of PEO(35K,m)-C18 and 84% (mole fraction) of PEO(10K,m)-C18. The weight-average molecular weight is 20 000.

mm o.d. with a gap of 1 mm) or cone and plate (CP5/30, 3 cm, 5° cone) at temperatures ranging from 5 to 40 °C. Both steady-shear and oscillatory tests were conducted on each sample at each temperature. A standard procedure was used for all rheological measurements. After loading, the sample was sheared for 2 min at 1 s⁻¹, followed by 15 min of rest. This ensures that all samples are in equilibrium structure if there is any nonequilibrium structure introduced during sample loading. A strain sweep experiment was performed prior to each oscillatory experiment to determine the linear viscoelasticity regime. For the steady shear experiment, an equilibration time of 90 s was given at each shear rate to allow the system to reach steady state.

## Results and Discussion

**Broad Molecular Weight Distribution.** *Linear Viscoelastic Behavior.* The dynamic experiments probe the equilibrium structure and relaxation spectrum of the material. It has been observed that despite the complexity of shear behavior, the viscoelastic behavior of telechelic associating polymers is quite simple, even for polymers with broad molecular weight distribution.[2,21] The Maxwell model with a single relaxation time usually is sufficient to describe the viscoelastic data.

$$G'(\omega) = G_\infty \left( \frac{\omega^2 \tau^2}{1 + \omega^2 \tau^2} \right) \quad (1)$$

$$G''(\omega) = G_\infty \left( \frac{\omega \tau}{1 + \omega^2 \tau^2} \right) \quad (2)$$

where $\omega$ is the angular frequency, $G_\infty$ is the plateau modulus, and $\tau$ is the relaxation time.

Figure 2 shows the storage modulus $G'$ and loss modulus $G''$ of octadecyl end-capped PEO (average molecular weight of 20 000) with a unimodal polydispersity of 1.03 and 1.5. Two systems show qualitatively similar behavior: slopes of approximately 2 and 1 were observed for the storage ($G'$) and loss modulus ($G''$) at low frequencies, respectively; $G'$ and $G''$ cross over at higher frequency, indicating the formation of a transient network. The Maxwell model with a single relaxation time is sufficient to describe the experimental data from both samples (shown as solid lines). The simple Maxwellian fluid behavior suggests that in telechelic associating polymer solutions the stress relaxation mechanism is the detachment of an end group from the hydrophobic junction. Plazek and Frund[30] observed a long-time terminal dispersion at lower frequencies (log



**Figure 2.** Dynamic modulus of hydrophobically end-capped PEO(20 000) with polydispersity of 1.03 and 1.5.



**Figure 3.** Typical steady shear viscosity profile of hydrophobically end-capped PEO with polydispersity of 1.5.

$\omega \leq 0.5$) in a similar system. However, the frequency studied here is not low enough to observe the long-time process.

*Shear Thickening Behavior.* An interesting rheological behavior exhibited by hydrophobically end-capped PEO solutions is the so-called shear thickening phenomenon (i.e., viscosity increases with shear rates). Several mechanisms have been proposed to explain shear thickening behavior observed in associating polymer solutions. This includes shear-induced "cross-linking" and shear-induced non-Gaussian chain stretching.

Figure 3 shows steady shear viscosity profiles of aqueous solution of hydrophobically end-capped PEO-(20K) with a unimodal polydispersity of 1.5. Unlike solutions of monodisperse PEO chains, no significant shear thickening is observed in the polydisperse samples. Jenkins[24] and Annable et al.[2] reported shear thickening in similar systems at lower concentrations. The different observation might be due to the differences in the polymer structure. As reported previously,[29] shear thickening is a result of the cooperative effect of non-Gaussian chain stretching. In a unimodal polydisperse sample, the bridges are composed of polymer chains with different molecular weight. At any particular deformation (or shear rate), some bridges (low molecular weight) are highly stretched, while some are still well inside Gaussian region. As shear rate increases, when the chains with high molecular weight are finally stretched into the non-Gaussian region, the chains with low molecular weight have most likely broken free from the junctions. There is no unique shear rate where most of bridges are stretched into the non-Gaussian region to give rise to the shear thickening effect. In the case of a monodisperse sample most of the bridges are stretched

*Macromolecules, Vol. 35, No. 6, 2002*



**Figure 4.** Dynamic modulus of 4 wt % of octadecyl end-capped PEOs with monodisperse and bimodal molecular weight distribution at 20 °C. The solid symbols are $G'$, and open symbols are $G''$.

**Table 2. $G_\infty$ and $\tau$ Determined by the Maxwell Model**

| concn (wt %) | materials | $G_\infty$ (Pa) | $\tau$ (s) |
|---|---|---|---|
| 8 | PEO(20K,m)-C18 | 7.98E+03[a] | 0.090 |
|  | PEO(20K,b)-C18 | 1.49E+03 | 0.035 |
|  | PEO(14K,b)-C18 | 4.33E+03 | 0.028 |
| 6 | PEO(20K,m)-C18 |  |  |
|  | PEO(20K,b)-C18 | 9.72E+02 | 0.029 |
|  | PEO(14K,b)-C18 | 2.61E+03 | 0.024 |
| 4 | PEO(20K,m)-C18 | 2.97E+03 | 0.024 |
|  | PEO(20K,b)-C18 | 4.24E+02 | 0.027 |
|  | PEO(14K,b)-C18 | 9.53E+02 | 0.020 |
| 3 | PEO(20K,m)-C18 | 1.14E+03 | 0.020 |
|  | PEO(0K,b)-C18 | 2.33E+02 | 0.018 |
|  | PEO(14K,b)-C18 | 2.28E+02 | 0.017 |

[a] Read as 7.98 × 10³.



**Figure 5.** Effect of concentration on plateau modulus of octadecyl end-capped PEO with bimodal molecular weight distribution: (a) concentration by weight; (b) concentration molar units.

to a similar extent. When the association strength is high enough to allow non-Gaussian chain stretching, shear thickening occurs.

In summary, hydrophobically end-capped PEO with a broad unimodal molecular weight distribution shows qualitatively similar viscoelastic behavior as monodisperse samples. The Maxwell model with a single relaxation time is sufficient to describe the viscoelastic response. This suggests that a similar network structure was formed in both polydisperse and monodisperse samples. However, the steady shear response of the two systems is quite different. Unlike the monodisperse samples, the polydisperse samples in general show Newtonian behavior at low shear rates and shear thinning behavior at high shear rates. The lack of shear thickening in the unimodal polydisperse samples can be explained by a lack of cooperative non-Gaussian chain stretching. To gain more insight into the mechanism of shear thickening in associating polymer solutions, a study on system with bimodal molecular weight distribution is presented below.

**Bimodal Molecular Weight Distribution.** As shown above, polydispersity has a significant effect on the rheological properties of associating polymer solutions, especially on shear thickening behavior. To further reveal on the mechanism of shear thickening in aqueous solutions of associating polymers with bimodal molecular weight distribution was studied. The system consists of a mixture of octadecyl end-capped monodisperse PEOs with molecular weight of 10 000 and 35 000. Two samples were made: one with a number-average molecular weight of 20 000 and the other one with a weight-average molecular weight of 20 000. The composition and designation of the two samples are listed in Table 1. The rheological experiments were carried out the same way as on the monodisperse samples.

*Linear Viscoelastic Behavior.* Figure 4 shows dynamic modulus of 4 wt % of octadecyl end-capped PEOs with monodisperse and bimodal molecular weight distribution at 20 °C. The bimodal MW distribution samples show qualitatively similar behavior as monodisperse samples. Namely, at low frequencies, $G'$ and $G''$ exhibit terminal behavior, and at high frequencies, $G'$ crosses over $G''$ and approaches a plateau value. Unlike the solutions of mixed polymers with different end groups in Annable et al.'s study,[21] a single-mode Maxwell model (shown in the solid lines) adequately describes the experimental data at all concentrations studied. This

implies that the linear viscoelastic response of these polymer solutions is governed by the dissociation of the end groups from the network junctions. The single polymer chain relaxation is negligible in these systems. Relaxation time ($\tau$) and plateau modulus ($G_\infty$) data are summarized in Table 2.

As concentration increases, both $G'$ and $G''$ increase, and the crossover shifts to lower frequencies as observed in monodisperse and polydisperse samples. The plateau modulus increases with concentration as well (Table 2). More data at higher frequencies are needed to draw any conclusion on the effect of concentration on the length of the plateau region.

The concentration dependence of the plateau modulus is shown in Figure 5. The plateau modulus increases rapidly with concentration in the low concentration regime and tends to level off at higher concentrations, similar to that of monodisperse samples. $G_\infty$ of the two samples with bimodal molecular weight distribution are lower than that of the monodisperse sample at the same

*Macromolecules, Vol. 35, No. 6, 2002*



**Figure 6.** Effect of concentration on relaxation time of octadecyl end-capped PEO with bimodal molecular weight distribution (concentration by mole).



**Figure 7.** Effect of temperature on relaxation time of octadecyl end-capped PEO with bimodal molecular weight distribution (average molecular weight of 20K).



**Figure 8.** Effect of concentration on shear thickening in octadecyl end-capped PEO (20K) with bimodal molecular weight distribution.



**Figure 9.** Effect of temperature on shear thickening in octadecyl end-capped PEO (20K) with bimodal molecular weight distribution.



**Figure 10.** Steady shear viscosity (normalized by zero-shear viscosity) of PEO(14 k,b)-C18 as a function of reduced shear rate at 2, 3, and 4 wt %.

concentration, and the plateau modulus of PEO(14K,b)-C18 is slightly higher than that of PEO(20K,b)-C18 at the same concentration by weight (Figure 5a). However, it should be noted that at the same weight concentration the molar concentration of PEO(14K,b)-C18 is actually higher than that of PEO(20K,b)-C18 due to the difference in molecular weight. When plotted against molar concentration, $G_\infty$ of the two samples falls onto single curve, indicating that similar structures formed in two samples (Figure 5b).

