## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CIBA SPECIALTY CHEMICALS CORPORATION, )
                )
    Plaintiff,       )
                )
    v.          )  C. A. No. 04-293 (KAJ)
                )
HERCULES INCORPORATED and   )
CYTEC INDUSTRIES, INC.,     )
                )
    Defendants.     )

## SECOND SUPPLEMENTAL REPORT OF ROBERT K. PRUD'HOMME

1.  I, Robert K. Prud'homme, filed an initial Expert Report on July 22, 2005, a Rebuttal Expert Report on August 19, 2005, and a Supplemental Report on September 19, 2005. At my recent October 26, 2005 deposition, Ciba's counsel questioned me about a publication (Plaintiff's Exhibit 288) authored by Dr. Lev Bromberg of MIT, but did not question me about other materials I have considered concerning that publication and my opinions thereon. I am filing this supplemental report to identify some additional materials that I have considered, which in my opinion further support my deposition testimony concerning that publication and my disagreements with conclusions in that publication, and upon which I may rely in connection with the opinions and testimony I may offer at trial in this case. These materials are:

2.  I.N. Topchieva et al., *Free Radical Substitution Reactions in Ethylene Oxide-Propylene Oxide Block Copolymers*, Moscow University Chemistry Bulletin, Vol. 43, No. 4, 95-98 (1990).

3.  J.F. Jackson et al., *Elastic Properties of Crosslinked Poly(vinyl Alcohol) Gels: Network Topology*, Journal of Polymer Science: Part A-2, Vol. 5, 663-670 (1967).

4.    J. Klier et al., *Self-Associating Networks of Poly(methacrylic acid-g-ethylene glycol)*, Macromolecules, Vol. 23, 4944-4949 (1990).

5.    J. Berret et al., *Fluorocarbon Associative Polymers*, Current Opinion in Colloid and Interface Science, Vol. 8, 296-306 (2003).

6.    I reserve the right to supplement my opinions and I may rely on additional documents and testimony in supplementing this report, as necessary, to respond to additional arguments, if any, presented by Ciba.

Date:  October 31, 2005                    _____

                                           Robert K. Prud'homme

705587 / 28118

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on October 31, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

I hereby certify that on October 31, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL  60601-6780

Thomas L. Creel, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY  10022

/s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
Telephone:   (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com