IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HERCULES INCORPORATED and ) <br> CYTEC INDUSTRIES, INC., ) <br> ) <br> Defendants. ) | C. A. No. 04-293 (KAJ) <br><br> **JURY TRIAL DEMANDED** |

**STIPULATION REGARDING EVENTS TAKING PLACE AFTER
OCTOBER 31, 2005 DISCOVERY CUT-OFF**

The parties through their respective counsel hereby stipulate as follows:

1.  Pursuant to the Court's Scheduling Order of December 20, 2004, all discovery in this case must be completed by October 31, 2005.

2.  Counsel for the parties, Ciba Specialty Chemicals Corporation, Hercules Incorporated, and Cytec Industries, Inc., advise the Court that, except for the items listed below, discovery in this case has been completed by the October 31, 2005 date set in the Court's Scheduling Order of December 20, 2004.

3.  The following depositions could not be scheduled by October 31, 2005 and will be taken, with the Court's permission, on the dates indicated:

**November 4, 2005**: Continuation of Rule 30(b)(6) deposition of Ciba relating to documents ordered produced by the Court (approximately 2 hours).

1

**November 9, 2005**:   Deposition of Dr. Daniel Honig, a former Ciba employee residing in Colorado and a named inventor on both patents-in-suit.  Scheduled for this date to accommodate Dr. Honig's schedule.

**November 30, 2005**: Deposition of Mr. Tony Burke, employee of Ciba Water Treatments Limited UK.  Scheduled for this date to accommodate Mr. Burke's schedule.

**To be arranged**:    Deposition of MIT Professor Lev Bromberg, subpoenaed by Ciba.

4.    This Court's Request for Judicial Assistance to the United Kingdom High Court of Justice seeking document discovery from Ciba Specialty Chemicals Water Treatments Limited has been accepted and the requested documents ordered produced by the High Court of Justice on October 24, 2005.  Hercules states that the documents have been ordered to be produced on **November 7, 2005**.

5.    Hercules served (by hand) Interrogatory Nos. 19-50 and Document Request Nos. 116-153 on Ciba on September 30, 2005.  Responses to that discovery are due today, October 31, 2005, and Ciba has requested (and Hercules will agree to grant) an extension until November 4, 2005 on those responses.  Ciba served (by facsimile and mail) Interrogatory Nos. 19 and 20 on Hercules on September 30, 2005.  Responses to that discovery are due November 2, 2005, but in view of Ciba's request for extension on its responses, by agreement and stipulation with Ciba, Hercules will respond to those Interrogatories on Tuesday, November 8, 2005.

6.    There are some outstanding document production issues and there has been recent supplementation of discovery.  The parties reserve the right to seek the assistance of the court in obtaining reasonable follow-up discovery relating to such document production and

supplementation. This order does not preclude the parties from raising such follow-up discovery.

7.  The parties agree that all other dates in the Court's Scheduling Order shall not be affected by this Stipulation and shall remain unchanged. Accordingly, Ciba, Hercules and Cytec consent to entry by the court of this Stipulation.

We hereby stipulate to the entry of the foregoing.

| RICHARDS, LAYTON & FINGER, P.A. | POTTER ANDERSON & CORROON LLP |
|---|---|
| By:  /s/ Steven J. Fineman<br>Frederick L. Cottrell III (#2555)<br>Jeffrey L. Moyer (#3309)<br>Chad M. Shandler (#3796)<br>Steven J. Fineman (#4025)<br>P. O. Box 551<br>One Rodney Square<br>Wilmington, DE  19899-2306<br>(302) 888-6800 | By:  /s/ David E. Moore<br>Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P. O. Box 951<br>Wilmington, DE  19899<br>(302) 984-6000 |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2005.

_____
United States District Judge

705686

3