IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> HERCULES INCORPORATED and ) <br> CYTEC INDUSTRIES, INC., ) <br> ) <br> Defendants. ) | C. A. No. 04-293 (KAJ) |

### NOTICE OF SERVICE

The undersigned, counsel for Defendant Hercules, Inc., hereby certifies that copies of Hercules' Response to Plaintiff Ciba Specialty Chemicals Corporation's Fourth Set of Interrogatories (Nos. 19-20) were caused to be served on November 8, 2005 on the attorneys of record at the following addresses as indicated:

### VIA HAND DELIVERY

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

### VIA FEDERAL EXPRESS

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

Thomas L. Creel, P.C.
Marta E. Gross
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

                                            POTTER ANDERSON & CORROON LLP

OF COUNSEL:

| | |
|---|---|
| Ford F. Farabow, Jr. | By: */s/ David E. Moore* |
| Joann M. Neth |      Richard L. Horwitz (#2246) |
| Eric J. Fues |      David E. Moore (#3983) |
| A. Neal Seth |      Hercules Plaza, 6th Floor |
| FINNEGAN, HENDERSON, FARABOW, |      1313 N. Market Street |
|   GARRETT & DUNNER, L.L.P. |      P.O. Box 951 |
| 901 New York Avenue, NW |      Wilmington, DE 19899-0951 |
| Washington, DC 20001-4413 |      Tel: (302) 984-6000 |
| (202) 408-4000 |      rhorwitz@potteranderson.com |
| |      dmoore@potteranderson.com |

Dated: November 8, 2005                                *Attorneys for Defendant*
706663 / 28118                                                 *Hercules Incorporated*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on November 8, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

I hereby certify that on November 8, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Gordon R. Coons | Thomas L. Creel, P.C. |
| Eley O. Thompson | Goodwin Procter LLP |
| Gregory C. Bays | 599 Lexington Avenue |
| Leydig, Voit & Mayer, Ltd. | New York, NY 10022 |
| Two Prudential Plaza, Suite 4900 | |
| Chicago, IL 60601-6780 | |

/s/ *David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com