IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, ) ) ) | |
| Plaintiff, ) ) ) | C. A. No. 04-293 (KAJ) |
| v. ) ) | |
| HERCULES INCORPORATED and CYTEC INDUSTRIES, INC., ) ) ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Cytec Industries, Inc., hereby certifies that copies of the Supplemental Rule 26 (a)(1) Disclosure of Defendant Cytec Industries, Inc.; and Cytec's Supplemental Response to Plaintiff Ciba Specialty Chemicals Corporation's Interrogatory No. 4 were caused to be served on December 1, 2005 on the attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

**VIA FEDERAL EXPRESS**

| | |
|---|---|
| Gordon R. Coons<br>Eley O. Thompson<br>Gregory C. Bays<br>Leydig, Voit & Mayer, Ltd.<br>Two Prudential Plaza, Suite 4900<br>Chicago, IL  60601-6780 | Ford F. Farabow, Jr.<br>Joann M. Neth<br>Eric J. Fues<br>A. Neal Seth<br>Finnegan, Henderson, Farabow,<br>   Garrett & Dunner, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC  20001-4413 |

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Thomas L. Creel, P.C.
Marta E. Gross
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY  10022
(212) 813-8800

By: /s/  David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE  19899-0951
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

Dated:  December 1, 2005
701058/28118

*Attorneys for Defendant*
*Cytec Industries, Inc.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 1, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

I hereby certify that on December 1, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Ford F. Farabow, Jr.
Joann M. Neth
A. Neal Seth
Eric J. Fues
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

676169