IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS, CORPORATION<br>   Plaintiff,<br><br>HERCULES INC. AND CYTEC INDUSTRIES, INC.,<br>   Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 04-293 (KAJ)<br><br>JURY TRIAL DEMANDED |

### NOTICE OF SERVICE AND FILING OF
### AMENDED NOTICE OF SUBPOENA AD TESTIFICANDUM & DUCES TECUM

**PLEASE TAKE NOTICE** that on December 7, 2005, true and correct copies of the Amended Notice of Subpoena Ad Testificandum & Duces Tecum (a copy of which is attached hereto as Exhibit A) were served upon the below-named counsel of record in the following manner:

**Via Facsimile and Federal Express**
Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, P.O. Box 951
Wilmington, DE  19899

**Via Facsimile and Federal Express:**
Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY  10022

**Via Facsimile and Federal Express:**
Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC  20001-4413

RLF1-2954808-1

|  |  |
|---|---|
|  | /s/ Frederick L. Cottrell, III |
|  | Frederick L. Cottrell, III (#2555) |
|  | cottrell@rlf.com |
|  | Jeffrey L. Moyer (#3309) |
|  | moyer@rlf.com |
|  | Chad M. Shandler (#3796) |
|  | shandler@rlf.com |
|  | Richards, Layton & Finger |
|  | One Rodney Square, P.O. Box 551 |
|  | Wilmington, DE  19899 |
|  | (302) 651-7700 |
| Dated: December 8, 2005 | Attorneys for Plaintiff Ciba Specialty Chemicals Corporation |