IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>HERCULES, INC. and CYTEC INDUSTRIES, INC.,<br><br>Defendants. | )<br>)<br>) C.A. No. 04-293 (KAJ)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF CIBA SPECIALTY CHEMICALS CORPORATION'S MOTION FOR CLAIM CONSTRUCTION OF THE PATENTS-IN-SUIT

Plaintiff Ciba Specialty Chemicals Corporation hereby moves pursuant to *Markman v. Westview Instruments*, 517 U.S. 370 (1996) for an order construing the disputed claim terms found in the patents-in-suit (U.S. Patent Nos. 5,167,766 and 5,171,808) in a form substantially similar to the attached Order. In support of this Motion, Plaintiff incorporates by reference Plaintiff Ciba Specialty Chemicals Corporation's Opening Brief In Support Of Its Motion for Claim Construction of the Patents-In-Suit filed today along with the Declaration of L. Scott Beall. A form of Order is attached hereto.

OF COUNSEL:

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601

Dated: December 30, 2005

/s/ Frederick L. Cottrell III
Frederick L. Cottrell III (#2555)
Cottrell@rlf.com
Jeffrey L. Moyer (# 3309)
Moyer@rlf.com
Chad M. Shandler (#3796)
Shandler@rlf.com
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, Delaware 19899-0551
Attorneys for Plaintiff
(302) 651-7700

RLF1-2964355-1

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2005, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE 19899-0951

I hereby certify that on December 30, 2005, I have Federal Expressed the foregoing document to the following non-registered participants:

Ford F. Farabow, Jr., Esquire
Joann M. Neth, Esquire
A. Neal Seth, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Thomas L. Creel, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

_____
Chad M. Shandler (#3796)