IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) ) ) ) ) ) ) ) ) ) | 
| Plaintiff, | |
| v. | |
| HERCULES, INC. and CYTEC INDUSTRIES, INC., | |
| Defendants. | |

C.A. No. 04-293 (KAJ)

**JURY TRIAL DEMANDED**

**ORDER ON CLAIM CONSTRUCTION
FOR U.S. PATENT NOS. 5,167,766 AND 5,171,808**

The parties came before this Court on March 17, 2006, and presented their arguments regarding their proposed construction of the disputed limitations in the patents-in-suit (U.S. Patent Nos. 5,167,766 and 5,171,808). In light of the materials submitted by each side, the arguments of counsel, and for good cause shown, the Court hereby construes the disputed claim terms as follows:

## For U.S. Patent No. 5,167,766

| Disputed Claim Term | Claim Construction |
|---|---|
| A method of making paper which comprises adding ... from about 0.05 to about 20 lbs/ton ... of ... microbead | A method of making paper in which a specified amount of a microbead, which is described in other parts of the claim, is added to an aqueous paper furnish. Comprises refers to the steps of the method of making paper, which are required by the claim. |
| aqueous paper furnish | An aqueous paper furnish is a slurry of paper-making fibers, fines, etc., which are used in forming paper. |
| an ionic, organic, cross-linked polymeric microbead | The microbead product results from the polymerization of ionic, organic monomer(s), wherein the polymer chains are linked together by crosslinking to constrain |

| | |
|---|---|
| | the size of the microbead. Cross-linked merely indicates that the polymer chains are linked together in use, it does not dictate the specific method by which the link is established, e.g., covalently, hydrophobically, ionically etc |
| the microbead having an unswollen particle diameter of less than about 750 nanometers | This size limitation refers to the unswollen number average particle diameter, which is measured from the aqueous solution droplets in the continuous oil phase after polymerization utilizing quasi-electric light scattering spectroscopy. |

## For U.S. Patent No. 5,171,808

| Disputed Claim Term | Claim Construction |
|---|---|
| A composition comprising | A composition comprising refers to the composition required by the remainder of the claim. |
| cross-linked anionic or amphoteric polymeric microparticles | The microparticle product results from the polymerization of an aqueous solution of at least one water soluble monomer wherein the polymer chains are linked together by crosslinking to constrain the size of the microparticle. |
| microparticles derived solely from the polymerization of an aqueous solution of at least one monomer | The polymer chains of the microparticles are derived from monomer(s), which are water soluble. |
| said microparticles having an unswollen number average particle size diameter of less than about 0.75 micron | This size limitation refers to the unswollen number average particle size diameter, which is measured from the aqueous solution droplets in the continuous oil phase after polymerization utilizing quasi-electric light scattering spectroscopy. |
| a cross-linking agent | Cross-linking agent refers to an agent that links the polymer chains together in use to constrain the size of the microparticle. Cross-linking agent does not dictate the specific method by which the link is established, e.g., covalently, hydrophobically, ionically etc. |
| said microparticles having . . . a cross-linking agent content of about 4 molar parts to about 4000 parts per million, based on the monomeric units present in the polymer | The cross-linking agent is added in an amount of about 4 molar parts to about 4000 parts per million, such ratios being based on the monomeric units present in the polymer. |
| (a) admixing | Admixing refers to mixing, but not in any particular order, materials which may include a monomer(s), |

| | |
|---|---|
| (i) an aqueous solution comprising . . . at least one crosslinking agent . . . ;<br><br>(ii) an oily phase . . . ;<br><br>(iii) an effective amount of surfactant or surfactant mixture, so as to form an inverse emulsion; | crosslinking agent, oil phase, surfactant, etc. as listed in claim. |

The foregoing represents this Court's construction of the disputed claim terms of the patents-in-suit (U.S. Patent Nos. 5,167,766 and 5,171,808). For those claim terms not specifically addressed above, the Court adopts the claim construction offered by the parties in their Joint Claim Construction Chart.

IT IS HEREBY ORDERED this _____ day of _____, 2006 that the Motion is GRANTED.

_____
Honorable Kent A. Jordan, U.S.D.J.