IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>HERCULES, INC. and  )<br>CYTEC INDUSTRIES, INC.,  )<br>)<br>Defendants.  ) | C.A. No. 04-293 (KAJ)<br><br>**JURY TRIAL DEMANDED** |

### ORDER

The Court having considered Plaintiff's Motion for Partial Summary Judgment that the Accused Perform® System Infringes U.S. Patent Nos. 5,167,766 and 5,171,808 and good cause having been shown,

IT IS HEREBY ORDERED this _____ day of _____, 2006 that the Motion is GRANTED.

_____
Honorable Kent A. Jordan, U.S.D.C.J.

RLF1-2964423-1