IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.   ) | C. A. No. 04-293 (KAJ) |
| ) | |
| HERCULES INCORPORATED and ) | |
| CYTEC INDUSTRIES, INC., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT HERCULES' MOTION FOR PARTIAL SUMMARY JUDGMENT HOLDING THAT HERCULES IS NOT PRECLUDED FROM ASSERTING INVALIDITY AND UNENFORCEABILITY OF THE PATENTS IN SUIT BECAUSE OF ALLEGED PRIVITY BETWEEN CYTEC AND HERCULES**

Pursuant to Fed. R. Civ. P. 56, defendant Hercules Incorporated ("Hercules") hereby respectfully moves for partial summary judgment that Hercules is not precluded from asserting invalidity and unenforceability of the patents in-suit because of alleged privity between Cytec Industries, Inc. ("Cytec") And Hercules.

The grounds for this motion are more fully set forth in Hercules' Opening Brief In Support Of Motion For Partial Summary Judgment Holding That Hercules Is Not Precluded From Asserting Invalidity And Unenforceability Of The Patents In Suit Because Of Alleged Privity Between Cytec And Hercules filed herewith.

| | |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| | |
| Ford F. Farabow, Jr. | |
| Joann M. Neth | By:  */s/ David E. Moore* |
| Eric J. Fues | Richard L. Horwitz (#2246) |
| A. Neal Seth | David E. Moore (#3983) |
| FINNEGAN, HENDERSON, FARABOW, | Hercules Plaza, 6th Floor |
|   GARRETT & DUNNER, L.L.P. | 1313 N. Market Street |
| 901 New York Avenue, NW | Wilmington, DE  19899-0951 |
| Washington, DC  20001-4413 | Tel:  (302) 984-6000 |
| (202) 408-4000 | rhorwitz@potteranderson.com |
| | dmoore@potteranderson.com |
| Dated:  December 30, 2005 | |
| | *Attorneys for Defendant Hercules Incorporated* |
| 713165 | |

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HERCULES INCORPORATED and )<br>CYTEC INDUSTRIES, INC., )<br>)<br>Defendants. ) | C. A. No. 04-293 (KAJ) |

### **ORDER**

Upon consideration of Hercules Incorporated's Motion For Partial Summary Judgment That Hercules Is Not Precluded From Asserting Invalidity And Unenforceability Of The Patents In-Suit Because Of Alleged Privity Between Cytec And Hercules:

IT IS HEREBY ORDERED this _____ day of _____, 2006 that the Motion is GRANTED.

_____
United States District Court Judge

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on December 30, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

I hereby certify that on December 30, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Gordon R. Coons | Thomas L. Creel, P.C. |
| Eley O. Thompson | Goodwin Procter LLP |
| Gregory C. Bays | 599 Lexington Avenue |
| Leydig, Voit & Mayer, Ltd. | New York, NY 10022 |
| Two Prudential Plaza, Suite 4900 | |
| Chicago, IL 60601-6780 | |

        */s/ David E. Moore*
        Richard L. Horwitz
        David E. Moore
        Potter Anderson & Corroon LLP
        Hercules Plaza – Sixth Floor
        1313 North Market Street
        Wilmington, DE 19801
        Telephone: (302) 984-6000
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com

672306