**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C. A. No. 04-293 (KAJ) |
| HERCULES INCORPORATED and CYTEC INDUSTRIES, INC., | ) ) ) | |
| Defendants. | ) | |

**DEFENDANT HERCULES' MOTION FOR PARTIAL SUMMARY JUDGMENT**
**LIMITING DAMAGES UNDER 35 U.S.C. § 287(a)**

Pursuant to Fed. R. Civ. P. 56, defendant Hercules Incorporated ("Hercules") hereby respectfully moves for partial summary judgment limiting damages under 35 U.S.C. § 287(a).

The grounds for this motion are more fully set forth in Hercules' Opening Brief In Support Of Motion For Partial Summary Judgment Limiting Damages Under 35 U.S.C. §287(a) filed herewith.

OF COUNSEL:

Ford F. Farabow, Jr.
Joann M. Neth
Eric J. Fues
A. Neal Seth
FINNEGAN, HENDERSON, FARABOW,
 GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Dated: December 30, 2005

713168

POTTER ANDERSON & CORROON LLP

By: */s/ David E. Moore*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*Hercules Incorporated*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C. A. No. 04-293 (KAJ) ) |
| HERCULES INCORPORATED and CYTEC INDUSTRIES, INC., | ) ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Hercules Incorporated's Motion For Partial Summary Judgment Limiting Damages Under 35 U.S.C. §287(a):

IT IS HEREBY ORDERED this _____ day of _____, 2006 that the Motion is GRANTED.

_____
United States District Court Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 30, 2005, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

I hereby certify that on December 30, 2005, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Gordon R. Coons | Thomas L. Creel, P.C. |
| Eley O. Thompson | Goodwin Procter LLP |
| Gregory C. Bays | 599 Lexington Avenue |
| Leydig, Voit & Mayer, Ltd. | New York, NY  10022 |
| Two Prudential Plaza, Suite 4900 | |
| Chicago, IL  60601-6780 | |

                                                */s/ David E. Moore*
                                               Richard L. Horwitz
                                               David E. Moore
                                               Potter Anderson & Corroon LLP
                                               Hercules Plaza – Sixth Floor
                                               1313 North Market Street
                                               Wilmington, DE  19801
                                               Telephone:  (302) 984-6000
                                               rhorwitz@potteranderson.com
                                               dmoore@potteranderson.com

672306