

# Potter
# Anderson
# &Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Associate
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

### VIA E-FILING AND HAND DELIVERY

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:   *Ciba Specialty Chemicals Corporation v. Hercules Incorporated, et al.,*
             *C. A. No.. 04-293(KAJ)*

Dear Dr. Dalleo:

     It has come to our attention that Defendant Hercules Incorporated's Opening Brief in Support of Its Motion for Summary Judgment of Non-Infringement (D.I. 290), which was filed under seal on December 30, 2005, contained the following errors: a formatting error at Figure 1 on page 5; a typographical error in the seventh line of text on page 26; and a typographical error in footnote 7 on page 28. Pursuant to our conversation with Judge Jordan's Case Manager Robert Cruikshank, we have corrected these mistakes on the enclosed replacement pages – pages 5, 6 (included due to change in pagination), 26, and 28.

     Please substitute the enclosed replacement pages for the corresponding pages in the previously filed brief. Thank you for your assistance in this matter.

                                         Respectfully submitted,

                                         David E. Moore

713720
Enclosures (Under Seal)
cc:    Thomas L. Creel (via email w/enclosures)
        Ford F. Farabow (via email w/enclosures)
        Joann M. Neth (via email w/enclosures)
        Chad M. Shandler (via email w/enclosures)
        Eley O. Thompson (via email w/enclosures)