IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 04-293 (KAJ) |
| v. | ) ) ) | **CONFIDENTIAL – FILED UNDER SEAL** |
| HERCULES INCORPORATED and CYTEC INDUSTRIES, INC., | ) ) ) | |
| Defendants. | ) | |

**REPLACEMENT PAGES (NOS. 5, 6, 26, AND 28) TO D.I. 290
HERCULES' OPENING BRIEF IN SUPPORT OF ITS MOTION
FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT**

                          Richard L. Horwitz (#2246)
                          David E. Moore (#3983)
                          POTTER ANDERSON & CORROON LLP
                          Hercules Plaza, 6th Floor
                          1313 N. Market Street
                          P.O. Box 951
                          Wilmington, DE 19899-0951
                          Tel: (302) 984-6000
                          rhorwitz@potteranderson.com
OF COUNSEL:            dmoore@potteranderson.com

Ford F. Farabow, Jr.            *Attorneys for Defendant*
Joann M. Neth                 *Hercules Incorporated*
Eric J. Fues
A. Neal Seth
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Dated: January 5, 2006

# SEALED DOCUMENT