# EXHIBIT J

# United States Patent [19]

## Durand et al.

[11] Patent Number: 4,681,912

[45] Date of Patent: Jul. 21, 1987

[54] PROCESS FOR MANUFACTURING INVERSE MICROLATICES OF WATERSOLUBLE COPOLYMERS, THE RESULTANT INVERSE MICROLATICES AND THEIR USE FOR IMPROVING THE PRODUCTION OF HYDROCARBONS

[75] Inventors: Jean-Pierre Durand, Chatou; Denise Nicolas, Maurepas; Norbert Kohler, Saint Germain en Laye; Francois Dawans, Bougival; Françoise Candau, Strasbourg, all of France

[73] Assignee: Institut Francais du Petrole, Rueil-Malmaison, France

[21] Appl. No.: 742,445

[22] Filed: Jun. 7, 1985

[30] Foreign Application Priority Data

Jun. 7, 1984 [FR] France ............... 84 08906
Jun. 7, 1984 [FR] France ............... 84 08907

[51] Int. Cl.⁴ .............................. C08J 0/00
[52] U.S. Cl. ................... 524/827; 524/829; 524/831
[58] Field of Search .... 524/827, 829, 831

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 28,474 | 7/1974 | Anderson et al. | 523/336 |
| 3,284,393 | 11/1966 | Vanderhoff et al. | 526/207 |
| 3,826,771 | 7/1974 | Anderson et al. | 524/817 |
| 4,021,399 | 5/1977 | Hunter et al. | 524/827 |
| 4,022,731 | 5/1977 | Schmitt | 524/166 |
| 4,070,321 | 1/1978 | Goretta et al. | 524/829 |
| 4,077,930 | 3/1978 | Lim et al. | 524/829 |
| 4,147,681 | 4/1979 | Lim et al. | 524/831 |
| 4,242,247 | 12/1980 | Pellon et al. | 260/29.6 |
| 4,330,450 | 5/1982 | Lipowski et al. | 524/547 |
| 4,435,528 | 3/1984 | Domina | 524/827 |
| 4,464,508 | 8/1984 | Easterly, Jr. | 524/801 |
| 4,521,317 | 6/1985 | Candau et al. | 252/8.55 D |
| 4,524,175 | 6/1985 | Stanley, Jr. | 524/831 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0074661 | 3/1983 | European Pat. Off. | 524/831 |
| 0119078 | 9/1984 | European Pat. Off | 524/831 |
| 2354006 | 5/1975 | Fed. Rep. of Germany . | |
| 0841127 | 7/1960 | United Kingdom | 524/801 |
| 2093464 | 9/1982 | United Kingdom | 524/827 |
| 2118200 | 10/1983 | United Kingdom | 524/827 |
| 2140433 | 11/1984 | United Kingdom | 524/831 |

Primary Examiner—Joseph L. Schofer
Assistant Examiner—J. M. Reddick
Attorney, Agent, or Firm—Millen & White

[57] ABSTRACT

By a new process, inverse microlatices of watersoluble copolymers are prepared by copolymerization within an inverse microemulsion obtained by admixing an aqueous phase containing the hydrosoluble monomers to be copolymerized, an organic phase and a non-ionic surfactant or a mixture of non-ionic surfactants, whose H L B ranges from 8 to 11.

The resultant microlatices can be diluted in water so as to form thickened solutions, which can be used to improve the production of hydrocarbons from oil formations, particularly in enhanced recovery methods or methods for preventing water inflows in producing wells.

13 Claims, 1 Drawing Figure

CIBA 000548

U.S. Patent          Jul. 21, 1987          4,681,912



CIBA 000549

4,681,912

1

### PROCESS FOR MANUFACTURING INVERSE MICROLATICES OF WATERSOLUBLE COPOLYMERS, THE RESULTANT INVERSE MICROLATICES AND THEIR USE FOR IMPROVING THE PRODUCTION OF HYDROCARBONS

The invention relates to a process for manufacturing inverse microlatices by copolymerization, in an inverse microemulsion, of at least two hydrosoluble vinyl monomers, and to the inverse microlatices obtained by this process by "hydro-soluble" is meant "water-soluble" throughout.

It also concerns the use of these inverse microlatices in the preparation of thickened aqueous solutions for improving the production of hydrocarbons.

### BACKGROUND OF THE INVENTION

The energy crisis has led to the development of numerous surveys in order to recover a maximum amount of the oil present in the fields. Among the various considered methods, one of them consists of flooding the oil field by means of an injection of salt water in order to force petroleum out of the pores of the rock where it is adsorbed. However, the difference in mobility between oil and water considerably reduces the efficiency of said method. In order to improve this technique, it is known to thicken the injection water by means of hydrosoluble polymers, such as partially hydrolized polyacrylamides, acrylamide-sodium acrylate copolymers or polysaccharides.

On the other hand, it has been found that aqueous solutions, thickened by means of polymers, injected in wells simultaneously producing water and oil, limit the water production sufficiently without changing the oil production. However, the use of hydrosoluble polymers under actual conditions of use on the field, is often a delicate operation. As a matter of fact, the handling, storing and dissolution of polyacrylamides, as powder, gives rise to certain problems, particularly those due to absorption of moisture causing, formation of agglomerates, whose dissolution is time-consuming.

For this reason, new modes of conditioning hydrosoluble polymers have been proposed, particularly with inverse latices offering as a rule, all the advantages associated with liquids handling. In this connection U.S. Pat. Nos. 3,284,393, 3,624,019, 3,826,771 and 4,022,731, as well as German patent application No. DE-A-2.554.082 and British Pat. No. 2.030.578, are of particular interest.

In the formulations disclosed in these documents, the surfactant is most often selected from non-ionic surfactants having a low H L B (Hydrophilic Lipophilic Balance), providing a water-in-oil emulsion. It consists usually of a sorbitan monooleate or monostearate. On the other hand, it has been stated that certain surfactants of higher H L B are also liable to give water-in-oil emulsions (French Pat. No. 2 245 671).

However, inverse latices obtained according to the prior art methods suffer from different disadvantages, particularly an instability which results in a strong tendency to settle and in the requirement of intense and delicate shearing during their dissolution in aqueous phase, i.e. during their inversion.

More recently, it has been proposed to use inverse microlatices of hydrosoluble polymers of improved stability (French patent application No. 2 524 895),

2

prepared by using anionic or cationic surface-active agents.

### SUMMARY OF THE INVENTION

A new process for preparing stable, transparent inverse microlatices, of hydrosoluble copolymers, using certain proportions of non-ionic surfactants and resulting in increased contents of copolymers, has now been discovered. This is of particular interest in view of the use of these microlatices to form thickened solutions used for improving the production of oil fields.

The microlatices prepared by the process of the invention further have the advantage of being auto-inversable.

The process for manufacturing inverse microlatices according to the invention is generally defined by the following steps of:

(a) preparing a microemulsion (stable and transparent) of the water-in-oil type, by admixing:

(i) an aqueous solution of the acrylic monomers to be copolymerized with

(ii) an oily phase, comprising at least one hydrocarbon liquid,

(iii) in the presence of at least one non-ionic surfactant whose H L B value ranges from 8 to 11 (when using a mixture of surfactants, the resultant H L B is considered).

(b) subjecting the obtained inverse microemulsion of step (a) to polymerization conditions up to complete polymerization and production of a stable, transparent, inverse microlatex of high molecular weight (the term transparent also meaning translucent).

It will be recalled that an emulsion is a diphasic, turbid, unstable medium. Under stirring, particles, dispersed either in water or in oil, are observed which have a wide size distribution about an average value of the order of a micron. When polymerizing an emulsion, the polymer is dispersed in the large emulsion drops (diameter of about 1 to 10 microns) as well as in the small emulsifier micelles (diameter of about 5 to 10 nm).

A microemulsion is also formed of two liquids insoluble in each other and a surfactant, but, in contrast with the emulsion, the mere mixture of the constituents gives, without any agitation, a transparent or translucent thermodynamically stable medium.

In the formulations of inverse microemulsions leading to the microlatices of the invention, the aqueous phase contains at least two hydrosoluble acrylic monomers: on the one hand, acrylamide and/or methacrylamide and, on the other hand, at least another acrylic monomer selected from acrylic acid, methacrylic acid and alkali salts of these acids. In the mixture of acrylic monomers, the second acrylic monomer content may range from 15 to 60% by weight and preferably from 20 to 45% by weight.

In order to obtain an inverse microemulsion, it is generally necessary to use particular conditions whose main parameters are as follows: surfactant concentration, H L B of the surfactant or of the surfactant mixture, temperature, nature of the organic phase and composition of the aqueous phase.

The monomers content of the aqueous phase is generally 20–80% and usually 30–70% by weight.

Generally the pH of the monomers aqueous solution ranges from 8 to 13 and advantageously from 9 to 11.

The selection of the organic phase has a substantial effect on the minimum surfactant concentration necessary to obtain the inverse microemulsion. This organic

CIBA 000550

4,681,912

**3**

phase may consist of a hydrocarbon or a hydrocarbons mixture. Isoparaffinic hydrocarbons or mixtures thereof are the best suitable in order to obtain inexpensive formulations (lower content of surfactants) of inverse microemulsions.

The ratio by weight of the amounts of aqueous phase and hydrocarbon phase is chosen as high as possible, so as to obtain, after copolymerization, a microlatex of high copolymer content. Practically, this ratio may range, for example, from 0.5 to 3/1; usually it is close to 2/1.

The one or more surfactants are selected in view to obtain a H L B value ranging from 8 to 11. As a matter of fact, outside this range, the inverse microemulsions either cannot be obtained, or require a considerable amount of surfactants, incompatible with an economical process. In addition, in the so-defined H L B range, the surfactant content must be sufficient to obtain an inverse microemulsion. Too low concentrations of surfactants lead to inverse emulsions similar to those of the prior art and form no part of this invention.

Within the H L B range, the surfactant concentration, in proportion to all of the constituents of the microemulsion is preferably higher than a value y (in % by weight) approximately defined by the following empirically determined equation:

$$y = 5.8\ x^2 - 110x + 534$$

wherein x is the H L B value of the surfactant or surfactant mixture.

## BRIEF DESCRIPTION OF THE DRAWING

The accompanying drawing shows a curve representing the surfactant concentration versus the H L B value. On this figure, the preferred domain of the invention has been hachured.

With respect to the upper limit of the surfactant concentration, it is desirable, for economical reasons, to limit said concentration to 25% by weight of all the constituents of the inverse microemulsion.

When preparing the inverse microemulsion, the temperature of the mixture must be carefully controlled, in view of the sensitivity to temperature of the inverse microemulsions in the presence of non-ionic surfactants. This temperature influence is increased as the surfactant concentration is closer to the minimum content required for obtaining an inverse microemulsion.

In order to reduce the required surfactant content, and to limit to a minimum the temperature influence on the stability of the inverse microemulsions, the latter will be, as much as possible, prepared at a temperature as close as possible to that selected for the copolymerization.

The hydrosoluble acrylic monomers present in the above-described inverse microemulsion are polymerized photochemically or thermally: the method consists of photochemically initiating the copolymerization, for example by ultraviolet radiation or thermally by means of a free radical generator, either hydrophobic, such as, for example, azobisisobutyronitrile, or hydrophilic, such, for example, as potassium persulfate.

The copolymerization is performed very quickly, for example in a few minutes, in a photochemical way, quantitatively, and leads to the formation of stable and transparent microlatices whose particles radius is of the order of 20-40 nanometers with a narrow distribution range.

**4**

The size of the particles dispersed in the inverse microlatices according to the invention may be determined by means of the quasi-elastic light scattering. The optical source on the light scattering apparatus consists of a Spectra Physics argon-ion laser operating at 488 nm. The time dependant correlation function of the scattered intensity is derived by using a digital correlator with 72 channels. The intensity correlation data have been treated by using the method of cumulants, giving the average decay rate $<\Gamma^{-1}>$ of the correlation function and the variance V. The latter measures the amplitude of the distribution of the decay rate and its value is given by the formula:

$$V = (<\Gamma>^2 <\Gamma^2>)/<\Gamma>^2$$

wherein $<\Gamma^2>$ is the second moment of the distribution.

For copolymer solutions of low polydispersity, the variance V, as a first approximation, is related to the polydispersity index Mw/Mn (weight average molecular weight/number average molecular weight) by the relationship:

$$Mw/Mn = 1 + 4\ V$$

The molecular weight of the obtained copolymers depends to a large extent on the copolymerization temperature. Temperatures lower or equal to about 30° C. are always preferred when very high molecular weights are desired, as for inverse microlatices destined to be used in Enhanced Oil Recovery.

The process of the invention provides stable and transparent inverse microlatices of high hydrosoluble copolymer content (20 to 35% by weight). The inverse microlatices, prepared in the presence of non-ionic surfactants, have a remarkable stability to temperature in contrast with the inverse microemulsions from which they are prepared.

Inverse microlatices obtained by the process of the invention, can be used in many applications, particularly in the techniques of oil production: Hydrocarbons Enhanced Recovery, ground consolidation, manufacture of drilling muds, prevention of water inflows during the bringing in production of oil wells, and as completion or fracturation fluids.

Generally, the Enhanced Oil Recovery methods with the use of polymer aqueous solutions consist of injecting said solutions in the field through at least one injection well, to circulate it through the formation and recover the displaced hydrocarbons through at least one producing well.

The methods using inverse microlatices of the invention for Enhanced Recovery are not substantially different from those above-described for the water-in-oil emulsions. The inverse microlatices considered in this invention are auto-inversable and it is not necessary generally to add an additional surfactant to favor the inversion, as in certain above-described methods. These microlatices are used, for example after dilution in water, in a proportion of 50 to 5000 ppm, preferably 100 to 2000 ppm by weight of copolymer with respect to the resultant aqueous phase. Tests conducted in laboratory have shown the efficiency of the inverse microlatices used.

The method for preventing water inflows in producing wells, consists of injecting into the producing well, in the part of the field to be treated, an aqueous solution

CIBA 000551

4,681,912

5

of polymer, prepared according to the invention by inverse microlatex dissolution in water. The polymer is adsorbed to a large extent on the walls of the formation surrounding the well where it is injected. When said well is then brought again in production, the oil and/or the gas selectively traverse the treated zone whereas the water passage is reduced.

In addition to these applications, the hydrosoluble polymers, prepared as a microemulsion, may be used as:

coagulants for separating solids suspended in liquids

floatation and draining adjuvants in the manufacture of paper pulp; or

flocculants in water treatment

The inverse microlatices obtained by the process of the invention may also be used in assembling of glass fibers, in the leather industry or in the field of paints.

### EXAMPLES

The following examples illustrate the invention, but must not be considered as limiting in any way the scope thereof. Examples I, 10 and 14 to 17 are given by way of comparison and form no part of the invention.

### EXAMPLE 1 (comparative)

77,8 g of SOLTROL 220 (inorganic paraffinic oil having an distillation point of 244° C. and a final point of 287° C.), 25 g of a mixture of 21.4 g of polyoxyethylene sorbitol hexaoleate (ATLAS G 1086) and 3.6 g of sorbitan sesquioleate (ARLACEL 83) whose H L B (hydrophilic lipophilic balance) is 9.25, are admixed under stirring. 61.3 g of acrylamide and 20.7 g of glacial acrylic acid are dissolved in a mixture of 42.2 g of distilled water with 23.0 g of a 50% by weight sodium hydroxide solution and this solution is added to the oil/surfactant mixture. The amount of surfactants corresponds to 10% by weight of all the constituents. After one hour of purging with nitrogen at room temperature, the resultant emulsion (turbid and unstable) is heated to 40° C. and 6.5 10$^{-4}$ mole of t-butyl peroxypivalate per mole of monomer are added thereto, the temperature being maintained between 40° and 50° C. for about 1 hour.

The so-obtained latex is turbid and decantation takes place during storage.

### EXAMPLE 2

When example 1 is repeated, but with the use of 63.5 g of surfactants mixture, which corresponds to 22% by weight of all the constituents, the resultant mixture, in contrast to example 1, is limpid and monophasic (microemulsion) and remains as such after copolymerization. By precipitation in acetone and successive washings with acetone and methanol, an acrylamine-sodium acrylate copolymer is obtained. Its viscosity in aqueous solution (400 ppm of copolymer and 5000 ppm of NaCl), measured at 30° C., is 1.30 mm$^2$/s.

### EXAMPLE 3

Example 1 is repeated but as the organic solvent an isoparaffinic cut (ISOPAR M) having an initial distillation point of 207° C. and a final point of 254° C. is used and a mixture of surfactants (36.6 g) corresponding to 14% of the weight of all the constituents is used. The resultant mixture is limpid and monophasic.

After copolymerization, a monophasic mixture (microlatex) containing 35.3% by weight of acrylamide-sodium acrylate copolymer is obtained. An aqueous solution containing 400 ppm of said copolymer and

6

5000 ppm of NaCl, measured at 30° C. has a viscosity of 1.4 mm$^2$/s.

### EXAMPLE 4

255 g of ISOPAR M and 90 g of a mixture of surfactants consisting of 12.6 g of sorbitan sesquioleate and 77.4 g of polyoxyethylene sorbitol hexaoleate (resultant H L B: 9.3) are added to an aqueous solution containing 38.25 g of acrylic acid and 89.25 g of acrylamide neutralized with sodium hydroxide to a pH close to 10. This amount corresponds to 15% by weight of all the constituents. 0.21 g of azobisisobutyronitrile is added to the resultant monophasic mixture which is degased for 1 hour and heated for 2 hours at 60° C., giving a stable and transparent microlatex whose particle radius, determined by quasi-elastic light scattering, is about 25nm, with a variance of 3%.

By precipitation in acetone and successive washings with acetone and methanol, an acrylamide-sodium acrylate copolymer is obtained (with a total conversion) whose viscosity, determined at 30° C. in a 400 ppm copolymer and 5000 ppm NaCl aqueous solution, is 1.5 mm$^2$/s.

