# EXHIBIT 4

# United States Patent [19]

## Durand et al.

| | |
|---|---|
| [11] | Patent Number: **4,681,912** |
| [45] | Date of Patent: **Jul. 21, 1987** |

[54] **PROCESS FOR MANUFACTURING INVERSE MICROLATICES OF WATERSOLUBLE COPOLYMERS, THE RESULTANT INVERSE MICROLATICES AND THEIR USE FOR IMPROVING THE PRODUCTION OF HYDROCARBONS**

[75] Inventors: Jean-Pierre Durand, Chatou; Denise Nicolas, Maurepas; Norbert Kohler, Saint Germain en Laye; Francois Dawans, Bougival; Françoise Candau, Strasbourg, all of France

[73] Assignee: Institut Francais du Petrole, Rueil-Malmaison, France

[21] Appl. No.: 742,445

[22] Filed: Jun. 7, 1985

[30] **Foreign Application Priority Data**

Jun. 7, 1984 [FR] France .................... 84 08906
Jun. 7, 1984 [FR] France .................... 84 08907

[51] Int. Cl.4 ................................... C08J 0/00
[52] U.S. Cl. ...................... 524/827; 524/829; 524/831
[58] Field of Search ............. 524/827, 829, 831

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 28,474 | 7/1974 | Anderson et al. .................. | 523/336 |
| 3,284,393 | 11/1966 | Vanderhoff et al. ............... | 526/207 |
| 3,826,771 | 7/1974 | Anderson et al. ................. | 524/817 |
| 4,021,399 | 5/1977 | Hunter et al. ................... | 524/827 |
| 4,022,731 | 5/1977 | Schmitt ......................... | 524/166 |
| 4,070,321 | 1/1978 | Goretta et al. .................. | 524/829 |
| 4,077,930 | 3/1978 | Lim et al. ...................... | 524/829 |
| 4,147,681 | 4/1979 | Lim et al ....................... | 524/831 |
| 4,242,247 | 12/1980 | Pellon et al .................... | 260/29.6 |
| 4,330,450 | 5/1982 | Lipowski et al. ................. | 524/547 |
| 4,435,528 | 3/1984 | Domina .......................... | 524/827 |
| 4,464,508 | 8/1984 | Easterly, Jr. ................... | 524/801 |
| 4,521,317 | 6/1985 | Candau et al .................... | 252/8.55 D |
| 4,524,175 | 6/1985 | Stanley, Jr. .................... | 524/831 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0074661 | 3/1983 | European Pat. Off. .............. | 524/831 |
| 0119078 | 9/1984 | European Pat. Off ............... | 524/831 |
| 2354006 | 5/1975 | Fed. Rep. of Germany . | |
| 0841127 | 7/1960 | United Kingdom .................. | 524/801 |
| 2093464 | 9/1982 | United Kingdom .................. | 524/827 |
| 2118200 | 10/1983 | United Kingdom .................. | 524/827 |
| 2140433 | 11/1984 | United Kingdom .................. | 524/831 |

*Primary Examiner*—Joseph L. Schofer
*Assistant Examiner*—J. M. Reddick
*Attorney, Agent, or Firm*—Millen & White

[57] **ABSTRACT**

By a new process, inverse microlatices of watersoluble copolymers are prepared by copolymerization within an inverse microemulsion obtained by admixing an aqueous phase containing the hydrosoluble monomers to be copolymerized, an organic phase and a non-ionic surfactant or a mixture of non-ionic surfactants, whose H L B ranges from 8 to 11.

The resultant microlatices can be diluted in water so as to form thickened solutions, which can be used to improve the production of hydrocarbons from oil formations, particularly in enhanced recovery methods or methods for preventing water inflows in producing wells.

**13 Claims, 1 Drawing Figure**

CIBA 000548

U.S. Patent          Jul. 21, 1987          4,681,912



CIBA 000549

4,681,912

1

PROCESS FOR MANUFACTURING INVERSE
MICROLATICES OF WATERSOLUBLE
COPOLYMERS, THE RESULTANT INVERSE
MICROLATICES AND THEIR USE FOR
IMPROVING THE PRODUCTION OF
HYDROCARBONS

The invention relates to a process for manufacturing inverse microlatices by copolymerization, in an inverse microemulsion, of at least two hydrosoluble vinyl monomers, and to the inverse microlatices obtained by this process by "hydro-soluble" is meant "water-soluble" throughout.

It also concerns the use of these inverse microlatices in the preparation of thickened aqueous solutions for improving the production of hydrocarbons.

BACKGROUND OF THE INVENTION

The energy crisis has led to the development of numerous surveys in order to recover a maximum amount of the oil present in the fields. Among the various considered methods, one of them consists of flooding the oil field by means of an injection of salt water in order to force petroleum out of the pores of the rock where it is adsorbed. However, the difference in mobility between oil and water considerably reduces the efficiency of said method. In order to improve this technique, it is known to thicken the injection water by means of hydrosoluble polymers, such as partially hydrolyzed polyacrylamides, acrylamide-sodium acrylate copolymers or polysaccharides.

On the other hand, it has been found that aqueous solutions, thickened by means of polymers, injected in wells simultaneously producing water and oil, limit the water production sufficiently without changing the oil production. However, the use of hydrosoluble polymers under actual conditions of use on the field, is often a delicate operation. As a matter of fact, the handling, storing and dissolution of polyacrylamides, as powder, gives rise to certain problems, particularly those due to absorption of moisture causing, formation of agglomerates, whose dissolution is time-consuming.

For this reason, new modes of conditioning hydrosoluble polymers have been proposed, particularly with inverse latices offering as a rule, all the advantages associated with liquids handling. In this connection U.S. Pat. Nos. 3,284,393, 3,624,019, 3,826,771 and 4,022,731, as well as German patent application No. DE-A-2.554.082 and British Pat. No. 2.030.578, are of particular interest.

In the formulations disclosed in these documents, the surfactant is most often selected from non-ionic surfactants having a low H L B (Hydrophilic Lipophilic Balance), providing a water-in-oil emulsion. It consists usually of a sorbitan monooleate or monostearate. On the other hand, it has been stated that certain surfactants of higher H L B are also liable to give water-in-oil emulsions (French Pat. No. 2 245 671).

However, inverse latices obtained according to the prior art methods suffer from different disadvantages, particularly an instability which results in a strong tendency to settle and in the requirement of intense and delicate shearing during their dissolution in aqueous phase, i.e. during their injection.

More recently, it has been proposed to use inverse microlatices of hydrosoluble polymers of improved stability (French patent application No. 2 524 895),

2

prepared by using anionic or cationic surface-active agents.

SUMMARY OF THE INVENTION

A new process for preparing stable, transparent inverse microlatices, of hydrosoluble copolymers, using certain proportions of non-ionic surfactants and resulting in increased contents of copolymers, has now been discovered. This is of particular interest in view of the use of these microlatices to form thickened solutions used for improving the production of oil fields.

The microlatices prepared by the process of the invention further have the advantage of being auto-inversable.

The process for manufacturing inverse microlatices according to the invention is generally defined by the following steps of:

(a) preparing a microemulsion (stable and transparent) of the water-in-oil type, by admixing:

(i) an aqueous solution of the acrylic monomers to be copolymerized with

(ii) an oily phase, comprising at least one hydrocarbon liquid,

(iii) in the presence of at least one non-ionic surfactant whose H L B value ranges from 8 to 11 (when using a mixture of surfactants, the resultant H L B is considered).

(b) subjecting the obtained inverse microemulsion of step (a) to polymerization conditions up to complete polymerization and production of a stable, transparent, inverse microlatex of high molecular weight (the term transparent also meaning translucent).

It will be recalled that an emulsion is a diphasic, turbid, unstable medium. Under stirring, particles, dispersed either in water or in oil, are observed which have a wide size distribution about an average value of the order of a micron. When polymerizing an emulsion, the polymer is dispersed in the large emulsion drops (diameter of about 1 to 10 microns) as well as in the small emulsifier micelles (diameter of about 5 to 10 nm).

A microemulsion is also formed of two liquids insoluble in each other and a surfactant, but, in contrast with the emulsion, the mere mixture of the constituents gives, without any agitation, a transparent or translucent thermodynamically stable medium.

In the formulations of inverse microemulsions leading to the microlatices of the invention, the aqueous phase contains at least two hydrosoluble acrylic monomers: on the one hand, acrylamide or methacrylamide and, on the other hand, at least another acrylic monomer selected from acrylic acid, methacrylic acid and alkali salts of these acids. In the mixture of acrylic monomers, the second acrylic monomer content may range from 15 to 60% by weight and preferably from 20 to 45% by weight.

In order to obtain an inverse microemulsion, it is generally necessary to use particular conditions whose main parameters are as follows: surfactant concentration, H L B of the surfactant or of the surfactant mixture, temperature, nature of the organic phase and composition of the aqueous phase.

The monomers content of the aqueous phase is generally 20–80% and usually 30–70% by weight.

Generally the pH of the monomers aqueous solution ranges from 8 to 13 and advantageously from 9 to 11.

The selection of the organic phase has a substantial effect on the minimum surfactant concentration necessary to obtain the inverse microemulsion. This organic

CIBA 000550

4,681,912

3

phase may consist of a hydrocarbon or a hydrocarbons mixture. Isoparaffinic hydrocarbons or mixtures thereof are the best suitable in order to obtain inexpensive formulations (lower content of surfactants) of inverse microemulsions.

The ratio by weight of the amounts of aqueous phase and hydrocarbon phase is chosen as high as possible, so as to obtain, after copolymerization, a microlatex of high copolymer content. Practically, this ratio may range, for example, from 0.5 to 3/1; usually it is close to 2/1.

The one or more surfactants are selected in view to obtain a H L B value ranging from 8 to 11. As a matter of fact, outside this range, the inverse microemulsions either cannot be obtained, or require a considerable amount of surfactants, incompatible with an economical process. In addition, in the so-defined H L B range, the surfactant content must be sufficient to obtain an inverse microemulsion. Too low concentrations of surfactants lead to inverse emulsions similar to those of the prior art and form no part of this invention.

Within the H L B range, the surfactant concentration, in proportion to all of the constituents of the microemulsion is preferably higher than a value y (in % by weight) approximately defined by the following empirically determined equation:

$$y = 5.8 \ x^2 - 110x + 534$$

wherein x is the H L B value of the surfactant or surfactant mixture.

## BRIEF DESCRIPTION OF THE DRAWING

The accompanying drawing shows a curve representing the surfactant concentration versus the H L B value. On this figure, the preferred domain of the invention has been hachured.

With respect to the upper limit of the surfactant concentration, it is desirable, for economical reasons, to limit said concentration to 25% by weight of all the constituents of the inverse microemulsion.

When preparing the inverse microemulsion, the temperature of the mixture must be carefully controlled, in view of the sensitivity to temperature of the inverse microemulsions in the presence of non-ionic surfactants. This temperature influence is increased as the surfactant concentration is closer to the minimum content required for obtaining an inverse microemulsion.

In order to reduce the required surfactant content, and to limit to a minimum the temperature influence on the stability of the inverse microemulsions, the latter will be, as much as possible, prepared at a temperature as close as possible to that selected for the copolymerization.

The hydrosoluble acrylic monomers present in the above-described inverse microemulsion are polymerized photochemically or thermally: the method consists of photochemically initiating the copolymerization, for example by ultraviolet radiation or thermally by means of a free radical generator, either hydrophobic, such as, for example, azobisisobutyronitrile, or hydrophilic, such, for example, as potassium persulfate.

The copolymerization is performed very quickly, for example in a few minutes, in a photochemical way, quantitatively, and leads to the formation of stable and transparent inverse microemulsions whose particles radius is of the order of 20–40 nanometers with a narrow distribution range.

4

The size of the particles dispersed in the inverse microlatices according to the invention may be determined by means of the quasi-elastic light scattering. The optical source on the light scattering apparatus consists of a Spectra Physics argon-ion laser operating at 488 nm. The time dependant correlation function of the scattered intensity is derived by using a digital correlator with 72 channels. The intensity correlation data have been treated by using the method of cumulants, giving the average decay rate $<\Gamma^{-1}>$ of the correlation function and the variance V. The latter measures the amplitude of the distribution of the decay rate and its value is given by the formula:

$$V = (<\Gamma>^2 <\Gamma^2>) / <\Gamma>^2$$

wherein $<\Gamma^2>$ is the second moment of the distribution.

For copolymer solutions of low polydispersity, the variance V, as a first approximation, is related to the polydispersity index Mw/Mn (weight average molecular weight/number average molecular weight) by the relationship:

$$Mw/Mn = 1 + 4 \ V$$

The molecular weight of the obtained copolymers depends to a large extent on the copolymerization temperature. Temperatures lower or equal to about 30° C. are always preferred when very high molecular weights are desired, as for inverse microlatices destined to be used in Enhanced Oil Recovery.

The process of the invention provides stable and transparent inverse microlatices of high hydrosoluble copolymer content (20 to 35% by weight). The inverse microlatices, prepared in the presence of non-ionic surfactants, have a remarkable stability to temperature in contrast with the inverse microemulsions from which they are prepared.

Inverse microlatices obtained by the process of the invention, can be used in many applications, particularly in the techniques of oil production: Hydrocarbons Enhanced Recovery, ground consolidation, manufacture of drilling muds, prevention of water inflows during the bringing in production of oil wells, and as completion or fracturation fluids.

Generally, the Enhanced Oil Recovery methods with the use of polymer aqueous solutions consist of injecting said solutions in the field through at least one injection well, to circulate it through the formation and recover the displaced hydrocarbons through at least one producing well.

The methods using inverse microlatices of the invention for Enhanced Oil Recovery are not substantially different from those above-described for the water-in-oil emulsions. The inverse microlatices considered in this invention are auto-inversable and it is not necessary generally to add an additional surfactant to favor the inversion, as in certain above-described methods. These microlatices are used, for example after dilution in water, in a proportion on of 50 to 5000 ppm, preferably 100 to 2000 ppm by weight of copolymer with respect to the resultant aqueous phase. Tests conducted in laboratory have shown the efficiency of the inverse microlatices used.

The method for preventing water inflows in producing wells, consists of injecting into the producing well, in the part of the field to be treated, an aqueous solution

CIBA 000551

4,681,912

5

of polymer, prepared according to the invention by inverse microlatex dissolution in water. The polymer is adsorbed to a large extent on the walls of the formation surrounding the well where it is injected. When said well is then brought again in production, the oil and/or the gas selectively traverse the treated zone whereas the water passage is reduced.

In addition to these applications, the hydrosoluble polymers, prepared as a microemulsion, may be used as:

coagulants for separating solids suspended in liquids

floatation and draining adjuvants in the manufacture of paper pulp; or

flocculents in water treatment

The inverse microlatices obtained by the process of the invention may also be used in assembling of glass fibers, in the leather industry or in the field of paints.

### EXAMPLES

The following examples illustrate the invention, but must not be considered as limiting in any way the scope thereof. Examples 1, 10 and 14 to 17 are given by way of comparison and form no part of the invention.

### EXAMPLE 1 (comparative)

77,8 g of SOLTROL 220 (inorganic paraffinic oil having an distillation point of 244° C. and a final point of 287° C.), 25 g of a mixture of 21.4 g of polyoxyethylene sorbitol hexaoleate (ATLAS G 1086) and 3.6 g of sorbitan sesquioleate (ARLACEL 83) whose H L B (hydrophilic lipophilic balance) is 9.25, are admixed under stirring. 61.3 g of acrylamide and 20.7 g of glacial acrylic acid are dissolved in a mixture of 42.2 g of distilled water with 23.0 g of a 50% by weight sodium hydroxide solution and this solution is added to the oil/surfactant mixture. The amount of surfactants corresponds to 10% by weight of all the constituents. After one hour of purging with nitrogen at room temperature, the resultant emulsion (turbid and unstable) is heated to 40° C. and 6.5 10^{-4} mole of t-butyl peroxypivalate per mole of monomer are added thereto, the temperature being maintained between 40° and 50° C. for about 1 hour.

The so-obtained latex is turbid and decantation takes place during storage.

### EXAMPLE 2

When example 1 is repeated, but with the use of 63.5 g of surfactants mixture, which corresponds to 22% by weight of all the constituents, the resultant mixture, in contrast to example 1, is limpid and monophasic (microemulsion) and remains as such after copolymerization. By precipitation in acetone and successive washings with acetone and methanol, an acrylamine-sodium acrylate copolymer is obtained. Its viscosity in aqueous solution (400 ppm of copolymer and 5000 ppm of NaCl), measured at 30° C., is 1.30 mm²/s.

### EXAMPLE 3

Example 1 is repeated but as the organic solvent an isoparaffinic cut (ISOPAR M) having an initial distillation point of 207° C. and a final point of 254° C. is used and a mixture of surfactants (36.6 g) corresponding to 14% of the weight of all the constituents is used. The resultant mixture is limpid and monophasic.

After copolymerization, a monophasic mixture (microlatex) containing 35.3% by weight of acrylamide-sodium acrylate copolymer is obtained. An aqueous solution containing 400 ppm of said copolymer and

6

5000 ppm of NaCl, measured at 30° C. has a viscosity of 1 4 mm²/s.

### EXAMPLE 4

255 g of ISOPAR M and 90 g of a mixture of surfactants consisting of 12.6 g of sorbitan sesquioleate and 77.4 g of polyoxyethylene sorbitol hexaoleate (resultant H L B: 9.3) are added to an aqueous solution containing 38.25 g of acrylic acid and 89.25 g of acrylamide neutralized with sodium hydroxide to a pH close to 10. This amount corresponds to 15% by weight of all the constituents. 0.21 g of azobisisobutyronitrile is added to the resultant monophasic mixture which is degased for 1 hour and heated for 2 hours at 60° C., giving a stable and transparent microlatex whose particle radius, determined by quasi-elastic light scattering, is about 25nm, with a variance of 3%.

