# EXHIBIT 8

5171808

**5171808**

| SERIAL NUMBER (Series of 1967) 07/803120 | P DEC 15 1992 | PATENT NUMBER | |
|---|---|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 07/803,120 | 07/22/91 | 526 | 264 | 1505 | |

**APPLICANTS**

RODERICK G. RYLES, MILFORD, CT; DAN S. HONIG, NEW CANAAN, CT;
ELIETH W. HARRIS, BRIDGEPORT, CT; ROGER E. NEFF, STAMFORD, CT;

**CONTINUING DATA**
VERIFIED      THIS APPLN IS A CON OF    07/535,626 06/11/90 ABN

*WCC*

**FOREIGN/PCT APPLICATIONS**
VERIFIED

*WCC*

FOREIGN FILING LICENSE GRANTED 12/16/91

| Foreign priority claimed ☐ yes ☐ no 35 USC 119 conditions met ☐ yes ☐ no Verified and Acknowledged Examiner's Initials | AS FILED | STATE OR COUNTRY CT | SHEETS DRWGS. 0 | TOTAL CLAIMS 21 | INDEP. CLAIMS 1 | FILING FEE RECEIVED $650.00 | ATTORNEY'S DOCKET NO. 31,320-01 |
|---|---|---|---|---|---|---|---|

**ADDRESS**

AMERICAN CYANAMID COMPANY
PATENT LOAW DEPARTMENT
ONE CYANAMID PLAZA
WAYNE, NJ  07470-8426

**TITLE**

CROSS-LINKED ANIONIC AND ... AMERIC MICROPARTICLES

U.S. DEPT. of COMM.-Pat. & TM Office — PTO-436L (rev. 10-78)

| PARTS OF APPLICATION FILED SEPARATELY | | | |
|---|---|---|---|

| NOTICE OF ALLOWANCE MAILED | PREPARED FOR ISSUE | CLAIMS ALLOWED | |
|---|---|---|---|
| | Wu C. Cheng Assistant Examiner | Total Claims 21 | Print Claim 1 |

| ISSUE FEE | | DRAWING | | |
|---|---|---|---|---|
| Amount Due 1130⁰⁰ | Date Paid 9-1-92 | Sheets Drwg. | Figs. Drwg. | Print Fig. |

JOSEPH L. SCHOFER
SUPERVISORY PATENT EXAMINER
ART UNIT 155      Primary Examiner

| ISSUE CLASSIFICATION | | ISSUE BATCH NUMBER |
|---|---|---|
| Class 526 | Subclass 264 | |

Label Area

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436
Rev. 8/89

DEFENDANT'S
EXHIBIT
Van Liet 5
10/25/05  SC

HERC0076066

07/803120

304

APPROVED FOR LICENSE ☐

INITIALS

RECEIVE
DEC 27 1991

**CONTENTS**

Entered
or
Counted

Received
or
Mailed

GROUP 150

1. Application ___ papers.
2. Pre Audit /a ___ 7/22/91
3. Pre Audit /B ___ 7/22/91
4. Final Rejection ___ Feb. 20, 1992  3/
5. Appeal Brief ___ Apr 28, 1992  7/3
6. Notice of Appeal ___ Apr 28, 1992
7. Telephonic Interview ___ 7/14/92
8. Exp Audit /C ___ July 16, 1992  7/16
9. PTO GRANT DEC 1 5 1992
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.
29.
30.
31.
32.

HERC0076067

**1**

HERC0076068

BAR CODE LABEL

# U.S. PATENT APPLICATION

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 07/803,120 | 07/22/91 | 526 | 1505 |

**APPLICANT**

RODERICK G. RYLES, MILFORD, CT; DAN S. HONIG, NEW CANAAN, CT; ELIETH W. HARRIS, BRIDGEPORT, CT; ROGER E. NEFF, STAMFORD, CT.

```
**CONTINUING DATA*********************
VERIFIED     THIS APPLN IS A CON OF  07/535,626 06/11/90 ABN
```

```
**FOREIGN/PCT APPLICATIONS***********
VERIFIED
```

FOREIGN FILING LICENSE GRANTED 12/16/91

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| CT | 0 | 21 | 1 | $ 650.00 | 31,320-01 |

**ADDRESS**

AMERICAN CYANAMID CO.,
1937 W. MAIN ST.,
P. O. BOX 60
STAMFORD, CT 06904-0060

**TITLE**

CROSS-LINKED ANIONIC AND AMPHOTERIC POLYMERIC MICROPARTICLES

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application as originally filed which is identified above.

By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date _____        Certifying Officer _____

HERC0076069

803/20

- 1 -

31,320

CROSS-LINKED ANIONIC AND AMPHOTERIC
POLYMERIC MICROPARTICLES

The present invention relates to structured anionic and amphoteric polymeric microparticles and a method for their preparation.

BACKGROUND OF THE INVENTION

10      Cross-linked anionic and amphoteric, organic polymeric compositions are known to those skilled in the art and are useful in a variety of solid-liquid separation applications, particularly in the flocculation of various dispersions of suspended solids, such as sewage sludge, and in the
15   thickening of cellulosic paper pulp suspensions. Modern concerns about environmental pollution and the increasing cost of materials have made it highly desirable to produce flocculating agents which cause higher degrees of separation at lower dosage levels.

20          EP 0,202,780 describes the preparation of polymeric, crosslinked, cationic acrylamide polymer beads by conventional inverse emulsion polymerization techniques. Crosslinking is accomplished by the incorporation of a difunctional monomer, such as methylenebisacrylamide, into
25   the polymer. This crosslinking technology is well known in the art. The patentee teaches that the crosslinked beads are useful as flocculants.

Typically, the particle size of polymers prepared by conventional inverse water-in-oil emulsion polymerization
30   processes are limited to a range of about 1-5 microns, since no particular advantage in reducing the particle size has hitherto been apparent. The precise particle size which is achievable in inverse emulsions is determined by the concentration and activity of the surfactant(s) employed and
35   these are customarily chosen on the basis of emulsion stability and economic factors.

HERC0076070

- 2 -

Leong, et al., in Inverse Microemulsion Polymerization, J. of Phys. Chem., Vol. 86, No. 23, 6-24-82, pp 2271-3, discloses polymerization of acrylamide in an inverse microemulsion. The author, also discloses having prepared crosslinked polyacrylamide latices or microgels by

5 using a 100:1 mixture of acrylamide-methylenebisacrylamide. No anionic or amphoteric monomers are mentioned or is their use as a flocculating agent or paper-making additive.

EPO 0173605 teaches the production of microbeads having a diameter ranging from about 49-87 nm and produced from

10 terpolymers of vinyl acetate (65.4), ethyl acrylate (65.4) and acrylic acid (4.5) or methacrylonitrile (85), butyl acrylate (65) and acrylic acid (3). These polymeric beads are disclosed as added to an LBKP pulp slurry in order to evaluate the resultant paper for sizing degree, paper force

15 enhancement and disintegratability. These polymer beads fall outside the scope of those claimed in the present invention in that the ionic content thereof is too small to impart any appreciable improvement during usage.

