# EXHIBIT 9

ABANDONED

| SERIAL NUMBER (Series of 1987) | PATENT DATE | PATENT NUMBER |
|---|---|---|
| 07 536,382 | | |

| 07/536,382 | 06/11/90 | 162 | 168.100 | 133 | Chen |

APPLICANTS

DAN S. HONIG, NEW CANAAN, CT; ELIETH HARRIS, BRIDGEPORT, CT;

\*\*CONTINUING DATA\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VERIFIED
---------

\*\*FOREIGN/PCT APPLICATIONS\*\*\*\*\*\*\*\*\*\*\*\*
VERIFIED
---------

| Foreign priority claimed | ☐ yes ☐ no | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met | ☐ yes ☐ no | | | | | | | |

CHARGED ORGANIC POLYMER MICROBEADS IN PAPER-MAKING PROCESS

U.S. DEPT. of COMM.-Pat. & TM. Office — PTO-436L (rev. 10-78)

PARTS OF APPLICATION
FILED SEPARATELY

| NOTICE OF ALLOWANCE MAILED | PREPARED FOR ISSUE | | | |
|---|---|---|---|---|
| | Assistant Examiner | Docket Clerk | Total Claims | Print Claim |
| Amount Due | Date Paid | | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| | | Primary Examiner | | | |
| | Class | Subclass | ISSUE BATCH NUMBER | |
| Label Area | | | | |

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A
Rev. 3/83

CIBA 000596

07 536382

ABA

APPROVED FOR LICENSE ☑

INITIALS JUG 1 8 9 0

| Entered or Counted | CONTENTS | Received or Mailed |
|---|---|---|
| | 1. Application ___ papers | 10-28-90 |
| | 2. Express abandonment | 11/9 |
| | 3. Abandon file | 11/5/90  11/9 |
| | 4. Request by Access | 4-28-92 |
| | 5. Request by Access | 8-21-92 |
| | 6. Request for Access | 10-9-96 |
| | 7. Request for Access | 1/21/99 |
| | 8. Request for Access | 2-18-2000 |
| | 9. Request for Access | 10/30/02 |
| | 10. | |
| | 11. | |
| | 12. | |
| | 13. | |
| | 14. | |
| | 15. | |
| | 16. | |
| | 17. | |
| | 18. | |
| | 19. | |
| | 20. | |
| | 21. | |
| | 22. | |
| | 23. | |
| | 24. | |
| | 25. | |
| | 26. | |
| | 27. | |
| | 28. | |
| | 29. | |
| | 30. | |
| | 31. | |
| | 32. | |

CIBA 000597

## SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
|       |      |      |       |
|       |      |      |       |
|       |      |      |       |
|       |      |      |       |
|       |      |      |       |
|       |      |      |       |
|       |      |      |       |
|       |      |      |       |
|       |      |      |       |

## SEARCH NOTES

|  | Date | Exmr. |
|--|------|-------|
|  |      |       |
|  |      |       |
|  |      |       |
|  |      |       |
|  |      |       |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|-------|------|------|-------|
|       |      |      |       |
|       |      |      |       |
|       |      |      |       |

CIBA 000598

Staple Issue Slip Here

| POSITION | | DATE |
|---|---|---|
| CLASSIFIER | | 6/11/90 |
| EXAMINER | | |
| VERIFIER | | |
| TYPIST | Xb | 6.9.90 |
| CORPS CORR. | | |
| SPEC. HAND. | | |
| FILE MAINT. | | |

# INDEX OF CLAIMS

| Claim | | Date | | | | | |
|---|---|---|---|---|---|---|---|
| Final | Original | | | | | | |
| (1) | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| 11 | | | | | | | |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| (15) | | | | | | | |
| 16 | | | | | | | |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |
| 21 | | | | | | | |
| 22 | | | | | | | |
| 23 | | | | | | | |
| 24 | | | | | | | |
| 25 | | | | | | | |
| 26 | | | | | | | |
| 27 | | | | | | | |
| 28 | | | | | | | |
| 29 | | | | | | | |
| 30 | | | | | | | |
| 31 | | | | | | | |
| 32 | | | | | | | |
| 33 | | | | | | | |
| 34 | | | | | | | |
| 35 | | | | | | | |
| 36 | | | | | | | |
| 37 | | | | | | | |
| 38 | | | | | | | |
| 39 | | | | | | | |
| 40 | | | | | | | |
| 41 | | | | | | | |
| 42 | | | | | | | |
| 43 | | | | | | | |
| 44 | | | | | | | |
| 45 | | | | | | | |
| 46 | | | | | | | |
| 47 | | | | | | | |
| 48 | | | | | | | |
| 49 | | | | | | | |
| 50 | | | | | | | |

| Claim | | Date | | | | | |
|---|---|---|---|---|---|---|---|
| Final | Original | | | | | | |
| 51 | | | | | | | |
| 52 | | | | | | | |
| 53 | | | | | | | |
| 54 | | | | | | | |
| 55 | | | | | | | |
| 56 | | | | | | | |
| 57 | | | | | | | |
| 58 | | | | | | | |
| 59 | | | | | | | |
| 60 | | | | | | | |
| 61 | | | | | | | |
| 62 | | | | | | | |
| 63 | | | | | | | |
| 64 | | | | | | | |
| 65 | | | | | | | |
| 66 | | | | | | | |
| 67 | | | | | | | |
| 68 | | | | | | | |
| 69 | | | | | | | |
| 70 | | | | | | | |
| 71 | | | | | | | |
| 72 | | | | | | | |
| 73 | | | | | | | |
| 74 | | | | | | | |
| 75 | | | | | | | |
| 76 | | | | | | | |
| 77 | | | | | | | |
| 78 | | | | | | | |
| 79 | | | | | | | |
| 80 | | | | | | | |
| 81 | | | | | | | |
| 82 | | | | | | | |
| 83 | | | | | | | |
| 84 | | | | | | | |
| 85 | | | | | | | |
| 86 | | | | | | | |
| 87 | | | | | | | |
| 88 | | | | | | | |
| 89 | | | | | | | |
| 90 | | | | | | | |
| 91 | | | | | | | |
| 92 | | | | | | | |
| 93 | | | | | | | |
| 94 | | | | | | | |
| 95 | | | | | | | |
| 96 | | | | | | | |
| 97 | | | | | | | |
| 98 | | | | | | | |
| 99 | | | | | | | |
| 100 | | | | | | | |

SYMBOLS
- ............ Rejected
- ............ Allowed
- (Through numeral) Canceled
- N ............ Non-elected
- I ............ Interference
- A ............ Appeal
- O ............ Objected

CIBA 000599

07 536382

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

7-12-90
AC

PO11034  06/15/90  075363B2    01-1300  110  101    634.00CH  31043

PTO-1556
(5/87)

CIBA 000600



1,043

### TITLE OF THE INVENTION

CHARGED ORGANIC POLYMER MICROBEADS
IN PAPER MAKING PROCESS

### ABSTRACT OF THE INVENTION

In a papermaking process, improved drainage and retention are obtained when ionic, organic microbeads of less than about 1,000 nm in diameter if crosslinked or less about than 60 nm in diameter if noncrosslinked are added either alone or in combination with a high molecular weight organic polymer, and/or polysaccharide. Further addition of alum enhances drainage formation and retention properties in papermaking stock with and without the present of other additives used in papermaking processes.

CIBA 000601

¶ 536382

-1-

## BACKGROUND OF THE INVENTION

In the past decade, the concept of using colloidal silica and bentonite to improve drainage, formation and retention has been introduced to

5 papermaking. Fast drainage and greater retention of fines contribute to lower cost in papermaking and improvements are always being sought. U.S. Patent Nos. 4,388,150 and 4,385,961 disclose the use of a two-component binder system comprising a cationic starch

10 and an anionic, colloidal, silicic acid sol as a retention aid when combined with cellulose fibers in a stock from which is made. Finnish Published Specification Nos. 67,735 and 67,736 refer to cationic polymer retention agent compounds including cationic

15 starch and polyacrylamide as useful in combination with an anionic silica to improve sizing. U.S. Patent No. 4,798,653 discloses the use of cationic colloidal silica sol with an anionic copolymer of acrylic acid and acrylamide to render the paper stock resistant to

20 destruction of its retention and dewatering properties by shear forces in the paper-making process. A coacervate binder, three component system composed of a cationic starch, an anionic high molecular weight polymer and dispersed silica having a particle diameter

25 range from 1 to 50 nm is revealed in U.S. Patent Nos. 4,643,801 and 4,750,974.

The above Finish publications also disclose the use of bentonite with cationic starch and polyacrylamides. U.S. Patent No. 4,305,781 discloses a

30 bentonite-type clay in combination with high molecular weight, substantially non-ionic polymers such as polyethylene oxides and polyacrylamide as a retention aid. Later, in U.S. Patent No. 4,753,710, bentonite and a substantially linear, cationic polymer such as

35 cationic acrylic polymers, polyethylene imine, polyamine epichlorohydrin, and diallyl dimethyl ammonium chloride

CIBA 000602

-2-

are claimed to give an improved combination of retention, drainage, drying and formation.

It is noted that the silica sol and bentonite are inorganic microparticle materials.

Latices of organic microparticles have been used in high concentrations of 30-70 lbs/ton to give "high-strength" paper products such as gasket materials, roofing felt, paperboard and floor felt and in paper with 30-70% mineral fillers (U.S. Patent No. 4,445,970). It is stated that latices have not been used in fine papermaking because such latices are sticky and difficult to use on a Fourdrinier machine. The latices of the above and following four patent references were made according to U.S. Patent No. 4,056,501. They are all emulsions of polymers made from styrene, butadiene and vinylbenzyl chloride which polymers are reacted with trimethylamine or dimethyl sulfide to produce an "onium" cation which is called a pH independent structured latex of 50 to 1000 nm in diameter. These structured cationic latices are used at high levels of concentration i.e. 30-200 lbs/ton either alone (U.S. Patent No. 4,178,205) or with an anionic, high molecular weight polymer, (U.S. Patent No. 4,187,142) or with an anionic polymer (U.S. Patent No. 4,189,345) or as both cationic and anionic latices (U.S. Patent No. 4,225,383). These latices are not cross-linked and are preferably from 60-300 nm in size. It has been found, in accordance with the present invention, that noncrosslinked organic microbeads of this size and larger are not effective. Furthermore, the process of the present invention uses organic microbeads at a level of 0.05 to 20 lbs/ton, preferably 0.10 to 7.5 lbs/ton whereas the microbeads of the proceeding five U.S. Patent are used at 30-200 lbs/ton to give strength to paper products such as gaskets with a very high 30-70% mineral content. This prior art does not contemplate the use of charged organic micro-beads

CIBA 000603

-3-

as a drainage and retention aid at the very low levels as required by the present invention.

The use of an organic crosslinked microbead, in papermaking is taught in Japanese Patent Tokkai JP235596/63:1988 and Kami Pulp Gijitsu Times, pgs 1-5, March 1989 as a dual system of a cationic or anionic organic microbead of 1-100 microns and an anionic, cationic or nonionic acrylamide polymer. The waterswelling type, cationic, polymer particle is a crosslinked homopolymer of 2-methacryloyloxyethyl trimethylammonium chloride or a crosslinked copolymer of 2-methacryloyloxy-ethyl trimethylammonium chloride/-acrylamide (60/40 weight percent). The acrylamide polymer is an acrylamide homopolymer or acrylamide hydroylsate of 17 mole percent anion-conversion or a copolymer of acrylamide/2-methacryloyloxyethyl trimethylammoniumchloride (75/25 weight percent). The anionic microbead is an acrylamide-acrylic acid copolymer.

EPO 0273605 teaches the addition of microbeads having a diameter ranging from about 49-87 nm and produced from terpolymers of vinyl acetate (84.6), ethyl acrylate (65.4) and acrylic acid (4.5) or methacrylonitrile (85), butyl acrylate (65) and acrylic acid (3). These polymeric beads are disclosed as added to an LBKP pulp slurry in order to evaluate the resultant paper for sizing degree, paper force enhancement and disintegratability. These polymer beads fall outside the scope of those used in the present invention in that the ionic content thereof is too small to impart any appreciable improvement in retention and drainage in the papermaking process.

The present invention encompasses crosslinked, ionic, organic, polymeric microbeads of less than about 750 nm in diameter or microbeads of less than about 60 nm in diameter if noncrosslinked and water-insoluble, as a retention and drainage aid, their use in papermaking

CIBA 000604

-4-

processes, and compositions thereof with high molecular weight polymers and/or polysaccharides.

EP 0,202,780 describes the preparation of crosslinked, cationic, polyacrylamide beads by conventional inverse emulsion polymerization techniques. Crosslinking is accomplished by the incorporation of difunctional monomer, such as methylenebisacrylamide, into the polymer chain. This crosslinking technology is well known in the art. The patent teaches that the crosslinked beads are useful as flocculants but are more highly efficient after having been subjected to unusual levels of shearing action in order to render them water-soluble.

Typically, the particle size of polymers prepared by conventional, inverse, water-in-oil, emulsion, polymerization processes are limited to the range of 1-5 microns, since no particular advantage in reducing the particle size has hitherto been apparent. The particle size which is achievable in inverse emulsions is determined by the concentration and activity of the surfactant(s) employed and these are customarily chosen on the basis of emulsion stability and economic factors.

