EXHIBIT 10

# United States Patent [19]

## Farrar et al.

[11] Patent Number: 4,759,856

[45] Date of Patent: Jul. 26, 1988

[54] FLOCCULATION PROCESSES

[75] Inventors: David Farrar; John R. Field; Peter Flesher, all of West Yorkshire; Tony Whittaker, South Yorkshire, all of England

[73] Assignee: Allied Colloids, Ltd., England

[21] Appl. No.: 855,519

[22] Filed: Apr. 23, 1986

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 728,782, Apr. 30, 1985.

[30] Foreign Application Priority Data

| | | | |
|---|---|---|---|
| Apr. 30, 1984 | [GB] | United Kingdom | 8410971 |
| Apr. 25, 1985 | [GB] | United Kingdom | 8510496 |
| Oct. 29, 1985 | [GB] | United Kingdom | 8526624 |

[51] Int. Cl.⁴ ............................................ C02F 1/56

[52] U.S. Cl. .......................... 210/734; 210/732; 210/738; 523/322; 524/922

[58] Field of Search .......... 210/725, 727, 728, 730, 210/732–736, 738; 523/319, 322, 323; 524/922; 525/326.1, 329.4

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,235,490 | 2/1966 | Goren | 210/734 |
| 3,380,947 | 4/1968 | Galgoczi et al. | 523/323 |
| 3,488,720 | 1/1970 | Nagy et al. | 210/734 |
| 3,536,646 | 10/1970 | Hatch et al. | 523/322 |
| 3,624,019 | 11/1971 | Anderson et al. | 210/734 |
| 3,719,748 | 3/1973 | Manfroy et al. | 210/734 |
| 3,917,529 | 11/1975 | Madole et al. | 210/738 |
| 3,968,037 | 7/1976 | Morgan et al. | 210/734 |
| 3,977,971 | 8/1976 | Quinn et al. | 210/738 |
| 4,051,065 | 9/1977 | Venema | 422/261 |
| 4,113,688 | 9/1978 | Pearson | 524/922 |
| 4,172,066 | 10/1979 | Zweigle et al. | 525/329.4 |
| 4,382,864 | 5/1983 | Hashimoto et al. | 210/730 |
| 4,529,794 | 7/1985 | Sortwell et al. | 528/499 |

Primary Examiner—Peter Hruskoci
Attorney, Agent, or Firm—Ostrolenk, Faber, Gerb & Soffen

[57]    ABSTRACT

A cross linked high molecular weight polymer formed from a water soluble monomer or blend of monomers and which has IV and/or solubility and/or rheology properties indicating that it would be unsuitable for use as a flocculant can be used as a flocculant after shearing the polymeric material. The shearing may be applied to the polymeric material before addition to the suspension that is to be flocculated or can be applied to the suspension that is being flocculated. The shearing increases the intrinsic viscosity of the polymeric material and can improve its rheology and solubility. The polymeric material must be of high molecular weight.

23 Claims, 4 Drawing Sheets





CIBA 000238



Fig. 2A.



Fig. 2B.

Case 1:04-cv-00293-KAJ     Document 301-3     Filed 01/06/2006     Page 4 of 73

CIBA 000239



Fig. 3A.

Fig. 3B.

CIBA 000240



Fig.4A.

Fig.4B.

CIBA 000241

4,759,856

1

## FLOCCULATION PROCESSES

This application is a continuation-in-part of application Ser. No. 728,782 filed Apr. 30, 1985.

When synthetic polymers of water soluble monomers or monomer blends were first introduced as flocculants, in the early to mid-1950's, maximum molecular weights were relatively low compared to the present day. The initial polymers typically had molecular weights well below 500,000 and thus were of a value comparable to the molecular weight now associated with coagulants, rather than high molecular weight flocculants. These low molecular weights were probably caused by the presence of chain transfer agents and other impurities in the monomer or polymerisation mixture.

It was recognised that the polymers had to be in solution and if the polymers were not, despite their low molecular weight, spontaneously soluble in water (for instance due to excessive cross linking) it was appreciated to be necessary to homogenise them so as to put them into solution. For instance Miller described in U.S. Pat. No. 3,021,269 ultrasonic degradation of a highly cross linked insoluble polymer gel "having almost infinite molecular weight" to render it water soluble as a result of severing the polymeric structure. The end products were always of relatively low molecular weight and the highest quoted molecular weight for the end product is 630,000 and the highest intrinsic viscosity (IV) 2.54 dl/g.

Similarly, Goren described in a 1954 patent application (published as U.S. Pat. No. 3,235,490) dispersing various polymer gels into water using a Waring Blendor. Many of the gels were cross linked spontaneously or by the addition of cross linking agent and the cross linking appears to have caused the formation of some wholly insoluble, non-swellable, polymer that settled out of solution. Solutions of the polymers were also subjected to homogenisation in a hand homogeniser and it was observed that the effect on agglomeration performance of this homogenisation is drastic, with most of the products being useless after homogenisation. Again, all the polymers were of very low molecular weight as is indicated by the fact that the highest specific viscosity (measured by a capillary flow viscometer at 34° C. on a 0.5% solution in deionised water) is quoted as 0.77. This compares to values of well over 100, and usually over 1000, for modern high molecular weight flocculants.

Some polymers having molecular weights typical of those described by Miller and Goren can be used as coagulants, for instance for coagulating very fine suspended solids, e.g., for clearing turbidity or removing colour from aqueous solutions. For instance typical modern polymer coagulants have a molecular weight of up to about 500,000. Typical polymer coagulants may be formed by reaction of epichlorhydrin with dimethylamine. Since the resultant linear product may have extremely low molecular weight, it is known to include ethylene diamine in order to increase molecular weight by cross linking without rendering the polymer insoluble.

Goren postulated that agglomeration involved electrostatic attraction followed by a sweeping action of a filamentary network of the cross linked polymer. This mechanism has come to be recognised as the classical mechanism of coagulating turbidity and colour, namely very fine suspended solids. Goren made his polymer by bulk polymerisation followed by comminution and

2

showed that his aqueous compositions tended to be non-homogeneous, in that there was a tendency for insoluble polymer to precipitate from the solution. Goren warned against cross linking too much and indicated that the optimum was the level at which the polymer is still readily dispersible in water. Since Goren was postulating a sweeping action by filamentary molecular networks this indicates that his dispersibility had to be on a molecular scale, i.e., true solution. Goren warned that the agglomerating effect of the polymer can be destroyed by homogenising it (column 13 line 74).

In contrast to these low molecular weight polymer coagulants, modern flocculants (for flocculating suspended solids such as sewage) are linear polymers of very high molecular weight. Most have an intrinsic viscosity above 4 and often above 10. The polymers have to be linear since cross linking renders them ineffective and often insoluble, although trivial amounts of cross linking may exist without detracting from the polymer properties (see for instance U.S. Pat. No. 3,557,061 column 3 line 35).

Whether or not a high molecular weight polymer is suitable for use as a flocculant is determined in part by observing the rheology of aqueous compositions of the polymer. Satisfactory polymers give a "long" or "stringy" rheology. This is recognised in the art and can be demonstrated in that when a 1% stable homogeneous composition of the polymer in deionised water is formed by conventional techniques, such as by stirring using a slowly rotating stirrer followed by ageing, and a glass rod is manually pulled endwise out of the solution the rod draws a long thread of composition with it. The thread is generally at least 5 cm long and the polymer can then be described as having a rheology of 5 cm. Often the rheology is above 10 cm. If, in contrast to this, the polymer gives a "short" or "granular" rheology (i.e., in the above test the rod pulls substantially no thread, for instance below 5 cm and often below 2 cm, of composition) the polymer will be rejected and will not be used as a flocculant. Experience has shown that polymers giving this short rheology are unsatisfactory in conventional flocculation processes since it indicates a high degree of cross-linking and/or a low molecular weight. The short polymers can also be characterised as non-film forming, in that when an aqueous composition is dried it does not form a film.

Similarly, the polymer is rejected if it has a large particle size and is cross linked sufficient to ensure that insoluble solid polymer does not go into stable suspension in the aqueous composition.

The stable homogeneous composition is stable in the sense that the polymer is in full equilibrium with the water, i.e., it has reached its ultimate degree of solution or swelling, for instance as a result of ageing for two hours or more. It is homogeneous in the sense that the polymer remains uniformly dispersed throughout the composition (usually in the total absence of dispersing agent although minor amounts may be present as a result of the manufacture of the polymer) with no tendency for material to precipitate from the composition on standing for a few days.

The unsuitability as flocculants of short rheology polymers (as defined above) and of polymers that do not go into stable suspension or solution are well understood in the art. Very high molecular weight, linear, truly dissolved, polymers are preferred.

Certain high molecular weight polymers, for instance polymers of Mannich bases, have a tendency to cross

CIBA 000242

4,759,856

3

link spontaneously and acquire a rather short or very short rheology or become totally insoluble. It frequently happens that high molecular weight polymers are produced which have rheology that is shorter than is desirable. Polymers of very short rheology (below 2 cm), or that are insoluble, are rejected. Polymers with longer, but still rather poor, rheology may be used under the same conditions as if they had the desired long rheology but this leads to poor performance properties.

Polymers for use as flocculants are often supplied as powders or as dispersions in water-immiscible liquid and these polymers are converted to an aqueous solution by adding the powder or dispersion to water with initial agitation to promote distribution throughout the water, and then leaving the mixture to age for, for instance, an hour or more. During the ageing process low levels of agitation may be applied.

The need to avoid shearing the polymer is well established and is described in, for instance, Katzer U.S. Pat. No. 3,468,322. In EP 0102759, high shear is applied but it is said to be essential that it is applied for only a very short time (much less than 1 second) and so the shear does not have any effect on the structure of the polymer.

Flocculant polymer may alternatively be supplied as a concentrated solution, in which event it may be diluted to form the desired dilute solution by stirring with water, again using low levels of agitation.

Once the polymer has reached equilibrium with the water is it accepted that it must not be subjected to vigorous agitation, since it has been believed that this will damage the properties of the solution.

Many flocculation processes involve little or no agitation during the flocculation. For instance the flocculant solution may be added with gentle stirring to the suspension that is to be flocculated and the mix then allowed to stand. If flocculation is one step of a multistage process including steps which involve vigorous agitation, it is normal to add the flocculant after these earlier agitation steps, so as to avoid damaging the floc. For instance when the polymer is being used as a retention or dewatering aid in the production of paper the flocculant solution is generally added to the stock immediately prior to the screen through which the pulp is dewatered by drainage. In some dewatering processes, such as centrifugal dewatering, shear is inevitably applied during the dewatering stage but extra agitation or shear before dewatering is avoided.

It is therefore well established in the art of high molecular weight flocculant polymers that shear should not be applied to the polymers or flocs that are formed. If it is found that a polymer does not dissolve spontaneously into water by conventional techniques, for instance involving gentle stirring, then conventional practice is to reject the polymer as unsuitable for use as a flocculant. For instance, no attempt is ever made to modify the rheology of the polymer. If after reaching equilibrium with the water the solution of the polymer is shorter than normal, then either the polymer is used in that state or, if the rheology is too short, the polymer is rejected.

In our European patent application No. 85302925.4 (not published at the priority date of this application), we describe the surprising discovery that improved flocculation performance can be obtained from a solution of a polymeric flocculant if that solution is subjected to shear before use. We explain that the shear

4

may result in reduction of the range of molecular weights within the solution and/or reduction in the intrinsic viscosity of the polymer within the solution and/or an increase in the measured ionicity of the polymer in the solution. Thus the shear could, and frequently did, result in reduction in intrinsic viscosity (and therefore of molecular weight) but the performance properties are improved because of other changes, notably a reduction in the range of molecular weights within the solution. This reduction in intrinsic viscosity is consistent with accepted thinking that the application of shear to a high molecular weight polymer will reduce molecular weight and intrinsic viscosity, for instance by breaking the linear chains.

It would be desirable to be able to improve the performance properties of polymers that have been accidentally or deliberately cross linked to a short rheology and/or to an intrinsic viscosity that is lower than is desired.

When using linear polymers having long rheology, the resultant flocs tend to be unstable to shear and/or performance is very dose sensitive. It would be desirable to be able to obtain flocs of higher shear resistance, especially by a process that is not so sensitive to dosage.

A flocculation process according to the invention is one in which a polymeric material is added to water to form an aqueous composition and is used to flocculate the suspended solids of an aqueous suspension, the polymeric material is a high molecular weight polymeric material formed from a water soluble monomer or blend of monomers, and the polymeric material is subjected to shear and the process is characterised in that the shearing is applied before or during flocculation and the polymeric material comprises cross linked water swellable polymer that can be sheared to an intrinsic viscosity of at least 4 dl/g and the aqueous composition of the polymeric material (a) is or can be a stable homogeneous composition and the shearing causes an increase in intrinsic viscosity of at least 1 dl/g and/or (b) includes non-dispersible, insoluble, polymer and the shearing converts it to a stable homogeneous aqueous composition.

The invention is based on the surprising discovery that it is easily possible to shear very high molecular weight cross linked polymer formed from water soluble monomer or monomer blend without reducing intrinsic viscosity and producing a low molecular weight product. Indeed IV can easily be increased by at least 1 dl/g and often more. This is directly contrary to the teachings of Miller and Goren who both had polymers in which the chain length was too short. In the invention, the chain length must be such that IV either is above 4 dl/g after the shearing or can be raised to above 4 dl/g by further shearing.

The process can involve converting a wholly insoluble polymer, that will not form a stable homogeneous aqueous composition on gentle stirring and ageing (because of excessive cross linking) and that is therefore non-dispersible in water, into a stable homogeneous aqueous composition. The IV of the insoluble polymer cannot be measured but the shearing generally results in a final IV of above 4 and/or results in IV increasing by at least 1 dl/g after the polymer is put into a stable homogeneous aqueous composition and before shearing is terminated.

Preferably the process of the invention involves shearing an aqueous stable homogeneous composition to cause an increase of at least 1 dl/g in IV. The compo-

CIBA 000243

4,759,856

5

sition may be formed by shearing insoluble polymer as discussed above or may be formed by shearing an aqueous composition that is not a stable homogeneous composition (for instance because it has not aged sufficiently) even though the polymer can form such a composition upon ageing and/or gentle stirring.

The polymeric material that is used to form the composition includes cross linked polymeric material that will swell in water and may also include polymeric material that is soluble in water, for instance being a blend of soluble polymer with swellable, insoluble, polymer. Any soluble material is generally present in a minor amount (below 50%) and often below 20% of total polymer.

In the process of the invention the polymeric material is generally such that if it is put in the form of a stable aqueous homogeneous composition of a concentration of 1% by weight in deionised water then this composition will generally have a rheology of below 2 cm and generally below 1 cm, i.e., it will be very short, and will usually be non-film forming.

A dried coating of the aqueous composition before the shearing will generally, and may consist substantially only of, discrete polymer particles.

After the shearings the polymer will usually have long (above 5 and usually above 10 cm) rheology and may be wholly soluble in water and may be wholly film forming.

During the process of the invention the polymeric material is subjected to shearing, preferably before flocculation. The final intrinsic viscosity can vary widely from, for instance, 2 up to 6, 10 or much higher. The polymeric material can, before the shearing, have IV above 4, in which event the shearing will cause IV to rise to a higher value above 4, or it can have an IV below 4 and the final IV typically is above 6. Even if the shearing does not result in the polymeric material having a final IV of above 4, the polymeric material must be such that shearing the polymeric material can increase IV to a value above 4. For instance even though the process may convert an insoluble polymer to a swellable polymer of IV 3 or may cause the IV of a swellable polymer to increase from, for instance, 2 to 3.5, the polymeric material must be such that further shearing could have lifted the IV to above 4.

The process of the invention can give very good flocculation performance even though the IV of the polymeric material and/or the rheology of the initial polymeric material (1% composition below 2 cm) and-/or the solubility is such that the polymeric material would previously have been rejected as useless. It seems probable that the shearing is breaking cross links, so as to increase the proportion of soluble polymer, without significantly breaking chain lengths, and that the increase in IV follows from this increased proportion of truly soluble polymer.

Throughout this specification IV is measured at 25° C. in 3M NaCl according to the method described in Encyclopedia of Polymer Science and Technology, Editors Mark and Gaylord, published John Wiley & Sons, 1971, Volume 14, pages 717 to 740. If it is necessary, but difficult, to measure IV in a sheared flocculated suspension then the IV that is considered is the IV determined after subjecting the polymer to the same shearing conditions as the suspension (e.g., the same centrifuge at the same rotational velocity) at the same concentration as in the suspension but in the absence of suspended or flocculated solids.

