# EXHIBIT 6

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CIBA SPECIALTY CHEMICALS CORPORATION,

Plaintiff,

v.

HERCULES, INC. and CYTEC INDUSTRIES, INC.,

Defendants.

C.A. No.: 04-293 (KAJ)

**CIBA'S TECHNICAL TUTORIAL**

**Presented May 27, 2005**

*Of Counsel*:

Gordon R. Coons, Esq.
Eley O. Thompson, Esq.
Gregory C. Bays, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601-6780

Jeffrey L. Moyer, Esq.
Chad M. Shandler, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899-0551
(302) 651-7700
Attorneys for Plaintiff

# Ciba Specialty Chemicals Corporation v. Hercules Inc. and Cytec Industries, Inc.

C.A. No. 04-293 (KAJ)

# Ciba's Technical Tutorial

5/27/05 Presentation

# Technical Tutorial

1. Papermaking and the Importance of Drainage, Retention and Formation

2. Historical Review of Technology

3. The Polyflex® Invention
   - Polyflex® Used In Papermaking
   - Basic Polymerization
   - Making Polyflex®

4. Defendants' Perform® Product

5. Glossary of Terms

# Papermaking and the Importance of Drainage, Retention and Formation

# Commercial Papermaking Process

- Wood Fibers
- Fines
- Paper Formation


Tree Processing


Pulp


Fourdrinier

Drying

Paper

STOCK PREP     DRY END

# Commercial Papermaking Process with Additives

Tree Processing
Pulp
Fourdrinier
Drying
Paper
• Wood Fibers
• Fines
• Paper Formation
• Less Trees
• More Economical
• Better Paper Properties
STOCK PREP
DRY END
Additives
Fillers and Processing Agents
Cationic Chemicals
Anionic Chemicals

7
Locations of Addition
Pulp
Fan Pump
Screening/ Shearing
Fourdrinier
Drying
Paper
Fillers and Processing Agents
Cationic Chemicals
Anionic Chemicals
STOCK PREP
DRY END

# Papermaking: Wet End Operation





Fourdrinier

# Papermaking: Dry End Operation

Drying
Paper

# Historical Review of Technology

# History of Technology

Early 1980s

**Eka Introduced Compozil® System Based On Silica. U.S. Patent 4,385,961.**

1980

1990

2000

# History of Technology

Early 1980s

**Eka Introduced Compozil® System Based On Silica. U.S. Patent 4,385,961.**

Late 1980s

**Allied Colloids Introduced Hydrocol® System Based On Bentonite. U.S. Patent 4,753,710.**

1980 1990 2000

# History of Technology

Early 1980s

**Eka Introduced Compozil® System Based On Silica. U.S. Patent 4,385,961.**

Late 1980s

**Allied Colloids Introduced Hydrocol® System Based On Bentonite. U.S. Patent 4,753,710.**

1990s

**American Cyanamid (Cytec) Introduced System. U.S. Patents 5,167,766 and 5,171,808.**

1980 1990 2000

# The Polyflex® Invention - Polyflex® Used In Papermaking

# Patents Relating to Polyflex®

## Papermaking Process

| Patent Number: | 5,167,766 |
| --- | --- |
| Date of Patent: | Dec. 1, 1992 |

## Papermaking Chemicals

| Patent Number: | 5,171,808 |
| --- | --- |
| Date of Patent: | Dec. 15, 1992 |

- Organic Polymer
- Small Size (nanoparticle)
- Microbead (crosslinked)
- Charge (ionic)

16
Locations of Addition
Pulp
Fan Pump
Screening/ Shearing
Fourdrinier
Drying
Paper
Fillers and Processing Agents
Cationic Chemicals
Anionic Chemicals
STOCK PREP
DRY END

# Pulp and Fillers

Fines
Fibers
Filler

Photomicrograph of Pulp and Fillers

Pulp

Fillers and Processing Agents