

## Cationic Chemicals: Large Flocs



Cationic Chemicals



Cationic Chemicals

Pulp and Fillers

## Cationic Chemicals: Large Flocs



Pulp and Fillers | Large Flocs



Cationic Chemicals

## Cationic Chemicals: Large Flocs



- Cationic chemicals attach and form a structure called a floc

Pulp and Fillers

Large Flocs



Cationic Chemicals

## Cationic Chemicals Bind Fibers, Fines and Fillers



Large Flocs (Photomicrograph)



Large Flocs

Pulp and Fillers



Cationic Chemicals

# Large Flocs Create Unacceptable Properties



Large Flocs (Photomicrograph)

Paper Properties:

- **Poor Drainage**
- **Poor Formation**



Cationic Chemicals

Case 1:04-cv-00293-KAJ    Document 303-4    Filed 01/09/2006    Page 6 of 19

## Large Flocs Sheared

**Small Flocs**

**Screening/Shearing**

**Large Flocs**

**Screening/Shearing**

# Small Flocs Result From Shear



Photomicrograph of Small Flocs (Sheared)



Screening/Shearing

## Polyflex® How Does It Work?



Small Flocs

Anionic Chemical



Anionic Chemicals

# Polyflex® How Does It Work?



Small Flocs

System of Small Flocs



Anionic Chemicals

Case 1:04-cv-00293-KAJ    Document 303-4    Filed 01/09/2006    Page 10 of 19

## Polyflex® How Does It Work?



Small Flocs



System of Small Flocs

- Binds Small Flocs Together



Anionic Chemicals

## Improved Drainage, Retention, Formation



# The Polyflex® Invention – Basic Polymerization

30

Case 1:04-cv-00293-KAJ    Document 303-4    Filed 01/09/2006    Page 13 of 19

## Basic Polymer Chemistry

**Monomer Units** 

**Monomer Units**

**Polymer** 

In polymerization, small molecules (monomers) join together to make large molecules (polymers).

31

Case 1:04-cv-00293-KAJ    Document 303-4    Filed 01/09/2006    Page 14 of 19

# Carbon is the Building Block in Monomers



32

## ▲ Polymeric Growth

**Electrons are transferred from the carbon-carbon double bond, allowing the molecules to join together as a long chain of carbon-carbon single bonds.**





# Polymer Network





Linear Chain

Network

Crosslinks

# The Polyflex® Invention – Making Polyflex®

36