

## Polyflex® Microemulsion Batch Process

Monomers A B C
Water

Monomer Make-up

Polymerization Reactor (Microemulsion)

Oil Phase Make-up

38



# Polymerization of Polyflex® by Microemulsion




- A: Acrylamide
- B: (Acrylic Acid)
- C: (...)

INITIATOR

40





## Polyflex® Role in the Papermaking Process

- Customer mixes Polyflex® in water

Product shipped to plant



Anionic Chemicals

# Polyflex® Role in the Papermaking Process



- Binds Small Flocs

Small Flocs

System of Small Flocs



Anionic Chemicals

# Defendants' Perform® Product

## Perform® Application and Polymerization

- Used as replacement for
- Same acrylamide and acrylic acid monomers
- Same microemulsion process
- Uses special surfactant system instead of MBA for crosslinks to make structured microbeads

45

## Perform® Droplet

Oil

Special Surfactant System

Polymerization Reactor (Microemulsion)

46