# Perform® Special Surfactant System

Hypermer B246SF

# Perform® Special Surfactant System

Hypermer B246SF

Atlas G-946/Arlacel 80AC

# Polymerization of Perform®

Hypermer B246SF

Atlas G-946/Arlacel 80AC

INITIATOR

Special Surfactant System

50
Resulting Perform® Microbead/Microparticle
A
Acrylamide
B
Crosslinks
Special
Surfactant System

# Perform® Used as substitute for Polyflex®

# Tests Confirming Structure (Crosslinking)

- Intrinsic Viscosity
- Salted v. Unsalted Viscosity
- G' Storage Modulus
- Tan Delta

# EXHIBIT 6, SLIDE 53

# REDACTED

# Glossary of Terms

# Glossary of Terms

- A molecule of the formula CH2=CHCONH2.
- A molecule of the formula CH2=CHCOOH.
- An ion or group of ions having a negative charge by gaining one or more electrons.
- A polymer made of at least two different monomers grouped in blocks of similar kind, e.g., AAA BBB, in which A and B are two different monomers.
- An ion or group of ions having a positive charge by losing one or more electrons.
- A link or juncture between two adjacent chains of atoms in a complex molecule or polymer.
- A covalent bond in which two electron pairs are shared between two atoms, as between two carbon atoms
- The act or method of drawing off liquid such as water.
- A suspension of small droplets of one liquid in a second liquid with which the first will not mix, e.g., *an emulsion of oil in vinegar.*

# Glossary of Terms

- A device for pumping paper pulp and other paper stock materials.
- One of the elongated, thick-walled cells that give strength to plant tissue.
- The process of bringing together components to make a clump or mass of components.
- The manner or characteristic in which something is formed, such as the structural characteristics of paper.
- A machine used in the paper-making process to dewater paper pulp and form paper prior to drying operations
- Polymerization in which a growing polymer chain has a free electron bonding site (free radical) which joins with another monomer and usually generates another free electron bonding site (free radical).
- The materials such as pulp from which paper is made.
- The part of a Fourdrinier machine (or other wire forming machine) where furnish or paperstock is delivered to the screen to be dewatered.

# Glossary of Terms

- A surfactant which is a tri-block polymer with the middle block being water loving and the outer blocks being water hating.
- Describes the ability of a polymer molecule to alter the viscosity of the solvent in which it is suspended.
- Generally refers to a water-in-oil emulsion.
- An atom or molecule that has acquired a net electric charge by gaining or losing one or more electrons.
- A polymer where there is no crosslinking.
- A molecule of N,N-methylenebisacrylamide.
- A small particle.
- An emulsion where the droplets are small.
- A unit of length that is one millionth (1/1,000,000th) of a meter.
- A small particle.
- A compound composed of two or more atoms.

# Glossary of Terms

- A molecule that can combine with others to form a polymer.
- A unit of length that is one billionth (1/1,000,000,000th) of a meter and one thousandth (1/1,000th) of a micron.
- A small particle whose size is less than a micron.
- A group or system of interconnected or linked molecules.
- A series of repeated linked units (monomers) that form a larger molecule.
- A chemical process for bonding two or more monomers to form a polymer.
- A mixture of cellulose material, such as wood fibers, etc., ground up and moistened in the papermaking process.
- The act of retaining materials, including retaining fillers and fines.
- The study of the deformation and flow of matter to discern its properties.
- The state of not having carbon/carbon double bonds within the molecule.
- A device in a papermaking process that uses a mesh to remove unwanted debris.
- The state of having one or more carbon/carbon double bonds within the molecule.
- A suspension of small water-based droplets in an oil-based liquid.