# EXHIBIT 7

1

1                    IN THE UNITED STATES DISTRICT COURT

2                    IN AND FOR THE DISTRICT OF DELAWARE

3                                   - - -

4    CIBA SPECIALTY CHEMICALS          :        CIVIL ACTION
     CORPORATION, INC.,                :
5                                      :
                   Plaintiff and       :
6                  Counter-defendant,  :
                                       :
7           v                          :
                                       :
8    HERCULES INC., and CYTEC          :
     INDUSTRIES INC.,                  :
9                                      :
                   Defendants and      :    NO. 04-293 (KAJ)
10                 Counter-claimants.  :

11                                  - - -

12                          Wilmington, Delaware
                       Friday, May 27, 2005 at 9:30 a.m.
13                          TUTORIAL HEARING

14                                  - - -

15   BEFORE:        HONORABLE KENT A. JORDAN, U.S.D.C.J.

16                                  - - -

     APPEARANCES:
17

18              RICHARDS LAYTON & FINGER
                BY:  CHAD MICHAEL SHANDLER, ESQ.
19
                     and
20
                LEYDIG, VOIT & MAYER, LTD.
21              BY:  ELEY O. THOMPSON, ESQ., and
                     GORDON R. COONS, ESQ.
22                   (Chicago, Illinois)

23                          Counsel for Ciba Specialty
                            Chemicals Corporation
24

25                              Brian P. Gaffigan
                                Registered Merit Reporter

1  APPEARANCES: (Continued)

2

3           POTTER ANDERSON & CORROON, LLP
           BY:  RICHARD L. HORWITZ, ESQ.

4               and·

5           FINNEGAN HENDERSON FARABOW GARRETT & DUNLAP, LLP
           BY:  FORD F. FARABOW, JR., ESQ.,
6               JOANN NETH, ESQ., and
               A. NEAL SETH, ESQ.
7               (Washington, District of Columbia)

8                    Counsel for Hercules Inc.

9               and

10          GOODWIN PROCTOR, LLP
           BY:  THOMAS L. CREEL, ESQ., and
11               MARTA E. GROSS, ESQ.
               (New York, New York)

12                   Counsel for Cytec Industries Inc.

13

14

15

16

17                    - oOo -

18               P R O C E E D I N G S

19          (REPORTER'S NOTE:  The following Tutorial

20  Hearing was held in open court, beginning at 9:30 a.m.)

21          THE COURT:   Good morning.  Please be seated.

22          This is our time for the tutorial and to deal

23  with the discovery dispute.  I appreciate your making

24  arrangements to have the tutorial recorded, videotaped.

25  We'll go ahead and shut the cameras off when it's time to

1    talk about the discovery dispute.

2                   So why don't we start with some introductions.

3                   MS. NETH:  Your Honor, my name is Eley Thompson;

4    and with me is Mr. Gordon Coons.  Excuse me.

5                   MR. COONS:  You're upstaging.

6                   MR. SHANDLER:  That's okay.  Good morning.  Chad

7    Shandler from Richards Layton & Finger representing the

8    plaintiff Ciba Specialty Chemicals.  With us today in the

9    courtroom is from Leydig Voit & Mayer is Eley Thompson.

10                   THE COURT:  All right.

11                   MR. THOMPSON:  Good morning, Your Honor.

12                   MR. SHANDLER:  Gordon Coons.

13                   MR. COONS:  Good morning, Your Honor.

14                   MR. SHANDLER:  And also with is me is JoAnn

15    Villamizar, in-house counsel for the plaintiff Ciba.

16                   THE COURT:  And we have one other.

17                   MR. SHANDLER:  Also we have a summer associate,

18    Katy Lewis.

19                   THE COURT:  All right.  Nice to have you here.

20    Thank you very much.

21                   And on the defense side?

22                   MR. HORWITZ:  Good morning, Your Honor.  Rich

23    Horwitz from Potter Anderson here on behalf of both

24    defendants.

25                   THE COURT:  Good morning.

1              MR. HORWITZ:  With me today for Hercules on

2    this side of the table from Finnegan Henderson, Ford

3    Farabow.

4              MR. FARABOW:  Good morning, Your Honor.

5              MR. HORWITZ:  Joanne Neth and Neal Seth.

6              THE COURT:  All right.

7              MR. HORWITZ:  And then for Cytec, from Goodwin

8    Procter, Tom Creel and Marta Gross.

9              MS. GROSS:  Good morning Your Honor.

10             THE COURT:  Nice to have you here.

11             All right.  Who is going to start taking me to

12   school?  Mr. Thompson.

13             MR. THOMPSON:  Thank you, Your Honor.

14             Your Honor, we have prepared a PowerPoint

15   presentation that has some of depictions and pictures of the

16   stuff.  We have printed that out and have a CD copy.  There

17   are spots for notes.  I would like to hand this up.  It may

18   be useful to the Court.

19             THE COURT:  That would be great.  Thanks.  Hand

20   it right there.

21             (Documents passed forward.)

22             MR. THOMPSON:  In the back of it, there are,

23   there is a CD that if you put it in your computer, it should

24   automatically run in PowerPoint just as the presentation

25   here.

1          THE COURT:  All right.

2          MR. THOMPSON:  And you might find that useful

3   later.  Some of the off the screen, it's a little bit easier

4   to see.  So we have prepared on behalf of Ciba the tutorial

5   here.

6          Now, this case is a general setup.  It is a

7   patent infringement case involving two patents that are

8   asserted by Ciba against Hercules and Cytec.  The technology

9   in these patents was developed by Cytec in the early 90s.

10  It was practiced by Cytec and Hercules for several years and

11  then the business was sold to Ciba and then they released a

12  substitute product which was called Perform and that is what

13  brings us here today.  The product that was covered by the

14  patents and was practiced by them and then sold to Ciba is

15  called Polyflex.

16         We've broken our tutorial down into four basic

17  sections.  The first is just a general paper making.  These

18  are paper making chemicals.  It kind of goes to the general

19  paper making background.

20         There is a historical review of the technology,

21  how it developed in the industry.

22         Then we go through the Polyflex, how that is put

23  -- how it's made, how it's used and then some on the

24  defendant's Perform product and then we attached a glossary

25  which we won't go through but we provided to the Court for

1    later review.

2             THE COURT:  Well, you may skip the Perform

3    product because I'm not here to find out about infringement

4    at all.  So I'm happy to hear about the technical stuff.

5    That is what I want you to do is teach me about that.  Teach

6    me about paper making, teach me about the patent.  The

7    accused product I'm not interested in hearing about right

8    now.  I would like to know though what is a paper furnish?

9    What is paper furnish?

10            MR. THOMPSON:  A paper furnish is you take a

11   tree, cut it down, make it into pulp.  Then you treat that

12   pulp and before it comes out on a screen that makes your

13   sheet of paper, that is called a paper furnish.  It's

14   watered down paper pulp with all the collective ingredients

15   that are in there.  It's called a furnish.  It's an odd name

16   but that's what it's called.

17            THE COURT:  Okay.  Good.  Thanks.

18            MR. THOMPSON:  Just let me make one point about

19   why we have said anything about Perform and that is because

20   there is some technology that is in the Perform that we

21   believe would be helpful for the Court to see so that it can

22   kind of see what some of the other issues are that the Court

23   is going to be dealing with, technology-wise.  We don't have

24   anything about claims in here or anything like that but

25   there are, in general perspective, some differences that the

1    Court may want to see.

2            THE COURT:  Well, I'll hear what you have to

3    say, assuming that you are not taking me down a path which

4    I'm trying to make clear to everybody I don't intend to go

5    down to.

