# EXHIBIT 13

# REDACTED

# EXHIBIT 14

# REDACTED