# EXHIBITS 15 - 29

# REDACTED