## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | C.A. No.: 04-293 (KAJ) |
| Plaintiff, | ) ) | **REDACTED - PUBLIC VERSION** |
| v. | ) ) ) | |
| HERCULES, INC. and CYTEC INDUSTRIES, INC., | ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF L. SCOTT BEALL
## IN SUPPORT OF CIBA'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT
## THE ACCUSED PERFORM® SYSTEM INFRINGES U.S. PATENT NOS. 5,167,766
## AND 5,171,808

## VOLUME 3

*Of Counsel*:

Gordon R. Coons, Esq.
Eley O. Thompson, Esq.
Gregory C. Bays, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601-6780

Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Jeffrey L. Moyer (#3309)
(Moyer@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899-0551
(302) 651-7700
Attorneys for Plaintiff

Dated:  January 9, 2006

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) C.A. No. 04-293 (KAJ) |
| Plaintiff, | ) ) **JURY TRIAL DEMANDED** |
| v. | ) ) |
| HERCULES, INC. and CYTEC INDUSTRIES, INC., | ) ) **REDACTED - PUBLIC VERSION** |
| Defendants. | ) ) ) |

**DECLARATION OF L. SCOTT BEALL
IN SUPPORT OF CIBA'S MOTION FOR PARTIAL SUMMARY JUDGMENT
THAT THE ACCUSED PERFORM® SYSTEM INFRINGES U.S. PATENT
NOS. 5,167,766 AND 5,171,808**

I, L. Scott Beall, declare as follows:

1.    I am an attorney at law of the State of Illinois and a member of the firm of Leydig, Voit & Mayer, LTD. I am fully competent to make this declaration in support of Ciba's Motion for Partial Summary Judgment that the Accused PerForm® System Infringes U.S. Patent Nos. 5,167,766 and 5,171,808. All statements made in this declaration are true and correct.

2.    I represent Ciba Specialty Chemicals Corporation. As an attorney for Ciba, I am personally familiar with the litigation, pleadings and discovery history, including document production, in this action.

3.    Attached hereto as Exhibit 1 is a true and correct copy of the Scheduling Order dated December 20, 2004.

4.    Attached hereto as Exhibit 2 is a true and correct copy of the transcript from the

- 1 -

deposition of Richard Royce, Ph.D., held October 7, 2005.

5.    Attached hereto as Exhibit 3 is a true and correct copy of the transcript from the deposition of Paul S. Waterman held July 7, 2005.

6.    Attached hereto as Exhibit 4 is a true and correct copy of the transcript from the deposition of Zeb B. Morgan held October 21, 2005.

7.    Attached hereto as Exhibit 5 is a true and correct copy of a compilation of Hercules production documents bearing bates numbers HERC0015535-40, 0017788-90, 0047162-66, 0083407-8, and 83418-83420.

8.    Attached hereto as Exhibit 6 is a true and correct copy of Ciba Specialty Chemical Corporation's Technical Tutorial presented May 27, 2005. (PDX 5)

9.    Attached hereto as Exhibit 7 is a true and correct copy of the transcript from the Technology Tutorial Hearing before the Honorable Kent A. Jordan, U.S.D.C.J., held May 27, 2005.

10.    Attached hereto as Exhibit 8 is a true and correct copy of the transcript from the deposition of Charles P. Klass held October 21, 2005.

11.    Attached hereto as Exhibit 9 is a true and correct copy of U.S. Patent No. 5,167,766 to Honig et al.

12.    Attached hereto as Exhibit 10 is a true and correct copy of U.S. Patent No. 5,171,808 to Ryles et al.

13.    Attached hereto as Exhibit 11 is a true and correct copy of European Patent No. 0,202,780 to Flesher et al.

14.    Attached hereto as Exhibit 12 is a true and correct copy of P.C. Painter and M.M. Coleman, Fundamentals of Polymer Science, 2d Ed., CRC Press, (1988), chapter 7. (CIBA

037938-990)

15.     Attached hereto as Exhibit 13 is a true and correct copy of a Hercules ASD

Project Report entitled "Colloidal & Hydrodynamic Properties of Polyflex® CP3 and AEM-232:

Summary of Work Conducted *CY* 2001" dated March 8, 2002, bearing Hercules production

numbers HERC0015052-80. (PDX 29)

16.     Attached hereto as Exhibit 14 is a true and correct copy of the transcript from the

deposition of William Avrin held October 31, 2005.

