IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, ) ) ) ) Plaintiff, ) ) v. ) ) HERCULES, INC. and CYTEC INDUSTRIES, ) INC., ) ) Defendants. | C.A. No.: 04-293 (KAJ)<br><br>**REDACTED - PUBLIC VERSION** |

DECLARATION OF L. SCOTT BEALL
IN SUPPORT OF CIBA SPECIALTY CHEMICALS CORPORATION'S
MOTION FOR CLAIM CONSTRUCTION OF THE PATENTS-IN-SUIT

*Of Counsel*:

Gordon R. Coons, Esq.
Eley O. Thompson, Esq.
Gregory C. Bays, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601-6780

Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Jeffrey L. Moyer (#3309)
(Moyer@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899-0551
(302) 651-7700
Attorneys for Plaintiff

Dated: January 9, 2006

RLF1-2881131-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION,<br><br>              Plaintiff,<br><br>    v.<br><br>HERCULES, INC. and<br>CYTEC INDUSTRIES, INC.,<br><br>              Defendants. | )<br>)<br>) C.A. No. 04-293 (KAJ)<br>)<br>) **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>) REDACTED - PUBLIC VERSION<br>)<br>) |

## DECLARATION OF L. SCOTT BEALL
## IN SUPPORT OF CIBA SPECIALTY CHEMICAL CORPORATION'S
## MOTION FOR CLAIM CONSTRUCTION OF THE PATENTS-IN-SUIT

I, L. Scott Beall, declare as follows:

1.    I am an attorney at law of the State of Illinois and a member of the firm of Leydig, Voit & Mayer, LTD. I am fully competent to make this declaration in support of Ciba Specialty Chemicals Corporation's Motion for Claim Construction of the Patents-In-Suit. All statements made in this declaration are true and correct.

2.    I represent Ciba Specialty Chemicals Corporation. As an attorney for Ciba, I am personally familiar with the litigation, pleadings and discovery history, including document production, in this action.

3.    Attached hereto as Exhibit 1 is a true and correct copy of a combined chart showing the Parties' respective interpretations of the terms at issue.

4.    Attached hereto as Exhibit 2 is a true and correct copy of Ciba Specialty Chemical Corporation's Technical Tutorial presented May 27, 2005. (PDX 5)

5.  Attached hereto as Exhibit 3 is a true and correct copy of the transcript from the Technology Tutorial Hearing before the Honorable Kent A. Jordan, U.S.D.C.J., held May 27, 2005.

6.  Attached hereto as Exhibit 4 is a true and correct copy of a Hercules Progress Report entitled "Polymeric Drainage Aid for Alkaline Printing and Writing Grades: Synthesis" for the Work Period: March 2000 to December 2001 bearing bates numbers HERC0071747-63. (PDX 179)

7.  Attached hereto as Exhibit 5 is a true and correct copy of U.S. Patent No. 5,167,766 to Honig et al.

8.  Attached hereto as Exhibit 6 is a true and correct copy of European Patent No. 0,202,780 to Flesher et al.

9.  Attached hereto as Exhibit 7 is a true and correct copy of P.C. Painter and M.M. Coleman, Fundamentals of Polymer Science, 2d Ed., CRC Press, (1988), chapter 7. (CIBA 037938-990)

10. Attached hereto as Exhibit 8 is a true and correct copy of U.S. Patent No. 5,171,808 to Ryles et al.

11. Attached hereto as Exhibit 9 is a true and correct copy of the File History for U.S. Patent No. 5,167,766 to Honig et al.

12. Attached hereto as Exhibit 10 is a true and correct copy of U.S. Patent No. 4,759,856 to Farrar et al.

13. Attached hereto as Exhibit 11 is a true and correct copy of the File History for U.S. Patent Application No. 07/535,626 (the parent application to U.S. Patent No. 5,171,808 to Ryles et al.)

14. Attached hereto as Exhibit 12 is a true and correct copy of the File History for U.S. Patent No. 5,171,808 to Ryles et al.

15. Attached hereto as Exhibit 13 is a true and correct copy of the transcript from the deposition of James N. Greenshields held October 27, 2005.

16. Attached hereto as Exhibit 14 is a true and correct copy of the transcript from the deposition of Dan Honig, Ph.D., held October 27, 2005.

17. Attached hereto as Exhibit 15 is a true and correct copy of Particle Size Measurement Data dated October 29, 2003, bearing bates numbers CIBA 004899-905.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT.

Date: December 30, 2005

_L. Scott Beall_
L. Scott Beall

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2006, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE   19899-0951

I hereby certify that on January 9, 2006, I have Federal Expressed the foregoing document to the following non-registered participants:

| | |
|---|---|
| Ford F. Farabow, Jr., Esquire | Thomas L. Creel, Esquire |
| Joann M. Neth, Esquire | Goodwin Proctor, LLP |
| A. Neal Seth, Esquire | 599 Lexington Avenue |
| Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | New York, NY   10022 |
| 901 New York Avenue, N.W. | |
| Washington, DC   20001-4413 | |

Chad M. Shandler (#3796)