# EXHIBIT 1

Exhibit 1

## U.S. Patent No. 5,167,766

| Claim Terms and Phrases | Proposed Ciba Construction | Proposed Defendants' Construction |
|---|---|---|
| A method of making paper which comprises adding ... from about 0.05 to about 20 lbs/ton ... of ... microbead | A method of making paper in which a specified amount of a microbead, which is described in other parts of the claim, is added to an aqueous paper furnish. Comprises refers to the steps of the method of making paper, which are required by the claim. | Requires the addition of from about 0.05 to about 20 lbs/ton of microbead, as defined below, having an unswollen particle diameter of less than about 750 nanometers, but permits the addition of other materials including microbeads having other sizes. "The term 'comprises' permits the inclusion of other steps, elements, or materials." *In re Baxter*, 656 F.2d 679, 686 (C.C.P.A. 1981). |
| aqueous paper furnish | An aqueous paper furnish is a slurry of paper-making fibers, fines, etc., which are used in forming paper. | An aqueous suspension of cellulosic papermaking fibers |
| an ionic, organic, cross-linked polymeric microbead | The microbead product results from the polymerization of ionic, organic monomer(s), wherein the polymer chains are linked together by crosslinking to constrain the size of the microbead. Cross-linked merely indicates that the polymer chains are linked together in use, it does not dictate the specific method by which the link is established, e.g., covalently, hydrophobically, ionically etc | A microbead formed by polymerization of ionic, organic, monomer(s) and a cross-linking agent. The microbead must be an integral unit which can be separated from any emulsifier present. The cross-linking agent must be polyfunctional, i.e., comprise compounds that have either at least two double bonds, a double bond and a reactive group, or two reactive groups, and must be present in sufficient quantity to assure a cross-linked composition. |
| the microbead having an unswollen particle diameter of less than about 750 nanometers | This size limitation refers to the unswollen number average particle diameter, which is measured from the aqueous solution droplets in the continuous oil phase after polymerization utilizing quasi-electric light scattering spectroscopy. | The unswollen particle diameter of the microbead, as defined above, is measured from the aqueous droplets dispersed in the continuous oil phase after polymerization and before inversion by adding them to water. |

- 1 -

Exhibit 1

## U.S. Patent No. 5,171,808

| Claim Terms and Phrases | Proposed Ciba Construction | Proposed Defendants' Construction |
|---|---|---|
| A composition comprising | A composition comprising refers to the composition required by the remainder of the claim. | "'Comprising' is a term of art used in [patent] claim language which means that the named elements are essential, but other elements may be added and still form a [composition] within the scope of the claim." *Genentech Inc. v. Chiron Corp.*, 112 F.3d 495, 501 (Fed. Cir. 1997) |
| cross-linked anionic or amphoteric polymeric microparticles | The microparticle product results from the polymerization of an aqueous solution of at least one water soluble monomer wherein the polymer chains are linked together by crosslinking to constrain the size of the microparticle. | Small anionic or amphoteric particles formed by the polymerization in the presence of a cross-linking agent, as defined below, in sufficient quantity to assure a cross-linked composition. |
| microparticles derived solely from the polymerization of an aqueous solution of at least one monomer | The polymer chains of the microparticles are derived from monomer(s), which are water soluble. | Microparticles must be derived only from the polymerization of an aqueous solution of at least one monomer. |
| said microparticles having an unswollen number average particle size diameter of less than about 0.75 micron | This size limitation refers to the unswollen number average particle size diameter, which is measured from the aqueous solution droplets in the continuous oil phase after polymerization utilizing quasi-electric light scattering spectroscopy. | Some microparticles in the composition have an unswollen number average particle size diameter of less than about 0.75 micron, which is measured from the aqueous solution droplets dispersed in the continuous oil phase after polymerization and before inversion by adding them to water. |
| a cross-linking agent | Cross-linking agent refers to an agent that links the polymer chains together in use to constrain the size of the microparticle. Cross-linking agent does not dictate the specific method by which the link is established, e.g., covalently, hydrophobically, ionically etc. | A chemical agent that is polyfunctional in that it has at least two double bonds, a double bond and a reactive group, or two reactive groups to link polymer chains together. |

Exhibit 1

## U.S. Patent No. 5,171,808
(Cont.)

| Claim Terms and Phrases | Proposed Ciba Construction | Proposed Defendants' Construction |
|---|---|---|
| said microparticles having . . . a cross-linking agent content of about 4 molar parts to about 4000 parts per million, based on the monomeric units present in the polymer | The cross-linking agent is added in an amount of about 4 molar parts to about 4000 parts per million, such ratios being based on the monomeric units present in the polymer. | Microparticles must contain between 4 and 4000 parts of cross-linking agent, as defined above, per million monomeric units present in the polymer. |
| (a) admixing<br>(i) an aqueous solution comprising . . . at least one crosslinking agent . . . ;<br>(ii) an oily phase . . . ;<br>(iii) an effective amount of surfactant or surfactant mixture, so as to form an inverse emulsion; | Admixing refers to mixing, but not in any particular order, materials which may include a monomer(s), crosslinking agent, oil phase, surfactant, etc. as listed in claim. | Cross-linking agent must be in the aqueous solution before admixing with the oily phase and surfactant or surfactant mixture to form the inverse emulsion |

- 3 -