**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>HERCULES, INC. and CYTEC INDUSTRIES, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)  C.A. No.: 04-293 (KAJ)<br>)<br>)<br>)<br>)<br>)<br>) |

## CIBA'S TECHNICAL TUTORIAL

Presented May 27, 2005

*Of Counsel:*

Gordon R. Coons, Esq.
Eley O. Thompson, Esq.
Gregory C. Bays, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601-6780

Jeffrey L. Moyer, Esq.
Chad M. Shandler, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899-0551
(302) 651-7700
Attorneys for Plaintiff



PLAINTIFF'S DEPOSITION EXHIBIT 5

RLF1-2881131-1

# Ciba Specialty Chemicals Corporation v. Hercules Inc. and Cytec Industries, Inc.

# Ciba's Technical Tutorial

# Technical Tutorial

1. Papermaking and the Importance of Drainage, Retention and Formation
2. Historical Review of Technology
3. The Polyflex® Invention
   - Polyflex® Used In Papermaking
   - Basic Polymerization
   - Making Polyflex®
4. Defendants' Perform® Product
5. Glossary of Terms

# Papermaking and the Importance of Drainage, Retention and Formation

# Commercial Papermaking Process



- Wood Fibers
- Fines
- Paper Formation

Tree Processing → Pulp → Fourdrinier → Drying → Paper

STOCK PREP | DRY END






## Locations of Addition

Pulp → Fan Pump → Screening/Shearing → Fourdrinier → Drying → Paper

- Fillers and Processing Agents → Fan Pump
- Cationic Chemicals → Screening/Shearing
- Anionic Chemicals

STOCK PREP | DRY END

# Papermaking: Wet End Operation





Fourdrinier

# Papermaking: Dry End Operation





Drying → Paper

# Historical Review of Technology

10

11

## ▲ History of Technology

**Early 1980s**

Eka Introduced Compozil® System Based On Silica. U.S. Patent 4,385,961.

1980 ——————————————→ 1990    2000

# History of Technology

**Early 1980s**
Eka Introduced Compozil® System Based On Silica. U.S. Patent 4,385,961.

**Late 1980s**
Allied Colloids Introduced Hydrocol® System Based On Bentonite. U.S. Patent 4,753,710.

1980 — 1990 — 2000

# History of Technology

**Early 1980s**

Eka Introduced Compozil® System Based On Silica. U.S. Patent 4,385,961.

**Late 1980s**

Allied Colloids Introduced Hydrocol® System Based On Bentonite. U.S. Patent 4,753,710.

**1990s**

American Cyanamid (Cytec) Introduced System. U.S. Patents 5,167,766 and 5,171,808.

1980 — 1990 — 2000

14

# The Polyflex® Invention -
## Polyflex® Used In Papermaking

# Patents Relating to Polyflex®

**Papermaking Process**

Patent Number: 5,167,766
Date of Patent: Dec. 1, 1992

**Papermaking Chemicals**

Patent Number: 5,171,808
Date of Patent: Dec. 15, 1992

- Organic Polymer
- Small Size (nanoparticle)
- Microbead (crosslinked)
- Charge (ionic)



## Pulp and Fillers

- Fines
- Fibers
- Filler

Photomicrograph of Pulp and Fillers



Fillers and Processing Agents

Pulp

