## Cationic Chemicals: Large Flocs



Cationic Chemicals

Pulp and Fillers



Cationic Chemicals

## Cationic Chemicals: Large Flocs



Large Flocs

Pulp and Fillers



Cationic Chemicals

20

## Cationic Chemicals: Large Flocs

- Cationic chemicals attach and form a structure called a floc





Large Flocs


Cationic Chemicals



Pulp and Fillers



# Cationic Chemicals Bind Fibers, Fines and Fillers


Large Flocs (Photomicrograph)


Large Flocs


Cationic Chemicals

Pulp and Fillers

# Large Flocs Create Unacceptable Properties



Large Flocs (Photomicrograph)

Paper Properties:
- Poor Drainage
- Poor Formation



Cationic Chemicals

23

# Large Flocs Sheared

**Small Flocs**



Screening/Shearing



Screening/Shearing

**Large Flocs**

24

## Small Flocs Result From Shear



Photomicrograph of Small Flocs (Sheared)



Screening/Shearing

25

# Polyflex® How Does It Work?



Small Flocs | Anionic Chemical


Anionic Chemicals

# ▲ Polyflex® How Does It Work?



Small Flocs

System of Small Flocs



Anionic Chemicals

27

## Polyflex® How Does It Work?

- Binds Small Flocs Together

Small Flocs

System of Small Flocs

Anionic Chemicals

28



## Improved Drainage, Retention, Formation

# The Polyflex® Invention – Basic Polymerization

30

## Basic Polymer Chemistry

Monomer Units 

Monomer Units 

Polymer  

In polymerization, small molecules (monomers) join together to make large molecules (polymers).

32

# Carbon is the Building Block in Monomers

## ◢ Polymeric Growth

**Electrons are transferred from the carbon-carbon double bond, allowing the molecules to join together as a long chain of carbon-carbon single bonds.**



## ▲ Polymer Network



Linear Chain

34

# Polymer Network


Linear Chain




Crosslinks

Network

# The Polyflex® Invention – Making Polyflex®