

# Polyflex® Microemulsion Batch Process

Monomers  A  B  C

Monomer Make-up → Polymerization Reactor (Microemulsion) ← Oil Phase Make-up

38

## Polyflex® Droplet (Microemulsion)

300 nm

Polymerization Reactor (Microemulsion)





# Polyflex® Role in the Papermaking Process

- Customer mixes Polyflex® in water

Product shipped to plant



Anionic Chemicals




# Defendants' Perform® Product

## Perform® Application and Polymerization

- Used as replacement for
- Same acrylamide and acrylic acid monomers
- Same microemulsion process
- Uses special surfactant system instead of MBA for crosslinks to make structured microbeads

## Perform® Droplet

Oil

Special Surfactant System

Polymerization Reactor (Microemulsion)

46



## Perform® Special Surfactant System

Hypermer B246SF