# EXHIBIT 7

SECOND EDITION

# FUNDAMENTALS OF POLYMER SCIENCE

## AN INTRODUCTORY TEXT

PAUL C. PAINTER

MICHAEL M. COLEMAN

 CRC PRESS

CONFIDENTIAL - C.A. No. 04-293

CIBA 037938

Case 1:04-cv-00293-KAJ    Document 307-10    Filed 01/09/2006    Page 3 of 21

**Library of Congress Cataloging-in-Publication Data**

Main entry under title:
    Fundamentals of Polymer Science: An Introductory Text — Second Edition

Full Catalog record is available from the Library of Congress

This book contains information obtained from authentic and highly regarded sources. Reprinted material is quoted with permission, and sources are indicated. A wide variety of references are listed. Reasonable efforts have been made to publish reliable data and information, but the author and the publisher cannot assume responsibility for the validity of all materials or for the consequences of their use.

Neither this book nor any part may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, microfilming, and recording, or by any information storage or retrieval system, without prior permission in writing from the publisher.

The consent of CRC Press LLC does not extend to copying for general distribution, for promotion, for creating new works, or for resale. Specific permission must be obtained in writing from CRC Press LLC for such copying.

Direct all inquiries to CRC Press LLC, 2000 N.W. Corporate Blvd., Boca Raton, Florida 33431.

**Trademark Notice:** Product or corporate names may be trademarks or registered trademarks, and are used only for identification and explanation, without intent to infringe.

**Visit the CRC Press Web site at www.crcpress.com**

© 1997 by CRC Press LLC
Originally Published by Technomic Publishing

No claim to original U.S. Government works
International Standard Book Number 1-56676-559-5
Library of Congress Card Number 97-60515
Printed in the United States of America    2  3  4  5  6  7  8  9  0
Printed on acid-free paper

CONFIDENTIAL - C.A. No. 04-293

CIBA 037939

# Structure

*"They move in the void and catching each other up jostle together,*
*and some recoil in any direction that may chance, and others become*
*entangled with one another in various degrees according to the symmetry*
*of their shapes and sizes and positions and order, and they remain*
*together and thus the coming into being of composite things is effected"*
—Simplicius, 530 BC

## A. INTRODUCTION

In this chapter we are going to discuss structure and to introduce the subject we will borrow some ideas from biochemists and molecular biologists. (We're not proud; if we find good ideas in other fields, we'll steal them!) In describing protein structure it is usual to consider four levels of organization, termed *primary, secondary, tertiary* and *quaternary* structure. Primary structure refers to the sequence of amino acids that makes up the polymer chain of a particular protein (or synthetic polypeptide). Secondary structure is the ordered conformation that the chains (or usually parts of chains) can twist itself into. The two most common are the $\alpha$-helix and the $\beta$-sheet; the former looks like a coiled spring, while the latter looks like an extended zig-zag (you will see examples of these types of *conformations* later). Tertiary structure refers to how a single chain can be folded in on itself (globular proteins are usually tightly folded and look like a knotted up piece of string). Finally, quaternary structure refers to how different molecules can pack to form an organized unit.

In synthetic polymers we can make a similar classification. We refer to primary structure as microstructure, however, as we have discussed in the preceding chapters. We can also have ordered and disordered chain "shapes" (secondary structure), but this we simply refer to as chain conformation. We will see that chains with ordered conformations are organized into different types of larger scale structures (quaternary structure) when they crystallize*. This we call morphology. There is perhaps also a synthetic polymer equivalent of tertiary structure when polymers are in dilute solution, as the individual chains can be swollen or contracted and in special circumstances even collapsed in on themselves (these different shapes could just as easily be considered conformations, however). In this chapter we are going to be largely concerned with conformation and morphology (dilute solutions will be considered in Chapter 9). But instead of starting at the molecular scale, we are going to start

---

* Chains that have no regular shape can also form large scale ordered structures if they are in the form of block copolymers, but this is an advanced topic that we won't discuss.

207

CIBA 037940

208     STRUCTURE

with macroscopic considerations. What are the "states of matter" (i.e., gas, liquid, solid) available to a polymer? Macroscopic properties are, of course, ultimately determined by structure (or lack thereof) at the molecular level and we want to start by giving you a feel for the range of physical characteristics of polymeric materials. We will then review aspects of bonding and intermolecular interactions as a prelude to our discussion of conformation and morphology.

## B. STATES OF MATTER AND BONDING IN POLYMER MATERIALS

The basic "states of matter" with which most people are familiar are gas, liquid and solid. In most treatments of the physics or physical chemistry of these states each is usually treated separately and then some attention is paid to the transitions between them. We shall start our discussions in this conventional manner, but we will quickly see that polymers are far too awkward to fit easily into such neat categories.

