To accomplish the same thing for polymers that for whatever reason have a disordered or random chain conformation might at first sight seem a much more formidable and perhaps even impossible task, because of the enormous range of conformations or configurations available to such a chain. Even if each bond were to be restricted to three possible positions (say trans and the two gauche positions), and if for simplicity we assume that each of these is of equal energy, there would be $3^{10,000}$ conformations (equal to $10^{4,771}$) available to a chain consisting of 10,000 bonds!* It is this huge number of possibilities that saves us, however, because it allows a statistical approach, which results in extraordinary insight into the nature of these materials and their properties, because such properties must ultimately depend upon an average of contributions from all the different chains, together with effects due to their interactions.

In his classic book on rubber elasticity, Treloar** presented a picture of the general form of a disordered or random coil or, if we state it even more precisely, a statistical conformation of a polymer chain, which is reproduced in figure 7.11. It was obtained by using polyethylene as a model polymer and allowing the valency angles to have their normal values. The C–C–C bond angle is thus fixed at a value close to 109°, but rotations *around* each bond are allowed,



Fixed          Allowed

but only to the extent that they could take up one of six equally spaced rotations defined by starting at the trans position and successively rotating 60°. Each of these positions was given equal probability and the actual value used for each bond was then determined by the throw of a dice. Figure 7.11 is just a single example of the enormous number of conformations available, but is typical of most of the conformations that would be found. Some "untypical" (or, more accurately, less probable) examples would be a fully stretched out chain, or one that is tightly compressed into a ball. It is not that they could not occur, but there are far fewer such conformations. In other words, if we were to look at a specific chain over the course of a long period of time, where as a result of thermal motion it went from one conformation to another through bond rotations, it would not spend an appreciable fraction of this time in any of these highly stretched out or tightly compressed conformations, but for most of the time would look something like the picture shown in figure 7.11. Equivalently, if we were to examine a collection of a large number of chains at some instant in time and freeze their motions, most of them would look like figure 7.11, and only a few would be very stretched out or highly compact in their shapes.

---

* Given by all the different combinations of rotations available to the chain. One bond has 3 different possibilities. Two together have $3^2$ different combinations. A molecule with three bonds has $3^3$ different combinations of arrangements, and so on.

** L. R. G. Treloar, *The Physics of Rubber Elasticity, Third Edition*, Clarendon Press, Oxford, 1975.

CONFIDENTIAL - C.A. No. 04-293

CIBA 037958



*Figure 7.11 One conformation of a 1000 link polyethylene chain. Reproduced with permission from L. R. G. Treloar,* The Physics of Rubber Elasticity, Third Edition, *Clarendon Press, Oxford, 1975.*

The knowledgeable student probably realizes that in presenting this argument we are indulging in some statistical mechanics, but we neglected to say so in order not to scare off those whose minds are filled with terror at such a prospect.

We must now delve deeper, however, and make this picture more quantitative. Fortunately we can keep the arguments at a fairly elementary level and arrive at a beautifully simple and important result. What we will need to accomplish this is a measuring stick or parameter of some kind that tells us something about the shape of the chain. For this purpose we will use the distance between the ends of the chain, the end-to-end distance, which we will call $R$. Obviously, the distance between the ends will be equal to the chain length if the chain is fully stretched out, or would be close to zero if it is compacted into a tight ball, but would be somewhere between these limits for the types of configurations shown in figure 7.11. We want to know both the distribution of end-to-end distances and the average value taken over all the possible configurations or shapes of the chain. Obtaining the average value is much easier than the entire distribution and we will do that first.

This type of problem is similar to a number of others in physics and physical chemistry that can be related to so-called random walks or random flights, most notably Brownian motion (more of this in a minute). The random walk problem was posed explicitly by Pearson in a paper published in *Nature* in 1905:

> A man starts from a point $O$ and walks $l$ yards in a straight line; he then turns through any angle whatever and walks another $l$ yards in a second straight line. He repeats this process $n$ times. I require the probability that after these $n$ stretches he is at a distance between $r$ and $r + dr$ from this starting point $O$.

CONFIDENTIAL - C.A. No. 04-293

CIBA 037959



*Figure 7.12 The random flight observed by Perrin. Reproduced with permission from J. Perrin, Atoms, English translation by D. L. Hammick, Constable and Company, London, 1916.*

This random walk is two dimensional and implicitly assumes that the walk takes place on a flat surface. We require the equivalent problem in three dimensions, which should therefore be called a *random flight*. This is illustrated in figure 7.12, which shows the random meanderings or Brownian motion of a particle in a fluid.

