242    STRUCTURE

From all of this, we can conclude at this point that polymers form mixtures of small crystals and amorphous material and melt over a broad range rather than at a fixed melting point. Thus, as Hoffman et al.* put it, "They had laid upon them the curse of not obeying thermodynamics", because according to the phase rule, a single component mixture should be *either* crystalline (neglecting defects) *or* amorphous at a particular temperature (not both at the same time) and the transition between these states should be sharp and first-order (rather than over a range of temperatures). However, this assumes the material has achieved equilibrium, which for various reasons polymer crystals do not, as we will discuss more fully in the next chapter when we discuss crystallization kinetics. Before getting to this we need to first consider polymer morphology, i.e., What do polymer crystals look like?, How are their chains arranged relative to one another?, and Where are the amorphous bits? We will start at the beginning and consider why some polymers crystallize and others do not.

### Packing in Polymer Crystals—Why Some Polymers Crystallize and Others Do Not

In principle, X-ray diffraction allows the complete structure of a crystalline material to be determined. This information is expressed in terms of the arrangements of the atoms or molecules of a material in a so-called unit cell. A schematic picture of individual atoms arranged in a very simple unit cell is shown in figure 7.21. The basic idea is that once we know the structure of the unit cell, then we can obtain a picture of the entire crystal by simply packing many of these unit cells adjacent to one another along the crystallographic axes. Of course, many real unit cells appear far more complicated than that shown in figure 7.21, but the basic idea remains the same.



*Figure 7.21 A schematic picture of atoms in a simple cubic unit cell (heavy lines). The rest of this crystal can be built by stacking identical unit cells next to one another along the x, y and z axes.*

---

* J. D. Hoffman, G. T. Davis, and J. I. Lauritzen, Jr., in *Treatise on Solid State Chemistry*, Vol. 3 (Editor: Hannay, N. B.), Plenum Press, New York, p.497, 1976.

CONFIDENTIAL - C.A. No. 04-293
CIBA 037975

There are three things about the picture obtained from X-ray diffraction experiments that concern us here. First, for simple, low molecular weight materials, it is often possible to obtain good single crystals that provide a wealth of data (diffraction spots) from which an accurate picture of the arrangements of atoms and molecules can be determined. Synthetic polymers cannot be obtained in the form of large single crystals and it is necessary to obtain a diffraction pattern from a drawn or stretched fiber, where the chains are aligned to some degree (depending on the amount of stretching) in the fiber direction. Only a few spots are observed (usually broadened into arcs) and the process of determining structure is much more difficult. Second, even low molecular weight materials form crystals that contain defects and these can profoundly affect properties. We shouldn't think that crystalline materials have a completely perfect structure. (Anybody who buys a diamond usually learns this very quickly.) Finally, in low molecular weight materials a molecule is smaller than the size of a unit cell. In polymers this is not so and individual chains pass through many unit cells.

The details of the determination of polymer crystal structure are beyond the scope of what we want to cover here. We will simply observe that X-ray crystallography played a key role in early studies of polymers and the establishment of the macromolecular hypothesis and proceed to describe two or three typical examples of polymer unit cell structures. This will make it immediately clear why some polymers crystallize and others do not.

Figure 7.22 shows a representation of the unit cell of polyethylene. There are three things you should notice. First, as we have just mentioned, only a small part of each chain lies in a unit cell. Accordingly, a knowledge of the arrangement of chains in the unit cell is a sort of local knowledge, in the sense that we do not know what sections of the rest of the chain are doing. Are all the segments also in the crystal or are some in those amorphous regions that we know are also present in polymers? Second, the chains are in the preferred, minimum energy, all trans or zig-zag conformation. This is generally, but not always, the rule for polymer crystals, particularly if there are several conformations of almost equal energy. Finally, the crystal structure is close packed, as one might expect if intermolecular attractions are to be maximized. This means that defects, such as short chain branches, generally cannot be accommodated in a crystal lattice (some small defects are occasionally incorporated into certain polymer crystals, but these naturally distort the lattice). Accordingly, just small amounts of branching in polyethylene serve to reduce the *degree of crystallinity*. In general, only the straight parts of the chains crystallize and the branches are banished to the amorphous domains. At high degrees of branching there would be no ability to crystallize at all.

