-9-

ethylenically unsaturated cationic or anionic monomer and, optionally, at least one non-ionic comonomer in the presence of said crosslinking agent. They preferably have a solution viscosity (SV) of about 1.1-2.0 mPa.s.

Cationic microbeads used herein include those made by polymerizing such monomers as diallyldialkylammmonium halides; acryloxyalkyltrimethylammonium chloride; (meth)acrylates of dialkylaminoalkyl compounds, and salts and quaternaries thereof and, monomers of N,N-dialkylaminoalkyl(meth)acrylamides, and salt and quaternaries thereof, such as N,N-dimethyl aminoethyl-acrylamides; (meth)acrylamidopropyltrimethylammonium chloride and the acid or quaternary salts of N,N-dimethylaminoethylacrylate and the like. Cationic monomers which may be used herein are of the following general formulae:

$$(I) \quad CH_2 = \overset{\overset{\displaystyle R_1}{\displaystyle |}}{C} - \overset{\overset{\displaystyle O}{\displaystyle ||}}{C} - X - A - \overset{\overset{\displaystyle R_2}{\displaystyle |}}{\underset{\underset{\displaystyle R_4}{\displaystyle |}}{N^+}} - R_3 \quad Z^-$$

where $R_1$ is hydrogen or methyl, $R_2$ is hydrogen or lower alkyl of $C_1$ to $C_4$, $R_3$ and/or $R_4$ are hydrogen, alkyl of $C_1$ to $C_{12}$, aryl, or hydroxyethyl and $R_2$ and $R_3$ or $R_2$ and $R_4$ can combined to form a cyclic ring containing one or more hetero atoms, Z is the conjugate base of an acid, X is oxygen or $-NR_1$ wherein $R_1$ is as defined above, and A is an alkylene group of $C_1$ to $C_{12}$; or



$$(II) \qquad\qquad Z^-$$

-10-

where $R_5$ and $R_6$ are hydrogen or methyl, $R_7$ is hydrogen or alkyl of $C_1$ to $C_{12}$ and $R_8$ is hydrogen, alkyl of $C_1$ to $C_{12}$, benzyl or hydroxyethyl; and Z is as defined above.

Anionic microbeads that are useful herein those made by hydrolyzing acrylamide polymer microbeads etc. those made by polymerizing such monomers as (methyl)acrylic acid and their salts, 2-acrylamido-2-methylpropane sulfonate, sulfoethyl-(meth)acrylate, vinylsulfonic acid, styrene sulfonic acid, maleic or other dibasic acids or their salts or mixtures thereof.

Nonionic monomers, suitable for making microbeads as copolymers with the above anionic and cationic monomers, or mixtures thereof, include (meth)acrylamide; N-alkyacrylamides, such as N-methylacrylamide; N,N-dialkylacrylamides, such as N,N-dimethylacrylamide; methyl acrylate; methyl methacrylate; acrylonitrile; N-vinyl methylacetamide; N-vinyl methyl formamide; vinyl acetate; N-vinyl pyrrolidone, mixtures of any of the foregoing and the like.

These ethylenically unsaturated, non-ionic monomers may be copolymerized, as mentioned above, to produce cationic, anionic or amphoteric copolymers. Preferably, acrylamide is copolymerized with an ionic and/or cationic monomer. Cationic or anionic copolymers useful in making microbeads comprise from about 0 to about 99 parts, by weight, of non-ionic monomer and from about 100 to about 1 part, by weight, of cationic or anionic monomer, based on the total weight of the anionic or cationic and non-ionic monomers, preferably from about 10 to about 90 parts, by weight, of non-ionic monomer and about 10 to about 90 parts, by weight, of cationic or anionic monomer, same basis i.e. the total ionic charge in the microbead must be greater than about 1%. Mixtures of polymeric microbeads may also be used if the total ionic charge of the mixture is also over

-11-

about 1%. If the anionic microbead is used alone, i.e.,
in the absence of high molecular weight polymer or
polysaccharide, in the process of the present invention,
the total anionic charge thereof must be at least about
5%. Most preferably, the microbeads contain from about
20 to 80 parts, by weight, of non-ionic monomer and
about 80 to about 20 parts by weight, same basis, of
cationic or anionic monomer or mixture thereof.
Polymerization of the monomers occurs in the presence of
a polyfunctional crosslinking agent to form the
cross-linked microbead. Useful polyfunctional
crosslinking agents comprise compounds having either at
least two double bounds, a double bond and a reactive
group, or two reactive groups. Illustrative of those
containing at least two double bounds are
N,N-methylenebisacrylamide; N,N-methylenebismeth-
acrylamide; polyethyleneglycol diacrylate;
polyethyleneglycol dimethacrylate; N-vinyl acrylamide;
divinylbenzene; triallylommonium salts, N-methylallyl-
acrylamide and the like. Polyfunctional branching
agents containing at least one double bond and at least
one reactive group include glycidyl acrylate; glycidyl
methacrylate; acrolein; methylolacrylamide and the like.
Polyfunctional branching agents containing at least two
reactive groups include dialdehydes, such as gyloxal;
diepoxy compounds; epichlorohydrin and the like.

Crosslinking agents are to be used in
sufficient quantities to assure a cross-linked
composition. Preferably, at least about 4 molar parts
per million of crosslinking agent based on the monomeric
units present in the polymer are employed to induce
sufficient crosslinking and especially preferred is a
crosslinking agent content of from about 4 to about 6000
molar parts per million, most preferably, about 20-4000.

The polymeric microbeads of this invention are
preferably prepared by polymerization of the monomers in
an emulsion as disclosed in application, Serial No.

-12-

07/535,626 filed June 11, 1990

(Attorney Docket 31320). Polymerization in microemulsions and inverse emulsions may be used as is known to those skilled in this art. P. Speiser reported in 1976 and 1977 a process for making spherical "nanoparticles" with diameters less than 800 Å by (1)

5    solubilizing monomers, such as acrylamide and methylenebisacrylamide, in micelles and (2) polymerizing the monomers, See J. Pharm. Sa., 65(12), 1763 (1976) and United States Patent No. 4,021,364. Both inverse water-in-oil and oil-in-water "nanoparticles" were

10   prepared by this process. While not specifically called microemulsion polymerization by the author, this process does contain all the features which are currently used to define microemulsion polymerization. These reports also constitute the first examples of polymerization of

15   acrylamide in a microemulsion. Since then, numerous publications reporting polymerization of hydrophobic monomers in the oil phase of microemulsions have appeared. See, for examples, U.S. Patent Nos. 4,521,317 and 4,681,912; Stoffer and Bone, J. Dispersion Sci. and

20   Tech., 1(1), 37, 1980; and Atik and Thomas , J. Am. Chem. Soc., 103 (14), 4279 (1981); and GB 2161492A.

The cationic and/or anionic emulsion polymerization process is conducted by (i) preparing a monomer emulsion by adding an aqueous solution of the

25   monomers to a hydrocarbon liquid containing appropriate surfactant or surfactant mixture to form an inverse monomer emulsion consisting of small aqueous droplets which, when polymerized, result in polymer particles of less than 0.75 micron in size, dispersed in the

30   continuous oil phase and (ii) subjecting the monomer microemulsion to free radical polymerization.

