−44−

Both the 130 nm and 220 nm in diameter microbeads reduce drainage times over that of stock without microbeads by 33%. However, when the diameter of the anionic microbead is increased to 1,000 to 2,000 nm, drainage is not significantly effected.

### EXAMPLE 26

Using the same paper stock as in Example 22 the ingredients shown in Table XXVI are added in successive order, as in the previous examples. The results are specified.

### TABLE XXVI

| Cationic Polymer lbs/Ton | Anionic Microbeads lbs/Ton | Drainage Sec. |
|---|---|---|
| -0- | -0- | 135.6 Sec. |
| 1.0 - 55 AETMAC/45 AMD | -0- | 99.6 Sec. |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 30 AA/70 AMD 1000 ppm MBA- 2% surfactant ~464 nm | 86.7 Sec. |
| 1.0 - 55 AETMAC/45 AMD | 0.5 lbs 30 AA/70 AMD/ 1,000 ppm MBA- 4% surfactant ~149 nm | 59.3 Sec. |
| 1.0 - 55 AETMAC/45 AMD | 0.5 lbs 30 AA/70 AMD/ 1,000 ppm MBA- 8% surfactant 106 nm | 54.5 Sec. |

Increased drainage rate is achieved as the microbead becomes smaller. Compared to the drainage time of 99.6 seconds without microbeads, the 464nm microbead results in a 12.9% reduction and the 149nm microbead a 40% reduction, showing the effect of small diameter organic microparticles.

-45-

## EXAMPLE 27

To the same stock that was used in Example 23, the ingredients set forth in Table XXVII are added, as in said example.

TABLE XXVII

| Cationic Polymer lbs/Ton | Anionic Microbeads lbs/Ton | Drainage Sec. |
|---|---|---|
| 1.0 – 10 AETMAC/90 AMD | 0.5 – 30 AA/70 AMD/ 349 ppm MBA – 130 nm | 66.3 |
| 1.0 – 10 AETMAC/90 AMD | 0.5 – 30 APS/70 AMD/ 995 ppm MBA SV-1.37 mPa.s | 67.0 |

The microbeads of the 30 AA/70 AMD/349 ppm MBA copolymer and those of the 30 APS/70 AMD/995 ppm MBA copolymer when used with cationic polymers, produces paper with almost identical drainage times, even though one has a carboxylate and the other has a sulfonate functional group. That the anionic beads have different chemical compositions and a differing degree of cross-linking yet yield similar properties is attributed to this similar charge densities and similar particle size. The acrylic acid microbead has a diameter of 130 nm and the 2-acrylamido-2-methyl-propane sulfonic acid microbead is of a similar size due to the similar way it was made.

## EXAMPLE 28

The effect of different shear conditions on the relative performance of the anionic microbead compared to bentonite is shown in Tables XXVII A & B. Drainage testing is carried out as described in Example 1, on an alkaline furnish containing 5.0 lbs. of cationic starch subjected to four different shear conditions.

-46-

TABLE XXVIII-A

| Condition | Stirring R.P.M. and Time* | |
|---|---|---|
| | Cationic Polymer | Microbead |
| A | 800 rpm-30 sec. | 800 rpm-30 sec. |
| B | 1,500 rpm-30 sec. | 800 rpm-30 sec. |
| C | 1,500 rpm-60 sec. | 800 rpm-30 sec. |
| D | 1,500 rpm-60 sec. | 1,500 rpm-5 sec. |

High molecular weight cationic polymer is added to the furnish in a vaned Britt jar under agitation and agitation is continuous for the period specified before the microbead is added as in Example 1, agitation is continued, and the drainage measurement taken.

TABLE XXVIII-B

| Cationic Polymer | Anionic Microbead | Drainage in Seconds Shear Conditions | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| 0.6 lbs. 10 AETMAC/90 AMD | 5.0 lbs. Bentonite | 52.6 | 56.1 | 57.8 | 49.6 |
| 0.6 lbs.* 10 AETMAC/90 AMD | 0.5 lbs. 30AA/ 70 AMD-349 ppm MBA-130 nm. | 45.9 | 48.3 | 52.3 | 44.5 |

* 5.0 lbs. of alum is added immediately before the cationic polymer.

The relative performance of each additive system remains the same under different test shear conditions.

EXAMPLE 29

The utility of polymeric anionic microbeads in acid paper stock is established as follows. To an acid paper stock made from 2/3 chemical pulp 1/3 ground wood fiber, and containing 15% clay and 10 lbs/ton of alum at

-47-

a pH of 4.5 are added and the listed ingredients of Table XXIX below.

