4,643,801

**5**

ratio normally runs from about 20:1 to about 1:10, and, as before, preferably ranges from about 10:1 to about 1:5, and most preferably ranges between about 8:1 to 1:1. The most preferred results are obtained when the starch to silica ratios range from about 75:1 to about 30:1.

The anionic combination or admixture of anionic polymer to silica, as described above, can be made prior to admixture with the paper stock containing the cationic starch, and then added to the paper stock, or preferably is made in situ during the paper-making process by adding to the paper stock, in sequence, the cationic starch, then the anionic polymer, and finally the dispersed silica.

It is believed that a coacervate complex of undetermined structure is formed, in the presence of the paper stock and which may include components of the paper stock, between the cationic starch and the anionic polymer, and that this pre-coacervate complex contains, therein, at least some positive charges, which positive charges can then attract and bind both the added dispersed silica which carries a negative surface charge, as well as the cellulosic fibers, inorganic pigments, and the like. It is presumed that the formation of the coacervate complex between starch, polymer; and silica leads to the improved performance observed with my system relative to the use of any other combination of ingredients known in the art, such as only starch plus silica. Although it would be difficult to demonstrate that this mechanism exactly accounts for the improved performance observed, my invention should not be limited in any way to my attempted mechanistic explanation, it is a simple matter to demonstrate the improved performance of my three component coacervate binder system.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 compares the effect on retention between the use of cationic starch and colloidal silica, and cationic starch, colloidal silica and anionic polyacrylamide.

FIG. 2 compares the effect on drainage between the use of cationic starch and colloidal silica, and cationic starch, colloidal silica and anionic polyacrylamide coacervate binder.

FIG. 3 shows the effect on the drainage of adding polyhydroxyaluminum chloride in addition to the inventive three component coacervate binder.

FIG. 4 shows the effect on retention of adding polyhydroxyaluminum chloride in addition to the inventive three component coacervate binder.

The following examples should suffice to demonstrate my new binding system, methods and compostiions.

## EXAMPLE I

Paper stock was prepared at 0.7% consistency from a thick paper stock (3.8% cellulosic fibers) and clarified white water obtained from a paper mill. The stock had a pH of 7.0–7.5.

Cationic potato starch having a degree of substitution of 0.025 was prepared at a 2.0 weight percent solution in water, and diluted further, immediately prior to application to a concentration of 0.875%.

A high molecular weight (about 10–20 million) anionic polyacrylamide containing about 30 mole percent acrylic acid and 70 mole percent acrylamide monomer, in the form of a water-in-oil latex containing about 30 weight percent polymer was inverted and diluted into

**6**

water following the teachings of Anderson, et al, U.S. Pat. No. Re 28,474 and U.S. Pat. No. Re 28,576, both of which are incorporated herein by reference. The polymer solution was made up at 2.0 weight percent active polymer and further diluted to 0.0875 weight percent immediately prior to use.

A 15 weight percent silica sol (or colloidal silica) having a particle size of about 4 nm was diluted with water to 0.0875 weight percent. Two separate batches of paper stock were obtained from the same mill approximately two weeks apart.

The paper stock was admixed with cationic starch and then the various amounts of anionic polymers and-/or silica sol were added thereto. Laboratory tests were completed using an "Alchem Tester", which is designed to measure both water drainage rates under controled conditions and also turbidity (NTU) which is related to retention by the formula:

$$\% \text{ Retention} = (\text{Turbidity (Blank)} - \text{Turbidity (Sample)}) / \text{Turbidity (Blank)} \times 100$$

The data from these tests are presented in Tables I and II.

Table I presents data from the first paper stock.

Table II presents data from the second paper stock.

TABLE I

| Starch #/T | Silica #/T | PAM* #/T | Drainage (ml/5 sec) | Turbidity** (NTU) |
|---|---|---|---|---|
| 0 | 0 | 0 | 112 | 1640 |
| 25 | 0 | 0.5 | 126 | 390 |
| 25 | 0 | 1 | 148 | 200 |
| 25 | 0 | 2 | 182 | 105 |
| 25 | 0 | 3 | 178 | 100 |
| 0 | 0 | 1 | 111 | 445 |
| 0 | 0 | 2 | 108 | 420 |
| 0 | 0 | 3 | 106 | 405 |
| 25 | 2 | 0 | 128 | 360 |
| 25 | 5 | 0 | 142 | 215 |
| 25 | 7 | 0 | 153 | 180 |

The two component PAM and starch combination is superior to both starch/silica and the PAM alone, for retention* and drainage.
*PAM - An anionic polyacrylamide containing about 30% acrylic acid and having a molecular weight in excess of 10,000,000.
**An increase in retention is indicated by a decrease in turbidity.

TABLE II

| Starch #/T | Silica #/T | PAM* #/T | Drainage (ml/5 sec) | Turbidity (NTU) |
|---|---|---|---|---|
| 0 | 0.00 | 0.0 | 90 | 1312.5 |
| 5 | 0.00 | 0.0 | 90 | 1280 |
| 15 | 0.00 | 0.0 | 90 | 1325 |
| 25 | 0.00 | 0.0 | 94 | 1375 |
| 35 | 0.00 | 0.0 | 86 | 1500 |
| 25 | 0.00 | 1.0 | 114 | 300 |
| 25 | 0.25 | 1.0 | 110 | 300 |
| 25 | 0.50 | 1.0 | 114 | 280 |
| 25 | 0.75 | 1.0 | 116 | 270 |
| 25 | 0.00 | 1.0 | 114 | 300 |
| 25 | 0.00 | 2.0 | 134 | 180 |
| 25 | 0.00 | 3.0 | 154 | 140 |
| 25 | 0.50 | 0.5 | 94 | 460 |
| 25 | 0.50 | 1.0 | 114 | 280 |
| 25 | 0.50 | 1.5 | 130 | 200 |
| 25 | 0.50 | 2.5 | 162 | 140 |

*PAM - The same high molecular weight anionic copolymer of acrylamide/acrylic acid as used in Table I.

The three (3) component coacervated system: starch; anionic polymer; and dispersed silica provides superior retention and drainage as compared with the two component starch/silica binder systems taught in the prior art. The starch/polymer system alone gives comparable

4,643,801

7                                                    8

results when compared to the starch/silica system of the prior art for some of the drainage tests. Overall, the three component coacervate binder is superior in both retention and drainage.

These tests are further illustrated in FIGS. I and II.

### Example II

The addition to the paper stock of a small amount of an alumina source, for example, papermaker's alum, sodium aluminate or polyhydroxyaluminum chloride, further enhances the activities observed for the three component coacervate binder system. These further improvements are observed in Figures III and IV. When an alumina source is used, it is preferred to be used at levels ranging from about 0.01 to about 10.0 pounds active $Al_2O_3$ per ton of paper (dried) manufactured.

### Example III

A trial was run at a paper mill in the upper Mideast while this mill was making 67.5 pounds per ream alkaline fine paper. The stock consisted of hardwood Kraft and softwood Kraft fiber with 20% filler loading comprised of an admixture of calcium carbonate, Kaolin, and titanium dioxide. Fillers were added to the pulper. Paper stock pH was 7.5. Polyhydroxyaluminium chloride was added to the save-all with the reclaimed fiber and clarified water returning to the stock system.

Cationic potato starch having a degree of substitution of 0.025 was added to the recycled white water prior to final stock dilution. The same high molecular weight anionic polyacrylamide (PAM) as used before was added to the intake of the centri-screen. Colloidal silica in the form of a 15% sol having a particle size of from 4–5 nanometers was added immediately before the headbox.

At the start of the trial period, stock treatment (I) was 18 #/T cationic potato starch and 2.0 #/T PAM. After 1.25 hours 0.8 #/T of colloidal silica was added to the system. Drainage on the fourdrinier wire increased. The "wet line" receded 2 to 3 feet and couch vacuum dropped from 22 to 19 psi. This facilitated an increase in dilution water stream flow from 1560 to 1627 gallons/-minute. Jordan refining was increased from 20 to 31 Amps. First pass retention increased from 86 to 91.5%. Headbox consistency decreased from 1.05% to 0.69%. These changes resulted in a considerable improvement in sheet formation. Sheet moisture before the size press dropped from 6 to 1%. Approximately 28 psi of steam was removed from the main drying section to hold sheet moisture at the size press to 5%.

Two hours after the start of the trail, cationic starch dosage was increased to 25 #/T, PAM dosage was increased to three (3) pounds per ton and colloidal silica dosage was reduced to 0.45 #/T (Stock Treatment II). First pass retention held at 89.5%, drainage on the wire, sheet drying and sheet formation remained essentially unchanged.

An increase in drainage and reduction in dryer steam usage can be utilized by increasing machine speed, hence, increased production rate, or by improved sheet formation with savings in steam costs. The latter option was adopted during the trial.

No significant change in sheet strength with regards to tensile, Mullen or Scott Bond were evident, as shown below for these two treatments.

| | TREATMENT | |
|---|---|---|
| | I | II |
| Basis Weight | 67.5# | 67.5# |
| Tensile | 25.0 | 24.0 |
| Mullen | 38.0 | 36.0 |
| Scott Bond | 170.0 | 197.0 |

### Example IV

Comparison of Results When Silica Sol was Added Prior to Anionic Polymer

During the same trial period at the paper mill operation reviewed above, the dispersed silica injection point was moved to the inlet of the centri-screen. Previously, this silica sol injection point was at the discharge end exiting the centri-screen. Originally, the injection of dispersed silica followed both the injection of the cationic starch and the injection of the anionic polymer into the paper stock.

With the silica sol injected at the inlet of the centriscreen, the sol was being injected into the paper stock prior to the injection of the anionic polymer. Within 30 minutes of this change being made, the following negative observations were made:

1. Drainage on the fourdrinier was drastically reduced as evidenced by the thruput in the headbox. Typical flows prior to the above change ranged between about 1700–1800 gallons per minute. With the silica being added prior to the anionic copolymer, the thruput fell drastically to about 900 gallons per minute.

2. Paper formation was poor. This was evidenced by the inability of the furnish to drain accompanied by the inability to put more refining on the furnish.

3. Poor drainage and increased energy consumption indicated a poor result. The paper sheet became wetter and the steam usage in the main dryer section increased by at least 15–20 psi.

4. First pass retention worsened as evidenced by increased solids in both the tray waters and the flotation save-all.

5. Machine speed was necessarily reduced by about 8–10%.

It would then appear that the anionic combination of the anionic polymer and dispersed silica most preferably occurs by sequentially adding to the paper stock from 10 to 50 pounds per ton of dried paper of the cationically modified starch, then adding the anionic polymer; followed thereafter by the dispersed silicas. Prior addition of dispersed silica to paper stock containing polymer does not apparently allow formation of the coacervate complex, and the results of binder use is destroyed.

All of the calculations indicating the addition of any ingredient in terms of #/T above refers to the pounds of active ingredients used per ton of dried paper.

Having described my invention, I claim:

1. In a paper-making process in which paper-making stock containing a sufficient amount of cellulosic pulp to give a finished paper containing at least 50% cellulosic fiber is formed and dried; and in which the stock, prior to formation of the sheet, is admixed with from 0.1 to 15% based on the weight of said pulp of a binder, the improvement which comprises using a coacervate binder comprising a cationic starch having a degree of substitution ranging between about 0.01 to about 0.20 in combination with an anionic combination of an anionic

4,643,801

**9**

high molecular weight polymer having a molecular weight of at least 500,000 and a degree of anionic substitution of at least 0.01 and a dispersed silica having a particle size ranging from 1 to 50 nm; and wherein the weight ratio of anionic polymer to silica ranges between about 20:1 to about 1:10, and further, where the cationic starch to silica ratio is between about 100:1 to 1:1.

2. The process of claim 1 in which ratio of cationic starch to anionic combination ranges between about 50:1 to about 5:1 and the weight ratio of anionic polymer to silica sol ranges between about 10:1 to about 1:1, and also wherein the degree of anionic substitution of the anionic polymer is at least 0.10, and the molecular weight of the anionic polymer is at least 1,000,000; the degree of cationic substitution on the cationic starch is from about 0.02–0.10; and the particle size of the dispersed silica ranges from 2–25 nm.

3. The process of claim 2 wherein the pH of the paper stock ranges between about 4 to 9.

4. The process of claim 3 wherein the degree of cationic substitution of starch ranges between about 0.015 to about 0.075 and the cationic starch is a cationically modified potato starch, and wherein the anionic polymer is from the group consisting of copolymers of acrylamide with monomers from the group consisting of acrylic acid, methacrylic acid, AMPS, vinyl sulfonate, sulfonated styrene and mixtures thereof, and modified acrylamide polymers containing at least the sulfonate functional group.

5. In the process of claim 1 or 2, the improvement which comprises forming the binder in situ by a sequential addition to the paper-making stock of the cationic starch, then the anionic polymer then the dispersed silica; each addition occurring after each prior addition has been thoroughly admixed with the paper-making stock.

6. In the process of claim 1 or 2, the improvement which comprises forming the binder in situ by a sequential addition to the paper-making stock of the cationic starch, followed then by an admixture of the silica sol and the anionic polymer; each addition occurring after each prior addition has been thoroughly admixed.

7. In the process of claim 1, the improvement which comprises additionally adding to the paper stock from 0.01 to 10.0 pounds of active alumina, $Al_2O_3$ per ton of dried paper.

8. The process of claim 7 wherein the active alumina is chosen from the group consisting of papermaker's alum, sodium aluninate, or polyhydroxyaluminum chloride.

9. In a paper-making process in which an aqueous paper-making stock containing a sufficient amount of cellulosic pulp to provide a paper having at least 50

**10**

weight percent cellulosic fiber has added thereto prior to sheet formation a binder and a mineral filler/pigment material having at least partial anionic surface characteristics, the improvement which consists of adding to said paper-making stock, prior to sheet formation, a coacervate binder consisting of a cationically modified potato starch having a degree of cationic substitution ranging between about 0.01 to about 0.15 in combination with an anionic polymer having a molecular weight of at least 1,000,000 and a degree of anionic substitution ranging between about 0.05 to about 0.95, and further in combination with a dispersed silica having a particle size ranging between about 1 nm to about 50 nm, wherein the cationic starch to silica ratio is between 100:1 to about 30:1; the anionic combination has a weight ratio of polymer; silica ranging between about 20:1 to about 1:1, and further wherein the total coacervate binder to mineral filler weight ratio, on a solids basis, is between 0.005:1 to about 1:1, and further wherein said binder is formed by admixing with paper-making stock, in sequence, the cationic starch, the anionic polymer, and then the dispersed silica and wherein the paper-making stock contains the cellulose pulp having dispersed therein the mineral filler.

10. The process of claim 9 wherein the pH of the paper-making stock ranges between about 4 to 9.

11. The process of claim 9 wherein the weight ratio of cationically modified potato starch to the anionic combination of anionic polymer and dispersed silica is between about 50:1 to 1:1 and the weight ratio of cationic starch to silica is between about 75:1 to 30:1, and further wherein the binder, on a solids level, is added to said paper-making stock at levels ranging between about 0.05 to about 10 weight percent of said paper-making stock.

12. The process of claim 11 wherein the ratio of cellulosic fibers to mineral filler ranges between about 100:1 to about 1:1 and wherein the ratio of cellulosic fibers to binder is about 200:1 to about 20:1, and wherein the silica particles have a particle size ranging from 1.0 to about 10 nm, the anionic polymer has a molecular weight of at least 5,000,000 and a degree of anionic substitution ranging between about 0.05 to about 0.50 and wherein the potato starch contains a degree of cationic substitution ranging between about 0.01 to about 0.10.

13. An improved process of claim 11 in which form 0.01 to 10.0 pounds of active alumina chosen from the group consisting of papermaker's alum, sodium aluminate, and polyhydroxyaluminum chloride, and mixtures thereof is additionally added per ton of dried paper to the paper stock.

