4,759,856

7

may be dry powder, preferably agglomerated into pellets to reduce dusting.

The shear can be applied while the particles of the short rheology polymeric material are still dissolving (i.e., going into equilibrium with) dilution water and so the formation of the composition and the conversion of the rheology may be conducted simultaneously. Preferably however the shear is applied to a preformed stable homogeneous composition (as defined above), i.e., after the short rheology polymeric material has gone into equilibrium with the water. Typically this requires an ageing period of at least 30 minutes, often 1 to 5 hours and most usually about 2 hours. During ageing, the composition may be static or may be subjected to agitation, often gentle stirring.

The amount of polymeric material in the solution is generally below 3% by weight as otherwise the viscosity of the solution may be unacceptably high, at least at the end of the shearing.

If the composition is more concentrated than is desired for addition to the aqueous suspension, it may be diluted after shearing.

The sheared composition is generally added to the aqueous suspension in amounts and by techniques that are conventional for linear high molecular weight flocculants and the flocculation process may be conducted in conventional manner. Generally there is little or no agitation of the suspension during the addition of the polymer and during flocculation, as is conventional. The flocculated solids are generally removed by dewatering. Dewatering can be effected under shear, for instance on a centrifuge, filter press or belt press but it is often preferred for the suspension to be dewatered substantially without shear. For instance dewatering may be by sedimentation or by filtration, for instance under vacuum or low pressure. Dewatering substantially without shear is of particular value when substantially all the shear is applied before adding the polymeric material to the suspension and the polymeric material, when added to the suspension, has IV above 6. If the sheared polymer still has significant cross linking at the time when it is added to the suspension (e.g., absolute ionic regain, defined below, above 20% or 30%), the flocculation is preferably conducted under shear, as described in more detail below, but this shear need not cause a further rise in IV.

The aqueous medium that is sheared can be the suspension that is to be flocculated. Thus instead of or in addition to increasing IV by shearing the composition before addition to the suspension, it is also possible to apply some or all of the shear, that is required to increase IV, to the suspension after addition of the polymeric material. In general, when the polymeric material that is added to the suspension still contains a substantial degree of cross linking it is desirable to subject the suspension to shear after addition of the polymeric material. For instance when the polymeric material has rather low IV, typically IV below 4, at the time of addition to the suspension it is generally desirable to shear the suspension and this shearing preferably is sufficient to increase IV to above 6.

Accordingly, in the invention some or, less preferably, all of the shear necessary to achieve the desired rheology and/or IV can be applied after addition to the suspension. Thus a composition of cross linked polymer having short rheology can be formed by stirring in conventional manner (e.g., as described above), but without the application of significant shear, and this

8

composition can then be added to the suspension and the suspension can then be subjected to shear sufficient to convert the polymer to the desired rheology and/or the desired IV.

Shear that is applied to a suspension to which the cross linked polymeric material has been added, either with or without prior shearing, can be applied by apparatus such as is used for applying shear to the polymer composition or can be applied as part of the flocculation process. For instance the suspension containing the added polymer may be passed through a high speed mixer, for instance in line to the final dewatering step. For instance in the production of paper and board the cross linked polymer may be added at an early stage in the pulp flow line so that the act of pumping the flocculated dispersion along the flow line towards the drainage or other dewatering stage involves the application of shear to the flocculated pulp. Alternatively, the suspension may be sheared in line as it approaches a centrifuge, filter press or belt press or other dewatering stage.

The shear may be applied during a dewatering process that is conducted under shear, preferably a centrifugal dewatering stage but alternatively a filter press or belt press dewatering stage.

The shear may also be applied solely or partly by prolonged agitation of the flocculated suspension, for instance as the suspension is transported along a pipe or held in a reaction vessel. For instance the suspension can be a flocculated catalyst, for instance it can be a copper catalyst in an acrylonitrile hydrolysis reaction medium for the production of acrylamide.

Processes in which shear is applied to the suspension after adding cross linked polymer can have certain process advantages. The flocs tend to have higher floc strength than is normally obtainable with truly linear flocculants and so can be sheared to a smaller, stable, size substantially without redispersion of the solids. The flocs tend to be larger than with conventional linear flocculants. The optimum dose can best be determined by ascertaining the dose that gives largest floc size and using this dose ±50%, preferably ±20%.

Although higher dosages of the polymer are generally required, the risk of overdosing the suspension is generally reduced as the suspension is more tolerant of a wide range of doses. Similarly, satisfactory results can be achieved even if the quality of the suspension changes, for instance due to variable metal content.

Particular processes in which a cross linked polymer is added to a suspension to cause flocculation and the suspension containing the polymer is subjected to shear are described in our application Ser. No. 855,509 filed even date herewith.

Various methods of measuring the ionicity of a polymer are known. When the polymer is cationic, an anionic test reagent is normally used and when the polymer is anionic, a cationic reagent is normally used. For instance the ionicity of a cationic polymer can be determined by the method described in BP No. 1,579,007 or can be measured by Colloid Titration as described by Koch-Light Laboratories Limited in their publication 4/77KLCD-1. If the polymer has a measurable ionicity value, the shearing that is applied to the polymer undergoes a regain of at least 15%, preferably at least 30% and usually at least 50% as a result of the shearing. The regain is calculated as $(X-Y)/X \times 100$ where $X$ is the ionicity after the shearing that is conducted in the pro-

4,759,856

9                                                    10

cess of the invention and Y is the ionicity of the uns-heared polymer.

If the polymer has measurable ionicity when applying a standard, constant, shear, the absolute ionic regain (IR) calculated on the same formula (except that X is the ionicity after shearing to a substantially constant ionicity) can be determined. Preferably the polymer has, before shear, an absolute IR value of at least 40% and usually above 60%. After the shearing of the invention, it preferably has an absolute IR value below 10% if flocculation is to be performed without shear but may have a slightly higher value, e.g., 25 to 70%, if flocculation is to be performed with shear.

The absolute IR value is determined by forming a 1% solution of the polymer in deionised water, allowing this to age for 2 hours and then further diluting it to 0.1% active polymer. The ionicity of the polymer before shearing Y is measured and the ionicity X is then determined by measuring ionicity by the same technique but after subjecting the solution to a standard degree of shear.

The shear for this test is best applied to 200 ml of the solution in a substantially cylindrical pot having a diameter of about 8 cm and provided in its base with rotatable blade above 6 cm in diameter, one arm of the blade pointing upwards by about 45 degrees and the other downwards by about 45 degrees. The blade is about 1 mm thick and is rotated at 16,500 rpm in the base of the pot for a prolonged period. These conditions are best provided by the use of a Moulinex homogeniser but other satisfactory conditions can be provided using kitchen blenders such as Kenwood, Hamilton Beach, Iona or Osterizer blenders or a Waring Blendor.

In practice, when determining the absolute value IR of the polymer that is to be sheared the precise conditions of shear are relatively unimportant since, provided the degree of shear is of the same order of magnitude as specified, it will be found that IR is not greatly affected by quite large changes in the amount, for instance the duration, of shear, whereas at lower amounts of shear (for instance 1 minute at 16,500 rpm) IR is greatly affected by small changes in ionicity. Conveniently therefore the value of X is determined at the time when, with a high speed blade, further shear provides little or no further change in ionicity. This generally required shearing for 10 minutes, but sometimes longer periods, e.g., up to 30 minutes with cooling, may be desired.

The polymers for which ionicity values are best determined are dialkylaminoalkyl (meth) acrylate polymers (including acid addition and quaternary ammonium salts copolymerised with 0–95% acrylamide or other non-ionic monomers) and so these are one preferred class of polymers for use in the invention.

The polymers may, in general, be formed from any suitable water soluble monomer or monomer blend. The monomers may be non-ionic but generally part at least of the monomer used for forming the polymer is ionic. The monomers are normally monoethylenically unsaturated monomers, sometimes allyl monomers but generally vinyl monomers. They are generally acrylic (including methacrylic) monomers.

Suitable non-ionic monomers are acrylamide, methacrylamide, N-vinylmethylacetamide or formamide, vinyl acetate, vinyl pyrrolidone, methyl methacrylate or other acrylic (or other ethylenically unsaturated) ester or other water insoluble vinyl monomers such as styrene or acrylonitrile.

Suitable anionic monomers are sodium acrylate, methacrylate, itaconate, 2-acrylamido 2-methyl propane sulphonate, sulphopropylacrylate or methacrylate or other water soluble forms of these or other polymerisable carboxylic or sulphonic acids. Sulphomethylated acrylamide, allyl sulphonate, or sodium vinyl sulphonate may be used.

Suitable cationic monomers are dialkylaminoalkyl acrylates and methacrylates, especially dialkylaminoethyl acrylate, and their quaternary or acid salts, and dialkylaminoalkyl acrylamides or methacrylamides and their quaternary or acid salts, for instance methacrylamido-propyl trimethyl ammonium chloride and Mannich products such as quaternised dialkylaminomethyl acrylamides. Alkyl groups are generally $C_{1-4}$ alkyl.

The monomers can contain hydrophobic groups, e.g., as described in EPO No. 172723A2 for instance on page 10. If the monomer is to impart insolubility to the polymer, the ethoxy chain should be short or absent, i.e., n=0. The allyl ether monomers are especially preferred.

Polymers made from pure monomers in the absence of cross linking agent will normally form polymers having a long rheology but if the monomers are contaminated with significant amounts of cross linking agent or if cross linking agent is added to the monomers or if the polymer is cross linked by, for instance, excessive heating during drying, such polymers may have a short rheology and are then suitable for use in the invention.

Cross linking may occur after polymerisation, for instance by reaction of two counterionic soluble polymers or by reaction with formaldehyde or a polyvalent metal compound. Often cross linking occurs during polymerisation due to the addition of cross linking agent, for instance to the polymerisation mixture. Added cross linking agents can include ionic cross linking agents such as polyvalent metal salts, formaldehyde, glyoxal or, preferably, covalent cross linking agents that will copolymerise with the monomers, preferably diethyleneically or polyethyleneically unsaturated monomers of the type conventionally used for cross linking water soluble polymers, for instance methylene bis acrylamide or any of the other known acrylic cross linking agents. The amount of methylene bis acrylamide is generally below 100 ppm and equivalent amounts of other cross linking agents may be used.

The invention is of particular value when the polymer is a Mannich base polymer, preferably as the free base, thus being a dialkyl amino methyl (meth) acrylamide polymer. Mannich bases are notorious for spontaneously cross linking on storage for more than a few hours, especially when they are in relatively concentrated form, typically above 10 or 20% by weight polymer based on polymer plus water, or when they are dried to form a powder. For instance, an emulsion of gel particles of above 30% Mannich base with less than 70% water is usually considered unusable in conventional processes after one day's storage. Similarly, any attempt at removing all the water from the emulsion particles, or of making a dry polymer in some other way, generally renders the polymer unusable in conventional processes. By the invention, however, very effective flocculation performance can be obtained. The polymer can be sheared and then used in a low shear process or it can be used without prior treatment in a high shear flocculation process. The invention includes

4,759,856

11

these processes even if IV is not observed or not increased during the process, and when operated using other high IR polymers instead of Mannich polymers.

