- 19 -

31,320

WE CLAIM:

1. A composition comprising cross-linked anionic or amphoteric, organic polymeric microparticles, said microparticles having an unswollen number average particle size diameter of less than about 0.75 micron, a solution viscosity of at least about 1.1 mPa.s and a crosslinking agent content of above about 4 molar parts per million, based on the monomeric units present in the polymer, and an ionicity of at least about 5.0%.

2. A composition as defined in Claim 1 wherein said crosslinking agent content ranges from about 4 to about 6,000 molar parts per million.

3. A composition as defined in Claim 2 wherein said crosslinking agent content is from about 20 to about 4,000 molar parts per million.

4. A composition as defined in Claim 2 wherein said crosslinking agent content is from about 50 to about 2,000 molar parts per million.

5. A composition as defined in Claim 1 wherein said crosslinking agent is a difunctional monomer selected from N,N'-methylenebisacrylamide, N,N'-methylenebismethacrylamide, polyethyleneglycol dimethacrylate, polyethyeneglycol diacrylate, N-vinyl acrylamide, glycidyl acrylate, divinylbenzene, acrolein, aldehydes, glyoxal, diepoxy compounds, epichlorohydrin and mixtures of the foregoing.

6. A composition as defined in Claim 5 wherein said crosslinking agent comprises N,N'-methylenebisacrylamide.

- 20 -

7. A composition as defined in Claim 1 wherein said said unswollen diameter is less than 0.5 micron.

8. A composition as defined in Claim 1 wherein the organic polymer microparticle is composed of at least one ethylenically unsaturated non-ionic monomer.

9. A composition as defined in Claim 1 wherein the organic polymer microparticle is composed of at least one anionic monomer selected from acrylic acid, methylacrylic acid, ethylacrylic acid, 2-acrylamido-2-methylpropane-sulfonic acid or mixtures or salts thereof.

10. A composition as defined in Claim 9 wherein said cationic monomer comprises sodium acrylate, sodium methylacrylate, sodium ethylacrylate or sodium 2-acrylamido-2-methylpropanesulfonate.

11. A composition as defined in Claim 1 wherein the organic polymer microparticle is amphoteric and is composed of from 1% to 99% of an anionic monomer selected from acrylic acid, methacrylic acid, ethacrylic acid, 2-acrylamido-2-methylpropane sulfonic acid or salts thereof and from 99% to 1% of a cationic monomer selected from acryloxyethyltrimethylammonium chloride, 3-methyacrylamidopropyltrimethylammonium chloride, diallydimethylammonium chloride and mixtures thereof.

12. A composition as defined in Claim 8 wherein said non-ionic ethylenically unsaturated monomer is selected from acrylamide; methacrylamide;N,N-dialkylacrylamides; N-alkylacrylamides; N-vinylmethacetamide; N-vinyl methylformamide; vinyl acetate; N-vinyl pyrrolidone and mixtures thereof.

13. A composition as defined in Claim 1 wherein said organic polymer microbead is composed of sodium acrylate and acrylamide.

- 21 -

14. A process for the preparation of a composition as defined in Claim 1, said process comprising:
    (a) admixing
        (i) an aqueous solution comprising at least one ethylenically unsaturated anionic monomer alone or in admixture with a cationic monomer, and at least one crosslinking agent and, optionally, at least one ethylenically unsaturated non-ionic monomer;
        (ii) an oily phase comprising at least one hydrocarbon liquid;
        (iii) an effective amount of surfactant or surfactant mixture, so as to form an inverse emulsion; and
    (b) subjecting the inverse emulsion obtained in step (a) to polymerization conditions.

15. A process as defined in Claim 14 wherein said monomer solution of step (a)(i) comprises sodium acrylate as said anionic monomer, N,N-methylenebisacrylamide as said crosslinking agent and acrylamide as said non-ionic monomer.

16. A process as defined in Claim 14 wherein said oily phase of step (a)(ii) comprises a saturated hydrocarbon.

17. A process as defined in Claim 14 wherein said surfactant or surfactant mixture of step (a)(iii) comprises polyoxythylene sorbitol hexaoleate or a mixture thereof with sorbitan sesquioleate.

