*4Apr89/MB11-2]*          Docket No. 31,320-00

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:          Date: July 18, 1991
RODERICK GLYN RYLES
DAN S. HONIG
ELIETH W. HARRIS
ROGER E. NEFF

RECEIVED

Serial No.: 07/535,626
Filed: June 11, 1990        'JUL 2 0 1991
For: CROSS-LINKED ANIONIC AND
      AMPHOTERIC POLYMERIC       GROUP 150
      MICROPARTICLES

Commissioner of Patents and Trademarks
Washington, D. C.  20231

        PETITION FOR EXTENSION OF TIME (37 CFR 1.36(a))

1.    This is a petition for an extension of the time for a total
     period of _1_ month(s) to respond to the Office Letter
     mailed on April 11, 1991     by __filing a continuation__
     application.

2.    A response in connection with the matter for which this
     extension is requested:
     [   ] is filed herewith
     [   ] has been filed
         (complete the following if applicable)
     [   ] the response is the filing of a continuation
         application having an express abandonment conditioned
         on the granting of a filing date to the continuing
         application.

---

CERTIFICATE OF MAILING [37 CFR 1.8(a)]

I hereby certify that this paper (along with any referred to as
being attached or enclosed) is being deposited with the United
States Postal Service on the date shown below with sufficient
postage as first class mail in an envelope addressed to the:
Commissioner of Patents and Trademarks, Washington, D.C. 20231.

DS20155  07/24/91  07535626      01-1300  020  115      100.00CH

Date: _____

             (Signature of person mailing paper)

[REV.4Apr89/MB11-2]                 -2-

3.    Calculation of extension fee (37 CFR 1.17(a)-(d):
      [ X ] One Month.    Fee in the amount of $100.00
      [   ] Two Months.   Fee in the amount of $300.00
      [   ] Three Months. Fee in the amount of $730.00
      [   ] Four Months.  Fee in the amount of $1,150.00

                                              FEE $ 100.00

If an additional extension of time is required, please consider
this a petition therefor.


        (check and complete the next item, if applicable)
      [   ] An extension for ____ months has already been secured
            and the fee paid therefor of $_____ is deducted
            from the total fee due for the total months of
            extension now requested.


                Extension fee due with this request $ 100.00


4.    FEE PAYMENT
      [ X ] Charge fee to Account No. 01-1300 and this is a
            request to charge for any additional extension and/or
            fee required or credit for any excess fee paid. A
            duplicate of this petition is attached.



                              _____
                              (Signature of Attorney)

Reg. No. 19933                Frank M. Van Riet
                              _____
                              (Type name of Attorney)

Tel. No. (203) 321-2614       American Cyanamid Company
                              1937 West Main Street
                              P.O. Box 60
                              Stamford, CT 06904-0060



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/535,626 | 06/11/90 | RYLES          R | 31,320 |

FRANK M. VAN RIET
C/O AMERICAN CYANAMID CO.
1937 WEST MAIN STREET
STAMFORD, CT 06904-0060

| EXAMINER |
|---|
| CHENG, W |

| ART UNIT | PAPER NUMBER |
|---|---|
| 1505 | |

DATE MAILED:

11/19/91

## NOTICE OF ABANDONMENT

This application is abandoned in view of:

1. ☒ Applicant's failure to respond to the Office letter, mailed _4-11-91_ .

2. ☐ Applicant's letter of express abandonment which is in compliance with 37 C.F.R. 1.138.

3. ☐ Applicant's failure to timely file the response received _____ within the period set in the Office letter.

4. ☐ Applicant's failure to pay the required issue fee within the statutory period of 3 months from the mailing date of _____ of the Notice of Allowance.

   ☐ The issue fee was received on _____ .

   ☐ The issue fee has not been received in Allowed Files Branch as of _____ .

   In accordance with 35 U.S.C. 151, and under the provisions of 37 C.F.R. 1.316(b), applicant(s) may petition the Commissioner to accept the delayed payment of the issue fee if the delay in payment was unavoidable. The petition must be accompanied by the issue fee, unless it has been previously submitted, in the amount specified by 37 C.F.R. 1.17 (i), and a verified showing as to the causes of the delay.

