

UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/803,120 | 07/22/91 | RYLES | R 31.320-01 |

| EXAMINER | |
|---|---|
| CHENG, W | |
| ART UNIT | PAPER NUMBER |
| 1505 | 8/C |

DATE MAILED: 07/16/92

AMERICAN CYANAMID CO.,
1937 W. MAIN ST.,
P. O. BOX 60
STAMFORD, CT 06904-0060

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☒ This communication is responsive to 4-28-92.
2. ☒ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☒ The allowed claims are 1 and 3-22.
4. ☐ The drawings filed on ____ are acceptable.
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [_] been received. [_] not been received. [_] been filed in parent application Serial No. ____, filed on ____.
6. ☒ Note the attached Examiner's Amendment.
7. ☒ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☒ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. ____. CORRECTION IS REQUIRED.
   b. ☐ The proposed drawing correction filed on ____ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☐ Formal drawings are now REQUIRED.

---

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

**Attachments:**

- _ Examiner's Amendment
- _ Examiner Interview Summary Record, PTOL- 413
- _ Reasons for Allowance
- _ Notice of References Cited, PTO-892
- Information Disclosure Citation, PTO-1449
- _ Notice of Informal Application, PTO-152
- _ Notice re Patent Drawings, PTO-948
- Listing of Bonded Draftsmen
- Other

An Examiner's Amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 C.F.R. § 1.312. To ensure consideration of such an amendment, it **MUST** be submitted no later than the payment of the Issue Fee.

Authorization for this Examiner's Amendment was given in a telephone interview with Mr. Frank M. Van Riet on July 14, 1992. Mr. Van Riet authorized the deletions of "vinyl acetate" in line 5 of claim 12 and "water soluble monomers" in lines 2-3 of claim 1, and the addition of --the polymerization of an aqueous solution of at least of one monomer-- in place of the latter in lines 2-3 of claim 1.

C1

The following is an Examiner's Statement of Reasons for Allowance. The change of water soluble to aqueous solution prevents the claims from encompassing partially soluble monomers. Although the upper end of the claimed crosslinking content would in and of itself be obvious, based on similarity to the lower end of the reference range, the further matching of this lower end to the few monomers among many that may meet the claims is deemed unobvious.

Serial No. 07/900,130 -3-

Art Unit 1505

Any comments considered necessary by applicant must be submitted no later than the payment of the Issue Fee and, to avoid processing delays, should preferably accompany the Issue Fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Claims 1 and 3-23 are allowed.

W. C. Cheng
July 15, 1992
(703)308-2351

JOSEPH L. SCHOFER
SUPERVISORY PATENT EXAMINER
ART UNIT 155




**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**

Address: Box ISSUE FEE
COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

AMERICAN CYANAMID CO.
1937 W. MAIN ST..
P. O. BOX 60
STAMFORD, CT 06904-0060

## NOTICE OF ALLOWANCE AND ISSUE FEE DUE

☐ Note attached communication from the Examiner
☐ This notice is issued in view of applicant's communication filed ______

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| 07/803,120 | 07/22/91 | 021 | CHENG, W | 1505 | 07/16/92 |

First Named Applicant: RYLES, RODERICK G.

TITLE OF INVENTION: CROSS-LINKED ANIONIC AND AMPHOTERIC POLYMERIC MICROPARTICLES

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 1 | 31,320-01 | 526-264.000 | E62 | UTILITY | NO | $1130.00 | 10/16/92 |

***THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. PROSECUTION ON THE MERITS IS CLOSED.***

***THE ISSUE FEE MUST BE PAID WITHIN THREE MONTHS FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. THIS STATUTORY PERIOD CANNOT BE EXTENDED.***

### *HOW TO RESPOND TO THIS NOTICE:*

I. Review the SMALL ENTITY Status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the Status is changed, pay twice the amount of the FEE DUE shown above and notify the Patent and Trademark Office of the change in status, or
B. If the Status is the same, pay the FEE DUE shown above.

If the SMALL ENTITY is shown as NO:

A. Pay FEE DUE shown above, or
B. File verified statement of Small Entity Status before, or with, payment of 1/2 the FEE DUE shown above.

II. Part B of this notice should be completed and returned to the Patent and Trademark Office (PTO) with your ISSUE FEE. Even if the ISSUE FEE has already been paid by a charge to deposit account, Part B should be completed and returned. If you are charging the ISSUE FEE to your deposit account, Part C of this notice should also be completed and returned.

III. All communications regarding this application must give series code (or filing date), serial number and batch number. Please direct all communications prior to issuance to Box ISSUE FEE unless advised to the contrary.

***IMPORTANT REMINDER:** Patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees.*



PATENT AND TRADEMARK OFFICE COPY

**PART B - ISSUE FEE TRANSMITTAL**

B

***MAILING INSTRUCTIONS:*** This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advanced orders and notification of maintenance fees will be mailed to addressee entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notifications with the payment of Issue Fee or thereafter. **See reverse for Certificate of Mailing.**

1. CORRESPONDENCE ADDRESS

AMERICAN CYANAMID CO.
1937 W. MAIN ST.
P. O. BOX 60
STAMFORD, CT 06904-0060

2. INVENTOR(S) ADDRESS CHANGE (Complete only if there is a change)

INVENTOR'S NAME
Street Address
City, State and ZIP Code
CO-INVENTOR'S NAME
Street Address
City, State and ZIP Code

☐ Check if additional changes are on reverse side

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | | DATE MAILED |
|---|---|---|---|---|---|
| [illegible] | 07/22/91 | 021 | CHERRY, M | 1505 | [illegible] |

First Named Applicant: [illegible] RODERICK G.

TITLE OF INVENTION: [illegible] ANIONIC OR CATIONIC POLYMERIC MICROPARTICLES

| | ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|---|
| 1 | [illegible] | 524-[illegible].000 | E60 | UTILITY | NO | $1130.00 | 10/16/92 |

3. Further correspondence to be mailed to the following:

Frank M. Van Riet
American Cyanamid Company
1937 West Main Street
Stamford, CT 06904-0060 U.S.A.

4. For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.

1 Frank M. Van Riet
2
3

DO NOT USE THIS SPACE

LA/0283 07/22/92 07733120 01-1300 010 142 1130.00CH

5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT (print or type)

(1) NAME OF ASSIGNEE:
American Cyanamid Company

(2) ADDRESS: (City & State or Country)
Stamford, CT

(3) STATE OF INCORPORATION, IF ASSIGNEE IS A CORPORATION
Maine

A. ☐ This application is NOT assigned.
☒ Assignment previously submitted to the Patent and Trademark Office.
☐ Assignment is being submitted under separate cover. Assignments should be directed to Box ASSIGNMENTS.

*PLEASE NOTE:* Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

6a. The following fees are enclosed:
☐ Issue Fee ☐ Advanced Order - # of Copies ____ (Minimum of 10)

6b. The following fees should be charged to:
DEPOSIT ACCOUNT NUMBER 01-1300
(Enclose Part C)
☒ Issue Fee ☐ Advanced Order - # of Copies ____ (Minimum of 10)
☐ Any Deficiencies in Enclosed Fees

The COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Signature of party in interest of record) Frank M Van Riet (Date) 9-8-92

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

PTOL-85B (REV 12-88)(OMB Clearance is pending)

TRANSMIT THIS FORM WITH FEE-CERTIFICATE OF MAILING ON REVERSE

**Certificate of Mailing**

I hereby certify that this correspondence is being deposited with the United States Postal Service with sufficient postage as first class mail in an envelope addressed to:

Box ISSUE FEE
Commissioner of Patents and Trademarks
Washington, D.C. 20231

on ____________________________
(Date)

____________________________
(Name of person making deposit)

____________________________
(Signature)

____________________________
(Date)

Note: If this certificate of mailing is used, it can only be used to transmit the Issue Fee. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawings, must have its own certificate of mailing.

RECEIVED
02 SEP 16 AM 10: 49
PTO
CMD
EXPRESS TEAM IRSB

This form is estimated to take 20 minutes to complete. Time will vary depending upon the needs of the individual applicant. Any comments on the amount of time you require to complete this form should be sent to the Office of Management and Organization, Patent and Trademark Office, Washington, D.C. 20231 and to the Office of Information and Regulatory Affairs, Office of Management and Budget, Washington, D.C. 20503.

