# EXHIBIT 13

# REDACTED

# EXHIBIT 14

# REDACTED

# EXHIBIT 15

# REDACTED

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2005, I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE  19899-0951

I hereby certify that on December 30, 2005, I have Federal Expressed the foregoing document to the following non-registered participants:

| | |
|---|---|
| Ford F. Farabow, Jr., Esquire | Thomas L. Creel, Esquire |
| Joann M. Neth, Esquire | Goodwin Proctor, LLP |
| A. Neal Seth, Esquire | 599 Lexington Avenue |
| Finnegan, Henderson, Farabow, Garrett & Dunner, LLP | New York, NY  10022 |
| 901 New York Avenue, N.W. | |
| Washington, DC  20001-4413 | |

_____
Chad M. Shandler (#3796)

RLF1-2848132-1