IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION,<br><br>             Plaintiff,<br><br>v.<br><br>HERCULES, INC. and CYTEC INDUSTRIES, INC.,<br><br>             Defendants. | )<br>)<br>)<br>)   C.A. No. 04-293 (KAJ)<br>)<br>)   **JURY TRIAL DEMANDED**<br>)<br>)<br>)<br>)<br>)<br>) |

### JOINT APPENDIX OF PATENT PROSECUTION HISTORIES

Frederick L. Cottrell III (#2555)
Jeffrey L. Moyer (# 3309)
Chad M. Shandler (#3796)
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, Delaware 19899-0551
(302) 651-7700
Cottrell@rlf.com
Moyer@rlf.com
Shandler@rlf.com
Attorneys for Plaintiff
Ciba Specialty Chemicals Corp.

OF COUNSEL:
Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302)984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
Attorneys for Defendant
Hercules Incorporated

OF COUNSEL:
Ford F. Farabow, Jr.
Joann M. Neth
Eric J. Fues
A. Neal Seth
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

Dated: January 27, 2006

*[signature]* by AN /s/

Frederick L. Cottrell III (#2555)
Jeffrey L. Moyer (# 3309)
Chad M. Shandler (#3796)
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, Delaware 19899-0551
(302) 651-7700
Cottrell@rlf.com
Moyer@rlf.com
Shandler@rlf.com
Attorneys for Plaintiff
Ciba Specialty Chemicals Corp.

OF COUNSEL:
Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601


Dated: January 27, 2006

/s/      David E. Moore

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE 19899-0951
(302)984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
Attorneys for Defendant
Hercules Incorporated


OF COUNSEL:
Ford F. Farabow, Jr.
JoannM.Neth
Eric J. Fues
A.NealSeth
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

Dated: January 27, 2006

# **TABLE OF CONTENTS**

| Description | Exhibit |
|---|---|
| U.S. Patent No. 5,167,766 to Honig et al. | 1 |
| U.S. Patent No. 5,171,808 to Ryles et al. | 2 |
| File History of U.S. App. 07/535,626 (the parent application to U.S. Patent No. 5,171,808 to Ryles et al.) (CIBA 000474-543) | 3 |
| File History of U.S. App. 07/803,120 (Application of U.S. Patent No. 5,171,808 to Ryles et al.) (HERC0076066-159) | 4 |
| File History of U.S. App. 07/536,382 (The parent application to U.S. Patent No. 5,167,766 to Honig et al.) (CIBA 000596-670) | 5 |
| File History of U.S. App. 07/540,667 (Application of U.S. Patent No. 5,167,766 to Honig et al.) (HERC0075899-76065) | 6 |
| U.S. Patent No. 4,681,912 to Durand et al. | 7 |
| U.S. Patent No. 4,147,688 to Makhlouf et al. | 8 |
| U.S. Patent No. 4,705,640 to Whittaker | 9 |
| U.S. Patent No. 4,759,856 to Farrar et al. | 10 |
| U.S. Patent No. 4,659,431 to Probst et al. | 11 |
| EP 0,202,780 to Flesher et al. | 12 |