# EXHIBIT 3
# Part 1

ABANDONED

HMRO

| SERIAL NUMBER (Series of 1967) 07/535626 | PATENT DATE | | PATENT NUMBER | |
|---|---|---|---|---|

| GERIAL NUMBER 07535,626 | FILING DATE 06/11/90 | CLASS 524 | SUBCLASS 2 in | GROUP ART UNIT 155 | EXAMINER |
|---|---|---|---|---|---|

**APPLICANTS**

RODERICK G. RYLES, MILFORD, CT; DAN S. HONIG, NEW CANAAN, CT; ELIETH W. HARRIS, BRIDGEPORT, CT; ROGER E. NEFF, STAMFORD, CT.

```
**CONTINUING DATA************************
VERIFIED
    WCC
```

```
**FOREIGN/PCT APPLICATIONS***********
VERIFIED
    WCC
```

FOREIGN FILING LICENSE GRANTED 06/29/90

| Foreign priority claimed ☐ yes ☒ no 35 USC 119 conditions met ☐ yes ☒ no Verified and Acknowledged Examiner's Initials | AS FILED → | STATE OR COUNTRY CT | SHEETS DRWGS 0 | TOTAL CLAIMS 22 | INDEP CLAIMS 1 | FILING FEE RECEIVED $ 394.00 | ATTORNEY'S DOCKET NO. 31,326 |
|---|---|---|---|---|---|---|---|

**ADDRESS**

FRANK M. VAN RIET
C/O AMERICAN CYANAMID CO.
1937 WEST MAIN STREET
STAMFORD, CT 06904-0060

**TITLE**

CROSS-LINKED ANIONIC AND AMPHOTERIC POLYMERIC MICROPARTICLES

U.S. DEPT. of COMM.—Pat. & TM Office—PTO-436L (rev. 10-78)

---

**PARTS OF APPLICATION FILED SEPARATELY**

| NOTICE OF ALLOWANCE MAILED | PREPARED FOR ISSUE | | CLAIMS ALLOWED | |
|---|---|---|---|---|
| | Assistant Examiner | Docket Clerk | Total Claims | Print Claim |
| **ISSUE FEE** | | | **DRAWING** | |
| Amount Due | Date Paid | | Sheets Drwg. Figs. Drwg. Print Fig. | |
| | | Primary Examiner | | |
| | ISSUE CLASSIFICATION | | ISSUE BATCH NUMBER | |
| Label Area | Class | Subclass | | |

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

form PTO-436A
Rev. 8/82

CIBA 000474

**ABANDONED**

07/~~3~~5626

APPROVED FOR LICENSE ☐

INITIALS _JUH 1 8 4 0 3 4_

| Entered or Counted | CONTENTS | Received or Mailed  RECEIVED  JUL 1 2 1990 |
|---|---|---|
| | 1. Application _____ papers. | |
| 30 ℟ 08/06 | 2. Reg 3 mon | 1 6 AUG 19  GROUP 150 |
| | 3. Ext of time (2mos) | Jan 10 1991 |
| | 4. Ext a | Jan 10, 1991 |
| | 5. Ext (3mos) | 4-11-91 |
| | 6. Ext of time (1mo) | July 22, 91 |
| | 7. Abandonment (notice) | Nov 19, 1991 |
| | 8. Power to Applicants | Dec 11 1991 |
| | 9. Request to Access | 4/22/96 |
| | 10. Request for Access | 10/9/96 |
| | 11. Request for Access | 1/21/99 |
| | 12. Request for Access | 10/30/02 |
| | 13. | |
| | 14. | |
| | 15. | |
| | 16. | |
| | 17. | |
| | 18. | |
| | 19. | |
| | 20. | |
| | 21. | |
| | 22. | |
| | 23. | |
| | 24. | |
| | 25. | |
| | 26. | |
| | 27. | |
| | 28. | |
| | 29. | |
| | 30. | |
| | 31. | |
| | 32. | |

CIBA 000475



## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 526 | 264 | 7-27-90 | WCC |
| 526 | 266 | 8-2-90 | " |
| 526 | 321 | " | " |
| 526 | 240 | " | " |
| 526 | 292,95 | " | " |
| 526 | 292,2 | " | " |
| 524 | 801 | 8-3-90 | " |
| 524 | 815 | " | " |
| 524 | 922 | " | " |
| 526 | 306 | 8-6-90 | " |

## SEARCH NOTES

|  | Date | Exmr. |
|---|---|---|
| APS searched | 7-27-90 | WCC |
| APS searched | 4-3-91 | WCC |
| Orbit (Inpadoc) searched | 4-4-91 | WCC |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
|  |  |  |  |

CIBA 000476

Staple Issue Slip Here

| POSITION | INIT. | DATE |
|---|---|---|
| CLASSIFIER | VdA | 6-18-70 |
| EXAMINER | | |
| VERIFIER | | |
| TYPIST | | |
| CORPS CORR. | | |
| SPEC. HAND. | | |
| FILE MAINT. | | |

## INDEX OF CLAIMS

| Claim | | | Date | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | | | | | | | | |
| 1 | ✓ | ✓ | ✓ | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | O | | | | | | | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | O | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | O | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | O | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | N | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | | | | | | | | | |
| 36 | | | | | | | | | |
| 37 | | | | | | | | | |
| 38 | | | | | | | | | |
| 39 | | | | | | | | | |
| 40 | | | | | | | | | |
| 41 | | | | | | | | | |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |
| 50 | | | | | | | | | |

