# EXHIBIT 5
# Part 1

ABANDONED

| SERIAL NUMBER (Series of 1947) | 07 536382 | PATENT DATE | | PATENT NUMBER | |
|---|---|---|---|---|---|

| 07/536,382 | 06/11/90 | 162 | 168,100 | 133 | Chen |

**APPLICANTS**

DAN S. HONIG, NEW CANAAN, CT; ELIETH HARRIS, BRIDGEPORT, CT.

**CONTINUING DATA********************
VERIFIED

----------

**FOREIGN/PCT APPLICATIONS************
VERIFIED

----------

| Foreign priority claimed ☐yes ☐no 35 USC 119 conditions met ☐yes ☐no | AS FILED ➡ | STATE OR COUNTRY | SHEETS DRWG. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

CHARGED ORGANIC POLYMER MICROBEADS IN PAPER-MAKING PROCESS

U.S. DEPT. of COMM.-Pat. & TM Office — PTO-436L (rev. 10-78)

PARTS OF APPLICATION FILED SEPARATELY

| NOTICE OF ALLOWANCE MAILED | PREPARED FOR ISSUE | | | | |
|---|---|---|---|---|---|
| | Assistant Examiner | Docket Clerk | Total Claims | | Print Claim |
| Amount Due | Date Paid | | Primary Examiner | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| Label Area | Class | Subclass | ISSUE BATCH NUMBER | | |

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A

CIBA 000596

0 536382

ABA

APPROVED FOR LICENSE  ☐

INITIALS JRB1 89 085

| Entered or Counted | CONTENTS | Received or Mailed |
|---|---|---|
| | 1. Application ____ papers ____ | 10-22-96/19 |
| | 2. *Express abandonment* | 11/5/96 11/9 |
| | 3. *abandon, ltr* | 4-25-82 |
| | 4. *Request for access* | 8-21-8 |
| | 5. *Request for access* | 10-9-94 |
| | 6. *Request for access* | 1/21/99 |
| | 7. *Request for access* | 2-18-2000 |
| | 8. *Request for access* | 10/30/02 |
| | 9. *Request for access* | |
| | 10. | |
| | 11. | |
| | 12. | |
| | 13. | |
| | 14. | |
| | 15. | |
| | 16. | |
| | 17. | |
| | 18. | |
| | 19. | |
| | 20. | |
| | 21. | |
| | 22. | |
| | 23. | |
| | 24. | |
| | 25. | |
| | 26. | |
| | 27. | |
| | 28. | |
| | 29. | |
| | 30. | |
| | 31. | |
| | 32. | |

CIBA 000597



| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| SEARCH NOTES | | |
|---|---|---|
| | Date | Exmr. |
| | | |
| | | |
| | | |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| | | | |
| | | | |
| | | | |

CIBA 000598

Staple Issue Slip Here

| POSITION | INITIALS | DATE |
|---|---|---|
| CLASSIFIER | | 6/18/76 |
| EXAMINER | | |
| VERIFIER | | |
| TYPIST | XB | 6/18/76 |
| CORPS CORR. | | |
| SPEC. HAND. | | |
| FILE MAINT. | | |

## INDEX OF CLAIMS

| Claim | Date |
|---|---|
| Final / Original | |
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |
| 29 | |
| 30 | |
| 31 | |
| 32 | |
| 33 | |
| 34 | |
| 35 | |
| 36 | |
| 37 | |
| 38 | |
| 39 | |
| 40 | |
| 41 | |
| 42 | |
| 43 | |
| 44 | |
| 45 | |
| 46 | |
| 47 | |
| 48 | |
| 49 | |
| 50 | |

| Claim | Date |
|---|---|
| Final / Original | |
| 51 | |
| 52 | |
| 53 | |
| 54 | |
| 55 | |
| 56 | |
| 57 | |
| 58 | |
| 59 | |
| 60 | |
| 61 | |
| 62 | |
| 63 | |
| 64 | |
| 65 | |
| 66 | |
| 67 | |
| 68 | |
| 69 | |
| 70 | |
| 71 | |
| 72 | |
| 73 | |
| 74 | |
| 75 | |
| 76 | |
| 77 | |
| 78 | |
| 79 | |
| 80 | |
| 81 | |
| 82 | |
| 83 | |
| 84 | |
| 85 | |
| 86 | |
| 87 | |
| 88 | |
| 89 | |
| 90 | |
| 91 | |
| 92 | |
| 93 | |
| 94 | |
| 95 | |
| 96 | |
| 97 | |
| 98 | |
| 99 | |
| 100 | |

SYMBOLS
. . . . . . Rejected
. . . . . Allowed
− (Through numeral) Canceled
+ . . . . . Restricted
N . . . . . Non-elected
I . . . . . Interference
A . . . . . Appeal
O . . . . . Objected

CIBA 000599

07 536382

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

7-12-90
ac.

PG11034  06/15/90  075363B2     01-1300  110. 101     634.00CH  31043

CIBA 000600



,043

## TITLE OF THE INVENTION

### CHARGED ORGANIC POLYMER MICROBEADS
### IN PAPER MAKING PROCESS

## ABSTRACT OF THE INVENTION

In a papermaking process, improved drainage
and retention are obtained when ionic, organic
microbeads of less than about 1,000 nm in diameter if
crosslinked or less about than 60 nm in diameter if
noncrosslinked are added either alone or in combination
with a high molecular weight organic polymer, and/or
polysaccharide. Further addition of alum enhances
drainage formation and retention properties in
papermaking stock with and without the present of other
additives used in papermaking processes.

CIBA 000601

ꓶ 536382

-1-

## BACKGROUND OF THE INVENTION

In the past decade, the concept of using colloidal silica and bentonite to improve drainage, formation and retention has been introduced to papermaking. Fast drainage and greater retention of fines contribute to lower cost in papermaking and improvements are always being sought. U.S. Patent Nos. 4,388,150 and 4,385,961 disclose the use of a two-component binder system comprising a cationic starch and an anionic, colloidal, silicic acid sol as a retention aid when combined with cellulose fibers in a stock from which is made. Finnish Published Specification Nos. 67,735 and 67,736 refer to cationic polymer retention agent compounds including cationic starch and polyacrylamide as useful in combination with an anionic silica to improve sizing. U.S. Patent No. 4,798,653 discloses the use of cationic colloidal silica sol with an anionic copolymer of acrylic acid and acrylamide to render the paper stock resistant to destruction of its retention and dewatering properties by shear forces in the paper-making process. A coacervate binder, three component system composed of a cationic starch, an anionic high molecular weight polymer and dispersed silica having a particle diameter range from 1 to 50 nm is revealed in U.S. Patent Nos. 4,643,801 and 4,750,974.

The above Finish publications also disclose the use of bentonite with cationic starch and polyacrylamides. U.S. Patent No. 4,305,781 discloses a bentonite-type clay in combination with high molecular weight, substantially non-ionic polymers such as polyethylene oxides and polyacrylamide as a retention aid. Later, in U.S. Patent No. 4,753,710, bentonite and a substantially linear, cationic polymer such as cationic acrylic polymers, polyethylene imine, polyamine epichlorohydrin, and diallyl dimethyl ammonium chloride

CIBA 000602

-2-

are claimed to give an improved combination of retention, drainage, drying and formation.

It is noted that the silica sol and bentonite are inorganic microparticle materials.

Latices of organic microparticles have been used in high concentrations of 30-70 lbs/ton to give "high-strength" paper products such as gasket materials, roofing felt, paperboard and floor felt and in paper with 30-70% mineral fillers (U.S. Patent No. 4,445,970). It is stated that latices have not been used in fine papermaking because such latices are sticky and difficult to use on a Fourdrinier machine. The latices of the above and following four patent references were made according to U.S. Patent No. 4,056,501. They are all emulsions of polymers made from styrene, butadiene and vinylbenzyl chloride which polymers are reacted with trimethylamine or dimethyl sulfide to produce an "onium" cation which is called a pH independent structured latex of 50 to 1000 nm in diameter. These structured cationic latices are used at high levels of concentration i.e. 30-200 lbs/ton either alone (U.S. Patent No. 4,178,205) or with an anionic, high molecular weight polymer, (U.S. Patent No. 4,187,142) or with an anionic polymer (U.S. Patent No. 4,189,345) or as both cationic and anionic latices (U.S. Patent No. 4,225,383). These latices are not cross-linked and are preferably from 60-300 nm in size. It has been found, in accordance with the present invention, that noncrosslinked organic microbeads of this size and larger are not effective. Furthermore, the process of the present invention uses organic microbeads at a level of 0.05 to 20 lbs/ton, preferably 0.10 to 7.5 lbs/ton whereas the microbeads of the proceeding five U.S. Patent are used at 30-200 lbs/ton to give strength to paper products such as gaskets with a very high 30-70% mineral content. This prior art does not contemplate the use of charged organic micro-beads

CIBA 000603

-3-

as a drainage and retention aid at the very low levels
as required by the present invention.

