# EXHIBIT 5
## Part 2

-41-

## TABLE XXII

| Cationic Polymer lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Visual Formation | Drainage Sec. |
|---|---|---|---|---|
| 0.5 - 10 AETMAC/90 AMD | -0- | -0- | A | 87.8 |
| 0.5 - 10 AETMAC/90 AMD | -0- | 5 - Bentonite | A | 57.5 |
| 0.5 - 10 AETMAC/90 AMD | 2.5 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA -130 nm | A | 47.8 |
| 1.0 - 10 AETMAC/90 AMD | -0- | 5.0 - Bentonite | B | 49.2 |
| 1.0 - 10 AETMAC/90 AMD | 2.5 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | B | 39.8 |

* Alum is added immediately before the cationic polymer.

CIBA 000642

-42-

Hand paper sheets from the first three samples have equivalent formation (A) by visual observation. The last two samples (B) themselves have equivalent formation by visual observation but their formation is not as good as the first three sheets. The experiment shows the superior drainage times are achieved with a microbead alum combination with equivalent visual paper formation as compared to bentonite, above, at higher dosage.

### EXAMPLE 23

In order to evaluate a different type of anionic microparticle, three different particle sizes of hydrophobic polystyrene microbeads, stabilized by sulfate charges, are added to an alkaline paper stock containing 25% $CaCO_3$ and 5 lbs/ton of cationic starch in the furnish. Table XXIII sets forth the additives used and drainage times measured.

### TABLE XXIII

| Cationic Polymer lbs/Ton | Anionic Polystyrene Microbeads lbs/Ton | Drainage Sec. |
|---|---|---|
| -0- | -0- | 103.9 Sec. |
| 1.0 - 10 AETMAC/90 AMD | -0- | 91.6 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Polystyrene beads~ 98 nm | 79.8 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Polystyrene beads ~ 30 nm | 49.9 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Polystyrene beads ~ 22 nm | 42.2 Sec. |

It is noted that all three anionic polystryene microbeads improved drainage time over the cationic polymer alone with the smallest bead being the most effective.

The results indicate that noncross-linked, polymeric, water-insoluble microbeads are effective in increasing drainage rates.

CIBA 000643

-43-

## EXAMPLE 24

A 30 nm polystyrene bead is compared to bentonite in performance using the alkaline paper stock containing 5.0 lbs/ton of cationic starch, above described in Example 22. Results are set forth in Table XXIV.

### TABLE XXIV

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage Sec. |
|---|---|---|
| 1.0 – 10 AETMAC/90 AMD | -0- | 70.9 Sec. |
| 1.0 – 10 AETMAC/90 AMD | 5.0 – Bentonite | 28.5 Sec. |
| 1.0 – 10 AETMAC/90 AMD | 5.0 – Polystyrene Beads – 30nm | 30.5 Sec. |

The results indicate that the 30nm polystyrene is substantially equivalent to bentonite.

## EXAMPLE 25

Microbead size of anionic polymer is studied by measuring drainage rates on the alkaline paper stock of Example 23 to which the additives of Table XXV are added. Results are specified therein.

### TABLE XXV

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage Sec. |
|---|---|---|
| 1.0 – 10 AETMAC/90 AMD | -0- | 106.8 Sec. |
| 1.0 – 10 AETMAC/90 AMD | 0.5 – 30 AA/70 AMD/ 349 ppm EMA – 130 nm | 72.2 Sec. |
| 1.0 – 10 AETMAC/90 AMD | 2.0 – 40 AA/60 MBA –220 nm | 71.7 Sec. |
| 1.0 – 10 AETMAC/90 AMD | 0.5 – 30 AA/70 AMD/ 50 ppm MBA – 1,000-2,000 nm | 98.9 Sec. |
| 1.0 – 10 AETMAC/90 AMD | 2.0 – 30 AA/70 AMD/ 50 ppm MBA– 1,000-2,000 nm | 103.6 Sec. |

CIBA 000644

-44-

Both the 130 nm and 220 nm in diameter microbeads reduce drainage times over that of stock without microbeads by 33%. However, when the diameter of the anionic microbead is increased to 1,000 to 2,000 nm, drainage is not significantly effected.

## EXAMPLE 26

Using the same paper stock as in Example 22 the ingredients shown in Table XXVI are added in successive order, as in the previous examples. The results are specified.

### TABLE XXVI

| Cationic Polymer lbs/Ton | Anionic Microbeads lbs/Ton | Drainage Sec. |
|---|---|---|
| -0- | -0- | 135.6 Sec. |
| 1.0 - 55 AEIMAC/45 AMD | -0- | 99.6 Sec. |
| 1.0 - 55 AEIMAC/45 AMD | 0.5 - 30 AA/70 AMD 1000 ppm MBA- 2% surfactant | 86.7 Sec. |
| | ~464 nm | |
| 1.0 - 55 AEIMAC/45 AMD | 0.5 lbs 30 AA/70 AMD/ 1,000 ppm MBA- 4% surfactant | 59.3 Sec. |
| | ~149 nm | |
| 1.0 - 55 AEIMAC/45 AMD | 0.5 lbs 30 AA/70 AMD/ 1,000 ppm MBA- 8% surfactant | 54.5 Sec. |
| | 106 nm | |

Increased drainage rate is achieved as the microbead becomes smaller. Compared to the drainage time of 99.6 seconds without microbeads, the 464nm microbead results in a 12.9% reduction and the 149nm microbead a 40% reduction, showing the effect of small diameter organic microparticles.

