# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CIBA SPECIALTY CHEMICALS )
CORPORATION, )
)                C.A. No. 04-293 (KAJ)
          Plaintiff, )
)                **JURY TRIAL DEMANDED**
     v. )
)                **REDACTED - PUBLIC VERSION**
HERCULES, INC. and )
CYTEC INDUSTRIES, INC., )
)
          Defendants. )

## DECLARATION OF L. SCOTT BEALL
### IN SUPPORT OF CIBA'S OPPOSITION TO HERCULES' MOTION FOR PARTIAL SUMMARY JUDGMENT LIMITING DAMAGES UNDER 35 U.S.C. § 287(a)

I, L. Scott Beall, declare as follows:

1. I am an attorney at law of the State of Illinois and a member of the firm of Leydig, Voit & Mayer, LTD. I am fully competent to make this declaration in support of Ciba's Opposition to Hercules' Motion for Partial Summary Judgment Limiting Damages Under 35 U.S.C. § 287(a). All statements made in this declaration are true and correct.

2. I represent Ciba Specialty Chemicals Corporation. As an attorney for Ciba, I am personally familiar with the litigation, pleadings and discovery history, including document production, in this action.

3. Attached hereto as Exhibit 1 is a true and correct copy of the declaration of Eric R. Finkelman entitled "Declaration of Plaintiff Ciba Specialty Chemicals Corporation," dated January 24, 2006.

4. Attached hereto as Exhibit 2 is a true and correct copy of Hercules Progress

Report entitled "Polymeric Drainage Aid for Alkaline Printing and Writing Grades: Synthesis,"
dated March 2000 to December 2001, bearing Hercules production numbers HERC0071747-63.
(PDX 179)

   5.     Attached hereto as Exhibit 3 is a true and correct copy of correspondence between
Ciba Specialty Chemicals Corporation and Hercules Incorporated dated October 28, 29, 30, and
November 7, 2002, bearing production numbers HERC0070181, CIBA 017960, HERC0057907,
and HERC0057894, respectively.

   6.     Attached hereto as Exhibit 4 is a true and correct copy of correspondence between
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP, and Ciba Specialty Chemicals
Corporation, dated February 6, 2003, bearing Hercules production number HERC0057889.

   7.     Attached hereto as Exhibit 5 is a true and correct copy of correspondence between
Hercules Incorporated and Ciba Specialty Chemicals Corporation, dated March 11, 2003,
bearing Ciba production number CIBA 020157.


   I DECLARE UNDER THE PENALTY OF PERJURY THAT THE ABOVE IS TRUE
AND CORRECT.


Date: January 25, 2006                          L. Scott Beall
                                           _____
                                                L. Scott Beall

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 04-293 (KAJ) |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| HERCULES, INC. and CYTEC INDUSTRIES, INC., | ) ) ) | |
| Defendants. | ) ) | |

## DECLARATION OF PLAINTIFF CIBA SPECIALTY CHEMICALS CORPORATION

I, Eric R. Finkelman, declare and state that:

1.　　I am Vice President, General Counsel & Secretary at Ciba Specialty Chemicals Corporation;

2.　　I am informed by those authorized employees and believe that the facts stated below are true;

3.　　I declare that Ciba Specialty Chemicals Corporation does not currently make or sell paper;

4.　　I also declare that Ciba Specialty Chemicals Corporation has not previously made or sold paper; and

5.　　I am fully competent to make this declaration and the declaration set for the herein is true to the best of my knowledge, information and belief.

SUBSCRIBED and SWORN before me this
　24th　day of January, 2006.

DEBORAH A. PINORI
Notary Public, State of New York
No. 01PI5089064
Qualified in Westchester County
Commission Expires Dec. 8, 2009

# EXHIBITS 2-5
# REDACTED

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2006 I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE   19899-0951

I hereby certify that on January 27, 2006, I have Federal Expressed the foregoing document to the following non-registered participants:

Ford F. Farabow, Jr., Esquire
Joann M. Neth, Esquire
A. Neal Seth, Esquire
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
901 New York Avenue, N.W.
Washington, DC  20001-4413

Thomas L. Creel, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY  10022

_____
Chad M. Shandler (#3796)

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2006 I hand delivered the foregoing document to the

following persons and electronically filed the foregoing document with the Clerk of Court using

CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE   19899-0951


I hereby certify that on February 3, 2006, I have Federal Expressed the foregoing

document to the following non-registered participants:

Ford F. Farabow, Jr., Esquire
Joann M. Neth, Esquire
A. Neal Seth, Esquire
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
901 New York Avenue, N.W.
Washington, DC  20001-4413

Thomas L. Creel, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY  10022


Steven J. Fineman (#4025)