**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) <br> ) <br> ) C.A. No. 04-293 (KAJ) |
| Plaintiff, | ) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) **REDACTED--** |
| HERCULES, INC. and CYTEC INDUSTRIES, INC., | ) **PUBLIC VERSION** <br> ) <br> ) |
| Defendants. | ) |

**DECLARATION OF DOUGLAS A. ROBINSON
IN SUPPORT OF CIBA'S OPPOSITION TO HERCULES'
MOTION FOR PARTIAL SUMMARY JUDGMENT HOLDING
THAT HERCULES IS NOT PRECLUDED FROM ASSERTING
INVALIDITY AND UNENFORCEABILITY OF THE PATENTS IN SUIT
BECAUSE OF ALLEGED PRIVITY BETWEEN CYTEC AND HERCULES**

**Volume I**

Of Counsel:
Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601

Dated: February 3, 2006

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Jeffrey L. Moyer (# 3309)
Moyer@rlf.com
Chad M. Shandler (#3796)
Shandler@rlf.com
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, Delaware 19899-0551
(302) 651-7500
Attorneys for Plaintiff
Ciba Specialty Chemicals Corporation

RLF1-2964548-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> HERCULES, INC. and CYTEC INDUSTRIES, INC., <br><br> Defendants. | ) <br> ) <br> ) C.A. No. 04-293 (KAJ) <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) **REDACTED - PUBLIC VERSION** <br> ) <br> ) <br> ) |

**DECLARATION OF DOUGLAS A. ROBINSON
IN SUPPORT OF CIBA'S OPPOSITION TO HERCULES'
MOTION FOR PARTIAL SUMMARY JUDGMENT HOLDING
THAT HERCULES IS NOT PRECLUDED FROM ASSERTING
INVALIDITY AND UNENFORCEABILITY OF THE PATENTS IN SUIT
BECAUSE OF ALLEGED PRIVITY BETWEEN CYTEC AND HERCULES**

I, Douglas A. Robinson, declare as follows:

1. I am an attorney at law of the State of Illinois and a member of the firm of Leydig, Voit & Mayer, LTD. I am fully competent to make this declaration in support of Ciba's Opposition to Hercules' Motion for Partial Summary Judgment Holding That Hercules Is Not Precluded From Asserting Invalidity And Unenforceability Of The Patents In Suit Because Of Alleged Privity Between Cytec And Hercules. All statements made in this declaration are true and correct.

2. I represent Ciba Specialty Chemicals Corporation. As an attorney for Ciba, I am personally familiar with the litigation, pleadings and discovery history, including document production, in this action

3. Attached hereto as Exhibit 1 is a true and correct copy of "Hercules'

Supplemental Responses to Plaintiff Ciba Specialty Chemicals Corporation's Interrogatory Nos. 4 and 14" dated August 24, 2005.

4. Attached hereto as Exhibit 2 is a true and correct copy of a BetzDearborn Interoffice Memo having the subject "Cytec" and dated May 26, 1998, with attachments and various handwritten notes thereon, bearing Hercules production numbers HERC0070571-87 (collectively PDX 227).

5. Attached hereto as Exhibit 3 is a true and correct copy of a document entitled "Global Polyflex Distributorship Agreement" bearing Hercules production numbers HERC0058390-403 (PDX 226).

6. Attached hereto as Exhibit 4 is a true and correct copy of Hercules production documents bearing Hercules production numbers HERC0070726-49 (collectively PDX 229).

7. Attached hereto as Exhibit 5 is a true and correct copy of a series of email messages as depicted on Hercules production documents bearing Hercules production numbers HERC0070680-81 (collectively PDX 230).

8. Attached hereto as Exhibit 6 is a true and correct copy of a letter from Richard D. Royce to Frank Wiseman dated January 10, 2000 and having handwritten notes thereon, bearing Hercules production number HERC0070632 (PDX 231).

9. Attached hereto as Exhibit 7 is a true and correct copy of a letter from Israel J. Floyd to Renard C. Strautman dated May 9, 2000 and bearing Hercules production number HERC0058313-16 (PDX 233).

10. Attached hereto as Exhibit 8 is a true and correct copy of a document entitled "Asset Purchase Agreement" bearing Ciba production numbers CIBA 021109-83.

