IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | )<br>)<br>)  C.A. No. 04-293 (KAJ)<br>)<br>)  **JURY TRIAL DEMANDED**<br>)<br>)  **REDACTED--**<br>)  **PUBLIC VERSION**<br>)<br>)<br>) |
| Plaintiff, | |
| HERCULES, INC. and CYTEC INDUSTRIES, INC., | |
| Defendants. | |

**DECLARATION OF THOMAS K. MCBRIDE, JR.
IN SUPPORT OF CIBA SPECIALTY CHEMICAL CORPORATION'S
OPPOSITION TO HERCULES' MOTION FOR SUMMARY JUDGMENT
OF NON-INFRINGEMENT**

**VOLUME I**

OF COUNSEL:

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Jeffrey L. Moyer (# 3309)
Moyer@rlf.com
Chad M. Shandler (#3796)
Shandler@rlf.com
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, Delaware 19899-0551
(302) 651-7500
Attorneys for Plaintiff
Ciba Specialty Chemicals Corporation

Dated: February 3, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION,<br><br>                Plaintiff,<br><br>v.<br><br>HERCULES, INC. and CYTEC INDUSTRIES, INC.,<br><br>                Defendants. | C.A. No. 04-293 (KAJ)<br><br>**JURY TRIAL DEMANDED**<br><br>REDACTED - PUBLIC VERSION |

**DECLARATION OF THOMAS K. MCBRIDE JR.
IN SUPPORT OF CIBA SPECIALTY CHEMICAL CORPORATION'S
OPPOSITION TO HERCULES' MOTION FOR SUMMARY JUDGMENT OF NON-
INFRINGEMENT**

I, Thomas K. McBride Jr., declare as follows:

1. I am an attorney at law of the State of Illinois and a member of the firm of Leydig, Voit & Mayer, LTD. I am fully competent to make this declaration in support of Ciba Specialty Chemicals Corporation's Opposition to Hercules' Motion for Summary Judgment of Non-infringement. All statements made in this declaration are true and correct.

2. I represent Ciba Specialty Chemicals Corporation. As an attorney for Ciba, I am personally familiar with the litigation, pleadings and discovery history, including document production, in this action.

3. Attached hereto as Exhibit 1 is a true and correct copy of Hercules Supplemental Responses to Plaintiff Ciba Specialty Chemicals Corporation's Interrogatory Nos. 4 and 14.

4. Attached hereto as Exhibit 2 is a true and correct copy of Cytec's Responses and

Objections to Plaintiff Ciba Specialty Chemicals Corporation's Second Set of Interrogatories (Nos. 10-11 and 13-14).

5. Attached hereto as Exhibit 3 is a true and correct copy of Hercules Responses and Objections to Plaintiff Ciba Specialty Chemical Corporation's First Set of Requests for Admission (Nos. 1-53).

6. Attached hereto as Exhibit 4 is a true and correct copy of the transcript from the deposition of Dan Honig, Ph.D. held on 11/09/05.

7. Attached hereto as Exhibit 5 is a true and correct certified copy of the File Wrapper and Contents of Application Number 07/540,667 for U.S. Patent No. 5,167,766.

8. Attached hereto as Exhibit 6 is a true and correct copy of IUPAC Glossary of Basic Terms in Polymer Science, PURE APPL. CHEM. 1996, vol. 68(12), 2287-2311.

9. Attached hereto as Exhibit 7 is a true and correct copy of Expert Report of Professor Robert G. Gilbert, Ph.D., DDX Gilbert 1.

10. Attached hereto as Exhibit 8 is a true and correct certified copy of the File Wrapper and Contents of Application Number 07/535,626.

11. Attached hereto as Exhibit 9 is a true and correct certified copy of the File Wrapper and Contents of Application 07/803,120 for U.S. Patent No. 5,171,808.

12. Attached hereto as Exhibit 10 is a true and correct copy of U.S. Patent No. 4,147,688 to Makhlouf et al. (CIBA 000400-406).

13. Attached hereto as Exhibit 11 is a true and correct copy of Polymeric Drainage Aid for Alkaline Printing and Writing Grades: Synthesis, PDX 164 (HERC 0052042-058).

14. Attached hereto as Exhibit 12 is a true and correct copy of PDX 333, (Figure drawn by Dr. Prud'homme).

15. Attached hereto as Exhibit 13 is a true and correct copy of the transcript from the deposition of Lev Bromberg, Ph.D. held on 12/15/05.

16. Attached hereto as Exhibit 14 is a true and correct copy of Greenshields PDX 11, Drawing.

17. Attached hereto as Exhibit 15 is a true and correct copy of Hercules Responses and Objections to Plaintiff Ciba Specialty Chemical Corporation's Third Set of Interrogatories (Nos. 15-18).

18. Attached hereto as Exhibit 16 is a true and correct copy of Ciba Specialty Chemical Corporation's Third Supplemental Response to Defendants' Interrogatory No. 3 and Supplemental Responses to Defendants' Second Set of Interrogatories Nos. 8-11.

19. Attached hereto as Exhibit 17 is a true and correct copy of Computational Analysis of Hypermer Bonding and Extraction, PDX 10 (HERC 0015082-084).

20. Attached hereto as Exhibit 18 is a true and correct copy of PDX 325 (HERC 0073680-685), PDX 326 (HERC 0083538), PDX 327 (HERC 0099740-746), PDX329 (HERC 0099736-739).

21. Attached hereto as Exhibit 19 is a true and correct copy of the transcript from the deposition of Alan Bleier, Ph.D., held on 10/24/2005.

22. Attached hereto as Exhibit 20 is a true and correct copy of U.S. Patent Application 2004/0102528 A1 to Walchuk et al., PDX 9 (HERC 0015647-659).

23. Attached hereto as Exhibit 21 is a true and correct copy of Supplemental Expert Report of Robert G. Gilbert, Ph.D., DDX Gilbert 3.

24. Attached hereto as Exhibit 22 is a true and correct copy of Lehigh University Review Meeting of October 29, 2003, PDX 13 (HERC 0058490-491).

I DECLARE UNDER THE PENALTY OF PERJURY THAT

THE ABOVE IS TRUE AND CORRECT.

Date: January 27, 2006

_____
Thomas K. McBride Jr.