The concentration dependence of the relaxation time is shown in Figure 6. It can be seen that the relaxation time increases with concentration, similar to that of monodisperse samples. The relaxation time of samples with a bimodal MW distribution is smaller than that of monodisperse samples with the same number-average molecular weight (Table 2). Figure 7 shows an Arrhenius type of temperature dependence of relaxation time. This again provides clear evidence that a single process underlies the relaxation kinetics in solutions of associating polymers, as found in monodisperse samples and other studies. The apparent activation energy estimated from the relaxation time is 37, 52, and 53 kJ/mol for 1, 2, and 4 wt % concentrations, respectively. Above 2 wt %, the apparent activation energy remains nearly constant, indicating that the transient network structure has fully developed. The linear viscoelastic data are consistent with the steady shear in that the zero-shear viscosity $\eta_0 = G_\infty \tau$ within 10%.

*Shear Thickening Behavior.* The steady shear response of the octadecyl end-capped PEOs with bimodal MW distribution is qualitatively similar to that of monodisperse samples of the molecular weight of 20 000. The viscosity profile is characterized by an extended Newtonian plateau at low shear rates, followed by shear thickening at moderate shear rates and shear thinning at high shear rates. Even though shear thickening is

absent in the unimodal polydisperse sample, samples with the same average molecular weight (either number or weight average) but with a bimodal distribution clearly exhibit shear thickening. Figures 8 and 9 show the effect of concentration and temperature on shear thickening, respectively. The onset of shear thickening and shear thinning shifts to lower shear rates as concentration increases or temperature decreases, similar to that observed in monodisperse samples.

Figure 10 plots the viscosity of PEO(14K,b)-C18 as a function of reduced shear rate (shear rate times the relaxation time). As observed in monodisperse samples, the critical reduced shear rate in samples with bimodal molecular weight distribution is independent of concentration. (The critical reduced shear rates are around 0.2 for all samples plotted.) This is consistent with the prediction of the free path model where, for systems with the same molecular weight, the critical reduced



**Figure 11.** Steady shear viscosity (normalized by zero-shear viscosity) of 3 wt % of PEO(20K,m)-C18, PEO(20K,b)-C18, and PEO(14K,b)-C18 as a function of reduced shear rate.

shear rate should be roughly the same regardless of concentration.[29]

Figure 11 plots the steady shear viscosity (normalized by zero-shear viscosity) as a function of reduced shear rate ($\dot{\gamma}\tau$). There are two concentration regimes where the shear thickening displays a different signature. Below the overlap concentration (about 2 wt %) the onset of shear thickening occurs at almost the same shear rate for both PEO(14K,b)-C18 and PEO(20K,m)-C18 (cross symbols in Figure 11), while above the overlap concentration, the onset of shear thickening of both PEO(20K,b)-C18 and PEO(14K,b)-C18 occurs at lower shear rates than those of PEO(20K,m)-C18.

Several groups have proposed that shear thickening is due to the shear-induced interchain association at the expense of intrachain association. If shear thickening is a result of such a shear-induced transition, one would expect two samples of the same molecular weight but with different polydispersities to exhibit qualitatively similar shear thickening behavior. The effect of polydispersity would only manifest itself through a broadening effect (i.e., the onset of shear thickening occurs over a wider range of shear rates). This mechanism seems to agree with our experimental results at concentrations below the overlap concentration. The zero-shear viscosity of the PEOs below the overlap concentration is much smaller. The fraction of elastically active chains ($\nu/n$) is extremely small, less than 10%. This implies that below the overlap concentration intramolecular association dominates, and the network has not yet fully developed. In this case, the shear thickening observed may be due to the shear-induced transition from intra- to intermolecular association. However, above the overlap concentration where the network is fully developed, this mechanism can no longer rationalize the shear thickening behavior observed.

The experimental observation at higher concentrations ($\geq 2$ wt %), however, is consistent with the non-Gaussian chain stretching mechanism. The free path model predicts that the critical shear rate (the shear rate at onset of shear thickening) is proportional to $N^{1/2}$ ($N$ is the molecular weight of the polymer).[1] It can be readily seen in Figure 11 that the critical reduced shear rate of PEO(20K,b)-C18 is smaller than that of PEO(20K,m)-C18 but similar to that of PEO(10K,m)-C18. We reported previously that PEO(35K,m)-C18 does not show shear thickening due to the unobtainable large deformation required to stretch the "bridges" into the

non-Gaussian regime to give rise to shear thickening. Therefore, in the PEO(20K,b)-C18 sample, the "bridges" with smaller molecular weight (10K) are stretched when subjected to shear flow. When these "bridges" are stretched into non-Gaussian regime, shear thickening occurs. The deformation required to do so is expected to be similar to that for PEO(10K,m)-C18. Thus, the critical reduced shear rate is similar for the PEO(20K,b)-C18 and PEO(10K,m) samples. Furthermore, the two bimodal molecular weight samples have similar critical reduced shear rate regardless of the difference in average molecular weight. If the shear thickening in samples with bimodal molecular weight distribution results from the non-Gaussian stretching of the shorter polymer chains (molecular weight of 10 000), then the two samples will exhibit similar characteristics of shear thickening despite the macroscopic difference in the average molecular weight.

## Conclusions

The effect of polydispersity on viscoelasticity and shear thickening of hydrophobically end-capped PEO has been studied. Aqueous solutions of hydrophobically end-capped PEO with broad or bimodal molecular weight distribution show qualitatively similar viscoelastic behavior as monodisperse samples. The Maxwell model with a single relaxation time is sufficient to describe the viscoelastic response. This suggests that similar network structures are formed in both polydisperse and monodisperse samples. However, the steady shear response displayed a marked dependence on polydispersity, especially in the shear thickening behavior. Unlike the monodisperse samples, the unimodal polydisperse samples in general show Newtonian behavior at low shear rate and shearing thinning behavior at high shear rates (no shear thickening was observed). The lack of shear thickening in unimodal polydisperse samples can be explained by a lack of cooperative non-Gaussian chain stretching. Samples with bimodal molecular weight distribution, consisting of two monodisperse polymers (10K and 35K), exhibit similar shear thickening behavior as monodisperse samples of the same average molecular weight. Furthermore, the characteristics of shear thickening of the bimodal systems were found to be the same as in the monodisperse polymer with the lower molecular weight (the 10K component of the bimodal polymer mixture), instead of that of the monodisperse polymer with the same average molecular weight (20K). The mechanism of shear thickening is due to the non-Gaussian chain stretching of the shorter polymer chain.

**Acknowledgment.** This work has been supported by the National Science Foundation under Grant DMR-9815942.

## References and Notes

(1) Marrucci, G.; Bhargava, S.; Cooper, S. L. *Macromolecules* **1993**, *26*, 6483–6488.
(2) Annable, T.; Buscall, R.; Ettelaie, R.; Whittlestone, D. *J. Rheol.* **1993**, *37*, 695–726.
(3) Ng, W. K.; Tam, K. C.; Jenkins, R. D. *J. Rheol.* **2000**, *44*, 137–147.
(4) Winnik, M. A.; Yekta, A. *Curr. Opin. Colloid Interface Sci.* **1997**, *2*, 424–436.
(5) Alami, E.; Almgren, M.; Brown, W.; Francois, J. *Macromolecules* **1996**, *29*, 2229–2243.
(6) Chassenieux, C.; Nicolai, T.; Durand, D. *Macromolecules* **1997**, *30*, 4952–4958.

Macromolecules, Vol. 35, No. 6, 2002

(7) Chassenieux, C.; Nicolai, T.; Durand, D.; Francois, J. *Macromolecules* **1998**, *31*, 4035−4037.

(8) Francois, J.; Maitre, S.; Rawiso, M.; Sarazin, D.; Beinert, G.; Isel, F. *Colloids Surf. A: Physicochem. Eng. Aspects* **1996**, *112*, 251−265.

(9) Tanaka, F.; Edwards, S. F. *J. Non-Newtonian Fluid Mech.* **1992**, *43*, 247.

(10) Rubinstein, M.; Dobrynin, A. V. *TRIP* **1997**, *5*, 181−186.

(11) Pham, Q. T.; Russel, W. B.; Thibeault, J. C.; Lau, W. *Macromolecules* **1999**, *32*, 2996−3005.

(12) Pham, Q. T.; Russel, W. B.; Thibeault, J. C.; Lau, W. *Macromolecules* **1999**, *32*, 5139−5146.

(13) Bhagarva, S.; Cooper, S. L. *Macromolecules* **1998**, *31*, 508−514.

(14) Bhargava, S. Ph.D. Thesis In *Chemical Engineering*; University of Delaware: Newark, DE, 1997.

(15) Broze, G.; Jerome, R.; Teyssie, P.; Marco, C. *Macromolecules* **1983**, *16*, 996−1000.

(16) Chassenieux, C.; Tassin, J.-F.; Gohy, J.-F.; Jerome, R. *Macromolecules* **2000**, *33*, 1796−1800.

(17) Lundberg, R. D.; Duvdevani, I. *Polym. Mater. Sci. Eng.* **1989**, *61*, 259.

(18) Lundberg, R. D.; Duvdevani, I. In *Polymers as Rheology Modifiers*; Schulz, D. N., Glass, J. E., Eds.; ACS Symposium Series 462; American Chemical Society: Washington, DC, 1991; pp 155−175.

(19) Maus, C.; Fayt, R.; Jerome, R.; Teyssie, P. *Polymer* **1995**, *36*, 2083−2088.

(20) Peiffer, D. G.; Kaladas, J.; Duvdevani, I.; Higgins, J. S. *Macromolecules* **1987**, *20*, 1397.

(21) Annable, T.; Buscall, R.; Ettelaie, R. *Colloids Surf. A: Physicochem. Eng. Aspects* **1996**, *112*, 97−116.

(22) Evans, G. T. *J. Chem. Phys.* **1998**, *108*, 1570−1577.

(23) Hu, Y.; Wang, S. Q.; Jamieson, A. M. *J. Rheol.* **1993**, *37*, 531−545.

(24) Jenkins, R. D. In *Chemical Engineering*; Lehigh University: Bethlehem, 1990.