### EXAMPLE 5

Example 4 is repeated, except that azobisisobutylonitrile is omitted and the copolymerization is conducted under U.V. radiation for 5 minutes, the temperature being maintained at 20° C. With a total conversion, an acrylamide-sodium acrylate copolymer is obtained whose viscosity, measured at 30° C. in a 400 ppm copolymer and 5000 ppm NaCl aqueous solution, is 3.15 mm$^2$/s. On the other hand, the intrinsic viscosity of said copolymer, dissolved in water containing 20 g/1 of NaCl, has been found equal to 3250 cc/g on the basis of measurements effected with a LS 30 viscosimeter of CONTRAVES Company and extrapolated to zero concentration and shear rate.

### EXAMPLE 6

In the conditions of example 4 for carrying out the inverse microemulsion, the proportions of each of the two surfactants are varied and the minimum amount of surfactants for obtaining, after copolymerization, a stable and transparent inverse microlatex, is determined in each case.

The results are reported in the following table:

TABLE I

| HLB | Minimum surfactant concentration to obtain a stable and transparent inverse microlatex (% by weight) |
|---|---|
| 8.5 | 18 |
| 9 | 14 |
| 9.5 | 12 |
| 10.2 | 16 |

### EXAMPLE 7

200 g of ISOPAR M and 92 g of the surfactant mixture of example 5 are added to 400 g of an aqueous solution containing 60 g of acrylic acid, 140 g of acrylamide and the sodium hydroxide amount required to attain a pH close to 10. This amount corresponds to 13.3% by weight of all the constituents. The copolymerization, conducted under the same conditions as described in example 5, provides a stable and transparent microlatex whose particles radius, determined by

CIBA 000552

4,681,912

7

quasi-elastic light scattering, is about 40 nm, with a variance of 5%. This inverse microlatex contains 31.6% by weight of an acrylamidesodium acrylate copolymer containing 35.9% by weight of sodium acrylate.

The intrinsic viscosity of said polymer is 3520 cc/g (solution at 20 g/l of NaCl).

### EXAMPLE 8

200 g of ISOPAR M and 106 g of the mixture of surfactants of example 4 are added to 400 g of an aqueous solution containing 40 g of acrylic acid, 160 g of acrylamide and the sodium hydroxide amount required to attain a pH of 9. This amount corresponds to 15% by weight of all the constituents. The copolymerization, conducted in the same conditions as in example 5, gives a monophasic mixture containing 30.1% by weight of acrylamidesodium acrylate copolymer containing 24.6% by weight of sodium acrylate.

The viscosity of an aqueous solution containing 400 ppm of said copolymer, determined at 30° C. in the presence of 5 g/l of NaCl, is 2.7 mm$^2$/s.

### EXAMPLE 9

When, in example 8, ISOPAR M is replaced with trimethyl-pentane, everything else being unchanged, an inverse microlatex of similar characteristics as in example 8 is obtained.

### EXAMPLE 10 (comparative)

When, in example 8, the isoparaffinic solvent (ISO-PAR M) is replaced with an aromatic solvent (toluene), everything else being unchanged, it is impossible to obtain an inverse microemulsion, even with the addition of high amounts of surfactants (31% by weight).

### EXAMPLE 11

200 g of ISOPAR M and 115 g of a mixture of surfactants containing 11% by weight of sorbitan trioleate (Montane 85) and 89% by weight of ethoxylated sorbitan trioleate (Montanox 85) are added to 400 g of an aqueous solution containing 60 g of acrylic acid and 140 g of acrylamide, whose pH has been brought to 10 by addition of sodium hydroxide. The H L B of the surfactants mixture is 10 and the surfactant amount corresponds to 16% by weight of all the constituents.

The copolymerization, conducted in the same conditions as described in example 5, gives a monophasic mixture containing 30.5% by weight of an acrylamide-sodium acrylate copolymer containing 35.9% by weight of sodium acrylate.

The intrinsic viscosity of said polymer is 3200 cc/g (in aqueous solution at 20 g/l of NaCl).

### EXAMPLE 12

200 g of ISOPAR M and 115 g of the mixture of surfactants of example 11 are added to 400 g of an aqueous solution containing 170 g of acrylamide and 30 g of acrylic acid, whose pH has been brought to 9 by addition of sodium hydroxide. This amount corresponds to 16% by weight of all the constituents.

The copolymerization, achieved in the same conditions as in example 5, gives a monophasic mixture containing 29.3% by weight of an acrylamide-sodium acrylate copolymer containing 18.7% by weight of sodium acrylate.

8

### EXAMPLE 13

200 g of ISOPAR M and 100 g of polyoxyethylene sorbitol oleate (ATLAS G 1087; H L B=9.2) are added to 400 g of an aqueous solution containing 50 g of acrylic acid and 150 g of acrylamide, whose pH has been brought to 10 by addition of sodium hydroxide. This amount corresponds to 14.3% by weight of all the constituents.

The copolymerization so-obtained copolymerization of the inverse microemulsion, conducted in the conditions described in example 5, gives a stable and transparent inverse microlatex containing 30.7% by weight of an acrylamide-sodium acrylate copolymer containing 30.3% by weight of sodium acrylate.

### EXAMPLE 14 (comparative)

When example 7 is repeated, except that the proportions of the two surfactants are modified so as to obtain the resultant H L B of 7.6, it is not possible to obtain, under these conditions, any inverse microemulsion, even when adding high amounts of surfactants (more than 31% by weight).

### EXAMPLE 15 (comparative)

When, in example 7, the mixture of surfactants is replaced with ethoxynonylphenol containing 8 ethylene oxide recurrent units per molecule and having a H L B of 12.3, everything else being unchanged, it is not possible to obtain in these conditions, any inverse microemulsion, even when adding high surfactant amounts (more than 35% by weight).

### EXAMPLE 16 to 22

255 g of ISOPAR M and a variable amount of a mixture of surfactants having a H L B value of 9.3, already used in certain of the preceding examples (14% by weight of sorbitan sesquioleate and 86% by weight of polyethoxylated sorbitol hexaoleate are added to 255 g of an aqueous solution containing 44 g of acrylic acid and 82 g of acrylamide, neutralized with sodium hydroxide up to a pH close to 10. The amount of surfactant mixture is reported in table II hereinafter. The resultant mixture is degased and then heated at 45° C. for 45 minutes in order to copolymerize the monomers.

There is thus obtained a series of inverse latices whose final copolymer concentration is about 22 to 25% by weight with respect to all the constituents. The proportion of sodium acrylate in the copolymers is 42% by weight. Table II hereinafter reports, for the final latices, the values of optical transmission measured by turbidimetry, the hydrodynamic radii $R_H$ of the particles, determined by the quasi-elastic diffusion of light and an evaluation of the stability of said latices.

TABLE II

| Examples | Surfactant concentration (% by weight) | Optical transmission (%) | $R_H$ (nm) | Stability |
|---|---|---|---|---|
| 16* | 8.2 | 1.1 | >89 | Sedimentation |
| 17* | 11.0 | 1.2 | >60 | after a few hours |
| 18 | 13.4 | 82 | 37 | Stable |
| 19 | 15.5 | 82 | 35 | even |
| 20 | 18.0 | 85 | 27.5 | after |
| 21 | 20.2 | 88 | 25 | several |
| 22 | 21.1 | 91 | 24 | months |

*comparative examples

CIBA 000553

4,681,912

9

From this table, it appears that microlatices obtained in examples 18 to 22 are stable and have a high optical transmission and a small particle radius, in contrast with the results obtained in examples 16 and 17.

The values of surfactants or surfactant mixtures concentrations, taking into account the corresponding H L B values, were used to draw a curve shown in the accompanying FIGURE, indicating the approximative limit between a zone wherein no stable inverse microlatex is obtained and a zone wherein stable inverse microlatices can be obtained. On this FIGURE, the preferred domain of the invention has been hachured.

## EXAMPLES 23 to 25

100 g of ISOPAR M and 53 g of the same surfactant mixture as in the preceding examples (H L B=9.3) are added to 200 g of an aqueous solution containing 30 g of acrylic acid and 70 g of acrylamide, neutralized with sodium hydroxide up to a pH close to 9.

The obtained monophasic mixture, to which is added 0.15 g of azobisisobutyronitrile, is degased and maintained for 5 hours at a temperature differing according to the considered example. A stable and transparent inverse microlatex is always obtained and the copolymerization is complete.

By precipitation in acetone and successive washings with acetone and methanol, acrylamide-sodium acrylate copolymers are separated and their viscosity determined, at 30° C., in aqueous solutions containing 1000 ppm of copolymer and 5000 ppm of sodium chloride. The viscosity values are different according to the copolymerization temperature:

| | | |
|---|---|---|
| Example 23 | T'=60° C. | Viscosity: 2.4 mm²/s |
| Example 24 | T'=40° C. | Viscosity: 4.9 mm²/s |
| Example 25 | T'=25° C. | Viscosity: 7.4 mm²/s |

## EXAMPLE 26

### Test of injectivity of porous medium

A porous medium is prepared by packing, in a glass cylinder, sand from ENTRAIGUES EN 38, of granulometry ranging from 28 to 50 $\mu$m1. The characteristics of the so-obtained porous medium are as follows: L=60 mm, $\Phi$=20 mm, $V_p$=8.6 cc, k=2.04 D, $\phi$=45% (k=permeability $\nu$to water expressed in Darcy ; $\phi$=porosity)

A solution of acrylamide-sodium acrylate copolymer (1000 ppm) is prepared by dispersing the inverse microlatex obtained in example 7 in a field brine of total salt content close to 3 g/l. The rheological curve of said copolymer solution, as determined by means of LS 30 viscosimeter, makes apparent the presence of a plateau in the values of relative viscosity versus shear rate (relative viscosity at zero shear rate: $\eta R_o$=20, at 30° C.).

The polymer solution is then injected at constant rate (q=1.5 cc/h by means of a piston pump of perfuser type; the pressure losses are measured at the terminals of the porous medium for the polymer solution and expressed in proportion to the values initially obtained with the field brine. Thus, a mobility ratio is defined which, in the experimental conditions, becomes stabilized at a value of 21.6. It is further observed that the stabilization of the mobility decrease corresponds to an equalization of the polymer concentrations, determined by viscosimetry, between the input and the output of the core. The comparison of the mobility decrease val-

10

ues with the plateau viscosity on the one hand, and the absence of polymer losses between the input and the output of the porous medium on the other hand, shows that for the selected porous medium, the injectivity of the microlatex dispersion is satisfactory. Particularly, no indication of clogging was observed.

When injecting field brine after the polymer solution, a value of the permeability reduction of 2.36 is obtained, which characterizes the presence of an adsorbed polymer layer on the walls of the porous medium. This behavior is characteristic of an acrylamide-sodium acrylate copolymer of high molecular weight.

On the other hand, the fact that the permeability to water is permanently reduced makes it possible to contemplate the use of the inverse microlatices of the invention in the prevention of water inflows in producing wells, as illustrated in the following example.

## EXAMPLE 27

A porous medium (L=20 cm; $\Phi$=5 cm) is prepared by coring a Vosges sandstone containing about 10% of clay. The permeabilities of this Vosges sandstone to sea water (total salt content =37 g/l and to the field water (total salt content =8 g/l) are respectively 0.478 D and 0.467 D. The porosity is 18%.

From the microlatex of example 13, a solution is separately prepared which contains 500 ppm of active copolymer in sea water and in field water. The relative viscosities obtained in the Newtonian zone of said microlatex dispersed in both water types are respectively $\eta R_o$=5.1 (field water) and $\eta R_o$=3.1 (sea water), the ratio of the two viscosities being equal to 1.65.

In conformity with the teaching of the French Pat. No. 2 325 797 (corresponding to U.S. Pat. No. 4,095,651) issued to the name of the applicant and concerning the prevention of water inflows in producing wells, the microlatex solution (Cp=500 ppm) is injected at constant rate q=3 cm³/h ( $\gamma$=2.1 sec⁻¹) in sea water (t=30° C.). After injection of about 5 Pv (Pv=pores volume) of said microlatex solution, the polymer injection is discontinued and sea water is injected by the inlet face of the core in view to determine, on the one hand, the decrease of permeability $R_k$ to sea water before and after the polymer introduction and, on the other hand, to deduce therefrom a thickness of the adsorbed layer, calculated by the formula

$$\delta = R_p \left( 1 - \frac{1}{\sqrt[4]{R_k}} \right)$$

wherein $R_p$ designating the average pore radius is equal to

$$\sqrt{\frac{8k}{\gamma}}$$

The obtained values are as follows: $R_k$=1.80, $\delta$=0.62 $\mu$m.

Through the outlet face of the core, field water is injected in opposite direction, thus simulating the water production in the producing well. New values of the permeability reduction and of the thickness of the adsorbed layer are thus respectively obtained: $R_k$=2.92, $\delta$=0.90 micron. The ratio of the respective thicknesses of adsorbed layers respectively with the field water and

CIBA 000554

4,681,912

11

the sea water is 1.61, value which is very close to 1.65, representing the ratio of the plateau viscosities in said two waters. This indicates that the introduction of the copolymer took place in such conditions that the thickness of the adsorbed layer varied in the same ratio as the viscosities. Accordingly, the production of soft water from the field is decreased, thereby decreasing the production water/oil ratio (WOR).

What is claimed as the invention is:

1. A process for producing a stable inverse microlatex comprising the steps of:

(a) admixing:

an aqueous solution containing at least one acrylic monomer (i) selected from acrylamide and methacrylamide and at least another acrylic monomer (ii) selected from acrylic acid, methacrylic acid and alkali salts of said acids, at a concentration from 20 to 80% by weight in said aqueous solution;

an oily phase comprising at least one hydrocarbon liquid, the ratio by weight between said aqueous solution and said oily phase being from 0.5/1 to 3/1, and

a non-ionic surfactant or a non-ionic surfactant mixture having a H L B from 8 to 11, in a proportion, with respect to all the involved constituents, higher than about a value y, given, in percent by weight, by the relationship:

$$y = 5.8 \, X^2 - 110 \, X + 534$$

wherein X is the H L B of said surfactant or said surfactant mixture, so as to form an inverse microemulsion, and

(b) subjecting the inverse microemulsion obtained in step (a) to copolymerization conditions.

12

2. A process according to claim 1, wherein said acrylic monomer (ii) is sodium acrylate.

3. A process according to claim 1, wherein said acrylic monomer (ii) amounts to 15–60% by weight of the acrylic monomer mixture.

4. A process according to claim 3, wherein said acrylic monomer (ii) amounts to 20–45% by weight of the acrylic monomer mixture.

5. A process according to claim 1, wherein, in step (a), the pH of said aqueous solution is from 8 to 13.

6. A process according to claim 1, wherein, in step (a), the oily phase comprises at least one isoparaffinic hydrocarbon.

7. A process according to claim 1, wherein, in step (a), the ratio by weight between the monomers aqueous solution and the oily phase is about 2/1.

8. A process according to claim 1, wherein, in step (a), the proportion of surfactant or surfactant mixture is at most 25% by weight of all the constituents of said inverse microemulsion.

9. A process according to claim 1, wherein, in step (b), the polymerization is conducted by heating in the presence of a radical reactions initiator.

10. A process according to claim 1, wherein, in step (b) the polymerization is initiated by radiation.

11. An inverse microlatex obtained by the process according to claim 1 having a copolymer content from 20 to 35% by weight.

12. In a method for preparing a thickened aqueous solution, comprising diluting in water an inverse microlatex in such a proportion that the resultant aqueous solution has a copolymer concentration from 50 to 5000 ppm by weight the improvement wherein the inverse microlatex is one of claim 11.

13. A thickened aqueous solution, obtained by the method of claim 12.

*  *  *  *  *

CIBA 000555

# EXHIBIT K

4/3/79    XR    4,147,686

# United States Patent [19]

**Makhlouf et al.**

[11] **4,147,688**

[45] **Apr. 3, 1979**

[54] **METHOD OF PREPARING DISPERSIONS OF GELLED POLYMERIC MICROPARTICLES AND PRODUCTS PRODUCED THEREBY**

[75] Inventors: **Joseph M. Makhlouf, Mars; Samuel Porter, Jr., Tarentum, both of Pa.**

[73] Assignee: **PPG Industries, Inc., Pittsburgh, Pa.**

[21] Appl. No.: **805,679**

[22] Filed: **Jun. 13, 1977**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 559,949, Mar. 19, 1975, abandoned.

[51] Int. Cl.$^2$ .................................................. C08K 5/01
[52] U.S. Cl. ..................... 260/33.6 EP; 260/33.6 UA; 526/273; 526/279; 528/392
[58] Field of Search ............... 260/33.6 EP, 33.6 UA, 260/836, 859 R

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,317,635 | 5/1967 | Osmond et al. | 260/836 |
| 3,538,185 | 11/1970 | Davis et al. | 260/836 |
| 3,652,472 | 3/1972 | Clarke et al. | 260/33.6 UA |
| 3,666,710 | 5/1972 | Makhlouf et al. | 260/33.6 UA |
| 3,686,111 | 8/1972 | Makhlouf et al. | 260/33.6 UA |
| 3,702,836 | 11/1972 | Walbridge | 260/836 |
| 3,715,412 | 2/1973 | Nakahara et al. | 260/836 |
| 3,880,796 | 4/1975 | Christenson et al. | 260/33.6 UA |
| 3,888,945 | 6/1975 | Arndt et al. | 260/836 |
| 3,966,667 | 6/1976 | Sullivan et al. | 260/33.6 UA |

#### FOREIGN PATENT DOCUMENTS

967051 8/1964 United Kingdom.