By precipitation in acetone and successive washings with acetone and methanol, an acrylamide-sodium acrylate copolymer is obtained (with a total conversion) whose viscosity, determined at 30° C. in a 400 ppm copolymer and 5000 ppm NaCl aqueous solution, is 1.5 mm²/s.

### EXAMPLE 5

Example 4 is repeated, except that azobisisobutylonitrile is omitted and the copolymerization is conducted under U.V. radiation for 5 minutes, the temperature being maintained at 20° C. With a total conversion, an acrylamide-sodium acrylate copolymer is obtained whose viscosity, measured at 30° C. in a 400 ppm copolymer and 5000 ppm NaCl aqueous solution, is 3.15 mm²/s. On the other hand, the intrinsic viscosity of said copolymer, dissolved in water containing 20 g/l of NaCl, has been found equal to 3250 cc/g on the basis of measurements effected with a LS 30 viscosimeter of CONTRAVES Company and extrapolated to zero concentration and shear rate.

### EXAMPLE 6

In the conditions of example 4 for carrying out the inverse microemulsion, the proportions of each of the two surfactants are varied and the minimum amount of surfactants for obtaining, after copolymerization, a stable and transparent inverse microlatex, is determined in each case.

The results are reported in the following table:

#### TABLE I

| HLB | Minimum surfactant concentration to obtain a stable and transparent inverse microlatex (% by weight) |
|-----|-----|
| 8 5 | 18 |
| 9 | 14 |
| 9.5 | 12 |
| 10.2 | 16 |

### EXAMPLE 7

200 g of ISOPAR M and 92 g of the surfactant mixture of example 5 are added to 400 g of an aqueous solution containing 60 g of acrylic acid, 140 g of acrylamide and the sodium hydroxide amount required to attain a pH close to 10. This amount corresponds to 13.3% by weight of all the constituents. The copolymerization, conducted under the same conditions as described in example 5, provides a stable and transparent microlatex whose particles radius, determined by

CIBA 000552

4,681,912

7

quasi-elastic light scattering, is about 40 nm, with a variance of 5%. This inverse microlatex contains 31.6% by weight of an acrylamidesodium acrylate copolymer containing 35.9% by weight of sodium acrylate.

The intrinsic viscosity of said polymer is 3520 cc/g (solution at 20 g/l of NaCl).

### EXAMPLE 8

200 g of ISOPAR M and 106 g of the mixture of surfactants of example 4 are added to 400 g of an aqueous solution containing 40 g of acrylic acid, 160 g of acrylamide and the sodium hydroxide amount required to attain a pH of 9. This amount corresponds to 15% by weight of all the constituents. The copolymerization, conducted in the same conditions as in example 5, gives a monophasic mixture containing 30.1% by weight of acrylamidesodium acrylate copolymer containing 24.6% by weight of sodium acrylate.

The viscosity of an aqueous solution containing 400 ppm of said copolymer, determined at 30° C. in the presence of 5 g/l of NaCl, is 2.7 mm²/s.

### EXAMPLE 9

When, in example 8, ISOPAR M is replaced with trimethyl-pentane, everything else being unchanged, an inverse microlatex of similar characteristics as in example 8 is obtained.

### EXAMPLE 10 (comparative)

When, in example 8, the isoparaffinic solvent (ISOPAR M) is replaced with an aromatic solvent (toluene), everything else being unchanged, it is impossible to obtain an inverse microemulsion, even with the addition of high amounts of surfactants (31% by weight).

### EXAMPLE 11

200 g of ISOPAR M and 115 g of a mixture of surfactants containing 11% by weight of sorbitan trioleate (Montane 85) and 89% by weight of ethoxylated sorbitan trioleate (Montanox 85) are added to 400 g of an aqueous solution containing 60 g of acrylic acid and 140 g of acrylamide, whose pH has been brought to 10 by addition of sodium hydroxide. The H L B of the surfactants mixture is 10 and the surfactant amount corresponds to 16% by weight of all the constituents.

The copolymerization, conducted in the same conditions as described in example 5, gives a monophasic mixture containing 30.5% by weight of an acrylamidesodium acrylate copolymer containing 35.9% by weight of sodium acrylate.

The intrinsic viscosity of said polymer is 3200 cc/g (in aqueous solution at 20 g/l of NaCl).

### EXAMPLE 12

200 g of ISOPAR M and 115 g of the mixture of surfactants of example 11 are added to 400 g of an aqueous solution containing 170 g of acrylamide and 30 g of acrylic acid, whose pH has been brought to 9 by addition of sodium hydroxide. This amount corresponds to 16% by weight of all the constituents.

The copolymerization, achieved in the same conditions as in example 5, gives a monophasic mixture containing 29.3% by weight of an acrylamide-sodium acrylate copolymer containing 18.7% by weight of sodium acrylate.

8

### EXAMPLE 13

200 g of ISOPAR M and 100 g of polyoxyethylene sorbitol oleate (ATLAS G 1087; H L B=9.2) are added to 400 g of an aqueous solution containing 50 g of acrylic acid and 150 g of acrylamide, whose pH has been brought to 10 by addition of sodium hydroxide. This amount corresponds to 14.3% by weight of all the constituents.

The copolymerization so-obtained copolymerization of the inverse microemulsion, conducted in the conditions described in example 5, gives a stable and transparent inverse microlatex containing 30.7% by weight of an acrylamide-sodium acrylate copolymer containing 30.3% by weight of sodium acrylate.

### EXAMPLE 14 (comparative)

When example 7 is repeated, except that the proportions of the two surfactants are modified so as to obtain the resultant H L B of 7.6, it is not possible to obtain, under these conditions, any inverse microemulsion, even when adding high amounts of surfactants (more than 31% by weight).

### EXAMPLE 15 (comparative)

When, in example 7, the mixture of surfactants is replaced with ethoxynonylphenol containing 8 ethylene oxide recurrent units per molecule and having a H L B of 12.3, everything else being unchanged, it is not possible to obtain in these conditions, any inverse microemulsion, even when adding high surfactant amounts (more than 35% by weight).

### EXAMPLE 16 to 22

255 g of ISOPAR M and a variable amount of a mixture of surfactants having a H L B value of 9.3, already used in certain of the preceding examples (14% by weight of sorbitan sesquioleate and 86% by weight of polyethoxylated sorbitol hexaoleate are added to 255 g of an aqueous solution containing 44 g of acrylic acid and 82 g of acrylamide, neutralized with sodium hydroxide up to a pH close to 10. The amount of surfactant mixture is reported in table II hereinafter. The resultant mixture is degased and then heated at 45° C. for 45 minutes in order to copolymerize the monomers.

There is thus obtained a series of inverse latices whose final copolymer concentration is about 22 to 25% by weight with respect to all the constituents. The proportion of sodium acrylate in the copolymers is 42% by weight. Table II hereinafter reports, for the final latices, the values of optical transmission measured by turbidimetry, the hydrodynamic radii $R_H$ of the particles, determined by the quasi-elastic diffusion of light and an evaluation of the stability of said latices.

### TABLE II

| Examples | Surfactant concentration (% by weight) | Optical transmission (%) | $R_H$ (nm) | Stability |
|---|---|---|---|---|
| 16* | 8.2 | 1.1 | >89 | Sedimentation |
| 17* | 11.0 | 1.2 | >60 | after a few hours |
| 18 | 13.4 | 82 | 37 | Stable |
| 19 | 15.5 | 82 | 35 | even |
| 20 | 18.0 | 85 | 27.5 | after |
| 21 | 20.2 | 88 | 25 | several |
| 22 | 21.1 | 91 | 24 | months |

*comparative examples

C I B A   0 0 0 5 5 3

4,681,912

9

From this table, it appears that microlatices obtained in examples 18 to 22 are stable and have a high optical transmission and a small particle radius, in contrast with the results obtained in examples 16 and 17.

The values of surfactants or surfactant mixtures concentrations, taking into account the corresponding H L B values, were used to draw a curve shown in the accompanying FIGURE, indicating the approximative limit between a zone wherein no stable inverse microlatex is obtained and a zone wherein stable inverse microlatices can be obtained. On this FIGURE, the preferred domain of the invention has been hachured.

EXAMPLES 23 to 25

100 g of ISOPAR M and 53 g of the same surfactant mixture as in the preceding examples (H L B=9.3) are added to 200 g of an aqueous solution containing 30 g of acrylic acid and 70 g of acrylamide, neutralized by sodium hydroxide up to a pH close to 9.

The obtained monophasic mixture, to which is added 0.15 g of azobisisobutyronitrile, is degased and maintained for 5 hours at a temperature differing according to the considered example. A stable and transparent inverse microlatex is always obtained and the copolymerization is complete.

By precipitation in acetone and successive washings with acetone and methanol, acrylamide-sodium acrylate copolymers are separated and their viscosity determined, at 30° C., in aqueous solutions containing 1000 ppm of copolymer and 5000 ppm of sodium chloride. The viscosity values are different according to the copolymerization temperature:

| Example 23 | T° = 60° C. | Viscosity: 2.4 mm²/s |
| Example 24 | T° = 40° C. | Viscosity: 4.9 mm²/s |
| Example 25 | T° = 25° C. | Viscosity: 7.4 mm²/s |

EXAMPLE 26

Test of injectivity of porous medium

A porous medium is prepared by packing, in a glass cylinder, sand from ENTRAIGUES EN 38, of granulometry ranging from 28 to 50 μml. The characteristics of the so-obtained porous medium are as follows: L=60 mm, $\Phi$=20 mm, Vp=8.6 cc, k=2.04 D, $\phi$=45% (k=permeability $\rho$ to air expressed in Darcy ; $\phi$=porosity)

A solution of acrylamide-sodium acrylate copolymer (1000 ppm) is prepared by dispersing the inverse microlatex obtained in example 7 in a field brine of total salt content close to 3 g/l. The rheological curve of said copolymer solution, as determined by means of LS 30 viscosimeter, makes apparent the presence of a plateau in the values of relative viscosity versus shear rate (relative viscosity at zero shear rate: $\eta R_o$=20, at 30° C.).

The polymer solution is then injected at constant rate (q=1.5 cc/h by means of a piston pump of perfuser type; the pressure losses are measured at the terminals of the porous medium for the polymer solution and expressed in proportion to the values initially obtained with the field brine. Thus, a mobility ratio is defined which, in the experimental conditions, becomes stabilized at a value of 21.6. It is further observed that the stabilization of the mobility decrease corresponds to an equalization of the polymer concentrations, determined by viscosimetry, between the input and the output of the core. The comparison of the mobility decrease val-

10

ues with the plateau viscosity on the one hand, and the absence of polymer losses between the input and the output of the porous medium on the other hand, shows that for the selected porous medium, the injectivity of the microlatex dispersion is satisfactory. Particularly, no indication of clogging was observed.

When injecting field brine after the polymer solution, a value of the permeability reduction of 2.36 is obtained, which characterizes the presence of an adsorbed polymer layer on the walls of the porous medium. This behavior is characteristic of an acrylamide-sodium acrylate copolymer of high molecular weight.

On the other hand, the fact that the permeability to water is permanently reduced makes it possible to contemplate the use of the inverse microlatices of the invention in the prevention of water inflows in producing wells, as illustrated in the following example.

EXAMPLE 27

A porous medium (L=20 cm; $\Phi$=5 cm) is prepared by coring a Vosges sandstone containing about 10% of clay. The permeabilities of this Vosges sandstone to sea water (total salt content =37 g/l and to the field water (total salt content =8 g/l) are respectively 0.478 D and 0.467 D. The porosity is 18%.

From the microlatex of example 13, a solution is separately prepared which contains 500 ppm of active copolymer in sea water and in field water. The relative viscosities obtained in the Newtonian zone of said microlatex dispersed in both water types are respectively $\eta R_o$=5.1 (field water) and $\eta R_o$=3.1 (sea water), the ratio of the two viscosities being equal to 1.65.

In conformity with the teaching of the French Pat. No. 2 325 797 (corresponding to U.S. Pat. No. 4,095,651) issued to the name of the applicant and concerning the prevention of water inflows in producing wells, the microlatex solution (Cp=500 ppm) is injected at constant rate q=3 cm³/h ( $\gamma$=2.1 sec⁻¹) in sea water (t=30° C.). After injection of about 5 Pv (Pv=pores volume) of said microlatex solution, the polymer injection is discontinued and sea water is injected by the inlet face of the core in view to determine, on the one hand, the decrease of permeability $R_k$ to sea water before and after the polymer introduction and, on the other hand, to deduce therefrom a thickness of the adsorbed layer, calculated by the formula

$$\delta = R_p \left( 1 - \frac{1}{\sqrt[4]{R_k}} \right)$$

wherein $R_p$ designating the average pore radius is equal to

$$\sqrt{\frac{8k}{\gamma}}$$

The obtained values are as follows: $R_k$=1.80, $\delta$=0.62 μm.

Through the outlet face of the core, field water is injected in opposite direction, thus simulating the water production in the producing well. New values of the permeability reduction and of the thickness of the adsorbed layer are thus respectively obtained: $R_k$=2.92, $\delta$=0.90 micron. The ratio of the respective thicknesses of adsorbed layers respectively with the field water and

CIBA 000554

4,681,912

11

the sea water is 1.61, value which is very close to 1.65, representing the ratio of the plateau viscosities in said two waters. This indicates that the introduction of the copolymer took place in such conditions that the thickness of the adsorbed layer varied in the same ratio as the viscosities. Accordingly, the production of soft water from the field is decreased, thereby decreasing the production water/oil ratio (WOR).

What is claimed as the invention is:

1. A process for producing a stable inverse microlatex comprising the steps of:

(a) admixing:

an aqueous solution containing at least one acrylic monomer (i) selected from acrylamide and methacrylamide and at least another acrylic monomer (ii) selected from acrylic acid, methacrylic acid and alkali salts of said acids, at a concentration from 20 to 80% by weight in said aqueous solution;

an oily phase comprising at least one hydrocarbon liquid, the ratio by weight between said aqueous solution and said oily phase being from 0.5/1 to 3/1, and

a non-ionic surfactant or a non-ionic surfactant mixture having a H L B from 8 to 11, in a proportion, with respect to all the involved constituents, higher than about a value y, given, in percent by weight, by the relationship:

$$y = 5.8 \, X^2 - 110 \, X + 534$$

wherein X is the H L B of said surfactant or said surfactant mixture, so as to form an inverse microemulsion, and

(b) subjecting the inverse microemulsion obtained in step (a) to copolymerization conditions.

12

2. A process according to claim 1, wherein said acrylic monomer (ii) is sodium acrylate.

3. A process according to claim 1, wherein said acrylic monomer (ii) amounts to 15–60% by weight of the acrylic monomer mixture.

4. A process according to claim 3, wherein said acrylic monomer (ii) amounts to 20–45% by weight of the acrylic monomer mixture.

5. A process according to claim 1, wherein, in step (a), the pH of said aqueous solution is from 8 to 13.

6. A process according to claim 1, wherein, in step (a), the oily phase comprises at least one isoparaffinic hydrocarbon.

7. A process according to claim 1, wherein, in step (a), the ratio by weight between the monomers aqueous solution and the oily phase is about 2/1.

8. A process according to claim 1, wherein, in step (a), the proportion of surfactant or surfactant mixture is at most 25% by weight of all the constituents of said inverse microemulsion.

9. A process according to claim 1, wherein, in step (b), the polymerization is conducted by heating in the presence of a radical reactions initiator.

10. A process according to claim 1, wherein, in step (b) the polymerization is initiated by radiation.

11. An inverse microlatex obtained by the process according to claim 1 having a copolymer content from 20 to 35% by weight.

12. In a method for preparing a thickened aqueous solution, comprising diluting in water an inverse microlatex in such a proportion that the resultant aqueous solution has a copolymer concentration from 50 to 5000 ppm by weight the improvement wherein the inverse microlatex is one of claim 11.

13. A thickened aqueous solution, obtained by the method of claim 12.

* * * * *

C I B A   0 0 0 5 5 5

# EXHIBIT 5

4/3/79     XR     4,147,688

# United States Patent [19]

## Makhlouf et al.

[11] **4,147,688**

[45] **Apr. 3, 1979**

[54] **METHOD OF PREPARING DISPERSIONS OF GELLED POLYMERIC MICROPARTICLES AND PRODUCTS PRODUCED THEREBY**

[75] Inventors: Joseph M. Makhlouf, Mars; Samuel Porter, Jr., Tarentum, both of Pa.

[73] Assignee: PPG Industries, Inc., Pittsburgh, Pa.

[21] Appl. No.: 805,679

[22] Filed: Jun. 13, 1977

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 559,949, Mar. 19, 1975, abandoned.

[51] Int. Cl.² ............................................. C08K 5/01
[52] U.S. Cl. ................. 260/33.6 EP; 260/33.6 UA; 526/273; 526/279; 528/392
[58] Field of Search .......... 260/33.6 EP, 33.6 UA, 260/836, 859 R

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,317,635 | 5/1967 | Osmond et al. | 260/836 |
| 3,538,185 | 11/1970 | Davis et al. | 260/836 |
| 3,652,472 | 3/1972 | Clarke et al. | 260/33.6 UA |
| 3,666,710 | 5/1972 | Makhlouf et al. | 260/33.6 UA |
| 3,686,111 | 8/1972 | Makhlouf et al. | 260/33.6 UA |
| 3,702,836 | 11/1972 | Walbridge | 260/836 |
| 3,715,412 | 2/1973 | Nakahara et al. | 260/836 |
| 3,880,796 | 4/1975 | Christenson et al. | 260/33.6 UA |
| 3,888,945 | 6/1975 | Arndt et al. | 260/836 |
| 3,966,667 | 6/1976 | Sullivan et al. | 260/33.6 UA |

#### FOREIGN PATENT DOCUMENTS

967051  8/1964  United Kingdom.