Additionally, U.S. Patent No. 4,681,912 discloses the

20 production of microparticles of acrylamide and acrylic acid, for example, utilizing a microemulsion process. The patent, however, fails to teach the cross-linking of the particles so as to render them water-insoluble or their use in paper-making.

25                   SUMMARY OF THE INVENTION

According to the present invention, there are provided compositions comprising crosslinked, anionic and/or amphoteric, organic, polymeric, microparticles, having an unswollen number average particle size diameter of less than

30 about 0.75 micron, preferably less than about 0.5 micron, a solution viscosity of at least 1.1, preferably from about 1.1 to about 2.0, mPa.s, a crosslinking agent content of above about 4 molar parts per million, based on the monomeric units present in the polymer, and an ionicity of

35 at least about 5%.

4

HERC0076071

- 3 -

The preferred anionic monomers for use in the practice of the present invention comprises acrylic acid, methacrylic acid, ethacrylic acid, 2-acrylamido-2-alkylsulfonic acids where the alkyl group contains 1 to 6 carbon atoms, such as 2-acrylamido-2-propane-sulfonic acid or mixtures of any of
5  the foregoing and their alkaline salts. Especially preferred are the sodium salts of acrylic acid, methacrylic acid, and 2-acrylamido-2-methylpropane sulfonic acid.

The preferred amphoteric polymers for the use in the practice of the present invention comprise copolymers of one
10  or more of the foregoing anionic monomers and one or more of the following cationic ethylenically unsaturated monomers selected from, from example, acryloxyethyltrimethylammonium chloride; diallydimethylammonium chloride; 3-(meth)acryl-amidopropyltrimethylammonium chloride; 3-acrylamidopropyl-
15  trimethylammonium-2-hydroxypropylacrylate methosulfate; trimethylammoniumethyl methacrylate methosulfate; 1-trimethylammonium-2-hydroxypropylmethacrylate methosulfate; methacryloxyethyltrimethylammonium chloride; or mixtures of any of the foregoing.
20  The preferred ethylenically unsaturated non-ionic monomers for use in the practice of the present invention are selected from acrylamide; methacrylamide; N,N-dialkyl-acrylamides; N-alkylacrylamides; N-vinylmethacetamide; ~~N-vinyl methylformamide; vinyl acetate;~~ N-vinyl pyrrolidone
25  and mixtures thereof. Especially preferred is acrylamide.

The preferred compositions encompassed by the present invention are 1) anionic monomers alone or 2) a mixture of anionic and cationic monomers, each copolymerized with the ethylenically unsaturated non-ionic monomers disclosed
30  above. Especially preferred is acrylamide copolymerized with sodium acrylate.

Also, according to the present invention, there is provided a process for the preparation of compositions as defined above, the process comprising:
35  (a)  admixing

HERC0076072

- 4 -

(i)  an aqueous solution comprising at least one
ethylenically unsaturated anionic monomer
alone or in admixture with a cationic monomer
and at least one crosslinking agent and,
optionally, at least one ethylenically

5        unsaturated non-ionic monomer;

(ii)  an oily phase comprising at least one
hydrocarbon liquid; and

(iii)  an effective amount of surfactant
or surfactant mixture, so as to form an

10       inverse emulsion which, when subjected to
polymerization conditions, results in a
polymer having a particle size of less than
about 0.75 micron in unswollen diameter; and

(b) subjecting the inverse emulsion obtained in step

15   (a) to polymerization conditions.

A preferred feature of the present invention, comprises
a process employing an aqueous solution comprising sodium
acrylate as the anionic monomer, N,N-methylenebisacrylamide
as the crosslinking agent and acrylamide as the non-ionic

20  monomer; an oily phase comprising a saturated hydrocarbon;
and an effective amount of a surfactant mixture comprising
polyoxyethylene (20) sorbitan monooleate and polyoxyethylene
sorbitol hexaoleate, sufficient to produce particles of less
than about 0.75 micron in unswollen number average particle

25  size diameter.

Polymerization of the inverse emulsion may be carried
out by adding a polymerization initiator, such as sodium
metabisulfite or tert-butyl hydroperoxide, or by subjecting
the inverse emulsion to ultraviolet irradiation. Also

30  contemplated by the present invention is adding an effective
amount of chain-transfer agent to the aqueous solution of
the inverse emulsion, such as an alcohol, mercaptan,
phosphite, sulfite or mixture of any of the foregoing. The
process of the present invention may also comprise a step

35  for recovering the composition from the inverse emulsion.

HERC0076073

- 5 -

The resultant organic polymeric particles are useful in a method of making paper from an aqueous suspension of cellulose fibers, whereby the drainage properties of the suspension are improved by including in the suspension 0.1 to 20 lbs/ton, based on the dry weight of paper furnish

5  solids, of the anionic or amphoteric cross-linked organic polymer microbead having an unswollen number average particle size diameter of less than about 0.75 micron, a solution viscosity of at least about 1.1, preferably about 1.1 to about 2.0 mPa.s, a cross-linking agent content of

10  above about 4 molar parts per million, based on the monomeric units present in the polymer, and at least 5% ionicity, preferably in the presence of a molecular weight cationic polymer, as described in copending application, Serial No. [Attorney Docket No. 31043], filed concurrently

15  herewith.

DETAILED DESCRIPTION OF THE INVENTION

Cross-linked, anionic or amphoteric, organic polymeric microbeads having an unswollen number average particle size

20  diameter of less than about 0.75 micron, a solution viscosity of from about 1.1 to about 1.5 mPa.s, a crosslinking agent content of above about 4 molar parts per million, based on the monomeric units present in the polymer, and an ionicity of at least about 5%, are generally

25  formed by the polymerization of at least 5% of an ethylenically unsaturated anionic monomer and, for amphoteric microparticles, at least about 5% of one cationic monomer, and, optionally at least one non-ionic comonomer in the presence of a crosslinking agent in a water-in-oil

30  inverse emulsion employing an effective amount of surfactant or surfactant mixture to produce microbeads of less than about 0.75 micron.

The amphoteric polymers for the use in the practice of the present invention comprise copolymers of one or more of

35  the foregoing anionic monomers and one or more of the following cationic ethylenically unsaturated monomers

- 6 -

(meth)acrylates of dialkylaminoalkyl compounds, and salts and quaternaries thereof and in particular monomers of N,N-dialkylaminoalkyl(meth)acrylamides, and salts and quaternaries thereof, such as N,N-dimethylaminoethyl-acrylamides; and the acid or quaternary salts thereof and the like. Cationic monomers which may be used herein are of the following general formulae:



$$(I) \quad CH_2 = C - C - X - A \ N^+ - R_3 \ . \ Z^-$$

with $R_1$, $O$, $R_2$, $R_4$ substituents

where $R_1$ is hydrogen or methyl, $R_2$ is hydrogen or lower alkyl of 1-4 carbon atoms, $R_3$ and/or $R_4$ are hydrogen, alkyl of 1-12 carbon atoms, aryl, or hydroxyethyl and $R_2$ and $R_3$, or $R_3$ and $R_4$, can combine to form a cyclic ring containing one or more hetero atoms, and Z is the conjugate base of an acid; X is oxygen or $-NR_1$, wherein $R_1$ is as defined above, and A is an alkylene group of 1-12 carbon atoms, or

$$(II)$$

where $R_5$ and $R_6$ are hydrogen or methyl, $R_7$ is hydrogen or alkyl of 1-12 carbon atoms, and $R_8$ is hydrogen, alkyl of 1-12 carbon atoms, benzyl or hydroxyethyl; and Z is as defined above.