The present invention is directed to the use, in papermaking, of cationic and anionic, crosslinked, polymeric, microbeads. Microgels are made by standard techniques and microlatices are purchased commercially. The polymer microbeads are also prepared by the optimal use of a variety of high activity surfactant or surfactant mixtures to achieve submicron size. The type and concentration of surfactant should be chosen to yield a particle size of less than about 750 nm in diameter and more preferably less than about 300 nm in diameter.

### SUMMARY OF THE INVENTION

According to the present invention, there is provided a method of making paper from a aqueous

CIBA 000605

-5-

suspension of cellulosic papermaking fibers, whereby improved drainage, retention and formation properties are achieved. The method comprises adding to the suspension, from about 0.05 to 20 lbs/ton of an ionic, organic polymer microbead of less than about 750 nanometers in diameter if crosslinked or a polymeric microbead of less than about 60 nm in diameter if noncrosslinked and insoluble. Additionally, from about 0.05 to about 20 lbs/ton, preferably about 0.1 - 5.0 lbs/ton, of a high molecular weight, hydrophilic ionic organic polymer, and/or from about 1.0 to about 50.0, preferably about 5.0-30.0, lbs/ton of an ionic polysaccharide, such as starch, preferably of a charge opposite that of the microbead, may be used. The synthetic organic polymer and polysaccharide may also be of opposite charge to each other. The addition of the microbead compositions results in significant increase in fiber retention and improvement in drainage and formation, said lbs/ton being based on the dry weight of the paper furnish solids. The organic polymer microbeads may be either cationic or anionic.

Alum or any other active aluminum compound such as polyhydroxyaluminum chloride and/or sulfate and mixtures thereof have been found to enhance drainage rates and retention if they are incorporated into the furnish when used with the microbead compositions 0.1 to 20 lbs/ton, as alumina, based on the dry weight of paper furnish solids, are exemplary.

The microbeads may be made as microemulsions by a process employing an aqueous solution comprising a cationic or anionic monomer and crosslinking agent; an oil comprising a saturated hydrocarbon; and an effective amount of a surfactant sufficient to produce particles of less than about 0.75 micron in unswollen number average particle size diameter. Microbeads are also

CIBA 000606



-6-

made as microgels by procedures described by Ying Huang et. al., Makromol. Chem. 186, 273-281 (1985) or may be obtained commercially as microlatices. The term "microbead", as used herein, is meant to include all of these configurations, i.e. beads per se, microgels and microlatices.

Polymerization of the emulsion may be carried out by adding a polymerization initiator, or by subjecting the emulsion to ultraviolet irradiation. An effective amount of a chain transfer agent may be added to the aqueous solution of the emulsion, so as to control the polymerization. It was surprisingly found that the crosslinked, organic, polymeric microbeads have a high efficiency as retention and drainage aids when their particle size is less than about 750 nm in diameter and preferably less than about 300 nm in diameter and that the noncrosslinked, organic, water-insoluble polymer microbeads have a high efficiency when their size is less than about 60 nm. The efficiency of the crosslinked microbeads at a larger size than the noncrosslinked microbeads may be attributed to the small strands or tails that protrude from the main crosslinked polymer.

DETAILED DESCRIPTION OF
THE INVENTION INCLUDING PREFERRED EMBODIMENTS

Using the ionic, organic, crosslinked, polymeric microbeads of a diameter less than about 750 nm or the noncrosslinked, water-insoluble beads of less than about 60 nm in diameter according to this invention, improved drainage, formation and greater fines and filler retention values are obtained in papermaking processes. These additives may be added, alone or in conjunction with other materials, as discussed below, to a conventional paper making stock such as traditional chemical pulps, for instance, bleached and unbleached sulphate or sulphite pulp, mechanical pulp such as

CIBA 000607

-7-

groundwood, thermomechanical or chemi-thermomechanical
pulp or recycled pulp such as deinked waste and any
mixtures thereof. The stock, and the final paper, can
be substantially unfilled or filled, with amounts of up
to about 50%, based on the dry weight of the stock, or
up to about 40%, based on dry weight of paper of filler,
being exemplary. When filler is used any conventional
filler such as calcium carbonate, clay, titanium dioxide
or talc or a combination may be present. The filler, if
present, may be incorporated into the stock before or
after addition of the microbeads. Other standard
paper-making additives such as rosin sizings, synthetic
sizings such as alkyl succinic anhydride and alkyl
ketene, alum, strength additives, promoters, polymeric
coagulants such as low molecular weight polymers, dye
fixatives, etc. and other materials that are desirable
in the papermaking process, may also be added.

The order of addition, specific addition
points, and furnish modification itself are not critical
and normally will be based on practicality and
performace for each specific application, as is common
papermaking practise.

When using cationic, high molecular weight
polymer(s), or polysaccharides, and anionic microbeads,
the preferred sequence of addition is cationic, high
molecular weight polymer and then anionic bead.
However, in some cases the reverse may be used. When a
cationic polysaccharide such as starch and a cationic
polymer are both used, they can be added separately or
together, and in any order. Furthermore, their
individual addition may be at more than one point. The
anionic microbeads may be added before any cationic
components or after them with the latter being the
preferred method. Split addition may also be practised.
Preferred practise is to add cationic polysaccharide
before high molecular weight cationic polymer. The
furnish may already have cationic starch, alum, cationic

CIBA 000608

-8-

(or anionic or both cationic and anionic) polymers of molecular weight equal or less than 100,000, sodium aluminate, and basic aluminum salts (e.g., polyaluminum chloride and/or sulfate) and their levels may be varied to improve the response of the furnish, as discussed

5    above. Addition points are those typically used with dual retention & drainage systems (pre-fan pump or pre-screen for one component and pre- or post-screens for another). However, adding the last component before the fan pump may be warranted in some cases. Other

10   addition points that are practical can be used if better performance or convenience is obtained. Thick stock addition of one component is also possible, although thin stock addition is preferred. However, thick stock and/or split thick and thin stock addition of cationic

15   starch is routinely practised and these addition modes are applicable with the use of the microbead as well. Addition points will be determined by practicality and by the possible need to put more or less shear on the treated system to ensure good formation.

20        When using high molecular weight, anionic polymer(s) and cationic microbeads, the preferred sequence is anionic polymer and then cationic beads, although in some cases the reverse may be used. When anionic polymer and anionic polysaccharide are both

25   used, they can be added separately or together, and in any order.

     The microbeads may also be used in combination with high molecular weight ionic polymers of similar or opposite charge.

30        The microbeads are crosslinked, cationic or anionic, polymeric, organic microparticles having an unswollen number average particle size diameter of less than about 750 nanometers and a crosslinking agent content of above about 4 molar parts per million based

35   on the monomeric units present in the polymer and are generally formed by the polymerization of at least one

CIBA 000609

-9-

ethylenically unsaturated cationic or anionic monomer
and, optionally, at least one non-ionic comonomer in the
presence of said crosslinking agent. They preferably
have an SV of about 1.1-2.0 mPa.s.

5      Cationic microbeads used herein include those
made by polymerizing such monomers as
diallyldialkylammmonium halides;
acryloxyalkyltrimethylammonium chloride; (meth)acrylates
of dialkylaminoalkyl compounds, and salts and
quaternaries thereof and, monomers of
10     N,N-dialkylaminoalkyl(meth)acrylamides, and salt and
quaternaries thereof, such as N,N-dimethyl aminoethyl-
acrylamides; (meth)acrylamidopropyltrimethylammonium
chloride and the acid or quaternary salts of
N,N-dimethylaminoethylacrylate and the like. Cationic
15     monomers which may be used herein are of the following
general formulae:

$$\text{(I)} \quad CH_2 = C - C - X - A - N^+ - R_3 + Z^-$$

where $R_1$ is hydrogen or methyl, $R_2$ is hydrogen or lower
alkyl of $C_1$ to $C_4$, $R_3$ and/or $R_4$ are hydrogen, alkyl of
$C_1$ to $C_{12}$, aryl, or hydroxyethyl and $R_2$ and $R_3$ or $R_2$ and
$R_4$ can combined to form a cyclic ring containing one or
25     more hetero atoms, Z is the conjugate base of an acid, X
is oxygen or $-NR_1$ wherein $R_1$ is as defined above, and A
is an alkylene group of $C_1$ to $C_{12}$; or



CIBA 000610

-10-

where $R_5$ and $R_6$ are hydrogen or methyl, $R_7$ is hydrogen or alkyl of $C_1$ to $C_{12}$ and $R_8$ is hydrogen, alkyl of $C_1$ to $C_{12}$, benzyl or hydroxyethyl; and Z is as defined above.

Anionic microbeads that are useful herein those made by hydrolyzing acrylamide polymer microbeads etc. those made by polymerizing such monomers as (methyl)acrylic acid and their salts, 2-acrylamido-2-methylpropane sulfonate, sulfoethyl-(meth)acrylate, vinylsulfonic acid, styrene sulfonic acid, maleic or other dibasic acids or their salts or mixtures thereof.

Nonionic monomers, suitable for making microbeads as copolymers with the above anionic and cationic monomers, or mixtures thereof, include (meth)acrylamide; N-alkyacrylamides, such as N-methylacrylamide; N,N-dialkylacrylamides, such as N,N-dimethylacrylamide; methyl acrylate; methyl methacrylate; acrylonitrile; N-vinyl methylacetamide; N-vinyl methyl formamide; vinyl acetate; N-vinyl pyrrolidone, mixtures of any of the foregoing and the like.

These ethylenically unsaturated, non-ionic monomers may be copolymerized, as mentioned above, to produce cationic, anionic or amphoteric copolymers. Preferably, acrylamide is copolymerized with the ionic and/or cationic monomer. Cationic or anionic copolymers useful in making microbeads comprise from about 0 to about 95 parts, by weight, of non-ionic monomer and from about 100 to about 5 parts, by weight, of cationic or anionic monomer, based on the total weight of the anionic or cationic and non-ionic monomers, preferably from about 10 to about 90 parts, by weight, of non-ionic monomer and about 10 to about 90 parts, by weight, of cationic or anionic monomer, same basis i.e. the total ionic charge in the microbead must be greater than about 5%. Mixtures of polymeric microbeads may also be used if the total ionic charge of the mixture is also over

CIBA 000611

-11-

about 5%. Most preferably, the microbeads contain from
about 20 to 80 parts, by weight, of non-ionic monomer
and about 80 to about 20 parts by weight, same basis, of
cationic or anionic monomer or mixture thereof.
Polymerization of the monomers occurs in the presence of
a polyfunctional crosslinking agent to form the
cross-linked microbead. Useful polyfunctional
crosslinking agents comprise compounds having either at
least two double bounds, a double bond and a reactive
group, or two reactive groups. Illustrative of those
containing at least two double bounds are
N,N-methylenebisacrylamide; N,N-methylenebismeth-
acrylamide; polyethyleneglycol diacrylate;
polyethyleneglycol dimethacrylate; N-vinyl acrylamide;
divinylbenzene; triallylommonium salts, N-methylallyl-
acrylamide and the like. Polyfunctional branching
agents containing at least one double bond and at least
one reactive group include glycidyl acrylate; glycidyl
methacrylate; acrolein; methylolacrylamide and the like.
Polyfunctional branching agents containing at least two
reactive groups include dialdehydes, such as gyloxal;
diepoxy compounds; epichlorohydrin and the like.

Crosslinking agents are to be used in
sufficient quantities to assure a cross-linked
composition. Preferably, at least about 4 molar parts
per million of crosslinking agent based on the monomeric
units present in the polymer are employed to induce
sufficient crosslinking and especially preferred is a
crosslinking agent content of from about 4 to about 6000
molar parts per million, most preferably, about 20-4000.

The polymeric microbeads of this invention are
preferably prepared by polymerization of the monomers in
an emulsion as disclosed in application, Serial No.
(Attorney Docket 31320) filed concurrently herewith.
Polymerization in microemulsions and inverse emulsions
may be used as is known to those skilled in this art.

CIBA 000612

-12-

P. Speiser reported in 1976 and 1977 a process for making spherical "nanoparticles" with diameters less than 800 Å by (1) solubilizing monomers, such as acrylamide and methylenebisacrylamide, in micelles and (2) polymerizing the monomers, See J. Pharm. Sa., 65(12), 1763 (1976) and United States Patent No. 4,021,364. Both inverse water-in-oil and oil-in-water "nanoparticles" were prepared by this process. While not specifically called microemulsion polymerization by the author, this process does contain all the features which are currently used to define microemulsion polymerization. These reports also constitute the first examples of polymerization of acrylamide in a micro-emulsion. Since then, numerous publications reporting polymerization of hydrophobic monomers in the oil phase of microemulsions have appeared. See, for examples, U.S. Patent Nos. 4,521,317 and 4,681,912; Stoffer and Bone, J. Dispersion Sci. and Tech., 1(1), 37, 1980; and Atik and Thomas , J. Am. Chem. Soc., 103 (14), 4279 (1981); and GB 2161492A.

The cationic and/or anionic emulsion polymerization process is conducted by (i) preparing a monomer emulsion by adding an aqueous solution of the monomers to a hydrocarbon liquid containing appropriate surfactant or surfactant mixture to form an inverse monomer emulsion consisting of small aqueous droplets which, when polymerized, result in polymer particles of less than 0.75 micron in size, dispersed in the continuous oil phase and (ii) subjecting the monomer microemulsion to free radical polymerization.

In order to obtain an inverse emulsion, it is generally necessary to use particular formulations whose main parameters are as follows: surfactant concentration, HLB of surfactant or surfactant mixture, temperature, nature of the organic phase and composition of the aqueous phase.