6

One principal advantage of the invention therefore is that it permits the conversion of a cross linked polymer that would normally have been rejected or that would have been expected to have given poor flocculation properties to a form in which it will give very good flocculation properties. These properties are generally at least as good as the properties of a comparable polymer having the same final rheology and IV but which had been made by dissolving a truly linear polymer instead of a cross linked polymer followed by shearing. The process of the invention thus permits use of compositions that have been spontaneously or accidentally cross linked to a state at which they would previously have been considered unsatisfactory.

It is usually preferred for the intrinsic viscosity of the polymeric material to be increased by subjecting an aqueous composition of the polymeric material to the shear and then adding this aqueous composition to the suspension.

The shear may be applied by subjecting the composition to the effect of fast moving blades, for instance blades having a velocity of at least 500 meters per minute, typically 750 to 5,000 meters per minute. If the blades rotate, then these velocities are the peripheral velocities of the blades. It is particularly preferred to use blades that rotate at high speed, generally above 2,000 rpm preferably 3,000 to 20,000 rpm. Suitable apparatus for this is the Waring Blendor or apparatus similar to large scale versions of kitchen blenders such as the Moulinex, Kenwood, Hamilton Beach, Iona or Osterizer blenders.

Another suitable method of applying shear is by forcing the composition by impellers through a screen, for instance as in a Silverson mixer or other mixer having a similar method of operation. For instance, there may be an impeller 4 to 10 cm in diameter rotating at 1500 to 6000 rpm to force the solution under high shear through a screen. Preferably a Silverson 120L mixer is used and has a square hole high shear screen and an impellor of 6.8 cm diameter rotating at 3000 rpm.

True homogenisers, in which a liquid is forced through a very small gap while subjected to a very fast chopping action, may apply too much shear and may result in substantial reduction of IV. Similarly if shear is applied for too long, it may eventually cause a decrease in IV. The shear must be such that the IV is increased by the process, generally to a value above 4.

The duration of the application of shear will depend upon the amount of shear that is being applied and methods that apply lower amounts of shear will require longer durations of shear in order to raise IV and/or convert the rheology to the desired long rheology.

The aqueous composition is generally made by mixing dry or aqueous gel particles of the polymer with water. These particles may be dry gel particles formed by gel polymerisation followed by comminution and drying and may have particle sizes up to, for instance, 3 mm, preferably not more than 1200 microns, and compositions of these should preferably be sheared before use in order to form a true solution. Preferably however the particles have a dry particle size of below 10 μm, preferably below 2 μm and have been made by reverse phase polymerization or emulsion polymerisation. Emulsion polymerisation is suitable for monomers, such as certain amino monomers, which are soluble only in acidic water. These fine particles may be introduced suspended in the liquid medium in which they are made and may then be dry or aqueous gel particles or they

CIBA 000244

4,759,856

7

may be dry powder, preferably agglomerated into pellets to reduce dusting.

The shear can be applied while the particles of the short rheology polymeric material are still dissolving (i.e., going into equilibrium with) dilution water and so the formation of the composition and the conversion of the rheology may be conducted simultaneously. Preferably however the shear is applied to a preformed stable homogeneous composition (as defined above), i.e., after the short rheology polymeric material has gone into equilibrium with the water. Typically this requires an ageing period of at least 30 minutes, often 1 to 5 hours and most usually about 2 hours. During ageing, the composition may be static or may be subjected to agitation, often gentle stirring.

The amount of polymeric material in the solution is generally below 3% by weight as otherwise the viscosity of the solution may be unacceptably high, at least at the end of the shearing.

If the composition is more concentrated than is desired for addition to the aqueous suspension, it may be diluted after shearing.

The sheared composition is generally added to the aqueous suspension in amounts and by techniques that are conventional for linear high molecular weight flocculants and the flocculation process may be conducted in conventional manner. Generally there is little or no agitation of the suspension during the addition of the polymer and during flocculation, as is conventional. The flocculated solids are generally removed by dewatering. Dewatering can be effected under shear, for instance on a centrifuge, filter press or belt press but it is often preferred for the suspension to be dewatered substantially without shear. For instance dewatering may be by sedimentation or by filtration, for instance under vacuum or low pressure. Dewatering substantially without shear is of particular value when substantially all the shear is applied before adding the polymeric material to the suspension and the polymeric material, when added to the suspension, has IV above 6. If the sheared polymer still has significant cross linking at the time when it is added to the suspension (e.g., absolute ionic regain, defined below, above 20% or 30%), the flocculation is preferably conducted under shear, as described in more detail below, but this shear need not cause a further rise in IV.

The aqueous medium that is sheared can be the suspension that is to be flocculated. Thus instead of or in addition to increasing IV by shearing the composition before addition to the suspension, it is also possible to apply some or all of the shear, that is required to increase IV, to the suspension after addition of the polymeric material. In general, when the polymeric material that is added to the suspension still contains a substantial degree of cross linking it is desirable to subject the suspension to shear after addition of the polymeric material. For instance when the polymeric material has rather low IV, typically IV below 4, at the time of addition to the suspension it is generally desirable to shear the suspension and this shearing preferably is sufficient to increase IV to above 6.

Accordingly, in the invention some or, less preferably, all of the shear necessary to achieve the desired rheology and/or IV can be applied after addition to the suspension. Thus a composition of cross linked polymer having short rheology can be formed by stirring in conventional manner (e.g., as described above), but without the application of significant shear, and this

8

composition can then be added to the suspension and the suspension can then be subjected to shear sufficient to convert the polymer to the desired rheology and/or the desired IV.

Shear that is applied to a suspension to which the cross linked polymeric material has been added, either with or without prior shearing, can be applied by apparatus such as is used for applying shear to the polymer composition or can be applied as part of the flocculation process. For instance the suspension containing the added polymer may be passed through a high speed mixer, for instance in line to the final dewatering step. For instance in the production of paper and board the cross linked polymer may be added at an early stage in the pulp flow line so that the act of pumping the flocculated dispersion along the flow line towards the drainage or other dewatering stage involves the application of shear to the flocculated pulp. Alternatively, the suspension may be sheared in line as it approaches a centrifuge, filter press or belt press or other dewatering stage.

The shear may be applied during a dewatering process that is conducted under shear, preferably a centrifugal dewatering stage but alternatively a filter press or belt press dewatering stage.

The shear may also be applied solely or partly by prolonged agitation of the flocculated suspension, for instance as the suspension is transported along a pipe or held in a reaction vessel. For instance the suspension can be a flocculated catalyst, for instance it can be a copper catalyst in an acrylonitrile hydrolysis reaction medium for the production of acrylamide.

Processes in which shear is applied to the suspension after adding cross linked polymer can have certain process advantages. The flocs tend to have higher floc strength than is normally obtainable with truly linear flocculants and so can be sheared to a smaller, stable, size substantially without redispersion of the solids. The flocs tend to be larger than with conventional linear flocculants. The optimum dose can best be determined by ascertaining the dose that gives largest floc size and using this dose ±50%, preferably ±20%.

Although higher dosages of the polymer are generally required, the risk of overdosing the suspension is generally reduced as the suspension is more tolerant of a wide range of doses. Similarly, satisfactory results can be achieved even if the quality of the suspension changes, for instance due to variable metal content.

Particular processes in which a cross linked polymer is added to a suspension to cause flocculation and the suspension containing the polymer is subjected to shear are described in our application Ser. No. 855,509 filed even date herewith.

Various methods of measuring the ionicity of a polymer are known. When the polymer is cationic, an anionic test reagent is normally used and when the polymer is anionic, a cationic reagent is normally used. For instance the ionicity of a cationic polymer can be determined by the method described in BP No. 1,579,007 or can be measured by Colloid Titration as described by Koch-Light Laboratories Limited in their publication 4/77KLCD-1. If the polymer has a measurable ionicity value, the shearing that is applied to the polymer is preferably such that the ionicity of the polymer undergoes a regain of at least 15%, preferably at least 30% and usually at least 50% as a result of the shearing. The regain is calculated as $(X-Y)/X \times 100$ where $X$ is the ionicity after the shearing that is conducted in the pro-

CIBA 000245

9

cess of the invention and Y is the ionicity of the uns-heared polymer.

If the polymer has measurable ionicity when applying a standard, constant, shear, the absolute ionic regain (IR) calculated on the same formula (except that X is the ionicity after shearing to a substantially constant ionicity) can be determined. Preferably the polymer has, before shear, an absolute IR value of at least 40% and usually above 60%. After the shearing of the invention, it preferably has an absolute IR value below 10% if flocculation is to be performed without shear but may have a selected higher value, e.g., 25 to 70%, if flocculation is to be performed with shear.

The absolute IR value is determined by forming a 1% solution of the polymer in deionised water, allowing this to age for 2 hours and then further diluting it to 0.1% active polymer. The ionicity of the polymer before shearing Y is measured and the ionicity X is then determined by measuring ionicity by the same technique but after subjecting the solution to a standard degree of shear.

The shear for this test is best applied to 200 ml of the solution in a substantially cylindrical pot having a diameter of about 8 cm and provided in its base with rotatable blade above 6 cm in diameter, one arm of the blade pointing upwards by about 45 degrees and the other downwards by about 45 degrees. The blade is about 1 mm thick and is rotated at 16,500 rpm in the base of the pot for a prolonged period. These conditions are best provided by the use of a Moulinex homogeniser but other satisfactory conditions can be provided using kitchen blenders such as Kenwood, Hamilton Beach, Iona or Osterizer blenders or a Waring Blendor.

In practice, when determining the absolute value IR of the polymer that is to be sheared the precise conditions of shear are relatively unimportant since, provided the degree of shear is of the same order of magnitude as specified, it will be found that IR is not greatly affected by quite large changes in the amount, for instance the duration, of shear, whereas at lower amounts of shear (for instance 1 minute at 16,500 rpm) IR is greatly affected by small changes in shear. Conveniently therefore the value of X is determined at the time when, with a high speed blade, further shear provides little or no further change in ionicity. This generally required shearing for 10 minutes, but sometimes longer periods, e.g., up to 30 minutes with cooling, may be desired.

The polymers for which ionicity values are best determined are dialkylaminoalkyl (meth) acrylate polymers (including acid addition and quaternary ammonium salts copolymerised with 0–95% acrylamide or other non-ionic monomers) and so these are one preferred class of polymers for use in the invention.

The polymers may, in general, be formed from any suitable water soluble monomer or monomer blend. The monomers may be non-ionic but generally part at least of the monomer used for forming the polymer is ionic. The monomers are normally monoethylenically unsaturated monomers, sometimes allyl monomers but generally vinyl monomers. They are generally acrylic (including methacrylic) monomers.

Suitable non-ionic monomers are acrylamide, methacrylamide, N-vinylmethylacetamide or formamide, vinyl acetate, vinyl pyrrolidone, methyl methacrylate or other acrylic (or other ethylenically unsaturated) ester or other water insoluble vinyl monomers such as styrene or acrylonitrile.

10

Suitable anionic monomers are sodium acrylate, methacrylate, itaconate, 2-acrylamido 2-methyl propane sulphonate, sulphopropylacrylate or methacrylate or other water soluble forms of these or other polymerisable carboxylic or sulphonic acids. Sulphomethylated acrylamide, allyl sulphonate, or sodium vinyl sulphonate may be used.

Suitable cationic monomers are dialkylaminoalkyl acrylates and methacrylates, especially dialkylaminoethyl acrylate, and their quaternary or acid salts, and dialkylaminoalkyl acrylamides or methacrylamides and their quaternary or acid salts, for instance methacrylamido-propyl trimethyl ammonium chloride and Mannich products such as quaternised dialkylaminomethyl acrylamides. Alkyl groups are generally $C_{1-4}$ alkyl.

The monomers can contain hydrophobic groups, e.g., as described in EPO No. 172723A2 for instance on page 10. If the monomer is to impart insolubility to the polymer, the ethoxy chain should be short or absent, i.e., $n=0$. The allyl ether monomers are especially preferred.

Polymers made from pure monomers in the absence of cross linking agent will normally form polymers having a long rheology but if the monomers are contaminated with significant amounts of cross linking agent or if cross linking agent is added to the monomers or if the polymer is cross linked by, for instance, excessive heating during drying, such polymers may have a short rheology and are then suitable for use in the invention.

Cross linking may occur after polymerisation, for instance by reaction of two counterionic soluble polymers or by reaction with formaldehyde or a polyvalent metal compound. Often cross linking occurs during polymerisation due to the addition of cross linking agent, for instance to the polymerisation mixture. Added cross linking agents can include ionic cross linking agents such as polyvalent metal salts, formaldehyde, glyoxal or, preferably, covalent cross linking agents that will copolymerise with the monomers, preferably diethyleneically or polyethylenically unsaturated monomers of the type conventionally used for cross linking water soluble polymers, for instance methylene bis acrylamide or any of the other known acrylic cross linking agents. The amount of methylene bis acrylamide is generally below 100 ppm and equivalent amounts of other cross linking agents may be used.

The invention is of particular value when the polymer is a Mannich base polymer, preferably as the free base, thus being a dialkyl amino methyl (meth) acrylamide polymer. Mannich bases are notorious for spontaneously cross linking on storage for more than a few hours, especially when they are in relatively concentrated form, typically above 10 or 20% by weight polymer based on polymer plus water, or when they are dried to form a powder. For instance, an emulsion of gel particles of above 30% Mannich base with less than 70% water is usually considered unusable in conventional processes after one day's storage. Similarly, any attempt at removing all the water from the emulsion particles, or of making a dry polymer in some other way, generally renders the polymer unusable in conventional processes. By the invention, however, very effective flocculation performance can be achieved. The polymer can be sheared and then used in a low shear process or it can be used without prior treatment in a high shear flocculation process. The invention includes

CIBA 000246

4,759,856

**11**

these processes even if IV is not observed or not increased during the process, and when operated using other high IR polymers instead of Mannich polymers.

The Mannich base units in the polymer may be copolymerised with other monomers, for instance acrylamide or other non-ionic or ionic monomer, in any desired proportions. The invention is also valuably applied to other polymers that are particularly liable to spontaneous cross linking including sulphomethylated polyacrylamides and polymers including units selected from

(A) $CH_2=CR^1 CO.X.CH_2.CHOH.CH_2NR_2$
(B) $CH_2=CR^1.CO.NH.CH_2.CH_2OH$
(C) $CH_2=CR^1.CO.NH.CH_2.COOH$

wherein $R^1$ is hydrogen or methyl and each group $R_2$ is $C_{1-4}$ alkyl, usually methyl or ethyl and X is O or NH. Units of the formulae B and C are usually produced as glyoxal derivatives of polyacrylamides and so are usually copolymerised with acrylamide and optionally one or more other ethylenically unsaturated monomers. Polymers formed from units A are glycidyl derivatives of acrylamide or acrylic acid and are generally copolymerised with acrylamide and/or one or more other ethylenically unsaturated monomers. They are generally present as the quaternary ammonium salt formed with any suitable quaternising group such as methyl chloride or dimethyl sulphate.

The polymers may be made by any convenient polymerisation method including solution, gel, precipitation, emulsion or reverse phase polymerisation (either by emulsion or suspension kinetics).

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings are graphs of the results obtained in Example 3.

The following are some examples of the invention. In every instance, the polymer had a specific viscosity well above 100, with the un-cross linked polymers having specific viscosity above 1000. Every polymer, upon shearing to maximum IV, had IV above 4.

EXAMPLE 1

A range of copolymers of 42% w/w methyl chloride quaternised dimethylaminoethyl acrylate, 58% w/w acrylamide were prepared by gel polymerisation from substantially pure monomers and with various additions of methylene bisacrylamide (mba) as cross linker. They were then dried in air at a maximum temperature of about 40° C.

Each powdered product was dissolved in water with 2 hours mixing. Cationicity regain was measured applying standard shear, using the technique described above, and the sheared product had long rheology. The CST value was recorded at a dose of 60 g/m³ polymer on a digested primary activated sewage sludge after mixing the polymer for 25 seconds using a modified Triton stirrer timer type 131. CST was recorded for a 0.1% solution before any shearing and also for the 0.1% solution that had been subjected to the described standard shear. The results are shown in Table 1a.

TABLE 1a

| Product | Add MBA | Cationicity | | | Rheology | CST | |
|---|---|---|---|---|---|---|---|
| | | Before Shear | After Shear | Regain | Before Shear | Before Shear | After Shear |
| 1 | 0 ppm | 1.46 | 1.52 | 4.1 | long | 130 | 151 |
| 2 | 1 ppm | 1.29 | 1.48 | 13.2 | short | 226 | 169 |
| 3 | 2 ppm | 0.78 | 1.46 | 46.4 | short | 276 | 162 |
| 4 | 3 ppm | 0.48 | 1.43 | 66.4 | short | 341 | 166 |

**12**

TABLE 1a-continued

| Product | Add MBA | Cationicity | | | Rheology | CST | |
|---|---|---|---|---|---|---|---|
| | | Before Shear | After Shear | Regain | Before Shear | Before Shear | After Shear |
| 5 | 5 ppm | 0.42 | 1.45 | 71.2 | short | 449 | 163 |

From Table 1a, it will be apparent that products 4 and 5, having totally unsatisfactory rheology by normal standards give very poor CST values without shearing but all the products after shearing give similar CST values that are similar to the value of the long rheology in cross linked product 1 before shearing. The IV of the products before shear was measured (for the soluble component) on the filtrate of an aqueous composition of the polymer, and the IV of the product after standard shear was measured on the product obtained by shearing the entire starting product (including insoluble component). The results are shown in Table 1b.