6            MR. THOMPSON:  If I do, please tell me.  I will

7    stop.

8            THE COURT:  Yes, I'll be counting on the other

9    side to keep you honest about that.  All right?

10            MR. THOMPSON:  Okay.

11            THE COURT:  Go ahead, Mr. Thompson.

12            MR. THOMPSON:  The traditional paper making

13    process, as I mentioned just a second ago, involves the

14    processing of trees to make pulp.  Then the fourdrinier

15    machine is a type of screen machine that actually spreads

16    out the paper and there is some video in here about that.

17    Then that sheet is partially dried in the fourdriner and

18    dried further to make very large rolls of paper which are

19    then shipped and end up as the white paper that you have,

20    like this.

21            The bricks kind of designate what would be a

22    paper making plant.  That would be like International Paper,

23    all of those major paper makers.

24            Now, the patents relate to additives.  In

25    particular, an anionic chemical, which is the Polyflex and

1   the Perform.  And basically what this is all about is if you

2   add fillers, you can reduce the amount of trees and improve

3   your property of your paper making.  But in order to get all

4   of that to work together, you have to add some chemicals,

5   and the fillers and the pulp are typically negative.  That

6   is like a static electricity charge.  Like if you took a

7   balloon and you rubbed it, you could pick up maybe dust on

8   the floor.  It's that kind of principle.  It's the same

9   principle of electrostatic.

10          So the fillers are negative.  So first you add

11  cationic.  Plus attracts minus so they join.  Then the

12  anionic -- I'll explain this -- you break that down and add

13  the anionic to join it back together and that makes a

14  special kind of formation.  I'll go through the details of

15  that.

16          THE COURT:  Let me make sure I understand.  And

17  I'm really just looking for an opportunity to use the word

18  "flocculate."

19          What you are telling me here, if I'm

20  understanding you right, is if you add the cationic

21  chemical, does that somehow make the processing agents and

22  fillers clump up --

23          MR. THOMPSON:  That's right.

24          THE COURT:  -- and then flocculate?  And then

25  you get the anionic chemicals.  If they're already clumped

1    up, what does adding the negative stuff do?

2              MR. THOMPSON:  We're going to go through this

3    with pictures so you can see it.  But basically the cationic

4    makes a floc which will not process well, and so you need to

5    further process it.  And because that will be a very good

6    question, one that we had discussed, why not just stop with

7    the cationic?  And the reason is that that floc that is

8    created by that won't process right.

9              THE COURT:  Okay.

10             MR. THOMPSON:  We put this slide up so you can

11   kind of see within the building where the different things

12   are added.  Generally, there is always a lot of different

13   options.  But these devices, the fan pump and the screening

14   are important because they create shear and break, like, for

15   example, after the cationic, it breaks the large flocs up so

16   they can be rejoined by the anionic.

17             We prepared this so you can kind of get a real

18   life.  I won't say much about this but this is an actual

19   fourdrinier machine in operation.  You can see maybe better

20   off with the screen that is in front of you rather than off

21   of this one just how fast this is, how fast that belt moves.

22   That is how much water is pulled off of this quickly.

23   Because, you know, commercial paper making, it has to move

24   quickly and it has to make a very, a very well formed paper.

25             This is kind of the liquid consistency you could

1    see there for a second on the top of the paper furnish or

2    the stock as it comes out on to the fourdrinier machine.

3    And then for reference purposes, we have a video here that

4    kind of shows the drying end of it, which is not so much an

5    issue in this case but for context, and then you can see the

6    large rolls of paper that are made by the continuous

7    process.

8              Now, historically, in this paper forming

9    chemicals to make for less trees being used, better

10   properties, there have been some major corporate players.

11   One of them was Eka, another one was Allied Colloids.  There

12   was Nalco and Cytec, American Cyanamide at the time.  So

13   we're going to go through how the technology for the people

14   who are trying to develop this technology evolved.

15             In the early 80s, relative to the anionic

16   chemicals, Eka introduced a system called Compozil and that

17   was based on silica.  And it worked basically after the

18   cationic.  It was the anionic product.

19             The next product on the market was a product

20   made by Allied Colloids.  And as you can see, several years

21   later, in the same decade, that was a Hydrocal system based

22   upon Bentonite and Bentonite is a clay particle.

23             After that, in that rough time period, Cytec,

24   the defendant here, assigned its scientists to develop a

25   product so that American Cytec could compete in the market.

1    And I actually failed to mention, in between Eka and Allied,

2    Nalco developed a long chain, and I'll get to this, long

3    chain cationic product they used.

4          So the efforts of Cytec and their scientists led

5    to the invention of Polyflex in the two patents that are in

6    suit here.  Now, later in that decade, of course, Cytec and

7    Hercules practiced the inventions for several years.  It was

8    sold to Ciba and then their new product was released which

9    is the subject of the case.

10         So in this section, what I want to do is kind

11   of go through how the Polyflex chemical works within the

12   paper making process.  The patents, we're not going to put

13   anything up about the claims, but just for technology

14   purposes, the thing about Polyflex is it is an organic

15   polymer.  Those earlier systems, they were inorganics.

16         Another characteristic of this, technology-wise,

17   that the Court will be dealing with is that it is very small

18   sizes, a nano particle.  And a nano particle, we'll kind of

19   getting into some of the sizing later.  To try to give you a

20   feel of what we're talking about when we say something that

21   small, it's a microbead, meaning that when you construct the

22   Polyflex particle, that it is structured so it won't unravel

23   and we'll go over that.  And it is, of course, charged,

24   anionic, like I was saying, so it will attract to the

25   cationic.

1          THE COURT:  And help me with the prefixes there.

2    What is -- just give me the translation -- cationic and

3    anionic?  What it's the A-N?  What is the C-A-T?

4          MR. THOMPSON:  Cationic means plus, positive.

5    Anionic means negative.  That's the -- where's the

6    derivation of the words, I'm not sure I can tell you, but

7    that is what it refers to.  Cationic simply means plus on

8    anionicity and anionic.  It's like with a balloon, you rub

9    it, it's going to be I believe plus and then the dust will

10   be negative so it will attract.  It's that kind of thing.

11   So it's the term to -- you could just as well I suppose say

12   positive but the chemical term is cationic.

13          THE COURT:  All right.  I'm with you.  Okay.

14          Oh.  As an aside here, and you folks jump up if

15   you need to, but as a historical matter, American Cyanamide

16   developed and patented the technology at issue?

17          MR. THOMPSON:  (Nodding yes.)

18          THE COURT:  And then what?

19          MR. THOMPSON:  Sold it.

20          THE COURT:  They licensed it to Hercules?  How

21   is Hercules practicing it?

22          MR. THOMPSON:  Hercules practiced with them,

23   sold it to the market for many years.

24          THE COURT:  Under a license.

25          MS. NETH:  No, Your Honor.  It was a

1   nonexclusive distributorship agreement.

2            THE COURT:  Okay.

3            MR. THOMPSON:  There is perhaps a dispute on

4   that point.  They did work together.