17.     Attached hereto as Exhibit 15 is a true and correct copy of a document entitled

"Global Polyflex Distributorship Agreement" bearing Hercules production numbers

HERC0058390-403.

18.     Attached hereto as Exhibit 16 is a true and correct copy of a letter from Mark H.

Mapp to Christy J. Margolin dated December 16, 2002, with and attachment entitled "Agreement

between Ciba Specialty Chemicals Corporation and Hercules Incorporated" bearing Hercules

production numbers HERC0058406-26.

19.     Attached hereto as Exhibit 17 is a true and correct copy of a Hercules NewsFlash

entitled "Information on Bayer, Ciba, and Cytec" dated 09/08/00 bearing Hercules production

numbers HERC0058404-5.

20.     Attached hereto as Exhibit 18 is a true and correct copy of a Hercules Interoffice

Memo from R.A. Gelman dated September 11, 2002, bearing Hercules production numbers

HERC0059745-48. (PDX 19)

21.     Attached hereto as Exhibit 19 is a true and correct copy of the transcript from the

deposition of Robert A. Gelman, Ph.D., held July 1, 2005.

22.     Attached hereto as Exhibit 20 is a true and correct copy of a page from the

- 3 -

notebook of Brian L. Walchuk numbered 2590 bearing Hercules production numbers

HERC0091920 and HERC0091886. (PDX 262)

    23.    Attached hereto as Exhibit 21 is a true and correct copy of the transcript from the

deposition of Brain L. Walchuk, Ph.D., held October 23, 2005.

    24.    Attached hereto as Exhibit 22 is a true and correct copy of the transcript from the

deposition of William Sean Carey held October 14, 2005.

    25.    Attached hereto as Exhibit 23 is a true and correct copy of Hercules production

documents bearing bates numbers HERC0053171-73. (PDX 172)

    26.    Attached hereto as Exhibit 24 is a true and correct copy of the transcript from the

deposition of John C. Harrington held August 25, 2005.

    27.    Attached hereto as Exhibit 25 is a true and correct copy of a scientific paper

entitled "Temperature-responsive gels and thermogelling polymer matrices for protein and

peptide delivery" by Lev E. Bromberg, et al., from Advanced Drug Delivery Reviews, 31 (1998)

197-221, bearing Ciba production numbers CIBA 037508-34. (PDX 345)

    28.    Attached hereto as Exhibit 26 is a true and correct copy of a scientific paper

entitled Aggregation Phenomena in Aqueous Solutions of Hydrophobically Modified

Polyelectrolytes. A Probe Solubilization Study" by Lev E. Bromberg, et al., from

Macromolecules 1999, 31, 3649-3657, bearing Ciba production numbers CIBA 037535-43.

(PDX 346)

    29.    Attached hereto as Exhibit 27 is a true and correct copy of the rough transcript

from the deposition of Lev Bromberg, Ph.D., held December 15, 2005.

    30.    Attached hereto as Exhibit 28 is a true and correct copy of the Expert Report of

Professor Robert G. Gilbert, PhD, dated July 22, 2005.

31.    Attached hereto as Exhibit 29 is a true and correct copy of the transcript from the deposition of James N. Greenshields held October 27, 2005.

32.    Attached hereto as Exhibit 30 is a true and correct copy of the transcript from the deposition of Robert K. Prud'homme, Ph.D., held October 26, 2005.

33.    Attached hereto as Exhibit 31 is a true and correct copy of the transcript from the deposition of Richard L. Brady, Ph.D., held August 26, 2005.

34.    Attached hereto as Exhibit 32 is a true and correct copy of a Hercules Progress Report entitled "Advanced Structure Polymer (ASP) for Retention and Drainage in Alkaline Printing and Writing Paper: Structure and Mechanism" dated January 11, 2002, bearing Hercules production numbers HERC0067480-99. (PDX 165)

35.    Attached hereto as Exhibit 33 is a true and correct copy of Hercules production documents bearing bates numbers HERC0091603-710. (PDX 295)

36.    Attached hereto as Exhibit 34 is a true and correct copy of the transcript from the deposition of Richard L. Brady, Ph.D., held October 19, 2005.