### Covalent Bonds and the Nature of the Polymer Liquid and Solid State

For most students just starting their studies of materials the term "solid state" usually implies the regular arrangement of atoms or molecules in a crystalline lattice. The conversion of a solid to a liquid (melting) then involves the application of sufficient thermal energy that the forces that maintain the crystal are overcome and the atoms or molecules no longer have fixed, regular positions relative to one another, but constantly jiggle about at the urgings of thermal motion. Of course, even at very low temperatures there is motion in the crystalline state, but this is confined largely to small vibrational displacements about fixed positions. In contrast, in the liquid state the atoms or molecules have *translational motion relative to one another* and hence a liquid does not hold its shape, but takes up the shape of its container. Further heating can result in a another *phase transition*, this time from the liquid to the gaseous state, in a process we usually refer to as boiling. Just as in a liquid, the atoms or molecules of a gas are randomly arranged and constantly moving, but the densities of the two states are entirely different. In a liquid there is *random close packing* of the components, which for low molecular weight materials can be thought of in terms of the arrangements you would obtain by throwing a pot full of peas into a colander to drain them. There is no regular long-range order, but there is a fairly well-defined average number of neighbors with which all molecules are usually in contact (except those right at the surface). In a gas, however, there is a lot of space between the molecules and they only bump into one another occasionally.

The transformations between the crystalline solid, the liquid and the gaseous states are known as *first order transitions*. They are called this because they are accompanied by a discontinuity in thermodynamic quantities that are defined by the first derivative of the free energy* (e.g., volume = $(\partial G/\partial P)_T$, etc.). They also

---

* If you have forgotten what this is, we will remind you at the beginning of the next chapter.

CIBA 037941



*Figure 7.1  Schematic diagram depicting two cooling paths of an assembly of atoms.*

involve a latent heat, but we will discuss this in more detail in Chapter 8. For now it is sufficient to consider general characterstics, as illustrated in figure 7.1.

We start at high temperatures, where the hypothetical material we have chosen is a gas. Upon cooling it forms a liquid at a sharply defined temperature (a "condensation" temperature close to the boiling point, $T_b$). This transition involves a very large change in volume, a discontinuity, at this temperature. Further cooling leads to a steady contraction in volume, but at the freezing point there is again a discontinuous sudden drop in volume as crystallization occurs. (For low molecular weight materials the freezing point and the melting point are usually almost identical temperatures. This will not be true in polymers, as we will see.)

In certain crystallizable materials fast cooling can take the material past the freezing point and the liquid apparently "solidifies" without crystallizing and without a discontinuity in quantities such as the volume. There is a change in the slope of the volume/temperature curve, however, as also illustrated in figure 7.1. At this point, known as the glass transition temperature, or $T_g$, there is no discontinuity in volume, but there are apparent discontinuities in quantities such as the specific heat, which are defined by the *second* derivative of the free energy (in the case of specific heat it is with respect to temperature). Hence, this could be called a second order transition (it is still open to question whether or not the $T_g$ is related to a true second order transition). There are also certain phenomena that could be classified as third order transitions, and so on. As Goodstein[*] points out, however, this classification only works well for first order transitions. Furthermore, there is the question of whether the glassy material produced by fast cooling is a distinguishable state of matter, or just an extension

---

[*] D. L. Goodstein, *States of Matter*, Dover Publications, 1985.

210    STRUCTURE

of the liquid state to a region where translational motions are so slow (years and years) that in time frames of minutes and hours the material behaves like a solid. This is also a subject we will come back to discuss more completely later on.

For low molecular weight materials it is usually obvious that the glassy state is one of metastable equilibrium. In the situations described above we cooled the material so fast that crystals did not have time to form (as we will see, crystallization is governed by kinetic factors). Once the material is below the $T_g$ the molecules lack sufficient mobility to organize themselves (in ordinary time spans). If such materials are heated above the $T_g$, crystallization can and does occur, however. In contrast, certain polymers can *never* crystallize, so perhaps here it would be reasonable to regard the glassy state as distinguishable from the liquid state. Nevertheless, the material is not at equilibrium and its properties depend upon thermal history and can change with time (ageing). The ability to crystallize, the location of the $T_g$ (i.e., at high or low temperatures) and any other property must ultimately be related to the structure of the particular polymer chain we are considering. Clearly, the properties of a particular polymer will also depend upon the interactions of the polymer chain segments with one another and, as we will see later, chain flexibility. So, as mentioned in the introduction, our purpose in most of the rest of this chapter is to examine the types of bonds or interactions that are found in and between polymers, the range of shapes or *conformations* polymer chains can bend themselves into, and the degree of long range order (or disorder) found in a *collection* of such chains (morphology). Ultimately, we would like to know how all of these things determine properties.