This motion is a consequence of collisions with the molecules of the fluid and was observed by Perrin back in 1916*. Experimental observations were made at specific intervals of time and the positions of the particles at each chosen point in time were linked by straight lines (the particle actually took a random path to get from point to point). If we let the distance between each observation be a "step length" l, it is obvious from figure 7.12 that in this case the steps are not of constant length, but vary. Our polymer problem will be simpler in one sense, in that we will relate the step length to the bond length, which we will make constant. However, the path of Brownian diffusion can cross through positions in space that were previously traversed, while a polymer chain cannot. But we will proceed by ignoring this difficulty. In effect, we are going to make two assumptions that are both completely wrong; first, there is not only totally free rotation around the bonds of the chain, but the chain is freely jointed (i.e. the valency bond angle is no longer fixed but can take any value). The second assumption is that the chain can pass through regions of space that are already occupied by other bits of itself (at this point we are only considering a

---

* The motivation for this work was provided by some of Einstein's first papers, which were on the theory of Brownian movement. These related the diffusion of a particle to its size thus allowing microscopic dimensions to be determined from macroscopic measurements. We will use similar types of measurements to determine polymer molecular weights later in this text.

CONFIDENTIAL - C.A. No. 04-293

CIBA 037960

hypothetical isolated chain. Interactions with other chains, or solvent, will be introduced later). Nevertheless, the result we will obtain will be of the right form for a polymer surrounded by other chains of the same type! This is because the effect of restricted valence angles and bond rotations can be accounted for by a "prefactor" in the equations that does not affect the form of the simple main result, and because in a collection of chain of the same type various interactions cancel out, so that the chain behaves as if it could "pass through itself"!

Although the result we will require will be for a three dimensional random flight, it is easier to grasp some subtleties concerning the average end-to-end distance by first considering a one dimensional random walk. Here steps in a "forward" or "backward" direction are allowed with equal probability and we let distances from the starting point in the "forward" direction be defined as positive, while those in the other direction are negative:



It should be immediately obvious that if steps in the forward and backward direction are equally probable, then *on average* a person making such a random one dimensional walk would end up where he or she started. *But that is on average.* If the person took one thousand steps in one such walk, they might end up say 30 steps from the origin in the plus direction. If the person started out for a second time they might end up say 30 steps in the minus direction. And so on. The final position of the walker averages out to be at the origin, because for a large number of walks final positions in the plus direction cancel out with equivalent final positions in the minus direction (we say that the distribution of final positions is symmetric about the origin). What if we want to know the number of steps, or distance (assuming all the steps are of the same length and equal to 1 unit, say a yard, just to annoy our French friends) that on average a person ends up from the origin *regardless* of whether or not it is in the plus or minus direction. Then it is obviously no use devising some method to determine the *average value* of the distance between the start and the finish of the walk, which we will designate by using special brackets, $<R>$, because we have already seen that this will be zero (our arguments were qualitative and intuitive, but they can be made rigorous). The value of $R^2$ for any specific walk will always be positive however, so if we calculate its average value for many, many walks, $<R^2>$, we will have a measure of the distance we require. This still isn't quite what we want, because we have a distance squared, so we will take the square root of this average, $<R^2>^{1/2}$. That is the thing we want to find and it is called the *root mean square end-to-end distance* (i.e., the square root of the mean or average of the squares of the end-to-end distances of a whole lot of walks). There is a particularly easy method for determining $<R^2>^{1/2}$ that is described by Feynman[*] and we will give that first before proceeding to more conventional derivations.

---

[*] R. Feynman, *Lectures on Physics, Volume 1*, Addison-Wesley, Menlo Park, CA, 1963.