If we now turn to isotactic polypropylene we observe a similar general pattern, as can be seen from figure 7.24. Here, the preferred conformation of the chain is the $3_1$ helix, as we discussed previously. The chains are arranged in a regular close packed manner in the crystal, as illustrated in the projection shown in the figure, again to maximize intermolecular interactions. Clearly, an atactic polypropylene would not be able to do this, in so much as it could not form a regular conformation, and even if it could, the irregular protrusion of the methyl groups from the main chain would preclude ordered, symmetrical packing.

CONFIDENTIAL - C.A. No. 04-293

CIBA 037976

244   STRUCTURE



*Figure 7.22 The orthorhombic crystal structure of polyethylene. Reproduced with permission from C. W. Bunn, Fibers from Synthetic Polymers, R. Hill, Ed., Elsevier Publishing Co., Amsterdam, 1953.*



*Figure 7.23 A view (projection onto {001} plane) of the crystal structure of the monoclinic unit cell of isotactic propylene. Reproduced with permission from G. Natta and P. Corradini, Nuovo Cimento, Suppl. to Vol. 15, 1, 40 (1960).*

CONFIDENTIAL - C.A. No. 04-293

CIBA 037977

Our general principle is thus a very simple and obvious one. In order to be able to crystallize, a homopolymer must have an ordered chain microstructure; i.e., it must be linear, stereoregular, or whatever else is required by its chemical nature*. If it is a copolymer then there must be a regular arrangement of units, in an alternating or block form (and the block size must be large enough to allow crystals to form). We would emphasize here, however, that regularity of chain structure makes a particular polymer *capable of crystallizing*. This does not mean that it will. Natural rubber (cis-1,4-polyisoprene), for example, has a very regular, linear chain structure, but at room temperature in its unstretched state, it is completely amorphous. This is because in the disordered state there are numerous configurations available to the chain and it has a large entropy. Upon crystallization a chain will sit in a single preferred conformation and there is a significant loss of entropy relative to the disordered state. Crystallization will therefore only occur if there is a sufficient gain in energy as a result of maximizing interactions through ordered close packing. In natural rubber the possible modes of packing at room temperature do not provide sufficient energy to overcome the loss of entropy associated with ordering the chains, so that crystallization only occurs if the entropy is first reduced by application of an external force to stretch the chains.

In addition to the thermodynamic factors that can prevent crystallization, there are also kinetic factors. The process of crystallization can be prevented by fast cooling (quenching) from the melt to a temperature that is below the glass transition, where there is insufficient mobility for crystallization.

Finally, we will consider one more example of a polymer crystal structure, that of nylon 66, as this allows us to mention *polymorphism*, the ability to exist in more than one crystalline form (although we did mention this briefly in Chapter 6). One of the crystal forms of nylon 66 is shown in figure 7.24. Here, the chains are aligned so as to maximize the number of hydrogen bonds (which you will recall are relatively strong interactions) that can form between amide groups on adjacent chain segments, shown as dotted lines in this figure. This minimizes the overall energy. The hydrogen bond prefers a linear arrangement of the atoms involved, in this case, the N–H–O atoms of adjacent amide groups, but here other factors come into play. The proper packing of the $CH_2$ groups and the arrangement of the chains in their preferred extended conformation will also minimize the total energy. Sometimes all of the packing and conformational factors cannot be accommodated simultaneously, and as a result, there are different crystal structures of nearly equal energy. Which form is obtained will depend upon the conditions of crystallization.

---

* Perversely, there are always exceptions to the rule, and atactic poly(vinyl alcohol) crystallizes extensively.