35

-13-

The aqueous phase comprises an aqueous mixture of the cationic and/or anionic monomers and optionally, a non-ionic monomer and the crosslinking agent, as discussed above. The aqueous monomer mixture may also comprise such conventional additives as are desired. For example, the mixture may contain chelating agents to remove polymerization inhibitors, pH adjusters, initiators and other conventional additives.

Essential to the formation of the emulsion, which may be defined as a swollen, transparent and thermodynamically stable emulsion comprising two liquids insoluble in each other and a surfactant, in which the micelles are less than 0.75 micron in diameter, is the selection of appropriate organic phase and surfactant.

The selection of the organic phase has a substantial effect on the minimum surfactant concentration necessary to obtain the inverse emulsion. The organic phase may comprise a hydrocarbon or hydrocarbon mixture. Saturated hydrocarbons or mixtures thereof are the most suitable in order to obtain inexpensive formulations. Typically, the organic phase will comprise benzene, toluene, fuel oil, kerosene, odorless mineral spirits or mixtures of any of the foregoing.

The ratio, by weight, of the amounts of aqueous and hydrocarbon phases is chosen as high as possible, so as to obtain, after polymerization, an emulsion of high polymer content. Practically, this ratio may range, for example for about 0.5 to about 3:1, and usually approximates about 1:1, respectively.

The one or more surfactants are selected in order to obtain HLB (Hydrophilic Lipophilic Balance) value ranging from about 8 to about 11. Outside this range, inverse emulsions are not usually obtained. In addition to the appropriate HLB value, the concentration of surfactant must also be optimized, i.e. sufficient to form an inverse emulsion. Too low a concentration of

-14-

surfactant leads to inverse emulsions of the prior art and too high a concentrations results in undue costs. Typical surfactants useful, in addition to those specifically discussed above, may be anionic, cationic or nonionic and may be selected from polyoxyethylene (20) sorbitan trioleate, sorbitan trioleate, sodium di-2-ethylhexylsulfosuccinate, oleamidopropyldimethylamine; sodium isostearyl-2-lactate and the like.

Polymerization of the emulsion may be carried out in any manner known to those skilled in the art. Initiation may be effected with a variety of thermal and redox free-radical initiators including azo compounds, such as azobisisobutyronitrile; peroxides, such as t-butyl peroxide; organic compounds, such as potassium persulfate and redox couples, such as ferrous ammonium sulfate/ammonium persulfate. Polymerization may also be effected by photochemical irradiation processes, irradiation, or by ionizing radiation with a $^{60}$Co source. Preparation of an aqueous product from the emulsion may be effected by inversion by adding it to water which may contain a breaker surfactant. Optionally, the polymer may be recovered from the emulsion by stripping or by adding the emulsion to a solvent which precipitates the polymer, e.g. isopropanol, filtering off the resultant solids, drying and redispersing in water.

The high molecular weight, ionic, synthetic polymers used in the present invention preferably have a molecular weight in excess of 100,000 and preferably between about 250,000 and 25,000,000. Their anionicity and/or cationicity may range from 1 mole percent to 100 mole percent. The ionic polymer may also comprise homopolymers or copolymers of any of the ionic monomers discussed above with regard to the ionic beads, with acrylamide copolymers being preferred.

The degree of substitution of cationic starches (or other polysaccharides) and other non-synthetic based

-15-

polymers may be from about 0.01 to about 1.0, preferably from about 0.02 to about 0.20.    Amphoteric starches, preferably but not exclusively with a net cationic starch, may also be used.  The degree of substitution of anionic starches (or other polysaccharides) and other non-synthetic-based polymers may be from 0.01 to about 0.7 or greater.    The ionic starch may be made from starches derived from any of the common starch producing materials, e.g., potato starch, corn starch, waxy maize, etc.  For example, a cationic potato starch made by treating potato starch with 3-chloro-2-hydroxypropyltri-methylammonium chloride.  Mixtures of synthetic polymers and e.g. starches, may be used.  Other polysaccharides useful herein include guar, cellulose derivatives such as carboxymethylcellulose and the like.

It is also preferred that the high molecular weight, ionic polymer be of a charge opposite that of the microbead and that if a mixture of synthetic, ionic polymers or starch be used, at least one be of a charge opposite that of the microbead.  The microbeads may be used as such or may be replaced in part, i.e. up to about 50%, by weight, with bentonite or a silica such as colloidal silica, modified colloidal silica etc. and still fall within the scope of the percent invention.

The instant invention also relates to compositions of matter comprising mixtures of the above-described ionic microbeads, high molecular weight, ionic polymers and polysaccharides.  More particularly, compositions comprising a mixture of A) an ionic, organic, polymer microbead of less than about 750 nanometers in diameter if cross-linked and less than 60 nanometers in diameter if non-cross-linked and water-insoluble and B) a high molecular weight ionic polymer, the ratio of A): B) ranging from about 1:400 to 400:1, respectively. Additionally, the compositions may contain the microbead A) and C) an ionic polysaccharide, the ratio of A):C) ranging from about 20:1 to about 1:1000,

-16-

respectively. Still further, the compositions may contain the microbead A), the polymer B) and the polysaccharide C), the ratio of A) to B) plus C) ranging from about 400:1 to about 1:1000, respectively.

Paper made by the process described above also constitutes part of the present invention.

The following examples are set forth for purposes of illustration only and are not be construed as limitations on the present invention except as set forth in the appended claims. All parts and percentages are by weight unless otherwise specified.

In the examples which follow, the ionic organic polymer microbead and/or the high molecular weight, ionic polymer and/or ionic starch are added sequentially directly to the stock or just before the stock reaches the headbox.

Unless otherwise specified, a 70/30 hardwood/softwood bleached kraft pulp containing 25% $CaCO_3$ is used as furnish at a pH of 8.0. Retention is measured in a Britt Dynamic Drainage Jar. First Pass Retention (FPR) is calculated as follows:

$$FPR = \frac{\text{Headbox Consistency - Tray Water Consistency}}{\text{Head Box Consistency}}$$

First Pass Retention is a measure of the percent of solids that are retained in the paper. Drainage is a measure of the time required for a certain volume of water to drain through the paper and is here measured as a 10x drainage. (K. Britt, TAPPI 63(4) p67 (1980). Hand sheets are prepared on a Noble and Wood sheet machine.