### TABLE XXIX

| Anionic Microbead lbs/Ton | Drainage using Cationic Polymer 10 AETMAC/90 AMD 0.5 lbs/Ton | Drainage using Cationic Polymer 10 AEIMAC/90 AMD 1.0 lbs/Ton |
|---|---|---|
| -0- | 64.2 Sec. | 52.2 Sec. |
| 5.0 - Bentonite | 57.0 Sec. | 47.0 Sec. |
| 0.5 - 30 AA 70 AMD/ 349 ppm MBA - 130 nm | 53.3 | 42.1 Sec. |
| 1.0 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | ---- | 38.7 Sec. |

Thus, in acid paper processes, 0.5 lb of polymeric anionic microbeads is superior to 5.0 lbs of bentonite in increasing drainage. At a level of 1.0 lbs/ton of cationic polymer, 5.0 lb/ton of bentonite lowers drainage time 10% while 0.5 lb/ton of microbeads lowers it 19.3% and 1.0 lb/ton of microbeads lowers it 25.9%.

### EXAMPLE 30

This example demonstrates the effect of alum on drainage in the acid paper process when acid stock from Example 29 is used without initial alum addition. A set of drainage times is measured for this stock without alum present and a second series is measured with 5.0 lbs/ton of added alum and with the ingredients set forth in Table XXX. The enhancement of drainage time with the added alum is a significant advantage of the present invention.

### TABLE XXX

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage in Seconds Alum in Stock | |
|---|---|---|---|
| | | -0- | 5 lbs/Ton |
| 1.0 - 10 AEIMAC/ 90 AMD | 5.0 - Bentonite | 43.0 | 43.5 |
| 1.0 - 55 AEIMAC/ 45 AMD | 1.0 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 42.1 | 29.1 |

C = Comparative Test

-48-

## EXAMPLE 31

In recent years cationic potato starch and silica have been found to give improved drainage times when used in alkaline papermaking processes. The effectiveness of polymeric microbeads compared to the silica system is shown in Table XXXI using the ingredients set forth therein on to the alkaline paper stock of, and in accordance with, Example 1.

### TABLE XXXI

| Cationic Potato Starch lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Drainage Seconds |
|---|---|---|---|
| -0- | -0- | -0- | 119.1 |
| 15 - Starch | -0- | -0- | 112.7 |
| 15 - Starch | 5.0 | -0- | 84.3 |
| 15 - Starch | 5.0 | 3.0 - Silica-5 nm | 38.5 |
| 15 - Starch | 5.0 | 1.0 - 30 AA/70 AMD/ 349 ppm MBA-130 nm | 36.7 |
| 30 - Starch | -0- | 3.0 - Silica-5 nm | 46.3 |

* Alum is added immediately before the addition of cationic potato starch.

The addition of 15 lbs/ton of starch, 5 lbs/ton of Alum and 3.0 lbs/ton of silica reduces the drainage time 67.7%, however replacement of the silica with 1.0 lb/ton of organic anionic microbeads reduces the drainage time 69.2% which is slightly better than the silica system with far less added material.

## EXAMPLE 32

The polymeric, anionic microbead and the silica starch systems of Example 31 are compared for first pass retention values using the alkaline paper stock of Example 2. The results are shown in Table XXXII, below.

-49-

TABLE XXXII

| Cationic Potato Starch lbs/Ton | Alum* lbs/Ton | Anionic Microparticle lbs/Ton | First Pass Retention % |
|---|---|---|---|
| -0- | -0- | -0- | 25 % |
| 15 – Starch | -0- | 3.0 – Silica 5 nm | 31.7 % |
| 15 – Starch | 2.5 | 0.5 – 30 AA/70 AMD/ 349 ppm MBA- 130 nm | 37.4% |
| 15 – Starch | 2.5 | 1.0 – 30 AA/70 AMD/ 349 ppm MBA – 130 nm | 46.6% |

* Alum is added immediately before the addition of cationic potato starch.

The retention values of starch and 3.0 lbs/ton of silica are surpassed by replacing the silica with 2.5 lbs/ton alum and either 0.5 lbs/ton of microbead or 1.0 lb/ton of microbeads. The process of the instant invention results in a 15.25% and a 34.1% improvement in retention values, respectively, over silica.

EXAMPLE 33

Retention values using silica and the organic anionic microbead of Table XXXIII are compared in a pilot Fourdrinier papermaking machine. The paper stock consists of pulp made from 70% hardwood and 30% softwood containing 25% calcium carbonate and 5 lbs/ton of cationic starch. The cationic potato starch is added immediately before the fan pump. The anionic microbeads and alum are added as in Example 18.

TABLE XXXIII

| Cationic Potato Starch lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Ash Retention % |
|---|---|---|---|
| -0- | -0- | -0- | 34.4 |
| 20 | -0- | 3.0 – Silica 5 nm | 49.2 |
| 20 | 5.0 | 3.0 – Silica 5 nm | 66.3% |
| 20 | 5.0 | 1.0 – 30 AA/70 AMD 349 ppm MBA – 150 nm SV-1.32 | 68.7% |

-50-

Alum improves the retention values of silica
and the alum/silica system retention of 66.3% is
slightly less than that of the alum/organic anionic
microbead system of 68.7% (3.5% improvement) with 1/3
the concentration of microbead.

5

### EXAMPLE 34

A comparison of drainage times between the anionic,
organic, microbead system and the silica system is made
using the paper stock described in Example 13. It is
10 noted that this stock contains 16 lbs/ton of cationic
potato starch and 6 lbs/ton of alum. The additives of
the Table XXXIV are added in successive runs.