*    *    *    *    *

# United States Patent [19]

## Probst et al.

[11] Patent Number: **4,659,431**

[45] Date of Patent: **Apr. 21, 1987**

[54] **CATIONIC SIZING AGENT FOR PAPER, AND A PROCESS FOR ITS PREPARATION**

[75] Inventors: **Joachim Probst,** Leverkusen; **Ulrich Beck,** Bornheim; **Heinz Bäumgen,** Leverkusen, all of Fed. Rep. of Germany

[73] Assignee: **Bayer Aktiengesellschaft,** Leverkusen, Fed. Rep. of Germany

[21] Appl. No.: **691,991**

[22] Filed: **Jan. 16, 1985**

[30]     **Foreign Application Priority Data**

Jan. 18, 1984 [DE]   Fed. Rep. of Germany ....... 3401573

[51] Int. Cl.⁴ ............................................. **D21H 3/38**
[52] U.S. Cl. .................................. **162/168.2;** 162/158; 162/169; 524/538; 524/829
[58] Field of Search ............... 162/164.6, 168.1, 168.3, 162/168.2, 169, 168.7, 158; 524/538, 829, 460

[56]           **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,152,201 | 5/1979 | Killiam ............................ | 162/168.2 |
| 4,200,562 | 4/1980 | Yoshioka et al. ................ | 162/168.7 |
| 4,434,269 | 2/1984 | Probst . | |

### FOREIGN PATENT DOCUMENTS

3103917  8/1982  Fed. Rep. of Germany ... 162/164.6

*Primary Examiner*—Peter Chin

*Attorney, Agent, or Firm*—Sprung Horn Kramer & Woods

[57]                    **ABSTRACT**

New, highly effective cationic sizing agents for paper have been provided. They can be obtained by a method in which a water-soluble cationic chemically pure terpolymer compound consisting of

(a) 7–40% by weight of N,N-dimethylaminoethyl acrylate and/or methacrylate,

(b) 40–80% by weight of styrene and

(c) 4–40% by weight of acrylonitrile

is dissolved in an aqueous medium, the sum of the components (a) to (c) always being 100% by weight and at least 10% of the N,N-dimethylamino groups of the terpolymer being quaternized and the remainder being protonated, and, in the presence of 10 to 70% by weight, relative to the monomer mixture below, of this emulsifier,

(d) 0 to 90% by weight of acrylonitrile and/or methacrylonitrile,

(e) 5 to 95% by weight of styrene and

(f) 5 to 95% by weight of acrylates and/or methacrylates having 1 to 12 C atoms in the alcohol radical,

the sum of the components (d) to (f) always being 100% by weight, are emulsified, and the emulsion thus obtained is subjected to free radical-initiated emulsion polymerization at temperatures from 20° to 150° C.

**8 Claims, No Drawings**

4,659,431

**1**

## CATIONIC SIZING AGENT FOR PAPER, AND A PROCESS FOR ITS PREPARATION

The present invention relates to aqueous colloidal paper sizing agents based on copolymers of acrylonitrile and/or methacrylonitrile, styrene and acrylates or methacrylates, which are polymerised in the presence of, as emulsifiers, chemically pure, quaternised terpolymers of N,N-dimethylaminoethyl(meth)acrylate, styrene and acrylonitrile.

It has been disclosed (see German Offenlegungsschrift No. 1,621,688) that cationic paper sizing agents can be prepared by mixing an aqueous solution of a polycation, present in salt form and based on maleic anhydride and other comonomers, with an aqueous emulsion homopolymer or emulsion copolymer. However, the mixtures prepared in this manner are in general unstable and tend to deposit sediment which are troublesome in the manufacture of paper, since this can, inter alia, result in inhomogeneous sizing of the paper.

German Offenlegungsschrift No. 2,814,527 describes the preparation of a sizing agent for paper, which has been prepared in the presence of a polymeric cationic emulsifier which is quaternised with an epihalohydrin and consists of an N,N-dimethylaminoalkyl(meth)acrylate and substituted or unsubstituted styrene, if appropriate with the addition of an auxiliary emulsifier of the formula

$$R-O-(CH_2-CH_2-O)_nSO_3^\ominus M^\oplus \qquad (1)$$

wherein

R denotes a higher aliphatic or cycloaliphatic hydrocarbon radical,

$M^\oplus$ denotes a monovalent metal cation or ammonium and

n denotes an integer $\geq 2$.

In the presence of these polymeric emulsifiers, hydrophobic monomers, such as styrene, styrene derivatives, acrylates and/or methacrylates are polymerised in an aqueous medium. In a preferred embodiment, a mixture of 23.5% by weight of dimethylaminoethyl methacrylate and 76.5% by weight of styrene in isopropanol is polymerised. Thereafter, the mixture is acidified with acetic acid, and the product is dissolved in water and then quaternised with epichlorohydrin at a temperature of 80° to 85° C. The emulsifiable polycation prepared in this manner is then employed for the aqueous emulsion polymerisation of a mixture of styrene and 2-ethylhexyl acrylate (weight ratio 3:1), the weight ratio of the emulsifier to the monomer mixture being 1:2. A compound (1) in which $M=NH_4$ is employed as an anionic auxiliary dispersant, and aqueous hydrogen peroxide is employed as an initiator. The polymers thus obtained constitute dispersions which are optically cloudy but nevertheless relatively stable. However, if it is desired to reduce the content of basic monomers in the polymeric cationic emulsifier component to 20% by weight or less, the dispersions very rapidly become more coarse-particled and more unstable, and tend to precipitate polymer. The polymer precipitates produced generally result in a substantial deterioration in the sizing effect and lead to breakdowns in the course of operations during paper production.

European Patent Specification No. 0,058,313 describes stable colloidal solutions which are generally translucent and in which acrylonitrile or methacrylonitrile is polymerised with acrylates or methacrylates in

**2**

the presence of special polymeric cationic emulsifiers in an aqueous system. These emulsifiers are quaternisation products of terpolymers which are chemically very pure, consist of N,N-dimethylaminoethyl(meth)acrylate, styrene and acrylonitrile and contain not more than 40% by weight of basic comonomer. The mean particle diameter of these colloidal solutions is between 15 and 200 nm, preferably between 20 and 150 nm. A disadvantage of these colloidal sizing agents is the fact that their efficiency on special grades of paper, such as, for example, the so-called low-quality papers, is not completely satisfactory. These low-quality papers are grades of old paper which are obtained mainly from waste cardboard and newspaper and once again processed to cardboards. They are generally employed as so-called liners, which have to be treated with starch and cationic surface-sizing agents in order to attain high strength and water-repellant properties.

Surprisingly, it has now been found that stable colloidal paper sizing agents which are extremely effective for low-quality paper are obtained when either mixtures of (meth)acrylonitrile, styrene and acrylates or methacrylates, or mixtures of styrene and acrylates or methacrylates, are polymerised in the presence of the above-mentioned chemically pure quaternised terpolymers.

The paper sizing agent according to the invention is obtained as a colloidal solution having mean particle diameters of 15 to 200 nm, by a method in which a water-soluble cationic chemically pure terpolymer compound consisting of

(a) 7 to 40, preferably 8 to 30, % by weight of N,N-dimethylaminoethyl acrylate and/or methacrylate,

(b) 40 to 80% by weight of styrene and

(c) 40 to 40, preferably 5 to 35, % by weight of acrylonitrile

is dissolved in an aqueous medium, the sum of the components (a) to (c) always being 100% by weight and at least 10% of the N,N-dimethylamino groups of the terpolymer being quaternised and the remainder being protonated, and, in the presence of 10 to 70% by weight, relative to the monomer mixture below, of this emulsifier,

(d) 0 to 90, preferably 0 to 70, % by weight of acrylonitrile and/or methacrylonitrile,

(e) 5 to 95, preferably 10 to 80, % by weight of styrene and

(f) 5 to 95, preferably 10 to 80, % by weight of acrylates and/or methacrylates having 1 to 12 C atoms in the alcohol radical,

the sum of the components (d) to (f) always being 100% by weight, are emulsified, and the emulsion thus obtained is subjected to free radical-initiated emulsion polymerisation at temperatures from 20° to 150° C.

Preferably, the weight ratio of the polymeric cationic emulsifier to the monomer mixture consisting of (d), (e) and (f) is 1:4 to 1:1.

The paper sizing agent according to the invention is also obtained when, in addition to the stated cationic emulsifier, a cationic and/or non-ionic auxiliary emulsifier is employed in amounts of 1 to 40% by weight, preferably 3 to 20% by weight, relative to the above cationic emulsifier, the non-ionic emulsifier being of the formula

$$R_1-X-(CH_2-CH_2-O)_n-H \qquad (II)$$

wherein

4,659,431

**3**

X denotes O, NH or COO,

$R_1$ is a higher aliphatic, cycloaliphatic, araliphatic or aromatic hydrocarbon radical having 6–30 C atoms, and

n is an integer $\geqq 2$,

and the cationic auxiliary emulsifier being of the formula

$$
\begin{array}{c}
R_2 \quad R_3 \\
\underset{\oplus}{\diagdown \diagup} \\
N \qquad Y^\ominus \\
\diagup \diagdown \\
R_4 \qquad R_5
\end{array}
\qquad (III)
$$

wherein

$R_2$ and $R_3$ represent higher aliphatic or araliphatic hydrocarbon radicals having 6 to 20 C atoms,

$R_4$ and $R_5$ represent lower aliphatic hydrocarbon radicals having 1 to 6 C atoms and

$Y^\ominus$ represents a halide ion.

The chemically very pure terpolymer of N,N-dimethylaminoethyl(meth)acrylate, styrene and acrylonitrile is quaternised in an organic medium prior to the addition of acids. Acids are then added, and undissolved material dissolves to give aqueous solutions having a concentration of 10 to 30% by weight, preferably 15 to 25% by weight. The emulsifier solutions thus obtained can then be freed from organic solvent by distillation; however, it is not necessary to remove the organic solvent, since the solvent does not in general interfere in the further course of the reaction in the emulsion polymerisation.

For the emulsification procedure, it is sufficient if the quaternised cationic terpolymers are employed for the emulsion polymerisation without further additives. In some cases, however, it is found to be very advantageous if oligomeric non-ionic and/or low molecular weight cationic auxiliary emulsifiers are employed, in proportions of 1 to 40% by weight, preferably 3 to 20% by weight, relative to the cationic emulsifier, together with the polymeric cationic emulsifier.

Suitable non-ionic auxiliary emulsifiers are reaction products of aliphatic, araliphatic, cycloaliphatic or aromatic carboxylic acids, alcohols, phenol derivatives or amines with epoxides, such as, for example, ethylene oxide.

Examples of these are reaction products of ethylene oxide with carboxylic acids, such as, for example, lauric acid, stearic acid, oleic acid, the carboxylic acids of castor oil, abietic acid, with relatively long-chain alcohols, such as oleyl alcohol, lauryl alcohol or stearyl alcohol, with phenol derivatives, such as, for example, substituted benzylphenols, phenylphenols or nonylphenol, and with relatively long-chain amines, such as, for example, dodecylamine and stearylamine. The reaction products with ethylene oxide are oligoethers or polyethers having degrees of polymerisation between 2 and 100, preferably from 5 to 50.

Suitable low molecular weight cationic auxiliary emulsifiers are quaternised ammonium salts, such as, for example, benzyldodecyl-dimethyl-ammonium chloride. The stated auxiliary emulsifiers effect additional emulsification of the monomer mixture and in some cases increase the stability of colloidal sizing agents. However, it is not advisable to use excessively high amounts of these auxiliary dispersants, since in such a case undesired foaming can easily occur.

Acrylates and methacrylates which are preferably employed as comonomers in the free radical emulsion

**4**

copolymerisation are those compounds which, with the acrylonitrile/styrene or methacrylonitrile/styrene mixtures or with styrene alone, form copolymers having film-formation temperatures of below 100° C.

Copolymers which have higher film-formation temperatures because of the position of their glass transition temperature have an unsatisfactory sizing action. Compounds which are suitable in principle are acrylates, such as methyl, ethyl, n-butyl and 2-ethylhexyl acrylate, and methacrylates, such as methyl methacrylate and n-butyl methacrylate. They can be copolymerised individually or as mixtures with acrylonitrile/styrene, methacrylonitrile styrene or styrene alone. The content of styrene can be between 5 and 95%, preferably 10 to 80% by weight, and that of acrylonitrile or methacrylonitrile can be between 0 and 90% by weight, preferably between 0 and 70% by weight. Because of their tack, formulations containing too small an amount of styrene or (meth)acrylonitrile styrene in the copolymer can be troublesome during paper manufacture; in the case of formulations containing a very large amount of styrene or styrene/(meth)acrylonitrile, sizing of the paper is unsatisfactory.

Preferred initiators for the emulsion polymerisation are water-soluble non-ionic peroxides which donate free radicals, such as hydrogen peroxide and t-butyl hydroperoxide, and water-soluble azo compounds, as described in, for example, German Offenlegungsschrift No. 2,841,045. Other suitable initiators are redox systems which consist of peroxide initiators and reducing agents, such as amines, polyamines, thiourea, iron(II) salts etc. Other suitable initiators are water-insoluble initiators, such as azoisobutyronitrile and benzoyl peroxide. The latter are in solution virtually only in the organic phase. The stated initiators are added in amounts of 0.1 to 5% by weight, preferably 0.3 to 3.0% by weight, relative to the monomer mixture.

The molecular weights of the polymers can be regulated by using customary regulators, for example n-dodecylmercaptan, diisopropyl xanthogen disulphide, thioglycol and thioglycerol. They are added in amounts of 0.1 to 2% by weight, relative to the monomer mixture.

The emulsion polymerisation in an aqueous medium can be carried out by known polymerisation processes, both discontinuously and continuously, or by the feed method. The continuous method and the feed method are particularly preferred. In the latter method, water is initially introduced together with some or all of the emulsifier system and, if appropriate, some of the monomer mixture, under a nitrogen atmosphere, and heated to the polymerisation temperature of 20° to 150° C., preferably 50° to 100° C., and the monomer mixture and the initiator and, if appropriate, the emulsifier are added dropwise in the course of 0.5 to 10 hours, preferably 1 to 6 hours.

After some time, reactivation is effected, and the reaction is completed, the conversion reaching about 99.0% to 99.9% by weight. In this procedure, the weight ratio of emulsifier to polymer is 1:9 to 7:3, preferably 1:4 to 1:1. Residual monomers and any organic solvent still present are removed by distillation in vacuo after the emulsion copolymerisation. Thereafter, water is added until an approx. 10 to 35% strength by weight aqueous colloidal solution results. The viscosity of these dispersions, measured in a rotary viscometer at 20° C., is in general less than 50 mPa.s. The mean particle diame-

4,659,431

5

ters measured by means of laser scattering spectroscopy, are between 15 and 200 nm, preferably between 20 and 150 nm, depending on the reaction conditions. Dispersions having particle sizes smaller than 50 nm appear transparent, while those having larger particles appear cloudy. Furthermore, the stability of the dispersions having particle sizes smaller than 100 nm is better than that of the dispersions having particle sizes larger than 100 nm, and this can be shown by, for example, exposure to heat at temperatures above 50° C. In the case of relatively coarse-particled dispersions, the amount of sediment is generally substantially greater than in the case of fine-particled dispersions.

If, on the other hand, emulsion polymerisations are carried out according to German Offenlegungsschrift No. 2,814,527, using cationic dispersants in which the content of basic comonomers is not more than 20% by weight, the resulting dispersions are relatively unstable and coarse-particled and have mean particle sizes between 200 and 300 nm.

The stability of the colloidal sizing agents according to the invention is also increased as a result of some of the polymer being grafted onto the polymeric emulsifier, which is present in relatively large amounts. Such grafting reactions, which are initiated by the emulsifier, by means of transfer reactions, are known in the literature (see H. Gerrens, Fortschritte der Hochpolymer-Forschung (Advances in high polymer research), Volume I (1959), page 300).

The paper sizing agents according to the invention can be employed by all methods customarily used for surface sizing and engine sizing in paper manufacture.

The advantages over sizing agents according to German Offenlegungsschrift No. 1,621,688, based on a relatively unstable mixture of a cationic latex with a polycation based on styrene and maleic anhydride, are the fact that the sizing action is substantially independent of pH, the low tendency to settle out in the form of sediments, and the low tendency to foam. The very stable transparent, or only slightly cloudy, colloidal solutions of the cationic paper sizing agents according to the invention can be processed without problems, in contrast to the unstable dispersions according to German Offenlegungsschrift No. 1,621,688. They guarantee absolute homogeneity of the sized paper and have a good or outstanding sizing action on virtually all papers, the sizing of aluminium sulphate-free paper being particularly singled out. In this context, the outstanding sizing of chalk-containing paper should be particularly mentioned.

The outstanding sizing of low-quality paper in comparison with the dispersions according to European Patent Specification No. 0,058,313 should be mentioned, as will be illustrated in the examples below.