The Mannich base units in the polymer may be copolymerised with other monomers, for instance acrylamide or other non-ionic or ionic monomer, in any desired proportions. The invention is also valuably applied to other polymers that are particularly liable to spontaneous cross linking including sulphomethylated polyacrylamides and polymers including units selected from

(A) $CH_2=CR^1.CO.X.CH_2.CHOH.CH_2NR_2$

(B) $CH_2=CR^1.CO.NH.CH_2.CH_2OH$

(C) $CH_2=CR^1.CO.NH.CH_2.COOH$

wherein $R^1$ is hydrogen or methyl and each group $R_2$ is $C_{1-4}$ alkyl, usually methyl or ethyl and X is O or NH. Units of the formulae B and C are usually produced as glyoxal derivatives of polyacrylamides and so are usually copolymerised with acrylamide and optionally one or more other ethylenically unsaturated monomers. Polymers formed from units A are glycidyl derivatives of acrylamide or acrylic acid and are generally copolymerised with acrylamide and/or one or more other ethylenically unsaturated monomers. They are generally present as the quaternary ammonium salt formed with any suitable quaternising group such as methyl chloride or dimethyl sulphate.

The polymers may be made by any convenient polymerisation method including solution, gel, precipitation, emulsion or reverse phase polymerisation (either by emulsion or suspension kinetics).

## BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings are graphs of the results obtained in Example 3.

The following are some examples of the invention. In every instance, the polymer had a specific viscosity well above 100, with the un-cross linked polymers having specific viscosity above 1000. Every polymer, upon shearing to maximum IV, had IV above 4.

## EXAMPLE 1

A range of copolymers of 42% w/w methyl chloride quaternised dimethylaminoethyl acrylate, 58% w/w acrylamide were prepared by gel polymerisation from substantially pure monomers and with various additions of methylene bisacrylamide (mba) as cross linker. They were then dried in air at a maximum temperature of about 40° C.

Each powdered product was dissolved in water with 2 hours mixing. Cationicity regain was measured applying standard shear, using the technique described above, and the sheared product had long rheology. The CST value was recorded at a dose of 60 g/m³ polymer on a digested primary activated sewage sludge after mixing the polymer for 25 seconds using a modified Triton stirrer timer type 131. CST was recorded for a 0.1% solution before any shearing and also for the 0.1% solution that had been subjected to the described standard shear. The results are shown in Table 1a.

TABLE 1a

| Product | Add MBA | Cationicity | | | Rheology | | CST | |
|---|---|---|---|---|---|---|---|---|
| | | Before Shear | After Shear | Re-gain | Before Shear | After Shear | Before Shear | After Shear |
| 1 | 0 ppm | 1.46 | 1.52 | 4.3 | long | | 130 | 151 |
| 2 | 1 ppm | 1.29 | 1.48 | 13.2 | short | | 226 | 169 |
| 3 | 2 ppm | 0.78 | 1.46 | 46.4 | short | | 276 | 162 |
| 4 | 3 ppm | 0.48 | 1.43 | 66.4 | short | | 341 | 166 |

12

TABLE 1a-continued

| Product | Add MBA | Cationicity | | | Rheology | CST | |
|---|---|---|---|---|---|---|---|
| | | Before Shear | After Shear | Re-gain | Before Shear | Before Shear | After Shear |
| 5 | 5 ppm | 0.42 | 1.45 | 71.2 | short | 449 | 163 |

From Table 1a, it will be apparent that products 4 and 5, having totally unsatisfactory rheology by normal standards give very poor CST values without shearing but all the products after shearing give similar CST values that are similar to the value of the long rheology in cross linked product 1 before shearing. The IV of the products before shear was measured (for the soluble component) on the filtrate of an aqueous composition of the polymer, and the IV of the product after standard shear was measured on the product obtained by shearing the entire starting product (including insoluble component). The results are shown in Table 1b.

TABLE 1b

| Product | MBA | IV before shear | IV after shear |
|---|---|---|---|
| 1 | 0 ppm | 12.8 | 5.3 |
| 2 | 1 ppm | 6.4 | 6.0 |
| 3 | 2 ppm | 3.4 | 5.9 |
| 4 | 3 ppm | 2.5 | 6.0 |
| 5 | 5 ppm | 1.8 | 5.8 |

This shows how standard shear reduces the IV of a truly soluble, linear polymer but increases the IV of the more cross linked polymers to about the same value.

## EXAMPLE 2

A Mannich emulsion is made by mixing 133 parts of a dispersion of 53.2% active polyacrylamide in Pale Oil 150 containing emulsifier and dispersion stabiliser with 120 parts of Exsol (a trade mark of Exxon and indicating a D230/260 cut of a hydrocarbon oil), 10 parts of an amphipathic polymeric stabiliser, 75 parts of a 60% by weight dimethylamine solution, 75 parts of a 40% by weight formaldehyde solution together with 12 parts of emulsifier. The addition is conducted with vigorous stirring and reaction is left to go to equilibrium. The product is a 30% active emulsion of polyacrylamide Mannich free base dispersed in oil.

This emulsion was tested on day 1, its day of manufacture, and on sequential days thereafter. The tests consisted of using the emulsion to make a 1% solution. Part of the solution was used for CST tests on digested sewage sludge pH 6 and part was subjected to 10 minutes shear in an Iona blender, approximating to the standard shear conditions measured above.

Both the day 1 Mannich samples and all the sheared samples had rheology above 5 cm but the remaining unsheared Mannich samples had rheology below 2 cm.

The CST values were recorded at various dosages and mixing conditions and the average CST was calculated.

The commercial material Zetag 94 was used as a standard. "Zetag" is a trade mark of the Allied Colloids, Ltd. It had constant rheology, above 5 cm, throughout the experiment.

The CST results are given in Table 2a. Low values are preferred. The IV values before and after shearing and the IR values are given in Table 2b.

4,759,856

13

#### TABLE 2a

| Product | Day 1 | Day 2 | Day 3 | Day 4 | Day 5 |
|---|---|---|---|---|---|
| Mannich (A) | 61 | 173 | 303 | 404 | 592 |
| Sheared Mannich (B) | 59 | 41 | 53 | 111 | 191 |
| Zetag 94 (C) | 67 | 51 | 61 | 71 | 77 |

#### TABLE 2b

| | Day 1 | Day 2 | Day 3 | Day 4 | Day 5 |
|---|---|---|---|---|---|
| IV Product A | 10.1 | 4.1 | 2.3 | 1.9 | 1.4 |
| IV Product B | 10.5 | 9.0 | 6.1 | 4.3 | 3.2 |
| IR Product A | 12.3 | 59.9 | 62 | 57 | 43 |

It is apparent that the Mannich emulsion changes adversely with storage and that the short rheology polymers are unsatisfactory but that the described shearing, to give long rheology, greatly restores the properties.

#### EXAMPLE 3

To determine the effectiveness in a flocculation process that is conducted under shear, flocculation performance is determined by visual observation on a laboratory centrifuge consisting of a cylindrical solid bowl closed at its base and open at its top but with an inwardly extending lip around its periphery. The bowl runs at 2,000 rpm and is, at this speed, filled with water (400 ml). Sewage sludge to which flocculant polymer solution has previously been added in conventional manner is fed at constant rate into the bowl while it is spinning. Some of the solid is trapped in the bowl whilst the remainder passes out in the overflow, as the centrate. Since the flocculated suspension is accelerated, in a very short period of time, to 2,000 rpm this centrifugal system of dewatering applies very high shear to the flocculated suspension. Best results are those wherein there is maximum retention of solids in the bowl, with least suspended solids content in the centrate.

The emulsions before and after shear obtained in Example 2 were subjected to this test, at various dosages. The floc size at various dosages was estimated on a scale of 1 to 10, 1 being the largest and the suspended solids in the centrate were recorded, all at various dosages of flocculant. The results are shown in the accompanying drawings.

In the accompanying drawings:

FIGS. 1A, 2A, 3A and 4A are graphs showing the relationship between dose (grams per cubic meter) and floc size (assessed on a scale of 1 to 7 where 1 is the largest) for the test samples A, B, C on, respectively, Day 1, Day 2, Day 3 and Day 4.

FIGS. 1B, 2B, 3B and 4B are graphs showing the relationship between dose (grams per cubic meter) and suspended solids (mg/1) in the centrate from the centrifuge for the test samples A, B, C on, respectively, Day 1, Day 2, Day 3 and Day 4.

The unsheared Day 1 sample A is less dose-sensitive than the standard C but slightly less efficient. The sheared sample B is less efficient. The unsheared Day 2 sample A is slightly more efficient than the standard C and is very dose tolerant. The unsheared Day 3 sample A gives greatly improved results compared to the standard C. The sheared sample B is slightly less effective than the standard C but very dose tolerant. The sheared and unsheared Day 4 samples A and B are both much more effective and dose tolerant than the standard C.

14

#### EXAMPLE 4

A range of anionic copolymers, having composition 40 wt% sodium acrylate, 60 wt% acrylamide, were prepared from monomer mix containing different amounts of methylene bis acrylamide, by reverse phase suspension polymerisation. The degree of cross linking incorporated into each copolymer increased in proportion to the amount of MBA in the monomer as indicated by depression of the intrinsic viscosity.

The above products were evaluated on coal fines in simulation of dewatering by belt filtration. This involved treating 400 cm³ portions of the coal fines with a solution of the flocculant followed by stirring for 120 seconds to apply shear and to induce flocculation. The stirring was by a Heidolph stirrer on setting 2 using a gate stirrer in a 600 cm³ beaker. The flocculated fines were then transferred to the belt press simulator and dewatered under the influence of pressure which was gradually increased to 1.6 bar. On completion of the dewatering cycle, the cake was removed for dry solids determination and calculation of the yield.

The MBA content, IV, results for cake solids and yield at the optimum dose established for each product are shown in Table 3.

#### TABLE 3

| Product | MBA content (ppm of polymer) | I.V. (dl/g) | Optimum Dose (mg/l) | Cake Solids (%) | Yield (%) |
|---|---|---|---|---|---|
| AA | 0 | 18.5 | 100 | 61.5 | 85.2 |
| BA | 2.71 | 14.3 | 150 | 60.0 | 85.8 |
| CA | 6.76 | 11.3 | 400 | 60.8 | 90.0 |
| DA | 13.53 | 6.6 | 500 | 57.8 | 86.6 |
| EA | 20.29 | 5.5 | 600 | 59.8 | 92.6 |
| FA | 27.06 | 2.7 | 800 | 59.8 | 92.4 |
| GA | 40.53 | 3.1 | 1200 | 58.6 | 93.7 |
| HA | 67.60 | — | 1600 | 59.1 | 89.4 |
| IA | 135.30 | — | 1600 | 59.7 | 84.9 |

It can be seen that as the degree of cross linking increases, the general trend is for improvement in yield. Products HA and IA demonstrate decreasing yield either because they are too cross linked to be effective or the optimum dose has not been attained.

#### EXAMPLE 5

An emulsion in oil of polymeric particles below 2 μm in size is made by reverse phase polymerisation of a blend of 40% acrylamide and 60% MeCl diethylaminoethyl acrylate and methylene bis acrylamide in an amount sufficient to raise IR from near zero to between 35 and 40.

The emulsion is added to water with stirring and allowed to age to provide a stable composition. The rheology is very short, below 1 cm.

The composition is then added at a polymer dose of about 6 kg/t total solids to an aqueous suspension that is flowing towards a commercial sewage dewatering centrifuge, the treated suspension is sheared in a Inline Mixer to reduce floc size without redispersing solids as discrete solids, and the sheared product is then dewatered in the centrifuge. The solids content of the centrate is typically below 0.2% (0% is ideal) and the degree of separation is above 98% (100% is ideal). When the process is repeated using un-cross linked polymer, the corresponding values are typically above 1% and below 75%.

4,759,856

15

## EXAMPLE 6

The copolymers of 58% acrylamide and 42% dimethylaminoethyl acrylate quaternised with methyl chloride (DMAEA MeCl) and 5 and 12.5 ppm methylene bis acrylamide were prepared by reverse phase polymerisation to give a particle size below 2 μm followed by azeotropic distillation. The specific viscosities of the two polymers at 0.5% concentration in water at 35° C. were 750 and 3000 respectively.