18. A process as defined in Claim 14 wherein said polymerization conditions of step (b) comprise adding a polymerization initiator.

- 22 -

19. A process as defined in Claim 18 wherein said polymerization initiator comprises sodium metabisulfite or tertiary-butyl hydroperoxide.

20. A process as defined in Claim 14 wherein said polymerization conditions of step (b) comprise subjecting said inverse emulsion to ultraviolet irradiation.

21. A process as defined in Claim 14 wherein said aqueous solution of step (a)(i) additionally contains an effective amount of a chain-transfer agent selected from an alcohol, mercaptan, phosphite, sulfite, or a mixture thereof.

22. A process as defined in Claim 14 which also includes step (c), comprising recovering the composition from the emulsion.

[REV.4Apr89/MB1-1]                       Docket No. 31,320
                                                              PATENT

### COMBINED DECLARATION AND POWER OF ATTORNEY
(Original,Design,Supplemental,Divisional,Continuation,CIP)

As the below named inventor, I hereby declare that:

#### TYPE OF DECLARATION

This declaration is of the following type:
- [ X ] original
- [   ] design
- [   ] supplemental
- [   ] divisional
- [   ] continuation
- [   ] continuation-in-part (CIP)

#### INVENTORSHIP IDENTIFICATION

My residence, post office address and citizenship are as stated below next to my name, I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural named are listed below) of the subject matter which is claimed for, for which a patent is sought on the invention entitled:

#### TITLE OF INVENTION

Cross-Linked Anionic and Amphoteric Polymeric Microparticles

#### SPECIFICATION IDENTIFICATION

the specification of which: (complete (a), (b), or (c))
- (a) [ X ] is attached hereto.
- (b) [   ] was filed on _____ as
  - [   ] Serial Number    /
  - [   ] Express Mail No., as Serial Number not yet known
- (c) [   ] was described and claimed in PCT International Application No. _____ filed on _____ and as amended under PCT Article 19 on _____ (if any).

[REV.4Apr89/MB1-1]                -2-

### ACKNOWLEDGEMENT OF REVIEW OF PAPERS AND DUTY OF CANDOR

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37 CFR 1.97.

### PRIORITY CLAIM

I hereby claim foreign priority benefits under Title 35, United States Code, Section 119 of any foreign application(s) for patent or inventor's certificate or of any PCT International application(s) designating at least one country other than the United States of America listed below and have also identified below any foreign application(s) for patent or inventor's certificate of any PCT International application(s) designating at least one country other than the United States of America filed by me on the same subject matter having a filing date before that of the application(s) of which priority is claimed.

(d) [ X ] no such applications have been filed.

(e) [  ] such applications have been filed as follows.

Note: Where item (c) is entered above and the International Application which designated the U.S. claimed priority check item (e), enter the details below and make the priority claim.

Earliest Foreign Application(s), if any, filed within 12 months (6 months for Design) prior to this U.S. Application

| COUNTRY | APPLICATION NUMBER | DATE OF FILING (DAY,MONTH,YEAR) | PRIORITY CLAIMED 35 USC 119 |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

[REV.4Apr89/MB1-1]                 -3-

All Foreign Application(s), if any, Filed More Than 12 Months
(6 Months for Design) Prior to This U.S. Application

_____

_____

_____

POWER OF ATTORNEY

As a named inventor, I hereby appoint the following attorney(s) and/or agent(s) to prosecute this application and transact all business in the Patent and Trademark Office connected therewith.

301

| Frank M. Van Riet | 19933 |
| (Name) | (Reg. No.) |
| Gordon L. Hart | 20191 |
| (Name) | (Reg. No.) |
| Roger S. Benjamin | 27025 |
| (Name) | (Reg. No.) |
| Michael J. Kelly | 27910 |
| (Name) | (Reg. No.) |
| Steven H. Flynn | 29639 |

[ ]   Attached as part of this declaration and power of attorney is the authorization of the above-named attorney(s) to accept and follow instructions from my representative(s).