   If applicant(s) never received the Notice of Allowance, a petition for a new Notice of Allowance and withdrawal of the holding of abandonment may be appropriate in view of Delgar Inc. v. Schuyler, 172 U.S.P.Q. 513.

5. ☐ Applicant's failure to timely correct the drawings and/or submit new or substitute formal drawings by _____ as required in the last Office action.

   ☐ The corrected and/or substitute drawings were received on _____ .

6. ☐ The reason(s) below.

EDWARD J. SMITH
PRIMARY EXAMINER
ART UNIT 1505

PTO-1432 (REV. 5-83)

#8

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

IN RE APPLICATION OF:                        )
                                             )
APPLICANT:    RYLES                          )
                                             )
SERIAL NO:    535,626                        )
                                             )
FILED:        June 11, 1991                  )
                                             )
                                             )
                                             )
                                             )

POWER TO INSPECT AND MAKE COPIES

HONORABLE COMMISSIONER OF PATENTS
   AND TRADEMARKS
WASHINGTON, D.C.   20231


SIR:

          The undersigned is the attorney of record in the subject

application, and therefore grants the power to inspect and make copies

to Rita M. Stark, of Landon & Stark Associates, Inc.

                              Respectfully submitted,

                              Frank M. Van Riet
                              Registration No. 19933


DATED:  December 6, 1991

AMERICAN CYANAMID COMPANY
1937 West Main Street
P. O. BOX 60
STAMFORD,   CT  06904-0060

TEL.: (203) 348-7331

9
_paper number_

## REQUEST FOR ACCESS

Date: _4-22-96_

Serial Number: _535 626_

Filing Date: _6-11-90_

Applicants: _Ryles_

Sir.

Request is hereby respectfully made for access to the file history of the following

abandoned application referred to in U.S. patent number _5171808_ or printed

application number _____.

Respectfully submitted.

_Chris Bennett_

------------------------------------------------
OFFICIAL USE ONLY
------------------------------------------------

PROCESSED BY

APR 22 1996

FH
initials

FILE INFORMATION UNIT

------------------------------------------------

*/0*
paper number

## REQUEST FOR ACCESS

Date: **10-9-96**

Serial Number: **535626**

Filing Date: **6-11-90**

Applicants: **Ryles et al**

Sir.

Request is hereby respectfully made for access to the file history of the following abandoned application referred to in U.S. patent number **5171808** or printed application number _____.

Respectfully submitted.

*Cindy Hilliard*

------------------------------------------------

OFFICIAL USE ONLY

------------------------------------------------

PROCESSED BY

OCT 1 0 1996

**FIU**

initials

FILE INFORMATION UNIT

------------------------------------------------

PTO/SB/68 (11-95)
Approved for use through 10/31/99. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)

**PROCESSED BY**

JAN 21 1999

**FIM**

| In re Application of | | |
|---|---|---|
| **Application Number** 535626 | | **Filed** Jun 11 1990 |
| **Group Art Unit** | **Examiner** R Ydes etal. | |

Paper No. #11

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

___ (A) referred to in United States Patent Number _____, column _____

___ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e.,
Application No. _____, filed _____ on page _____ of
paper number _____,

___ (C) an application that claims the benefit of the filing date of an application that is open to public
inspection, i.e., Application No. _____, filed _____, or

___ (D) an application in which the applicant has filed an authorization to lay open the complete
application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

ADRIN                                    1-28-99.
Signature                                Date

_____
Typed or printed name

| FOR PTO USE ONLY |
|---|
| Approved by: (initials) |
| Unit: |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

PTO/SB/58 (04-01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS TO AN APPLICATION UNDER 37 CFR 1.14(e)

| | In re Application of |
|---|---|

**RECEIVED**

OCT 3 0 2002

File Information Unit

| Application Number | Filed |
|---|---|
| 07-535626 | 6-11-90 |

| Art Unit | Examiner |
|---|---|

Paper No. ___

Assistant Commissioner for Patents
Washington, DC 20231

1. ☐ I hereby request access under 37 CFR 1.14(e)(2) to the application file record of the above-identified ABANDONED Application, which is not within the file jacket of a pending Continued Prosecution Application (CPA) (37 CFR 1.53(d)) and is: (CHECK ONE)

☐ (A) referred to in:

United States Patent Application Publication No. _5171808_, page ____, line____,

United States Patent Number_____, column _____, line _____, or

an International Application which was filed on or after November 29, 2000 and which

designates the United States, WIPO Pub. No. _____, page ____, line_____.