MAIL ROOM SEP 11 1992 TRADEMARK

Docket No.: 31,320-01

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In the Application of:
RODERICK GLYN RYLES
DAN S. HONIG
ROGER E. NEFF
ELIETH W. HARRIS

Date: September 8, 1992

Serial No. 07/803,120
Filed: July 22, 1991
For: CROSS-LINKED ANIONIC AND AMPHOTERIC POLYMERIC MICROPARTICLES

Group Art Unit: 1505

Examiner: W. Cheng

Commissioner of Patents
and Trademarks

Washington, D. C. 20231

S i r :

Enclosed please find:

Issue Fee Transmittal Forms in Duplicate

Postcard

Please utilize the following information regarding the maintenance fees, which will become due regarding the above-identified application.

Payor Number: 000142
Fee Address: Mrs. Marge O'Connor
Patent Law Department
American Cyanamid Company
1937 West Main Street
P.O. Box 60
Stamford, CT 06904-0060

Respectfully submitted,

Frank M. Van Riet Esq.
Attorney for Applicant
Reg. No. 19933

1937 West Main Street
P.O. Box 60
Stamford, CT 06904-0060
Telephone: (203) 321-2614



American Cyanamid Company
Patent Law Department
1937 West Main Street
P.O. Box 60
Stamford, CT U.S.A. 06904-0060
(203) 321-2000
Fax: (203) 321-2971
Telex: 710-474-4059

Box M

ENTERED BY MD (14)

AUG -4 93

MAINTENANCE DIVISION

July 27, 1993

Commissioner
U. S. Patent and Trademark Office
Attn: Box M Fee
Washington, D.C. 20231

Dear Sirs:

Re: CHANGE OF ADDRESS

This is to inform you that we are relocating the American Cyanamid Patent Law Department, with the exception of those attorneys servicing its Cytec Business Unit, to Corporate Headquarters in Wayne, NJ.

As of August 2, 1993, our address, telephone and fax numbers will be:

AMERICAN CYANAMID COMPANY
PATENT LAW DEPARTMENT
ONE CYANAMID PLAZA
WAYNE, NJ 07470-8426
UNITED STATES OF AMERICA

Telephone No. (201) 831-2000 Fax No. (201) 831-3305

Please send all further communication, EXCEPT THOSE relating to the patent applications and patents identified IN THE ENCLOSED LIST, to the above new address. The enclosed list relates to patents of the Cytec Business Unit which will be divested from American Cyanamid Company and become a separate legal entity by the end of this year. Communications for those Cytec cases should continue to be sent to "Cytec Patent Law" at the current Stamford, address.

Sincerely yours,

[signature]

Alphonse R. Noe, Manager
Patent Law Department
(201) 831-3125

ARN/u
Address1

PTO UTILITY GRANT
Paper Number 9

The United States of America

## The Commissioner of Patents and Trademarks

*Has received an application for a patent for a new and useful invention. The title and description of the invention are enclosed. The requirements of law have been complied with, and it has been determined that a patent on the invention shall be granted under the law.*

*Therefore, this*

## United States Patent

*Grants to the person or persons having title to this patent the right to exclude others from making, using or selling the invention throughout the United States of America for the term of seventeen years from the date of this patent, subject to the payment of maintenance fees as provided by law.*

PATENT AND TRADEMARK OFFICE ★ UNITED STATES OF AMERICA ★

Douglas B. Comer

*Acting Commissioner of Patents and Trademarks*

Sandra L. Morton

*Attest*

PTO-1584

# PATENT APPLICATION FEE DETERMINATION RECORD

Application or Docket Number: 803120

**CLAIMS AS FILED - PART I**

| FOR | NUMBER FILED (Column 1) | | NUMBER EXTRA (Column 2) | SMALL ENTITY RATE | SMALL ENTITY FEE | OR | OTHER THAN SMALL ENTITY RATE | OTHER THAN SMALL ENTITY FEE |
|---|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | | $ 315.00 | OR | | $ 630.00 |
| TOTAL CLAIMS | 21 | minus 20 = | * 1 | x $10= | | OR | x $20 = | 20 |
| INDEPENDENT CLAIMS | 1 | minus 3 = | * | x 30 = | | OR | x 60 = | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | | + 100 = | | OR | + 200 = | |
| | | | | TOTAL | | OR | TOTAL | 650 |

* If the difference in column 1 is less then zero, enter "0" in column 2

**CLAIMS AS AMENDED - PART II**

| AMENDMENT A | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total | * | Minus | ** | = | x $10= | | OR | x $20 = | |
| | Independent | * | Minus | *** | = | x 30 = | | OR | x 60= | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 100 = | | OR | + 200 = | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| AMENDMENT B | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total | * | Minus | ** | = | x $10 = | | OR | x $20 = | |
| | Independent | * | Minus | *** | = | x 30 = | | OR | x 60 = | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 100 = | | OR | + 200 = | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

| AMENDMENT C | | CLAIMS REMAINING AFTER AMENDMENT (Column 1) | | HIGHEST NUMBER PREVIOUSLY PAID FOR (Column 2) | PRESENT EXTRA (Column 3) | SMALL ENTITY RATE | ADDITIONAL FEE | OR | OTHER THAN SMALL ENTITY RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total | * | Minus | ** | = | x $10 = | | OR | x $20 = | |
| | Independent | * | Minus | *** | = | x 30 = | | OR | x 60 = | |
| | FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM | | | | | + 100 = | | OR | + 200 = | |
| | | | | | | TOTAL ADDIT. FEE | | OR | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20".
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3".
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 12-90) For Fees Effective Nov. 5, 1990 Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

PTO-1130 (REV. 8-87) 07/803120

# PALM III APPLICATION FILE DATA CODING SHEET

U.S. DEPARTMENT OF COMMERCE—PATENT & TM OFFICE

PREPARED BY [illegible] DATE 12/18

**FORMAT NO. 2** Serial No. 07

| TYPE APPL | FILING DATE (Month Day Year) | SPECIAL HANDLING | GROUP ART UNIT | CLASS | SHEETS OF DRAWINGS | ASGT? | TOTAL CLAIMS | INDEPENDENT CLAIMS | SMALL ENTITY? | FILING FEE RECEIVED | SECURITY CASE? | FOREIGN LICENSE? |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 01 22 91 |  | 1505 | 526 | — | N | 21 | 1 | Ø | 650 | N | Y |

**FORMAT NO. 3** ATTORNEY DOCKET NUMBER (12 spaces): 311.320-01

Atty.'s Reg. Nos. ☐ APPL. PAPERS ☐ CODING SHEET

**FORMAT NO. 4** Applicant's Name & Address ☐ APPL. PAPERS ☐ CODING SHEET

**FORMAT NO. 5** Title of Invention ☐ APPL. PAPERS ☐ CODING SHEET

**FORMAT NO. 6&7** Correspondence Address ☐ APPL. PAPERS ☐ CODING SHEET

**FORMAT NO. 8**

| | RECORD | CONTINUITY CODE | PARENT APPLICATION SERIAL NUMBER | PARENT FILING DATE (Month Day Year) | STATUS CODE | PARENT PATENT NUMBER |
|---|---|---|---|---|---|---|
| | RECORD 8 0 1 | 02 | 0 7535626 | 06 11 90 | 2 | |
| | RECORD 8 0 2 | | 0 | | | |
| | RECORD 8 0 3 | | 0 | | | |
| | RECORD 8 0 4 | | 0 | | | |
| | RECORD 8 0 5 | | 0 | | | |
| | RECORD 8 0 6 | | 0 | | | |
| | RECORD 8 0 7 | | 0 | | | |
| | RECORD 8 0 8 | | 0 | | | |
| | RECORD 8 0 9 | | 0 | | | |
| ☐ MORE ON SUPPLEMENTAL CODING SHEET | RECORD 8 1 0 | | 0 | | | |

**FORMAT NO. 9**

| | RECORD | COUNTRY CODE | PCT/FOREIGN APPLICATION SERIAL NUMBER | FILING DATE (Month Day Year) |
|---|---|---|---|---|
| | RECORD 9 0 1 | | | |
| FOREIGN PRIORITY CLAIMED? | RECORD 9 0 2 | | | |
| ☐ YES | RECORD 9 0 3 | | | |
| ☐ NO (checked) | RECORD 9 0 4 | | | |
| | RECORD 9 0 5 | | | |
| | RECORD 9 0 6 | | | |
| ☐ APPLICATION PAPERS | RECORD 9 0 7 | | | |
| | RECORD 9 0 8 | | | |
| | RECORD 9 0 9 | | | |
| ☐ MORE ON SUPPLEMENTAL CODING SHEET | RECORD 9 1 0 | | | |