| Claim | | Date | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Final | Original | | | | | | | | |
| 51 | | | | | | | | | |
| 52 | | | | | | | | | |
| 53 | | | | | | | | | |
| 54 | | | | | | | | | |
| 55 | | | | | | | | | |
| 56 | | | | | | | | | |
| 57 | | | | | | | | | |
| 58 | | | | | | | | | |
| 59 | | | | | | | | | |
| 60 | | | | | | | | | |
| 61 | | | | | | | | | |
| 62 | | | | | | | | | |
| 63 | | | | | | | | | |
| 64 | | | | | | | | | |
| 65 | | | | | | | | | |
| 66 | | | | | | | | | |
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |
| 69 | | | | | | | | | |
| 70 | | | | | | | | | |
| 71 | | | | | | | | | |
| 72 | | | | | | | | | |
| 73 | | | | | | | | | |
| 74 | | | | | | | | | |
| 75 | | | | | | | | | |
| 76 | | | | | | | | | |
| 77 | | | | | | | | | |
| 78 | | | | | | | | | |
| 79 | | | | | | | | | |
| 80 | | | | | | | | | |
| 81 | | | | | | | | | |
| 82 | | | | | | | | | |
| 83 | | | | | | | | | |
| 84 | | | | | | | | | |
| 85 | | | | | | | | | |
| 86 | | | | | | | | | |
| 87 | | | | | | | | | |
| 88 | | | | | | | | | |
| 89 | | | | | | | | | |
| 90 | | | | | | | | | |
| 91 | | | | | | | | | |
| 92 | | | | | | | | | |
| 93 | | | | | | | | | |
| 94 | | | | | | | | | |
| 95 | | | | | | | | | |
| 96 | | | | | | | | | |
| 97 | | | | | | | | | |
| 98 | | | | | | | | | |
| 99 | | | | | | | | | |
| 100 | | | | | | | | | |

SYMBOLS
- ............ Rejected
- ............ Allowed
- (Through numeral) Cancelled
- ............ Restricted
- ............ Non-elected
- ............ Interference
- A ............ Appeal
- O ............ Objected

CIBA 000477

07535626

PATENT APPLICATION SERIAL NO._____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

*D. Cassaway*
*7-17-90*

P 30610  06/14/90  07535626        01-1300  030  101      394.00CH  31.320

PTO-1556
(5/87)

CIBA 000478



## TITLE OF THE INVENTION

### CROSS-LINKED ANIONIC AND AMPHOTERIC POLYMERIC MICROPARTICLES

### ABSTRACT OF THE INVENTION

Novel compositions comprising anionic and/or amphoteric organic polymeric microparticles are disclosed, along with a method for their production. The products are useful in flocculating a wide variety of dispersions of suspended solids and in paper-making.

CIBA 000479



07753 26        A

– 1 –

31,320

MAIL ROOM
20  JUN 11 1990

### CROSS-LINKED ANIONIC AND AMPHOTERIC POLYMERIC MICROPARTICLES

5      The present invention relates to structured anionic and amphoteric polymeric microparticles and a method for their preparation.

### BACKGROUND OF THE INVENTION

10     Cross-linked anionic and amphoteric, organic polymeric compositions are known to those skilled in the art and are useful in a variety of solid-liquid separation applications, particularly in the flocculation of various dispersions of suspended solids, such as sewage sludge, and in the

15  thickening of cellulosic paper pulp suspensions.  Modern concerns about environmental pollution and the increasing cost of materials have made it highly desirable to produce flocculating agents which cause higher degrees of separation at lower dosage levels.

20          EP 0,202,780 describes the preparation of polymeric, crosslinked, cationic acrylamide polymer beads by conventional inverse emulsion polymerization techniques. Crosslinking is accomplished by the incorporation of a difunctional monomer, such as methylenebisacrylamide, into

25  the polymer.  This crosslinking technology is well known in the art.  The patentee teaches that the crosslinked beads are useful as flocculants.

          Typically, the particle size of polymers prepared by conventional inverse water-in-oil emulsion polymerization

30  processes are limited to a range of about 1-5 microns, since no particular advantage in reducing the particle size has hitherto been apparent.  The precise particle size which is achievable in inverse emulsions is determined by the concentration and activity of the surfactant(s) employed and

35  these are customarily chosen on the basis of emulsion stability and economic factors.

CIBA 000480

- 2 -

Leong, et al., in Inverse Microemulsion
Polymerization, J. of Phys. Chem., Vol. 86, No. 23, 6-24-82,
pp 2271-3, discloses polymerization of acrylamide in an
inverse microemulsion.  The author, also discloses having
prepared crosslinked polyacrylamide latices or microgels by
using a 100:1 mixture of acrylamide-methylenebisacrylamide.
No anionic or amphoteric monomers are mentioned or is their
use as a flocculating agent or paper-making additive.

EPO 0173605 teaches the production of microbeads having
a diameter ranging from about 49-87 nm and produced from
terpolymers of vinyl acetate (84.6), ethyl acrylate (65.4)
and acrylic acid (4.5) or methacrylonitrile (85), butyl
acrylate (65) and acrylic acid (3).  These polymeric beads
are disclosed as added to an LBKP pulp slurry in order to
evaluate the resultant paper for sizing degree, paper force
enhancement and disintegratability.  These polymer beads
fall outside the scope of those claimed in the present
invention in that the ionic content thereof is too small to
impart any appreciable improvement during usage.

Additionally, U.S. Patent No. 4,681,912 discloses the
production of microparticles of acrylamide and acrylic acid,
for example, utilizing a microemulsion process.  The patent,
however, fails to teach the cross-linking of the particles
so as to render them water-insoluble or their use in
paper-making.

SUMMARY OF THE INVENTION

According to the present invention, there are provided
compositions comprising crosslinked, anionic and/or
amphoteric, organic, polymeric, microparticles, having an
unswollen number average particle size diameter of less than
about 0.75 micron, preferably less than about 0.5 micron, a
solution viscosity of at least 1.1, preferably from about
1.1 to about 2.0, mPa.s, a crosslinking agent content of
above about 4 molar parts per million, based on the
monomeric units present in the polymer, and an ionicity of
at least about 5%.