The use of an organic crosslinked microbead,
in papermaking is taught in Japanese Patent Tokkai
JP235596/63:1988 and Kami Pulp Gijitsu Times, pgs 1-5,
March 1989 as a dual system of a cationic or anionic
organic microbead of 1-100 microns and an anionic,
cationic or nonionic acrylamide polymer. The
waterswelling type, cationic, polymer particle is a
crosslinked homopolymer of 2-methacryloyloxyethyl
trimethylammonium chloride or a crosslinked copolymer of
2-methacryloyloxy-ethyl trimethylammonium chloride/-
acrylamide (60/40 weight percent). The acrylamide
polymer is an acrylamide homopolymer or acrylamide
hydroylsate of 17 mole percent anion-conversion or a
copolymer of acrylamide/2-methacryloyloxyethyl
trimethylammoniumchloride (75/25 weight percent). The
anionic microbead is an acrylamide-acrylic acid
copolymer.

EPO 0273605 teaches the addition of microbeads
having a diameter ranging from about 49-87 nm and
produced from terpolymers of vinyl acetate (84.6), ethyl
acrylate (65.4) and acrylic acid (4.5) or
methacrylonitrile (85), butyl acrylate (65) and acrylic
acid (3). These polymeric beads are disclosed as added
to an LBKP pulp slurry in order to evaluate the
resultant paper for sizing degree, paper force
enhancement and disintegratability. These polymer beads
fall outside the scope of those used in the present
invention in that the ionic content thereof is too small
to impart any appreciable improvement in retention and
drainage in the papermaking process.

The present invention encompasses crosslinked,
ionic, organic, polymeric microbeads of less than about
750 nm in diameter or microbeads of less than about 60
nm in diameter if noncrosslinked and water-insoluble, as
a retention and drainage aid, their use in papermaking

CIBA 000604

-4-

processes, and compositions thereof with high molecular weight polymers and/or polysaccharides.

EP 0,202,780 describes the preparation of crosslinked, cationic, polyacrylamide beads by conventional inverse emulsion polymerization techniques. Crosslinking is accomplished by the incorporation of difunctional monomer, such as methylenebisacrylamide, into the polymer chain. This crosslinking technology is well known in the art. The patent teaches that the crosslinked beads are useful as flocculants but are more highly efficient after having been subjected to unusual levels of shearing action in order to render them water-soluble.

Typically, the particle size of polymers prepared by conventional, inverse, water-in-oil, emulsion, polymerization processes are limited to the range of 1-5 microns, since no particular advantage in reducing the particle size has hitherto been apparent. The particle size which is achievable in inverse emulsions is determined by the concentration and activity of the surfactant(s) employed and these are customarily chosen on the basis of emulsion stability and economic factors.

The present invention is directed to the use, in papermaking, of cationic and anionic, crosslinked, polymeric, microbeads. Microgels are made by standard techniques and microlatices are purchased commercially. The polymer microbeads are also prepared by the optimal use of a variety of high activity surfactant or surfactant mixtures to achieve submicron size. The type and concentration of surfactant should be chosen to yield a particle size of less than about 750 nm in diameter and more preferably less than about 300 nm in diameter.

SUMMARY OF THE INVENTION

According to the present invention, there is provided a method of making paper from a aqueous

CIBA 000605

-5-

suspension of cellulosic papermaking fibers, whereby improved drainage, retention and formation properties are achieved. The method comprises adding to the suspension, from about 0.05 to 20 lbs/ton of an ionic, organic polymer microbead of less than about 750 nanometers in diameter if crosslinked or a polymeric microbead of less than about 60 nm in diameter if noncrosslinked and insoluble. Additionally, from about or 0.05 to about 20 lbs/ton, preferably about 0.1 - 5.0 lbs/ton, of a high molecular weight, hydrophilic ionic organic polymer, and/or from about 1.0 to about 50.0, preferably about 5.0-30.0, lbs/ton of an ionic polysaccharide, such as starch, preferably of a charge opposite that of the microbead, may be used. The synthetic organic polymer and polysaccharide may also be of opposite charge to each other. The addition of the microbead compositions results in significant increase in fiber retention and improvement in drainage and formation, said lbs/ton being based on the dry weight of the paper furnish solids. The organic polymer microbeads may be either cationic or anionic.

Alum or any other active aluminum compound such as polyhydroxyaluminum chloride and/or sulfate and mixtures thereof have been found to enhance drainage rates and retention if they are incorporated into the furnish when used with the microbead compositions 0.1 to 20 lbs/ton, as alumina, based on the dry weight of paper furnish solids, are exemplary.

The microbeads may be made as microemulsions by a process employing an aqueous solution comprising a cationic or anionic monomer and crosslinking agent; an oil comprising a saturated hydrocarbon; and an effective amount of a surfactant sufficient to produce particles of less than about 0.75 micron in unswollen number average particle size diameter. Microbeads are also

CIBA 000606

-6-

made as microgels by procedures described by Ying Huang et. al., Makromol. Chem. 186, 273-281 (1985) or may be obtained commercially as microlatices. The term "microbead", as used herein, is meant to include all of these configurations, i.e. beads per se, microgels and microlatices.

Polymerization of the emulsion may be carried out by adding a polymerization initiator, or by subjecting the emulsion to ultraviolet irradiation. An effective amount of a chain transfer agent may be added to the aqueous solution of the emulsion, so as to control the polymerization. It was surprisingly found that the crosslinked, organic, polymeric microbeads have a high efficiency as retention and drainage aids when their particle size is less than about 750 nm in diameter and preferably less than about 300 nm in diameter and that the noncrosslinked, organic, water-insoluble polymer microbeads have a high efficiency when their size is less than about 60 nm. The efficiency of the crosslinked microbeads at a larger size than the noncrosslinked microbeads may be attributed to the small strands or tails that protrude from the main crosslinked polymer.

## DETAILED DESCRIPTION OF
## THE INVENTION INCLUDING PREFERRED EMBODIMENTS

Using the ionic, organic, crosslinked, polymeric microbeads of a diameter less than about 750 nm or the noncrosslinked, water-insoluble beads of less than about 60 nm in diameter according to this invention, improved drainage, formation and greater fines and filler retention values are obtained in papermaking processes. These additives may be added, alone or in conjunction with other materials, as discussed below, to a conventional paper making stock such as traditional chemical pulps, for instance, bleached and unbleached sulphate or sulphite pulp, mechanical pulp such as

CIBA 000607

-7-

groundwood, thermomechanical or chemi-thermomechanical pulp or recycled pulp such as deinked waste and any mixtures thereof. The stock, and the final paper, can be substantially unfilled or filled, with amounts of up to about 50%, based on the dry weight of the stock, or up to about 40%, based on dry weight of paper of filler, being exemplary. When filler is used any conventional filler such as calcium carbonate, clay, titanium dioxide or talc or a combination may be present. The filler, if present, may be incorporated into the stock before or after addition of the microbeads. Other standard paper-making additives such as rosin sizings, synthetic sizings such as alkyl succinic anhydride and alkyl ketene, alum, strength additives, promoters, polymeric coagulants such as low molecular weight polymers, dye fixatives, etc. and other materials that are desirable in the papermaking process, may also be added.

The order of addition, specific addition points, and furnish modification itself are not critical and normally will be based on practicality and performace for each specific application, as is common papermaking practise.

When using cationic, high molecular weight polymer(s), or polysaccharides, and anionic microbeads, the preferred sequence of addition is cationic, high molecular weight polymer and then anionic bead. However, in some cases the reverse may be used. When a cationic polysaccharide such as starch and a cationic polymer are both used, they can be added separately or together, and in any order. Furthermore, their individual addition may be at more than one point. The anionic microbeads may be added before any cationic components or after them with the latter being the preferred method. Split addition may also be practised. Preferred practise is to add cationic polysaccharide before high molecular weight cationic polymer. The furnish may already have cationic starch, alum, cationic

CIBA 000608

-8-

(or anionic or both cationic and anionic) polymers of molecular weight equal or less than 100,000, sodium aluminate, and basic aluminum salts (e.g., polyaluminum chloride and/or sulfate) and their levels may be varied to improve the response of the furnish, as discussed above. Addition points are those typically used with dual retention & drainage systems (pre-fan pump or pre-screen for one component and pre- or post-screens for another). However, adding the last component before the fan pump may be warranted in some cases. Other addition points that are practical can be used if better performance or convenience is obtained. Thick stock addition of one component is also possible, although thin stock addition is preferred. However, thick stock and/or split thick and thin stock addition of cationic starch is routinely practised and these addition modes are applicable with the use of the microbead as well. Addition points will be determined by practicality and by the possible need to put more or less shear on the treated system to ensure good formation.