CIBA 000645

-45-

EXAMPLE 27

To the same stock that was used in Example 23, the ingredients set forth in Table XXVII are added, as in said example.

TABLE XXVII

| Cationic Polymer lbs/Ton | Anionic Microbeads lbs/Ton | Drainage Sec. |
|---|---|---|
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 66.3 |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 APS/70 AMD/ 995 ppm MBA SV-1.37 mPa.s | 67.0 |

The microbeads of the 30 AA/70 AMD/349 ppm MBA copolymer and those of the 30 APS/70 AMD/995 ppm MBA copolymer when used with cationic polymers, produces paper with almost identical drainage times, even though one has a carboxylate and the other has a sulfonate functional group. That the anionic beads have different chemical compositions and a differing degree of cross-linking yet yield similar properties is attributed to this similar charge densities and similar particle size. The acrylic acid microbead has a diameter of 130 nm and the 2-acrylamido-2-methyl-propane sulfonic acid microbead is of a similar size due to the similar way it was made.

EXAMPLE 28

The effect of different shear conditions on the relative performance of the anionic microbead compared to bentonite is shown in Tables XXVII A & B. Drainage testing is carried out as described in Example 1, on an alkaline furnish containing 5.0 lbs. of cationic starch subjected to four different shear conditions.

CIBA 000646

-46-

TABLE XXVIII-A

| Condition | Stirring R.P.M. and Time* | |
|---|---|---|
| | Cationic Polymer | Microbead |
| A | 800 rpm-30 sec. | 800 rpm-30 sec. |
| B | 1,500 rpm-30 sec. | 800 rpm-30 sec. |
| C | 1,500 rpm-60 sec. | 800 rpm-30 sec. |
| D | 1,500 rpm-60 sec. | 1,500 rpm-5 sec. |

High molecular weight cationic polymer is added to the furnish in a vaned Britt jar under agitation and agitation is continuous for the period specified before the microbead is added as in Example 1, agitation is continued, and the drainage measurement taken.

TABLE XXVIII-B

| Cationic Polymer | Anionic Microbead | Drainage in Seconds Shear Conditions | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| 0.6 lbs. 10 AETMAC/90 AMD | 5.0 lbs. Bentonite | 52.6 | 56.1 | 57.8 | 49.6 |
| 0.6 lbs.* 10 AETMAC/90 AMD | 0.5 lbs. 30AA/ 70 AMD-349 ppm MBA-130 nm. | 45.9 | 48.3 | 52.3 | 44.5 |

* 5.0 lbs. of alum is added immediately before the cationic polymer.

The relative performance of each additive system remains the same under different test shear conditions.

EXAMPLE 29

The utility of polymeric anionic microbeads in acid paper stock is established as follows. To an acid paper stock made from 2/3 chemical pulp 1/3 ground wood fiber, and containing 15% clay and 10 lbs/ton of alum at

CIBA 000647

-47-

a pH of 4.5 are added and the listed ingredients of Table XXIX below.

TABLE XXIX

| Anionic Microbead lbs/Ton | Drainage using Cationic Polymer 10 AETMAC/90 AMD 0.5 lbs/Ton | Drainage using Cationic Polymer 10 AETMAC/90 AMD 1.0 lbs/Ton |
|---|---|---|
| -0- | 64.2  Sec. | 52.2  Sec. |
| 5.0 – Bentonite | 57.0  Sec. | 47.0  Sec. |
| 0.5 – 30 AA 70 AMD/ 349 ppm MBA – 130 nm | 53.3 | 42.1  Sec. |
| 1.0 – 30 AA/70 AMD/ 349 ppm MBA – 130 nm | ---- | 38.7  Sec. |

Thus, in acid paper processes, 0.5 lb of polymeric anionic microbeads is superior to 5.0 lbs of bentonite in increasing drainage. At a level of 1.0 lbs/ton of cationic polymer, 5.0 lb/ton of bentonite lowers drainage time 10% while 0.5 lb/ton of microbeads lowers it 19.3% and 1.0 lb/ton of microbeads lowers it 25.9%.

EXAMPLE 30

This example demonstrates the effect of alum on drainage in the acid paper process when acid stock from Example 29 is used without initial alum addition. A set of drainage times is measured for this stock without alum present and a second series is measured with 5.0 lbs/ton of added alum and with the ingredients set forth in Table XXX. The enhancement of drainage time with the added alum is a significant advantage of the present invention.