11. Attached hereto as Exhibit 9 is a true and correct copy of a Hercules production

document entitled "PPD Acquisition Proposal Project Co-OP" dated August 4, 2000 and bearing Hercules production numbers HERC0061010-23 (PDX 63).

12. Attached hereto as Exhibit 10 is a true and correct copy of a Hercules production document entitled "Project Co-Op" dated May 2, 2000 and bearing Hercules production numbers HERC0011052-73 (PDX 65).

13. Attached hereto as Exhibit 11 is a true and correct copy of the transcript from the deposition of Daniel Michalopoulos held on October 14, 2005.

14. Attached hereto as Exhibit 12 is a true and correct copy of a series of email messages as depicted on Cytec production documents bearing Cytec production numbers CYT0009987-89 (collectively PDX 80).

15. Attached hereto as Exhibit 13 is a true and correct copy of a series of email messages as depicted on Cytec production documents bearing Cytec production numbers CYT0000830-31 (collectively PDX 33).

16. Attached hereto as Exhibit 14 is a true and correct copy of a letter from Lou Rosati to John Harrington dated September 25, 2001 and bearing Ciba production number CIBA 036519 (PDX 245).

17. Attached hereto as Exhibit 15 is a true and correct copy of a letter from Logan A. Jackson to John Harrington dated January 30, 2002 and bearing Ciba production number CIBA 036520 (PDX 247).

18. Attached hereto as Exhibit 16 is a true and correct copy of a Hercules Interoffice Memo from Fushan Zhang entitled "Monthly Report of February 2002" dated February 25, 2002, and an email message transmitting same, bearing Hercules production numbers HERC0071616-17 (collectively PDX 306).

19. Attached hereto as Exhibit 17 is a true and correct copy of the transcript from the deposition of Louis Rosati held on October 12, 2005.

20. Attached hereto as Exhibit 18 is a true and correct copy of a Cytec memorandum from S.M. Chen having as the subject "August Monthly Highlights" dated August 15, 2001 and bearing Cytec production numbers CYT0010139-44 (PDX 81).

21. Attached hereto as Exhibit 19 is a true and correct copy of the transcript from the deposition of Shirley Chen held on October 27, 2005.

22. Attached hereto as Exhibit 20 is a true and correct copy of the transcript from the deposition of Logan A. Jackson, Ph.D. held on August 11, 2005.

23. Attached hereto as Exhibit 21 is true and correct copy of a document entitled "Process Transmittal Polyflex CP Paper Product 3310" dated December 2, 1993, having handwriting thereon and bearing Ciba production numbers CIBA 011356, CIBA 011446-495 (collectively PDX 79).

24. Attached hereto as Exhibit 22 is a true and correct copy of a series of email messages as depicted on Cytec production documents bearing Cytec production numbers CYT0001123-25 (PDX 40).

25. Attached hereto as Exhibit 23 is a true and correct copy of Hercules production documents bearing Hercules production numbers HERC0077000-15 (PDX 185).

26. Attached hereto as Exhibit 24 is a true and correct copy of a document entitled "Process Change Authorization" dated January 17, 2002 and bearing Cytec production numbers CYT0000303-06 (PDX 43).

27. Attached hereto as Exhibit 25 is a true and correct copy of an email message, with attachments, from William S. Carey dated January 14, 2002 and bearing Cytec production

numbers CYT0000232-51 (collectively PDX 42).

28. Attached hereto as Exhibit 26 is a true and correct copy of an email message, with attachment, from John C Harrington dated March 6, 2003 and bearing Hercules production numbers HERC0095078-81 (PDX 293).

29. Attached hereto as Exhibit 27 is a true and correct copy of the transcript from the deposition of John C. Harrington held on October 19, 2005.

30. Attached hereto as Exhibit 28 is a true and correct copy of a series of email messages, with attachments, as depicted on Cytec production documents bearing Cytec production numbers CYT0000653-662 (collectively PDX 53).

31. Attached hereto as Exhibit 29 is a true and correct copy of an email message, with attachment, from John C Harrington dated July 19, 2002, having handwriting thereon and bearing Hercules production numbers HERC0061892-95 (collectively PDX 307).