(25) Kaczmarski, J. P.; Glass, J. E. *Macromolecules* **1993**, *26*, 5149−5156.

(26) Kaczmarski, J. P.; Glass, J. E. *Langmuir* **1994**, *10*, 3035−3042.

(27) English, R. J.; Gulati, H. S.; Jenkins, R. D.; Khan, S. A. *J. Rheol.* **1997**, *41*, 427−444.

(28) Lundberg, D. J.; Glass, J. E.; Eley, R. R. *J. Rheol.* **1991**, *35*, 1255−1274.

(29) Ma, S. X.; Cooper, S. L. *Macromolecules* **2001**, *34*, 3294−3301.

(30) Plazek, D.; Frund, Z. *J. Rheol.* **2000**, *44*, 929−948.

MA010390P

# EXHIBIT E

# REDACTED

# EXHIBIT F

# Shear-Thickening ("Dilatancy") in Suspensions of Nonaggregating Solid Particles Dispersed in Newtonian Liquids

H. A. BARNES, *Unilever Research, Port Sunlight Laboratory, Bebington, Wirral, Merseyside, England L63 3JW*

## Synopsis

The literature on this subject stands currently at over 100 articles; this review seeks to present an overall picture of the subject, using the results of these articles. Concentrated suspensions of nonaggregating solid particles, if measured in the appropriate shear rate range, will always show (reversible) shear thickening. The actual nature of the shear thickening will depend on the parameters of the suspended phase: phase volume, particle size (distribution), particle shape, as well as those of the suspending phase (viscosity and the details of the deformation, i.e., shear or extensional flow, steady or transient, time and rate of deformation). The explanations offered for the phenomenon that are supported by independent physical measurements postulate that the increase in viscosity is due to the transition from a two-dimensional layered arrangement of particles to a random three-dimensional form. The transition rarely takes more than one decade of shear rate, but it can be over a much shorter range, making the increase quite dramatic. These factors of course depend strongly on the particle and fluid parameters. For a suspension of monodisperse spheres suspended in a low viscosity fluid (1–10 mPa · s), the onset of shear thickening is very dependent on the sphere diameter, approximately according to an inverse quadratic relationship, with the value for 10 $\mu$m spheres being about 0.1 s$^{-1}$ in steady shear and so on. The severity of the shear thickening depends on the concentration, in proportion to some maximum packing fraction which is itself partly controlled by the form of the particle size distribution. The particle shape is also important. The extent of the phenomenon can be greatly reduced by either reducing the particle size, thus delaying the onset to higher shear rate, or by using a mixture of particle sizes. This latter procedure changes the onset condition, and reduces the severity by increasing the maximum packing fraction of the suspended material.

## INTRODUCTION

Shear thickening is defined in the British Standard Rheological Nomenclature[1] as the increase of viscosity with increase in shear

© 1989 by The Society of Rheology, Inc.    Published by John Wiley & Sons, Inc.
Journal of Rheology, 33(2), 329–366 (1989)   CCC 0148-6055/89/020329-38$04.00

330                                BARNES

rate, and is to be distinguished from rheopexy which is the in-
crease of viscosity with time at constant shear-rate. Shear thick-
ening was originally described as "dilatancy"[2] but as that term
generally implies an increase of volume on deformation (which
is not considered here in any detail) it is best avoided, although
it must be borne in mind that the term is still in wide use.

We shall confine ourselves to the phenomenon as observed in
suspensions and not consider polymeric or detergent liquids
although it is now clear that many of these show similar thick-
ening behavior under shear.[3]

Until the last twenty years or so most of the observations of
shear thickening were of a qualitative nature. However, using
quantitative data from more recent studies, means that an over-
all consistent description of the phenomenon is now possible as
we shall see.

We shall find that so many kinds of suspensions show shear-
thickening that one is soon forced to the conclusion that given the
right circumstances, *all* suspensions of solid particles will show
the phenomenon. It is important to note also that in suspensions,
the shear thickening is almost immediately reversible, that is to
say as soon as the shear rate is decreased, the viscosity (however
high it might be) immediately decreases.

While few would go as far as Dougherty in saying that "no
useful application of dilatancy is known",[4] not many consider
that it offers positive advantages in industrial situations. Beazley
claims that "a degree of dilatancy is useful since it assists the
development of reasonably high shear stress; excessive dilatancy
is to be avoided because the slurry fractures... also elasticity
associated with dilatancy gives undesirable secondary flows".[5]
Newton and Cronin[6] state that "in the case of foamed PVC a cer-
tain amount of dilatancy may assist in maintaining small, even
pore size and preventing bubbles coalescing." Patton[7] says that
"mill bases intended for high speed disk dispersers or roller
mills are usually formulated to provide borderline dilatancy,
since by doing so the stress applied to the surface of the mill
base by the solid shearing surface is communicated throughout
the bulk of the mill base with maximum effectiveness (in order to
break down aggregates). However, excessive dilatancy is counter-
productive." Butters and Roberts[8] suggest that shear thickening
might suppress "strike-through" in open weave coating.

The deliberate manufacture of a very stable storable dilatant material is the subject of a recent patent.[9] It is claimed that the resulting product based on a particular process route for a copolymer formulation offers a liquid ideal for sports shoe cushioning, especially for ski boot cushioning, liquid couplings, shock absorber fillings, and rotary speed limiters. This is the only direct application of shear thickening known to the author. However, such a material could, if stable enough to chemical, biological, and mechanical attack, offer some exciting possibilities.*

Apart from these few statements claiming some advantage for shear thickening, most authors believe it is a severe problem in industrial situations, leading to such problems as failure of mixer motors due to overloading, and mixer blade damage. In coating, as Beazley explains "a shear-thickening mix could coat unevenly or extrude under the coating head in the form of stalactites".[5] Bare patches can be left on the surface being coated when the coating material ruptures under the coating blade due to excessive stress development.[10] In milling operations, roller bowing can occur. Todd states that "the presence of dilatancy interferes with atomization for spray application of a material".[11]

To summarize the situation one can say that generally shear thickening is to be avoided if at all possible, but occasionally a controlled amount might be useful. It is clear, therefore, that whether one wants to avoid or minimize the effect, more information is needed so that we can move on from the situation where Thomas said "it is not possible to predict either the exact value of the concentration at which this phenomenon may be expected or the magnitude of the effect".[12]

## GENERAL DESCRIPTION OF PHENOMENON

The behavior of suspensions that show shear thickening is seen in schematic form in Figure 1. This viscosity/shear rate plot is of course over many orders of magnitude. Anticipating certain points that will be brought out later, we can point out that these systems usually have a high but finite viscosity at zero shear rate.

*One of the referees has brought to my notice the recent patent of Laun et al.[99] who has invented a shear-thickening polymer latex with "reduced temperature dependence of critical speed."

332                           BARNES



Fig. 1. Schematic representation of viscosity versus shear rate for shear-thickening systems, with approximate phase volume as parameter. Also shown are the loci of $\dot{\gamma}_c$ and $\dot{\gamma}_m$, the shear rates at the beginning and end of the shear-thickening region.

At some critical shear rate, the viscosity begins to decrease, and this leads to a behavior that can then be described by a power-law type relationship between viscosity and shear rate. At much higher shear rates the viscosity tends to level off. Above a critical value of shear-rate ($\dot{\gamma}_c$), the viscosity can begin to increase. This shear-thickening behavior has rarely been seen to exist over more than one decade of shear rate.

After this shear-thickening region the viscosity can neither become so great that fracture of the sample occurs or the viscosity can level out to a new plateau value. This Newtonian plateau region is commented on by Green and Griskey[13] among others. In some specific situations the viscosity has been seen to decrease yet again after this Newtonian region, see Hadjistamov,[14] and many of Hoffman's systems, see later. We shall use $\dot{\gamma}_m$ to denote that shear rate at which the maximum viscosity is reached (see Fig. 1).

In this study we shall review the literature with a view to answering the following practical questions:

1. What parameters are crucial in determining if shear thickening is to take place in a given flow?

2. Once shear thickening has begun, how severe will it be?
3. What is the role of type and time of deformation?
4. What steps can be taken to alleviate shear thickening if required?

The parameters that control shear-thickening behavior are:

*Particle:* particle size distribution, phase volume, shape, interaction with other particles
*Continuous phase:* viscosity
*Flow field:* type of deformation seen by the particles of the suspension (shear or extention, steady or unsteady), rate and time of deformation.

As we shall see each of these parameters has a significant part to play in determining the form and extent of shear thickening.

## PARAMETERS CONTROLLING THE ONSET OF SHEAR THICKENING

### Phase Volume

In the older literature it is taken for granted that the phase volume at which shear thickening began was around 50%. Although we shall show that this is not necessarily so, it is nevertheless a good "baseline" to start from, because examination of the published results shows that around this value the dependance of the critical shear rate $\dot{\gamma}_c$ for the onset of shear thickening on phase volume is small. This is illustrated in Figure 2 where the results of a number of studies are combined.

As we move away from 50% phase volume we see the picture changing quite dramatically, and the overall behavior can be summarized as in Figure 3. The critical shear rate for the onset of shear thickening increases rapidly if the phase volume is much less than 50%. The critical shear rate can then be greater than that attainable in the viscometer being used in the study. Many then draw the incorrect conclusion that the suspension is no longer shear thickening at all. If the phase volume is significantly greater than 50% (see for instance the results of Schempp et al.[15]), the critical shear rate decreases rapidly.

334                              BARNES



Fig. 2.    Critical shear rate (ordinate in sec⁻¹) for the onset of shear thickening versus phase volume (abscissa in %) of dispersed phase.

SHEAR-THICKENING SUSPENSIONS                335



Fig. 3.  Schematic representation of the dependence of the critical shear rate for the onset of shear thickening ($\dot{\gamma}_c$) as a function of the phase volume of the dispersed phase ($\phi$).

It will be seen that $\dot{\gamma}_c$ tends to zero for monodisperse systems at around 60% phase volume. This represents the maximum packing fraction $\phi_m$ when the particles come into contact with each other. In this condition no flow will take place. For situations other than monodisperse the value of $\phi_m$ is different, but it appears that $\phi_m$ always scales the phase volume effect, thus any increase in $\phi_m$ would reduce the degree of shear thickening in a suspension and vice versa.