*Primary Examiner*—Harry Wong, Jr.
*Attorney, Agent, or Firm*—George D. Morris

[57] **ABSTRACT**

Dispersions containing crosslinked acrylic polymer microparticles having a particle size of from 0.1 to 10 microns are produced in relatively high concentrations by a method comprising the free radical addition copolymerization of at least one monoethylenically unsaturated monomer with alpha, beta-ethylenically unsaturated monocarboxylic acid and crosslinking monomer selected from the group consisting of (1) epoxy group-containing compound and (2) a mixture of alkylenimine and organoalkoxysilane in the presence of a dispersion stabilizer and an aliphatic hydrocarbon dispersing liquid in which the crosslinked polymer particles are insoluble.

The crosslinked acrylic polymer microparticles are useful as additives to protective and decorative coatings.

**24 Claims, No Drawings**

4,147,688

1

## METHOD OF PREPARING DISPERSIONS OF GELLED POLYMERIC MICROPARTICLES AND PRODUCTS PRODUCED THEREBY

### CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation-in-part of application Ser. No. 559,949, filed Mar. 19, 1975, now abandoned.

### BACKGROUND OF THE INVENTION

Methods of preparing crosslinked acrylic polymer microparticles commonly referred to as microgel particles are known in the art. One such method is disclosed in commonly-assigned copending application Ser. No. 296,700, filed Oct. 11, 1972, now U.S. Pat. No. 3,880,796, in the name of Roger M. Christenson et al. In this method, a non-aqueous polymer dispersion is prepared by polymerizing an ethylenically unsaturated monomer containing hydroxyl groups in the presence of (1) a dispersing liquid which is a solvent for the monomer but in which the resultant polymer is insoluble and (2) a dispersion stabilizer. The resultant non-aqueous polymer dispersion produced by this method consists of a major proportion of uncrosslinked acrylic polymer particles and a minor proportion (e.g., 10 percent by weight or less) of crosslinked acrylic polymer particles (i.e., microgel particles). Accordingly, in this method, it is necessary to separate the microgel particles from the uncrosslinked polymer particles. This is accomplished by the addition to the dispersion of an active solvent for the uncrosslinked polymer particles, thereby converting the dispersion to essentially a solution, but for the presence of the insoluble microgel particles. The microgel particles are then separated from the bulk of the polymer by conventional means such as centrifuging, filtering, and the like.

The above process, while advantageous in some respects, has several serious disadvantages. Thus, as will be apparent, the microgel particles are an incidental by-product of the non-aqueous dispersion process and therefore the yield is relatively low (e.g., 5 to 10 percent by weight or less). Moreover, because of this factor, it is necessary to separate the microgel particles from a dispersion which contains a major proportion of uncrosslinked acrylic polymer particles by dissolving the uncrosslinked polymer particles with an active solvent.

Still another method for producing microgel particles is disclosed in British Pat. No. 967,051 to Bullitt et al, dated Aug. 19, 1964. In this method, microgel particles are prepared by forming an aqueous emulsion of monoethylenic unsaturated monomer and a crosslinking monomer containing at least two ethylenic double bonds, heating the emulsion to a temperature of about 40° to 100° C. until the reaction is substantially complete to yield a microgel and during the reaction adding an agent to inhibit the formation of high molecular weight substantially uncrosslinked material. The inhibiting agent as disclosed in Bullitt et al can be an active solvent for the monomers or a chain transfer agent. This method has several disadvantages. Thus, the method utilizes conventional emulsion polymerization techniques requiring careful control of the process to prevent settling and the like. Further, the use of crosslinking monomers containing at least 2 ethylenic double bonds (e.g., divinyl and diacrylate monomers) has been found to lead to flocculation problems in relatively high

2

solids level (i.e., 40 percent by weight or higher) microgel particle dispersions. Finally, this method requires the additional step of adding a water-immiscible solvent or chain transfer agent to the reaction mixture.

### BRIEF SUMMARY OF THE INVENTION

The method of the present invention overcomes essentially all of the disadvantages of the prior art. Thus, the present invention provides a method of producing crosslinked acrylic polymer microparticles in relatively high concentrations (i.e., solids levels of 20 to 60 percent by weight) by a process which comprises the free radical addition copolymerization of alpha, beta-ethylenically unsaturated monocarboxylic acid, at least one other copolymerizable monoethylenically unsaturated monomer and crosslinking monomer selected from the group consisting of (1) epoxy group-containing compound and (2) a mixture of alkylenimine and organoalkoxysilane in the presence of a polymeric dispersion stabilizer and dispersing liquid in which the cross-linked acrylic polymer particles are insoluble. The reaction is carried out at elevated temperatures such that the dispersion polymer first forms and then is crosslinked; usually the temperature should be between about 50° C. and 150° C.

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

Examples of alpha, beta-ethylenically unsaturated monocarboxylic acid which may be used are acrylic acid, methacrylic acid, ethacrylic acid, alpha-chloroacrylic acid, crotonic acid isocrotonic acid, tiglic acid and angelic acid. The preferred alpha, beta-ethylenically unsaturated monocarboxylic acids are acrylic acid and methacrylic acid. Methacrylic acid is especially preferred. The amount of alpha, beta-ethylenically unsaturated monocarboxylic acid employed in the process of the invention is usually in the range of from about 0.5 percent to about 15 percent by weight of the monomers used in the copolymerization process.

Various other monoethylenically unsaturated monomers may be copolymerized with the acid monomer in the process of this invention. Although essentially any copolymerizable monoethylenic monomer may be utilized, depending upon the properties desired, the preferred monoethylenically-unsaturated monomers are the alkyl esters of acrylic or methacrylic acid, particularly those having from about 1 to about 4 atoms in the alkyl group. Illustrative of such compounds are the alkyl acrylates, such as methyl acrylate, ethyl acrylate, propyl acrylate, and butyl acrylate and the alkyl methacrylates, such as methyl methacrylate, ethyl methacrylate, propyl methacrylate and butyl methacrylate. Other ethylenically unsaturated monomers which may advantageously be employed include, for example, the vinyl aromatic hydrocarbons, such as styrene, alpha-methyl styrene, vinyl toluene, unsaturated esters of organic and inorganic acids, such as vinyl acetate, vinyl chloride and the like, and the unsaturated nitriles, such as acrylonitrile, methacrylonitrile, ethacrylonitrile, and the like. From about 70 percent to about 99 percent by weight of such monoethylenically unsaturated monomers, based on the weight of monomer solids can be utilized.

As indicated above, the crosslinking monomer employed in the process of the invention is selected from the group consisting of (1) epoxy group-containing compound and (2) a mixture of alkylenimine and organoalkoxysilane.

CIBA 019981

4,147,688

<table>
<tr><td>3</td><td>4</td></tr>
</table>

A particularly preferred class of epoxy group-containing compounds which may be utilized in the practice of the invention are monoepoxide compounds which additionally contain ethylenic unsaturation. Illustrative of such preferred compounds are, for example, glycidyl acrylate and glycidyl methacrylate.

Various alkylenimines can be utilized in the practice of the invention including substituted alkylenimines. The preferred class of such amines are those of the formula:



where $R_1$, $R_2$, $R_3$, $R_4$ and $R_5$ are each hydrogen; alkyl, such as methyl, ethyl, propyl, or the like, having, for example, up to about 20 carbon atoms; aryl, such as phenyl or the like; aralkyl, such as tolyl, xylyl or the like; or aralkyl, such as benzyl, phenethyl or the like. $R_6$ in the above formula is hydrogen or a lower alkyl radical usually having not more than about 6 carbon atoms, and n is an integer from 0 to 1.

It is intended that the groups designated by the above formula include substituted radicals of the classes indicated where the substituent groups do not adversely affect the basic nature of the imine in the reaction. Such substituents can include the groups such as cyano, halo, amino, hydroxy, alkoxy, carbalkoxy and nitrile. The substituted groups may thus be cyanoalkyl, haloalkyl, aminoalkyl, hydroxyalkyl, alkoxyalkyl, carbalkoxyalkyl, and similar substituted derivatives of aryl, alkaryl and aralkyl groups where present.

A number of specific examples of alkylenimines within the class described are as follows:

Ethylenimine (aziridine)
1,2-propylenimine (2-methyl aziridine)
1,3-propylenimine (azetidine)
1,2-dodecylenimine (2-decyl aziridine)
1,1-dimethyl ethylenimine (2,2-dimethyl aziridine)
Phenyl ethylenimine (2-phenyl aziridine)
Benzyl ethylenimine (2-phenylmethyl aziridine)
Hydroxyethyl ethylenimine (2-(2-hydroxyethyl)aziridine)
Aminoethyl ethylenimine (2-(2-aminoethyl)aziridine)
2-methyl propylenimine (2-methyl azetidine)
3-chloropropyl ethylenimine (2-(3-chloropropyl)aziridine)
Methoxyethyl ethylenimine (2-(2-methoxyethyl)aziridine)
Dodecyl aziridinyl formate (dodecyl 1-aziridinyl carboxylate)
N-ethyl ethylenimine (1-ethyl aziridine)
N-(2-aminoethyl)ethylenimine (1-(2-aminoethyl)aziridine)
N-(phenethyl)ethylenimine (1-(2-phenylethyl)aziridine)
N-(2-hydroxyethyl)ethylenimine (1-(2-hydroxyethyl)aziridine)
N-(cyanoethyl)ethylenimine (1-cyanoethyl aziridine)
N-phenyl ethylenimine (1-phenyl aziridine)
N-(p-chlorophenyl)ethylenimine (1-(4-chlorophenyl)aziridine)

Because of their availability and because they have been found to be among the most effective, the preferred imines are hydroxyalkyl-substituted alkylenimines, such as N-hydroxyethyl ethylenimine and N-hydroxyethyl propylenimine.

Organoalkoxysilane monomers which may advantageously be employed in the practice of this invention are the acrylatoalkoxysilanes, methacrylatoalkoxysilanes and the vinylalkoxysilanes. Illustrative of such compounds are acryloxypropyltrimethoxysilane, gamma-methacryloxypropyltrimethoxysilane, gamma-methacryloxypropyltriethoxysilane, gamma-methacryloxypropyl-tris(2-methoxyethoxy)silane, vinyltrimethoxysilane, vinyltriethoxysilane, vinyl-tris(2-methoxyethoxy)silane and the like. Of these organoalkoxysilanes, gamma-methacryloxypropyltrimethoxysilane is especially preferred.

The proportion of such crosslinking monomer employed in the process of the invention may range from 0.5 percent to 15 percent by weight of the monomers used in the copolymerization process. When the crosslinking monomer is a mixture of alkylenimine and organoalkoxysilane, the mole ratio of the alkylenimine to the alpha, beta-ethylenically unsaturated monocarboxylic acid used to prepare the polymer is generally in the range of from 0.5:1 to 1.5:1 and the mole ratio of the organoalkoxysilane to the alpha, beta-ethylenically unsaturated monocarboxylic acid used to prepare the polymer is generally in the range of from 1.5:1 to 3.5:1.

The monoethylenically-unsaturated monomer, acid monomer and cross-linking monomer are polymerized in a dispersing liquid which solubilizes the monomers but in which the resulting polymers are essentially not soluble and form dispersed polymer particles. The dispersing liquid is generally a hydrocarbon medium consisting essentially of liquid aliphatic hydrocarbons. A pure aliphatic hydrocarbon or a mixture of two or more may be employed. To the extent that any particular polymer produced is mostly insoluble in the hydrocarbon medium resulting, the essentially aliphatic hydrocarbon may be modified by the incorporation of other solvent materials such as aromatic or naphthenic hydrocarbons, and in certain instances, the amount of such non-aliphatic component may attain as high as 49 percent by weight of the entire dispersing liquid. However, the dispersing liquid preferably consists essentially of aliphatic hydrocarbons and, in general, the compositions of the present invention contain less than 25 percent by weight based on the weight of the dispersing liquid of an aromatic hydrocarbon and often none at all at this stage.

It is essential that the hydrocarbon be of liquid character, but it may have a wide boiling range from a minimum of about 30° C. (in which case high pressures may be needed in the polymerization) to a maximum which may be as high as 300° C. For most purposes, the boiling point should be from about 50° C. up to about 235° C.

Examples of dispersing liquids useful herein are pentane, hexane, heptane, octane, mixtures of the same, and the like.

Ordinarily, the polymerizable composition of monomers and dispersing liquid should contain from about 30 to about 80 percent by weight of the dispersing liquid. It is understood, however, that the monomeric solution need contain only that amount of dispersing liquid necessary to solubilize the monomers and maintain the resulting polymers in a dispersed state after polymerization

CIBA 019982

4,147,688

5

The monomers are polymerized in the presence of a dispersion stabilizer. The dispersion stabilizer employed in producing the microparticles of the invention is a compound, usually polymeric, which contains at least two segments of which one segment is solvated by the dispersing liquid and a second segment is of different polarity than the first segment and is relatively insoluble (compared to the first segment) in the dispersing liquid. Although such compounds have been used in the past to prepare dispersions of polymer, in those instances it has been considered necessary that the polymer produced be ungelled, film-forming and soluble in certain solvents.

Included among such dispersion stabilizers are polyacrylates and polymethacrylates, such as poly(lauryl)-methacrylate and poly(2-ethylhexyl acrylate); diene polymers and copolymers such as polybutadiene and degraded rubbers; aminoplast resins, particularly highly naphtha-tolerant compounds such as melamine-formaldehyde resins etherified with higher alcohols (e.g., alcohols having 4 to 12 carbon atoms), for example, butanol, hexanol, 2-ethylhexanol, etc., and other aminoplasts of similar characteristics such as certain resins based on urea, benzoguanamine, and the like; and various copolymers designed to have the desired characteristics, for example, polyethylenevinyl acetate copolymers.

The presently preferred dispersion stabilizers used in this invention are graft copolymers comprising two types of polymer components of which one segment is solvated by the aliphatic hydrocarbon solvent and is usually not associated with polymerized particles of the polymerizable ethylenically unsaturated monomer and the second type is an anchor polymer of different polarity from the first type and being relatively non-solvatable by the aliphatic hydrocarbon solvent and capable of anchoring with the polymerized particles of the ethylenically unsaturated monomer, said anchor polymer containing pendant groups capable of copolymerizing with ethylenically unsaturated monomers.

The preferred dispersion stabilizers are comprised of two segments. The first segment (A) comprises the reaction product of (1) a long-chain hydrocarbon molecule which is solvatable by the dispersing liquid and contains a terminal reactive group and (2) an ethylenically unsaturated compound which is copolymerizable with the ethylenically unsaturated monomer to be polymerized and which contains a functional group capable of reacting with the terminal reactive groups of the long-chain hydrocarbon molecule (1).

Generally, the solvatable segment (A) is a monofunctional polymeric material of molecular weight of about 300 to about 3,000. These polymers may be made, for example, by condensation reactions producing a polyester or polyether. The most convenient monomers to use are hydroxy acids or lactones which form hydroxy acid polymers. For example, a hydroxy fatty acid such as 12-hydroxystearic acid may be polymerized to form a non-polar component solvatable by such non-polar organic liquids as aliphatic and aromatic hydrocarbons. The polyhydroxy stearic acid may then be reacted with a compound which is copolymerizable with the acrylic monomer to be polymerized, such as glycidyl acrylate or glycidyl methacrylate. The glycidyl groups would react with the carboxyl group of the polyhydroxy stearic acid and the polymer segment (A) would be formed.

Somewhat more complex, but still useful, polyesters may be made by reacting diacids with diols. For exam-

6

ple, 1,12-dodecanediol may be reacted with sebacic acid or its diacid chloride to form a component solvatable by aliphatic hydrocarbons.

The preferred polymeric segment (A) of the dispersion stabilizer is formed by reacting poly-(12-hydroxystearic acid) with glycidyl methacrylate.

The second polymeric segment (B) of the dispersion stabilizer is of polarity different from the first segment (A) and, as such, is relatively non-solvated by the dispersing liquid and is associated with or capable of anchoring onto the acrylic polymeric particles formed by the polymerization and contains a pendant group which is copolymerizable with the acrylic monomer. This anchor segment (B) provides around the polymerized particles a layer of the stabilizer. The solvated polymer segment (A) which extends outwardly from the surface of the particles provides a solvated barrier which sterically stabilizes the polymerized particles in dispersed form.

The anchor segment (B) may comprise copolymers of (1) compounds which are readily associated with the acrylic monomer to be polymerized such as acrylic or methacrylic esters, such as methyl acrylate, methyl methacrylate, ethyl acrylate, ethyl methacrylate, butyl acrylate, butyl methacrylate, 2-ethylhexyl acrylate, octyl methacrylate and the like, with (2) compounds which contain groups copolymerizable with the acrylic monomer to be polymerized and which contain groups which are reactive with the polymeric segment (A), such as glycidyl-containing acrylates and methacrylates, such as glycidyl acrylate and glycidyl methacrylate. These copolymers are further reacted with polymerizable ethylenically-unsaturated acids, such as acrylic acid, methacrylic acid, 3-butenoic acid, crotonic acid, itaconic acid, and others mentioned previously which contain pendant groups which are copolymerizable with the acrylic monomer.

The preferred polymeric segment (B) is a terpolymer of methyl methacrylate, glycidyl methacrylate, and methacrylic acid.

The segments (A) and (B) are usually combined entities, the segment (A) being attached to the backbone of the graft copolymer and the segment (B) being carried in or on the backbone.

The monomer solution containing the stabilizer preferably contains from about 1 to about 25 percent by weight of the stabilizer. That is, the amount of dispersion stabilizer used is in the range of from about 1 to about 25 percent by weight based on the weight of monomers and dispersion stabilizer used in the copolymerization process.

The polymerization may be carried out in a conventional manner, utilizing heat and/or catalysts and varying solvents and techniques. Generally, a free radical catalyst such as cumene hydroperoxide, benzoyl peroxide or similar peroxygen compound, or an azo compound such as azobis(isobutyronitrile) is employed.