*Primary Examiner*—Harry Wong, Jr.
*Attorney, Agent, or Firm*—George D. Morris

[57] **ABSTRACT**

Dispersions containing crosslinked acrylic polymer microparticles having a particle size of from 0.1 to 10 microns are produced in relatively high concentrations by a method comprising the free radical addition copolymerization of at least one monoethylenically unsaturated monomer with alpha, beta-ethylenically unsaturated monocarboxylic acid and crosslinking monomer selected from the group consisting of (1) epoxy group-containing compound and (2) a mixture of alkylenimine and organoalkoxysilane in the presence of a dispersion stabilizer and an aliphatic hydrocarbon dispersing liquid in which the crosslinked polymer particles are insoluble.

The crosslinked acrylic polymer microparticles are useful as additives to protective and decorative coatings.

**24 Claims, No Drawings**

CIBA 019980

4,147,688

1                                           2

## METHOD OF PREPARING DISPERSIONS OF GELLED POLYMERIC MICROPARTICLES AND PRODUCTS PRODUCED THEREBY

### CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation-in-part of application Ser. No. 559,949, filed Mar. 19, 1975, now abandoned.

### BACKGROUND OF THE INVENTION

Methods of preparing crosslinked acrylic polymer microparticles commonly referred to as microgel particles are known in the art. One such method is disclosed in commonly-assigned copending application Ser. No. 296,700, filed Oct. 11, 1972, now U.S. Pat. No. 3,880,796, in the name of Roger M. Christenson et al. In this method, a non-aqueous polymer dispersion is prepared by polymerizing an ethylenically unsaturated monomer containing hydroxyl groups in the presence of (1) a dispersing liquid which is a solvent for the monomer but in which the resultant polymer is insoluble and (2) a dispersion stabilizer. The resultant non-aqueous polymer dispersion produced by this method consists of a major proportion of uncrosslinked acrylic polymer particles and a minor proportion (e.g., 10 percent by weight or less) of crosslinked acrylic polymer particles (i.e., microgel particles) Accordingly, in this method, it is necessary to separate the microgel particles from the uncrosslinked polymer particles. This is accomplished by the addition to the dispersion of an active solvent for the uncrosslinked polymer particles, thereby converting the dispersion to essentially a solution, but for the presence of the insoluble microgel particles. The microgel particles are then separated from the bulk of the polymer by conventional means such as centrifuging, filtering, and the like.

The above process, while advantageous in some respects, has several serious disadvantages. Thus, as will be apparent, the microgel particles are an incidental by-product of the non-aqueous dispersion process and therefore the yield is relatively low (e.g., 5 to 10 percent by weight or less). Moreover, because of this factor, it is necessary to separate the microgel particles from a dispersion which contains a major proportion of uncrosslinked acrylic polymer particles by dissolving the uncrosslinked polymer particles with an active solvent.

Still another method for producing microgel particles is disclosed in British Pat. No. 967,051 to Bullitt et al, dated Aug. 19, 1964. In this method, microgel particles are prepared by forming an aqueous emulsion of monoethylenic unsaturated monomer and a crosslinking monomer containing at least two ethylenic double bonds, heating the emulsion to a temperature of about 40° to 100° C. until the reaction is substantially complete to yield a microgel and during the reaction adding an agent to inhibit the formation of high molecular weight substantially uncrosslinked polymer. The inhibiting agent as disclosed in Bullitt et al can be an active solvent for the monomers or a chain transfer agent. This method has several disadvantages. Thus, the method utilizes conventional emulsion polymerization techniques requiring careful control of the process to prevent settling and the like. Further, the use of crosslinking monomers containing at least 2 ethylenic double bonds (e.g., divinyl and diacrylate monomers) has been found to lead to flocculation problems in relatively high

solids level (i.e., 40 percent by weight or higher) microgel particle dispersions. Finally, this method requires the additional step of adding a water-immiscible solvent or chain transfer agent to the reaction mixture.

### BRIEF SUMMARY OF THE INVENTION

The method of the present invention overcomes essentially all of the disadvantages of the prior art. Thus, the present invention provides a method of producing crosslinked acrylic polymer microparticles in relatively high concentrations (i.e., solids levels of 20 to 60 percent by weight) by a process which comprises the free radical addition copolymerization of alpha, beta-ethylenically unsaturated monocarboxylic acid, at least one other copolymerizable monoethylenically unsaturated monomer and crosslinking monomer selected from the group consisting of (1) epoxy group-containing compound and (2) a mixture of alkylenimine and organoalkoxysilane in the presence of a polymeric dispersion stabilizer and dispersing liquid in which the cross-linked acrylic polymer particles are insoluble. The reaction is carried out at elevated temperatures such that the dispersion polymer first forms and then is crosslinked; usually the temperature should be between about 50° C. and 150° C.

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

Examples of alpha, beta-ethylenically unsaturated monocarboxylic acid which may be used are acrylic acid, methacrylic acid, ethacrylic acid, alpha-chloroacrylic acid, crotonic acid isocrotonic acid, tiglic acid and angelic acid. The preferred alpha, beta-ethylenically unsaturated monocarboxylic acids are acrylic acid and methacrylic acid. Methacrylic acid is especially preferred. The amount of alpha, beta-ethylenically unsaturated monocarboxylic acid employed in the process of the invention is usually in the range of from about 0.5 percent to about 15 percent by weight of the monomers used in the copolymerization process.

Various other monoethylenically unsaturated monomers may be copolymerized with the acid monomer in the process of this invention. Although essentially any copolymerizable monoethylenic monomer may be utilized, depending upon the properties desired, the preferred monoethylenically-unsaturated monomers are the alkyl esters of acrylic or methacrylic acid, particularly those having from about 1 to about 4 atoms in the alkyl group. Illustrative of such compounds are the alkyl acrylates, such as methyl acrylate, ethyl acrylate, propyl acrylate, and butyl acrylate and the alkyl methacrylates, such as methyl methacrylate, ethyl methacrylate, propyl methacrylate and butyl methacrylate. Other ethylenically unsaturated monomers which may advantageously be employed include, for example, the vinyl aromatic hydrocarbons, such as styrene, alpha-methyl styrene, vinyl toluene, unsaturated esters of organic and inorganic acids, such as vinyl acetate, vinyl chloride and the like, and the unsaturated nitriles, such as acrylonitrile, methacrylonitrile, ethacrylonitrile, and the like. From about 70 percent to about 99 percent by weight of such monoethylenically unsaturated monomers, based on the weight of monomer solids can be utilized.

As indicated above, the crosslinking monomer employed in the process of the invention is selected from the group consisting of (1) epoxy group-containing compound and (2) a mixture of alkylenimine and organoalkoxysilane.

CIBA 019981

4,147,688

3

A particularly preferred class of epoxy group-containing compounds which may be utilized in the practice of the invention are monoepoxide compounds which additionally contain ethylenic unsaturation. Illustrative of such preferred compounds are, for example, glycidyl acrylate and glycidyl methacrylate.

Various alkylenimines can be utilized in the practice of the invention including substituted alkylenimines. The preferred class of such amines are those of the formula:



where $R_1$, $R_2$, $R_3$, $R_4$ and $R_5$ are each hydrogen; alkyl, such as methyl, ethyl, propyl, or the like, having, for example, up to about 20 carbon atoms; aryl, such as phenyl or the like; aralkyl, such as tolyl, xylyl or the like; or aralkyl, such as benzyl, phenethyl or the like. $R_6$ in the above formula is hydrogen or a lower alkyl radical usually having not more than about 6 carbon atoms, and n is an integer from 0 to 1.

It is intended that the groups designated by the above formula include substituted radicals of the classes indicated where the substituent groups do not adversely affect the basic nature of the imine in the reaction. Such substituents can include the groups such as cyano, halo, amino, hydroxy, alkoxy, carbalkoxy and nitrile. The substituted groups may thus be cyanoalkyl, haloalkyl, aminoalkyl, hydroxyalkyl, alkoxyalkyl, carbalkoxyalkyl, and similar substituted derivatives of aryl, alkaryl and aralkyl groups where present.

A number of specific examples of alkylenimines within the class described are as follows:

Ethylenimine (aziridine)
1,2-propylenimine (2-methyl aziridine)
1,3-propylenimine (azetidine)
1,2-dodecylenimine (2-decyl aziridine)
1,1-dimethyl ethylanimine (2,2-dimethyl aziridine)
Phenyl ethylenimine (2-phenyl aziridine)
Benzyl ethylenimine (2-phenylmethyl aziridine)
Hydroxyethyl ethylenimine (2-(2-hydroxyethyl)aziridine)
Aminoethyl ethylenimine (2-(2-aminoethyl)aziridine)
2-methyl propylenimine (2-methyl azetidine)
3-chloropropyl ethylenimine (2-(3-chloropropyl)aziridine)
Methoxyethyl ethylenimine (2-(2-methoxyethyl)aziridine)
Dodecyl aziridinyl formate (dodecyl 1-aziridinyl carboxylate)
N-ethyl ethylenimine (1-ethyl aziridine)
N-(2-aminoethyl)ethylenimine (1-(2-aminoethyl)aziridine)
N-(phenethyl)ethylenimine (1-(2-phenylethyl)aziridine)
N-(2-hydroxyethyl)ethylenimine (1-(2-hydroxyethyl)aziridine)
N-(cyanoethyl)ethylenimine (1-cyanoethyl aziridine)
N-phenyl ethylenimine (1-phenyl aziridine)
N-(p-chlorophenyl)ethylenimine (1-(4-chlorophenyl)aziridine)

Because of their availability and because they have been found to be among the most effective, the pre-

4

ferred imines are hydroxyalkyl-substituted alkylenimines, such as N-hydroxyethyl ethylenimine and N-hydroxyethyl propylenimine.

Organoalkoxysilane monomers which may advantageously be employed in the practice of this invention are the acrylatoalkoxysilanes, methacrylatoalkoxysilanes and the vinylalkoxysilanes. Illustrative of such compounds are acryloxypropyltrimethoxysilane, gamma-methacryloxypropyltrimethoxysilane, gamma-methacryloxypropyltriethoxysilane, gamma-methacryloxypropyl-tris(2-methoxyethoxy)silane, vinyltrimethoxysilane, vinyltriethoxysilane, vinyl-tris(2-methoxyethoxy)silane and the like. Of these organoalkoxysilanes, gamma-methacryloxypropyltrimethoxysilane is especially preferred.

The proportion of such crosslinking monomer employed in the process of the invention may range from 0.5 percent to 15 percent by weight of the monomers used in the copolymerization process. When the crosslinking monomer is a mixture of alkylenimine and organoalkoxysilane, the mole ratio of the alkylenimine to the alpha, beta-ethylenically unsaturated monocarboxylic acid used to prepare the polymer is generally in the range of from 0.5:1 to 1.5:1 and the mole ratio of the organoalkoxysilane to the alpha, beta-ethylenically unsaturated monocarboxylic acid used to prepare the polymer is generally in the range of from 1.5:1 to 3.5:1.

The monoethylenically-unsaturated monomer, acid monomer and cross-linking monomer are polymerized in a dispersing liquid which solubilizes the monomers but in which the resulting polymers are essentially not soluble and form dispersed polymer particles. The dispersing liquid is generally a hydrocarbon medium consisting essentially of liquid aliphatic hydrocarbons. A pure aliphatic hydrocarbon or a mixture of two or more may be employed. To the extent that any particular polymer produced is mostly insoluble in the hydrocarbon medium resulting, the essentially aliphatic hydrocarbon may be modified by the incorporation of other solvent materials such as aromatic or naphthenic hydrocarbons, and in certain instances, the amount of such non-aliphatic component may attain as high as 49 percent by weight of the entire dispersing liquid. However, the dispersing liquid preferably consists essentially of aliphatic hydrocarbons and, in general, the compositions of the present invention contain less than 25 percent by weight based on the weight of the dispersing liquid of an aromatic hydrocarbon and often none at all at this stage.

It is essential that the hydrocarbon be of liquid character, but it may have a wide boiling range from a minimum of about 30° C. (in which case high pressures may be needed in the polymerization) to a maximum which may be as high as 300° C. For most purposes, the boiling point should be from about 50° C. up to about 235° C.

Examples of dispersing liquids useful herein are pentane, hexane, heptane, octane, mixtures of the same, and the like.

Ordinarily, the polymerizable composition of monomers and dispersing liquid should contain from about 30 to about 80 percent by weight of the dispersing liquid. It is understood, however, that the monomeric solution need contain only that amount of dispersing liquid necessary to solubilize the monomers and maintain the resulting polymers in a dispersed state after polymerization.

CIBA 019982

4,147,688

5        6

The monomers are polymerized in the presence of a dispersion stabilizer. The dispersion stabilizer employed in producing the microparticles of the invention is a compound. usually polymeric, which contains at least two segments of which one segment is solvated by the dispersing liquid and a second segment is of different polarity than the first segment and is relatively insoluble (compared to the first segment) in the dispersing liquid. Although such compounds have been used in the past to prepare dispersions of polymer, in those instances it has been considered necessary that the polymer produced be ungelled, film-forming and soluble in certain solvents.

Included among such dispersion stabilizers are poly-acrylates and polymethacrylates, such as poly(lauryl)-methacrylate and poly(2-ethylhexyl acrylate); diene polymers and copolymers such as polybutadiene and degraded rubbers; aminoplast resins, particularly highly naphtha-tolerant compounds such as melamine-formaldehyde resins etherified with higher alcohols (e.g., alcohols having 4 to 12 carbon atoms), for example, butanol, hexanol, 2-ethylhexanol, etc., and other aminoplasts of similar characteristics such as certain resins based on urea, benzoguanamine, and the like; and various copolymers designed to have the desired characteristics. for example, polyethylenevinyl acetate copolymers.

The presently preferred dispersion stabilizers used in this invention are graft copolymers comprising two types of polymer components of which one segment is solvated by the aliphatic hydrocarbon solvent and is usually not associated with polymerized particles of the polymerizable ethylenically unsaturated monomer and the second type is an anchor polymer of different polarity from the first type and being relatively non-solvatable by the aliphatic hydrocarbon solvent and capable of anchoring with the polymerized particles of the ethylenically unsaturated monomer, said anchor polymer containing pendant groups capable of copolymerizing with ethylenically unsaturated monomers.

The preferred dispersion stabilizers are comprised of two segments. The first segment (A) comprises the reaction product of (1) a long-chain hydrocarbon molecule which is solvatable by the dispersing liquid and contains a terminal reactive group and (2) an ethylenically unsaturated compound which is copolymerizable with the ethylenically unsaturated monomer to be polymerized and which contains a functional group capable of reacting with the terminal reactive groups of the long-chain hydrocarbon molecule (1).

Generally, the solvatable segment (A) is a monofunctional polymeric material of molecular weight of about 300 to about 3,000. These polymers may be made, for example, by condensation reactions producing a polyester or polyether. The most convenient monomers to use are hydroxy acids or lactones which form hydroxy acid polymers. For example, a hydroxy fatty acid such as 12-hydroxystearic acid may be polymerized to form a non-polar component solvatable by such non-polar organic liquids as aliphatic and aromatic hydrocarbons. The polyhydroxy stearic acid may then be reacted with a compound which is copolymerizable with the acrylic monomer to be polymerized, such as glycidyl acrylate or glycidyl methacrylate. The glycidyl groups would react with the carboxyl group of the polyhydroxy stearic acid and the polymer segment (A) would be formed.

Somewhat more complex. but still useful, polyesters may be made by reacting diacids with diols. For exam-

ple, 1,12-dodecanediol may be reacted with sebacic acid or its diacid chloride to form a component solvatable by aliphatic hydrocarbons.

The preferred polymeric segment (A) of the dispersion stabilizer is formed by reacting poly-(12-hydroxystearic acid) with glycidyl methacrylate.

The second polymeric segment (B) of the dispersion stabilizer is of polarity different from the first segment (A) and, as such, is relatively non-solvated by the dispersing liquid and is associated with or capable of anchoring onto the acrylic polymeric particles formed by the polymerization and contains a pendant group which is copolymerizable with the acrylic monomer. This anchor segment (B) provides around the polymerized particles a layer of the stabilizer. The solvated polymer segment (A) which extends outwardly from the surface of the particles provides a solvated barrier which sterically stabilizes the polymerized particles in dispersed form.

The anchor segment (B) may comprise copolymers of (1) compounds which are readily associated with the acrylic monomer to be polymerized such as acrylic or methacrylic esters, such as methyl acrylate, methyl methacrylate, ethyl acrylate, ethyl methacrylate, butyl acrylate, butyl methacrylate, 2-ethylhexyl acrylate, octyl methacrylate, and the like, with (2) compounds which contain groups copolymerizable with the acrylic monomer to be polymerized and which contain groups which are reactive with the polymeric segment (A), such as glycidyl-containing acrylates and methacrylates, such as glycidyl acrylate and glycidyl methacrylate. These copolymers are further reacted with polymerizable ethylenically-unsaturated acids, such as acrylic acid, methacrylic acid, 3-butenoic acid, crotonic acid, itaconic acid, and others mentioned previously which contain pendant groups which are copolymerizable with the acrylic monomer.

The preferred polymeric segment (B) is a terpolymer of methyl methacrylate, glycidyl methacrylate, and methacrylic acid.

The segments (A) and (B) are usually combined entities, the segment (A) being attached to the backbone of the graft copolymer and the segment (B) being carried in or on the backbone.

The monomer solution containing the stabilizer preferably contains from about 1 to about 25 percent by weight of the stabilizer. That is, the amount of dispersion stabilizer used is in the range of from about 1 to about 25 percent by weight based on the weight of monomers and dispersion stabilizer used in the copolymerization process.

The polymerization may be carried out in a conventional manner, utilizing heat and/or catalysts and varying solvents and techniques. Generally, a free radical catalyst such as cumene hydroperoxide, benzoyl peroxide or similar peroxygen compound, or an azo compound such as azobis(isobutyronitrile) is employed.