These ethylenically unsaturated anionic, cationic and non-ionic monomers may be copolymerized to produce anionic and amphoteric copolymers. Preferably, acrylamide is copolymerized with a anionic monomer. Anionic copolymers

HERC0076075

- 7 -

useful in the practice of this invention comprise from about
0 to about 95 parts, by weight of non-ionic monomer and
about 5 to about 100 parts, by weight, of anionic monomer,
based on the total polymer weight. Amphoteric polymers may
be produced from about 1-99 parts, by weight, same basis, of
anionic monomer and from about 99-1 parts, by weight, of
cationic monomer, optionally with from about 0-75 parts, by
weight, of a non-ionic monomer, the total weight of the
anionic monomer and cationic monomer being at least 5%.
Polymerization of the monomers is conducted in the presence
of a polyfunctional crosslinking agent to form the
crosslinked composition. The polyfunctional crosslinking
agent comprises molecules having either at least two double
bonds, a double bond and a reactive group, or two reactive
groups. Illustrative of those containing at least two
double bonds are N,N-methylenebisacrylamide,
N,N-methylenebismethacrylamide, polyethyleneglycol
diacrylate, polyethyleneglycol dimethacrylate, N-vinyl
acrylamide, divinylbenzene, triallylammonium salts,
N-methylallylacrylamide and the like. Polyfunctional
branching agents containing at least one double bond and at
least one reactive group include, glycidyl acrylate,
acrolein, methylolacrylamide and the like. Polyfunctional
branching agents containing at least two reactive groups
include aldehydes such as glyoxal, diepoxy compounds,
epichlorohydrin and the like.

Crosslinking agents are to be used in sufficient
quantities to assure a crosslinked composition. Preferably
at least about 4 molar parts per million of crosslinking
agent, based on the monomeric units present, are employed to
induce sufficient crosslinking and preferred is a
crosslinking agent content of from about 4 to about 6000
molar parts per million, more preferably about 20-4000 and
most preferably about 50-2000 molar parts per million.

One method of obtaining the polymeric microparticles of
this invention is to polymerize the monomers in a
microemulsion. Polymerization in microemulsions and inverse

HERC0076076

- 8 -

microemulsions is known to those skilled in this art.  P.
Speiser reported in 1976 and 1977 a process for making
spherical "nanoparticles" with diameters less than 800A by
(1) solubilization of polymerizable molecules, e.g.
acrylamide and methylenebisacrylamide and other materials,
5  e.g. drugs, in micelles and (2) polymerizing the monomers in
the micelles.  J. Pharm. Sa., 65(12), 1763 (1976) and United
States Patent No. 4,021,364.  Both inverse water-in-oil and
oil-in-water "nanoparticles" were prepared by this process.
While not specifically called microemulsion polymerization
10  by the author, this process does contain all the features
which are currently used to define microemulsion
polymerization.  These reports also constitute the first
examples of polymerization or acrylamide in a microemulsion.
Since then, numerous publications reporting polymerization
15  of hydrophobic polymers in the oil phase of microemulsions
have appeared.  See, for example, Stoffer and Bone, J.
Dispersion Sci. and Tech., 1(1), 37, 1980 and Atik and
Thomas, J. Am. Chem. Soc'y, 103(14), 4279 (1981); and GB
2161492A.
20       The ionic and amphoteric microemulsion polymerization
process may be conducted by (i) preparing a monomer
microemulsion by adding an aqueous solution of the monomers
to a hydrocarbon liquid containing appropriate surfactant or
surfactant mixture to form an inverse monomer microemulsion
25  consisting of small aqueous droplets which, when
polymerized, result in polymer particles of less than 0.75
micron in size, dispersed in the continuous oil phase and
(ii) subjecting the monomer microemulsion to free radical
polymerization.
30       In order to obtain an inverse microemulsion, it is
generally necessary to use particular conditions whose main
parameters are as follows:  surfactant concentration, HLB of
surfactant or surfactant mixture, temperature, nature of the
organic phase and composition of the aqueous phase.
35       The aqueous phase comprises an aqueous mixture of the
monomers, anionic or a mixture of anionic and cationic and

HERC0076077

- 9 -

optionally non-ionic, and the crosslinking agent, as defined above. The aqueous monomer mixture may also comprise such conventional additives as are desired. For example, the mixture may contain chelating agents to remove polymerization inhibitors, pH adjusters, initiators and

5   other conventional additives.

Essential to the formation of the microemulsion, which may be defined as a swollen, transparent and thermodynamically stable micelle solution without agitation, comprising two liquids insoluble in each other and a

10  surfactant, in which the micelles are much smaller than in an emulsion, is the selection of appropriate organic phase and surfactant.

The selection of the organic phase has a substantial effect on the minimum surfactant concentration necessary to

15  obtain the inverse microemulsion. This organic phase may comprise of a hydrocarbon or hydrocarbon mixture. Saturated hydrocarbons or mixtures thereof are the most suitable in order to obtain inexpensive formulations (lower surfactant content) of inverse microemulsions. Typically, the organic

20  phase will comprise benzene, toluene, fuel oil, kerosane, odorless mineral spirits and mixtures of any of the foregoing.

The ratio by weight of the amounts of aqueous and hydrocarbon phases is chosen as high as possible, so as to

25  obtain, after polymerization, a microemulsion of high polymer content. Practically, this ratio may range, for example from about 0.5 to about 3:1, and usually is about 2:1.

The one or more surfactants are selected in order to

30  obtain an HLB (Hydrophilic Lipophilic Balance) value ranging from about 8 to about 11. In addition to the appropriate HLB value, the concentration of surfactant must also be optimized, i.e. sufficient to form an inverse emulsion having the correct particle size. Typical surfactants

35  useful in the practice of this invention, in addition to those specifically discussed above, may be anionic, cationic

/ /

HERC0076078

- 10 -

or non-ionic and are selected from polyoxyethylene (20) sorbitan trioleate, sorbitan trioleate, sodium di-2-ethylhexylsulfosuccinate, oleamidopropyldimethylamine; sodium isostearyl-2-lactate and the like.