CIBA 000613

-13-

The aqueous phase comprises an aqueous mixture of the cationic and/or anionic monomers and optionally, a non-ionic monomer and the crosslinking agent, as discussed above. The aqueous monomer mixture may also comprise such conventional additives as are desired. For example, the mixture may contain chelating agents to remove polymerization inhibitors, pH adjusters, initiators and other conventional additives.

Essential to the formation of the emulsion, which may be defined as a swollen, transparent and thermodynamically stable emulsion comprising two liquids insoluble in each other and a surfactant, in which the micelles are less than 0.75 micron in diameter, is the selection of appropriate organic phase and surfactant.

The selection of the organic phase has a substantial effect on the minimum surfactant concentration necessary to obtain the inverse emulsion. The organic phase may comprise a hydrocarbon or hydrocarbon mixture. Saturated hydrocarbons or mixtures thereof are the most suitable in order to obtain inexpensive formulations. Typically, the organic phase will comprise benzene, toluene, fuel oil, kerosene, odorless mineral spirits or mixtures of any of the foregoing.

The ratio, by weight, of the amounts of aqueous and hydrocarbon phases is chosen as high as possible, so as to obtain, after polymerization, an emulsion of high polymer content. Practically, this ratio may range, for example for about 0.5 to about 3:1, and usually approximates about 1:1, respectively.

The one or more surfactants are selected in order to obtain HLB (Hydrophilic Lipophilic Balance) value ranging from about 8 to about 11. Outside this range, inverse emulsions are not usually obtained. In addition to the appropriate HLB value, the concentration of surfactant must also be optimized, i.e. sufficient to form an inverse emulsion. Too low a concentration of

CIBA 000614

-14-

surfactant leads to inverse emulsions of the prior art
and too high a concentrations results in undue costs.
Typical surfactants useful, in addition to those
specifically discussed above, may be anionic, cationic
or nonionic and may be selected from polyoxyethylene
(20) sorbitan trioleate, sorbitan trioleate, sodium
di-2-ethylhexylsulfosuccinate, oleamidopropyldimethyl-
amine; sodium isostearyl-2-lactate and the like.

Polymerization of the emulsion may be carried
out in any manner known to those skilled in the art.
Initiation may be effected with a variety of thermal and
redox free-radical initiators including azo compounds,
such as azobisisobutyronitrile; peroxides, such as
t-butyl peroxide; organic compounds, such as potassium
persulfate and redox couples, such as ferrous ammonium
sulfate/ammonium persulfate. Polymerization may also be
effected by photochemical irradiation processes,
irradiation, or by ionizing radiation with a $^{60}$Co
source. Preparation of an aqueous product from the
emulsion may be effected by inversion by adding it to
water which may contain a breaker surfactant.
Optionally, the polymer may be recovered from the
emulsion by stripping or by adding the emulsion to a
solvent which precipitates the polymer, e.g.
isopropanol, filtering off the resultant solids, drying
and redispersing in water.

The high molecular weight, ionic, synthetic
polymers used in the present invention preferably have a
molecular weight in excess of 100,000 and preferably
between about 250,000 and 25,000,000. Their anionicity
and/or cationicity may range from 1 mole percent to 100
mole percent. The ionic polymer may also comprise
homopolymers or copolymers of any of the ionic monomers
discussed above with regard to the ionic beads, with
acrylamide copolymers being preferred.

The degree of substitution of cationic starches (or
other polysaccharides) and other non-synthetic based

CIBA 000615

-15-

polymers may be from about 0.01 to about 1.0, preferably
from about 0.02 to about 0.20. Amphoteric starches,
preferably but not exclusively with a net cationic
starch, may also be used. The degree of substitution of
anionic starches (or other polysaccharides) and other
5   non-synthetic-based polymers may be from 0.01 to about
0.7 or greater. The ionic starch may be made from
starches derived from any of the common starch producing
materials, e.g., potato starch, corn starch, waxy maize,
etc. For example, a cationic potato starch made by
10   treating potato starch with 3-chloro-2-hydroxypropyltri-
methylammonium chloride. Mixtures of synthetic polymers
and e.g. starches, may be used. Other polysaccharides
useful herein include guar, cellulose derivatives such
as carboxymethylcellulose and the like.
15        It is also preferred that the high molecular
weight, ionic polymer be of a charge opposite that of
the microbead and that if a mixture of synthetic, ionic
polymers or starch be used, at least one be of a charge
opposite that of the microbead. The microbeads may be
20   uses as such or may be replaced in part, i.e. up to
about 50%, by weight, with bentonite or a silica such as
colloidal silica, modified colloidal silica etc. and
still fall within the scope of the percent invention.
          The instant invention also relates to compositions
25   of matter comprising mixtures of the above-described
ionic microbeads, high molecular weight, ionic polymers
and polysaccharides. More particularly, compositions
comprising a mixture of A) an ionic, organic, polymer
microbead of less than about 750 nanometers in diameter
30   if cross-linked and less than 60 nanometers in diameter
if non-cross-linked and water-insoluble and B) a high
molecular weight ionic polymer, the ratio of A): B)
ranging from about 1:400 to 400:1, respectively.
Additionally, the compositions may contain the
35   microbead A) and C) an ionic polysaccharide, the ratio
of A):C) ranging from about 20:1 to about 1:1000,

CIBA 000616

-16-

respectively.  Still  further,  the  compositions  may
contain  the  microbead  A),  the  polymer  B)  and  the
polysaccharide C), the ratio of A) to B) plus C) ranging
from about 400:1 to about 1:1000, respectively.

Paper made by the process described above also
constitutes part of the present invention.

The  following  examples  are  set  forth  for
purposes  of  illustration  only  and  are  not  be construed
as  limitations  on  the  present  invention  except  as  set
forth in the appended claims.  All parts and percentages
are by weight unless otherwise specificed.

In  the  examples  which  follow,  the  ionic  organic
polymer  microbead  and/or  the  high  molecular  weight,
ionic polymer and/or ionic starch are added sequentially
directly to the stock or just before the stock reaches
the headbox.

Unless    otherwise    specified,    a    70/30
hardwood/softwood  bleached  kraft  pulp  containing  25%
$CaCO_3$ is used as furnish at a pH of 8.0.  Retention is
measured  in  a  Britt  Dynamic  Drainage  Jar.   First  Pass
Retention (FPR) is calculated as follows:

$$FPR = \frac{Headbox\ Consistency\ -\ Tray\ Water\ Consistency}{Head\ Box\ Consistency}$$

First  Pass  Retention  is  a  measure  of  the
percent  of  solids  that  are  retained  in  the  paper.
Drainage is a measure of the time required for a certain
volume  of  water  to  drain  through  the  paper  and  is  here
measured as a 10x drainage.  (K. Britt, TAPPI 63(4) p67
(1980).  Hand sheets are prepared on a Noble and Wood
sheet machine.

In  all  the  examples,  the  ionic  polymer  and  the
microbead  are  added  separately  to  the  thin  stock  and
subjected  to  shear.   Except  when  noted,  the  charged
microbead  (or  silica  or  bentonite)  is  added  last.
Unless noted, the first of the additives is added to the
test  furnish  in  a  "Vaned  Britt  Jar"  and  subjected  to  800
rpm stirring for 30 seconds.  Any other additive is then

CIBA 000617

-17-

added and also subjected to 800 rpm stirring for 30
seconds. The respective measurements are then carried
out.

5          Doses are given on pounds/ton for furnish
solids such as pulp, fillers etc. Polymers are given on
a real basis, silica as $SiO_2$ and starch, clay and
bentonite are given on an as is basis.

          I.   Cationic polymers used in the examples are:

10   Cationic Starch:   Potato   starch   treated   with
3-chloro-2-hydroxypropyltrimethylammonium   chloride   to
give a 0.04 degree of substitution.

     10 AETMAC/90 AMD:   A linear cationic copolymer of 10
15   mole % of acryloxyethyltrimethylammonium chloride and 90
mole % of acrylamide of 5,000,000 to 10,000,000 mol. wt.
with a charge density of 1.2 meg./g.

     5 AETMAC/95 AMD:   A linear copolymer of 5 mole % of
20   acryloxyethltrimethylammonium chloride and 90 mole % of
acrylamide of 5,000,000 to 10,000,000 mol. wt.

     55 AETMAC/45 AMD:   A linear copolymer of 55 mole % of
acryloxyethyltrimethylammonium chloride and 45 mole % of
25   acrylamide of 5,000,000 to 10,000,000 mol. wt. and a
charge density of 3.97 meg./g.

     40 AETMAC/60 AMD:   A linear copolymer of 40 mole % of
acryloxyethyltrimethylammonium chloride and 60 mole % of
30   acrylamide of 5,000,000 to 10,000,000 mol. mt.

     50 EPI/47 DMA 3 EDA:   A copolymer of 50 mole % of
epichlorohydrin, 47 mole % of dimethylamine and 3.0 mole
% of ethylene diamine of 250,000 mol. wt.
35
          II. Anionic Polymers used in the examples are:

CIBA 000618

-18-

30 AA/70 AMD:  A linear copolymer of 30 mole % ammonium acrylate and 70 mole % of acrylamide of 15,000,000 to 20,000,000 mol. wt.

5

7AA/93 AMD:    A linear copolymer of 7 mole % ammonium acrylate and 93 mole % of acrylamide of 15,000,000 to 20,000,000 mol. wt.

10 APS/90 AMD: A linear copolymer of 10 mole % of sodium 2-acrylamido-2-methylpropanesulfonate and 90 mole % of acrylamide of 15,000,000 to 20,000,000 mol. wt.

10

III. Anionic particles used in the examples are:

15 SILICA:    Colloidal silica with an average size of 5 nm, stabilized with alkali and commercially available.

BENTONITE:   Commercially  available  anionic  swelling bentonite from clays such as sepiolite, attapulgite or montmorillonite as described in U.S. Pat. No. 4,305,781.

20

IV.  Latices used in the examples are:

25

| Latex | Particle Size in nm | Anionic Charge Density Å²/Charge Group |
|---|---|---|
| Polystyrene | 98 | $1.4 \times 10^3$ |
| Polystyrene | 30 | $1.1 \times 10^3$ |
| Polystyrene | 22 | $0.36 \times 10^3$ |

30

V.  Microbeads used in the examples are:

35 30 AA/70 AMD/50 ppm MBA:  An  inverse  emulsion copolymer of 30 mole % of sodium acrylate and 70 mole % of   acrylamide   crosslinked   with   50   ppm   of

CIBA 000619

-19-

methylenebisacrylamide with a particle diameter of
1,000-2,000*nm; SV-1.64 mPa.s.

40 AA/60 MBA: A microbead solution of a copolymer of 40
mole % of ammonium acrylate and 60 mole % of
N,N'-methylenebisacrylamide (MBA) with a particle
diameter of 220*nm.

30 AA/70 AMD/349 ppm MBA: A microemulsion copolymer of
30 mole % of sodium acrylate and 70 mole % of acrylamide
crosslinked with 349 ppm of N,N'-methylenebisacrylamide
(MBA) of 130*nm particle diameter, SV-1.17 to 1.19 mPa.s

30 AA/70 AMD/749 ppm MBA: A microemulsion copolymer of
30 mole % of sodium acrylate and 70 mole % of acrylamide
crosslinked with 749 ppm of N,N'-methylenebisacrylamide
(MBA), Sv-1.06 mPa.s.

60 AA/40 AMD/1,381 ppm MBA: A microemulsion copolymer of
60 mole % of sodium acrylate and 40 mole % of acrylamide
crosslinked with 1,381 ppm of N,N'-methylene-bis
acrylamide (MBA) of 120*nm particle diameter; SV-1.10
mPa.s.

30 APS/70 AMD/995 ppm MBA: A microemulsion copolymer of
30 mole % of sodium 2-acrylamido-2-methylpropane
sulfonate and 70 mole % of acrylamide cross-
linked with 995 ppm of methylenebisacrylamide (MBA);
SV-1.37 mPa.s.

30 AA/70 AMD/1000 ppm MBA/ 2% SURFACTANT (TOTAL EMULSION):
A microemulsion copolymer of 30 mole % of sodium acrylate
and 70 mole % of acrylamide crosslinked with 1,000 ppm of
N,N'-methylenebisacrylamide with 2% diethanolamide oleate
and 464*nm particle diameter.

CIBA 000620

-20-

30 AA/70 AMD/1,000 ppm MBA/ 4% SURFACTANT (TOTAL EMULSION):
A microemulsion copolymer of 30 mole % of sodium
acrylate and 70 mole % of acrylamide crosslinked with
1,000 ppm of N,N'-methylenebisacrylamide with 4%
diethanolamide oleate and of 149*nm particle diameter,
SV-1.02 mPa.s

30 AA/70 AMD/ 1,000 ppm MBA/ 8% SURFACTANT(TOTAL EMULSION):
A Microemulsion copolymer of 30 mole % of sodium acrylate
and 70 mole % of acrylamide crosslinked with 1000 ppm of
N,N'-methylenebisacrylamide with 8% diethanolamide oleate
and of 106*nm particle diameter, SV-1.06 mPa.s.

*   The unswollen number average particle diameter in
nanometers is determined by the quasi-elastic light
scattering spectroscopy (QELS).