TABLE 1b

| Product | MBA | IV before shear | IV after shear |
|---|---|---|---|
| 1 | 0 ppm | 12.8 | 5.3 |
| 2 | 1 ppm | 6.4 | 6.0 |
| 3 | 2 ppm | 3.4 | 5.9 |
| 4 | 3 ppm | 2.5 | 6.0 |
| 5 | 5 ppm | 1.8 | 5.8 |

This shows how standard shear reduces the IV of a truly soluble, linear polymer but increases the IV of the more cross linked polymers to about the same value.

EXAMPLE 2

A Mannich emulsion is made by mixing 133 parts of a dispersion of 53.2% active polyacrylamide in Pale Oil 150 containing emulsifier and dispersion stabiliser with 120 parts of Exsol (a trade mark of Exxon and indicating a D230/260 cut of an hydrocarbon oil), 10 parts of an amphipathic polymeric stabiliser, 75 parts of a 60% by weight dimethylamine solution, 75 parts of a 40% by weight formaldehyde solution together with 12 parts of emulsifier. The addition is conducted with vigorous stirring and reaction is left to go to equilibrium. The product is a 30% active emulsion of polyacrylamide Mannich free base dispersed in oil.

This emulsion was tested on day 1, its day of manufacture, and on sequential days thereafter. The tests consisted of using the emulsion to make a 1% solution. Part of the solution was used for CST tests on digested sewage sludge pH 6 and part was subjected to 10 minutes shear in an Iona blender, approximating to the standard shear conditions measured above.

Both the day 1 Mannich samples and all the sheared samples had rheology above 5 cm but the remaining unsheared Mannich samples had rheology below 2 cm.

The CST values were recorded at various dosages and mixing conditions and the average CST was calculated.

The commercial material Zetag 94 was used as a standard. "Zetag" is a trade mark of the Allied Colloids, Ltd. It had constant rheology, above 5 cm, throughout the experiment.

The CST results are given in Table 2a. Low values are preferred. The IV values before and after shearing and the IR values are given in Table 2b.

CIBA 000247

4,759,856

13

#### TABLE 2a

| Product | Day 1 | Day 2 | Day 3 | Day 4 | Day 5 |
|---|---|---|---|---|---|
| Mannich (A) | 61 | 173 | 303 | 404 | 592 |
| Sheared Mannich (B) | 59 | 41 | 53 | 111 | 191 |
| Zetag 94 (C) | 67 | 51 | 61 | 71 | 77 |

#### TABLE 2b

| | Day 1 | Day 2 | Day 3 | Day 4 | Day 5 |
|---|---|---|---|---|---|
| IV Product A | 10.1 | 4.1 | 2.3 | 1.9 | 1.4 |
| IV Product B | 10.5 | 9.0 | 6.1 | 4.3 | 3.2 |
| IR Product A | 12.3 | 59.9 | 62 | 57 | 43 |

It is apparent that the Mannich emulsion changes adversely with storage and that the short rheology polymers are unsatisfactory but that the described shearing, to give long rheology, greatly restores the properties.

#### EXAMPLE 3

To determine the effectiveness in a flocculation process that is conducted under shear, flocculation performance is determined by visual observation on a laboratory centrifuge consisting of a cylindrical solid bowl closed at its base and open at its top but with an inwardly extending lip around its periphery. The bowl runs at 2,000 rpm and is, at this speed, filled with water (400 ml). Sewage sludge to which flocculant polymer solution has previously been added in conventional manner is fed at constant rate into the bowl while it is spinning. Some of the solid is trapped in the bowl whilst the remainder passes out in the overflow, as the centrate. Since the flocculated suspension is accelerated, in a very short period of time, to 2,000 rpm this centrifugal system of dewatering applies very high shear to the flocculated suspension. Best results are those wherein there is maximum retention of solids in the bowl, with least suspended solids content in the centrate.

The emulsions before and after shear obtained in Example 2 were subjected to this test, at various dosages. The floc size at various dosages was estimated on a scale of 1 to 10, 1 being the largest and the suspended solids in the centrate were recorded, all at various dosages of flocculant. The results are shown in the accompanying drawings.

In the accompanying drawings:

FIGS. 1A, 2A, 3A and 4A are graphs showing the relationship between dose (grams per cubic meter) and floc size (assessed on a scale of 1 to 7 where 1 is the largest) for the test samples A, B, C on, respectively, Day 1, Day 2, Day 3 and Day 4.

FIGS. 1B, 2B, 3B and 4B are graphs showing the relationship between dose (grams per cubic meter) and suspended solids (mg/1) in the centrate from the centrifuge for the test samples A, B, C on, respectively, Day 1, Day 2, Day 3 and Day 4.

The unsheared Day 1 sample A is less dose-sensitive than the standard C but slightly less efficient. The sheared Day 2 sample B is less efficient. The unsheared Day 2 sample A is slightly more efficient than the standard C and is very dose tolerant. The unsheared Day 3 sample A gives greatly improved results compared to the standard C. The sheared sample B is slightly less effective than the standard C but very dose tolerant. The sheared and unsheared Day 4 samples A and B are both much more effective and dose tolerant than the standard C.

14

#### EXAMPLE 4

A range of anionic copolymers, having composition 40 wt% sodium acrylate, 60 wt% acrylamide, were prepared from monomer mix containing different amounts of methylene bis acrylamide, by reverse phase suspension polymerisation. The degree of cross linking incorporated into each copolymer increased in proportion to the amount of MBA in the monomer as indicated by depression of the intrinsic viscosity.

The above products were evaluated on coal fines in simulation of dewatering by belt filtration. This involved treating 400 cm³ portions of the coal fines with a solution of the flocculant followed by stirring for 120 seconds to apply shear and to induce flocculation. The stirring was by a Heidolph stirrer on setting 2 using a gate stirrer in a 600 cm³ beaker. The flocculated fines were then transferred to the belt press simulator and dewatered under the influence of pressure which was gradually increased to 1.6 bar. On completion of the dewatering cycle, the cake was removed for dry solids determination and calculation of the yield.

The MBA content, IV, results for cake solids and yield at the optimum dose established for each product are shown in Table 3.

#### TABLE 3

| Product | MBA content (ppm of polymer) | I.V. (dl/g) | Optimum Dose (mg/l) | Cake Solids (%) | Yield (%) |
|---|---|---|---|---|---|
| AA | 0 | 18.5 | 100 | 61.5 | 85.2 |
| BA | 2.71 | 14.3 | 150 | 60.0 | 85.8 |
| CA | 6.76 | 11.3 | 400 | 60.8 | 90.0 |
| DA | 13.53 | 6.6 | 500 | 57.8 | 86.6 |
| EA | 20.29 | 5.5 | 600 | 59.8 | 92.6 |
| FA | 27.06 | 2.7 | 800 | 59.8 | 92.4 |
| GA | 40.53 | 3.1 | 1200 | 58.6 | 93.7 |
| HA | 67.60 | — | 1600 | 59.1 | 89.4 |
| IA | 135.30 | — | 1600 | 59.7 | 84.9 |

It can be seen that as the degree of cross linking increases, the general trend is for improvement in yield. Products HA and IA demonstrate decreasing yield either because they are too cross linked to be effective or the optimum dose has not been attained.

#### EXAMPLE 5

An emulsion in oil of polymeric particles below 2 μm in size is made by reverse phase polymerisation of a blend of 40% acrylamide and 60% MeCl diethylaminoethyl acrylate and methylene bis acrylamide in an amount sufficient to raise IR from near zero to between 35 and 40.

The emulsion is added to water with stirring and allowed to age to provide a stable composition. The rheology is very short, below 1 cm.

The composition is then added at a polymer dose of about 6 kg/t total solids to an aqueous suspension that is flowing towards a commercial sewage dewatering centrifuge. The treated suspension is sheared in a Inline Mixer to reduce floc size without redispersing solids as discrete solids, and the sheared product is then dewatered in the centrifuge. The solids content of the centrate is typically below 0.2% (0% is ideal) and the degree of separation is above 98% (100% is ideal). When the process is repeated using un-cross linked polymer, the corresponding values are typically above 1% and below 75%.

CIBA 000248

4,759,856

15

## EXAMPLE 6

The copolymers of 58% acrylamide and 42% dimethylaminoethyl acrylate quaternised with methyl chloride (DMAEA MeCl) and 5 and 12.5 ppm methylene bis acrylamide were prepared by reverse phase polymerisation to give a particle size below 2 μm followed by azeotropic distillation. The specific viscosities of the two polymers at 0.5% concentration in water at 35° C. were 750 and 3000 respectively.

0.1% aqueous solutions of the products were sheared using a Silverson Mixer Mold number L2R. The intrinsic viscosity (dl/g) of the polymers were measured as the shearing progressed. The results are shown in Table 6.

### TABLE 6

| Time | IV 5 ppm MBA | IV 12.5 ppm MBA |
|---|---|---|
| 0 mins | 4.5 | 2.82 |
| 0.25 | 5.3 | 3.5 |
| 0.5 | 5.9 | 3.4 |
| 1.0 | 6.1 | 3.6 |
| 2.5 | 7.3 | 3.6 |
| 5.0 | 7.2 | 4.3 |
| 10.0 | — | 5.0 |

This clearly shows how IV increases as shearing proceeds.

## EXAMPLE 7

A copolymer was made as in Example 6 except that the amount of MBA was 30 ppm. IV was 2.8 and IR 55. The reverse phase dispersion was mixed with water and aged, to give a stable 0.1% composition. This was sheared in a Waring Blendor until IV was 5 dl/g and IR was 21. This was then used as an effective flocculant for sewage sludge at a dose of 120 g/m³

We claim:

1. A flocculation process for suspended solids in an aqueous suspension comprising, adding a polymeric material to water to form an aqueous composition, adding the aqueous composition to said aqueous suspension to flocculate the suspended solids of the suspension, wherein the polymeric material is subjected to shear in the aqueous composition before addition to the suspension or is subjected to shear during flocculation of the suspension and the polymeric material comprises cross linked water swellable polymer that is sheared to an intrinsic viscosity of at least 4 dl/g that is formed from a water soluble monomer or blend of water soluble monomers and the aqueous composition of the polymeric material is selected from (a) compositions that are a stable homogeneous composition and the shearing causes an increase in intrinsic viscosity of at least 1 dl/g, (b) compositions that will become a stable homogeneous composition upon ageing or stirring and the shearing causes an increase in intrinsic viscosity of at least 1 dl/g, and (c) compositions that include non-dispersible, insoluble, polymer and the shearing converts it to a stable homogeneous composition.

2. A process according to claim 1 which a 1% by weight stable aqueous homogeneous composition of the polymeric material has a rheology of below 2 cm before the shearing and a rheology of above 5 cm after the shearing.

3. A process according to claim 1 in which the aqueous composition is formed by adding to water the poly-

16

meric material in the form of dry or gel particles having a size below 10 microns.

4. A process according to claim 1 in which the polymeric material is insoluble in water, has a particle size below 3 mm and is subjected to shear to form a stable homogeneous aqueous composition that has intrinsic viscosity above 4 dl/g and that is then added to the suspension.

5. A process according to claim 1 in which the polymeric material is formed from one or more water soluble monoethylenically unsaturated monomers selected from non-ionic monomers, anionic monomers containing a carboxylic group or a sulphonic acid group and cationic monomers that are dialkylaminoalkyl(meth)acrylates or dialkylaminoalkyl(meth)acrylamides.

6. A process according to claim 1 in which the polymer is a Mannich base polymer.

7. A process according to claim 1 in which the polymeric material undergoes an ionicity regain (X−Y)/X×100 where X is the ionicity after the shearing and Y is the ionicity before the shearing) due to the shear of at least 30%.

8. A process for flocculating suspended solids in an aqueous suspension comprising, forming an aqueous composition of a crosslinked water swellable polymeric material which has an absolute ionicity regain value (X−Y)/X×100 (where X is the ionicity after shear to constant ionicity and Y is the ionicity before shear) and includes recurring units selected from Mannich base monomer, sulphomethylated acrylamide, $CH_2=CR^1.CO.X.CH_2.CHOH.CH_2NR_2$, $CH_2=CR^1.CO.NH.CH_2.CH_2OH$ and $CH_2=CR^1.CO.NH.CH_2.COOH$, wherein $R^1$ is hydrogen or methyl, each group $R^2$ is $C_{1-4}$ alkyl and X is O or NH, shearing said aqueous composition to an intrinsic viscosity of at least 4 dl/g, wherein said shearing causes an increase in said intrinsic viscosity of at least 1 dl/g, adding a flocculating amount of said aqueous composition to said aqueous suspension and dewatering the resultant flocculated suspension on a centrifuge.

9. A flocculation process for suspended solids in an aqueous suspension comprising, forming an aqueous composition of cross linked water swellable polymeric material from a water soluble monomer or blend of water soluble monomers, adding a flocculating amount of said aqueous composition to said aqueous suspension of suspended solids and flocculating the suspended solids, wherein the intrinsic viscosity of the polymeric material is increased by shearing the aqueous composition or the suspension after the addition of the aqueous composition or both, and the said shearing increases the intrinsic viscosity of the polymeric material by at least 1 dl/g to a value that is at least 4 dl/g.

10. A process according to claim 9 in which the aqueous composition is a stable aqueous homogeneous composition and the polymer before shearing has intrinsic viscosity below 4 and is increased by shearing to above 6 and the shearing increases intrinsic viscosity by at least 1 dl/g.

11. A process according to claim 9 in which the intrinsic viscosity of the polymeric material is increased by subjecting the aqueous composition of polymeric material to shearing to form a stable aqueous homogeneous composition of the polymeric material, and the stable composition is then added to the suspension.

12. A process according to claim 11 in which the shearing is by blades moving at above 500 meters/minute.

CIBA 000249

4,759,856

17

13. A process according to claim 11 in which substantially all the shear is applied before adding the polymeric material to the suspension, the polymeric material has intrinsic viscosity above 6 when added to the suspension, and the suspension is dewatered substantially without shear.

14. A process according to claim 9 in which the polymeric material is added to the suspension and shear is applied to the suspension.

15. A process according to claim 9 in which shear is applied to the suspension by blades moving at above 500 meters per minute.

16. A process according to claim 9 in which the polymeric material has intrinsic viscosity below 4 when it is added to the suspension and the shearing gives an intrinsic viscosity above 6.

17. A process according to claim 9 in which the polymer includes recurring units selected from Mannich base monomer, sulphomethylated acrylamide, $CH_2=CR^1.CO.X.CH_2.CHOH.CH_2NR_2$, $CH_2=CR^1.CO.NH.CH_2.CH_2OH$ and $CH_2=CR^1.CO.NH.CH_2.COOH$, wherein $R^1$ is hydrogen or methyl, each group $R^2$ is $C_{1-4}$ alkyl and X is selected from O and NH.

18

18. A process according to claim 9 in which the polymer is formed from dialkylaminoalkyl(meth)acrylate copolymerised with 0 to 95 mole percent acrylamide.

19. A process according to claim 9 in which the polymeric material has an absolute ionicity regain value $(X-Y)/X \times 100$ (where X is the ionicity after shear to constant ionicity and Y is the ionicity before shear) of at least 40% before applying before the shear and below 10% after applying the shear.

20. A process according to claim 9 in which a 1% by weight stable aqueous homogeneous composition of the polymeric material has a rheology of below 2 cm before the shearing and a rheology of above 5 cm after the shearing.

21. A process according to claim 9 in which the aqueous composition is formed by adding to water the polymeric material in the form of dry or gel particles having a size below 10 microns.

22. A process according to claim 9 in which the polymeric material is formed from one or more water soluble monoethylenically unsaturated monomers selected from non-ionic monomers, anionic monomers containing a carboxylic group or a sulphonic acid group and cationic monomers that are dialkylaminoalkyl(meth)acrylates or dialkylaminoalkyl(meth)acrylamides.

23. A process according to claim 9 in which the polymer is a Mannich base polymer.

* * * * *

CIBA 000250

# EXHIBIT 11

5157766

*5157766*

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 07/540,667 | 06/18/90 | 162 | 164.1 | 133 | Friedman |

PATENT DATE DEC 01 1992    PATENT NUMBER

**APPLICANTS**

DAN S. HONIG, NEW CANAAN, CT; ELIETH HARRIS, BRIDGEPORT, CT.