5            THE COURT:  So that's not an agreed-on fact.

6            MR. THOMPSON:  Right.

7            MS. NETH:  I gather not.

8            THE COURT:  All right.  Go ahead.

9            MR. THOMPSON:  Just for reference, I wanted to

10  show you this screen because at the bottom here as we show

11  some of these pictures, we kind of keep track on the overall

12  in the plant where these pictures are coming from.

13            What you see here -- and this is one that may be

14  shows up a little bit better on your monitor on your

15  bench -- you can see an actual picture of papers, of the

16  pulp and fillers.  And you can see they're kind of circled

17  there.

18            This is, as you can see, right before you start

19  adding the chemicals.  So we'll go through what it does when

20  you do add these chemicals.

21            This is basically a depiction, excuse me, of the

22  same picture as before.

23            You add, next, the cationic chemicals.  And the

24  pulp and fillers beforehand, as I mentioned before, are

25  negative.  So when you add the positive, it's going to have

1   a tendency to attract, and what it's going to make, like I

2   was saying before, are large flocs.  The way it makes those

3   large flocs is the -- and this shows what I was saying

4   Nalco's type of large chain cationic polymer.  It will wrap

5   around, it will attach because of the attraction, it will

6   bind it all together, and it will have a tendency to make a

7   very -- or a relatively.  It's not very large.  Everything

8   here is very small, but large relative size floc.  And this

9   is actually a picture here, a micro photograph of a large

10  floc.

11          Now, as I was mentioning before, the problem

12  with large flocs is because there is a lot of material in

13  there, it will have a tendency to retain water.  Now, as

14  you saw from the fourdrinier machine, you have to strip the

15  water off very quickly.  The time that the papers actually

16  on that machine is only in the terms of a second and it

17  travels 50 feet.  So this, it's moving along at a very quick

18  clip.  And it needs to go as fast as possible because, of

19  course, they're making paper which is a commodity product

20  and you got to be efficient to do it.

21          So one of the problems with just a cationic

22  system is it has the poor drainage.  It will also create

23  poor formation, meaning the paper will be clumpy.  It may be

24  not to the level of artistic paper, you know, the kind that

25  looks just wet dried, but it would be more clumpy than that

1    smooth consistency that people want out of the paper that

2    they use.

3            So in the process, what you do is it's added

4    before the screening devices, large flocs, and these flocs

5    happen almost instantaneously; very quickly will these

6    things join together because the forces.  You sheer the

7    large flocs into smaller flocs.  You basically pull them

8    apart.  They're still close and they're still flocs but

9    they're smaller in relative size.

10           THE COURT:  And you are telling me you run this

11   through a mesh.  You actually physically run it through a

12   screen which --

13           MR. THOMPSON:  Right.

14           THE COURT:  -- tends to break these things up.

15           MR. THOMPSON:  That's right.  Actually, there

16   with the screen is also a screening type device but there

17   is, in doing it, the way it works it creates sheer which has

18   a tendency to pull things, break them apart.

19           THE COURT:  And --

20           MR. THOMPSON:  And it's a very large machine.  I

21   it stand about this high and this wide.

22           THE COURT:  You've got a circular motion going

23   there.  What, if I'm using the terms right, is this aqueous

24   paper furnish circulating through the screen?  What is the

25   purpose of showing it as a circular motion there?

1          MR. THOMPSON:  Because there were, of course,

2   different forms of the screening, device but one of them has

3   one screen on the inside and one screen on the outside, as I

4   understand, and they turn like, or one turns and the other

5   one doesn't, but the shear is in that area close to it and

6   the stuff comes in and through.  So it's not -- the

7   screening device, the point of what it does here is that it

8   breaks it apart but how it actually operates is I think kind

9   of like what I said, but there are different forms of

10  screening devices.

11          THE COURT:  All right.

12          MR. THOMPSON:  Now, this is actually again --

13  and this picture is not so bad.  It's a little bit better on

14  the monitor.  This is a picture of the small flocs.  You can

15  kind of see that big one before is pulled apart so they're

16  still kind of close together but now they're in smaller

17  formations, relatively.  And this is where the anionic

18  chemical comes into play.

19          So you have small flocs.  You add the anionic

20  which is again negative.  At this point, the small flocs

21  have the cationic kind of on them so they've now been

22  predominantly charged positive.  So, again, following the

23  positive attracts negative, you need an anionic chemical to

24  work and that is why it's charged that way.

25          And now what is special about this and what this

1    kind of depicts is that it's in the parts where they come

2    close together that it joins.  The anionic chemicals,

3    because of their microbead and the structure, don't wrap out

4    and pull it all back together to be one big floc again.

5    They're more like point charges and you can kind of see

6    that here.  We've depicted it as more a single kind of bound

7    charged particle and it's not, doesn't unwind like the

8    linear.  So that is one of the big technology things we'll

9    be talking about in this case is this linear vs. particle

10   structure.  And actually in the processing to make this,

11   which is coming up, that's part of the way the processing

12   works to get you to this point.

13            Now, you can actually see on a given sheet of

14   paper, like most papers made this way, if you hold it up to

15   the light, you can see a marbleized, a marbleized difference

16   within the paper.  The darker spots there are more like the

17   size of the small flocs.  And it's to get that kind of

18   consistency across is what these chemicals do.  And that's

19   what these flocs that we've been talking about kind of end

20   up looking like in the paper that we have.

21            Now, there are, of course, two different parts

22   to putting this invention together.  You have to -- and from

23   an engineering standpoint, you have to know what is

24   necessary for it to work and come up with those criteria.

25   Then you have to figure out a way to make it.  And it's the

1   joining of all of that which has led to the Polyflex

2   product.

3            Now, we kind of wanted to just give, figure the

4   Court has seen this kind of thing before but we wanted to

5   quickly go through the basics of polymer science.

6            Polymer science is based upon the building of

7   chains of molecules.  They usually start with monomer units.

8   In this case, we're talking A and B so it's a co-polymer.

9   Those depict generally, very generally that there will be

10  different chemicals that would be the different units.  You

11  can see they are kind of chained together.

12           Of course, the building of a polymer, the

13  building block is carbon -- the carbon atom.  Four bonding

14  sites.  When a carbon atom has a double bond, it can break

15  one of those double bonds and connect to its neighbor.  So

16  you can think of the one bond as kind of being your arms

17  together.  If you break it, which happens in the polymers,

18  you can reach out and grab your neighbors.  And when you do,

19  you start building a chain.  And these chains get to be

20  very, very long.  In the Polyflex, it's over 100,000 units.

21  So you can see there is a lot of this that goes on.

22           Now, this kind of shows that when you build it

23  up to the larger size.  You get a linear chain.  Now, the

24  linear chains are flexible in general so they will be like a

25  piece of spaghetti.  They can wrap over themselves.  And

1    part of the technology in this case is to prevent the free

2    form of a spaghetti noodle, the way that it can ravel and

3    take different shapes, kind of like the cationic wrapped

4    around the particles that made the big floc.  Here, it's a

5    restrained structure and the way the restraining is

6    accomplished is by linking the different chains together.

7            When you link it and make it so it can't move,

8    it will have to stay in its structure.  Now, not exactly in

9    the structure but in the structure enough that it won't

10   unwind.  And that is the basic crosslinking of polymers.

11           Now, there are different ways to make

12   crosslinks.  The point is they restrain the structure and

13   then that is what controls the shape of a crosslinked

14   polymer, network -- polymer network.