37.    Attached hereto as Exhibit 35 is a true and correct copy of a Hercules Interoffice Memo from R.A. Gelman entitled "ASP Characterization Team Notes from Meeting of January 17, 2002" dated January 17, 2002, bearing Hercules production numbers HERC0073747-48. (PDX 170)

38.    Attached hereto as Exhibit 36 is a true and correct copy of a Hercules Progress Report entitled "Advanced Structure Polymer (ASP) for Retention and Drainage in Alkaline Printing and Writing Paper: Structure and Mechanism" dated October 1, 2001, bearing Hercules production numbers HERC0003527-38.

39.    Attached hereto as Exhibit 37 is a true and correct copy of a Hercules letter from

- 5 -

R.L. Brady entitled "Molecular Weight of Advanced Structured Polymers (ASP's)" dated April 9, 2001, bearing Hercules production numbers HERC0003310-40. (PDX 23)

40.    Attached hereto as Exhibit 38 is a true and correct copy of a letter entitled "Summary of Recent Work" by R. Brady dated August 9, 2001, bearing Hercules production numbers HERC0040677. (PDX 167)

41.    Attached hereto as Exhibit 39 is a true and correct copy of a Hercules Progress Report entitled "Study of the Structure of PerForm™ SP9232 Structured Organic Particulate" by R.A. Gelman, dated December 2, 2002, bearing Hercules production numbers HERC0067586-627. (PDX 182)

42.    Attached hereto as Exhibit 40 is a true and correct copy of a Hercules Interoffice Memo from R.A. Gelman entitled "Consulting Visit of Professor K. Prud'homme" dated February 22, 2001, bearing Hercules production numbers HERC0067151-57. (PDX 178)

43.    Attached hereto as Exhibit 41 is a true and correct copy of a Hercules Interoffice Memo from J.C. Harrington entitled "HAP Applications and Field Trials - Program Update" bearing Hercules production numbers HERC0073749-50. (PDX 130)

44.    Attached hereto as Exhibit 42 is a true and correct copy of a Hercules Interoffice Memo from J.C. Harrington and F. Zhang entitled "Advanced Structured Polymer (ASP) Eastern Fine Paper (Brewer, ME) # 2 PM Trial August 22 and 23 2001 Summary Report" dated September 5, 2001, bearing Hercules production numbers HERC0069320-34. (PDX 138)

45.    Attached hereto as Exhibit 43 is a true and correct copy of the transcript from the deposition of Fushan Zhang, Ph.D., held October 20, 2005.

46.    Attached hereto as Exhibit 44 is a true and correct copy of *Tulip Computers Int'l B.V. v. Dell Computer Corp.*, 2002 U.S. Dist. LEXIS 25096 (D. Del. Dec. 19, 2002).

47.    Attached hereto as Exhibit 45 is a true and correct copy of the transcript from the deposition of James R. Davis held August 9, 2005.

48.    Attached hereto as Exhibit 46 is a true and correct copy of a page from a notebook entitled "Conversation w/ Bill Freeman" bearing exhibit sticker Plaintiff's Deposition Exhibit 4.

49.    Attached hereto as Exhibit 47 is a true and correct copy of Hercules' Supplemental Responses to Plaintiff Ciba Specialty Chemicals Corporation's Interrogatory Nos. 1, 2, 4 and 17, dated October 31, 2005.  Letter from Eric J. Fues to Gregory C. Bays dated November 14, 2005, with attachment entitled "Attachment 1 to Hercules' Third Supplemental Response to Interrogatory No. 1 (corrected)."

50.    Attached hereto as Exhibit 48 is a true and correct copy of pages from the notebook of Michael Heard bearing Ciba production numbers CIBA 004702-8. (PDX Heard 30(b)(6) 3)


I DECLARE UNDER THE PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT.


Date: December 30, 2005

_L. Scott Beall_
L. Scott Beall

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2006, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE   19899-0951

I hereby certify that on January 9, 2006, I have Federal Expressed the foregoing document to the following non-registered participants:

Ford F. Farabow, Jr., Esquire
Joann M. Neth, Esquire
A. Neal Seth, Esquire
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
901 New York Avenue, N.W.
Washington, DC  20001-4413

Thomas L. Creel, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY  10022


Chad M. Shandler (#3796)

RLF1-2848132-1