We will start here by reemphasizing that the distinguishing characteristic of polymer materials is that they are made up of a large number of atoms that in nearly all cases are linked together by covalent bonds. The most common types of chain architecture or microstructures that can be formed have been described in Chapter 1. It is not within our brief to go into the nature of the covalent bond and we will assume that a student brings to the study of polymers some fundamental basic knowledge of physics and chemistry. This is not always a good assumption, but fortunately for us *it is sufficient* for most of our purposes to think of the covalent bond as a sharing of electrons between the atoms involved. The "sharing" is not always equal and sometimes seems like something out of the Communist Manifesto; from each according to its abilities, to each according to its needs; but in chemistry we talk far less grandly and define things like electronegativity, and so on. The important thing as far as we are concerned is that as a consequence of the distribution of electrons in its bonds certain molecules are non-polar, while others can exhibit degrees of polarity that influence intermolecular interactions. We will come back to this in the following section.

There is one immediate consequence of linking atoms into a long chain with strong bonds; we can take such a material and form a melt, but cannot "boil" it to form a gas of long polymer molecules\*. In forming the vapor state from low

---

\* The closest we can come to a gas-like state is to take a very dilute solution of a polymer, where all the chains are floating around as separate coils, exhibiting random Brownian motion. This isn't a real gas because of interactions with the solvent, but there are circumstances where pairwise interactions cancel out, and this leads to some interesting analogies.

CONFIDENTIAL - C.A. No. 04-293

CIBA 037943

molecular weight materials, such as water or carbon tetrachloride, we simply need to add sufficient energy to break the weak (relative to covalent bonds) interactions *between* molecules. The same types of weak forces also act between polymer molecules, but the effect is much greater because the polymer is so large. One way of looking at this is to consider a polymer to be a chain of *segments*, each roughly equal in size to a molecule such as benzene or ethylene (for example). The forces of attraction between chains will then be roughly equal to those between such small molecules, *multiplied by the number of segments in the chain*, which is often of the order of a thousand or more. Add to this the fact that molecules can get tangled up in one another (more on this later), then the energy required to vaporize a long polymer molecule is in nearly all cases larger than that required to break apart the covalent linkages holding it together. In practice, most polymers degrade before this point as a result of reactions, often involving atmospheric oxygen (oxidation). So, we don't have to consider the liquid to gas transition, but we do have some new things to worry about. We mentioned that if we take a polymer that is not capable of crystallizing, it can form a glass at low temperatures. If we now raise the temperature so that it is just above the $T_g$, then it can look like a solid but will deform irreversibly under a load (even a load that is just its own weight—like silly putty). At higher temperatures it will look like a liquid, but will still have some of the "elastic" properties that we associate with solids. Furthermore, if we now covalently bond these chains together with just a few cross-links to form a network, then we obtain a material that has property of rubber elasticity, being able to stretch seven or eight (or more) times its original length (think of a rubber band). This property is so unique that it is also tempting to regard rubbers as a distinguishable state of matter, but *this* is going too far and we should just think of these materials as solids with very unusual and valuable properties. In any event, if we now cool our cross-linked rubber we can again turn it into a conventional solid, a glass, by taking its temperature below its $T_g$.

In a similar manner certain crystallizable polymers can be obtained in a state that is outside, or perhaps between, the usual categories of solid and liquid. If the chain is particularly stiff, then instead of melting to form some type of coiled up shape, which most ordinary polymers do (see later), it can instead form a so-called *liquid crystalline* state, where there is a degree of order or alignment of chains in certain directions or planes, but not others. Certain types of low molecular weight materials also have this property and it is often accompanied by unique optical (and other) properties. Even when we consider polymers dissolved in low molecular weight solvents we can, in the right circumstances, form something that seems to be an unusual state of matter, in this case a *gel* (think of Jello).

By now we are sure that you just can't wait to learn why polymers are such neat materials and have all these intriguing in-between (liquid and solid) or apparently unique properties. But you will have to wait just a bit longer, because in order to understand what is going on we will need to consider how the chains interact with one another. We will assume that you should have learnt something about intermolecular interactions in basic courses before you decided to study polymers, but in case you fell asleep in all the lectures we will briefly describe

CONFIDENTIAL - C.A. No. 04-293

CIBA 037944

212    STRUCTURE

the main types that we will have to take into account and then move on to a discussion of conformations.

## Intermolecular Interactions

For "small," more-or-less spherical molecules (e.g., $CCl_4$), it is usual to consider interactions between molecules treated as a whole, but, as we mentioned above, for molecules that consist of a number of chemical units linked together in some fashion (e.g., the n-alkanes, any polymer) it is often far more useful to consider interactions between *segments*, sometimes defined in terms of identifiable chemical units, but which can also be defined in terms of some reference volume that may, for example, include parts of a polymer chemical repeat unit, or a number of such units.