We let $\langle R_N^2 \rangle$ be the average of the squares of the end-to-end distance of a one dimensional walk of N steps. We let each step be of length one unit, for simplicity. After 1 step the value of R can only be ±1, so that $R^2$ is equal to $1^2$. The average value of $R^2$ for walks of one step is, of course:

$$\langle R_1^2 \rangle = 1 \tag{7.5}$$

Now we make a jump and observe that we can obtain the allowed values of $R_N$ if we know $R_{N-1}$, because we only have two possibilities:

$$R_N = R_{N-1} + 1 \tag{7.6}$$

or:

$$R_N = R_{N-1} - 1 \tag{7.7}$$

Then for the squares:

$$R_N^2 = R_{N-1}^2 + 2R_{N-1} + 1 \tag{7.8}$$

or:

$$R_N^2 = R_{N-1}^2 - 2R_{N-1} + 1 \tag{7.9}$$

Now, on average, we should obtain each of these values half the time, because there is a fifty/fifty chance of a + or a - step. Hence, the *expected value* of $R_N$ can be obtained by adding these last two equations and dividing by 2. Identifying the average value with the expected value we get:

$$\langle R_N^2 \rangle = \langle R_{N-1}^2 \rangle + 1 \tag{7.10}$$

We already know that:

$$\langle R_1^2 \rangle = 1$$

so that:

$$\langle R_2^2 \rangle = \langle R_1^2 \rangle + 1 = 2 \tag{7.11}$$

$$\langle R_3^2 \rangle = 3 \text{ etc.} \tag{7.12}$$

Hence:

$$\langle R_N^2 \rangle = N \tag{7.13}$$

or, the answer we're looking for:

$$\langle R_N^2 \rangle^{1/2} = N^{1/2} \text{ (for steps of length 1)} \tag{7.14}$$

The only bit that is troubling here might be the identification of the expected value with the average value. We have actually been through this before when discussing chain statistics, but if you need reminding think of it this way. For each toss of an unbiased coin you would *expect* to get a head 50% of the time and a tail the other 50% of the time. If you toss a coin 1000 times you won't often get exactly 500 heads and 500 tails, however, but perhaps 490 of one and 510 of the other. If you don't know probabilities and statistics, perhaps you

CONFIDENTIAL - C.A. No. 04-293

CIBA 037962

*expected* to get exactly 500, but that will only be rarely obtained. But if you repeat this coin tossing a lot of times *on average* you will end up with 500 of each (because the next time you may have got 510 of the first and 490 of the second, and so on). We identify the expected value with the average obtained over a large number of events, or in our problem, chains.

The result we obtained, that the root mean square end-to-end distance is proportional to the square root of the number of steps in a random walk, is important and tells us a lot, as we will see shortly. First, however, we must jump from a one dimensional random walk to a three dimensional random flight. We obtain the same result. In order to show this we will consider a polymer chain to be a set of vectors, each representing a bond, as illustrated in figure 7.13. Thus the first bond or vector goes between the first two atoms in the chain and will have a certain length, l and a certain direction in space. We will represent such a vector in bold type, $\mathbf{l}_1$. The distance between the ends of a chain is then simply the sum of the vectors representing all the bonds:

$$\mathbf{R} = \sum_{i=1}^{N} \mathbf{l}_i \qquad (7.15)$$

Where there are N bonds in the chain we are considering. R is now a vector also, because it has both size and direction. Of course, if we know the direction of each bond with respect to a set of Cartesian or rectangular coordinates we could calculate the scalar quantity R, the distance between chain ends regardless of direction, by laborious application of trigonometry. For example, the distance between atoms 0 and 2 in figure 7.13 can be obtained by drawing a line between these atoms and using the known bond lengths ($R_{0 \to 1}$ and $R_{1 \to 2}$) and angles between the bonds to calculate $R_{0 \to 2}$. Then the distance $R_{0 \to 3}$ is calculated and so on until we eventually get $R_{0 \to N}$, which we usually just call R. We would then have to repeat this for all configurations and then find the average value. The reason we introduce vectors is so that we don't have to go through all of that. The quantity we require is the distance between ends regardless of direction, so as before we consider $R^2$ rather than R, which is obtained from:



*Figure 7.13 Diagram of a set of vectors depicting random flight.*

$$R^2 = \mathbf{R} \cdot \mathbf{R} = \left(\sum_{i=1}^{N} l_i\right) \cdot \left(\sum_{j=1}^{N} l_j\right) \tag{7.16}$$

or:

$$R^2 = \sum_{i=1}^{N} l_i^2 + 2\sum_{i<j}^{N} l_i l_j \tag{7.17}$$

where all the terms involving $i = j$ in equation 7.16 have been taken out and put in the first summation of equation 7.17 and all the rest left in the second term. We now want the average value of $R^2$ taken over all possible configurations:

$$\langle R^2 \rangle = \sum_{i=1}^{N} \langle l_i^2 \rangle + 2\sum_{i<j}^{N} \langle l_i l_j \rangle \tag{7.18}$$