CONFIDENTIAL - C.A. No. 04-293

CIBA 037978



*Figure 7.24 The triclinic crystal structures of nylon 6,6, α-form. Reproduced with permission from C. W. Bunn and E. V. Garner, Proc. Roy. Soc. (London), 189A, 39 (1947).*

### From Fringed Micelles to Single Crystal Lamellae

We have now established that in the depths of its crystalline domains a polymer is arranged in a regular ordered form in the same manner as small molecules, but taken as a whole, the crystals co-exist with amorphous material. We have noted that this is quite unusual and we must now consider the form or arrangement of the crystalline and amorphous domains (and later, how this comes about).

In studies of polymer morphology, the year 1957 stands as a divider. Before this time the most widely accepted picture of the structure of semi-crystalline polymers was provided by the *fringed micelle model*, illustrated in figure 7.25. The crucial feature of this model is that individual chains traverse regions of both order and disorder, going from a small crystallite, to an amorphous region, into another crystallite, and so on. We will see that this pattern is an important feature of the structure of melt crystallized polymers, but it is not the only path that can be taken by the chains.

CONFIDENTIAL - C.A. No. 04-293

CIBA 037979



*Figure 7.25 Schematic representation of the fringed micelle model. Reproduced with permission from J. D. Hoffman, T. Davis and J. I. Lauritzen,* Treatise on Solid State Chemistry, *Vol. 3, Chapter 7, Plenum Press, New York, 1976.*

In 1957 Keller, Till and Fischer, independently and almost simultaneously, succeeded in growing so-called single crystal lamellae by cooling hot, dilute solutions of polyethylene in xylene*. At a certain temperature crystallization starts to occur, but because the chains are not tangled up with one another, as they are in the melt, then a particularly simple crystalline form is obtained. Elec-



*Figure 7.26 Electron micrograph of a polyethylene single crystal grown from tetrachloroethylene solution. Reproduced with permission from P. H. Geil,* Polymer Single Crystals, *Robert E. Krieger Publishing Company, Huntington, New York, 1973.*

---

* Single crystal lamellae had been obtained prior to this date, but their significance had not been recognized.

tron micrographs showed that these crystals appeared to have a flat diamond type shape as shown in figure 7.26. Later, it was demonstrated that in solution these crystals are actually more like hollow pyramids and that the observed flat shape is due to a collapse upon drying. Also, polymer single crystals of different shape or habits can be obtained. We will not describe these here, as we only need to consider the one crucial feature of the lamellae that forms the primary focus of our discussion.

Electron diffraction experiments demonstrate that the polymer chain axes are essentially perpendicular to the large flat faces and parallel to the thin faces (think of the crystal as a sheet of paper that is many times longer in two dimensions than it is in the third, "thickness," direction). Because the thickness of the crystal is only of the order of a 100 Å or so, while the length of the chains used in the original experiments were of the order of 2000 Å, it was concluded by Keller and O'Connor, in a paper presented at the 1957 Discussions of the Faraday Society meeting, that "as the parallel alignment of the chains is almost perfect, we are forced to conclude that the molecules must sharply fold on themselves." This was controversial and Morawetz, in his book on the history of polymer science (cited previously), reports that E. W. Fischer encountered such ridicule of his paper, which also suggested chain folding, that he feared losing his job. The experimental facts were incontrovertible, however, and it was soon realized that chain folding also occurs in melt crystallized samples, but we will come to that soon enough.

The concept of chain folding suddenly allowed an understanding of various previously puzzling observations and insight into the mechanical properties of polymer materials, as we will discuss later in this book. The subject remained controversial for many years, however, and can still incite the occasional heated



*Figure 7.27 The adjacent reentry and switchboard models for polymer single crystals. Reproduced with permission from P. J. Flory, JACS, 34, 2857 (1962).*

CONFIDENTIAL - C.A. No. 04-293

CIBA 037981

exchange. It was not the concept of chain folding as such that excited subsequent controversy, but questions concerning the nature of the fold surface. Keller proposed that folding occurred in a tight, regular manner, such that a chain emerges from the crystal then immediately reenters at an adjacent position, as shown schematically in figure 7.27. Flory and his co-workers maintained that the fold surface should be essentially disordered, with chains entering and leaving at random and this was called the switchboard model, as also illustrated in figure 7.28. (This is a really good analogy, but if you were born sometime in the last twenty years you may have no idea what an old telephone switchboard looks like. We can only sympathize and advise you to watch more old movies.)