In all the examples, the ionic polymer and the microbead are added separately to the thin stock and subjected to shear. Except when noted, the charged microbead (or silica or bentonite) is added last. Unless noted, the first of the additives is added to the test furnish in a "Vaned Britt Jar" and subjected to 800 rpm stirring for 30 seconds. Any other additive is then

-17-

added and also subjected to 800 rpm stirring for 30 seconds. The respective measurements are then carried out.

Doses are given on pounds/ton for furnish solids such as pulp, fillers etc. Polymers are given on a real basis, silica as $SiO_2$ and starch, clay and bentonite are given on an as is basis.

I.   Cationic polymers used in the examples are:

Cationic Starch:   Potato   starch   treated   with 3-chloro-2-hydroxypropyltrimethylammonium   chloride   to give a 0.04 degree of substitution.

10 AETMAC/90 AMD:   A linear cationic copolymer of 10 mole % of acryloxyethyltrimethylammonium chloride and 90 mole % of acrylamide of 5,000,000 to 10,000,000 mol. wt. with a charge density of 1.2 meg./g.

5 AETMAC/95 AMD:   A linear copolymer of 5 mole % of acryloxyethltrimethylammonium chloride and 90 mole % of acrylamide of 5,000,000 to 10,000,000 mol. wt.

55 AETMAC/45 AMD:   A linear copolymer of 55 mole % of acryloxyethyltrimethylammonium chloride and 45 mole % of acrylamide of 5,000,000 to 10,000,000 mol. wt. and a charge density of 3.97 meg./g.

40 AETMAC/60 AMD:   A linear copolymer of 40 mole % of acryloxyethyltrimethylammonium chloride and 60 mole % of acrylamide of 5,000,000 to 10,000,000 mol. mt.

50 EPI/47 DMA 3 EDA:   A copolymer of 50 mole % of epichlorohydrin, 47 mole % of dimethylamine and 3.0 mole % of ethylene diamine of 250,000 mol. wt.

II.   Anionic Polymers used in the examples are:

-18-

30 AA/70 AMD: A linear copolymer of 30 mole % ammonium acrylate and 70 mole % of acrylamide of 15,000,000 to 20,000,000 mol. wt.

7AA/93 AMD: A linear copolymer of 7 mole % ammonium acrylate and 93 mole % of acrylamide of 15,000,000 to 20,000,000 mol. wt.

10 APS/90 AMD: A linear copolymer of 10 mole % of sodium 2-acrylamido-2-methylpropanesulfonate and 90 mole % of acrylamide of 15,000,000 to 20,000,000 mol. wt.

III. Anionic particles used in the examples are:

SILICA: Colloidal silica with an average size of 5 nm, stabilized with alkali and commercially available.

BENTONITE: Commercially available anionic swelling bentonite from clays such as sepiolite, attapulgite or montmorillonite as described in U.S. Pat. No. 4,305,781.

IV. Latices used in the examples are:

| Latex | Particle Size in nm | Anionic Charge Density $Å^2$/Charge Group |
|---|---|---|
| Polystyrene | 98 | $1.4 \times 10^3$ |
| Polystyrene | 30 | $1.1 \times 10^3$ |
| Polystyrene | 22 | $0.36 \times 10^3$ |

V. Microbeads used in the examples are:

30 AA/70 AMD/50 ppm MBA: An inverse emulsion copolymer of 30 mole % of sodium acrylate and 70 mole % of acrylamide crosslinked with 50 ppm of

-19-

methylenebisacrylamide with a particle diameter of 1,000-2,000*nm; SV-1.64 mPa.s.

40 AA/60 MBA: A microbead dispersion of a copolymer of 40 mole % of ammonium acrylate and 60 mole % of N,N'-methylenebisacrylamide (MBA) with a particle diameter of 220*nm.

30 AA/70 AMD/349 ppm MBA: A microemulsion copolymer of 30 mole % of sodium acrylate and 70 mole % of acrylamide crosslinked with 349 ppm of N,N'-methylenebisacrylanide (MBA) of 130*nm particle diameter, SV-1.17 to 1.19 mPa.s

30 AA/70 AMD/749 ppm MBA: A microemulsion copolymer of 30 mole % of sodium acrylate and 70 mole % of acrylamide crosslinked with 749 ppm of N,N'-methylenebisacrylamide (MBA), Sv-1.06 mPa.s.

60 AA/40 AMD/1,381 ppm MBA: A microemulsion copolymer of 60 mole % of sodium acrylate and 40 mole % of acrylamide crosslinked with 1,381 ppm of N,N'-methylene-bis acrylamide (MBA) of 120*nm particle diameter; SV-1.10 mPa.s.

30 APS/70 AMD/995 ppm MBA: A microemulsion copolymer of 30 mole % of sodium 2-acrylamido-2-methylpropane sulfonate and 70 mole % of acrylamide cross-linked with 995 ppm of methylenebisacrylamide (MBA); SV-1.37 mPa.s.

30 AA/70 AMD/1000 ppm MBA/ 2% SURFACTANT (TOTAL EMULSION): A microemulsion copolymer of 30 mole % of sodium acrylate and 70 mole % of acrylamide crosslinked with 1,000 ppm of N,N'-methylenebisacrylamide with 2% diethanolamide oleate and 464*nm particle diameter.

-20-

30 AA/70 AMD/1,000 ppm MBA/ 4% SURFACTANT (TOTAL EMULSION):
A microemulsion copolymer of 30 mole % of sodium
acrylate and 70 mole % of acrylamide crosslinked with
1,000 ppm of N,N'-methylenebisacrylamide with 4%
diethanolamide oleate and of 149*nm particle diameter,
5      SV-1.02 mPa.s

30 AA/70 AMD/ 1,000 ppm MBA/ 8% SURFACTANT(TOTAL EMULSION):
A Microemulsion copolymer of 30 mole % of sodium acrylate
and 70 mole % of acrylamide crosslinked with 1000 ppm of
10     N,N'-methylenebisacrylamide with 8% diethanolamide oleate
and of 106*nm particle diameter, SV-1.06 mPa.s.

*    The unswollen number average particle diameter in
nanometers is determined by the quasi-elastic light
15     scattering spectroscopy (QELS).