### TABLE XXXIV

15

| Cationic Potato Starch lbs/Ton | Alum* lbs/Ton | Anionic Microparticle lbs/Ton | Drainage Seconds |
|---|---|---|---|
| 15 | -0- | 3.0 - Silica 5 nm | 42.5 |
| 15* | -0- | 3.0 - Silica 5 nm | 55.6 |
| 15 | 2.5 | 1.0 - 30 AA/70 AMD/ 349 ppm MBA -130 nm | 28.7 |

20

** Alum is added immediately before the addition of cationic potato
starch.
(*Reverse addition of silica before starch)

The silica/starch system is inferior in
drainage time to that of the organic microbead system
25 (1.0 lb and 2.5 lbs alum).

### EXAMPLE 35

With the same stock as in Example 34, organic,
anionic, microbead and silica systems, using a anionic
30 polymer added to the furnish, are compared as to
drainage times as in said Example. Alum and cationic
starch are added where indicated and the furnish is
stirred at 800 r.p.m. for 30 seconds. The anionic

35

-51-

acrylamide copolymers and, if added, silica or microbeads are added together to the furnish and stirred for a further 30 seconds at 800 r.p.m. before the drainage rate is measured. See Table XXXV.

TABLE XXXV

| Anionic Polymer Retention Aid lbs/Ton | | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Drainage Seconds |
|---|---|---|---|---|
| -0- | | -0- | -0- | 92.4 |
| 0.3 – 30 AA/70 | AMD | -0- | -0- | 62.1 |
| 0.3 – 30 AA/70 | AMD | 5.0 | -0- | 59.4 |
| 0.3 – 30 AA/70 | AMD | -0- | 0.5 – Silica-5 nm | 50.4 |
| 0.3 – 30 AA/70 | AMD | -0- | 1.0 – Silica-5 nm | 47.5 |
| 0.3 – 30 AA/70 | AMD | 5.0 | 0.5 – 30 AA/70 AMD/ 349 ppm MBA – 130 nm | 42.2 |
| 0.3 – 30 AA/70 AMD and 10 – additional cationic starch | | -0- | 1.0 – Silica-5 nm | 41.3 |
| 0.3 – 30 AA/70 AMD and 10 additional cationic starch | | 5.0 | 0.5 – 30 AA/70 AMD/ 349 ppm MBA-130 nm | 28.4 |

* Alum is added immediately before the addition of cationic potato starch, where both one used.

Silica improves drainage times when compared to the anionic acrylamide polymer alone; however, the anionic organic microbeads, in replacing the silica, give even better drainage times with alum. Additional cationic potato starch in the furnish allows the microbead system to produce even faster drainage times.

EXAMPLE 36

Comparative retention values are determined for an organic anionic microbead versus a silica system using an anionic polymer and the paper stock of Example 13. The additives, as specified in Table XXXVI, are added as in Example 35.

TABLE XXXVI

| Anionic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | First Pass Retention % |
|---|---|---|---|
| 0.3 - 30 AA/70 AMD | -0- | -0- | 34.3 |
| 0.3 - 30 AA/70 AMD | 5.0 | -0- | 37.3 |
| 0.3 - 30 AA/70 AMD | -0- | 1.0 - Silica-5 nm | 34.0 |
| 0.3 - 30 AA/70 AMD | -0- | 0.5 - 30 AA/70 AMD/ 349 ppm MBA-130 nm | 40.3 |
| 0.3 - 30 AA/70 AMD | 5.0 | 0.5 - 30 AA/70 AMD 349 ppm MBA-130 nm | 52.6 |

Retention values with 0.3 lb/ton of anionic polymer, with and without silica, are identical at 34% and addition of 5.0 lbs/ton of alum and no silica actually increases retention to 37.3%.

Anionic polymers, in combination with organic anionic microbeads however, give better retention values without (40.3%) and with alum (52.6%) when compared to the silica system (34%). This retention when combined with the faster drainage rates of the organic anionic microbeads shown in Table XXXV, makes them preferable to either the silica or bentonite systems usually used commercially.

EXAMPLE 37

The effect of cationic organic, microbeads is now examined. To an alkaline furnish containing 25% calcium carbonate, 15 lbs. of cationic starch and 5 lbs. of alum and of a pH of 8.0, the ingredients of Table XXXVII are added. The anionic polymer is added first and the cationic, organic microbead is added second.

-53-

TABLE XXXVII

| | Anionic Polymer (Linear) lbs/Ton | Cationic Microbead or Polymer lbs/Ton | Drainage Seconds |
|---|---|---|---|
| | -0- | -0- | 142.7 |
| 5 | 0.5 – 30 AA/70 AMD | -0- | 118.5 |
| | 0.5 – 30 AA/70 AMD | 0.5 – 40 AEIMAC/60 AMD/ 100 ppm MBA– 100 nm | 93.3 |
| | 0.5 – 30 AA/70 AMD | 0.5 – 40 AEIMAC/60 AMD/ 100 ppm MBA – 1,000 nm | 113.9 |
| 10 | 0.5 – 30 AA/70 AMD | 0.5 – 40 AEIMAC/60 AMD/ linear Polymer (not a microbead) | 98.7 |

15          The addition of 0.5 lb/ton of cross-linked
cationic microbead – 100 nm results a drainage time
reduction of 25.2%.    Addition of 0.5 lb/ton of linear
cationic polymer causes a drainage time reduction but is
not as effective as the cationic microbeads of the
present invention.