### EXAMPLE 1

#### Preparation of the cationic emulsifiers

5,720 g of isopropanol are initially introduced into a 40 l stirred autoclave. The autoclave is flushed thoroughly with nitrogen and then heated to 80° C. At this temperature, the mixtures I and the solutions II in Table I are metered in over about 4 hours, in the absence of air. Stirring is then continued for 1 to 2 hours, after which the mixture is reactivated with III. Stirring is then continued for about 6 to 12 hours at 80° C.

When the terpolymerisation is complete, the mixture is cooled to 40° C. or to 50° C., and the amounts of quaternising agents (IV) shown in Table I are metered

6

in. Stirring is continued for 1 to 5 hours at 40° or 50° C., after which the amounts of acetic acid likewise shown in Table I are added. Approx. 63–65 l of deionised water at a temperature of approx. 60° C. are initially introduced into a 120 l stock vessel which is provided with a stirrer, and the contents of the 40 l autoclave are combined with this.

A homogeneous aqueous solution is prepared in a short time by thorough stirring. The aqueous solutions, which still contain organic solvent, possess properties which are also shown in Table I.

TABLE I

| Emulsifier | | A | B | C | D |
|---|---|---|---|---|---|
| Polymerisation temperature (°C.) | | 80 | 80 | 80 | 80 |
| Temperature during quaternisation (°C.) | | 40 | 40 | 50 | 50 |
| I. | N,N—Dimethyl-aminoethyl methacrylate (g) | 3217 | 2257 | 3217 | 3217 |
| | Styrene (g) | 10224 | 10608 | 10224 | 10224 |
| | Acrylonitrile (g) | 2644 | 3219 | 2644 | 2644 |
| II. | Azoisobutyro-nitrile (g) | 530 | 600 | 590 | 590 |
| | Acetone (g) | 3000 | 3000 | 3000 | 3000 |
| III. | Azoisobutyro-nitrile (g) | 75 | 75 | 70 | 70 |
| | Acetone (g) | 300 | 300 | 300 | 300 |
| IV. | Epichlorohy-drin (g) | 1896 | 1330 | — | — |
| | Ethyl-chloroacetate (g) | — | — | 1887 | — |
| | Allyl chloride (g) | — | — | — | 1254 |
| V. | Acetic acid (g) | 2630 | 2630 | 2370 | 2370 |
| | Concentration (% by weight) | 20.2 | 20.4 | 20.7 | 20.3 |
| | Viscosity at 20° C. (mPa.s)[+] | 70–100 | 550–820 | 250–350 | 400–550 |
| | pH value | 3.5 | 3.7 | 3.0 | 3.2 |
| | Conversion, relative to the monomer mixture (% by weight) | 99.5 | 99.7 | 99.6 | 99.8 |
| | Appearance of the emulsifier solution | clear | clear | clear | clear |

[+] the viscosity is not a constant since intrinsic viscosity is present.

### EXAMPLES 2 TO 4

400 g of deionised water are initially introduced into a 2 l four-necked flask provided with a stirrer, a reflux condenser and a gas inlet and outlet. The water is then thoroughly boiled under a nitrogen atmosphere, and is cooled to 70° C. Thereafter, the emulsions I (see Table II) are added to the vessel, after which nitrogen is passed over. 0.7 g of a 35% strength hydrogen peroxide solution is then added. After approx. 15–30 minutes, the mixtures II and 8 g of a 35% strength hydrogen peroxide solution which is diluted with 100 g of deionised water are metered in simultaneously in the course of 2 to 3 hours. Stirring is then continued for a further 2 to 5 hours, after which the mixture is reactivated with 1 to 2 g of hydrogen peroxide solution (35%), and polymerisation is continued for approx. 2 to 10 hours. Thereafter, approx. 50 to 150 ml of a mixture of water, organic solvent (isopropanol and acetone) and residual monomers are distilled off in a vacuum from a waterpump, and are replaced by 50 to 150 ml of deionised water. The physicochemical properties of the colloidal solutions thus obtained are likewise shown in Table II.

4,659,431

**7**

### TABLE II

| Example | | 2 | 3 | 4 |
|---|---|---|---|---|
| I. | Emulsifier A (see Table I) (g) | 500 | 500 | 500 |
| | Styrene (g) | 3.0 | 5.0 | 7.0 |
| | n-Butyl acrylate (g) | 7.0 | 5.0 | 3.0 |
| II. | Styrene (g) | 57.0 | 95.0 | 133.0 |
| | n-Butyl acrylate (g) | 133.0 | 95.0 | 57.0 |
| | Concentration (% by weight) | 25.8 | 25.2 | 25.7 |
| | Viscosity at 20° C. (mPa.s) | <50 | <50 | <50 |
| | pH value | 4.0 | 4.1 | 4.1 |
| | Conversion, relative to the monomer mixture before the distillation (% by weight) | 99.5 | 99.8 | 99.7 |
| | Appearance of the colloidal solution | slightly cloudy | transparent | transparent |
| | Mean particle diameter $d_z$ (nm) | 38 ± 2 | 35 ± 2 | 30 ± 2 |

### EXAMPLES 5 AND 6

The colloidal sizing agents 5 and 6 are prepared in the same way as the corresponding sizing agents 3 and 4, except that the emulsifier A is replaced by the emulsifier B (see Table I). As can be seen in Table III, the physicochemical properties of the colloidal solutions are equivalent to those of Examples 2–4.

### TABLE III

| Example | | 5 | 6 |
|---|---|---|---|
| I. | Emulsifier B (see Table I) (g) | 500 | 500 |
| | Styrene (g) | 5.0 | 7.0 |
| | n-Butyl acrylate (g) | 5.0 | 3.0 |
| II. | Styrene (g) | 95.0 | 133.0 |
| | n-Butyl acrylate (g) | 95.0 | 57.0 |
| | Concentration (% by weight) | 25.3 | 25.5 |
| | Viscosity at 20° C. (mPa.s) | <50 | <50 |
| | pH value | 4.0 | 4.0 |
| | Conversion, relative to the monomer mixture before the distillation (% by weight) | ~99.8 | ~99.8 |
| | Appearance of the colloidal solution | transparent | slightly cloudy |
| | Mean particle diameter $d_z$ (nm) | 40 | 53 |

### EXAMPLES 7 AND 8

The colloidal sizing agents 7 and 8 are prepared in the same way as the sizing agents 2–4, the emulsifier A being retained, but some of the styrene or n-butyl acrylate being replaced by acrylonitrile. Table IV lists the compositions of the monomer mixtures and the physicochemical properties of the colloidal sizing agents.

### TABLE IV

| Example | | 7 | 8 |
|---|---|---|---|
| I. | Emulsifier A (see Table I) (g) | 500 | 500 |
| | Acrylonitrile (g) | 2.5 | 3.3 |
| | Styrene (g) | 2.5 | 3.3 |
| | n-Butyl acrylate (g) | 5.0 | 3.3 |
| II. | Acrylonitrile (g) | 47.5 | 63.3 |
| | Styrene (g) | 47.5 | 63.3 |
| | n-Butyl acrylate (g) | 95.0 | 63.3 |
| | pH value | 3.9 | 3.9 |
| | Conversion, relative to the monomer mixture before the distillation (% by weight) | 99.7 | 99.6 |
| | Appearance of the colloidal solution | transparent | transparent |
| | Mean particle diameter $d_z$ (nm) | 53 | 39 |

### EXAMPLES 9 AND 10

The colloidal sizing agents 9 and 10 are prepared in the same way as sizing agents 2–4, except that emulsifier A is replaced by the emulsifiers C and D (see Table I), in the amounts indicated in Table V. Table V also lists

**8**

the physicochemical properties of the paper sizing agents, in addition to the monomer mixtures.

### TABLE V

| Example | | 9 | 10 |
|---|---|---|---|
| I. | Emulsifier C (see Table I) (g) | 500 | — |
| | Emulsifier D (g) | — | 500 |
| | Styrene (g) | 5.0 | 5.0 |
| | n-Butyl acrylate (g) | 5.0 | 5.0 |
| II. | Styrene (g) | 95.0 | 95.0 |
| | n-Butyl acrylate (g) | 95.0 | 95.0 |
| | Concentration (% by weight) | 25.7 | 25.5 |
| | Viscosity at 20° C. (mPa.s) | <50 | <50 |
| | pH value | 3.3 | 3.5 |
| | Appearance of the colloidal solution | slightly cloudy | slightly cloudy |
| | Mean particle diameter $d_z$ (nm) | 40 | 38 |

### EXAMPLES 11 AND 12 (WITH AUXILIARY EMULSIFIERS)

400 g of deionised water are initially introduced into a 2 l four-necked flask provided with a reflux condenser, a stirrer and a gas inlet and outlet, and are boiled thoroughly under a nitrogen atmosphere. Thereafter, the water is cooled to 70° C., and mixture I (see Table VI) is metered in. After thorough flushing with nitrogen, 0.5 g of a 35% strength by weight hydrogen peroxide solution is added. After a further 15 minutes, the mixtures II and III are metered in uniformly in the course of 2 hours. The mixture is then stirred for 3 hours at 70° C., after which 1 g of hydrogen peroxide solution (35% strength) is added, and stirring is continued for 3 hours. 50 ml of solvent and residual monomers are then distilled off in a vacuum from a waterpump, and are replaced by 50 ml of deionised water. The physicochemical data for the sizing agents are listed in Table VI.

### TABLE VI

| Example | | 11 | 12 |
|---|---|---|---|
| I. | Emulsifier A (g) | 500 | 500 |
| | Auxiliary emulsifier E+ (g) | 10 | — |
| | Auxiliary emulsifier F++ (g) | — | 10 |
| | Styrene (g) | 5.0 | 5.0 |
| | n-Butyl acrylate (g) | 5.0 | 5.0 |
| II. | Styrene (g) | 95 | 95 |
| | n-Butyl acrylate (g) | 95 | 95 |
| III. | Hydrogen peroxide (35% strength) (g) | 6.0 | 6.0 |
| | Deionised water (g) | 100 | 100 |
| | Concentration (% by weight) | 25.5 | 25.2 |
| | Viscosity at 20° C. (mPa.s) | <20 | <20 |
| | pH value | 4.1 | 4.2 |
| | Appearance of the colloidal solution | virtually transparent | virtually transparent |
| | Mean particle diameter (nm) | 48 | 42 |

Explanation of Table VI
+Auxiliary emulsifier E: Reaction product of benzylphenylphenol with a polyether which contains hydroxyl groups and is obtained from ethylene oxide.
++Auxiliary emulsifier F: Reaction product of abietic acid with a polyether which contains hydroxyl groups and is obtained from ethylene oxide.

A solution of 5% by weight of starch (Perfectamyl-®A4692 from AVEBE) and 0.20 or 0.25% by weight of the sizing agent to be tested (calculated as active substance) in 94.80 or 94.75% by weight of water is used as the sizing liquor for the surface sizing.

Sizing is carried out using a type HF laboratory size press from Werner Mathis, Zurich. In the size press, the sizing liquor is at a temperature of approx. 20° C. The paper is drawn through at a speed of 4 m/minute.

The surface-sized papers are dried on a drying cylinder in the course of approx. 45 sec of approx. 100° C.

4,659,431

9      10

Before the sizing test, the papers are conditioned for 2 hours at room temperature. The sizing test is carried out in accordance with DIN 53132. In this test, the water absorption in $g/m^2$ after a test time of 60 seconds (Cobb$_{60}$) is determined.

### USE EXAMPLE I

This example illustrates the high efficiency of some sizing agents on old paper, so-called low-quality paper I, the composition of which is not defined in any more detail. The comparative substance used is a sizing agent according to European Patent Specification No. 0058313 (sizing agent 2)—referred to here as M.

In the case of low-quality paper I, the pH value in the headbox is approx. 7, the water absorption in the laboratory size press is approx. 60% by weight, and the weight of the paper is $100 \ g/m^2$.

#### TABLE VII

| Sizing agent from Example: | Surface sizing of low-quality paper I | |
| | Cobb$_{60}$ in $g/m^2$ when | |
| | 0.20% by weight | 0.25% by weight |
| | of sizing agent (relative to pure active substance) is added to the liquor: | |
| --- | --- | --- |
| 3 | 23.9 | 23.3 |
| 5 | 24.5 | 24.0 |
| 7 | 27.5 | 26.7 |
| 9 | 24.2 | 23.7 |
| M | 57.2 | 36.3 |

In the absence of a sizing agent, the water absorption is 137 $g/m^2$.

### USE EXAMPLE II

This example once again illustrates the high efficiency of a number of sizing agents on low-quality paper II, which has a composition similar to that of low-quality paper I.

The pH value in the headbox is 6.5, the water absorption in the laboratory size press is approx. 50% by weight, and the weight of the paper is $110 \ g/m^2$.

#### TABLE VIII

| Sizing agent from Example: | Surface sizing of low-quality paper II | |
| | Cobb$_{60}$ in $g/m^2$ when | |
| | 0.20% by weight | 0.25% by weight |
| | of sizing agent (relative to pure active substance) is added to the liquor: | |
| --- | --- | --- |
| 3 | 27.4 | 26.1 |
| 5 | 28.9 | 27.3 |
| 7 | 35.2 | 32.2 |
| 9 | 26.9 | 25.8 |
| M | 48.3 | 39.5 |

In the absence of a sizing agent, the water absorption is 153 $g/m^2$.

We claim:

1. A cationic sizing agent for paper, in the form of an aqueous colloidal solution having mean particle diameters of 15 to 200 nm, wherein said sizing agent is obtained by a method in which a water-soluble cationic chemically pure terpolymer emulsifier consisting of
(a) 7–40% by weight of N,N-dimethylaminoethyl acrylate and/or methacrylate,
(b) 40–80% by weight of styrene and
(c) 4–40% by weight of acrylonitrile
is dissolved in an aqueous medium, the sum of the components (a) to (c) always being 100% by weight and at least 10% of the N,N-dimethylamino groups of the terpolymer being quaternized and the remainder being protonated, and, in the presence of 10 to 70% by

weight, relative to the monomer mixture below, of this emulsifier,
(d) 0 to 90% by weight of acrylonitrile and/or methacrylonitrile,
(e) 5 to 95% by weight of styrene and
(f) 5 to 95% by weight of an acrylic and/or methacrylic acid ester of a $C_1$–$C_{12}$ alcohol having 1 to 12 C atoms in the alcohol radical,
the sum of the components (d) to (f) always being 100% by weight, are emulsified, and the emulsion thus obtained is subjected to free radical-initiated emulsion polymerization at temperatures from 20° to 150° C.

2. A sizing agent for paper according to claim 1, wherein the cationic chemically pure terpolymer emulsifier consists of
(a) 8–30% by weight of N,N-dimethylaminoethyl acrylate and/or methacrylate,
(b) 40–80% by weight of styrene and
(c) 5–35% by weight of acrylonitrile,
the sum of the components (a) to (c) always being 100% by weight, and the monomer mixture consists of
(d) 0 to 70% by weight of acrylonitrile or methacrylonitrile,
(e) 10 to 80% by weight of styrene and
(f) 10 to 80% by weight of an acrylate and/or methacrylate having 1 to 12 C atoms in the alcohol radical,
the sum of the components (d) to (f) being 100% by weight.

3. A sizing agent for paper according to claim 1, wherein a cationic and/or a non-ionic auxiliary emulsifier is employed in addition to the polymeric cationic emulsifier according to claim 1, in amounts of 1 to 40% by weight, relative to the above cationic emulsifier, the non-ionic emulsifier being of the formula

$$R_1-X-(CH_2-CH_2-O)_n-H$$

wherein

X denotes O, NH or COO,

$R_1$ is a higher aliphatic, cycloaliphatic, araliphatic or aromatic hydrocarbon radical having 6–30 C atoms, and

n is an integer $\geqq 2$,

and the cationic auxiliary emulsifier being of the formula



(III)

wherein

$R_2$ and $R_3$ represent higher aliphatic or araliphatic hydrocarbon radicals having 6 to 20 C atoms

$R_4$ and $R_5$ represent lower aliphatic hydrocarbon radicals having 1 to 6 C atoms and

$Y^\ominus$ represents a halide ion.

4. A sizing agent according to claim 1, wherein the weight ratio of the polymeric cationic emulsifier to the monomer mixture of (d) to (f) is 1:4 to 1:1.

5. A sizing agent according to claim 1, wherein the completely polymerized colloidal solution has a mean particle diameter between 20 and 150 nm.