0.1% aqueous solutions of the products were sheared using a Silverson Mixer Mold number L2R. The intrinsic viscosity (dl/g) of the polymers were measured as the shearing progressed. The results are shown in Table 6.

### TABLE 6

| Time | IV 5 ppm MBA | IV 12.5 ppm MBA |
|------|------|------|
| 0 mins | 4.5 | 2.82 |
| 0.25 | 5.3 | 3.5 |
| 0.5 | 5.9 | 3.4 |
| 1.0 | 6.1 | 3.6 |
| 2.5 | 7.3 | 3.6 |
| 5.0 | 7.2 | 4.3 |
| 10.0 | — | 5.0 |

This clearly shows how IV increases as shearing proceeds.

## EXAMPLE 7

A copolymer was made as in Example 6 except that the amount of MBA was 30 ppm. IV was 2.8 and IR 55. The reverse phase dispersion was mixed with water and aged, to give a stable 0.1% composition. This was sheared in a Waring Blendor until IV was 5 dl/g and IR was 21. This was then used as an effective flocculant for sewage sludge at a dose of 120 g/m³.

We claim:

1. A flocculation process for suspended solids in an aqueous suspension comprising, adding a polymeric material to water to form an aqueous composition, adding the aqueous composition to said aqueous suspension to flocculate the suspended solids of the suspension, wherein the polymeric material is subjected to shear in the aqueous composition before addition to the suspension or is subjected to shear during flocculation of the suspension and the polymeric material comprises cross linked water swellable polymer that is sheared to an intrinsic viscosity of at least 4 dl/g that is formed from a water soluble monomer or blend of water soluble monomers and the aqueous composition of the polymeric material is selected from (a) compositions that are a stable homogeneous composition and the shearing causes an increase in intrinsic viscosity of at least 1 dl/g, (b) compositions that will become a stable homogeneous composition upon ageing or stirring and the shearing causes an increase in intrinsic viscosity of at least 1 dl/g, and (c) compositions that include non-dispersible, insoluble, polymer and the shearing converts it to a stable homogeneous composition.

2. A process according to claim 1 which a 1% by weight stable aqueous homogeneous composition of the polymeric material has a rheology of below 2 cm before the shearing and a rheology of above 5 cm after the shearing.

3. A process according to claim 1 in which the aqueous composition is formed by adding to water the poly-

16

meric material in the form of dry or gel particles having a size below 10 microns.

4. A process according to claim 1 in which the polymeric material is insoluble in water, has a particle size below 3 mm and is subjected to shear to form a stable homogeneous aqueous composition that has intrinsic viscosity above 4 dl/g and that is then added to the suspension.

5. A process according to claim 1 in which the polymeric material is formed from one or more water soluble monoethylenically unsaturated monomers selected from non-ionic monomers, anionic monomers containing a carboxylic group or a sulphonic acid group and cationic monomers that are dialkylaminoalkyl(meth)acrylates or dialkylaminoalkyl(meth)acrylamides.

6. A process according to claim 1 in which the polymer is a Mannich base polymer.

7. A process according to claim 1 in which the polymeric material undergoes an ionicity regain $(X-Y)/X \times 100$ where X is the ionicity after the shearing and Y is the ionicity before the shearing due to the shear of at least 30%.

8. A process for flocculating suspended solids in an aqueous suspension comprising, forming an aqueous composition of a crosslinked water swellable polymeric material which has an absolute ionicity regain value $(X-Y)/X \times 100$ (where X is the ionicity after shear to constant ionicity and Y is the ionicity before shear) and includes recurring units selected from Mannich base monomer, sulphomethylated acrylamide, $CH_2=CR^1.CO.X.CH_2.CHOH.CH_2NR_2$, $CH_2=CR^1.CO.NH.CH_2.CH_2OH$ and $CH_2=CR^1.CO.NH.CH_2.COOH$, wherein $R^1$ is hydrogen or methyl, each group $R^2$ is $C_{1-4}$ alkyl and X is O or NH, shearing said aqueous composition to an intrinsic viscosity of at least 4 dl/g, wherein said shearing causes an increase in said intrinsic viscosity of at least 1 dl/g, adding a flocculating amount of said aqueous composition to said aqueous suspension and dewatering the resultant flocculated suspension on a centrifuge.

9. A flocculation process for suspended solids in an aqueous suspension comprising, forming an aqueous composition of cross linked water swellable polymeric material from a water soluble monomer or blend of water soluble monomers, adding a flocculating amount of said aqueous composition to said aqueous suspension of suspended solids and flocculating the suspended solids, wherein the intrinsic viscosity of the polymeric material is increased by shearing the aqueous composition or the suspension after the addition of the aqueous composition or both, and the said shearing increases the intrinsic viscosity of the polymeric material by at least 1 dl/g to a value that is at least 4 dl/g.

10. A process according to claim 9 in which the aqueous composition is a stable aqueous homogeneous composition and the polymer before shearing has intrinsic viscosity below 4 and is increased by shearing to above 6 and the shearing increases intrinsic viscosity by at least 1 dl/g.

11. A process according to claim 9 in which the intrinsic viscosity of the polymeric material is increased by subjecting the aqueous composition of polymeric material to shearing to form a stable aqueous homogeneous composition of the polymeric material, and the stable composition is then added to the suspension.

12. A process according to claim 11 in which the shearing is by blades moving at above 500 meters/minute.

4,759,856

**17**

13. A process according to claim 11 in which substantially all the shear is applied before adding the polymeric material to the suspension, the polymeric material has intrinsic viscosity above 6 when added to the suspension, and the suspension is dewatered substantially without shear.

14. A process according to claim 9 in which the polymeric material is added to the suspension and shear is applied to the suspension.

15. A process according to claim 9 in which shear is applied to the suspension by blades moving at above 500 meters per minute.

16. A process according to claim 9 in which the polymeric material has intrinsic viscosity below 4 when it is added to the suspension and the shearing gives an intrinsic viscosity above 6.

17. A process according to claim 9 in which the polymer includes recurring units selected from Mannich base monomer, sulphomethylated acrylamide, $CH_2=CR^1.CO.X.CH_2.CHOH.CH_2NR_2$, $CH_2=CR^1.CO.NH.CH_2.CH_2OH$ and $CH_2=CR^1.CO.NH.CH_2.COOH$, wherein $R^1$ is hydrogen or methyl, each group $R^2$ is $C_{1-4}$ alkyl and X is selected from O and NH.

**18**

18. A process according to claim 9 in which the polymer is formed from dialkylaminoalkyl(meth)acrylate copolymerised with 0 to 95 mole percent acrylamide.

19. A process according to claim 9 in which the polymeric material has an absolute ionicity regain value $(X-Y)/X \times 100$ (where X is the ionicity after shear to constant ionicity and Y is the ionicity before shear) of at least 40% before applying the shear and below 10% after applying the shear.

20. A process according to claim 9 in which a 1% by weight stable aqueous homogeneous composition of the polymeric material has a rheology of below 2 cm before the shearing and a rheology of above 5 cm after the shearing.

21. A process according to claim 9 in which the aqueous composition is formed by adding to water the polymeric material in the form of dry or gel particles having a size below 10 microns.

22. A process according to claim 9 in which the polymeric material is formed from one or more water soluble monoethylenically unsaturated monomers selected from non-ionic monomers, anionic monomers containing a carboxylic group or a sulphonic acid group and cationic monomers that are dialkylaminoalkyl(meth)acrylates or dialkylaminoalkyl(meth)acrylamides.

23. A process according to claim 9 in which the polymer is a Mannich base polymer.

* * * * *

# United States Patent [19]

## Rushmere

[11] Patent Number: **4,798,653**

[45] Date of Patent: **Jan. 17, 1989**

[54] **RETENTION AND DRAINAGE AID FOR PAPERMAKING**

[75] Inventor: **John D. Rushmere**, Wilmington, Del.

[73] Assignee: **Procomp, Inc.**, Marietta, Ga.

[21] Appl. No.: **165,634**

[22] Filed: **Mar. 8, 1988**

[51] Int. Cl.⁴ .......................... **D21H 3/58; D21H 3/78**

[52] U.S. Cl. .............................. **162/168.3; 162/181.6; 162/183**

[58] Field of Search .................. 162/168.3, 181.6, 183

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,007,878 | 11/1961 | Alexander et al. | 252/313 |
| 3,052,595 | 9/1962 | Pye | 162/164 |
| 3,620,978 | 11/1971 | Moore, Jr. | 252/313 |
| 3,719,607 | 3/1973 | Moore, Jr. | 252/313 |
| 3,956,171 | 5/1976 | Moore, Jr. et al. | 252/313 |
| 4,006,495 | 2/1977 | Jones | 2/93 |
| 4,305,762 | 12/1981 | Ostreicher et al. | 162/181 |
| 4,305,781 | 12/1981 | Langley et al. | 162/164 |
| 4,309,247 | 1/1982 | Hou et al. | 162/149 |
| 4,385,961 | 5/1983 | Svending et al. | 162/175 |

| | | | |
|---|---|---|---|
| 4,388,150 | 4/1983 | Sunden et al. | 162/175 |
| 4,578,150 | 3/1986 | Hou | 162/164.3 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 67735 | 1/1985 | Finland . |
| 67736 | 1/1985 | Finland . |
| 8600100 | 1/1986 | Sweden . |
| 8605826 | 10/1986 | Sweden . |
| 1265496 | 3/1972 | United Kingdom . |
| 1387744 | 3/1975 | United Kingdom . |

*Primary Examiner*—Peter Chin
*Attorney, Agent, or Firm*—Luedeka, Hodges & Neely

[57] **ABSTRACT**

A papermaking stock comprising cellulose fibers in an aqueous medium at a concentration of preferably about 50% by weight of the total solids in the stock including a retention and dewatering aid comprising a two component combination of an anionic polyacrylamide and a cationic colloidal silicia sol. The stock exhibits enhanced resistance to shear forces during the papermaking process. A papermaking process is also described.

**10 Claims, No Drawings**

4,798,653

1

# RETENTION AND DRAINAGE AID FOR PAPERMAKING

This invention is directed to an aid for use in enhancing the resistance to shear and the retention of fibrous fines and/or particulate fillers in a paper web formed by vacuum felting of a stock on a wire or the like, and enhancing the dewatering of the web in the course of its formation.

Various aids have been proposed heretofore which enhance the retention and/or dewatering characteristics of a paper web. Specifically, U.S. Pat. Nos. 4,578,150 and 4,385,961 disclose the use of a two-component binder system comprising a cationic starch and an anionic colloidal silicic acid sol as a retention aid when combined with cellulose fibers in a stock from which is formed a paper web by vacuum felting on a wire or the like. Finnish Published Specifications Nos. 67,735 and 67,736 refer to cationic polymeric retention agent compounds including cationic starch and polyacrylamide as useful in combination with an anionic silicon compound to improve the reception of a sizing. In Specification No. 67,735, the sizing agent is added in the furnish, whereas in Specification No. 67,736, the sizing is applied after the paper web is formed. These documents do not propose nor suggest enhanced resistance of the stock to shear or dewatering enhancement.

Many other prior publications have suggested different combinations of cationic and anionic substances as useful in papermaking. Most frequently, such combinations are specific as regards their relative proportions as in U.S. Pat. No. 4,578,150, or as regards their sequence of addition to the pulp slurry as in U.S. Pat. No. 4,385,961. They further often are limited, as regards their effectiveness, to specific pulps, e.g. chemical, mechanical, thermomechanical, etc.

In International Publication No. W086/05826 there is disclosed the use of anionic colloidal silica sol together with cationic polyacrylamide as a retention aid in a papermaking stock. This disclosure is diametrically opposite to the combination of the present invention.