--------------------------------------------------------

SEND CORRESPONDENCE AND TELEPHONE CALLS TO:

601 Frank M. Van Riet
602 C/O American Cyanamid Company
701 1937 West Main Street
702 Stamford, CT  06904-0060
    Telephone No. (203) 321-2614

--------------------------------------------------------

[REV.4Apr89/MB1-1]                -4-

## DECLARATION

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

### SIGNATURE(S)

Full name of SOLE OR FIRST INVENTOR Roderick Glynn Ryles

Inventor's signature _Roderick Glyn Ryles_
Date _7th June 1990_
Country of Citizenship _British_
Residence _96 Wendy Road, Milford, CT_  CT.
Post Office Address _Same_

Full name of SECOND JOINT INVENTOR, if any _Dan S. Honig_

Inventor's signature _Dan S Honig_
Date _June 7, 1990_
Country of Citizenship _United States_
Residence _12 Conrad Road, New Canaan, CT  06840_ CT
Post Office Address _Same_

Full name of THIRD JOINT INVENTOR, if any _Elieth W. Harris_

Inventor's signature _Elieth W Harris_
Date _June 7, 1990_
Country of Citizenship _Antigua_
Residence _484 Colorado Avenue, Bridgeport, CT  06605_ CT
Post Office Address _Same_

→ over

[REV.4Apr89/MB1-1]              -5-

THE FOLLOWING 'ADDED PAGES' FORM A PART OF THIS DECLARATION

[ X ] Signature for fourth and subsequent joint inventors on
      ADDED PAGES.
[   ] ADDED PAGES TO COMBINED DECLARATION, POWER OF ATTORNEY
      for divisional, continuation, or continuation-in-part (CIP)
      application.
         [   ] Number of ADDED PAGES: _____
         [   ] Declaration ends with this page.

→

[REV.4Apr89/MB1-1]                -6-

### ADDED PAGE TO COMBINED DECLARATION AND POWER OF ATTORNEY FOR SIGNATURE BY FOURTH AND SUBSEQUENT INVENTORS

Full name of FOURTH JOINT INVENTOR, if any  Roger E. Neff

40 40

Inventor's signature  *Roger E Neff*
Date  6/7/90
Country of Citizenship  United States
Residence  66 Woodridge Drive, Stamford, CT   CT
Post Office Address _____

Full name of FIFTH JOINT INVENTOR, if any _____

Inventor's signature _____
Date _____
Country of Citizenship _____
Residence _____
Post Office Address _____

Full name of SIXTH JOINT INVENTOR, if any _____

Inventor's signature _____
Date _____
Country of Citizenship _____
Residence _____
Post Office Address _____

Full name of SEVENTH JOINT INVENTOR, if any _____

Inventor's signature _____
Date _____
Country of Citizenship _____
Residence _____
Post Office Address _____

07/535626

NEW APPLICATION (Original)                 Docket No. 31,320
[REV.4Apr89/MB4-1]                                      PATENT

Commissioner of Patents and Trademarks
Washington, D.C. 20231

[MAIL ROOM JUN 11 1990 PAT. & TRADEMARK stamp]

NEW APPLICATION TRANSMITTAL

Transmitted herewith for filing is the patent application of the following Inventor(s): Roderick Glynn Ryles; Dan S. Honig, Elieth W. Harris and Roger E. Neff; For: Cross-Linked Anionic and Amphoteric Polymeric Microparticles                           .

This new filing is for an ORIGINAL application.

1.  Papers enclosed which are required for filing date under 35 CFR 1.53(b):
    [ X ]  22 Pages of specification
    [ X ]   4 Pages of claims
    [ X ]   1 Pages of abstract
    [   ]     Sheets of drawing
            [   ] Formal
            [   ] Informal (in triplicate)
2.  Additional papers enclosed
    [   ] Information Disclosure Statement
    [   ] Form PTO-1449
    [   ] Citations
    [   ] Declaration of Biological Deposit
    [   ] Other: _____

-----

CERTIFICATION UNDER 37 CFR 1.10
I hereby certify that this New Application Transmittal and the documents referred to as enclosed therein are being deposited with the United States Postal Service on this date _____ in an envelope as "Express Mail Post Office to Addressee" Mailing Label Number _____ addressed to the: Commissioner of Patents and Trademarks, Washington, D.C 20231.