☐ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11(b) or

1.14(e)(2)(i), i.e., Application No._____, paper No. _____; page _____, line _____.

2. ☐ I hereby request access under 37 CFR 1.14(e)(1) to an application in which the applicant has filed an authorization to lay open the complete application to the public.

_____
Signature

**10-30-02**
Date

ADRIAN
Typed or printed name

RECEIVED ONLY

Approved by OCT 3 0 2002 (Initials)

Unit: _____

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

#12

US005171808A

# United States Patent [19]

## Ryles et al.

| | |
|---|---|
| [11] | Patent Number: | 5,171,808 |
| [45] | Date of Patent: | Dec. 15, 1992 |

[54] **CROSS-LINKED ANIONIC AND AMPHOTERIC POLYMERIC MICROPARTICLES**

[75] Inventors: Roderick G. Ryles, Milford; Dan S. Honig, New Canaan; Elieth W. Harris, Bridgeport; Roger E. Neff, Stamford, all of Conn.

[73] Assignee: American Cyanamid Company, Stamford, Conn.

[21] Appl. No.: 803,120

[22] Filed: Jul. 22, 1991

### Related U.S. Application Data

[63] Continuation of Ser. No. 535,626, Jun. 11, 1990, abandoned.

[51] Int. Cl.⁵ ..................... C08F 26/10; C08F 20/56; C08F 20/06; C08F 2/24; C08F 8/00

[52] U.S. Cl. ......................... 526/264; 526/303.1; 526/317.1; 526/207; 526/213; 525/107; 525/193

[58] Field of Search ............................. 526/264

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,147,688 | 4/1979 | Makhlouf et al. | 526/273 |
| 4,705,640 | 11/1987 | Whittaker | 524/922 |
| 4,968,435 | 11/1990 | Neff et al. | 524/922 |

### OTHER PUBLICATIONS

Susan Budavari, Maryadele J. O'Neil, Ann Smith, and Patricia E. Heckelman, The Merck Index, pp. 21, 935 and 1572, 1989.

Primary Examiner—Joseph L. Schofer
Assistant Examiner—Wu C. Cheng
Attorney, Agent, or Firm—Frank M. Van Riet

[57] **ABSTRACT**

Novel compositions comprising anionic and/or amphoteric organic polymeric microparticles are disclosed, along with a method for their production. The products are useful in flocculating a wide variety of dispersions of suspended solids and in paper-making.

**21 Claims, No Drawings**

| FORM PTO-875 REV 1-86 | U S DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO | FILING DATE |
|---|---|---|---|
| | | 535626 | 6-11-90 |
| **PATENT APPLICATION FEE DETERMINATION RECORD** | | APPLICANT (FIRST NAMED) | |
| | | Ryles et al. | |

### CLAIMS AS FILED - PART I

| FOR | NO FILED | NO EXTRA | SMALL ENTITY RATE | FEE | OR | OTHER THAN A SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | $ 185 | OR | | $ 370 |
| TOTAL CLAIMS | 22 -20= | 2 | x 6 | $ | OR | x 12 | $ 24 |
| INDEP CLAIMS | 1 -3= | | x18 | $ | OR | x 36 | $ |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | 60 | $ | OR | 120 | $ |
| * If the difference in col 1 is less than zero, enter "0" in col 2 | | | TOTAL | $ | OR | TOTAL | $ 394 |

### CLAIMS AS AMENDED - PART II

| | (1) CLAIMS REMAINING AFTER AMENDMENT | (2) HIGHEST NO PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | SMALL ENTITY RATE | ADDIT FEE | OR | OTHER THAN A SMALL ENTITY RATE | ADDIT FEE |
|---|---|---|---|---|---|---|---|---|
| **AMENDMENT A** TOTAL | | MINUS ** | | x 6 | $ | OR | x 12 | $ |
| INDEP | | MINUS *** | | x 18 | $ | OR | x 36 | $ |
| FIRST PRESENTATION OF MULTIPLE DEP CLAIM | | | | 60 | $ | | 120 | $ |
| | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