14JL1993

CYTEC - PATENTED CASES

| PATENT-NO | EXP-DT | C-OW | FILE ID | | |
|---|---|---|---|---|---|
| 5141730 | 25AU2009 | ACCO | 31592-00 | USA | |
| 5141804 | 25AU2009 | ACCO | 30946-01 | USA | D |
| 5149878 | 22SE2009 | CCI | 30701-03 | USA | D |
| 5152903 | 06NO2007 | ACCO | 30736-04 | USA | D |
| 5155174 | 13OC2009 | ACCO | 31057-01 | USA | P |
| 5157095 | 20OC2009 | ACCO | 31079-01 | USA | C |
| 5164453 | 17NO2009 | ACCO | 31391-00 | USA | |
| 5167766 | 01DE2009 | ACCO | 31043-01 | USA | P |
| 5171419 | 15DE2009 | ACCO | 31109-00 | USA | |
| 5171808 | 15DE2009 | ACCO | 31320-01 | USA | C |
| 5175201 | 29DE2009 | ACCO | 30641-00 | USA | |
| 5180630 | 19JA2010 | ACCO | 30351-01 | USA | D |
| 5180835 | 19JA2010 | ACCO | 31597-00 | USA | |
| 5192604 | 09MR2010 | ACCO | 30351-02 | USA | D |
| 5194512 | 16MR2010 | ACCO | 31055-02 | USA | D |
| 5194673 | 16MR2010 | ACCO | 31716-00 | USA | |
| (4708984) | 24NO2004 | ACCO | 30120-00 | USA | |
| (4755623) | 05JL2005 | ACCO | 29187-00 | USA | |
| (4868241) | 19SE2006 | ACCO | 30177-01 | USA | C |
| (4882089) | 21NO2006 | ACCO | 28917-01 | USA | D |
| (4891441) | 02JA2007 | ACCO | 29338-00 | USA | |
| (4897435) | 30JA2007 | ACCO | 29279-00 | USA | |
| (4911797) | 27MR2007 | ACCO | 29419-00 | USA | |
| (4942085) | 17JL2007 | ACCO | 31012-01 | USA | P |
| (4942090) | 17JL2007 | ACCO | 30579-00 | USA | D |
| (5092244) | 03MR2009 | ACCO | 29747-00 | USA | |

M. Cheng
4-2-91

# THE MERCK INDEX

AN ENCYCLOPEDIA OF
CHEMICALS, DRUGS, AND BIOLOGICALS

ELEVENTH EDITION

Scientific and Technical
Information Center
MAR 19 1991
Patent and Trademark Off

Susan Budavari, *Editor*
Maryadele J. O'Neil, *Associate Editor*
Ann Smith, *Assistant Editor*
Patricia E. Heckelman, *Editorial Assistant*

*Published by*
MERCK & CO., INC.
RAHWAY, N.J., U.S.A

1989

xylresorcinolate;
:8.49. C 77.29%,
9-aminoacridine
. Chemother. 11,

OH
$_2(CH_2)_4CH_3$

*Methylphenyl)-3-*
*-2-propenoic acid;*
›ropenyl]-2-pyri-
BW A825C; Sem-
.83%, H 6.94%, N
amine $H_1$-receptor
epn: G. G. Coker,
59 (1983 to Well-
J.S. pat. **4,501,893**
acokinetics in hu-
*Pharmacol.* 28, 197
. Cohen *et al., Clin.*
trials in idiopathic
*ica* 169, 179 (1984);
8); in allergic rhini-
*.es.* 16, 413 (1988).

COOH

dec).
*Duact.*

aldehyde; acrylalde-
. mol wt 56.06. C
(CHO. Prepd indus-
r magnesium sulfate
heating a mixture of
: and potassium sul-
of hydroquinone and
{. Hartung, *Org. Syn.*
n glycerol by the ac-
*mpt. Rend.* **188**, 941,
ys, *J. Infect. Dis.* 35,
*ew:* L. G. Hess *et al.*,
*ical Technology* vol. 1
d., 1978) pp 277-297.
. Irritates eyes and
ially under light or in
) forming disacryl, a
$^{50}$ 0.8075. mp −88°.
$_{60}$ −7.5°; bp$_{1.0}$ −64.5°.
0°F (−18°C). Vapor
n spectrum: Lüthy, Z.
Sol in 2 to 3 parts
n rats: 0.046 g/kg. H.
*p. Med.* 4, 119 (1951).
nbranes. Vapors cause
ation may cause asth-
ncas causes pulmonary
*mercial Products*, R. E.
ins, Baltimore, 4th ed.,





USE: Manuf colloidal forms of metals; making plastics, perfumes; warning agent in methyl chloride refrigerant. Has been used in military poison gas mixtures. Used in organic syntheses. Aquatic herbicide.

**123. Acrylamide.** *2-Propenamide.* $C_3H_5NO$; mol wt 71.08. C 50.69%, H 7.09%, N 19.71%, O 22.51%. $CH_2{=}CHCONH_2$. Prepd from acrylonitrile by treatment with $H_2SO_4$ or HCl: Bayer, *Angew. Chem.* **61**, 240 (1949); Weisgerber, U.S. pat. **2,535,245** (1950 to Hercules). *Reviews:* Carpenter, Davis, *J. Appl. Chem. (London)* 7, 671 (1957); D. C. MacWilliams in Kirk-Othmer, *Encyclopedia of Chemical Technology* vol. 1 (Wiley-Interscience, New York, 3rd ed., 1978) pp 298-311. Toxicity: R. E. Peterson, N. K. Sheth, *Toxicol. Appl. Pharmacol.* 33, 142 (1975).

*Monomer*, flake-like crystals from benzene. $d_4^{30}$ 1.122. mp 84.5°. bp$_2$ 87°; bp$_5$ 103°; bp$_{25}$ 125°. Solubilities in g/100 ml solvent at 30°: water 215.5; methanol 155; ethanol 86.2; acetone 63.1; ethyl acetate 12.6; chloroform 2.66; benzene 0.346; heptane 0.0068. Readily polymerizes at the mp or under uv light. The solid may be stored in a cool, dark place. Commercial solns of the monomer may be stabilized with hydroquinone, *tert*-butylpyrocatechol, *N*-phenyl-2-naphthylamine or other antioxidants. $LD_{50}$ i.p. in mice: 170 mg/kg (Peterson, Sheth).

*Polymer*, various forms, sol and insol in water, are obtained by heating with various polymerization catalysts: C. E. Schildknecht, *Vinyl and Related Polymers* (Wiley, New York, 1952) pp 314-322.

*Caution:* Highly toxic and irritant. Causes CNS paralysis. Can be absorbed through unbroken skin.

**124. Acrylic Acid.** *2-Propenoic acid;* vinylformic acid. $C_3H_4O_2$; mol wt 72.06. C 50.00%, H 5.60%, O 44.40%. $CH_2{=}CHCO_2H$. Prepd by hydrolysis of acrylonitrile: Kaszuba, *J. Am. Chem. Soc.* **67**, 1227 (1945) or by oxidation of acrolein: U.S. pats. **1,911,219** (1933 to Rohm & Haas); **2,288,566** (1942 to Acrolein Corp.); **2,341,339** (1944 to Distillers). Various other syntheses, *see Org. Syn.* coll. vol. III, 30-34 (1955). *Review:* J. W. Nemec, W. Bauer in Kirk-Othmer *Encyclopedia of Chemical Technology* vol. 1 (Wiley-Interscience, New York, 3rd ed., 1978) pp 330-354.

Corrosive liquid; acrid odor and fumes. $d_4^{16}$ 1.0621. mp 14°. bp 141.0°; bp$_{400}$ 122.0°; bp$_{200}$ 103.3°; bp$_{100}$ 86.1°; bp$_{40}$ 66.2°; bp$_{10}$ 39.0°; bp$_5$ 27.3°. $n_D^{20}$ 1.4224. Flash pt, open cup: 155°F (68°C). K at 25° = $5.6 \times 10^{-5}$. Miscible with water, alc, ether. Polymerizes readily in the presence of oxygen. $LD_{50}$ orally in rats: 2.59 g/kg, H. F. Smyth *et al., Am. Ind. Hyg. Assoc. J.* 23, 95 (1962).