CIBA 000481

- 3 -

The preferred anionic monomers for use in the practice
of the present invention comprises acrylic acid, methacrylic
acid, ethacrylic acid, 2-acrylamido-2-alkylsulfonic acids
where the alkyl group contains 1 to 6 carbon atoms, such as
2-acrylamido-2-propane-sulfonic acid or mixtures of any of
the foregoing and their alkaline salts. Especially
preferred are the sodium salts of acrylic acid, methacrylic
acid, and 2-acrylamido-2-methylpropane sulfonic acid.

The preferred amphoteric polymers for the use in the
practice of the present invention comprise copolymers of one
or more of the foregoing anionic monomers and one or more of
the following cationic ethylenically unsaturated monomers
selected from, from example, acryloxyethyltrimethylammonium
chloride; diallydimethylammonium chloride; 3-(meth)acryl-
amidopropyltrimethylammonium chloride; 3-acrylamidopropyl-
trimethylammonium-2-hydroxypropylacrylate methosulfate;
trimethylammoniumethyl methacrylate methosulfate;
1-trimethylammonium-2-hydroxypropylmethacrylate
methosulfate; methacryloxyethyltrimethylammonium chloride;
or mixtures of any of the foregoing.

The preferred ethylenically unsaturated non-ionic
monomers for use in the practice of the present invention
are selected from acrylamide; methacrylamide; N,N-dialkyl-
acrylamides; N-alkylacrylamides; N-vinylmethacetamide;
N-vinyl methylformamide; vinyl acetate; N-vinyl pyrrolidone
and mixtures thereof. Especially preferred is acrylamide.

The preferred compositions encompassed by the present
invention are 1) anionic monomers alone or 2) a mixture of
anionic and cationic monomers, each copolymerized with the
ethylenically unsaturated non-ionic monomers disclosed
above. Especially preferred is acrylamide copolymerized
with sodium acrylate.

Also, according to the present invention, there is
provided a process for the preparation of compositions as
defined above, the process comprising:

    (a) admixing

CIBA 000482

- 4 -

    (i)  an aqueous solution comprising at least one
ethylenically unsaturated anionic monomer
alone or in admixture with a cationic monomer
and at least one crosslinking agent and,
optionally, at least one ethylenically
unsaturated non-ionic monomer;

    (ii) an oily phase comprising at least one
hydrocarbon liquid; and

   (iii) an effective amount of surfactant
or surfactant mixture, so as to form an
inverse emulsion which, when subjected to
polymerization conditions, results in a
polymer having a particle size of less than
about 0.75 micron in unswollen diameter; and

(b) subjecting the inverse emulsion obtained in step
(a) to polymerization conditions.

A preferred feature of the present invention, comprises
a process employing an aqueous solution comprising sodium
acrylate as the anionic monomer, N,N-methylenebisacrylamide
as the crosslinking agent and acrylamide as the non-ionic
monomer; an oily phase comprising a saturated hydrocarbon;
and an effective amount of a surfactant mixture comprising
polyoxyethylene (20) sorbitan monooleate and polyoxyethylene
sorbitol hexaoleate, sufficient to produce particles of less
than about 0.75 micron in unswollen number average particle
size diameter.

Polymerization of the inverse emulsion may be carried
out by adding a polymerization initiator, such as sodium
metabisulfite or tert-butyl hydroperoxide, or by subjecting
the inverse emulsion to ultraviolet irradiation. Also
contemplated by the present invention is adding an effective
amount of chain-transfer agent to the aqueous solution of
the inverse emulsion, such as an alcohol, mercaptan,
phosphite, sulfite or mixture of any of the foregoing. The
process of the present invention may also comprise a step
for recovering the composition from the inverse emulsion.

CIBA 000483

- 5 -

The resultant organic polymeric particles are useful in
a method of making paper from an aqueous suspension of
cellulose fibers, whereby the drainage properties of the
suspension are improved by including in the suspension 0.1
to 20 lbs/ton, based on the dry weight of paper furnish
5   solids, of the anionic or amphoteric cross-linked organic
polymer microbead having an unswollen number average
particle size diameter of less than about 0.75 micron, a
solution viscosity of at least about 1.1, preferably about
1.1 to about 2.0 mPa.s, a cross-linking agent content of
10  above about 4 molar parts per million, based on the
monomeric units present in the polymer, and at least 5%
ionicity, preferably in the presence of a molecular weight
cationic polymer, as described in copending application,
Serial No. ~Attorney Docket No. 31043), filed concurrently
15  herewith.

## DETAILED DESCRIPTION OF THE INVENTION

Cross-linked, anionic or amphoteric, organic polymeric
microbeads having an unswollen number average particle size
20  diameter of less than about 0.75 micron, a solution
viscosity of from about 1.1 to about 1.5 mPa.s, a
crosslinking agent content of above about 4 molar parts per
million, based on the monomeric units present in the
polymer, and an ionicity of at least about 5%, are generally
25  formed by the polymerization of at least 5% of an
ethylenically unsaturated anionic monomer and, for
amphoteric microparticles, at least about 5% of one cationic
monomer, and, optionally at least one non-ionic comonomer in
the presence of a crosslinking agent in a water-in-oil
30  inverse emulsion employing an effective amount of surfactant
or surfactant mixture to produce microbeads of less than
about 0.75 micron.

The amphoteric polymers for the use in the practice of
the present invention comprise copolymers of one or more of
35  the foregoing anionic monomers and one or more of the
following cationic ethylenically unsaturated monomers

CIBA 000484

- 6 -

(meth)acrylates of dialkylaminoalkyl compounds, and salts
and quaternaries thereof and in particular monomers of
N,N-dialkylaminoalkyl(meth)acrylamides, and salts and
quaternaries thereof, such as N,N-dimethylaminoethy-
acrylamides; and the acid or quaternary salts thereof and
the like. Cationic monomers which may be used herein are of
the following general formulae:



$$( \text{I} ) \quad CH_2 = C - C - X - A \; N^+ - R_3 \quad . \quad Z^-$$

where $R_1$ is hydrogen or methyl, $R_2$ is hydrogen or lower
alkyl of 1-4 carbon atoms, $R_3$ and/or $R_4$ are hydrogen, alkyl
of 1-12 carbon atoms, aryl, or hydroxyethyl and $R_2$ and $R_3$,
or $R_3$ and $R_4$, can combine to form a cyclic ring containing
one or more hetero atoms, and Z is the conjugate base of an
acid; X is oxygen or $-NR_1$, wherein $R_1$ is as defined above,
and A is an alkylene group of 1-12 carbon atoms, or



$$( \text{II} )$$

where $R_5$ and $R_6$ are hydrogen or methyl, $R_7$ is hydrogen or
alkyl of 1-12 carbon atoms, and $R_8$ is hydrogen, alkyl of
1-12 carbon atoms, benzyl or hydroxyethyl; and Z is as
defined above.