When using high molecular weight, anionic polymer(s) and cationic microbeads, the preferred sequence is anionic polymer and then cationic beads, although in some cases the reverse may be used. When anionic polymer and anionic polysaccharide are both used, they can be added separately or together, and in any order.

The microbeads may also be used in combination with high molecular weight ionic polymers of similar or opposite charge.

The microbeads are crosslinked, cationic or anionic, polymeric, organic microparticles having an unswollen number average particle size diameter of less than about 750 nanometers and a crosslinking agent content of above about 4 molar parts per million based on the monomeric units present in the polymer and are generally formed by the polymerization of at least one

CIBA 000609

-9-

ethylenically unsaturated cationic or anionic monomer and, optionally, at least one non-ionic comonomer in the presence of said crosslinking agent. They preferably have an SV of about 1.1-2.0 mPa.s.

Cationic microbeads used herein include those made by polymerizing such monomers as diallyldialkylammmonium halides; acryloxyalkyltrimethylammonium chloride; (meth)acrylates of dialkylaminoalkyl compounds, and salts and quaternaries thereof and, monomers of N,N-dialkylaminoalkyl(meth)acrylamides, and salt and quaternaries thereof, such as N,N-dimethyl aminoethyl-acrylamides; (meth)acrylamidopropyltrimethylammonium chloride and the acid or quaternary salts of N,N-dimethylaminoethylacrylate and the like. Cationic monomers which may be used herein are of the following general formulae:

$$(I)\quad CH_2 = C - C - X - A - N^+ - R_3 \cdot Z^-$$
$$\overset{R_1}{|} \quad \overset{O}{||} \qquad \overset{R_2}{|} \qquad \overset{}{|}_{R_4}$$

where $R_1$ is hydrogen or methyl, $R_2$ is hydrogen or lower alkyl of $C_1$ to $C_4$, $R_3$ and/or $R_4$ are hydrogen, alkyl of $C_1$ to $C_{12}$, aryl, or hydroxyethyl and $R_2$ and $R_3$ or $R_2$ and $R_4$ can combined to form a cyclic ring containing one or more hetero atoms, Z is the conjugate base of an acid, X is oxygen or $-NR_1$ wherein $R_1$ is as defined above, and A is an alkylene group of $C_1$ to $C_{12}$; or



(II)

-10-

where $R_5$ and $R_6$ are hydrogen or methyl, $R_7$ is hydrogen or alkyl of $C_1$ to $C_{12}$ and $R_8$ is hydrogen, alkyl of $C_1$ to $C_{12}$, benzyl or hydroxyethyl; and Z is as defined above.

Anionic microbeads that are useful herein those made by hydrolyzing acrylamide polymer microbeads etc. those made by polymerizing such monomers as (meth)acrylic acid and their salts, 2-acrylamido-2-methylpropane sulfonate, sulfoethyl-(meth)acrylate, vinylsulfonic acid, styrene sulfonic acid, maleic or other dibasic acids or their salts or mixtures thereof.

Nonionic monomers, suitable for making microbeads as copolymers with the above anionic and cationic monomers, or mixtures thereof, include (meth)acrylamide; N-alkyacrylamides, such as N-methylacrylamide; N,N-dialkylacrylamides, such as N,N-dimethylacrylamide; methyl acrylate; methyl methacrylate; acrylonitrile; N-vinyl methylacetamide; N-vinyl methyl formamide; vinyl acetate; N-vinyl pyrrolidone, mixtures of any of the foregoing and the like.

These ethylenically unsaturated, non-ionic monomers may be copolymerized, as mentioned above, to produce cationic, anionic or amphoteric copolymers. Preferably, acrylamide is copolymerized with the ionic and/or cationic monomer. Cationic or anionic copolymers useful in making microbeads comprise from about 0 to about 95 parts, by weight, of non-ionic monomer and from about 100 to about 5 parts, by weight, of cationic or anionic monomer, based on the total weight of the anionic or cationic and non-ionic monomers, preferably from about 10 to about 90 parts, by weight, of non-ionic monomer and about 10 to about 90 parts, by weight, of cationic or anionic monomer, same basis i.e. the total ionic charge in the microbead must be greater than about 5%. Mixtures of polymeric microbeads may also be used if the total ionic charge of the mixture is also over

CIBA 000611

-11-

about 5%. Most preferably, the microbeads contain from
about 20 to 80 parts, by weight, of non-ionic monomer
and about 80 to about 20 parts by weight, same basis, of
cationic or anionic monomer or mixture thereof.
Polymerization of the monomers occurs in the presence of
a polyfunctional crosslinking agent to form the
cross-linked microbead. Useful polyfunctional
crosslinking agents comprise compounds having either at
least two double bounds, a double bond and a reactive
group, or two reactive groups. Illustrative of those
containing at least two double bounds are
N,N-methylenebisacrylamide; N,N-methylenebismeth-
acrylamide; polyethyleneglycol diacrylate;
polyethyleneglycol dimethacrylate; N-vinyl acrylamide;
divinylbenzene; triallylommonium salts, N-methylallyl-
acrylamide and the like. Polyfunctional branching
agents containing at least one double bond and at least
one reactive group include glycidyl acrylate; glycidyl
methacrylate; acrolein; methylolacrylamide and the like.
Polyfunctional branching agents containing at least two
reactive groups include dialdehydes, such as gyloxal;
diepoxy compounds; epichlorohydrin and the like.

Crosslinking agents are to be used in
sufficient quantities to assure a cross-linked
composition. Preferably, at least about 4 molar parts
per million of crosslinking agent based on the monomeric
units present in the polymer are employed to induce
sufficient crosslinking and especially preferred is a
crosslinking agent content of from about 4 to about 6000
molar parts per million, most preferably, about 20-4000.

The polymeric microbeads of this invention are
preferably prepared by polymerization of the monomers in
an emulsion as disclosed in application, Serial No.
(Attorney Docket 31320) filed concurrently herewith.
Polymerization in microemulsions and inverse emulsions
may be used as is known to those skilled in this art.

CIBA 000612

-12-

P. Speiser reported in 1976 and 1977 a process for making spherical "nanoparticles" with diameters less than 800 Å by (1) solubilizing monomers, such as acrylamide and methylenebisacrylamide, in micelles and (2) polymerizing the monomers, See J. Pharm. Sa., 65(12), 1763 (1976) and United States Patent No. 4,021,364. Both inverse water-in-oil and oil-in-water "nanoparticles" were prepared by this process. While not specifically called microemulsion polymerization by the author, this process does contain all the features which are currently used to define microemulsion polymerization. These reports also constitute the first examples of polymerization of acrylamide in a micro-emulsion. Since then, numerous publications reporting polymerization of hydrophobic monomers in the oil phase of microemulsions have appeared. See, for examples, U.S. Patent Nos. 4,521,317 and 4,681,912; Stoffer and Bone, J. Dispersion Sci. and Tech., 1(1), 37, 1980; and Atik and Thomas , J. Am. Chem. Soc., 103 (14), 4279 (1981); and GB 2161492A.

The cationic and/or anionic emulsion polymerization process is conducted by (i) preparing a monomer emulsion by adding an aqueous solution of the monomers to a hydrocarbon liquid containing appropriate surfactant or surfactant mixture to form an inverse monomer emulsion consisting of small aqueous droplets which, when polymerized, result in polymer particles of less than 0.75 micron in size, dispersed in the continuous oil phase and (ii) subjecting the monomer microemulsion to free radical polymerization.

In order to obtain an inverse emulsion, it is generally necessary to use particular formulations whose main parameters are as follows: surfactant concen-tration, HLB of surfactant or surfactant mixture, temperature, nature of the organic phase and composition of the aqueous phase.

CIBA 000613

-13-

The aqueous phase comprises an aqueous mixture of the cationic and/or anionic monomers and optionally, a non-ionic monomer and the crosslinking agent, as discussed above. The aqueous monomer mixture may also comprise such conventional additives as are desired. For example, the mixture may contain chelating agents to remove polymerization inhibitors, pH adjusters, initiators and other conventional additives.