TABLE XXX

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage in Seconds Alum in Stock | |
|---|---|---|---|
| | | -0- | 5 lbs/Ton |
| 1.0 – 10 AETMAC/ 90 AMD | 5.0 – Bentonite | 43.0 | 43.5 |
| 1.0 – 55 AETMAC/ 45 AMD | 1.0 – 30 AA/70 AMD/ 349 ppm MBA – 130 nm | 42.1 | 29.1 |

C = Comparative Test

CIBA 000648

-48-

## EXAMPLE 31

In recent years cationic potato starch and silica have been found to give improved drainage times when used in alkaline papermaking processes. The effectiveness of polymeric microbeads compared to the silica system is shown in Table XXXI using the ingredients set forth therein on to the alkaline paper stock of, and in accordance with, Example 1.

### TABLE XXXI

| Cationic Potato Starch lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Drainage Seconds |
|---|---|---|---|
| -0- | -0- | -0- | 119.1 |
| 15 - Starch | -0- | -0- | 112.7 |
| 15 - Starch | 5.0 | -0- | 84.3 |
| 15 - Starch | 5.0 | 3.0 - Silica-5 nm | 38.5 |
| 15 - Starch | 5.0 | 1.0 - 30 AA/70 AMD/ 349 ppm MBA-130 nm | 36.7 |
| 30 - Starch | -0- | 3.0 - Silica-5 nm | 46.3 |

* Alum is added immediately before the addition of cationic potato starch.

The addition of 15 lbs/ton of starch, 5 lbs/ton of Alum and 3.0 lbs/ton of silica reduces the drainage time 67.7%, however replacement of the silica with 1.0 lb/ton of organic anionic microbeads reduces the drainage time 69.2% which is slightly better than the silica system with far less added material.

## EXAMPLE 32

The polymeric, anionic microbead and the silica starch systems of Example 31 are compared for first pass retention values using the alkaline paper stock of Example 2. The results are shown in Table XXXII, below.

CIBA 000649

-49-

## TABLE XXXII

| Cationic Potato Starch lbs/Ton | Alum* lbs/Ton | Anionic Microparticle lbs/Ton | First Pass Retention % |
|---|---|---|---|
| -0- | -0- | -0- | 25 % |
| 15 - Starch | -0- | 3.0 - Silica 5 nm | 31.7 % |
| 15 - Starch | 2.5 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA- 130 nm | 37.4% |
| 15 - Starch | 2.5 | 1.0 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 46.6% |

* Alum is added immediately before the addition of cationic potato starch.

The retention values of starch and 3.0 lbs/ton of silica are surpassed by replacing the silica with 2.5 lbs/ton alum and either 0.5 lbs/ton of microbead or 1.0 lb/ton of microbeads. The process of the instant invention results in a 15.25% and a 34.1% improvement in retention values, respectively, over silica.

## EXAMPLE 33

Retention values using silica and the organic anionic microbead of Table XXXIII are compared in a pilot Fourdrinier papermaking machine. The paper stock consists of pulp made from 70% hardwood and 30% softwood containing 25% calcium carbonate and 5 lbs/ton of cationic potato starch. The cationic potato starch is added immediately before the fan pump. The anionic microbeads and alum are added as in Example 18.

## TABLE XXXIII

| Cationic Potato Starch lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Ash Retention % |
|---|---|---|---|
| -0- | -0- | -0- | 34.4 |
| 20 | -0- | 3.0 - Silica 5 nm | 49.2 |
| 20 | 5.0 | 3.0 - Silica 5 nm | 66.3% |
| 20 | 5.0 | 1.0 - 30 AA/70 AMD 349 ppm MBA - 150 nm SV-1.32 | 68.7% |

CIBA 000650

-50-

Alum improves the retention values of silica and the alum/silica system retention of 66.3% is slightly less than that of the alum/organic anionic microbead system of 68.7% (3.5% improvement) with 1/3 the concentration of microbead.

5

## EXAMPLE 34

A comparison of drainage times between the anionic, organic, microbead system and the silica system is made using the paper stock described in Example 13.  It is noted that this stock contains 16 lbs/ton of cationic potato starch and 6 lbs/ton of alum.  The additives of the Table XXXIV are added in successive runs.

10

## TABLE XXXIV

15

| Cationic Potato Starch lbs/Ton | Alum* lbs/Ton | Anionic Microparticle lbs/Ton | Drainage Seconds |
|---|---|---|---|
| 15 | -0- | 3.0 - Silica 5 nm | 42.5 |
| 15* | -0- | 3.0 - Silica 5 nm | 55.6 |
| 15 | 2.5 | 1.0 - 30 AA/70 AMD/ 349 ppm MBA -130 nm | 28.7 |

20

** Alum is added immediately before the addition of cationic potato starch.
(*Reverse addition of silica before starch)

The silica/starch system is inferior in drainage time to that of the organic microbead system (1.0 lb and 2.5 lbs alum).