32. Attached hereto as Exhibit 30 is a true and correct copy of two BetzDearborn Interoffice Memos, one from J.C. Harrington and R.W. Klinzman entitled "Cytec Accurac Polymer and Polyflex Microparticle Evaluations: Executive Summary" dated September 6, 1996 and one from W.L. Freeman entitled "Summary of Polyflex Meeting At Cytec" dated August 27, 1996, bearing Hercules production numbers HERC0070097-127 (collectively PDX 118).

33. Attached hereto as Exhibit 31 is a true and correct copy of Hercules production documents bearing Hercules production numbers HERC0022172-73.

34. Attached hereto as Exhibit 32 is a true and correct copy of a series of email messages as depicted on Cytec production documents bearing Cytec production numbers CYT0006133-34 (collectively PDX 56).

35. Attached hereto as Exhibit 33 is a true and correct copy of a series of email

messages, with attachment, bearing Cytec production numbers CYT0000976-80 (collectively PDX 88).

36. Attached hereto as Exhibit 34 is a true and correct copy of Hercules production document bearing Hercules production numbers HERC0018665-707 (PDX 76).

37. Attached hereto as Exhibit 35 is as true and correct copy of the transcript from the deposition of John J. Mangano held on August 17, 2005.

38. Attached hereto as Exhibit 36 is a true and correct copy of the transcript from the deposition of Brian McCall held on August 18, 2005.

39. Attached hereto as Exhibit 37 is a true and correct copy of "Hercules' Responses and Objections to Plaintiff Ciba Specialty Chemicals Corporation's First Set of Interrogatories (Nos. 1-9)" dated March 2, 2005.

40. Attached hereto as Exhibit 38 is a true and correct copy of a letter, with attachment, from Joann M. Neth to Eley O. Thompson, Esq. dated August 23, 2005.

41. Attached hereto as Exhibit 39 is a true and correct copy of a letter from Joann M. Neth to Eley O. Thompson, Esq. dated September 7, 2005.

42. Attached hereto as Exhibit 40 is a true and correct copy of a letter from Joann M. Neth to Eley O. Thompson, Esq. dated September 8, 2005.

43. Attached hereto as Exhibit 41 is a true and correct copy of a letter, with attachment, from Joan M. Neth to Eley O. Thompson, Esq. dated September 14, 2005.

44. Attached hereto as Exhibit 42 is a true and correct copy of a letter from Joann M. Neth to Eley O. Thompson, Esq. dated September 20, 2005.

45. Attached hereto as Exhibit 43 is a true and correct copy of a letter from Marta E. Gross to Eley O. Thompson, Esq. dated May 24, 2005.

46.  Attached hereto as Exhibit 44 is a true and correct copy of "Cytec's Responses and Objections to Plaintiff Ciba Specialty Chemical Corporation's Second Set of Interrogatories (Nos. 10-11 and 13-14)" dated March 30, 2005.

47.  Attached hereto as Exhibit 45 is a true and correct copy of a compilation of Cytec production documents bearing Cytec production numbers CYT0019267-68; CYT0019305-07; CYT0019344-46; and CYT0019395-98.

48.  Attached hereto as Exhibit 46 is a true and correct copy of Cytec production documents bearing Cytec production numbers CYT0000140-42.

49.  Attached hereto as Exhibit 47 is a true and correct copy of a document entitled "Process Change Authorization" dated March 4, 2002 and having handwriting thereon bearing Cytec production numbers CYT0000299-302 (PDX 49).

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE ABOVE IS TRUE AND CORRECT.

Date: January 27, 2006

_____
Douglas A. Robinson

# EXHIBITS 1-21
# REDACTED

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2006 I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE  19899-0951

I hereby certify that on January 27, 2006, I have Federal Expressed the foregoing document to the following non-registered participants:

Ford F. Farabow, Jr., Esquire
Joann M. Neth, Esquire
A. Neal Seth, Esquire
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
901 New York Avenue, N.W.
Washington, DC  20001-4413

Thomas L. Creel, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY  10022

_____
Steven J. Fineman (#4025)

RLF1-2848132-1

## CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2006 I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE  19899-0951

I hereby certify that on February 3, 2006, I have Federal Expressed the foregoing document to the following non-registered participants:

Ford F. Farabow, Jr., Esquire
Joann M. Neth, Esquire
A. Neal Seth, Esquire
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
901 New York Avenue, N.W.
Washington, DC  20001-4413

Thomas L. Creel, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY  10022

Steven J. Fineman (#4025)