Green and Griskey[16] have shown that the situation outlined above with respect to the effect of phase volume on the *onset* of shear thickening ($\dot{\gamma}_c$) also applies in general terms to the end of the shear-thickening region ($\dot{\gamma}_m$). Figure 4 shows their results for starch dispersions, combined with data from Hoffman (see ref. 54).

336                         BARNES



Fig. 4.  Dependence of $\dot{\gamma}_m$, the shear rate at which the maximum in viscosity occurs in the shear thickening region versus dispersed phase volume for starch water/glycerol systems. Data of Green and Griskey[16] ⊙, and Hoffman[64] ● are combined.

### Particle Size

Knowing now that $(\dot{\gamma}_c)$ for spherical particles suspensions is relatively insensitive to phase volume near 50%, we can look at

its dependence on the average particle size. Studies are available over a wide size range, from about 0.01 to 100 microns. The viscometers used do not always make it possible to ascribe exact shear rates to the experiment, but nevertheless estimates can be made, and as the liquids are essentially Newtonian at the onset condition, such estimates are reasonable. The data are shown in Table I and plotted in Figure 5.

Bearing in mind that no consideration has been given to any other particle or continuous phase parameters, it is still clear that a general dependency on particle size can be seen, and that an inverse quadratic dependence on particle size is indicated.

Statements such as those made by Metzner and Whitlock[17] that all shear thickening is confined to suspensions of particles less than 5 $\mu$m are to be understood by the fact that the shear rates used in their studies were below $\dot{\gamma}_c$ for the appropriate particle size.

Good examples of the effect of average particle size on shear thickening can be found in the work of Kaltwasser et al.;[18] Price and Hagemeyer;[19] Sheets,[20] and Todd.[11]



Fig. 5.  Critical shear rate $\dot{\gamma}_c$ as a function of average particle size, compilation of date from Table I.

338                              BARNES

TABLE I
Compilation of Particle Size vs. Critical Shear Rate Data

| Author(s) | System | Particle size (μm) | Approximate critical shear rate (s$^{-1}$) |
|---|---|---|---|
| Albert (27) | Clay in water | 0.5 | ~15 |
| Alince & Lepoutre (25) | Calcium carbonate in water | 0.7 | ~300–1000 |
| Beazley (21) | Clay in water | 0.25 | 120 |
| Berezov et al. (82) | PVC in water | 1.0 | 10 |
| Bullivant & Jones (84) | Clay in water | 0.25 | 125 → 200 |
| Butters & Roberts (8) | PVC in water | 0.8 | 300 |
| Cawthra et al. (31) | PVC | 4 | 1 |
| Chien et al. (86) | Blood cells in plasma | 9 | 0.1 |
| Choi (57) | Polystyrene spheres in silicon oils | 0.422 | (44cP, 10) (91cP, 1.5) (170cP, 0.75) (446cP, 15) |
| Clarke (35) | Quartz in water | 152–211 | <10 |
| Eastwood & Barnes (53) | Starch particles in glycerol/water | 10 | 1–20 |
| Forquet (87) | PVC | 3–4 | 10 |
| Freundlich & Röder (39) | Quartz powder in water | 1–5 | 10 |
| Gillespie (88) | PVC in DOP | 1 | 50 |
| Gunnerson & Gallagher (32) | Vinyl vesins in DOP | ~1 | 1 → 20 |
| Hoffman (54) | PVC in DOP | 1.25 | 5 |
|  | PSAN in ethylene glycol | 0.442 | 200 |
|  | PVC in dioctyl phthalate | 1.25 | 5 |
|  | PVC in 18–14000 cP | 1.24 | 0.02–27 |
|  | Starch/glycerol | 16–60 | 52% 0.03, 56% 0.02 |
|  | PVC | 0.608 | 4 in glyc, 20 in DOC |
|  | Glass beads in glycerol | 45–65 | 0.05 |
| Kallwasser et al. (18) | PVC in DOP | 80–100 | 0.0025 |
| Lazor (10) | Typical plastisols | 0.8 | 30–50 |
| Moore & Davies (89) | Alumina casting slip | 1 | 15 |
|  |  | few μm but < 5 | ~10 |

SHEAR-THICKENING SUSPENSIONS    339

| Reference | Material | | |
|---|---|---|---|
| Morgan (90) | Red iron oxide pigment in water | 0.2 ±0.1 | ~300 by extrap. |
| Patzold (61) | Glass beads | 50 | ~5 × 10⁻³ |
| Price & Hagemeyer (26) | Carbonate | ~1.1–1.2 | 5–7 |
| Schmid-Schönbein et al. (55) | Blood cells in plasma | 8 | 0.1 |
| Severs & Austin (51) | Vinyl chloride resin | ~1 | 5–10 |
| Shtakman et al. (91) | PVC in DOP | 0.7 | 20 |
| Strivens (58) | PMMA | 1 | ~500 ? |
| Taylor et al. (43) | Polystyrene latex in water | 9.2 | <10⁻² |
| Todd (11) | Vinyl paste | 2 | 5 |
| Underdal et al. (28) | Resins in DOP | Mixtures | |
| Van Wazer (45) | Shale & limestone in water | ~¼ | 100 |
| Verwey & de Boer (46) | Iron particles in CCl₄. | 3 | ~1 |
| Wagstaff & Chaffey (29) | M.M. homopolymer or copolymer with ethyl acetate | 0.027 | 2 × 10⁴ |
| | | 0.0618 | 1.5 × 10³ |
| | | 0.111 | 10² |
| | | 0.266 | 10² |
| | | 1.016 | 20 |
| | | 0.0715 | 200 |
| | | 0.116 | 10³ |
| | | 0.286 | 10³ |
| | | 0.091 | 2 × 10³ |
| | | 0.251 | 800 |
| | | 0.071 | 8 × 10³ |
| | | 0.0618 | 16 × 10³ |
| Willey & Macosko (56, 60) | PVC in DOP | 0.619 | 25 |
| | | 1.2 | 9 |
| Williams et al. (92) | PS in DOP, BBP, & DOA | 2.88 | 12 |
| | | 1.75 | 50 |
| | | 1.56 | 6 |
| | | 2.87 | <5 |
| Williamson & Heckert (22) | Cornstarch in various solvents | 10.3 | ~0.5 |

340                              BARNES

Obviously a reduction in particle size would move shear thick-
ening to much higher shear rates. Such reductions can be in-
duced in some situations by further milling and energetically
mixing a product, this has been noted to be beneficial in reduc-
ing shear thickening by Beazley,[21] Williamson and Heckert,[22]
and Millman.[23]

### Particle Size Distribution

As pointed out earlier, the critical scaling parameter in deter-
mining the effect of phase volume is the value of $\phi_m$. This is
strongly dependent on the form of the particle size distribution,
whether it takes a continuous or multimodal form. Just as the
viscosity of a suspension is strongly affected by the presence of
particles of different sizes (see Farris,[24]), and that without any
particular size effect, so also is the appearance of shear thicken-
ing within any particular shear rate range.

Simple mixtures of particles can increase the critical shear
rate $\dot{\gamma}_c$, as shown in Figure 6 which is derived from the work of
Alince and Lepoutre[25] on a number of different mixtures. They,
like Farris,[24] were able to reduce the overall viscosity for any
given total phase volume by introducing second size particles,
but they also showed that shear thickening could be eliminated,
at least in the shear rate range of their viscometer measurements.



Fig. 6(a).   Viscosity of Clays A and B at different mixing ratios as a function
of shear rate at a solids content of 44% by volume (67% by weight). Clay A 9 $\mu$m;
Clay B 0.7 $\mu$m.



Fig. 6(b). Viscosity of calcium carbonate blends at 48% solids content by volume (71.4% by weight) as a function of shear rate. Clay A 12 $\mu$m; Clay B 0.65 $\mu$m.

They went on to show, using mixtures composed of latices, calcium carbonate, and clays, that almost any mixture of disparate particles could have the same effect.

Widening a continuous particle size distribution also increases $\phi_m$, and this in turn increases the critical shear rate $\dot{\gamma}_c$. Price[26] quotes results obtained using a wide particle size distribution clay split into five fairly narrow fractions. Whereas all the fractions were very dilatant at volume fractions near 60%, the parent clay was quite flowable at a phase volume of 70%. Although a clear trend showed that larger particle size fractions were most difficult to pump (as expected from our earlier discussion of particle size effects on shear thickening), nevertheless the effect of widening the distribution had a much greater effect than changing the particle size by an order of magnitude.

Albert[27] showed that removing the very small particles of a sample of clay by ultracentrifuge made the shear thickening much more dramatic, and brought it on at a lower shear rate. Beazley[21] reports a similar effect.

Underdal et al.[28] studied a range of plastisols of various size, but also with the widths of the particle size distribution markedly varied. Some were near monodisperse, others had a wide distribution, while some were bimodal. The general inference to be drawn from their work is that over and above any particle size considerations, the broader the distribution, the higher was

the shear rate where shear thickening sets in ($\dot{\gamma}_c$) and the less severe was the ensuing shear thickening.

The most well-documented study on particle size and blending is that of Wagstaff and Chaffey,[29] who used a series of monodisperse latices of either methyl methacrylate homopolymer or copolymer with ethyl acetate. They showed that substantial reduction of shear thickening could be achieved when latices of size ratios of 4 to 1 or greater were mixed at the same overall volume fraction. This reduction in viscosity by blending particle sizes has practical applications, where it is desirable to increase the disperse phase volume while keeping the suspension flowable.

In both these examples of particle size distribution alterations, the viscosity curve is not merely displaced along the shear-rate axis, but it also appears that the mixture behaves as a lower phase volume suspension of the particles of the mixture that is causing the shear thickening. Consequently, the critical shear rate increases and the severity of the shear thickening is less when it eventually occurs (see Fig. 7), indeed Collins et al.[30] noted that "an increase in size distribution acts to suppress the sudden jump in viscosity seen in pastes with narrow particle size distributions." It would appear therefore that the critical parameter is the phase volume scaled to the maximum phase volume $\phi_m$, thus suggesting that anything that changes $\phi_m$ modifies the form of the shear thickening. This has to be borne in mind in considerations of the effect of shape and interaction.