The resultant non-aqueous acrylic dispersion consists essentially of microgel particles (i.e., crosslinked acrylic polymer particles) dispersed therein. These particles have particle sizes ranging from 0.1 to 10 microns. Depending upon the original concentration of monomer solids, non-aqueous dispersions consisting essentially of the microgel particles can be produced by the process at relatively high concentrations. The term "relatively high concentration" as employed herein refers to the solids level of the non-aqueous dispersion. Thus, the process of this invention permits the production of non-

CIBA 019983

4,147,688

7

aqueous dispersions of microgel particles having solids contents of from 20 to 60 percent by weight or even higher.

The following examples are submitted for the purpose of further illustrating the nature of the present invention and should not be interpreted as a limitation on the scope thereof. All parts and percentages in the examples as well as throughout the specification are by weight unless otherwise indicated.

EXAMPLE I

To a 5-liter flask equipped with an up-and-over condenser, agitator, thermometer, and heating mantle was charged 1900 grams of Napoleum 30 (a medium boiling naphtha from Kerr-McGee Company), 950 grams of hexane, and 950 grams of heptane. The mixture was heated to reflux (about 85° C.) and then 200 grams of methyl methacrylate, 34 grams of a dispersion stabilizer solution and 14.3 grams of azobis(isobutyronitrile) were added. The dispersion stabilizer solution used contained 50.3 percent solids (viz., dispersion stabilizer) and the dispersion stabilizer was a polymer prepared by interpolymerizing 45.4 percent methyl methacrylate, 4.2 percent glycidyl methacrylate, 0.9 percent methacrylic acid, and 49.5 percent of a reaction product of 89.2 percent poly-12-hydroxystearic acid and 10.8 percent glycidyl methacrylate. The solvent of the dispersion stabilizer solution comprised 52.1 percent butyl acetate, 40.0 percent VM&P naphtha and 7.9 percent toluene. After this addition was complete, reflux was continued for about 20 minutes and then over a 3-hour period was added 4060 grams methyl methacrylate, 226 grams of gamma-methacryloxypropyltrimethoxysilane, 595 grams of the above dispersion stabilizer solution, 34.0 grams of methacrylic acid, 34.0 grams of 2-hydrox-yethyl ethylenimine, 18.0 grams of azobis(isobutyronitrile) and 18 grams of p-octyl mercaptan. After this addition, reflux was continued for another 1.5 hours and the mixture was then cooled and filtered.

The resultant polymeric dispersion consisting essentially of crosslinked acrylic polymer particles (i.e., microgel particles) had a total solids content determined at 150° C. of 54.5 percent by weight.

EXAMPLE II

To a 5-liter flask equipped with an up and over condenser, agitator, thermometer and heating mantle were charged 1250 grams of heptane, 540 grams of Isopar H (a mixed aliphatic hydrocarbon having an initial boiling point of 350° F. with a dry point of 371° F. with 90 percent distilling between 353°–357° F., available from Humble Oil and Refining Company), 50 grams of methyl methacrylate, 10 grams of the dispersion stabilizer solution of Example I and 4 grams of azobis-(isobutyronitrile). The mixture was heated to reflux (about 103° C.) and held for about 30 minutes. Then over a period of about 3 hours were added 1288 grams of methyl methacrylate. 70 grams of glycidyl methacrylate, 42 grams of methacrylic acid, 4.2 grams of Armeen DMCD (dimethyl cocoamine, available from Armour Chemical Company), 200 grams of the dispersion stabilizer solution of Example I, 14 grams of octyl mercaptan and 5.6 grams of azobis(isobutyronitrile). After this addition was completed, reflux was continued for an additional 30 minutes and then an additional 2.8 grams of azobis(isobutyronitrile) were added. Reflux was then continued for another one hour and the mixture was then cooled and filtered.

8

The resultant polymeric dispersion consisting essentially of crosslinked acrylic polymer particles (i.e., microgel particles) had a total solids content determined at 150° C. of 44.9 percent by weight.

According to the provisions of the Patent Statutes, there is described above the invention and what are now considered to be its best embodiments. However, within the scope of the appended claims, it is to be understood that the invention can be practiced otherwise than as specifically described.

We claim:

1. A dispersion containing from 20 to 60 percent by weight crosslinked acrylic polymer microparticles having a particle size of from 0.1 to 10 microns, said dispersion being formed by free radical addition copolymerization of from 0.5 to 15 percent of alpha, beta-ethylenically unsaturated monocarboxylic acid, from 70 to 66 percent of at least one other copolymerizable monoethylenically unsaturated monomer and from 0.5 to 15 percent of crosslinking monomer selected from the group consisting of (1) epoxy group-containing compound and (2) a mixture of alkylenimine and organoalkoxysilane, wherein:

   a. said epoxy group-containing compound is mono-epoxide compound which additionally contains ethylenic unsaturation,

   b. said organoalkoxysilane is selected from the group consisting of acryloatoalkoxysilane, methacrylatoalkoxysilane and vinylalkoxysilane, and

   c. said monomer percentages are based on the weight of monomers used in the copolymerization process,

in the presence of hydrocarbon dispersing liquid which is a solvent for the polymerizable monomers but a non-solvent for the resultant polymer, and polymeric dispersion stabilizer containing at least two segments of which one segment is solvated by said dispersing liquid and a second segment is of different polarity than said first segment and is relatively insoluble in said dispersing liquid, wherein the reaction is carried out at elevated temperature such that the dispersion polymer first forms and then is crosslinked.

2. The dispersion of claim 1 wherein said polymeric dispersion stabilizer is a graft copolymer containing two polymeric segments of which one segment is solvated by said dispersing liquid and the second segment is an anchor polymer of different polarity to said first segment and is relatively non-solvatable by said dispersing liquid and wherein said polymeric dispersion stabilizer contains pendant groups which have been addition copolymerized with the ethylenically unsaturated monomers in the copolymerization process.

3. The dispersion of claim 2 wherein said polymeric dispersion stabilizer is formed by graft copolymerizing the reaction product of glycidyl methacrylate and poly-(12-hydroxystearic acid), with methyl methacrylate and glycidyl methacrylate and the resulting copolymer product containing pendant epoxy groups is reacted with methacrylic acid.

4. The dispersion of claim 1 wherein said alpha, beta-ethylenically unsaturated monocarboxylic acid is methacrylic acid, said other copolymerizable monoethylenically unsaturated monomer is methyl methacrylate and said cross-linking monomer is glycidyl methacrylate.

5. The dispersion of claim 1 wherein said alpha, beta-ethylenically unsaturated monocarboxylic acid is methacrylic acid, said other copolymerizable monoethylenically unsaturated monomer is methyl methacrylate and said cross-linking monomer is a mixture of hydroxy-

CIBA 019984

526-273    AU 144    EX

CCC38    XR    4,147,688

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO.  : 4,147,688

DATED       : April 3, 1979

INVENTOR(S) : Joseph M. Makhlouf and Samuel Porter, Jr.

It is certified that error appears in the above—identified patent and that said Letters Patent are hereby corrected as shown below:

Column 8, line 17, "66" should be --99--.

Column 9, line 16, "sad" should be --said--.

Signed and Sealed this

Sixteenth    Day of    October 1979

[SEAL]

*Attest:*

**RUTH C. MASON**
*Attesting Officer*

**LUTRELLE F. PARKER**
*Acting Commissioner of Patents and Trademarks*

CIBA 019985

9

4,147,688

10

ethyl ethylenimine and gamma-methacryloxypropyltrimethoxysilane.

6. The dispersion of claim 1 wherein said alpha, beta-ethylenically unsaturated monocarboxylic acid is acrylic acid or methacrylic acid.

7. The dispersion of claim 1 wherein said other copolymerizable monoethylenically unsaturated monomer is an alkyl acrylate or alkyl methacrylate.

8. The dispersion of claim 1 wherein said other copolymerizable monoethylenically unsaturated monomer is methyl methacrylate.

9. The dispersion of claim 1 wherein said crosslinking monomer is a monoepoxide compound which additionally contains ethylenic unsaturation.

10. The dispersion of claim 9 wherein sad monoepoxide compound which additionally contains ethylenic unsaturation is glycidyl methacrylate.

11. The dispersion of claim 1 wherein said crosslinking monomer is a mixture of alkylenimine and organoalkoxysilane selected from the group consisting of acrylatoalkoxysilane, methacrylatoalkoxysilane and vinylalkoxysilane.

12. The dispersion of claim 11 wherein said alkylenimine is hydroxyethyl ethylenimine and said organoalkoxysilane is gamma-methacryloxypropyltrimethoxysilane.

13. A method of producing a dispersion containing from 20 to 60 percent by weight crosslinked acrylic polymer microparticles having a particle size of from 0 1 to 10 microns, said method comprising free radical addition copolymerizing from 0.5 to 15 percent of alpha, beta-ethylenically unsaturated monocarboxylic acid, from 70 to 99 percent of at least one other copolymerizable monoethylenically unsaturated monomer and from 0.5 to 15 percent of crosslinking monomer selected from the group consisting of (1) epoxy group-containing compound and (2) a mixture of alkylenimine and organoalkoxysilane, wherein:

a. said epoxy group-containing compound is monoepoxide compound which additionally contains ethylenic unsaturation,

b. said organoalkoxysilane is selected from the group consisting of acrylatoalkoxysilane, methacrylatoalkoxysilane and vinylalkoxysilane, and

c. said monomer percentages are based on the weight of monomers used in the copolymerization process,

in the presence of hydrocarbon dispersing liquid which is a solvent for the polymerizable monomers but a nonsolvent for the resultant polymer, and polymeric dispersion stabilizer containing at least two segments of which one segment is solvated by said dispersing liquid and a second segment is of different polarity than said first segment and is relatively insoluble in said dispersing liquid, wherein the reaction is carried out at elevated temperature such that the dispersion polymer forms and then is crosslinked.

14. The method of claim 13 wherein said alpha, beta-ethylenically unsaturated monocarboxylic acid is acrylic acid or methacrylic acid.

15. The method of claim 13 wherein said other copolymerizable monoethylenically unsaturated monomer is an alkyl acrylate or alkyl methacrylate.

16. The method of claim 13 wherein said other copolymerizable monoethylenically unsaturated monomer is methyl methacrylate.

17. The method of claim 13 wherein said crosslinking monomer is a monoepoxide compound which additionally contains ethylenic unsaturation.

18. The method of claim 17 wherein said monoepoxide compound which additionally contains ethylenic unsaturation is glycidyl methacrylate.

19. The method of claim 13 wherein said crosslinking monomer is a mixture of alkylenimine and organoalkoxysilane selected from the group consisting of acrylatoalkoxysilane, methacrylatoalkoxysilane and vinylalkoxysilane.

20. The method of claim 19 wherein said alkylenimine is hydroxyethyl ethylenimine and said organoalkoxysilane is gamma-methacryloxypropyltrimethoxysilane.

21. The method of claim 13 wherein said polymeric dispersion stabilizer is a graft copolymer containing two polymeric segments of which one segment is solvated by said dispersing liquid and the second segment is an anchor polymer of different polarity to said first segment and is relatively non-solvatable by said dispersing liquid and wherein said polymeric dispersion stabilizer contains pendant groups which are addition copolymerized with the ethylenically unsaturated monomers in the copolymerization process.

22. The method of claim 21 wherein said polymeric dispersion stabilizer is formed by graft copolymerizing the reaction product of glycidyl methacrylate and poly-(12-hydroxystearic acid), with methyl methacrylate and glycidyl methacrylate and the resulting copolymer product containing pendant epoxy groups is reacted with methacrylic acid.

23. The method of claim 13 wherein said other copolymerizable monoethylenically unsaturated monomer is methyl methacrylate, said alpha, beta-ethylenically unsaturated monocarboxylic acid is methacrylic acid, and said crosslinking monomer is a mixture of gamma-methacryloxypropyltrimethoxysilane and hydroxyethyl ethylenimine.

24. The method of claim 13 wherein said other copolymerizable monoethylenically unsaturated monomer is methyl methacrylate, said alpha, beta-ethylenically unsaturated monocarboxylic acid is methacrylic acid and said crosslinking monomer is glycidyl methacrylate.

*  *  *  *  *

CIBA 019986

# EXHIBIT L

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT M

# United States Patent [19]

## Probst et al.

[11] Patent Number: 4,659,431

[45] Date of Patent: Apr. 21, 1987

[54] CATIONIC SIZING AGENT FOR PAPER, AND A PROCESS FOR ITS PREPARATION

[75] Inventors: Joachim Probst, Leverkusen; Ulrich Beck, Bornheim; Heinz Bäumgen, Leverkusen, all of Fed. Rep. of Germany

[73] Assignee: Bayer Aktiengesellschaft, Leverkusen, Fed. Rep. of Germany

[21] Appl. No.: 691,991

[22] Filed: Jan. 16, 1985

[30] Foreign Application Priority Data

Jan. 18, 1984 [DE] Fed. Rep. of Germany ...... 3401573

[51] Int. Cl.⁴ ............................................ D21H 3/38
[52] U.S. Cl. ............................... 162/168.2; 162/158; 162/169; 524/538; 524/829
[58] Field of Search ............... 162/164.6, 168.1, 168.3, 162/168.2, 169, 168.7, 158; 524/538, 829, 460

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,152,201 | 5/1979 | Killiam | 162/168.2 |
| 4,200,562 | 4/1980 | Yoshioka et al. | 162/168.7 |
| 4,434,269 | 2/1984 | Probst . | |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3103917 | 8/1982 | Fed. Rep. of Germany | 162/164.6 |

*Primary Examiner*—Peter Chin

*Attorney, Agent, or Firm*—Sprung Horn Kramer & Woods

[57] ABSTRACT

New, highly effective cationic sizing agents for paper have been provided. They can be obtained by a method in which a water-soluble cationic chemically pure terpolymer compound consisting of

(a) 7–40% by weight of N,N-dimethylaminoethyl acrylate and/or methacrylate,
(b) 40–80% by weight of styrene and
(c) 4–40% by weight of acrylonitrile

is dissolved in an aqueous medium, the sum of the components (a) to (c) always being 100% by weight and at least 10% of the N,N-dimethylamino groups of the terpolymer being quaternized and the remainder being protonated, and, in the presence of 10 to 70% by weight, relative to the monomer mixture below, of this emulsifier,

(d) 0 to 90% by weight of acrylonitrile and/or methacrylonitrile,
(e) 5 to 95% by weight of styrene and
(f) 5 to 95% by weight of acrylates and/or methacrylates having 1 to 12 C atoms in the alcohol radical,

the sum of the components (d) to (f) always being 100% by weight, are emulsified, and the emulsion thus obtained is subjected to free radical-initiated emulsion polymerization at temperatures from 20° to 150° C.

8 Claims, No Drawings

CIBA 000218

4,659,431

1

## CATIONIC SIZING AGENT FOR PAPER, AND A PROCESS FOR ITS PREPARATION

The present invention relates to aqueous colloidal paper sizing agents based on copolymers of acrylonitrile and/or methacrylonitrile, styrene and acrylates or methacrylates, which are polymerised in the presence of, as emulsifiers, chemically pure, quaternised terpolymers of N,N-dimethylaminoethyl(meth)acrylate, styrene and acrylonitrile.

It has been disclosed (see German Offenlegungsschrift No. 1,621,688) that cationic paper sizing agents can be prepared by mixing an aqueous solution of a polycation, present in salt form and based on maleic anhydride and other comonomers, with an aqueous emulsion homopolymer or emulsion copolymer. However, the mixtures prepared in this manner are in general unstable and tend to deposit sediment which are troublesome in the manufacture of paper, since this can, inter alia, result in inhomogeneous sizing of the paper.

German Offenlegungsschrift No. 2,814,527 describes the preparation of a sizing agent for paper, which has been prepared in the presence of a polymeric cationic emulsifier which is quaternised with an epihalohydrin and consists of an N,N-dimethylaminoalkyl(meth)acrylate and substituted or unsubstituted styrene, if appropriate with the addition of an auxiliary emulsifier of the formula

$$R-O-(CH_2-CH_2-O)_n SO_3^\ominus M^\oplus \qquad (I)$$

wherein

R denotes a higher aliphatic or cycloaliphatic hydrocarbon radical,

$M^\ominus$ denotes a monovalent metal cation or ammonium and

n denotes an integer $\geqq 2$.

In the presence of these polymeric emulsifiers, hydrophobic monomers, such as styrene, styrene derivatives, acrylates and/or methacrylates are polymerised in an aqueous medium. In a preferred embodiment, a mixture of 23.5% by weight of dimethylaminoethyl methacrylate and 76.5% of styrene in isopropanol is polymerised. Thereafter, the mixture is acidified with acetic acid, and the product is dissolved in water and then quaternised with epichlorohydrin at a temperature of 80° to 85° C. The emulsifiable polycation prepared in this manner is then employed for the aqueous emulsion polymerisation of a mixture of styrene and 2-ethylhexyl acrylate (weight ratio 3:1), the weight ratio of the emulsifier to the monomer mixture being 1:2. A compound (I) in which M=NH₄ is employed as an anionic auxiliary dispersant, and aqueous hydrogen peroxide is employed as an initiator. The polymers thus obtained constitute dispersions which are optically cloudy but nevertheless relatively stable. However, if it is desired to reduce the content of basic monomers in the polymeric cationic emulsifier component to 20% by weight or less, the dispersions very rapidly become more coarse-particled and more unstable, and tend to precipitate polymer. The polymer precipitates produced generally result in a substantial deterioration in the sizing effect and lead to breakdowns in the course of operations during paper production.