The resultant non-aqueous acrylic dispersion consists essentially of microgel particles (i.e., crosslinked acrylic polymer particles) dispersed therein. These particles have particle sizes ranging from 0.1 to 10 microns. Depending upon the original concentration of monomer solids, non-aqueous dispersions consisting essentially of the microgel particles can be produced by the process at relatively high concentrations. The term "relatively high concentration" as employed herein refers to the solids level of the non-aqueous dispersion. Thus, the process of this invention permits the production of non-

CIBA 019983

4,147,688

7

aqueous dispersions of microgel particles having solids contents of from 20 to 60 percent by weight or even higher.

The following examples are submitted for the purpose of further illustrating the nature of the present invention and should not be interpreted as a limitation on the scope thereof. All parts and percentages in the examples as well as throughout the specification are by weight unless otherwise indicated.

### EXAMPLE I

To a 5-liter flask equipped with an up-and-over condenser, agitator, thermometer, and heating mantle was charged 1900 grams of Napoleum 30 (a medium boiling naphtha from Kerr-McGee Company), 950 grams of hexane, and 950 grams of heptane. The mixture was heated to reflux (about 85° C.) and then 200 grams of methyl methacrylate, 34 grams of a dispersion stabilizer solution and 14.3 grams of azobis(isobutyronitrile) were added. The dispersion stabilizer solution used contained 20 50.3 percent solids (viz., dispersion stabilizer) and the dispersion stabilizer was a polymer prepared by interpolymerizing 45.4 percent methyl methacrylate, 4.2 percent glycidyl methacrylate, 0.9 percent methacrylic acid, and 49.5 percent of a reaction product of 89.2 percent poly-12-hydroxystearic acid and 10.8 percent glycidyl methacrylate. The solvent of the dispersion stabilizer solution comprised 52.1 percent butyl acetate, 40.0 percent VM&P naphtha and 7.9 percent toluene. After this addition was complete, reflux was continued for about 20 minutes and then over a 3-hour period was added 4060 grams methyl methacrylate, 226 grams of gamma-methacryloxypropyltrimethoxysilane, 595 grams of the above dispersion stabilizer solution, 34.0 grams of methacrylic acid, 34.0 grams of 2-hydroxyethyl ethylenimine, 18.0 grams of azobis(isobutyronitrile) and 18 grams of p-octyl mercaptan. After this addition, reflux was continued for another 1.5 hours and the mixture was then cooled and filtered.

The resultant polymeric dispersion consisting essentially of crosslinked acrylic polymer particles (i.e., microgel particles) had a total solids content determined at 150° C. of 54.5 percent by weight.

### EXAMPLE II

To a 5-liter flask equipped with an up and over condenser, agitator, thermometer and heating mantle were charged 1250 grams of heptane, 540 grams of Isopar H (a mixed aliphatic hydrocarbon having an initial boiling point of 350° F. and a dry point of 371° F. with 90 percent distilling between 353°–357° F., available from Humble Oil and Refining Company), 50 grams of methyl methacrylate, 10 grams of the dispersion stabilizer solution of Example I and 4 grams of azobis-(isobutyronitrile). The mixture was heated to reflux (about 103° C.) and held for about 30 minutes. Then over a period of about 3 hours were added 1288 grams of methyl methacrylate, 70 grams of glycidyl methacrylate, 42 grams of methacrylic acid, 4.2 grams of Armeen DMCD (dimethyl cocoamine, available from Armour Chemical Company), 200 grams of the dispersion stabilizer solution of Example I, 14 grams of octyl mercaptan and 5.6 grams of azobis(isobutyronitrile). After this addition was completed, reflux was continued for an additional 30 minutes and then an additional 2.8 grams of azobis(isobutyronitrile) were added. Reflux was then continued for another one hour and the mixture was then cooled and filtered.

8

The resultant polymeric dispersion consisting essentially of crosslinked acrylic polymer particles (i.e., microgel particles) had a total solids content determined at 150° C. of 44.9 percent by weight.

According to the provisions of the Patent Statutes, there is described above the invention and what are now considered to be its best embodiments. However, within the scope of the appended claims, it is to be understood that the invention can be practiced otherwise than as specifically described.

We claim:

1. A dispersion containing from 20 to 60 percent by weight crosslinked acrylic polymer microparticles having a particle size of from 0.1 to 10 microns, said dispersion being formed by free radical addition copolymerization of from 0.5 to 15 percent of alpha, beta-ethylenically unsaturated monocarboxylic acid, from 70 to 66 percent of at least one other copolymerizable monoethylenically unsaturated monomer and from 0.5 to 15 percent of crosslinking monomer selected from the group consisting of (1) epoxy group-containing compound and (2) a mixture of alkylenimine and organoalkoxysilane, wherein:

   a. said epoxy group-containing compound is monoepoxide compound which additionally contains ethylenic unsaturation,

   b. said organoalkoxysilane is selected from the group consisting of acrylatoalkoxysilane, methacrylatoalkoxysilane and vinylalkoxysilane, and

   c. said monomer percentages are based on the weight of monomers used in the copolymerization process,

in the presence of hydrocarbon dispersing liquid which is a solvent for the polymerizable monomers but a non-solvent for the resultant polymer, and polymeric dispersion stabilizer containing at least two segments of which one segment is solvated by said dispersing liquid and a second segment is of different polarity than said first segment and is relatively insoluble in said dispersing liquid, wherein the reaction is carried out at elevated temperature such that the dispersion polymer first forms and then is crosslinked.

2. The dispersion of claim 1 wherein said polymeric dispersion stabilizer is a graft copolymer containing two polymeric segments of which one segment is solvated by said dispersing liquid and the second segment is an anchor polymer of different polarity to said first segment and is relatively non-solvatable by said dispersing liquid and wherein said polymeric dispersion stabilizer contains pendant groups which have been addition copolymerized with the ethylenically unsaturated monomers in the copolymerization process.

3. The dispersion of claim 2 wherein said polymeric dispersion stabilizer is formed by graft copolymerizing the reaction product of glycidyl methacrylate and poly-(12-hydroxystearic acid), with methyl methacrylate and glycidyl methacrylate and the resulting copolymer product containing pendant epoxy groups is reacted with methacrylic acid.

4. The dispersion of claim 1 wherein said alpha, beta-ethylenically unsaturated monocarboxylic acid is methacrylic acid, said other copolymerizable monoethylenically unsaturated monomer is methyl methacrylate and said cross-linking monomer is glycidyl methacrylate.

5. The dispersion of claim 1 wherein said alpha, beta-ethylenically unsaturated monocarboxylic acid is methacrylic acid, said other copolymerizable monoethylenically unsaturated monomer is methyl methacrylate and said cross-linking monomer is a mixture of hydroxy-

CIBA 019984

526-273    AU 144    EX
CCC38    XR    4,147,688

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO. : 4,147,688

DATED    : April 3, 1979

INVENTOR(S) : Joseph M. Makhlouf and Samuel Porter, Jr.

It is certified that error appears in the above-identified patent and that said Letters Patent are hereby corrected as shown below:

Column 8, line 17, "66" should be --99--.

Column 9, line 16, "sad" should be --said--.

Signed and Sealed this

Sixteenth    Day of    October 1979

[SEAL]

Attest:

RUTH C. MASON
Attesting Officer

LUTRELLE F. PARKER
Acting Commissioner of Patents and Trademarks

CIBA 019985

4,147,688

9

ethyl ethylenimine and gamma-methacryloxypropyl-trimethoxysilane.

6. The dispersion of claim 1 wherein said alpha, beta-ethylenically unsaturated monocarboxylic acid is acrylic acid or methacrylic acid.

7. The dispersion of claim 1 wherein said other co-polymerizable monoethylenically unsaturated mono-mer is an alkyl acrylate or alkyl methacrylate.

8. The dispersion of claim 1 wherein said other co-polymerizable monoethylenically unsaturated mono-mer is methyl methacrylate.

9. The dispersion of claim 1 wherein said crosslinking monomer is a monoepoxide compound which addition-ally contains ethylenic unsaturation.

10. The dispersion of claim 9 wherein sad monoepox-ide compound which additionally contains ethylenic unsaturation is glycidyl methacrylate.

11. The dispersion of claim 1 wherein said crosslink-ing monomer is a mixture of alkylenimine and or-ganoalkoxysilane selected from the group consisting of acrylatoalkoxysilane, methacrylatoalkoxysilane and vinylalkoxysilane.

12. The dispersion of claim 11 wherein said alkyleni-mine is hydroxyethyl ethylenimine and said organoalk-oxysilane is gamma-methacryloxypropyltrimethoxysi-lane.

13. A method of producing a dispersion containing from 20 to 60 percent by weight crosslinked acrylic polymer microparticles having a particle size of from 0.1 to 10 microns, said method comprising free radical addition copolymerizing from 0.5 to 15 percent of al-pha, beta-ethylenically unsaturated monocarboxylic acid, from 70 to 99 percent of at least one other copoly-merizable monoethylenically unsaturated monomer and from 0.5 to 15 percent of crosslinking monomer selected from the group consisting of (1) epoxy group-contain-ing compound and (2) a mixture of alkylenimine and organoalkoxysilane, wherein:

  a. said epoxy group-containing compound is mono-epoxide compound which additionally contains ethylenic unsaturation.

  b. said organoalkoxysilane is selected from the group consisting of acrylatoalkoxysilane, metha-crylatoalkoxysilane and vinylalkoxysilane, and

  c. said monomer percentages are based on the weight of monomers used in the copolymerization process, in the presence of hydrocarbon dispersing liquid which is a solvent for the polymerizable monomers but a non-solvent for the resultant polymer, and polymeric disper-sion stabilizer containing at least two segments of which one segment is solvated by said dispersing liquid and a second segment is of different polarity than said first segment and is relatively insoluble in said dispersing liquid, wherein the reaction is carried out at elevated

10

temperature such that the dispersion polymer forms and then is crosslinked.

14. The method of claim 13 wherein said alpha, beta-ethylenically unsaturated monocarboxylic acid is acrylic acid or methacrylic acid.

15. The method of claim 13 wherein said other co-polymerizable monoethylenically unsaturated mono-mer is an alkyl acrylate or alkyl methacrylate.

16. The method of claim 13 wherein said other co-polymerizable monoethylenically unsaturated mono-mer is methyl methacrylate.

17. The method of claim 13 wherein said crosslinking monomer is a monoepoxide compound which addition-ally contains ethylenic unsaturation.

18. The method of claim 17 wherein said monoepox-ide compound which additionally contains ethylenic unsaturation is glycidyl methacrylate.

19. The method of claim 13 wherein said crosslinking monomer is a mixture of alkylenimine and organoalkox-ysilane selected from the group consisting of acrylatoalkoxysilane, methacrylatoalkoxysilane and vinylalkoxysilane.

20. The method of claim 19 wherein said alkyleni-mine is hydroxyethyl ethylenimine and said organoalk-oxysilane is gamma-methacryloxypropyltrimethoxysi-lane.

21. The method of claim 13 wherein said polymeric dispersion stabilizer is a graft copolymer containing two polymeric segments of which one segment is solvated by said dispersing liquid and the second segment is an anchor polymer of different polarity to said first seg-ment and is relatively non-solvatable by said dispersing liquid and wherein said polymeric dispersion stabilizer contains pendant groups which are addition copolymer-ized with the ethylenically unsaturated monomers in the copolymerization process.

22. The method of claim 21 wherein said polymeric dispersion stabilizer is formed by graft copolymerizing the reaction product of glycidyl methacrylate and poly-(12-hydroxystearic acid), with methyl methacrylate and glycidyl methacrylate and the resulting copolymer product containing pendant epoxy groups is reacted with methacrylic acid.

23. The method of claim 13 wherein said other co-polymerizable monoethylenically unsaturated mono-mer is methyl methacrylate, said alpha, beta-ethyleni-cally unsaturated monocarboxylic acid is methacrylic acid, and said crosslinking monomer is a mixture of gamma-methacryloxypropyltrimethoxysilane and hy-droxyethyl ethylenimine.

24. The method of claim 13 wherein said other co-polymerizable monoethylenically unsaturated mono-mer is methyl methacrylate, said alpha, beta-ethyleni-cally unsaturated monocarboxylic acid is methacrylic acid and said crosslinking monomer is glycidyl methac-rylate.

*  *  *  *  *

CIBA 019986

# EXHIBIT 6

# United States Patent [19]

## Neff et al.

[11] Patent Number: 4,968,435

[45] Date of Patent: Nov. 6, 1990

[54] CROSS-LINKED CATIONIC POLYMERIC MICROPARTICLES

[75] Inventors: Roger E. Neff, Stamford; Roderick G. Ryles, Milford, both of Conn.

[73] Assignee: American Cyanamid Company, Stamford, Conn.

[21] Appl. No.: 409,366

[22] Filed: Sep. 19, 1989

### Related U.S. Application Data

[62] Division of Ser. No. 286,015, Dec. 19, 1988.

[51] Int. Cl.$^5$ ................................................ C02F 1/56
[52] U.S. Cl. ............................ 210/734; 210/723; 524/922
[58] Field of Search ........ 210/725, 727, 728, 732–734; 524/813, 815, 922

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,235,490 | 2/1966 | Goren | 210/734 |
| 3,278,506 | 10/1966 | Chamot | 260/89.7 |
| 3,968,037 | 7/1976 | Morgan et al. | 210/734 |
| 4,111,922 | 9/1978 | Beede et al. | 524/813 |
| 4,172,066 | 10/1979 | Sweigle et al. | 526/306 |
| 4,361,452 | 11/1982 | Clarke et al. | 526/312 |
| 4,521,317 | 6/1985 | Candau et al. | 166/275 |
| 4,525,527 | 6/1985 | Takeda et al. | 524/831 |
| 4,690,971 | 9/1987 | Flesher et al. | 524/555 |
| 4,720,346 | 1/1988 | Flesher et al. | 210/734 |
| 4,759,856 | 7/1988 | Farrar et al. | 210/734 |
| 4,769,427 | 9/1988 | Nowakowsky et al. | 526/64 |
| 4,783,513 | 11/1988 | Cadel et al. | 526/216 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO/88/102-74 | 12/1988 | PCT Int'l Appl. |

*Primary Examiner*—Peter Hruskoci
*Attorney, Agent, or Firm*—Frank M. Van Riet

[57] **ABSTRACT**

Novel compositions comprising cationic polymeric microparticles are disclosed, along with a method for their production. The products are useful in flocculating a wide variety of dispersions of suspended solids.

5 Claims, No Drawings

CIBA 000296

4,968,435

1

## CROSS-LINKED CATIONIC POLYMERIC MICROPARTICLES

This is a divisional of co-pending application Ser. No. 286,015, filed on Dec. 19, 1988.

The present invention relates to cross-linked, cationic polymeric microparticles and a method for their preparation. The present invention also relates to the use of the polymers as a flocculating agent.

## BACKGROUND OF THE INVENTION

Cross-linked, cationic, polymeric compositions are known to those skilled in the art and are useful, after having been subjected to high shearing to render them soluble, in a variety of solid-liquid separation applications, particularly in the flocculation of various dispersions of suspended solids, such as sewage sludge, and in the thickening of cellulosic paper pulp suspensions. Modern concerns about environmental pollution and the increasing cost of materials useful therein have made it highly desirable to produce flocculating agents which cause higher degrees of separation at lower dosage levels.

EP No. 0,202,780 describes the preparation of cross-linked, cationic, polyacrylamide beads by conventional inverse emulsion polymerization techniques. Crosslinking is accomplished by the incorporation of a difunctional monomer, such as methylenebisacrylamide, into the polymer chain. This cross-linking technology is well known in the art. The patentee teaches that the cross-linked beads are useful as flocculants but are more highly efficient after having been subjected to unusual levels of shearing action in order to render them water-soluble.

Typically, the particle size of polymers prepared by conventional, inverse, water-in-oil, emulsion, polymerization processes are limited to a range of 1–5 microns, since no particular advantage in reducing the particle size has hitherto been apparent. The particle size which is achievable in inverse emulsions is determined by the concentration and activity of the surfactant(s) employed and these are customarily chosen on the basis of emulsion stability and economic factors.

Leong, et al., in *Inverse Microemulsion Polymerization*, J. of Phys. Chem., Vol. 86, No. 23, 6-24-82, pp 2271–3, discloses polymerization of acrylamide in an inverse microemulsion. The authors also disclose having prepared a cross-linked polyacrylamide latex or microgel by using a 100:1 mixture of acrylamide-methylenebisacrylamide. No use of a cationic monomer is mentioned or of the possible use of the resultant product as a flocculating agent.

The present invention describes the preparation of a novel class of cationic, cross-linked, polymeric, microparticle flocculants. The new polymers are prepared by the optimal use of a variety of high activity surfactant or surfactant mixtures to achieve submicroparticle size. Preferably, the type and concentration of surfactant should be chosen to yield a particle size of less than about 0.5 micron in diameter and more preferably less than about 0.1 micron. Unexpectedly, the novel polymers of this invention are useful in flocculating applications without the necessity of being subjected to high and unusual levels of shearing action and surprisingly show improved performance over the prior art cationic flocculants prepared by conventional inverse emulsion polymerization. The products of this invention, when

2

used as flocculating agents, cause high degrees of separation at low dosage levels thus satisfying both environmental and economical concerns and therefore constituting a significant advancement in the state of the art.

## SUMMARY OF THE INVENTION

According to the present invention, there is provided compositions comprising cross-linked, cationic, polymeric microparticles, the microparticles having an unswollen number average particle size diameter of less than about 0.5 micron, preferably less than about 0.1 micron, a solution viscosity of from about 1.2 to about 1.8 mPa.s and a cross-linking agent content of above about 4 molar parts per million, based on the monomeric units present in the polymer.

Preferred features of the present invention comprise compositions, as defined above, wherein the cross-linking agent content ranges from about 4 to about 2000 molar parts per million, preferably from about 10 to about 1000 molar parts per million and even more preferably from about 50 to about 50% molar parts per million.