Polymerization of the emulsion may be carried out in any manner known to those skilled in the art. Initiation may be effected with a variety of thermal and redox free-radical initiators including azo compounds, such as azobisisobutyronitrile; peroxides, such as t-butyl peroxide; organic compounds, such as potassium persulfate and redox couples, such as ferrous ammonium sulfate/ammonium persulfate. Polymerization may also be effected by photochemical irradiation processes, irradiation, or by ionizing radiation with a 60 Co source. Preparation of an aqueous product from the emulsion may be effected by inversion by adding it to water which may contain a breaker surfactant. Optionally, the polymer may be recovered from the emulsion by stripping or by adding the emulsion to a solvent which precipitates the polymer, e.g. isopropanol, filtering off the resultant solids, drying and redispersing in water.

The product of this invention is useful in facilitating a wide range of solid-liquid separation operations. The products of this invention may be used to dewater biologically treated suspensions, such as sewage and other municipal or industrial sludges; the drainage of cellulosic suspension, such as those found in paper production, e.g. paper waste; and the settling and dewatering of various inorganic suspensions, e.g. refinery waste, coal waste, etc.

DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following examples illustrate the present invention. They are not be construed as limitations on the present invention except as set forth in the appended claims.

HERC0076079

- 11 -

Examples 1 - 5

Procedure for the Preparation of

Anionic Microemulsion

The master batch of aqueous phase is made by mixing
acrylic acid (AA), as the sodium salt, 200 parts deionized
5 water, 56.5% sodium hydroxide, crystal acrylamide (AMD), 0.3
part 10% pentasodium diethylenetriaminepentaacetate, 39.0
parts additional deionized water, and 1.5 parts of 0.518%
copper sulfate pentahydrate together. To 110.2 parts of
this aqueous phase solution, 6.5 parts deionized water, 0.25
10 part 1% t-butyl hydroperoxide and N,N-methylene
bisacrylamide (MBA) are added. This aqueous phase is mixed
with an oil phase containing 77.8 parts of low odor paraffin
oil, 3.6 parts sorbitan sesquioleate and 21.4 parts
polyoxyethylene sorbitol hexaoleate.

15 This emulsion is deaerated with nitrogen for 20
minutes. The polymerization is then initiated with gaseous
$SO_2$. The polymerization is then allowed to exotherm to 40°C
and is controlled at 40°C (+ 5°C) with ice water. The ice
water is removed when cooling is no longer required. The
20 nitrogen is continued for one hours. The total
polymerization time is 2.5 hours.

If desired, the polymer may be recovered from the
emulsion by stripping or by adding the emulsion to a solvent
which precipitates the polymer, e.g. isopropanol, filtering
25 off the resultant solids, drying and redispersing in water.

At the time of use e.g. as a paper-making additive, the
recovered polymer may be dispersed in water. The emulsion,
microbeads may also be directly dispersed in water.
Depending on the surfactant and levels used in the emulsion
30 dispersion may require using high a hydrophilic lipophilic
balance (HLB) inverting surfactant such as an ethoxylated
alcohol; polyoxyethyllated sorbitol hexaoleate;
diethanolamine oleate; ethoxylated laurel sulfate etc. as in
known in the art.

35 The procedure for preparing amphoteric emulsions e.g.
15AA/60AMD/25 dimethylaminoethylacrylate (DMEA) /349 ppm

HERC0076080

- 12 -

MBA, is repeated for the preparation of the anionic
emulsions with the exception that the concentration of the
individual monomers employed are adjusted accordingly.

Various monomers are polymerized in accordance with the
above procedure. The results are set forth in Table I,
5  below.

10

15

20

25

30

35

/ 4

HERC0076081



- 13 -

Table I

Preparation of Anionic Microbeads

| Example | Copolymer Compositions (Mole %) | | | MBA PPM | PS NM | SV mPa.S |
|---------|------|------|-------|------|------|------|
| | AMD | AA | NaAPS | | | |
| 1 | 70 | 30 | --- | 349 | 130 | 1.19 |
| 2 | 40 | 60 | --- | 1381 | 120 | 1.10 |
| 3 | 0 | 100 | --- | 1985 | 80 | 1.35 |
| 4 | 70 | --- | 30 | 995 | --- | 1.37 |
| 5 | 70 | --- | 30 | 10,086 | --- | 1.15 |
| 6 | 70 | 30 | --- | 1000 | 464 | --- |
| 7 | 70 | 30 | --- | 1000 | 149 | 1.02 |
| 8 | 70 | 30 | --- | 1000 | 106 | 1.06 |

NaAPS = Sodium 2-Acrylamido-2-methylpropane Sulfonic Acid

PS = Number Average Particle Size in Nanometers

SV = Solution Viscosity (0.1% polymer in M NaCl, 25°C using a Brookfield UL adapter at 60 rpm

HERC0076082

- 14 -

### Example 9

In paper making processes it is found that the addition
of anionic microbeads, preferably with a high molecular
weight cationic polymer to a conventional paper making stock
increases the drainage rate of water from the paper. The
following examples illustrate this utility but are not to be
construed to limit the invention in any manner whatsoever.

A 70/30 hardwood/softwood bleached kraft pulp is used
containing 25% $CaCO_3$ for alkaline papermaking at a pH of 8.0
Drainage is a measure of the time required for a certain
volume of water to drain through the paper and is here
measured as a10X drainage. (K. Britt, TAPPI 63(4) p67
(1980). Hand sheet are prepared on a Noble and Wood sheet
machine. In the test examples, the linear cationic
copolymer is a 10 mole % of acryloxyethyltrimethylammonium
chloride (AETMAC) and 90 mole % of acrylamide (AMD) of
5,000,000 to 10,000,000 mol. wt. with a charge density of
1.2 meg./g. and SV-4.0 cps. The anionic microbeads in Table
II are added separately to the thin paper stock. The
cationic polymer is added to the test furnish in a "Vaned
Britt Jar" and subjected to 800 rpm stirring for 30 seconds.
The anionic microbead is then added and subjected to 800 rpm
stirring for 30 seconds and then drainage times are
measured. The results of testing are set forth in Table II,
below.

HERC0076083



- 15 -

Table II

Drainage Aid Test Data

| Example | Cationic Polymer | Dosage (lb/ton) | Anionic Polymer Microbead of Example No. | Dosage (lb/ton) | Drainage Time (Sec) |
|---------|------------------|-----------------|------------------------------------------|-----------------|---------------------|
| 6 | -0- | | -- | | 161.1 |
| 7 | 10 AETMAC/ 90 AMD | 2 | | | 116.9 |
| 8 | do | 2 | -1- | (0.5) | 75.8 |
| 9 | do | 2 | -1- | (1.0) | 72.1 |
| 10 | do | 2 | -1- | (2.0) | 84.3 |
| 11 | do | 2 | -2- | (0.5) | 66.3 |
| 12 | do | 2 | -2- | (1.0) | 72.4 |
| 13 | do | 2 | -2- | (2.0) | 74.7 |
| 14 | do | 2 | -3- | (0.5) | 78.8 |
| 15 | do | 2 | -3- | (1.0) | 74.1 |
| 16 | do | 2 | -3- | (2.0) | 80.2 |
| 17 | do | 2 | -4- | (0.5) | 95.0 |
| 18 | do | 2 | -4- | (1.0) | 86.6 |
| 19 | do | 2 | -4- | (2.0) | 95.5 |
| 20 | do | 2 | -5- | (0.5) | 119.7 |
| 21 | do | 2 | -5- | (1.0) | 121.8 |
| 22 | do | 2 | -5- | (2.0) | 111.4 |