Procedure for the Preparation of Anionic Microemulsions
30 AA/70 AMD/349 ppm MBA - 130 nm

An aqueous phase is prepared by sequentially
mixing 147 parts of acrylic acid, 200 parts deionized
water, 144 parts of 56.5% sodium hydroxide, 343.2 parts
of acrylamide crylstal, 0.3 part of 10% pentasodium
diethylenetriaminepentaacetate, an additional 39.0 parts
of deionized water, and 1.5 parts of 0.52% copper
sulfate pentahydrate. To 110 parts of the resultant
aqueous phase solution, 6.5 parts of deionized water,
0.25 part of 1% t-butyl hydroperoxide and 3.50 parts of
0.61% methylene bisacrylamide are added.  120 Parts of
the aqueous phase are then mixed with an oil phase
containing 77.8 parts of low odor paraffin oil, 3.6
parts of sorbitan sesquioleate and 21.4 parts of
polyoxyethylene sorbitol hexaoleate.

This resultant clear, microemulsion is
deaerated with nitrogen for 20 minutes.  Polymerization
is initialed with gaseous $SO_2$, allowed to exotherm to
40°C and controlled at 40°C (+ 5°C) with ice water.  The

CIBA 000621

-21-

ice water is removed when cooling is no longer required. The nitrogen is continued for one hour. The total polymerization time is 2.5 hours.

For purposes of use in the instant process, the polymer may be recovered from the emulsion by stripping or by adding the emulsion to a solvent which precipitates the polymer, e.g. isopropanol, filtering off the resultant solids, and redispersing in water for use in the papermaking process. The precipitated polymer microveads may be dried before redispersion in water.

Alternatively, the microemulsion per se may also be directly dispersed in water. Depending on the surfactant and levels used in the microemulsion, dispersion in water may require using a high hydrophilic lipopilic balance (HLB) inverting surfactant such as ethoxylated alcohols; polyoxyethlated, sorbitol hexaoleate; diethanolamine oleate; ethoxylated laurel sulfate et. as in known in the art.

The concentration of the microbeads in the above-described redispersion procedures is similar to that used with other than stock additives, the initial dispersion being at least 0.1%, by weight. The dispersion may be rediluted 5-10 fold just before addition to the papermaking process.

### Preparation of Cationic Organic
### Microbead 40 AETMAC/60 AMD/100 ppm
### MBA - 100 nm By microemulsion Polymerization

An aqueous phase containing 21.3 parts, by weight of acrylamide, 51.7 parts of a 75% acryloxy-ethyltrimethyl ammonium chloride solution, 0.07 part of 10% diethylenetriamine pentaacetate (penta sodium salt), 0.7 part of 1% t-butyl hydroperoxide and 0.06 part of methylenebisacrylamide dissolved in 65.7 parts of deionized water is prepared. The pH is adjusted to 3.5 (±0.1). An oil phase composed of 8.4 parts of sorbitan sesquioleate, 51.6 parts of polyoxyethylene sorbitol

CIBA 000622

-22-

hexaoleate dissolved in 170 parts of a low odor paraffin oil is prepared. The aqueous and oil phase are mixed together in an air tight polymerization ractor fitted with a nitrogen sparge tube, thermometer and activator addition tube. The resultant clear microemulsion is sparged with nitrogen for 30 minutes and the temperature is adjusted to 27.5°C. Gaseous sulfur dioxide activator is then added by bubbling nitrogen through a solution of sodium metabisulfite. The polymerization is allowed to exotherm to its maximum temperature (about 52°C) and then cooled to 25°C.

The particle diameter of the resultant polymer microbead is found to be 100 nm. The unswollen number average particle diameter in nanometers (n.m.) is determined by the quasi-elastic light scattering spectroscope (QELS). The SV is 1.72 mPa.s.

Preparation of Cationic Organic
Inverse Emulsion 40 AETMAC/60 AMD/100 ppm MBA
1,000 nm by Inverse Emulsion Polymerization

An aqueous phase is made by dissolving 87.0 parts of commercial, crystal acrylamide (AMD), 210.7 parts of a 75% acryloxyethyltrimethylammonium chloride (AETMAC) solution, 4.1 parts of ammonium sulfate, 4.9 parts of a 5% ethylene diaminetetraacetic acid (disodium salt) solution, 0.245 part (1000 wppm) of methylenebisacrylamide (MBA) and 2.56 parts of t-butyl hydroperoxide into 189 parts of deionized water. The pH is adjusted to 3.5 (±0.1) with sulfuric acid.

The oil phase is made by dissolving 12.0 gms of sorbitan monooleate into 173 parts of a low odor paraffin oil.

The aqueous phase and oil phase are mixed together and homogenized until the particle size is in the 1.0 micron range.

CIBA 000623

-23-

The emulsion is then transferred to a one liter, three-necked, creased flask equipped with an agitator, nitrogen sparge tube, sodium metabisulfite activator feed line and a thermometer.

The emulsion is agitated, sparged with nitrogen and the temperature adjusted to 25°C. After the emulsion is sparged 30 minutes, 0.8% sodium metabisulfite (MBS) activator solution is added at a 0.028 ml/minute rate. The polymerization is allowed to exotherm and the temperature is controlled with ice water. When cooling is no longer needed, the 0.8% MBS activator solution/addition rate is increased and a heating mantle is used to maintain the temperature. The total polymerization time takes approximately 4 to 5 hours using 11 mls of MBS activator. The finished emulsion product is then cooled to 25°C.

The particle diameter is found to be 1,000 nm. The unswollen number average particle diameter in nanometers is determined by the quasi-elastic light scattering spectroscope (QELS). The SV is 1.24 mPa.s.

EXAMPLE 1

Using the paper-making procedure described above, the drainage times are measured on 1) alkaline stock containing 5% $CaCO_3$, alone, 2) the same stock with added linear, high molecular weight cationic copolymer of 10 mole % acryloxyethyltrimethylammonium chloride and 90 mole % of acrylamide (10 AETMAC/90 AMD) and 3) the same stock with added cationic copolymer and anionic microbead made from 30 mole % acrylic acid 70 mole % of acrylamide (30 AA/70 AMD) and cross-linked with 349 ppm of methylenebisacrylamide (MBA) of 130 nm particle diameter and added as a redispersed 0.02% aqueous solution. The results are shown in Table I, below.

CIBA 000624

-24-

### TABLE I

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 88.4 |
| -2- | -0- | 62.3 |
| -2- | 0.5 | 37.5 |

The addition of cationic polymer reduces drainage time from 88.4 to 62.3 seconds. Surprisingly microbeads reduces the drainage times by another 24.8 seconds to 37.5 seconds, a 39.8% reduction a significant improvement in drainage times.

### EXAMPLE 2

The alkaline furnish used in this example contains 5.0 lbs/ton of cationic starch. To this furnish is added to following additives as described in Example 1. Drainage times are then measured and reported in Table II, below.

### TABLE III

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 121.9 |
| 1 - 10 AETMAC/90 AMD | -0- | 89.6 |
| 1 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm - 130 rm | 57.8 |

In the presence of a mixture of high molecular weight cationic polymer, cationic starch and, anionic polymer microbeads greatly improves drainage.

CIBA 000625

-25-

EXAMPLE 3

        Following the procedure of Example 1, various
other comparative runs are made using a second alkaline
stock containing 10 lbs/ton of cationic starch, and
bentonite, as disclosed in U.S. Patent 4,753,710, in
order to show the benefits of the use of organic
microbeads in accordance with the invention hereof.  The
results are shown in Table III, below.

TABLE III

| Cationic Polymer lbs/Ton | Anionic Micro-Particle (lbs./Ton) | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 132.3 |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 53.1 |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 rm | 55.1 |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 100AA-1985 ppm MBA-80 rm | 65.1 |
| 1.0 - 55 AETMAC/45 AMD | 5.0 - Bentonite | 76.4 |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 rm | 55.4 |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 60 AA/40 AMD/ 1,381 ppm MBA - 120 rm | 45.7 |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 100AA-1985 ppm MBA | 48.6 |

        When the 10% cationic polymer AETMAC/AMD
(10/90) is used in conjunction with 5.0 lbs. of
bentonite, similar drainage results to those obtained
using only 0.5 lb. of 30% anionic microbead AA/AMD
(30/70) in place of the bentonite, are obtained.  With a
55% cationicity polymer, bentonite gives a slower
drainage rate of 76.4 seconds and the 30% anionic
microbead about the same drainage rate of 55.4 seconds.
With the higher cationicity polymer (55%) and 0.5
lbs/ton of a high anionicity microbead, AA/AMD (60/40) a
far superior drainage time of 45.7 seconds is obtained,
using far less additive.

CIBA 000626

-26-

## EXAMPLE 4

An alkaline paper stock containing 10 pounds/ton of cationic starch is treated as described in Example 1. The results are shown in Table IV, below.

TABLE IV

| Cationic Polymer lbs/Ton | Anionic Micro-particle lbs/Ton | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 115.8 |
| 0.5 - 10 AETMAC/90 AMD | -0- | 83.5 |
| 0.5 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 51.1 |
| 0.5 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 57.3 |
| 0.5 - 55 AETMAC/45 AMD | 0.5 - 60 AA/40 AMD/ 1,381 ppm - 120 nm | 46.1 |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 42 |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 60 AA/40 AMD/ 1,381 ppm BMA - 120 nm | 38.9 |

The combination of 0.5 lb/ton of cationic polymer and 5.0 lbs/ton of bentonite gives a good drainage of 51.5 seconds, somewhat better than the 0.5 lb of 30% anionicity microbeads, i.e. 57.3 seconds. However, bentonite is inferior to the results achieved using 0.5 lb/ton of a higher (60%) anionicity polymer, i.e. of 46.1 seconds. Increasing the amount of cationic polymer to 1.0 lb/ton results in improved bentonite and 60% anionic polymer microbead times of 42 and 38.9 seconds, however, the microbead results are again superior.

## EXAMPLE 5

The procedure of Example 1 is again followed except that first pass retention values are measured. The organic anionic microbead is compared at a 0.5 lbs/ton rate to 2.0 lbs/ton of silica and 5.0 lbs/ton of bentonite in an alkaline paper stock as known in the

CIBA 000627

--27--

art.  The organic, 30% anionic polymer microbeads give
the best retention values at a lower concentration, as
shown in Table V, below.

TABLE V

| Cationic Polymer lbs/Ton | Anionic Micro-bead lbs/Ton | Fines First Pass Retention in % |
|---|---|---|
| 2.0 - 10 AETMAC/90 AMD | -0- | 50.3 |
| 2.0 - 10 AETMAC/90 AMD | 2.0 - Silica- 5 nm | 55.3 |
| 2.0 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 55.8 |
| 2.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 749 ppm MBA | 59.2 |

EXAMPLE 6

The procedure of Example 1 is again followed
except that alum is added to the stock immediately
before the cationic polymer.  The test furnish is
alkaline stock containing 5.0 lbs/ton of cationic starch
and 25% $CaCO_3$.  The results are set forth below in Table
VI.

TABLE VI

| Cationic Polymer lbs/Ton | Anionic Micro-bead-lbs/ton | Drainage in Seconds |
|---|---|---|
| 5lbs/ton Alum | | |
| 0.5 - 10 AETMAC/90 AMD | 5 - Bentonite | 46.1 |
| 0.5 - 10 AETMAC/90 AMD | 0.5 - 30 AMD/ 349 ppm MBA -130 nm | 39.9 |
| 10 lbs/ton Alum | | |
| 1 - 10 AETMAC/90 AMD | 5 - Bentonite | 33.5 |
| 1 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm - 130 nm | 29.6 |

CIBA 000628

-28-

The alum-treated furnish which is contracted
with the polymer microbead has a faster drainage rate
than that treated with 10 times as much bentonite.  In a
comparative test using 0.5 lb of 10 AETMAC/90 AMD and
5.0 lbs bentonite without alum, an equivalent drainage
time of 46.1 seconds, is achieved.

### EXAMPLE 7

This    example    demonstrates    the    greater
efficiency of the anionic organic polymer microbeads of
the present invention used with alum as compared to
bentonite alone.  This efficiency is not only attained
using a significantly lower anionic microbead dose but,
also enable the use of a lower amount of cationic
polymer.  The furnish is alkaline and contains 5.0
lbs/ton of cationic starch.  The procedure of Example 1
is again used.  The results are shown in Table VII,
below.

### TABLE VII

| Cationic Polymer lbs/Ton | Alum* lbs/ton | Anionic Microbead lbs/ton | Drainage in Seconds |
|---|---|---|---|
| -0- | -0- | -0- | 103.4 |
| 0.5 - 10 AETMAC/90 AMD | -0- | -0- | 87.5 |
| 0.5 - 10 AETMAC/90 AMD | 5 | -0- | 76.4 |
| 0.5 - 10 AETMAC/90 AMD | 5 | 0.25 - 30 AA/ 70 AMD/349 ppm MBA -130 nm | 51.1 |
| 0.5 - 10 AETMAC/90 AMD | 5 | 0.50 - 30 AA/70 AMD 349 ppm MBA-13 nm | 40.6 |
| 0.5 - 10 AETMAC/90 AMD | -0- | 5 - Bentonite | 51.6 |
| 1.0 - 10 AETMAC/90 AMD | -0- | 5 - Bentonite | 40.2 |

* Alum is added immediately before the cationic polymer.

CIBA 000629

-29-

Thus, at a 0.5 lb. cationic polymer addition level, the anionic organic microbeads used with alum are approximately 20 fold more efficient than bentonite used alone (0.25 lb. vs. 5.0 lbs.). The cationic polymer level can be reduced in half (0.50 lb. vs. 1.0 lb.) compared to bentonite when the microbead level is raised to 0.50 lb., which is 10 fold lower than the bentonite dose.