**\*\*CONTINUING DATA\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***
VERIFIED    THIS APPLN IS A CIP OF   07/536,382 06/11/90   now Abn

**\*\*FOREIGN/PCT APPLICATIONS\*\*\*\*\*\*\*\*\*\*\*\***
VERIFIED

| Foreign priority claimed | | | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met | | | | CT | 0 | 25 | 2 | $ 430.00 | 31-043-00 |
| Verified and Acknowledged | | Examiner's Initials | | | | | | | |

FRANK M. VAN RIET
AMERICAN CYANAMID COMPANY
PATENT LOAN DEPARTMENT
ONE CYANAMID PLAZA
WAYNE, NJ  07470-8426

TITLE    ... A PAPER MAKING PROCESS

U.S. DEPT. of COMR. Pat. & TM Office — PTO-436L (rev. 10-78)

DEFENDANT'S EXHIBIT
Van Riet
10/25/05

HERC0075899

---

PARTS OF APPLICATION
FILED SEPARATELY

| NOTICE OF ALLOWANCE MAILED | PREPARED FOR ISSUE 3/25/9 | | CLAIMS ALLOWED | |
|---|---|---|---|---|
| 3-23-92 | Charles K. Friedman | | Total Claims | Print Claim |
| | Assistant Examiner    Docket Clerk | | 28 | 1 |

| ISSUE FEE | | W. GARY JONES | DRAWING | | |
|---|---|---|---|---|---|
| Amount Due | Date Paid | PRIMARY EXAMINER | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| $1,130 | 8/6/91 | ART UNIT 1303 | 0 | 0 | |
| | | Primary Examiner | | | |

| ISSUE CLASSIFICATION | | ISSUE BATCH NUMBER | |
|---|---|---|---|
| Class | Subclass | | B30 |
| 162 | 1641 | | |

Label
Area

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

07 540667

APPROVED FOR LICENSE

INITIALS —JUN 27 91

# CONTENTS

| Entered or Counted | | Received or Mailed |
|---|---|---|
| | 1. Application _____ ( ) _____ papers. | |
| | 2. _Prel Amdt A_ | 10-22-90 |
| PW | 3. _Rej (3)_ | 11-21-90 |
| | 4. _Ext. 3 mos_ | 12-26-90 |
| | 5. _Amdt B_ | 3-28-91 on B-i |
| | 6. _Declaration_ | 3-28-91 |
| | 7. _Rej 3 mos_ | 6-26-91 |
| | 8. _Amdt C_ | 9-23-91 |
| 11/21 T | 9. _F. Rej    3mos_ | 12/6/91 |
| | 10. _dvt. Summary_ | 3/13/92 |
| | 11. _Amdt D (AB) Ext 4 Month Extension_ | 3-17-96 |
| | 12. _dvt Summary_ | 3-20-92 |
| 3/23/92 | 13. _Exam Amdt/E_ | 3-23-92 |
| | 14. _Supp Aff_ | 4-27-92 |
| | 15. _Letter / month,_ | 5-13-92 |
| | 16. PTO GRANT DEC 01 1992 | |
| | 17. _____ | |
| | 18. _____ | |
| | 19. _____ | |
| | 20. _____ | |
| | 21. _____ | |
| | 22. _____ | |
| | 23. _____ | |
| | 24. _____ | |
| | 25. _____ | |
| | 26. _____ | |
| | 27. _____ | |
| | 28. _____ | |
| | 29. _____ | |
| | 30. _____ | |
| | 31. _____ | |
| | 32. _____ | |

HERC0075900



1

HERC0075901

NEW APPLICATION (Div-Con-CIP)              Docket No. 31,043-01
[REV.4Apr89/MB4-1]                                      PATENT

Commissioner of Patents and Trademarks
Washington, D.C. 20231

## NEW APPLICATION TRANSMITTAL

    Transmitted herewith for filing is the patent application of
the following Inventor(s): Dan S. Honig; Elieth Harris

For:  Charged Organic Polymer Microbeads in Papermaking Process

1. This new application is for a:
   [  ] Divisional
   [  ] Continuation
   [ X ] Continuation-in-part (CIP)
2. Benefit of Prior U.S. Application(s) (35 USC 120)
   This new application being transmitted claims the benefit of
   prior U.S. application(s) Serial No.(Attorney Docket#
   31,043) 07/536,382, filed on ___6-11-90___
3. Papers enclosed which are required for filing date under 35
   CFR 1.53(b):
   [ X ] _56_ Pages of specification
   [ X ] _4_ Pages of claims
   [ X ] _1_ Pages of abstract
   [  ] ____ Sheets of drawing
           [  ] Formal
           [  ] Informal (in triplicate)

-----------------------------------------------------------------

CERTIFICATION UNDER 37 CFR 1.10
    I hereby certify that this New Application Transmittal and the
documents referred to as enclosed therein are being deposited with
the United States Postal Service on this data ____
in an envelope as "Express Mail Post Office to Addressee" Mailing
Label Number ____ addressed to the: Commissioner of
Patents and Trademarks, Washington, D.C 20231.

                          _____
                          (name of person mailing paper)

                          _____
                          (signature of person mailing paper)

MAIL ROOM
JUN 18 1990
& TRADEMARK

HERC0075902

NEW APPLICATION (Div-Con-CIP)  -2-
[REV.4Apr89/MB4-1]

4.  Additional papers enclosed

    [  ] Information Disclosure Statement

    [  ] Form PTO-1449

    [  ] Citations

    [  ] Declaration of Biological Deposit

    [  ] Other: _____

5.  Declaration

    [ X ] Enclosed and executed by all inventor(s)

    [  ] Not enclosed or not executed by all inventor(s)

6.  Assignment

    [ X ] An assignment of the invention to:

            American Cyanamid Company

            1937 West Main Street

            P.O. Box 60

            Stamford, CT 06904-0060

      [ X ] is attached.

      [  ] will follow.

7.  Fee Calculation

| CLAIMS AS FILED | | | | |
|---|---|---|---|---|
| (1)<br>FOR | (2)<br>NUMBER FILED | (3)<br>NUMBER EXTRA | (4)<br>RATE | (5)<br>BASIC FEE<br>($370.00) |
| TOTAL CLAIMS | 42 - 20 = | | X $12.00 | 264.00 |
| INDEP. CLAIMS | 2 - 3 = | | X $36.00 | |
| MULTIPLE DEPENDENCY FEE | | | $ 120.00 | |
| RECORDING OF ASSIGNMENT | | | $  8.00 | 8.00 |
| | | | TOTAL FILING FEE | $  642.00 |

    [  ] Amendment cancelling extra claims enclosed

    [  ] Amendment deleting multiple dependencies enclosed

8.  Fee Payment being made at this time

    [ X ] filing fee        $ 634.00

    [ X ] recording assignment  $   8.00

                TOTAL  $ 642.00

HERC0075903

NEW APPLICATION (Div-Con-CIP)  -3-
[REV.4Apr89/MB4-1]

9.  Method of Payment of Fees:
    Charge Deposit Account No. 01-1300 in the amount of $ 647.00
    A duplicate of this transmittal is attached.

10. Instructions as to Overpayment:
    Credit any overpayment to Deposit Account No. 01-1300.

11. Authorization to Charge Additional Fees
    [    ] The Commissioner is hereby authorized to charge the
         following additional fees by this paper and during the
         entire pendency of this application to Deposit Account
         No.01-1300:
         [    ] 37 CFR 1.16(a),(f),or (g) filing fees
         [    ] 37 CFR 1.16(b),(c), and (d) presentation of
              extra claims
         [    ] 37 CFR 1.16(e) surcharge for filing the basic
              filing fee and/or declaration on a date later
              than the filing date of the application
         [    ] 37 CFR 1.17 application processing fees

12. Relate Back (35 USC 120)
    [  ] Amend the Specification by inserting before the first
    line the sentence: "This is a
         [    ] continuation
         [    ] continuation-in-part
         [    ] divisional
    of copending application(s) serial number filed on
    _____

13. Further Inventorship Statement Where Benefit of Prior
    Application(s) Claimed
    (a)   [    ] This application discloses and claims only
              subject matter disclosed in the prior
              application whose particulars are set out above
              and the inventor(s) in this application is (are)
              [    ] the same

HERC0075904

NEW APPLICATION (Div-Con-CIP)   -4-
[REV.4Apr89/HB4-1]

[   ]   less than those named in the prior
        application and it is requested that the
        following inventor(s) identified for the
        prior application be deleted:

        _____

        _____

(b)   [ X ]   This application discloses and claims additional
              disclosure by amendment and a new declaration is
              being filed.  With respect to the prior
              application the inventor(s) in this application
              is (are)
              [ X ]  the same
              [   ]  the following additional inventors have
                     been added:

              _____

              _____

(c)   [ X ]   The inventorship for all the claims in this
              application are
              [ X ]  the same
              [   ]  not the same, and an explanation,
                     including the ownership of the various
                     claims at the time the last claimed
                     invention was made
              [   ]  is submitted
              [   ]  will be submitted

14.  Abandonment of Prior Application (if applicable)
     [   ]  Please abandon the prior application at a time while
            the prior application is pending or when the petition
            for extension for time or to revive in that
            application is granted and when this application is
            granted a filing date so as to make this application
            copending with said prior application.

HERC0075905

NEW APPLICATION (Div-Con-CIP)  -5-
[REV.4Apr89/MB4-1]

15.  Petition for Suspension of Prosecution for the Time
     Necessary to File an Amendment
     [   ]  Provided herewith is a Petition To Suspend Prosecution
           for the Time Necessary to File An Amendment (New
           Application Filed Concurrently)

                              _____
                              (Signature of Attorney)

Reg. No. 19933                 Frank M. Van Riet
                              _____
                              (Type name of Attorney)

Tel. No. (203) 321-2614        American Cyanamid Company
                               1937 West Main Street
                               P.O. Box 60
                               Stamford, CT 06904-0060

HERC0075906



31,043-01

## TITLE OF THE INVENTION

### CHARGED ORGANIC POLYMER MICROBEADS
### IN PAPER MAKING PROCESS

### ABSTRACT OF THE ~~INVENTION~~ DISCLOSURE

In a papermaking process, improved drainage
and retention are obtained when ionic, organic
microbeads of less than about 1,000 nm in diameter if
crosslinked or less than about 60 nm in diameter if
noncrosslinked are added either alone or in combination
with a high molecular weight organic polymer, and/or
polysaccharide. Further addition of alum enhances
drainage formation and retention properties in
papermaking stock with and without the present of other
additives used in papermaking processes.

### CROSS-REFERENCE TO RELATED
### APPLICATION

This application is a continuation-in-part of
our copending application, Serial No. ~~(Attorney Docket
No. 31043) filed~~ 7/536,383, filed June 11, 1990 now Abandoned

HERC0075907

¶ 540667

-1-

## BACKGROUND OF THE INVENTION

In the past decade, the concept of using colloidal silica and bentonite to improve drainage, formation and retention has been introduced to papermaking. Fast drainage and greater retention of fines contribute to lower cost in papermaking and improvements are always being sought. U.S. Patent Nos. 4,388,150 and 4,385,961 disclose the use of a two-component binder system comprising a cationic starch and an anionic, colloidal, silicic acid sol as a retention aid when combined with cellulose fibers in a stock from which is made. Finnish Published Specification Nos. 67,735 and 67,736 refer to cationic polymer retention agent compounds including cationic starch and polyacrylamide as useful in combination with an anionic silica to improve sizing. U.S. Patent No. 4,798,653 discloses the use of cationic colloidal silica sol with an anionic copolymer of acrylic acid and acrylamide to render the paper stock resistant to destruction of its retention and dewatering properties by shear forces in the paper-making process. A coacervate binder, three component system composed of a cationic starch, an anionic high molecular weight polymer and dispersed silica having a particle diameter range from 1 to 50 nm is revealed in U.S. Patent Nos. 4,643,801 and 4,750,974.

The above Finish publications also disclose the use of bentonite with cationic starch and polyacrylamides. U.S. Patent No. 4,305,781 discloses a bentonite-type clay in combination with high molecular weight, substantially non-ionic polymers such as polyethylene oxides and polyacrylamide as a retention aid. Later, in U.S. Patent No. 4,753,710, bentonite and a substantially linear, cationic polymer such as cationic acrylic polymers, polyethylene imine, polyamine epichlorohydrin, and diallyl dimethyl ammonium chloride

HERC0075908

-2-

are claimed to give an improved combination of retention, drainage, drying and formation.

It is noted that the silica sol and bentonite are inorganic microparticle materials.

Latices of organic microparticles have been used in high concentrations of 30-70 lbs/ton to give "high-strength" paper products such as gasket materials, roofing felt, paperboard and floor felt and in paper with 30-70% mineral fillers (U.S. Patent No. 4,445,970). It is stated that latices have not been used in fine papermaking because such latices are sticky and difficult to use on a Fourdrinier machine. The latices of the above and following four patent references were made according to U.S. Patent No. 4,056,501. They are all emulsions of polymers made from styrene, butadiene and vinylbenzyl chloride which polymers are reacted with trimethylamine or dimethyl sulfide to produce an "onium" cation which is called a pH independent structured latex of 50 to 1000 nm in diameter. These structured cationic latices are used at high levels of concentration i.e. 30-200 lbs/ton either alone (U.S. Patent No. 4,178,205) or with an anionic, high molecular weight polymer, (U.S. Patent No. 4,187,142) or with an anionic polymer (U.S. Patent No. 4,189,345) or as both cationic and anionic latices (U.S. Patent No. 4,225,383). These latices are preferably from 60-300 nm in size. It has been found, in accordance with the present invention, that noncrosslinked organic microbeads of this size and larger are not effective. Furthermore, the process of the present invention uses organic microbeads at a level of 0.05 to 20 lbs/ton, preferably 0.10 to 7.5 lbs/ton whereas the microbeads of the proceeding five U.S. Patent are used at 30-200 lbs/ton to give strength to paper products such as gaskets with a very high 30-70% mineral content. This prior art does not contemplate the use of charged organic micro-beads as a drainage

HERC0075909

-3-

and retention aid at the very low levels as required by
the present invention.

The use of an organic crosslinked microbead,
in papermaking is taught in Japanese Patent Tokkai
JP235596/63:1988 and Kami Pulp Gijitsu Times, pgs 1-5,
March 1989 as a dual system of a cationic or anionic
organic microbead of 1-100 microns and an anionic,
cationic or nonionic acrylamide polymer. The
waterswelling type, cationic, polymer particle is a
crosslinked homopolymer of 2-methacryloyloxyethyl
trimethylammonium chloride or a crosslinked copolymer of
2-methacryloyloxy-ethyl trimethylammonium chloride/-
acrylamide (60/40 weight percent). The acrylamide
polymer is an acrylamide homopolymer or acrylamide
hydroylsate of 17 mole percent anion-conversion or a
copolymer of acrylamide/2-methacryloyloxyethyl
trimethylammoniumchloride (75/25 weight percent). The
anionic microbead is an acrylamide-acrylic acid
copolymer.

EPO 0273605 teaches the addition of microbeads
having a diameter ranging from about 49-87 nm and
produced from terpolymers of vinyl acetate (84.6), ethyl
acrylate (65.4) and acrylic acid (4.5) or
methacrylonitrile (85), butyl acrylate (65) and acrylic
acid (3). These polymeric beads are disclosed as added
to an LBKP pulp slurry in order to evaluate the
resultant paper for sizing degree, paper force
enhancement and disintegratability. These polymer beads
fall outside the scope of those used in the present
invention in that the ionic content thereof is too small
to impart any appreciable improvement in retention and
drainage in the papermaking process.

The present invention encompasses crosslinked,
ionic, organic, polymeric microbeads of less than about
750 nm in diameter or microbeads of less than about 60
nm in diameter if noncrosslinked and water-insoluble, as
a retention and drainage aid, their use in papermaking

HERC0075910

-4-

processes, and compositions thereof with high molecular
weight polymers and/or polysaccharides.

      EP 0,202,780 describes the preparation of
crosslinked, cationic, polyacrylamide beads by
conventional inverse emulsion polymerization techniques.
Crosslinking is accomplished by the incorporation of
difunctional monomer, such as methylenebisacrylamide,
into the polymer chain. This crosslinking technology is
well known in the art. The patent teaches that the
crosslinked beads are useful as flocculants but are more
highly efficient after having been subjected to unusual
levels of shearing action in order to render them
water-soluble.

      Typically, the particle size of polymers
prepared by conventional, inverse, water-in-oil,
emulsion, polymerization processes are limited to the
range of 1-5 microns, since no particular advantage in
reducing the particle size has hitherto been apparent.
The particle size which is achievable in inverse
emulsions is determined by the concentration and
activity of the surfactant(s) employed and these are
customarily chosen on the basis of emulsion stability
and economic factors.