15           Now, I want to go through how you make Polyflex

16   because Polyflex, it takes more than just, you know, simple

17   concepts because there are a specific kind of processing and

18   different elements of it that you, that they use in order to

19   end up with that particle that works at the anionic

20   chemical.

21           Basically to make Polyflex, you use two

22   different monomers, acrylamide, which is a nonionic polymer,

23   and acrylic acid, which becomes the anionic portion.  And

24   again you can kind of see to the right that we've depicted

25   that double bond that breaks open to join together to its

1    neighbor and build a chain.

2            There is also then, to make a crosslinks in the

3    Polyflex commercial product, there is a chemical called MBA

4    which has two of those crosslinkings so they can link to two

5    different chains basically.

6            The Polyflex product is made by a process called

7    microemulsion. And an emulsion is like oil and vinegar,

8    like your salad dressing, put the oil in, put the vinegar in

9    and they separate. That is not how you pour it on your

10   salad. You shake it up and you disburse it but they never

11   mix, they just form little separate domains, and that is

12   what this emulsion kind of thing is talking about.

13           And here, what this, what happens is you put the

14   three chemicals into basically a water-type makeup. You put

15   it into an oil phase in a reactive vessel, and these things

16   are made on batches. And within that vessel, it will create

17   the water droplets. And each one of those water droplets,

18   with all the monomers in it, is the little factory that

19   makes that particle.

20           And here, you can kind of see we've depicted the

21   droplet itself, the microemulsion. You can see it's 300

22   nanometers. Now, what size is that? Roughly, that would be

23   like in the order of the size of dust that you see maybe in

24   the sunlight sometimes, you can see it floating around.

25   It's not heavy enough to go to the ground, it will just stay

1    up in the air.  It's that itsy-bitsy size is these nano

2    particles, and it's that size that becomes important so that

3    it doesn't unravel and then make the large floc.

4            So anyway, within this droplet, we've had kind

5    of depicted the various building blocks and then the

6    cross-linker.  In the process to start the reaction, to

7    start the factory working, you add an initiator which then

8    will result in those long chains that we've talked about, .

9    100,000 units more with the crosslinks within them that help

10   maintain the structure of that because it's in this droplet

11   form that the stuff is put into barrels, shipped to those

12   plants where it's then mixed with water, added to the

13   process, and ends up as that particle joining the small

14   flocs together.

15           And it has those, some of those characteristics

16   I talked about.  It's a polymer.  It's ionic because it has

17   to be negative.  It is a microbead that is structured by

18   crosslinks and it's very small.  It has to be very small to

19   work efficiently.

20           Now, there is a certain amount of technology

21   difference that I'm going to go through so the Court can

22   kind of get a feel for what it's going to be hearing about

23   in the case.  Some stuff I'm not going to cover because --

24           THE COURT:  Just a moment.

25           Yes.

1      MS. NETH:  Your Honor, I looked through the

2   slides that Mr. Thompson has and this section in this

3   section, we clearly disagree with many of the presentations

4   he has got here.  If you are willing to sit here and listen

5   to this, we're willing to let it go forward and we have some

6   of our own, but we didn't prepare on this level and we

7   weren't intending to do this.

8      THE COURT:  Why don't we just skip this, Mr.

9   Thompson, because I really -- I guess we'll get to this at

10   another day, but what I want to hear about is paper making.

11   If there is something specifically, without going through

12   the whole thing, that you want to highlight as a broad

13   technological issue, I'll hear that.

14      MR. THOMPSON:  Okay.

15      MS. NETH:  There are some that he can present

16   them, we don't have too much of a problem, but there are

17   some we definitely disagreed on.

18      THE COURT:  Well, you got me sort of coming and

19   going.  Do you like it or not?  Do you want to hear it or

20   not?

21      MS. NETH:  If you are willing to.

22      THE COURT:  I'm prepared to let your feelings on

23   this roll a little bit because I agree with you this seems

24   to be sort of off the point, which is what is the general

25   technology of paper making, what is the general technology

1   associated with the patents in suit, not what is the

2   technology associated with the accused product, even though

3   there may we some overlap. So that's my general view.

4.  However, if you are telling me "hey, no, you know what,

5   judge, go ahead and hear it," I'll hear it.

6                MS. NETH: I think we believe --

7                THE COURT: But you have to come down on one

8   side or the other of the fence.

9                MS. NETH: Yes, Your Honor. I understand that.

10               I think we believe that there are some

11  technological issues that we disagree with, but I'm happy to

12  have him present, if he would like, his view of it and we

13  would present ours.

14               THE COURT: Okay. Well, then I hear that as a

15  yes. Go ahead and let's be quick, though, because I got to

16  get to something else and we're at 10:00 o'clock already.

17               MR. THOMPSON: Okay. A lot of the -- because

18  it's a substitute product, a lot is the same. The

19  acrylamide, the acrylic acid is the same. It's used in the

20  same particle so we're not covering any of that. We're just

21  covering the difference the Court may hear about and that is

22  emulation to the crosslinking. That it's the surfactant

23  system in theirs.

24               So what are we talking about? They make

25  basically the same droplet but they rely on the surfactant

1  system instead of the MBA that creates crosslinking.

2              THE COURT:  When you say --

3              MR. THOMPSON:  I wanted to explain the

4  surfactants, how they work because that is the technology

5  you are going to hear a lot about.

6              THE COURT:  Go ahead.  Let's hear you.

7              MR. THOMPSON:  Okay.  The surfactants that go

8  into making the crosslinking in the Perform product are very

9  selective.  It's a very selective system and it's comprised

10  of a product called hypermer and a surfactant works on a

11  principle of having a water loving portion and a water

12  hating portion.  And as depicted here, in the hypermer, the

13  water loving portion is the B portion, the water hating

14  portion is the A portion.  And on the droplet, they reside

15  basically around the water-oil interface.  And because when

16  the stuff is mixed, this, it's kind of a shaded thing

17  because it's not just black and white, it kind of has an

18  area and they reside kind of out in that area helping to

19  stabilize the droplet.

20              There is another product surfactant that is in

21  the Perform which is, they have a couple of them.  One is an

22  Atlas G94, the other one they switched to an Arlacel.  Those

23  have a structure instead of a water hating A, water loving

24  B, water hating A like hypermer, they're a little bit

25  different.  They're only half.  They have a water loving

1    portion and a water hating portion.

2            So there is -- and the initiator systems can be

3    different, too.  So there are certain initiator systems that

4    are water based and there are certain ones that are oil

5    based.  And this --

6            THE COURT:  So what I understand you to be

7    saying is in the patented technology, there is no use of a

8    surfactant at all?

9            MR. THOMPSON:  No.  In the typical making of a

10   Perform, you use a surfactant system but it does not get

11   incorporated into the structure.  Because every specific

12   surfactant, you choose from many manufacturers.  Some

13   special ones like they have chosen will react.  The ones

14   that Ciba and they used before did not react.

15           THE COURT:  And just so I'm clear, what you are

16   telling me is the plaintiff's patented system doesn't use a

17   surfactant.  It's got the oil droplets hanging around in the

18   oil and then it goes straight to initiating the chemical

19   reactions to create the polymers inside the water droplets.