The interaction energy between molecules or segments can be considered to consist of two components, arising from repulsive and attractive intermolecular forces, respectively. Repulsive forces become significant at short distances and it is usual to represent the repulsive potential by a term of the form $(\sigma/d)^{12}$, where d is the intermolecular distance. An exponential form [Aexp(-Bd)] has also been used, but there appears to be no fundamental theoretical justification for either choice. Perhaps the most crucial point to keep in mind is that the repulsive potential gets very large, very quickly, at short distances, so that to a first approximation it is sometimes useful to treat the atoms that are linked together in a polymer molecule as hard spheres.

Turning now to attractive forces, we have somewhat arbitrarily categorized the most frequently encountered forces between molecules or polymer segments in table 7.1. We have employed the usual criterion of "interaction strength," where interactions between non-polar molecules are considered to be "weak" relative to those that are more polar. Such dispersion interactions have their origin in fluctuating charge distributions within molecules. The time average of these fluctuations is zero, but at some moment an instantaneous dipole can induce a corresponding dipole in a neighboring molecule or segment, so that there is a net attractive force between them. This perturbation of the electronic motion of one molecule by another can be related to its perturbation by light as a function of energy (frequency). This in turn can be expressed in terms of the variation of refractive index with frequency, or the *dispersion* of light (hence, the name dispersion forces). The attractive component of the potential energy, E, for spherical molecules that interact in this manner can (to a first approximation) be expressed in terms of the ionization energy of the molecules (I) and their polarizabilities ($\alpha$), which for interactions between molecules 1 and 2 is given by:

$$E(d) = -\frac{3}{2} \frac{\alpha_1 \alpha_2}{d^6} \frac{I_1 I_2}{(I_1 + I_2)} \qquad (7.1)$$

This is a short range interaction, varying as the inverse sixth power of the distance between molecules. Accordingly, in some models and calculations it is often assumed that only nearest neighbor interactions need to be considered. Furthermore, equation 7.1 was originally formulated to describe the interactions

CONFIDENTIAL - C.A. No. 04-293

CIBA 037945

*States of Matter and Bonding*     213

*Table 7.1 Frequently Encountered Forces.*

| Type of Interaction | Characteristics | Approximate Strength |
|---|---|---|
| Dispersion forces | Short range | $\approx$ 0.2 to 2 kcal./ mole |
| Dipole / dipole (freely rotating) | varies as $1/r^6$ | |
| Strong polar forces and hydrogen bonds | Complex form, but short range | $\approx$ 1 to 10 kcal. / mole |
| Coulombic, as found in ionmers | Long range, varies as $1/r$ | $\approx$ 10 to 20 kcal. / mole (?) |

between spherical, symmetrical molecules, so that its application to dispersion forces in asymmetric polyatomic molecules involves some problems.

In the most commonly employed treatments it is assumed that interactions of this type are pairwise additive (i.e., we only have to consider interactions between pairs of molecules or segments at a time, then add all of these up to get the total energy). The potential energy of the liquid can then be found by using, for example, the pair correlation function method described by Hildebrand and Scott[*]. The energy term is usually identified with the energy of vaporization, $E^v$, so that the energy of interaction between like molecules can be obtained from an experimentally determinable quantity. This energy of interaction can be expressed in terms of the *cohesive energy density*, C, of a substance, equal to $\Delta E^v/V$, where V is the molar volume, or alternatively in terms of a *solubility parameter*, $\delta$, equal to $(\Delta E^v/V)^{0.5}$. This is an important concept and one we will return to later when we consider mixing (Chapter 9).

It should be kept in mind that a number of assumptions have already been piled up (spherical molecules, the additivity of pair interaction potentials, the neglect of higher order terms omitted from equation 7.1, etc.) and we haven't considered polar molecules yet. Nevertheless, the above description provides a useful basis for the definition of interaction parameters.

Polar molecules or polymers are those where the distribution of electrons in certain bonds is such that it can have a permanent dipole moment (e.g., polyacrylonitrile, PVC etc.):



[*] J. H. Hildebrand and R. L. Scott, *The Solubility of Nonelectrolytes, Third Edition*, American Chemical Society Monographs Series, 1950.