The second term in this equation can be written as:

$$\langle l_i l_j \rangle = l_i l_j \cos\theta \tag{7.19}$$

where $\theta$ is the angle between the vectors. If all angles of $\theta$ are equally probable, which they would be for a freely jointed chain, then its average value is equal to zero (positive values cancel out with minus values in the sum), so we obtain:

$$\langle R^2 \rangle = \sum_{i=1}^{N} \langle l_i^2 \rangle \tag{7.20}$$

If all the bonds are of the same length, $l$, then the average value of the square of the length of $i^{th}$ bond is simply $l^2$, so we have:

$$\langle R^2 \rangle = \sum_{i=1}^{N} l^2 = Nl^2 \tag{7.21}$$

Hence:

$$\langle R^2 \rangle^{1/2} = \sum_{i=1}^{N} l^2 = l N^{1/2} \tag{7.22}$$

Again, the root mean square end-to-end distance has been shown to be proportional to $N^{1/2}$, but we now include the bond length $l$, where before we let the step length (equivalent to the bond length) be equal to one. This equation tells us that if we had a chain consisting of 10,000 bonds, then the average distance between the ends of the chain is just 100 bond lengths! Accordingly, if we could grab such an "average" chain by its ends and pull, it would follow the applied force by simple bond rotations and rearrangements of its conformations. Only when it had been stretched a hundred times its initial end-to-end distance would the backbone bonds experience a tension, as at this point the chain would be fully extended. Stretching the chain takes it from a more probable to a less probable state, so that upon releasing its ends there is an *entropic* driving force that would result in the chain regaining its most probable condition (in a freely rotating chain thermal motion would allow this). This is the basis for rubber elasticity. Clearly it is a fundamental property of disordered polymer chains. Once more, we are getting ahead of ourselves, this time talking about aspects of

CONFIDENTIAL - C.A. No. 04-293

CIBA 037964

232   STRUCTURE

the thermodynamics of rubber elasticity and most probable states before we have considered important preliminaries. We have to defer a discussion of rubber elasticity until later and simply conclude this section by making some observations concerning what we have called most probable states.

It should already be clear that a simple determination of the average end-to-end distance has already provided considerable insight into the molecular basis for the properties of certain types (non-crystalline) of polymer chains. The model is simple and leaves out important details, such as the effect of steric restrictions on bond rotations, intra and intermolecular interactions, etc. We will get to these, if only qualitatively, in the next section. We will see that at least in the solid state the fundamental result, $<R^2>^{1/2} \propto N^{1/2}$, still holds. However, by just looking at the average of the end-to-end distance we are compressing an awful lot of information concerning the range of conformations into a single parameter. A broader description of the range of conformations available to a chain is through a *distribution function*, which for a polymer chain can be expressed in terms of a plot of the probability of finding a chain with an end-to-end distance, R, P(R) against R, as shown in figure 7.14. The general shape of this plot is easy to understand. We would expect it to be symmetric about the origin, simply by extending our arguments concerning one dimensional walks to three dimensions. If a very large number of walks are considered, then there will be as many end positions x,y,z from the origin (0,0,0) as there are -x,-y,-z positions and so on. We would also expect the probability distribution to trail off the further we got from the origin (i.e., large values of R), and to be zero at



Figure 7.14 *Distribution functions for the end-to-end distance R of a chain of 2,500 units each of length 2 Å.*

values of R greater than the stretched out length of the chain, Nl. Accordingly, a bell shaped curve, half of which is shown in figure 7.14, is what we would intuitively expect. However, in formulating a molecular theory of rubber elasticity (amongst other things) we will need a more precise description than this. The simplest and most widely used result, which we will not derive here (see Flory's books, cited previously), is that the probability distribution takes the form of a Gaussian, with:

$$P(R) = A \exp(-BR^2) \quad (7.23)$$

where:

$$A = \left(\frac{2\pi}{3}\right)^{-3/2} \langle R^2 \rangle^{-3/2} \quad (7.24)$$

and:

$$B = \frac{3}{2} \langle R^2 \rangle^{-1} \quad (7.25)$$

In order to obtain this result it is necessary to make a number of additional assumptions (i.e., over and above a freely hinged or jointed chain and neglect of self-intersection), one of which is that $N \rightarrow \infty$. Accordingly P(R) still has finite (but very small) values at values of R greater than Nl (the chain length). Nevertheless, for many purposes this is an extremely good and useful approximation. We just have to be aware that in certain circumstances the assumptions will no longer be valid (e.g., very short chains, long chains at high extensions, etc.) and we must expect deviations from theoretical predictions.