The arguments concerning the relative merits of the two models reached polemical proportions, culminating in a now famous meeting of the Faraday Society in 1979. Many stories have been told about this meeting, some no doubt apocryphal, but it is our understanding that Flory felt he was "ambushed" and the proponents of the "ordered" reentry model considered themselves victorious (the arguments predominantly revolved around the requirements of steric packing at the interface and the interpretation of neutron scattering data). As a result, Flory reportedly came back from this meeting seriously displeased and proceeded to work on a statistical mechanical model of crystal surfaces and interphases (see figure 7.28). This lattice model allowed the calculations of the number of adjacent reentry sites in single crystals, which Flory determined to be less than 40%. The precise value of this number depends (amongst other things) on assumptions concerning chain flexibility, however, and this figure has been revised upwards to a value as high as 80% for very flexible chains[*], so one could argue that everybody was right to some degree (or equally wrong, if you take a more jaundiced view). Certainly, the controversy appeared to have provoked Flory into developing a new and powerful method of analysis and it



*Figure 7.28 A schematic representation of the interphase in lamellar semi-crystalline polymers. For single crystals all the chains must return to the same crystal. Reproduced with permission from K. A. Dill and P. J. Flory, Proc. Nat. Acad. Sci., 77, 3115 (1980).*

---

[*] S. K. Kumar and D. Y. Yoon, *Macromolecules*, 22, 3458 (1989).

CONFIDENTIAL - C.A. No. 04-293

CIBA 037982

250   STRUCTURE

seems safe to conclude that for single crystals all chains reenter within (about) three lattice sites of the surface. For polyethylene this corresponds to a surface region of about 15 Å, in good agreement with experimental measurements of the extent of the surface regime.

### Crystallization from the Melt

The crucial principle that you should bring with you from the previous discussion is the concept of chain folding. At first it was uncertain if this should apply to melt crystallized samples and Bunn, a leading figure in X-ray studies of polymer morphology, commented that "if it occurs in crystals grown from a melt, this is still more surprising because we suppose a melt to be a tangle of long-chain molecules." It soon became apparent that chain folding also occurs in melt grown crystals but the elucidation of their fine structure is a more difficult problem.

The most striking feature of the crystallization of many polymers from the melt is that it results in the formation of so called spherulites that are large enough to be seen in the optical microscope (i.e., they are a lot larger than single crystal lamellae). As the name suggests, these are spherical objects. They are not wholly crystalline, but contain some sort of arrangement of both crystalline and amorphous parts. If viewed in an optical microscope under crossed polarizers*, they appear as in figure 7.29, which shows the growth of spherulites from the melt. There are two things you should notice about the spherulites shown in this figure. First, they are only really spherical at the initial stages of growth. Later, they impinge upon one another to form straight or hyperbolic boundaries. Second, the use of cross-polarizers reveals a pattern which is related to the birefringent properties of these crystalline polymers.

It will be assumed that you know roughly what this means, but if you don't it is sufficient to understand that the polymer crystals are anisotropic in their optical properties (there is a difference in the refractive index for light polarized parallel to the chain axis relative to light polarized perpendicular to the chain axis). Accordingly, the observed pattern says something about the underlying arrangement of the crystalline domains. Figure 7.29 shows the characteristic and commonly observed Maltese cross, which indicates some sort of radial order. This type of observation, together with X-ray diffraction experiments, indicated that the chains are oriented in a direction that is perpendicular to the radius of the spherulite. This was at first puzzling and hard to understand until the idea that chain folding also occurs in melt crystallized samples took hold. Furthermore, the arrangement of the crystalline and amorphous parts becomes more apparent when we consider the results of some very clever experiments by Keith and Padden, which involved crystallization of mixtures where one component could not crystallize. A micrograph is shown in figure 7.30. Here, 10% isotactic poly-propylene was crystallized from a mixture containing 90% of the atactic polymer. This latter material was then removed by solvent (the crystalline parts

---

* The incident light is polarized in one direction and after passing through a thin film of the sample, is viewed through a second polarizer placed at 90° to the first. In this position, no light would be transmitted unless there is some interaction with the sample.