Procedure for the Preparation of Anionic Microemulsions
30 AA/70 AMD/349 ppm MBA - 130 nm
An aqueous phase is prepared by sequentially
20     mixing 147 parts of acrylic acid, 200 parts deionized
water, 144 parts of 56.5% sodium hydroxide, 343.2 parts
of acrylamide crystal, 0.3 part of 10% pentasodium
diethylenetriaminepentaacetate, an additional 39.0 parts
of deionized water, and 1.5 parts of 0.52% copper
25     sulfate pentahydrate. To 110 parts of the resultant
aqueous phase solution, 6.5 parts of deionized water,
0.25 part of 1% t-butyl hydroperoxide and 3.50 parts of
0.61% methylene bisacrylamide are added. 120 Parts of
the aqueous phase are then mixed with an oil phase
30     containing 77.8 parts of low odor paraffin oil, 3.6
parts of sorbitan sesquioleate and 21.4 parts of
polyoxyethylene sorbitol hexaoleate.
This resultant clear, microemulsion is
deaerated with nitrogen for 20 minutes. Polymerization
35     is initiated with gaseous $SO_2$, allowed to exotherm to
$40^{\circ}C$ and controlled at $40^{\circ}C$ (+ $5^{\circ}C$) with ice water. The

-21-

ice water is removed when cooling is no longer required. The nitrogen is continued for one hour. The total polymerization time is 2.5 hours.

For purposes of use in the instant process, the polymer may be recovered from the emulsion by stripping or by adding the emulsion to a solvent which precipitates the polymer, e.g. isopropanol, filtering off the resultant solids, and redispersing in water for use in the papermaking process. The precipitated polymer microbeads may be dried before redispersion in water.

Alternatively, the microemulsion per se may also be directly dispersed in water. Depending on the surfactant and levels used in the microemulsion, dispersion in water may require using a high hydrophilic lipopilic balance (HLB) inverting surfactant such as ethoxylated alcohols; polyoxyethlated sorbitol hexaoleate; diethanolamine oleate; ethoxylated laurel sulfate et. as in known in the art.

The concentration of the microbeads in the above-described redispersion procedures is similar to that used with other thin stock additives, the initial dispersion being at least 0.1%, by weight. The dispersion may be rediluted 5-10 fold just before addition to the papermaking process.

## Preparation of Cationic Organic
### Microbead 40 AETMAC/60 AMD/100 ppm
#### MBA - 100 nm By microemulsion Polymerization

An aqueous phase containing 21.3 parts, by weight of acrylamide, 51.7 parts of a 75% acryloxy-ethyltrimethyl ammonium chloride solution, 0.07 part of 10% diethylenetriamine pentaacetate (penta sodium salt), 0.7 part of 1% t-butyl hydroperoxide and 0.06 part of methylenebisacrylamide dissolved in 65.7 parts of deionized water is prepared. The pH is adjusted to 3.5 (±0.1). An oil phase composed of 8.4 parts of sorbitan sesquioleate, 51.6 parts of polyoxyethylene sorbitol

-22-

hexaoleate dissolved in 170 parts of a low odor paraffin oil is prepared. The aqueous and oil phase are mixed together in an air tight polymerization reactor fitted with a nitrogen sparge tube, thermometer and activator addition tube. The resultant clear microemulsion is sparged with nitrogen for 30 minutes and the temperature is adjusted to 27.5°C. Gaseous sulfur dioxide activator is then added by bubbling nitrogen through a solution of sodium metabisulfite. The polymerization is allowed to exotherm to its maximum temperature (about 52°C) and then cooled to 25°C.

The particle diameter of the resultant polymer microbead is found to be 100 nm. The unswollen number average particle diameter in nanometers (nm) is determined by quasi-elastic light scattering spectroscopy (QEIS). The SV is 1.72 mPa.s.

### Preparation of Cationic Organic
### Inverse Emulsion 40 AETMAC/60 AMD/100 ppm MBA
### 1,000 nm by Inverse Emulsion Polymerization

An aqueous phase is made by dissolving 87.0 parts of commercial, crystal acrylamide (AMD), 210.7 parts of a 75% acryloxyethyltrimethylammonium chloride (AETMAC) solution, 4.1 parts of ammonium sulfate, 4.9 parts of a 5% ethylene diaminetetraacetic acid (disodium salt) solution, 0.245 part (1000 wppm) of methylenebisacrylamide (MBA) and 2.56 parts of t-butyl hydroperoxide into 189 parts of deionized water. The pH is adjusted to 3.5 (±0.1) with sulfuric acid.

The oil phase is made by dissolving 12.0 gms of sorbitan monooleate into 173 parts of a low odor paraffin oil.

The aqueous phase and oil phase are mixed together and homogenized until the particle size is in the 1.0 micron range.

-23-

The emulsion is then transferred to a one liter, three-necked, creased flask equipped with an agitator, nitrogen sparge tube, sodium metabisulfite activator feed line and a thermometer.

The emulsion is agitated, sparged with nitrogen and the temperature adjusted to 25°C. After the emulsion is sparged 30 minutes, 0.8% sodium metabisulfite (MBS) activator solution is added at a 0.028 ml/minute rate. The polymerization is allowed to exotherm and the temperature is controlled with ice water. When cooling is no longer needed, the 0.8% MBS activator solution/addition rate is increased and a heating mantle is used to maintain the temperature. The total polymerization time takes approximately 4 to 5 hours using 11 mls of MBS activator. The finished emulsion product is then cooled to 25°C.

The particle diameter is found to be 1,000 nm. The unswollen number average particle diameter in nanometers is determined by the quasi-elastic light scattering spectroscopy (QELS). The SV is 1.24 mPa.s.

EXAMPLE 1

Using the paper-making procedure described above, the drainage times are measured on 1) alkaline stock containing 5% $CaCO_3$, alone, 2) the same stock with added linear, high molecular weight cationic copolymer of 10 mole % acryloxyethyltrimethylammonium chloride and 90 mole % of acrylamide (10 AETMAC/90 AMD) and 3) the same stock with added cationic copolymer and anionic microbead made from 30 mole % acrylic acid 70 mole % of acrylamide (30 AA/70 AMD) and cross-linked with 349 ppm of methylenebisacrylamide (MBA) of 130 nm particle diameter and added as a redispersed 0.02% aqueous solution. The results are shown in Table I, below.

-24-

## TABLE I

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 88.4 |
| -2- | -0- | 62.3 |
| -2- | 0.5 | 37.5 |

The addition of cationic polymer reduces drainage time from 88.4 to 62.3 seconds. Surprisingly microbeads reduce the drainage times by another 24.8 seconds to 37.5 seconds, a 39.8% reduction which is a significant improvement in drainage times.

## EXAMPLE 2

The alkaline furnish used in this example contains 5.0 lbs/ton of cationic starch. To this furnish is added to following additives as described in Example 1. Drainage times are then measured and reported in Table II, below.