20


                        EXAMPLE 38

             To an acid paper stock made from 2/3 chemical
pulp, 1/3 ground wood fiber and 15% clay are added 20
25  lbs/ton of alum.    Half the stock is adjusted to pH 4.5
and remainder is adjusted to pH 5.5.    The ingredients
shown in Table XXXVIII are added in the same order as
Example 37.


30




35

-54-

## TABLE XXXVIII

| Anionic Polymer lbs/Ton | Cationic Polymer lbs/Ton | Cationic Microbead lbs/Ton | Drainage Time In Seconds pH 4.5 | pH 5.5 |
|---|---|---|---|---|
| -0- | -0- | -0- | 103.4 | — |
| 0.5 - 7 AA/93 AMD | -0- | -0- | 88.4 | 59.8 |
| 0.5 - 10 AA/90 AMD | -0- | -0- | 95.0 | 59.7 |
| -0- | 0.5 - 10 AETMAC/90 AMD | -0- | 69.5 | 73.3 |
| -0- | 0.5 - 40 AETMAC/60 AMD | -0- | 72.9 | 69.4 |
| -0- | -0- | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA-100 nm | 74.0 | 74.7 |
| -0- | -0- | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA-1,000 nm | 94.6 | 92.8 |
| 0.5 - 7 AA/93 AMD | 0.5 - 40 AETMAC/60 AMD | -0- | 65.2 | 56.0 |
| 0.5 - 7 AA/93 AMD | -0- | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA-100 nm | 70.5 | 53.4 |
| 0.5 - 7 AA/93 AMD | -0- | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA-1,000 nm | 92.7 | 62.8 |
| 0.5 - 10 AES/90 AMD | 0.5 - 40 AETMAC/60 AMD | -0- | 72.3 | 55.4 |
| 0.5 - 10 AES/90 AMD | -0- | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA-100 nm | 74.9 | 54.5 |
| 0.5 - 10 AES/90 AMD | -0- | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA-1,000 nm | 99.7 | 70.7 |

-55-

<u>Examples 39-45</u>

Following the procedure of Example 2, various microbeads, high molecular weight (HMN) polymers and polysaccharides are added to paper-making stock as described therein. In each instance, similar results are observed.

| Example No. | Microbead | Polysaccharide | HMW Polymer |
|---|---|---|---|
| 39 | AM/MAA (50/50) | Cationic Guar | AM/DADM (70/30) |
| 40 | AM/VSA (65/35) | -- | Mannich PAM |
| 41 | Mannich PAM | CMC | AM/AA (80/20) |
| 42 | AM/DADM (75/25) | -- | PAA |
| 43 | P(DMAEA) | -- | -- |
| 44 | P(AA) | Cationic Guar | AM/ DMAEA |
| 45 | AM/AA (25/75) | Cationic Guar | AM/AA (70/30) |

| | | |
|---|---|---|
| AM | = | Acrylamide |
| MAA | = | Methacrylic acid |
| VSA | = | Vinyl Sulfonic acid |
| DADM | = | Diallydimethylammonium chloride |
| P(AA) | = | Polyacrylic acid |
| P(DMAEA) | = | Poly(dimethylaminoethylacrylate) quaternary |
| CMC | = | Carboxymethyl cellulose |
| Mannich PAM | = | Polyacrylamide reacted with formaldehyde and diemthyl amine |

-56-

31,043-01

WE CLAIM:

1. A method of making paper which comprises adding to an aqueous paper furnish from about 0.05 to about 20 lbs/ton, based on the dry weight of the paper furnish solids, of an ionic, organic, polymeric microbead, the microbead being less than about 750 nanometers in diameter if cross-linked and less than 60 nanometers in diameter if non-cross-linked and water-insoluble, the ionicity of said microbead being at least 1%, but at least 5%, if cross-linked, anionic and used alone.

3. A method according to Claim 1 wherein from about 0.05 to about 20 lbs/ton, same basis, of a high molecular weight, ionic polymer is added to said furnish in conjunction with said microbead.

11. A method according to Claim 1 wherein from about 1.0 to about 50 lbs/ton, same basis, of an ionic polysaccharide is added to said furnish in conjunction with said microbead.

5. A method according to Claim 3 wherein the microbead and the high molecular weight ionic polymer have opposite charges.

9. A method according to Claim 3 wherein said ionic polymer is cationic.

7. A method according to Claim 3 wherein said ionic polymer is anionic.

19. A method according to Claim 1 wherein said microbead is a polymer of acrylamide.

-57-

13
9. A method according to Claim 8 wherein said
polysaccharide is cationic.

15
9. A method according to Claim 8 wherein said
polysaccharide is anionic.