6. A process for the preparation of a cationic sizing agent in the form of an aqueous colloidal solution having mean particle diameters of 15 to 200 nm, wherein a water-soluble cationic chemically pure terpolymer emulsifier consisting of

4,659,431

11

(a) 7–40% by weight of N,N-dimethylaminoethyl acrylate and/or methacrylate,

(b) 40–80% by weight of styrene and

(c) 4–40% by weight of acrylonitrile

is dissolved in an aqueous medium, the sum of the components (a) to (c) always being 100% by weight and at least 10% of the N,N-dimethylamine groups of the terpolymer being quaternized and the remainder being protonated, and, in the presence of 10 to 70% by weight, relative to the monomer mixture below, of this emulsifier

(d) 0 to 90% by weight of acrylonitrile and/or methacrylonitrile,

(e) 5 to 95% by weight of styrene and

12

(f) 5 to 95% by weight of an acrylic and/or methacrylic acid ester of a $C_1$–$C_{12}$ alcohol having 1 to 12 C atoms in the alcohol radical,

the sum of the components (d) to (f) always being 100% by weight, are emulsified, and the emulsion thus obtained is subjected to free radical-initiated emulsion polymerisation at temperatures from 20° to 150° C.

7. A process according to claim 6, wherein the emulsion polymerization is initiated with a water-soluble non-ionic peroxide and/or an azo compound which donates free radicals in amounts of 0.5 to 5% by weight, relative to the monomer mixture.

8. A process according to claim 7, wherein the polymerization is initiated with a water-soluble non-ionic peroxide and/or an azo compound which donates free radicals as a redox system.

* * * * *

# United States Patent [19]

## Langley et al.

[11] **Patent Number:** **4,753,710**

[45] **Date of Patent:** **Jun. 28, 1988**

[54] **PRODUCTION OF PAPER AND PAPERBOARD**

[75] Inventors: **John Langley; David Holroyd**, both of West Yorkshire, England

[73] Assignee: **Allied Colloids Limited**, England

[21] Appl. No.: **6,953**

[22] Filed: **Jan. 27, 1987**

[30]     **Foreign Application Priority Data**

Jan. 29, 1986 [GB]    United Kingdom ............... 8602121

[51] **Int. Cl.⁴** ............................................ **D21H 3/36**
[52] **U.S. Cl.** ................................ **162/164.3; 162/164.6;**
162/168.2; 162/168.3; 162/181.8; 162/181.3
[58] **Field of Search** ............... 162/168.2, 168.3, 181.1,
162/181.8, 183, 164.3, 164.6

[56]               **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,368,635 | 2/1945 | Booth ...................................... | 92/21 |
| 3,052,595 | 9/1962 | Pye ...................................... | 162/164 |
| 3,433,704 | 3/1969 | Hecklau et al. ................... | 162/181 |
| 4,305,781 | 12/1981 | Langley et al. ................... | 162/181.8 |
| 4,388,150 | 6/1983 | Sunden et al. ...................... | 162/175 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 141641 | 4/1977 | European Pat. Off. . |
| 17353 | 10/1980 | European Pat. Off. . |
| 1546237 | 7/1965 | Fed. Rep. of Germany . |
| 2262906 | 9/1972 | Fed. Rep. of Germany . |
| 67735 | 1/1985 | Finland . |
| 67736 | 1/1985 | Finland . |
| WO86/05826 | 10/1986 | PCT Int'l Appl. . |
| 1265496 | 3/1972 | United Kingdom . |

### OTHER PUBLICATIONS

Chemical Abs. 101:157112.
Chemical Abs. 83:133772 p.
Arledter, Papier, vol. 29, No. 10a, Oct. 1975, pp. 32–43 and translation of p. 36 only.
Auhorn, Wochenblatt Fur Papierfabrikation, vol. 13, 1979, pp. 493–502 and translation of p. 500 only.

Tanaka, Tappi, Apr. 1982, vol. 65, No. 4, pp. 95–99.
Waech, Tappi Journal, Mar. 1983, pp. 137–139.
Tuner, Tappi Proceedings, 1984 Paper Makers Conference, pp. 95–106.
Compozil trade literature.
Paper, Sep. 9, 1985, pp. 18–20.
Pummer, Papier, 27, vol. 10, 1973, pp. 417–422 and translation.
Damhaug, Abstract Bull. of the Institute of Paper Chemistry, vol. 51, No. 11, May 1981, p. 1161, Abstract No. 10862.
Stratton, Tappi Journal, vol. 66, No. 3, Mar. 1983, pp. 141–144, Effect of Agitation on Polymer Additives.
Auhorn, Wet Formation, Drainage and Drying–Improved with the Aid of Chemical Products, West End Paper Technology Symposium, Munich, Mar. 17–19, 1981.
Sikora, The Stability of Flocculated Colloids, Tappi Journal, vol. 64, Nov. 11, 1981, pp. 97–101.
Britt, Physical and Chemical Relationships in Paper Sheet Formation, Tappi Journal, vol. 63, No. 5, May 1980, pp. 105–108.
Langley, Dewatering Aids for Paper Application, Abstract Bulletin of the Institute of Paper Chemistry, vol. 57, No. 38, Sep. 1986, p. 364, Abs. No. 3105 or Tappi Papermakers Conf., Apr. 1986, Notes, 89–92.

*Primary Examiner*—Peter Chin
*Attorney, Agent, or Firm*—Ostrolenk, Faber, Gerb & Soffen

[57]               **ABSTRACT**

Paper or paper board is made by passing an aqueous cellulosic suspension through a centriscreen or other shear device and then draining the purified suspension, and an improved combination of retention, drainage, drying and formation is achieved by adding to the suspension an excess of high molecular weight linear synthetic cationic polymer before shearing the suspension and adding bentonite after shearing.

**21 Claims, No Drawings**

4,753,710

1

2

## PRODUCTION OF PAPER AND PAPERBOARD

This invention relates to the production of paper and paper board from a thin stock (a dilute aqueous suspen- 5 sion) of cellulose fibres and optionally filler on paper making apparatus in which the thin stock is passed through one or more shear stages such as cleaning, mixing and pumping stages and the resultant suspension is drained through a wire to form a sheet, which is then 10 dried. The thin stock is generally made by dilution of a thick stock that is formed earlier in the process. The drainage to form the sheet may be downwards under gravity or may be upwards, and the screen through which drainage occurs may be flat or curved, e.g., cy- 15 lindrical.

The stock is inevitably subjected to agitation throughout its flow along the apparatus. Some of the agitation is gentle but some is strong as a result of passage through one or more of the shear stages. In particu- 20 lar, passage of the stock through a centriscreen inevitably subjects the stock to very high shear. The centriscreen is the name given to various centrifugal cleaner devices that are used on paper machines to remove coarse solid impurities, such as large fibre bundles, from 25 the stock prior to sheet formation. It is sometimes known as the selectifier. Other stages that apply shear include centrifugal pumping and mixing apparatus such as conventional mixing pumps and fan pumps (i.e., centrifugal pumps). 30

It is common to include various inorganic materials, such as bentonite and alum, and/or organic materials, such as various natural or modified natural or synthetic polymers, in the thin stock for the purpose of improving the process. Such materials can be added for diverse 35 purposes such as pitch control, decolouration of the drainage water (JP No. 598291) or for facilitating release from drying rolls (JP No. 7559505). Starch is often included to improve strength.

Process improvement is particularly desired in reten- 40 tion, drainage and drying (or dewatering) and in the formation (or structure) properties of the final paper sheet. Some of these parameters are in conflict with each other. For instance if the fibres are flocculated effectively into conventional, relatively large, flocs then 45 this may trap the fibre fines and filler very successfully, so as to give good retention, and may result in a porous structure so as to give good drainage. However the porosity and large floc size may result in rather poor formation, and the large fibre flocs may tend to hold 50 water during the later stages of drying such that the drying properties are poor. This will necessitate the use of excessive amounts of thermal energy to dry the final sheet. If the fibres are flocculated into smaller and tighter flocs then drainage will be less satisfactory and 55 retention usually will be less satisfactory, but drying and formation will be improved.

Conventional practice therefore has resulted in the paper maker selecting his additives according to the parameters that he judges to be the most important. If, 60 for example, increased filler retention is more important to the papermaker than increased production he is more likely to use a polyacrylamide or other very high molecular weight flocculant. If increased production is more important than increased retention then a coagu- 65 lant such as aluminium sulphate is more likely to be chosen. Impurities in the stock create additional problems and necessitate the use of particular additives.

It is known to include in the stock both an inorganic additive and an organic polymeric material, for the purpose of improving retention, drainage, drying and-/or formation.

In DE No. 2262906, 1 to 10% bentonite and/or 0.5 to 3% aluminium sulphate is added to the stock, followed by 0.02 to 0.2% of a cationic polymer such as polyethylene imine, so as to improve dewatering even in the presence of impurities in the stock. (In this specification all percentages are dry weight based on the dry weight of the stock, unless otherwise stated.)

In U.S. Pat. No. 2,368,635, bentonite is added to the stock and may be followed by aluminium sulphate or other acidifying substance. In U.S. Pat. No. 3,433,704, attapulgite is added and alum and/or auxiliary filler retention material can be incorporated. In GB No. 1,265,496, a stock containing alum and pigmentary clay is formed and cationic polymer is added.

In U.S. Pat. No. 3,052,595, mineral filler, polyacrylamide and 1 to 20% bentonite, by weight based on the weight of filler, are incorporated in the stock. It is stated that the polymer could be added to the stock either before or after the addition of fillers but the preferred process involves adding the bentonite to a stock containing the remainder of the fillers and the fibres, and then adding the polymer. In each instance the polymer used in this process is substantially non-ionic polyacrylamide. In EP No. 17353, unfilled paper is made from crude pulp by adding bentonite to the stock followed by substantially non-ionic polyacrylamide.

FI No. 67735 describes a process in which a cationic polymer and an anionic component are included in the stock to improve retention and the resultant sheet is sized. It is stated that the cationic and anionic components can be pre-mixed but preferably the anionic component is first added to the stock followed by the cationic, or they are added separately at the same place. The stock is agitated during the addition. It is stated that the amount of cationic is 0.01 to 2%, preferably 0.2 to 0.9%, and the amount of anionic is 0.01 to 0.6%, preferably 0.1 to 0.5%. The cationic retention aid is said to be selected from cationic starch and cationic polyacrylamide or certain other synthetic polymers while the anionic component is said to be polysilicic acid, bentonite, carboxymethyl cellulose or anionic synthetic polymer. In the examples, the anionic component is colloidal silicic acid in an amount of 0.15% and the cationic component is cationic starch in an amount of 0.3 or 0.35% and is added after the colloidal silicic acid.

FI No. 67736 describes a process in which the same chemical types of materials are used as in FI No. 67735 but the size is added to the stock. It is again stated to be preferred to add the anionic component before the cationic component or to add both components at the same place (while maintaining the stock adequately agitated). However it is also stated that when synthetic polymer alone is used as the retention aid (i.e., presumably meaning a combination of synthetic cationic polymer and synthetic anionic polymer), it is advantageous to add the cationic before the anionic. Most of the examples are laboratory examples and show adding 0.15% colloidal silica sol to relatively thick stock, followed by 1 to 2% cationic starch followed by a further 0.15% colloidal silica sol. In one example, the 1–2% cationic starch is replaced by 0.025% cationic polyacrylamide. In the only example of an actual production process, the cationic starch, filler and some anionic silica sol are all mixed into thick stock at the same place and the remain-

4,753,710

3

der of the silica sol is added later, but the precise points of addition, and the intervening process steps, are not stated.

Arledter in Papier, Volume 29, number 10a, October 1975, pages 32 to 43, especially page 36, examined possible synergistic combinations of additives for cellulosic suspensions. He showed that when using a combination of 0.005% polyethylene oxide of very high molecular weight and 0.12% melamine formaldehyde resin, retention was improved only slightly if they were both added at the chest (early in the process), retention was improved if the melamine formaldehyde was added at the head box (near the end of the process) whilst the other polymer was still added at the chest, but best results were achieved when both polymers were added at the head box. Thus best results were obtained when no shear was applied after flocculation.

Auhorn in Wochenblatt Fur Papierfabrikation, Volume 13, 1979, pages 493 to 502, especially page 500, showed the use of bentonite in combination with 0.3% cationic polyelectrolyte. It appears that the bentonite absorbed impurities from the suspension prior to the addition of the polyelectrolyte. Chalk was said to behave in a similar manner. In a paper presented by Auhorn to the Wet End Paper Technology Symposium, Munich, Mar. 17 to 19, 1981, he showed that applying shear to the aqueous suspension after the addition of polymeric retention aid gave a serious decrease in retention properties. He also examined the effect of adding bentonite to the suspension and then adding 0.04% cationic polymer before or after the selectifier (a form of centriscreen). He demonstrated that greatly improved retention was obtained when the polymer was added after the selectifier (i.e., after the shearing) than before.

Tanaka in Tappi, April 1982, Volume 65, No. 4, pages 95 to 99, especially page 98, indicated that when making paper filled with clay there was slightly better retention of clay when the clay was added after the polymer than before but warned that the system is highly shear sensitive.

Waech in Tappi Journal, March 1983, pages 137 to 139 showed that when making paper filled with kaolin clay using a synthetic cationic polymeric retention aid, retention is significantly improved if all the kaolin is added after the retention aid instead of before. Waech also showed that retention is improved less if the retention aid is added before the fan pump.

Luner in Tappi Proceedings, 1984 Paper Makers Conference, pages 95 to 106, confirmed these results and suggested that they were due to the pulp being positively charged by the cationic polymer before the addition of anionic clay, and clearly demonstrated that although the process gave improved retention, it gave markedly reduced burst strength, compared to a process in which the clay is added before the retention aid.

The late addition of all the clay filler incurs other disadvantages. It would be very difficult in practice to operate this in a controlled manner because of the variable filler content of the recycled pulp that is used in many mills to supply part at least of the initial fibre pulp. It would be difficult or impossible to adapt paper mills to allow for the uniform addition of large amounts of filler at a late stage. Finally, these processes are of course inappropriate when no significant amount of filler is to be incorporated into the suspension, e.g., for unfilled papers.

4

In practice therefore, whenever a synthetic polymeric retention aid is included in the stock it is always added after the last point of high shear so as to avoid the dramatic loss of retention that is accepted as inevitable if the flocculated system is sheared and that is shown, as mentioned above, by Auhorn. In particular, the synthetic polymeric retention aid is always added after the centriscreen.

In many of these processes a starch, often a cationic starch, is also included in the suspension in order to improve the burst strength. Whereas cationic synthetic polymeric retention aids are substantially linear molecules of relatively high charge density, cationic starch is a globular molecule having relatively low charge density.

A process that is apparently intended to obtain both good strength properties and satisfactory retention properties is described in U.S. Pat. No. 4,388,150 and uses colloidal silicic acid and cationic starch. It is said that the components may be pre-mixed and then added to the stock but that preferably the mixing is conducted in the presence of the stock. It is said that the best results are obtained if the colloidal silicic acid is mixed into the stock and the cationic starch is then added. It appears that a binder complex is formed between the colloidal silicic acid and the cationic starch and it is said that results improve as the Zeta potential in the initial anionic stock moves towards zero. This suggests that the binder complex is intended to have some coagulation effect upon the stock.

A process has been commercialised by the assignees of U.S. Pat. No. 4,388,150 under the trade name Compozil. The trade literature on this states that the system is an advantage over "two component systems containing long-chain linear polymers" and further states that the anionic colloidal silica is "the unique part of the system", is "not a silica pigment", and "acts to agglomerate the fines, filler and fibre already treated with the cationic starch". The system is also described in Paper, Sept. 3, 1985 pages 18 to 20 and again it is stated that the anionic silica acid is a colloidal solution that gives the system its unique properties.

Although the system can, in some processes, give a good combination of strength and process performance it suffers from a number of disadvantages. The colloidal silica, that is essential, is very expensive. The cationic starch has to be used in very large quantities. For instance the examples in U.S. Pat. No. 4,388,150 show that the amount of cationic starch and colloidal silica that are added to the stock can be as high as 15% combined dry solids based on the weight of clay (clay is usually present in an amount of about 20% by weight of the total solids in the stock). Further, the system is only successful at a very narrow range of pH values, and so cannot be used in many paper making processes.