The basic mechanism by which the cationic and anionic component aids function is often stated in terms of the components forming agglomerates, either alone or in combination with the cellulose fibers, that result in retention of fiber fines and/or mineral fillers. It is well recognized in the papermaking art that a pulp slurry, i.e. stock, undergoes severe shear stress at various stages in the papermaking process. After digestion, the stock may be beaten or refined in any of the several ways well known in the papermaking industry or it may be subjected to other similar treatments prior to the deposition of the stock onto a papermaking wire or the like for dewatering and web formation. For example, in a typical papermaking process, after digestion (and possibly bleaching), and even after beating and refining steps, the stock is subjected to shear forces associated with mixing and particularly to hydrodynamic shear associated with flow of the stock through such equipment as distribution devices, some of which divide the pulp stream and then recombine the streams at high velocities and in a manner that promotes mixing by means of high turbulence prior to the stock entering the headbox. Each time the stock is caused to flow from one location to another, it encounters shear, as when flowing through a conduit. Such shear is exarcebated by the high flow velocities encountered in the more modern mills where the paper

2

web is formed as speeds in excess of 4000 feet per minute, thereby requiring larger volumes of stock flow which often translates into greater flow velocities and greater hydrodynamic shear. All of these sources of shear tend to diminish or destroy the flocs or agglomerates developed by the added aids.

Shear stress continues to be experienced by the stock, and in fact is more severe in many instances, as it leaves the headbox, flows onto the wire, and is dewatered. Specifically, as the stock is discharged from the headbox through a manifold, thence a slice, onto the moving wire, there are very strong shear forces exerted upon both the liquid and the solids content of the stock. For example, in those papermaking mechanisms which employ slice jets, there is boundary shear between the stream flowing through each jet and the jet walls. The slice lips can be considered as flat plates held parallel to the main direction of flow; as the fluid travels farther along the plate, the shearing forces, due to the region of viscous action, accomplish the retardation of a continually expanding portion of the flow. As the velocity gradient at the boundary surface is reduced, the growth in boundary layer thickness along the plate is paralleled by a steady increase in boundary shear.

The stock on the wire is subjected to still further hydrodynamic, including shear, forces. Paper sheet forming is predominantly a hydrodynamic process which affects all the components of the stock including fibers, fines, and filler. The fibers may exist as relatively mobile individuals or they may be connected to others as part of a network, agglomerate or mat. The motions of the individual fibers follow the fluid motions closely because the inertial force on a single fiber is small compared with the viscous drag on it. However, the response of the fibers to fluid drag may be drastically modified when they are consolidated in a network or fiber mat. Chemical and colloidal forces are recognized to play a significant part in determining whether the fibers assume a network or mat geometry, such being particularly true with respect to fines and fillers. In commercial systems, heretofore, it has been generally conceded that the hydrodynamic forces exert a significant influence upon the sheet formation and that the degree of this influence is in proportion to the geometry of the fibers, fines and fillers in the stock as the stock reaches the wire and the degree to which this geometry is maintained during the sheet forming stage. Examples of the shear forces experienced by a stock during sheet forming include oriented shear due to velocity differences between the flow of stock and the speed of the wire at the instant the stock contacts the wire. Other shear forces arise as a consequence of the several water removal devices associated with the sheet forming including the application of vacuum at table rolls, drainage foils, etc.

These shear forces encountered by the stock tend toward deflocculation or deagglomeration of the fiber-fines-fillers-aids complexes whose intended function is to maintain their identity in order to obtain the desired intended results of filler and fines retention, good dewatering during web formation, etc. with improved, or no substantial loss of strength and like properties in the paper product. In the prior art it is not known precisely what mechanisms take place as respects the complexing of cellulose fibers, fillers and cationic and anionic aids, but in any event, the present inventor has found that the deleterious effects of shear upon the complexes is re-

4,798,653

3

duced or substantially eliminated through the use of the aid and process disclosed herein.

It is therefore an object of the present invention to provide a papermaking stock having improved resistance to shear forces that arise in the course of the papermaking process.

It is another object of the invention to provide an improved combination of additives for a papermaking stock.

It is another object of the present invention to provide a papermaking stock having improved drainage and retention properties.

It is another object of the present invention to provide a papermaking stock which exhibits improved resistance to shear forces and improved retention and drainage properties over a substantial range of pH values.

It is another object to provide an improved papermaking process.

Other objects and advantages will be apparent from the disclosures provided herein.

In accordance with the present invention, a papermaking stock comprising cellulose fibers in an aqueous medium at a concentration of preferably at least about 50 percent by weight of the total solids in the stock is provided with a retention and dewatering aid comprising a two-component combination of an anionic polyacrylamide and a cationic colloidal silica sol in advance of the deposition of the stock onto a papermaking wire. The stock so combined has been found to exhibit good dewatering during formation of the paper web on the wire and desirably high retention of fiber fines and fillers in the paper web products under conditions of high shear stress imposed upon the stock.

The present invention has been found to be effective with pulps of both hardwoods or softwoods or combinations thereof. Pulps of the chemical, mechanical (stoneground), semichemical, or thermomechanical types are suitable for treatment in accordance with the present process. In particular, the present invention has been found to provide shear-resistant complexed stocks where there is present in the stock substantial lignosulfates or abietic acid as might be encountered especially in unbleached mechanical pulps or in other pulps due to accumulation of these substances in recirculated white water.

Inorganic fillers such as clays, calcium carbonate, titanium oxide, and/or recycled broke or other cellulosic waste may suitably be incorporated in stocks processed in accordance with the present invention.

The cationic component supplied to the stock is of a colloidal silica sol type such as colloidal silicic acid sol and preferably such a sol which has at least one layer of aluminum atoms on the surface of the siliceous component. A suitable sol is prepared according to the methods such as described in U.S. Pat. Nos. 3,007,878; 3,620,978; 3,719,607 and 3,956,171, each of which is incorporated herein by reference. Such methods involve the addition of an aqueous colloidal silica sol to an aqueous solution of a basic aluminum salt such that the silica surface is coated with a positive aluminum species rendering the sol cationic. This sol is unstable under normal conditions of storage and, therefore, is preferably stabilized with an agent such as phosphate, carbonate, borate, magnesium ion or the like as is known in the art. Surface aluminum to silicon mol ratios in the sol may range from between about 1:2 to about 2:1, and

preferably 1:1.25 to 1.25:1 and most preferable 1:1, the latter being desirably more stable.

Particle size of the sol particulates appears to exhibit a lesser effect in determining the efficacy of the sol as used in the present process than certain other properties such as aluminum/silicon mol ratio, etc. Particle sizes of between about 3 and 30 nm can be employed. The smaller size ranges are preferred because of their generally superior performance.

The anionic component of the present invention comprises a polyacrylamide having a molecular weight in excess of 100,000, and preferably between about 5,000,000 and 15,000,000. The anionicity (degree of carboxyl fraction present) of the polyacrylamide may range between about 1 to about 40 percent, but polyacrylamides having an anionicity of less than about 10 percent, when used with the cationic colloidal silica sols, have been found to give the best all-around balance between freeness, dewatering, fines retention, good paper formation and strength, and resistance to shear.

Suitable anionic polyacrylamides may be obtained either by hydrolysis of a preformed polyacrylamide or by copolymerization of acrylamide with acrylic acid. Anionic polyacrylamides and anionic copolymers derived from the copolymerization of acrylamide with methacrylamide also may be employed in the present invention. The polymer products of either of these methods of production appear to be suitable in the practice of the present invention. As noted hereinabove, the lesser degrees of anionicity are preferred for all-around benefits but optimum shear resistance with acceptable accompanying retention and dewatering properties has been found to occur with those polyacrylamides having an anionicity of between about 1 to 10 percent. Suitable anionic polyacrylamides are commercially available from Hitek Polymers, Inc., Louisville, Ky., (Polyhall brand), from Hyperchem, Inc., Tampa, Fla. (Hyperfloc brand), or Hercules, Inc., Wilmington, Del. (Reton brand) as indicated in the following Table A:

TABLE A

| Polymer | Average Molecular Weight Range (MM) | % Carboxyl |
|---------|-------------------------------------|------------|
| Polyhall 650 | 10 | 5 |
| Polyhall 540 | 10 | 15–20 |
| Polyhall 2J | 10–15 | 2 |
| Polyhall 7J | 10–15 | 7 |
| Polyhall 21J | 10–15 | 21 |
| Polyhall 33J | 10–15 | 33 |
| Polyhall 40J | 10–15 | 40 |
| Polyhall CFN020 | 5 | 5 |
| Polyhall CFN031 | 10 | 12 |
| Hyperfloc AF302 | 10–15 | 2–5 |
| Reten 521 | 15 | 10 |
| Reten 523 | 15 | 30 |

Of these polymers, the Polyhall 650 provides a combination of good dewatering retention, and shear resistance, while minimizing floc size, and therefore is a preferred polymer for use in the present invention. For addition to the stock, the anionic polymer is prepared as a relatively dilute solution containing about 0.15 percent by weight or less.

In the papermaking process, the cationic colloidal silica sol and the anionic polyacrylamide are added sequentially directly to the stock at or briefly before the stock reaches the headbox. Little difference in fines retention or shear resistance is noted when the order of component introduction is alternated between cationic

4,798,653

5         6

component first or anionic component first although it is generally preferred to add the cationic component first. As noted above, in the practice of the invention, the sol and polymer preferably are preformed as relatively dilute aqueous solutions and added to the dilute stock at or slightly ahead of the headbox in a manner that promotes good distribution, i.e. mixing, of the additive with the stock.

Acceptable dewatering, retention and shear resistance properties of the stock are obtained when the cationic and anionic components are added to the stock in amounts representing between about 0.01 and about 2.0 weight percent for each component, based on the solids content of the treated stock. Preferably, the concentration of each component is between about 0.2 to 15 about 0.5 weight percent.

In the following Examples, which illustrate various aspects of the invention, the cationic component was a cationic colloidal silica sol prepared according to the teachings of U.S. Pat. No. 3,956,171. Specifically, in the 20 production of the sol, conditions are selected to provide a surface aluminum/silicon mol ratio of from about 1:2 to 2:1, preferably about 1:1.25 to 1.25:1. It has been found that a sol having a surface aluminum/silicon mol ratio of 1:1 is most stable under those conditions existing 25 in papermaking, so that sols with the 1:1 mol ratio are most suitable.

The anionic component used in the Examples comprised various anionic polyacrylamides, each of which is commercially available and identified hereinabove. 30 For addition to the papermaking stock, the anionic polyacrylamides were prepared as dilute solutions of 0.15 weight percent or less as noted. Whereas the pH of the stock in the several Examples was chosen to be pH 4 and pH 8, it is to be recognized that the present inven- 35 tion is useful with stocks having a pH in the range of about pH 4 to pH 9.

## EXAMPLE 1

### DEWATERING OF GROUNDWOOD PULP 40

Groundwood pulp is characterized by having a high percentage of fines and low dewatering (freeness). For these tests a 0.3 wt. % stock was prepared from 100% stoneground wood (40% poplar, 60% black spruce). To the stock was added 1.5g/l of sodium sulfate decahy- 45 drate to provide a specific conductivity of 115mS/cm similar to that of a typical papermaking process. The pH of the stock was adjusted to either pH 4 or pH 8 by means of dilute sodium hydroxide and sulfuric acid solutions and Canadian Standard Freeness Tests were 50 then run to determine drainage in the presence of various amounts of polyacrylamide and cationic sol.

The polyacrylamide used was Polyhall 650 and was added in amounts up to 1.0 wt % (20 lbs./ton) based on the pulp content of the stock. The cationic sol used is 55 described above and was used in amounts up to 1.5 wt. % of the pulp.