_____
(name of person mailing paper)

_____
(Signature of person mailing paper)

NEW APPLICATION (Original)    -2-
[REV.4Apr89/MB4-1]

3.  Declaration
    [ X ] Enclosed and executed by all inventor(s)
    [   ] Not enclosed or not executed by all inventor(s)
4.  Assignment
    [   ] An assignment of the invention to:
           American Cyanamid Company
           1937 West Main Street
           P.O. Box 60
           Stamford, CT 06904-0060
       [   ] is attached.
       [   ] will follow.
5.  Fee Calculation

| CLAIMS AS FILED ||||| 
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| FOR | NUMBER FILED | NUMBER EXTRA | RATE | BASIC FEE ($370.00) |
| TOTAL CLAIMS | 22 - 20 = |  | X $12.00 | 24.00 |
| INDEP. CLAIMS | 2 - 3 = |  | X $36.00 |  |
| MULTIPLE DEPENDENCY FEE |  |  | $ 120.00 |  |
| RECORDING OF ASSIGNMENT |  |  | $ 8.00 | 8.00 |
|  |  |  | TOTAL FILING FEE | $402.00 |

6.  Fee Payment being made at this time
    [ X ] filing fee             $ 394.00
    [ X ] recording assignment   $   8.00
                        TOTAL $ 402.00
7.  Method of Payment of Fees:
    Charge Deposit Account No. 01-1300 in the amount of
    $402.00   .
    A duplicate of this transmittal is attached.
8.  Instructions as to Overpayment:
    Credit any overpayment to Deposit Account No. 01-1300.

NEW APPLICATION (Original)    -3-
[REV.4Apr89/MB4-1]

9.  Authorization to Charge Additional Fees
    [ X ] The Commissioner is hereby authorized to charge the
          following additional fees by this paper and during the
          entire pendency of this application to Deposit Account
          No. 01-1300:
          [ X ] 37 CFR 1.16(a),(f),or (g) filing fees
          [ X ] 37 CFR 1.16(b),(c), and (d) presentation of
                extra claims
          [   ] 37 CFR 1.16(e) surcharge for filing the basic
                filing fee and/or declaration on a date later
                than the filing date of the application
          [   ] 37 CFR 1.17 application processing fees

                                    _____
                                    (Signature of Attorney)

Reg. No. 19933                      Frank M. Van Riet
                                    (Type name of Attorney)

Tel. No. (203) 321-2614             American Cyanamid Company
                                    1937 West Main Street
                                    P.O. Box 60
                                    Stamford, CT 06904-0060



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/535,626 | 06/11/90 | RYLES | R 31,320 |

| EXAMINER |
|---|
| CHENG, W |

FRANK M. VAN RIET
C/O AMERICAN CYANAMID CO.
1937 WEST MAIN STREET
STAMFORD, CT 06904-0060

| ART UNIT | PAPER NUMBER |
|---|---|
| 155 | 2 |

DATE MAILED: 08/16/90

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined   ☐ Responsive to communication filed on _____   ☐ This action is made final.

A shortened statutory period for response to this action is set to expire __3__ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I   THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☒ Notice of References Cited by Examiner, PTO-892.
2. ☐ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.
4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.
6. ☐ _____

**Part II   SUMMARY OF ACTION**

1. ☒ Claims __1 to 22__ are pending in the application.
   Of the above, claims __14 to 22__ are withdrawn from consideration.
2. ☐ Claims _____ have been cancelled.
3. ☐ Claims _____ are allowed.
4. ☒ Claims __1 to 13__ are rejected.
5. ☒ Claims __5, 8, 10, and 12__ are objected to.
6. ☐ Claims _____ are subject to restriction or election requirement.
7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.
8. ☐ Formal drawings are required in response to this Office action.
9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings are ☐ acceptable; ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).
10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____, has (have) been ☐ approved by the examiner; ☐ disapproved by the examiner (see explanation).
11. ☐ The proposed drawing correction, filed _____, has been ☐ approved; ☐ disapproved (see explanation).
12. ☐ Acknowledgement is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____; filed on _____.
13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.
14. ☐ Other

**EXAMINER'S ACTION**

PTOL-326 (Rev.9-89)