| | (1) CLAIMS REMAINING AFTER AMENDMENT | (2) HIGHEST NO PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | SMALL ENTITY RATE | ADDIT FEE | OR | OTHER THAN A SMALL ENTITY RATE | ADDIT FEE |
|---|---|---|---|---|---|---|---|---|
| **AMENDMENT B** TOTAL | | MINUS ** | | x 6 | $ | OR | x 12 | $ |
| INDEP | | MINUS *** | | x 18 | $ | OR | x 36 | $ |
| FIRST PRESENTATION OF MULTIPLE DEP CLAIM | | | | 60 | $ | | 120 | $ |
| | | | | TOTAL ADDIT FEE | $ | OR | TOTAL | $ |

| | (1) CLAIMS REMAINING AFTER AMENDMENT | (2) HIGHEST NO PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | SMALL ENTITY RATE | ADDIT FEE | OR | OTHER THAN A SMALL ENTITY RATE | ADDIT FEE |
|---|---|---|---|---|---|---|---|---|
| **AMENDMENT C** TOTAL | | MINUS ** | | x 6 | $ | OR | x 12 | $ |
| INDEP | | MINUS *** | | x 18 | $ | OR | x 18 | $ |
| FIRST PRESENTATION OF MULTIPLE DEP CLAIM | | | | 60 | $ | | 60 | $ |
| | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

* If the entry in Col 1 is less than the entry in Col 2, write "0" in Col 3
** If the Highest No Previously Paid For in THIS SPACE is less than 20, enter "20"
*** If the Highest No Previously Paid For in THIS SPACE is less than 3, enter "3"
The Highest No Previously Paid For (Total or Indep) is the highest number found in the appropriate box in Col 1

PTO-1130
(REV. 8-87)

PALM III APPLICATION FILE DATA CODING SHEET

U.S. DEPARTMENT OF COMMERCE—PATENT & TM OFFICE

FORMAT NO. 2 Serial No.

TYPE APPL: 07

Serial No.: 1755626 / 31-320

FILING DATE
Month: 06  Day: 11  Year: 90

ATTORNEY DOCKET NUMBER (12 spaces)

SPECIAL HANDLING

GROUP ART UNIT: 155

CLASS: 5124

SHEETS OF DRAWINGS

ASGT?: ✓

TOTAL CLAIMS: 32

INDEPENDENT CLAIMS: 10

SMALL ENTITY?: 0

FILING FEE RECEIVED: 3924

SECURITY CASE: W

FOREIGN LICENSE?: Y

PREPARED BY: D. Bates    DATE: 6-26-90

FORMAT NO. 4 Applicant's Name & Address
☐ APPL. PAPERS  ☐ CODING SHEET

FORMAT NO. 5 Title of Invention
☐ APPL. PAPERS  ☐ CODING SHEET

FORMAT NO. 6&7 Correspondence
Address
☐ APPL. PAPERS  ☐ CODING SHEET

Atty.'s Reg. Nos.
☐ APPL. PAPERS
☐ CODING SHEET

FORMAT NO. 8

| | CONTINUITY CODE | | | PARENT APPLICATION SERIAL NUMBER | | | | | STATUS CODE | | PARENT FILING DATE (Month / Day / Year) | | PARENT PATENT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RECORD 801 | | | | | | | | | 0 | | | | |
| RECORD 802 | | | | | | | | | 0 | | | | |
| RECORD 803 | | | | | | | | | 0 | | | | |
| RECORD 804 | | | | | | | | | 0 | | | | |
| RECORD 805 | | | | | | | | | 0 | | | | |
| RECORD 806 | | | | | | | | | 0 | | | | |
| RECORD 807 | | | | | | | | | 0 | | | | |
| RECORD 808 | | | | | | | | | 0 | | | | |
| RECORD 809 | | | | | | | | | 0 | | | | |
| RECORD 810 | | | | | | | | | 0 | | | | |

☐ MORE ON SUPPLEMENTAL CODING SHEET

FOREIGN PRIORITY CLAIMED?
☐ YES  ☒ NO

FORMAT NO. 9

| | COUNTRY CODE | | PCT/FOREIGN APPLICATION SERIAL NUMBER | | | | | | | FILING DATE (Month / Day / Year) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RECORD 901 | | | | | | | | | | | | |
| RECORD 902 | | | | | | | | | | | | |
| RECORD 903 | | | | | | | | | | | | |
| RECORD 904 | | | | | | | | | | | | |
| RECORD 905 | | | | | | | | | | | | |
| RECORD 906 | | | | | | | | | | | | |
| RECORD 907 | | | | | | | | | | | | |
| RECORD 908 | | | | | | | | | | | | |
| RECORD 909 | | | | | | | | | | | | |
| RECORD 910 | | | | | | | | | | | | |