USE: In the manuf of plastics. *Caution:* Strong irritant.

**125. Acrylonitrile.** *2-Propenenitrile;* vinyl cyanide; cyanoethylene; Acritet; Fumigrain; Ventox. $C_3H_3N$; mol wt 53.06. C 67.90%, H 5.70%, N 26.40%. $CH_2{=}CHCN$. Prepn by dehydration of ethylene cyanohydrin or acrylamide: Moureu, *Ann. Chem. Phys.* [7] 2, 186 (1893). Manuf by ammoxidation of propylene: Faith, Keyes & Clark's *Industrial Chemicals*, F. A. Lowenheim, M. K. Moran, Eds. (Wiley-Interscience, New York, 4th ed., 1975) pp 46-49. Toxicity: H. F. Smyth, C. P. Carpenter, *J. Ind. Hyg. Toxicol.* 30, 63 (1948). Causes acute and chronic adrenocortical insufficiency: S. Szabo *et al., Lab. Invest.* **42**, 533 (1980); *eidem, J. Appl. Toxicol.* **4**, 131 (1984). Review of carcinogenicity studies: *IARC Monographs* **19**, 73-133 (1979). Comprehensive review and bibliography: *The Chemistry of Acrylonitrile* (Am. Cyanamid, New York, 2nd ed., 1959) 272 pp; L. T. Groet in Kirk-Othmer *Encyclopedia of Chemical Technology* vol. 1 (Wiley-Interscience, New York, 3rd ed., 1978) pp 414-426.

Explosive, flammable and toxic liquid. Should be stored and used in closed systems whenever possible. Work areas should be adequately ventilated, and should be free from open lights, flames, and equipment that is not explosion-proof. *Handle in hood.* May polymerize spontaneously, particularly in the absence of oxygen or on exposure to visible light. Polymerizes violently in the presence of concentrated alkali. On standing may slowly develop a yellow color particularly after excessive exposure to light. mp −83.55°. bp$_{760}$ 77.3°; bp$_{500}$ 64.7°; bp$_{250}$ 45.5°; bp$_{100}$ 23.6°; bp$_{50}$ 8.7°. $d_4^{20}$ 0.8060; $d_4^{25}$ 0.8004. $n_D^{25}$ 1.3888. Flash pt, open cup: 32°F (0°C). Explosive mixtures in air at 25°: 3.05% low limit; 17.0% upper limit. At 20° 7.35 parts dissolve in 100 parts water and 3.1 parts water dissolve in 100 parts acrylonitrile. Miscible with most organic solvents. $LD_{50}$ orally in rats: 0.093 g/kg (Smyth, Carpenter).

*Caution:* Highly toxic through cyanide effect; irritating to eyes and skin: *Clinical Toxicology of Commercial Products*, R. E. Gosselin *et al.*, Eds. (Williams & Wilkins, Baltimore, 5th ed., 1984) Section II, p 215. This substance may reasonably be anticipated to be a carcinogen: *Fourth Annual Report on Carcinogens* (NTP 85-002, 1985) p 15.

USE: Manufacture of acrylic fibers. In the plastics, surface coatings, and adhesives industries. As a chemical intermediate in the synthesis of antioxidants, pharmaceuticals, dyes, surface-active agents, etc. In organic synthesis to introduce a cyanoethyl group. As a modifier for natural polymers. As a pesticide fumigant for stored grain. Experimentally to induce adrenal hemorrhagic necrosis in rats.

**126. Actaplanins.** A-4696; Kamoran. Complex of glycopeptide antibiotics produced by *Actinoplanes missouriensis.* Six actaplanins (A, $B_1$, $B_2$, $B_3$, $C_1$, G) have been isolated and characterized as having a central peptide core with the amino sugar *ristosamine* and up to four neutral sugars attached. Isoln: R. L. Hamill *et al.*, Ger. pat. **2,209,018** (1972 to Lilly), *C.A.* **77**, 138338n (1972); A. P. Raun, U.S. pat. **3,816,618**; R. L. Hamill *et al.*, U.S. pat. **4,115,552** (1974, 1978 to Lilly). Chemical characterization: M. Debono *et al., J. Antibiot.* **37**, 85 (1984). $^1$H NMR studies and structures: A. H. Hunt *et al., J. Org. Chem.* 49, 635 (1984); *eidem, ibid.* 641. Growth promotant activity: C. Tsaltos *et al., Bull. Hellenic Vet. Med. Soc.* **33**, 139 (1982). Use to increase milk production in ruminants: C. C. Scheifinger, Eur. pat. Appl. **63,491** corresp to U.S. pat. **4,430,328** (1982, 1984 to Eli Lilly). Determn in milk: K. H. Hahne *et al., Milchwissenschaft* 39, 473 (1984).

| Actaplanin | $R_1$ | $R_2$ |
|---|---|---|
| A : | mannosylglucose | mannose |
| $B_1$: | rhamnosylglucose | mannose |
| $B_2$: | glucose | mannose |
| $B_3$: | mannosylglucose | H |
| $C_1$: | rhamnosylglucose | H |
| G : | glucose | H |

Hydrochloride, white cryst solid, mp >220°. Approx mol wt 1158. $[\alpha]_D^{25}$ −42.3° (c = 1 in water). uv max (acidic and neutral solns): 276 nm ($E_{1cm}^{1\%}$ 65). Sol in water. Insol in most organic solvents. Stable over pH 1.0 to 10.0 up to 27°.

THERAP CAT (VET): Growth stimulant.

**127. ACTH.** *Corticotropin;* adrenocorticotrop(h)in; corticotrophin; adrenocorticotrop(h)ic hormone of the pituitary gland; Acethropan; Acortan; Acorto; Acthar; Acton; Actonar; Adrenomone; Alfatrofin; Cibacthen; Corstiline; Cortiphyson; Cortrophin; Isactid; Reacthin; Solacthyl; Tubex. Pituitary hormone which stimulates the secretion of adrenal cortical steroids and induces growth of the adrenal cortex. Occurs also in female human urine and in serum of pregnant mares. Isoln procedure from swine pituitaries: Sayers *et al., J Biol. Chem.* **149**, 425 (1943); *Proc. Soc. Exp. Biol. Med.* **52**, 199 (1943); from sheep pituitaries: Li *et al., J. Biol. Chem.* **149**, 413 (1943); Li, *J. Am. Chem. Soc.* **74**, 2124 (1952); from human pituitaries: Pickering *et al., Biochim. Biophys. Acta* **74**, 763 (1963). Purification: Johnson, U.S.

Case 1:04-cv-00293-KAJ Document 307-32 Filed 01/09/2006 Page 15 of 19



...Bayer). Herbicidal properties: H. Hack, ...-Nachr. 22, 331 (1969). Toxicity studies: G. ... Löser, *ibid.* 351. Use in winter cereals: D. C. ... *Proc. 12th Brit. Weed Control Conf.* 163 (1974). ...: G. F. Collet, *Weed Res.* 9, 340 (1969). ... effect on soil: P. L. Huge, *Pflanzenschutz-Nachr.* ... (1981). Brief review: P. Lours, *Def. Veg.* 24, 91

...crystals from benzene, mp 119-120.5°. Soly in ... 20°: 59 ppm. Sol in organic solvents. Vapor pres... 20°: $< 10^{-6}$ mm Hg. $LD_{50}$ in mice (mg/kg): > 1000 ... male, female rats (mg/kg): > 2500, > 2500 orally; ... (Kimmerle, Löser).
... Selective herbicide.

... **Methacholine Chloride.** *2-(Acetyloxy)-N,N,N-tri...-propanaminium chloride;* acetyl-β-methylcholine ...; O-acetyl-β-methylcholine chloride; (2-hydroxy-...) trimethylammonium chloride acetate; (2-acetoxy-...) trimethylammonium chloride; trimethyl-β-acetoxy-...ammonium chloride; Amechol; Provocholine. $C_8H_{18}$-$ClNO_2$; mol wt 195.69. C 49.10%, H 9.27%, Cl 18.12%, N ...%, O 16.35%. Parasympathomimetic bronchoconstric-... Prepn from trimethylacetonylammonium chloride: R. ... Major, J. K. Cline, U.S. pat. 2,040,146 (1936 to Merck & Co.). Mechanism of ganglionic blockade in cats: R. L. ..., *J. Pharmacol. Exp. Ther.* 158, 66 (1967). Clinical ...nostic efficacy in bronchial asthma: S. L. Spector, R. S. ..., *J. Allergy Clin. Immunol.* 56, 308 (1975); J. G. Easton, ... Hirata, *Ann. Allergy* 50, 171 (1983).