These ethylenically unsaturated anionic, cationic and
non-ionic monomers may be copolymerized to produce anionic
and amphoteric copolymers. Preferably, acrylamide is
copolymerized with a anionic monomer. Anionic copolymers

CIBA 000485

- 7 -

useful in the practice of this invention comprise from about
0 to about 95 parts, by weight of non-ionic monomer and
about 5 to about 100 parts, by weight, of anionic monomer,
based on the total polymer weight.  Amphoteric polymers may
be produced from about 1-99 parts, by weight, same basis, of
anionic monomer and from about 99-1 parts, by weight, of
cationic monomer, optionally with from about 0-75 parts, by
weight, of a non-ionic monomer, the total weight of the
anionic monomer and cationic monomer being at least 5%.
Polymerization of the monomers is conducted in the presence
of a polyfunctional crosslinking agent to form the
crosslinked composition.  The polyfunctional crosslinking
agent comprises molecules having either at least two double
bonds, a double bond and a reactive group, or two reactive
groups.  Illustrative of those containing at least two
double bonds are N,N-methylenebisacrylamide,
N,N-methylenebismethacrylamide, polyethyleneglycol
diacrylate, polyethyleneglycol dimethacrylate, N-vinyl
acrylamide, divinylbenzene, triallylammonium salts,
N-methylallylacrylamide and the like.  Polyfunctional
branching agents containing at least one double bond and at
least one reactive group include, glycidyl acrylate,
acrolein, methylolacrylamide and the like.  Polyfunctional
branching agents containing at least two reactive groups
include aldehydes such as glyoxal, diepoxy compounds,
epichlorohydrin and the like.

Crosslinking agents are to be used in sufficient
quantities to assure a crosslinked composition.  Preferably
at least about 4 molar parts per million of crosslinking
agent, based on the monomeric units present, are employed to
induce sufficient crosslinking and preferred is a
crosslinking agent content of from about 4 to about 6000
molar parts per million, more preferably about 20-4000 and
most preferably about 50-2000 molar parts per million.

One method of obtaining the polymeric microparticles of
this invention is to polymerize the monomers in a
microemulsion.  Polymerization in microemulsions and inverse

CIBA 000486

- 8 -

microemulsions is known to those skilled in this art.  P.
Speiser reported in 1976 and 1977 a process for making
spherical "nanoparticles" with diameters less than 800A by
(1) solubilization of polymerizable molecules, e.g.
acrylamide and methylenebisacrylamide and other materials,
e.g. drugs, in micelles and (2) polymerizing the monomers in
the micelles.  J. Pharm. Sa., 65(12), 1763 (1976) and United
States Patent No. 4,021,364.  Both inverse water-in-oil and
oil-in-water "nanoparticles" were prepared by this process.
While not specifically called microemulsion polymerization
by the author, this process does contain all the features
which are currently used to define microemulsion
polymerization.  These reports also constitute the first
examples of polymerization or acrylamide in a microemulsion.
Since then, numerous publications reporting polymerization
of hydrophobic polymers in the oil phase of microemulsions
have appeared.  See, for example, Stoffer and Bone, J.
Dispersion Sci. and Tech., 1(1), 37, 1980 and Atik and
Thomas, J. Am. Chem. Soc'y, 103(14), 4279 (1981); and GB
2161492A.

The ionic and amphoteric microemulsion polymerization
process may be conducted by (i) preparing a monomer
microemulsion by adding an aqueous solution of the monomers
to a hydrocarbon liquid containing appropriate surfactant or
surfactant mixture to form an inverse monomer microemulsion
consisting of small aqueous droplets which, when
polymerized, result in polymer particles of less than 0.75
micron in size, dispersed in the continuous oil phase and
(ii) subjecting the monomer microemulsion to free radical
polymerization.

In order to obtain an inverse microemulsion, it is
generally necessary to use particular conditions whose main
parameters are as follows:  surfactant concentration, HLB of
surfactant or surfactant mixture, temperature, nature of the
organic phase and composition of the aqueous phase.

The aqueous phase comprises an aqueous mixture of the
monomers, anionic or a mixture of anionic and cationic and

CIBA 000487

– 9 –

optionally non-ionic, and the crosslinking agent, as defined
above. The aqueous monomer mixture may also comprise such
conventional additives as are desired. For example, the
mixture may contain chelating agents to remove
polymerization inhibitors, pH adjusters, initiators and
5 other conventional additives.

Essential to the formation of the microemulsion, which
may be defined as a swollen, transparent and
thermodynamically stable micelle solution without agitation,
comprising two liquids insoluble in each other and a
10 surfactant, in which the micelles are much smaller than in
an emulsion, is the selection of appropriate organic phase
and surfactant.

The selection of the organic phase has a substantial
effect on the minimum surfactant concentration necessary to
15 obtain the inverse microemulsion. This organic phase may
comprise of a hydrocarbon or hydrocarbon mixture. Saturated
hydrocarbons or mixtures thereof are the most suitable in
order to obtain inexpensive formulations (lower surfactant
content) of inverse microemulsions. Typically, the organic
20 phase will comprise benzene, toluene, fuel oil, kerosene,
odorless mineral spirits and mixtures of any of the
foregoing.