Essential to the formation of the emulsion, which may be defined as a swollen, transparent and thermodynamically stable emulsion comprising two liquids insoluble in each other and a surfactant, in which the micelles are less than 0.75 micron in diameter, is the selection of appropriate organic phase and surfactant.

The selection of the organic phase has a substantial effect on the minimum surfactant concentration necessary to obtain the inverse emulsion. The organic phase may comprise a hydrocarbon or hydrocarbon mixture. Saturated hydrocarbons or mixtures thereof are the most suitable in order to obtain inexpensive formulations. Typically, the organic phase will comprise benzene, toluene, fuel oil, kerosene, odorless mineral spirits or mixtures of any of the foregoing.

The ratio, by weight, of the amounts of aqueous and hydrocarbon phases is chosen as high as possible, so as to obtain, after polymerization, an emulsion of high polymer content. Practically, this ratio may range, for example for about 0.5 to about 3:1, and usually approximates about 1:1, respectively.

The one or more surfactants are selected in order to obtain HLB (Hydrophilic Lipophilic Balance) value ranging from about 8 to about 11. Outside this range, inverse emulsions are not usually obtained. In addition to the appropriate HLB value, the concentration of surfactant must also be optimized, i.e. sufficient to form an inverse emulsion. Too low a concentration of

CIBA 000614

-14-

surfactant leads to inverse emulsions of the prior art
and too high a concentrations results in undue costs.
Typical surfactants useful, in addition to those
specifically discussed above, may be anionic, cationic
or nonionic and may be selected from polyoxyethylene
(20) sorbitan trioleate, sorbitan trioleate, sodium
di-2-ethylhexylsulfosuccinate, oleamidopropyldimethyl-
amine; sodium isostearyl-2-lactate and the like.

Polymerization of the emulsion may be carried
out in any manner known to those skilled in the art.
Initiation may be effected with a variety of thermal and
redox free-radical initiators including azo compounds,
such as azobisisobutyronitrile; peroxides, such as
t-butyl peroxide; organic compounds, such as potassium
persulfate and redox couples, such as ferrous ammonium
sulfate/ammonium persulfate. Polymerization may also be
effected by photochemical irradiation processes,
irradiation, or by ionizing radiation with a $^{60}$Co
source. Preparation of an aqueous product from the
emulsion may be effected by inversion by adding it to
water which may contain a breaker surfactant.
Optionally, the polymer may be recovered from the
emulsion by stripping or by adding the emulsion to a
solvent which precipitates the polymer, e.g.
isopropanol, filtering off the resultant solids, drying
and redispersing in water.

The high molecular weight, ionic, synthetic
polymers used in the present invention preferably have a
molecular weight in excess of 100,000 and preferably
between about 250,000 and 25,000,000. Their anionicity
and/or cationicity may range from 1 mole percent to 100
mole percent. The ionic polymer may also comprise
homopolymers or copolymers of any of the ionic monomers
discussed above with regard to the ionic beads, with
acrylamide copolymers being preferred.

The degree of substitution of cationic starches (or
other polysaccharides) and other non-synthetic based

CIBA 000615

-15-

polymers may be from about 0.01 to about 1.0, preferably
from about 0.02 to about 0.20.   Amphoteric starches,
preferably but not exclusively with a net cationic
starch, may also be used.  The degree of substitution of
anionic starches (or other polysaccharides) and other
non-synthetic-based polymers may be from 0.01 to about
0.7 or greater.  The ionic starch may be made from
starches derived from any of the common starch producing
materials, e.g., potato starch, corn starch, waxy maize,
etc.  For example, a cationic potato starch made by
treating potato starch with 3-chloro-2-hydroxypropyltri-
methylammonium chloride.  Mixtures of synthetic polymers
and e.g. starches, may be used.  Other polysaccharides
useful herein include guar, cellulose derivatives such
as carboxymethylcellulose and the like.

    It is also preferred that the high molecular
weight, ionic polymer be of a charge opposite that of
the microbead and that if a mixture of synthetic, ionic
polymers or starch be used, at least one be of a charge
opposite that of the microbead.  The microbeads may be
uses as such or may be replaced in part, i.e. up to
about 50%, by weight, with bentonite or a silica such as
colloidal silica, modified colloidal silica etc. and
still fall within the scope of the percent invention.

    The instant invention also relates to compositions
of matter comprising mixtures of the above-described
ionic microbeads, high molecular weight, ionic polymers
and polysaccharides.  More particularly, compositions
comprising a mixture of A) an ionic, organic, polymer
microbead of less than about 750 nanometers in diameter
if cross-linked and less than 60 nanometers in diameter
if non-cross-linked and water-insoluble and B) a high
molecular weight ionic polymer, the ratio of A): B)
ranging from about 1:400 to 400:1, respectively.
Additionally,   the   compositions   may   contain   the
microbead A) and C) an ionic polysaccharide, the ratio
of A):C) ranging from about 20:1 to about 1:1000,

CIBA 000616

pewność

-16-

respectively. Still further, the compositions may contain the microbead A), the polymer B) and the polysaccharide C), the ratio of A) to B) plus C) ranging from about 400:1 to about 1:1000, respectively.

Paper made by the process described above also constitutes part of the present invention.

The following examples are set forth for purposes of illustration only and are not be construed as limitations on the present invention except as set forth in the appended claims. All parts and percentages are by weight unless otherwise specificed.

In the examples which follow, the ionic organic polymer microbead and/or the high molecular weight, ionic polymer and/or ionic starch are added sequentially directly to the stock or just before the stock reaches the headbox.

Unless otherwise specified, a 70/30 hardwood/softwood bleached kraft pulp containing 25% $CaCO_3$ is used as furnish at a pH of 8.0. Retention is measured in a Britt Dynamic Drainage Jar. First Pass Retention (FPR) is calculated as follows:

$$FPR = \frac{\text{Headbox Consistency} - \text{Tray Water Consistency}}{\text{Head Box Consistency}}$$

First Pass Retention is a measure of the percent of solids that are retained in the paper. Drainage is a measure of the time required for a certain volume of water to drain through the paper and is here measured as a 10x drainage. (K. Britt, TAPPI 63(4) p67 (1980). Hand sheets are prepared on a Noble and Wood sheet machine.

In all the examples, the ionic polymer and the microbead are added separately to the thin stock and subjected to shear. Except when noted, the charged microbead (or silica or bentonite) is added last. Unless noted, the first of the additives is added to the test furnish in a "Vaned Britt Jar" and subjected to 800 rpm stirring for 30 seconds. Any other additive is then

CIBA 000617

-17-

added and also subjected to 800 rpm stirring for 30
seconds. The respective measurements are then carried
out.

Doses are given on pounds/ton for furnish
solids such as pulp, fillers etc. Polymers are given on
a real basis, silica as $SiO_2$ and starch, clay and
bentonite are given on an as is basis.

I.    Cationic polymers used in the examples are:

Cationic Starch:  Potato    starch    treated    with
3-chloro-2-hydroxypropyltrimethylammonium    chloride    to
give a 0.04 degree of substitution.

10 AETMAC/90 AMD:    A linear cationic copolymer of 10
mole % of acryloxyethltrimethylammonium chloride and 90
mole % of acrylamide of 5,000,000 to 10,000,000 mol. wt.
with a charge density of 1.2 meg./g.

5 AETMAC/95 AMD:    A linear copolymer of 5 mole % of
acryloxyethltrimethylammonium chloride and 90 mole % of
acrylamide of 5,000,000 to 10,000,000 mol. wt.

55 AETMAC/45 AMD:    A linear copolymer of 55 mole % of
acryloxyethyltrimethylammonium chloride and 45 mole % of
acrylamide of 5,000,000 to 10,000,000 mol. wt. and a
charge density of 3.97 meg./g.

40 AETMAC/60 AMD:    A linear copolymer of 40 mole % of
acryloxyethyltrimethylammonium chloride and 60 mole % of
acrylamide of 5,000,000 to 10,000,000 mol. mt.

50 EPI/47 DMA 3 EDA:    A copolymer of 50 mole % of
epichlorohydrin, 47 mole % of dimethylamine and 3.0 mole
% of ethylene diamine of 250,000 mol. wt.

II.  Anionic Polymers used in the examples are:

CIBA 000618

-18-

30 AA/70 AMD:  A linear copolymer of 30 mole % ammonium
acrylate and 70 mole % of acrylamide of 15,000,000 to
20,000,000 mol. wt.