25

## EXAMPLE 35

With the same stock as in Example 34, organic, anionic, microbead and silica systems, using a anionic polymer added to the furnish, are compared as to drainage times as in said Example.  Alum and cationic starch are added where indicated and the furnish is stirred at 800 r.p.m. for 30 seconds.  The anionic

30

35

CIBA 000651

-51-

acrylamide copolymers and, if added, silica or microbeads are added together to the furnish and stirred for a further 30 seconds at 800 r.p.m. before the drainage rate is measured. See Table XXXV.

TABLE XXXV

| Anionic Polymer Retention Aid lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Drainage Seconds |
|---|---|---|---|
| -0- | -0- | -0- | 92.4 |
| 0.3 - 30 AA/70 AMD | -0- | -0- | 62.1 |
| 0.3 - 30 AA/70 AMD | 5.0 | -0- | 59.4 |
| 0.3 - 30 AA/70 AMD | -0- | 0.5 - Silica-5 rm | 50.4 |
| 0.3 - 30 AA/70 AMD | -0- | 1.0 - Silica-5 rm | 47.5 |
| 0.3 - 30 AA/70 AMD | 5.0 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 rm | 42.2 |
| 0.3 - 30 AA/70 AMD and 10 - addtional cationic starch | -0- | 1.0 - Silica-5 rm | 41.3 |
| 0.3 - 30 AA/70 AMD and 10 additional cationic starch | 5.0 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA-130 rm | 28.4 |

* Alum is added immediately before the addition of cationic potato starch, where both are used.

Silica improves drainage times when compared to the anionic acrylamide polymer alone; however, the anionic organic microbeads, in replacing the silica, give even better drainage times with alum. Additional cationic potato starch in the furnish allows the microbead system to produce even faster drainage times.

EXAMPLE 36

Comparative retention values are determined for an organic anionic microbead versus a silica system using an anionic polymer and the paper stock of Example 13. The additives, as specified in Table XXXVI, are added as in Example 35.

CIBA 000652

-52-

TABLE XXXVI

| Anionic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | First Pass Retention % |
|---|---|---|---|
| 0.3 – 30 AA/70 AMD | -0- | -0- | 34.3 |
| 0.3 – 30 AA/70 AMD | 5.0 | -0- | 37.3 |
| 0.3 – 30 AA/70 AMD | -0- | 1.0 – Silica-5 nm | 34.0 |
| 0.3 – 30 AA/70 AMD | -0- | 0.5 – 30 AA/70 AMD/ 349 ppm MBA-130 nm | 40.3 |
| 0.3 – 30 AA/70 AMD | 5.0 | 0.5 – 30 AA/70 AMD 349 ppm MBA-130 nm | 52.6 |

Retention values with 0.3 lb/ton of anionic polymer, with and without silica, are identical at 34% and addition of 5.0 lbs/ton of alum and no silica actually increases retention to 37.3%.

Anionic polymers, in combination with organic anionic microbeads however, give better retention values without (40.3%) and with alum (52.6%) when compared to the silica system (34%). This retention when combined with the faster drainage rates of the organic anionic microbeads shown in Table XXXV, makes them preferable to either the silica or bentonite systems usually used commercially.

EXAMPLE 37

The effect of cationic organic, microbeads is now examined. To an alkaline furnish containing 25% calcium carbonate, 15 lbs. of cationic starch and 5 lbs. of alum and of a pH of 8.0, the ingredients of Table XXXVII are added. The anionic polymer is added first and the cationic, organic microbead is added second.

CIBA 000653

-53-

### TABLE XXXVII

| | Anionic Polymer (Linear) lbs/Ton | Cationic Microbead or Polymer lbs/Ton | Drainage Seconds |
|---|---|---|---|
| | -0- | -0- | 142.7 |
| 5 | 0.5 - 30 AA/70 AMD | -0- | 118.5 |
| | 0.5 - 30 AA/70 AMD | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA- 100 nm | 93.3 |
| | 0.5 - 30 AA/70 AMD | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA - 1,000 nm | 113.9 |
| 10 | 0.5 - 30 AA/70 AMD | 0.5 - 40 AETMAC/60 AMD/ linear Polymer (not a microbead) | 98.7 |

The addition of 0.5 lb/ton of cross-linked cationic microbead - 100 nm results a drainage time reduction of 25.2%. Addition of 0.5 lb/ton of linear cationic polymer causes a drainage time reduction but is not as effective as the cationic microbeads of the present invention.

### EXAMPLE 38

To an acid paper stock made from 2/3 chemical pulp, 1/3 ground wood fiber and 15% clay are added 20 lbs/ton of alum. Half the stock is adjusted to pH 4.5 and remainder is adjusted to pH 5.5. The ingredients shown in Table XXXVIII are added in the same order as Example 37.