Other advantageous uses of blends of different particle sizes to suppress shear thickening are quoted by Cawthra et al.[31] and Gunnerson and Gallagher.[32] Von Weinhold and Paul[33] show that there is a continuous decrease in intensity as the mixture becomes more and more polydisperse. Lastly, we note the work of Rangnes and Palmgren,[34] who show quite spectacular changes in the nature of shear thickening using complex mixtures of particle size distributions. These can be of the opposite effect seen in the shear-thinning region due to the complicated combination of particle size and particle size distribution effects one finds with submicron particles.

## Particle Shape

Particle shape has long been recognized as having a major influence on shear thickening, but its mechanism of action is not

SHEAR-THICKENING SUSPENSIONS          343



| SAMPLE | Arithmetic Mean diam. | Linear Mean diam. | Ratio of diameters |
|--------|----------------------|-------------------|--------------------|
| FEED   | 2.88                 | 5.55              | 1.93               |
| 2C     | 2.87                 | 5.20              | 1.81               |
| 1F     | 1.75                 | 2.30              | 1.31               |
| 2F     | 1.55                 | 1.68              | 1.08               |

Fig. 7. Effect of particle size distribution. Redrawn from Williams et al.,[92] Fig. 12. (Note increase in severity of shear thickening on narrowing the distribution, but alleviated by reducing average size.)

clear; whether it is the effect of shape alone, or its effect on other variables such as effective phase volume, particle size, etc., remains in question.

Shape effects often arise in suspensions of inorganic mineral crystals. Beazley,[21] whose work has usually been on clay suspensions, notes that "more anisotropic particles tend to produce shear-thickening more readily, do so at lower solids content, and show that behavior over a wider range of solids contents." He showed that delaminating clay particles to increase anisotropy gives much more shear thickening.

344                              BARNES

Clarke's study of shape[35] showed that it can profoundly influence the flow of large particle size suspensions with rods having a greater effect than plates. However, his work did not attempt to study the effect over a wide range of size, shape, phase volume, and shear-rate, and it is difficult to draw any quantitative conclusions. Figure 8 reproduces the main features of his work.

Suspensions of calcium carbonate of certain crystal habit, and zinc oxide with needle-shaped particles can produce significant effects. This is why many precipitated inorganic salts become strongly shear thickening at such low phase volumes, as noted by Dougherty.[4]

### Particle–Particle Interaction

It became obvious soon after Freundlich first described shear thickening that it generally took place only when the suspensions were deflocculated, that is when there is no overall attraction between the particles. In his own words "dilatancy is reduced or annihilated if the particles show the least tendency to adhere to



Fig. 8.  Redrawn from Clarke.[35] The effect of shape on shear thickening for $\phi = 0.2$.

one another".[36] Thus we expect shear thickening for systems of particles that are either neutral or repel one another by virtue of either electrostatic, entropic, or steric interaction.

The work of Albert,[27] Clarke,[35] Daniel,[37] Efremov et al.,[38] Freundlich and Roder,[39] Galley and Puddington,[40,41] Krasheninnikov et al.,[42] Taylor et al.,[43] Umeya,[44] van Wazer,[45] and Verwey and de Boer[46] allow the following statements to be made that summarize the effect of particle-particle interaction on the flow properties of suspensions.

1.  Deflocculated suspensions have low viscosity at low shear rates, but are shear thickening at high shear rate, and can show rheopexy. They have low sediment volume on standing.

2.  Flocculated suspensions have a high viscosity at low shear rate, but are shear thinning at higher shear rates and usually show thixotropy. They have a high sediment volume on standing.

A simple example of the above is the difference between the flow properties of a concentrated suspension of starch granules suspended in water and those of one suspended in a nonpolar liquid such as benzene or carbon tetrachloride;[47] the former being highly shear thickening, while the latter would be shear thinning.

Various degrees of flocculation can be induced by the addition of flocculating agents which are usually electrolytic or polymeric in nature. The onset of shear thickening becomes less obvious and the overall level of the viscosity curve rises. Good examples of this effect are seen in the work of Umeya.[44,48-50] The effect is shown schematically in Figure 9.

In attempting to explain this, it is difficult to distinguish between any specific effects that might arise due to interactions and those due to an increase in the effective particle size and phase volume in the flocculated state. Sometimes the mere shearing action can induce flocculation, and this too can alter the flow properties. This is illustrated by the work of Taylor et al.,[43] who found that a fresh sample of a polystyrene latex in water was shear thickening, but that continual shearing produced flocculation, which in turn increased the general viscosity level and produced shear thinning; this is shown in Figure 10. Subsequent microscopic examination of the sheared material showed that flocculation had taken place.

346                                    BARNES



Fig. 9.  Schematic representation of the effect of chemically induced flocculation on shear thickening.



Fig. 10.  Redrawn from Taylor et al.[43] Mechanically induced flocculation and its effect on shear thickening.

SHEAR-THICKENING SUSPENSIONS        347

The work of Galley and Puddington[40,41] on the effect of different levels of deflocculant and traces of water in latices dispersed in organic liquids, show that the degree of particle attraction is crucial, irrespective of the form of the attraction.

### Continuous Phase Viscosity

In suspensions the overall viscosity ($\eta$) is almost always a direct function of the continuous phase viscosity ($\eta_c$). This relationship takes the form:

$$\eta = \eta_c fn \text{ (phase volume, size, shape, particle size distribution)}$$

All things being equal, doubling the continuous phase viscosity doubles the suspension viscosity. This effect must be borne in mind when considering the effect of temperature on suspension viscosity, because often its effect is due only to a change in the continuous phase viscosity.

In 1958 Newton and Cronin[6] pointed out that "dilatancy is characteristic of plastisols containing viscous plasticisers," a fact borne out also by Cawthra et al. in 1965.[31] Figure 11(a) shows the effect of varying the continuous phase viscosity using the data of Lazor.[10]

Efremov et al.[38] in their review of the study of shear thickening (mostly from Eastern European sources) quote results to show



Fig. 11(a).  Effect of solvent viscosity on flow curves of shear thick latex redrawn from Lazor.[10]

348                                    BARNES

that shear thickening can be delayed by heating the suspension.
This can cause not only a change in particle–particle interaction,
but will of course decrease the continuous phase viscosity. Severs
and Austin[51] and Beazley[52] also point out that heating can
remove dilatancy. Heating can also effect particle swelling, thus
affecting particle size and phase volume, both of which strongly
determine the onset condition. The effect of Brownian motion
also increases with temperature.

Apart from these original qualitative ideas, Eastwood and
Barnes[53] showed that there was a much more direct way of de-
scribing this finding. Figure 11(b) reproduces their results for
suspensions of starch granules in glycerine–water mixtures.
From these results they concluded that the product of continu-
ous phase viscosity and shear rate was important. Hoffman[54]
came to essentially the same basic conclusion but concentrated
his attention on the apparent discontinuous change in viscosity
at very high relative phase volumes. Although this product has
the dimensions of stress it must be pointed out that it is not the
total shear stress. Hoffman's attempt to collapse his data for a
large number of polymer latices left quite an amount of scatter,
but this might well be accounted for by partial swelling. Other
data supporting the influence of shear stress (due to variation of
the continuous phase viscosity) are also presented in Figure 11(c)
and (d).

An interesting example of the effect of the continuous phase
viscosity comes from the work of Schmid-Schonbein on blood
flow.[55] If plasma was substituted for saline as the suspending



Fig. 11(b).   Apparent power law index versus $\eta_c \dot\gamma$ for starch suspensions. Base
liquor viscosities ● 1 cp, ○ △ 4.4 cp, ▽ 8.9 cp, + 13.5 cp.



Fig. 11(c).   Redrawn from Hoffman.[54] Envelope of flow curves for latices having various solvents, whose viscosities vary from 18m Pa.s to 14 Pa.s.



Fig. 11(d).   Data from Williams et al.[92] Solid lines show loci of constant shear stress. □-BBP; ●-DOP; ×-DOA.

media, blood became much more dilatant at high phase volume (around 60%).

Apart from the effect of viscosity, it should be noted that exchanging one continuous phase liquid for another can often change the extent of particle interaction. There can then be an increase in the average particle size due to flocculation, or because better solvent properties can cause the suspended particles to swell by ingress of the continuous phase. This gives larger particles and an increased phase volume, thus greatly increasing the possibility or extent of shear thickening. This point is not always appreciated, however, there are a few studies, like that of Willey and Macosko[56] that account for these effects.

Hoffman[54] and Choi[57] have shown that the viscosity of the continuous phase, even when taken into account in terms of the relative viscosity, still has an influence in determining, for instance, the height of the second Newtonian plateau after shear thickening. Of course, in this situation we are not able to rule out the possibility of the effect being caused by slight variations in particle size due to ingress/egress of solvent, however in both the studies cited, the general trend of the effect of continuous phase viscosity is always in the same direction: to increase the shear thickening.

## THE ROLE OF THE TYPE OF DEFORMATION

### Time Effects

Just as most shear-thinning systems take time to adjust to a new shear rate (and thus display thixotropy), so also shear-thickening systems are often time dependent to some extent and hence show rheopexy.

Anticipating later statements about proposed explanations of shear thickening, it is clear that whichever we accept, almost all are based on some kind of rearrangement of the relative spatial disposition of the particles. If any such particle rearrangement is to take place, then considerable time is needed, especially if large particles are involved, thus time effects must be anticipated [Hoffman[54] and Jeffrey and Acrivos (see Ref. 69)].

Albert[27] showed that for a high phase volume system, the acceleration rate in a loop test governed the behavior such that a large change in this parameter could give either apparent

thixotropy or rheopexy (see Figure 12 for a schematic sketch), the work of Strivens[58] also showed that acceleration rates are important. Beazley[52] and Millman[23] show similar curves.