European Patent Specification No. 0,058,313 describes stable colloidal solutions which are generally translucent and in which acrylonitrile or methacrylonitrile is polymerised with acrylates or methacrylates in

2

the presence of special polymeric cationic emulsifiers in an aqueous system. These emulsifiers are quaternisation products of terpolymers which are chemically very pure, consist of N,N-dimethylaminoethyl(meth)acrylate, styrene and acrylonitrile and contain not more than 40% by weight of basic comonomer. The mean particle diameter of these colloidal solutions is between 15 and 200 nm, preferably between 20 and 150 nm. A disadvantage of these colloidal sizing agents is the fact that their efficiency on special grades of paper, such as, for example, the so-called low-quality papers, is not completely satisfactory. These low-quality papers are grades of old paper which are obtained mainly from waste cardboard and newspaper and once again processed to cardboards. They are generally employed as so-called liners, which have to be treated with starch and cationic surface-sizing agents in order to attain high strength and water-repellant properties.

Surprisingly, it has now been found that stable colloidal paper sizing agents which are extremely effective for low-quality paper are obtained when either mixtures of (meth)acrylonitrile, styrene and acrylates or methacrylates, or mixtures of styrene and acrylates or methacrylates, are polymerised in the presence of the abovementioned chemically pure quaternised terpolymers.

The paper sizing agent according to the invention is obtained as a colloidal solution having mean particle diameters of 15 to 200 nm, by a method in which a water-soluble cationic chemically pure terpolymer compound consisting of

(a) 7 to 40, preferably 8 to 30, % by weight of N,N-dimethylaminoethyl acrylate and/or methacrylate,

(b) 40 to 80% by weight of styrene and

(c) 40 to 40, preferably 5 to 35, % by weight of acrylonitrile

is dissolved in an aqueous medium, the sum of the components (a) to (c) always being 100% by weight and at least 10% of the N,N-dimethylamino groups of the terpolymer being quaternised and the remainder being protonated, and, in the presence of 10 to 70% by weight, relative to the monomer mixture below, of this emulsifier,

(d) 0 to 90, preferably 0 to 70, % by weight of acrylonitrile and/or methacrylonitrile,

(e) 5 to 95, preferably 10 to 80, % by weight of styrene and

(f) 5 to 95, preferably 10 to 80, % by weight of acrylates and/or methacrylates having 1 to 12 C atoms in the alcohol radical,

the sum of the components (d) to (f) always being 100% by weight, are emulsified, and the emulsion thus obtained is subjected to free radical-initiated emulsion polymerisation at temperatures from 20° to 150° C.

Preferably, the weight ratio of the polymeric cationic emulsifier to the monomer mixture consisting of (d), (e) and (f) is 1:4 to 1:1.

The paper sizing agent according to the invention is also obtained when, in addition to the stated cationic emulsifier, a cationic and/or non-ionic auxiliary emulsifier is employed in amounts of 1 to 40% by weight, preferably 3 to 20% by weight, relative to the above cationic emulsifier, the non-ionic emulsifier being of the formula

$$R_1-X-(CH_2-CH_2-O)_n-H \qquad (II)$$

wherein

CIBA 000219

4,659,431

3

X denotes O, NH or COO,

$R_1$ is a higher aliphatic, cycloaliphatic, araliphatic or aromatic hydrocarbon radical having 6–30 C atoms, and

n is an integer $\geq 2$,

and the cationic auxiliary emulsifier being of the formula



wherein

$R_2$ and $R_3$ represent higher aliphatic or araliphatic hydrocarbon radicals having 6 to 20 C atoms,

$R_4$ and $R_5$ represent lower aliphatic hydrocarbon radicals having 1 to 6 C atoms and

$Y^\ominus$ represents a halide ion.

The chemically very pure terpolymer of N,N-dimethylaminoethyl(meth)acrylate, styrene and acrylonitrile is quaternised in an organic medium prior to the addition of acids. Acids are then added, and undissolved material dissolves to give aqueous solutions having a concentration of 10 to 30% by weight, preferably 15 to 25% by weight. The emulsifier solutions thus obtained can then be freed from organic solvent by distillation; however, it is not necessary to remove the organic solvent, since the solvent does not in general interfere in the further course of the reaction in the emulsion polymerisation.

For the emulsification procedure, it is sufficient if the quaternised cationic terpolymers are employed for the emulsion polymerisation without further additives. In some cases, however, it is found to be very advantageous if oligomeric non-ionic and/or low molecular weight cationic auxiliary emulsifiers are employed, in proportions of 1 to 40% by weight, preferably 3 to 20% by weight, relative to the cationic emulsifier, together with the polymeric cationic emulsifier.

Suitable non-ionic auxiliary emulsifiers are reaction products of aliphatic, araliphatic, cycloaliphatic or aromatic carboxylic acids, alcohols, phenol derivatives or amines with epoxides, such as, for example, ethylene oxide.

Examples of these are reaction products of ethylene oxide with carboxylic acids, such as, for example, lauric acid, stearic acid, oleic acid, the carboxylic acids of castor oil, abietic acid, with relatively long-chain alcohols, such as oleyl alcohol, lauryl alcohol or stearyl alcohol, with phenol derivatives, such as, for example, substituted benzylphenols, phenylphenols or nonylphenol, and with relatively long-chain amines, such as, for example, dodecylamine and stearylamine. The reaction products with ethylene oxide are oligoethers or polyethers having degrees of polymerisation between 2 and 100, preferably from 5 to 50.

Suitable low molecular weight cationic auxiliary emulsifiers are quaternised ammonium salts, such as, for example, benzyldodecyl-dimethyl-ammonium chloride. The stated auxiliary emulsifiers effect additional emulsification of the monomer mixture and in some cases increase the stability of colloidal sizing agents. However, it is not advisable to use excessively high amounts of these auxiliary dispersants, since in such a case undesired foaming can easily occur.

Acrylates and methacrylates which are preferably employed as comonomers in the free radical emulsion

4

copolymerisation are those compounds which, with the acrylonitrile/styrene or methacrylonitrile/styrene mixtures or with styrene alone, form copolymers having film-formation temperatures of below 100° C.

Copolymers which have higher film-formation temperatures because of the position of their glass transition temperature have an unsatisfactory sizing action. Compounds which are suitable in principle are acrylates, such as methyl, ethyl, n-butyl and 2-ethylhexyl acrylates, and methacrylates, such as methyl methacrylate and n-butyl methacrylate. They can be copolymerised individually or as mixtures with acrylonitrile/styrene, methacrylonitrile styrene or styrene alone. The content of styrene can be between 5 and 95%, preferably 10 to 80% by weight, and that of acrylonitrile or methacrylonitrile can be between 0 and 90% by weight, preferably between 0 and 70% by weight. Because of their tack, formulations containing too small an amount of styrene or (meth)acrylonitrile styrene in the copolymer can be troublesome during paper manufacture; in the case of formulations containing a very large amount of styrene or styrene/(meth)acrylonitrile, sizing of the paper is unsatisfactory.

Preferred initiators for the emulsion polymerisation are water-soluble non-ionic peroxides which donate free radicals, such as hydrogen peroxide and t-butyl hydroperoxide, and water-soluble azo compounds, as described in, for example, German Offenlegungsschrift No. 2,841,045. Other suitable initiators are redox systems which consist of peroxide initiators and reducing agents, such as amines, polyamines, thiourea, iron(II) salts etc. Other suitable initiators are water-insoluble initiators, such as azoisobutyronitrile and benzoyl peroxide. The latter are in solution virtually only in the organic phase. The stated initiators are added in amounts of 0.1 to 5% by weight, preferably 0.3 to 3.0% by weight, relative to the monomer mixture.

The molecular weights of the polymers can be regulated by using customary regulators, for example n-dodecylmercaptan, diisopropyl xanthogen disulphide, thioglycol and thioglycerol. They are added in amounts of 0.1 to 2% by weight, relative to the monomer mixture.

The emulsion polymerisation in an aqueous medium can be carried out by known polymerisation processes, both discontinuously and continuously, or by the feed method. The continuous method and the feed method are particularly preferred. In the latter method, water is initially introduced together with some or all of the emulsifier system and, if appropriate, some of the monomer mixture, under a nitrogen atmosphere, and heated to the polymerisation temperature of 20° to 150° C., preferably 50° to 100° C., and the monomer mixture and the initiator and, if appropriate, the emulsifier are added dropwise in the course of 0.5 to 10 hours, preferably 1 to 6 hours.

After some time, reactivation is effected, and the reaction is completed, the conversion reaching about 99.0% to 99.9% by weight. In this procedure, the weight ratio of emulsifier to polymer is 1:9 to 7:3, preferably 1:4 to 1:1. Residual monomers and any organic solvent still present are removed by distillation in vacuo after the emulsion copolymerisation. Thereafter, water is added until an approx. 10 to 35% strength by weight aqueous colloidal solution results. The viscosity of these dispersions, measured in a rotary viscometer at 20° C., is in general less than 50 mPa.s. The mean particle diame-

CIBA 000220

4,659,431

5

ters measured by means of laser scattering spectroscopy, are between 15 and 200 nm, preferably between 20 and 150 nm, depending on the reaction conditions. Dispersions having particle sizes smaller than 50 nm appear transparent, while those having larger particles appear cloudy. Furthermore, the stability of the dispersions having particle sizes smaller than 100 nm is better than that of the dispersions having particle sizes larger than 100 nm, and this can be shown by, for example, exposure to heat at temperatures above 50° C. In the case of relatively coarse-particled dispersions, the amount of sediment is generally substantially greater than in the case of fine-particled dispersions.

If, on the other hand, emulsion polymerisations are carried out according to German Offenlegungsschrift No. 2,814,527, using cationic dispersants in which the content of basic comonomers is not more than 20% by weight, the resulting dispersions are relatively unstable and coarse-particled and have mean particle sizes between 200 and 300 nm.

The stability of the colloidal sizing agents according to the invention is also increased as a result of some of the polymer being grafted onto the polymeric emulsifier, which is present in relatively large amounts. Such grafting reactions, which are initiated by the emulsifier by means of transfer reactions, are known in the literature (see H. Gerrens, Fortschritte der Hochpolymer-Forschung (Advances in high polymer research), Volume I (1959), page 300).

The paper sizing agents according to the invention can be employed by all methods customarily used for surface sizing and engine sizing in paper manufacture.

The advantages over sizing agents according to German Offenlegungsschrift No. 1,621,688, based on a relatively unstable mixture of a cationic latex with a polyca-tion based on styrene and maleic anhydride, are the fact that the sizing action is substantially independent of pH, the low tendency to settle out in the form of sediments, and the low tendency to foam. The very stable transparent, or only slightly cloudy, colloidal solutions of the cationic paper sizing agents according to the invention can be processed without problems, in contrast to the unstable dispersions according to German Offenlegungsschrift No. 1,621,688. They guarantee absolute homogeneity of the sized paper and have a good or outstanding sizing action on virtually all papers, the sizing of aluminium sulphate-free paper being particularly singled out. In this context, the outstanding sizing of chalk-containing paper should be particularly mentioned.

The outstanding sizing of low-quality paper in comparison with the dispersions according to European Patent Specification No. 0,058,313 should be mentioned, as will be illustrated in the examples below.

EXAMPLE 1

Preparation of the cationic emulsifiers

5,720 g of isopropanol are initially introduced into a 40 l stirred autoclave. The autoclave is flushed thoroughly with nitrogen and then heated to 80° C. At this temperature, the mixtures I and the solutions II in Table I are metered in over about 4 hours, in the absence of air. Stirring is then continued for 1 to 2 hours, after which the mixture is reactivated with III. Stirring is then continued for about 6 to 12 hours at 80° C.

When the terpolymerisation is complete, the mixture is cooled to 40° C. or to 50° C., and the amounts of quaternising agents (IV) shown in Table I are metered

6

in. Stirring is continued for 1 to 5 hours at 40° or 50° C., after which the amounts of acetic acid likewise shown in Table I are added. Approx. 63–65 l of deionised water at a temperature of approx. 60° C. are initially introduced into a 120 l stock vessel which is provided with a stirrer, and the contents of the 40 l autoclave are combined with this.

A homogeneous aqueous solution is prepared in a short time by thorough stirring. The aqueous solutions, which still contain organic solvent, possess properties which are also shown in Table I.

TABLE I

| Emulsifier | A | B | C | D |
|---|---|---|---|---|
| Polymerisation temperature (°C.) | 80 | 80 | 80 | 80 |
| Temperature during quaternisation (°C.) | 40 | 40 | 50 | 50 |
| I. N,N—Dimethylaminoethyl methacrylate (g) | 3217 | 2257 | 3217 | 3217 |
| Styrene (g) | 10224 | 10608 | 10224 | 10224 |
| Acrylonitrile (g) | 2644 | 3219 | 2644 | 2644 |
| II. Azoisobutyronitrile (g) | 530 | 600 | 590 | 590 |
| Acetone (g) | 3000 | 3000 | 3000 | 3000 |
| III. Azoisobutyronitrile (g) | 75 | 75 | 70 | 70 |
| Acetone (g) | 300 | 300 | 300 | 300 |
| IV. Epichlorohydrin (g) | 1896 | 1330 | — | — |
| Ethyl-chloroacetate (g) | — | — | 1887 | — |
| Allyl chloride (g) | — | — | — | 1254 |
| V. Acetic acid (g) | 2630 | 2630 | 2370 | 2370 |
| Concentration (% by weight) | 20.2 | 20.4 | 20.7 | 20.3 |
| Viscosity at 20° C. (mPa.s)+ | 70–100 | 550–820 | 250–350 | 400–550 |
| pH value | 3.5 | 3.7 | 3.0 | 3.2 |
| Conversion, relative to the monomer mixture (% by weight) | 99.5 | 99.7 | 99.6 | 99.8 |
| Appearance of the emulsifier solution | clear | clear | clear | clear |

+the viscosity is not a constant since intrinsic viscosity is present.

EXAMPLES 2 TO 4

400 g of deionised water are initially introduced into a 2 l four-necked flask provided with a stirrer, a reflux condenser and a gas inlet and outlet. The water is then thoroughly boiled under a nitrogen atmosphere, and is cooled to 70° C. Thereafter, the emulsions I (see Table II) are added to the vessel, after which nitrogen is passed over. 0.7 g of a 35% strength hydrogen peroxide solution is then added. After approx. 15–30 minutes, the mixtures II and 8 g of a 35% strength hydrogen peroxide solution which is diluted with 100 g of deionised water are metered in simultaneously in the course of 2 to 3 hours. Stirring is then continued for a further 2 to 5 hours, after which the mixture is reactivated with 1 to 2 g of hydrogen peroxide solution (35%), and polymerisation is continued for approx. 2 to 10 hours. Thereafter, approx. 50 to 150 ml of a mixture of water, organic solvent (isopropanol and acetone) and residual monomers are distilled off in a vacuum from a waterpump, and are replaced by 50 to 150 ml of deionised water. The physicochemical properties of the colloidal solutions thus obtained are likewise shown in Table II.

4,659,431

7

## TABLE II

| Example | | 2 | 3 | 4 |
|---|---|---|---|---|
| I. | Emulsifier A (see Table I) (g) | 500 | 500 | 500 |
| | Styrene (g) | 3.0 | 5.0 | 7.0 |
| | n-Butyl acrylate (g) | 7.0 | 5.0 | 3.0 |
| II. | Styrene (g) | 57.0 | 95.0 | 133.0 |
| | n-Butyl acrylate (g) | 133.0 | 95.0 | 57.0 |
| | Concentration (% by weight) | 25.8 | 25.2 | 25.7 |
| | Viscosity at 20° C. (mPa·s) | <50 | <50 | <50 |
| | pH value | 4.0 | 4.1 | 4.1 |
| | Conversion, relative to the monomer mixture before the distillation (% by weight) | 99.5 | 99.8 | 99.7 |
| | Appearance of the colloidal solution | slightly cloudy | trans- parent | trans- parent |
| | Mean particle diameter $d_z$ (nm) | 38 ± 2 | 33 ± 2 | 30 ± 2 |

### EXAMPLES 5 AND 6

The colloidal sizing agents 5 and 6 are prepared in the same way as the corresponding sizing agents 3 and 4, except that the emulsifier A is replaced by the emulsifier B (see Table I). As can be seen in Table III, the physicochemical properties of the colloidal solutions are equivalent to those of Examples 2–4.

## TABLE III

| Example | | 5 | 6 |
|---|---|---|---|
| I. | Emulsifier B (see Table I) (g) | 500 | 500 |
| | Styrene (g) | 5.0 | 7.0 |
| | n-Butyl acrylate (g) | 5.0 | 3.0 |
| II. | Styrene (g) | 95.0 | 133.0 |
| | n-Butyl acrylate (g) | 95.0 | 57.0 |
| | Concentration (% by weight) | 25.3 | 25.5 |
| | Viscosity at 20° C. (mPa·s) | <50 | <50 |
| | pH value | 4.0 | 4.0 |
| | Conversion, relative to the monomer mixture before the distillation (% by weight) | ~99.8 | ~99.8 |
| | Appearance of the colloidal solution | trans- parent | slightly cloudy |
| | Mean particle diameter $d_z$ (nm) | 40 | 53 |

### EXAMPLES 7 AND 8

The colloidal sizing agents 7 and 8 are prepared in the same way as the sizing agents 2–4, the emulsifier A being retained, but some of the styrene or n-butyl acrylate being replaced by acrylonitrile. Table IV lists the compositions of the monomer mixtures and the physicochemical properties of the colloidal sizing agents.

## TABLE IV

| Example | | 7 | 8 |
|---|---|---|---|
| I. | Emulsifier A (see Table I) (g) | 500 | 500 |
| | Acrylonitrile (g) | 2.5 | 3.3 |
| | Styrene (g) | 2.5 | 3.3 |
| | n-Butyl acrylate (g) | 5.0 | 3.3 |
| II. | Acrylonitrile (g) | 47.5 | 63.3 |
| | Styrene (g) | 47.5 | 63.3 |
| | n-Butyl acrylate (g) | 95.0 | 63.3 |
| | pH value | 3.9 | 3.9 |
| | Conversion, relative to the monomer mixture before the distillation (% by weight) | 99.7 | 99.6 |
| | Appearance of the colloidal solution | trans- parent | trans- parent |
| | Mean particle diameter $d_z$ (nm) | 53 | 39 |

### EXAMPLES 9 AND 10

The colloidal sizing agents 9 and 10 are prepared in the same way as sizing agents 2–4, except that emulsifier A is replaced by the emulsifiers C and D (see Table I), in the amounts indicated in Table V. Table V also lists

8

the physicochemical properties of the paper sizing agents, in addition to the monomer mixtures.