The preferred cross-linking agents comprise difunctional monomers selected from N,N'-methylenebisacrylamide; N,N'-methylenebismethacrylamide; polyethyleneglycol diacrylate; polyethyleneglycol dimethacrylate; N-vinylacrylamide; glycidyl acrylate; divinylbenzene; acrolein; glyoxal; diepoxy compounds; epichlorohydrin; or mixtures of any of the foregoing. Especially preferred is N,N'-methylenebisacrylamide.

The preferred cationic monomers for use in the practice of the present invention comprise ethylenically unsaturated monomers selected from acryloxyethyltrimethylammonium chloride; diallyldimethylammonium chloride; 3-methacrylamidopropyltrimethylammonium chloride; 3-acrylamidopropyltrimethylammonium-2-hydroxypropylacrylate methosulfate; trimethylammoniumethyl methacrylate methosulfate; 1-trimethylammonium-2-hydroxypropylmethacrylate methosulfate; methacryloxyethyltrimethylammonium chloride; or mixtures of any of the foregoing. Especially preferred are acryloxyethyltrimethylammonium chloride, methacrylamidopropyltrimethylammonium chloride, diallyl dimethylammonium chloride and mixtures thereof.

Also contemplated by the present invention are compositions comprising cationic monomers copolymerized with ethylenically unsaturated non-ionic monomers selected from acrylamide; methacrylamide; N,N-dialkylacrylamides; N-alkylacrylamides; N-vinylmethacetamide, N-vinyl methylformamide; vinyl acetate; N-vinyl pyrrolidone and mixtures thereof. Especially preferred is acrylamide copolymerized with acryloxyethyltrimethylammonium chloride.

Also, according to the present invention there are provided processes for the preparation of compositions as defined above, the process comprising:
(a) admixing
   (i) an aqueous solution comprising at least one ethylenically unsaturated cationic monomer and at least one cross-linking agent and, optionally, at least one ethylenically unsaturated non-ionic monomer;
   (ii) an oil comprising at least one hydrocarbon liquid; and
   (iii) an effective amount of surfactant or surfactant mixture, so as to form an inverse emulsion which, when subjected to polymerization conditions, re-

CIBA 000297

4,968,435

**3**

sults in a polymer having a particle size of less than about 0.5 micron in unswollen diameter; and
(b) subjecting the inverse emulsion obtained in step (a) to polymerization conditions.

A preferred feature of the present invention, comprises a process employing an aqueous solution comprising acryloxyethyltrimethylammonium chloride salt as the cationic monomer, methylenebisacrylamide as the cross-linking agent and acrylamide as the non-ionic monomer; an oil comprising a saturated hydrocarbon; and an effective amount of a surfactant comprising an ethoxylated lauryl ether; a polyoxyethylene sorbitan hexaoleate; or sorbitan sesquioleate; the oleate of diethanolamine or mixtures thereof sufficient to produce particles of less than about 0.5 micron in unswollen number average particle size diameter.

Polymerization of the inverse emulsion may be carried out by adding a polymerization initiator, such as sodium metabisulfite or tert-butyl hydroperoxide, or by subjecting the inverse emulsion to ultraviolet irradiation. Also contemplated by the present invention is adding an effective amount of chain-transfer agent to the aqueous solution of the inverse emulsion, such as an alcohol; a mercaptan; a phosphite; a sulfite or a mixture of any of the foregoing. The process of the present invention may also comprise a step for recovering the composition from the inverse emulsion.

## DETAILED DESCRIPTION OF THE INVENTION

Cross-linked, cationic, polymeric microparticles having an unswollen number average particle size diameter of less than about 0.5 micron, a solution viscosity of from about 1.2 to about 1.8 mPa.s and a cross-linking agent content of above about 4 molar parts per million based on the monomeric units present in the polymer are generally formed by the polymerization of at least one ethylenically unsaturated cationic monomer and, optionally, at least one non-ionic comonomer in the presence of a cross-linking agent in a water-in-oil inverse emulsion employing an effective amount of surfactant or surfactant mixture.

Cationic monomers useful in the practice of this invention include diallyldimethylammmonium chloride; acryloxyethyltrimethylammonium chloride; (meth)acrylates of dialkylaminoalkyl compounds, and salts and quaternaries thereof and, in particular, monomers of N,N-dialkylaminoalkyl(meth)acrylamides, and salts and quaternaries thereof, such as N,N-dimethylaminoethylacrylamides; (meth)acrylamidopropyltrimethylammonium chloride and the acid or quaternary salts of N,N-dimethylaminoethylacrylate and the like. Cationic monomers which may be used herein are of the following general formulae:

$$
\begin{array}{c}
\quad\quad R_1\ \ O\quad\quad R_2 \\
\quad\quad |\ \ \ || \quad\quad | \\
CH_2{=}C{-}C{-}X{-}A{-}N^+{-}R_3\ \ Z^- \\
\quad\quad\quad\quad\quad | \\
\quad\quad\quad\quad\quad R_4
\end{array}
\quad (I)
$$

where $R_1$ is hydrogen or methyl, $R_2$ is hydrogen or lower alkyl of $C_1$ to $C_4$, $R_3$ and/or $R_4$ are hydrogen, alkyl of $C_1$ to $C_{12}$ aryl, or hydroxyethyl and $R_2$ and $R_3$ or $R_2$ and $R_4$ can combine to form a cyclic ring containing one or more hetero atoms, $Z$ is the conjugate base of an acid, $X$ is oxygen or $-NR_1$ wherein $R_1$ is as defined above, and $A$ is an alkylene group of $C_1$ to $C_{12}$; or

**4**

$$
\begin{array}{c}
\quad\quad CH_2\quad\ \ CH_2 \\
\quad\quad ||\quad\quad\ \ || \\
R_5{-}C\quad\quad C{-}R_6 \\
\ \ H_3C\quad\quad CH_2 \\
\quad\quad\ \ \backslash\ |\ / \\
\quad\quad\quad N^+\quad\quad Z^- \\
\quad\quad\ /\quad\backslash \\
\quad\ R_7\quad\quad R_8
\end{array}
\quad (II)
$$

$R_5$ and $R_6$ are hydrogen or methyl, $R_7$ is hydrogen or alkyl of $C_1$ to $C_{12}$ and $R_8$ is hydrogen, alkyl of $C_1$ to $C_{12}$, benzyl or hydroxyethyl; and $Z$ is as defined above.

Non-ionic monomers, suitable for use in the practice of this invention generally comprise acrylamide; methacrylamide; N-alkylacrylamides, such as N-methylacrylamide; N,N-dialkylacrylamides, such as N,N-dimethylacrylamide; methyl acrylate; methyl methacrylate; acrylonitrile; N-vinyl methylacetamide; N-vinyl methyl formamide; vinyl acetate; N-vinyl pyrrolidone, mixtures of any of the foregoing and the like.

These ethylenically unsaturated, cationic and non-ionic monomers may be copolymerized to produce cationic copolymers. Preferably, acrylamide is copolymerized with a cationic monomer. Cationic copolymers useful in the practice of this invention comprise from about 0 to about 99 parts, by weight, of non-ionic monomer and from about 100 to about 1 part, by weight, of cationic monomer based on the weight of the cationic and non-ionic monomers taken together, preferably from about 40 to about 99 parts, by weight, of non-ionic monomer and about 1 to about 60 parts, by weight, of cationic monomer, same basis. Polymerization of the monomers occurs in the presence of a polyfunctional cross-linking agent to form the cross-linked composition. The polyfunctional cross-linking agent comprises molecules having either at least two double bonds, a double bond and a reactive group, or two reactive groups. Illustrative of those containing at least two double bonds are N,N-methylenebisacrylamide; N,N-methylenebismethacrylamide; polyethyleneglycol diacrylate; polyethyleneglycol dimethacrylate; N-vinyl acrylamide; divinylbenzene; triallylammonium salts, N-methylallylacrylamide and the like. Polyfunctional branching agents containing at least one double bond and at least one reactive group include glycidyl acrylate; glycidyl methacrylate; acrolein; methylolacrylamide and the like. Polyfunctional branching agents containing at least two reactive groups include dialdehydes, such as glyoxal; diepoxy compounds; epichlorohydrin and the like.

Cross-linking agents are to be used in sufficient quantities to assure a cross-linked composition. Preferably at least about 4 molar parts per million of cross-linking agent based on the monomeric units present in the polymeric is employed to induce sufficient cross-linking and especially preferred is a cross-linking agent content of from about 4 to about 2000 molar parts per million.

One method of obtaining the polymeric microparticles of this invention is to polymerize the monomers in a microemulsion. Polymerization in microemulsions and inverse microemulsions is known to those skilled in this art. P. Speiser reported in 1976 and 1977 a process for making spherical "nanoparticles" with diameters less than 800Å by (1) solubilizing monomers, such as acrylamide and methylenebisacrylamide and other materials, such as drugs, in micelles and (2) polymerizing the monomers, see J. Pharm. Sa., 65(12), 1763 (1976) and U.S. Pat. No. 4,021,364. Both inverse water-in-oil and oil-in-water "nanoparticles" were prepared by this

CIBA 000298

4,968,435

| 5 | 6 |

process. While not specifically called microemulsion polymerization by the author, this process does contain all the features which are currently used to define microemulsion polymerization. These reports also constitute the first examples of polymerization of acrylamide in a microemulsion. Since then, numerous publications reporting polymerization of hydrophobic monomers in the oil phase of microemulsions have appeared. See, for example, U.S. Pat. Nos. 4,521,317 and 4,681,912; Stoffer and Bone, J. Dispersion Sci. and Tech., 1(1), 37, 1980; and Atik and Thomas, J. Am. Chem. Soc., 103(14), 4279 (1981); and GB 2161492A.

The instant cationic microemulsion polymerization process is conducted by (i) preparing a monomer microemulsion by adding an aqueous solution of the monomers to a hydrocarbon liquid containing appropriate surfactant or surfactant mixture to form an inverse monomer microemulsion consisting of small aqueous droplets which, when polymerized, result in polymer particles of less than 0.5 micron in size, dispersed in the continuous oil phase and (ii) subjecting the monomer microemulsion to free radical polymerization.

In order to obtain an inverse microemulsion, it is generally necessary to use particular formulations whose main parameters are as follows: surfactant concentration, HLB of surfactant or surfactant mixture, temperature, nature of the organic phase and composition of the aqueous phase.

The aqueous phase comprises an aqueous mixture of the monomers, cationic and optional non-ionic, and the cross-linking agent, as defined above. The aqueous monomer mixture may also comprise such conventional additives as are desired. For example, the mixture may contain chelating agents to remove polymerization inhibitors, pH adjusters, initiators and other conventional additives.

Essential to the formation of the microemulsion, which may be defined as a swollen, transparent and thermodynamically stable emulsion comprising two liquids insoluble in each other and a surfactant, in which the micelles are 0.5 micron or less in diameter, is the selection of appropriate organic phase and surfactant.

The selection of the organic phase has a substantial effect on the minimum surfactant concentration necessary to obtain the inverse microemulsion. This organic phase may comprise of a hydrocarbon or hydrocarbon mixture. Saturated hydrocarbons or mixtures thereof are the most suitable in order to obtain inexpensive formulations. Typically, the organic phase will comprise benzene, toluene, fuel oil, kerosene, odorless mineral spirits and mixtures of any of the foregoing.

The ratio, by weight, of the amounts of aqueous and hydrocarbon phases is chosen as high as possible, so as to obtain, after polymerization, a microemulsion of high polymer content. Practically, this ratio may range, for example from about 0.5 to about 3:1, and usually approximates about 1:1, respectively.

The one or more surfactants are selected in order to obtain an HLB (Hydrophilic Lipophilic Balance) value ranging from about 8 to about 11. Outside this range, inverse microemulsions are not usually obtained. In addition to the appropriate HLB value, the concentration of surfactant must also be optimized, i.e. sufficient to form an inverse microemulsion. Too low a concentration of surfactant leads to inverse emulsions of the prior art and too high a concentrations results in undue costs. Typical surfactants useful in the practice of this invention, in addition to those specifically discussed

above, may be anionic, cationic or non-ionic and may be selected from polyoxyethylene (20) sorbitan trioleate, sorbitan trioleate, sodium di-2-ethylhexylsulfosuccinate, oleamidopropyldimethylamine; sodium isostearyl-2-lactate and the like.

Polymerization of the microemulsion may be carried out in any manner known to those skilled in the art. Initiation may be effected with a variety of thermal and redox free-radical initiators including azo compounds, such as azobisisobutyronitrile; peroxides, such as t-butyl peroxide; organic compounds, such as potassium persulfate and redox couples, such as ferrous ammonium sulfate/ammonium persulfate. Polymerization may also be effected by photochemical irradiation processes, irradiation, or by ionizing radiation with a [60]Co source. Preparation of an aqueous product from the emulsion may be effected by inversion by adding to it water which may contain a breaker surfactant. Optionally, the polymer may be recovered from the emulsion by stripping or by adding the emulsion to a solvent which precipitates the polymer, e.g. isopropanol, filtering off the resultant solids, drying and redispersing in water.

The product of this invention is useful in facilitating a wide range of solid-liquid separation operations. The products of this invention may be used to dewater biologically treated suspensions, such as sewage and other municipal or industrial sludges; the drainage of cellulosic suspensions, such as those found in paper production, e.g. paper waste; and the settling and dewatering of various inorganic suspensions, e.g. refinery waste, coal waste, etc.

DESCRIPTION OF THE PREFERRED
EMBODIMENTS

The following examples illustrate the present invention. They are not to be construed to limit the claims in any manner whatsoever.

EXAMPLES 1-2

Emulsion Polymerization: Procedure O

An aqueous phase containing 21.33 gm of acrylamide, 51.7 gms of a 75% acryloxyethyltrimethylammonium chloride solution, 0.07 gm of 10% diethylenetriamine pentaacetate (penta sodium salt), 0.7 gm of 1% t-butyl hydroperoxide and 0.06 gm of methylenebisacrylamide dissolved in 65.7 gms of deionized water is prepared. The pH is adjusted to 3.5 (±0.1). An oil phase composed of 8.4 gms of sorbitan sesquioleate, 51.6 gms of polyoxyethlene sorbitol hexaoleate dissolved in 170.0 gms of a low odor paraffin oil is prepared. The aqueous and oil phases are mixed together in an air tight polymerization reactor fitted with a nitrogen sparge tube, thermometer and activator addition tube. The resultant clear microemulsion is sparged with nitrogen for 30 minutes and the temperature is adjusted to 27.5° C. Gaseous sulfur dioxide activator is then added by bubbling nitrogen through a solution of sodium metabisulfite. The polymerization is allowed to exotherm to its maximum temperature (about 52° C.) and then cooled to 25° C.

Comparative Polymerization: Procedure E

An aqueous phase is made by dissolving 87.0 gms of commercial, crystal acrylamide (AMD), 21.7 gms of a 75% acryloxyethyltrimethylammonium chloride (Q-9) solution, 4.1 gms of ammonium sulfate, 4.9 gms of a 5% ethylene diaminetetraacetic acid (disodium salt) solution, 0.245 gm (1000 wppm) of methylenebisacrylamide

CIBA 000299

4,968,435

## 7

and 2.56 gms of t-butyl hydroperoxide into 189.3 gms of deionized water. The pH is adjusted to 3.5 (+0.1) with sulfuric acid.

The oil phase is made by dissolving 12.0 gms of sorbitan monooleate into 173.4 gms of a low odor paraffin oil.

The aqueous phase and oil phase are mixed together and homogenized until the particle size is in the 1.0 micron range.

The emulsion is then transferred to a one liter, three-necked, creased flask equipped with an agitator, nitrogen sparge tube, sodium metabisulfite activator feed line and a thermometer.

The emulsion is agitated, sparged with nitrogen and the temperature adjusted to 25° C. After the emulsion is sparged 30 minutes, 0.8% sodium metabisulfite (MBS) activator solution is added at a 0.028 ml/minute rate. The polymerization is allowed to exotherm and the temperature is controlled with ice water. When cooling is no longer needed, the 0.8% MBS activator solution/addition rate is increased and a heating mantle is used to maintain the temperature. The total polymerization time takes approximately 4 to 5 hours using 11 mls of 25 MBS activator. The finished emulsion product is then cooled to 25° C.

### Determination of Solution Viscosity

The solution viscosity is determined on a 0.1% active aqueous polymer solution. 5.84 gms of sodium chloride is added to 100 gm of the 0.1% solution and stirred slowly for 15 minutes. The viscosity of this solution is determined using a Model LVT Brookfield viscometer with UL adapter at 60 rpm, at 25° C. (±1° C.)

### Free Drainage Test

A 0.2% polymer solution dosage is diluted to 50 ml with deionized water and mixed with 200 gms of sewage sludge using the tumbling method. The polymer and sludge are tumbled (end-to-end) in a 1 quart jar for 1.5 minutes at 45 rpm. The flocculated sludge is then poured onto a piece of belt press filter medium held in a 10.5 cm Buchner funnel. A timer is started at the beginning of pouring of the flocculated sludge onto the filter media. The volume of filtrate collected after 10 seconds is recorded.

The results along with compositional data are set forth in Table 1, below.