HERC0076084

- 16 -

The drainage time for the untreated alkaline paper stock is 161.1 seconds. Addition of the linear, cationic polymer, 10 AETMAC/90 AMD, at a level of 2 lbs/ton decreases the drainage time to 116.9. Further decreases in drainage time are obtained by the joint addition of the anionic
5   microbeads of this invention of doses of 0,5, 1.0 and 2.0 lbs/ton with the 2 lbs/ton of the cationic polymer. The microbead 70 AMD/30 Na AMPS/10,086 ppm MBA has little effect on drainage due to the excessively high degree of cross-linking and is outside the scope of this invention.
10   The higher degree anionicity of 2 microbeads (40 AMD/60 AA/1381 ppm MBA-120nm and 100AA/1985 ppm MBA-80 nm) improves drainage time over those of the lower degree of anionicity microbeads 70 AMD/30 NaAPS/995 ppm MBA. The 1.0 lb/ton dosage of anionic microbead gives better drainage times than
15   either the 0.5 or 2.0 lbs/ton dosage. The only exception is with the microbead 40AMD/60 AA/1,381 ppm MBA where the 0.5 lb/ton dosage is the most desirable.

Examples 23 - 27
20   Anionic microbeads of 5 and 10 mole percent of anionic charge and amphoteric microbeads with a 5 mole % higher anionic charge than cationic charge are made by the procedure of Example 1 and are shown in Table III. The microbeads have a particle size under 0.5 micron in Examples
25   23-27.

30

35

HERC0076085

- 17 -

Table III

Preparation of Anionic and
Amphoteric Microbeads

| Example | Copolymer Compositions (Mole %) | | | | MBA ppm | PS NM | SV mPa.S |
|---|---|---|---|---|---|---|---|
| | AMD | NaAc | NaAPS | DMEA | | | |
| 23 | 90 | 10 | --- | --- | 496 | --- | 1.34 |
| 24 | 95 | 5 | --- | --- | 97 | --- | 1.89 |
| 25 | 85 | --- | 10 | 5 | 1026 | --- | 1.40 |
| 26 | 55 | --- | 25 | 20 | 5101 | --- | 1.59 |
| 27 | 60 | --- | --- | 40 | 100 | 100 | --- |

DMEA = Acryloxylethyltrimethyl-
ammonium Chloride

See Table I for other legends

HERC0076086

- 18 -

### Example 28

The anionic and amphoteric microbeads of Table III are used in the paper making process described in Example 2. The results are substantially the same.

5

### Examples 29-33

The procedure of Example 1 is again followed except that different monomers are employed in the preparation of the microbead. The results are set forth in Table IV, below.

10

#### Table IV

| Example | Non-Ionic Monomer (%) | Anionic Monomer (%) | MBA PPM |
|---------|-----------------------|---------------------|---------|
| 29 | AM-50 | MMA-50 | 117 |
| 30 | AM-65 | VSA-35 | 226 |
| 31 | AM-75 | DADM-25 | 198 |
| 32 | -- | NaAPS-100 | 316 |
| 33 | MAM-90 | AA-10 | 441 |

15

20

MAM = methacrylamide
MMA = methacrylic acid
VSA = vinylsulfonic acid
DADM = diallydimethylammonium chloride

The above mentioned patents and publications are
25 incorporated herein by reference.

Many variations of the present invention will suggest themselves to those skilled in this art in light of the above detailed description. Chain-transfer agents may be optionally added to the monomer solution. Also contemplated
30 are all methods of polymerization and dewatering processes.

All such obvious modifications are within the full intended scope of the appended claims.

35

HERC0076087

- 19 -

31,320

WE CLAIM:

1. A composition comprising cross-linked anionic or amphoteric, organic polymeric microparticles, said microparticles having an unswollen number average particle size diameter of less than about 0.75 micron, a solution viscosity of at least about 1.1 mPa.s and a crosslinking agent content of above about 4 molar parts per million, based on the monomeric units present in the polymer, and an ionicity of at least about 5.0%.

2. A composition as defined in Claim 1 wherein said crosslinking agent content ranges from about 4 to about 6,000 molar parts per million.

2̶3̶. A composition as defined in Claim 1 wherein said crosslinking agent content is from about 20 to about 4,000 molar parts per million.

3̶4̶. A composition as defined in Claim 1 wherein said crosslinking agent content is from about 50 to about 2,000 molar parts per million.

4̶5̶. A composition as defined in Claim 1 wherein said crosslinking agent is a difunctional monomer selected from N,N'-methylenebisacrylamide, N,N'-methylenebismethacryl-amide, polyethyleneglycol dimethacrylate, polyethyeneglycol diacrylate, N-vinyl acrylamide, glycidyl acrylate, divinylbenzene, acrolein, aldehydes, glyoxal, diepoxy compounds, epichlorohydrin and mixtures of the foregoing.

5̶6̶. A composition as defined in Claim 4̶5̶ wherein said crosslinking agent comprises N,N'-methylenebisacrylamide.

HERC0076088

- 20 -

6
7. A composition as defined in Claim 1 wherein said said unswollen diameter is less than 0.5 micron.

7
8. A composition as defined in Claim 1 wherein the organic polymer microparticle is composed of at least one ethylenically unsaturated non-ionic monomer.

8
9. A composition as defined in Claim 1 wherein the organic polymer microparticle is composed of at least one anionic monomer selected from acrylic acid, methylacrylic acid, ethylacrylic acid, 2-acrylamido-2-methylpropane-sulfonic acid or mixtures or salts thereof.

9
10. A composition as defined in Claim 8 wherein said anionic cationic monomer comprises sodium acrylate, sodium methylacrylate, sodium ethylacrylate or sodium 2-acrylamido-2-methylpropanesulfonate.

10
11. A composition as defined in Claim 1 wherein the organic polymer microparticle is amphoteric and is composed of from 1% to 99% of an anionic monomer selected from acrylic acid, methacrylic acid, ethacrylic acid, 2-acrylamido-2-methylpropane sulfonic acid or salts thereof and from 99% to 1% of a cationic monomer selected from acryloxyethyltrimethylammonium chloride, 3-methacrylamidopropyltrimethylammonium chloride, diallydimethylammonium chloride and mixtures thereof.

11
12. A composition as defined in Claim 7 wherein said non-ionic ethylenically unsaturated monomer is selected from acrylamide; methacrylamide;N,N-dialkylacrylamides: N-alkylacrylamides; N-vinylmethacetamide; N-vinyl methylformamide; vinyl acetate; N-vinyl pyrrolidone and mixtures thereof.

12
13. A composition as defined in Claim 1 wherein said organic polymer microbead is composed of sodium acrylate and acrylamide.