### EXAMPLE 8

The procedure of Example 7 is again followed except that polyaluminum chloride is used in place of alum. As can be seen, in Table VIII, equivalent results are achieved.

#### TABLE VIII

| Cationic Polymer lbs/Ton | Aluminum Salt lbs/Ton | Anionic Micro bead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.5 - 10 AETMAC/90 AMD | -0- | Bentonite | 57.5 |
| 0.5 - 10 AETMAC/90 AMD | 5-Alum | 0.5 - 30 AA/ 70 AMD/349 ppm -130 nm | 41.5 |
| 0.5 - 10 AETMAC/90 AMD | 8.5 Poly- aluminum Chloride (5.0 lbs alum equivalent) | 0.5 - 30 AA/ 70 AMD/349 ppm -130 nm | 42.0 |

### EXAMPLE 9

To a batch of alkaline paper stock is added cationic starch. The drainage time is measured after addition of the following additives set forth in Table IX, below. The procedure of Example 1 is again used.

#### TABLE IX

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage (Sec.) 5.0 lbs/Ton Starch | Drainage (Sec.) 10 lbs/Ton Starch |
|---|---|---|---|
| 0.5 - 10 AETMAC/90 AMD | 5 - Bentonite | 46.9 | 50.9 |
| 0.5 - 10 AETMAC/90 AMD plus 5 lbs Alum | 0.5 - 30 AA/ 70 AMD/349 ppm MBA - 130 nm | 34.0 | 32.7 |

C = Comparative Test

CIBA 000630

-30-

The alum/polymer microbead combination gives better
drainage rates than the polymer/bentonite combination
without alum.

### EXAMPLE 10

First pass retention is measured on an alkaline
furnish containing 5.0 lbs/ton of starch to which the
additives of Table X, below, are added.

#### TABLE X

| Microbead lbs/Ton | Fines First Pass Retention 10 AETMAC/90 AMD (lbs/Ton) | | |
|---|---|---|---|
| | 0.5 | 1.0 | 2.0 |
| 5.0 - Bentonite | 39.9% | 41.6% | 46.8% |
| *5.0 - 30 AA/70 AMD/349 ppm MBA -130 nm | 39.9% | 44.4% | 48.5% |

The microbead and bentonite give similar
retentions with 0.5 lb/ton of cationic polymer but with
higher concentrations of polymer better retention is
obtained with the microbeads.

*With the anionic polymer microbead 5.0
lbs./ton of alum is added with the cationic polymer.

### EXAMPLE 11

Another alkaline paper furnish containing 5
lbs/ton of cationic starch and 2.5 lbs/ton of alum to
which the additives of Table XI are added as in Example
10, is treated.

#### TABLE XI

| Anionic Microbead lbs/Ton | Fines First Pass Retention 10 AETMAC/90 AMD (lbs/Ton) | |
|---|---|---|
| | 0.5 | 1.0 |
| 5 - Bentonite | 34.6% | 42.3% |
| 7 - Bentonite | - | 43.1% |
| 0.25 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 35.7% | 43.4% |
| 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 38.7% | 44.6% |

CIBA 000631

-31-

A significant reduction in the dosages of polymeric microbead results in equivalent or superior retention properties.

## EXAMPLE 12

Lower molecular weight, cationic, non-acrylamide based polymers are used in papermaking and in this example the effect of anionic microbeads on the performance of a polyamine of said class is set forth. To an alkaline furnish containing 5 lbs/ton of cationic, starch is added 1.0 lb/ton of a cationic polymeric polymer of 50 mole % epichlorohydrin, 47 mole % dimethylamine and 3.0 mole % ethylenediamine of 250,000 mol. wt. The polyamine is used alone and in combination with 0.5 lbs/ton of microbead copolymer of 60% acrylic acid and 40% acrylamide cross linked with 1,381 ppm of methylenebisacrylamide and having 120 nm diameter particle size. From the data of Table XII it is seen that addition of the highly effective organic microbead cuts drainage time in half from 128.1 to 64.2 seconds.

### TABLE XII

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|
| -0- | -0- | 138.8 |
| -1- | -0- | 128.1 |
| -1- | 0.5 | 64.2 |

CIBA 000632

-32-

## EXAMPLE 13

In order to evaluate the use of microbeads on mill stock, a test is run on stock from a commercial paper mill. The paper stock consists of 40% hardwood/30% soft wood/30% broke containing 12% calcium carbonate, 4% clay, and 2.5 lbs/ton of alkyl succinic anhydride (ASA) synthetic size emulsified with 10 lbs/ton cationic potato starch. An additional 6 lbs/ton of cationic potato starch and 6 lbs/ton of alum are also added to this stock. The additives listed in Table XIII, below, are added and drainage times are measured, as in Example 1.

### TABLE XIII

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|
| -0- | -0- | 153.7 |
| 0.5 - 10 AETMAC/90 AMD | -0- | 112.8 |
| 0.5 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 80.3 |
| 0.5 - 10 AETMAC/90 AMD | 0.25 - 30 AA/ 70 AMD -349 ppm MBA - 130 nm | 69.6 |
| 0.5 - 10 AETMAC/90 AMD | 0.5 - 30 AA/ 70 AMD - 349 ppm MBA - 130 nm | 57.5 |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 71.9 |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/ 70 AMD - 349 ppm MBA - 130 nm | 49.1 |

The paper stock from the above run has a 153.7 second drainage time. Significant reduction of drainage time to 80.3 seconds is achieved with 0.5 lb/ton of high molecular weight, cationic polymer and 5 lbs/ton of bentonite. Replacement of the bentonite with a mere 0.25 lb/ton of organic anionic microbeads reduces

CIBA 000633

-33-

drainage time another 10.7 seconds to 69.9 seconds.
Thus, the microbeads at 1/20 the concentration give a
superior drainage time to bentonite.  The use of 0.5
lb/ton of the microbeads reduces the the drainage time
to 57.5 seconds.  This is 22.8 seconds faster than ten
5   times the weight of bentonite.

When testing is carried out using 1.0 lb/ton
of cationic polymer and 5.0 lbs/ton of bentonite,
drainage time is 71.9 seconds.  However, when the test
is performed with 0.5 lb of microbeads, the drainage
10   time is 49.1 seconds which is 22.8 seconds faster than
bentonite with one tenth the amount of microbead.

### EXAMPLE 14

The effect of using a cationic polymer of a
lower charge density is investigated on the paper stock
15   that was used in proceeding Example 13 and shown in
Table XIV.  The cationic polymer used, 5 AETMAC/95 AMD,
has one half the charge density as that of 10 AETMAC/90
AMD that was used in Example 13.  All else remains the
same.

20

### TABLE XIV

| Cationic Polymer lbs/Ton | Additional Alum* lbs/Ton | Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.5 - 5 AETMAC/95 AMD | -0- | -0- | 94.7 |
| 0.5 - 5 AETMAC/95 AMD | -0- | 5 - Bentonita | 51.4 |
| 0.5 - 5 AETMAC/95 AMD | 2.5 | 5 - Bentonita | 56.7 |
| 0.5 - 5 AETMAC/95 AMD | -0- | 0.5 - 30 AA/70 AMD/ 349 ppm MBA-130 nm | 48.7 |
| 0.5 - 5 AETMAC/95 AMD | 2.5 | 0.5 - 30 AA/ 70 AMD/349 ppm MBA -130 nm | 39.5 |

25

30

* Alum is added immediately before the cationic polymer.

35

CIBA 000634

–34–

The superiority of 1/10th the amount of polymeric
microbead to bentonite is evident with a lower charge
cationic polymer also. Furthermore, the drainage time
of cationic polymer and bentonite did not improve but
decreased by 5.3 sec. on further addition of 2.5 lbs/ton
of alum.

## EXAMPLE 15

The effect of changing the amount of starch on
drainage time is measured by not incorporating the 6.0
lbs/ton of additional starch added to the furnish in
Example 13 using the same stock . The results are shown
in Table XV.

### TABLE XV

| Cationic Polymer lbs/Ton | Additional Alum* lbs/Ton | Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.5 – 5 AETMAC/95 AMD | –0– | 5 Bentonite | 45.9 |
| 0.5 – 5 AETMAC/95 AMD | –0– | 0.5 – 30 AA/70 AMD/ 349 ppm MBA – 130 nm | 39.5 |
| 0.5 – 5 AETMAC/95 AMD | –2.5 | 0.5 – 30 AA/70 AMD/ 349 ppm MBA – 130 nm | 29.5 |

* Alum is added immediately before the cationic polymer.

## EXAMPLE 16

To evaluate the effect of the charge density of the
cationic polymer on retention, to the furnish of Example
13, are added the additives shown in Table XVI.  Fines
pass retention values are measured, as in Example 5.

### TABLE XVI

| Alum* lbs/Ton | Microbead lbs/Ton | 10 AETMAC/90 AMD 0.5 lbs/Ton % Retention | 5 AETMAC/95 AMD 0.5 lbs/Ton % Retention |
|---|---|---|---|
| –0– | –0– | 36% | 30.9% |
| –0– | 5 – Bentonite | 32.4% | 39.6% |
| 2.5 | 0.5 – 30 AA/70 AMD/ | 45.1% | 49.1% |

CIBA 000635

-35-

Table XVII (Cont'd)

349 ppm MBA -130 nm

| | | at 1.0 lbs/Ton % Retention | at 1.0 lbs/Ton % Retention |
|---|---|---|---|
| -0- | 5 - Bentonite | 45.1 | 42.5 |
| 2.5 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 51.3 | 57.1 |

* Alum is added immediately before the cationic polymer.

Polymer microbeads are shown to be effective when used with high molecular weight, cationic polymers of lower charge density.

EXAMPLE 17

A stock is taken from a second commercial mill. It is a goal of this example to demonstrate that microbeads/alum give equivalent drainage times to those of current commercial systems. The mill stock consists of 45% deinked secondary fiber/25% softwood/30% broke containing 15% calcium carbonate and 3.0 lbs/ton of alkyl ketene dimer synthetic size emulsified with 10 lbs/ton of cationic starch. A second portion of 10 lbs of cationic starch is added to the thick stock and the ingredients listed in Table XVII, below are added to the furnish, as described in Example 1.

TABLE XVII

| Cationic Polymer lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.6 10 AETAC/90AMD | -0- | 5 - Bentonite | 158.2 sec. |
| 0.6 10 AETMAC/90 AMD | -5.0 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA -130 nm | 141.6 sec. |

* Alum is added immediately before the cationic polymer.

CIBA 000636

-36-

The microbeads/alum gives a faster drainage rate than the commercial bentonite system used in the mills routine production of paper. Other experimental runs result in lesser conclusive effectiveness with this pulp.

### EXAMPLE 18

Microbead retention efficiency is evaluated on papers made using a pilot Fourdrinier papermaking machine. The paper stock consists of pulp made from 70% hardwood and 30% softwood containing 25% calcium carbonate and 5 lbs/ton of cationic starch. The additives in the Table XVIII, below, are placed into the furnish in successive runs and first pass retention percentages are measured. A 46 lb base weight paper is made.

The cationic, high molecular weight polymer is added just before the fan pump, the anionic microbead is added just before the pressure screen and alum, when added, is added just before the cationic polymer. Results are set forth in Table XVIII, below.

### TABLE XVIII

| Cationic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Ash-First Retention % |
|---|---|---|---|
| -0- | -0- | -0- | 34.4% |
| 0.6 - 10 AETMAC/90 AMD | -0- | 7.0 - Bentonite | 61.3% |
| 0.6 - 10 AETMAC/90 AMD | 2.5 | 0.25 - 30 AA/ 70 AMD/349 ppm MBA - 150 nm SV-1.32 | 62.7% |
| 0.6 - 10 AETMAC/90 AMD | 2.5 | 0.50 - 30 AA/ 70 AMD/349 ppm MBA - 150 nm SV-1.32 | 67.0% |

CIBA 000637

-37-

In this example, the combination of 0.5 lb/ton
of microbeads and 2.5 lbs/ton of alum results in a 5.7%
superior retention over 7.0 lbs/ton of bentonite alone.
The 7.0 lbs/ton of bentonite is about equal to the
combination of 0.25 lbs of beads and 2.5 lbs/ton of alum
5     in retention properties, a significant dosage reduction.

### EXAMPLE 19

The same pilot paper machine and paper stock that
was used in Example 18 is again used except that a 55 lb
10    "basis weight" paper is made.  Additives in Table XIX,
below, are mixed into the furnish as in the preceding
example on successive runs and retention values are
measured.

15                          TABLE XIX

| Cationic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Ash-First Pass Retention % |
|---|---|---|---|
| -0- | -0- | -0- | 39.3% |
| 0.6 - 10 AETMAC/90 AMD | -0- | -0- | 39.4% |
| 0.6 - 10 AETMAC/90 AMD | -0- | 7.0 Bentonite | 74.6% |
| 0.6 - 10 AETMAC/90 AMD | 2.5 | 0.5 - 30 AA/ 70 AMD/349 ppm MBA - 150 nm SV-1.32 | 74.5% |
| 0.6 - 10 AETMAC/90 AMD | 5.0 | 0.5 - 30 AA/ 70 AMD/349 ppm MBA - 150 nm SV-1.32 | 74.7% |

In comparing the heavier (55 lb) basis weight
paper of Example 19 to that of Example 18 (46 lb), under
all conditions, the heavier paper has better retention.
35    With  the  heavier  paper  there  is  no  significant
difference in retention between the paper prepared with

CIBA 000638

-38-

bentonite alone and that prepared with microbeads and either 2.5 lbs or 5 lbs of alum, except the significant dosage reduction i.e. 7lbs. vs. 0.5 lb.