      The present invention is directed to the use,
in papermaking, of cationic and anionic, crosslinked,
polymeric, microbeads. Microgels are made by standard
techniques and microlatices are purchased commercially.
The polymer microbeads are also prepared by the optimal
use of a variety of high activity surfactant or
surfactant mixtures to achieve submicron size. The type
and concentration of surfactant should be chosen to
yield a particle size of less than about 750 nm in
diameter and more preferably less than about 300 nm in
diameter.

## SUMMARY OF THE INVENTION

      According to the present invention, there is
provided a method of making paper from a aqueous

HERC0075911

-5-

suspension of cellulosic papermaking fibers, whereby
improved drainage, retention and formation properties
are achieved.  The method comprises adding to the
suspension, from about 0.05 to 20 lbs/ton of an ionic,
organic polymer microbead of less than about 750
nanometers in diameter if crosslinked or a polymeric
microbead of less than about 60 nm in diameter if
noncrosslinked and insoluble.  Additionally, from about
or 0.05 to about 20 lbs/ton, preferably about 0.1 - 5.0
lbs/ton, of a high molecular weight, hydrophilic ionic
organic polymer, and/or from about 1.0 to about 50.0,
preferably about 5.0-30.0, lbs/ton of an ionic
polysaccharide, such as starch, preferably of a charge
opposite that of the microbead, may be used.  The
synthetic organic polymer and polysaccharide may also be
of opposite charge to each other.  The addition of the
microbead compositions results in significant increase
in fiber retention and improvement in drainage and
formation, said lbs/ton being based on the dry weight of
the paper furnish solids.  The organic polymer
microbeads may be either cationic or anionic.

Alum or any other active, soluble aluminum
species such as polyhydroxyaluminum chloride and/or
sulfate and mixtures thereof have been found to enhance
drainage rates and retention if they are incorporated
into the furnish when used with the microbead
compositions 0.1 to 20 lbs/ton, as alumina, based on the
dry weight of paper furnish solids, are exemplary.

The microbeads may be made as microemulsions
by a process employing an aqueous solution comprising a
cationic or anionic monomer and crosslinking agent; an
oil comprising a saturated hydrocarbon; and an effective
amount of a surfactant sufficient to produce particles
of less than about 0.75 micron in unswollen number
average particle size diameter.  Microbeads are also

HERC0075912

-6-

made as microgels by procedures described by Ying Huang et. al., Makromol. Chem. 186, 273-281 (1985) or may be obtained commercially as microlatices. The term "microbead", as used herein, is meant to include all of these configurations, i.e. beads per se, microgels and microlatices.

Polymerization of the emulsion may be carried out by adding a polymerization initiator, or by subjecting the emulsion to ultraviolet irradiation. An effective amount of a chain transfer agent may be added to the aqueous solution of the emulsion, so as to control the polymerization. It was surprisingly found that the crosslinked, organic, polymeric microbeads have a high efficiency as retention and drainage aids when their particle size is less than about 750 nm in diameter and preferably less than about 300 nm in diameter and that the noncrosslinked, organic, water-insoluble polymer microbeads have a high efficiency when their size is less than about 60 nm. The efficiency of the crosslinked microbeads at a larger size than the noncrosslinked microbeads may be attributed to the small strands or tails that protrude from the main crosslinked polymer.

### DETAILED DESCRIPTION OF
### THE INVENTION INCLUDING PREFERRED EMBODIMENTS

Using the ionic, organic, crosslinked, polymeric microbeads of a diameter less than about 750 nm or the noncrosslinked, water-insoluble beads of less than about 60 nm in diameter according to this invention, improved drainage, formation and greater fines and filler retention values are obtained in papermaking processes. These additives may be added, alone or in conjunction with other materials, as discussed below, to a conventional paper making stock such as traditional chemical pulps, for instance, bleached and unbleached sulphate or sulphite pulp, mechanical pulp such as groundwood, thermomechanical

HERC0075913

-7-

or chemi-thermomechanical pulp or recycled pulp such as deinked waste and any mixtures thereof. The stock, and the final paper, can be substantially unfilled or filled, with amounts of up to about 50%, based on the dry weight of the stock, or up to about 40%, based on dry weight of paper of filler, being exemplary. When filler is used any conventional filler such as calcium carbonate, clay, titanium dioxide or talc or a combination may be present. The filler, if present, may be incorporated into the stock before or after addition of the microbeads. Other standard paper-making additives such as rosin sizing, synthetic sizings such as alkyl succinic anhydride and alkyl ketene dimer, alum, strength additives, promoters, polymeric coagulants such as low molecular weight polymers, dye fixatives, etc. and other materials that are desirable in the papermaking process, may also be added.

The order of addition, specific addition points, and furnish modification itself are not critical and normally will be based on practicality and performace for each specific application, as is common papermaking practise.

When using cationic, high molecular weight polymer(s), or polysaccharides, and anionic microbeads, the preferred sequence of addition is cationic, high molecular weight polymer and then anionic bead. However, in some cases the reverse may be used. When a cationic polysaccharide such as starch and a cationic polymer are both used, they can be added separately or together, and in any order. Furthermore, their individual addition may be at more than one point. The anionic microbeads may be added before any cationic components or after them with the latter being the preferred method. Split addition may also be practised. Preferred practise is to add cationic polysaccharide before high molecular weight cationic polymer. The furnish may already have cationic starch, alum, cationic

-8-

(or anionic or both cationic and anionic) polymers of
molecular weight equal or less than 100,000, sodium
aluminate, and basic aluminum salts (e.g., polyaluminum
chloride and/or sulfate) and their levels may be varied
to improve the response of the furnish, as discussed
5    above.  Addition points are those typically used with
dual retention & drainage systems (pre-fan pump or
pre-screen for one component and pre- or post-screens
for another).  However, adding the last component before
the fan pump may be warranted in some cases.  Other
10   addition points that are practical can be used if better
performance or convenience is obtained.  Thick stock
addition of one component is also possible, although
thin stock addition is preferred.  However, thick stock
and/or split thick and thin stock addition of cationic
15   starch is routinely practised and these addition modes
are applicable with the use of the microbead as well.
Addition points will be determined by practicality and
by the possible need to put more or less shear on the
treated system to ensure good formation.
20         When using high molecular weight, anionic
polymer(s) and cationic microbeads, the preferred
sequence is anionic polymer and then cationic beads,
although in some cases the reverse may be used.  When
anionic polymer and anionic polysaccharide are both
25   used, they can be added separately or together, and in
any order.
           The microbeads may also be used in combination
with high molecular weight ionic polymers of similar or
opposite charge.
30         The microbeads are crosslinked, cationic or
anionic, polymeric, organic microparticles having an
unswollen number average particle size diameter of less
than about 750 nanometers and a crosslinking agent
content of above about 4 molar parts per million based
35   on the monomeric units present in the polymer and are
generally formed by the polymerization of at least one

HERC0075915

-9-

ethylenically unsaturated cationic or anionic monomer and, optionally, at least one non-ionic comonomer in the presence of said crosslinking agent. They preferably have a solution viscosity (SV) of about 1.1-2.0 mPa.s.

Cationic microbeads used herein include those made by polymerizing such monomers as diallyldialkylammmonium halides; acryloxyalkyltrimethylammonium chloride; (meth)acrylates of dialkylaminoalkyl compounds, and salts and quaternaries thereof and, monomers of N,N-dialkylaminoalkyl(meth)acrylamides, and salt and quaternaries thereof, such as N,N-dimethyl aminoethyl-acrylamides; (meth)acrylamidopropyltrimethylammonium chloride and the acid or quaternary salts of N,N-dimethylaminoethylacrylate and the like. Cationic monomers which may be used herein are of the following general formulae:

$$\text{(I)} \quad CH_2 = C - C - X - A - N^+ - R_3 \quad Z^-$$

with $R_1$ and $O$ above the carbon chain, and $R_2$ and $R_4$ on the nitrogen.

where $R_1$ is hydrogen or methyl, $R_2$ is hydrogen or lower alkyl of $C_1$ to $C_4$, $R_3$ and/or $R_4$ are hydrogen, alkyl of $C_1$ to $C_{12}$, aryl, or hydroxyethyl and $R_2$ and $R_3$ or $R_2$ and $R_4$ can combined to form a cyclic ring containing one or more hetero atoms, Z is the conjugate base of an acid, X is oxygen or $-NR_1$ wherein $R_1$ is as defined above, and A is an alkylene group of $C_1$ to $C_{12}$; or



$$\text{(II)}$$

-10-

where $R_5$ and $R_6$ are hydrogen or methyl, $R_7$ is hydrogen or alkyl of $C_1$ to $C_{12}$ and $R_8$ is hydrogen, alkyl of $C_1$ to $C_{12}$, benzyl or hydroxyethyl; and Z is as defined above.

Anionic microbeads that are useful herein those made by hydrolyzing acrylamide polymer microbeads etc. those made by polymerizing such monomers as (methyl)acrylic acid and their salts, 2-acrylamido-2-methylpropane sulfonate, sulfoethyl-(meth)acrylate, vinylsulfonic acid, styrene sulfonic acid, maleic or other dibasic acids or their salts or mixtures thereof.

Nonionic monomers, suitable for making microbeads as copolymers with the above anionic and cationic monomers, or mixtures thereof, include (meth)acrylamide; N-alkyacrylamides, such as N-methylacrylamide; N,N-dialkylacrylamides, such as N,N-dimethylacrylamide; methyl acrylate; methyl methacrylate; acrylonitrile; N-vinyl methylacetamide; N-vinyl methyl formamide; vinyl acetate; N-vinyl pyrrolidone, mixtures of any of the foregoing and the like.

These ethylenically unsaturated, non-ionic monomers may be copolymerized, as mentioned above, to produce cationic, anionic or amphoteric copolymers. Preferably, acrylamide is copolymerized with an ionic and/or cationic monomer. Cationic or anionic copolymers useful in making microbeads comprise from about 0 to about 99 parts, by weight, of non-ionic monomer and from about 100 to about 1 part, by weight, of cationic or anionic monomer, based on the total weight of the anionic or cationic and non-ionic monomers, preferably from about 10 to about 90 parts, by weight, of non-ionic monomer and about 10 to about 90 parts, by weight, of cationic or anionic monomer, same basis i.e. the total ionic charge in the microbead must be greater than about 1%. Mixtures of polymeric microbeads may also be used if the total ionic charge of the mixture is also over

HERC0075917

-11-

about 1%. If the anionic microbead is used alone, i.e. in the absence of high molecular weight polymer or polysaccharide, in the process of the present invention, the total anionic charge thereof must be at least about 5%. Most preferably, the microbeads contain from about 20 to 80 parts, by weight, of non-ionic monomer and about 80 to about 20 parts by weight, same basis, of cationic or anionic monomer or mixture thereof. Polymerization of the monomers occurs in the presence of a polyfunctional crosslinking agent to form the cross-linked microbead. Useful polyfunctional crosslinking agents comprise compounds having either at least two double bounds, a double bond and a reactive group, or two reactive groups. Illustrative of those containing at least two double bounds are N,N-methylenebisacrylamide; N,N-methylenebismeth-acrylamide; polyethyleneglycol diacrylate; polyethyleneglycol dimethacrylate; N-vinyl acrylamide; divinylbenzene; triallylommonium salts, N-methylallyl-acrylamide and the like. Polyfunctional branching agents containing at least one double bond and at least one reactive group include glycidyl acrylate; glycidyl methacrylate; acrolein; methylolacrylamide and the like. Polyfunctional branching agents containing at least two reactive groups include dialdehydes, such as gyloxal; diepoxy compounds; epichlorohydrin and the like.

Crosslinking agents are to be used in sufficient quantities to assure a cross-linked composition. Preferably, at least about 4 molar parts per million of crosslinking agent based on the monomeric units present in the polymer are employed to induce sufficient crosslinking and especially preferred is a crosslinking agent content of from about 4 to about 6000 molar parts per million, most preferably, about 20-4000.

The polymeric microbeads of this invention are preferably prepared by polymerization of the monomers in an emulsion as disclosed in application, Serial No.

HERC0075918

-12-

07/535,626 filed June 11, 1990

(Attorney     Docket     11120). Polymerization in
microemulsions and inverse emulsions may be used as is
known to those skilled in this art. P. Speiser reported
in 1976 and 1977 a process for making spherical
"nanoparticles" with diameters less than 800 Å by (1)
solubilizing monomers, such as acrylamide and
methylenebisacrylamide, in micelles and (2) polymerizing
the monomers, See J. Pharm. Sa., 65(12), 1763 (1976) and
United States Patent No. 4,021,364. Both inverse
water-in-oil and oil-in-water "nanoparticles" were
prepared by this process. While not specifically called
microemulsion polymerization by the author, this process
does contain all the features which are currently used
to define microemulsion polymerization. These reports
also constitute the first examples of polymerization of
acrylamide in a microemulsion. Since then, numerous
publications reporting polymerization of hydrophobic
monomers in the oil phase of microemulsions have
appeared. See, for examples, U.S. Patent Nos. 4,521,317
and 4,681,912; Stoffer and Bone, J. Dispersion Sci. and
Tech., 1(1), 37, 1980; and Atik and Thomas , J. Am.
Chem. Soc., 103 (14), 4279 (1981); and GB 2161492A.

The cationic and/or anionic emulsion
polymerization process is conducted by (i) preparing a
monomer emulsion by adding an aqueous solution of the
monomers to a hydrocarbon liquid containing appropriate
surfactant or surfactant mixture to form an inverse
monomer emulsion consisting of small aqueous droplets
which, when polymerized, result in polymer particles of
less than 0.75 micron in size, dispersed in the
continuous oil phase and (ii) subjecting the monomer
microemulsion to free radical polymerization.

5

10

15

20

25

30

35

HERC0075919

-13-

The aqueous phase comprises an aqueous mixture of the cationic and/or anionic monomers and optionally, a non-ionic monomer and the crosslinking agent, as discussed above. The aqueous monomer mixture may also comprise such conventional additives as are desired. For example, the mixture may contain chelating agents to remove polymerization inhibitors, pH adjusters, initiators and other conventional additives.

Essential to the formation of the emulsion, which may be defined as a swollen, transparent and thermodynamically stable emulsion comprising two liquids insoluble in each other and a surfactant, in which the micelles are less than 0.75 micron in diameter, is the selection of appropriate organic phase and surfactant.

The selection of the organic phase has a substantial effect on the minimum surfactant concentration necessary to obtain the inverse emulsion. The organic phase may comprise a hydrocarbon or hydrocarbon mixture. Saturated hydrocarbons or mixtures thereof are the most suitable in order to obtain inexpensive formulations. Typically, the organic phase will comprise benzene, toluene, fuel oil, kerosene, odorless mineral spirits or mixtures of any of the foregoing.

The ratio, by weight, of the amounts of aqueous and hydrocarbon phases is chosen as high as possible, so as to obtain, after polymerization, an emulsion of high polymer content. Practically, this ratio may range, for example for about 0.5 to about 3:1, and usually approximates about 1:1, respectively.

The one or more surfactants are selected in order to obtain HLB (Hydrophilic Lipophilic Balance) value ranging from about 8 to about 11. Outside this range, inverse emulsions are not usually obtained. In addition to the appropriate HLB value, the concentration of surfactant must also be optimized, i.e. sufficient to form an inverse emulsion. Too low a concentration of

HERC0075920

-14-

surfactant leads to inverse emulsions of the prior art and too high a concentrations results in undue costs. Typical surfactants useful, in addition to those specifically discussed above, may be anionic, cationic or nonionic and may be selected from polyoxyethylene (20) sorbitan trioleate, sorbitan trioleate, sodium di-2-ethylhexylsulfosuccinate, oleamidopropyldimethylamine; sodium isostearyl-2-lactate and the like.

Polymerization of the emulsion may be carried out in any manner known to those skilled in the art. Initiation may be effected with a variety of thermal and redox free-radical initiators including azo compounds, such as azobisisobutyronitrile; peroxides, such as t-butyl peroxide; organic compounds, such as potassium persulfate and redox couples, such as ferrous ammonium sulfate/ammonium persulfate. Polymerization may also be effected by photochemical irradiation processes, irradiation, or by ionizing radiation with a $^{60}Co$ source. Preparation of an aqueous product from the emulsion may be effected by inversion by adding it to water which may contain a breaker surfactant. Optionally, the polymer may be recovered from the emulsion by stripping or by adding the emulsion to a solvent which precipitates the polymer, e.g. isopropanol, filtering off the resultant solids, drying and redispersing in water.

The high molecular weight, ionic, synthetic polymers used in the present invention preferably have a molecular weight in excess of 100,000 and preferably between about 250,000 and 25,000,000. Their anionicity and/or cationicity may range from 1 mole percent to 100 mole percent. The ionic polymer may also comprise homopolymers or copolymers of any of the ionic monomers discussed above with regard to the ionic beads, with acrylamide copolymers being preferred.