20   But the accused products use some sort of surfactant that

21   stabilized the water droplets.  Did I understand right?  Did

22   I sum up what you told me or did I miss something?

23           MR. THOMPSON:  You understood it.  I would add

24   one point, and that is that the reason that the surfactant

25   that they used, the system, special system they developed

1    reacts, and while Polyflex has a surfactant system so they

2    both have a surfactant system, the Polyflex doesn't react.

3    It's not reactive.  And that's the difference and that is

4    why we're talking about this.

5            THE COURT:  The patented process does use a

6    surfactant.

7            MR. THOMPSON:  Right.

8            THE COURT:  All right.  It's just what you are

9    saying is they're different.  They use a different

10   surfactant than the patented process you use.

11           MR. THOMPSON:  The patented -- the commercial

12   process.  The patent is not specific as to the surfactant.

13   The patent talks about crosslinking.  It doesn't say exactly

14   how you get it, you know, whether it would be from a

15   surfactant or from an added molecule like an MBA.  It's that

16   it ends up being crosslinked.

17           THE COURT:  Okay.  Maybe I'm taking you where

18   you don't want me to go, but this surfactant, the purpose of

19   the surfactant is to stabilize the bubble; right?

20           MR. THOMPSON:  Generally speaking, yes.

21           THE COURT:  Okay.  It's not crosslinking

22   anything.  It's fixing the shell so that when you initiate

23   whatever process you get in there, all those happy little

24   chemicals can get together in a chain and start

25   crosslinking; right?

1          MR. THOMPSON:  That's right.  In typical form,

2     that is what you would use a surfactant for is just to

3     stabilize.  That would be it.

4          THE COURT:  In the patent, is there any mention

5     of a surfactant?

6          MR. THOMPSON:  I believe that there is a mention

7     of the surfactant system that is used in the preferred,

8     which became the commercial.

9          THE COURT:  In the preferred embodiment?

10         MR. THOMPSON:  Yes.

11         THE COURT:  Okay.  All right.  But the reason

12    you are highlighting this for me now is because there is a

13    specific thing you think is going on with their surfactant

14    which is different or other than what is going on in the

15    patent?

16         MR. THOMPSON:  Right.  It's a specially chosen

17    one and it's reactive.  That is the thing.  It's special,

18    it's reactive going in and makes a crosslink where in other

19    typical systems --

20         THE COURT:  Stop.  So their surfactant goes

21    beyond the stabilizing water droplet and actually causes a

22    chemical reaction inside the water droplet.  Is that what

23    I'm hearing?

24         MR. THOMPSON:  Right, that's it.  That's what

25    we're saying.  Exactly.

1          THE COURT:  Okay.  Go ahead.

2          MR. THOMPSON:  And in part, the way that this

3    happens is in the initiator because it's an oil soluble one.

4    It moves across that interface where the surfactants are.

5    Because they're reactive they start reacting, and that is

6    what leads to the surfactant in their system being built-in

7    as the crosslinks.  So while they don't have an MBA, they

8    use the surfactant special system -- not just any surfactant

9    system, a special surfactant system that would have

10   reaction.

11         Now, on the reactives, and this is maybe getting

12   a little bit too detailed in the technology, but the

13   hypermer has at least three different reactions possible,

14   one of which, like the MBA, the Atlas also has a reaction

15   that they've tested that has two reactions just like those

16   two double bonds.  So these are reactive surfactants they've

17   chosen.

18         And so in looking at this, you are going to hear

19   some stuff about testing, so I want to kind of run through

20   some of the tests.  By the way, this is just kind of shows

21   that it's used the same way but the tests that you will

22   hear about, the scientists and the Ph.D. people, it's like

23   looking at x-rays, you really need a doctor to tell you what

24   you are seeing.

25         But the tests that they look at are what are

1   called an intrinsic viscosity. And there is a definition in

2   the glossary, if the Court is interested later, salted and

3   unsalted viscosity. A storage modulus, which is measured on

4   a machine that kind of has a stirrer in it and it reads out

5   data that over different frequencies will let you, let the

6   scientists look at it and say they can even do it without

7   knowing what is in there. That one is crosslinked, that one

8   is linear. I can kind of tell you what I understand is the

9   difference intrinsic viscosity, high or low. We'll see

10  whether it's crosslinked or not. Salted, unsalted, what the

11  salt does. We'll tell you whether it's cross-linked or not.

12  It's how it reacts in the presence of those things.

13          Now, one last point. You may see in their

14  presentation something that is referred to as hydrophobe

15  hydrophobe?

16          THE COURT: Did you say hydrophobe hydrophobe?

17          MR. THOMPSON: Yes. Yes. Another --

18          THE COURT: It really doesn't like water.

19          MR. THOMPSON: Well, yes.

20          THE COURT: It really really doesn't like water.

21          MR. THOMPSON: I believe that when they refer to

22  it, they talked about the hypermer hydrophobe groups kind of

23  getting together. And those like, for example, we have a

24  document here --

25          MS. NETH: Your Honor, I object to this

1  document. This is a Hercules document and it's taken

2  totally out of context and it goes right to the heart of the

3  matter in the case.

4          THE COURT: Okay. Well, we're in it and you

5  tell me why it's wrong when you get up later; okay?

6          MR. THOMPSON: Okay. It just refers to

7  hydrophobe hydrophobes are a crosslinking form and that is

8  my last.

9          THE COURT: And that is your position?

10          MR. THOMPSON: That's what they say in their

11  documents. That's all.

12          THE COURT: All right.

13          MR. THOMPSON: And in the presentation, I'll

14  just run through a couple things. The back end is the

15  glossary and there are some stuff for you to look at.

16          THE COURT: Okay.

17          MR. THOMPSON: If you need it.

18          THE COURT: Thank you.

19          MR. THOMPSON: If you have any questions of me?

20          THE COURT: Well, let me give the other side a

21  crack at this and see if I have any questions at the end;

22  all right?

23          MR. THOMPSON: Okay.

24          THE COURT: Thank you very much, Mr. Thompson.

25          MR. THOMPSON: Thank you.

1          (Counsel confer.)

2          THE COURT:  Mr. Thompson, do you want your

3  watch?

4          MR. THOMPSON:  Oh.  Thank you.

5          THE COURT:  Sure.

6          Can I have your name again ma'am?

7          MS. NETH:  Joanne Neth, Your Honor.

8          THE COURT:  Neth?

9          MS. NETH:  Neth, N-E-T-H.  And also, Your Honor,

10  we have also prepared a PowerPoint presentation for today

11  and we've made some copies of the slides as well as the CD

12  and we'd like to hand it up.  It might be useful to you.

13          THE COURT:  Thank you.

14          MS. NETH:  I'm afraid some of this may be a

15  little redundant in view of Mr. Thompson's presentation.

16          THE COURT:  Don't feel compelled to go through

17  every slide then.

18          MS. NETH:  I won't do that, Your Honor.

19          I think as Mr. Thompson -- if I could have

20  another slide, please -- as Mr. Thompson indicated, this

21  lawsuit is about the technology that is used in paper

22  making.  Paper products, I think lawyers know that better

23  than anybody, are everywhere and they encompass everything

24  from paper, writing paper to paper cups and the technology

25  applies to all those types of papers.

1    The technology, as Mr. Thompson indicated,

2    improves the process and improves, making lower cost process

3    and also improves the quality of the paper we get out of the

4    products.