CONFIDENTIAL - C.A. No. 04-293

CIBA 037946

214    STRUCTURE

There is a certain force of attraction between such dipoles that will depend upon their distance apart and relative orientation. Furthermore, the presence of such dipoles can induce dipoles in other neighboring groups. Accordingly, for polar molecules or polymer segments we would need to consider the sum of these effects and also contributions from dispersion forces. For molecules where the dipoles are not too large we can assume that there is a "randomizing" effect due to thermal motion and obtain an equation for the total attractive potential energy which also has a $d^{-6}$ dependence (i.e. is short range) and can be written;

$$E(d) = -\frac{C'_{12}}{d^6} \qquad (7.2)$$

where:

$$C'_{12} = \frac{3}{2}\frac{\alpha_1\alpha_2 I_1 I_2}{(I_1+I_2)} + (\alpha_1\mu_1^2 + \alpha_2\mu_2^2) + \frac{2\mu_1^2\mu_2^2}{3kT} \qquad (7.3)$$

and $C'_{12}$ can also be related to the cohesive energy density. The first term represents dispersion interactions, the second dipole/induced-dipole interactions and the last term represents dipole/dipole interactions where the orientations of the molecules are disrupted by thermal motion and an average has been obtained by applying Boltzmann statistics (hence, the $d^{-6}$ dependence, rather than the $d^{-3}$ dependence characteristic of interaction between two dipoles in a specific orientation relative to one another)[*]. These interactions, taken together, are often called van der Waals forces.

Using equation 7.3 it is possible to separate the cohesive energy and hence, solubility parameters into non-polar and (weak) polar contributions. We will not make this distinction. In any event, Hildebrand and Scott have pointed out that for molecules which have buried dipoles, the contribution of polar interactions is small. For molecules with strong dipole moments there is a significant effect, however, and such interactions must be accounted for in some manner.

Moving on to interactions that we describe as intermediate or strong, we need to consider:

 a) strong dipoles
 b) hydrogen bonds
 c) ionic interaction in ionomers

For molecules that interact because of the presence of strong permanent dipoles, the attractive component of the potential energy is given by:

$$E(d) = -\frac{\mu_1^2\mu_2^2}{d^3} f(\theta,\phi) \qquad (7.4)$$

where $f(\theta,\phi)$ is a geometric function that depends upon the relative orientation of the dipoles and is equal to 1 for dipoles arranged in a parallel fashion. For $-E(d) \gg kT$, dimers and other associated species will persist for "significant"

---

[*] For those who know a little more about these interactions, higher terms in London dispersion energy are neglected, as are multipole interactions, which have terms in $d^{-8}$, $d^{-10}$ etc.

CONFIDENTIAL - C.A. No. 04-293

CIBA 037947

lifetimes. In liquids the relative orientation of the dipoles will fluctuate with thermal motion, but the degree of orientation will depend not only on the strength of the interaction relative to kT, but also upon the shape of a molecule and its rotational entropy. (We haven't talked about entropy yet, but we will, and at this point we will assume that you have a rough idea of what this means and discuss it more thoroughly in the next chapter.) Clearly, for polymers that have functional groups containing strong dipoles, this will depend upon chain flexibility, which will be a significant factor. A parameter g, defined originally by Kirkwood* , has been used to account for such hindered rotations. Although values of this parameter can be determined from dielectric measurements, it has not yet been employed in a model that provides useful interaction parameters, but it does provide a measure of the significance of polar interactions in a given material or mixture. For many molecules with strong dipoles the Kirkwood g factor has values close to unity, indicating an absence of significant degrees of association, but molecules that hydrogen bond are set apart as a class in which rotation is strongly hindered and we will now turn our attention to interactions of this type.

There is no simple, universally accepted definition of a hydrogen bond, but the description given by Pauling** comes close to capturing its essence;

> . . . under certain circumstances an atom of hydrogen is attracted by rather strong forces to two atoms instead of only one, so that it may be considered to be acting as a bond between them. This is called a hydrogen bond.

Hydrogen bonds form between functional groups A–H and atoms B such that the proton usually lies on a straight line joining A–H---B. The distance between the nuclei of the A and B atoms is considerably less than the sum of the van der Waals (i.e., "hard core") radii of A and B and the diameter of the proton, i.e., the formation of the hydrogen bond leads to a contraction of the A–H---B system. The atoms A and B are usually only the most electronegative, i.e., fluorine, oxygen and nitrogen. Chlorine is as electronegative as nitrogen, but because of its large size only forms weak hydrogen bonds. Hydrogen bonds involving sulphur, some C–H groups and the $\pi$ electrons on aromatic rings have also been invoked, but these are much weaker, they are less easily identified, and the evidence for their presence is often ambiguous.

The strength of hydrogen bonds also depends upon the atoms to which A and B are attached, i.e., the nature of the molecule or molecules involved. For example, highly charged species can give rise to very short and hence very strong hydrogen bonds. For the most part the strength of typical hydrogen bonds lies in the range 1-10 kcal/mole, which can be compared to the 50–70 kcal/mole characteristic of covalent bonds or the roughly 0.2–1.0 kcal/mole characteristic of dispersion or weakly polar forces. As a result, they cannot be

---

* J. G. Kirkwood, *J. Chem Phys*, 7, 911 (1939); *Trans. Farad. Soc.*, 42A, 7 (1946).
** L. Pauling, *The Nature of the Chemical Bond*. Third Edition. Cornell University Press, Ithaca, New York, 1960.