We can also obtain a distribution function that describes the probability of finding an end a distance R from the origin (i.e., where we fix the other end) regardless of direction by using equation 7.23 to obtain the probability that this end is located in an element of volume $4\pi R^2 dR$. This is the radial distribution function and is simply given by $W(R) = P(R) \cdot 4\pi R^2$ and is also plotted in figure 7.14. The maximum in this curve is the most probable value and is not equal to $\langle R^2 \rangle^{1/2}$, but $(2/3)^{1/2} \langle R^2 \rangle^{1/2}$. The second moment of this curve is actually $\langle R^2 \rangle^{1/2}$, shown as the vertical dotted line in figure 7.14.

The root mean square end-to-end distance (equation 7.22) can also be formally obtained from the distribution function, but this is far more statistics than we actually need for a simple understanding, so we will conclude this section by summarizing the important parts that you will need later on. These are:

    1) A polymer chain can take on an enormous range of configurations as a result of bond rotations.
    2) These configurations or conformations can be described statistically, with the end-to-end distance R being a useful parameter for doing this.
    3) The average value of R taken over all possible conformations can be expressed in terms of its root mean square value $\langle R^2 \rangle^{1/2}$, which is proportional to the square root of the number of bonds, $N^{1/2}$.
    4) The distribution function P(R) takes the form of a Gaussian curve, *to a first approximation*.

CONFIDENTIAL - C.A. No. 04-293

CIBA 037966

### The Effect of Restricted Rotation, and Short and Long Range Interactions

We will now consider the effect of various restrictions, starting with the effect of restricted bond angles and ascending in difficulty until we reach the excluded volume problem, which is a very difficult problem indeed.

In the preceding derivation we have assumed a freely jointed chain and the first step towards reality is to now fix the *bond angles* at their usual values, which for saturated polymers such as polyethylene are tetrahedral. Free rotations around the bonds will still be allowed, however. The effect of this restriction is to introduce a correlation between one bond direction and the next, so that the average value of $\cos \theta$ in equation 7.19 is no longer zero. It can be shown (see Flory's second book) that in the limit of large N (remember that N is the number of bonds in the chain):

$$\langle R^2 \rangle = Nl^2 \left( \frac{1 + \cos \theta}{1 - \cos \theta} \right) \qquad (7.26)$$

so that $\langle R^2 \rangle^{1/2}$ is still proportional to $N^{1/2}$.

The next step is to consider the effect of restricted rotation. If there were no correlations between rotations of one bond and the next, then we could obtain a second correlation factor that would obviously depend upon the potential function describing the barriers to bond rotation. This problem has been described by Volkenstein* and Flory (cited earlier) and it can be shown that the second correction term has the same form as that given in equation 7.26, with a factor $\cos \phi$ replacing $\cos \theta$, providing that the potential function is symmetric and bond rotations are independent of one another:

$$\langle R^2 \rangle = Nl^2 \left( \frac{1 + \cos \theta}{1 - \cos \theta} \right) \left( \frac{1 + \eta}{1 - \eta} \right) \qquad (7.27)$$

where $\eta = \cos \phi$, the average value assumed by the bond rotation angle $\phi$. (The factor $\eta$ can take different forms, depending upon the potential function.)

In general, the exact shape of the potential energy function is not known, so that $\cos \phi$ cannot be calculated without making a simplification of some sort. Because information concerning the heights of the barriers to rotation is usually available, one such simplification is the use of the *rotational isomeric states* model, where it is assumed that a bond sits in one of its minimum energy conformations, which for polyethylene would either be the trans or one of the two gauche conformations, for example. Fluctuations around these positions are ignored. The fraction of bonds in each conformation can then be calculated by weighting each conformational state in terms of the energy difference between them (so for polyethylene more bonds are in the trans than the gauche forms). This allows an average value of $\cos \phi$ to be calculated.

These various correction factors can now be incorporated into a parameter $C_\infty$ defined by:

---

* M. V. Volkenstein, *Configurational Statistics of Chain Molecules*, Interscience Publishers (1963).