CONFIDENTIAL - C.A. No. 04-293

CIBA 037983



(a)



(b)

*Figure 7.29* Spherulites of (a) nylon 6,10 during crystallization and (b) polyethylene oxide after completion of growth, observed through crossed polaroids. Note that the featureless background in (a) which is amorphous material and the radiating fine structure and Maltese Cross pattern in (b). Reproduced with permission from F. Khoury and E. Passaglia, in Treatise on Solid State Chemistry, N. B. Hannay, Ed., Vol. 3, Chapter 6, Plenum Press, New York, 1976.



*Figure 7.30* Growth of isotactic polypropylene spherulites in the presence of 90% atactic polypropylene. Note the branched fibrils. Reproduced with permission from H. D. Keith and F. J. Padden, J. Appl. Phys., 35, 1270 (1964).

CONFIDENTIAL - C.A. No. 04-293

CIBA 037984



*Figure 7.31 A schematic representation of the development of a spherulite. Reproduced with permission from D. C. Bassett, Principles of Polymer Morphology, Cambridge University Press, 1981.*

were insoluble at ordinary temperatures) revealing a pattern of branched lamellar like structures. Figure 7.31 shows a schematic representation of how spherulites are thought to develop, from an initially formed central lamellae (sometimes confusingly called a fibril), which in the course of its growth, subsequently branches to form the spherulite. The space between the arms is filled with amorphous material.



*Figure 7.32 A schematic representation of the structure of a spherulite. Note the interlamellar links between the spherulite arms. Amorphous material also sits between the spherulite arms, but is not shown here. Reproduced with permission from J. D. Hoffman, T. Davis and J. I. Lauritzen, in Treatise on Solid State Chemistry, N. B. Hannay, Ed., Vol. 3, Chapter 7, Plenum Press, New York, 1976.*

CONFIDENTIAL - C.A. No. 04-293

CIBA 037985

The lamellar arms of the spherulite consist of chain folded material, as illustrated in figure 7.32, but the nature of folding here is considered to be much less regular than in solution grown crystals. In addition, there are a certain number of chains that emerge from one lamellar arm, coil around in the amorphous interlamellar region for awhile, and then enter another crystalline lamellar arm, as in the old fringed micelle model (see the model of the interphase region shown in figure 7.28). These are known as *tie molecules* and play a key role in mechanical properties. The generally tough nature of certain polymers and their ability to undergo plastic deformation depends upon the presence of chains connecting the lamellae.

## Fibers

One consequence of chain folding is that melt crystallized polymers are not as strong as they could be or as strong as we would like for certain applications. It is not our purpose to discuss mechanical properties here, but it should be intuitively clear that if we could arrange the chains such that they were perfectly stretched out and aligned and then pulled in the direction of alignment, then the strong covalent bonds of the chains would take the load. (There is a complication because of the finite length of the chains. The stress has to pass from one chain to another, but for the sake of our simple argument, we will ignore such difficulties here.) Conversely, in a melt crystallized sample containing randomly oriented spherulites, it would be the weaker forces of attraction between the chains (and also physical entanglements, etc.) that resist a load and one can envisage pulling the chains out of a crystal, in other words, unfolding them, to make a material where the chains have a more elongated form. That is exactly what we do when we make a fiber. If a sample is "drawn" (stretched) at a temperature above $T_g$ but below $T_m$, a morphology is produced where there is a preferred orientation of the chains parallel to the draw direction. In fact, a material such as polyethylene can be drawn to many times its original dimensions at room temperature, as illustrated in figure 7.33, and this process of drawing, if done properly, does confer increased strength and modulus in the draw direction.