## TABLE III

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 121.9 |
| 1 - 10 AETMAC/90 AMD | -0- | 89.6 |
| 1 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm - 130 rm | 57.8 |

In the presence of a mixture of high molecular weight cationic polymer and, cationic starch, anionic polymer microbeads greatly improves drainage.

-25-

EXAMPLE 3

        Following the procedure of Example 1, various
other comparative runs are made using a second alkaline
stock containing 10 lbs/ton of cationic starch, and
bentonite, as disclosed in U.S. Patent 4,753,710, in
order to show the benefits of the use of organic
microbeads in accordance with the invention hereof.  The
results are shown in Table III, below.

TABLE III

| Cationic Polymer lbs/Ton | Anionic Micro-Particle (lbs./Ton) | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 132.3 |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 53.1 |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 55.1 |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 100AA-1985 ppm MBA-80 nm | 65.1 |
| 1.0 - 55 AETMAC/45 AMD | 5.0 - Bentonite | 76.4 |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 55.4 |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 60 AA/40 AMD/ 1,381 ppm MBA - 120 nm | 45.7 |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 100AA-1985 ppm MBA | 48.6 |

        When the 10% cationic polymer AETMAC/AMD
(10/90) is used in conjunction with 5.0 lbs. of
bentonite, similar drainage results to those obtained
using only 0.5 lb. of 30% anionic microbead AA/AMD
(30/70) in place of the bentonite, are obtained.  With a
55% cationicity polymer, bentonite gives a slower
drainage rate of 76.4 seconds and the 30% anionic
microbead about the same drainage rate of 55.4 seconds.
With the higher cationicity polymer (55%) and 0.5
lbs/ton of a high anionicity microbead, AA/AMD (60/40) a
far superior drainage time of 45.7 seconds is obtained,
using far less additive.

-26-

## EXAMPLE 4

An alkaline paper stock containing 10 pounds/ton of cationic starch is treated as described in Example 1. The results are shown in Table IV, below.

### TABLE IV

| Cationic Polymer lbs/Ton | Anionic Micro-particle lbs/Ton | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 115.8 |
| 0.5 - 10 AETMAC/90 AMD | -0- | 83.5 |
| 0.5 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 51.1 |
| 0.5 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 rm | 57.3 |
| 0.5 - 55 AETMAC/45 AMD | 0.5 - 60 AA/40 AMD/ 1,381 ppm - 120 rm | 46.1 |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 42 |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 60 AA/40 AMD/ 1,381 ppm BMA - 120 rm | 38.9 |

The combination of 0.5 lb/ton of cationic polymer and 5.0 lbs/ton of bentonite gives a good drainage of 51.5 seconds, somewhat better than the 0.5 lb of 30% anionicity microbeads, i.e. 57.3 seconds. However, bentonite is inferior to the results achieved using 0.5 lb/ton of a higher (60%) anionicity polymer, i.e. of 46.1 seconds. Increasing the amount of cationic polymer to 1.0 lb/ton results in improved bentonite and 60% anionic polymer microbead times of 42 and 38.9 seconds, however, the microbead results are again superior.

## EXAMPLE 5

The procedure of Example 1 is again followed except that first pass retention values are measured. The organic anionic microbead is compared at a 0.5 lbs/ton rate to 2.0 lbs/ton of silica and 5.0 lbs/ton of bentonite in an alkaline paper stock as known in the

-27-

art.  The organic, 30% anionic polymer microbeads give
the best retention values at a lower concentration, as
shown in Table V, below.

TABLE V

| Cationic Polymer lbs/Ton | Anionic Micro-bead lbs/Ton | Fines First Pass Retention in % |
|---|---|---|
| 2.0 – 10 AETMAC/90 AMD | -0- | 50.3 |
| 2.0 – 10 AETMAC/90 AMD | 2.0 – Silica– 5 nm | 55.3 |
| 2.0 – 10 AETMAC/90 AMD | 5.0 – Bentonite | 55.8 |
| 2.0 – 10 AETMAC/90 AMD | 0.5 – 30 AA/70 AMD/ 749 ppm MBA | 59.2 |

EXAMPLE 6

The procedure of Example 1 is again followed
except that alum is added to the stock immediately
before the cationic polymer.  The test furnish is
alkaline stock containing 5.0 lbs/ton of cationic starch
and 25% $CaCO_3$.  The results are set forth below in Table
VI.

TABLE VI

| Cationic Polymer lbs/Ton | Anionic Micro-bead-lbs/ton | Drainage in Seconds |
|---|---|---|
| **5lbs/ton Alum** | | |
| 0.5 – 10 AETMAC/90 AMD | 5 – Bentonite | 46.1 |
| 0.5 – 10 AETMAC/90 AMD | 0.5 – 30 AMD/ 349 ppm MBA –130 nm | 39.9 |
| **10 lbs/ton Alum** | | |
| 1 – 10 AETMAC/90 AMD | 5 – Bentonite | 33.5 |
| 1 – 10 AETMAC/90 AMD | 0.5 – 30 AA/70 AMD/ 349 ppm – 130 nm | 29.6 |

-28-

The alum-treated furnish which is contracted with the polymer microbead has a faster drainage rate than that treated with 10 times as much bentonite. In a comparative test using 0.5 lb of 10 AETMAC/90 AMD and 5.0 lbs bentonite without alum, an equivalent drainage time of 46.1 seconds, is achieved.

## EXAMPLE 7

This example demonstrates the greater efficiency of the anionic organic polymer microbeads of the present invention used with alum as compared to bentonite alone. This efficiency is not only attained using a significantly lower anionic microbead dose but, also enable the use of a lower amount of cationic polymer. The furnish is alkaline and contains 5.0 lbs/ton of cationic starch. The procedure of Example 1 is again used. The results are shown in Table VII, below.

### TABLE VII

| Cationic Polymer lbs/Ton | Alum* lbs/ton | Anionic Microbead lbs/ton | Drainage in Seconds |
|---|---|---|---|
| -0- | -0- | -0- | 103.4 |
| 0.5 - 10 AETMAC/90 AMD | -0- | -0- | 87.5 |
| 0.5 - 10 AETMAC/90 AMD | 5 | -0- | 76.4 |
| 0.5 - 10 AETMAC/90 AMD | 5 | 0.25 - 30 AA/<br>70 AMD/349 ppm MBA<br>-130 nm | 51.1 |
| 0.5 - 10 AETMAC/90 AMD | 5 | 0.50 - 30 AA/70 AMD<br>349 ppm MBA-13 nm | 40.6 |
| 0.5 - 10 AETMAC/90 AMD | -0- | 5 - Bentonite | 51.6 |
| 1.0 - 10 AETMAC/90 AMD | -0- | 5 - Bentonite | 40.2 |

* Alum is added immediately before the cationic polymer.