21
10. A method according to Claim 1 wherein the
furnish contains a size, a strength additive a promotor,
a polymeric coagulant, a dye fixative or a mixture
thereof.

23
11. A method according to Claim 1 wherein from
about 0.1 to about 20 pounds of an active, soluble
aluminum species is also added per ton of paper furnish
solids to the furnish.

25                                    23
12. A method according to Claim 11 wherein the
species is alum, polyhydroxyaluminum chloride and/or
sulfate or mixtures thereof.

13. A method according to Claim 1 wherein the
microbead is cross-linked.

17
14. A method according to Claim 11 wherein the
polysaccharide is starch.

15. A composition of matter comprising a mixture of
A) an ionic, organic, polymer microbead being less than
about 750 nanometers in diameter if cross-linked and
less than about 60 nanometers in diameter if
non-cross-linked and water-insoluble, the ionicity of
the microbead being at least about 1% and either B) a
high molecular weight ionic polymer, the ratio of A:B
ranging from about 1:400 to about 400:1, respectively,

-58-

or C) in ionic polysaccharide, the ratio of A:C ranging from about 20:1 to about 1:1000 or B and C together, the ratio if A:B and C together ranging from about 400:1 to about 1:1000.

16.    A composition according to Claim 15 wherein A and B have opposite charges.

17.    A composition according to Claim 15 wherein said ionic polymer is cationic.

18.    A composition according to Claim 15 wherein said ionic polymer is anionic.

19.    A composition according to Claim 15 wherein said microbead is a polymer of acrylamide.

20.    A composition according to Claim 15 wherein said polysaccharide is starch.

21.    A composition according to Claim 20 wherein said starch is cationic.

22.    A composition according to Claim 15 wherein said starch is anionic.

23.    A composition according to Claim 15 containing, in addition, an active, soluble aluminum species.

24.    A composition according to Claim 23 wherein said active species is alum, polyhydroxyaluminum chloride and/or sulfate or mixtures thereof.

25.    A composition according to Claim 15 wherein the microbead is cross-linked.

[REV.4Apr89/MB1-ı]                    Docket No. 31,043-01

PATENT

<u>COMBINED DECLARATION AND POWER OF ATTORNEY</u>

(Original,Design,Supplemental,Divisional,Continuation,CIP)

As the below-named inventor, I hereby declare that:

<u>TYPE OF DECLARATION</u>

This declaration is of the following type:

    [   ] original

    [   ] design

    [   ] supplemental

    [   ] divisional

    [   ] continuation

    [ x ] continuation-in-part (CIP)

<u>INVENTORSHIP IDENTIFICATION</u>

My residence, post office address and citizenship are as stated below next to my name, I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural named are listed below) of the subject matter which is claimed for, for which a patent is sought on the invention entitled:

<u>TITLE OF INVENTION</u>

<u>Charged Organic Polymer Microbeads in Paper-Making Process</u>

_____

_____

<u>SPECIFICATION IDENTIFICATION</u>

the specification of which: (complete (a), (b), or (c))

    (a) [ X ] is attached hereto.

    (b) [   ] was filed on _____ as

           [   ] Serial Number  /

           [   ] Express Mail No., as Serial Number not

                yet known

    (c) [   ] was described and claimed in PCT International

           Application No. _____ filed on

           _____ and as amended under PCT

           Article 19 on _____ (if any).

[REV.4Apr89/MB1-1]            -2-

ACKNOWLEDGEMENT OF REVIEW OF PAPERS AND DUTY OF CANDOR

    I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

    I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37 CFR 1.97.

PRIORITY CLAIM

    I hereby claim foreign priority benefits under Title 35, United States Code, Section 119 of any foreign application(s) for patent or inventor's certificate or of any PCT International application(s) designating at least one country other than the United States of America listed below and have also identified below any foreign application(s) for patent or inventor's certificate of any PCT International application(s) designating at least one country other than the United States of America filed by me on the same subject matter having a filing date before that of the application(s) of which priority is claimed.

    (d) [ X ] no such applications have been filed.

    (e) [    ] such applications have been filed as follows.

Note: Where item (c) is entered above and the International Application which designated the U.S. claimed priority check item (e), enter the details below and make the priority claim.

Earliest Foreign Application(s), if any, filed within 12 months
    (6 months for Design) prior to this U.S. Application

| COUNTRY | APPLICATION NUMBER | DATE OF FILING (DAY,MONTH,YEAR) | PRIORITY CLAIMED 35 USC 119 |
|---------|--------------------|---------------------------------|------------------------------|
|         |                    |                                 |                              |
|         |                    |                                 |                              |
|         |                    |                                 |                              |
|         |                    |                                 |                              |

[REV.4Apr89/MB1-1]

ADDED PAGE TO COMBINED DECLARATION AND POWER OF ATTORNEY FOR
DIVISIONAL, CONTINUATION OR CIP APPLICATION

(complete this only if this is a divisional,
continuation or CIP application)