W086/05826 was published after the priority date of the present application and recognises the existence of some of these problems, and in particular modified the silica sol in an attempt to make the system satisfactory at a wider range of pH values. Whereas FI 67736 describes, inter alia, the use of bentonite or colloidal silica in combination with, e.g., cationic polyacrylamide and exemplified adding the cationic polyacrylamide with agitation followed by addition of some of the colloidal silica sol, in W086/05826 the colloidal silica sol is modified. In particular, cationic polyacrylamide is used in combination with a sol of colloidal particles having at least one surface layer of aluminium silicate or alumini-

4,753,710

**5**

um-modified silicic acid such that the surface groups of the particles contain silicon atoms and aluminium atoms in a ratio of from 9.5:0.5 to 7.5:2.5. The ratio of 7.5:2.5 is achieved by making aluminium silicate by precipitation of water glass with sodium aluminate. It is stated that the colloidal sol particles should have a size of less than 20 nm and is obtained by precipitation of water glass with sodium aluminate or by modifying the surface of a silicic acid sol with aluminate ions. We believe that the resultant sol is, like the starting silicic acid sol, a relatively low viscosity fluid in contrast to the relatively thixotropic and pasty consistency generated by the use of bentonite as proposed in FI No. 67736.

No detailed description is given as to the process conditions that should be used for adding the polymer and the sol and so presumably any of the orders of addition described in U.S. Pat. No. 4,388,150 are suitable. Improved retention compared to, for instance, the use of a system comprising bentonite sold under the trade name "Organosorb" in W086/05826 is demonstrated, as are improved results at a range of pH values, but the necessity to start with collidal silica and then modify it is a serious cost disadvantage.

The use of cationic polymer in the presence of synthetic aluminium silicate has been described by Pummer in Das Papier, 27, volume 10, 1973 pages 417 to 422, especially 421.

It would be desirable to be able to devise a dewatering process for the manufacture of both filled and unfilled papers that can have good burst strength and, in particular, to devise such a process that has dewatering performance (retention, drainage and/or drying) and formation properties as good as or preferably better than the Compozil system or the system of U.S. Pat. No. 4,388,150 whilst avoiding the need to use expensive materials such as colloidal silicic acid or large amounts of cationic starch, and which does not suffer from the pH restrictions inherent in the Compozil process.

According to the invention, paper or paper board is made by forming an aqueous cellulosic suspension, passing the suspension through one or more shear stages selected from cleaning, mixing and pumping stages, draining the suspension to form a sheet and drying the sheet, and the suspension that is drained includes organic polymeric material and inorganic material, characterised in that the inorganic material comprises bentonite which is added to the suspension after one of the said shear stages, and the organic polymeric material comprises a substantially linear, synthetic, cationic polymer having molecular weight above 500,000 which is added to the suspension before that shear stage in an amount which is at least about 0.03%, based on the dry weight of the suspension, when the suspension contains at least about 0.5% cationic binder or is at least about 0.06% when the suspension is free of cationic binder or contains cationic binder in an amount of less than 0.5%.

The process of the invention can give an improved combination of drainage, retention, drying and formation properties, and it can be used to make a wide range of papers of good formation and strength at high rates of drainage and with good retention. The process can be operated to give a surprisingly good combination of high retention with good formation. Because of the good combination of drainage and drying, it is possible to operate the process at high rates of production and with lower vacuum and/or drying energy that is normally required for papers having good formation. The process can be operated successfully at a wide range of

**6**

pH values and with a wide variety of cellulosic stocks and pigments. Although it is essential in the invention to use more synthetic polymer than has conventionally been used as a polymeric retention aid, the amounts of additives are very much less than the amounts used in, for instance, the Compozil process and the process does not necessitate the use of expensive anionic components such as colloidal silica or modified colloidal silica.

Whereas it is stated in the Compozil literature to be essential to use anionic colloidal silica, and whereas we confirm below that the replacement of colloidal silica be bentonite when using cationic starch does give inferior results, in the invention the use of bentonite gives improved results. Whereas the Compozil literature says that there is an advantage in that process over processes using long chain linear polymers, in the invention such polymers must be used and give improved results.

Conventional practice, for instance as mentioned by Auhorn, has established that retention is worse if the flocculated stock is subjected to shear before dewatering. In the invention, however, we subject the flocculated stock to shear and preferably we subject it to the very high shear that prevails in the centriscreen. Whereas Waech and Luner did suggest adding polymer before pigment they did not suggest this high degree of shear nor the use of bentonite and their process led to an inevitable reduction in burst strength and other practice disadvantages, all of which are avoided in the invention.

Whereas FI No. 67736 did mention the possibility of using bentonite, silica sol, or anionic organic polymer in combination with cationic polyacrylamide, and whereas it did exemplify a process in which cationic polyacrylamide was added with agitation followed by colloidal silica, the amount of cationic polyacrylamide was too low for the purposes of the present invention and there was no suggestion that the polymer should be added before shearing in the centriscreen and the colloidal silica after.

Whereas W086/05826 exemplifies a range of processes in which cationic polymer is stirred into pulp and synthetically modified silica sol is then added, that process presumably differs from the process of FI 67736 by the use of the special silica sol rather than colloidal silica or bentonite, whereas in the invention bentonite is essential and gives better results than the special sol. W086/05826 does not suggest adding the cationic polymer before the centriscreen and the anionic component after the centriscreen.

The process of the invention can be carried out on any conventional paper making apparatus. The thin stock that is drained to form the sheet is often made by diluting a thick stock which typically has been made in a mixing chest by blending pigment, appropriate fibre, any desired strengthing agent or other additives, and water. Dilution of the thick stock can be by means of recycled white water. The stock may be cleaned in a vortex cleaner. Usually the thin stock is cleaned by passage through a centriscreen. The thin stock is usually pumped along the apparatus by one or more centrifugal pumps known as fan pumps. For instance the stock may be pumped to the centriscreen by a first fan pump. The thick stock can be diluted by white water to the thin stock at the point of entry of this fan pump or prior to the fan pump, e.g., by passing the thick stock and dilution water through a mixing pump. The thin stock may be cleaned further, by passage through a further centriscreen. The stock that leaves the final centriscreen may be passed through a second fan pump and/or a head box

4,753,710

7

prior to the sheet forming process. This may be by any conventional paper or paper board forming process, for example flat wire fourdrinier, twin wire former or vat former or any combination of these.

In the invention it is essential to add the specified synthetic polymer before the stock reaches the last point of high shear and to shear the resultant stock before adding the bentonite. It is possible to insert in the apparatus a shear mixer or other shear stage for the purpose of shearing the suspension in between adding the polymer and the bentonite but it is greatly preferred to use a shearing device that is in the apparatus for other reasons. This device is usually one that acts centrifugally. It can be a mixing pump but is usually a fan pump or, preferably, a centriscreen. The polymer may be added just before the shear stage that precedes the bentonite addition or it may be added earlier and may be carried by the stock through one or more stages to the final shear stage, prior to the addition of the bentonite. If there are two centriscreens, then the polymer can be added after the first but before the second. When there is a fan pump prior to the centriscreen, the polymer can be added between the fan pump and the centriscreen or into or ahead of the fan pump. If thick stock is being diluted in the fan pump then the polymer may be added with the dilution water or it may be added direct into the famp pump.

Best results are achieved when the polymer is added to thin stock (i.e., having a solids content of not more than 2% or, at the most, 3%) rather than to thick stock. Thus the polymer may be added direct to the thin stock or it may be added to the dilution water that is used to convert thick stock to thin stock.

The addition of the large amounts of synthetic polymer causes the formation of larger flocs and these are immediately or subsequently broken down by the high shear (usually in the shear mixer and/or centriscreen to very small flocs that can be termed stable microflocs.

The resultant stock is a suspension of these stable microflocs and bentonite is then added to fit. The stock must be stirred sufficiently to distribute the bentonite throughout the stock. If the stock that has been treated with bentonite is subsequently subjected to substantial agitation or high shear, this will tend to reduce the retention properties but improve still further the formation. For instance the stock containing bentonite could be passed through a centriscreen prior to drainage and the product will then have very good formation properties but possibly reduced retention compared to the results if the bentonite was added after the centriscreen. Because formation of the final sheet is usually good, in the invention, if the bentonite is added just before sheet formation, and because it is generally desired to optimise retention, it is usually preferred to add the bentonite after the last point of high shear. Preferably the polymer is added just before the final fan pump and/or final centriscreen and the stock is led, without applying shear, from the final centriscreen or fan pump to a headbox, the bentonite is added either to the headbox or between the centriscreen and the headbox, and the stock is then dewatered to form the sheet.

In some processes it is desirable to add some of the bentonite at one point and the remainder of the bentonite at a later point (e.g., part immediately after the centriscreen and part immediately before drainage, or part before the centriscreen or other device for applying the shear and part after).

8

The thin stock is usually brought to its desired final solids concentration, by dilution with water, before the addition of the bentonite and generally before (or simultaneously with) the addition of the polymer but in some instances it is convenient to add further dilution water to the thin stock after the addition of the polymer or even after the addition of the bentonite.

The initial stock can be made from any conventional paper making stock such as traditional chemical pulps, for instance bleached and unbleached sulphate or sulphite pulp, mechanical pumps such as groundwood, thermomechanical or chemi-thermomechanical pulp or recycled pulp such as deinked waste, and any mixtures thereof.

The stock, and the final paper, can be substantially unfilled (e.g., containing less than 10% and generally less than 5% by weight filler in the final paper) or filler can be provided in an amount of up to 50% based on the dry weight of the stock or up to 40% based on dry weight of paper. When filler is used any conventional filler such as calcium carbonate, clay, titanium dioxide or talc or a combination may be present. The filler (if present) is preferably incorporated into the stock in conventional manner, before addition of the synthetic polymer.

The stock may include other additives such as rosin, alum, neutral sizes or optical brightening agents. It may include a strengthening agent and this can be a starch, often a cationic starch. The pH of the stock is generally in the range 4 to 9 and a particular advantage of the process is that it functions effectively at low pH values, for instance below pH 7, whereas in practice the Compozil process requires pH values of above 7 to perform well.

The amounts of fibre, filler, and other additives such as strengthening agents or alum can all be conventional. Typically the thin stock has a solids content of 0.2 to 3% or a fibre content of 0.1 to 2%. The stock preferably has a solids content of 0.3 to 1.5% or 2%.

The organic, substantially linear, synthetic polymer must have a molecular weight above about 500,000 as we believe it functions, at least in part, by a bridging mechanism. Preferably the molecular weight is above about 1 million and often above about 5 million, for instance in the range 10 to 30 million or more.

The polymer must be cationic and preferably is made by copolymerising one or more ethylenically unsaturated monomers, generally acrylic monomers, that consist of or include cationic monomer.

Suitable cationic monomers are dialkyl amino alkyl -(meth) acrylates or -(meth) acrylamides, either as acid salts or, preferably, quaternary ammonium salts. The alkyl groups may each contain 1 to 4 carbon atoms and the aminoalkyl group may contain 1 to 8 carbon atoms. Particularly preferred are dialkylaminoethyl (meth) acrylates, dialkylaminomethyl (meth) acrylamides and dialkylamino-1,3-propyl (meth) acrylamides. These cationic monomers are preferably copolymerised with a non-ionic monomer, preferably acrylamide and preferably have an intrinsic viscosity above 4 dl/g. Other suitable cationic polymers are polyethylene imines, polyamine epichlorhydrin polymers, and homopolymers or copolymers, generally with acrylamide, of monomers such as diallyl dimethyl ammonium chloride. Any conventional cationic synthetic linear polymeric flocculant suitable for use as a retention aid on paper can be used.

The polymer can be wholly linear or it can be slightly cross linked, as described in EP 202780, provided it still

4,753,710

9

has a structure that is substantially linear in comparison with the globular structure of cationic starch.

For best results the cationic polymer should have a relatively high charge density, for instance above 0.2, preferably at least 0.35, most preferably 0.4 to 2.5 or more, equivalents of nitrogen per kilogram of polymer. These values are higher than the values obtainable with cationic starch having a conventional relatively high degree of substitution, since typically this has a charge density of below 0.15 equivalents nitrogen per kg starch. When the polymer is formed by polymerisation of cationic, ethylenically unsaturated, monomer optionally with other monomers the amount of cationic monomer will normally be above 2% and usually above 5% and preferably at least about 10% molar based on the total amount of monomers used for forming the polymer.

The amount of synthetic linear cationic polymer used in conventional processes as retention aid is, in the substantial absence of cationic binder, is typically between 0.01 and 0.05% (dry polymer based on dry weight of paper), often around 0.02% (i.e., 0.2 k/t). Lower amounts can be used. In these processes no significant shear is applied to the suspension after adding the polymer. If the retention and formation of the final paper is observed at increasing polymer dosage it is seen that retention improves rapidly as the dosage is increased up to, typically, 0.02% and that further increase in the dosage gives little or no improvement in retention and starts to cause deterioration in formation and drying, because the overdosing of the flocculant results in the production of flocs of increased size. The optimum amount of polymeric flocculant in conventional processes is therefore at or just below the level that gives optimum retention and this amount can easily be determined by routine experimentation by the skilled mill operator.

In the invention we use an excess amount of cationic synthetic polymer, generally 1.1 to 10 times, usually 3 to 6 times, the amount that would have been regarded as optimum in conventional processes. The amount will therefore normally always be above 0.03% (0.3 k/t) and in some instances adequate results can be achieved with dosages as low as this if the stock to which the polymer is added already contains a substantial amount, e.g., 0.5%, cationic binder. However if the stock is free of cationic binder or only contains a small amount then the dosage of polymer will normally have to be more, usually at least 0.06% (0.6 k/t). This is a convenient minimum even for stocks that do contain a large amount of cationic binder. Often the amount is at least 0.08%. The amount will usually be below 0.5% and generally below 0.2% with amounts of below 0.15% usually being preferred. Best results are generally obtained with 0.06 to 0.12 or 0.15%.

If cationic binder is present, it will be present primarily to serve as a strengthening aid and its amount will usually be below 1%, preferably below 0.5%. The binder may be starch, urea formaldehyde resin or other cationic strengthening aid.

The use of an excess amount of synthetic polymeric flocculant is thought to be necessary to ensure that the shearing that occurs in the centriscreen or other shear stage results in the formation of microflocs which contain or carry insufficient cationic polymer to render parts at least of their surfaces sufficiently cationically charged. Surprisingly it is not essential to add sufficient cationic polymer to render the whole suspension cati-

10

onic. Thus the Zeta potential of the stock can, prior to addition of the bentonite, be cationic or anionic, including for instance −25 mv. It would normally be expected that the addition of anionic bentonite to a suspension having a significant negative Zeta potential (e.g., below −10 mv) would not give satisfactory results and U.S. Pat. No. 4,388,150 suggests that best results are achieved when the Zeta potential following the addition of the starch and the anionic silica approaches zero. The article by Luner also proposed neutralisation of the charges in the suspension by the polymer.

Whether or not a sufficient excess of cationic polymer has been added (and presumably whether or not the resultant suspension has a sufficient cationic charge) can easily be determined experimentally by plotting the performance properties in the process, with a fixed amount of bentonite and a fixed degree of shear, at various levels of polymeric addition. When the amount of polymer is insufficient (e.g., being the amount typically used in the prior art), the retention and other properties are relatively poor. As the amount is gradually increased a significant increase in retention and other performance properties is observed, and this corresponds with the excess that is desired in the invention. Further increase in the amount of flocculant, far beyond the level at which the significant improvement in performance occurs, is unnecessary and, for cost reasons, undesirable. Naturally this test with the bentonite must be conducted after subjecting the flocculated suspension to very high shear so as to break it down to microflocs. As a result of having sufficient flocculant, these flocs are sufficiently stable to resist further degradation during the shearing in the centriscreen or other shear stage.

It is essential in the invention to use a cationic polymer as the first component, rather than a non-ionic or anionic polymer and, as the second component, it is essential to use bentonite rather than any other anionic particulate material. Thus colloidal silica or modified colloidal silica gives inferior results and the use of other very small anionic particles or the use of anionic soluble polymers also gives very inferior results.

The amount of bentonite that has to be added is generally in the range 0.03 to 0.5%, preferably 0.05 to 0.3% and most preferably 0.08 or 0.1 to 0.2%.

The bentonite can be any of the materials commercially referred to as bentonites or as bentonite-type clays, i.e., anionic swelling clays such as sepialite, attapulgite or, preferably, montmorillinite. The montmorillinites are preferred. Bentonites broadly as described in U.S. Pat. No. 4,305,781 are suitable.

Suitable montmorillonite clays include Wyoming bentonite or Fullers Earth. The clays may or may not be chemically modified, e.g., by alkali treatment to convert calcium bentonite to alkali metal bentonite.