In conducting the tests, one liter of stock was first measured into a Britt Dynamic Drainage Jar as described by K. Britt and J. P. Unbehend in Research 60 Report 75, 1/10, 1981, published by Empire State Paper Research Institute (ESPRI), Syracuse, N.Y. 13210. The bottom of the jar had been blocked off to prevent drainage but to maintain mixing conditions similar to those used in subsequent retention and shear force tests de- 65 scribed in later examples. The stock was agitated at 800 rpm for 15 seconds and excellent agitation obtained by means of this and the vanes on the side of the jar. The

cationic silica sol was next added as dilute solution with 15 seconds allowed for mixing followed by addition of the dilute polyacrylamide solution. After a further 15 seconds of mixing the contents of the jar were transferred to the hold cup of a Canadian Standard Freeness Tester and the freeness measured.

The results of these tests are presented in Table 1 where it may be seen that the polyacrylamide by itself showed no beneficial effect in increasing the drainage of the stock either at pH 4 or pH 8 (Tests 1–3). Addition of papermakers alum to the system produced no beneficial effect at pH 4. At pH 8, lower loadings of alum increased drainage but this benefit was lost as alum loading was increased (Tests 4–7). In contrast to this, use of the cationic sol in increasing amounts produced a steady increase in drainage both at pH 4 and pH 8 (tests 8–12). Significant improvements in drainage were maintained at both pH levels as the polyacrylamide loading was reduced (Tests 13–15).

In Tests 16–20, the polyacrylamide and the cationic sol were increased to very high loadings to demonstrate that further gains in drainage could be obtained and that the system has a broad range of operability.

### TABLE 1

DRAINAGE AS A FUNCTION OF
SOL AND POLYMER LOADING
100% Stoneground Wood (40% poplar, 60% Black Spruce)
Polyhall 650 Polyacrylamide

| Test No. | % Polymer Loading | % Cationic Sol Loading | % Alum Loading | Freeness, ml pH 4 | pH 8 |
|---|---|---|---|---|---|
| 1 | — | — | — | 94 | 81 |
| 2 | 0.1 | — | — | 68 | 53 |
| 3 | 0.2 | — | — | 58 | 38 |
| 4 | 0.2 | — | 0.5 | 80 | 150 |
| 5 | 0.2 | — | 1.0 | 75 | 163 |
| 6 | 0.2 | — | 2.0 | 68 | 84 |
| 7 | 0.2 | — | 5.0 | 66 | 82 |
| 8 | 0.2 | 0.25 | — | 74 | 80 |
| 9 | 0.2 | 0.5 | — | 106 | 116 |
| 10 | 0.2 | 0.6 | — | 130 | 134 |
| 11 | 0.2 | 0.75 | — | 190 | 180 |
| 12 | 0.2 | 1.0 | — | 200 | 246 |
| 13 | 0.1 | 1.0 | — | 192 | 205 |
| 14 | 0.05 | 1.0 | — | 160 | 156 |
| 15 | 0.025 | 1.0 | — | 144 | 130 |
| 16 | 0.4 | 1.0 | — | 205 | 265 |
| 17 | 0.6 | 1.0 | — | 220 | 310 |
| 18 | 0.8 | 1.0 | — | 235 | 320 |
| 19 | 1.0 | 1.0 | — | 240 | 330 |
| 20 | 1.0 | 1.5 | — | 335 | 376 |

## EXAMPLE 2

### DRAINAGE AS A FUNCTION OF POLYMER ANIONICITY

In this series of tests, the freeness resulting from the use of a variety of anionic polyacrylamides together with cationic sol was examined in a similar manner to that described in Example 1. The stock was again 100% stoneground wood (40% poplar, 60% black spruce). It may be seen from the results in Table 2 that all of the cationic sol/polymer combinations show improved drainage but that the changes in anionicity only show significant variations under alkaline conditions.

4,798,653

## 7

### TABLE 2

DRAINAGE AS A FUNCTION OF POLYMER ANIONICITY
100% Stoneground Wood (40% poplar, 60% Black Spruce)
Various Polyhall Polyacrylamides

| Test No. | Polyhall Polymer Used | Wt. % Polymer Loading | Wt. % Cationic Sol Loading | Freeness, ml pH 4 | pH 8 |
|---|---|---|---|---|---|
| 1 | — | — | — | 94 | 81 |
| 2 | 2J | 0.1 | 0.3 | — | 72 |
| 3 | 7J | 0.1 | 0.3 | — | 72 |
| 4 | 21J | 0.1 | 0.3 | — | 110 |
| 5 | 33J | 0.1 | 0.3 | — | 140 |
| 6 | 40J | 0.1 | 0.3 | — | 140 |
| 7 | 540 | 0.1 | 0.5 | — | 124 |
| 8 | 2J | 0.1 | 0.5 | — | 100 |
| 9 | 7J | 0.1 | 0.5 | — | 118 |
| 10 | 21J | 0.1 | 0.5 | — | 210 |
| 11 | 33J | 0.1 | 0.5 | — | 245 |
| 12 | 40J | 0.1 | 0.5 | — | 165 |
| 13 | 2J | 0.1 | 1.0 | — | 320 |
| 14 | 7J | 0.1 | 1.0 | — | 350 |
| 15 | 21J | 0.1 | 1.0 | — | 355 |
| 16 | 33J | 0.1 | 1.0 | — | 355 |
| 17 | 40J | 0.1 | 1.0 | — | 320 |
| 18 | 33J | 0.05 | 1.0 | — | 258 |
| 19 | 33J | 0.10 | 1.0 | — | 355 |
| 20 | 33J | 0.15 | 1.0 | — | 415 |
| 21 | 33J | 0.20 | 1.0 | — | 410 |
| 22 | 33J | 0.30 | 1.0 | — | 360 |
| 23 | 540 | 0.2 | 1.0 | 207 | — |
| 24 | 2J | 0.2 | 1.0 | 192 | — |
| 25 | 7J | 0.2 | 1.0 | 233 | — |
| 26 | 21J | 0.2 | 1.0 | 218 | — |
| 27 | 33J | 0.2 | 1.0 | 182 | — |
| 28 | 40J | 0.2 | 1.0 | 207 | — |

### EXAMPLE 3

### DRAINAGE OF CHEMICAL PULP

In this example a series of tests was conducted using a bleached chemical pulp comprised of 70% hardwood and 30% softwood. A 0.3 wt. % stock was prepared and 1.5 g/l of sodium sulfate decahydrate was again added to provide a specific conductivity similar to that of a typical white water. Drainage tests were conducted using various amounts of Polyhall 650 anionic polyacrylamide, cationic sol and alum at both pH 4 and pH 8.

It may be seen from the results in Table 3 that at pH 4 the combination of the anionic polyacrylamide with the cationic sol is far more effective in increasing drainage (freeness) than the combination of the polyacrylamide with papermakers alum (of Tests 4–7 with Tests 8–13). At pH 8 the differences are not as large but higher freeness is still obtainable with the cationic sol. Tests 17–21 show that very high freeness can be obtained by using larger quantities of the anionic polyacrylamide and the cationic sol.

### TABLE 3

DRAINAGE OF CHEMICAL PULP
(70% Hardwood, 30% Softwood)

| Test # | Wt. % Polyhall 650 Loading | Wt. % Cationic Sol Loading | Wt. % Alum Loading | Freeness, ml pH 4 | pH 8 |
|---|---|---|---|---|---|
| 1 | — | — | — | 295 | 280 |
| 2 | 0.1 | — | — | 265 | 195 |
| 3 | 0.2 | — | — | 230 | 145 |
| 4 | 0.2 | — | 0.5 | 225 | 500 |
| 5 | 0.2 | — | 1.0 | 215 | 460 |

## 8

### TABLE 3-continued

DRAINAGE OF CHEMICAL PULP
(70% Hardwood, 30% Softwood)

| Test # | Wt. % Polyhall 650 Loading | Wt. % Cationic Sol Loading | Wt. % Alum Loading | Freeness, ml pH 4 | pH 8 |
|---|---|---|---|---|---|
| 6 | 0.2 | — | 2.0 | 212 | 405 |
| 7 | 0.2 | — | 5.0 | 215 | 365 |
| 8 | 0.2 | 0.25 | — | 495 | 460 |
| 9 | 0.2 | 0.5 | — | 530 | 560 |
| 10 | 0.2 | 0.5 | 1.0 | 440 | 530 |
| 11 | 0.2 | 0.6 | — | 540 | 550 |
| 12 | 0.2 | 0.75 | — | 535 | 565 |
| 13 | 0.2 | 1.0 | — | 547 | 540 |
| 14 | 0.1 | 0.5 | — | 460 | 460 |
| 15 | 0.05 | 0.5 | — | 375 | 370 |
| 16 | 0.025 | 0.5 | — | 325 | 335 |
| 17 | 0.4 | 0.5 | — | 600 | 565 |
| 18 | 0.6 | 0.5 | — | 540 | 563 |
| 19 | 0.8 | 0.5 | — | 610 | 565 |
| 20 | 1.0 | 0.5 | — | 610 | 560 |
| 21 | 1.0 | 1.0 | — | 700 | 650 |

### EXAMPLE 4

### DRAINAGE OF THERMOMECHANICAL PULP

In this example a 0.3 wt. % stock from a thermomechanical pulp of 100% Aspen origin was prepared. 1.5 g/l of sodium sulfate decahydrate was added to simulate electrolytes. The Canadian Standard Freeness Tests listed in Table 4 show that with this stock, improved drainage at both ph 4 and pH 8 was obtained using Polyhall 7J anionic polyacrylamide with cationic sol versus the use of the same polyacrylamide with alum.

### TABLE 4

DRAINAGE OF THERMOMECHANICAL PULP
(100% Aspen)

| Test # | Wt. % Polyhall 7J Loading | Wt. % Cationic Sol Loading | Wt. % Alum Loading | Freeness, ml pH 4 | pH 8 |
|---|---|---|---|---|---|
| 1 | — | — | — | 240 | 210 |
| 2 | 0.1 | — | — | 92 | 50 |
| 3 | 0.2 | — | — | 64 | 25 |
| 5 | 0.2 | — | 0.5 | 66 | 200 |
| 6 | 0.2 | — | 1.0 | 60 | 270 |
| 7 | 0.2 | — | 2.0 | 66 | 265 |
| 8 | 0.2 | 0.25 | — | 225 | 230 |
| 9 | 0.2 | 0.50 | — | 375 | 415 |
| 10 | 0.2 | 0.75 | — | 475 | 526 |
| 11 | 0.2 | 1.0 | — | 535 | 550 |
| 12 | 0.1 | 0.5 | 1.0 | 365 | 490 |

### EXAMPLE 5

### DRAINAGE/RETENTION OF CHEMICAL THERMOMECHANICAL PULP

In this example, the freeness of a chemical thermomechanical pulp was examined. In addition, to obtain a measure of fines retention, turbidity measurements were made on the white water drainage from the freeness tests. The furnish was of 0.3 wt. % consistency with 1.5 g/l sodium sulfate decahydrate as electrolyte. The combination of anionic polyacrylamide with cationic sol at pH 4 showed a greater response to both improved freeness and improved retention (lower turbidity) than did the polyacrylamide combined with alum. At pH 8, the freeness of both combinations remained at comparable values although the cationic sol system showed better retention. The results are given in Table 5.