☐ APPLICATION PAPERS

☐ MORE ON SUPPLEMENTAL CODING SHEET

| MULTIPLE DEPENDENT CLAIM FEE CALCULATION SHEET (FOR USE WITH FORM PTO-875) | SERIAL NO. | FILING DATE |
| --- | --- | --- |
| | APPLICANT(S) | |

**CLAIMS**

| | AS FILED | | AFTER 1st AMENDMENT | | AFTER 2nd AMENDMENT | | | * | | * | | * | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | IND. | DEP. | IND. | DEP. | IND. | DEP. | | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 1 | / | | | | | | 51 | | | | | | |
| 2 | | / | | | | | 52 | | | | | | |
| 3 | | / | | | | | 53 | | | | | | |
| 4 | | / | | | | | 54 | | | | | | |
| 5 | | / | | | | | 55 | | | | | | |
| 6 | | / | | | | | 56 | | | | | | |
| 7 | | / | | | | | 57 | | | | | | |
| 8 | | / | | | | | 58 | | | | | | |
| 9 | | / | | | | | 59 | | | | | | |
| 10 | | / | | | | | 60 | | | | | | |
| 11 | | / | | | | | 61 | | | | | | |
| 12 | | / | | | | | 62 | | | | | | |
| 13 | | / | | | | | 63 | | | | | | |
| 14 | | / | | | | | 64 | | | | | | |
| 15 | | / | | | | | 65 | | | | | | |
| 16 | | / | | | | | 66 | | | | | | |
| 17 | | / | | | | | 67 | | | | | | |
| 18 | | / | | | | | 68 | | | | | | |
| 19 | | / | | | | | 69 | | | | | | |
| 20 | | / | | | | | 70 | | | | | | |
| 21 | | / | | | | | 71 | | | | | | |
| 22 | | / | | | | | 72 | | | | | | |
| 23 | | | | | | | 73 | | | | | | |
| 24 | | | | | | | 74 | | | | | | |
| 25 | | | | | | | 75 | | | | | | |
| 26 | | | | | | | 76 | | | | | | |
| 27 | | | | | | | 77 | | | | | | |
| 28 | | | | | | | 78 | | | | | | |
| 29 | | | | | | | 79 | | | | | | |
| 30 | | | | | | | 80 | | | | | | |
| 31 | | | | | | | 81 | | | | | | |
| 32 | | | | | | | 82 | | | | | | |
| 33 | | | | | | | | | | | | | |
| 34 | | | | | | | | | | | | | |
| 35 | | | | | | | | | | | | | |
| 36 | | | | | | | | | | | | | |
| 37 | | | | | | | | | | | | | |
| 38 | | | | | | | | | | | | | |
| 39 | | | | | | | 89 | | | | | | |
| 40 | | | | | | | 90 | | | | | | |
| 41 | | | | | | | | | | | | | |
| 42 | | | | | | | | | | | | | |
| 43 | | | | | | | | | | | | | |
| 44 | | | | | | | | | | | | | |
| 45 | | | | | | | 95 | | | | | | |
| 46 | | | | | | | | | | | | | |
| 47 | | | | | | | 97 | | | | | | |
| 48 | | | | | | | 98 | | | | | | |
| 49 | | | | | | | 99 | | | | | | |
| 50 | | | | | | | 100 | | | | | | |
| TOTAL IND. | / | ↵ | | ↵ | | ↵ | TOTAL IND. | | ↵ | | ↵ | | ↵ |
| TOTAL DEP. | 21 | | | | | | TOTAL DEP. | | | | | | |
| TOTAL CLAIMS | 22 | | | | | | TOTAL CLAIMS | | | | | | |

PTO-1360 (3-78)          *MAY BE USED FOR ADDITIONAL CLAIMS OR AMENDMENTS          U.S. DEPARTMENT of COMMERCE
                                                                                  Patent and Trademark Office