$CH_3COOCH(CH_3)CH_2\overset{+}{N}(CH_3)_3 \cdot Cl^-$

White, hygroscopic needles from ether, mp 172-173°. Slight odor of dead fish. Insol in ether. Freely sol in water, alcohol, chloroform. Aq solns are neutral to litmus. Rapidly dec by alkalies and slowly by water. Should not be handled in very moist atmosphere. The bromide is less hygroscopic.
*Antidote:* Atropine.
THERAP CAT: Cholinergic. Diagnostic aid (bronchial asthma).

5848. **Methacrifos.** *(E)-3-[(Dimethoxyphosphinothioyl)-oxy]-2-methyl-2-propenoic acid methyl ester; 3-hydroxy-2-methylacrylic acid methyl ester, O-ester with O,O-dimethyl phosphorothioate;* methyl (E)-3-(dimethoxyphosphinothioyl-oxy)-2-methylacrylate; CGA 20168; Damfin. $C_7H_{13}O_5PS$; mol wt 240.21. C 35.00%, H 5.45%, O 33.30%, P 12.89%, S 13.35%. Organophosphorus insecticide effective against arthropod pests in stored grains. Prepn: E. Beriger, L. ...ter, S. Afr. pat. 67 04,184 corresp to U.S. pat. 3,594,454 (1967, 1971 both to Ciba); *eidem,* Belg. pat. 766,000 corresp to U.S. pat. 3,923,932 (1971, 1975 both to Ciba-Geigy). GLC determn of residues in stored grain: J. Desmarchelier *et al., Pestic. Sci.* 8, 473 (1977). Efficacy and long-term stability: R. L. Kirkpatrick *et al., J. Econ. Entomol.* 75, 277 (1982). Comparative field trial in stored sorghum: M. ...ington *et al., Pestic. Sci.* 14, 385 (1983). Comprehensive description: R. Wyniger *et al., Proc. Brit. Crop Prot. Conf.—Pests Dis.* 1977, 1033.

$(CH_3O)_2P(=S)O-CH=C(CH_3)COOCH_3$

Oil, $bp_{0.01}$ 90°. Vapor pressure (20°): $8.3 \times 10^{-4}$ mm Hg. Soly in water (20°): 400 ppm. Readily sol in many organic solvents. Highly toxic to rainbow trout. $LD_{50}$ in rats (mg/kg): 678 orally; > 3100 dermally (Wyniger).
USE: Grain protectant, insecticide, acaricide.

5849. **Methacrylic Acid.** *2-Methylpropenoic acid;* α-methylacrylic acid. $C_4H_6O_2$; mol wt 86.09. C 55.80%, H 7.03%, O 37.17%. Occurs in oil from Roman chamomile. Prepd by dehydration of α-hydroxyisobutyric acid: Crawford, U.S. pat. 2,143,941 (1939 to I.C.I.); by hypochlorite oxidation of methyl α-alkylvinyl ketone: Meitzner, U.S. pat. 2,192,142 (1940 to Rohm & Haas); by hydrolysis of acetone cyanohydrin: Crawford, Brit. pat. 405,699 (1932 to I.C.I.); by oxidation of methacrolein: Bauer, U.S. pat. 2,153,406 (1939 to Rohm & Haas). *Review:* J. W. Nemec, L. S. Kirch in Kirk-Othmer *Encyclopedia of Chemical Technology* vol. 15 (Wiley-Interscience, New York, 3rd ed., 1981) pp 346-376.

$CH_2=C(CH_3)-COOH$

Long prisms, mp 16°, forming a corrosive liquid. Acrid, repulsive odor. $d_4^{20}$ 1.0153. $bp_{760}$ 163°; $bp_{30}$ 81°; $bp_{12}$ 63°. $n_D^{20}$ 1.43143. Flash pt, open cup: 170°F (76°C). Sol in warm water; miscible with alc, ether. Polymerizes easily, especially on heating or in the presence of traces of HCl. The polymer forms a ceramic-looking mass, sol in abs alc, from which it is precipitated by ether.
Methyl ester, *methyl methacrylate,* polymerizes easily, forming a clear plastic known as *Lucite, Plexiglas, Perspex.* Sol in methyl ethyl ketone, tetrahydrofuran, esters, aromatic and chlorinated hydrocarbons. $LD_{50}$ orally in rats: 8.4 g/kg, W. Deichmann, *J. Ind. Hyg. Toxicol.* 23, 343 (1941).
USE: In the manuf of methacrylate resins and plastics.
*Caution:* May act as strong irritant.

5850. **Methacrylonitrile.** *2-Methyl-2-propenenitrile;* isopropenylnitrile; α-methylacrylonitrile; isopropene cyanide. $C_4H_5N$; mol wt 67.09. C 71.61%, H 7.51%, N 20.88%. $CH_2=C(CH_3)C\equiv N$. Prepd by vapor-phase catalytic oxidation of methallylamine: Peters *et al., Ind. Eng. Chem.* 40, 2046 (1948); U.S. pat. 2,375,016 (1945 to Shell); by the dehydration of methacrylamide: Kung, U.S. pat. 2,373,190 (1945 to Goodrich); from isopropylene oxide and ammonia: Spillane, Kayser, U.S. pat. 2,557,703 (1951 to Allied Chem.).
Liquid. $d_4^{20}$ 0.8001; $d_4^{30}$ 0.7896. mp −35.8°. $bp_{760}$ 90.3°. $n_D^{20}$ 1.4007; $n_D^{30}$ 1.3954. Flash pt, open cup: 55°F (13°C). Viscosity at 20°, 0.392 cp. Surface tension at 20°, 24.4 dynes/cm. Soly in water at 20° = 2.57 wt-%, at 50° = 2.69 wt-%. Soly of water in methacrylonitrile at 20° = 1.62 wt-%, at 50° = 2.83 wt-%. Misc with acetone, octane, toluene at 20-25°. $LD_{50}$ orally in rats: 0.25 ml/kg, Smyth *et al., Am. Ind. Hyg. Assoc. J.* 23, 95 (1962).
USE: In prepn of homopolymers and copolymers; as an intermediate in the prepn of acids, amides, amines, esters, nitriles. *Caution:* Lacrimator, insidious poison, delayed skin reaction.

5851. **Methacycline.** *[4S-(4α,4aα,5α,5aα,12aα)]-4-Dimethylamino-1,4,4a,5,5a,6,11,12a-octahydro-3,5,10,12,12a-pentahydroxy-6-methylene-1,11-dioxo-2-naphthacenecarboxamide;* 6-methyleneoxytetracycline; 6-methylene-5-hydroxytetracycline; metacycline; Bialatan. $C_{22}H_{22}N_2O_8$; mol wt 442.41. C 59.72%, H 5.01%, N 6.33%, O 28.93%. Broad spectrum, semi-synthetic antibiotic related to tetracycline, *q.v.* Prepn from oxytetracycline, *q.v.*: R. K. Blackwood *et al., J. Am. Chem. Soc.* 83, 2773 (1961); 85, 3943 (1963); R. K. Blackwood, U.S. pat. 3,026,354 (1962 to Pfizer). Solubility data: Marsh, Weiss, *J. Assoc. Offic. Anal. Chem.* 50, 257 (1967). Toxicity data: Goldenthal, *Toxicol. Appl. Pharmacol.* 18, 185 (1971). Comparative clinical study with ampicillin, *q.v.*, in chronic bronchitis: S. Chodosh *et al., Chest* 69, 587 (1976).

*Consult the cross index before using this section.*

dles from benzene + petr ether, mp 167°. $[\alpha]_D^{16}$ −31° (chloroform). uv max (methanol): 250, 302 nm (log ε 3.98, 3.52).