The ratio by weight of the amounts of aqueous and
hydrocarbon phases is chosen as high as possible, so as to
25 obtain, after polymerization, a microemulsion of high
polymer content. Practically, this ratio may range, for
example from about 0.5 to about 3:1, and usually is about
2:1.

The one or more surfactants are selected in order to
30 obtain an HLB (Hydrophilic Lipophilic Balance) value ranging
from about 8 to about 11. In addition to the appropriate
HLB value, the concentration of surfactant must also be
optimized, i.e. sufficient to form an inverse emulsion
having the correct particle size. Typical surfactants
35 useful in the practice of this invention, in addition to
those specifically discussed above, may be anionic, cationic

CIBA 000488

- 10 -

or non-ionic and are selected from polyoxyethylene (20)
sorbitan trioleate, sorbitan trioleate, sodium
di-2-ethylhexylsulfosuccinate, oleamidopropyldimethylamine;
sodium isostearyl-2-lactate and the like.

5      Polymerization of the emulsion may be carried out in
any manner known to those skilled in the art.  Initiation
may be effected with a variety of thermal and redox
free-radical initiators including azo compounds, such as
*azobisisobutyronitrile*
~~azobisisobutyronitrile~~; peroxides, such as t-butyl peroxide;
10     organic compounds, such as potassium persulfate and redox
couples, such as ferrous ammonium sulfate/ammonium
persulfate.  Polymerization may also be effected by
photochemical irradiation processes, irradiation, or by
ionizing radiation with a 60 Co source.  Preparation of an
aqueous product from the emulsion may be effected by
15     inversion by adding it to water which may contain a breaker
surfactant.  Optionally, the polymer may be recovered from
the emulsion by stripping or by adding the emulsion to a
solvent which precipitates the polymer, e.g. isopropanol,
filtering off the resultant solids, drying and redispersing
20     in water.

The product of this invention is useful in facilitating
a wide range of solid-liquid separation operations.  The
products of this invention may be used to dewater
biologically treated suspensions, such as sewage and other
25     municipal or industrial sludges; the drainage of cellulosic
suspension, such as those found in paper production, e.g.
paper waste; and the settling and dewatering of various
inorganic suspensions, e.g. refinery waste, coal waste, etc.

30      DESCRIPTION OF THE PREFERRED EMBODIMENTS
The following examples illustrate the present
invention.  They are not be construed as limitations on the
present invention except as set forth in the appended
claims.
35

CIBA 000489

- 11 -

## Examples 1 - 5
## Procedure for the Preparation of
## Anionic Microemulsion

The master batch of aqueous phase is made by mixing
acrylic acid (AA), as the sodium salt, 200 parts deionized
5  water, 56.5% sodium hydroxide, crystal acrylamide (AMD), 0.3
part 10% pentasodium diethylenetriaminepentaacetate, 39.0
parts additional deionized water, and 1.5 parts of 0.518%
copper sulfate pentahydrate together. To 110.2 parts of
this aqueous phase solution, 6.5 parts deionized water, 0.25
10  part 1% t-butyl hydroperoxide and N,N-methylene
bisacrylamide (MBA) are added. This aqueous phase is mixed
with an oil phase containing 77.8 parts of low odor paraffin
oil, 3.6 parts sorbitan sesquioleate and 21.4 parts
polyoxyethylene sorbitol hexaoleate.

15      This emulsion is deaerated with nitrogen for 20
minutes. The polymerization is then initiated with gaseous
SO$_2$. The polymerization is then allowed to exotherm to 40°C
and is controlled at 40°C (+ 5°C) with ice water. The ice
water is removed when cooling is no longer required. The
20  nitrogen is continued for one hours. The total
polymerization time is 2.5 hours.

If desired, the polymer may be recovered from the
emulsion by stripping or by adding the emulsion to a solvent
which precipitates the polymer, e.g. isopropanol, filtering
25  off the resultant solids, drying and redispersing in water.

At the time of use e.g. as a paper-making additive, the
recovered polymer may be dispersed in water. The emulsion,
microbeads may also be directly dispersed in water.
Depending on the surfactant and levels used in the emulsion
30  dispersion may require using high a hydrophilic lipophilic
balance (HLB) inverting surfactant such as an ethoxylated
alcohol; polyoxyethyllated sorbitol hexaoleate;
diethanolamine oleate; ethoxylated laurel sulfate etc. as in
known in the art.

35      The procedure for preparing amphoteric emulsions e.g.
15AA/60AMD/25 dimethylaminoethylacrylate (DMEA) /349 ppm

CIBA 000490

- 12 -

MBA, is repeated for the preparation of the anionic
emulsions with the exception that the concentration of the
individual monomers employed are adjusted accordingly.

Various monomers are polymerized in accordance with the
above procedure.  The results are set forth in Table I,
below.

5

10

15

20

25

30

35

CIBA 000491

- 13 -

Table I

Preparation of Anionic Microbeads

| Example | Copolymer Compositions (Mole %) | | | MBA PPM | PS NM | SV mPa.S |
|---------|-----|-----|-------|---------|-------|----------|
| | AMD | AA | NaAPS | | | |
| 1 | 70 | 30 | --- | 349 | 130 | 1.19 |
| 2 | 40 | 60 | -- | 1381 | 120 | 1.10 |
| 3 | 0 | 100 | -- | 1985 | 80 | 1.35 |
| 4 | 70 | -- | 30 | 995 | -- | 1.37 |
| 5 | 70 | -- | 30 | 10,086 | -- | 1.15 |
| 6 | 70 | 30 | -- | 1000 | 464 | --- |
| 7 | 70 | 30 | --- | 1000 | 149 | 1.02 |
| 8 | 70 | 30 | -- | 1000 | 106 | 1.06 |

NaAPS = Sodium 2-Acrylamido-2-
methylpropane Sulfonic Acid

PS = Number Average Particle Size in Nanometers

SV = Solution Viscosity (0.1% polymer in M NaCl, 25$^{o}$C
using a Brookfield UL adapter at 60 rpm

CIBA 000492

- 14 -

### Example 9

In paper making processes it is found that the addition of anionic microbeads, preferably with a high molecular weight cationic polymer to a conventional paper making stock increases the drainage rate of water from the paper. The following examples illustrate this utility but are not to be construed to limit the invention in any manner whatsoever.