7AA/93 AMD:    A linear copolymer of 7 mole % ammonium
acrylate and 93 mole % of acrylamide of 15,000,000 to
20,000,000 mol. wt.

10 APS/90 AMD: A linear copolymer of 10 mole % of sodium
2-acrylamido-2-methylpropanesulfonate and 90 mole % of
acrylamide of 15,000,000 to 20,000,000 mol. wt.

    III. Anionic particles used in the examples are:

SILICA:      Colloidal silica with an average size of
5 nm, stabilized with alkali and commercially available.

BENTONITE:    Commercially available anionic swelling
bentonite from clays such as sepiolite, attapulgite or
montmorillonite as described in U.S. Pat. No. 4,305,781.

    IV.  Latices used in the examples are:

| Latex | Particle Size in nm | Anionic Charge Density $A^2$/Charge Group |
|---|---|---|
| Polystyrene | 98 | $1.4 \times 10^3$ |
| Polystyrene | 30 | $1.1 \times 10^3$ |
| Polystyrene | 22 | $0.36 \times 10^3$ |

    V.  Microbeads used in the examples are:
    30 AA/70 AMD/50 ppm MBA:   An  inverse  emulsion
copolymer of 30 mole % of sodium acrylate and 70 mole %
of  acrylamide  crosslinked  with  50   ppm  of

CIBA 000619

-19-

methylenebisacrylamide with a particle diameter of
1,000-2,000*nm; SV-1.64 mPa.s.

40 AA/60 MBA: A microbead solution of a copolymer of 40
mole % of ammonium acrylate and 60 mole % of
N,N'-methylenebisacrylamide (MBA) with a particle
diameter of 220*nm.

30 AA/70 AMD/349 ppm MBA: A microemulsion copolymer of
30 mole % of sodium acrylate and 70 mole % of acrylamide
crosslinked with 349 ppm of N,N'-methylenebisacrylamide
(MBA) of 130*nm particle diameter, SV-1.17 to 1.19 mPa.s

30 AA/70 AMD/749 ppm MBA: A microemulsion copolymer of
30 mole % of sodium acrylate and 70 mole % of acrylamide
crosslinked with 749 ppm of N,N'-methylenebisacrylamide
(MBA), SV-1.06 mPa.s.

60 AA/40 AMD/1,381 ppm MBA: A microemulsion copolymer of
60 mole % of sodium acrylate and 40 mole % of acrylamide
crosslinked with 1,381 ppm of N,N'-methylene-bis
acrylamide (MBA) of 120*nm particle diameter; SV-1.10
mPa.s.

30 APS/70 AMD/995 ppm MBA: A microemulsion copolymer of
30 mole % of sodium 2-acrylamido-2-methylpropane
sulfonate and 70 mole % of acrylamide cross-
linked with 995 ppm of methylenebisacrylamide (MBA);
SV-1.37 mPa.s.

30 AA/70 AMD/1000 ppm MBA/ 2% SURFACTANT (TOTAL EMULSION):
A microemulsion copolymer of 30 mole % of sodium acrylate
and 70 mole % of acrylamide crosslinked with 1,000 ppm of
N,N'-methylenebisacrylamide with 2% diethanolamide oleate
and 464*nm particle diameter.

CIBA 000620

-20-

30 AA/70 AMD/1,000 ppm MBA/ 4% SURFACTANT (TOTAL EMULSION):
A microemulsion copolymer of 30 mole % of sodium
acrylate and 70 mole % of acrylamide crosslinked with
1,000 ppm of N,N'-methylenebisacrylamide with 4%
diethanolamide oleate and of 149*nm particle diameter,
SV-1.02 mPa.s

30 AA/70 AMD/ 1,000 ppm MBA/ 8% SURFACTANT(TOTAL EMULSION):
A Microemulsion copolymer of 30 mole % of sodium acrylate
and 70 mole % of acrylamide crosslinked with 1000 ppm of
N,N'-methylenebisacrylamide with 8% diethanolamide oleate
and of 106*nm particle diameter, SV-1.06 mPa.s.

* The unswollen number average particle diameter in
nanometers is determined by the quasi-elastic light
scattering spectroscopy (QELS).

Procedure for the Preparation of Anionic Microemulsions
30 AA/70 AMD/349 ppm MBA - 130 nm

An aqueous phase is prepared by sequentially
mixing 147 parts of acrylic acid, 200 parts deionized
water, 144 parts of 56.5% sodium hydroxide, 343.2 parts
of acrylamide crylstal, 0.3 part of 10% pentasodium
diethylenetriaminepentaacetate, an additional 39.0 parts
of deionized water, and 1.5 parts of 0.52% copper
sulfate pentahydrate. To 110 parts of the resultant
aqueous phase solution, 6.5 parts of deionized water,
0.25 part of 1% t-butyl hydroperoxide and 3.50 parts of
0.61% methylene bisacrylamide are added. 120 Parts of
the aqueous phase are then mixed with an oil phase
containing 77.8 parts of low odor paraffin oil, 3.6
parts of sorbitan sesquioleate and 21.4 parts of
polyoxyethylene sorbitol hexaoleate.

This resultant clear, microemulsion is
deaerated with nitrogen for 20 minutes. Polymerization
is initialed with gaseous $SO_2$, allowed to exotherm to
$40^{\circ}C$ and controlled at $40^{\circ}C$ (+ $5^{\circ}C$) with ice water. The

CIBA 000621

-21-

ice water is removed when cooling is no longer required. The nitrogen is continued for one hour. The total polymerization time is 2.5 hours.

For purposes of use in the instant process, the polymer may be recovered from the emulsion by stripping or by adding the emulsion to a solvent which precipitates the polymer, e.g. isopropanol, filtering off the resultant solids, and redispersing in water for use in the papermaking process. The precipitated polymer microbeads may be dried before redispersion in water.

Alternatively, the microemulsion per se may also be directly dispersed in water. Depending on the surfactant and levels used in the microemulsion, dispersion in water may require using a high hydrophilic lipopilic balance (HLB) inverting surfactant such as ethoxylated alcohols; polyoxyethlated, sorbitol hexaoleate; diethanolamine oleate; ethoxylated laurel sulfate et. as in known in the art.

The concentration of the microbeads in the above-described redispersion procedures is similar to that used with other than stock additives, the initial dispersion being at least 0.1%, by weight. The dispersion may be rediluted 5-10 fold just before addition to the papermaking process.

Preparation of Cationic Organic
Microbead 40 AETMAC/60 AMD/100 ppm
MBA - 100 nm By microemulsion Polymerization

An aqueous phase containing 21.3 parts, by weight of acrylamide, 51.7 parts of a 75% acryloxyethyltrimethyl ammonium chloride solution, 0.07 part of 10% diethylenetriamine pentaacetate (penta sodium salt), 0.7 part of 1% t-butyl hydroperoxide and 0.06 part of methylenebisacrylamide dissolved in 65.7 parts of deionized water is prepared. The pH is adjusted to 3.5 (±0.1). An oil phase composed of 8.4 parts of sorbitan sesquioleate, 51.6 parts of polyoxyethylene sorbitol

CIBA 000622

-22-

hexaoleate dissolved in 170 parts of a low odor paraffin oil is prepared. The aqueous and oil phase are mixed together in an air tight polymerization ractor fitted with a nitrogen sparge tube, thermometer and activator addition tube. The resultant clear microemulsion is sparged with nitrogen for 30 minutes and the temperature is adjusted to 27.5°C. Gaseous sulfur dioxide activator is then added by bubbling nitrogen through a solution of sodium metabisulfite. The polymerization is allowed to exotherm to its maximum temperature (about 52°C) and then cooled to 25°C.

The particle diameter of the resultant polymer microbead is found to be 100 nm. The unswollen number average particle diameter in nanometers (n.m.) is determined by the quasi-elastic light scattering spectroscope (QELS). The SV is 1.72 mPa.s.

### Preparation of Cationic Organic Inverse Emulsion 40 AETMAC/60 AMD/100 ppm MBA 1,000 nm by Inverse Emulsion Polymerization

An aqueous phase is made by dissolving 87.0 parts of commercial, crystal acrylamide (AMD), 210.7 parts of a 75% acryloxyethyltrimethylammonium chloride (AETMAC) solution, 4.1 parts of ammonium sulfate, 4.9 parts of a 5% ethylene diaminetetraacetic acid (disodium salt) solution, 0.245 part (1000 wppm) of methylenebisacrylamide (MBA) and 2.56 parts of t-butyl hydroperoxide into 189 parts of deionized water. The pH is adjusted to 3.5 (±0.1) with sulfuric acid.