CIBA 000654

-54-

## TABLE XXXVIII

| Anionic Polymer lbs/Ton | Cationic Polymer lbs/Ton | Cationic Microbead lbs/Ton | Drainage Time In Seconds | |
|---|---|---|---|---|
| | | | pH 4.5 | pH 5.5 |
| -0- | -0- | -0- | 103.4 | — |
| 0.5 - 7 AA/93 AMD | -0- | -0- | 88.4 | 59.8 |
| 0.5 - 10 AES/90 AMD | -0- | -0- | 95.0 | 59.7 |
| -0- | 0.5 - 10 AEIMAC/90 AMD | -0- | 69.5 | 73.3 |
| -0- | 0.5 - 40 AEIMAC/60 AMD | -0- | 72.9 | 69.4 |
| -0- | -0- | 0.5 - 40 AEIMAC/60 AMD/ 100 ppm MBA-100 nm | 74.0 | 74.7 |
| -0- | -0- | 0.5 - 40 AEIMAC/60 AMD/ 100 ppm MBA-1,000 nm | 94.6 | 92.8 |
| 0.5 - 7 AA/93 AMD | 0.5 - 40 AEIMAC/60 AMD | -0- | 65.2 | 56.0 |
| 0.5 - 7 AA/93 AMD | -0- | 0.5 - 40 AEIMAC/60 AMD/ 100 ppm MBA-100 nm | 70.5 | 53.4 |
| 0.5 - 7 AA/93 AMD | -0- | 0.5 - 40 AEIMAC/60 AMD/ 100 ppm MBA-1,000 nm | 92.7 | 62.8 |
| 0.5 - 10 AES/90 AMD | 0.5 - 40 AEIMAC/60 AMD | -0- | 72.3 | 55.4 |
| 0.5 - 10 AES/90 AMD | -0- | 0.5 - 40 AEIMAC/60 AMD/ 100 ppm MBA-100 nm | 74.9 | 54.5 |
| 0.5 - 10 AES/90 AMD | -0- | 0.5 - 40 AEIMAC/60 AMD/ 100 ppm MBA-1,000 nm | 99.7 | 70.7 |

CIBA 000655

-55-

## Examples 39-45

Following the procedure of Example 2, various microbeads, high molecular weight (HMW) polymers and polysaccharides are added to paper-making stock as described therein. In each instance, similar results are observed.

| Example No. | Microbead | Polysaccharide | HMW Polymer |
|---|---|---|---|
| 39 | AM/MAA (50/50) | Cationic Guar | AM/DADM (70/30) |
| 40 | AM/VSA (65/35) | -- | Mannich PAM |
| 41 | Mannich PAM | CMC | AM/AA (80/20) |
| 42 | AM/DADM (75/25) | -- | PAA |
| 43 | P(DMAEA) | -- | -- |
| 44 | P(AA) | Cationic Guar | AM/ DMAEA |
| 45 | AM/AA (25/75) | Cationic Guar | AM/AA (70/30) |

| | | |
|---|---|---|
| AM | = | Acrylamide |
| MAA | = | Methacrylic acid |
| VSA | = | Vinyl Sulfonic acid |
| DADM | = | Diallydimethylammonium chloride |
| P(AA) | = | Polyacrylic acid |
| P(DMAEA) | = | Poly(dimethylaminoethylacrylate) quaternary |
| CMC | = | Carboxymethyl cellulose |
| Mannich PAM | = | Polyacrylamide reacted with formaldehyde and diemthyl amine |

CIBA 000656

-56-

31,043

WE CLAIM:

1.  A method of making paper which comprises adding
to an aqueous paper furnish from about 0.05 to about 20
lbs/ton, based on the dry weight of the paper furnish
solids, of organic, polymeric microbead, the microbead
being less than about 750 nanometers in diameter if
cross-linked and less than 60 nanometers in diameter if
non-cross-linked and water-insoluble, the ionicity of
said microbead being at least 5%.

2.  A method according to Claim 1 wherein from
about 0.05 to about 20 lbs/ton, same basis, of a high
molecular weight, ionic polymer is added to said furnish
in conjunction with said microbead.

3.  A method according to Claim 1 wherein from
about 1.0 to about 50 lbs/ton, same basis, of an ionic
polysaccharide is added to said furnish in conjunction
with said microbead.

4.  A method according to Claim 2 wherein the
microbead and the high molecular weight ionic polymer
have opposite charges.

5.  A method according to Claim 2 wherein said
ionic polymer is cationic.

6.  A method according to Claim 2 wherein said
ionic polymer is anionic.

7.  A method according to Claim 1 wherein said
microbead is a polymer of acrylamide.

CIBA 000657

-57-

8. A method according to Claim 3 wherein said polysaccharide is cationic.

9. A method according to Claim 3 wherein said polysaccharide is anionic.

10. A method according to Claim 1 wherein the furnish contains a size, a strength additive a promotor, a polymeric coagulant, a dye fixative or a mixture thereof.

11. A method according to Claim 1 wherein from about 0.1 to about 20 pounds of alumina is also added per ton of paper furnish solids to the furnish.