In these loop tests, the shear rate increases from zero to some maximum value and then decreases again, with various degrees of acceleration possible. Given enough time, the structure induced in the shear-thickening region during the high shear rate part of the loop can relax, but fast acceleration means that the structure formed at high shear rate persists into the low shear rate parts of the loop and exhibits behavior quite different to that of the relaxed structure. Likewise, experiments with very short residence times (such as the orifice flows to be considered later) could not allow enough time for any structure to build up, thus negating the effect altogether, irrespective of the shear rate!

Eastwood and Barnes[53] showed that on the imposition/removal of a superposed oscillatory shear, their starch-based system took a few seconds to reach steady state.

This has some important practical consequences, particularly if we are trying to model transient phenomena using data from prolonged steady-state experiments. Even if the deformation rates used are appropriate to the practical situation, the results could be misleading if the time scales are different.



Fig. 12. A schematic representation of a 'loop test' showing the time effect displayed by a shear-thickening clay. See Ref. 26.

352                                BARNES

An added word of caution is needed in interpreting very long-term experiments of potentially shear-thickening systems, because even a small amount of sedimentation can cause great problems. Because of the sensitivity of the flow properties to phase volume, any small loss of the particles of a heavy suspended phase from the top half of a sheared sample is more than compensated for in the bottom half and large changes in the measured stress could occur.

Strivens[58] showed a set of results that illustrate the importance of shear history in shear-thickening suspensions, but his comment that the whole phenomenon of shear thickening is merely a "machine artifact" is puzzling. Willey and Macosko[60] discounted Strivens[58] comment and showed that results from a number of situations are consistent.* As mentioned above, Taylor et al.[43] have shown that under certain circumstances prolonged stirring can cause flocculation, thus inhibiting shear thickening.

Clearly, time is very important in this area, but its effect can be quite different in different situations. When practical problems like coating and atomizing are considered, the very small residence times involved can cause a completely different behavior to emerge compared with that expected from viscometric experiments performed on a much longer timescale.

### Type of Deformation

Many practical situations where shear thickening causes problems, are dominated by extensional flow. Patzold[61] has shown that the behavior of suspensions can be quite different in these different flows. He reports a situation where a suspension of relatively large particles is shear thickening in shear flow, but quite Newtonian in orifice flow where extensional flow dominates. This could of course be a consequence of the inevitably small residence time in the orifice flow (compared to the shear viscometer type flow), not allowing enough opportunity for "structure" build-up.

Chong et al.[62] also report work on orifice flow of concentrated suspensions and note that results obtained in such a flow deviate considerably from those for the same material in tube flow,

*In Strivens' latest article,[95] he accepts shear thickening as a real physical phenomenon.

particularly for phase volumes greater than 50%. Shear thickening did not appear in orifice flow at all until the phase volume was near 60%! They also show how considerable viscosity reduction can be achieved by using bimodal particle size distribution.

In pouring a shear-thickening suspension, the liquid thread length is much longer than expected and the liquid is quite "spinnable." This was noticed a number of years ago by Pryce-Jones[63] who said:

The term 'spinnbarkeit' or 'fibrosity', is often used in recent rheological papers and refers to the property which enables certain fluids to be drawn out into string or fibers. This property is shown, to a greater or less degree, by all the dilatant systems already mentioned. A long series of experiments by the writer appear to show that dilatancy is an essential property of all 'spinnbar' systems, although all dilatant systems do not show this property.

Dougherty[4] describes this phenomenon as "stiffening during pouring."

It would seem therefore that although shear thickening can take place in extensional flows, its form can be quite different from that shown in shear flows. More work needs to be done before more specific comments can be made, although the situation in polymer systems in either shear or extensional flow is far better understood now and must be seen as quite distinct from suspension flow.

## FACTORS DETERMINING THE SEVERITY OF SHEAR THICKENING

If we accept that the relative position of the flow curves of concentrated suspensions on the shear rate axis is governed by the particle size as shown above, then the "severity" of the shear thickening is governed by the phase volume relative to the maximum phase volume appropriate to the particular suspension. This is illustrated in Figure 1 in general terms, and to illustrate the point in one specific case, Figure 13 shows the power-law index for starch in the shear-thickening region as a function of concentration.

354                                    BARNES



Fig. 13.  Redrawn from Griskey and Green.[80] Power-law index as a function of
phase volume for a starch suspension.

We can also look at the published data to see if any formal
relationship exists between the first onset of shear thickening $\dot{\gamma}_c$
and its disappearance $\dot{\gamma}_m$.

Figure 14(a) shows the ratio of $\dot{\gamma}_m/\dot{\gamma}_c$ against phase volume for
the same set of Hoffman's data used above. We see that there is
essentially a progressive relationship between these two values,
and that they coincide when the phase volume reaches $\phi_m$.
Figure 14(b) shows a similar picture using data from Williams
et al. (see Ref. 92).

## EXPLANATIONS OFFERED TO ACCOUNT FOR SHEAR
## THICKENING

In the very high phase volume situations we are generally
considering, the average separation of the particles is very small
and is strongly affected by the relative positions of the particles,
thus it is not surprising that almost all the explanations of shear

SHEAR-THICKENING SUSPENSIONS                    355



Fig. 14(a). Ratio of the shear rates corresponding to the onset and completion of shear thickening versus volume of dispersed phase. From Hoffman.[54] (○) 0.608 μm PVC; (×) 1.25 PVC; (□) 90 μm glass; (●) 1.24 PVC (variety of solv.); (◇) Umeya's TiO₂.[58]

thickening rely on some kind of change in the relative spatial disposition.

Andrade[64] suggested that "the phenomenon may be due to the sudden onset of turbulent flow between the grains, which causes the particles to leave their more or less uniform distance and to collect into little hollow enclosures." Metzner and Whitlock[17] explain the effect as due to "movement of one particle from one lamina to another, by virtue of Brownian motion... as the shear-rate increases a greater mass of particles undergo lateral motion." This momentum interaction between lines of aligned particles was then postulated as being the reason for excess dissipation and thus increased viscosity. Hoffman's explanation,[54] backed up by direct observations, is that at low shear rates the suspensions form into two-dimensional lamellae under the influ-

356                          BARNES



Fig. 14(b).  Williams et al.[92] data replotted as critical shear rate $\dot{\gamma}_c$ versus reduced phase volume.

ence of the flow, and that at a critical value of the shear rate (governed by the product of the shear rate and the continuous phase viscosity), these lamellae begin to disrupt into a random three-dimensional arrangement. These ideas are backed up by his results of diffraction experiments that reveal the layers and their gradual breakup in the shear-thickening region.* This basic concept was postulated by Freundlich and Jones[36] who suggested that "a change in the uniformity of distribution... may be important." Their illustrations of this effect are very similar to the recent work of Hoffman.[54]

This explanation also accounts for particles that repel one another. Goodwin[65] has stated that when the low shear rate situ-

---

*Recent neutron scattering results back up this conclusion see Ackerson et al.[95]

ation is dominated by repulsion between the particles, they arrange themselves to be as far away as possible from each other, this is in a 3-D lattice pattern, albeit imperfect. The flow then arises from the particles moving into adjacent vacancies. Such a situation is characterized by a very high but finite Newtonian viscosity.

At higher shear rates, the hydrodynamic forces again begin to dominate and the particles are forced into layers, with small spaces between them in the direction of shear, but larger spaces between the layers (i.e., the layer-spacing). This actually results in a lower viscosity than the ordered 3-D situation.

Again at the critical shear rate $\dot{\gamma}_c$, the layers begin to disrupt and eventually all layering is destroyed and we have a random 3-D packing. When this transition is complete the viscosity will be Newtonian. Shear thinning can take many decades to complete, whereas shear thickening rarely occupies more than a decade in shear rate to accomplish the transition from layered to random.

The work of Bagnold[66,67] on suspensions of very large spheres ($>1000$ $\mu$m) shows that at high concentrations shear thickening is always seen in shear rates from $1-1000$ s$^{-1}$, and the viscosity usually rises linearly with shear rate. This has led him to propose an explanation based on particle inertia with no reference to any change in structure. He defined a "grain inertia" flow regime in which all the stresses were generated as a result of glancing collisions as the particles in a fast moving layer overtook those moving adjacent to them in slower moving layer. This resulted in normal as well as shear stresses.

Bagnold's data do not however contradict any of the overall conclusions drawn here. His work on powders was extended to suspensions where the continuous phase is of very low viscosity and where particle–particle inertial interaction is strong. It is quite conceivable therefore that for very large particle size (around 1 mm) this mechanism might operate.

Bagnold's simple theory has been expanded by Savage and Jeffrey[68] who used the basic collision model, but introduced various sophistications based on dense gas theory. They were able to arrive at Bagnold's original expressions but with much more rigor and their expressions contain no unassignable constants.

In their expression the critical shear rate for the onset of "shear thickening" decreases with increasing size, but only with a linear inverse relationship.

Clarke[35] also offers an inertial impact explanation, while Jeffrey and Acrivos[69] show that the mere insertion of inertia into the mathematical expressions that govern the flow of very low concentrations yields the prediction that the viscosity is a function of the particle Reynolds number, and also that normal forces are expected! However, the concentrations involved (<1%) make the application of the theory somewhat impractical!

The characteristic group that seems to identify the onset of shear thickening from our previous discussion is very similar to Chaffey's inertia number;[70]

$$\frac{\rho a^2 \dot{\gamma}}{\eta} \qquad \left(\text{i.e., } \dot{\gamma} \alpha \frac{\eta}{a^2}\right)$$

where $a$ is the particle radius.

Chaffey notes that this is the characteristic time for a particle to accelerate from rest. This group is called the "particle Reynolds' number" by Jeffrey and Acrivos.[69] If Hoffman's picture is accepted, then any motion of a particle in moving from a layer would indeed be governed by such an expression. See also Russel[71] for a discussion of other dimensionless groups in suspension rheology.