## TABLE V

| Example | | 9 | 10 |
|---|---|---|---|
| I. | Emulsifier C (g) | 500 | — |
| | Emulsifier D (g) | — | 500 |
| | Styrene (g) | 5.0 | 5.0 |
| | n-Butyl acrylate (g) | 5.0 | 5.0 |
| II. | Styrene (g) | 95.0 | 95.0 |
| | n-Butyl acrylate (g) | 95.0 | 95.0 |
| | Concentration (% by weight) | 25.7 | 25.5 |
| | Viscosity at 20° C. (mPa·s) | <50 | <50 |
| | pH value | 3.3 | 3.5 |
| | Appearance of the colloidal solution | slightly cloudy | slightly cloudy |
| | Mean particle diameter $d_z$ (nm) | 40 | 38 |

### EXAMPLES 11 AND 12 (WITH AUXILIARY EMULSIFIERS)

400 g of deionised water are initially introduced into a 2 l four-necked flask provided with a reflux condenser, a stirrer and a gas inlet and outlet, and are boiled thoroughly under a nitrogen atmosphere. Thereafter, the water is cooled to 70° C., and mixture I (see Table VI) is metered in. After thorough flushing with nitrogen, 0.5 g of a 35% strength by weight hydrogen peroxide solution is added. After a further 15 minutes, the mixtures II and III are metered in uniformly in the course of 2 hours. The mixture is then stirred for 3 hours at 70° C., after which 1 g of hydrogen peroxide solution (35% strength) is added, and stirring is continued for 3 hours. 50 ml of solvent and residual monomers are then distilled off in a vacuum from a waterpump, and are replaced by 50 ml of deionised water. The physicochemical data for the sizing agents are listed in Table VI.

## TABLE VI

| Example | | 11 | 12 |
|---|---|---|---|
| I. | Emulsifier A (g) | 500 | 500 |
| | Auxiliary emulsifier E* (g) | 10 | — |
| | Auxiliary emulsifier F** (g) | — | 10 |
| | Styrene (g) | 5.0 | 5.0 |
| | n-Butyl acrylate (g) | 5.0 | 5.0 |
| II. | Styrene (g) | 95 | 95 |
| | n-Butyl acrylate (g) | 95 | 95 |
| III. | Hydrogen peroxide (35% strength) (g) | 6.0 | 6.0 |
| | Deionised water (g) | 100 | 100 |
| | Concentration (% by weight) | 25.5 | 25.2 |
| | Viscosity at 20° C. (mPa·s) | <20 | <20 |
| | pH value | 4.1 | 4.2 |
| | Appearance of the colloidal solution | virtually trans- parent | virtually trans- parent |
| | Mean particle diameter (nm) | 48 | 42 |

Explanation of Table VI
*Auxiliary emulsifier E: Reaction product of benzylphenylphenol with a polyether which contains hydroxyl groups and is obtained from ethylene oxide.
**Auxiliary emulsifier F: Reaction product of abietic acid with a polyether which contains hydroxyl groups and is obtained from ethylene oxide.

A solution of 5% by weight of starch (Perfectamyl- ®A4692 from AVEBE) and 0.20 or 0.25% by weight of the sizing agent to be tested (calculated as active substance) in 94.80 or 94.75% by weight of water is used as the sizing liquor for the surface sizing.

Sizing is carried out using a type HF laboratory size press from Werner Mathis, Zurich. In the size press, the sizing liquor is at a temperature of approx. 20° C. The paper is drawn through at a speed of 4 m/minute.

The surface-sized papers are dried on a drying cylinder in the course of approx. 45 sec of approx. 100° C.

CIBA 000222

4,659,431

9

Before the sizing test, the papers are conditioned for 2 hours at room temperature. The sizing test is carried out in accordance with DIN 53132. In this test, the water absorption in g/m² after a test time of 60 seconds (Cobb₆₀) is determined.

## USE EXAMPLE I

This example illustrates the high efficiency of some sizing agents on old paper, so-called low-quality paper I, the composition of which is not defined in any more detail. The comparative substance used is a sizing agent according to European Patent Specification No. 0058313 (sizing agent 2)—referred to here as M.

In the case of low-quality paper I, the pH value in the headbox is approx. 7, the water absorption in the laboratory size press is approx. 60% by weight, and the weight of the paper is 100 g/m².

### TABLE VII

| Sizing agent from Example: | Surface sizing of low-quality paper I | |
| | Cobb₆₀ in g/m² when | |
| | 0.20% by weight of sizing agent (relative to pure active substance) is added to the liquor: | 0.25% by weight of sizing agent (relative to pure active substance) is added to the liquor: |
| --- | --- | --- |
| 3 | 23.9 | 23.3 |
| 5 | 24.5 | 24.0 |
| 7 | 27.5 | 26.7 |
| 9 | 24.2 | 23.7 |
| M | 57.2 | 36.3 |

In the absence of a sizing agent, the water absorption is 177 g/m².

## USE EXAMPLE II

This example once again illustrates the high efficiency of a number of sizing agents on low-quality paper II, which has a composition similar to that of low-quality paper I.

The pH value in the headbox is 6.5, the water absorption in the laboratory size press is approx. 50% by weight, and the weight of the paper is 110 g/m².

### TABLE VIII

| Sizing agent from Example: | Surface sizing of low-quality paper II | |
| | Cobb₆₀ in g/m² when | |
| | 0.20% by weight of sizing agent (relative to pure active substance) is added to the liquor: | 0.25% by weight of sizing agent (relative to pure active substance) is added to the liquor: |
| --- | --- | --- |
| 3 | 27.4 | 26.1 |
| 5 | 28.9 | 27.3 |
| 7 | 35.2 | 32.2 |
| 9 | 26.9 | 25.8 |
| M | 48.3 | 39.5 |

In the absence of a sizing agent, the water absorption is 153 g/m².

We claim:

1. A cationic sizing agent for paper, in the form of an aqueous colloidal solution having mean particle diameters of 15 to 200 nm, wherein said sizing agent is obtained by a method in which a water-soluble cationic chemically pure terpolymer emulsifier consisting of
(a) 7–40% by weight of N,N-dimethylaminoethyl acrylate and/or methacrylate,
(b) 40–80% by weight of styrene and
(c) 4–40% by weight of acrylonitrile
is dissolved in an aqueous medium, the sum of the components (a) to (c) always being 100% by weight and at least 10% of the N,N-dimethylamino groups of the terpolymer being quaternized and the remainder being protonated, and, in the presence of 10 to 70% by

10

weight, relative to the monomer mixture below, of this emulsifier,
(d) 0 to 90% by weight of acrylonitrile and/or methacrylonitrile,
(e) 5 to 95% by weight of styrene and
(f) 5 to 95% by weight of an acrylic and/or methacrylic acid ester of a C₁–C₁₂ alcohol having 1 to 12 C atoms in the alcohol radical,
the sum of the components (d) to (f) always being 100% by weight, are emulsified, and the emulsion thus obtained is subjected to free radical-initiated emulsion polymerization at temperatures from 20° to 150° C.

2. A sizing agent for paper according to claim 1, wherein the cationic chemically pure terpolymer emulsifier consists of
(a) 8–30% by weight of N,N-dimethylaminoethyl acrylate and/or methacrylate,
(b) 40–80% by weight of styrene and
(c) 5–35% by weight of acrylonitrile,
the sum of the components (a) to (c) always being 100% by weight, and the monomer mixture consists of
(d) 0 to 70% by weight of acrylonitrile or methacrylonitrile,
(e) 10 to 80% by weight of styrene and
(f) 10 to 80% by weight of an acrylate and/or methacrylate having 1 to 12 C atoms in the alcohol radical,
the sum of the components (d) to (f) being 100% by weight.

3. A sizing agent for paper according to claim 1, wherein a cationic and/or a non-ionic auxiliary emulsifier is employed in addition to the polymeric cationic emulsifier according to claim 1, in amounts of 1 to 40% by weight, relative to the above cationic emulsifier, the non-ionic emulsifier being of the formula

$$R_1—X—(CH_2—CH_2—O)_n—H$$

wherein

X denotes O, NH or COO,

$R_1$ is a higher aliphatic, cycloaliphatic, araliphatic or aromatic hydrocarbon radical having 6–30 C atoms, and

n is an integer ≧2,

and the cationic auxiliary emulsifier being of the formula

$$
\begin{array}{c}
R_3 \\
\oplus | \\
R_2—N—R_5 \quad Y^\ominus \\
| \\
R_4
\end{array}
$$
(III)

wherein

$R_2$ and $R_3$ represent higher aliphatic or araliphatic hydrocarbon radicals having 6 to 20 C atoms

$R_4$ and $R_5$ represent lower aliphatic hydrocarbon radicals having 1 to 6 C atoms and

$Y^\ominus$ represents a halide ion.

4. A sizing agent according to claim 1, wherein the weight ratio of the polymeric cationic emulsifier to the monomer mixture of (d) to (f) is 1:4 to 1:1.

5. A sizing agent according to claim 1, wherein the completely polymerised colloidal solution has a mean particle diameter between 20 and 150 nm.

6. A process for the preparation of a cationic sizing agent in the form of an aqueous colloidal solution having mean particle diameters of 15 to 200 nm, wherein a water-soluble cationic chemically pure terpolymer emulsifier consisting of

CIBA 000223

4,659,431

**11**

(a) 7–40% by weight of N,N-dimethylaminoethyl acrylate and/or methacrylate,

(b) 40–80% by weight of styrene and

(c) 4–40% by weight of acrylonitrile

is dissolved in an aqueous medium, the sum of the components (a) to (c) always being 100% by weight and at least 10% of the N,N-dimethylamine groups of the terpolymer being quaternized and the remainder being protonated, and, in the presence of 10 to 70% by weight, relative to the monomer mixture below, of this emulsifier

(d) 0 to 90% by weight of acrylonitrile and/or methacrylonitrile,

(e) 5 to 95% by weight of styrene and

**12**

(f) 5 to 95% by weight of an acrylic and/or methacrylic acid ester of a $C_1$–$C_{12}$ alcohol having 1 to 12 C atoms in the alcohol radical,

the sum of the components (d) to (f) always being 100% by weight, are emulsified, and the emulsion thus obtained is subjected to free radical-initiated emulsion polymerisation at temperatures from 20° to 150° C.

7. A process according to claim 6, wherein the emulsion polymerization is initiated with a water-soluble non-ionic peroxide and/or an azo compound which donates free radicals in amounts of 0.5 to 5% by weight, relative to the monomer mixture.

8. A process according to claim 7, wherein the polymerization is initiated with a water-soluble non-ionic peroxide and/or an azo compound which donates free radicals as a redox system.

\* \* \* \* \*

CIBA 000224

# EXHIBIT N

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT O

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT P

# THIS EXHIBIT HAS BEEN REDACTED IN ITS ENTIRETY

# EXHIBIT Q

US006310157B1

(12) **United States Patent**
Heard et al.

(10) Patent No.: **US 6,310,157 B1**
(45) Date of Patent: **Oct. 30, 2001**

(54) **ANIONIC WATER SOLUBLE POLYMER MADE BY REVERSE PHASE EMULSION POLYMERIZATION**

(75) Inventors: **Michael Heard; Gordon Chen**, both of Suffolk, VA (US); **John Oliver Stockwell**, West Yorkshire (GB)

(73) Assignee: **Ciba Specialty Chemicals Water Treatment Limited**, Bradford (GB)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/314,390**

(22) Filed: **May 19, 1999**

Related U.S. Application Data

(62) Division of application No. 09/001,922, filed on Dec. 31, 1997, now Pat. No. 5,958,188.
(60) Provisional application No. 60/034,247, filed on Dec. 31, 1996.

(51) Int. Cl.[7] ............................................... C08F 20/04
(52) U.S. Cl. ............................. 526/240; 526/287
(58) Field of Search ......................... 526/240, 287, 526/307.6, 317.1

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,471,097 | * 9/1984 | Uhl | 526/240 |
| 4,525,527 | * 6/1985 | Takeda | 524/831 |
| 4,720,346 | * 1/1988 | Flesher | 210/734 |
| 4,925,530 | 5/1990 | Sinclair et al. | 162/164.1 |
| 5,098,520 | 3/1992 | Begala | 162/168.1 |
| 5,167,766 | 12/1992 | Honig et al. | 162/164.1 |
| 5,185,062 | 2/1993 | Begala | 162/168.1 |
| 5,266,164 | 11/1993 | Novak et al. | 162/168.2 |
| 5,274,055 | 12/1993 | Honig et al. | 524/47 |
| 5,393,381 | 2/1995 | Hund et al. | 162/168.3 |
| 5,571,380 | 11/1996 | Fallon | 162/168.2 |
| 5,595,629 | 1/1997 | Begala | 162/158 |
| 6,130,303 | * 10/2000 | Neff | 526/306 |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0202780 | 11/1986 | (EP) | . |
| 0235893 | 9/1987 | (EP) | . |
| 0374458 | 6/1990 | (EP) | . |
| 0499448 | 8/1992 | (EP) | . |
| 95 21295 | 8/1995 | (WO) | . |

* cited by examiner

Primary Examiner—Christopher Henderson
(74) Attorney, Agent, or Firm—David R. Crichton

(57) **ABSTRACT**

Paper is made by a dual soluble polymer process in which a cellulosic suspension which usually contains alum or cationic coagulant is first flocculated with a high IV cationic synthetic polymer or cationic starch and, after shearing, the suspension is reflocculated by the addition of a branched anionic water soluble polymer having IV above 3 dl/g and tan delta at 0.005 Hz of at least 0.5. The process gives an improved combination of formation, retention and drainage.

**10 Claims, 7 Drawing Sheets**

CIBA 003432

**U.S. Patent**     Oct. 30, 2001     Sheet 1 of 7     **US 6,310,157 B1**

# Fig.1.



# Fig.2.



CIBA 003433



Fig.3.



Fig.4.

CIBA 003434

# Fig.5A.



# Fig.5B.



CIBA 003435



Fig.6.



Fig.7.

CIBA 003436



Fig.8A.



Fig.8B.

CIBA 003437

# Fig.8C.



CIBA 003438

U.S. Patent      Oct. 30, 2001      Sheet 7 of 7      US 6,310,157 B1

Fig.9.



Fig.10.



CIBA 003439

US 6,310,157 B1

1

# ANIONIC WATER SOLUBLE POLYMER MADE BY REVERSE PHASE EMULSION POLYMERIZATION

This application is a divisional of prior application Ser. No. 09/001,922, filed Dec. 31, 1997 now U.S. Pat. No. 5,958,188.

This application claims the benefit of provisional appl. n60/034,247, filed Dec. 31, 1996

This invention relates to processes for making paper (including paper board), and in particular to such processes in which two polymeric retention aids are used in sequence.

It is standard practice to make paper by a process comprising flocculating a cellulosic suspension by the addition of polymeric retention aid, draining the flocculated suspension through a wire to form a wet sheet, and drying the sheet.

Some polymeric retention aids tend to produce rather coarse flocs in which event retention and drainage may be good but the rate of drying of the wet sheet may be less satisfactory. In particular, the "formation" of the sheet may be rather poor. "Formation" is an indication of the arrangement of fibres within the sheet. A very uniform arrangement is referred to as good formation (but is generally associated with slow drainage) while an uneven distribution of fibres in the sheet is generally regarded as poor formation, but it tends to be associated with rapid drainage.

As a generality, it is known that increasing the molecular weight of a polymeric retention aid which is added immediately prior to drainage will tend to increase the rate of drainage but will tend to damage formation.

Normal practice dictates that polymeric retention aids polymers should be as soluble as possible and so they are usually formed by polymerisation of water soluble monomer or monomer blend in the absence of any cross linking or branching agent.

It is difficult to obtain the optimum balance of retention, drainage, drying and formation by adding a single polymeric retention aid and it is now common practice to add two different retention aids in sequence.

For a few specialised applications the preferred method is a "soluble dual polymer retention" system in which two water soluble polymers are used in sequence. Generally one has a higher molecular weight than the other In each instance, both polymers are usually as linear and as soluble as is reasonably possible to achieve. Generally the first component is a high charge density, low molecular weight, cationic coagulant such as polyamine or poly DADMAC and the second is a low charge density, high molecular weight, dissolved anionic flocculant.

Different from "soluble dual polymer" retention systems are "microparticulate" retention systems in which a high molecular weight, first, polymeric retention aid (generally cationic) is added to the suspension, the resultant flocs are mechanically degraded by shearing or otherwise agitating the suspension, and the flocculated suspension is then reflocculated by addition of a water-insoluble, microparticulate, material which is usually anionic and counterionic to the polymer. Processes in which the microparticulate material is bentonite are described in EP 235,893 and have been commercialised under the trade name Hydrocol. The polymeric retention aid is usually a fully dissolved linear polymer but it can contain insoluble polymer particles in accordance with EP-A-202,780 or the process and material can be as described in U.S. Pat. No. 5,393,381

It is also known to use silica and various silica compounds in place of bentonite, and to apply the insoluble

2

microparticulate material after a soluble dual polymer system (low molecular weight cationic followed by high molecular weight anionic).

In EP 235,893 various water-insoluble polymeric emulsions were shown as being unsuccessful replacements for bentonite as the water insoluble microparticulate material. In EP 499,448 bentonite and various water insoluble micro-particulate materials were mentioned for aggregating the flocs but it was also mentioned that a water soluble anionic polymer could be used instead of bentonite (thus creating a soluble dual polymer system).