#### TABLE 1

| | AMD: Q-9 60:40 COPOLYMERS | | | |
|---|---|---|---|---|
| Example | 1* | 2* | 1 | 2 |
| Process | E | E | Q | Q |
| MBA, wppm | 1,000 | 10,000 | 1,000 | 10,000 |
| mppm | 780 | 7,800 | 780 | 7,800 |
| Properties | | | | |
| S.V., mPa·s | 1.24 | 1.09 | 1.3 | 1.2 |
| Particle diameter (microns) | 1.02 | 2.09 | 0.073 | 0.069 |
| Drainage, ml/10 sec | | | | |
| 11.2, lbs/ton | 86 | — | 178 | 82 |
| 22.4, lbs/ton | 120 | 83 | 162 | 112 |
| 33.6, lbs/ton | 138 | 90 | — | 116 |
| 44.8, lbs/ton | 167 | 116 | 165 | 123 |

## 8

#### TABLE 1-continued

| | AMD: Q-9 60:40 COPOLYMERS | | | |
|---|---|---|---|---|
| Example | 1* | 2* | 1 | 2 |
| 56.0, lbs/ton | — | 128 | 174 | 126 |

* = Control Sample
MBA = methylenebisacrylamide
wppm = weight parts per million
mppm = molar parts per million
S.V. = solution viscosity
lb/ton = pounds of polymer per ton of dry sludge
Drainage = free drainage test on Stamford I sludge
E = Polymerization procedure E - as defined above
Q = Polymerization procedure Q - as defined above

Table 1 sets forth a comparison of the performance and properties of cross-linked microbeads prepared by conventional emulsion polymerization (E) and by the use of high concentration of high activity surfactants (Q). The 0.1 percent solution viscosities in 1M NaCl (S.V.) are all shown to be close to that of water (=1 mPa.s), showing that little if any polymer is soluble. Table 1 clearly demonstrates that the average particle diameter (as determined by quasi-elastic light scattering) of the present invention is much smaller than that of the prior art. The products of this invention are surprisingly shown to be more effective flocculants, resulting in a higher volume of free drainages at equivalent or lower dose levels.

### EXAMPLES 3–6

The procedure of Example 1 is repeated varying the type and quantity of surfactant employed. The polymers are tested for sludge dewatering and their performance is compared with that of a commercial cationic flocculant of the same charge.

The apparatus and test procedures used in sludge dewatering tests of the resulting polymers are as follows: The apparatus comprises a 12 ounce Mason Ball Jar, a mixer equipped with a variable speed motor fitted with a double T-bar glass impeller and two sets of one-half inch wide blades, 2¼ inches in diameter offset 90°, set ⅛ inch apart (ACE Catalog No. 8068–18), and a filter press simulator.

A predetermined amount of polymer is diluted to 50 ml and 175 gms of sludge are conditioned therewith, mixing for one minute at 100 rpm and for 2 minutes at 50 rpm. The flocculated sludge is then poured into the funnel of the filter press. The volume of filtrate at 10 seconds is recorded. One minute after the flocculated sludge is placed in the funnel, a 33 pound weight is placed on the press plunger for four minutes. Note—the free water on the top filter cloth is removed with low vacuum. At the end of the press time, the sludge cake is removed, observations of sludge squeeze-by, cake release from filter cloth, and filter cloth cleanliness are recorded. The sludge cake is weighed "wet", then dried for 15 hours at 105° C., reweighed and percent cake solids determined. The results along with compositional information are set forth below in Table 2. The cake rating is a qualitative description of the physical properties of the cake, where a rating of 5 is the worst case, the cake being very sticky and difficult to remove from the filter press medium, thus resulting in a dirty filter. A rating of 0 represents the best case where the cake releases very easily from the press material leaving it clean with no residual particles of sludge.

CIBA 000300

9                         4,968,435                         10

TABLE 2

| Example | 3* | 4A** | 4B** | 5A** | 5B** | 5C** | 3 | 4 | 5 | 6ᵃ |
|---|---|---|---|---|---|---|---|---|---|---|
| Surfactant System | — | A | A | — | — | — | P | — | — | — |
| Polymerization Procedure | — | E | E | Q | Q | Q | E | Q | Q | Q |
| MBA, wppm | 0 | 100 | 1000 | 0 | 100 | 10,000 | 100 | 250 | 1,000 | 250 |
| mppm | 0 | 78 | 780 | 0 | 78 | 7800 | 78 | 195 | 780 | 195 |
| **Properties** | | | | | | | | | | |
| S.V. mPa · s | 3.2 | 1.26 | 1.19 | 1.97 | 2.10 | 1.10 | 1.41 | 1.61 | 1.27 | 1.42 |
| Particle Size, m | — | 1.02[1] | 1.02[1] | 0.085[1] | 0.077[1] | R. | 0.17[2] | R. | R. | R. |
| Dose Range, | 6.8 | 20.4– | 45.4– | 13.6– | 13.6– | 34.0– | 20.4– | 17.0– | 20.4– | 17.0– |
| lb/ton | 10.2 | 34.0 | 81.6 | 17.0 | 20.4 | 81.6 | 23.8 | 23.8 | 34.0 | 23.8 |
| Free Drainage | 105–145 | 50–95 | 50–65 | 125–130 | 150–155 | 65 | 155 | 145–150 | 120 | 150 |
| Range, ml | | | | | | | | | | |
| Cake Solids | 12.8– | N | N | 14.5– | 18.1– | N | 18.4– | 17.4– | 17.3– | 17.4– |
| Range, % | 14.3 | | | 15.1 | 18.6 | | 19.3 | 18.3 | 18.1 | 18.7 |
| Cake Rating | 2–4 | N | N | 4 | 0–1 | N | 0 | 2– | 2 | 1 |
| Range | | | | | | | | | | |

\* = Control Sample, Commercial Cationic Flocculant
\*\* = Control Samples
A = sorbitan monooleate
P = the oleate of diethanolamine, 8 percent
a = 1.0 percent isopropanol on batch added
1 = By quasi-elastic light spectroscopy (QELS)
2 = By transmission electron microscopy (TEM)
MBA = methylenebisacrylamide
wppm = weight parts per million
S.V. = solution viscosity
lb/ton = pounds of polymer per ton of sewage sludge
m = microns
mppm = molar parts per million
N = did not form a cake
R = visual appearance substantially identical to 5A\*\* and 5B\*\*

Table 2 shows that when a cross-linking agent, such as MBA, is incorporated into the polymer chain, insoluble particles, as evidenced by a low S.V., are formed. When a low activity surfactant, such as A, in Examples 4A\*\* and 4B\*\*, is employed, particles with an average diameter of 1.0 micron are formed. These particles perform very poorly, only flocculating solids at high dose levels. Even then, the strength of the resultant cake is not sufficient to provide efficient dewatering in the belt press simulation test wherein the cake is found to extrude through the belt. When high concentrations of high activity surfactant are employed, the P and Q systems, much smaller particles are obtained. In the absence of cross-linking agent, soluble products are formed, Example 5A\*\*.

Example 5A\*\* gives only a modest improvement in cake solids over the commercial flocculant. However, a significant improvement is observed when MBA is incorporated into the Q systems, Examples 4, 5 and 6, yielding high cake solids and a good cake rating. The cake rating is a measure of the ease with which the cake releases from the belt material. Note that chain-transfer agent, IPA, may be optionally employed with no detrimental effect, Example 6.

However, Example 5C\*\*, having a high MBA concentration, gives a poor performance, showing the importance of the cross-linking agent concentration. Also, a particle with a small diameter size may be prepared with an alternative surfactant system, Example 3, and still result in excellent performance, thus showing performance to be a function of particle size and independent of the type of surfactant system employed to achieve a given particle size.

### EXAMPLES 7–13

Example 1 is repeated, varying the surfactant type and concentration used. Results are set forth in Table 3, below.

TABLE 3

| Examples | 7* | 7 | 8 | 9 | 10 | 11 | 12 | 13* |
|---|---|---|---|---|---|---|---|---|
| Systems | — | Q[1] | Q[1] | Q[1] | P[2] | P[3] | P[4] | A/E |
| MBA, wppm | 0 | 100 | 250 | 1000 | 100 | 100 | 100 | 100 |
| mppm | 0 | 78 | 195 | 780 | 78 | 78 | 78 | 78 |
| **Properties** | | | | | | | | |
| S.V., mPa · s | — | 1.72 | 1.44 | 1.29 | 1.21 | 1.21 | 1.41 | 1.26 |
| Particle Size, m | — | 0.078[5] | — | — | 0.72[5] | 0.19[5] | 0.17[6] | 1.0 |
| Dose Range, #/ton | 9.5 | 6.4–9.5 | 6.4–9.5 | 9.5 | 34.9 | 22.2 | 19.0 | 41.3 |
| Free Drainage, mls | 140 | 150–145 | 135–150 | 135 | 145 | 145 | 150 | 125 |
| Cake Solids, % | 17.7 | 21.7–22.0 | 21.8–22.0 | 22.0 | 19.4 | 21.8 | 20.8 | 15.5 |
| Cake Rating | 3 | 0 | 0 | 2 | 3 | 0 | 0 | 3 |

\* = Control Sample - Commercial Cationic Flocculant
Q[1] = Same as procedure Q except that monomer solids are 51.9 percent on the aqueous phase. The polymerization temperature is kept between 40–50° C. using external cooling. The surfactant used is an ethoxylated (4 EOS) lauryl ether at 12.86 percent on total.
P[2] = Procedure P/E using 2% emulsifier with low homogenization time.
P[3] = Same as P[2] but with high homogenization time.
P[4] = Same as P[3] but with 4% emulsifier.
[5] = QELS
[6] = TEM
SEE TABLES I AND II FOR REPEAT DESIGNATIONS.

As shown in the Table 3, the 1 micron particles, Example 13\*, prepared by conventional inverse, emulsion polymerization, did not perform as well as the control copolymers, giving lower cake solids at higher dose

CIBA 000301

11

levels. However, higher cake solids are easily obtained using, as dewatering agents, cross-linked microparticles with dimensions below 1 micron, see Examples 7–12. Furthermore, the optimum dose level can be seen to decrease as the average particle size decreases. The most dramatic improvement in performance is seen when the particle is reduced to below 0.5 micron, as shown by Example 10 as compared to Examples 11 and 12, where it can be seen that Example 12 performs as well as Example 11 at about one-half the dose level. Example 10 also performs at about half the dose level of Example 12, the only difference, between the two being the quantity of mechanical energy used to generate the monomer emulsion. This difference results in the formation of microparticles with different average sizes and lends support to the theory that the observed reduction in the optimum dose can be ascribed solely to the reduction in particle size.

## EXAMPLES 14–16

The procedure of Example 3 is repeated using 8.0 percent of the surfactant P system of Table 2, varying the MBA concentration slightly and employing other cationic monomers. The results are set forth in Table 4, below.

TABLE 4

| Example | 14 | 15 | 16 |
|---|---|---|---|
| Composition | | | |
| AMD, mole percent | 0 | 80 | 90 |
| Q-6, mole percent | 100 | 0 | 0 |
| MAPTAC, mole percent | 0 | 20 | 0 |
| DADM, mole percent | 0 | 0 | 10 |
| MBA, wppm | 100 | 105.5 | 132.7 |
| mppm | 135 | 70.8 | 69.05 |
| Property | | | |
| S.V., mPa · s | 1.41 | 1.53 | 1.43 |

AMD = acrylamide
Q-6 = methacryloxyethyltrimethylammonium chloride
MAPTAC = methacrylamidopropyltrimethylammonium chloride
DADM = diallyldimethylammonium chloride
MBA = methylenebisacrylamide
wppm = weight parts per million
S.V. = solution viscosity
mppm = molar parts per million

Table 4, above, demonstrates that cationic copolymers or homopolymers of various cationic monomers may be prepared as within the scope of the appended claims.

## EXAMPLES 17–23

The procedure of Example 1 is followed except various non-ionic ethylenically unsaturated monomers are used instead of acrylamide; (17) Methacrylamide, (20) N-methyl acrylamide, (19) N-methyl methacrylamide, (20) N,N-dimethylacrylamide, (21) N-vinyl methylformamide, (22) N-methylolacrylamide and (23) N-vinyl pyrrolidone are employed as the non-ionic monomer. Compositions comprising cross-linked, cationic, copolymeric microparticles are produced similar to those of Example 1.

12

## EXAMPLE 24

The procedure of Example 1 is followed except polymerization is initiated by subjecting the inverse microemulsion to ultraviolet irradiation. A composition comprising insoluble, cross-linked, cationic, copolymeric microparticles is again formed.

## EXAMPLES 25–33

The procedure of Example 1 is repeated except that different cross-linking agents are substituted for methylenebisacrylamide; (25) methylenebismethacrylamide, (26) Polyethyleneglycol dimethacrylate, (27) Polyethyleneglycol diacrylate, (28) N-vinyl acrylamide, (29) Glycidyl acrylate, (30) Divinyl benzene, (31) Acrolein, (32) Glyoxal and (33) Epichlorohydrin are employed as cross-linking agents. Compositions comprising cross-linked, cationic, copolymeric, microparticles are formed similar to those of Example 1.

## EXAMPLE 34

The procedure of Example 1 is again followed, except that Q-9 is replaced by 1-acryloyl-4-methyl piperazine. Equivalent results are achieved.

The above mentioned patents and publications are incorporated herein by reference.

Many variations of the present invention will suggest themselves to those skilled in this art in light of the above detailed description. Chain-transfer agents may be optionally added to the monomer solution. Also contemplated are all methods of polymerization and dewatering processes.

All such obvious modifications are within the full intended scope of the appended claims.

We claim:

1. A method of flocculating an aqueous dispersion of suspended solids which comprises (a) adding to and mixing with the dispersion from about 0.1 to about 50,000 parts per million of dispersion, solids of an aqueous solution of a water-insoluble, cross-linked, cationic, polymeric flocculant, having an unswollen number average particle size diameter of less than about 0.5 micron, a solution viscosity of from about 1.2 to about 1.8 mPa.s and a cross-linking agent content above about 4 molar parts per million based on the monomeric units present in the polymer to flocculate said suspended solids, and separating the flocculated suspended solids from said dispersion.

2. A method as defined in claim 1 wherein the polymeric flocculant has a cross-linking agent content of from about 4 to about 2000 molar parts per million.

3. A method as defined in claim 1 wherein the polymeric flocculant has a cross-linking agent content of from about 50 to about 500 molar parts per million.

4. A method as defined in claim 1 wherein said polymeric flocculant is a polymer formed from an acrylamide and at least one cationic monomer.

5. A method as defined in claim 1 wherein said polymeric flocculant is a polymer formed from acrylamide and acryloxyethyltrimethylammonium chloride.

\* \* \* \* \*

65

CIBA 000302

# EXHIBIT 7

# United States Patent [19]

## Whittaker

[11] Patent Number: **4,705,640**

[45] Date of Patent: **Nov. 10, 1987**

[54] **FLOCCULANTS AND PROCESSES FOR THEIR PREPARATION**

[75] Inventor: Tony Whittaker, South Yorkshire, England

[73] Assignee: Allied Colloids Limited, United Kingdom

[21] Appl. No.: 728,782

[22] Filed: Apr. 30, 1985

[30] Foreign Application Priority Data

Apr. 30, 1984 [GB] United Kingdom .............. 8410971

[51] Int. Cl.⁴ ................................................. C02F 1/56
[52] U.S. Cl. ....................................... 210/733; 210/732; 210/734; 210/735; 210/738; 523/319; 524/922
[58] Field of Search .............. 210/725, 727, 728, 730, 210/732–736, 738; 523/319, 322, 323; 524/922; 525/326.1, 329.4

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,210,308 | 10/1965 | Garms et al. | 210/736 |
| 3,278,506 | 10/1966 | Chamot et al. | 210/734 |
| 3,380,947 | 4/1968 | Galgoczi et al. | 523/323 |
| 3,480,761 | 11/1969 | Kolodny et al. | 210/734 |
| 3,536,646 | 10/1970 | Hatch et al. | 210/736 |
| 3,719,748 | 3/1973 | Manfroy et al. | 210/738 |
| 3,917,529 | 11/1975 | Madole et al. | 210/736 |
| 3,926,662 | 12/1975 | Rundell et al. | 210/734 |
| 3,977,971 | 8/1976 | Quinn et al. | 210/732 |
| 4,105,558 | 8/1978 | Heinrich et al. | 210/401 |
| 4,470,907 | 9/1984 | Seneza | 210/192 |
| 4,479,879 | 10/1984 | Hashimoto et al. | 210/738 |
| 4,529,794 | 7/1985 | Sortwell | 528/499 |
| 4,537,513 | 8/1985 | Flesher et al. | 422/278 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 53-140275 | 12/1978 | Japan | 210/734 |
| 1310491 | 3/1973 | United Kingdom | 210/609 |

*Primary Examiner*—Peter Hruskoci
*Attorney, Agent, or Firm*—Ostrolenk, Faber, Gerb & Soffen

[57] **ABSTRACT**

The flocculation performance, for instance on low pressure or other pressure filtration (such as a belt press), of a solution of a high molecular weight organic polymeric flocculant having IV above 4 is improved by subjecting the solution to degradation, preferably by mechanical shear such as through a Silverson mixer or by a fast rotating blade.

12 Claims, No Drawings

CIBA 000407

4,705,640

## 1

### FLOCCULANTS AND PROCESSES FOR THEIR PREPARATION

It is standard practice to flocculate a suspension of particulate material by addition to the suspension of a solution of organic polymeric flocculant. The step of flocculation may be used to facilitate various solids-liquids separation processes such as filtration (for instance high pressure or low pressure filtration), drainage (for instance of paper suspensions), settlement (for instance of various inorganic suspensions) or other dewatering, for instance dewatering of sewage sludges.

It is accepted as being essential that the flocculant polymer should be in the form of a stable solution, referred to herein as the flocculant solution, before it is contacted with the particulate material. Thus the polymer much reach a steady state of hydration and dissolution before the flocculant solution is mixed with the suspension. It is wholly unsatisfactory to add the flocculant solution to the suspension while the polymer in the solution is still changing from, for instance, a solid state to a dissolved state. Thus it is common practice to mix the polymer with most or all of the water that is to be present in the flocculant solution and then to allow this solution to age for a substantial time, for instance 30 minutes to 2 hours or longer, to allow dissolution to be completed and reach equilibrium. The resultant flocculant solution is then mixed with the suspension that is to be flocculated. Accordingly the overall process consists of the formation of the flocculant solution and, separately, the addition of this solution to the suspension, and often the stage of forming the flocculant solution includes a mixing stage followed by an ageing stage.