HERC0076089

- 21 -

13.
14. A process for the preparation of a composition as defined in Claim 1, said process comprising:
   (a) admixing
      (i) an aqueous solution comprising at least one ethylenically unsaturated anionic monomer alone or in admixture with a cationic monomer, and at least one crosslinking agent and, optionally, at least one ethylenically unsaturated non-ionic monomer;
      (ii) an oily phase comprising at least one hydrocarbon liquid;
      (iii) an effective amount of surfactant or surfactant mixture, so as to form an inverse emulsion; and
   (b) subjecting the inverse emulsion obtained in step (a) to polymerization conditions.

14.
15. A process as defined in Claim 14 [13] wherein said monomer solution of step (a)(i) comprises sodium acrylate as said anionic monomer, N,N-methylenebisacrylamide as said crosslinking agent and acrylamide as said non-ionic monomer.

15.
16. A process as defined in Claim 14 [13] wherein said oily phase of step (a)(ii) comprises a saturated hydrocarbon.

16.
17. A process as defined in Claim 14 [13] wherein said surfactant or surfactant mixture of step (a)(iii) comprises polyoxythylene sorbitol hexaoleate or a mixture thereof with sorbitan sesquioleate.

17.
18. A process as defined in Claim 14 [13] wherein said polymerization conditions of step (b) comprise adding a polymerization initiator.

HERC0076090

- 22 -

18 ~~19~~. A process as defined in Claim ~~16~~ 17 wherein said polymerization initiator comprises sodium metabisulfite or tertiary-butyl hydroperoxide.

19 ~~20~~. A process as defined in Claim ~~14~~ 13 wherein said polymerization conditions of step (b) comprise subjecting said inverse emulsion to ultraviolet irradiation.

20 ~~21~~. A process as defined in Claim ~~13~~ wherein said aqueous solution of step (a)(i) additionally contains an effective amount of a chain-transfer agent selected from an alcohol, mercaptan, phosphite, sulfite, or a mixture thereof.

21 ~~22~~. A process as defined in Claim ~~14~~ 13 which also includes step (c), comprising recovering the composition from the emulsion.

HERC0076091

07/803120



## TITLE OF THE INVENTION

## CROSS-LINKED ANIONIC AND AMPHOTERIC
## POLYMERIC MICROPARTICLES

### ABSTRACT OF THE ~~INVENTION~~ DISCLOSURE

Novel compositions comprising anionic and/or amphoteric organic polymeric microparticles are disclosed, along with a method for their production.  The products are useful in flocculating a wide variety of dispersions of suspended solids and in paper-making.

HERC0076092

[REV.4Apr89/MB1-1]                    Docket No. <u>31,320</u>
                                                    PATENT

<u>COMBINED DECLARATION AND POWER OF ATTORNEY</u>
(Original,Design,Supplemental,Divisional,Continuation,CIP)

As the below-named inventor, I hereby declare that:

<u>TYPE OF DECLARATION</u>

This declaration is of the following type:

    [ X ] original
    [   ] design
    [   ] supplemental
    [   ] divisional
    [   ] continuation
    [   ] continuation-in-part (CIP)

<u>INVENTORSHIP IDENTIFICATION</u>

My residence, post office address and citizenship are as stated
below next to my name, I believe I am the original, first and
sole inventor (if only one name is listed below) or an original,
first and joint inventor (if plural named are listed below) of
the subject matter which is claimed for, for which a patent is
sought on the invention entitled:

<u>TITLE OF INVENTION</u>

<u>Cross-Linked Anionic and Amphoteric Polymeric Microparticles</u>

—————————————————————————————————————————

<u>SPECIFICATION IDENTIFICATION</u>

the specification of which: (complete (a), (b), or (c))

    (a) [ X ]  is attached hereto.
    (b) [   ]  was filed on _____ as
        [   ]  Serial Number   /
        [   ]  Express Mail No., as Serial Number not
            yet known
    (c) [   ]  was described and claimed in PCT International
        Application No. _____ filed on
        _____ and as amended under PCT
        Article 19 on _____ (if any).

HERC0076093

[REV.4Apr89/MB1-1]          -2-

<u>ACKNOWLEDGEMENT OF REVIEW OF PAPERS AND DUTY OF CANDOR</u>

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37 CFR 1.97.

<u>PRIORITY CLAIM</u>

I hereby claim foreign priority benefits under Title 35, United States Code, Section 119 of any foreign application(s) for patent or inventor's certificate or of any PCT International application(s) designating at least one country other than the United States of America listed below and have also identified below any foreign application(s) for patent or inventor's certificate of any PCT International application(s) designating at least one country other than the United States of America filed by me on the same subject matter having a filing date before that of the application(s) of which priority is claimed.

(d) [ X ] no such applications have been filed.

(e) [    ] such applications have been filed as follows.

Note: Where item (c) is entered above and the International Application which designated the U.S. claimed priority check item (e), enter the details below and make the priority claim.

Earliest Foreign Application(s), if any, filed within 12 months
    (6 months for Design) prior to this U.S. Application

| COUNTRY | APPLICATION NUMBER | DATE OF FILING (DAY,MONTH,YEAR) | PRIORITY CLAIMED 35 USC 119 |
|---------|--------------------|---------------------------------|-----------------------------|
|         |                    |                                 |                             |
|         |                    |                                 |                             |
|         |                    |                                 |                             |
|         |                    |                                 |                             |

HERC0076094

[REV.4Apr89/MB1-1]        --3--

All Foreign Application(s), if any, Filed More Than 12 Months
(6 Months for Design) Prior to This U.S. Application

_____

_____

_____

### POWER OF ATTORNEY

As a named inventor, I hereby appoint the following
attorney(s) and/or agent(s) to prosecute this application and
transact all business in the Patent and Trademark Office
connected therewith.

Frank M. Van Riet _____    19933 _____
              (Name)                          (Reg. No.)

Gordon L. Hart _____    20191 _____
              (Name)                          (Reg. No.)

Roger S. Benjamin _____    27025 _____
              (Name)                          (Reg. No.)

Michael J. Kelly _____    27910 _____
              (Name)                          (Reg. No.)

Steven H. Flynn _____    29639 _____

[   ]    Attached as part of this declaration and power of
         attorney is the authorization of the above-named
         attorney(s) to accept and follow instructions from my
         representative(s).

------------------------------------------------

SEND CORRESPONDENCE AND TELEPHONE CALLS TO:
Frank M. Van Riet _____
C/O American Cyanamid Company _____
1937 West Main Street _____
Stamford, CT  06904-0060 _____
Telephone No. (203) 321-2614

------------------------------------------------

HERC0076095

[REV.4Apr89/MB1-1]          -4-

## DECLARATION

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

SIGNATURE(S)          40100

Full name of SOLE OR FIRST INVENTOR Roderick Glynn Ryles

Inventor's signature _Roderick Glynn Ryles_
Date 7th June 1940 .
Country of Citizenship British
Residence 96 Wendy Road, Milford, (CT)
Post Office Address Same

                                              4100d

Full name of SECOND JOINT INVENTOR, if any Dan S. Honig .