## EXAMPLE 20

5      The effect of microbead on paper formation is evaluated by treatment of an alkaline furnish containing 5.0 lbs/ton of starch with the additives listed in Table XX, below, as described in Example 18.

10      

TABLE XX

| Cationic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Paprican* Microscanner SP/RMS Ratio |
|---|---|---|---|
| 1 – 10 AETMAC/90 AMD | –0– | 5 – Bentonite | 66 |
| 1 – 10 AETMAC/90 AMD | –0– | 1 – 30AA/70 AMD/ 349ppm MBA- 130nm | 69 |

20      *Paper formation is measured on hand sheets in the Paprican micro-scanner as described by R. H. Trepanier, Tappi Journal, December pg. 153, 1989. The results indicate that the microbead treated paper has better formation at a lower dosage than the bentonite treated paper as the larger number signifies better formation.

## EXAMPLE 21

Using the paper stock of Example 20, except that the cationic starch concentration is increased to 10 lbs/ton, formation is measured on paper made with the additives set forth in Table XXI.

CIBA 000639

-39-

## TABLE XXI

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Paprican Microscanner SP/ RMS Ratio | Drainage Sec. |
|---|---|---|---|
| 1 - 10 AETMAC/90 AMD | 5 - Bentonite | 73 | 42 |
| 1 - 55 AETMAC/45 AMD | 0.5 - 60 AA/40 AMD/ 1,381 ppm MBA | 81 | 38.9 |
| 1 - 55 AETMAC/45 AMD | 1.0 - 60 AA/40 AMD/ 1,381 ppm MBA | 77 | 33.5 |

CIBA 000640

-40-

Microbeads give superior hand sheet paper formation and better drainage times compared to bentonite, and at a lower dosage.

EXAMPLE 22

5

To an alkaline furnish containing 5-lbs of cationic starch, the ingredients set forth in Table XXII are added to the furnish of Example 21 and formation is observed visually on the paper hand sheets, produced thereby.

10

15

20

25

30

35

CIBA 000641

-41-

## TABLE XXII

| Cationic Polymer lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Visual Formation | Drainage Sec. |
|---|---|---|---|---|
| 0.5 - 10 AETMAC/90 AMD | -0- | -0- | A | 87.8 |
| 0.5 - 10 AETMAC/90 AMD | -0- | 5 - Bentonite | A | 57.5 |
| 0.5 - 10 AETMAC/90 AMD | 2.5 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA -130 nm | A | 47.8 |
| 1.0 - 10 AETMAC/90 AMD | -0- | 5.0 - Bentonite | B | 49.2 |
| 1.0 - 10 AETMAC/90 AMD | 2.5 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | B | 39.8 |

* Alum is added immediately before the cationic polymer.

CIBA 000642

-42-

Hand paper sheets from the first three samples have equivalent formation (A) by visual observation. The last two samples (B) themselves have equivalent formation by visual observation but their formation is not as good as the first three sheets. The experiment shows the superior drainage times are achieved with a microbead alum combination with equivalent visual paper formation as compared to bentonite, above, at higher dosage.

## EXAMPLE 23

In order to evaluate a different type of anionic microparticle, three different particle sizes of hydrophobic polystyrene microbeads, stabilized by sulfate charges, are added to an alkaline paper stock containing 25% $CaCO_3$ and 5 lbs/ton of cationic starch in the furnish. Table XXIII sets forth the additives used and drainage times measured.

### TABLE XXIII

| Cationic Polymer lbs/Ton | Anionic Polystyrene Microbeads lbs/Ton | Drainage Sec. |
|---|---|---|
| -0- | -0- | 103.9 Sec. |
| 1.0 - 10 AEIMAC/90 AMD | -0- | 91.6 Sec. |
| 1.0 - 10 AEIMAC/90 AMD | 5.0 - Polystyrene beads- 98 nm | 79.8 Sec. |
| 1.0 - 10 AEIMAC/90 AMD | 5.0 - Polystyrene beads - 30 nm | 49.9 Sec. |
| 1.0 - 10 AEIMAC/90 AMD | 5.0 - Polystyrene beads - 22 nm | 42.2 Sec. |

It is noted that all three anionic polystryene microbeads improved drainage time over the cationic polymer alone with the smallest bead being the most effective.

The results indicate that noncross-linked, polymeric, water-insoluble microbeads are effective in increasing drainage rates.

-43-

## EXAMPLE 24

A 30 nm polystyrene bead is compared to bentonite in performance using the alkaline paper stock containing 5.0 lbs/ton of cationic starch, above described in Example 22. Results are set forth in Table XXIV.

### TABLE XXIV

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage Sec. |
|---|---|---|
| 1.0 - 10 AETMAC/90 AMD | -0- | 70.9 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 28.5 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Polystyrene Beads - 30nm | 30.5 Sec. |

The results indicate that the 30nm polystyrene is substantially equivalent to bentonite.

## EXAMPLE 25

Microbead size of anionic polymer is studied by measuring drainage rates on the alkaline paper stock of Example 23 to which the additives of Table XXV are added. Results are specified therein.

### TABLE XXV

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage Sec. |
|---|---|---|
| 1.0 - 10 AETMAC/90 AMD | -0- | 106.8 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm BMA - 130 nm | 72.2 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 2.0 - 40 AA/60 MBA -220 nm | 71.7 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 50 ppm MBA - 1,000-2,000 nm | 98.9 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 2.0 - 30 AA/70 AMD/ 50 ppm MBA- 1,000-2,000 nm | 103.6 Sec. |

CIBA 000644

-44-

Both the 130 nm and 220 nm in diameter microbeads reduce drainage times over that of stock without microbeads by 33%. However, when the diameter of the anionic microbead is increased to 1,000 to 2,000 nm, drainage is not significantly effected.

EXAMPLE 26

Using the same paper stock as in Example 22 the ingredients shown in Table XXVI are added in successive order, as in the previous examples. The results are specified.

TABLE XXVI

| Cationic Polymer lbs/Ton | Anionic Microbeads lbs/Ton | Drainage Sec. |
|---|---|---|
| -0- | -0- | 135.6 Sec. |
| 1.0 - 55 AETMAC/45 AMD | -0- | 99.6 Sec. |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 30 AA/70 AMD 1000 ppm MBA- 2% surfactant -464 nm | 86.7 Sec. |
| 1.0 - 55 AETMAC/45 AMD | 0.5 lbs 30 AA/70 AMD/ 1,000 ppm MBA- 4% surfactant -149 nm | 59.3 Sec. |
| 1.0 - 55 AETMAC/45 AMD | 0.5 lbs 30 AA/70 AMD/ 1,000 ppm MBA- 8% surfactant 106 nm | 54.5 Sec. |

Increased drainage rate is achieved as the microbead becomes smaller. Compared to the drainage time of 99.6 seconds without microbeads, the 464nm microbead results in a 12.9% reduction and the 149nm microbead a 40% reduction, showing the effect of small diameter organic microparticles.

CIBA 000645

-45-

EXAMPLE 27

To the same stock that was used in Example 23, the ingredients set forth in Table XXVII are added, as in said example.

5

TABLE XXVII

| Cationic Polymer lbs/Ton | Anionic Microbeads lbs/Ton | Drainage Sec. |
|---|---|---|
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 66.3 |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 APS/70 AMD/ 995 ppm MBA SV-1.37 mPa.s | 67.0 |

10

15    The microbeads of the 30 AA/70 AMD/349 ppm MBA
copolymer and those of the 30 APS/70 AMD/995 ppm MBA
copolymer when used with cationic polymers, produces
paper with almost identical drainage times, even though
one has a carboxylate and the other has a sulfonate
20   functional group. That the anionic beads have different
chemical compositions and a differing degree of
cross-linking yet yield similar properties is attributed
to this similar charge densities and similar particle
size. The acrylic acid microbead has a diameter of 130
25   nm and the 2-acrylamido-2-methyl-propane sulfonic acid
microbead is of a similar size due to the similar way it
was made.

EXAMPLE 28

30    The effect of different shear conditions on
the relative performance of the anionic microbead
compared to bentonite is shown in Tables XXVII A & B.
Drainage testing is carried out as described in Example
1, on an alkaline furnish containing 5.0 lbs. of
35   cationic starch subjected to four different shear
conditions.

CIBA 000646

-46-

TABLE XXVIII-A

| Condition | Stirring R.P.M. and Time* | |
| | Cationic Polymer | Microbead |
|---|---|---|
| A | 800 rpm-30 sec. | 800 rpm-30 sec. |
| B | 1,500 rpm-30 sec. | 800 rpm-30 sec. |
| C | 1,500 rpm-60 sec. | 800 rpm-30 sec. |
| D | 1,500 rpm-60 sec. | 1,500 rpm-5 sec. |

High molecular weight cationic polymer is added to the furnish in a vaned Britt jar under agitation and agitation is continuous for the period specified before the microbead is added as in Example 1, agitation is continued, and the drainage measurement taken.

TABLE XXVIII-B

| Cationic Polymer | Anionic Microbead | Drainage in Seconds Shear Conditions | | | |
| | | A | B | C | D |
|---|---|---|---|---|---|
| 0.6 lbs. 10 AETMAC/90 AMD | 5.0 lbs. Bentonite | 52.6 | 56.1 | 57.8 | 49.6 |
| 0.6 lbs.* 10 AETMAC/90 AMD | 0.5 lbs. 30AA/ 70 AMD-349 ppm MBA-130 nm. | 45.9 | 48.3 | 52.3 | 44.5 |

* 5.0 lbs. of alum is added immediately before the cationic polymer.

The relative performance of each additive system remains the same under different test shear conditions.

EXAMPLE 29

The utility of polymeric anionic microbeads in acid paper stock is established as follows. To an acid paper stock made from 2/3 chemical pulp 1/3 ground wood fiber, and containing 15% clay and 10 lbs/ton of alum at

CIBA 000647

-47-

a pH of 4.5 are added and the listed ingredients of Table XXIX below.

TABLE XXIX

| Anionic Microbead lbs/Ton | Drainage using Cationic Polymer 10 AETMAC/90 AMD 0.5 lbs/Ton | Drainage using Cationic Polymer 10 AETMAC/90 AMD 1.0 lbs/Ton |
|---|---|---|
| -0- | 64.2 Sec. | 52.2 Sec. |
| 5.0 - Bentonite | 57.0 Sec. | 47.0 Sec. |
| 0.5 - 30 AA 70 AMD/ 349 ppm MBA - 130 nm | 53.3 | 42.1 Sec. |
| 1.0 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | --- | 38.7 Sec. |

Thus, in acid paper processes, 0.5 lb of polymeric anionic microbeads is superior to 5.0 lbs of bentonite in increasing drainage. At a level of 1.0 lbs/ton of cationic polymer, 5.0 lb/ton of bentonite lowers drainage time 10% while 0.5 lb/ton of microbeads lowers it 19.3% and 1.0 lb/ton of microbeads lowers it 25.9%.

EXAMPLE 30

This example demonstrates the effect of alum on drainage in the acid paper process when acid stock from Example 29 is used without initial alum addition. A set of drainage times is measured for this stock without alum present and a second series is measured with 5.0 lbs/ton of added alum and with the ingredients set forth in Table XXX. The enhancement of drainage time with the added alum is a significant advantage of the present invention.

TABLE XXX

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage in Seconds Alum in Stock | |
|---|---|---|---|
| | | -0- | 5 lbs/Ton |
| 1.0 - 10 AETMAC/ 90 AMD | 5.0 - Bentonite | 43.0 | 43.5 |
| 1.0 - 55 AETMAC/ 45 AMD | 1.0 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 42.1 | 29.1 |

C = Comparative Test

CIBA 000648

-48-

## EXAMPLE 31

In recent years cationic potato starch and silica have been found to give improved drainage times when used in alkaline papermaking processes. The effectiveness of polymeric microbeads compared to the silica system is shown in Table XXXI using the ingredients set forth therein on to the alkaline paper stock of, and in accordance with, Example 1.

### TABLE XXXI

| Cationic Potato Starch lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Drainage Seconds |
|---|---|---|---|
| -0- | -0- | -0- | 119.1 |
| 15 - Starch | -0- | -0- | 112.7 |
| 15 - Starch | 5.0 | -0- | 84.3 |
| 15 - Starch | 5.0 | 3.0 - Silica-5 nm | 38.5 |
| 15 - Starch | 5.0 | 1.0 - 30 AA/70 AMD/ 349 ppm MBA-130 nm | 36.7 |
| 30 - Starch | -0- | 3.0 - Silica-5 nm | 46.3 |

* Alum is added immediately before the addition of cationic potato starch.

The addition of 15 lbs/ton of starch, 5 lbs/ton of Alum and 3.0 lbs/ton of silica reduces the drainage time 67.7%, however replacement of the silica with 1.0 lb/ton of organic anionic microbeads reduces the drainage time 69.2% which is slightly better than the silica system with far less added material.

## EXAMPLE 32

The polymeric, anionic microbead and the silica starch systems of Example 31 are compared for first pass retention values using the alkaline paper stock of Example 2. The results are shown in Table XXXII, below.