The degree of substitution of cationic starches (or other polysaccharides) and other non-synthetic based

HERC0075921

-15-

polymers may be from about 0.01 to about 1.0, preferably from about 0.02 to about 0.20. Amphoteric starches, preferably but not exclusively with a net cationic starch, may also be used. The degree of substitution of anionic starches (or other polysaccharides) and other non-synthetic-based polymers may be from 0.01 to about 0.7 or greater. The ionic starch may be made from starches derived from any of the common starch producing materials, e.g., potato starch, corn starch, waxy maize, etc. For example, a cationic potato starch made by treating potato starch with 3-chloro-2-hydroxypropyltri-methylammonium chloride. Mixtures of synthetic polymers and e.g. starches, may be used. Other polysaccharides useful herein include guar, cellulose derivatives such as carboxymethylcellulose and the like.

It is also preferred that the high molecular weight, ionic polymer be of a charge opposite that of the microbead and that if a mixture of synthetic, ionic polymers or starch be used, at least one be of a charge opposite that of the microbead. The microbeads may be used as such or may be replaced in part, i.e. up to about 50%, by weight, with bentonite or a silica such as colloidal silica, modified colloidal silica etc. and still fall within the scope of the percent invention.

The instant invention also relates to compositions of matter comprising mixtures of the above-described ionic microbeads, high molecular weight, ionic polymers and polysaccharides. More particularly, compositions comprising a mixture of A) an ionic, organic, polymer microbead of less than about 750 nanometers in diameter if cross-linked and less than 60 nanometers in diameter if non-cross-linked and water-insoluble and B) a high molecular weight ionic polymer, the ratio of A): B) ranging from about 1:400 to 400:1, respectively. Additionally, the compositions may contain the microbead A) and C) an ionic polysaccharide, the ratio of A):C) ranging from about 20:1 to about 1:1000,

HERC0075922

-16-

respectively. Still further, the compositions may contain the microbead A), the polymer B) and the polysaccharide C), the ratio of A) to B) plus C) ranging from about 400:1 to about 1:1000, respectively.

Paper made by the process described above also constitutes part of the present invention.

The following examples are set forth for purposes of illustration only and are not be construed as limitations on the present invention except as set forth in the appended claims. All parts and percentages are by weight unless otherwise specified.

In the examples which follow, the ionic organic polymer microbead and/or the high molecular weight, ionic polymer and/or ionic starch are added sequentially directly to the stock or just before the stock reaches the headbox.

Unless otherwise specified, a 70/30 hardwood/softwood bleached kraft pulp containing 25% $CaCO_3$ is used as furnish at a pH of 8.0. Retention is measured in a Britt Dynamic Drainage Jar. First Pass Retention (FPR) is calculated as follows:

$$FPR = \frac{\text{Headbox Consistency} - \text{Tray Water Consistency}}{\text{Head Box Consistency}}$$

First Pass Retention is a measure of the percent of solids that are retained in the paper. Drainage is a measure of the time required for a certain volume of water to drain through the paper and is here measured as a 10x drainage. (K. Britt, TAPPI 63(4) p67 (1980). Hand sheets are prepared on a Noble and Wood sheet machine.

In all the examples, the ionic polymer and the microbead are added separately to the thin stock and subjected to shear. Except when noted, the charged microbead (or silica or bentonite) is added last. Unless noted, the first of the additives is added to the test furnish in a "Vaned Britt Jar" and subjected to 800 rpm stirring for 30 seconds. Any other additive is then

HERC0075923

-17-

added and also subjected to 800 rpm stirring for 30 seconds. The respective measurements are then carried out.

Doses are given on pounds/ton for furnish solids such as pulp, fillers etc. Polymers are given on a real basis, silica as $SiO_2$ and starch, clay and bentonite are given on an as is basis.

I.  Cationic polymers used in the examples are:

Cationic Starch:  Potato  starch  treated  with 3-chloro-2-hydroxypropyltrimethylammonium chloride to give a 0.04 degree of substitution.

10 AETMAC/90 AMD:  A linear cationic copolymer of 10 mole % of acryloxyethyltrimethylammonium chloride and 90 mole % of acrylamide of 5,000,000 to 10,000,000 mol. wt. with a charge density of 1.2 meg./g.

5 AETMAC/95 AMD:  A linear copolymer of 5 mole % of acryloxyethltrimethylammonium chloride and 90 mole % of acrylamide of 5,000,000 to 10,000,000 mol. wt.

55 AETMAC/45 AMD:  A linear copolymer of 55 mole % of acryloxyethyltrimethylammonium chloride and 45 mole % of acrylamide of 5,000,000 to 10,000,000 mol. wt. and a charge density of 3.97 meg./g.

40 AETMAC/60 AMD:  A linear copolymer of 40 mole % of acryloxyethyltrimethylammonium chloride and 60 mole % of acrylamide of 5,000,000 to 10,000,000 mol. mt.

50 EPI/47 DMA 3 EDA:  A copolymer of 50 mole % of epichlorohydrin, 47 mole % of dimethylamine and 3.0 mole % of ethylene diamine of 250,000 mol. wt.

II.  Anionic Polymers used in the examples are:

HERC0075924

-18-

30 AA/70 AMD: A linear copolymer of 30 mole % ammonium acrylate and 70 mole % of acrylamide of 15,000,000 to 20,000,000 mol. wt.

7AA/93 AMD: A linear copolymer of 7 mole % ammonium acrylate and 93 mole % of acrylamide of 15,000,000 to 20,000,000 mol. wt.

10 APS/90 AMD: A linear copolymer of 10 mole % of sodium 2-acrylamido-2-methylpropanesulfonate and 90 mole % of acrylamide of 15,000,000 to 20,000,000 mol. wt.

III. Anionic particles used in the examples are:

SILICA: Colloidal silica with an average size of 5 nm, stabilized with alkali and commercially available.

BENTONITE: Commercially available anionic swelling bentonite from clays such as sepiolite, attapulgite or montmorillonite as described in U.S. Pat. No. 4,305,781.

IV. Latices used in the examples are:

| Latex | Particle Size in nm | Anionic Charge Density $R^2$/Charge Group |
|---|---|---|
| Polystyrene | 98 | $1.4 \times 10^2$ |
| Polystyrene | 30 | $1.1 \times 10^3$ |
| Polystyrene | 22 | $0.36 \times 10^3$ |

V. Microbeads used in the examples are:

30 AA/70 AMD/50 ppm MBA: An inverse emulsion copolymer of 30 mole % of sodium acrylate and 70 mole % of acrylamide crosslinked with 50 ppm of

HERC0075925

-19-

methylenebisacrylamide with a particle diameter of
1,000-2,000*nm; SV-1.64 mPa.s.

40 AA/60 MBA: A microbead dispersion of a copolymer of
40 mole % of ammonium acrylate and 60 mole % of
5    N,N'-methylenebisacrylamide (MBA) with a particle
diameter of 220*nm.

30 AA/70 AMD/349 ppm MBA: A microemulsion copolymer of
30 mole % of sodium acrylate and 70 mole % of acrylamide
10    crosslinked with 349 ppm of N,N'-methylenebisacrylamide
(MBA) of 130*nm particle diameter, SV-1.17 to 1.19 mPa.s

30 AA/70 AMD/749 ppm MBA: A microemulsion copolymer of
30 mole % of sodium acrylate and 70 mole % of acrylamide
15    crosslinked with 749 ppm of N,N'-methylenebisacrylamide
(MBA), SV-1.06 mPa.s.

60 AA/40 AMD/1,381 ppm MBA: A microemulsion copolymer of
60 mole % of sodium acrylate and 40 mole % of acrylamide
20    crosslinked with 1,381 ppm of N,N'-methylene-bis
acrylamide (MBA) of 120*nm particle diameter; SV-1.10
mPa.s.

30 APS/70 AMD/995 ppm MBA: A microemulsion copolymer of
25    30 mole % of sodium 2-acrylamido-2-methylpropane
sulfonate and 70 mole % of acrylamide cross-
linked with 995 ppm of methylenebisacrylamide (MBA);
SV-1.37 mPa.s.

30    30 AA/70 AMD/1000 ppm MBA/ 2% SURFACTANT (TOTAL EMULSION):
A microemulsion copolymer of 30 mole % of sodium acrylate
and 70 mole % of acrylamide crosslinked with 1,000 ppm of
N,N'-methylenebisacrylamide with 2% diethanolamide oleate
and 464*nm particle diameter.

35

HERC0075926

-20-

30 AA/70 AMD/1,000 ppm MBA/ 4% SURFACTANT (TOTAL EMULSION):

A microemulsion copolymer of 30 mole % of sodium acrylate and 70 mole % of acrylamide crosslinked with 1,000 ppm of N,N'-methylenebisacrylamide with 4% diethanolamide oleate and of 149*nm particle diameter, SV-1.02 mPa.s

30 AA/70 AMD/ 1,000 ppm MBA/ 8% SURFACTANT (TOTAL EMULSION):

A Microemulsion copolymer of 30 mole % of sodium acrylate and 70 mole % of acrylamide crosslinked with 1000 ppm of N,N'-methylenebisacrylamide with 8% diethanolamide oleate and of 106*nm particle diameter, SV-1.06 mPa.s.

* The unswollen number average particle diameter in nanometers is determined by the quasi-elastic light scattering spectroscopy (QELS).

Procedure for the Preparation of Anionic Microemulsions

30 AA/70 AMD/349 ppm MBA - 130 nm

An aqueous phase is prepared by sequentially mixing 147 parts of acrylic acid, 200 parts deionized water, 144 parts of 56.5% sodium hydroxide, 343.2 parts of acrylamide crystal, 0.3 part of 10% pentasodium diethylenetriaminepentaacetate, an additional 39.0 parts of deionized water, and 1.5 parts of 0.52% copper sulfate pentahydrate. To 110 parts of the resultant aqueous phase solution, 6.5 parts of deionized water, 0.25 part of 1% t-butyl hydroperoxide and 3.50 parts of 0.61% methylene bisacrylamide are added. 120 Parts of the aqueous phase are then mixed with an oil phase containing 77.8 parts of low odor paraffin oil, 3.6 parts of sorbitan sesquioleate and 21.4 parts of polyoxyethylene sorbitol hexaoleate.

This resultant clear, microemulsion is deaerated with nitrogen for 20 minutes. Polymerization is initiated with gaseous $SO_2$, allowed to exotherm to $40^{\circ}C$ and controlled at $40^{\circ}C$ ($+ 5^{\circ}C$) with ice water. The

HERC0075927

-21-

ice water is removed when cooling is no longer required. The nitrogen is continued for one hour. The total polymerization time is 2.5 hours.

For purposes of use in the instant process, the polymer may be recovered from the emulsion by stripping or by adding the emulsion to a solvent which precipitates the polymer, e.g. isopropanol, filtering off the resultant solids, and redispersing in water for use in the papermaking process. The precipitated polymer microbeads may be dried before redispersion in water.

Alternatively, the microemulsion per se may also be directly dispersed in water. Depending on the surfactant and levels used in the microemulsion, dispersion in water may require using a high hydrophilic lipophilic balance (HLB) inverting surfactant such as ethoxylated alcohols; polyoxyethlated sorbitol hexaoleate; diethanolamine oleate; ethoxylated laurel sulfate et. as in known in the art.

The concentration of the microbeads in the above-described redispersion procedures is similar to that used with other thin stock additives, the initial dispersion being at least 0.1%, by weight. The dispersion may be rediluted 5-10 fold just before addition to the papermaking process.

### Preparation of Cationic Organic
### Microbead 40 AETMAC/60 AMD/100 ppm
### MBA - 100 nm By microemulsion Polymerization

An aqueous phase containing 21.3 parts, by weight of acrylamide, 51.7 parts of a 75% acryloxy-ethyltrimethyl ammonium chloride solution, 0.07 part of 10% diethylenetriamine pentaacetate (penta sodium salt), 0.7 part of 1% t-butyl hydroperoxide and 0.06 part of methylenebisacrylamide dissolved in 65.7 parts of deionized water is prepared. The pH is adjusted to 3.5 (±0.1). An oil phase composed of 8.4 parts of sorbitan sesquioleate, 51.6 parts of polyoxyethylene sorbitol

HERC0075928

-22-

hexaoleate dissolved in 170 parts of a low odor paraffin
oil is prepared. The aqueous and oil phase are mixed
together in an air tight polymerization reactor fitted
with a nitrogen sparge tube, thermometer and activator
addition tube. The resultant clear microemulsion is

5  sparged with nitrogen for 30 minutes and the temperature
is adjusted to 27.5°C. Gaseous sulfur dioxide activator
is then added by bubbling nitrogen through a solution of
sodium metabisulfite. The polymerization is allowed to
exotherm to its maximum temperature (about 52°C) and

10  then cooled to 25°C.

The particle diameter of the resultant polymer
microbead is found to be 100 nm. The unswollen number
average particle diameter in nanometers (nm) is
determined by quasi-elastic light scattering

15  spectroscopy (QELS). The SV is 1.72 mPa.s.

### Preparation of Cationic Organic
### Inverse Emulsion 40 AETMAC/60 AMD/100 ppm MBA
### 1,000 nm by Inverse Emulsion Polymerization

20  An aqueous phase is made by dissolving 87.0
parts of commercial, crystal acrylamide (AMD), 210.7
parts of a 75% acryloxyethyltrimethylammonium chloride
(AETMAC) solution, 4.1 parts of ammonium sulfate, 4.9

25  parts of a 5% ethylene diaminetetraacetic acid
(disodium salt) solution, 0.245 part (1000 wppm) of
methylenebisacrylamide (MBA) and 2.56 parts of t-butyl
hydroperoxide into 189 parts of deionized water. The pH
is adjusted to 3.5 (±0.1) with sulfuric acid.

30  The oil phase is made by dissolving 12.0 gms
of sorbitan monooleate into 173 parts of a low odor
paraffin oil.

The aqueous phase and oil phase are mixed
together and homogenized until the particle size is in

35  the 1.0 micron range.

HERC0075929

-23-

The emulsion is then transferred to a one liter, three-necked, creased flask equipped with an agitator, nitrogen sparge tube, sodium metabisulfite activator feed line and a thermometer.

The emulsion is agitated, sparged with nitrogen and the temperature adjusted to 25°C. After the emulsion is sparged 30 minutes, 0.8% sodium metabisulfite (MBS) activator solution is added at a 0.028 ml/minute rate. The polymerization is allowed to exotherm and the temperature is controlled with ice water. When cooling is no longer needed, the 0.8% MBS activator solution/addition rate is increased and a heating mantle is used to maintain the temperature. The total polymerization time takes approximately 4 to 5 hours using 11 mls of MBS activator. The finished emulsion product is then cooled to 25°C.

The particle diameter is found to be 1,000 nm. The unswollen number average particle diameter in nanometers is determined by the quasi-elastic light scattering spectroscopy (QELS). The SV is 1.24 mPa.s.

EXAMPLE 1

Using the paper-making procedure described above, the drainage times are measured on 1) alkaline stock containing 5% CaCO$_3$, alone, 2) the same stock with added linear, high molecular weight cationic copolymer of 10 mole % acryloxyethyltrimethylammonium chloride and 90 mole % of acrylamide (10 AETMAC/90 AMD) and 3) the same stock with added cationic copolymer and anionic microbead made from 30 mole % acrylic acid 70 mole % of acrylamide (30 AA/70 AMD) and cross-linked with 349 ppm of methylenebisacrylamide (MBA) of 130 nm particle diameter and added as a redispersed 0.02% aqueous solution. The results are shown in Table I, below.

HERC0075930

-24-

TABLE I

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 88.4 |
| -2- | -0- | 62.3 |
| -2- | 0.5 | 37.5 |

The addition of cationic polymer reduces drainage time from 88.4 to 62.3 seconds. Surprisingly microbeads reduce the drainage times by another 24.8 seconds to 37.5 seconds, a 39.8% reduction which is a significant improvement in drainage times.

EXAMPLE 2

The alkaline furnish used in this example contains 5.0 lbs/ton of cationic starch. To this furnish is added to following additives as described in Example 1. Drainage times are then measured and reported in Table II, below.

TABLE III

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 121.9 |
| 1 - 10 AETMAC/90 AMD | -0- | 89.6 |
| 1 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm - 130 nm | 57.8 |

In the presence of a mixture of high molecular weight cationic polymer and, cationic starch, anionic polymer microbeads greatly improves drainage.

HERC0075931

-25-

<u>EXAMPLE 3</u>

Following the procedure of Example 1, various other comparative runs are made using a second alkaline stock containing 10 lbs/ton of cationic starch, and bentonite, as disclosed in U.S. Patent 4,753,710, in order to show the benefits of the use of organic microbeads in accordance with the invention hereof. The results are shown in Table III, below.