5    Can I have the next slide? Mr. Thompson went

6    through this so I'll go through this very quickly.

7    First, starting out with a little bit about

8    paper, how paper is actually made. Wood logs are chopped up

9    into small chips of wood. They have been made into pulp by

10    taking the individual fibers and mixing those fibers with

11    water, a lot of water.

12    And the water must be drained from the pulp so

13    it's put, spread over a wide wire screen to allow drainage

14    of the water on the pulp. And we're going to show in a

15    minute our picture of the fourdrinier machine which is the

16    most common and typical type of paper making machine that is

17    used in the industry today.

18    The fibers that remain on top of the screen are

19    then ultimately pressed into paper. As Mr. Thompson again

20    described, the pulp is spread out -- can you go back? Pulp

21    is spread out on a wire screen and water drains out through

22    the screen by gravity and it's also assisted by vacuum.

23    Meanwhile, the objective here is to retain the pulp fibers

24    on the top of the screen while allowing the water to drain

25    out as quickly as possible.

1          The technology in dispute again is a drainage

2     and retention aid.  Drainage and retention aid is an

3     additive that in this case is a polymeric material that is

4     mixed with the pulp and it's spread out on the wire screen.

5     That retention and drainage aid helps drain water from the

6     pulp very rapidly by attracting the fibers together or

7     flocculating them, as we discussed earlier, to each other

8     which assists in keeping the pulp on top of the screen while

9     allowing the water to drain out again as rapidly as

10    possible.

11         Fillers and other pigments and things are also

12    typically added to the pulp which is also called furnish,

13    which I believe was discussed earlier as well.

14         THE COURT:  Let me ask you, is the furnish the

15    whole watery mix or is it the fibers and stuff floating on

16    top?

17         MS. NETH:  It's actually -- if I can go to the

18    next slide, please.

19         Again, we've got our picture here fourdrinier

20    machine.  What is coming out of the headbox on the right

21    here is where the furnish is and that would include the

22    pulp, the water, any fillers that goes in.

23         THE COURT:  It's the whole slurry mess.

24         MS. NETH:  It's the whole slurry mess, exactly,

25    as I understand it.

1          And moving to this paper machine here, the

2    fourdrinier machine, I think Mr. Thompson showed some moving

3    shots of this.  Again, we have the wire screen here which

4    I'm pointing to here.  It's actually encompasses this whole

5    sheet here.  And this particular machine, the screen is

6    actually moving in this direction, from the lower right to

7    the upper part, in this direction here.

8          And so what happens is that the pulp, and

9    including all the other components, drainage aid, et cetera,

10   is coming out of the headbox here.  It's sprayed out, as Mr.

11   Thompson's video showed earlier, on to the screen.  It moves

12   very rapidly in this direction.  The first thing that

13   happens is it hits a series of foils that are down

14   underneath which you can't see here.  Those are actually

15   mechanical blade-like devices that are angled and what they

16   do is as the screen is moving rapidly this way, it causes a

17   vacuum that sucks the moisture out.  It's almost like a down

18   draft.  It sucks the moisture down and out of the pulp.

19         Further along, it hits a series of vacuum boxes

20   which are essentially accomplishing the same thing but

21   they're assisted by vacuum pumps.

22         Then we reach in this section, the press section

23   where the papers are pressed down by a felt, a big piece of

24   moving felt in this direction and it moves back here into a

25   section where it's actually dried by steam heating.

1        The interesting thing which I think came

2    across in Mr. Thompson's video was this is moving extremely

3    rapidly.  This moves roughly on the order of 3,200 feet per

4    minute, which is around a little over 50 feet per second.

5    So there is not a lot of time for this drainage to be --

6    retention and then drainage to be accomplished.

7        The other interesting thing I think to note here

8    is coming out of the headbox, for every pound of pulp fiber

9    that comes out of there, there is about 200 pounds of water

10   and those 200 pounds of water have to be removed between

11   here and the end of the process.  So the retention drainage

12   aids have to work very efficiently and very rapidly.

13        THE COURT:  Completely off the topic, but since

14   I got you here, what happens to the water?

15        MS. NETH:  It's recycled.  They pump it out and

16   use it again, filter it and use it again.

17        If I can go to the next slide, please.

18        And in this slide, we just attempted to make

19   more graphic representation of what is going on with the

20   retention and drainage aids and how they work in the

21   process.  In this particular slide, you can imagine that

22   this is the screen down here and that the screen is moving

23   in this direction.

24        One thing I did forget to mention in the earlier

25   slide was that the screen is actually moving in a continuous

1  loop like this.  So it's actually coming around and picking

2  up more pulp again out of the headbox from the earlier

3  picture.

4          But going back to this slide here, we portray,

5  over here on the left-hand side, a mixture of what is coming

6  out of the headbox basically.  We've got represented here

7  pulp fibers.  There is water, obviously.  There are any

8  other fillers or pigments that are also included, and then

9  just representations, we have the black dots here which are

10  intended to represent our retention and drainage aid.

11          You were interested in floc formation earlier.

12  Well, that is the whole point.  That is exactly what we're

13  trying to accomplish and that is what we pictured here.  We

14  have, in this instance, we're showing bead-like particles

15  that are actually assisting in pulling the floc, pieces of

16  fiber together.  They work by various means which we'll get

17  to in a minute, but here we have to show them aggregating

18  the pulp fibers forming the flocs.  That creates area in

19  between where the water can drain out down through the

20  screen as we saw earlier.

21          As the screen moves along, again it hits first

22  the gravity drainage section which is assisted by foils, and

23  we show here water draining out the bottom.  And then again

24  it hits another set of vacuum assisted drainage, which here

25  you can see it's being sucked down further onto the screen,

1   which is the objective ultimately, to form a uniform sheet

2   over here.

3          And again, with respect to rapidity with which

4   this has to occur, from the time within which the flocs

5   start to form to the end of the sheet formation, you have on

6   the order of a second for this to happen.  So this must

7   happen very quickly.

8          If I can have the next slide, please.

9          The next slide we've presented sort of a time

10  line here on the evolution of the these retention and

11  drainage aid technologies over the years.  Up until the

12  1960s, alum was used.  Alum is actually aluminum sulfate and

13  that was primarily and actually was predominantly used in

14  the industry prior to 1960.  That had some drawbacks that

15  required very little pH and which meant a very acidic

16  environment and that ended up resulting in weak paper that

17  wasn't very robust and also that tended to, because of the

18  acid content, tended to yellow and age quickly.

19         That particular process, the alum process worked

20  by ionic or charged attraction as Mr. Thompson described

21  earlier.  In the 1960s, mainly to get away from the problems

22  with alum, polyacrylamides came along.  Those were, are

23  linear water soluble polymers.  Those again worked by ionic

24  or charged, plus-minus type attraction.

25         Those were used, as you can see here, for a

1    number of years, until the 1980s roughly, when silica

2    technology entered the industry.  Silica, that's an

3    inorganic particle.  It's actually silicon dioxide, which if

4    you can imagine sand, very finely ground.  That is more or

5    less what it is.

6          Shortly after the introduction of silica came

7    along Bentonite technology.  Bentonite is aluminum silicate

8    which is a form of clay, very fine clay.  And again, that

9    was an inorganic particle.