CONFIDENTIAL - C.A. No. 04-293

CIBA 037948

216    STRUCTURE

considered to be "cross-links", but in the melt there is a dynamic situation, with hydrogen bonds constantly breaking and reforming at the urgings of thermal motion.

Typical examples of hydrogen bonds found in polymers are illustrated in figure 7.2. Polymers containing amide, urethane and alkyl or aromatic hydroxyl groups associate in the form of linear chains. Cyclic hydrogen bonded structures are favored in molecules containing carboxylic acid and urazole functional groups. Carboxylic acids have been studied extensively and it is well known that the six membered cyclic rings favored by pairs of these functional groups form particularly strong, linear hydrogen bonds (some linear open chain structures may also occur at very high concentrations of acid groups). Hydrogen bonds can also form between "unlike" groups. Of particular importance in the study of polymer blends are mixtures where one component self-associates (i.e., has functional groups of the type described above), while the second does not, but has a functional group capable of forming a hydrogen bond with a A–H group of the self-associating polymer. Examples of this second type of functional group are ethers, esters and nitrogen containing heterocyclic rings (e.g., pyridine).

Finally, in our tour of the types of intermolecular interactions found in polymers we will conclude with ionomers.



These are usually copolymers where the minor component ($\approx$ 5%) has a functional group that can form strong ionic interactions. In ethylene-methacrylic acid copolymers, for example the proton of the carboxylic acid can be exchanged to form a salt. We have represented the structure as a dimer that would act to cross-link the chains, but the structure of ionomers is actually far more complicated and at present incompletely understood. The crucial point here is that the ionic domains phase separate into some form of cluster, as illustrated in figure 7.3, and these do indeed act as cross-links, as these ionic bonds are considerably stronger than hydrogen bonds (although ionic interactions can be of the order of 100 kcal/mole, the small clusters found in ionomers presumably makes the interaction strength far less than this).

CONFIDENTIAL - C.A. No. 04-293    CIBA 037949

Chain - like Hydrogen Bonded Structures



Amide Groups



Urethane Groups



Hydroxyl Groups

Cyclic Hydrogen Bonded Structures



Carboxylic Acid Dimer                    Urazole Dimer

Hydrogen Bonded Structures Between Unlike Groups



Urethane - Ether            Carboxylic Acid - Pyridine



Hydroxyl - Ester

*Figure 7.2 Typical examples of hydrogen bonds found in polymers.*

CONFIDENTIAL - C.A. No. 04-293

CIBA 037950

218    STRUCTURE



*Figure 7.3 Schematic diagram of clusters in an ionomer.*

## C. THE CONFORMATIONS OR CONFIGURATIONS OF POLYMER CHAINS

### Some Comments on Definitions

If we could look at an isolated polymer chain, frozen in space, and specify the position of each of its atoms, then we would have a full description of what is called the *conformation* of the chain. Except that this is also called a *configuration*, which can be very confusing because this term is one we used earlier to describe geometric and stereoisomers. This is something you just have to put up with in this subject, however, and one must take the definition of the word configuration from the context in which it is used.

Obviously, if a chain sits in a regular zig-zag or helical type of shape then it is in an *ordered* conformation or configuration. If we bend it to something that looks like an extraordinary long piece of cooked spaghetti, then it is in a *disordered* (or random) conformation or configuration. Clearly a long flexible chain can hypothetically be bent into an enormous number of such configurations, each distinguishable from the others in the sense that the positions of the atoms in the chain relative to one another are different. The origin of this flexibility is in rotations about the chemical bonds of the chain backbone. Unfortunately, certain types of *local* arrangements of groups around a bond are also called conformations, so we have the same word being used to describe a local arrangement as well as the entire shape of a chain. Nobody said this subject was going to be easy. Hopefully, we will make clear how we are using these words in what follows.

CONFIDENTIAL - C.A. No. 04-293

CIBA 037951

*Figure 7.4 Examples of unsaturated and saturated molecules.*

## Bond Rotations

As we have stated earlier in this text, it is assumed that the student has at least some passing familiarity with physical chemistry and that this would include the nature of the covalent bond. Our concern here is the freedom of rotation about such bonds and as a reminder for those students that have trouble recalling what they have covered in previous courses (surely a very small minority!), we have shown in figure 7.4 examples of *unsaturated* hydrocarbon molecules containing triple and double carbon/carbon bonds, and an example of a *saturated* hydrocarbon, a portion of a polyethylene chain where the backbone atoms are linked by single bonds.