CONFIDENTIAL - C.A. No. 04-293

CIBA 037967

$$\langle R^2 \rangle_0 = C_\infty Nl^2 \qquad (7.28)$$

where $C_\infty$ accounts for the difference between the actual dimensions of a given polymer chain, given by $\langle R^2 \rangle_0$ and that obtained from the freely jointed chain model, $Nl^2$. It is possible to measure $\langle R^2 \rangle_0$ experimentally, $Nl^2$ is known, so the experimentally derived value of $C_\infty$ can be compared with that calculated from those quantities given in the square brackets of equation 7.27, using the rotational isomeric states model to determine $\eta$. It has been found that there are major discrepancies, so there is a big problem somewhere.

The problem is not with the rotational isomeric states model, as such, but rather the assumption that bond rotations are independent. In polyethylene, for example, it can easily be shown using models that if a given bond is in a gauche rotational state, then neighboring bonds are unlikely to be in a gauche rotational state of the opposite sign, as this would bring certain atoms much too close together. In other words, there is a dependence of the conformations of bonds upon those of their neighbors. Unfortunately, this correlation does not admit of a solution that can be expressed in a simple form. Flory (second book) describes various matrix methods that can be used, however and these allow a calculation of the factor $C_\infty$ for real polymer chains.

The crucial point in the above discussion is that short range interactions that affect bond rotations do not affect the dependence of $\langle R^2 \rangle^{1/2}$ on $N^{1/2}$, but can be handled by a separate term $C_\infty$, or even $C_N$ if we modify the equation to account for the finite length (N bonds) of the chain. This allows us to approximate a real polymer chain by an equivalent freely jointed chain. We no longer consider individual bonds, however, but a sufficient number of adjacent bonds that the combinations of their various possible rotations give a result that is equivalent to a freely jointed unit. We won't pursue this further and now turn our attention from short range restrictions to interactions of longer range, by which we mean interactions between groups that are a distance apart along the chain, but because of the bends and loops in a typical coiled conformation become close to one another in space. In other words, we are considering the problems involved with assuming the chain can "pass through itself", or self intersect, when constructing a random flight.

One approach that at first sight might seem appealing is to construct a statistical model based on self-avoiding walks. By this we mean the chain is not allowed to pass through parts of space already occupied by other bits of itself. In constructing random walk models of this type we essentially say that the walker remembers where he or she has been and there is an "excluded volume" consisting of those parts of space occupied by other bits of the chain.

If this self-avoiding walk were confined to one dimension, for example, then the walker could only go one way, because a step in the reverse direction to which he or she started would not be allowed (see Figure 7.15). If each step is length $l$, the distance from the origin would always be $Nl$ (ignoring direction). The end-to-end distance depends on $N$ rather than the value of $N^{1/2}$ obtained when crossing its own path was allowed. Clearly, the effect of self-avoidance is to expand the end-to-end distance. This carries through to three dimensions.

CONFIDENTIAL - C.A. No. 04-293

CIBA 037968

236  STRUCTURE



*Figure 7.15 Self-avoiding lattice walks of 15 steps in one and two dimensions.*

Although the problem of self-avoiding walks is a difficult one* it is possible to show that:

$$\langle R^2 \rangle^{1/2}_{SAW} = \text{Constant } N^{\upsilon} \qquad (7.29)$$

where:

$$\upsilon = \frac{3}{d+2} \qquad (7.30)$$

and d is the dimensionality of space. The subscript SAW stands for self-avoiding walk. If $d = 1$ then $\upsilon = 1$, a result we have already obtained, and if $\upsilon = 3$ then $d = 0.6$. Accordingly, you would look at this and say that because a self-avoiding walk model appears to be a much more realistic model for a polymer coil, then $\langle R^2 \rangle$ should not be proportional to $N^{0.5}$, but to $N^{0.6}$. But in the solid state it isn't, the random flight model gives the correct answer! It is only in dilute solution that the self-avoiding walk result is obtained and $\langle R^2 \rangle$ is proportional to $N^{0.6}$! (These results have been firmly established by neutron scattering experiments.) This seems really strange and it is typically of the genius of Flory that he anticipated this result quite early in the evolution of polymer physical chemistry ($\approx$1949). His derivation of the chain expansion factor rests on some drastic assumptions, but nevertheless appears correct in its essentials. He preferred to use a factor $\alpha$ describing the expansion of the chain in a good solvent relative to its "unperturbed" random flight form, i.e:

$$\langle R^2 \rangle^{1/2} = \alpha \langle R^2 \rangle^{1/2}_0 \qquad (7.31)$$

and the dependence on dimensionality in equations 7.29 and 7.30 was subsequently made more explicit by Fisher**, but in its essentials remained the Flory treatment.