The question for us here, is "What is the morphology of drawn samples?" The answer is we don't really know, at least in comparison to the type of detailed knowledge that has been built up for single crystal lamellae, spherulites, and some other morphologies which we have neglected here because they are less common or do not illustrate additional general principles.



*Figure 7.33 A schematic diagram depicting the drawing of a polymer.*

CONFIDENTIAL - C.A. No. 04-293

CIBA 037986

254   STRUCTURE

In producing fibers we would like to obtain completely extended chains. Nature accomplishes this to a great extent in utilizing cellulose, which is synthesized in plants in sets of about 30 chains which form long or extended fibrils. In general, for many synthetic polymers, this level of orientational order is not achieved using ordinary processing methods. Perhaps the most convincing model of the morphology of drawn fibers is the fibrillar structure proposed by Peterlin, and the formation of these structures is illustrated schematically in figure 7.35. Here, the chains are partly elongated, but not completely, and they still remain somewhat folded.

There are two fairly recent developments that have allowed the development of fibers with much more extended structures and hence, enhance mechanical properties. First, polymers with very stiff "backbones" have been synthesized. These rod-like molecules have liquid crystalline properties, one aspect of which is that they become aligned in solution at concentrations above a certain critical level. Clearly, it is much easier (in principle!) to obtain highly oriented fibers with extended chain structures from such polymers (in practice, there are a lot of problems). Second, new processing methods, based on drawing polymers such as polyethylene from a gel (so as to minimize the effect of chain entanglements during the orientation process) have resulted in extremely high strength, high modulus fibers. But this takes us out of the area of morphology and into processing and mechanical properties. We will save such delights until later in this book. We will conclude this chapter with a brief aside on size and microscopy.



(A) Undeformed crystals   (B) Phase changes, twinning   (C) Tilt, slip & twist   (D) Cracks formed, some chains pulled out of crystals, more tilt, slip, twist   Fibrils formed

*Figure 7.34  Peterlin's model for the transformation from lamellar to fibrillar structure. Reproduced with permission from A. Peterlin, J. Polym. Sci., C9, 61 (1965).*

CONFIDENTIAL - C.A. No. 04-293
CIBA 037987

## F. FINAL WORDS—A BRIEF COMMENT ON SIZE

Although we have presented various micrographs in the preceding section, we have said nothing about microscopy. There is tremendous skill and craft, particularly in sample preparation, that is required in order to obtain good pictures (and not be fooled by artifacts!), so this is a technique that requires a separate and more advanced treatment. To round out this chapter, however, we think it is useful to briefly comment on the relative sizes of the structures we have discussed. These are illustrated schematically in figure 7.35, which on the left hand side shows two chains arranged in a crystal. The interchain distances are of the order of 5 Å ($5 \times 10^{-8}$ cm) (and obviously vary from polymer to polymer). If we now go to the single crystal lamellae, these measure approximately 10 μm ($1 \times 10^{-3}$ cm) along the sides of their diamond-like plates (the figure shows a measurement across the diagonal) and so are approximately 30,000 times larger than interchain distances along this dimension (i.e. a lot of chain stems can be stacked in single crystals). The thickness of the lamellae is only about 150 Å, however, so compared to their long dimensions these crystals are very thin indeed ($\approx 1/1000$) and can be likened to a sheet of paper. Finally, spherulites, in the middle of their growth phase before they impinge on one another, are approximately 100 μm ($1 \times 10^{-2}$ cm) in diameter (they start out smaller, obviously, and end up larger).

This difference in size determines which technique can be used to study their morphology. The limiting factor is (roughly) the wavelength of light, in that features that are smaller than this cannot be resolved (however, we have recently



Figure 7.35 A schematic representation of the size associated with various features of polymer crystals.

CONFIDENTIAL - C.A. No. 04-293

CIBA 037988

256  STRUCTURE

read that optical microscopists have learnt some new tricks that might allow an improved resolution). If we assume that we are using visible light in the 5000 Å wavelength range, then spherulites can be observed, but no details of the structure of single crystals can be resolved. It is necessary to use electron microscopy in order to observe these latter structures.