-29-

Thus, at a 0.5 lb. cationic polymer addition level, the anionic organic microbeads used with alum are approximately 20 fold more efficient than bentonite used alone (0.25 lb. vs. 5.0 lbs.). The cationic polymer level can be reduced in half (0.50 lb. vs. 1.0 lb.) compared to bentonite when the microbead level is raised to 0.50 lb., which is 10 fold lower than the bentonite dose.

EXAMPLE 8

The procedure of Example 7 is again followed except that polyaluminum chloride is used in place of alum. As can be seen, in Table VIII, equivalent results are achieved.

TABLE VIII

| Cationic Polymer lbs/Ton | Aluminum Salt lbs/Ton | Anionic Micro bead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.5 – 10 AETMAC/90 AMD | -0- | Bentonite | 57.5 |
| 0.5 – 10 AETMAC/90 AMD | 5-Alum | 0.5 – 30 AA/ 70 AMD/349 ppm | 41.5 |
| 0.5 – 10 AETMAC/90 AMD | 8.5 Poly- aluminum Chloride (5.0 lbs alum (equivalent) | -130 nm 0.5 – 30 AA/ 70 AMD/349 ppm -130 nm | 42.0 |

EXAMPLE 9

To a batch of alkaline paper stock is added cationic starch. The drainage time is measured after addition of the following additives set forth in Table IX, below. The procedure of Example 1 is again used.

TABLE IX

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage (Sec.) 5.0 lbs/Ton Starch | Drainage (Sec.) 10 lbs/Ton Starch |
|---|---|---|---|
| 0.5 – 10 AETMAC/90 AMD 0.5 – 10 AETMAC/90 AMD plus 5 lbs Alum | 5 - Bentonita 0.5 – 30 AA/ 70 AMD/349 ppm MBA - 130 nm | 46.9 34.0 | 50.9 32.7 |

C = Comparative Test

-30-

The alum/polymer microbead combination gives better drainage rates than the polymer/bentonite combination without alum.

## EXAMPLE 10

First pass retention is measured on an alkaline furnish containing 5.0 lbs/ton of starch to which the additives of Table X, below, are added.

### TABLE X

| Microbead lbs/Ton | Fines First Pass Retention 10 AETMAC/90 AMD (lbs/Ton) | | |
|---|---|---|---|
| | 0.5 | 1.0 | 2.0 |
| 5.0 - Bentonite | 39.9% | 41.6% | 46.8% |
| *5.0 - 30 AA/70 AMD/349 ppm MBA -130 nm | 39.9% | 44.4% | 48.5% |

The microbead and bentonite give similar retentions with 0.5 lb/ton of cationic polymer but with higher concentrations of polymer better retention is obtained with the microbeads.

*With the anionic polymer microbead 5.0 lbs./ton of alum is added with the cationic polymer.

## EXAMPLE 11

Another alkaline paper furnish containing 5 lbs/ton of cationic starch and 2.5 lbs/ton of alum to which the additives of Table XI are added as in Example 10, is treated.

### TABLE XI

| Anionic Microbead lbs/Ton | Fines First Pass Retention 10 AETMAC/90 AMD (lbs/Ton) | |
|---|---|---|
| | 0.5 | 1.0 |
| 5 - Bentonite | 34.6% | 42.3% |
| 7 - Bentonite | - | 43.1% |
| 0.25 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 35.7% | 43.4% |
| 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 38.7% | 44.6% |

-31-

A significant reduction in the dosages of polymeric microbead results in equivalent or superior retention properties.

### EXAMPLE 12

Lower molecular weight, cationic, non-acrylamide based polymers are used in papermaking and in this example the effect of anionic microbeads on the performance of a polyamine of said class is set forth. To an alkaline furnish containing 5 lbs/ton of cationic, starch is added 1.0 lb/ton of a cationic polymeric polymer of 50 mole % epichlorohydrin, 47 mole % dimethylamine and 3.0 mole % ethylenediamine of 250,000 mol. wt. The polyamine is used alone and in combination with 0.5 lbs/ton of microbead copolymer of 60% acrylic acid and 40% acrylamide cross linked with 1,381 ppm of methylenebisacrylamide and having 120 nm diameter particle size. From the data of Table XII it is seen that addition of the highly effective organic microbead cuts drainage time in half from 128.1 to 64.2 seconds.

### TABLE XII

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|
| -0- | -0- | 138.8 |
| -1- | -0- | 128.1 |
| -1- | 0.5 | 64.2 |

-32-

## EXAMPLE 13

In order to evaluate the use of microbeads on
mill stock, a test is run on stock from a commercial
paper mill. The paper stock consists of 40%
hardwood/30% soft wood/30% broke containing 12% calcium
carbonate, 4% clay, and 2.5 lbs/ton of alkyl succinic
anhydride (ASA) synthetic size emulsified with 10
lbs/ton cationic potato starch. An additional 6 lbs/ton
of cationic potato starch and 6 lbs/ton of alum are also
added to this stock. The additives listed in Table
XIII, below, are added and drainage times are measured,
as in Example 1.

TABLE XIII

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|
| -0- | -0- | 153.7 |
| 0.5 – 10 AETMAC/90 AMD | -0- | 112.8 |
| 0.5 – 10 AETMAC/90 AMD | 5.0 – Bentonite | 80.3 |
| 0.5 – 10 AETMAC/90 AMD | 0.25 – 30 AA/ 70 AMD –349 ppm MBA – 130 nm | 69.6 |
| 0.5 – 10 AETMAC/90 AMD | 0.5 – 30 AA/ 70 AMD – 349 ppm MBA – 130 nm | 57.5 |
| 1.0 – 10 AETMAC/90 AMD | 5.0 – Bentonite | 71.9 |
| 1.0 – 10 AETMAC/90 AMD | 0.5 – 30 AA/ 70 AMD – 349 ppm MBA – 130 nm | 49.1 |

The paper stock from the above run has a 153.7
second drainage time. Significant reduction of drainage
time to 80.3 seconds is achieved with 0.5 lb/ton of high
molecular weight, cationic polymer and 5 lbs/ton of
bentonite. Replacement of the bentonite with a mere
0.25 lb/ton of organic anionic microbeads reduces

-33-

drainage time another 10.7 seconds to 69.9 seconds.
Thus, the microbeads at 1/20 the concentration give a
superior drainage time to bentonite.  The use of 0.5
lb/ton of the microbeads reduces the the drainage time
to 57.5 seconds.  This is 22.8 seconds faster than ten
times the weight of bentonite.