CLAIM FOR BENEFIT OF EARLIER U.S./PCT APPLICATION(S)
UNDER 35 U.S.C. 120

I hereby claim the benefit under Title 35, United States
Code, Section 120 of any United States application(s) or PCT
International application(s) designating the United States of
America that is/are listed below and, insofar as the subject
matter of each of the claims of this application is not disclosed
in that/those prior application(s) in the manner provided by the
first paragraph of Title 35, United States Code, Section 112, I
acknowledge the duty to disclose material information as defined
in Title 37, Code of Federal Regulations, Section 1.56(a) which
occurred between the filing date of the prior application(s) and
the national or PCT International filing date of this
application.

| PRIOR U.S. APPLICATIONS OR PCT INTERNATIONAL APPLICATIONS DESIGNATING THE U.S. FOR BENEFIT UNDER 35 USC 120 | | | | | |
|---|---|---|---|---|---|
| U.S. APPLICATIONS | | | STATUS (check one) | | |
| U.S. APPLICATIONS | U.S. FILING DATE | | patented | pending | abandoned |
| 1. Attorney Docket No. 31,043 | | | | X | |
| 2. / | | | | | |
| 3. / | | | | | |
| PCT APPLICATIONS DESIGNATING U.S. | | | | | |
| PCT APPLN. NO. | PCT FILING DATE | U.S. SERIAL NOS ASSIGNED (if any) | | | |
| 4. | | / | | | |
| 5. | | / | | | |
| 6. | | / | | | |

[REV.4Apr89/MB1-1]          -3-

All Foreign Application(s), if any, Filed More Than 12 Months
(6 Months for Design) Prior to This U.S. Application

_____
_____
_____

POWER OF ATTORNEY

   As a named inventor, I hereby appoint the following
attorney(s) and/or agent(s) to prosecute this application and
transact all business in the Patent and Trademark Office
connected therewith.

Frank M. Van Riet _____ 19933 _____
       (Name)                          (Reg. No.)

Gordon L. Hart _____ 20191 _____
       (Name)                          (Reg. No.)

Roger S. Benjamin _____ 27025 _____
       (Name)                          (Reg. No.)

Michael J. Kelly _____ 27910 _____
       (Name)                          (Reg. No.)

Steven H. Flynn _____ 29639 _____

[   ]    Attached as part of this declaration and power of
         attorney is the authorization of the above-named
         attorney(s) to accept and follow instructions from my
         representative(s).

-----------------------------------------------------------------
SEND CORRESPONDENCE AND TELEPHONE CALLS TO:
Frank M. Van Riet _____
C/O American Cyanamid Company _____
1937 West Main Street _____
Stamford, CT  06904-0060 _____
Telephone No. (203) 321-2614
-----------------------------------------------------------------

[REV.4Apr89/MB1-1]            -4-

## DECLARATION

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

### SIGNATURE(S)

Full name of SOLE OR FIRST INVENTOR Dan S. Honig

Inventor's signature _____

Date _____June 15, 1990_____

Country of Citizenship United States

Residence 12 Conrad Road, New Canaan, CT  06840

Post Office Address Same

Full name of SECOND JOINT INVENTOR, if any Elieth Harris

Inventor's signature _____

Date June 15, 1990

Country of Citizenship Antigua

Residence 484 Colorado Avenue, Bridgeport, CT  06605

Post Office Address Same

Full name of THIRD JOINT INVENTOR, if any _____

Inventor's signature _____

Date _____

Country of Citizenship _____

Residence _____

Post Office Address _____

[REV.4Apr89/MB1-1]          -5-

THE FOLLOWING 'ADDED PAGES' FORM A PART OF THIS DECLARATION

[  ] Signature for fourth and subsequent joint inventors on
     ADDED PAGES.
[ X ] ADDED PAGES TO COMBINED DECLARATION, POWER OF ATTORNEY
      for divisional, continuation, or continuation-in-part (CIP)
      application.
      [ X ] Number of ADDED PAGES: 1_____
      [  ] Declaration ends with this page.

NEW APPLICATION (Div-Con-CIP)                    Docket No. 31,043-01
[REV.4Apr89/MB4-1]                                            PATENT

Commissioner of Patents and Trademarks
Washington, D.C. 20231

## NEW APPLICATION TRANSMITTAL

Transmitted herewith for filing is the patent application of
the following Inventor(s): Dan S. Honig; Elieth Harris

For: Charged Organic Polymer Microbeads in Papermaking Process

1.  This new application is for a:
    [   ] Divisional
    [   ] Continuation
    [ X ] Continuation-in-part (CIP)
2.  Benefit of Prior U.S. Application(s) (35 USC 120)
    This new application being transmitted claims the benefit of
    prior U.S. application(s) Serial No.(Attorney Docket#
    31,043) 07/539,322, filed on ___6-11-90___.
3.  Papers enclosed which are required for filing date under 35
    CFR 1.53(b):
    [ X ] _56_ Pages of specification
    [ X ] _4_ Pages of claims
    [ X ] _1_ Pages of abstract
    [   ] ____Sheets of drawing
            [   ] Formal
            [   ] Informal (in triplicate)

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

CERTIFICATION UNDER 37 CFR 1.10
        I hereby certify that this New Application Transmittal and the
documents referred to as enclosed therein are being deposited with
the United States Postal Service on this date _____
in an envelope as "Express Mail Post Office to Addressee" Mailing
Label Number _____ addressed to the: Commissioner of
Patents and Trademarks, Washington, D.C 20231.