The swelling clays are usually metal silicates wherein the metal comprises a metal selected from aluminium and magnesium, and optionally other metals, and the ratio silicon atoms:metal atoms in the surface of the clay particles, and generally throughout their structure, is from 5:1 to 1:1. For most montmorillonites the ratio is relatively low, with most or all of the metal being aluminium but with some magnesium and sometimes with, for instance a little iron. In other swelling clays however, some or all of the aluminium is replaced by magnesium and the ratio may be very low, for instance about 1.5 in sepialite. The use of silicates in which some

4,753,710

**11**

of the aluminium has been replaced by iron seems to be particularly desirable.

The dry particle size of the bentonite is preferably at least 90% below 100 microns, and most preferably at least 60% below 50 microns (dry size). The surface area of the bentonite before swelling is preferably at least 30 and generally at least 50, typically 60 to 90, $m^2/gm$ and the surface area after swelling is preferably 400–800 $m^2/g$. The bentonite preferably swells by at least 15 or 20 times. The particle size after swelling is preferably at least 90% below 2 microns.

The bentonite is generally added to the aqueous suspension as a hydrated suspension in water, typically at a concentration between 1% and 10% by weight. The hydrated suspension is usually made by dispersing powdered bentonite in water.

The choice of the cellulosic suspension and its components and the paper making conditions may all be varied in conventional manner to obtain paper ranging from unfilled papers such as tissue, newsprint, groundwood specialities, supercalendered magazine, highly filled high quality writing papers, fluting medium, liner board, light weight board to heavy weight multiply boards or sack kraft paper.

The paper may be sized by conventional rosin/alum size at pH values ranging between 4 and 6 or by the incorporation of a reactive size such as ketene dimer or alkenyl succinic anhydride where the pH conditions are typically between 6 and 9.

The reactive size when used can be supplied as an aqueous emulsion or can be emulsified in situ at the mill with suitable emulsifiers and stabilisers such as cationic starch.

Preferably the reactive size is supplied in combination with a polyelectrolyte in known manner. The size and the polyelectrolyte can be supplied to the user in the form of an anhydrous dispersion of the polyelectrolyte in a non-aqueous liquid comprising the size, as described in EP Nos. 141641 and 200504. Preferably the polyelectrolyte for application with the size is also suitable as the synthetic polymeric retention aid in the invention in which event the size and all the synthetic polymer can be provided in a single anhydrous composition of the polymer dispersed in the anhydrous liquid phase comprising the size.

Suitable methods of making the anhydrous compositions, and suitable sizes, are described in those European specifications. The anhydrous dispersions may be made by formation of an emulsion of aqueous polymer in oil followed by dehydration by azeotroping in conventional manner and then dissolution of the size in the oil phase, with optional removal of the oil phase if appropriate. The emulsion can be made by emulsification of an aqueous solution of the polymer into the oil phase but is preferably made by reverse phase polymerisation. The oil phase will generally need to include a stabiliser, preferably an amphipathic oil stabiliser in order to stabilise the composition.

In the following examples the following polymers are used:

A: a copolymer formed of 70% by weight acrylamide and 30% dimethyl aminoethyl acrylate quaternised with methyl chloride and having intrinsic viscosity (IV) 7 to 10.

B: a copolymer of 90 weight % acrylamide and 10 weight % dimethyl aminoethyl methacrylate having IV 7 to 10.

C: polyethyleneimine (Polymin SK B.A.S.F.)

**12**

D: polydiallyl dimethyl ammonium chloride

E: a medium molecular weight copolymer of diallyl dimethyl ammonium chloride, acrylamide 70:30 IV of 1.5

F: a quaternised dimethylaminomethyl acrylamide copolymer with 50% acrylamide and having IV 1.0

G: a copolymer of 70% by weight acrylamide and 30% sodium acrylate, IV 12

S: high molecular weight potato starch with high degree of cationic substitution

CSA: colloidal silicic acid

AMCSA: aluminium modified silicic acid

The bentonite in each example was a sodium carbonate activated calcium montmorillonite. Examples 1 to 3 are examples of actual paper process. The other examples are laboratory tests that we have found to give a reliable indication of the results that will be obtained when the same materials are used on a mill with the polymer being added before the centriscreen (or the final centriscreen if there is more than one) and with the bentonite being added after the last point of high shear.

**EXAMPLE 1**

Three retention aid systems were compared on an experimental machine designed to simulate full scale modern papermaking machine conditions. In this, thick sized stock was mixed with white water from a wire pit and was passed through a mixing pump. The resultant thin stock was passed through a dearator and was then fed by a fan pump to a flow box, from which it was flowed on to the wire to form a sheet, the drained water being collected in the wire pit and recycled.

System (I) involved the addition of 0.03% Polymer A added just after the fan pump, i.e., after last point of high shear.

System (II) involved the addition of 1.5% cationic starch just before mixing the stock with the white water, and 0.2% colloidal silica (the optimised Compozil System) just after the fan pump.

System (III) involved the addition of 0.15% Polymer A to the white water just before mixing with the stock, followed by 0.2% bentonite just after the fan pump, as a hydrated slurry.

The performance of these systems was evaluated on stock consisting of 50% bleached birch and 50% bleached pine, with 20% $CaCO_3$, at 0.7% consistency and pH 8.0 sized with an alkylketene dimer.

The first pass retention values and the web dryness after the wet presses on machine were recorded in Table 1.

TABLE 1

| System | Retention % | Dryness % |
|--------|-------------|-----------|
| I | 35 | 42.75 |
| II | 74 | 44.6 |
| III | 92 | 45.75 |

This clearly demonstrates the significant advantage of the invention (system III) compared to the two prior processes (systems I and II) both as regards retention and dryness. Although the increase in dryness is numerically relatively small, commercially this difference is very significant and allows either an increase in machine speed and or decreased steam demand in the drying section.

4,753,710

**13**

### EXAMPLE 2

The process of Example 1 was repeated using a stock and retention aid systems II and III as described in Example 1 but under acid sizing conditions using rosin alum and filled with china clay instead of $CaCO_3$. The pH of the stock was 5.0. Addition points were as described in EXAMPLE 1.

TABLE 2

| System | Retention % | Dryness % |
|--------|-------------|-----------|
| II | 84.0 | 45.75 |
| III | 88.0 | 46.60 |

This clearly demonstrates the significant advantage of System III over the prior process (System II), both with regard to retention and web dryness after the presses.

### EXAMPLE 3

A full scale machine trial was carried out on a four-drinier machine producing 19 t/hour of unbleached sack kraft. In this process, thick stock was diluted with white water from a silo and the stock passed through a mixing pump and dearator to a second dilution point at which further white water was added to make the final thin stock. This stock was fed to four centriscreens in parallel, all discharging into a loop that lead to the headbox that supplied the screen. The thin stock contained 0.15% cationic starch as a strengthening aid and 1% cationic urea formaldehyde wet strength resin. Machine speed was 620 m/min.

Polymer A dosage was 0.03% added to the white water at the second dilution point. The bentonite dosage was 0.2% added to the thin stock either just before the centriscreens or in the loop after the centriscreens. The results are in Table 3.

TABLE 3

| Additive | % Retention |
|----------|-------------|
| Nil | 82.2 |
| A + Bentonite before centriscreens | 86.8 |
| A + Bentonite after centriscreens | 92.7 |

Under equilibrium running conditions using the retention aid system where the bentonite was added after the centriscreens, the couch vacuum was reduced by 30% and the drying steam demand by 10% compared to the system when the bentonite was added before the centriscreens. The mill reported no change in formation during the trial.

These results clearly demonstrated the benefit of adding the bentonite after shear.

### EXAMPLE 4

Britt jar tests were carried out on a neutral sized stock consisting of birch (15%), spruce (30%), and 55% broke with 25% added calcium carbonate filler (the percentages for the initial solids in the stock in this and other examples are by weight of fibre). The stock had pH 8.0 and contained a conventional ketene dimer sizing agent and 0.5 cationic starch S as a strengthening aid.

The shear condition of the Britt jar was adjusted to give a first pass retention in the region of 55-60% in the absence of the additive. Cationic polyacrylamide A (if used) was added to 500 ml of thin stock (0.6% consistency) in a measuring cylinder. The cylinder was inverted four times to achieve mixing and the flocculated stock was transferred to the Britt jar tester. The flocs at

**14**

this stage were very large and were clearly unsuitable for production of paper having good formation of drying properties. The stock was sheared for one minute and then bentonite (if used) was added. Retention performance was observed.

Laboratory drainage evaluations were also carried out on the same stock using a standard Schopper Reigler freeness tester. The machine orifice was plugged and time was measured for 500 ml of white water to drain from 1 liter of the same stock treated as above. The results are shown in Table 4 below.

TABLE 4

| Test | Polymer % | Bentonite % | % Retention | Drainage (secs) |
|------|-----------|-------------|-------------|-----------------|
| 1 | 0 A | 0 | 56.9 | 56 |
| 2 | 0.05 A | 0 | 61.0 | 41 |
| 3 | 0.1 A | 0 | 61.4 | 28 |
| 4 | 0.15 A | 0 | 61.7 | 25 |
| 5 | 0.1 A | 0.2 | 63.7 | 14 |
| 6 | 0.15 A | 0.2 | 81.7 | 7 |

Comparison of tests 4 and 6 demonstrates the significant advantage from adding bentonite and comparison of tests 5 and 6 shows the benefit of increasing the amount of polymer A to 0.15 k/t for this particular stock. The sheared suspension in test 6 had a stable microfloc structure. The amount of polymeric in test 5 was not quite sufficient for a good structure using this particular stock.

### EXAMPLE 5

The process of example 4 was repeated except that the stock was a conventional rosin alum sized stock having pH 5.5 and did not contain the cationic starch. The results are shown in Table 5.

TABLE 5

| Polymer % | Bentonite % | Drainage (secs) |
|-----------|-------------|-----------------|
| 0 | 0 | 117 |
| 0.1 A | 0 | 70 |
| 0.15 A | 0 | 77 |
| 0.1 A | 4 | 31 |
| 0.15 A | 4 | 23 |

### EXAMPLE 6

A stock was formed as in Example 4 but did not contain the starch and was tested as in Example 4. The results are shown in Table 6.

TABLE 6

| Test | Polymer % | Inorganic Additive % | % Retention |
|------|-----------|----------------------|-------------|
| 1 | 0 | 0 | 58 |
| 2 | 1 S | 0 | 58.4 |
| 3 | 0.5 S | 0.2 CSA | 77.8 |
| 4 | 1 S | 0.2 CSA | 79.2 |
| 5 | 1 S | 0.4 Bentonite | 66.6 |
| 6 | 1 S | 0.6 Bentonite | 69.5 |
| 7 | 0.15 B | 0.2 CSA | 70 |
| 8 | 0.15 B | 0.4 Bentonite | 83.0 |
| 9 | 0.15 A | 0.2 CSA | 70.8 |
| 10 | 0.15 A | 0 | 62.3 |
| 11 | 0.15 A | 0.4 Bentonite | 84.2 |
| 12 | 0.05 B + 0.5 S | 0.4 Bentonite | 70.5 |
| 13 | 0.1 B + 0.5 S | 0.4 Bentonite | 82.2 |

Tests 3 and 4 are similar to the Compozil system and show the use of cationic starch followed by anionic colloidal silica. Comparison of test 4 with tests 5 and 6

4,753,710

**15**

demonstrates that replacing the anionic colloidal silica with bentonite gives worse results. Similarly comparison of tests 3 or 4 with tests 7 or 9 shows that replacing the cationic starch with a synthetic flocculant gives worse results.

Comparison of tests 12 and 13 indicates that the amount of synthetic flocculant in test 12 is in adequate. Tests 8, 11 and 13 demonstrate the excellent results obtained in the invention. The advantage of the processes of the invention using bentonite (tests 8, 11 13) over the use of colloidal silica (tests 7, 9) is apparent.

EXAMPLE 7

A stock was formed as in Example 4 but with no filler and was treated with polymer A before the shearing and with bentonite or specified filler after the shearing. The results are shown in Table 7.

TABLE 7

| Test | Polymer % | Inorganic % | Retention B/W Solids | Drainage Time (secs) |
|---|---|---|---|---|
| 1 | 0 | 0 | 1023 | 33 |
| 2 | 0.1 A | 0 | 705 | 24 |
| 3 | 0.1 A | 0.05 Bentonite | 315 | 10 |
| 4 | 0.1 A | 0.1 Bentonite | 205 | 5 |
| 5 | 0.1 A | 0.2 Bentonite | 180 | 5 |
| 6 | 0.1 A | 0.1 Clay | 710 | 25 |
| 7 | 0.1 A | 0.1 $CaCO_3$ | 700 | 25 |
| 8 | 0.1 A | 0.1 $TiO_2$ | 740 | 25 |

This clearly demonstrates the superiority of the use of bentonite over other pigmentary fillers. Much better drainage values can be obtained by increasing the amount of clay, $CaCO_3$ or $TiO_2$ filler that is added after the polymer, but this is impractible and the sheet strength is reduced.

EXAMPLE 8

Laboratory drainage evaluations were carried out as in Example 4 on a 0.5% stock comprised of bleached kraft (60%) bleached birch (30%) and broke (10%). The stock was sized with an alkenyl succinic anhydride size at pH 7.5.

The treated stocks were prepared by adding the desired quantity of dilute polymer solution (0.05%) to 1 liter of stock in a measuring cylinder. The cylinder was inverted four times to effect mixing and transferred to a beaker and sheared mechanically with a conventional propellor stirrer (1,500 rpm) for 1 minute.

After shearing, the stock was transferred back to the measuring cylinder and bentonite as a 1% hydrated slurry was added as required to give the appropriate dose. The cylinder was again inverted four times to effect mixing and transferred to the modified Schopper Riegler apparatus for drainage evaluation.

In the cases where only polymer was added, the polymer treated stock was transferred to the Schopper Riegler apparatus immediately after cylinder inversion and was not subjected to shear.

A range of cationic polymers was evaluated at a constant dose level of 0.1% dry polymer on dry weight of paper. Table 8 shows the results achieved with and without further addition of bentonite.

TABLE 8

| | Drainage Time (secs) | |
|---|---|---|
| Additive | No Bentonite | Bentonite Addition 0.2% |
| Blank | 71 | 68 |
| Polymer C | 35 | 19 |

**16**

TABLE 8-continued

| | Drainage Time (secs) | |
|---|---|---|
| Additive | No Bentonite | Bentonite Addition 0.2% |
| Polymer D | 53 | 32 |
| Polymer E | 46 | 22 |
| Polymer F | 30 | 12 |

Clearly all the polymers gave advantageous drainage benefits to the stock when added alone as single additions, but all show substantial further improvement when the polymer was added before shearing and bentonite is added after shearing.

The size was provided initially as an anhydrous dispersion as described in EP No. 141641. For instance polymer E could be formulated into a dispersion as in examples 1 to 5 of that specification and the resultant dispersion in oil could be dispersed into water, thereby dissolving the polymer and emulsifying the size, by use of an oil in water emulsifying agent, so as to form an aqueous concentrate that is then added to the cellulosic suspension.

EXAMPLE 9

Retention evaluations were carried out on a stock consisting of 60% Bleached Kraft, 40% Bleached Birch and 10% Broke with 20% added calcium carbonate. The stock consistency was 0.7% and a pH of 8.0.

The retention evaluation was carried out using the Britt Dynamic Drainage Jar using the following procedure:

The first component, (cationic starch or cationic polyacrylamide) was added to a 1 liter measuring cylinder containing starch. The cylinder was inverted four times to effect mixing and transferred to the Britt Jar. The treated stock was sheared for 1 minute at a stirrer speed of 1500 rpm. The second component was then added (bentonite or polysilicic acid), the stirrer speed was immediately reduced to 900 rpm and mixing continued for 10 seconds. Drainage was allowed to start and the drained white water was collected, filtered and weighed dry. The total first pass retention was calculated from the data.

The results are shown in Table 9.

TABLE 9

| Test | Polymer % | Inorganic % | % Retention |
|---|---|---|---|
| 1 | Nil | Nil | 65 |
| 2 | 0.1 A | Nil | 81 |
| 3 | 0.1 A | 0.15 CSA | 85.4 |
| 4 | 0.1 A | 0.2 CSA | 85.9 |
| 5 | 0.1 A | 0.3 CSA | 86.2 |
| 6 | 0.1 A | 0.2 Bentonite | 93.3 |
| 7 | 0.5 S | 0.15 CSA | 86.2 |
| 8 | 0.1 S | 0.15 CSA | 88.2 |
| 9 | 0.5 S | 0.2 Bentonite | 79.5 |
| 10 | 0.1 S | 0.2 Bentonite | 81.2 |

Comparison of tests 3 to 5 with test 2 shows that the late addition of colloidal silica does improve the retention and so, as indicated in W086/05826, some benefit does follow from the addition of colloidal silica after synthetic linear polymer. However comparison of test 6 with tests 3 to 5 shows that bentonite gives very much better results than colloidal silica in these circumstances.