4,798,653

9                                                          10

### TABLE 5

| | | | | DRAINAGE/RETENTION OF CHEMICAL THERMOMECHANICAL PULP | | | |
|---|---|---|---|---|---|---|---|
| Test # | Wt. % Hyperfloc AF 302 Loading | Wt. % Cationic Sol Loading | Wt. % Alum Loading | pH 4 Freeness | pH 4 Turbidity | pH 8 Freeness | pH 8 Turbidity |
| 1 | 0.025 | — | — | 325 | 124 | | |
| 2 | 0.025 | — | 0.25 | 325 | 150 | | |
| 3 | 0.025 | — | 0.5 | 320 | 140 | | |
| 4 | 0.025 | — | 1.0 | 320 | 140 | | |
| 5 | 0.025 | 0.25 | — | 345 | 66 | | |
| 6 | 0.025 | 0.5 | — | 365 | 43 | | |
| 7 | 0.025 | 1.0 | — | 360 | 42 | | |
| 8 | 0.05 | — | — | 285 | 170 | 175 | 240 |
| 9 | 0.05 | — | 0.25 | 280 | 160 | 250 | 182 |
| 10 | 0.05 | — | 0.5 | 280 | 160 | 445 | 44 |
| 11 | 0.05 | — | 1.0 | 285 | 142 | 335 | 60 |
| 12 | 0.05 | 0.25 | — | 355 | 49 | 375 | 49 |
| 13 | 0.05 | 0.5 | — | 395 | 28 | 390 | 26 |
| 14 | 0.05 | 0.1 | — | 410 | 28 | 395 | 24 |

### EXAMPLE 6

#### FINES RETENTION AND DRAINAGE OF FILLED PULP

For these tests a 0.5 wt. % filled pulp stock comprising 70% chemical pulp (70% hardwood, 30% softwood), 29% Klondyke clay and 1% calcium carbonate was prepared. 1.5 g/l sodium sulfate decahydrate was added as electrolyte.

Britt Jar Tests for fines retention were then conducted using various loadings of Polyhall 650 anionic polyacrylamide with either alum or cationic sol. A constant stirrer speed of 800 rpm was used and tests were made at both pH 4 and pH 8. Table 6 lists the results.

It may be seen that at Polyhall 650 anionic polyacrylamide loadings of 0.1 wt %, use of the cationic sol gives superior retentions to the use of reference alum at both pH 4 and pH 6 (cf Tests 9–12 with Tests 3–5). At higher Polyhall 650 loadings of 0.2 wt. % superiority of the cationic sol over alum is maintained at pH 4. At pH 8 the differences are no longer marked.

Also included in Table 6 are some freeness values for the same pulp system (diluted to 0.3 wt. % consistency) at additive loadings corresponding to high fines retention levels. A clear superiority in drainage for the use of cationic sol versus alum is demonstrated.

### TABLE 6

| | | | FINES RETENTION AND DRAINAGE OF FILLED PULP | | |
|---|---|---|---|---|---|
| Test # | Wt. % Polyhall 650 Loading | Wt. % Cationic Sol Loading | Wt. % Alum Loading | pH 4 | pH 8 |
| | | | | % Fines Retention | |
| 1 | 0.1 | — | — | 44.3 | 49.9 |
| 2 | 0.2 | — | — | 56.0 | 72.4 |

### TABLE 6-continued

| | | | FINES RETENTION AND DRAINAGE OF FILLED PULP | | |
|---|---|---|---|---|---|
| Test # | Wt. % Polyhall 650 Loading | Wt. % Cationic Sol Loading | Wt. % Alum Loading | pH 4 | pH 8 |
| 3 | 0.1 | — | 0.5 | 44.1 | 47.9 |
| 4 | 0.1 | — | 1.0 | 44.5 | 42.7 |
| 5 | 0.1 | — | 2.0 | 44.4 | 46.1 |
| 6 | 0.2 | — | 0.5 | 55.2 | 89.7 |
| 7 | 0.2 | — | 1.0 | 55.6 | 86.5 |
| 8 | 0.2 | — | 2.0 | 54.0 | 73.0 |
| 9 | 0.1 | 0.25 | — | 72.8 | 69.5 |
| 10 | 0.1 | 0.50 | — | 63.3 | 70.2 |
| 11 | 0.1 | 0.75 | — | 62.4 | 63.2 |
| 12 | 0.1 | 1.00 | — | 55.5 | 61.3 |
| 13 | 0.2 | 0.25 | — | 81.7 | 90.6 |
| 14 | 0.2 | 0.50 | — | 86.6 | 90.4 |
| 15 | 0.2 | 0.75 | — | 86.6 | 88.4 |
| 16 | 0.2 | 1.00 | — | 88.9 | 88.0 |
| | | | | Freeness, ml | |
| 17 | 0.2 | — | 1.0 | 265 | 330 |
| 18 | 0.2 | — | 2.0 | 260 | 310 |
| 19 | 0.2 | 0.25 | — | 475 | 450 |
| 20 | 0.2 | 0.50 | — | 475 | 485 |

### EXAMPLE 7

#### ADDITIVE EFFECT OF CATIONIC SOL ON DRAINAGE AND RETENTION

In this example the benefits of adding both cationic sol and anionic polyacrylamide versus anionic polyacrylamide alone to a filled pulp system containing alum was demonstrated. Freeness and white water turbidity measurements were made on a stock similar to that described in Example 6. Two commercial anionic polyacrylamide retention aids were used. Table 7 shows a significant enhancement in both freeness and fines retention (lower white water turbidity) on adding cationic sol in addition to alum and polyacrylamide (cf Tests 7–10 with Test 4, and Tests 18–19 with Test 17).

### TABLE 7

| | | ADDITIVE EFFECT OF CATIONIC SOL ON DRAINAGE AND RETENTION (Filled Chemical Pulp at pH 4.0) | | | |
|---|---|---|---|---|---|
| Test # | Wt. % Polymer Loading | Wt. % Alum Loading | Wt. % Cationic Sol Loading | Freeness ml | Turbidity N.T.A. Units |
| Using Reten 521 | | | | | |
| 1 | 0.05 | — | — | 290 | 90 |
| 2 | 0.05 | 0.25 | — | 290 | 97 |
| 3 | 0.05 | 0.5 | — | 295 | 95 |
| 4 | 0.05 | 1.0 | — | 295 | 92 |
| 5 | 0.05 | 1.5 | — | 295 | 93 |
| 6 | 0.05 | 2.0 | — | 295 | 93 |
| 7 | 0.05 | 1.0 | 0.125 | 410 | 39 |

4,798,653

11

12

### TABLE 7-continued

ADDITIVE EFFECT OF CATIONIC SOL ON DRAINAGE AND RETENTION
(Filled Chemical Pulp at pH 4.0)

| Test # | Wt. % Polymer Loading | Wt. % Alum Loading | Wt. % Cationic Sol Loading | Freeness ml | Turbidity N.T.A. Units |
|---|---|---|---|---|---|
| 8 | 0.05 | 1.0 | 0.25 | 455 | 33 |
| 9 | 0.05 | 1.0 | 0.5 | 435 | 41 |
| 10 | 0.05 | 1.0 | 1.0 | 385 | 45 |
| Using Reten 523 | | | | | |
| 15 | 0.05 | — | — | 285 | 98 |
| 16 | 0.05 | 0.5 | — | 275 | 99 |
| 17 | 0.05 | 1.0 | — | 290 | 96 |
| 18 | 0.05 | 1.0 | 0.25 | 360 | 68 |
| 19 | 0.05 | 1.0 | 0.5 | 335 | 86 |
| 20 | 0.05 | 1.0 | 1.0 | 285 | 134 |

### EXAMPLE 8

#### RESISTANCE OF FINES RETENTION TO TURBULENCE

The improved resistance of pulp fines flocs formed from the co-use of anionic polyacrylamide with cationic sol to the effects of machine shear forces was demonstrated by further Britt Jar Tests using a filled pulp system similar to that of Example 6, but with variations in the speed of the stirrer. Higher stirring speed corresponds to higher shear. The tests were conducted at both pH 4 and pH 8 at two loadings of Polyhall 650 anionic polyacrylamide but at constant loadings of either 1.0 wt. % alum or 0.5 wt. % cationic sol. The superior performance of cationic sol versus alum is clearly shown at pH 4 in Table 8.

### TABLE 8

RESISTANCE OF FINES RETENTION TO TURBULENCE
Filled Chemical Pulp

| | Wt. % | | % Fines Retention | | | |
| | | | pH 4 | | pH 8 | |
| Test # | Polyhall 650 Loading | Turbulence r.p.m. | Alum | Cat. Sol | Alum | Cat. Sol |
|---|---|---|---|---|---|---|
| 1 | 0.1 | 600 | 89.4 | 90.5 | 94.9 | 95.1 |
| 2 | 0.1 | 800 | 43.7 | 70.9 | 56.2 | 67.8 |
| 3 | 0.1 | 1000 | 34.5 | 50.8 | 56.2 | |
| 4 | 0.2 | 600 | 82.1 | 98.3 | 97.8 | 99.2 |
| 5 | 0.2 | 800 | 56.3 | 87.1 | 87.0 | 90.4 |
| 6 | 0.2 | 1000 | 30.4 | 71.2 | 76.0 | 82.0 |

Constant alum loading of 1.0 wt. %
Constant cationic sol loading of 0.5 wt. %

Further tests were conducted to demonstrate the retention, under conditions of increased shear, of the present invention versus a commercial prior art system employing colloidal silica. In these tests, the stock used was a fine paper stock comprising 70% pulp (70% hardwood and 30% softwood), 29% clay and 1% calcium carbonate. The pH of the stock was adjusted to 4.5. In these tests, the loadings of the anionic polyacrylamide was selected at the equivalent of 3 lb/ton (0.15 wt. %) and the cationic sol at 12 lb/ton (0.6 wt. %). Britt Jar tests were conducted at different agitation speeds to simulate different magnitudes of shear. The order of addition of the cationic and anionic components were reversed in certain of the tests to illustrate the effect of order of component addition. The results of these tests are given in Table 9. Further tests were conducted in like manner except that 100 ppm of lignin sulfonate, a representative anionic impurity, was added to the stock. The Table 10 shows the results of these tests and shows the superiority of the present invention. The "prior art" referred to in Tables 9 and 10 comprised anionic colloidal silica sol plus cationic starch marketed under the tradename Compozil by Procomp of Marietta, Ga.. The loadings employed in all tests were of 8 lb/ton (0.4 wt. %) of anionic colloidal silica plus 20 lb/ton (1.0 wt. %) of cationic starch. The loadings stated for each system had been established as giving nearly optimum values in fines retention for that system.

### TABLE 9

RESISTANCE TO SHEAR FORCES

| | | % Fines Retention | | |
| Component Added First | Turbulence r.p.m. | Polyhall 2J/ Cationic Sol | Polyhall 7J/ Cationic Sol | Prior-Art |
|---|---|---|---|---|
| Cationic | 600 | 90 | 73 | 87 |
| Cationic | 800 | 87 | 75 | 69 |
| Cationic | 1000 | 85 | 74 | 54 |
| Anionic | 600 | 99 | 95 | 93 |
| Anionic | 800 | 100 | 80 | 61 |
| Anionic | 1000 | 96 | 65 | 51 |

### TABLE 10

RESISTANCE TO SHEAR FORCES

| | | % Fines Retention | | |
| Component Added First | Turbulence r.p.m. | Polyhall 2J/ Cationic Sol | Polyhall 7J/ Cationic Sol | Prior-Art |
|---|---|---|---|---|
| Cationic | 600 | 96 | 90 | 57 |
| Cationic | 800 | 94 | 85 | 38 |
| Cationic | 1000 | 85 | 84 | 36 |
| Anionic | 600 | 87 | 80 | 72 |
| Anionic | 800 | 81 | 70 | 43 |
| Anionic | 1000 | 52 | 58 | 38 |

What is claimed is:

1. In a papermaking stock including cellulose fibers in a concentration of at least about 50% by weight of such fibers in an aqueous medium the improvement comprising:

a cationic component comprising a colloidal silica sol compound selected from the group consisting of colloidal silicic acid sol, colloidal silicic acid sol modified with at least one surface layer of aluminum atoms,

an anionic component selected from the group consisting of polyacrylamide prepared by the hydrolysis of polyacrylamide, polyacrylamide prepared by the copolymerization of acrylic acid with acrylamide, and polyacrylamide derived from the copolymerization of acrylamide with methacrylamide,

said cationic component being present in the stock in a concentration between about 0.01 to about 2.0 weight percent based on the solids content of the stock,

4,798,653

13

said anionic component being present in said stock at a concentration from about 0.01 to about 1.0 weight percent based on the solids content of the stock,

whereby said stock is rendered effectively resistant to destruction of its retention and dewatering properties by shear forces incurred by said stock in the course of forming of the stock into a paper web.