*Note:* Lacks physiological activity alone but is contained as the pentacyclic moiety in the antineoplastic agents vinblastine, *q.v.*, and vincristine, *q.v.*

**9894. Vinpocetine.** *Eburnamenine-14-carboxylic acid ethyl ester;* 3α,16α-apovincaminic acid ethyl ester; ethyl apovincamin-22-oate; RGH-4405; Cavinton; Ceractin. $C_{22}H_{26}N_2O_2$; mol wt 350.46. C 75.40%, H 7.48%, N 7.99%, O 9.13%. Deriv of vincamine, *q.v.*, with vasodilating activity. Prepn: C. Lörincz *et al.*, Ger. pat. **2,253,750** corresp to U.S. pat. **4,035,370** (1973, 1977 both to Gedeon Richter); *eidem, Arzneimittel-Forsch.* **26,** 1907 (1976). Series of articles on pharmacology, biochemistry, metabolism, pharmacokinetics, clinical studies: *ibid.* 1908-1989. Toxicity studies: E. Pálosi, L. Szporny, *ibid.* 1926; F. Cholnoky, L. I. Dömök, *ibid.* 1939. HPLC studies: G. Szepesi, M. Gazdag, *J. Chromatog.* **205,** 57, 341 (1981). Evaluation of effectiveness as antimotion drug: E. I. Matsnev, D. Bodo, *Aviat. Space Environ. Med.* **55,** 281 (1984).

Crystals from benzene, mp 147-153° (dec). $[\alpha]_D^{20}$ +114° (c = 1 in pyridine). uv max (96% ethanol): 229, 275, 315 nm (log ε 4.45, 4.08, 3.85). $LD_{50}$ in mice, rats (mg/kg): 534, 503 orally; 240, 133.8 i.p.; 58.7, 42.6 i.v. (Pálosi, Szporny), also reported as 161.2 mg/kg i.p. in mice (Cholnoky, Dömök).

THERAP CAT: Cerebral vasodilator.

**9895. Vintiamol.** *N-[(4-Amino-2-methyl-5-pyrimidinyl)methyl]-N-[4-hydroxy-1-methyl-2-[(3-oxo-3-phenyl-1-propenyl)thio]-1-butenyl]formamide;* N-[(4-amino-2-methyl-5-pyrimidinyl)methyl]-N-[2-[(2-benzoylvinyl)thio]-4-hydroxy-1-methyl-1-butenyl]formamide; *S*-(benzoylvinyl)thiamine. $C_{21}H_{24}N_4O_3S$; mol wt 412.52. C 61.14%, H 5.86%, N 13.58%, O 11.64%, S 7.77%. Prepn and sepn of isomers: Fusco, Tenconi, *Farmaco Ed. Sci.* **20,** 866 (1965).

Higher melting isomer: crystals from ethanol, mp 202-204°, very sparingly sol in chloroform. Lower melting isomer: separated from mixture of both isomers by its greater soly in chloroform; crystals from ethanol contg 1 molecule of ethanol, mp 100-103°.

THERAP CAT: Vitamin, enzyme co-factor.

**9896. Vinyl Acetate.** *Acetic acid ethenyl ester; acetic acid vinyl ester.* $C_4H_6O_2$; mol wt 86.09. C 55.80%, H 7.03%, O 37.17%. $CH_3COOCH{=}CH_2$. Prepn: Schnizer, U.S. pat. **2,859,241** (1958 to Celanese); Sharp, Steitz, U.S. pat. **2,860,159** (1958 to Pan Am. Petroleum); Foster, Tobler, *J. Am. Chem. Soc.* **83,** 851 (1961). Toxicity data: Smyth, Carpenter, *J. Ind. Hyg. Toxicol.* **30,** 63 (1948). Study of chronic human exposure to vinyl acetate: Deese, Joyner, *Am. Ind. Hyg. Assoc. J.* **30,** 449 (1969). *Reviews:* Leonard "Vinyl Acetate" in *Vinyl and Diene Monomers* (part 1), E. C. Leonard, Ed. (Wiley-Interscience, New York, 1970) pp 263-328; Faith, Keyes & Clark's *Industrial Chemicals,* F. A. Lowenheim, M. K. Moran, Eds (Wiley-Interscience, New York, 4th ed., 1975) pp 862-867; W. Daniels, "Poly(Vinyl Acetate)" in Kirk-Othmer *Encyclopedia of Chemical Technology* vol. 23 (Wiley-Interscience, New York, 3rd ed., 1983) pp 817-847.

Liquid. Polymerizes in light to a colorless, transparent mass. bp 72.7°. Two reported melting pts: −100°; −93° (Daniels). $d_4^{20}$ 0.932. Flash pt, closed cup: 18°F (−8°C). Soly in water (20°): 1 g/50 ml. Misc with alc, ether. $LD_{50}$ orally in rats: 2.92 g/kg (Smyth, Carpenter).

USE: In polymerized form for plastic masses, films and lacquers.

**9897. Vinylbital.** *5-Ethenyl-5-(1-methylbutyl)-2,4,6-(1H,3H,5H)-pyrimidinetrione; 5-(1-methylbutyl)-5-vinylbarbituric acid;* 5-vinyl-5-(1-methylbutyl)barbituric acid; butyvinal; Speda; Optanox. $C_{11}H_{16}N_2O_3$; mol wt 224.25. C 58.91%, H 7.19%, N 12.49%, O 21.40%. Prepn: Seefelder, *Festschr. Carl Wurster* 1960, 71, *C.A.* **56,** 9928d (1962).

Crystals, mp 90-91.5°.

*Caution:* May be habit forming. This is a controlled substance (depressant) listed in the U.S. Code of Federal Regulations, Title 21 Part 1308.13 (1987).

THERAP CAT: Sedative, hypnotic.

**9898. Vinyl Chloride.** *Chloroethylene.* $C_2H_3Cl$; mol wt 62.50. C 38.43%, H 4.84%, Cl 56.73%. $CH_2{=}CHCl$. Prepd from ethylene dichloride and alcoholic potassium: Regnault, *Ann.* **14,** 22 (1835); by halogenation of ethylene: Miller, Jenks, U.S. pat. **2,896,000** (1959 to National Distillers and Chemical Corp.). Review of mfg processes: Faith, Keyes & Clark's *Industrial Chemicals,* F. A. Lowenheim, M. K. Moran, Eds. (Wiley-Interscience, New York, 4th ed., 1975) pp 868-873. Comprehensive monograph on toxicity of vinyl chloride: *Ann. N.Y. Acad. Sci.* **246,** 1-337 (1975). Review of carcinogenicity studies: *IARC Monographs* **19,** 377-437 (1979).

Colorless gas; liquefies in a freezing mixture. Polymerizes in light or in presence of catalyst. mp −153.8°, bp −13.37°. $d_4^{20}$ 0.9106. $n_D^{20}$ 1.3700. Vapor pressure at 20°: 2530 mm Hg. *Flammable!* Flash pt, closed cup: −78° (−112°F). Sol in alc, ether, carbon tetrachloride, benzene. Slightly sol in water.

*Caution:* Causes "vinyl chloride disease". May be narcotic in high concns. Consult latest Government regulations on allowable concentrations in air. If spilled on skin rapid evaporation can cause local frostbite. This substance has been listed as a known carcinogen: *Fourth Annual Report on Carcinogens* (NTP 85-002, 1985) p 199.

USE: In the plastics industry; as refrigerant; in organic syntheses.

**9899. Vinyl Ether.** *1,1'-Oxybisethene;* divinyl ether; divinyl oxide; ethenyloxyethene; Vinethene; Vinesthene. $C_4H_6O$; mol wt 70.09. C 68.54%, H 8.63%, O 22.83%. $CH_2{=}CHOCH{=}CH_2$. Prepn: Major, Ruigh, U.S. pat. **2,021,872** (1935 to Merck & Co.); Mittag, Smidt, U.S. pat. **2,832,807** (1958 to Consortium für electrochem. Ind. GmbH).

Very volatile, flammable liq; characteristic odor. Dec on exposure to light or to acid fumes, forming acetaldehyde, and polymerizes to a solid glass-like mass. $d_{20}^{20}$ 0.774; $d_4^{20}$ 0.773. bp 28.4°. $n_D^{20}$ 1.3989. Crit temp 183° (calc). Critical press. about 30 atm. Specific heat about 0.53 cal/g. Flash point (closed cup) < −30° (< −22°F). Explosives limits (% by vol in air), lower: 1.7, upper: 27.0. Autoignition temp 360° (680°F). 0.53 g dissolves in 100 g water at 37°. Oil-water soly coefficient at 37°: 41. Miscible with alcohol, ether, oils and other organic solvents. *Keep protected from light and acid fumes, in a cool place, and away from an open flame.* Lethal concn for mice in air: 51,233 ppm.