A 70/30 hardwood/softwood bleached kraft pulp is used containing 25% $CaCO_3$ for alkaline papermaking at a pH of 8.0 Drainage is a measure of the time required for a certain volume of water to drain through the paper and is here measured as al0X drainage. (K. Britt, TAPPI 63(4) p67 (1980). Hand sheet are prepared on a Noble and Wood sheet machine. In the test examples, the linear cationic copolymer is a 10 mole % of acryloxyethyltrimethylammonium chloride (AETMAC) and 90 mole % of acrylamide (AMD) of 5,000,000 to 10,000,000 mol. wt. with a charge density of 1.2 meg./g. and SV-4.0 cps. The anionic microbeads in Table II are added separately to the thin paper stock. The cationic polymer is added to the test furnish in a "Vaned Britt Jar" and subjected to 800 rpm stirring for 30 seconds. The anionic microbead is then added and subjected to 800 rpm stirring for 30 seconds and then drainage times are measured. The results of testing are set forth in Table II, below.

CIBA 000493

- 15 -

Table II

Drainage Aid Test Data

| Example | Cationic Polymer | Dosage (lb/ton) | Anionic Polymer Microbead of Example No. | Dosage (lb/ton) | Drainage Time (Sec) |
|---------|------------------|-----------------|-------------------------------------------|-----------------|---------------------|
| 6 | -0- | | -- | | 161.1 |
| 7 | 10 AETMAC/ 90 AMD | 2 | | | 116.9 |
| 8 | do | 2 | -1- | (0.5) | 75.8 |
| 9 | do | 2 | -1- | (1.0) | 72.1 |
| 10 | do | 2 | -1- | (2.0) | 84.3 |
| 11 | do | 2 | -2- | (0.5) | 66.3 |
| 12 | do | 2 | -2- | (1.0) | 72.4 |
| 13 | do | 2 | -2- | (2.0) | 74.7 |
| 14 | do | 2 | -3- | (0.5) | 78.8 |
| 15 | do | 2 | -3- | (1.0) | 74.1 |
| 16 | do | 2 | -3- | (2.0) | 80.2 |
| 17 | do | 2 | -4- | (0.5) | 95.0 |
| 18 | do | 2 | -4- | (1.0) | 86.6 |
| 19 | do | 2 | -4- | (2.0) | 95.5 |
| 20 | do | 2 | -5- | (0.5) | 119.7 |
| 21 | do | 2 | -5- | (1.0) | 121.8 |
| 22 | do | 2 | -5- | (2.0) | 111.4 |

CIBA 000494

- 16 -

The drainage time for the untreated alkaline paper stock is 161.1 seconds. Addition of the linear, cationic polymer, 10 AETMAC/90 AMD, at a level of 2 lbs/ton decreases the drainage time to 116.9. Further decreases in drainage time are obtained by the joint addition of the anionic
5   microbeads of this invention of doses of 0.5, 1.0 and 2.0 lbs/ton with the 2 lbs/ton of the cationic polymer. The microbead 70 AMD/30 Na AMPS/10,086 ppm MBA has little effect on drainage due to the excessively high degree of cross-linking and is outside the scope of this invention.
10   The higher degree anionicity of 2 microbeads (40 AMD/60 AA/1381 ppm MBA-120nm and 100AA/1985 ppm MBA-80 nm) improves drainage time over those of the lower degree of anionicity microbeads 70 AMD/30 NaAPS/995 ppm MBA. The 1.0 lb/ton dosage of anionic microbead gives better drainage times than
15   either the 0.5 or 2.0 lbs/ton dosage. The only exception is with the microbead 40AMD/60 AA/1,381 ppm MBA where the 0.5 lb/ton dosage is the most desirable.

### Examples 23 - 27
20   Anionic microbeads of 5 and 10 mole percent of anionic charge and amphoteric microbeads with a 5 mole % higher anionic charge than cationic charge are made by the procedure of Example 1 and are shown in Table III. The microbeads have a particle size under 0.5 micron in Examples
25   23-27.

30

35

CIBA 000495

- 17 -

### Table III

#### Preparation of Anionic and
#### Amphoteric Microbeads

| Example | Copolymer Compositions (Mole %) | | | | MBA ppm | PS NM | SV mPa.S |
|---|---|---|---|---|---|---|---|
| | AMD | NaAc | NaAPS | DMEA | | | |
| 23 | 90 | 10 | -- | -- | 496 | -- | 1.34 |
| 24 | 95 | 5 | -- | -- | 97 | -- | 1.89 |
| 25 | 85 | -- | 10 | 5 | 1026 | -- | 1.40 |
| 26 | 55 | -- | 25 | 20 | 5101 | -- | 1.59 |
| 27 | 60 | -- | -- | 40 | 100 | 100 | -- |

DMEA = Acryloxylethyltrimethyl-
ammonium Chloride

See Table I for other legends

CIBA 000496

- 18 -

### Example 28

The anionic and amphoteric microbeads of Table III are used in the paper making process described in Example 2. The results are substantially the same.

5

### Examples 29-33

The procedure of Example 1 is again followed except that different monomers are employed in the preparation of the microbead. The results are set forth in Table IV, below.

10

### Table IV

| Example | Non-Ionic Monomer (%) | Anionic Monomer (%) | MBA PPM |
|---------|-----------------------|---------------------|---------|
| 29 | AM-50 | MMA-50 | 117 |
| 30 | AM-65 | VSA-35 | 226 |
| 31 | AM-75 | DADM-25 | 198 |
| 32 | -- | NaAPS-100 | 316 |
| 33 | MAM-90 | AA-10 | 441 |

20

MAM = methacrylamide
MMA = methacrylic acid
VSA = vinylsulfonic acid
DADM = diallydimethylammonium chloride

The above mentioned patents and publications are incorporated herein by reference.