The oil phase is made by dissolving 12.0 gms of sorbitan monooleate into 173 parts of a low odor paraffin oil.

The aqueous phase and oil phase are mixed together and homogenized until the particle size is in the 1.0 micron range.

CIBA 000623

-23-

The emulsion is then transferred to a one liter, three-necked, creased flask equipped with an agitator, nitrogen sparge tube, sodium metabisulfite activator feed line and a thermometer.

The emulsion is agitated, sparged with nitrogen and the temperature adjusted to 25°C. After the emulsion is sparged 30 minutes, 0.8% sodium metabisulfite (MBS) activator solution is added at a 0.028 ml/minute rate. The polymerization is allowed to exotherm and the temperature is controlled with ice water. When cooling is no longer needed, the 0.8% MBS activator solution/addition rate is increased and a heating mantle is used to maintain the temperature. The total polymerization time takes approximately 4 to 5 hours using 11 mls of MBS activator. The finished emulsion product is then cooled to 25°C.

The particle diameter is found to be 1,000 nm. The unswollen number average particle diameter in nanometers is determined by the quasi-elastic light scattering spectroscope (QELS). The SV is 1.24 mPa.s.


EXAMPLE 1

Using the paper-making procedure described above, the drainage times are measured on 1) alkaline stock containing 5% $CaCO_3$, alone, 2) the same stock with added linear, high molecular weight cationic copolymer of 10 mole % acryloxyethyltrimethylammonium chloride and 90 mole % of acrylamide (10 AETMAC/90 AMD) and 3) the same stock with added cationic copolymer and anionic microbead made from 30 mole % acrylic acid 70 mole % of acrylamide (30 AA/70 AMD) and cross-linked with 349 ppm of methylenebisacrylamide (MBA) of 130 nm particle diameter and added as a redispersed 0.02% aqueous solution. The results are shown in Table I, below.

CIBA 000624

-24-

TABLE I

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 88.4 |
| -2- | -0- | 62.3 |
| -2- | 0.5 | 37.5 |

The addition of cationic polymer reduces drainage time from 88.4 to 62.3 seconds. Surprisingly microbeads reduces the drainage times by another 24.8 seconds to 37.5 seconds, a 39.8% reduction a significant improvement in drainage times.

EXAMPLE 2

The alkaline furnish used in this example contains 5.0 lbs/ton of cationic starch. To this furnish is added to following additives as described in Example 1. Drainage times are then measured and reported in Table II, below.

TABLE III

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 121.9 |
| 1 - 10 AETMAC/90 AMD | -0- | 89.6 |
| 1 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm - 130 rm | 57.8 |

In the presence of a mixture of high molecular weight cationic polymer, cationic starch and, anionic polymer microbeads greatly improves drainage.

CIBA 000625

-25-

EXAMPLE 3

Following the procedure of Example 1, various other comparative runs are made using a second alkaline stock containing 10 lbs/ton of cationic starch, and bentonite, as disclosed in U.S. Patent 4,753,710, in order to show the benefits of the use of organic microbeads in accordance with the invention hereof. The results are shown in Table III, below.

TABLE III

| Cationic Polymer lbs/Ton | Anionic Micro-Particle (lbs./Ton) | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 132.3 |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 53.1 |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 55.1 |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 100AA-1985 ppm MBA-80 nm | 65.1 |
| 1.0 - 55 AETMAC/45 AMD | 5.0 - Bentonite | 76.4 |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 55.4 |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 60 AA/40 AMD/ 1,381 ppm MBA - 120 nm | 45.7 |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 100AA-1985 ppm MBA | 48.6 |

When the 10% cationic polymer AETMAC/AMD (10/90) is used in conjunction with 5.0 lbs. of bentonite, similar drainage results to those obtained using only 0.5 lb. of 30% anionic microbead AA/AMD (30/70) in place of the bentonite, are obtained. With a 55% cationicity polymer, bentonite gives a slower drainage rate of 76.4 seconds and the 30% anionic microbead about the same drainage rate of 55.4 seconds. With the higher cationicity polymer (55%) and 0.5 lbs/ton of a high anionicity microbead, AA/AMD (60/40) a far superior drainage time of 45.7 seconds is obtained, using far less additive.

CIBA 000626

-26-

## EXAMPLE 4

An alkaline paper stock containing 10 pounds/ton of cationic starch is treated as described in Example 1. The results are shown in Table IV, below.

### TABLE IV

| Cationic Polymer lbs/Ton | Anionic Microparticle lbs/Ton | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 115.8 |
| 0.5 - 10 AEIMAC/90 AMD | -0- | 83.5 |
| 0.5 - 10 AEIMAC/90 AMD | 5.0 - Bentonite | 51.1 |
| 0.5 - 10 AEIMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 57.3 |
| 0.5 - 55 AEIMAC/45 AMD | 0.5 - 60 AA/40 AMD/ 1,381 ppm - 120 nm | 46.1 |
| 1.0 - 10 AEIMAC/90 AMD | 5.0 - Bentonite | 42 |
| 1.0 - 55 AEIMAC/45 AMD | 0.5 - 60 AA/40 AMD/ 1,381 ppm BMA - 120 nm | 38.9 |

The combination of 0.5 lb/ton of cationic polymer and 5.0 lbs/ton of bentonite gives a good drainage of 51.5 seconds, somewhat better than the 0.5 lb of 30% anionicity microbeads, i.e. 57.3 seconds. However, bentonite is inferior to the results achieved using 0.5 lb/ton of a higher (60%) anionicity polymer, i.e. of 46.1 seconds. Increasing the amount of cationic polymer to 1.0 lb/ton results in improved bentonite and 60% anionic polymer microbead times of 42 and 38.9 seconds, however, the microbead results are again superior.

## EXAMPLE 5

The procedure of Example 1 is again followed except that first pass retention values are measured. The organic anionic microbead is compared at a 0.5 lbs/ton rate to 2.0 lbs/ton of silica and 5.0 lbs/ton of bentonite in an alkaline paper stock as known in the

CIBA 000627

-27-

art. The organic, 30% anionic polymer microbeads give the best retention values at a lower concentration, as shown in Table V, below.

### TABLE V

| Cationic Polymer lbs/Ton | Anionic Micro- bead lbs/Ton | Fines First Pass Retention in % |
|---|---|---|
| 2.0 - 10 AETMAC/90 AMD | -0- | 50.3 |
| 2.0 - 10 AETMAC/90 AMD | 2.0 - Silica- 5 nm | 55.3 |
| 2.0 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 55.8 |
| 2.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 749 ppm MBA | 59.2 |

### EXAMPLE 6

The procedure of Example 1 is again followed except that alum is added to the stock immediately before the cationic polymer. The test furnish is alkaline stock containing 5.0 lbs/ton of cationic starch and 25% CaCO$_3$. The results are set forth below in Table VI.

### TABLE VI

| Cationic Polymer lbs/Ton | Anionic Micro- bead-lbs/ton | Drainage in Seconds |
|---|---|---|
| **5lbs/ton Alum** | | |
| 0.5 - 10 AETMAC/90 AMD | 5 - Bentonite | 46.1 |
| 0.5 - 10 AETMAC/90 AMD | 0.5 - 30 AMD/ 349 ppm MBA -130 nm | 39.9 |
| **10 lbs/ton Alum** | | |
| 1 - 10 AETMAC/90 AMD | 5 - Bentonite | 33.5 |
| 1 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm - 130 nm | 29.6 |

CIBA 000628

-28-

The alum-treated furnish which is contracted
with the polymer microbead has a faster drainage rate
than that treated with 10 times as much bentonite.  In a
comparative test using 0.5 lb of 10 AETMAC/90 AMD and
5.0 lbs bentonite without alum, an equivalent drainage
time of 46.1 seconds, is achieved.

### EXAMPLE 7

This     example     demonstrates     the     greater
efficiency of the anionic organic polymer microbeads of
the present invention used with alum as compared to
bentonite alone.  This efficiency is not only attained
using a significantly lower anionic microbead dose but,
also enable the use of a lower amount of cationic
polymer.   The furnish is alkaline and contains 5.0
lbs/ton of cationic starch.  The procedure of Example 1
is again used.  The results are shown in Table VII,
below.