12. A method according to Claim 10 wherein the alumina is alum, polyhydroxyaluminum chloride or mixtures thereof.

13. A method according to Claim 1 wherein the microbead is cross-linked.

14. A method according to Claim 3 wherein the polysaccharide is starch.

15. A composition of matter comprising a mixture of A) an ionic, organic, polymer microbead being less than about 750 nanometers in diameter if cross-linked and less than about 60 nanometers in diameter if non-cross-linked and water-insoluble, the ionicity of the microbead being at least about 5% and either B) a high molecular weight ionic polymer, the ratio of A:B ranging from about 1:400 to about 400:1, respectively,

CIBA 000658

-58-

or C) in ionic polysaccharide, the ratio of A:C ranging
from about 20:1 to about 1:1000 or B and C together, the
ratio if A:B and C together ranging from about 400:1 to
about 1:1000.

16.   A composition according to Claim 15 wherein A
and B have opposite charges.

17.   A composition according to Claim 15 wherein
said ionic polymer is cationic.

18.   A composition according to Claim 15 wherein
said ionic polymer is anionic.

19.   A composition according to Claim 15 wherein
said microbead is a polymer of acrylamide.

20.   A composition according to Claim 15 wherein
said polysaccharide is starch.

21.   A composition according to Claim 20 wherein
said starch is cationic.

22.   A composition according to Claim 15 wherein
said starch is anionic.

23.   A   composition   according   to   Claim   15
containing, in addition, alumina.

24.   A composition according to Claim 23 wherein
said   active   alumina   is   alum,   polyhydroxyaluminum
chloride or mixtures thereof.

25.   A composition according to Claim 15 wherein
the microbead is cross-linked.

CIBA 000659

-59-

26. Paper produced by the method of Claim 1.

27. Paper produced by the method of Claim 2.

28. Paper produced by the method of Claim 3.

29. Paper produced by the method of Claim 4.

30. Paper produced by the method of Claim 5.

31. Paper produced by the method of Claim 6.

32. Paper produced by the method of Claim 7.

33. Paper produced by the method of Claim 8.

34. Paper produced by the method of Claim 9.

35. Paper produced by the method of Claim 10.

36. Paper produced by the method of Claim 11.

37. Paper produced by the method of Claim 12.

38. Paper produced by the method of Claim 13.

39. Paper produced by the method of Claim 14.

40. A method according to Claim 1 wherein bentonite or silica is added in conjunction with the microbead.

41. A composition according to Claim 15 containing, in addition, bentonite or silica.

42. Paper produced by the method of Claim 40.

CIBA 000660

07 **536382**

[REV.4Apr89/MB1-1]                                Docket No. 31,043

                                                              PATENT

COMBINED DECLARATION AND POWER OF ATTORNEY

(Original,Design,Supplemental,Divisional,Continuation,CIP)

As the below named inventor, I hereby declare that:

                        TYPE OF DECLARATION

This declaration is of the following type:

        [ X ] original

        [   ] design

        [   ] supplemental

        [   ] divisional

        [   ] continuation

        [   ] continuation-in-part (CIP)

                    INVENTORSHIP IDENTIFICATION

My residence, post office address and citizenship are as stated
below next to my name, I believe I am the original, first and
sole inventor (if only one name is listed below) or an original,
first and joint inventor (if plural named are listed below) of
the subject matter which is claimed for, for which a patent is
sought on the invention entitled:

                        TITLE OF INVENTION

Charged Organic Polymer Microbeads in Paper-Making Process

                    SPECIFICATION IDENTIFICATION

the specification of which: (complete (a), (b), or (c))

        (a) [ X ]  is attached hereto.

        (b) [   ]  was filed on _____ as

                [   ]  Serial Number   /

                [   ]  Express Mail No., as Serial Number not
                       yet known

        (c) [   ]  was described and claimed in PCT International
                   Application No. _____ filed on
                   _____ and as amended under PCT
                   Article 19 on _____ (if any).

                                        CIBA 000661

[REV.4Apr89/MB1-1]                    -2-

ACKNOWLEDGEMENT OF REVIEW OF PAPERS AND DUTY OF CANDOR
        I hereby state that I have reviewed and understand the
contents of the above identified specification, including the
claims, as amended by any amendment referred to above.
        I acknowledge the duty to disclose information which is
material to the examination of this application in accordance
with Title 37 CFR 1.97.
                          PRIORITY CLAIM
        I hereby claim foreign priority benefits under Title 35,
United States Code, Section 119 of any foreign application(s) for
patent or inventor's certificate or of any PCT International
application(s) designating at least one country other than the
United States of America listed below and have also identified
below any foreign application(s) for patent or inventor's
certificate of any PCT International application(s) designating
at least one country other than the United States of America
filed by me on the same subject matter having a filing date
before that of the application(s) of which priority is claimed.
        (d) [ X ] no such applications have been filed.
        (e) [   ] such applications have been filed as follows.
Note: Where item (o) is entered above and the International
Application which designated the U.S. claimed priority check item
(e), enter the details below and make the priority claim.