Recent work based on molecular dynamics simulations (Woodcock[72] see also Ref. 100) has shown that shear thickening can be predicted. Different kinds of behavior seen in suspensions are described as various kinds of transition; the transition from the low shear rate Newtonian plateau to the high shear rate Newtonian plateau is described as an ordering from "an amorphous fluid" to a "distorted body-centered cubic arrangement" while the transition to shear thickening is described as "the movement to an imperfect arrangement of closer-packed layers."

## NORMAL FORCES IN SHEAR-THICKENING SUSPENSIONS

A number of workers have found that the onset of shear thickening also marks the appearance of normal forces.[73] These are usually associated with concentrated polymer solutions, but have occasionally been measured for concentrated suspensions without shear thickening.[74]

When normal forces accompany shear thickening, they are not always clearly distinguishable from physical dilatancy. Each

could cause a force to be exerted on the plates of a cone and plate or parallel plate viscometer normally used to measure the effect.

Windle and Beazley,[75] Willey and Macosko,[56] and Kurath and Larson[74] give examples of the appearance of normal stress differences coincident with shear thickening. The latter, using die swell measurements, found that the indicated normal stress was proportional to the shear rate squared, but strangely, it was independent of phase volume!

It seems quite clear then, that very often shear thickening and normal forces go together, and that although generally smaller than the normal forces found in concentrated polymer solutions, they can be quite significant in high speed industrial processes (see Ref. 75).

## MACHINE ARTIFACTS OFTEN MISTAKEN FOR SHEAR THICKENING

Secondary flows in low viscosity fluids due to inertia and turbulence can cause an apparent shear thickening in samples measured in rotary viscometers.[76] Particle migration and turbulence can also show the same artifact in capillary flow.[77,78] These phenomena could explain the results which otherwise show no relationship to other data in the literature. Settling of suspended material can also cause discrepancies.[79]

## ENGINEERING STUDIES INVOLVING SHEAR THICKENING

For the purposes of modeling and calculation, the most commonly used rheological model used for shear thickening is the power law, with the shear stress and viscosity related to the shear rate by the following equations:

$\tau = k\dot{\gamma}^n$     where $k$ is the consistency and $\dot{\gamma}$ is the shear rate

$$\text{then} \quad \eta = k\dot{\gamma}^{n-1}$$

The value of $n$ is of course greater than unity and for concentrated dispersions is often equal to 2, in which case the viscosity rises linearly with shear rate. Eastwood and Barnes[53] accounted for both the shear-thinning and the shear-thickening regions using the sum of two power laws, with one value of $n$ less than unity and one greater.

360                                  BARNES

A number of workers have produced correlations between laboratory viscometer measurements and practical pipe-flow situations. Green and Griskey[13] provide simple scale-up criteria for a pipe flow of shear-thickening liquids, using a non-Newtonian Reynolds' number based on the power law measured in a viscometer. This work was recently extended by Griskey and Green.[80]

Griskey and Green[80] used the Metzner-Reed correlation friction factors with a Reynolds number of the form:

$$Re = D^n \cdot V^{1-n}/k \cdot 8^{n-1}$$

where $D$ is the pipe diameter
      $V$ is the average velocity
      $k$ is the fluid consistency
and   $n$ is the power law index (now > 1)

In many industrial operations it is desirable to operate at as high a solids loading as possible, this is usually done to minimize subsequent (expensive) drying. These high solids situations often lead to shear-thickening suspensions.

The practical consequences of processing these shear-thickening suspensions in engineering applications are usually the converse of shear thinning, so for instance, the velocity profile in pipe flow is much "sharper," whereas shear thinning promotes a flattening.

Hanks and Hanks[81] have used a more complicated model to describe the flow curve of a 10% phase volume dispersion of Utah coal in water (all particles < 44 $\mu$m). This particular dispersion had a critical shear rate for transition to shear thickening of around 800 s$^{-1}$. The modified Cross equation used accounted for the shear-thinning and shear-thickening ranges, as measured in a rheometer. When used to predict the flow in a pipe, their equation predicted the pressure flow rate curve very well.

In mixers, the shearing action extends quite a distance for shear-thickening systems, whereas in shear-thinning systems shearing is confined to that portion near the impeller. In all situations the continual rise of viscosity causes increased power consumption, and because the rise is often so steep, overloading can occur.

## SUMMARY AND CONCLUSIONS

Given that the particles of a suspension show no mutual attraction toward one another, it is to be expected that at high enough shear rate, the viscosity of all suspensions of solid particles will show an increase with increasing shear rate. This is probably due to the transition from a two- to a three-dimensional spatial arrangement of the particles. The original two-dimensional arrangement is brought about by the flow itself rearranging the particles into closely packed sheets flowing over each other. This layered arrangement gives the lowest possible viscosity for a suspension. The hydrodynamic action that brought about this layering gradually disrupts it at a higher shear rate. The criteria for the onset of this disruption depend strongly on the average particle size; the continuous phase viscosity and the maximum phase volume (the latter being itself strongly dependent on the form of the particle size distribution and particle asymmetry).

The viscosity rises continuously during this transition, but eventually reaches a much higher Newtonian plateau. The increase in viscosity over this transition region and the length of the shear rate interval are both governed by the phase volume relative to its maximum value.[83,93,94] The stresses generated as a result of these high viscosities at the higher shear rates often cause fracture of the suspension.

The continuous phase viscosity plays a very significant role in determining not only the critical shear rate, but thereafter it controls the rate of increase of viscosity and the final level of viscosity. Choi's results[57] suggest this latter fact to be true even when the reduced viscosity is used.

Many workers report that after this higher Newtonian plateau is reached, the viscosity can begin to fall again at even higher shear rates.[8,14,54,82,84]

Reducing the particle size or increasing the maximum phase volume (e.g., by using a wider or bimodal particle size distribution) are the best means of avoiding shear thickening in practical situations.

Because of the limited range of any shear-thickening region, power-law equations relating the viscosity and the shear rate are usually adequate to characterize shear-thickening systems. These equations can be used for scale-up and correlation calculations.

362                                    BARNES

## QUESTIONS STILL TO BE ANSWERED

In our study we have been able, to some extent, to answer the questions we posed originally, however, a number of questions still remain; among them are:

1. If the foregoing explanation, based on a readjustment of the spatial arrangement of particles, is sufficient to explain shear thickening, why has the phenomenon never been seen in emulsions (see for instance Sherman, (Ref. 85) or deformable particles suspensions?[101] Figure 15 illustrates this point; it shows a starch suspension at various stages of cooking, when the particles soften, the shear thickening disappears.

2. What actually happens in extensional flow, and what are the relative contributions of residence time and deformation rate in both kinds of deformation?



Fig. 15. Viscosity of 25% aqueous starch dispersion as function of shear rate, after Christianson and Bagley.[101] The starch granules swell and soften during cooking.

3. What happens in situations where the shear rate is not constant spatially, but can show a continuous variation (e.g., in tube flow) (other than the simple engineering situations outlined above)? (See Refs. 97, 98, 100).

Only further work using very carefully constructed and monitored experiments (preferably using nonrheological structure-probing techniques, e.g., van de Ven's Bragg diffraction technique[102]) on well-characterized suspensions will provide the answer to these and other unanswered questions.

## NOTE ADDED IN PROOF

The reader is also referred to the recently published paper by Laun which confirms and expands some of the conclusions drawn here:

Laun, H. M. *Progress and Trends in Rheology II* (1988) pp. 287–290. Supplement to Rheologica Acta, H. Giesekus, Ed. Proceedings of the 2nd Conference of Europe. Rheologists, Prague, June 17–20, 1986.

## References

1. British Standard BS 5168  1975 (British Standard Institution, Milton Keynes, England).

2. J. Freundlich and J. Juliusberger, *Trans. Faraday Soc.*, **31**, 920 (1935).

3. R. M. N. Layec and C. Wolff, *J. Non-Newtonian Fluid Mech.*, 1(2), 159–73 (1970).

4. T. H. Dougherty, *J. Chem. Educ.*, **25**, 482 (1948).

5. K. Beazley, *Trans. Br. Ceram. Soc.*, 64(11), 531–548 (1965).

6. D. S. Newton and J. A. Cronin, *Br. Plastics*, 436–431, 437 (Oct. 1958).

7. T. C. Patton, *Pain Flow and Pigment Dispersion*, 2nd Ed. John Wiley, New York, 1979, p. 372.

8. G. Butters and G. Roberts, *J. Appl. Polym. Sci.*, **15**, 2357 (1971).

9. European Patent No. 0 043 464 A2 (1982).

10. J. T. Lazor, *Mod. Plast.*, **42**, 149 (1965).

11. W. D. Todd, *Fed. Paint Varnish Prod. Clubs*, **24**, 98 (1952).

12. D. G. Thomas, *Ind. Eng. Chem.*, **55**, 18 (1963).

13. R. G. Green and R. G. Griskey, *Trans. Soc. Rheol.*, 12(1), 13–25 (1968).

14. D. Hadjistamov, *Proc. IXth Intl. Cong. on Rheology, Mexico 1984*, II, B. Mena et al., eds., Universidad Nacional Autonoma de Mexico, p. 277.