U.S. Pat. Nos. 5,167,766 and 5,274,055 discuss known microparticulate systems wherein the insoluble microparticulate material is bentonite or silica sol and propose, two different microparticulate systems in which the microparticulate material is in the form of polymeric microbeads in the cellulosic suspension. Two different systems are described.

In one system the microbeads have a size of less than 60 nm, they are non-cross linked, and they are water insoluble as a result of having been made from water insoluble monomers. For instance the linear, insoluble, beads are exemplified by polystyrene.

In the other system, the microbeads have a size of less than 750 nm (0.75 μm) and are described as being cross linked microbeads.

It is stated that the retention efficiency of these cross linked microbeads is due to "small strands or tails that protrude from the main crosslinked polymer" (American Cyanamid U.S. Pat. No. 5,274,055 column 4 line 4). It is clear that the cross linked microbeads in U.S. Pat. Nos. 5,167,766 and 5,274,055 are, as is conventional with micro-particulate processes, water insoluble material which have sufficient structural integrity that they remain as microbeads despite the protrusion of small strands or tails from the microbeads into the solution. These patents emphasise the importance of the particle size being less than about 750 nm and there is data demonstrating grossly inferior results when the particle size is above 1 μm. Since the size will be irrelevant if the beads dissolve, this is a further indication that the microbeads must function as particulate, undissolved, materials.

It is stated that the amount of cross linking agent which is used to make the microbeads should be "above about 4 molar ppm" and must be "sufficient to assure a cross linked composition" (American Cyanamid U.S. Pat. No. 5,274,055 column 5 line 22 and column 6 line 59) and is preferably 20 to 4000 ppm.

It is well known that it is possible to obtain by appropriate choice of the polymerisation materials and conditions either a branched water soluble polymer or a cross linked polymer which contains or consists of water insoluble material. For instance water soluble branched polymers are described in American Cyanamid EP-A-374,458. Whether or not a water soluble branched polymer (as in EP-A-374, 458) or a water insoluble cross linked polymer (as in U.S. Pat. No. 5,274,055) is obtained depends upon the polymerisation conditions, the materials, and the amounts. American Cyanamid U.S. Pat. No. 5,274,055 discusses both cationic cross linked microbeads and anionic cross linked micro-beads. The amount of cross linking agent used in the cationic microbeads is 100 ppm (examples 37 and 38) but the amounts of cross linking agent used for making the anionic microbeads are, in the examples, always more than this, and in particular they are always in the range 349 ppm to 1381 ppm. The only suggestion in U.S. Pat. No. 5,274,055 that lower amounts of cross linking agent might be usable to

CIBA 003440

US 6,310,157 B1

3

provide the cross linked microbeads arises from the statement that the microbeads may be made as in U.S. Pat. No. 5,171,808. That again teaches the use of an amount which is sufficient to assure a cross linked composition and which is at least 4 ppm and the examples all show amounts of from 349 ppm to 10000 ppm except for one anionic example with 97 ppm and one cationic example with 100 ppm.

It is stated in U.S. Pat. No. 5,274,055 that the cross linked microbeads preferably have a solution viscosity of 1.1 to 2 mPa.s. This is a saline solution viscosity measured on a 0.1% by weight polymer solution in 1M sodium chloride at 25° C. using a Brookfield UL adaptor at 60 rpm, and the anionic examples have values of 1.06 to 1.37 mPa.s.

It should be noted that, for convenience, we are using the word "solution" to describe the aqueous composition obtained by mixing the polymer with water and allowing the mixture to reach substantial equilibrium even though the "solution" necessarily contains undissolved microbeads. Accordingly we use the word "solution" throughout this specification to indicate a substantially equilibrated aqueous composition irrespective of whether it is a true solution or an aqueous dispersion of undissolved microbeads or larger beads.

We are aware of the commercialisation of materials for a microparticulate paper making process in which the final stage involves the addition of cross linked water insoluble microbeads under the trade name Polyflex CS and which we believe may be intended to be within the scope of U.S. Pat. Nos. 5,167,766 and 5,274,055. Scanning electron microscope examination of equilibrated solutions of Polyflex CS clearly shows the presence of substantially spherical undissolved particles having a size below 750 nm. This provides further confirmation that these two patents are intended to provide a water insoluble, microparticulate, retention system in somewhat similar manner to those provided previously using insoluble bentonite or silica sol. Thus, the cross linking of the particles prevents the particles dissolving into true solution during equilibration with water and instead they retain a visible microparticulate form, which is in the form of solid particles when dried.

These processes, using crosslinked insoluble microbeads, can give adequate retention and formation especially when they are conducted on cellulosic suspensions containing significant amounts of alum. However it would be desirable to obtain improved retention while maintaining adequate formation, compared to these processes. Additionally it would be desirable to obtain an improved combination of retention and formation compared to soluble dual polymer processes.

By the invention, we now provide a soluble, high molecular weight, dual polymer process which achieves these objectives.

A process according to the invention for making paper comprises flocculating a cellulosic suspension by adding a solution of a water soluble, cationic, first, polymeric retention aid to form cellulosic flocs, mechanically degrading the flocs, reflocculating the suspension by adding a solution of an anionic, second water soluble polymeric retention aid made by polymerising a water soluble anionic ethylenically unsaturated monomer charge under polymerisation conditions, forming a sheet by draining the reflocculated suspension and drying the sheet, and we use as the anionic polymeric retention aid a water soluble polymer which

(a) is a branched polymer made using branching agent in the monomer charge and

(b) has intrinsic viscosity above about 3 dl/g and

(c) has a tan delta rheological oscillation value at 0.005 Hz of at least 0.5, or has a deionised SLV viscosity

4

number which is at least three times the salted SLV viscosity number of the polymer made under the same conditions from the same monomer charge but in the absence of branching agent.

The polymer is made by reacting the monomer or monomer blend under polymerisation conditions in conventional manner except that branching agent is included in the monomer charge. The amount of branching agent and the polymerisation conditions under which the monomer charge is reacted to form the polymer are selected in such a manner that the polymer is a water soluble branched polymer and is not a water insoluble cross linked polymer. In particular, if the polymer is made by reverse phase emulsion polymerisation and is cross linked (and thus includes water insoluble particles) instead of being branched and wholly water soluble (as in the invention), the polymer will behave as a particulate or microbead polymer in the aqueous cellulosic suspension instead of behaving as a true solution polymer.

One way of indicating that the branched polymer is behaving as a solution polymer rather than a microparticulate polymer is by reference to the tan delta value, as explained in more detail below. Low values under the specified conditions indicate that the polymer is particulate rather than truly dissolved. Accordingly one way of indicating that the branched polymer is in solution, as in the invention, rather than being in the form of cross linked particles is by observing that the defined tan delta value is relatively high (above 0.5 and preferably above 0.7).

Another way of indicating that the polymer is in true solution rather than being microparticulate is by observing that the deionised SLV viscosity number for the branched polymer is at least three times the salted SLV viscosity number of a polymer made by reacting the same monomer charge (but in the absence of branching agent) under the same polymerisation conditions. We refer to this below as the "corresponding unbranched polymer".

By referring to the "same monomer charge" and the "same polymerisation conditions" we mean that the charge and the conditions are as constant as is reasonably achievable in commercial production (except for deliberate variations in the amount of branching agent and, if appropriate, chain transfer agent).

As a result of using a water soluble branched anionic polymer in the final stage, instead of using an anionic cross linked particulate polymer of U.S. Pat. No. 5,274,055, the invention gives improved retention and drainage while maintaining satisfactory formation. As a result of using a water soluble branched polymer instead of a conventional high molecular weight substantially linear anionic polymer the invention provides improved formation and additionally can give an improvement in retention and drainage. Thus, the invention provides an improved combination of formation, retention and drainage compared to a dual polymer process in which the final stage is a conventional linear anionic polymer and compared to a microparticulate process in which the final stage is provided by a cross linked anionic microbead as in U.S. Pat. No. 5,274,055.

In particular, it is possible to obtain retention and drainage values which are as good as or better than the values obtainable using the corresponding unbranched polymer but it is possible to obtain a significant improvement in formation properties, relative to those obtainable when using the corresponding unbranched polymer.

It is important in the invention to include branching agent in the monomer charge for the second polymer but it is also important that the amount of branching agent is kept to very low values. If the amount is less than about 0.5 to 1 ppm then

CIBA 003441

US 6,310,157 B1

5

the desired improved formation will not be achieved but if the amount is too high then the desired improvement in dewatering and retention values will not be achieved. For instance, if the amount is too high then the anionic polymer will behave as an insoluble cross linked microparticulate polymer instead of behaving as a soluble branched polymer which gives improved dewatering and retention.

If the amount of branching agent is too low (for any particular combination of monomer blend, polymerisation conditions and branching agent) then the desired improvement in formation will not be obtained compared to the formation obtainable with the corresponding polymer made in the absence of the branching agent, and therefore having higher IV. If the amount of branching agent is too high then the drainage and retention values will be inferior.

The precise amount that is used in the production of the anionic polymeric retention aid depends on the particular branching agent which is being used and on the polymerisation conditions which are being used. In particular, as mentioned below, it is possible to add chain transfer agent in which event the amount of branching agent which is used may be higher than the amount which would be used in the absence of chain transfer agent.

The branching agent can be a branching agent that causes branching by reaction through carboxylic or other pendant groups (for instance an epoxide, silane, polyvalent metal or formaldehyde) but preferably the branching agent is a polyethylenically unsaturated monomer which is included in the monomer blend from which the polymer is formed. The cross linking agent can be a difunctional material such as methylene bis acrylamide or it can be a trifunctional, tetrafunctional or higher functional branching agent, for instance tetra allyl ammonium chloride. Preferably it is water soluble.

The amount of polyethylenic branching agent is generally below 10 ppm and most preferably below 5 ppm. Best results may be obtained with around 0.5 to 3 or 3.5 ppm or 3.8 ppm but in some instances amounts above 4.1 or 4.2 ppm up to 7 or even 10 ppm are appropriate. Thus sometimes amounts up to 20 ppm are useful, or even up to 30 or 40 ppm (generally in the presence of chain transfer agent) but lower amounts are usually needed in order to comply with the tan delta limits. Unless otherwise stated, throughout this specification the amount of branching agent is quoted as moles branching agent per million 'moles monomer (i.e., 'ppm molar).

The branched polymer of the invention may be made under polymerisation conditions wherein it is intended that there should be no deliberate chain transfer agent present during the reaction. The amounts of branching agent quoted above (for instance 1 to 10 ppm and preferably 1 to 3.8 ppm) are particularly suitable when no chain transfer agent is added. However it can be desirable to add some chain transfer agent in which event it is possible to increase the amount of branching agent up to 20 or 30 ppm or 40 ppm, and while still maintaining the characteristic properties and performance of the polymer. The amount of chain transfer agent which is selected will depend upon the particular material which is being used and upon the amount of branching agent, the monomer charge, and the polymerisation conditions.

Although quite large amounts of branching agent can be used, preferably the amount is quite low since it seems that best results are obtained with the use of low amounts of chain transfer agent. A preferred chain transfer agent is sodium hypophosphite. Although large amounts can be used best results generally require amounts for this of below 50

6

ppm and preferably below 20 ppm (by weight based on the weight of monomer). Best results are generally obtained with not more than 10 ppm. However if the amount is too low, for instance below about 2 ppm, there may be inadequate benefit from using a chain transfer agent.

Any of the chain transfer agents which are suitable for use as chain transfer agents in the aqueous polymerisation of water soluble acrylic monomers (such as isopropanol or mercapto compounds) can be used in the invention as an alternative to the preferred material, hypophosphite. If a material other than hypophosphite is being used, it should be used in an amount selected so that it gives substantially the same chain transfer effect as the quoted amounts for hypophosphite.

Although it is preferred to use low amounts of chain transfer agent, it is also possible to use larger amounts, for instance 100 ppm or more, generally with less effective results, provided that the combination of materials and polymerisation conditions is such that the polymer has the specified physical properties.

One of these is the intrinsic viscosity of the polymer. This is measured using a suspended level viscometer in 1M NaCl buffered to pH 7.5 at 25° C. It is usually at least 3 or 4 dl/g, and preferably at least 6 dl/g. It can be as high as, for instance, 18 dl/g but is usually below 12 dl/g and often below 10 dl/g.

The preferred polymer can also be characterised by reference to the corresponding polymer made under the same polymerisation conditions but in the absence of branching agent (i.e., the "corresponding unbranched polymer"). The unbranched polymer generally has an intrinsic viscosity of at least 6 dl/g and preferably at least 8 dl/g. Often it is 16 to 30 dl/g. The amount of branching agent is usually such that the intrinsic viscosity is reduced by at least 10% and usually at least 25% or 40%, up to 70%, or sometimes up to 90%, of the original value (expressed in dl/g) for the unbranched polymer referred to above.

Instead of or in addition to relying on intrinsic viscosity, the polymer can also be characterised by its saline Brookfield viscosity.

The saline Brookfield viscosity of the polymer is measured by preparing a 0.1% by weight aqueous solution of active polymer in a 1M NaCl aqueous solution at 25° C. using a Brookfield viscometer fitted with a UL adaptor at 60 rpm. Thus, powdered polymer is added to the 1M NaCl aqueous solution or a reverse phase emulsion polymer is added to that solution. The saline solution viscosity is generally above 2.0 mPa.s and is usually at least 2.2 and preferably at least 2.5 mPa.s. Generally it is not more than 5 mPa.s and values of 3 to 4 are usually preferred. These are all measured at 60 rpm.

The tan delta value at 0.005 Hz is obtained using a Controlled Stress Rheometer in the Oscillation mode on a 1.5% by weight aqueous solution of polymer in deionised water after tumbling for two hours. In the course of this work a Carrimed CSR 100 is used fitted with a 6 cm acrylic cone, with a 1°58′ cone angle and a 58 μm truncation value (Item ref TA 5664). A sample volume of approximately 2–3 cc is used. Temperature is controlled at 20.0° C.±0.1° C. using the Peltier Plate. An angular displacement of 5×10⁻⁴ radians is employed over a frequency sweep from 0.005 Hz to 1 Hz in 12 stages on a logarithmic basis. G′ and G″ measurements are recorded and used to calculate tan delta (G″/G′) values.

The value of tan delta is the ratio of the loss (viscous) modulus G″ to the storage (elastic) modulus G′ within the system.

At low frequencies (0.005 Hz) we believe that the rate of deformation of the sample is sufficiently slow to enable

CIBA 003442

US 6,310,157 B1

7

linear or branched entangled chains to disentangle. Network or crosslinked systems have permanent entanglement of the chains and show low values of tan delta across a wide range of frequencies. Consequently we use low frequency (e.g., 0.005 Hz) measurements to characterise the polymer properties in an aqueous environment.

The branched polymers preferably have a tan delta value at 0.005 Hz of above 0.7. They preferably have a value which is reasonably close to the value of the corresponding unbranched polymers, that is to say the polymers made under the same conditions but in the absence of branching agent, and therefore having higher IV. For instance they preferably have tan delta which is at least 50% and often at least 80%, for instance up to 120% or more of tan delta for the corresponding unbranched polymers. However we find that when the amount of branching agent is increased significantly tan delta at 0.005 Hz drops to below 0.5 and this is undesirable. The preferred tan delta values at 0.005 Hz for the polymers used in the invention are above 0.8 and preferably above 0.9, e.g., up to 1.1 or 1.3 or higher.

Instead of or in addition to relying on the tan delta values to characterise the freedom of the polymers from the presence of insoluble cross linked microparticles, it is also possible to rely on the ratio between deionised and salted SLV viscosity numbers.

The SLV viscosity numbers in the invention are determined by use of a glass suspended level viscometer at 25° C., the viscometer being chosen to be appropriate according to the viscosity of the solution. The viscosity number is $\eta - \eta_0/\eta_0$ where $\eta$ and $\eta_0$ are the viscosity results for aqueous polymer solutions and solvent blank respectively. This can also be referred to as specific viscosity. The deionised SLV viscosity number is the number obtained for a 0.05% aqueous solution of the polymer prepared in deionised water. The salted SLV viscosity number is the number obtained for a 0.05% polymer aqueous solution prepared in 1M sodium chloride.

The deionised SLV viscosity number is preferably at least 3 and generally at least 4, for instance up to 7, 8 or higher. Best results are obtained when it is above 5. Preferably it is higher than the deionised SLV viscosity number for the unbranched polymer, that is to say the polymer made under the same polymerisation conditions but in the absence of the branching agent (and therefore having higher IV). If the deionised SLV viscosity number is not higher than the deionised SLV viscosity number of the unbranched polymer, preferably it is at least 50% and usually at least 75% of the deionised SLV viscosity number of the unbranched polymer. The salted SLV viscosity number is usually below 1. The deionised SLV viscosity number is often at least five times, and preferably at least eight times, the salted SLV viscosity number.

The polymers of the invention can be made by any of the conventional suitable polymerisation processes which are known for making water soluble acrylic and other addition polymers such as bead or gel polymerisations. The preferred type of polymerisation process is reverse phase emulsion polymerisation so as to form a reverse phase emulsion of water soluble polymer particles in non-aqueous liquid. This product typically has an initial particle size at least 95% by weight below 10 $\mu$m and preferably at least 90% by weight below 2 $\mu$m, for instance down to 0.1 or 0.5 $\mu$m. It can therefore be a conventional reverse phase emulsion or microemulsion and can be made by any of the known techniques for making such materials. Although it is proposed in U.S. Pat. No. 5,171,808 that it is important that the particle size of its microbeads should be, number average,

8

below 0.75 $\mu$m, in the invention satisfactory results are obtained with particles above 1 $\mu$m. Presumably this is because substantially all the particles of the emulsion (i.e., substantially everything other than impurities) goes into true solution before use. If desired the number average size can be typical of a microemulsion, for instance down to 0.05 or 0.1 $\mu$m.