Organic polymeric flocculants first became significant in the industry in the 1950's. Initially they had a relatively low molecular weight because the quality of the monomers inhibited the formation of water soluble high molecular weight polymers of the types that are now available. Despite the low molecular weights that were available (initially typically below 500,000 on a commercial scale), the desirability of being able to use commercially, as flocculants, polymers having the highest possible molecular weight was well recognised, and there were frequent references in the literature to the organic polymer having a molecular weight as high as possible, typically having Intrinsic Viscosity (IV) above 6 dl/g. Modern techniques of monomer purification and polymerisation do permit the production of polymers having IV as high as, for instance, 30 (or up to 15 for cationics) provided processing and use conditions are controlled carefully.

It has been well recognised throughout this gradual development of high IV values that they would not be obtained if the polymer solution was subjected to chemical or physical forces that might degrade it, and in particular if it was subjected to mechanical shear. The fact that polymers could be degraded by such forces was known from, for instance, U.S. Pat. No. 3,021,269. In this disclosure, cross linked polymeric gels that are insoluble in water are subjected to ultrasonic energy to degrade them chemically to such an extent that they become soluble. The resultant polymers are said to have molecular weights up to 630,000, IV up to 2.54.

Accordingly, it has become conventional practice to synthesize the polymers very carefully so as to obtain the highest possible molecular weight and to handle the

## 2

polymers carefully so as to avoid degrading them, and losing the difficulty obtained high molecular weight.

The polymers are initially synthesized, and supplied to the user, as a concentrated aqueous solution, a dispersion, or a powder and have to be converted into a dilute flocculant solution before they could be added to the suspension. A solution grade polymer is merely mixed with water and usually aged in a tank until required.

A powder grade polymer must be converted into a solution, precautions being taken to avoid agglomeration of the powder particles. The solution may be formed simply by stirring the powder vigorously into water or by, for instance, initially wetting the powder particles while suspended in air and then stirring the wetted particles into water. Whatever the method, this forms a dispersion in water of hydrating particles and this dispersion is left to stand, optionally with gentle agitation or stirring, to allow complete hydration and solution to occur.

Dispersions of polyelectrolyte in non-aqueous, water immiscible, liquid are stirred into water, sometimes with considerable agitation, to initiate hydration of the particles to form a suspension in water of hydrating particles, which is left to stand, optionally with gentle agitation, until the desired solution is formed.

The preparation of the solution therefore necessarily involves agitation and it was recognised that this had to be tolerated, especially when starting from powders or dispersions, in order to achieve a solution. However it was always kept to a minimum, to avoid damaging the polymer. For instance in U.S. Pat. No. 3,468,322 a suspension is mixed with water in a turbulence inducer which is said to provide good results without the use of severe or shearing agitation. In EP No. 0102759 a solution is made by blending a dispersion and water in an orifice mixer under shear but it is stated that the optimum conditions would apply the shear for an infinitely short time. In practice the shear is applied for a period of much less than 1 second. The amount of polymer degradation that might occur during this very short period is extremely low.

If there is an ageing stage in the formation of the flocculant solution, it is conventional for the solution to be under static or only gently moving conditions during the ageing.

Having formed the flocculant solution, it is necessary to combine it thoroughly with the suspension that is to be flocculated. It is essential that there should be rapid and intimate mixing of the solution with the suspension in order that there is a uniform polymer concentration throughout the suspension, so that uniform floc formation occurs. Inadequate mixing of the solution into the suspension would lead to variable concentration of polymeric flocculant and, in turn, very unsatisfactory results. It is therefore necessary to apply vigorous agitation and this is often described as involving shear, although it has been recognised that shear at this stage is a necessary evil and can itself damage the final results. For instance, BP 1,346,596 warns that shear at this stage may reduce flocculation. In practice, therefore, any shear that is applied has normally been of a very low value and applied for the shortest possible time consistent with the need to achieve intimate mixing.

Against this background it has been the assignee's practice, and it is believed the practice of all suppliers of high molecular weight organic polymeric flocculants, to aim for the highest possible molecular weight and

CIBA 000408

4,705,640

**3**

then to avoid subjecting the polymer to process conditions that might reduce the molecular weight.

It has now surprisingly found that it is possible to improve the flocculation performance of a high molecular weight organic polymeric flocculant by subjecting the polymer to degradation after it is in the form of a stable solution in water. For instance, it was found that the flocculation performance can be improved by degrading the polymer to a lower IV, provided the IV of the final polymer is still high, generally above 4. This discovery is directly contrary to all commercial practice with modern, high molecular weight, polymeric flocculants.

In the invention, a flocculant solution of a high molecular weight organic polymeric flocculant having IV above 4 is formed and a suspension of particulate material is flocculated by addition of the solution to the suspension, and the flocculant solution is formed by blending high molecular weight organic polymeric flocculant in water to form an initial solution having a polymer concentration below 3% by weight and then the flocculation performance of the dissolved polymer is improved by subjecting the dissolved polymer to degradation. Since the polymer in the flocculant solution, that is to say the solution that is added to the suspension, has IV above 4 the extent of degradation is such that IV is above 4.

Each high molecular weight polymer is inevitably formed of a blend of molecules of a range of chain lengths and the degradation in the invention preferably reduces this range. The range of chain lengths can be defined in various ways. For instance it is termed polydispersity when it is defined by the weight average molecular weight divided by the number average molecular weight. A theoretical polymer consisting of molecules of a single chain length has a polydispersity value of 1 but in practice commercial polymers have values much higher than this. It had previously been assumed that high polydispersity values were acceptable, and indeed probably very desirable, for flocculation in view of the various mechanisms involved in achieving satisfactory flocculation. However in the invention, the degradation preferably reduces polydispersity by at least 5%, preferably at least 15%.

In preference to measuring polydispersity, it has been found convenient to define the spread of molecular weights by (Mw/Mv) or (Mz/Mw) where Mw is the weight average molecular weight, Mv is the viscosity average molecular weight and Mz is the z-average molecular weight, for instance as defined on pages 182 and 183 of volume 9 of Encyclopedia of Polymer Science & Technology published by Interscience. The values for (Mw/Mv) and for (Mz/Mw) can be derived from dynamic quasielastic light scattering methods. Although these methods are primarily designed for analysis of lower molecular weight polymers, they do give values showing the relationship between the molecular weight distribution of the molecules in a polymer before and after the degradation. Preferably the degradation results in (Mw/Mv) being reduced by at least 5%, typically 10 to 30% or more. Preferably the degradation results in (Mz/Mw) being reduced by at least 10%, typically 15 to 50% or more.

Although it is believed that reduction in the spread of molecular weights within the polymeric product is of particular importance in the invention, it has been surprisingly found that some reduction in IV (and therefore in molecular weight) generally is tolerable and that

**4**

in many instances reduction in IV is beneficial, particularly if it is accompanied by a reduction in the spread of chain lengths of the polymer. The degradation is therefore often conducted under conditions such that the IV is reduced by at least 5% and often 10 to 30% or more, for instance up to 50 or 60%.

The ionicity of a polymer can be determined on a 0.1% aged solution by a Colloid Titration as described by Koch-Light Laboratories Ltd. in their publication 4/77 KLCD-1 (or alternatively a method as in BP No. 1,579,007 could possibly be used).

As explained in BP No. 1,579,007 ionic polymers often have a value less than 100% of the theoretical ionicity value. Although BP No. 1,579,007 associates inferior ionicity with non-random distribution of monomer units within the polymeric chain, it was surprisingly found that it is possible, particularly when the polymer includes some degree of chain branching or cross linking, to improve the ionicity value towards the theoretical maximum by the degradation step. We term this improvement ionicity regain (IR). $IR = (LAD - IBD)/IAD \times 100$ where LAD is the ionicity measured by the above-defined method after the degradation step of the invention and IBD is the ionicity before the degradation step. Especially when the polymer includes chain branching or cross linking the degradation step is preferably such that IR is greater than 5%, typically up to 20 or 30%. Preferably this IR is accompanied by a reduction in the spread of chain lengths within the polymer.

The degree of degradation must not be so high as to make the flocculation performance of the dissolved polymer worse than its performance before degradation. Very low amounts of degradation will have no measurable effect on the flocculation performance and too much degradation, for instance to reduce IV below 4, will make the flocculation performance worse but the flocculation performance will pass through a peak. Thus by subjecting the solution to the chosen method of degradation for varying periods and observing the flocculation performance it is easy to plot the performance against various levels of degradation and to select the optimum level of degradation.

The degradation can be by ultrasonic degradation or by chemical degradation. However these methods sometimes have the tendency to reduce molecular weight significantly without achieving the desired reduction in the spread of molecular weights within the polymer. Preferably the degradation is by mechanical degradation since this appears to reduce the spread of molecular weights, as well as often reducing IV and/or increasing ionicity for branched or cross linked polymers.

The mechanical degradation may be applied by subjecting the initial solution to the effect of fast moving blades, for instance blades having a velocity of at least 500 meters per minute, typically 750 to 5,000 meters per minute. If the blades rotates, then these velocities are the peripheral velocities of the blades. It is particularly preferred to use blades that rotate at high speed, generally above 2,000 rpm preferably 3,000 to 20,000 rpm. Suitable apparatus for this is the Waring blender or apparatus similar to large scale versions of kitchen blenders such as the Moulinex, Kenwood, Hamilton Beach, Iona or Osterizer blenders. Routine experimentation, as mentioned above, will easily determine the optimum duration at a given speed, or the optimum

CIBA 000409

4,705,640

5

speed for a given duration, or the optimum combination of speed and duration.

Another suitable method of applying mechanical degradation is by forcing the solution by impellers through a screen, for instance as in a Silverson mixer or other mixer having a similar method of operation. For instance there may be an impeller 4 to 10 cm in diameter rotating at 1500 to 6000 rpm to force the solution under high shear through a screen. Preferably a Silverson 120L mixer is used and has a square hole high shear screen and an impeller of 6.8 cm diameter rotating at 3000 rpm. Mechanical agitation methods that do not generate a high degree of chopping are less satisfactory and, if used, must be used for prolonged periods in order to achieve any significant mechanical degradation. For instance extrusion of the solution through an orifice mixer or forcing it through centrifugal pump generally is unsatisfactory unless the solution is subjected to repeated passes through the mixer or pump.

In order to obtain optimum improvement in flocculation properties in a convenient manner, it is essential to conduct the degradation on the polymer while it is present as a solution having a polymer concentration below 3% by weight, i.e., while it is present as the said initial solution. Degradation conducted on polymer solutions of a higher concentration is difficult to perform, because of the viscous nature of the solutions, and is less satisfactory. Degradation conducted on the polymer before it is fully dissolved is also less satisfactory. Even though some shear may be applied during the preparation of the initial solution (for instance to facilitate dispersion of polymer particles into water) the shear applied at this stage is preferably inadequate to improve flocculation performance and, in any event, further improvement can be achieved, in accordance with the invention, by subjecting the resultant initial solution to the defined degradation. Preferably the initial solution is made by blending solid (e.g., bead or powder), dispersed or dissolved polymer with water to form a mixture containing below 3% by weight of the polymer, allowing this solution to age in a storage vessel for sufficient time for the dissolution to reach equilibrium (so that its flocculation properties no longer change with time) and then subjecting the aged solution to the degradation. The ageing period is usually at least 30 minutes, typically 1 to 5 hours, often about 2 hours. During ageing, the solution may be static or may be subjected to gentle stirring or other agitation.

The flocculation treatment of the invention is conducted with novel apparatus that includes means for applying the degradation. In particular, novel apparatus for dosing the flocculant solution into a suspension comprises a vessel for holding the aqueous suspension that is to be flocculated and having a dosing inlet for dosing the aqueous solution of flocculant into the suspension and supply means for supplying the flocculant solution to the inlet, the supply means including means for mechanically or otherwise degrading the solution after its formation and before it reaches the inlet. The vessel may be a tank or a line through which the suspension flows. Generally the solution has the desired solids content before it is subjected to degradation but means can be provided for diluting the solution after the degradation and before entry to the vessel.

The means for supplying the solution generally comprise a pipe leading from a tank in which solution is aged. The means for degrading the solution may be in-line. In-line means for mechanically degrading a solu-

6

tion may comprise a pump that will both provide the shear and force the flocculant solution to the dosing point, in particular it may be a silverson mixer that serves to degrade the solution and to force it to the dosing point. Alternatively the degradation may be applied in a tank or other vessel between the ageing tank and the dosing point.

The flocculant solution, at the dosing point, generally has a concentration of from 0.01 to 1%, often 0.05 to 0.3%, and if the initial solution, that is subjected to the degradation, has a higher concentration it is necessary to dilute it with water after the degradation step.

The polymer must initially have an intrinsic viscosity (IV), of a value such that, after degradation, IV is still above 4 and in practice this means that the polymer will generally have a molecular weight above 1 million, typically up to 30 million. Before the degradation, the polymer generally has IV at least 5, and preferably at least 9, for instance up to 15 or higher, e.g., up to 25 for anionics. In the flocculant solution, after the degradation, the IV is preferably at least 5 and generally in the range 6 to 12, often 6 to 9.

The polymer must be water soluble and is preferably substantially linear. The monomers from which it is formed are preferably substantially free of cross linking agent. It may be based on a natural or modified natural polymer. For instance it may be a cellulosic or gum polymer such as a cationic or other ionic derivative of a cellulose or an ionic derivative of guar gum.

Preferably however the polymer is a substantially linear synthetic polymer formed by polymerisation of one or more ethylenic, preferably vinyl, water soluble monomers. Broadly any monomer or monomer blend that can be polymerised to yield a water soluble flocculant polymer may be used. The monomers are generally acrylic (including methacrylic) monomers. The polymer may be non-ionic, being formed wholly from non-ionic monomers, but preferably is ionic since even non-ionic monomers generally include some ionic groups, for instance acrylic acid groups are often present in acrylamide. The amount and type of ionic charge in the monomers will be selected such that the polymer has the ionic charge suitable for the particular dispersion that it is to flocculate.

Suitable non-ionic monomers are acrylamide, methacrylamide, N-vinylmethylacetamide or formamide, vinyl acetate or vinyl pyrrolidone.

Suitable anionic monomers are sodium acrylate, methacrylate, itaconate, 2-acrylamidomethyl propane sulphonate, sulphopropylacrylate or methacrylate or other water soluble forms of these or other polymerisable carboxylic or sulphonic acids or sulphomethylated acrylamide may be used.

Suitable cationic monomers are dialkylaminoalkyl acrylates and methacrylates, especially dialkylaminoethyl acrylate, and their quaternary or acid salts, and dialkylaminoalkylacrylamides and methacrylamides and their quaternary or acid salts for instance methacrylamidopropyl trimethyl ammonium chloride and Mannich products, such as quaternised dialkylaminomethylacrylamides. Other suitable monomers include diallyldimethyl ammonium chloride, especially when copolymerised with acrylamide, and vinyl pyridine (as acid addition or quaternary salt) and Hoffman degradation products such as polyvinylamine.

The suspension may be an inorganic aqueous suspension but preferably is an organic aqueous suspension, with the organic particles most preferably being sewage

CIBA 000410

7

4,705,640

8

but others, such as paper, can also be treated. The invention is of particular value in the treatment of sewage sludge.

The invention is generally used as part of a process for dewatering the suspension and so the flocculated suspension is normally subjected to dewatering. Although this can be by various methods, the invention is of particular value when applied to pressure filtration. This pressure filtration may be by high pressure filtration, for instance on a filter press at 5 to 15 bar for, typically, $\frac{1}{2}$ to 6 hours but preferably is low pressure filtration, for instance on a belt press, generally at a pressure of 0.5 to 3 bar, typically 1 to 15 minutes.

The flocculation performance in such filtration techniques can be manifested by increased solids content in the filter cake. It has, however, been found that there is a close correlation between the capillary suction time (CST) of the flocculated suspension and its ultimate suitability for low or high pressure filtration and so in the invention it is convenient to determine flocculation performance by reference to CST, the best products having the lowest values.

CST is measured as described in Journal of Institute of Water Pollution Control Vol. 67, 1968, No. 2 page 233. This method involves adding a measured dose of flocculant solution to the suspension and applying a defined amount of shear for a measured time. The results are quoted at various dose/shear combinations, the dose being in $g/m^3$ and the shear being the time in seconds for which the shear was applied after addition of the flocculant solution. In this specification, IV is measured as described on page 13 of Water Research Centre Technical Report No. 6 "The Examination of Organic Flocculants and Coagulated Acids" but using 1M NaCl and a $Na_2HPO_4$/citric acid buffer instead of acid or alkali for pH adjustment.

By the invention it is possible to obtain an improvement in the flocculation performance and in the dewatering ability of many types of suspensions although of course it is necessary to select the polymer to be suitable for the particular suspension being dewatered. If the polymer that is being used is inherently unsuitable for that suspension then the degradation treatment of the invention may be of little or no value.

A particular advantage of the invention is that it is possible, at a given IV, to obtain improved flocculation performance if that IV is achieved by degradation of a higher IV polymer than if the IV is achieved by direct synthesis. Accordingly, for a dispersion or apparatus where it is necessary for the polymer to have, for instance, IV 7 better results are generally obtained by mechanically shearing a higher IV polymer down to IV 7 than by synthesizing a polymer from the same monomers to that IV value.

The following are some examples of the invention. In these DMAEA is dimethylaminoethyl acrylate, q indicates that it is quaternised by methyl chloride, AM is acrylamide and Mannich products are dimethylaminomethyl acrylamide formed from acrylamide, formaldehyde and dimethylamine. IV and CST are recorded as defined above.

Low pressure piston press cake solids are recorded on a piston press operated to reproduce belt pressure filtration, wherein 0.7 bar is applied for 1 minute, 1.4 bar for 1 minute, 2.1 bar for 1 minute and then 2.8 bar for 6 minutes. Increased cake solids measured by this technique indicate that increased cake solids would be obtained on a belt press. High pressure piston press cake

solids are recorded using the same piston press with the pressure being increased over 30 minutes up to 7 bar and then held at 7 bar for a further 30 minutes. Increased cake solids on this test indicates that increased solids would be obtained on a filter press.