Inventor's signature _Dan S. Honig_
Date June 7, 1990
Country of Citizenship United States
Residence 12 Conrad Road, New Canaan, (CT) 06840.
Post Office Address Same

                                              41200

Full name of THIRD JOINT INVENTOR, if any Elieth W. Harris .

Inventor's signature _Elieth W. Harris_
Date June 7, 1990
Country of Citizenship Antigua
Residence 484 Colorado Avenue, Bridgeport, (CT) 06605
Post Office Address Same

HERC0076096

[REV.4Apr89/MB1-1]              -5-

<u>THE FOLLOWING 'ADDED PAGES' FORM A PART OF THIS DECLARATION</u>

[ X ] Signature for fourth and subsequent joint inventors on
      ADDED PAGES.
[    ] ADDED PAGES TO COMBINED DECLARATION, POWER OF ATTORNEY
       for divisional, continuation, or continuation-in-part (CIP)
       application.
       [    ] Number of ADDED PAGES: _____
       [    ] Declaration ends with this page.

HERC0076097

[REV.4Apr89/MB1-1]          -6-

ADDED PAGE TO COMBINED DECLARATION AND POWER OF ATTORNEY FOR
SIGNATURE BY FOURTH AND SUBSEQUENT INVENTORS

Full name of FOURTH JOINT INVENTOR, if any Roger E. Neff

Inventor's signature _Roger E. Neff_
Date _6/7/90_
Country of Citizenship United States
Residence 66 Woodridge Drive, Stamford, CT
Post Office Address _____

Full name of FIFTH JOINT INVENTOR, if any _____

Inventor's signature _____
Date _____
Country of Citizenship _____
Residence _____
Post Office Address _____

Full name of SIXTH JOINT INVENTOR, if any _____

Inventor's signature _____
Date _____
Country of Citizenship _____
Residence _____
Post Office Address _____

Full name of SEVENTH JOINT INVENTOR, if any _____

Inventor's signature _____
Date _____
Country of Citizenship _____
Residence _____
Post Office Address _____

HERC0076098

[REV.4Apr89/MB16-3]                    Docket No. 31,320 _____
                                                          PATENT

For: [  ] U.S. and/or [  ] Foreign Rights
For: [ X] U.S. Application or [  ] U.S. Patent
For: [  ] Inventor(s) or [  ] Present Owner

ASSIGNMENT OF INVENTION

In consideration of the payment by ASSIGNEE to ASSIGNOR of the sum of One Dollar ($1.00), the receipt of which is hereby acknowledged, and for other good and valuable consideration,

ASSIGNOR:

(1)  Full Name of Inventor: Roderick Glynn Ryles _____
        Residence: 96 Wendy Road, Milford, CT _____
        Citizenship: British _____

(2)  Full Name of Inventor: Dan S. Honig _____
        Residence: 12 Conrad Road, New Canaan, CT  06840 _____
        Citizenship: United States _____

(3)  Full Name of Inventor: Elieth W. Harris _____
        Residence: 484 Colorado Avenue, Bridgeport, CT  06605 _____
        Citizenship: Antigua _____

(4)  Full Name of Inventor: Roger E. Neff _____
        Residence: 66 Woodridge Drive, Stamford, CT _____
        Citizenship: United States _____

(5)  Full Name of Inventor: _____
        Residence: _____
        Citizenship: _____

(if assignment is by person or entity to whom invention was previously assigned and this was recorded in PTO, add the following):

Page 1 of 4 pages

HERC0076099

[REV.4Apr89/MB16-3]

Docket No. 31,320

Recorded on _____
        Reel _____
        Frame _____
hereby sells, assigns and transfers to
ASSIGNEE:                    AMERICAN CYANAMID COMPANY
                             1937 WEST MAIN STREET
                             P.O. BOX 60
                             STAMFORD, CT 06904-0060
and the successors, assigns and legal representatives of the
ASSIGNEE the entire right, title and interest for the United
States and its territorial possessions and in all foreign coun-
tries, including all rights to claim priority, in and to any and
all improvements which are disclosed in the invention entitled:
Cross-Linked Anionic and Amphoteric Polymeric Microparticles

_____
            [check and complete (a), (b), (c) or (d)]
and which is found in
        (a) [ X ] U.S. patent application executed on even date
                  herewith
        (b) [    ] U.S. patent application executed on _____
        (c) [    ] U.S. application Serial No.   /        filed on
                  _____.
        (d) [    ] U.S. Patent No. _____ issued _____
(also check (e) if foreign application(s) is also being assigned)
        (e) [    ] and any legal equivalent thereof in a foreign
                  country, including the right to claim priority
and in and to all Letters Patent to be obtained for said inven-
tion by the above application or any continuation, division,
renewal, or substitute thereof, and as to letters patent any
reissue or re-examination thereof.

        ASSIGNOR hereby covenants that no assignment, sale, agree-
ment or encumbrance has been or will be made or entered into
which would conflict with this assignment;

                    Page 2 of 4 pages

HERC0076100

[REV.4Apr89/MB16-3]

Docket No. 31,320

    ASSIGNOR authorizes ASSIGNEE to make applications for and to receive Letters Patent for said invention in any of said countries in its own name, or in my name, at its election.

    ASSIGNOR covenants and agrees to execute or procure any further necessary assurance of the title to said invention and any Letters Patent which may issue therefor and to, at any time, upon the request and at the expense of ASSIGNEE deliver any testimony in any interference, litigation or proceeding related thereto and execute all papers that may be necessary or desirable to perfect the title to said invention or any Letters Patent which may be granted therefor in ASSIGNEE, its successors, assigns or other legal representatives, and that to, at any time, upon the request and at the expense of ASSIGNEE execute any continuations, continuations-in-part, divisional, renewal or substitute thereof, and as to Letters Patent and reissue or re-examination thereof, or any other additional applications for Letters Patent for said invention or any part or parts thereof, all of which applications and any Letters Patent issuing thereon are hereby assigned to ASSIGNEE, and will make all rightful oaths or declarations, and do all lawful acts requisite for procuring the same therein, without further compensation, but at the expense of ASSIGNEE, its successors, assigns or other legal representatives.

HERC0076101

[REV.4Apr89/MB16-3]

Docket No. 31,320

ASSIGNOR authorizes and requests the Commissioner of Patents to issue any and all Letters Patent of the United States for said invention, resulting from any of the aforesaid applications to said AMERICAN CYANAMID COMPANY, as sole ASSIGNEE.

WITNESS my hand and seal this _7th_ day of _June_, 1990.

_____ L.S.        _____ L.S.
Roderick Glynn Ryles                Elieth Harris

_____ L.S.        _____ L.S.
Dan S. Honig                        Roger E. Neff

------------------------------------------------------------

ACKNOWLEDGEMENT

State of _Connecticut_    } ss:
County of _Fairfield_     }

On this _7th_ day of _June_, 1990, personally appeared before me RODERICK GLYNN RYLES; DAN S. HONIG; ELIETH W. HARRIS AND ROGER E. NEFF , to me known, and known by me to be the same person(s) described in and who executed the foregoing instrument, and acknowledged that they executed the same, of their own free will and for the purposes set forth.