CIBA 000649

-49-

TABLE XXXII

| Cationic Potato Starch lbs/Ton | Alum* lbs/Ton | Anionic Microparticle lbs/Ton | First Pass Retention % |
|---|---|---|---|
| -0- | -0- | -0- | 25 % |
| 15 - Starch | -0- | 3.0 - Silica 5 nm | 31.7 % |
| 15 - Starch | 2.5 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA- 130 nm | 37.4% |
| 15 - Starch | 2.5 | 1.0 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 46.6% |

* Alum is added immediately before the addition of cationic potato starch.

The retention values of starch and 3.0 lbs/ton of silica are surpassed by replacing the silica with 2.5 lbs/ton alum and either 0.5 lbs/ton of microbead or 1.0 lb/ton of microbeads. The process of the instant invention results in a 15.25% and a 34.1% improvement in retention values, respectively, over silica.

EXAMPLE 33

Retention values using silica and the organic anionic microbead of Table XXXIII are compared in a pilot Fourdrinier papermaking machine. The paper stock consists of pulp made from 70% hardwood and 30% softwood containing 25% calcium carbonate and 5 lbs/ton of cationic starch. The cationic potato starch is added immediately before the fan pump. The anionic microbeads and alum are added as in Example 18.

TABLE XXXIII

| Cationic Potato Starch lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Ash Retention % |
|---|---|---|---|
| -0- | -0- | -0- | 34.4 |
| 20 | -0- | 3.0 - Silica 5 nm | 49.2 |
| 20 | 5.0 | 3.0 - Silica 5 nm | 66.3% |
| 20 | 5.0 | 1.0 - 30 AA/70 AMD 349 ppm MBA - 150 nm SV-1.32 | 68.7% |

CIBA 000650

-50-

Alum improves the retention values of silica and the alum/silica system retention of 66.3% is slightly less than that of the alum/organic anionic microbead system of 68.7% (3.5% improvement) with 1/3 the concentration of microbead.

## EXAMPLE 34

A comparison of drainage times between the anionic, organic, microbead system and the silica system is made using the paper stock described in Example 13. It is noted that this stock contains 16 lbs/ton of cationic potato starch and 6 lbs/ton of alum. The additives of the Table XXXIV are added in successive runs.

### TABLE XXXIV

| Cationic Potato Starch lbs/Ton | Alum* lbs/Ton | Anionic Microparticle lbs/Ton | Drainage Seconds |
|---|---|---|---|
| 15 | -0- | 3.0 - Silica 5 rm | 42.5 |
| 15 | -0- | 3.0 - Silica 5 rm | 55.6 |
| 15 | 2.5 | 1.0 - 30 AA/70 AMD/ 349 ppm MBA -130 rm | 28.7 |

** Alum is added immediately before the addition of cationic potato starch.
(*Reverse addition of silica before starch)

The silica/starch system is inferior in drainage time to that of the organic microbead system (1.0 lb and 2.5 lbs alum).

## EXAMPLE 35

With the same stock as in Example 34, organic, anionic, microbead and silica systems, using a anionic polymer added to the furnish, are compared as to drainage times as in said Example. Alum and cationic starch are added where indicated and the furnish is stirred at 800 r.p.m. for 30 seconds. The anionic

CIBA 000651

-51-

acrylamide copolymers and, if added, silica or microbeads are added together to the furnish and stirred for a further 30 seconds at 800 r.p.m. before the drainage rate is measured. See Table XXXV.

TABLE XXXV

| Anionic Polymer Retention Aid lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Drainage Seconds |
|---|---|---|---|
| -0- | -0- | -0- | 92.4 |
| 0.3 - 30 AA/70 AMD | -0- | -0- | 62.1 |
| 0.3 - 30 AA/70 AMD | 5.0 | -0- | 59.4 |
| 0.3 - 30 AA/70 AMD | -0- | 0.5 - Silica-5 nm | 50.4 |
| 0.3 - 30 AA/70 AMD | -0- | 1.0 - Silica-5 nm | 47.5 |
| 0.3 - 30 AA/70 AMD | 5.0 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 42.2 |
| 0.3 - 30 AA/70 AMD and 10 - additional cationic starch | -0- | 1.0 - Silica-5 nm | 41.3 |
| 0.3 - 30 AA/70 AMD and 10 additional cationic starch | 5.0 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA-130 nm | 28.4 |

* Alum is added immediately before the addition of cationic potato starch, where both one used.

Silica improves drainage times when compared to the anionic acrylamide polymer alone; however, the anionic organic microbeads, in replacing the silica, give even better drainage times with alum. Additional cationic potato starch in the furnish allows the microbead system to produce even faster drainage times.


EXAMPLE 36

Comparative retention values are determined for an organic anionic microbead versus a silica system using an anionic polymer and the paper stock of Example 13. The additives, as specified in Table XXXVI, are added as in Example 35.

CIBA 000652

-52-

TABLE XXXVI

| Anionic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | First Pass Retention % |
|---|---|---|---|
| 0.3 - 30 AA/70 AMD | -0- | -0- | 34.3 |
| 0.3 - 30 AA/70 AMD | 5.0 | -0- | 37.3 |
| 0.3 - 30 AA/70 AMD | -0- | 1.0 - Silica-5 nm | 34.0 |
| 0.3 - 30 AA/70 AMD | -0- | 0.5 - 30 AA/70 AMD/ 349 ppm MBA-130 nm | 40.3 |
| 0.3 - 30 AA/70 AMD | 5.0 | 0.5 - 30 AA/70 AMD 349 ppm MBA-130 nm | 52.6 |

Retention values with 0.3 lb/ton of anionic polymer, with and without silica, are identical at 34% and addition of 5.0 lbs/ton of alum and no silica actually increases retention to 37.3%.

Anionic polymers, in combination with organic anionic microbeads however, give better retention values without (40.3%) and with alum (52.6%) when compared to the silica system (34%). This retention when combined with the faster drainage rates of the organic anionic microbeads shown in Table XXXV, makes them preferable to either the silica or bentonite systems usually used commercially.

EXAMPLE 37

The effect of cationic organic, microbeads is now examined. To an alkaline furnish containing 25% calcium carbonate, 15 lbs. of cationic starch and 5 lbs. of alum and of a pH of 8.0, the ingredients of Table XXXVII are added. The anionic polymer is added first and the cationic, organic microbead is added second.

CIBA 000653

-53-

## TABLE XXXVII

| | Anionic Polymer (Linear) lbs/Ton | Cationic Microbead or Polymer lbs/Ton | Drainage Seconds |
|---|---|---|---|
| | -0- | -0- | 142.7 |
| 5 | 0.5 - 30 AA/70 AMD | -0- | 118.5 |
| | 0.5 - 30 AA/70 AMD | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA- 100 nm | 93.3 |
| | 0.5 - 30 AA/70 AMD | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA - 1,000 nm | 113.9 |
| 10 | 0.5 - 30 AA/70 AMD | 0.5 - 40 AETMAC/60 AMD/ linear Polymer (not a microbead) | 98.7 |

15      The addition of 0.5 lb/ton of cross-linked cationic microbead - 100 nm results a drainage time reduction of 25.2%.    Addition of 0.5 lb/ton of linear cationic polymer causes a drainage time reduction but is not as effective as the cationic microbeads of the present invention.

20

### EXAMPLE 38

      To an acid paper stock made from 2/3 chemical pulp, 1/3 ground wood fiber and 15% clay are added 20
25   lbs/ton of alum.    Half the stock is adjusted to pH 4.5 and remainder is adjusted to pH 5.5.  The ingredients shown in Table XXXVIII are added in the same order as Example 37.

30

35

CIBA 000654

-54-

## TABLE XXXVIII

| Anionic Polymer lbs/Ton | Cationic Polymer lbs/Ton | Cationic Microbead lbs/Ton | Drainage Time In Seconds pH 4.5 | pH 5.5 |
|---|---|---|---|---|
| -0- | -0- | -0- | 103.4 | |
| 0.5 - 7 AA/93 AMD | -0- | -0- | 88.4 | 59.8 |
| 0.5 - 10 AES/90 AMD | -0- | -0- | 95.0 | 59.7 |
| -0- | 0.5 - 10 AETMAC/90 AMD | -0- | 69.5 | 73.3 |
| -0- | 0.5 - 40 AETMAC/60 AMD | -0- | 72.9 | 69.4 |
| -0- | -0- | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA-100 nm | 74.0 | 74.7 |
| -0- | -0- | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA-1,000 nm | 94.6 | 92.0 |
| 0.5 - 7 AA/93 AMD | 0.5 - 40 AETMAC/60 AMD | -0- | 65.2 | 56.0 |
| 0.5 - 7 AA/93 AMD | -0- | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA-100 nm | 70.5 | 53.4 |
| 0.5 - 7 AA/93 AMD | -0- | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA-1,000 nm | 92.7 | 62.8 |
| 0.5 - 10 AES/90 AMD | 0.5 - 40 AETMAC/60 AMD | -0- | 72.3 | 55.4 |
| 0.5 - 10 AES/90 AMD | -0- | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA-100 nm | 74.9 | 54.5 |
| 0.5 - 10 AES/90 AMD | -0- | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA-1,000 nm | 99.7 | 70.7 |

CIBA 000655

-55-

## Examples 39-45

Following the procedure of Example 2, various microbeads, high molecular weight (HMW) polymers and polysaccharides are added to paper-making stock as described therein.  In each instance, similar results are observed.

| Example No. | Microbead | Polysaccharide | HMW Polymer |
|---|---|---|---|
| 39 | AM/MAA (50/50) | Cationic Guar | AM/DADM (70/30) |
| 40 | AM/VSA (65/35) | -- | Mannich PAM |
| 41 | Mannich PAM | CMC | AM/AA (80/20) |
| 42 | AM/DADM (75/25) | -- | PAA |
| 43 | P(DMAEA) | -- | -- |
| 44 | P(AA) | Cationic Guar | AM/ DMAEA |
| 45 | AM/AA (25/75) | Cationic Guar | AM/AA (70/30) |

| | | |
|---|---|---|
| AM | = | Acrylamide |
| MAA | = | Methacrylic acid |
| VSA | = | Vinyl Sulfonic acid |
| DADM | = | Diallydimethylammonium chloride |
| P(AA) | = | Polyacrylic acid |
| P(DMAEA) | = | Poly(dimethylaminoethylacrylate) quaternary |
| CMC | = | Carboxymethyl cellulose |
| Mannich PAM | = | Polyacrylamide reacted with formaldehyde and diemthyl amine |

CIBA 000656

-56-

31,043

WE CLAIM:

1. A method of making paper which comprises adding to an aqueous paper furnish from about 0.05 to about 20 lbs/ton, based on the dry weight of the paper furnish solids, of organic, polymeric microbead, the microbead being less than about 750 nanometers in diameter if cross-linked and less than 60 nanometers in diameter if non-cross-linked and water-insoluble, the ionicity of said microbead being at least 5%.

2. A method according to Claim 1 wherein from about 0.05 to about 20 lbs/ton, same basis, of a high molecular weight, ionic polymer is added to said furnish in conjunction with said microbead.

3. A method according to Claim 1 wherein from about 1.0 to about 50 lbs/ton, same basis, of an ionic polysaccharide is added to said furnish in conjunction with said microbead.

4. A method according to Claim 2 wherein the microbead and the high molecular weight ionic polymer have opposite charges.

5. A method according to Claim 2 wherein said ionic polymer is cationic.

6. A method according to Claim 2 wherein said ionic polymer is anionic.

7. A method according to Claim 1 wherein said microbead is a polymer of acrylamide.

CIBA 000657

-57-

8.    A method according to Claim 3 wherein said polysaccharide is cationic.

9.    A method according to Claim 3 wherein said polysaccharide is anionic.

10.    A method according to Claim 1 wherein the furnish contains a size, a strength additive a promotor, a polymeric coagulant, a dye fixative or a mixture thereof.

11.    A method according to Claim 1 wherein from about 0.1 to about 20 pounds of alumina is also added per ton of paper furnish solids to the furnish.

12.    A method according to Claim 10 wherein the alumina is alum, polyhydroxyaluminum chloride or mixtures thereof.

13.    A method according to Claim 1 wherein the microbead is cross-linked.

14.    A method according to Claim 3 wherein the polysaccharide is starch.

15.    A composition of matter comprising a mixture of A) an ionic, organic, polymer microbead being less than about 750 nanometers in diameter if cross-linked and less than about 60 nanometers in diameter if non-cross-linked and water-insoluble, the ionicity of the microbead being at least about 5% and either B) a high molecular weight ionic polymer, the ratio of A:B ranging from about 1:400 to about 400:1, respectively,

CIBA 000658

-58-

or C) in ionic polysaccharide, the ratio of A:C ranging
from about 20:1 to about 1:1000 or B and C together, the
ratio if A:B and C together ranging from about 400:1 to
about 1:1000.

16.    A composition according to Claim 15 wherein A
and B have opposite charges.

17.    A composition according to Claim 15 wherein
said ionic polymer is cationic.

18.    A composition according to Claim 15 wherein
said ionic polymer is anionic.

19.    A composition according to Claim 15 wherein
said microbead is a polymer of acrylamide.

20.    A composition according to Claim 15 wherein
said polysaccharide is starch.

21.    A composition according to Claim 20 wherein
said starch is cationic.

22.    A composition according to Claim 15 wherein
said starch is anionic.

23.    A    composition    according    to    Claim    15
containing, in addition, alumina.

24.    A composition according to Claim 23 wherein
said  active  alumina  is  alum,  polyhydroxyaluminum
chloride or mixtures thereof.