<u>TABLE III</u>

| Cationic Polymer lbs/Ton | Anionic Micro-Particle (lbs./Ton) | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 132.3 |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 53.1 |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 55.1 |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 100AA-1985 ppm MBA-80 nm | 65.1 |
| 1.0 - 55 AETMAC/45 AMD | 5.0 - Bentonite | 76.4 |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 55.4 |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 60 AA/40 AMD/ 1,381 ppm MBA - 120 nm | 45.7 |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 100AA-1985 ppm MBA | 48.6 |

When the 10% cationic polymer AETMAC/AMD (10/90) is used in conjunction with 5.0 lbs. of bentonite, similar drainage results to those obtained using only 0.5 lb. of 30% anionic microbead AA/AMD (30/70) in place of the bentonite, are obtained. With a 55% cationicity polymer, bentonite gives a slower drainage rate of 76.4 seconds and the 30% anionic microbead about the same drainage rate of 55.4 seconds. With the higher cationicity polymer (55%) and 0.5 lbs/ton of a high anionicity microbead, AA/AMD (60/40) a far superior drainage time of 45.7 seconds is obtained, using far less additive.

HERC0075932

-26-

## EXAMPLE 4

An alkaline paper stock containing 10 pounds/ton of cationic starch is treated as described in Example 1. The results are shown in Table IV, below.

5

### TABLE IV

| Cationic Polymer lbs/Ton | Anionic Micro-particle lbs/Ton | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 115.8 |
| 0.5 - 10 AETMAC/90 AMD | -0- | 83.5 |
| 0.5 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 51.1 |
| 0.5 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 57.3 |
| 0.5 - 55 AETMAC/45 AMD | 0.5 - 60 AA/40 AMD/ 1,381 ppm - 120 nm | 46.1 |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 42 |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 60 AA/40 AMD/ 1,381 ppm EMA - 120 nm | 38.9 |

10

15

20

The combination of 0.5 lb/ton of cationic polymer and 5.0 lbs/ton of bentonite gives a good drainage of 51.5 seconds, somewhat better than the 0.5 lb of 30% anionicity microbeads, i.e. 57.3 seconds. However, bentonite is inferior to the results achieved using 0.5 lb/ton of a higher (60%) anionicity polymer, i.e. of 46.1 seconds. Increasing the amount of cationic polymer to 1.0 lb/ton results in improved bentonite and 60% anionic polymer microbead times of 42 and 38.9 seconds, however, the microbead results are again superior.

25

30

## EXAMPLE 5

The procedure of Example 1 is again followed except that first pass retention values are measured. The organic anionic microbead is compared at a 0.5 lbs/ton rate to 2.0 lbs/ton of silica and 5.0 lbs/ton of bentonite in an alkaline paper stock as known in the

35

HERC0075933

-27-

art. The organic, 30% anionic polymer microbeads give
the best retention values at a lower concentration, as
shown in Table V, below.

TABLE V

| Cationic Polymer lbs/Ton | Anionic Micro-bead lbs/Ton | Fines First Pass Retention in % |
|---|---|---|
| 2.0 - 10 AETMAC/90 AMD | -0- | 50.3 |
| 2.0 - 10 AETMAC/90 AMD | 2.0 - Silica- 5 nm | 55.3 |
| 2.0 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 55.8 |
| 2.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 749 ppm MBA | 59.2 |

EXAMPLE 6

The procedure of Example 1 is again followed
except that alum is added to the stock immediately
before the cationic polymer. The test furnish is
alkaline stock containing 5.0 lbs/ton of cationic starch
and 25% CaCO$_3$. The results are set forth below in Table
VI.

TABLE VI

| Cationic Polymer lbs/Ton | Anionic Micro-bead-lbs/ton | Drainage in Seconds |
|---|---|---|
| **5lbs/ton Alum** | | |
| 0.5 - 10 AETMAC/90 AMD | 5 - Bentonite | 46.1 |
| 0.5 - 10 AETMAC/90 AMD | 0.5 - 30 AMD/ 349 ppm MBA -130 nm | 39.9 |
| **10 lbs/ton Alum** | | |
| 1 - 10 AETMAC/90 AMD | 5 - Bentonite | 33.5 |
| 1 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm - 130 nm | 29.6 |

HERC0075934

-28-

The alum-treated furnish which is contracted
with the polymer microbead has a faster drainage rate
than that treated with 10 times as much bentonite. In a
comparative test using 0.5 lb of 10 AETMAC/90 AMD and
5.0 lbs bentonite without alum, an equivalent drainage
time of 46.1 seconds, is achieved.

EXAMPLE 7

This example demonstrates the greater
efficiency of the anionic organic polymer microbeads of
the present invention used with alum as compared to
bentonite alone. This efficiency is not only attained
using a significantly lower anionic microbead dose but,
also enable the use of a lower amount of cationic
polymer. The furnish is alkaline and contains 5.0
lbs/ton of cationic starch. The procedure of Example 1
is again used. The results are shown in Table VII,
below.

TABLE VII

| Cationic Polymer lbs/Ton | Alum* lbs/ton | Anionic Microbead lbs/ton | Drainage in Seconds |
|---|---|---|---|
| -0- | -0- | -0- | 103.4 |
| 0.5 - 10 AETMAC/90 AMD | -0- | -0- | 87.5 |
| 0.5 - 10 AETMAC/90 AMD | 5 | -0- | 76.4 |
| 0.5 - 10 AETMAC/90 AMD | 5 | 0.25 - 30 AA/ 70 AMD/349 ppm MBA | 51.1 |
| | | -130 nm | |
| 0.5 - 10 AETMAC/90 AMD | 5 | 0.50 - 30 AA/70 AMD 349 ppm MBA-13 nm | 40.6 |
| 0.5 - 10 AETMAC/90 AMD | -0- | 5 - Bentonite | 51.6 |
| 1.0 - 10 AETMAC/90 AMD | -0- | 5 - Bentonite | 40.2 |

* Alum is added immediately before the cationic polymer.

HERC0075935

-29-

Thus, at a 0.5 lb. cationic polymer addition level, the anionic organic microbeads used with alum are approximately 20 fold more efficient than bentonite used alone (0.25 lb. vs. 5.0 lbs.). The cationic polymer level can be reduced in half (0.50 lb. vs. 1.0 lb.) compared to bentonite when the microbead level is raised to 0.50 lb., which is 10 fold lower than the bentonite dose.

EXAMPLE 8

The procedure of Example 7 is again followed except that polyaluminum chloride is used in place of alum. As can be seen, in Table VIII, equivalent results are achieved.

TABLE VIII

| Cationic Polymer lbs/Ton | Aluminum Salt lbs/Ton | Anionic Micro bead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.5 - 10 AETMAC/90 AMD | -0- | Bentonite | 57.5 |
| 0.5 - 10 AETMAC/90 AMD | 5-Alum | 0.5 - 30 AA/ 70 AMD/349 ppm -130 nm | 41.5 |
| 0.5 - 10 AETMAC/90 AMD | 8.5 Poly-aluminum Chloride (5.0 lbs alum equivalent) | 0.5 - 30 AA/ 70 AMD/349 ppm -130 nm | 42.0 |

EXAMPLE 9

To a batch of alkaline paper stock is added cationic starch. The drainage time is measured after addition of the following additives set forth in Table IX, below. The procedure of Example 1 is again used.

TABLE IX

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage (Sec.) 5.0 lbs/Ton Starch | Drainage (Sec.) 10 lbs/Ton Starch |
|---|---|---|---|
| 0.5 - 10 AETMAC/90 AMD | 5 - Bentonite | 46.9 | 50.9 |
| 0.5 - 10 AETMAC/90 AMD plus 5 lbs Alum | 0.5 - 30 AA/ 70 AMD/349 ppm MBA - 130 nm | 34.0 | 32.7 |

C = Comparative Test

HERC0075936

-30-

The alum/polymer microbead combination gives better drainage rates than the polymer/bentonite combination without alum.

### EXAMPLE 10

First pass retention is measured on an alkaline furnish containing 5.0 lbs/ton of starch to which the additives of Table X, below, are added.

### TABLE X

| Microbead lbs/Ton | Fines First Pass Retention 10 AETMAC/90 AMD (lbs/Ton) | | |
|---|---|---|---|
| | 0.5 | 1.0 | 2.0 |
| 5.0 – Bentonite | 39.9% | 41.6% | 46.8% |
| *5.0 – 30 AA/70 AMD/349 ppm MBA –130 nm | 39.9% | 44.4% | 48.5% |

The microbead and bentonite give similar retentions with 0.5 lb/ton of cationic polymer but with higher concentrations of polymer better retention is obtained with the microbeads.

*With the anionic polymer microbead 5.0 lbs./ton of alum is added with the cationic polymer.

### EXAMPLE 11

Another alkaline paper furnish containing 5 lbs/ton of cationic starch and 2.5 lbs/ton of alum to which the additives of Table XI are added as in Example 10, is treated.

### TABLE XI

| Anionic Microbead lbs/Ton | Fines First Pass Retention 10 AETMAC/90 AMD (lbs/Ton) | |
|---|---|---|
| | 0.5 | 1.0 |
| 5 – Bentonite | 34.6% | 42.3% |
| 7 – Bentonite | – | 43.1% |
| 0.25 – 30 AA/70 AMD/ 349 ppm MBA – 130 nm | 35.7% | 43.4% |
| 0.5 – 30 AA/70 AMD/ 349 ppm MBA – 130 nm | 38.7% | 44.6% |

HERC0075937

-31-

A significant reduction in the dosages of polymeric microbead results in equivalent or superior retention properties.

## EXAMPLE 12

5     Lower molecular weight, cationic, non-acrylamide based polymers are used in papermaking and in this example the effect of anionic microbeads on the performance of a polyamine of said class is set forth. To an alkaline furnish containing 5 lbs/ton of cationic,

10 starch is added 1.0 lb/ton of a cationic polymeric polymer of 50 mole % epichlorohydrin, 47 mole % dimethylamine and 3.0 mole % ethylenediamine of 250,000 mol. wt. The polyamine is used alone and in combination with 0.5 lbs/ton of microbead copolymer of 60% acrylic

15 acid and 40% acrylamide cross linked with 1,381 ppm of methylenebisacrylamide and having 120 nm diameter particle size. From the data of Table XII it is seen that addition of the highly effective organic microbead cuts drainage time in half from 128.1 to 64.2 seconds.

20

### TABLE XII

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|
| -0- | -0- | 138.8 |
| -1- | -0- | 128.1 |
| -1- | 0.5 | 64.2 |

HERC0075938

-52-

## EXAMPLE 13

In order to evaluate the use of microbeads on mill stock, a test is run on stock from a commercial paper mill. The paper stock consists of 40% hardwood/30% soft wood/30% broke containing 12% calcium carbonate, 4% clay, and 2.5 lbs/ton of alkyl succinic anhydride (ASA) synthetic size emulsified with 10 lbs/ton cationic potato starch. An additional 6 lbs/ton of cationic potato starch and 6 lbs/ton of alum are also added to this stock. The additives listed in Table XIII, below, are added and drainage times are measured, as in Example 1.

### TABLE XIII

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|
| -0- | -0- | 153.7 |
| 0.5 - 10 AEIMAC/90 AMD | -0- | 112.8 |
| 0.5 - 10 AEIMAC/90 AMD | 5.0 - Bentonite | 80.3 |
| 0.5 - 10 AEIMAC/90 AMD | 0.25 - 30 AA/ 70 AMD -349 ppm MBA - 130 nm | 69.6 |
| 0.5 - 10 AEIMAC/90 AMD | 0.5 - 30 AA/ 70 AMD - 349 ppm MBA - 130 nm | 57.5 |
| 1.0 - 10 AEIMAC/90 AMD | 5.0 - Bentonite | 71.9 |
| 1.0 - 10 AEIMAC/90 AMD | 0.5 - 30 AA/ 70 AMD - 349 ppm MBA - 130 nm | 49.1 |

The paper stock from the above run has a 153.7 second drainage time. Significant reduction of drainage time to 80.3 seconds is achieved with 0.5 lb/ton of high molecular weight, cationic polymer and 5 lbs/ton of bentonite. Replacement of the bentonite with a mere 0.25 lb/ton of organic anionic microbeads reduces

HERC0075939

-33-

drainage time another 10.7 seconds to 69.9 seconds.
Thus, the microbeads at 1/20 the concentration give a
superior drainage time to bentonite.  The use of 0.5
lb/ton of the microbeads reduces the the drainage time
to 57.5 seconds.  This is 22.8 seconds faster than ten
5    times the weight of bentonite.

When testing is carried out using 1.0 lb/ton
of cationic polymer and 5.0 lbs/ton of bentonite,
drainage time is 71.9 seconds.  However, when the test
is performed with 0.5 lb of microbeads, the drainage
10   time is 49.1 seconds which is 22.8 seconds faster than
bentonite with one tenth the amount of microbead.

EXAMPLE 14

The effect of using a cationic polymer of a
lower charge density is investigated on the paper stock
15   that was used in proceeding Example 13 and shown in
Table XIV.  The cationic polymer used, 5 AETMAC/95 AMD,
has one half the charge density as that of 10 AETMAC/90
AMD that was used in Example 13.  All else remains the
same.

20

TABLE XIV

| Cationic Polymer lbs/Ton | Additional Alum* lbs/Ton | Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.5 – 5 AETMAC/95 AMD | -0- | -0- | 94.7 |
| 0.5 – 5 AETMAC/95 AMD | -0- | 5 – Bentonite | 51.4 |
| 0.5 – 5 AETMAC/95 AMD | 2.5 | 5 – Bentonite | 56.7 |
| 0.5 – 5 AETMAC/95 AMD | -0- | 0.5 – 30 AA/70 AMD/ 349 ppm MBA-130 nm | 48.7 |
| 0.5 – 5 AETMAC/95 AMD | 2.5 | 0.5 – 30 AA/ 70 AMD/349 ppm MBA -130 nm | 39.5 |

* Alum is added immediately before the cationic polymer.

HERC0075940

-34-

The superiority of 1/10th the amount of polymeric microbead to bentonite is evident with a lower charge cationic polymer also. Furthermore, the drainage time of cationic polymer and bentonite did not improve but decreased by 5.3 sec. on further addition of 2.5 lbs/ton of alum.

### EXAMPLE 15

The effect of changing the amount of starch on drainage time is measured by not incorporating the 6.0 lbs/ton of additional starch added to the furnish in Example 13 using the same stock . The results are shown in Table XV.

#### TABLE XV

| Cationic Polymer lbs/Ton | Additional Alum* lbs/Ton | Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.5 - 5 AETMAC/95 AMD | -0- | 5 Bentonite | 45.9 |
| 0.5 - 5 AETMAC/95 AMD | -0- | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 39.5 |
| 0.5 - 5 AETMAC/95 AMD | -2.5 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 29.5 |

* Alum is added immediately before the cationic polymer.

### EXAMPLE 16

To evaluate the effect of the charge density of the cationic polymer on retention, to the furnish of Example 13, are added the additives shown in Table XVI. First pass retention values are measured, as in Example 5.

#### TABLE XVI

| Alum* lbs/Ton | Microbead lbs/Ton | 10 AETMAC/90 AMD 0.5 lbs/Ton % Retention | 5 AETMAC/95 AMD 0.5 lbs/Ton % Retention |
|---|---|---|---|
| -0- | -0- | 36% | 30.9% |
| -0- | 5 - Bentonite | 32.4% | 39.6% |
| 2.5 | 0.5 - 30 AA/70 AMD/ | 45.1% | 49.1% |

HERC0075941

-35-

Table XVII (Cont'd)

349 ppm MBA -130 rm

| | | at 1.0 lbs/Ton<br>% Retention | at 1.0 lbs/Ton<br>% Retention |
|---|---|---|---|
| -0- | 5 - Bentonite | 45.1 | 42.5 |
| 2.5 | 0.5 - 30 AA/70 AMD/<br>349 ppm MBA - 130 rm | 51.3 | 57.1 |

* Alum is added immediately before the cationic polymer.

Polymer microbeads are shown to be effective when used with high molecular weight, cationic polymers of lower charge density.

EXAMPLE 17

A stock is taken from a second commercial mill. It is a goal of this example to demonstrate that microbeads/alum give equivalent drainage times to those of current commercial systems. The mill stock consists of 45% deinked secondary fiber/25% softwood/30% broke containing 15% calcium carbonate and 3.0 lbs/ton of alkyl ketene dimer synthetic size emulsified with 10 lbs/ton of cationic starch. A second portion of 10 lbs of cationic starch is added to the thick stock and the ingredients listed in Table XVII, below are added to the furnish, as described in Example 1.