10          In the early 1990s, this micropolymer technology

11    came along.  Those are organic water insoluble microbeads or

12    microparticles.  And again --

13          THE COURT:  And I take it -- hold just a

14    second -- that as you go up this, well, just to make it

15    clear I guess on this record, your little parenthetical,

16    Perform SP technology are not crosslinked, that is a matter

17    in dispute, isn't it?

18          MS. NETH:  Yes, Your Honor.

19          THE COURT:  Okay.

20          MS. NETH:  I'll not talk about that for now, if

21    you prefer.

22          THE COURT:  I just want to make sure that that

23    is a -- that is a significant point of contention, isn't it?

24          MS. NETH:  It is a very significant point of

25    contention, Your Honor.

1           THE COURT:  All right.

2           MS. NETH:  What I was about to say was the

3   micropolymer technology that came along here in the early

4   '90s encompassed a number of things.  One example of that

5   would be the products that are covered by the patents that

6   are in the lawsuit here.

7           These three types of technologies here, the

8   silica, Bentonite and micropolymer technology all work by

9   depending on their size of the particles, surface area of

10  the particles and the surface chemistry of the particles.

11          In the early 2000s, Hercules Perform SP

12  technology came along, was introduced into the market.  That

13  is an organic water soluble grafted polymer and we contend

14  not cross-linked.  That particular product works by what we

15  call hydrophobic association as opposed to the other

16  different kinds of ionic attraction, et cetera, that we have

17  outlined here.

18          If we can have the next slide.

19          I thought I would talk a little bit about

20  polymers and what they are as well.  I think I have a

21  little bit maybe more simplified version of this than Mr.

22  Thompson's but I don't think we're inconsistent at least at

23  this point.

24          Polymers, soluble and insoluble, as we saw

25  from the earlier slide, have been and are being used

1   currently as retention and drainage aids. I don't want the

2   prior slide to be misleading. It's not as each of those

3   occurrences led to the complete abandonment of the earlier

4   technology. In fact, the linear water polymer, the

5   polyacrylamides are still being used today as well as the

6   silica, Bentonite technology, all those things are still

7   being used.

8          THE COURT: When you say still being used,

9   they're being -- they're not used in the same furnish,

10  though, are they?

11         MS. NETH: You mean combining them all together?

12  No.

13         THE COURT: Yes. It's like you use one, you use

14  the other. You could use any one of them but you don't, for

15  good measure, throw them all in the mix.

16         MS. NETH: That's right. I don't, I'm not aware

17  of any circumstance where they do that. They may combine a

18  linear water soluble polymer with silica or with Bentonite.

19  There may be combinations, but not all of them at the same

20  time.

21         THE COURT: Okay.

22         MS. NETH: You may use one or more. I think Mr.

23  Thompson described a system where he had cationics and

24  anionic being added, so it may involve combinations of some

25  of the different technologies that we saw in the earlier

1    slide, but it can be done with one.

2              THE COURT:  All right.

3              MS. NETH:  What is a polymer?  A polymer is a

4    very large molecule which can be anywhere from 50,000 to a

5    million units per chain that is formed by linking together

6    many smaller units called monomers.  I think Your Honor is

7    familiar with this.  A monomer again is a compound that is

8    capable of being converted into a polymer merely by

9    chemically linking with itself or other similar molecules or

10   compounds.

11             Next one.

12             There are several different types of polymers

13   and I think that they bear on the technology issues in this

14   case.  The first type that I would like to talk about are

15   linear polymers.  And a linear polymer is composed of

16   monomers linked together in a single continuous fashion

17   somewhat like a strand of pearls.  There are only two

18   distinct ends to that linear polymer and we have depicted

19   just graphically here how that linking occurs.  You have two

20   monomers, A and B.  They combine.

21             THE COURT:  I'm with you on this.  Okay.

22             MS. NETH:  And again, linear -- this is a random

23   co-polymer.  I don't know if Mr. Thompson mentioned that.

24   They are linked randomly rather than a particular pattern

25   with the linear polymer.  So this is called a random

1    co-polymer.

2              And examples of some of the monomers that are

3    used in the technology that is the subject of the patents

4    and also the accused product are acrylamide and acrylic

5    acid.

6              If you could go to the next slide.

7              The next type of polymer I'd like to talk about

8    generally are crosslink polymers.  And crosslink polymers

9    are those in which of the monomers are linked to one another

10   at points other than at the ends.  They can be crosslinked

11   using a crosslinking agent or what is called, for short, a

12   cross linker.  And according to the patents, there are, they

13   do set forth at least a general description of what a

14   crosslinking agent is.  They say it's a -- that it's a

15   molecule having either at least two double bonds, a double

16   bond and a reactive, two reactive groups.

17             During the crosslinking process, the crosslinker

18   incorporates itself into the polymer, the growing polymer

19   chain to become part of the polymer itself and we depicted

20   that here.  That monomers A and B, got a cross linker added

21   here.  After the polymerization, you can see that the

22   cross-linker inserted itself into both of these polymer

23   chains.

24             I think Mr. Thompson referred to this

25   methalinevisacrylamid (phonetic).  That is a typical, common

1    crosslinking agent.

2                Go to the next one, I guess.

3                MS. NETH:  The next type of polymer I'd like to

4    talk about is grafted polymer.  That is a linear polymer

5    that has a non-monomer molecule that is grafted on to the

6    polymer chain.  The grafted molecule doesn't become the

7    incorporated into the polymer background as we saw with the

8    crosslinking polymer.  And the chemical composition of the

9    grafted molecule which we show down here as the green block

10   is actually different from the polymer backbone itself.

11               If I could go to the next slide.

12               Here, we just have a picture of the different

13   types of polymer linear over here, the crosslink polymer

14   here and then grafted polymer here.

15               Very briefly, Your Honor, I'm going to put the

16   claims up because I think they provide a context for the

17   case.  And maybe that is infinitely clearer by now but both

18   of the patents in suit, I think just by looking at the '766

19   patents, we can see -- I won't read the whole claim.  It

20   talks about an ionic organic crosslink polymer microbead.

21               And if we move to the next patent, again you see

22   it's a composition comprising a crosslink anionic polymer

23   microparticle --

24               THE COURT:  Right.  You don't need to take me

25   through this.

1           MS. NETH:  Okay.

2           THE COURT:  You're looking at the patent.  I

3   know what your position on this.

4           MS. NETH:  We're done with that, Your Honor.

5           In the technology at issue here, polymers are

6   actually made by using an emulsion than can be made in other

7   types of applications by different methods.  Here, we use an

8   emulsion which I know he referred to earlier.  I'll give a

9   little bit more, I think a little bit more simplistic

10  explanation which I hope will be illustrative.

11          An emulsion is dispersion of one liquid in

12  another in which the two are not soluble.  There are

13  actually two main types, and far and away the most common is

14  the oil, what is called an oil-and-water emulsion.  Some

15  examples of that are Italian salad dressing as Mr. Thompson

16  mentioned earlier, but also hand lotions and milk which are

17  common items.

18          The other type is called a water-and-oil

19  emulsion, and that is far less common, and an example that

20  came to mind from me was mayonnaise.  Those are also known

21  as reverse or inverse emulsions.  And those water-and-oil

22  emulsions are actually the subject of both the patents in

23  suit and also the accused product.  That is the technology

24  that is involved in making those particular products.