We will not consider these in terms of orbitals and such like, but simply note that for triple and double bonds there are very high barriers to rotation and motion is largely confined to simple torsional vibrations about these bonds. The single (sigma) bonds found in the polyethylene backbone are spherically symmetrical, however, and *in the absence of interactions between non-bonded atoms,* free rotation about such bonds is allowed. Such free rotation would permit the chain to take on an enormous range of shapes or configurations and if we are to relate molecular structure to macroscopic properties we have to figure out a way to describe this disordered state. We will come back to this problem shortly, because even though the assumption of free rotation is clearly unrealistic, it nevertheless allows us to obtain some important insights and to construct a useful model.

In reality, of course, there are various interactions that result in restrictions on rotations around bonds and to certain arrangements of bonded atoms, or groups of atoms, being favored energetically over others. This can be understood using a very simple approach, where atoms are considered to be hard spheres and barriers to rotation are then simply a result of steric repulsions between nonbonded atoms. Thus, for a molecule of ethane, shown in figure 7.5, the conformation where the hydrogen atoms on the different carbon atoms are closest together (eclipsed conformation) is much less favored than the conformation where they are furthest apart (staggered). This is because in this situation, where atom-atom distances are short, repulsive forces dominate.

We can represent these differences by means of a plot of potential energy against bond angle rotation, as shown in figure 7.6. If we arbitrarily let one of the staggered conformations define our starting point (i.e., where the bond angle

220    STRUCTURE



Staggered                    Eclipsed

*Figure 7.5 Staggered and eclipsed conformations of ethane.*

rotation is equal to zero), then as we rotate around the bond we must go over an energy barrier to get from one staggered conformation to the next, equivalent, staggered conformation.

The positions of maximum energy correspond to the eclipsed positions (rotations of ±60°) where the forces of repulsion are a maximum. In reality, the forces between nonbonded atoms are far more complicated than this simple model would indicate and involve various interactions between the nuclei, electrons, etc. The simple model gives us an answer that is of the right form, however, which is all we require for a qualitative understanding. It's just that we could not use such a model to calculate the height of the energy barrier or the details of the shape of the potential energy function with any degree of accuracy.

The height of the energy barrier can be estimated from various spectroscopic measurements and for ethane it is about 2.9 kcal/mole. This is far greater than



*Figure 7.6  Schematic diagram of the potential energy of ethane as a function of rotation angle.*

CIBA 037953

the value of thermal energy at room temperature (=0.6 kcal/mole), so that the staggered position is strongly favored over the eclipsed conformation. Nevertheless, a potential energy barrier of this height is not sufficient to prevent rotations between staggered positions, so that at ambient conditions we can imagine that the C–C bond in a particular molecule of ethane not only oscillates around a mean position, corresponding to one of the "wells" or potential energy minima, but every now and again will gather enough thermal energy to surmount the potential energy barrier and go to one of the other two minimum energy positions.

There are three things about this simple picture that need further comment:

1) The most crucial point is that we must not treat a conformation as a static thing like an object in a photograph, but keep in mind that above the absolute zero of temperature there is always motion, ranging from simple vibrations about a mean position to larger scale rotations between energy minima. The type and range of motion present will depend upon temperature, the chemical nature of the molecule, whether or not it is in a crystal, etc.

2) We stated above that every "now and again" a particular molecule would "gather enough energy" to surmount the rotational barrier. A better description would be in terms of a collection of molecules where the energy is allocated or partitioned between the molecules according to a (Boltzmann) distribution, such that at any instant of time a given fraction of the molecules has enough energy to rotate between minima. (We are edging towards statistical mechanics here, but don't panic!)

3) "Every now and again" is a very short time period in *macroscopic* terms. The lifetime of a *rotational isomer*, which is what we call each of the conformations we wish to identify, is of the order of $10^{-10}$ secs. This is a long time compared to the frequency of a molecular vibration (~$10^{-12}$ to $10^{-14}$ secs), however, which is often the time scale that is important at the molecular level.

If we now turn to the simplest saturated hydrocarbon polymer, polyethylene, we can apply the same simple arguments and find that certain conformations are favored over others. Thus if the chain is laid out in the fully extended (planar zig-zag) conformation shown in figure 7.7, we find that atom/atom distances between protons on adjacent carbons are at a maximum and repulsive forces minimized. Each bond is in a so-called *trans conformation*. (Which should not be confused with the *trans* stereoisomers in dienes described in Chapter 1. It is



*Figure 7.7  All trans conformation of polyethylene.*

CONFIDENTIAL - C.A. No. 04-293

CIBA 037954

222    STRUCTURE



*Figure 7.8 Schematic showing a gauche conformation in polyethylene.*

unfortunate that trans is the most appropriate word for describing both types of arrangements.)