---

* See the discussion in R. Zallen, *The Physics of Amorphous Solids*, Wiley, 1983.
** M.E. Fisher, comment on *J. Phys. Soc. Japan*, 26, supplement, p. 44 (1969) (appended at the end of cited paper).

Why is a polymer chain in the solid state "ideal" (i.e., random flight), but in a good solvent expanded? The problem is in the simple way we have used a statistical model to account for the variety of chain conformations. We have ignored intermolecular interactions. The presence of such interactions serves to "weight" the configurations such that some would be more probable than others. If we only consider a hypothetical chain floating in a vacuum, which is in effect what we were doing, then polymer chain segments that came too close to one another would "repel". The essence of the Flory argument is that in the solid state a segment of a chain is surrounded by other segments. It does not know whether or not these segments are other parts of the chain to which it belongs, or are bits of other chains. All the interactions are the same and the polymer coil gains nothing by spreading out. It therefore maintains "ideal" (random flight) dimensions. In a good solvent, however, the chain gains free energy by expanding, because any contacts between different parts of the same chain are then replaced by more favorable interactions with the solvent (we use the term "good" solvent to mean that the interactions between it and the polymer segments are preferred to polymer segment-segment interactions). What if the solvent is not so good? Will the chain "collapse" (i.e., coil up on itself)? More on this later (in solution thermodynamics)!

All this might seem difficult to grasp at first and is indeed difficult to describe simply without involving more complicated arguments and equations. To really appreciate this problem you must travel deeper into this subject than the scope of this text allows. Hopefully, from these discussions you will have obtained a feel for the difficulties that you will encounter if you decide to take this journey.

## E. POLYMER MORPHOLOGY

Morphology is a word we have stolen from biologists and botanists, where it means the study of form and structure. It has a corresponding, although perhaps not precisely the same, meaning when applied to polymers; the study of order. As such, it most obviously refers to the study of crystallinity in polymers and many discussions of polymer morphology are confined to this subject. Some polymers (actually block copolymers) that are incapable of crystallizing can also form ordered structures, but we will not discuss these in this introductory text.

### Crystallinity in Polymers

*Polymers are semi-crystalline.* In certain ways polymers that crystallize are distinctly different in their characteristics to equivalent low molecular weight materials. Two of the most revealing experimental aspects of these differences concern the types of patterns observed in X-ray (and electron) diffraction experiments and the range of temperatures over which polymer materials melt.

We will assume that at some point in your studies you have encountered the basic principles of X-ray diffraction. If atoms are arranged in a regular three dimensional array in space, then they will scatter X-rays to give a regular pattern of spots that can be observed on a photographic film, as illustrated in figure 7.16. The structure of the crystal can be reconstructed from the pattern and

CONFIDENTIAL - C.A. No. 04-293   CIBA 037970



*Figure 7.16 Schematic representation of a simple X-ray diffraction experiment.*

intensities of these spots, but in order to obtain the full wealth of information that this technique allows, you have to grow a crystal of macroscopic size that can be placed in the diffractometer.

Now consider the situation where we cannot obtain one large crystal, but only a collection of randomly arranged smaller crystals, say in the form of a powder. If this powder is placed in a diffractometer, the crystals would all lie at different angles to the incident X-ray beam, so that the individual discrete spots from each crystal trace out a set of concentric rings. Employing an instrument that can scan this pattern along a line stretching radially from the center of the film and measure the intensity of the scattered radiation (a densitometer), we would see something like the pattern of peaks or bands shown in figure 7.17, with the height of the peaks being a measure of intensity. If we had a collection of relatively "large" crystals (say 1 μm in diameter) the lines would be fairly narrow, as illustrated by the "diffractogram" shown at the top [figure 7.17(a)]. For a collection of much smaller crystals, we would find that the width of these circles is broader than that obtained from the larger crystals, by an amount that depends inversely upon their relative size. The smaller the crystals, the broader the diffraction peaks, as illustrated in figure 7.17(b). Finally, if we now take the crystals and melt them, the X-ray diffraction pattern does not completely disappear, but instead a very broad line is obtained in our densitometer scan, superimposed upon which weak secondary lines are sometimes observed, as shown in figure 7.17(c). This is because in amorphous materials there is still local order, in the sense that there is a reasonably well-defined average number of nearest neighbors and scattering from these gives the first peak. The average