The field of microscopy is presently experiencing something of a revolution, with new techniques (scanning tunneling microscopy, surface forces microscopy) and improvements to older methods becoming available. We don't suppose that the old controversy about the nature of chain folding will ever be resolved to everybody's satisfaction until some enterprising microscopist figures out a way to "see" a single crystal surface, so we await developments in this field with interest.

## G. STUDY QUESTIONS

1. In this chapter we discussed minimum energy conformations for just two polymers, polyethylene and isotactic polypropylene. Go to the literature and find out the minimum energy conformations of the following polymers:

   (a) Syndiotactic polypropylene
   (b) Nylon 6
   (c) Poly(ethylene terephthalate)

   Discuss these conformations in terms of the simple steric repulsion approach given in this chapter.

2. Discuss the limitations of the freely jointed and rotating bond model for a disordered polymer chain

3. (a) Given that $C_\infty$ for polyethylene is 6.8, what would be the root mean square end-to-end distance of a chain of degree of polymerization 100,000, given that the chain is in a melt of other high molecular weight polyethylene chains ? (Assume the projected length $l$ of an ethylene unit is $\approx 1.78$Å, calculated from tetrahedral bond angles and usual C-C bond lengths).

   (b) Assuming that all constants of proportionality cancel out, what is the ratio of the root mean square end-to-end distances of the same chain in a good solvent compared to that in the melt ?

4. You are given two polyethylene samples, A and B. Sample A has an average molecular weight of 200,000, a density of 0.92 and a crystalline melting point of 110°C. Sample B has the same molecular weight (and practically the same molecular weight distribution), but its density is 0.96 and its melting point is 133°C. What is the difference in the chain structure of these two materials and how does it cause these variations ?

5. Poly(ethylene terephthalate) (PET), which has glass transition ($T_g$) and crystalline melting temperatures of 69 and 267°C, respectively, can exist in a number of different states depending upon temperature and thermal history. Thus it is possible to prepare materials that are semi-crystalline with amorphous regions that are either glassy or rubbery and amorphous materials that are glassy,

CONFIDENTIAL - C.A. No. 04-293

CIBA 037989

rubbery or melts. Consider a sample of PET cooled rapidly from 300°C (state I) to room temperature. The resulting material is rigid and perfectly transparent (state II). The sample is then heated to 100°C and maintained at this temperature, during which time it gradually becomes translucent (state III). It is then cooled to room temperature, where it is again observed to be translucent (state IV).

    (a) Identify each of the states.

    (b) In state IV PET has a higher modulus and is less flexible than in state III. Why is this?

    (c) Why is the PET transparent in state II, yet translucent in state IV?

6. (a) A sample of linear polyethylene is dissolved in a large excess of xylene at 130°C and the dilute solution is then slowly cooled. After a couple of days a fine white suspension is obtained. What does this suspension consist of?

    (b) If the suspension is filtered and dried, then heated to 170°C and slowly cooled to room temperature, a different type of structure is obtained. Compare and contrast the two different types of structures.

7. Discuss the relationship between chain microstructure and crystallinity.

## H. SUGGESTIONS FOR FURTHER READING

(1)     D. C. Bassett, *Principles of Polymer Morphology*,
        Cambridge University Press, Cambridge, 1981.

(2)     P. J. Flory, *Principles of Polymer Chemistry*,
        Cornell University Press, Ithaca, New York, 1953.

(3)     P. J. Flory, *Statistical Mechanics of Chain Molecules*,
        John Wiley & Sons, New York, 1969.

(4)     P. H. Geil, *Polymer Single Crystals*,
        Robert E. Kreiger Publishing Company, Huntington, New York, 1973.

(5)     H. Tadokoro, *Structure of Crystalline Polymers*,
        John Wiley & Sons, New York, 1979.

(6)     L. R. G. Treloar, *Physics of Rubber Elasticity*,
        *Third Edition*, Claredon Press, Oxford, 1975.

CONFIDENTIAL - C.A. No. 04-293

CIBA 037990