When testing is carried out using 1.0 lb/ton
of cationic polymer and 5.0 lbs/ton of bentonite,
drainage time is 71.9 seconds.  However, when the test
is performed with 0.5 lb of microbeads, the drainage
time is 49.1 seconds which is 22.8 seconds faster than
bentonite with one tenth the amount of microbead.

### EXAMPLE 14

The effect of using a cationic polymer of a
lower charge density is investigated on the paper stock
that was used in proceeding Example 13 and shown in
Table XIV.  The cationic polymer used, 5 AETMAC/95 AMD,
has one half the charge density as that of 10 AETMAC/90
AMD that was used in Example 13.  All else remains the
same.

### TABLE XIV

| Cationic Polymer lbs/Ton | Additional Alum* lbs/Ton | Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.5 – 5 AETMAC/95 AMD | -0- | -0- | 94.7 |
| 0.5 – 5 AETMAC/95 AMD | -0- | 5 – Bentonite | 51.4 |
| 0.5 – 5 AETMAC/95 AMD | 2.5 | 5 – Bentonite | 56.7 |
| 0.5 – 5 AETMAC/95 AMD | -0- | 0.5 – 30 AA/70 AMD/ 349 ppm MBA-130 nm | 48.7 |
| 0.5 – 5 AETMAC/95 AMD | 2.5 | 0.5 – 30 AA/ 70 AMD/349 ppm MBA –130 nm | 39.5 |

* Alum is added immediately before the cationic polymer.

-34-

The superiority of 1/10th the amount of polymeric microbead to bentonite is evident with a lower charge cationic polymer also. Furthermore, the drainage time of cationic polymer and bentonite did not improve but decreased by 5.3 sec. on further addition of 2.5 lbs/ton of alum.

## EXAMPLE 15

The effect of changing the amount of starch on drainage time is measured by not incorporating the 6.0 lbs/ton of additional starch added to the furnish in Example 13 using the same stock . The results are shown in Table XV.

### TABLE XV

| Cationic Polymer lbs/Ton | Additional Alum* lbs/Ton | Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.5 - 5 AETMAC/95 AMD | -0- | 5 Bentonite | 45.9 |
| 0.5 - 5 AETMAC/95 AMD | -0- | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 39.5 |
| 0.5 - 5 AETMAC/95 AMD | -2.5 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 29.5 |

* Alum is added immediately before the cationic polymer.

## EXAMPLE 16

To evaluate the effect of the charge density of the cationic polymer on retention, to the furnish of Example 13, are added the additives shown in Table XVI. First pass retention values are measured, as in Example 5.

### TABLE XVI

| Alum* lbs/Ton | Microbead lbs/Ton | 10 AETMAC/90 AMD 0.5 lbs/Ton % Retention | 5 AETMAC/95 AMD 0.5 lbs/Ton % Retention |
|---|---|---|---|
| -0- | -0- | 36% | 30.9% |
| -0- | 5 - Bentonite | 32.4% | 39.6% |
| 2.5 | 0.5 - 30 AA/70 AMD/ | 45.1% | 49.1% |

-35-

Table XVII (Cont'd)

349 ppm MBA -130 nm

|  |  | at 1.0 lbs/Ton<br>% Retention | at 1.0 lbs/Ton<br>% Retention |
|---|---|---|---|
| -0- | 5 - Bentonite | 45.1 | 42.5 |
| 2.5 | 0.5 - 30 AA/70 AMD/<br>349 ppm MBA - 130 nm | 51.3 | 57.1 |

\* Alum is added immediately before the cationic polymer.

Polymer microbeads are shown to be effective when used with high molecular weight, cationic polymers of lower charge density.

## EXAMPLE 17

A stock is taken from a second commercial mill. It is a goal of this example to demonstrate that microbeads/alum give equivalent drainage times to those of current commercial systems. The mill stock consists of 45% deinked secondary fiber/25% softwood/30% broke containing 15% calcium carbonate and 3.0 lbs/ton of alkyl ketene dimer synthetic size emulsified with 10 lbs/ton of cationic starch. A second portion of 10 lbs of cationic starch is added to the thick stock and the ingredients listed in Table XVII, below are added to the furnish, as described in Example 1.

### TABLE XVII

| Cationic Polymer<br>lbs/Ton | Alum\*<br>lbs/Ton | Anionic<br>Microbead<br>lbs/Ton | Drainage In<br>Seconds |
|---|---|---|---|
| 0.6<br>10 AETAC/90AMD | -0- | 5 - Bentonite | 158.2 sec. |
| 0.6 10 AETMAC/90<br>AMD | -5.0 | 0.5 - 30 AA/70<br>AMD/ 349 ppm MBA<br>-130 nm | 141.6 sec. |

\* Alum is added immediately before the cationic polymer.

-36-

The microbeads/alum gives a faster drainage rate than the commercial bentonite system used in the mills routine production of paper. Other experimental runs result in lesser conclusive effectiveness with this pulp.

## EXAMPLE 18

Microbead retention efficiency is evaluated on papers made using a pilot Fourdrinier papermaking machine. The paper stock consists of pulp made from 70% hardwood and 30% softwood containing 25% calcium carbonate and 5 lbs/ton of cationic starch. The additives in the Table XVIII, below, are placed into the furnish in successive runs and first pass retention percentages are measured. A 46 lb base weight paper is made.

The cationic, high molecular weight polymer is added just before the fan pump, the anionic microbead is added just before the pressure screen and alum, when added, is added just before the cationic polymer. Results are set forth in Table XVIII, below.

### TABLE XVIII

| Cationic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Ash-First Retention % |
|---|---|---|---|
| -0- | -0- | -0- | 34.4% |
| 0.6 - 10 AETMAC/90 AMD | -0- | 7.0 - Bentonite | 61.3% |
| 0.6 - 10 AETMAC/90 AMD | 2.5 | 0.25 - 30 AA/ 70 AMD/349 ppm MBA - 150 nm SV-1.32 | 62.7% |
| 0.6 - 10 AETMAC/90 AMD | 2.5 | 0.50 - 30 AA/ 70 AMD/349 ppm MBA - 150 nm SV-1.32 | 67.0% |

-37-

In this example, the combination of 0.5 lb/ton of microbeads and 2.5 lbs/ton of alum results in a 5.7% superior retention over 7.0 lbs/ton of bentonite alone. The 7.0 lbs/ton of bentonite is about equal to the combination of 0.25 lbs of beads and 2.5 lbs/ton of alum in retention properties, a significant dosage reduction.