                                 _____
                                 (name of person mailing paper)
                                 _____
                                 (Signature of person mailing paper)

NEW APPLICATION (Div-Con-CIP)  -2-
[REV.4Apr89/MB4-1]

4.  Additional papers enclosed
    [  ] Information Disclosure Statement
    [  ] Form PTO-1449
    [  ] Citations
    [  ] Declaration of Biological Deposit
    [  ] Other: _____
5.  Declaration
    [ X ] Enclosed and executed by all inventor(s)
    [  ] Not enclosed or not executed by all inventor(s)
6.  Assignment
    [ X ] An assignment of the invention to:
                American Cyanamid Company
                1937 West Main Street
                P.O. Box 60
                Stamford, CT 06904-0060
        [ X ] is attached.
        [  ] will follow.
7.  Fee Calculation

| CLAIMS AS FILED | | | | |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| FOR | NUMBER FILED | NUMBER EXTRA | RATE | BASIC FEE ($370.00) |
| TOTAL CLAIMS | 42 - 20 = | | X $12.00 | 264.00 |
| INDEP. CLAIMS | 2 - 3 = | | X $36.00 | |
| MULTIPLE DEPENDENCY FEE | | | $ 120.00 | |
| RECORDING OF ASSIGNMENT | | | $ 8.00 | 8.00 |
| | | | TOTAL FILING FEE | $ 642.00 |

    [  ] Amendment cancelling extra claims enclosed
    [  ] Amendment deleting multiple dependencies enclosed
8.  Fee Payment being made at this time
    [ X ] filing fee            $ 634.00
    [ X ] recording assignment  $  8.00
                    TOTAL   $ 642.00

NEW APPLICATION (Div-Con-CIP)  -3-
[REV.4Apr89/MB4-1]

9.  Method of Payment of Fees:
    Charge Deposit Account No. 01-1300 in the amount of $ 642.00
    A duplicate of this transmittal is attached.
10. Instructions as to Overpayment:
    Credit any overpayment to Deposit Account No. 01-1300.
11. Authorization to Charge Additional Fees
    [  ] The Commissioner is hereby authorized to charge the
        following additional fees by this paper and during the
        entire pendency of this application to Deposit Account
        No.01-1300:
        [  ] 37 CFR 1.16(a),(f),or (g) filing fees
        [  ] 37 CFR 1.16(b),(c), and (d) presentation of
            extra claims
        [  ] 37 CFR 1.16(e) surcharge for filing the basic
            filing fee and/or declaration on a date later
            than the filing date of the application
        [  ] 37 CFR 1.17 application processing fees
12. Relate Back (35 USC 120)
    [  ] Amend the Specification by inserting before the first
        line the sentence: "This is a
        [  ] continuation
        [  ] continuation-in-part
        [  ] divisional
        of copending application(s) serial number filed on

---

13. Further Inventorship Statement Where Benefit of Prior
    Application(s) Claimed
    (a)  [  ] This application discloses and claims only
            subject matter disclosed in the prior
            application whose particulars are set out above
            and the inventor(s) in this application is (are)
            [  ] the same

NEW APPLICATION (Div-Con-CIP)   -4-
[REV.4Apr89/MB4-1]

[   ]   less than those named in the prior
        application and it is requested that the
        following inventor(s) identified for the
        prior application be deleted:

        _____

        _____

(b)   [ X ] This application discloses and claims additional
        disclosure by amendment and a new declaration is
        being filed. With respect to the prior
        application the inventor(s) in this application
        is (are)
        [ X ] the same
        [   ] the following additional inventors have
              been added:

        _____

        _____

(c)   [ X ] The inventorship for all the claims in this
        application are
        [ X ] the same
        [   ] not the same, and an explanation,
              including the ownership of the various
              claims at the time the last claimed
              invention was made
        [   ] is submitted
        [   ] will be submitted

14.   Abandonment of Prior Application (if applicable)
      [   ] Please abandon the prior application at a time while
        the prior application is pending or when the petition
        for extension for time or to revive in that
        application is granted and when this application is
        granted a filing date so as to make this application
        copending with said prior application.