Comparison of tests 7 and 8 with tests 9 and 10 shows that when using cationic starch instead of a synthetic polymer colloidal silica gives better results. These re-

4,753,710

17

sults confirm the requirement in the Compozil process for using colloidal silica and suggest that a synergic effect exists between the cationic polymer and bentonite, but not between cationic starch and bentonite.

### EXAMPLE 10

Drainage times were recorded as in Example 4 on a stock formed of 50% bleached birch, 50% bleached kraft with 20% added calcium carbonate and having pH 7.5. In test 1, neither polymer nor particulate additive was added. In tests 2 to 15, 0.1% of Polymer A was added before the shearing. In tests 3 to 16, the specified amounts of various anionic additives were added. In tests 14, 0.2% bentonite was added but, instead of using Polymer A, 0.1% non-ionic polymer was used in test 14 and 0.1% anionic polymer was used in test 15. In test 16, polymer A and bentonite are added simultaneously before the shearing. The results are in Table 10.

TABLE 8

| Test | | Anionic Additive | Drainage Time (secs) |
|---|---|---|---|
| 1 | | NIL | 56 |
| 2 | | NIL | 34 |
| 3 | 0.2% | Bentonite | 6 |
| 4 | 0.2% | CSA | 12 |
| 5 | 10% | China Clay | 9 |
| 6 | 10% | Kieselguhr | 21 |
| 7 | 0.5% | alkali-swellable polyacrylic aqueous emulsion | 30 |
| 8 | 0.1% | alkali-swellable polyacrylic aqueous emulsion | 42 |
| 9 | 1% | water-swellable polyacrylamide dispersion in oil | 20 |
| 10 | 0.5% | water-swellable polyacrylamide dispersion in oil | 25 |
| 11 | 0.2% | water-swellable polyacrylamide dispersion in oil | 23 |
| 12 | 1% | sodium polyacrylate crosslinked fines | 27 |
| 13 | 1% | polyacrylamide crosslinked fines | 40 |
| 14 | 0.2% | bentonite (after non-ionic) | 52 |
| 15 | 0.2% | bentonite (after anionic) | 54 |
| 16 | 0.2% | bentonite (simultaneous) | 30 |

This confirms that bentonite has unique properties compared to other organic and inorganic anionic materials or colloidal silicic acid, provided it is added after the flocculated system has been sheared before the addition of bentonite.

### EXAMPLE 11

Retention tests were carried out using the Britt jar tester. Thin stock containing 20% china clay was placed in the Britt jar and 0.1% Polymer A was added. This was then sheared at 1000 rpm for 30 seconds. 0.2% bentonite was added and after allowing 5 seconds for mixing the test was carried out.

The procedure was repeated except 20% clay was added at the end instead of the 0.2% bentonite.

Standard 100 gsm sheets were prepared using the above two systems. Retention and Burst strength were recorded and results are shown in Table 11.

TABLE 11

| Additives | % Retention | Burst Strength KPA |
|---|---|---|
| 20% china clay + 0.1% Polymer A + 0.2% bentonite | 79.0 | 197 |
| 0.1% Polymer A + 20% china clay | 76.0 | 99 |

18

This shows that although the late addition of high levels of china clay can give reasonable retention results compared to the bentonite, it has a dramatic bad effect on sheet strength.

### EXAMPLE 12

Laboratory evaluations were carried out to compare different modes of addition of the polymer when using retention aid System III of Example 2.

Samples of thick stock and whitewater were obtained from a mill producing publishing grade papers from bleached chemical pulps filled with calcium carbonate and sized with alkylketene dimer size.

Thick stock consistency was 3.5% and the white water was 0.2%. The thick stock and white water were combined proportionately to give a thin stock consistency of 0.7%.

Laboratory retention evaluation were carried out using a Britt Dynamic Jar Tester as follows:

For the control without any retention aid, thick stock and white water were combined in the Britt Jar and sheared for 30 seconds at 1000 rpm. When the polymer was added to thick stock, the flocculated thick stock was sheared for 30 seconds at 1000 rpm. After addition of the white water, further mixing was carried out for 5 seconds at 1000 rpm followed by the bentonite additions which was mixed for a further 5 seconds before testing. When the polymer was added to the white water, this was sheared for 30 seconds at 1000 rpm followed by addition of thick stock, this was then mixed for a further 5 seconds before bentonite addition which as before was mixed for 5 seconds before testing. The results obtained are shown in Table 12.

Polymer A dosage used was 0.2% and bentonite dosage was 0.2%.

TABLE 12

| Order of Addition | % Retention |
|---|---|
| Thick stock + White water | 50.9 |
| Thick stock + White water + Polymer A + Bentonite | 70.5 |
| Thick stock + Polymer A + White water + Bentonite | 56.5 |
| White water + Polymer A + Thick stock + Bentonite | 71.4 |

This shows the benefit of adding the polymer to the thin stock, or to the dilution water for the thin stock, in preference to adding the polymer to thick stock.

### EXAMPLE 13

Aluminium modified silicic acid sol AMCSA was prepared by treatment of colloidal silicic acid with sodium aluminate according to W086/0526 (AMCSA). It was compared at two pH values with CSA and bentonite, after Polymer A, as follows.

The paper making stock was prepared from bleached kraft (50%), bleached birch (50%) and beaten to 45° SR, and diluted to 0.5% consistency. The thick stock was split into two portions. The pH of one portion was 6.8, and hydrochloric acid was added to the other portion to adjust the pH to 4.0.

600 mls of stock was added to a Beritt jar and 0.5% solution of polymer A added to give a dose level of 0.1% dry polymer on dry paper. The flocculated thin stock was sheared for 60 seconds at 1500 rpm in the Britt jar after which the contents were transferred to a 1 liter measuring cylinder and the anionic component was added. The cylinder was inverted four times to

4,753,710

**19**

achieve mixing and the contents were transferred to a Schopper Riegler apparatus where the machined orifice had been blocked. The time for 400 mls to drain was recorded.

The results are shown in Tables 13 and 14.

TABLE 13

Stock pH 6.8

| Polymer A Dose % | Anionic | Anionic Dose % | Time (seconds) |
|---|---|---|---|
| 0 | — | — | 75 |
| 0.1 | — | — | 47 |
| 0.1 | AMCSA | 0.1 | 19 |
| 0.1 | AMCSA | 0.2 | 18 |
| 0.1 | AMCSA | 0.4 | 23 |
| 0.1 | CSA | 0.1 | 20 |
| 0.1 | CSA | 0.2 | 18 |
| 0.1 | CSA | 0.4 | 23 |
| 0.1 | Bentonite | 0.2 | 7 |

TABLE 14

Stock pH 4.0

| Polymer A Dose % | Anionic | Anionic Dose % | Time (seconds) |
|---|---|---|---|
| 0 | — | — | 73 |
| 0.1 | — | — | 47 |
| 0.1 | AMCSA | 0.1 | 22 |
| 0.1 | AMCSA | 0.2 | 17 |
| 0.1 | AMCSA | 0.4 | 19 |
| 0.1 | CSA | 0.1 | 33 |
| 0.1 | CSA | 0.2 | 27 |
| 0.1 | CSA | 0.4 | 23 |
| 0.1 | Bentonite | 0.2 | 7 |

This shows that aluminium modified colloidal silicic acid (AMCSA) prepared according to W086/05826, performs as well as colloidal silicic acid (CSA) described in U.S. Pat. No. 4,388,150 at pH 6.8, but performs better than colloidal silicic acid (CSA) at pH 4.0. The results show that bentonite performs significantly better than either CSA or AMCSA at both pH values. The results demonstrate the synergism that exists specifically between cationic synthetic polymers and bentonite when the stock is sheared after the polymer addition.

EXAMPLE 14

The effect of addition of soluble anionic polymer G instead of bentonite in the retention aid system was evaluated in the laboratory on a stock consisting of bleached chemical pulps, calcium carbonate and alkylketene dimer size. Both retention and drainage tests were carried out.

Retention tests were carried out using a Britt Dynamic Jar. The required amount of Polymer A was added to 500 mls of thin stock and sheared in the Britt Jar at 1000 rpm for 30 seconds. This was followed by the addition of bentonite or Polymer G at the appropriate dose level and after allowing 5 seconds for mixing the tests was carried out.

Vacuum drainage tests were carried out by taking thick stock and treating it as above but after mixing in the bentonite or polymer the stock was transferred into a Hartley Funnel fitted with a filter paper. The Hartley Funnel was attached to a conical flask fitted with a constant vacuum source. The time was then recorded for the stock to drain under vacuum until the pad formed on the filter paper assumed a uniform matt appearance corresponding to removal of excess water.

Results are as shown in Table 15.

**20**

TABLE 15

| Additive | % Retention | Vacuum Drainage Time (seconds) |
|---|---|---|
| Nil | 70.8 | 80 |
| 0.1% Polymer A + 0.2% Bentonite | 95.8 | 6 |
| 0.1% Polymer A + 0.1% Polymer G | 88.4 | 26 |
| 0.1% Polymer A + 0.2% Polymer G | 83.4 | 30 |
| 0.1% Polymer A + Zero | 84.8 | 14 |

The addition of the anionic Polymer G only slightly improves the retention and has an adverse effect on drainage compad to Polymer A on its own. Polymer A followed by bentonite was significantly more effective with regard to both retention and drainage.

We claim:

1. A process in which paper or paper board is made by forming an aqueous cellulosic suspension, passing the suspension through one or more shear stages, said shear stages selected from the group consisting of cleaning, mixing and pumping stages, draining the suspension to form a sheet and drying the sheet and in which the suspension that is drained includes organic polymeric material and inorganic material, characterised in that the inorganic material comprises bentonite which is added to the suspension after one of the said shear stages in an amount of at least about 0.03%, and the organic polymeric material comprises a substantially linear synthetic cationic polymer flocculant or retention aid having molecular weight above 500,000 and a charge density above about 0.2 equivalents of cationic nitrogen per kilogram of polymer which is added to the suspension before that shear stage in an amount of above about 0.03%, based on the dry weight of the suspension.

2. A process according to claim 1 in which said cleaning stage is a centriscreen, said pumping stage is a fan pump and said mixing stage is a mixing pump.

3. A process according to claim 1 in which the one or more shear stages comprises a centriscreen, the synthetic polymer is added to the suspension before the centriscreen and the bentonite is added after the centriscreen.

4. A process according to claim 1 in which the synthetic polymer is a cationic polymer selected from the group consisting of polyethylene imine, polyamine epichlorhydrin products, polymers of diallyl dimethyl ammonium chloride, and cationic acrylic polymers.

5. A process according to claim 1 in which said suspension contains less than about 0.5% cationic binder and said synthetic polymer is added in an amount of from 0.06 to 0.2%.

6. A process according to claim 1 in which the bentonite is added as a hydrated suspension obtained by dispersing powdered bentonite in water.

7. A process according to claim 1 in which the bentonite is added in an amount of from 0.03 to 0.5%.

8. A process according to claim 1 in which the suspension that is dewatered is substantially free of filler or includes filler substantially all of which was added before the synthetic polymeric material.

9. A process according to claim 1 in which the synthetic polymer is a cationic polymer having intrinsic viscosity above 4 dl/g and formed from acrylic monomers comprising dialkylaminoalkyl(meth)-acrylate or -acrylamide (as acid or quaternary salt).

4,753,710

21

10. A process according to claim 1 in which the cationic polymer has a cationic charge density of 0.35 to 2.5 equivalents of nitrogen per kilogram polymer.

11. A process according to claim 1 in which a reactive size is incorporated in the aqueous suspension.

12. A process according to claim 1 in which a reactive size is incorporated in the aqueous suspension and in which the synthetic polymer and the reactive size are provided as a dispersion of substantially anhydrous particles of the polymer in a substantially anhydrous oil phase comprising the size and this dispersion is mixed into water.

13. A process according to claim 1 comprising forming an aqueous cellulosic suspension which is substantially unfilled or contain filler, cleaning the suspension by passage through a centriscreen, draining the suspension to form a sheet and drying the sheet, and in which synthetic, substantially linear synthetic cationic polymer is added to the suspension before the centriscreen in an amount of from about 0.03% to 0.2%, based on the dry weight of the suspension, and 0.03 to 0.5% bentonite is added after the centriscreen, and in which said synthetic polymer flocculant or retention aid is selected from the group consisting of polyethylene imine, polyamine epichlorhydrin products, polymers of diallyl

22

dimethyl ammonium chloride, and cationic acrylic polymers.

14. A process according to claim 1 in which the suspension has a solids content of below about 2% at the time the polymer is added to the suspension.

15. A process according to claim 1 in which the said polymer is added before the last point of high shear and the said bentonite is added after the last point of high shear.

16. A process according to claim 4 in which the synthetic polymer is added in an amount of from 0.06 to 0.2%.

17. A process according to claim 16 in which the bentonite is added in an amount of from 0.03 to 0.5%.

18. A process according to claim 9 in which the cationic polymer has a cationic charge density of 0.35 to 2.5 equivalents of nitrogen per kilogram polymer.

19. A process according to claim 18 in which the synthetic polymer is added in an amount of from 0.06 to 0.2%.

20. A process according to claim 10 in which the polymer molecular weight is at least about one million.

21. A process according to claim 1 in which the polymer molecular weight is at least about one million.

* * * * *

# United States Patent [19]

## Farrar et al.

[11] **Patent Number:** **4,759,856**

[45] **Date of Patent:** **Jul. 26, 1988**

[54] **FLOCCULATION PROCESSES**

[75] Inventors: **David Farrar; John R. Field; Peter Flesher,** all of West Yorkshire; **Tony Whittaker,** South Yorkshire, all of England

[73] Assignee: **Allied Colloids, Ltd.,** England

[21] Appl. No.: **855,519**

[22] Filed: **Apr. 23, 1986**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 728,782, Apr. 30, 1985.

[30] **Foreign Application Priority Data**

| | | | |
|---|---|---|---|
| Apr. 30, 1984 | [GB] | United Kingdom | 8410971 |
| Apr. 25, 1985 | [GB] | United Kingdom | 8510496 |
| Oct. 29, 1985 | [GB] | United Kingdom | 8526624 |

[51] Int. Cl.$^4$ ............................... C02F 1/56
[52] U.S. Cl. ............................... **210/734;** 210/732; 210/738; 523/322; 524/922
[58] Field of Search ............... 210/725, 727, 728, 730, 210/732–736, 738; 523/319, 322, 323; 524/922; 525/326.1, 329.4

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,235,490 | 2/1966 | Goren | 210/734 |
| 3,380,947 | 4/1968 | Galgoczi et al. | 523/323 |
| 3,488,720 | 1/1970 | Nagy et al. | 210/734 |
| 3,536,646 | 10/1970 | Hatch et al. | 523/322 |
| 3,624,019 | 11/1971 | Anderson et al. | 210/734 |
| 3,719,748 | 3/1973 | Manfroy et al. | 210/734 |
| 3,917,529 | 11/1975 | Madole et al. | 210/738 |
| 3,968,037 | 7/1976 | Morgan et al. | 210/734 |
| 3,977,971 | 8/1976 | Quinn et al. | 210/738 |
| 4,051,065 | 9/1977 | Venema | 422/261 |
| 4,113,688 | 9/1978 | Pearson | 524/922 |
| 4,172,066 | 10/1979 | Zweigle et al. | 525/329.4 |
| 4,382,864 | 5/1983 | Hashimoto et al. | 210/730 |
| 4,529,794 | 7/1985 | Sortwell et al. | 528/499 |

*Primary Examiner*—Peter Hruskoci
*Attorney, Agent, or Firm*—Ostrolenk, Faber, Gerb & Soffen

[57] **ABSTRACT**

A cross linked high molecular weight polymer formed from a water soluble monomer or blend of monomers and which has IV and/or solubility and/or rheology properties indicating that it would be unsuitable for use as a flocculant can be used as a flocculant after shearing the polymeric material. The shearing may be applied to the polymeric material before addition to the suspension that is to be flocculated or can be applied to the suspension that is being flocculated. The shearing increases the intrinsic viscosity of the polymeric material and can improve its rheology and solubility. The polymeric material must be of high molecular weight.