2. The papermaking stock of claim 1 wherein said cationic component and said anionic components are present in a ratio of between about 1:100 and 100:1.

3. The papermaking stock of claim 2 wherein said cationic component and said anionic components are present in a ratio of between about 1:10 and 10:1.

4. The papermaking stock of claim 1 wherein the pH of said stock is between about 4 and about 9.

5. The papermaking stock of claim 1 wherein said anionic component exhibits an anionicity of between about 1 and about 40 percent.

6. The papermaking stock of claim 5 wherein said anionic component exhibits are anionicity of less than about 10 percent.

7. The papermaking stock of claim 1 wherein said anionic component has a molecular weight in excess of between about 100,000 and about 15,000,000.

14

8. The papermaking stock of claim 7 wherein said anionic component has a molecular weight between about 5,000,000 and 15,000,000.

9. The papermaking stock of claim 1 wherein said cationic component has a particle size of between about 3 and 30 nanometers.

10. A papermaking process employing a stock comprising at least about 50% by weight of cellulose fibers in an aqueous medium having a pH between about 3 and about 9, introduced from a headbox containing said stock onto a moving papermaking wire and vacuum felted thereon including the steps of:

introducing to said stock prior to its removal from said headbox onto said wire, a cationic colloidal silica sol component,

separately introducing to said furnish prior to its removal from said headbox onto said wire an anionic polyacrylamide component,

said cationic and said anionic components being present in a ratio of between about 1:10 and 10:1 based on weight and each component representing between about 0.01 and 1.0 weight percent of said stock based on total solids of said stock, and

providing a time lapse between said introductions of said components sufficient to permit good mixing of said components with said stock.

* * * * *

# United States Patent [19]

## Wagberg et al.

[11] Patent Number: **4,824,523**

[45] Date of Patent: **Apr. 25, 1989**

[54] **METHOD OF MAKING PAPER WITH HIGH FILLER CONTENT**

[75] Inventors: **Lars E. R. Wågberg**, Kungsängen; **Tom S. C. Lindström**, Sollentuna, both of Sweden

[73] Assignee: **Svenska Traforskningsinstitutet**, Stockholm, Sweden

[21] Appl. No.: **57,720**

[22] Filed: **Jun. 1, 1987**

### Related U.S. Application Data

[63] Continuation of Ser. No. 763,439, filed as PCT SE84/00406 on Nov. 28, 1984, published as WO85/02635 on Jun. 20, 1985, abandoned.

[30] **Foreign Application Priority Data**

Dec. 6, 1983 [SE] Sweden ................................. 8306739

[51] Int. Cl.⁴ .......................... D21H 3/28; D21H 3/36
[52] U.S. Cl. .............................. **162/164.1;** 162/164.3; 162/164.6; 162/166; 162/168.2; 162/168.4; 162/169; 162/175; 162/183
[58] Field of Search ............... 162/164.3, 164.6, 168.2, 168.3, 168.4, 169, 175, 183, 164.1, 166

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,592,731 | 7/1971 | Griggs . |
| 3,790,514 | 2/1974 | Economou . |
| 4,066,495 | 1/1978 | Voigt et al. . |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 25463 | 3/1981 | European Pat. Off. . |
| 1497280 | 1/1978 | United Kingdom . |

#### OTHER PUBLICATIONS

Casey, *Pulp and Paper*, vol. III, 3rd ed. (1981), pp. 1456–1461, 1570, 1597, 1598, 1602–1604, 1622.

*Primary Examiner*—Peter Chin
*Attorney, Agent, or Firm*—Burns, Doane, Swecker & Mathis

[57] **ABSTRACT**

The invention relates to a method for producing paper by the addition of a retention - dry strength agent system. The system consists of

cationic starch with a substitution degree of at least 0.005 in an amount of at least 1%,

anionic high-polymer with a molecular weight greater than $10^6$ and in an amount of 0.003–0.5%, and

cationic synthethic polymer in an amount of 0.005–0.5%.

**9 Claims, No Drawings**

4,824,523

1

# METHOD OF MAKING PAPER WITH HIGH FILLER CONTENT

This application is a continuation of application Ser. No. 763,439, filed as PCT SE84/00406 on Nov. 28, 1984, published as WO85/02635 on Jun. 20, 1985, now abandoned.

## BACKGROUND OF THE INVENTION

This invention relates to a method of papermaking, which renders it possible to make paper with a high filler content (>15%), a high retention of the filler, and substantially improved mechanical and optical properties.

In order to reduce papermaking costs, it is tried at present to increase the content of mineral fillers in the paper. Examples of such fillers also are kaolin, various types of calcium carbonate and talcum. The fillers improve the opacity and printability properties of the paper. In addition, for various reasons it is often desired to make paper with bentonite, titanium oxide, wollastonite, glass fibres, zinc pigment etc. The present invention comprises either an addition of a filler type or of mixtures of different fillers and pigment types.

Addition of fillers give rise to the technical problem that they, to an unsatisfactory degree, deteriorate the strength properties of the wet web as well as the dry paper. Traditionally different types of starches were typically added, into the stock, into the size press, or by a spray method in order to improve the strength properties. Cationic or amphoteric starches normally are used as additives to the stock at present. By derivatization of the starch it is sought to obtain a good retention of filler, pigment and other fine material on the wire and also to obtain maximum dry strength effect of the additives. It is important in this connection that the starch derivative have good affinity to fibres and fillers in the stock. This is normally achieved by cationization of the starch so that it is absorbed to the negatively charged fibres. It is generally known that a high retention effect in a papermaking machine can be obtained by consecutively adding to the stock both a cationic starch and an anionic polymer, for example polyacrylamide. The synergistic effect is due to the fact that the two oppositely charged polymers interact with each other, although the mechanism in detail is unknown.

When it is desired that large amounts (>2%) of starch is adsorbed to fibres and fillers, it is favourable to use a relatively low-substituted cationic starch (D.S.=substitution degree of cationic groups). D.S.<0.03. There is in fact an optimum charge density of the starch corresponding to a maximum adsorption to a given stock under given chemical conditions. When such a low-substituted cationic starch is used in combination with an anionic high-polymer, however, in most cases an inferior retention effect obtained is inferior to that obtained if a high-charged starch type is chosen. While this can be counteracted to a certain degree by choosing a high-charged anionic high-polymer, but in most of the cases this does not help.

## DETAILED DESCRIPTION OF PREFERRED EMBODIMENTS

We have now found that by using a low-charged cationic starch (D.S.≦0.03) in combination with an anionic high-polymer it is possible to obtain a strong synergistic effect on the retention fillers and fine mate-

2

rial when, in addition, a cationic polymer is added. This amounts to a 3-component retention and dry strength agent system for paper with high filler contents (>15%).

The cationic starch utilized in the process can be produced from any one of the starch-producing plant species, for example maize starch, wheat starch, potato starch, rice starch, tapioca starch and the like. As the cationic substituent in our additive a tertiary amine ether or a quarternary ammonium ether group is preferred.

It is expected, however, that other cationic groups, for example primary and secondary amines, sulphonium and phosphonium groups bound with ether or ether groups to the starch, can also be used. We prefer the use of 3-chloro-2-hydroxypropyltrimethyl ammonium chloride to form cationic starch with a degree of substitution of at least 0.005, preferably between about 0.01 to about 0.035 and most preferably between about 0.01 and about 0.025. The cationic starch should be present in a proportion of 1 to 7% by weight of the stock. The three components are added to the stock before the point at which the product is formed on the web. We prefer that the cationic starch be added first to the stock, whereafter the anionic high-polymer and the cationic polymer are added separately. The anionic polymer should have a mean molecular weight (Mw) greater than $10^6$ and should comprise from about 0.003 to about 0.5% and preferably from about 0.003 to about 0.3% of the stock. The anionic polymer may be a copolymer of acrylamide and acrylic acid or 2-acrylamide 2-alkylpropane sulfonic acid.

The cationic synthetic polymer should comprises from about 0.005 to about 0.5% by weight and preferably from about 0.005 to about 0.5% by weight and preferably from about 0.005 to about 0.3% by weight of the system. Suitable cationic synthetic polymers include:

(A) Chain-reaction polymers prepared from monomers with the following structure:

$$CH_2=C-C-O-CH_2-CH_2-\overset{\oplus}{N}-R_3$$

in which $X^{31}$ signifies $-I^{31}$, $-CH_3SO_4^-$ or $-Cl^-$ and $R_1$, $R_2$, $R_3$ and $R_4$ signify $-H$, $-CH_3$ or some other short-chain alkyl group.

(B) Modified polyacrylamides in which the polyacrylamide is reacted with HCHO and dimethylamine in accordance with the following reaction:

$$-CH_2-R_1-$$
$$C-O + HCHO + (CH_3)_2NH$$
$$NH_2$$
$$-CH_2-CH-$$
$$C=O$$
$$N-H$$
$$CH_2$$
$$N(CH_3)_2$$

in which $R_1$ signifies $-H$ or $-CH_3$

(C) Polydiallyldialkyl-ammonium halides prepared from monomers with the following structure:

$$(CH_2-CH-CH_2)_2-N^+R_1R_2X^{31}$$

4,824,523

**3**

in which $R_1$ and $R_2$ signify —H, —$CH_3$ or some other short-chain alkyl group,

(D) Cationic amido-amines prepared by condensation of a dicarboxylic acid, e.g., adipic acid and a polyalkylenepolyamine e.g. diethylenetriamine, forming a polyamide of the following structure:

—NH($C_nH_{2n}$HN)$_x$—CORCO—

in which n and x 2 and R is the divalent hydrocarbon chain of the dicarboxylic acid, which is then reacted with epichlorohydrin, fomring a cationic polyelectrolyte,

(E) Condensation products formed between dicyandiamide, formaldehyde and an ammonium salt,

(F) Reaction products formed between epichlorohydrin or polyepichlorohydrin and ammonia or primary or secondary amines, e.g., dimethylamine,

(G) Polymers formed by reaction between ditertiary amines or secondary amines and dihalo-alkanes,

(H) Polymers formed by polymerization of ethylimine, known as polyethylimines, or

(I) Polymers formed by polymerization of N-(dialkylaminoalkyl)-acrylamide monomers.
The pH of the stock can vary between pH 4–9. The paper stock consists of at least 15% filler and cellulose fibres. The stock additionally can contain wet strenth agents, hydrophobization agents, waxes, antifoam agents, cleaning compounds, anti-resin agents etc. These additives normally are not critical for the function of the system. The term cellulose fibres refers either to so-called chemical pulp, for example sulphate or sulphite pulp from hardwood or softwood, or co-called mechanical pulps, groundwood pulps, refiner pulps, thermo-mechanical pulps or so-called chemical-mechanical pulps.