*Note:* Pharmaceutical product contains not less than 96.0% and not more than 97.0% vinyl ether, the remainder consisting of dehydrated alcohol. It may contain not more than 0.025% of suitable preservative. *U.S.P.* XXI (1985).

THERAP CAT: Anesthetic (inhalation).

**9900. Vinylidene Chloride.** *1,1-Dichloroethene; 1,1-di-*

*chloroethylene;*
96.95. C 24.78
from ethylene c
Dow). By de.
Conrad, Gould.
Liquid. Mild
$d_4^{20}$ 1.2129. mp
−15°. Practica
At temps above
or other suitabl
inhibitors to p
Uncontrolled p
products with
*News* **25,** 2136 (
USE: Interme
mer plastics" su
skin, mucous m
has caused liver
*Industrial Hygie*
(Interscience, N
Prendergast *et a*

**9901. Violac**
*dol-3-yl)-2-oxo-*
*dol-2-one; 3-[2-*
*ylidene]-2-indoli*
pyrrolin-4-ylide
(3-oxindolyliden
343.33. C 69.96
isolated from *C*
*ceus):* Tobie, *J.*
287 (1944); Balla
ture and synthesi
*view:* DeMoss in
Eds. (Springer, N

Purplish-black
slightly sol in alc

**9902. Violaxa**
*hydro-β,β-caroten*
$O_4$; mol wt 600.85
distributed caroter
xanthin. Isoln fr
Winterstein, *Ber.*
*Helv. Chim. Acta*
(1936); 27, 1684 (
*ibid.* 28, 300 (194
*Soc. (C)* 1969, 252
tion of the 15-cis
*chemistry* 19, 623

Orange prisms
crystals from $CS_2$
form). Absorptio
Sol in alcohol, m
insol in petr ether
15-*cis*-Isomer,
petrol, mp 109°
(log ε 4.91, 4.98, 4.8
orange prisms.

**9903. Viologen.**
the chlorides of cer

# United States Patent [19]

**Makhlouf et al.**

[11] **4,147,688**

[45] **Apr. 3, 1979**


[54] **METHOD OF PREPARING DISPERSIONS OF GELLED POLYMERIC MICROPARTICLES AND PRODUCTS PRODUCED THEREBY**


[75] Inventors: **Joseph M. Makhlouf**, Mars; **Samuel Porter, Jr.**, Tarentum, both of Pa.

[73] Assignee: **PPG Industries, Inc.**, Pittsburgh, Pa.



[21] Appl. No.: **805,679**

[22] Filed: **Jun. 13, 1977**

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 559,949, Mar. 19, 1975, abandoned.

[51] **Int. Cl.**[2] .......... **C08K 5/01**

[52] **U.S. Cl.** .......... **260/33.6 EP**; 260/33.6 UA; 526/273; 526/279; 528/392

[58] **Field of Search** .......... 260/33.6 EP, 33.6 UA, 260/836, 859 R



[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,317,635 | 5/1967 | Osmond et al. | 260/836 |
| 3,538,185 | 11/1970 | Davis et al. | 260/836 |
| 3,652,472 | 3/1972 | Clarke et al. | 260/33.6 UA |
| 3,666,710 | 5/1972 | Makhlouf et al. | 260/33.6 UA |
| 3,686,111 | 8/1972 | Makhlouf et al. | 260/33.6 UA |
| 3,702,836 | 11/1972 | Walbridge | 260/836 |
| 3,715,412 | 2/1973 | Nakahara et al. | 260/836 |
| 3,880,796 | 4/1975 | Christenson et al. | 260/33.6 UA |
| 3,888,945 | 6/1975 | Arndt et al. | 260/836 |
| 3,966,667 | 6/1976 | Sullivan et al. | 260/33.6 UA |

FOREIGN PATENT DOCUMENTS

967051 8/1964 United Kingdom.



*Primary Examiner*—Harry Wong, Jr.
*Attorney, Agent, or Firm*—George D. Morris



[57] **ABSTRACT**

Dispersions containing crosslinked acrylic polymer microparticles having a particle size of from 0.1 to 10 microns are produced in relatively high concentrations by a method comprising the free radical addition copolymerization of at least one monoethylenically unsaturated monomer with alpha, beta-ethylenically unsaturated monocarboxylic acid and crosslinking monomer selected from the group consisting of (1) epoxy group-containing compound and (2) a mixture of alkylenimine and organoalkoxysilane in the presence of a dispersion stabilizer and an aliphatic hydrocarbon dispersing liquid in which the crosslinked polymer particles are insoluble.

The crosslinked acrylic polymer microparticles are useful as additives to protective and decorative coatings.


**24 Claims, No Drawings**

# METHOD OF PREPARING DISPERSIONS OF GELLED POLYMERIC MICROPARTICLES AND PRODUCTS PRODUCED THEREBY

## CROSS-REFERENCE TO RELATED APPLICATION

This application is a continuation-in-part of application Ser. No. 559,949, filed Mar. 19, 1975, now abandoned.

## BACKGROUND OF THE INVENTION

Methods of preparing crosslinked acrylic polymer microparticles commonly referred to as microgel particles are known in the art. One such method is disclosed in commonly-assigned copending application Ser. No. 296,700, filed Oct. 11, 1972, now U.S. Pat. No. 3,880,796, in the name of Roger M. Christenson et al. In this method, a non-aqueous polymer dispersion is prepared by polymerizing an ethylenically unsaturated monomer containing hydroxyl groups in the presence of (1) a dispersing liquid which is a solvent for the monomer but in which the resultant polymer is insoluble and (2) a dispersion stabilizer. The resultant non-aqueous polymer dispersion produced by this method consists of a major proportion of uncrosslinked acrylic polymer particles and a minor proportion (e.g., 10 percent by weight or less) of crosslinked acrylic polymer particles (i.e., microgel particles). Accordingly, in this method, it is necessary to separate the microgel particles from the uncrosslinked polymer particles. This is accomplished by the addition to the dispersion of an active solvent for the uncrosslinked polymer particles, thereby converting the dispersion to essentially a solution, but for the presence of the insoluble microgel particles. The microgel particles are then separated from the bulk of the polymer by conventional means such as centrifuging, filtering, and the like.

The above process, while advantageous in some respects, has several serious disadvantages. Thus, as will be apparent, the microgel particles are an incidental by-product of the non-aqueous dispersion process and therefore the yield is relatively low (e.g., 5 to 10 percent by weight or less). Moreover, because of this factor, it is necessary to separate the microgel particles from a dispersion which contains a major proportion of uncrosslinked acrylic polymer particles by dissolving the uncrosslinked polymer particles with an active solvent.

Still another method for producing microgel particles is disclosed in British Pat. No. 967,051 to Bullitt et al, dated Aug. 19, 1964. In this method, microgel particles are prepared by forming an aqueous emulsion of monoethylenic unsaturated monomer and a crosslinking monomer containing at least two ethylenic double bonds, heating the emulsion to a temperature of about 40° to 100° C. until the reaction is substantially complete to yield a microgel and during the reaction adding an agent to inhibit the formation of high molecular weight substantially uncrosslinked material. The inhibiting agent as disclosed in Bullitt et al can be an active solvent for the monomers or a chain transfer agent. This method has several disadvantages. Thus, the method utilizes conventional emulsion polymerization techniques requiring careful control of the process to prevent settling and the like. Further, the use of crosslinking monomers containing at least 2 ethylenic double bonds (e.g., divinyl and diacrylate monomers) has been found to lead to flocculation problems in relatively high



solids level (i.e., 40 percent by weight or higher) microgel particle dispersions. Finally, this method requires the additional step of adding a water-immiscible solvent or chain transfer agent to the reaction mixture.

## BRIEF SUMMARY OF THE INVENTION

The method of the present invention overcomes essentially all of the disadvantages of the prior art. Thus, the present invention provides a method of producing crosslinked acrylic polymer microparticles in relatively high concentrations (i.e., solids levels of 20 to 60 percent by weight) by a process which comprises the free radical addition copolymerization of alpha, beta-ethylenically unsaturated monocarboxylic acid, at least one other copolymerizable monoethylenically unsaturated monomer and crosslinking monomer selected from the group consisting of (1) epoxy group-containing compound and (2) a mixture of alkylenimine and organoalkoxysilane in the presence of a polymeric dispersion stabilizer and dispersing liquid in which the cross-linked acrylic polymer particles are insoluble. The reaction is carried out at elevated temperatures such that the dispersion polymer first forms and then is crosslinked; usually the temperature should be between about 50° C. and 150° C.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

Examples of alpha, beta-ethylenically unsaturated monocarboxylic acid which may be used are acrylic acid, methacrylic acid, ethacrylic acid, alpha-chloroacrylic acid, crotonic acid isocrotonic acid, tiglic acid and angelic acid. The preferred alpha, beta-ethylenically unsaturated monocarboxylic acids are acrylic acid and methacrylic acid. Methacrylic acid is especially preferred. The amount of alpha, beta-ethylenically unsaturated monocarboxylic acid employed in the process of the invention is usually in the range of from about 0.5 percent to about 15 percent by weight of the monomers used in the copolymerization process.