Many variations of the present invention will suggest themselves to those skilled in this art in light of the above detailed description. Chain-transfer agents may be optionally added to the monomer solution. Also contemplated are all methods of polymerization and dewatering processes.

All such obvious modifications are within the full intended scope of the appended claims.

35

CIBA 000497

- 19 -

31,320

WE CLAIM:

1.  A composition comprising cross-linked anionic or amphoteric, organic polymeric microparticles, said microparticles having an unswollen number average particle size diameter of less than about 0.75 micron, a solution viscosity of at least about 1.1 mPa.s and a crosslinking agent content of above about 4 molar parts per million, based on the monomeric units present in the polymer, and an ionicity of at least about 5.0%.

2.  A composition as defined in Claim 1 wherein said crosslinking agent content ranges from about 4 to about 6,000 molar parts per million.

3.  A composition as defined in Claim 2 wherein said crosslinking agent content is from about 20 to about 4,000 molar parts per million.

4.  A composition as defined in Claim 2 wherein said crosslinking agent content is from about 50 to about 2,000 molar parts per million.

5.  A composition as defined in Claim 1 wherein said crosslinking agent is a difunctional monomer selected from N,N'-methylenebisacrylamide, N,N'-methylenebismethacrylamide, polyethyleneglycol dimethacrylate, polyethyeneglycol diacrylate, N-vinyl acrylamide, glycidyl acrylate, divinylbenzene, acrolein, aldehydes, glyoxal, diepoxy compounds, epichlorohydrin and mixtures of the foregoing.

6.  A composition as defined in Claim 5 wherein said crosslinking agent comprises N,N'-methylenebisacrylamide.

CIBA 000498

- 20 -

7. A composition as defined in Claim 1 wherein said said unswollen diameter is less than 0.5 micron.

8. A composition as defined in Claim 1 wherein the organic polymer microparticle is composed of at least one ethylenically unsaturated non-ionic monomer.

9. A composition as defined in Claim 1 wherein the organic polymer microparticle is composed of at least one anionic monomer selected from acrylic acid, methylacrylic acid, ethylacrylic acid, 2-acrylamido-2-methylpropane-sulfonic acid or mixtures or salts thereof.

10. A composition as defined in Claim 9 wherein said anionic monomer comprises sodium acrylate, sodium methylacrylate, sodium ethylacrylate or sodium 2-acrylamido-2-methylpropanesulfonate.

11. A composition as defined in Claim 1 wherein the organic polymer microparticle is amphoteric and is composed of from 1% to 99% of an anionic monomer selected from acrylic acid, methacrylic acid, ethacrylic acid, 2-acrylamido-2-methylpropane sulfonic acid or salts thereof and from 99% to 1% of a cationic monomer selected from acryloxyethyltrimethylammonium chloride, 3-methacrylamidopropyltrimethylammonium chloride, diallyldimethylammonium chloride and mixtures thereof.

12. A composition as defined in Claim 8 wherein said non-ionic ethylenically unsaturated monomer is selected from acrylamide; methacrylamide;N,N-dialkylacrylamides; N-alkylacrylamides; N-vinylmethacetamide; N-vinyl methylformamide; vinyl acetate; N-vinyl pyrrolidone and mixtures thereof.

13. A composition as defined in Claim 1 wherein said organic polymer microbead is composed of sodium acrylate and acrylamide.

CIBA 000499

14.  A process for the preparation of a composition as defined in Claim 1, said process comprising:

    (a)  admixing

        (i)  an aqueous solution comprising at least one ethylenically unsaturated anionic monomer alone or in admixture with a cationic monomer, and at least one crosslinking agent and, optionally, at least one ethylenically unsaturated non-ionic monomer;

        (ii)  an oily phase comprising at least one hydrocarbon liquid;

        (iii)  an effective amount of surfactant or surfactant mixture, so as to form an inverse emulsion; and

    (b)  subjecting the inverse emulsion obtained in step (a) to polymerization conditions.

15.  A process as defined in Claim 14 wherein said monomer solution of step (a)(i) comprises sodium acrylate as said anionic monomer, N,N-methylenebisacrylamide as said crosslinking agent and acrylamide as said non-ionic monomer.

16.  A process as defined in Claim 14 wherein said oily phase of step (a)(ii) comprises a saturated hydrocarbon.

17.  A process as defined in Claim 14 wherein said surfactant or surfactant mixture of step (a)(iii) comprises polyoxythylene sorbitol hexaoleate or a mixture thereof with sorbitan sesquioleate.

18.  A process as defined in Claim 14 wherein said polymerization conditions of step (b) comprise adding a polymerization initiator.

CIBA 000500

- 22 -

19.  A process as defined in Claim 18 wherein said polymerization initiator comprises sodium metabisulfite or tertiary-butyl hydroperoxide.

20.  A process as defined in Claim 14 wherein said polymerization conditions of step (b) comprise subjecting said inverse emulsion to ultraviolet irradiation.

21.  A process as defined in Claim 14 wherein said aqueous solution of step (a)(i) additionally contains an effective amount of a chain-transfer agent selected from an alcohol, mercaptan, phosphite, sulfite, or a mixture thereof.

22.  A process as defined in Claim 14 which also includes step (c), comprising recovering the composition from the emulsion.