### TABLE VII

| Cationic Polymer lbs/Ton | Alum* lbs/ton | Anionic Microbead lbs/ton | Drainage in Seconds |
|---|---|---|---|
| -0- | -0- | -0- | 103.4 |
| 0.5 - 10 AETMAC/90 AMD | -0- | -0- | 87.5 |
| 0.5 - 10 AETMAC/90 AMD | 5 | -0- | 76.4 |
| 0.5 - 10 AETMAC/90 AMD | 5 | 0.25 - 30 AA/ 70 AMD/349 ppm MBA -130 rm | 51.1 |
| 0.5 - 10 AETMAC/90 AMD | 5 | 0.50 - 30 AA/70 AMD 349 ppm MBA-13 rm | 40.6 |
| 0.5 - 10 AETMAC/90 AMD | -0- | 5 - Bentonite | 51.6 |
| 1.0 - 10 AETMAC/90 AMD | -0- | 5 - Bentonite | 40.2 |

* Alum is added immediately before the cationic polymer.

CIBA 000629

-29-

Thus, at a 0.5 lb. cationic polymer addition
level, the anionic organic microbeads used with alum are
approximately 20 fold more efficient than bentonite used
alone (0.25 lb. vs. 5.0 lbs.). The cationic polymer
level can be reduced in half (0.50 lb. vs. 1.0 lb.)

5   compared to bentonite when the microbead level is raised
to 0.50 lb., which is 10 fold lower than the bentonite
dose.

EXAMPLE 8

The procedure of Example 7 is again followed

10  except that polyaluminum chloride is used in place of
alum. As can be seen, in Table VIII, equivalent results
are achieved.

TABLE VIII

| Cationic Polymer lbs/Ton | Aluminum Salt lbs/Ton | Anionic Micro bead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.5 – 10 AEIMAC/90 AMD | -0- | Bentonite | 57.5 |
| 0.5 – 10 AEIMAC/90 AMD | 5-Alum | 0.5 – 30 AA/ 70 AMD/349 ppm -130 nm | 41.5 |
| 0.5 – 10 AEIMAC/90 AMD | 8.5 Poly- aluminum Chloride (5.0 lbs alum (equivalent) | 0.5 – 30 AA/ 70 AMD/349 ppm -130 nm | 42.0 |

EXAMPLE 9

To a batch of alkaline paper stock is added

25  cationic starch. The drainage time is measured after
addition of the following additives set forth in Table
IX, below. The procedure of Example 1 is again used.

TABLE IX

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage (Sec.) 5.0 lbs/Ton Starch | Drainage (Sec.) 10 lbs/Ton Starch |
|---|---|---|---|
| 0.5 – 10 AEIMAC/90 AMD | 5 – Bentonite | 46.9 | 50.9 |
| 0.5 – 10 AEIMAC/90 AMD plus 5 lbs Alum | 0.5 – 30 AA/ 70 AMD/349 ppm MBA – 130 nm | 34.0 | 32.7 |

35  C = Comparative Test

CIBA 000630

-30-

The alum/polymer microbead combination gives better
drainage rates than the polymer/bentonite combination
without alum.

### EXAMPLE 10

First pass retention is measured on an alkaline
furnish containing 5.0 lbs/ton of starch to which the
additives of Table X, below, are added.

#### TABLE X

| Microbead lbs/Ton | Fines First Pass Retention 10 AETMAC/90 AMD (lbs/Ton) | | |
|---|---|---|---|
| | 0.5 | 1.0 | 2.0 |
| 5.0 - Bentonite | 39.9% | 41.6% | 46.8% |
| *5.0 - 30 AA/70 AMD/349 ppm MBA -130 nm | 39.9% | 44.4% | 48.5% |

The microbead and bentonite give similar
retentions with 0.5 lb/ton of cationic polymer but with
higher concentrations of polymer better retention is
obtained with the microbeads.

*With the anionic polymer microbead 5.0
lbs./ton of alum is added with the cationic polymer.

### EXAMPLE 11

Another alkaline paper furnish containing 5
lbs/ton of cationic starch and 2.5 lbs/ton of alum to
which the additives of Table XI are added as in Example
10, is treated.

#### TABLE XI

| Anionic Microbead lbs/Ton | Fines First Pass Retention 10 AETMAC/90 AMD (lbs/Ton) | |
|---|---|---|
| | 0.5 | 1.0 |
| 5 - Bentonite | 34.6% | 42.3% |
| 7 - Bentonite | - | 43.1% |
| 0.25 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 35.7% | 43.4% |
| 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 38.7% | 44.6% |

CIBA 000631

-31-

A significant reduction in the dosages of polymeric microbead results in equivalent or superior retention properties.

## EXAMPLE 12

Lower molecular weight, cationic, non-acrylamide based polymers are used in papermaking and in this example the effect of anionic microbeads on the performance of a polyamine of said class is set forth. To an alkaline furnish containing 5 lbs/ton of cationic, starch is added 1.0 lb/ton of a cationic polymeric polymer of 50 mole % epichlorohydrin, 47 mole % dimethylamine and 3.0 mole % ethylenediamine of 250,000 mol. wt. The polyamine is used alone and in combination with 0.5 lbs/ton of microbead copolymer of 60% acrylic acid and 40% acrylamide cross linked with 1,381 ppm of methylenebisacrylamide and having 120 nm diameter particle size. From the data of Table XII it is seen that addition of the highly effective organic microbead cuts drainage time in half from 128.1 to 64.2 seconds.

### TABLE XII

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|
| -0- | -0- | 138.8 |
| -1- | -0- | 128.1 |
| -1- | 0.5 | 64.2 |

CIBA 000632

-32-

## EXAMPLE 13

In order to evaluate the use of microbeads on mill stock, a test is run on stock from a commercial paper mill.  The paper stock consists of 40% hardwood/30% soft wood/30% broke containing 12% calcium carbonate, 4% clay, and 2.5 lbs/ton of alkyl succinic anhydride (ASA) synthetic size emulsified with 10 lbs/ton cationic potato starch.  An additional 6 lbs/ton of cationic potato starch and 6 lbs/ton of alum are also added to this stock.  The additives listed in Table XIII, below, are added and drainage times are measured, as in Example 1.

TABLE XIII

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|
| -0- | -0- | 153.7 |
| 0.5 - 10 AETMAC/90 AMD | -0- | 112.8 |
| 0.5 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 80.3 |
| 0.5 - 10 AETMAC/90 AMD | 0.25 - 30 AA/ 70 AMD -349 ppm MBA - 130 nm | 69.6 |
| 0.5 - 10 AETMAC/90 AMD | 0.5 - 30 AA/ 70 AMD - 349 ppm MBA - 130 nm | 57.5 |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 71.9 |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/ 70 AMD - 349 ppm MBA - 130 nm | 49.1 |

The paper stock from the above run has a 153.7 second drainage time.  Significant reduction of drainage time to 80.3 seconds is achieved with 0.5 lb/ton of high molecular weight, cationic polymer and 5 lbs/ton of bentonite.  Replacement of the bentonite with a mere 0.25 lb/ton of organic anionic microbeads reduces

CIBA 000633

-33-

drainage time another 10.7 seconds to 69.9 seconds.
Thus, the microbeads at 1/20 the concentration give a
superior drainage time to bentonite.  The use of 0.5
lb/ton of the microbeads reduces the the drainage time
to 57.5 seconds.  This is 22.8 seconds faster than ten
times the weight of bentonite.

When testing is carried out using 1.0 lb/ton
of cationic polymer and 5.0 lbs/ton of bentonite,
drainage time is 71.9 seconds.  However, when the test
is performed with 0.5 lb of microbeads, the drainage
time is 49.1 seconds which is 22.8 seconds faster than
bentonite with one tenth the amount of microbead.

### EXAMPLE 14

The effect of using a cationic polymer of a
lower charge density is investigated on the paper stock
that was used in proceeding Example 13 and shown in
Table XIV.  The cationic polymer used, 5 AETMAC/95 AMD,
has one half the charge density as that of 10 AETMAC/90
AMD that was used in Example 13.  All else remains the
same.

TABLE XIV

| Cationic Polymer lbs/Ton | Additional Alum* lbs/Ton | Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.5 - 5 AETMAC/95 AMD | -0- | -0- | 94.7 |
| 0.5 - 5 AETMAC/95 AMD | -0- | 5 - Bentonite | 51.4 |
| 0.5 - 5 AETMAC/95 AMD | 2.5 | 5 - Bentonite | 56.7 |
| 0.5 - 5 AETMAC/95 AMD | -0- | 0.5 - 30 AA/70 AMD/ 349 ppm MBA-130 nm | 48.7 |
| 0.5 - 5 AETMAC/95 AMD | 2.5 | 0.5 - 30 AA/ 70 AMD/349 ppm MBA -130 nm | 39.5 |

* Alum is added immediately before the cationic polymer.