Earliest Foreign Application(s), if any, filed within 12 months
        (6 months for Design) prior to this U.S. Application

| COUNTRY | APPLICATION NUMBER | DATE OF FILING (DAY,MONTH,YEAR) | PRIORITY CLAIMED 35 USC 119 |
|---------|--------------------|---------------------------------|-----------------------------|
|         |                    |                                 |                             |
|         |                    |                                 |                             |
|         |                    |                                 |                             |
|         |                    |                                 |                             |

CIBA 000662

[REV.4Apr89/MB1-1]          -3-

All Foreign Application(s), if any, Filed More Than 12 Months
    (6 Months for Design) Prior to This U.S. Application

_____

_____
_____
_____

### POWER OF ATTORNEY

As a named inventor, I hereby appoint the following
attorney(s) and/or agent(s) to prosecute this application and
transact all business in the Patent and Trademark Office
connected therewith.

Frank M. Van Riet _____  301  19933
        (Name)                          (Reg. No.)

Gordon L. Hart _____  20191
        (Name)                          (Reg. No.)

Roger S. Benjamin _____  27025
        (Name)                          (Reg. No.)

Michael J. Kelly _____  27910
        (Name)                          (Reg. No.)

Steven H. Flynn _____  29639

[  ]    Attached as part of this declaration and power of
        attorney is the authorization of the above-named
        attorney(s) to accept and follow instructions from my
        representative(s).

------------------------------------------------------

SEND CORRESPONDENCE AND TELEPHONE CALLS TO:

601 Frank M. Van Riet _____
602 C/O American Cyanamid Company _____
701 1937 West Main Street _____
702 Stamford, CT  06904-0060 _____
    Telephone No. (203) 321-2614

------------------------------------------------------

CIBA 000663

[REV.4Apr89/MB1-1]          -4-

## DECLARATION

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

### SIGNATURE(S)    401 00

Full name of SOLE OR FIRST INVENTOR Dan S. Honig

Inventor's signature _Dan S. Honig_
Date _June 7, 1990_
Country of Citizenship United States
Residence 12 Conrad Road, New Canaan, CT  06840    CT
Post Office Address Same

Full name of SECOND JOINT INVENTOR, if any Elieth Harris    402 00

Inventor's signature _Elieth Harris_
Date _June 7, 1990_
Country of Citizenship Antigua
Residence 484 Colorado Avenue, Bridgeport, CT  06605    CT
Post Office Address Same

Full name of THIRD JOINT INVENTOR, if any _____

Inventor's signature _____
Date _____
Country of Citizenship _____
Residence _____
Post Office Address _____

CIBA 000664

U/ 536382

NEW APPLICATION (Original)                 Docket No. 31,043
[REV/1Apr89/MB4-1]                                          PATENT

Commissioner of Patents and Trademarks
Washington, D.C. 20231

NEW APPLICATION TRANSMITTAL

Transmitted herewith for filing is the patent application of
the following Inventor(s): Dan S. Honig____, Elieth Harris___,
_____; For: Charged Organic Polymer Microbeads
In Paper-Making Process_____.

This new filing is for an ORIGINAL application.

1.   Papers enclosed which are required for filing date under 35
     CFR 1.53(b):

     [ X ] _56_ Pages of specification
     [ X ] _4_ Pages of claims
     [ X ] _1_ Pages of abstract
     [   ] ____ Sheets of drawing
                 [   ] Formal
                 [   ] Informal (in triplicate)

2.   Additional papers enclosed

     [   ] Information Disclosure Statement
     [   ] Form PTO-1449
     [   ] Citations
     [   ] Declaration of Biological Deposit
     [   ] Other: _____

----------------------------------------------------------------

CERTIFICATION UNDER 37 CFR 1.10
        I hereby certify that this New Application Transmittal and the
documents referred to as enclosed therein are being deposited with
the United States Postal Service on this date _____
in an envelope as "Express Mail Post Office to Addressee" Mailing
Label Number _____ addressed to the: Commissioner of
Patents and Trademarks, Washington, D.C 20231.

                    _____
                    (name of person mailing paper)

                    _____
                    (Signature of person mailing paper)
----------------------------------------------------------------

CIBA 000665

NEW APPLICATION (Original)    -2-
[REV.4Apr89/MB4-1]

3.  Declaration
    [ X ] Enclosed and executed by all inventor(s)
    [   ] Not enclosed or not executed by all inventor(s)
4.  Assignment
    [   ] An assignment of the invention to:
              American Cyanamid Company
              1937 West Main Street
              P.O. Box 60
              Stamford, CT 06904-0060
         [   ] is attached.
         [   ] will follow.
5.  Fee Calculation

| CLAIMS AS FILED | | | | |
|---|---|---|---|---|
| (1) FOR | (2) NUMBER FILED | (3) NUMBER EXTRA | (4) RATE | (5) BASIC FEE ($370.00) |
| TOTAL CLAIMS | 42 - 20 = | | X $12.00 | 264.00 |
| INDEP. CLAIMS | 2 - 3 = | | X $36.00 | |
| MULTIPLE DEPENDENCY FEE | | | $ 120.00 | |
| RECORDING OF ASSIGNMENT | | | $ 8.00 | 8.00 |
| | | TOTAL FILING FEE | | $642.00 |

6.  Fee Payment being made at this time
    [ X ] filing fee                        $  634.00
    [ X ] recording assignment              $    8.00
                          TOTAL  $  642.00
7.  Method of Payment of Fees:
    Charge Deposit Account No. 01-1300 in the amount of
    $642.00    .
    A duplicate of this transmittal is attached.
8.  Instructions as to Overpayment:
    Credit any overpayment to Deposit Account No. 01-1300.