15. W. von Schempp et al., *Das Papier*, **28**, VI (1984).

16. R. G. Green and R. G. Griskey, *Trans. Soc. Rheol.*, 12(1), 27–37 (1968).

364                                    BARNES

17. A. B. Metzner and M. Whitlock, *Trans. Soc. Rheol.*, 2, 239–254 (1958).

18. H. Kaltwasser et al., *Acta Polymerica*, 32(10), 601 (1981).

19. C. R. Price and R. W. Hagemeyer, *TAPPI*, 61(5), 47 (1978).

20. G. Sheets, *TAPPI*, 116(3), 28–36 (1943).

21. K. Beazley, in *Rheometry: Industrial Applications*, K. Walters, Ed., Research Studies Press, Chichester, 1980.

22. R. V. Williamson and W. W. Heckert, *Ind. Eng. Chem.*, 23, 667–673 (1931).

23. N. Millman, *TAPPI*, 947(11), 168A (1964).

24. R. J. Farris, *Trans. Soc. Rheol.*, 12, 281 (1968).

25. B. Alince and P. Lepoutre, *TAPPI*, 66, 57–60 (1983).

26. C. R. Price, *Southern Pulp Paper*, 40(7), 13 (1977).

27. C. G. Albert, *TAPPI*, 34(10), 453 (1951).

28. L. Underdal et al., *Plas. Rubber: Mater. Appl.*, 25–29 (Feb. 1979).

29. I. Wagstaff and C. E. Chaffey, *J. Coll. Int. Sci.*, 59(1), 53–62 (1977).

30. E. A. Collins et al., *J. Coll. Int. Sci.*, 71(1), 21 (1979).

31. C. Cawthra et al., *Trans. Plas. Inst. (London)*, 3339 (1965).

32. H. L. Gunnerson and J. P. Gallagher, *Ind. Eng. Chem.*, 51, 854 (1959).

33. G. von Weinhold and K. P. Paul, *Kunstoffe*, 71(7), 436.

34. P. Rangnes and O. Palmgren, *J. Polym. Sci. Part C*, 33, 181–192 (1971).

35. B. Clarke, *Trans. Inst. Chem. Eng.*, 45, 251–256 (1967).

36. H. Freundlich and A. D. Jones, *J. Phys. Chem.*, 40, 1217–1236 (1936).

37. F. K. Daniel, *India Rubber World*, 101, 33 (1940).

38. I. F. Efremov et al., *Colloid J. (USSR)*, 42(5), 728–733 (1980).

39. H. Freundlich and H. L. Roder, *Trans. Faraday Soc.*, 34, 308–316 (1938).

40. W. Galley and I. E. Puddington, *Can. J. Res.*, 218, 179–185 (1943).

41. W. Galley and I. E. Puddington, *Can. J. Res.*, 22, 163 (1944).

42. A. I. Krasheninnikov et al., *Colloid J.*, 35(6), 1083 (1973).

43. H. M. Taylor et al., *Nature*, 207, 77–78 (1965).

44. K. Umeya, *Proc. 5th Inter. Congr. Rheol.*, University of Tokyo Press, Tokyo 1970, S. Onogi, ed., p. 295.

45. J. van Wazer, *Rock Products*, December 104–107 (1953); see also J. van Wazer and E. Besmertnuk, *J. Phys. Colloid Chem.*, 56, 89 (1950).

46. E. J. W. Verwey and J. H. de Boer, *Rec. Trav. Chim.*, 57, 383–389 (1939).

47. J. Pryce-Jones, *J. Sci. Inst.*, 18, 39–48 (1941).

48. K. Umeya and T. Kanno, *J. Rheol.*, 23, 123–140 (1979).

49. K. Umeya and S. Tantifuji, *Rheol. Acta*, 13, 681–688 (1974).

50. K. Umeya, *Proc. U. S. Japan Seminar on Continuum-Mechanical and Statistical Approaches in the Mechanics of Granular Material*, (1978) Gakujutsu Bunken Fukyukai, Tokyo, 1978, pp. 222–240.

51. E. T. Severs and J. M. Austin, *Ind. Eng. Chem.*, 46, 2369 (1954).

52. K. Beazley, *Trans. Br. Ceram. Soc.*, 63(9), 451 (1964); K. Beazley, *Paper Tech. Ind.*, 9(1), 22–25 (1978).

53. A. Eastwood and H. A. Barnes, *Rheol. Acta*, 14, 795–800 (1975).

54. R. L. Hoffman, *Trans. Soc. Rheol.*, 16(1), 155–173 (1972); *J. Coll. Interface Sci.*, 46(3), 491 (1974); *Adv. Coll. Interface Sci.*, 17, 161–184 (1982).

55. H. Schmid-Schonbein et al., *Circ. Res.*, 25, 131 (1969).

56. S. J. Willey and C. W. Macosko, *J. Rheol.*, 5, 525–545 (1978).

57. G. N. M. Choi, Ph.D. thesis, Ann Arbor, MI (1983).

58. T. A. Strivens, *J. Coll. Int. Sci.*, 57(3), 476 (1976).

59. F. Godala-Maria and A. Acrivos, *J. Rheol.*, 24, 799 (1980).

60. S. J. Willey and C. W. Macosko, *J. Rheol.*, 26, 557–564 (1982).

61. R. Patzold, *Rheol. Acta*, 19, 322 (1980).

62. J. S. Chong et al., *J. Appl. Polym. Sci.*, 15, 2007 (1971).

63. J. Pryce-Jones, *Proc. Univ. Durham Phil. Soc.*, 10(6), 427–467 (1948).

64. E. N. daC Andrade, *Viscosity and Plasticity*, Published for Oil and Colour Chem. Assoc. by Heffer, Cambridge, 1947; see also E. N. Andrade and J. W. Fox, *Proc. Phys. Soc. (Lond)*, B62, 483 (1949).

65. J. N. Goodwin, *Colloid and Interface Science*, Volume IV, Academic Press, New York, 1976.

66. R. A. Bagnold, *Proc. Roy. Soc.*, A225, 49–63 (1954).

67. R. A. Bagnold, *Proc. Roy. Soc.*, A295, 219–232 (1966).

68. S. B. Savage and D. J. Jeffrey, *Euromech*, 133, Oxford Univ. (July 1980).

69. D. J. Jeffrey and A. Acrivos, *AIChE. J.*, 22(3), 417 (1976).

70. C. E. Chaffey, *Colloid Polym. Sci.*, 255, 691–698 (1977); see also C. E. Chaffey and I. Wagstaff, *J. Coll. Int. Sci.*, 59(1), 63 (1977).

71. W. B. Russel, *J. Rheol.*, 24, 287 (1980).

72. L. V. Woodcock, *Chem. Phys. Lett.*, 111, 455 (1984).

73. G. Schoukens and J. Mewis, *J. Rheol.*, 22, 381 (1978).

74. S. F. Kurath and W. S. Larson, *TAPPI*, 54(9), 1509 (1971).

75. W. Windle and K. M. Beazley, *TAPPI*, 50(1), 1–7 (1967).

76. B. P. Pandey and D. N. Saraf, *Chem. Eng. J.*, 24, 61–69 (1982).

77. H. Goto and H. Kuno, *J. Rheol.*, 28(3), 197–205 (1984).

78. A. W. Helz, *J. Am. Ceram. Soc.*, 22, 289 (1939).

79. H. de Bruijn and P. G. Meerman, *Proc. Inter. Cong. (Holland)*, Vol. 2, North Holland Interscience, Amsterdam, 1948, p. 160.

80. R. G. Griskey and R. G. Green, *AIChE. J.*, 17(3), 725 (1971).

81. R. W. Hanks and K. W. Hanks, *Proc. 7th Int. Tech. Conf. on Slurry Transportation*, Lake Tahoe USA, March 23–26 1982, B A Sakkestad, Washington DC, Slurry Trans. Assoc. ISBN 0-932066-07-0; also in *Proc. IXth Int. Cong. Rheol. Mexico*, 1984, II, p. 355.

82. L. V. Berezov et al., *Koll. Zhur*, 44(1), 10 (1982).

83. T. Kanno and Umega, *ZAIRYO (Japan)*, 30(330), 303–308 (1981).

84. S. A. Bullivant and T. E. R. Jones, *Rheol. Acta*, 20, 64–77 (1981).

85. P. Sherman, *Emulsion Science*, Academic Press, New York, 1970.

86. S. Chien et al., *Am. J. Physiol.*, 219, 136 (1970).

87. R. Forquet, *Materia Plastiche*, 21, 371 (1955).

88. T. Gillespie, *J. Coll. Int. Sci.*, 22, 554–562 (1966).

89. F. Moore and L.-J. Davies, *Trans. Br. Ceram. Soc.*, 55, 313 (1956).

90. R. J. Morgan, *Trans. Soc. Rheol.*, 12(4), 511–533 (1968).

91. B. P. Shtakman et al., *Colloid J.*, 34, 513 (1972).

92. G. E. Williams et al., *J. Rheol.*, 23(5), 591–616 (1979).

93. D. J. Walbridge and J. A. Waters, *Diss. Faraday Soc.*, 42, 294 (1966).

94. T. H. Hammond, Ph.D. thesis, 1982 Polytechnic of Wales.

95. B. Ackerson et al., *J. Chem. Phys.*, 84(4), 2344 (1986).

96. T. Strivens, *Colloids and Surfaces*, 18, 395–410 (1986).

366                              BARNES

97. M. F. Edwards et al., Proceedings of the Annual Research Meeting the British I. Chem. E., Bradford (1986) p. 97.

98. M. F. Edwards and W.C. McSporran, Proceedings of the British I. Chem. E. Meeting "Emulsion & Colloid Science: The Requirements for Successful Industrial Application," Chester (1983).

99. M. Laun et al., European Patent No. 174566-A, 1986; US Patent No. US4656396-A, 1987.

100. H. A. Barnes et al., *Chem. Eng. Sci.*, **42**, 591–608 (1987).

101. D. D. Christianson and E. B. Bagley, *Cereal Chem.*, **60**, 116 (1983).

102. T. G. M. van de Ven, *Polym. Compo.*, **6**, 209 (1985).

Received April 10, 1987
Accepted July 22, 1988

# EXHIBIT G
# REDACTED

# EXHIBIT H
# REDACTED

# EXHIBIT I
# REDACTED

# EXHIBIT J
# REDACTED

## CERTIFICATE OF SERVICE

I hereby certify that on October 14, 2005, I caused copies of **SUPPLEMENTAL EXPERT REPORT OF PROFESSOR ROBERT G. GILBERT, PHD; SUPPLEMENTAL REPORT OF PROFESSOR NORMAN J. WAGNER, PHD; SUPPLEMENTAL EXPERT REPORT OF CLARENCE A. KING, PHD,** to be served on the following attorneys of record at the address and in the manner indicated:

### FEDERAL EXPRESS:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
POTTER ANDERSON & CORROON, LLP
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001-4413

Thomas L. Creel, P.C.
Marta E. Gross, Esq.
GOODWIN PROCTOR LLP
599 Lexington Avenue
New York, NY 10022

Thomas K. McBride Jr.