The emulsion can be supplied in the form in which it is made (as an emulsion of aqueous polymer droplets in oil or other water immiscible liquid) or if desired it can be substantially dehydrated to form a stable dispersion of substantially anhydrous polymer droplets dispersed in oil. Conventional surfactant and optional polymeric amphipathic stabiliser may be included in known manner to stabilise the emulsion.

The reverse phase or other polymerisation process is conducted on a charge of the desired monomer or monomer blend. The monomer or monomer blend which serves as the charge for the polymerisation is usually an aqueous solution.

It is generally preferred for the anionic branched polymer to be a copolymer of 5 to 97% by weight acrylamide or other water soluble, non-ionic, ethylenically unsaturated monomer and 95 to 3% by weight ethylenically unsaturated carboxylic or sulphonic or other anionic monomer. Any of the conventional water soluble carboxylic and sulphonic monomers may be used such as acrylic acid, methacrylic acid, crotonic acid, vinyl sulphonate and AMPS. The preferred anionic monomer is often acrylic acid, often introduced as sodium acrylate or other water soluble salt. Preferred copolymers contain from 20 to 80%, often 40 to 75% by weight acrylic acid (often as sodium acrylate) with the balance being acrylamide.

A blend of anionic polymers can be used. The blend must comply with the definitions we give for the properties of the second polymer, and preferably each component of the blend complies with the definition.

Initiator is added to the charge in an amount and under conditions, and the charge is maintained at a temperature, such that the corresponding unbranched polymer would have whatever IV is appropriate having regard to the properties which are required and the amount of branching agent and possibly chain transfer agent.

Activating surfactant may be added to the polymer emulsion in order to promote the equilibration or activation of the emulsion into water.

The emulsion or other form of the polymer is usually put into the form of a true aqueous solution, typically of 0.05 to 2% polymer concentration, before the polymer is added to the cellulosic suspension.

The cellulosic suspension can be formed from any suitable cellulosic stock. The cationic and anionic retention aids are usually both added to the cellulosic suspension at a time when it is a thin stock, typically having a cellulose content of 0.1 to 1.5, often 0.2 to 1% dry weight. It may be wholly or substantially unfilled or it may be lightly or heavily filled, and thus may contain from, for instance, 3 to 50%, often 10 to 30%, filler based on the dry weight of the suspension. The resultant paper can be filled or unfilled and can be any grade of paper or paper board.

It is preferred that the suspension contains a dissolved aluminium compound such as alum, aluminium sulphate, polyaluminium chloride, or any of the other aluminium compounds which can traditionally be incorporated into paper-making suspensions as inorganic coagulant. The amount of aluminium compound is usually at least 100 g/t and generally above 1 kg/t. It can be up to, for instance, 10 or even 50 kg/t.

CIBA 003443

US 6,310,157 B1

9

It is also possible to use low molecular weight (IV below 2 or 3 dl/g) cationic coagulant polymers, such as polyamine or poly DADMAC or polyethylene imine, instead of or in addition to the alum. The inorganic or polymeric coagulant is normally included in the thin stock before the addition of the first polymeric retention aid but can be added with or after the first polymeric retention aid. Polyamine is preferred.

The cationic, first, retention aid which is used before the anionic polymer can be a cationic starch or other natural cationic polymer, but is preferably synthetic. It should have a high molecular weight, for instance as is conventional for cationic retention aids. Generally it is a copolymer of acrylamide or other nonionic ethylenically unsaturated water soluble monomer with a monoethylenically unsaturated cationic monomer. This can be a material such as diallyl dimethyl ammonium chloride but is more usually a dialkylaminoalkyl (meth)-acrylamide or -acrylate. Generally the first retention aid is a copolymer of 30 to 90% by weight acrylamide and 10 to 70% by weight dimethylaminoethyl acrylate or methacrylate (usually as acid addition or quaternary ammonium salt). It usually has an intrinsic viscosity of at least 4 dl/g, for instance at least 6 dl/g and usually at least 8 dl/g, for instance up to 15 or 20 dl/g.

The cationic polymer is usually linear and wholly water soluble. However it may be made as a cross linked reverse phase emulsion polymer as described in EP 202,780 or any other suitable high IV cationic retention aid.

The addition of the first, cationic, retention aid causes flocculation of the suspension. The flocs are subjected to mechanical degradation as a result of turbulence along a duct or, more usually passage through the fan pump or a centriscreen or both. The amount of degradation is usually the amount required to break the flocs down to microflocs which are reasonably stable against further mechanical degradation.

After sufficient degradation of the flocs has occurred, the second component of the soluble dual polymer system, namely the solution of anionic, branched, second polymeric retention aid, is added to the suspension. The suspension can be subjected to further deliberate shear but generally little or no shear is applied to the suspension after adding the second retention aid. For instance the anionic retention aid may be added in the headbox or just prior to the headbox.

The optimum amount of cationic and anionic retention aids will be selected having regard, inter alia, to the amount and type of all the other components in the suspension but each is usually in the range 50 to 2000 g/t (grams polymer per tonne dry weight suspension). For instance the amount of first polymer is typically 100 or 200 to 1500, often around 300 to 1000, g/t and the amount of second polymer is often 50 to 2000, often around 100 to 1000, g/t. Each polymer is usually dissolved in water to obtain a homogeneous stable composition prior to use.

We find that the use of the soluble dual polymer retention system of the invention using the defined polymers gives a very valuable combination of retention, drainage and formation performance. In particular, we find that retention and drainage performance increases as the amount of branching agent is increased from zero up to a low value at which the retention and drainage peaks, with further increase in the amount of branching agent then tending to result in reduced retention and drainage performance. This peak may occur at around 2 to 3.5 ppm branching agent (of a polyethylenically unsaturated branching agent) but in some instances it may occur at higher values such as up to 7 or even 10 ppm, often in the absence of chain transfer agent but sometimes a little higher in the presence of chain transfer agent.

10

We find that the general trend of retention performance follows very closely the general trend of deionised SLV or Brookfield viscosity and tan delta at 0.005 Hz. In particular, we find that when the amount of branching agent is increased to values at which the deionised SLV viscosity and the tan delta value have fallen considerably from their peak down to a value similar to that which is obtained at, for instance, 100 or 200 ppm branching agent (in the absence of chain transfer agent), inferior results are obtained.

It is clear that in the invention the superior retention and drainage properties are obtained as a result of the polymer molecules having a branched state, in contrast to being in an insoluble network or insoluble microbead state, as in U.S. Pat. Nos. 5,167,766 or 5,171,808. Thus it seems that in the invention the individual branched molecules are sufficiently linear that they can move independently of each other in broadly the same way as individual linear molecules can move independent of each other.

As explained above, when considering a conventional linear polymeric retention aid, increased retention performance may be expected with increased IV and increased deionised solution viscosity, but this increase in retention is generally accompanied by a deterioration in formation. In the invention we surprisingly find that the increase in retention and deionised solution viscosity is accompanied by a significant improvement in formation (at constant polymer dose).

This is the first instance of which we are aware where branching of the polymer is accompanied by an improvement in papermaking tests both in retention and in formation, at constant polymer dosage. Further, the retention is considerably better, and the formation is not significantly worse, than is obtained when the polymer is further modified by the incorporation of much larger amounts of branching agent so as to obtain a cross linked, insoluble, microbead structure, for instance as described in U.S. Pat. No. 5,171, 808.

Since the process gives improved retention, it is possible to reduce the amount of polymer while maintaining adequate retention, and this reduction in the polymer dosage can lead to further improvement in formation.

The following are examples.

EXAMPLE 1

An unbranched copolymer is formed by reverse phase emulsion polymerisation in conventional manner from 40% by weight sodium acrylate and 60% by weight acrylamide. The resultant emulsion is subjected to azeotropic distillation to form a stable dispersion of substantially anhydrous polymer droplets, having a size mainly below 2 μm, dispersed in oil.

The process is repeated a number of times with different amounts of methylene bis acrylamide included in the mixture of sodium acrylate and acrylamide.

The polymers made by this experiment are labelled series A. At a separate location using different monomers, polymers were made from the same weight amounts of sodium acrylate and acrylamide and a range of methylene bis acrylamide branching agent amounts, and these were labelled series B. The various deionised and saline viscosities and intrinsic viscosities and tan delta values for these polymers were recorded in accordance with the protocols given above. Results are shown graphically in the accompanying drawings in which

FIG. 1 is a plot of the viscosity of 0.1% polymer solution in 1M NaCl measured by Brookfield LVT with UL adaptor,

CIBA 003444

US 6,310,157 B1

11

at different amounts of methylene bis acrylamide (MBA) branching agent

FIG. 2 is a plot of the intrinsic viscosity over the range 0 to 135 ppm molar

FIG. 3 is a plot of the intrinsic viscosity over the range 0 to 14 ppm MBA for series A polymers and series B polymers

FIG. 4 is a plot of the viscosity of 0.1% solution in deionised water measured with a Brookfield LVT spindle 2 at differing rotation speeds of 3, 12, 30 and 60 rpm

FIG. 5a is a plot of the deionised SLV viscosity number (upper line) and the salted SLV viscosity number (lower line) for series A polymers over the range 0 to 135 ppm MBA and FIG. 5b shows the corresponding plot for series B polymers

FIG. 6 shows the plot for the series A and series B polymers of the deionised SLV viscosity number at different MBA amounts

FIG. 7 shows the corresponding plot for the salted SLV viscosity number

FIG. 8a is a plot of the tan delta value for the series A polymers

FIG. 8b is a plot of the tan delta value for the series B polymers

FIG. 8c is a combined plot of the tan delta values for all the polymers

FIG. 9 is a plot of the Schopper Riegler drainage values at different dosages ranging from 0 to 1000 g/ton of polymers made by with differing amounts of MBA

FIG. 10 is a plot of the Britt jar retention values.

It will be observed from each of FIGS. 1 to 8c that there is a consistent trend of properties changing rapidly as the amount of branching agent increases up to around 10 or 20 ppm and then changing much more slowly and indeed tending to plateau out from around 20 or 30 ppm upwards. Also, there is a consistent trend that many of the properties have a peak value at a very low amount of branching agent, below 10 ppm. It is reasonable to deduce from all these plots that the physical state of the polymers changes rapidly as the amount of branching is increased up to around 10 or 20 ppm but that by the time the amount of branching agent has exceeded, for instance, about 40 or 50 ppm further change is relatively slow. This would be consistent with the polymer being present in the form of insoluble cross linked microparticles at the higher amount of branching agent but the polymer being substantially free of insoluble particles at the lower amount of branching agent.

EXAMPLE 2

The retention and dewatering properties obtained when using the resultant branched polymers are determined by standard Britt jar and Schopper-Riegler methods respectively on a 50/50 bleached birch suspension containing 25% (on total solids) precipitated calcium carbonate and 8 kg/t alum 1 kg/t of cationic retention aid formed from 90% acrylamide and 10 mole % dimethylaminoethyl acrylate quaternary salt, IV 12 is used. In each instance various dosages of the second polymer are added.

The results are shown in FIG. 9 (drainage) and FIG. 10 (retention). It is immediately apparent that there is a close correlation between the amount of branching agent which gives minimum drainage time (and therefore best drainage) and maximum (and therefore best) retention value, on the one hand and the amount of branching agent which gives

12

peak deionised solution viscosity and peak Tan delta at 0.005 Hz on the other. The fact that polymers at or close to the peak deionised solution viscosity values and 0.005 Hz Tan delta values give better drainage and retention values than polymers cross linked with, for instance, more than 100 ppm molar MBA is clearly apparent from, for instance, FIGS. 9 and 10.

EXAMPLE 3

A plant trial is conducted on a conventional papermaking machine. The cellulosic suspension consists of 60% hard wood and 40% soft wood refined to 350 ml Canadian Standard Freeness with a thin stock consistency of 0.55%. About 5 kilos per ton cationic starch is included together with 20% precipitated calcium carbonate. Alum is present in an amount of 2.5 kg/t.

A dosage of 0.325 kg/t of cationic first polymer having IV about 9 dl/g and formed from 79% acrylamide and 21% dimethyl aminoethyl acrylate MeCl quaternary salt is added to the suspension before the fan pump. This resulted in flocculation and degradation of the flocs as the suspension was passed through the fan pump and the centriscreen.

A previously dissolved solution of second anionic polymeric retention aid is added between the centriscreen and the headbox, and the suspension is then drained through the wire and the first pass retention, first pass ash retention and formation are recorded.

In run 1, the second polymer is an unbranched polymer as in example 1 having IV about 16 dl/g and thus is substantially linear and is not in accordance with the invention.

In a second run, the second polymer corresponds with the first polymer except that it is made in the presence of 3.5 ppm methylene bis acrylamide. In this particular run half of this second polymer is a preferred polymer according to the invention made in the absence of chain transfer agent and having IV 9.2 dl/g, and is used as a blend with another second polymer made under the same conditions but with the addition of 200 ppm by weight chain transfer agent, whereby this other polymer has IV 5.5 dl/g.

In run 3, the second material is the same as in example 1 except that it is made in the presence of about 200 ppm methylene bis acrylamide, and thus is not in accordance with the invention.

The results are shown in the following table.

| Run | Branching Agent | Percentage First Pass Retention | Percentage First Pass Ash Retention | Formation |
|-----|-----------------|--------------------------------|-------------------------------------|-----------|
| 1 | 0 ppm | 87.5 | 76.4 | 4.3 |
| 2 | 3.5 ppm | 90.8 | 76.1 | 11.9 |
| 3 | 200 ppm | 78.9 | 50.0 | 13.6 |

The highest quantitative value in each test is desired.

These results show that including a very small amount of the branching agent (Run 2) causes an increase in retention but significantly improves formation, compared to the unbranched polymer (Run 1). Further, they show that significantly cross linking the polymer as in U.S. Pat. No. 5,171,808 (Run 3) worsens retention and only slightly improves formation (at the same dose). These results show that it is therefore possible to operate this process so as to obtain adequate formation and improved retention at constant polymer dosage or equivalent formation and equivalent retention but at reduced polymer dosage.

CIBA 003445

US 6,310,157 B1

13

EXAMPLE 4

First pass rention, first pass ash retention and formation values are determined in laboratory tests conducted on a cellulosic suspension to which 5 kg/t alum is added followed by 0.5 kg/t of the same cationic polymer as in example 2 followed by 0.5 kg/t of the anionic second polymer.

One second polymer is made using 3.5 ppm MBA, without chain transfer agent. Another second polymer is made under the same conditions and from the same monomer charge with 3.5 ppm MBA and 5 ppm sodium hypophosphite as chain transfer agent. Both these are in accordance with the invention.

A third second polymer is a commercial polymer believed to be similar to the first and second except for the fact that it was highly cross linked, probably having been made with above 200 ppm cross linker. The first pass retention and first pass ash retention and formation values are as follows

| | First Pass Retention | First Pass Ash Retention | Formation |
|---|---|---|---|
| 3.5 ppm MBA | 80.4 | 61.0 | 27.5 |
| 3.5 ppm MBA + 5 ppm chain transfer agent | 80.6 | 61.4 | 29.0 |
| 200 ppm MBA | 73.9 | 43.9 | 33.4 |

These results show that the two processes in accordance with the invention give very much better retention properties than the process using highly cross linked microparticles. The results also show that although the formation values are not as good, the polymer made using a small amount of chain transfer agent gives better formation than the corresponding polymer made in the absence of the chain transfer agent.

What is claimed is:

1. A branched and wholly water soluble anionic polymer which has been made by conventional reverse phase emulsion polymerization of a water soluble ethylenically unsaturated anionic monomer, branching agent and optionally a water soluble, nonionic, ethylenically unsaturated monomer to form an emulsion,

and then substantially dehydrating the emulsion to form a stable dispersion of substantially anhydrous polymer droplets dispersed in oil,

14

and wherein the polymer has

(a) intrinsic viscosity above 3 dl/g;

(b) tan delta rheological oscillation value at 0.005 Hz of above 0.7 or deionised SLV viscosity number which is at least three times the salted SLV viscosity number of the corresponding polymer made in the absence of branching agent;

(c) a saline Brookfield viscosity of at least 2 mPa.s and

(d) the branching agent is a polyethylically unsaturated monomer used in an amount of from 1 to 10 ppm molar.

2. A polymer according to claim 1 wherein the tan delta rheological oscillation value at 0.005 Hz is above 0.7.

3. A polymer according to claim 1 which has an intrinsic viscosity above 6 dl/g.

4. A polymer according to claim 1 which has a saline Brookfield viscosity of at least 2.2 mPa.s.

5. A polymer according to claim 1 wherein the branching agent is a polyethylenically unsaturated monomer and the amount of branching agent is about 1 to 10 ppm molar.

6. A polymer according to claim 1 wherein the branching agent is a polyethylenically unsaturated monomer and the amount of branching agent is about 1 to 3.5 ppm molar.

7. A polymer according to claim 1 which has been made in the presence of chain transfer agent.

8. A polymer according to claim 1 which has been made substantially in the absence of chain transfer agent.

9. A polymer according to claim 1 which comprises

(a) 5 to 97% by weight water soluble, nonionic, ethylenically unsaturated monomer and

(b) 3 to 95% by weight ethylenically unsaturated anionic monomer.

10. A polymer according to claim 1 which consists essentially of

(a) 5 to 97% by weight acrylamide

(b) 3 to 95% by weight monomer selected from the group consisting of acrylic acid, methacrylic acid, crotonic acid, vinyl sulphonic acid, 2-acrylamido-2-methylpropane sulphonic acid or salts thereof and

(c) 1 to 10 ppm molar of a branching agent which is a polyethylenically unsaturated monomer.

* * * * *

CIBA 003446

# EXHIBIT R

**THIS EXHIBIT HAS BEEN
REDACTED IN ITS ENTIRETY**

# EXHIBIT S

# THIS EXHIBIT HAS BEEN
# REDACTED IN ITS ENTIRETY