Wherever reference is made to shearing a solution with a Moulinex homogeniser this is effected by providing 400 ml of the polymer solution in a substantially cylindrical pot having a diameter of about 8 cm and with a blade about 6 cm in diameter and about 1 mm thick rotating at 16,500 rpm in the base of the pot. One arm of the blade is inclined upwardly by about 45° and the other arm downwardly by about the same amount.

## EXAMPLE 1

A dispersion grade DMAEAq/AM copolymer, was dissolved in deionised water and aged to give a 1% w/w active polyelectrolyte solution. The solution was then sheared in a Moulineux homogeniser with samples being taken after 6, 8, 10, 15 and 60 seconds. The results are shown in Table 1.

### TABLE 1

| SHEARING TIME (SECS) | I.V. dl/g | CST (secs) | | |
|---|---|---|---|---|
| | | 80/10 | 80/25 | 80/40 |
| NIL | 9.8 | 145 | 301 | 375 |
| 6 | 9.5 | 51 | 122 | 201 |
| 8 | 9.7 | 34 | 112 | 188 |
| 10 | 9.9 | 29 | 82 | 138 |
| 15 | 9.4 | 23 | 76 | 119 |
| 60 | 7.8 | 15 | 50 | 77 |

## EXAMPLE 2

Four products, identified as A, B, C and D, having intrinsic viscosity 7.3, 6.8, 12.0 and 11.4 dl/g respectively and all known to be identical composition DMAEA/AM copolymers were made up as 1% w/v solutions and allowed to age. Two further solutions were prepared from products C and D by taking portions of the original solutions and subjecting them to 100 seconds of shearing in the Moulinex blender; these were labelled E & F and were subsequently found to be of I.V. 6.6 and 7.0 dl/g respectively. The six solutions were compared on three sludges by CST and by observing the solids content of piston press cakes. Sludge 1 was a Rotherham digested primary/activated sludge. Sludge 2 was a raw primary/activated sludge. Sludge 3 was a digested primary/humus sludge. The results are shown in Table 2.

### TABLE 2

| Sludge Type | Product | IV | CST (secs) | | | Low Pressure Piston Press Cake Solids (%) |
|---|---|---|---|---|---|---|
| | | | 125/10 | 125/25 | 125/40 | |
| 1 | A | 7.3 | 20 | 46 | 58 | 12.1 |
| 1 | B | 6.8 | 14 | 35 | 54 | — |
| 1 | C | 12.0 | 14 | 45 | 69 | 12.6 |
| 1 | D | 11.4 | 13 | 34 | 52 | 13.4 |
| 1 | E | 6.6 | 9 | 15 | 27 | 12.8 |
| 1 | F | 7.0 | 9 | 15 | 24 | 13.5 |
| 2 | A | 7.3 | 15 | 40 | 60 | — |
| 2 | B | 6.8 | 13 | 30 | 55 | 14.8 |
| 2 | C | 12.0 | 17 | 40 | 63 | 14.3 |
| 2 | D | 11.4 | 19 | 32 | 56 | 13.8 |
| 2 | E | 6.6 | 14 | 17 | 28 | 15.1 |
| 2 | F | 7.0 | 16 | 14 | 26 | 15.6 |
| 3 | A | 7.3 | 16 | 42 | 64 | 14.0 |
| 3 | B | 6.8 | 12 | 32 | 46 | 15.1 |
| 3 | C | 12.0 | 17 | 46 | 69 | 14.2 |
| 3 | D | 11.4 | 12 | 28 | 48 | 15.2 |

CIBA 000411

4,705,640

9

### TABLE 2-continued

| Sludge Type | Product | IV | CST (secs) 125/10 | 125/25 | 125/40 | Low Pressure Piston Press Cake Solids (%) |
|---|---|---|---|---|---|---|
| 3 | E | 6.6 | 10 | 18 | 28 | 15.9 |
| 3 | F | 7.0 | 11 | 19 | 31 | 16.7 |

These results show the improvement in performance when the IV is obtained by shearing rather than by synthesis (compare polymers E and F with B and A) and the improvement in performance that is obtained when polymers are sheared to reduce their IV (compare polymers C and D with E and F).

When Mw, Mv and Mz values were recorded for polymers A and E by light scattering techniques, a reduction of about 15% in (Mw/Mv) is observed and a reduction of about 30% is observed in (Mz/Mw). On the scale used for the particular apparatus for this test (Mw/Mv) for polymer D was 1.574 and for polymer F 1.324 whilst (Mz/Mw) for polymer D was 3.296 and for polymer F 2.296. These values may, depending upon the theoretical assumptions required in their calculation, need multiplication by a factor X or X may be 1, the values then being absolute values. If the values are absolute values it indicates that novel polymers according to the invention should have (Mw/Mv) below 1.5, preferably below 1.4, and/or should have (Mz/Mw) below 3 and preferably below 2.5.

### EXAMPLE 3

A further sample of solution C was degraded by subjecting it to 30 minutes of U.V. radiation in the presence of 2 ppm ferric ions (as FeCl₃). The resulting solution, labelled G, was found to have an intrinsic viscosity of 7.0 dl/g.

The solutions A, B, C, E and G were evaluated on a Digested primary/activated sludge using the C.S.T. technique. The results are shown in Table 3.

### TABLE 3

| Product | IV | CST (secs) at the Dose/Shear shown 150/10 | 150/25 | 150/40 |
|---|---|---|---|---|
| A | 7.3 | 24 | 50 | 87 |
| B | 6.8 | 17 | 39 | 66 |
| C | 11.4 | 24 | 91 | 155 |
| E | 6.6 | 12 | 16 | 33 |
| G | 7.0 | 16 | 39 | 63 |

The results show that the chemically degraded sample G does not give as great an improvement in effectiveness as the sheared product E, but is better than the starting polymer.

### EXAMPLE 4

A dispersion grade DMAEA/AM copolymer was dissolved in deionised water to give a 1% w/w solution. A portion of the solution was sheared in a Moulinex blender for 8 seconds.

Both were compared over a dosage range on a 2% china clay suspension using jar tests. The results are shown in Table 4.

### TABLE 4

| Product | IV dl/g | Settlement time (secs) at dose indicated (ppm) 0.5 | 0.75 | 1.0 | 1.25 |
|---|---|---|---|---|---|
| Unsheared | 10.8 | 117 | 73 | 53 | 40 |

10

### TABLE 4-continued

| Product | IV dl/g | Settlement time (secs) at dose indicated (ppm) 0.5 | 0.75 | 1.0 | 1.25 |
|---|---|---|---|---|---|
| Sheared | 8.6 | 107 | 70 | 43 | 30 |

Products B and F from Example 2 were compared on a 2% china clay suspension as above. The results are shown in Table 5.

### TABLE 5

| Product | Settlement time (secs) at dose indicated (ppm) 0.1 | 0.3 | 0.4 | 0.5 |
|---|---|---|---|---|
| B | 218 | 144 | 124 | 90 |
| F | 200 | 125 | 110 | 78 |

These results show that shearing cationic polyelectrolytes gives improved flocculation of inorganic suspensions, but the improvement may not be as great as with organic suspensions.

### EXAMPLE 5

Two solid grade NaAc/AM copolymers labelled H and I and having intrinsic viscosities of 12.1 dl/g and 10.1 dl/g respectively were prepared as 0.5% w/w solutions.

A product of identical composition to the above with an intrinsic viscosity of 25.0 dl/g was also prepared as a 0.5% w/w solution. Two portions of this solution were sheared in a Moulinex blender for 40 seconds and 70 seconds; these were labelled J and K and were found to have intrinsic viscosities of 12.1 and 10.5 respectively.

Products H, I, J and K were compared on a 2% china clay suspension over a dosage range using jar tests. The results are shown in Table 6.

### TABLE 6

| | IV | Settlement time (secs) at dose indicated (ppm) 0.1 | 0.3 | 0.4 | 0.5 |
|---|---|---|---|---|---|
| H | 12.1 | 183 | 89 | 59 | 41 |
| I | 10.1 | 183 | 104 | 80 | 57 |
| J | 12.1 | 180 | 69 | 44 | 27 |
| K | 10.5 | 180 | 72 | 46 | 33 |

This demonstrates the benefit of shearing upon flocculation performance of an anionic polymer on an inorganic suspension.

### EXAMPLE 6

A portion of solution C was diluted to a 0.1% w/v solution with deionised water.

The original and diluted solution were in turn degraded in a Moulinex blender with samples being taken at suitable time intervals and evaluated on a digested primary/activated sludge. The results are in Table 7.

### TABLE 7

| 1% w/v solution | | | 0.1% w/v solution | | |
|---|---|---|---|---|---|
| Shear (secs) | IV (dl/g) | CST at 80/25 | Shear (secs) | IV (dl/g) | CST at 80/25 |
| 0 | 11.4 | 63 | 0 | 11.4 | 63 |
| 30 | — | 43 | | | |
| 60 | — | 37 | 2 | — | 40 |
| 90 | — | 35 | 4 | — | 36 |
| 120 | 6.8 | 28 | 6 | 6.9 | 29 |

A 1.5% solution required shearing for 240 seconds to achieve similar IV and CST values.

CIBA 000412

4,705,640

11

This demonstrates that the desired results can be achieved much more quickly when shearing more dilute solutions.

## EXAMPLE 7

Two parts by weight of a dispersion of 50% q DMA-EA/AM copolymer in 50% oil containing stabiliser and surfactant was dispersed into 98 parts water using the Moulinex homogeniser. Once the aqueous system appeared to be of uniform composition, the shearing was stopped and the solution aged with tumbling for 2 hours. It was then sheared in accordance with the invention for various times and the CST values recorded, as shown in Table 8.

TABLE 8

| Shear (secs) | CST at 100/25 |
|---|---|
| 0 | 114 |
| 3 | 104 |
| 6 | 70 |
| 9 | 48 |
| 12 | 28 |

This clearly demonstrates the beneficial effect of applying shear to the aged flocculated solution, even though some shear may have been used in its initial manufacture.

## EXAMPLE 8

A sample of solution C diluted to 0.1% was given one pass through an in-line Silverson mixer at a flow rate of one liter/min, this being 10% of the pumps maximum throughput. The resulting sheared solution was compared with the original sample and also sample B (IV 6.8) on a digested primary/activated sludge.

TABLE 9

| Product | IV dl/g | CST (secs) | | |
|---|---|---|---|---|
| | | 125/10 | 125/25 | 125/40 |
| C | 11.4 | 28 | 65 | 82 |
| C(sheared) | 7.0 | 12 | 28 | 47 |
| B | 6.8 | 26 | 69 | 89 |

This shows that this shearing technique is also effective.

## EXAMPLE 9

A solution of 41:59 wt % DMAEAq/AM polymer was sheared in a Moulinex blender with samples taken at suitable intervals to test their effectiveness.

TABLE 10

| Shear time (secs) | IV (dl/g) | CST (secs) at 100/25* |
|---|---|---|
| 0 | 7.8 | 171 |
| 2 | — | 117 |
| 4 | — | 100 |
| 6 | — | 89 |
| 10 | — | 71 |
| 15 | 6.4 | 48 |
| 30 | — | 51 |
| 45 | — | 53 |
| 90 | 5.2 | 67 |

*Average of three readings

This shows that effectiveness reaches a maximum after a certain duration of shear and that continued shearing (and continued reduction of IV) can lead to reduced effectiveness.

12

## EXAMPLE 10

Two liquid grade Mannich products (dimethylaminomethylacrylamide polymer quaternised with dimethyl sulphate) A and B of identical composition were diluted in deionised water to give 1% w/v solutions and found to have 1% solution viscosities of 71 cps and 55 cps respectively.

A portion of solution A was then sheared in a Moulineux blender and samples taken after 6 seconds, 16 seconds and 22 seconds.

Each of the samples was then evaluated on a digested primary/activated sludge for effectiveness by CST. The viscosity was recorded of the 1% solutions using spindle No 2 at 100 rpm. The results are shown in Table 11.

TABLE 11

| Product | Viscosity | CST | | |
|---|---|---|---|---|
| | | 150/10 | 150/25 | 150/40 |
| A | 71 | 34 | 81 | 107 |
| +6s shear | 66 | 23 | 59 | 97 |
| +16s shear | 58 | 20 | 43 | 67 |
| +22s shear | 55 | 15 | 32 | 50 |
| B | 55 | 35 | 80 | 106 |

This shows that better results are obtained at a given viscosity when the solution has been sheared.

## EXAMPLE 11

40 g newsprint, 10 g Manilla and 5 g corrugated paper were disintegrated in 2 l of water to give a standard waste stock of 2.5% consistency. This stock was diluted to 0.5% d/d solids and one liter aliquots treated with 200 g per ton d/d flocculant. Three different chemical types of copolymer were used. Each type was used unsheared, sheared to a lower I.V. and unsheared but having a similar low I.V., shearing in each instance was by a Moulinex homogeniser.

The flocculated stock was transferred into a Schopper-Riegler Freeness tester whose back orifice had been blocked off. The drainage rate was measured by timing the collection of 500 cm³ water. The results are shown in Table 12.

TABLE 12

| Product | I.V. (dl/g⁻¹) | Drainage time for 500 cm³ (secs) |
|---|---|---|
| 60/40 w/w DMAEAq/AM | 12.0 | 16 secs |
| 240 secs shear | 6.5 | 21 secs |
| No shear | 6.6 | 25 secs |
| 40/60 w/w DMAEAq/AM | 11.3 | 16 secs |
| 100 secs. shear | 7.5 | 21 secs |
| No shear | 7.8 | 26 secs |
| 27.6/72.2 w/w DMAEAq/AM | 14.0 | 20 secs |
| 40 secs shear | 7.0 | 22 secs |
| No shear | 7.1 | 25 secs |

This shows that the sheared products give much improved results compared to unsheared products of similar I.V.

## EXAMPLE 12

A solid grade DMAEA/ACM copolymer having IV 11.8 was made up as solution A at 1% w/v. Part of this solution was sheared for 100 seconds in the Moulineux blender to produce solution B. The solutions were compared for high pressure filtration by adding 125 g/m³ of the polymer to a primary/activated sludge and then

CIBA 000413

4,705,640

13

dewatering this at high pressure on a piston press. Solution A gave 21.8 solids content and solution B 25.6% solids content. This demonstrates the better dewatering effect obtained at high pressure using the sheared solution.

## EXAMPLE 13

qDMAEA/AM copolymer is made by copolymerisation of monomers contaminated with cross linking agent. The polymer has IV 10. A 0.1% solution of the polymer in water is sheared in the Moulinex mixer for 5 minutes. The cationicity of the polymer is measured before and after the shearing and the cationicity regain is calculated, all as defined above. After shearing for one minute the regain is 5% and after shearing for 5 minutes it is 9%. The sheared solution is a very effective flocculant.

I claim:

1. A process for flocculating an aqueous suspension of particulate material comprising forming a flocculant solution of a water soluble substantially linear organic polymeric flocculant having intrinsic viscosity (IV) greater than 4 dl/g and a molecular weight about 1 million by blending a water soluble substantially linear organic polymeric flocculant having IV greater than 5 dl/g with water to form an initial solution having a polymer concentration below 3% by weight, in which the polymeric flocculant is a soluble polymer formed from one or more ethylenically unsaturated monomers selected from the group consisting of acrylamide, methacrylamide, N-vinyl acetamide, N-vinyl methyl formamide, vinyl acetate, vinyl pyrollidone, water soluble forms of carboxylic or sulphonic acids selected from acrylic acid, methacrylic acid, itaconic acid, and 2-acrylamido methyl propane sulphonic acid, sulpho propyl acrylate, sulpho propyl methacrylate, sulpho methylated acrylamide, dialkylaminoalkyl acrylates and methacrylates and their quaternary or acid salts, and dialkylaminoalkyl acrylamides and methacrylamides and their quaternary or acid salts, then improving the flocculation performance of the polymer by subjecting the dissolved polymer to degradation while dissolved in the solution for a period sufficient to improve said flocculation performance, flocculating said particulate material by addition of an effective amount of the flocculant solution to said aqueous suspension and separating the flocculated particulate material from the suspension.

14

2. A process according to claim 1 in which the dissolved polymer is subjected to chemical, ultrasonic or mechanical degradation while dissolved in the solution.

3. A process according to claim 1 in which the degradation is effected by subjecting the initial solution to mechanical shear for a period sufficient to improve flocculation performance.

4. A process according to claim 1 in which the degradation is effected by forcing the initial solution through a Silverson-type mixer or by chopping the initial solution with a blade that rotates at a peripheral velocity above 500 m/min.

5. A process according to claim 1 in which the initial solution of the polymer is formed by blending the polymeric flocculant in solid, dispersed or dissolved form with water and then allowing the resultant solution to age for at least 30 minutes.

6. A process according to claim 1 in which the degradation reduces the IV of the polymeric flocculant by at least 5%.

7. A process according to claim 1 in which the degradation reduces the IV of the polymeric flocculant by 10 to 50%.

8. A process according to claim 1 in which the degradation reduces weight average molecular weight/viscosity average molecular weight by at least 5%.

9. A process according to claim 1 in which the solution of organic polymeric flocculant having IV above 4 is formed by blending the polymeric flocculant in solid, dispersed or dissolved form with water to form a solution containing below 2% by weight of the polymer, allowing the solution to age, and then subjecting the solution to mechanical shear for a period sufficient to reduce weight average molecular weight/viscosity average molecular weight by at least 5%.

10. A method according to claim 9 in which the flocculated particulate material is separated by pressure filtration or belt press filtration.

11. A process according to claim 9 in which the water soluble substantially linear organic polymeric flocculant is formed from one or more monomers selected from the group consisting of dialkylaminoalkyl(meth)acrylates and their quaternary or acid salts, dialkylaminoalkyl(meth)acrylamides and their quaternary or acid salts, water soluble salts of acrylic acid, water soluble salts of 2-acrylamidomethyl propane sulfonic acid and acrylamide.

12. A method according to claim 1 in which the flocculated particulate material is separated by pressure filtration or filtration on a belt press.

*    *    *    *    *

55

60

65

CIBA 000414