_____
Notary Public

My Commission Expires March 31, 1995

Page 4 of 4 pages

HERC0076102

2

HERC0076103

07/803120

(Rule 60) [REV.4Apr89/MB4-3]          Docket No. 31,320-01

PATENT

MAIL ROOM
JUL 22 1991
PAT & TRADEMARK

Commissioner of Patents and Trademarks
Washington, D.C. 20231

### FILING UNDER 37 CFR 1.60(b)

This is a request for filing a

[ X ] Continuation

[    ] Divisional

application under 37 CFR 1.60, of pending application Serial

Number 07/535,626 filed on <u>June 11, 1990</u>    of
                                     (date)

<u>Roderick Glyn Ryles; Dan S. Honig; Elieth W. Harris;</u>

<u>Roger E. Neff</u>
       (inventors)

<u>Cross-Linked Anionic and Amphoteric Polymeric Microparticles</u>
       (Title)

1. Copy of Prior Application as Filed Which is Attached

    [ X ] I hereby verify that the attached papers are a true
          copy of what is shown in my records to be the above
          identified prior application, including the
          declaration originally filed (37 CFR 1.60).

---

CERTIFICATION UNDER 37 CFR 1.10

    I hereby certify that this New Application Transmittal and the
documents referred to as enclosed therein are being deposited with
the United States Postal Service on this date _____
in an envelope as "Express Mail Post Office to Addressee" Mailing
Label Number _____ addressed to the: Commissioner of
Patents and Trademarks, Washington, D.C 20231.

                          _____
                          (name of person mailing paper)

                          _____
                          (Signature of person mailing paper)

---

HERC0076104

(Rule 60) [REV.4Apr89/MB4-3]   -2-

    The copy of the papers of prior application as filed which
are attached are as follows:

    [ X ] _18_ page(s) of specification

    [ X ] _4_ page(s) of claims

    [ X ] _1_ page(s) of abstract

    [   ] ____ sheet(s) of drawing

    [   ] ____ copy of pages of declaration and power
             of attorney showing applicant's signature

2.  Amendments

    [ X ]Cancel in this application original claims
      Claim 2 _____
      of the prior application before calculating the filing
      fee. (At least one original independent claim is
      retained for filing purposes.)

    [ X ] A preliminary amendment is enclosed. (Claims added by
      this amendment have been properly numbered
      consecutively beginning with the number next following
      with the highest numbered original claim in the prior
      application.)

3.  Petition for Suspension of Prosecution for the Time Necessary
to File an Amendment

    [   ] Provided herewith is a Petition To Suspend Prosecution
      for the Time Necessary to File An Amendment (New
      Application Filed Concurrently)

4.  Fee Calculation

| CLAIMS AS FILED | | | | |
|---|---|---|---|---|
| (1) FOR | (2) NUMBER FILED | (3) NUMBER EXTRA | (4) RATE | (5) BASIC FEE ($630.00) |
| TOTAL CLAIMS | 21 − 20 = | | X $20.00 | 20.00 |
| INDEP. CLAIMS | 2 − 3 = | | X $60.00 | |
| MULTIPLE DEPENDENCY FEE | | | $ 200.00 | |
| RECORDING OF ASSIGNMENT | | | $ 8.00 | |
| | | | TOTAL FILING FEE | $ 650.00 |

HERC0076105

(Rule 60) [REV.4Apr89/MB4-3]    -3-

5.  Drawings

    [    ] Transfer the following sheet(s) of drawing from the prior application to this application:

    _____

    [    ] A copy of the amendment cancelling these sheets of drawing in the prior application is attached.

    [    ] New drawings are enclosed

        [    ] formal

        [    ] informal

6.  Relate Back - 35 U.S.C. 120

    [ X ] Amend the specification by inserting before the first line the sentence:

        "This is a

        [ X ] continuation,

        [    ] divisional,

        of co-pending application, Serial No. 07/535,626, filed June 11, 1990, now abandoned

7.  Inventorship Statement

    (a)    With respect to the prior copending U.S. application from which this application claims benefit under 35 USC 120, the inventor(s) in this application is (are):

        [ X ] the same

        [    ] less than those named in the prior application and it is requested that the following inventor(s) identified above for the prior application be deleted:

        _____

    (b)    The inventorship for all the claims in this application are

        [ X ] the same

        [    ] not the same, and an explanation, including the ownership of the various claims at the time the last claimed invention was made, is submitted.

HERC0076106

(Rule 60) [REV.4Apr89/MB4-3]    -4-

8.  Assignment
    [ X ] The prior application is assigned of record to
              American Cyanamid Company
              1937 West Main Street
              P.O. Box 60
              Stamford, CT 06904-0060
    [   ] An assignment of the invention is attached.

9.  Fee Payment being made at this time
    [ X ] filing fee                    $ 650.00
    [   ] recording assignment          $ _____
                              TOTAL  $ 650.00

10.  Method of Payment of Fees:
     Charge Deposit Account No. 01-1300 in the amount of $ 650.00
     A duplicate of this transmittal is attached.

11.  Instructions as to Overpayment:
     Credit any overpayment to Deposit Account No. 01-1300.

12.  Power of Attorney
     [ X ] The Power of Attorney in the prior application is to

     Frank M. Van Riet                    19933
          (Attorney)                   (Reg. No.)

     Roger S. Benjamin                    27025
          (Attorney)                   (Reg. No.)

     Michael J. Kelly                     27910
          (Attorney)                   (Reg. No.)

     William H. Calnan                    29520
          (Attorney)                   (Reg. No.)

     a. [ X ] The power appears in the original papers in
              the prior application
     b. [   ] Since the power does not appear in the
              original papers, a copy of the power in the
              prior application is enclosed.
     c. [   ] A new power has been executed and is
              attached.

HERC0076107

(Rule 60) [REV.4Apr89/MB4-3]    -5-

    d. [ X ] Address all future communications to:
          Frank M. Van Riet _____
          c/o American Cyanamid Company _____

13. Maintenance of Copendency of Prior Application
    [ X ] A petition, fee and response has been filed to extend
      the term in the pending application until:
      August 11, 1991 _____.
    [   ] A copy of the petition for extension of time in the
      prior application is attached.

14. Conditional Petition for Extension of Time in Prior
    Application (Complete this item and file conditional
    petition in the prior application if previous item not
    applicable.)
    [   ] A conditional petition for extension of time is being
      filed in the pending patent application.
    [   ] A copy of the conditional petition for extension of
      time in the prior application is attached.

15. [   ] A certified copy of the priority document has been
      filed in Serial Number _____

          (Signature of Attorney)

Reg. No. 19933 ___          Frank M. Van Riet _____
            (Type name of Attorney)

Tel. No. (203) 321-2614     American Cyanamid Company
            1937 West Main Street
            P.O. Box 60
            Stamford, CT 06904-0060

Assignment recorded in PTO on December 19, 1988 _____.

Reel 4986 _____  Frame 0906 _____

HERC0076108