25.    A composition according to Claim 15 wherein
the microbead is cross-linked.

CIBA 000659

-59-

26.  Paper produced by the method of Claim 1.

27.  Paper produced by the method of Claim 2.

28.  Paper produced by the method of Claim 3.

29.  Paper produced by the method of Claim 4.

30.  Paper produced by the method of Claim 5.

31.  Paper produced by the method of Claim 6.

32.  Paper produced by the method of Claim 7.

33.  Paper produced by the method of Claim 8.

34.  Paper produced by the method of Claim 9.

35.  Paper produced by the method of Claim 10.

36.  Paper produced by the method of Claim 11.

37.  Paper produced by the method of Claim 12.

38.  Paper produced by the method of Claim 13.

39.  Paper produced by the method of Claim 14.

40.  A method according to Claim 1 wherein bentonite or silica is added in conjunction with the microbead.

41.  A composition according to Claim 15 containing, in addition, bentonite or silica.

42.  Paper produced by the method of Claim 40.

CIBA 000660

0 536382

[REV.4Apr89/MB1-1]                          Docket No. 31,043
                                                              PATENT

### COMBINED DECLARATION AND POWER OF ATTORNEY
(Original,Design,Supplemental,Divisional,Continuation,CIP)

As the below named inventor, I hereby declare that:
#### TYPE OF DECLARATION
This declaration is of the following type:

    [ X ] original
    [   ] design
    [   ] supplemental
    [   ] divisional
    [   ] continuation
    [   ] continuation-in-part (CIP)

#### INVENTORSHIP IDENTIFICATION
My residence, post office address and citizenship are as stated
below next to my name, I believe I am the original, first and
sole inventor (if only one name is listed below) or an original,
first and joint inventor (if plural named are listed below) of
the subject matter which is claimed for, for which a patent is
sought on the invention entitled:

#### TITLE OF INVENTION
Charged Organic Polymer Microbeads in Paper-Making Process


#### SPECIFICATION IDENTIFICATION
the specification of which: (complete (a), (b), or (c))

    (a) [ X ]  is attached hereto.
    (b) [   ]  was filed on _____ as
          [   ]  Serial Number    /
          [   ]  Express Mail No., as Serial Number not
               yet known
    (c) [   ]  was described and claimed in PCT International
          Application No. _____ filed on
          _____ and as amended under PCT
          Article 19 on _____ (if any).

CIBA 000661

[REV.4Apr89/MB1-1]          -2-

ACKNOWLEDGEMENT OF REVIEW OF PAPERS AND DUTY OF CANDOR
    I hereby state that I have reviewed and understand the
contents of the above identified specification, including the
claims, as amended by any amendment referred to above.
    I acknowledge the duty to disclose information which is
material to the examination of this application in accordance
with Title 37 CFR 1.97.
                    PRIORITY CLAIM
    I hereby claim foreign priority benefits under Title 35,
United States Code, Section 119 of any foreign application(s) for
patent or inventor's certificate or of any PCT International
application(s) designating at least one country other than the
United States of America listed below and have also identified
below any foreign application(s) for patent or inventor's
certificate of any PCT International application(s) designating
at least one country other than the United States of America
filed by me on the same subject matter having a filing date
before that of the application(s) of which priority is claimed.
    (d) [ X ] no such applications have been filed.
    (e) [    ] such applications have been filed as follows.
Note: Where item (c) is entered above and the International
Application which designated the U.S. claimed priority check item
(e), enter the details below and make the priority claim.

Earliest Foreign Application(s), if any, filed within 12 months
    (6 months for Design) prior to this U.S. Application

| COUNTRY | APPLICATION NUMBER | DATE OF FILING (DAY,MONTH,YEAR) | PRIORITY CLAIMED 35 USC 119 |
|---------|--------------------|---------------------------------|------------------------------|
|         |                    |                                 |                              |
|         |                    |                                 |                              |
|         |                    |                                 |                              |
|         |                    |                                 |                              |

CIBA 000662

[REV.4Apr89/MB1-1]        -3-

All Foreign Application(s), if any, Filed More Than 12 Months
(6 Months for Design) Prior to This U.S. Application

_____
_____
_____

## POWER OF ATTORNEY

As a named inventor, I hereby appoint the following
attorney(s) and/or agent(s) to prosecute this application and
transact all business in the Patent and Trademark Office
connected therewith.

Frank M. Van Riet                    301  19933
    (Name)                               (Reg. No.)

Gordon L. Hart                            20191
    (Name)                               (Reg. No.)

Roger S. Benjamin                         27025
    (Name)                               (Reg. No.)

Michael J. Kelly                          27910
    (Name)                               (Reg. No.)

Steven H. Flynn                           29639

[  ]    Attached as part of this declaration and power of
        attorney is the authorization of the above-named
        attorney(s) to accept and follow instructions from my
        representative(s).

---------------------------------------------------------------

SEND CORRESPONDENCE AND TELEPHONE CALLS TO:
601  Frank M. Van Riet
602  C/O American Cyanamid Company
701  1937 West Main Street
702  Stamford, CT  06904-0060
    Telephone No. (203) 321-2614

---------------------------------------------------------------

CIBA 000663

[REV.4Apr89/MB1-1]          -4-

## DECLARATION

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

SIGNATURE(S) 1/01 ⁰⁰

Full name of SOLE OR FIRST INVENTOR Dan S. Honig

Inventor's signature _Dan S. Honig_

Date _June 7, 1990_

Country of Citizenship United States

Residence 12 Conrad Road, New Canaan, CT 06840    CT

Post Office Address Same

Full name of SECOND JOINT INVENTOR, if any Elieth Harris    402 ⁰⁰

Inventor's signature _Elieth Harris_

Date _June 7, 1990_

Country of Citizenship Antigua

Residence 484 Colorado Avenue, Bridgeport, CT 06605    CT

Post Office Address Same

Full name of THIRD JOINT INVENTOR, if any _____

Inventor's signature _____

Date _____

Country of Citizenship _____

Residence _____

Post Office Address _____

CIBA 000664

U/ 536382

NEW APPLICATION (Original)                          Docket No. 31,043
[REV. Apr89/HB4-1]                                                   PATENT

Commissioner of Patents and Trademarks
Washington, D.C. 20231

MAIL ROOM
JUN 11 1990
PAT. & TRADEMARK

## NEW APPLICATION TRANSMITTAL

Transmitted herewith for filing is the patent application of
the following inventor(s): Dan S. Honig____, Elieth Harris __,
_____; For: Charged Organic Polymer Microbeads
In Paper-Making Process                                              .

This new filing is for an ORIGINAL application.

1.  Papers enclosed which are required for filing date under 35
    CFR 1.53(b):

    [ X ] _56_ Pages of specification
    [ X ] _4_ Pages of claims
    [ X ] _1_ Pages of abstract
    [   ] ____ Sheets of drawing
                    [   ] Formal
                    [   ] Informal (in triplicate)

2.  Additional papers enclosed

    [   ] Information Disclosure Statement
    [   ] Form PTO-1449
    [   ] Citations
    [   ] Declaration of Biological Deposit
    [   ] Other: _____

---

CERTIFICATION UNDER 37 CFR 1.10
    I hereby certify that this New Application Transmittal and the
documents referred to as enclosed therein are being deposited with
the United States Postal Service on this date _____
in an envelope as "Express Mail Post Office to Addressee" Mailing
Label Number _____ addressed to the: Commissioner of
Patents and Trademarks, Washington, D.C 20231.

                        _____
                        (name of person mailing paper)

                        _____
                        (Signature of person mailing paper)

---

CIBA 000665

NEW APPLICATION (Original)   -2-
[REV.4Apr89/HB4-1]

3.   Declaration
     [ X ] Enclosed and executed by all inventor(s)
     [   ] Not enclosed or not executed by all inventor(s)

4.   Assignment
     [   ] An assignment of the invention to:
               American Cyanamid Company
               1937 West Main Street
               P.O. Box 60
               Stamford, CT 06904-0060
          [   ] is attached.
          [   ] will follow.

5.   Fee Calculation

| CLAIMS AS FILED | | | | |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| FOR | NUMBER FILED | NUMBER EXTRA | RATE | BASIC FEE ($370.00) |
| TOTAL CLAIMS | 42 - 20 = | | X $12.00 | 264.00 |
| INDEP. CLAIMS | 2 - 3 = | | X $36.00 | |
| MULTIPLE DEPENDENCY FEE | | | $ 120.00 | |
| RECORDING OF ASSIGNMENT | | | $   8.00 | 8.00 |
| | | | TOTAL FILING FEE | $642.00 |

6.   Fee Payment being made at this time
     [ X ] filing fee                    $  634.00
     [ X ] recording assignment          $    8.00
                           TOTAL  $  642.00

7.   Method of Payment of Fees:
     Charge Deposit Account No. 01-1300 in the amount of
     $642.00  .
     A duplicate of this transmittal is attached.

8.   Instructions as to Overpayment:
     Credit any overpayment to Deposit Account No. 01-1300.

CIBA 000666



NEW APPLICATION (Original)    -3-
[REV.4Apr89/HB4-1]

9.   Authorization to Charge Additional Fees

[ X ] The Commissioner is hereby authorized to charge the
following additional fees by this paper and during the
entire pendency of this application to Deposit Account
No. 01-1300:

[ X ] 37 CFR 1.16(a),(f),or (g) filing fees
[ X ] 37 CFR 1.16(b),(c), and (d) presentation of
extra claims
[   ] 37 CFR 1.16(e) surcharge for filing the basic
filing fee and/or declaration on a date later
than the filing date of the application
[   ] 37 CFR 1.17 application processing fees

_Frank M. Van Riet_
(Signature of Attorney)

Reg. No. 19933                    Frank M. Van Riet
(Type name of Attorney)

Tel. No. (203) 321-2614          American Cyanamid Company
1937 West Main Street
P.O. Box 60
Stamford, CT 06904-0060

CIBA 000667

RECEIVED

1990 OCT 25 Docket No: 31,043
GROUP 133

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:
DAN S. HONIG
ELIETH HARRIS

Serial No: 07/536,382          Group Art Unit:  133
Filed    June 11, 1990
For:  CHARGED ORGANIC POLYMER          Examiner:
      MICORBEADS IN PAPER-
      MAKING PROCESS

Commissioner of Patent
 and Trademarks

Washington, D.C.  20231          Date:  October 17, 1990

EXPRESS ABANDONMENT

Sir:

      Applicants  expressly  abandon  the  above-identified
application in favor of Continuation-In-Part application filed as
Serial No. 07/540,667 on June 18, 1990.

                              Respectfully submitted,

                              Attorney for Applicants
                              Frank M. Van Riet
                              Registration# 19933

1937 West Main Street
P.O. Box 60
Stamford, CT  06904-0060
Telephone (203) 321-2614

cc/
AM-31043

CIBA 000668



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/536,332 | 06/11/90 | HONIG | D  31-043 |

|  | EXAMINER |
|---|---|
|  | CHIN,P |
| ART UNIT | PAPER NUMBER |
| 133 | 3 |

FRANK M. VAN RIET
C/O AMERICAN CYANAMID COMPANY
1937 W. MAIN ST.
STAMFORD, CT 06904-0060

DATE MAILED:
11/15/90

## NOTICE OF ABANDONMENT

This application is abandoned in view of:

1. ☐ Applicant's failure to respond to the Office letter, mailed _____ .

2. ☒ Applicant's letter of express abandonment which is in compliance with 37 C.F.R. 1.138.
   *11-22-90*

3. ☐ Applicant's failure to timely file the response received _____ within the period set in the Office letter.

4. ☐ Applicant's failure to pay the required issue fee within the statutory period of 3 months from the mailing date of _____ of the Notice of Allowance.

   ☐ The issue fee was received on _____ .

   ☐ The issue fee has not been received in Allowed Files Branch as of _____ .

   In accordance with 35 U.S.C. 151, and under the provisions of 37 C.F.R. 1.316(b), applicant(s) may petition the Commissioner to accept the delayed payment of the issue fee if the delay in payment was unavoidable. The petition must be accompanied by the issue fee, unless it has been previously submitted, in the amount specified by 37 C.F.R. 1.17 (f), and a verified showing as to the causes of the delay.

   If applicant(s) never received the Notice of Allowance, a petition for a new Notice of Allowance and withdrawal of the holding of abandonment may be appropriate in view of Delger Inc. v. Schuyler, 172 U.S.P.Q. 513.

5. ☐ Applicant's failure to timely correct the drawings and/or submit new or substitute formal drawings by _____ as required in the last Office action.
   ☐ The corrected and/or substitute drawings were received on _____ .

6. ☐ The reason(s) below.

RICHARD V. FISHER
SUPERVISORY PATENT EXAMINER
ART UNIT 135 137

11-9-90

PTO-1432 (REV 9-83)

CIBA 000669

$\frac{h}{\text{paper number}}$

### REQUEST FOR ACCESS

Date: _4-22-96_

Serial Number: _536,382_

Filing Date: _6-11-90_

Applicants: _Honig_

Sir.

Request is hereby respectfully made for access to the file history of the following

abandoned application referred to in U.S. patent number _5274055_ or printed

application number _____.

Respectfully submitted:

_Chris Bennett_

---
OFFICIAL USE ONLY
---

PROCESSED BY

APR 22 1996

FIU

FILE INFORMATION UNIT

CIBA 000670