TABLE XVII

| Cationic Polymer<br>lbs/Ton | Alum*<br>lbs/Ton | Anionic<br>Microbead<br>lbs/Ton | Drainage In<br>: Seconds |
|---|---|---|---|
| 0.6<br>10 AETAC/90AMD | -0- | 5 - Bentonite | 158.2 sec. |
| 0.6 10 AETMAC/90<br>AMD | -5.0 | 0.5 - 30 AA/70<br>AMD/ 349 ppm MBA<br>-130 rm | 141.6 sec. |

* Alum is added immediately before the cationic polymer.

HERC0075942

-36-

The microbeads/alum gives a faster drainage
rate than the commercial bentonite system used in the
mills routine production of paper. Other experimental
runs result in lesser conclusive effectiveness with this
pulp.

5

### EXAMPLE 18

Microbead retention efficiency is evaluated on
papers made using a pilot Fourdrinier papermaking
machine. The paper stock consists of pulp made from 70%
10 hardwood and 30% softwood containing 25% calcium
carbonate and 5 lbs/ton of cationic starch. The
additives in the Table XVIII, below, are placed into the
furnish in successive runs and first pass retention
percentages are measured. A 46 lb base weight paper is
15 made.

The cationic, high molecular weight polymer is
added just before the fan pump, the anionic microbead is
added just before the pressure screen and alum, when
added, is added just before the cationic polymer.
20 Results are set forth in Table XVIII, below.

### TABLE XVIII

| Cationic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Ash-First Retention % |
|---|---|---|---|
| -0- | -0- | -0- | 34.4% |
| 0.6 – 10 AEIMAC/90 AMD | -0- | 7.0 – Bentonite | 61.3% |
| 0.6 – 10 AEIMAC/90 AMD | 2.5 | 0.25 – 30 AA/ 70 AMD/349 ppm MBA – 150 nm SV-1.32 | 62.7% |
| 0.6 – 10 AEIMAC/90 AMD | 2.5 | 0.50 – 30 AA/ 70 AMD/349 ppm MBA – 150 nm SV-1.32 | 67.0% |

HERC0075943

-37-

In this example, the combination of 0.5 lb/ton of microbeads and 2.5 lbs/ton of alum results in a 5.7% superior retention over 7.0 lbs/ton of bentonite alone. The 7.0 lbs/ton of bentonite is about equal to the combination of 0.25 lbs of beads and 2.5 lbs/ton of alum in retention properties, a significant dosage reduction.

EXAMPLE 19

The same pilot paper machine and paper stock that was used in Example 18 is again used except that a 55 lb "basis weight" paper is made. Additives in Table XIX, below, are mixed into the furnish as in the preceding example on successive runs and retention values are measured.

TABLE XIX

| Cationic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Ash-First Pass Retention % |
|---|---|---|---|
| -0- | -0- | -0- | 39.3% |
| 0.6 – 10 AEIMAC/90 AMD | -0- | -0- | 39.4% |
| 0.6 – 10 AEIMAC/90 AMD | -0- | 7.0 Bentonite | 74.6% |
| 0.6 – 10 AEIMAC/90 AMD | 2.5 | 0.5 – 30 AA/ 70 AMD/349 ppm MBA – 150 nm SV-1.32 | 74.5% |
| 0.6 – 10 AEIMAC/90 AMD | 5.0 | 0.5 – 30 AA/ 70 AMD/349 ppm MBA – 150 nm SV-1.32 | 74.7% |

In comparing the heavier (55 lb) basis weight paper of Example 19 to that of Example 18 (46 lb), under all conditions, the heavier paper has better retention. With the heavier paper there is no significant difference in retention between the paper prepared with

HERC0075944

-38-

bentonite alone and that prepared with microbeads and either 2.5 lbs or 5 lbs of alum, except the significant dosage reduction i.e. 7lbs. vs. 0.5 lb.

EXAMPLE 20

5      The effect of microbead on paper formation is evaluated by treatment of an alkaline furnish containing 5.0 lbs/ton of starch with the additives listed in Table XX, below, as described in Example 18.

10                          TABLE XX

| Cationic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Paprican[*] Microscanner SP/RMS Ratio |
|---|---|---|---|
| 1 - 10 AEMMAC/90 AMD | -0- | 5 - Bentonite | 66 |
| 1 - 10 AEMMAC/90 AMD | -0- | 1 - 30AA/70 AMD/ 349ppm MBA- 130nm | 69 |

[*]Paper formation is measured on hand sheets in
20  the Paprican micro-scanner as described by R. H. Trepanier, Tappi Journal, December pg. 153, 1989. The results indicate that the microbead treated paper has better formation at a lower dosage than the bentonite treated paper as the larger number signifies better
25  formation.

EXAMPLE 21

     Using the paper stock of Example 20, except that the cationic starch concentration is increased to
30  10 lbs/ton, formation is measured on paper made with the additives set forth in Table XXI.

35

HERC0075945

-39-

## TABLE XXI

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Papricean Microscanner SR/ BWS Ratio | Drainage Sec. |
|---|---|---|---|
| 1 - 10 AETMAC/90 AMD | 5 - BentonLite | 73 | 42 |
| 1 - 55 AETMAC/45 AMD | 0.5 - 60 AA/40 AMD/ 1,381 ppm HBA | 81 | 38.9 |
| 1 - 55 AETMAC/45 AMD | 1.0 - 60 AA/40 AMD/ 1,381 ppm HBA | 77 | 33.5 |

HERC0075946

-40-

Microbeads give superior hand sheet paper formation and better drainage times compared to bentonite, and at a lower dosage.

EXAMPLE 22

To an alkaline furnish containing 5-lbs of cationic starch, the ingredients set forth in Table XXII are added to the furnish of Example 21 and formation is observed visually on the paper hand sheets, produced thereby.

HERC0075947

-41-

TABLE XXIX

| Cationic Polymer lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Visual Formation | Drainage Sec. |
|---|---|---|---|---|
| 0.5 - 10 AETMAC/90 AMD | -0- | -0- | A | 87.8 |
| 0.5 - 10 AETMAC/90 AMD | -0- | 5 - Bentonita | A | 57.5 |
| 0.5 - 10 AETMAC/90 AMD | 2.5 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA -130 nm | A | 47.8 |
| 1.0 - 10 AETMAC/90 AMD | -0- | 5.0 - Bentonita | B | 49.2 |
| 1.0 - 10 AETMAC/90 AMD | 2.5 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | B | 39.8 |

* Alum is added immediately before the cationic polymer.

HERC0075948

-42-

Hand sheets from the first three samples have equivalent formation (A) by visual observation. The last two samples (B) themselves have equivalent formation by visual observation but their formation is not as good as the first three sheets. The experiment shows the superior drainage times are achieved with a microbead alum combination with equivalent visual paper formation as compared to bentonite, above, at higher dosage.

EXAMPLE 23

In order to evaluate a different type of anionic microparticle, three different particle sizes of hydrophobic polystyrene microbeads, stabilized by sulfate charges, are added to an alkaline paper stock containing 25% $CaCO_3$ and 5 lbs/ton of cationic starch in the furnish. Table XXIII sets forth the additives used and drainage times measured.

TABLE XXIII

| Cationic Polymer lbs/Ton | Anionic Polystyrene Microbeads lbs/Ton | Drainage Sec. |
|---|---|---|
| -0- | -0- | 103.9 Sec. |
| 1.0 - 10 AETMAC/90 AMD | -0- | 91.6 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Polystyrene beads-98 nm | 79.8 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Polystyrene beads - 30 nm | 49.9 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Polystyrene beads - 22 nm | 42.2 Sec. |

It is noted that all three anionic polystyrene microbeads improved drainage time over the cationic polymer alone with the smallest bead being the most effective.

The results indicate that noncross-linked, polymeric, water-insoluble microbeads are effective in increasing drainage rates.

HERC0075949

-43-

## EXAMPLE 24

A 30 nm polystyrene bead is compared to bentonite in performance using the alkaline paper stock containing 5.0 lbs/ton of cationic starch, above described in Example 22. Results are set forth in Table XXIV.

### TABLE XXIV

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage Sec. |
|---|---|---|
| 1.0 – 10 AETMAC/90 AMD | -0- | 70.9 Sec. |
| 1.0 – 10 AETMAC/90 AMD | 5.0 – Bentonite | 28.5 Sec. |
| 1.0 – 10 AETMAC/90 AMD | 5.0 – Polystyrene Beads – 30nm | 30.5 Sec. |

The results indicate that the 30nm polystyrene is substantially equivalent to bentonite.

## EXAMPLE 25

Microbead size of anionic polymer is studied by measuring drainage rates on the alkaline paper stock of Example 23 to which the additives of Table XXV are added. Results are specified therein.

### TABLE XXV

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage Sec. |
|---|---|---|
| 1.0 – 10 AETMAC/90 AMD | -0- | 106.8 Sec. |
| 1.0 – 10 AETMAC/90 AMD | 0.5 – 30 AA/70 AMD/ 349 ppm BAA – 130 nm | 72.2 Sec. |
| 1.0 – 10 AETMAC/90 AMD | 2.0 – 40 AA/60 MBA –220 nm | 71.7 Sec. |
| 1.0 – 10 AETMAC/90 AMD | 0.5 – 30 AA/70 AMD/ 50 ppm MBA – 1,000-2,000 nm | 98.9 Sec. |
| 1.0 – 10 AETMAC/90 AMD | 2.0 – 30 AA/70 AMD/ 50 ppm MBA– 1,000-2,000 nm | 103.6 Sec. |

HERC0075950

-44-

Both the 130 nm and 220 nm in diameter microbeads reduce drainage times over that of stock without microbeads by 33%. However, when the diameter of the anionic microbead is increased to 1,000 to 2,000 nm, drainage is not significantly effected.

### EXAMPLE 26

Using the same paper stock as in Example 22 the ingredients shown in Table XXVI are added in successive order, as in the previous examples. The results are specified.

### TABLE XXVI

| Cationic Polymer lbs/Ton | Anionic Microbeads lbs/Ton | Drainage Sec. |
|---|---|---|
| -0- | -0- | 135.6 Sec. |
| 1.0 - 55 AETMAC/45 AMD | -0- | 99.6 Sec. |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 30 AA/70 AMD 1000 ppm MBA- 2% surfactant | 86.7 Sec. |
| | ~464 nm | |
| 1.0 - 55 AETMAC/45 AMD | 0.5 lbs 30 AA/70 AMD/ 1,000 ppm MBA- 4% surfactant | 59.3 Sec. |
| | ~149 nm | |
| 1.0 - 55 AETMAC/45 AMD | 0.5 lbs 30 AA/70 AMD/ 1,000 ppm MBA- 8% surfactant | 54.5 Sec. |
| | 106 nm | |

Increased drainage rate is achieved as the microbead becomes smaller. Compared to the drainage time of 99.6 seconds without microbeads, the 464nm microbead results in a 12.9% reduction and the 149nm microbead a 40% reduction, showing the effect of small diameter organic microparticles.

HERC0075951

-45-

EXAMPLE 27

To the same stock that was used in Example 23, the ingredients set forth in Table XXVII are added, as in said example.

5

TABLE XXVII

| Cationic Polymer lbs/Ton | Anionic Microbeads lbs/Ton | Drainage Sec. |
|---|---|---|
| 1.0 - 10 AEIMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 66.3 |
| 1.0 - 10 AEIMAC/90 AMD | 0.5 - 30 APS/70 AMD/ 995 ppm MBA SV-1.37 mPa.s | 67.0 |

10

15    The microbeads of the 30 AA/70 AMD/349 ppm MBA copolymer and those of the 30 APS/70 AMD/995 ppm MBA copolymer when used with cationic polymers, produces paper with almost identical drainage times, even though one has a carboxylate and the other has a sulfonate
20  functional group. That the anionic beads have different chemical compositions and a differing degree of cross-linking yet yield similar properties is attributed to this similar charge densities and similar particle size. The acrylic acid microbead has a diameter of 130
25  nm and the 2-acrylamido-2-methyl-propane sulfonic acid microbead is of a similar size due to the similar way it was made.

EXAMPLE 28

30    The effect of different shear conditions on the relative performance of the anionic microbead compared to bentonite is shown in Tables XXVII A & B. Drainage testing is carried out as described in Example 1, on an alkaline furnish containing 5.0 lbs. of
35  cationic starch subjected to four different shear conditions.

HERC0075952

-46-

TABLE XXVIII-A

Stirring R.P.M. and Time*

| Condition | Cationic Polymer | Microbead |
|---|---|---|
| A | 800 rpm-30 sec. | 800 rpm-30 sec. |
| B | 1,500 rpm-30 sec. | 800 rpm-30 sec. |
| C | 1,500 rpm-60 sec. | 800 rpm-30 sec. |
| D | 1,500 rpm-60 sec. | 1,500 rpm-5 sec. |

High molecular weight cationic polymer is added to the furnish in a vaned Britt jar under agitation and agitation is continuous for the period specified before the microbead is added as in Example 1, agitation is continued, and the drainage measurement taken.

TABLE XXVIII-B

| Cationic Polymer | Anionic Microbead | Drainage in Seconds Shear Conditions | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| 0.6 lbs. 10 AETMAC/90 AMD | 5.0 lbs. Bentonite | 52.6 | 56.1 | 57.8 | 49.6 |
| 0.6 lbs.* 10 AETMAC/90 AMD | 0.5 lbs. 30AA/ 70 AMD-349 ppm MBA-130 nm. | 45.9 | 48.3 | 52.3 | 44.5 |

* 5.0 lbs. of alum is added immediately before the cationic polymer.

The relative performance of each additive system remains the same under different test shear conditions.

EXAMPLE 29

The utility of polymeric anionic microbeads in acid paper stock is established as follows. To an acid paper stock made from 2/3 chemical pulp 1/3 ground wood fiber, and containing 15% clay and 10 lbs/ton of alum at

HERC0075953

-47-

a pH of 4.5 are added and the listed ingredients of Table XXIX below.

TABLE XXIX

| Anionic Microbead lbs/Ton | Drainage using Cationic Polymer 10 AETMAC/90 AMD 0.5 lbs/Ton | Drainage using Cationic Polymer 10 AETMAC/90 AMD 1.0 lbs/Ton |
|---|---|---|
| -0- | 64.2 Sec. | 52.2 Sec. |
| 5.0 - Bentonite | 57.0 Sec. | 47.0 Sec. |
| 0.5 - 30 AA 70 AMD/ 349 ppm MBA - 130 nm | 53.3 | 42.1 Sec. |
| 1.0 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | --- | 38.7 Sec. |

Thus, in acid paper processes, 0.5 lb of polymeric anionic microbeads is superior to 5.0 lbs of bentonite in increasing drainage. At a level of 1.0 lbs/ton of cationic polymer, 5.0 lb/ton of bentonite lowers drainage time 10% while 0.5 lb/ton of microbeads lowers it 19.3% and 1.0 lb/ton of microbeads lowers it 25.9%.

EXAMPLE 30

This example demonstrates the effect of alum on drainage in the acid paper process when acid stock from Example 29 is used without initial alum addition. A set of drainage times is measured for this stock without alum present and a second series is measured with 5.0 lbs/ton of added alum and with the ingredients set forth in Table XXX. The enhancement of drainage time with the added alum is a significant advantage of the present invention.

TABLE XXX

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage in Seconds Alum in Stock | |
|---|---|---|---|
| | | -0- | 5 lbs/Ton |
| 1.0 - 10 AETMAC/ 90 AMD | 5.0 - Bentonite | 43.0 | 43.5 |
| 1.0 - 55 AETMAC/ 45 AMD | 1.0 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 42.1 | 29.1 |

C = Comparative Test

HERC0075954

-48-

### EXAMPLE 31

In recent years cationic potato starch and silica have been found to give improved drainage times when used in alkaline papermaking processes. The effectiveness of polymeric microbeads compared to the silica system is shown in Table XXXI using the ingredients set forth therein on to the alkaline paper stock of, and in accordance with, Example 1.

#### TABLE XXXI

| Cationic Potato Starch lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Drainage Seconds |
|---|---|---|---|
| -0- | -0- | -0- | 119.1 |
| 15 - Starch | -0- | -0- | 112.7 |
| 15 - Starch | 5.0 | -0- | 84.3 |
| 15 - Starch | 5.0 | 3.0 - Silica-5 nm | 38.5 |
| 15 - Starch | 5.0 | 1.0 - 30 AA/70 AMD/ 349 ppm MBA-130 nm | 36.7 |
| 30 - Starch | -0- | 3.0 - Silica-5 nm | 46.3 |

* Alum is added immediately before the addition of cationic potato starch.

The addition of 15 lbs/ton of starch, 5 lbs/ton of Alum and 3.0 lbs/ton of silica reduces the drainage time 67.7%, however replacement of the silica with 1.0 lb/ton of organic anionic microbeads reduces the drainage time 69.2% which is slightly better than the silica system with far less added material.

### EXAMPLE 32

The polymeric, anionic microbead and the silica starch systems of Example 31 are compared for first pass retention values using the alkaline paper stock of Example 2. The results are shown in Table XXXII, below.

HERC0075955