25          If I can go to the next one.

1          Emulsions actually provide a relatively dense
2    concentration of solids and a low viscosity environment
3    through the formation of very small water droplets over here
4    on the right.  What I have depicted here is a graphic
5    illustration of actually how you make one of those
6    emulsions.
7          THE COURT:  Is this a water-and-oil or an
8    oil-and-water?
9          MS. NETH:  This is a water-and-oil emulsion
10   continuous phase, which is going to be substantially larger
11   than the water phase, assuming the water is going to be
12   added into the water phase here.  So it's a water-and-oil
13   emulsion.
14         THE COURT:  And the distinction is whichever
15   droplet is suspended in the solution?
16         MS. NETH:  Yes, that's correct.
17         So just simplistically, we have a reservoir
18   here with oil in it.  To that we typically would add a
19   surfactant.  Surfactant is another word for that would be an
20   emulsifier.  Surfactant is a chemical molecule that has area
21   of the molecule that is hydrophilic and the other which is
22   hydrophobic.  So what happens -- you will see in the next
23   slide a little bit better but what happens is that serves to
24   sit at the interface between water droplet in this example
25   and the oil wherein the hydrophilic part will actually be in

1   the water phase and the hydrophobic part will be in the oil

2   phase and it will stabilize the interface between those two

3   phases.

4           The other component here is water, and to that

5   we would add the monomers and if you are making a crosslink

6   polymer, you would add the crosslinker.  Then those things

7   are mixed together.  Typically, you would add the water into

8   the oil, mix those things together and then stir it and you

9   would get here, we see small droplets of water dispersed in

10  the oil, which is being stabilized again with the

11  surfactant.  And again, that is called and inverse emulsion.

12          If we take a closer look at one of these water

13  droplets -- I was going to run through this quickly for each

14  of the different types of polymers that we're making.  In

15  this instance, we would be making a linear polymer.  What

16  you find in the water droplet here, before polymerization,

17  this is in the emulsified state before polymerization are

18  the two monomers we saw earlier.  And here we show the

19  surfactant, with the hydrophilic end here, the hydrophobic

20  end here, we join several of them as you can see they're

21  sitting at the interface here and as you can see here,

22  they're stabilizing this water, this small water droplet,

23  causing it to remain as a droplet rather than coalescing out

24  and separating.

25          THE COURT:  I don't want to rush you unduly but

1    I do want to get your discovery dispute addressed.

2              MS. NETH:  Okay.

3              THE COURT:  And we have to be out of here by

4    11:00.  So I think I have a fix on this.  You have all the

5    chemicals running around there, you stabilized them outside

6    of the water droplets and they're going to do their chemical

7    thing in there.

8              MS. NETH:  They're little mini-reactors.

9              THE COURT:  Right.  I'm with you.  Let's go to

10   the next.

11             MS. NETH:  If I could move this.  It's just a

12   slide showing the same thing for making the crosslink so

13   I'll skip that one.

14             The next one is showing the drafted polymer,

15   which the only point I would make here is that the grafting

16   molecule, the grafting molecule is just attaching itself to

17   the linear chain.

18             If I go to the next one.

19             Since Mr. Thompson talked about our product, I

20   feel like I perhaps should address this, just briefly.  The

21   Hercules Perform product is a grafted polymer.  That occurs

22   through what Hercules believes --

23             THE COURT:  You've got a Perform slide, too.

24   What is this?

25             MS. NETH:  Imagine that, Your Honor.

1          THE COURT:  What a coincidence.  All right.  Go

2    ahead.

3          MS. NETH:  What is fair is fair.

4          In the Hercules Perform product, we're looking

5    here just at what is in the -- at what is in the water

6    bubble here.  Again, we've got our monomers.  Hercules uses

7    two different surfactants.  One is a standard surfactant --

8    actually, both standard, perfectly commercially available

9    surfactants.

10         What happens during a polymerization however,

11   and here, picture both of the surfactants acting exactly as

12   what they are, both have hydrophilic and hydrophobic ends

13   and they align themselves with the surface just like

14   surfactants do.  We add the initiator to begin the

15   polymerization and in this instance, the surfactant, this

16   particular surfactant which is called hydromer, which Mr.

17   Thompson mentioned, undergoes a reaction with the linear

18   polymer and grabs on to the linear polymer.  That happens in

19   a few instances.  It's not -- it doesn't happen to every

20   molecule of the hypermer we pictured here.  There are still

21   molecules of hypermer that continue to act as surfactants so

22   this happens to a small number of molecules, that this, that

23   this grafted polymer is formed.  The rest of it is still

24   just a linear polymer, water soluble, you know, just a

25   regular linear water soluble polymer.

1            If I can go to the next slide.

2            The only point I wanted to make here is after

3   the inversion, I don't believe Mr. Thompson talked about

4   this.  Inverting the emulsion means adding a lot of water to

5   the emulsion we saw earlier.  You add a lot of water to

6   that, so that what happens here is that the surfactant

7   basically overwhelmed and it can't maintain those water

8   droplets any more.  They break open and what you end up with

9   is, whatever oil is left, forming its own little droplets

10  but also you end up with a polymer that has been released

11  into the inverted emulsion which is now primarily water.

12            THE COURT:  So you turned this water-and oil

13  into oil-and-water and then you strip the polymers.

14            MS. NETH:  Oil and water with the polymers

15  floating, yes, correct.

16            THE COURT:  All right.

17            MS. NETH:  In the example of linear water

18  soluble polymers, which are the polyacrylamides, if you

19  think back to the evolutionary slide that I showed, those,

20  once you inverted the emulsion, those polymer changes are

21  sort of floating randomly in the now large amount of water.

22            The crosslink, microbead-type structures are

23  actually -- shown here, they're actually displayed as beads

24  because they're constrained by the fact they're

25  cross-linked.

1        In the case of the Hercules grafted polymer
2    which I have shown here, what ends up happening because the
3    hypermer, the chains that contain the hypermer molecule have
4    a hydrophobic end, they end up attracting each other and
5    form what is a hydrophobic association.  The middle part
6    here is where the hydrophobic ends link to congregate
7    because they're trying to avoid that water.  As you said
8    earlier, they hate water so they don't want to be near it.
9        If I could go to the last slide.
10       Again, a little bit of perhaps repetition but we
11   pictured here in this column what the polymers looked like
12   in the emulsion.  The linear water soluble polymers look
13   essentially the same, they, got, just got a lot more room to
14   move here.  They have a lot of freedom to move.
15       The insoluble, crosslinked microbead type
16   technology.  In the emulsion, they're crosslinked.  They're
17   constrained by the size of the water bubble.  After you put
18   them in water in the inverted state, they can swell but
19   again they can only swell to a certain point and they still
20   maintain the crosslink bead-like structure.
21       And again, with the grafted Perform product, for
22   example, we end up with a mixture of some of these
23   hydrophobically associated molecules -- actually, not
24   molecules.  They're associations of polymer chains.  But the
25   overwhelming majority are going to be the linear, these

1    linear polymer chains, and that is what ends up in the

2    inverted emulsion.

3              I think that is all we wanted to present, unless

4    you have questions.

5              THE COURT:  No, I don't have any questions and

6    let's go ahead and get to the discovery dispute.  And thank

7    you very much for your presentation.

8              MS. NETH:  Thank you, Your Honor.

9              (Tutorial hearing ends at 10:37 a.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

# EXHIBIT 8

# REDACTED