Rotation about one of the bonds would then bring the hydrogens on adjacent carbons to an eclipsed position where the potential energy is a maximum. Further rotation would bring one of the hydrogens to a position that is best described as being between the two hydrogens that are on the adjacent carbon atom, which will be another energy minimum and corresponds to a so-called *gauche* conformation, illustrated in figure 7.8. Here the hydrogens are not as close as when they are eclipsed, but not as far apart as when they are in the trans conformation, so this local energy minimum has a higher energy than that corresponding to a trans arrangement. The form of the potential energy curve for bond rotation in polyethylene is shown in figure 7.9, and it can be seen that there are two gauche conformations, one obtained by rotating 120° one way and the other corresponding to a rotation of 120° in the other direction.



*Figure 7.9 Schematic diagram of the potential energy of a polyethylene chain as a function of rotation angle.*

CONFIDENTIAL - C.A. No. 04-293                    CIBA 037955

Unlike ethane, where we had 3 equivalent minimum energy conformations, we now have a single conformation that is favored over all others and two other minima that have higher energies and are somewhat less favored. Why doesn't the molecule just sit in the fully extended zig-zag shape corresponding to all the bonds being trans? Well it does, but only those parts of a chain that are in a crystal. Trapped in a crystal lattice, the chain is only permitted this one shape because of the demands of regular packing, whereas in the melt or in solution it takes on a variety of shapes or conformations, corresponding to a state of higher entropy.

Regular close packing in the crystal can maximize the force of attraction between the chains so that crystallization will depend upon the balance between maximizing interactions (favoring order) and maximizing entropy (favoring disorder). This balance will depend upon temperature, chain flexibility, the strength of intermolecular forces, and so on. We are starting to get ahead of ourselves here, however, and we will discuss the thermodynamic properties of polymers and crystallization later. The point that we are again making is that even though one conformation might be favored over certain others, as the trans is over the gauche in polyethylene, there will still be a given fraction of bonds in a chain that will be in the less favored state at any moment in time and providing that the energy barrier corresponding to the eclipsed position is not too high, then a particular bond will rotate between these different local conformations. It's just that in a polyethylene chain a particular bond will tend to spend a longer period of time (on average) close to and oscillating about a trans position than about a gauche position. Alternatively, if we were to look at the whole chain at a particular instant of time we would see a larger fraction of bonds close to the trans conformation than close to the gauche.

Obviously, the conformations allowed to a chain depend upon the nature and size of the groups that are attached to the polymer backbone. In isotactic polypropylene, for example, the methyl groups are all along the same side of the chain and in the extended conformation these groups strongly repel one another. By forming a $3_1$ helix (i.e., three chemical repeat units per turn of the helix), illustrated in figure 7.10, the chain manages to get the methyl groups as far away from one another as possible and this is the minimum energy conformation of this polymer (corresponding to a TGTG' sequence of conformations is successive bonds, where T is trans and G and G' are each of the two gauche arrangements). As one might guess, this is also the conformation found in the crystal (see below).[*]

This is about as far as we want to go in our discussion of bond rotations. It should be clear that there is a conformation of the whole chain that corresponds to a minimum energy, because each of its bonds is in a minimum energy (local) conformation. There is a complication here that we haven't mentioned, but this normally arises when we consider disordered conformations. The complication is that we cannot treat the local arrangement of groups in one bond as independ-

---

[*] One should not automatically assume that the minimum energy conformation of the isolated chain would necessarily be that found in the crystal (although it usually is). Forces of attraction between regularly packed chains might distort favored conformations or even favor another conformation altogether, if the total energy was thereby minimized.

CONFIDENTIAL - C.A. No. 04-293

CIBA 037956

224   STRUCTURE






*Figure 7.10 The $3_1$ helical structure of isotactic polypropylene. The chain on the left hand side shows all the atoms, while the one on the right hand side has the hydrogen atoms removed, for clarity of presentation. The figures at the bottom show the projection obtained from looking down the chain; note how the methyl groups are as far apart as they can get. Reproduced with permission from G. Natta and P. Corradini, Nuovo Cimento, Suppl. to Vol. 15, I, 40 (1960).*

ent of the next, as certain combinations of successive conformations can bring atoms that are usually distant into close proximity. We will mention this again when we talk about the rotation isomeric states model, but not in any detail. The curious should consult Flory's second book*.

## D. RANDOM WALKS, RANDOM FLIGHTS AND DISORDERED POLYMER CHAINS

In the preceding section we have seen that we can construct an ordered conformation for a polymer chain by allowing the bonds to sit in their minimum energy positions. We will defer a discussion of the extent to which such ordered arrangements are found until we consider polymer crystals, but clearly we can proceed in a logical fashion from describing ordered conformations, to describing the packing of such chains in crystals, to the overall shape and appearance of these crystals (which we will call morphology) and ultimately to attempts to relate these various facets of structure to properties.

---

* P. J. Flory, *Statistical Mechanics of Chain Molecules*, Hansen Publishers, Reprinted Edition, 1989.