CONFIDENTIAL - C.A. No. 04-293

CIBA 037971

*Polymer Morphology*   239



*Figure 7.17 X-ray diffraction patterns of (a) a sample consisting of crystals that are about 1 μm in diameter, (b) the same sample prepared in the form of smaller crystals (≈ 5 nm across) and (c) the same sample in the amorphous state.*

number of second nearest neighbors is much less well-defined in the amorphous or liquid state, and third neighbors even less so. Consequently, you don't usually see much in the way of additional peaks.

For most non-polymeric materials you see crystalline patterns below the melting point, broadened by size effects and crystalline defects, while above the melting point you see the amorphous pattern. *In crystallizable polymers you see both at the same time.* This is illustrated in figure 7.18, which shows the pattern obtained from a low molecular weight paraffin* in the crystalline state (a), in the liquid or amorphous state above its melting point (b), and finally, the pattern obtained from polyethylene (below its melting point), which shows crystalline peaks (quite broad ones, compared to the lines obtained from the paraffin) superimposed upon the broad scattering from amorphous material (c). So polyethylene must consist of small crystals (broad crystal peaks) that coexist and are somehow embedded in a matrix of amorphous material.

Turning our attention to crystallization and melting temperatures, we again see that polymers behave very differently to their low molecular weight analogues. Let us compare the melting of polyethylene to that of some paraffins. Figure 7.19 shows measurements of volume taken as a function of temperature, using a dilatometer. The close-packed crystalline state naturally has a smaller

---

* The n-paraffins have the same chemical structure as polyethylene, their chains are just very short.

CONFIDENTIAL - C.A. No. 04-293

CIBA 037972



Figure 7.18 Schematic illustration of the X-ray diffraction pattern of (a) a low molecular weight paraffin in the crystalline state, (b) the same paraffin heated above its melting point and (c) the x-ray defraction pattern of polyethylene.



Figure 7.19 Volume as a function of temperature for the n-hydrocarbons $C_{44}H_{90}$ and $C_{94}H_{190}$. Reproduced with permission from L. Mandelkern, Comprehensive Polymer Science, Vol. 2, Pergamon Press, Oxford, Chapter 11, 1989.

CONFIDENTIAL - C.A. No. 04-293

CIBA 037973

*Polymer Morphology*    241

volume than the amorphous state and for the paraffin, $C_{44}H_{90}$, melting occurs over an extremely narrow range. This is exactly the type of behavior you would expect from the melting of large, more-or-less perfect crystals.

If we now consider a longer chain paraffin, $C_{94}H_{190}$, the melting range is now broadened somewhat, from a fraction of a degree in $C_{44}H_{90}$ to about 1.5 to 2°C. Upon going to polyethylene this melting range is broadened even further, as shown in figure 7.20. The filled circles in this figure show an ordinary polyethylene sample that has a broad range of molecular weights. The sample was crystallized under carefully controlled conditions, because fast or slow cooling, etc., can also dramatically affect the melting point range. Nevertheless, the melting range is still very broad, indicating that polymer crystals come in a range of sizes and with various degrees of perfection. As we will see, one reason for this is that the presence of long chains results in a complex crystallization process, but if there is a range of chain lengths there will be additional problems.

In a paraffin crystal all the chain ends can get in "register" in the crystal (i.e., line up like sardines in a can), because all the chains are the same length, but this cannot happen in a polymer with a distribution of molecular weights. This is not to imply that if the polymer chains were all of the same length, then we would obtain crystals consisting of fully extended, lined up chains. For reasons that we will discuss in Chapter 8, polymers cannot crystallize in this fashion. What actually happens is that chains of different lengths crystallize at different *rates* and the morphology of polymer crystals is determined by crystallization kinetics. Accordingly, if we examine the melting behavior of a narrow molecular weight fraction of polyethylene, shown as the open circles in figure 7.20, then the melting range narrows considerably, but is still broader than the paraffins.



*Figure 7.20* Specific volume-temperature relation for linear polyethylene samples. ●, unfractionated polymer; ○, fractionated. Reproduced with permission from R. Chiang and P. J. Flory, JACS, 83, 2857 (1961).

CONFIDENTIAL - C.A. No. 04-293

CIBA 037974