### EXAMPLE 19

The same pilot paper machine and paper stock that was used in Example 18 is again used except that a 55 lb "basis weight" paper is made. Additives in Table XIX, below, are mixed into the furnish as in the preceding example on successive runs and retention values are measured.

TABLE XIX

| Cationic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Ash-First Pass Retention % |
|---|---|---|---|
| -0- | -0- | -0- | 39.3% |
| 0.6 - 10 AETMAC/90 AMD | -0- | -0- | 39.4% |
| 0.6 - 10 AETMAC/90 AMD | -0- | 7.0 Bentonite | 74.6% |
| 0.6 - 10 AETMAC/90 AMD | 2.5 | 0.5 - 30 AA/ 70 AMD/349 ppm MBA - 150 nm SV-1.32 | 74.5% |
| 0.6 - 10 AETMAC/90 AMD | 5.0 | 0.5 - 30 AA/ 70 AMD/349 ppm MBA - 150 nm SV-1.32 | 74.7% |

In comparing the heavier (55 lb) basis weight paper of Example 19 to that of Example 18 (46 lb), under all conditions, the heavier paper has better retention. With the heavier paper there is no significant difference in retention between the paper prepared with

-38-

bentonite alone and that prepared with microbeads and
either 2.5 lbs or 5 lbs of alum, except the significant
dosage reduction i.e. 7lbs. vs. 0.5 lb.

### EXAMPLE 20

The effect of microbead on paper formation is
evaluated by treatment of an alkaline furnish containing
5.0 lbs/ton of starch with the additives listed in Table
XX, below, as described in Example 18.

### TABLE XX

| Cationic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Paprican* Microscanner SP/RMS Ratio |
|---|---|---|---|
| 1 - 10 AETMAC/90 AMD | -0- | 5 - Bentonite | 66 |
| 1 - 10 AETMAC/90 AMD | -0- | 1 - 30AA/70 AMD/ 349ppm MBA- 130nm | 69 |

*Paper formation is measured on hand sheets in
the Paprican micro-scanner as described by R. H.
Trepanier, Tappi Journal, December pg. 153, 1989. The
results indicate that the microbead treated paper has
better formation at a lower dosage than the bentonite
treated paper as the larger number signifies better
formation.

### EXAMPLE 21

Using the paper stock of Example 20, except
that the cationic starch concentration is increased to
10 lbs/ton, formation is measured on paper made with the
additives set forth in Table XXI.

-39-

## TABLE XXI

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Paprican Microscanner SP/ RMS Ratio | Drainage Sec. |
|---|---|---|---|
| 1 - 10 AETMAC/90 AMD | 5 - Bentonite | 73 | 42 |
| 1 - 55 AETMAC/45 AMD | 0.5 - 60 AA/40 AMD/ 1,381 ppm MBA | 81 | 38.9 |
| 1 - 55 AETMAC/45 AMD | 1.0 - 60 AA/40 AMD/ 1,381 ppm MBA | 77 | 33.5 |

-40-

Microbeads give superior hand sheet paper formation and better drainage times compared to bentonite, and at a lower dosage.

EXAMPLE 22

To an alkaline furnish containing 5-lbs of cationic starch, the ingredients set forth in Table XXII are added to the furnish of Example 21 and formation is observed visually on the paper hand sheets, produced thereby.

-41-

## TABLE XXII

| Cationic Polymer lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Visual Formation | Drainage Sec. |
|---|---|---|---|---|
| 0.5 - 10 AETMAC/90 AMD | -0- | -0- | A | 87.8 |
| 0.5 - 10 AETMAC/90 AMD | -0- | 5 - Bentonite | A | 57.5 |
| 0.5 - 10 AETMAC/90 AMD | 2.5 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA -130 nm | A | 47.8 |
| 1.0 - 10 AETMAC/90 AMD | -0- | 5.0 - Bentonite | B | 49.2 |
| 1.0 - 10 AETMAC/90 AMD | 2.5 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | B | 39.8 |

* Alum is added immediately before the cationic polymer.

-42-

Hand sheets from the first three samples have equivalent formation (A) by visual observation. The last two samples (B) themselves have equivalent formation by visual observation but their formation is not as good as the first three sheets. The experiment shows the superior drainage times are achieved with a microbead alum combination with equivalent visual paper formation as compared to bentonite, above, at higher dosage.

### EXAMPLE 23

In order to evaluate a different type of anionic microparticle, three different particle sizes of hydrophobic polystyrene microbeads, stabilized by sulfate charges, are added to an alkaline paper stock containing 25% $CaCO_3$ and 5 lbs/ton of cationic starch in the furnish. Table XXIII sets forth the additives used and drainage times measured.

### TABLE XXIII

| Cationic Polymer lbs/Ton | Anionic Polystyrene Microbeads lbs/Ton | Drainage Sec. |
|---|---|---|
| -0- | -0- | 103.9 Sec. |
| 1.0 - 10 AEIMAC/90 AMD | -0- | 91.6 Sec. |
| 1.0 - 10 AEIMAC/90 AMD | 5.0 - Polystyrene beads-98 nm | 79.8 Sec. |
| 1.0 - 10 AEIMAC/90 AMD | 5.0 - Polystyrene beads - 30 nm | 49.9 Sec. |
| 1.0 - 10 AEIMAC/90 AMD | 5.0 - Polystyrene beads - 22 nm | 42.2 Sec. |

It is noted that all three anionic polystryene microbeads improved drainage time over the cationic polymer alone with the smallest bead being the most effective.

The results indicate that noncross-linked, polymeric, water-insoluble microbeads are effective in increasing drainage rates.

-43-

EXAMPLE 24

A 30 nm polystyrene bead is compared to bentonite in performance using the alkaline paper stock containing 5.0 lbs/ton of cationic starch, above described in Example 22. Results are set forth in Table XXIV.

TABLE XXIV

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage Sec. |
|---|---|---|
| 1.0 - 10 AETMAC/90 AMD | -0- | 70.9 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 28.5 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Polystyrene Beads - 30nm | 30.5 Sec. |

The results indicate that the 30nm polystyrene is substantially equivalent to bentonite.

EXAMPLE 25

Microbead size of anionic polymer is studied by measuring drainage rates on the alkaline paper stock of Example 23 to which the additives of Table XXV are added. Results are specified therein.

TABLE XXV

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage Sec. |
|---|---|---|
| 1.0 - 10 AETMAC/90 AMD | -0- | 106.8 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm BMA - 130 nm | 72.2 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 2.0 - 40 AA/60 MBA -220 nm | 71.7 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 50 ppm MBA - 1,000-2,000 nm | 98.9 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 2.0 - 30 AA/70 AMD/ 50 ppm MBA- 1,000-2,000 nm | 103.6 Sec. |