NEW APPLICATION (Div-Con-CIP)  -5-
[REV.4Apr89/MB4-1]

15.  Petition for Suspension of Prosecution for the Time
     Necessary to File an Amendment
     [   ] Provided herewith is a Petition To Suspend Prosecution
           for the Time Necessary to File An Amendment (New
           Application Filed Concurrently)

                                    _____
                                    (Signature of Attorney)

Reg. No. 19933                       Frank M. Van Riet
                                    (Type name of Attorney)

Tel. No. (203) 321-2614             American Cyanamid Company
                                    1937 West Main Street
                                    P.O. Box 60
                                    Stamford, CT 06904-0060

RECEIVED

1990 OCT 25 AM 9: 59

GROUP 130

Docket No.: 31,043-01

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:
DAN S. HONIG
ELIETH W. HARRIS

Serial No.: 07/540,667                    Group Art Unit:  133
Filed:  June 18, 1990
For:  Charged Organic Polymer              Examiner:
        Microbeads In Paper
        Making Process

Commissioner of Patent
 and Trademarks

Washington, D.C.  20231                    Date:  October 18, 1990


Preliminary Amendment

         Preliminary to the examination of the above-identified

application, please amend said application as follows:


In the Claims:


         Please add the following new Claims:

26.  Paper produced by the method of Claim 1.

27.  Paper produced by the method of Claim 3.

28.  Paper produced by the method of Claim 11.

29.  Paper produced by the method of Claim 5.

30.  Paper produced by the method of Claim 9.

31.  Paper produced by the method of Claim 7.

32.  Paper produced by the method of Claim 19.

33.  Paper produced by the method of Claim 13.

34.  Paper produced by the method of Claim 15.

35.  Paper produced by the method of Claim 21.

36.  Paper produced by the method of Claim 23.

37.  Paper produced by the method of Claim 25.

38.  Paper produced by the method of Claim 13.


- 1 -

18
~~29~~.     Paper produced by the method of Claim ~~14~~. 17

27
~~30~~.     A method according to Claim 1 wherein bentonite or silica is added in conjunction with the microbead.

~~41.-  A composition according to Claim 15 containing, in addition, bentonite or silica.~~

28
~~32~~.     Paper produced by the method of Claim ~~30~~. 27

---

## Remarks

Upon receipt by Applicants of a telephonic request from the Examiner for restriction in the instant application, it was discovered that Claims 26-42 of the application, as filed, were missing from the copy filed with the USPTO.

Accordingly, the purpose of this Preliminary Amendment is to enter said claims prior to the issuance of the first Office Action.

Entrance of this Amendment is respectfully requested.

Respectfully submitted,

Attorney for Applicants
Frank M. Van Riet
Registration# 19933

oc/
A-310431

- 2 -



*133*

Docket No.: 31,043-01

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:
Dan S. Honig
Elieth W. Harris

Serial No.: 07/540,667
Filed:  June 18, 1990
For:  Charged Organic Polymer
      Microbeads In Paper
      Making Process

Commissioner of Patents
 and Trademarks Office

Washington, D.C.  20231                December 5, 1990


### Letter


        The attached copies are of papers received on November
28, 1990 in the above-identified application.  Please note that
no Office Action accompanied them.  Accordingly, please remit
said Office Action and readjust the Statutory Period for response
thereto.

                                Respectfully submitted,

                                *Frank M Van Riet*

                                Attorney for Applicants
                                Frank M. Van Riet
                                Registration#  19933


cc/
AM-310431

07/540,667    06/18/90    

**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**    31-043-01

Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|

FRANK M. VAN RIET
C/O AMERICAN CYANAMID COMPANY
1937 WEST MAIN STREET
STAMFORD, CT 06904-0060

RECEIVED    RECEIVED

MAIL ROOM
DEC 10    NOV 2 9 1990

NOV 2 9 1990

PATENT LAW DEPT.

F.M. VAN RIET

This is a communication from the examiner in charge of your application.

COMMISSIONER OF PATENTS AND TRADEMARKS

| | EXAMINER |
|---|---|
| | 11/21/90 |
| ART UNIT | PAPER NUMBER |
| | 3 |

DATE MAILED:

**PLEASE ADD TO SCHEDULES**
Feb. 21, 1991

☑ This application has been examined    ☐ Responsive to communication filed on _____    ☐ This action is made final.

shortened statutory period for response to this action is set to expire _3_ month(s), _____ days from the date of this letter.
ailure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I   THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☑ Notice of References Cited by Examiner, PTO-892.    2. ☑ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449    4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474    6. ☐ _____

**Part II   SUMMARY OF ACTION**

1. ☑ Claims _1-42_ _____ are pending in the application.

   Of the above, claims _____ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☑ Claims _1-14, 26-40, and 42_ _____ are rejected.

5. ☐ Claims _____ are objected to.

6. ☑ Claims _1-42_ _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings which are acceptable for examination purposes until such time as allowable subject matter is indicated.

8. ☐ Allowable subject matter having been indicated, formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. These drawings are ☐ acceptable; ☐ not acceptable (see explanation).

10. ☐ The ☐ proposed drawing correction and/or the ☐ proposed additional or substitute sheet(s) of drawings, filed on _____. has (have) been ☐ approved by the examiner. ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved. ☐ disapproved (see explanation). However, the Patent and Trademark Office no longer makes drawing changes. It is now applicant's responsibility to ensure that the drawings are corrected. Corrections MUST be effected in accordance with the instructions set forth on the attached letter "INFORMATION ON HOW TO EFFECT DRAWING CHANGES", PTO-1474.

12. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____ ; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

PTOL-326 (Rev. 7 - 82)    **EXAMINER'S ACTION**