**23 Claims, 4 Drawing Sheets**





Fig.1A.

Fig.1B.



Fig. 2A.



Fig. 2B.



*Fig.3A.*

*Fig.3B.*



*Fig.4A.*



*Fig.4B.*

4,759,856

1

## FLOCCULATION PROCESSES

This application is a continuation-in-part of application Ser. No. 728,782 filed Apr. 30, 1985.

When synthetic polymers of water soluble monomers or monomer blends were first introduced as flocculants, in the early to mid-1950's, maximum molecular weights were relatively low compared to the present day. The initial polymers typically had molecular weights well below 500,000 and thus were of a value comparable to the molecular weight now associated with coagulants, rather than high molecular weight flocculants. These low molecular weights were probably caused by the presence of chain transfer agents and other impurities in the monomer or polymerisation mixture.

It was recognised that the polymers had to be in solution and if the polymers were not, despite their low molecular weight, spontaneously soluble in water (for instance due to excessive cross linking) it was appreciated to be necessary to homogenise them so as to put them into solution. For instance Miller described in U.S. Pat. No. 3,021,269 ultrasonic degradation of a highly cross linked insoluble polymer gel "having almost infinite molecular weight" to render it water soluble as a result of severing the polymeric structure. The end products were always of relatively low molecular weight and the highest quoted molecular weight for the end product is 630,000 and the highest intrinsic viscosity (IV) 2.54 dl/g.

Similarly, Goren described in a 1954 patent application (published as U.S. Pat. No. 3,235,490) dispersing various polymer gels into water using a Waring Blendor. Many of the gels were cross linked spontaneously or by the addition of cross linking agent and the cross linking appears to have caused the formation of some wholly insoluble, non-swellable, polymer that settled out of solution. Solutions of the polymers were also subjected to homogenisation in a hand homogeniser and it was observed that the effect on agglomeration performance of this homogenisation is drastic, with most of the products being useless after homogenisation. Again, all the polymers were of very low molecular weight as is indicated by the fact that the highest specific viscosity (measured by a capillary flow viscometer at 34° C. on a 0.5% solution in deionised water) is quoted as 0.77. This compares to values of well over 100, and usually over 1000, for modern high molecular weight flocculants.

Some polymers having molecular weights typical of those described by Miller and Goren can be used as coagulants, for instance for coagulating very fine suspended solids, e.g., for clearing turbidity or removing colour from aqueous solutions. For instance typical modern polymer coagulants have a molecular weight of up to about 500,000. Typical polymer coagulants may be formed by reaction of epichlorhydrin with dimethylamine. Since the resultant linear product may have extremely low molecular weight, it is known to include ethylene diamine in order to increase molecular weight by cross linking without rendering the polymer insoluble.

Goren postulated that agglomeration involved electrostatic attraction followed by a sweeping action of a filamentary network of the cross linked polymer. This mechanism has come to be recognised as the classical mechanism of coagulating turbidity and colour, namely very fine suspended solids. Goren made his polymer by bulk polymerisation followed by comminution and

2

showed that his aqueous compositions tended to be non-homogeneous, in that there was a tendency for insoluble polymer to precipitate from the solution. Goren warned against cross linking too much and indicated that the optimum was the level at which the polymer is still readily dispersible in water. Since Goren was postulating a sweeping action by filamentary molecular networks this indicates that his dispersibility had to be on a molecular scale, i.e., true solution. Goren warned that the agglomerating effect of the polymer can be destroyed by homogenising it (column 13 line 74).

In contrast to these low molecular weight polymer coagulants, modern flocculants (for flocculating suspended solids such as sewage) are linear polymers of very high molecular weight. Most have an intrinsic viscosity above 4 and often above 10. The polymers have to be linear since cross linking renders them ineffective and often insoluble, although trivial amounts of cross linking may exist without detracting from the polymer properties (see for instance U.S. Pat. No. 3,557,061 column 3 line 35).

Whether or not a high molecular weight polymer is suitable for use as a flocculant is determined in part by observing the rheology of aqueous compositions of the polymer. Satisfactory flocculants give a "long" or "stringy" rheology. This is recognised in the art and can be demonstrated in that when a 1% stable homogeneous composition of the polymer in deionised water is formed by conventional techniques, such as by stirring using a slowly rotating stirrer followed by ageing, and a glass rod is manually pulled endwise out of the solution the rod draws a long thread of composition with it. The thread is generally at least 5 cm long and the polymer can then be described as having a rheology of 5 cm. Often the rheology is above 10 cm. If, in contrast to this, the polymer gives a "short" or "granular" rheology (i.e., in the above test the rod pulls substantially no thread, for instance below 5 cm and often below 2 cm, of composition) the polymer will be rejected and will not be used as a flocculant. Experience has shown that polymers giving this short rheology are unsatisfactory in conventional flocculation processes since it indicates a high degree of cross-linking and/or a low molecular weight. The short polymers can also be characterised as non-film forming, in that when an aqueous composition is dried it does not form a film.

Similarly, the polymer is rejected if it has a large particle size and is cross linked sufficient to ensure that insoluble solid polymer does not go into stable suspension in the aqueous composition.

The stable homogeneous composition is stable in the sense that the polymer is in full equilibrium with the water, i.e., it has reached its ultimate degree of solution or swelling, for instance as a result of ageing for two hours or more. It is homogeneous in the sense that the polymer remains uniformly dispersed throughout the composition (usually in the total absence of dispersing agent although minor amounts may be present as a result of the manufacture of the polymer) with no tendency for material to precipitate from the composition on standing for a few days.

The unsuitability as flocculants of short rheology polymers (as defined above) and of polymers that do not go into stable suspension or solution are well understood in the art. Very high molecular weight, linear, truly dissolved, polymers are preferred.

Certain high molecular weight polymers, for instance polymers of Mannich bases, have a tendency to cross

4,759,856

3

link spontaneously and acquire a rather short or very short rheology or become totally insoluble. It frequently happens that high molecular weight polymers are produced which have rheology that is shorter than is desirable. Polymers of very short rheology (below 2 cm), or that are insoluble, are rejected. Polymers with longer, but still rather poor, rheology may be used under the same conditions as if they had the desired long rheology but this leads to poor performance properties.

Polymers for use as flocculants are often supplied as powders or as dispersions in water-immiscible liquid and these polymers are converted to an aqueous solution by adding the powder or dispersion to water with initial agitation to promote distribution throughout the water, and then leaving the mixture to age for, for instance, an hour or more. During the ageing process low levels of agitation may be applied.

The need to avoid shearing the polymer is well established and is described in, for instance, Katzer U.S. Pat. No. 3,468,322. In EP 0102759, high shear is applied but it is said to be essential that it is applied for only a very short time (much less than 1 second) and so the shear does not have any effect on the structure of the polymer.

Flocculant polymer may alternatively be supplied as a concentrated solution, in which event it may be diluted to form the desired dilute solution by stirring with water, again using low levels of agitation.

Once the polymer has reached equilibrium with the water is it accepted that it must not be subjected to vigorous agitation, since it has been believed that this will damage the properties of the solution.

Many flocculation processes involve little or no agitation during the flocculation. For instance the flocculant solution may be added with gentle stirring to the suspension that is to be flocculated and the mix then allowed to stand. If flocculation is one step of a multistage process including steps which involve vigorous agitation, it is normal to add the flocculant after these earlier agitation steps, so as to avoid damaging the floc. For instance when the polymer is being used as a retention or dewatering aid in the production of paper the flocculant solution is generally added to the stock immediately prior to the screen through which the pulp is dewatered by drainage. In some dewatering processes, such as centrifugal dewatering, shear is inevitably applied during the dewatering stage but extra agitation or shear before dewatering is avoided.

It is therefore well established in the art of high molecular weight flocculant polymers that shear should not be applied to the polymers or flocs that are formed. If it is found that a polymer does not dissolve spontaneously into water by conventional techniques, for instance involving gentle stirring, then conventional practice is to reject the polymer as unsuitable for use as a flocculant. For instance, no attempt is ever made to modify the rheology of the polymer. If after reaching equilibrium with the water the solution of the polymer is shorter than normal, then either the polymer is used in that state or, if the rheology is too short, the polymer is rejected.

In our European patent application No. 85302925.4 (not published at the priority date of this application), we describe the surprising discovery that improved flocculation performance can be obtained from a solution of a polymeric flocculant if that solution is subjected to shear before use. We explain that the shear

4

may result in reduction of the range of molecular weights within the solution and/or reduction in the intrinsic viscosity of the polymer within the solution and/or an increase in the measured ionicity of the polymer in the solution. Thus the shear could, and frequently did, result in reduction in intrinsic viscosity (and therefore of molecular weight) but the performance properties are improved because of other changes, notably a reduction in the range of molecular weights within the solution. This reduction in intrinsic viscosity is consistent with accepted thinking that the application of shear to a high molecular weight polymer will reduce molecular weight and intrinsic viscosity, for instance by breaking the linear chains.

It would be desirable to be able to improve the performance properties of polymers that have been accidentally or deliberately cross linked to a short rheology and/or to an intrinsic viscosity that is lower than is desired.

When using linear polymers having long rheology, the resultant flocs tend to be unstable to shear and/or performance is very dose sensitive. It would be desirable to be able to obtain flocs of higher shear resistance, especially by a process that is not so sensitive to dosage.

A flocculation process according to the invention is one in which a polymeric material is added to water to form an aqueous composition and is used to flocculate the suspended solids of an aqueous suspension, the polymeric material is a high molecular weight polymeric material formed from a water soluble monomer or blend of monomers, and the polymeric material is subjected to shear and the process is characterised in that the shearing is applied before or during flocculation and the polymeric material comprises cross linked water swellable polymer that can be sheared to an intrinsic viscosity of at least 4 dl/g and the aqueous composition of the polymeric material (a) is or can be a stable homogeneous composition and the shearing causes an increase in intrinsic viscosity of at least 1 dl/g and/or (b) includes non-dispersible, insoluble, polymer and the shearing converts it to a stable homogeneous aqueous composition.

The invention is based on the surprising discovery that it is easily possible to shear very high molecular weight cross linked polymer formed from water soluble monomer or monomer blend without reducing intrinsic viscosity and producing a low molecular weight product. Indeed IV can easily be increased by at least 1 dl/g and often more. This is directly contrary to the teachings of Miller and Goren who both had polymers in which the chain length was too short. In the invention, the chain length must be such that IV either is above 4 dl/g after the shearing or can be raised to above 4 dl/g by further shearing.

The process can involve converting a wholly insoluble polymer, that will not form a stable homogeneous aqueous composition on gentle stirring and ageing (because of excessive cross linking) and that is therefore non-dispersible in water, into a stable homogeneous aqueous composition. The IV of the insoluble polymer cannot be measured but the shearing generally results in a final IV of above 4 and/or results in IV increasing by at least 1 dl/g after the polymer is put into a stable homogeneous aqueous composition and before shearing is terminated.

Preferably the process of the invention involves shearing an aqueous stable homogeneous composition to cause an increase of at least 1 dl/g in IV. The compo-

4,759,856

5

sition may be formed by shearing insoluble polymer as discussed above or may be formed by shearing an aqueous composition that is not a stable homogeneous composition (for instance because it has not aged sufficiently) even though the polymer can form such a composition upon ageing and/or gentle stirring.

The polymeric material that is used to form the composition includes cross linked polymeric material that will swell in water and may also include polymeric material that is soluble in water, for instance being a blend of soluble polymer with swellable, insoluble, polymer. Any soluble material is generally present in a minor amount (below 50%) and often below 20% of total polymer.

In the process of the invention the polymeric material is generally such that if it is put in the form of a stable aqueous homogeneous composition of a concentration of 1% by weight in deionised water then this composition will generally have a rheology of below 2 cm and generally below 1 cm, i.e., it will be very short, and will usually be non-film forming.

A dried coating of the aqueous composition before the shearing will contain, and may consist substantially only of, discrete polymer particles.

After the shearings the polymer will usually have long (above 5 and usually above 10 cm) rheology and may be wholly soluble in water and may be wholly film forming.

During the process of the invention the polymeric material is subjected to shearing, preferably before flocculation. The final intrinsic viscosity can vary widely from, for instance, 2 up to 6, 10 or much higher. The polymeric material can, before the shearing, have IV above 4, in which event the shearing will cause IV to rise to a higher value above 4, or it can have an IV below 4 and the final IV typically is above 6. Even if the shearing does not result in the polymeric material having a final IV of above 4, the polymeric material must be such that shearing the polymeric material can increase IV to a value above 4. For instance even though the process may convert an insoluble polymer to a swellable polymer of IV 3 or may cause the IV of a swellable polymer to increase from, for instance, 2 to 3.5, the polymeric material must be such that further shearing could have lifted the IV to above 4.

The process of the invention can give very good flocculation performance even though the IV of the initial polymeric material and/or the rheology of the initial polymeric material (1% composition below 2 cm) and/or the solubility is such that the polymeric material would previously have been rejected as useless. It seems probable that the shearing is breaking cross links, so as to increase the proportion of soluble polymer, without significantly breaking chain lengths, and that the increase in IV follows from this increased proportion of truly soluble polymer.

Throughout this specification IV is measured at 25° C. in 3M NaCl according to the method described in Encyclopedia of Polymer Science and Technology, Editors Mark and Gaylord, published John Wiley & Sons, 1971, Volume 14, pages 717 to 740. If it is necessary, but difficult, to measure IV in a sheared flocculated suspension then the IV that is considered is the IV determined after subjecting the polymer to the same shearing conditions as the suspension (e.g., the same centrifuge at the same rotational velocity) at the same concentration as in the suspension but in the absence of suspended or flocculated solids.

6

One principal advantage of the invention therefore is that it permits the conversion of a cross linked polymer that would normally have been rejected or that would have been expected to have given poor flocculation properties to a form in which it will give very good flocculation properties. These properties are generally at least as good as the properties of a comparable polymer having the same final rheology and IV but which had been made by dissolving a truly linear polymer instead of a cross linked polymer followed by shearing. The process of the invention thus permits use of compositions that have been spontaneously or accidentally cross linked to a state at which they would previously have been considered unsatisfactory.

It is usually preferred for the intrinsic viscosity of the polymeric material to be increased by subjecting an aqueous composition of the polymeric material to the shear and then adding this aqueous composition to the suspension.

The shear may be applied by subjecting the composition to the effect of fast moving blades, for instance blades having a velocity of at least 500 meters per minute, typically 750 to 5,000 meters per minute. If the blades rotate, then these velocities are the peripheral velocities of the blades. It is particularly preferred to use blades that rotate at high speed, generally above 2,000 rpm preferably 3,000 to 20,000 rpm. Suitable apparatus for this is the Waring Blendor or apparatus similar to large scale versions of kitchen blenders such as the Moulinex, Kenwood, Hamilton Beach, Iona or Osterizer blenders.

Another suitable method of applying shear is by forcing the composition by impellers through a screen, for instance as in a Silverson mixer or other mixer having a similar method of operation. For instance, there may be an impeller 4 to 10 cm in diameter rotating at 1500 to 6000 rpm to force the solution under high shear through a screen. Preferably a Silverson 120L mixer is used and has a square hole high shear screen and an impellor of 6.8 cm diameter rotating at 3000 rpm.

True homogenisers, in which a liquid is forced through a very small gap while subjected to a very fast chopping action, may apply too much shear and may result in substantial reduction of IV. Similarly if shear is applied for too long, it may eventually cause a decrease in IV. The shear must be such that the IV is increased by the process, generally to a value above 4.

The duration of the application of shear will depend upon the amount of shear that is being applied and methods that apply lower amounts of shear will require longer durations of shear in order to raise IV and/or convert the rheology to the desired long rheology.

The aqueous composition is generally made by mixing dry or aqueous gel particles of the polymer with water. These particles may be dry gel particles formed by gel polymerisation followed by comminution and drying and may have particle sizes up to, for instance, 3 mm, preferably not more than 1200 microns, and compositions of these should preferably be sheared before use in order to form a true solution. Preferably however the particles have a dry particle size of below 10 μm, preferably below 2 μm and have been made by reverse phase polymerization or emulsion polymerisation. Emulsion polymerisation is suitable for monomers, such as certain amino monomers, which are soluble only in acidic water. These fine particles may be introduced suspended in the liquid medium in which they are made and may then be dry or aqueous gel particles or they