What is claimed is:

1. A method for manufacturing paper comprising the step of adding a dry-strength retention agent system to paper stock prior to forming the paper, said system comprising:

(i) from about 1% to about 7% by weight of a cationic starch having a degree of substitution between about 0.01 to about 0.035;

(ii) from about 0.003 to about 0.5% by weight of an anionic polymer having a mean molecular weight greater than $10^6$; comprising a copolymer of acrylamide with acrylic acid or 2-acrylamide 2-alkylpropane sulfonic acid; and

(iii) from about 0.005 to about 0.5% by weight of a non-starch cationic synthetic polymer;
selected from the group consisting of:

(i) a cationic acrylic polymer;

(ii) a cationic polyacrylamide;

(iii) a polydiallyldialkyl-ammonium polymer;

(iv) a cationic condensation amido-amine polymer;

(v) a condensation product formed between dicyandiamide, formaldehyde, and an ammonium salt;

(vi) a reaction product formed between epichlorohydrin or polyepichlorohydrin and ammonia, a primary amine or a secondary amine;

(vii) a polymer formed by reacting a di-tertiary amine or secondary amine and dihalo-alkanes;

(viii) a polyethylamine formed by polymerization of ethylimine; and

**4**

(ix) a polymer formed by polymerization of a N-(dialkyl-aminoalkyl)-acrylamide monomer;
wherein said paper stock comprises at least 15% by weight of a mineral filler.

2. The method of claim 1 wherein said cationic starch has a degree of substitution ranging from about 0.01 to about 0.025.

3. The method of claim 1 wherein said system comprises from about 0.003 to about 0.3% by weight of said anionic polymer.

4. The method of claim 1, wherein said system comprises from about 0.005 to about 0.3% by weight of said cationic synthetic polymer.

5. The process of claim 1 wherein said secondary amine in (vi) is dimethylamine.

6. The method of claim 1 wherein the filler is $CaCO_3$.

7. The method of claim 1 wherein said cationic synthetic polymer is:

(i) a chain reaction polymer prepared from a monomer of the formula:

$$CH_2{=}C{-}C{-}O{-}CH_2{-}CH_2{-}N{-}R_3$$

wherein X is —$I^-$, —$CH_3SO_4^-$ or —$Cl^-$ and $R_1$, $R_2$, $R_3$ and $R_4$, which are identical or different, are —H or —$CH_3$;

(ii) a modified polyacrylamide wherein polyacrylamide is reacted with formaldehyde and dimethylamine in accordance with the reaction:

$$—CH_2{-}R_1{-}$$
$$C{=}O + HCHO + (CH_3)_2NH$$
$$NH_2$$
$$—CH_2{-}CH{-}$$
$$C{=}O$$
$$N{-}H$$
$$CH_2$$
$$N(CH_3)_2$$

wherein R is —H or —$CH_3$;

(iii) a polydiallyldialkyl-ammonium halide prepared from a monomer of the formula:

$(CH_2{=}CH{-}CH_2)_2{-}N^+R_1Rhd\ 2X{-}$

wherein $R_1$ and $R_2$, which are identical or different are —H or —$CH_3$ and;

(iv) a cationic amido-amine prepared by condensation of a dicarboxylic acid and a polyalkylene-polyamine, said amidoamine being of the formula:

—NH($C_nH_{2n}$HN)$_x$—CORCO—

wherein n and X are at least 2 and R is a divalent hydrocarbon derived from said dicarboxylic acid; the amidoamine then being reacted with epichlorohydrin to form a cationic polyelectrolyte.

8. The process of claim 7 wherein said dicarboxylic acid in (iv) is adipic acid.

9. The process of claim 7 wherein said polyalkylene-polyamine in (iv) is diethylenetriamine.

* * * * *

# United States Patent [19]

## Sinclair et al.

[11] **Patent Number:** **4,925,530**

[45] **Date of Patent:** **May 15, 1990**

[54] **LOADED PAPER**

[75] Inventors: Peter Sinclair; Angela J. Hayes, both of Buckinghamshire, England

[73] Assignee: The Wiggins Teape Group Limited, Basingstoke, England

[21] Appl. No.: 222,346

[22] Filed: Jul. 20, 1988

### Related U.S. Application Data

[63] Continuation of Ser. No. 943,082, Dec. 18, 1986, abandoned.

[30] **Foreign Application Priority Data**

Dec. 21, 1985 [GB] United Kingdom ............ 8531558

[51] Int. Cl.$^5$ .......................................... D21H 17/33
[52] U.S. Cl. ............................. 162/164.1; 162/164.3; 162/164.6; 162/168.1; 162/168.2; 162/168.3; 162/181.1; 162/181.2; 162/181.8; 162/183
[58] Field of Search ....... 162/175, 181.1, 181.2–181.7, 162/183, 168.2, 168.3, 164.6, 164.3, 181.8, 164.1

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,838,397 | 6/1958 | Gruntfest et al. . |
| 2,913,364 | 11/1959 | Miller . |
| 2,943,013 | 6/1960 | Arledter . |
| 2,949,397 | 8/1960 | Werner . |
| 3,146,157 | 8/1984 | Morgan et al. . |
| 3,184,373 | 5/1965 | Arledter . |
| 3,563,907 | 2/1971 | Nadeau et al. . |
| 3,660,338 | 5/1972 | Economou . |
| 3,873,336 | 3/1975 | Lambert et al. . |
| 4,066,495 | 1/1978 | Voigt et al. . |
| 4,103,080 | 7/1978 | Bohmer et al. . |
| 4,178,205 | 12/1979 | Wessling et al. . |
| 4,187,142 | 2/1980 | Pickelman et al. . |
| 4,189,345 | 2/1980 | Foster et al. . |
| 4,210,490 | 7/1980 | Taylor .................................. 62/183 |
| 4,225,383 | 9/1980 | McReynolds . |
| 4,294,885 | 10/1981 | Sunden . |
| 4,299,654 | 11/1981 | Tiach et al. . |
| 4,405,744 | 9/1983 | Greinecker et al. . |
| 4,439,496 | 3/1974 | Tamagawa et al. ................ 428/516 |
| 4,445,970 | 5/1984 | Post et al. . |
| 4,487,657 | 12/1984 | Gomez . |
| 4,545,854 | 10/1985 | Gomez et al. . |
| 4,675,245 | 6/1987 | Von Meer ........................... 428/328 |

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 15007 | 5/1983 | Australia . |
| 0050316 | 4/1972 | European Pat. Off. . |
| 0003481 | 7/1978 | European Pat. Off. . |
| 0011303 | 5/1980 | European Pat. Off. . |
| 0060291 | 9/1980 | European Pat. Off. . |
| 0020316 | 12/1980 | European Pat. Off. . |
| 0041056 | 12/1981 | European Pat. Off. . |

(List continued on next page.)

### OTHER PUBLICATIONS

"Charge Relationships of Dual Polymer Retention Aids", Edgar E. Moore, vol. 59, No. 6, Jun. 1976/Tappi.

"Retention and Bonding of Synthetic Dry Strength Resins", W. F. Linke, vol. 51, No. 11, Nov. 1968/Tappi.

"Interaction of Cationic Clay Particles with Pulp Fibers", B. Alince and P. Lepoutre, Tappi Journal/Jan. 1983.

(List continued on next page.)

*Primary Examiner*—Peter Chin
*Attorney, Agent, or Firm*—Burns, Doane, Swecker & Mathis

[57] **ABSTRACT**

Aqueous suspensions of papermaking fibres and filler are each separately treated with an anionic or a cationic polymer, after which the filler (preferably) or the papermaking fibre is treated with a polymer of opposite charge to that used in the initial treatment. The filler and papermaking suspensions are then mixed to form a papermaking stock, with dilution as necessary before, during or after the mixing operation. This stock is then used to form a loaded paper web in conventional manner. The initial treating polymer is preferably a papermaking retention aid or flocculant, e.g. a cationic polyarcylamide or an amine/amide/epichlorohydrin copolymer in the case of cationic materials or an anionic polyacrylamide in the case of anionic materials. The further treating polymer is preferably an anionic or cationic starch, depending on the charge of the initial treating polymer.

**37 Claims, 9 Drawing Sheets**

4,925,530

Page 2

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 50316 | 4/1982 | European Pat. Off. . |
| 0080986 | 6/1983 | European Psat. Off. . |
| 0100370 | 9/1983 | European Pat. Off. . |
| 0132132 | 1/1985 | European Pat. Off. . |
| 2817262 | 4/1978 | Fed. Rep. of Germany . |
| 85/02635 | 6/1985 | PCT Int'l Appl. . |
| 86/00100 | 1/1986 | PCT Int'l Appl. . |
| 82015454 | 3/1984 | Sweden . |
| 82015967 | 3/1984 | Sweden . |
| 82055922 | 6/1984 | Sweden . |
| 1282551 | 7/1972 | United Kingdom . |
| 1353015 | 5/1974 | United Kingdom . |
| 1371600 | 10/1974 | United Kingdom . |
| 1425114 | 2/1976 | United Kingdom . |
| 1429796 | 3/1976 | United Kingdom . |
| 1451108 | 9/1976 | United Kingdom . |
| 1497280 | 1/1978 | United Kingdom . |
| 1505641 | 3/1978 | United Kingdom . |
| 1527077 | 10/1978 | United Kingdom . |
| 2001088 | 1/1979 | United Kingdom . |
| 1177512 | 6/1979 | United Kingdom . |
| 2009277 | 6/1979 | United Kingdom . |
| 1552243 | 9/1979 | United Kingdom . |
| 2016498 | 9/1979 | United Kingdom . |
| 2031475 | 4/1980 | United Kingdom . |
| 1581548 | 12/1980 | United Kingdom . |
| 1588016 | 4/1981 | United Kingdom . |
| 2125838 | 3/1984 | United Kingdom . |

### OTHER PUBLICATIONS

"Benefits of Dual Retention Aid Systems", A. Fowler (vol. 187, No. 3, 1977), Paper, Feb. 7, 1977.

"First Pass Fines Retention Critical to Efficiency of Wet Strength Resin", E. R. Sandstrom, Paper Trade Journal, Jan. 30, 1979.

"40% Filler Loaded Paper . . . Dream or Reality?", Mrs. A. J. Hayes, Paper Technology and Industry, May 1985.

"The Hylode System for Fibre Replacement", R. D. Mather, Pira Seminar.

"Production of Paper at High Filler Levels", R. D. Mather, Papermakers Conference, 1982.

"Some Aspects for Filler Optimisation", D. S. Gardner, Pira Seminar.

"Production and Application Experience of High-–Filled CTMP-Containing Papers", Per Batelson.

"The Use of Calcium Carbonate Filler and a Neutral Sizing Agent in Offset Printing Paper", S. Faktorowitsch et al.

"Ways to Increased Filler Content of Paper at Constant Strength", A. Breunig, Wiggins Teape, May 8, 1981.

J56–123498, "Paper Prodn. with Fixed Calcium Carbonate . . . ", Abstract.

"Retention Chemistry", U. E. Unbehend et al.

"The Superfilled Paper with Rattle" (Translation from Swedish with Swedish Language Attached).

"The Superfilled Paper with Rattle", Tissue Today, Paper–Dec. 5, 1983.

Translation, DE 3 412 535 A, pulbihsed Oct. 1984, "Paper Production Process".

"Method for Making Paper with Improved Strength by Pretreatment of Filler", J55–163298, abstract.

"Praktische und theoretische Ergebnisse aif dem Gebiet der mit EPI–Polyamin–Polyamid–Harz erzugten nabfesten Papier", vol. 10A, Year 23, pp. 672–682 (1969), only the summary considered.

"Polyacrylamide as a Stock Additive", Tappi, vol. 45, No. 4, Apr. 1962.









**U.S. Patent**    May 15, 1990    Sheet 5 of 9    **4,925,530**



FIG. 4.