Various other monoethylenically unsaturated monomers may be copolymerized with the acid monomer in the process of this invention. Although essentially any copolymerizable monoethylenic monomer may be utilized, depending upon the properties desired, the preferred monoethylenically-unsaturated monomers are the alkyl esters of acrylic or methacrylic acid, particularly those having from about 1 to about 4 atoms in the alkyl group. Illustrative of such compounds are the alkyl acrylates, such as methyl acrylate, ethyl acrylate, propyl acrylate, and butyl acrylate and the alkyl methacrylates, such as methyl methacrylate, ethyl methacrylate, propyl methacrylate and butyl methacrylate. Other ethylenically unsaturated monomers which may advantageously be employed include, for example, the vinyl aromatic hydrocarbons, such as styrene, alpha-methyl styrene, vinyl toluene, unsaturated esters of organic and inorganic acids, such as vinyl acetate, vinyl chloride and the like, and the unsaturated nitriles, such as acrylonitrile, methacrylonitrile, ethacrylonitrile, and the like. From about 70 percent to about 99 percent by weight of such monoethylenically unsaturated monomers, based on the weight of monomer solids can be utilized.

As indicated above, the crosslinking monomer employed in the process of the invention is selected from the group consisting of (1) epoxy group-containing compound and (2) a mixture of alkylenimine and organoalkoxysilane.

A particularly preferred class of epoxy group-containing compounds which may be utilized in the practice of the invention are monoepoxide compounds which additionally contain ethylenic unsaturation. Illustrative of such preferred compounds are, for example, glycidyl acrylate and glycidyl methacrylate.

Various alkylenimines can be utilized in the practice of the invention including substituted alkylenimines. The preferred class of such amines are those of the formula:

$$\begin{array}{c} R_1-\overset{\displaystyle R_2}{\overset{|}{C}}-(\overset{\displaystyle R_6}{\overset{|}{C}H})_n-\overset{\displaystyle R_3}{\overset{|}{C}}-R_4 \\ \diagdown \qquad \diagup \\ \underset{\displaystyle R_5}{\underset{|}{N}} \end{array}$$

where $R_1$, $R_2$, $R_3$, $R_4$ and $R_5$ are each hydrogen; alkyl, such as methyl, ethyl, propyl, or the like, having, for example, up to about 20 carbon atoms; aryl, such as phenyl or the like; aralkyl, such as tolyl, xylyl or the like; or aralkyl, such as benzyl, phenethyl or the like. $R_6$ in the above formula is hydrogen or a lower alkyl radical usually having not more than about 6 carbon atoms, and n is an integer from 0 to 1.

It is intended that the groups designated by the above formula include substituted radicals of the classes indicated where the substituent groups do not adversely affect the basic nature of the imine in the reaction. Such substituents can include the groups such as cyano, halo, amino, hydroxy, alkoxy, carbalkoxy and nitrile. The substituted groups may thus be cyanoalkyl, haloalkyl, aminoalkyl, hydroxyalkyl, alkoxyalkyl, carbalkoxyalkyl, and similar substituted derivatives of aryl, alkaryl and aralkyl groups where present.

A number of specific examples of alkylenimines within the class described are as follows:

Ethylenimine (aziridine)
1,2-propylenimine (2-methyl aziridine)
1,3-propylenimine (azetidine)
1,2-dodecylenimine (2-decyl aziridine)
1,1-dimethyl ethylanimine (2,2-dimethyl aziridine)
Phenyl ethylenimine (2-phenyl aziridine)
Benzyl ethylenimine (2-phenylmethyl aziridine)
Hydroxyethyl ethylenimine (2-(2-hydroxyethyl)aziridine)
Aminoethyl ethylenimine (2-(2-aminoethyl)aziridine)
2-methyl propylenimine (2-methyl azetidine)
3-chloropropyl ethylenimine (2-(3-chloropropyl)aziridine)
Methoxyethyl ethylenimine (2-(2-methoxyethyl)aziridine)
Dodecyl aziridinyl formate (dodecyl 1-aziridinyl carboxylate)
N-ethyl ethylenimine (1-ethyl aziridine)
N-(2-aminoethyl)ethylenimine (1-(2-aminoethyl)aziridine)
N-(phenethyl)ethylenimine (1-(2-phenylethyl)aziridine)
N-(2-hydroxyethyl)ethylenimine (1-(2-hydroxyethyl-)aziridine)
N-(cyanoethyl)ethylenimine (1-cyanoethyl aziridine)
N-phenyl ethylenimine (1-phenyl aziridine)
N-(p-chlorophenyl)ethylenimine (1-(4-chlorophenyl-)aziridine)

Because of their availability and because they have been found to be among the most effective, the preferred imines are hydroxyalkyl-substituted alkylenimines, such as N-hydroxyethyl ethylenimine and N-hydroxyethyl propylenimine.

Organoalkoxysilane monomers which may advantageously be employed in the practice of this invention are the acrylatoalkoxysilanes, methacrylatoalkoxysilanes and the vinylalkoxysilanes. Illustrative of such compounds are acryloxypropyltrimethoxysilane, gamma-methacryloxypropyltrimethoxysilane, gamma-methacryloxypropyltriethoxysilane, gamma-methacryloxypropyl-tris(2-methoxyethoxy)silane, vinyltrimethoxysilane, vinyltriethoxysilane, vinyl-tris(2-methoxyethoxy)silane and the like. Of these organoalkoxysilanes, gamma-methacryloxypropyltrimethoxysilane is especially preferred.

The proportion of such crosslinking monomer employed in the process of the invention may range from 0.5 percent to 15 percent by weight of the monomers used in the copolymerization process. When the crosslinking monomer is a mixture of alkylenimine and organoalkoxysilane, the mole ratio of the alkylenimine to the alpha, beta-ethylenically unsaturated monocarboxylic acid used to prepare the polymer is generally in the range of from 0.5:1 to 1.5:1 and the mole ratio of the organoalkoxysilane to the alpha, beta-ethylenically unsaturated monocarboxylic acid used to prepare the polymer is generally in the range of from 1.5:1 to 3.5:1.

The monoethylenically-unsaturated monomer, acid monomer and cross-linking monomer are polymerized in a dispersing liquid which solubilizes the monomers but in which the resulting polymers are essentially not soluble and form dispersed polymer particles. The dispersing liquid is generally a hydrocarbon medium consisting essentially of liquid aliphatic hydrocarbons. A pure aliphatic hydrocarbon or a mixture of two or more may be employed. To the extent that any particular polymer produced is mostly insoluble in the hydrocarbon medium resulting, the essentially aliphatic hydrocarbon may be modified by the incorporation of other solvent materials such as aromatic or naphthenic hydrocarbons, and in certain instances, the amount of such non-aliphatic component may attain as high as 49 percent by weight of the entire dispersing liquid. However, the dispersing liquid preferably consists essentially of aliphatic hydrocarbons and, in general, the compositions of the present invention contain less than 25 percent by weight based on the weight of the dispersing liquid of an aromatic hydrocarbon and often none at all at this stage.

It is essential that the hydrocarbon be of liquid character, but it may have a wide boiling range from a minimum of about 30° C. (in which case high pressures may be needed in the polymerization) to a maximum which may be as high as 300° C. For most purposes, the boiling point should be from about 50° C. up to about 235° C.

Examples of dispersing liquids useful herein are pentane, hexane, heptane, octane, mixtures of the same, and the like.

Ordinarily, the polymerizable composition of monomers and dispersing liquid should contain from about 30 to about 80 percent by weight of the dispersing liquid. It is understood, however, that the monomeric solution need contain only that amount of dispersing liquid necessary to solubilize the monomers and maintain the resulting polymers in a dispersed state after polymerization.