CIBA 000501

[REV.4Apr89/MB1-1]                    Docket No. 31,320 _____

                                                      PATENT

            COMBINED DECLARATION AND POWER OF ATTORNEY
      (Original,Design,Supplemental,Divisional,Continuation,CIP)

As the below named inventor, I hereby declare that:
                    TYPE OF DECLARATION
This declaration is of the following type:
      [ X ] original
      [   ] design
      [   ] supplemental
      [   ] divisional
      [   ] continuation
      [   ] continuation-in-part (CIP)
                 INVENTORSHIP IDENTIFICATION
My residence, post office address and citizenship are as stated
below next to my name, I believe I am the original, first and
sole inventor (if only one name is listed below) or an original,
first and joint inventor (if plural named are listed below) of
the subject matter which is claimed for, for which a patent is
sought on the invention entitled:
                    TITLE OF INVENTION
Cross-Linked Anionic and Amphoteric Polymeric Microparticles ____
_____
_____

                 SPECIFICATION IDENTIFICATION
the specification of which: (complete (a), (b), or (c))
      (a) [ X ]  is attached hereto.
      (b) [   ]  was filed on _____ as
            [   ]  Serial Number  /
            [   ]  Express Mail No., as Serial Number not
                  yet known
      (c) [   ]  was described and claimed in PCT International
                  Application No. _____ filed on
                  _____ and as amended under PCT
                  Article 19 on _____ (if any).

CIBA 000502

[REV.4Apr89/MB1-1]             -2-

### ACKNOWLEDGEMENT OF REVIEW OF PAPERS AND DUTY OF CANDOR

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37 CFR 1.97.

### PRIORITY CLAIM

I hereby claim foreign priority benefits under Title 35, United States Code, Section 119 of any foreign application(s) for patent or inventor's certificate or of any PCT International application(s) designating at least one country other than the United States of America listed below and have also identified below any foreign application(s) for patent or inventor's certificate of any PCT International application(s) designating at least one country other than the United States of America filed by me on the same subject matter having a filing date before that of the application(s) of which priority is claimed.

(d) [ X ] no such applications have been filed.

(e) [   ] such applications have been filed as follows.
Note: Where item (c) is entered above and the International Application which designated the U.S. claimed priority check item (e), enter the details below and make the priority claim.

Earliest Foreign Application(s), if any, filed within 12 months
(6 months for Design) prior to this U.S. Application

| COUNTRY | APPLICATION NUMBER | DATE OF FILING (DAY,MONTH,YEAR) | PRIORITY CLAIMED 35 USC 119 |
|---------|--------------------|----------------------------------|------------------------------|
|         |                    |                                  |                              |
|         |                    |                                  |                              |
|         |                    |                                  |                              |
|         |                    |                                  |                              |

CIBA 000503

[REV.4Apr89/MB1-1]          -3-

All Foreign Application(s), if any, Filed More Than 12 Months
(6 Months for Design) Prior to This U.S. Application

_____

_____
_____
_____

### POWER OF ATTORNEY

As a named inventor, I hereby appoint the following
attorney(s) and/or agent(s) to prosecute this application and
transact all business in the Patent and Trademark Office
connected therewith.

Frank M. Van Riet                    19933
        (Name)                              (Reg. No.)

Gordon L. Hart                       20191
        (Name)                              (Reg. No.)

Roger S. Benjamin                    27025
        (Name)                              (Reg. No.)

Michael J. Kelly                     27910
        (Name)                              (Reg. No.)

Steven H. Flynn                      29639

[   ]   Attached as part of this declaration and power of
        attorney is the authorization of the above-named
        attorney(s) to accept and follow instructions from my
        representative(s).

----------------------------------------------------

SEND CORRESPONDENCE AND TELEPHONE CALLS TO:

Frank M. Van Riet
C/O American Cyanamid Company
1937 West Main Street
Stamford, CT  06904-0060
Telephone No. (203) 321-2614

----------------------------------------------------

CIBA 000504

[REV.4Apr89/MB1-1]            -4-

## DECLARATION

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

## SIGNATURE(S)

Full name of SOLE OR FIRST INVENTOR Roderick Glynn Ryles

Inventor's signature _Roderick Glynn Ryles_
Date _7th June 1990_
Country of Citizenship British
Residence 96 Wendy Road, Milford, CT _C.T._
Post Office Address Same

Full name of SECOND JOINT INVENTOR, if any Dan S. Honig

Inventor's signature _Dan S. Honig_
Date _June 7, 1990_
Country of Citizenship United States
Residence 12 Conrad Road, New Canaan, CT  06840 _CT_
Post Office Address Same

Full name of THIRD JOINT INVENTOR, if any Elieth W. Harris

Inventor's signature _Elieth W. Harris_
Date _June 7, 1990_
Country of Citizenship Antigua
Residence 484 Colorado Avenue, Bridgeport, CT  06605 _CT_
Post Office Address Same

→ over

CIBA 000505

[REV.4Apr89/MB1-1]             --5--

THE FOLLOWING 'ADDED PAGES' FORM A PART OF THIS DECLARATION

[ X ] Signature for fourth and subsequent joint inventors on
      ADDED PAGES.
[   ] ADDED PAGES TO COMBINED DECLARATION, POWER OF ATTORNEY
      for divisional, continuation, or continuation-in-part (CIP)
      application.
      [   ] Number of ADDED PAGES: _____
      [   ] Declaration ends with this page.

CIBA 000506

[REV.4Apr89/MB1-1]          -6-

ADDED PAGE TO COMBINED DECLARATION AND POWER OF ATTORNEY FOR
_____SIGNATURE BY FOURTH AND SUBSEQUENT INVENTORS_____

Full name of FOURTH JOINT INVENTOR, if any Roger E. Neff _____

Inventor's signature _Roger E. Neff_____
Date ___6/7/90_____
Country of Citizenship United States _____
Residence 66 Woodridge Drive, Stamford, CT  CT _____
Post Office Address _____


Full name of FIFTH JOINT INVENTOR, if any _____

Inventor's signature _____
Date _____
Country of Citizenship _____
Residence _____
Post Office Address _____


Full name of SIXTH JOINT INVENTOR, if any _____

Inventor's signature _____
Date _____
Country of Citizenship _____
Residence _____
Post Office Address _____


Full name of SEVENTH JOINT INVENTOR, if any _____

Inventor's signature _____
Date _____
Country of Citizenship _____
Residence _____
Post Office Address _____


CIBA 000507