CIBA 000634

-34-

The superiority of 1/10th the amount of polymeric
microbead to bentonite is evident with a lower charge
cationic polymer also. Furthermore, the drainage time
of cationic polymer and bentonite did not improve but
decreased by 5.3 sec. on further addition of 2.5 lbs/ton
of alum.

### EXAMPLE 15

The effect of changing the amount of starch on
drainage time is measured by not incorporating the 6.0
lbs/ton of additional starch added to the furnish in
Example 13 using the same stock . The results are shown
in Table XV.

#### TABLE XV

| Cationic Polymer lbs/Ton | Additional Alum* lbs/Ton | Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.5 – 5 AETMAC/95 AMD | –0– | 5 Bentonite | 45.9 |
| 0.5 – 5 AETMAC/95 AMD | –0– | 0.5 – 30 AA/70 AMD/ 349 ppm MBA – 130 nm | 39.5 |
| 0.5 – 5 AETMAC/95 AMD | –2.5 | 0.5 – 30 AA/70 AMD/ 349 ppm MBA – 130 nm | 29.5 |

* Alum is added immediately before the cationic polymer.

### EXAMPLE 16

To evaluate the effect of the charge density of the
cationic polymer on retention, to the furnish of Example
13, are added the additives shown in Table XVI. Fines
pass retention values are measured, as in Example 5.

#### TABLE XVI

| Alum* lbs/Ton | Microbead lbs/Ton | 10 AETMAC/90 AMD 0.5 lbs/Ton % Retention | 5 AETMAC/95 AMD 0.5 lbs/Ton % Retention |
|---|---|---|---|
| –0– | –0– | 36% | 30.9% |
| –0– | 5 – Bentonite | 32.4% | 39.6% |
| 2.5 | 0.5 – 30 AA/70 AMD/ | 45.1% | 49.1% |

CIBA 000635

-35-

Table XVII (Cont'd)

349 ppm MBA -130 rm

| | | at 1.0 lbs/Ton % Retention | at 1.0 lbs/Ton % Retention |
|---|---|---|---|
| -0- | 5 - Bentonite | 45.1 | 42.5 |
| 2.5 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 rm | 51.3 | 57.1 |

* Alum is added immediately before the cationic polymer.

Polymer microbeads are shown to be effective when used with high molecular weight, cationic polymers of lower charge density.

EXAMPLE 17

A stock is taken from a second commercial mill. It is a goal of this example to demonstrate that microbeads/alum give equivalent drainage times to those of current commercial systems. The mill stock consists of 45% deinked secondary fiber/25% softwood/30% broke containing 15% calcium carbonate and 3.0 lbs/ton of alkyl ketene dimer synthetic size emulsified with 10 lbs/ton of cationic starch. A second portion of 10 lbs of cationic starch is added to the thick stock and the ingredients listed in Table XVII, below are added to the furnish, as described in Example 1.

TABLE XVII

| Cationic Polymer lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.6 10 AETAC/90AMD | -0- | 5 - Bentonite | 158.2 sec. |
| 0.6 10 AETAC/90 AMD | -5.0 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA -130 rm | 141.6 sec. |

* Alum is added immediately before the cationic polymer.

CIBA 000636

-36-

The microbeads/alum gives a faster drainage rate than the commercial bentonite system used in the mills routine production of paper. Other experimental runs result in lesser conclusive effectiveness with this pulp.

5

### EXAMPLE 18

Microbead retention efficiency is evaluated on papers made using a pilot Fourdrinier papermaking machine. The paper stock consists of pulp made from 70% hardwood and 30% softwood containing 25% calcium carbonate and 5 lbs/ton of cationic starch. The additives in the Table XVIII, below, are placed into the furnish in successive runs and first pass retention percentages are measured. A 46 lb base weight paper is made.

The cationic, high molecular weight polymer is added just before the fan pump, the anionic microbead is added just before the pressure screen and alum, when added, is added just before the cationic polymer. Results are set forth in Table XVIII, below.

### TABLE XVIII

| Cationic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Ash-First Retention % |
|---|---|---|---|
| -0- | -0- | -0- | 34.4% |
| 0.6 - 10 AEIMAC/90 AMD | -0- | 7.0 - Bentonite | 61.3% |
| 0.6 - 10 AEIMAC/90 AMD | 2.5 | 0.25 - 30 AA/ 70 AMD/349 ppm MBA - 150 nm SV-1.32 | 62.7% |
| 0.6 - 10 AEIMAC/90 AMD | 2.5 | 0.50 - 30 AA/ 70 AMD/349 ppm MBA - 150 nm SV-1.32 | 67.0% |

CIBA 000637

-37-

In this example, the combination of 0.5 lb/ton of microbeads and 2.5 lbs/ton of alum results in a 5.7% superior retention over 7.0 lbs/ton of bentonite alone. The 7.0 lbs/ton of bentonite is about equal to the combination of 0.25 lbs of beads and 2.5 lbs/ton of alum in retention properties, a significant dosage reduction.

## EXAMPLE 19

The same pilot paper machine and paper stock that was used in Example 18 is again used except that a 55 lb "basis weight" paper is made. Additives in Table XIX, below, are mixed into the furnish as in the preceding example on successive runs and retention values are measured.

### TABLE XIX

| Cationic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Ash-First Pass Retention % |
|---|---|---|---|
| -0- | -0- | -0- | 39.3% |
| 0.6 – 10 AETMAC/90 AMD | -0- | -0- | 39.4% |
| 0.6 – 10 AETMAC/90 AMD | -0- | 7.0 Bentonite | 74.6% |
| 0.6 – 10 AETMAC/90 AMD | 2.5 | 0.5 – 30 AA/ 70 AMD/349 ppm MBA – 150 nm SV-1.32 | 74.5% |
| 0.6 – 10 AETMAC/90 AMD | 5.0 | 0.5 – 30 AA/ 70 AMD/349 ppm MBA – 150 nm SV-1.32 | 74.7% |

In comparing the heavier (55 lb) basis weight paper of Example 19 to that of Example 18 (46 lb), under all conditions, the heavier paper has better retention. With the heavier paper there is no significant difference in retention between the paper prepared with

CIBA 000638

-38-

bentonite alone and that prepared with microbeads and either 2.5 lbs or 5 lbs of alum, except the significant dosage reduction i.e. 7lbs. vs. 0.5 lb.

### EXAMPLE 20

The effect of microbead on paper formation is evaluated by treatment of an alkaline furnish containing 5.0 lbs/ton of starch with the additives listed in Table XX, below, as described in Example 18.

### TABLE XX

| Cationic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Paprican* Microscanner SP/RMS Ratio |
|---|---|---|---|
| 1 – 10 AETMAC/90 AMD | ~0~ | 5 – Bentonite | 66 |
| 1 – 10 AETMAC/90 AMD | ~0~ | 1 – 30AA/70 AMD/ 349ppm MBA– 130nm | 69 |

*Paper formation is measured on hand sheets in the Paprican micro-scanner as described by R. H. Trepanier, Tappi Journal, December pg. 153, 1989. The results indicate that the microbead treated paper has better formation at a lower dosage than the bentonite treated paper as the larger number signifies better formation.

### EXAMPLE 21

Using the paper stock of Example 20, except that the cationic starch concentration is increased to 10 lbs/ton, formation is measured on paper made with the additives set forth in Table XXI.

CIBA 000639

-39-

## TABLE XXI

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Paprican Microscanner SP/ RMS Ratio | Drainage Sec. |
|---|---|---|---|
| | 5 - Bentonite | 73 | 42 |
| 1 - 10 AETMAC/90 AMD | 0.5 - 60 AA/40 AMD/ 1,381 PPm MBA | 81 | 38.9 |
| 1 - 55 AETMAC/45 AMD | | | |
| 1 - 55 AETMAC/45 AMD | 1.0 - 60 AA/40 AMD/ 1,381 PPm MBA | 77 | 33.5 |

CIBA 000640

-40-

Microbeads give superior hand sheet paper formation and better drainage times compared to bentonite, and at a lower dosage.

## EXAMPLE 22

To an alkaline furnish containing 5-lbs of cationic starch, the ingredients set forth in Table XXII are added to the furnish of Example 21 and formation is observed visually on the paper hand sheets, produced thereby.

CIBA 000641