CIBA 000666

NEW APPLICATION (Original)    -3-
[REV.4Apr89/MB4-1]

9.   Authorization to Charge Additional Fees
     [ X ] The Commissioner is hereby authorized to charge the
           following additional fees by this paper and during the
           entire pendency of this application to Deposit Account
           No. 01-1300:
           [ X ] 37 CFR 1.16(a),(f),or (g) filing fees
           [ X ] 37 CFR 1.16(b),(c), and (d) presentation of
                 extra claims
           [   ] 37 CFR 1.16(e) surcharge for filing the basic
                 filing fee and/or declaration on a date later
                 than the filing date of the application
           [   ] 37 CFR 1.17 application processing fees

                                    _____
                                    (Signature of Attorney)

Reg. No. 19933                      _Frank M. Van Riet_____
                                    (Type name of Attorney)

Tel. No. (203) 321-2614             American Cyanamid Company
                                    1937 West Main Street
                                    P.O. Box 60
                                    Stamford, CT 06904-0060

CIBA 000667

RECEIVED

1990 OCT 25  Attorney Docket No: 31,043
GROUP 133

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:
DAN S. HONIG
ELIETH HARRIS

Serial No: 07/536,382                    Group Art Unit:   133
Filed   June 11, 1990
For:  CHARGED ORGANIC POLYMER           Examiner:
      MICORBEADS IN PAPER-
      MAKING PROCESS

Commissioner of Patent
 and Trademarks

Washington, D.C.  20231                 Date:  October 17, 1990

EXPRESS ABANDONMENT

Sir:

        Applicants  expressly  abandon  the  above-identified
application in favor of Continuation-In-Part application filed as
Serial No. 07/540,667 on June 18, 1990.

                               Respectfully submitted,


                               Attorney for Applicants
                               Frank M. Van Riet
                               Registration# 19933

1937 West Main Street
P.O. Box 60
Stamford, CT  06904-0060
Telephone (203) 321-2614

oc/
AM-31043

CIBA 000668



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address : COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | ATTORNEY DOCKET NO. |
|---|---|---|---|
| 07/536,382 | 06/11/90 | HONIG | D. 31,043 |

FRANK M. VAN RIET
C/O AMERICAN CYANAMID COMPANY
1937 W. MAIN ST.
STAMFORD, CT 06904-0060

| EXAMINER |  |
|---|---|
| CHIN,P |  |
| ART UNIT | PAPER NUMBER |
| 133 | 3 |

DATE MAILED:
                11/15/90

### NOTICE OF ABANDONMENT

This application is abandoned in view of:

1. ☐ Applicant's failure to respond to the Office letter, mailed _____

2. ☒ Applicant's letter of express abandonment which is in compliance with 37 C.F.R. 1.138. _10-22-90_

3. ☐ Applicant's failure to timely file the response received _____ within the period set in the Office letter.

4. ☐ Applicant's failure to pay the required issue fee within the statutory period of 3 months from the mailing date of _____ of the Notice of Allowance.

    ☐ The issue fee was received on _____

    ☐ The issue fee has not been received in Allowed Files Branch as of _____

    In accordance with 35 U.S.C. 151, and under the provisions of 37 C.F.R. 1.316(b), applicant(s) may petition the Commissioner to accept the delayed payment of the issue fee if the delay in payment was unavoidable. The petition must be accompanied by the issue fee, unless it has been previously submitted, in the amount specified by 37 C.F.R. 1.17 (i), and a verified showing as to the causes of the delay.

    If applicant(s) never received the Notice of Allowance, a petition for a new Notice of Allowance and withdrawal of the holding of abandonment may be appropriate in view of Delgar Inc. v. Schuyler, 172 U.S.P.Q. 513.

5. ☐ Applicant's failure to timely correct the drawings and/or submit new or substitute formal drawings by _____ as required in the last Office action.

    ☐ The corrected and/or substitute drawings were received on _____

6. ☐ The reason(s) below.

_RICHARD V. FISHER_
SUPERVISORY PATENT EXAMINER
ART UNIT 135 177
11-9-90

PTO-1432 (REV. 8-83)                    1

CIBA 000669

74ל

h/
_____
paper number

## REQUEST FOR ACCESS

Date:           4-22-96

Serial Number:   536,382

Filing Date:     6-11-90

Applicants:      Honey

Sir.

Request is hereby respectfully made for access to the file history of the following

abandoned application referred to in U.S. patent number _527405__ or printed

application number _____.

Respectfully submitted:

Chris Bennett

-----------------------------------
OFFICIAL USE ONLY
-----------------------------------

PROCESSED BY
APR 2 2 1996
FIIU

FILE INFORMATION UNIT

CIBA 000670