-19-

methylenebisacrylamide with a particle diameter of 1,000~2,000*nm; SV-1.64 mPa.s.

40 AA/60 MBA: A microbead dispersion of a copolymer of 40 mole % of ammonium acrylate and 60 mole % of N,N'-methylenebisacrylamide (MBA) with a particle diameter of 220*nm.

30 AA/70 AMD/349 ppm MBA: A microemulsion copolymer of 30 mole % of sodium acrylate and 70 mole % of acrylamide crosslinked with 349 ppm of N,N'-methylenebisacrylanide (MBA) of 130*nm particle diameter, SV-1.17 to 1.19 mPa.s

30 AA/70 AMD/749 ppm MBA: A microemulsion copolymer of 30 mole % of sodium acrylate and 70 mole % of acrylamide crosslinked with 749 ppm of N,N'-methylenebisacrylamide (MBA), Sv-1.06 mPa.s.

60 AA/40 AMD/1,381 ppm MBA: A microemulsion copolymer of 60 mole % of sodium acrylate and 40 mole % of acrylamide crosslinked with 1,381 ppm of N,N'-methylene-bis acrylamide (MBA) of 120*nm particle diameter; SV-1.10 mPa.s.

30 APS/70 AMD/995 ppm MBA: A microemulsion copolymer of 30 mole % of sodium 2-acrylamido-2-methylpropane sulfonate and 70 mole % of acrylamide cross-linked with 995 ppm of methylenebisacrylamide (MBA); SV-1.37 mPa.s.

30 AA/70 AMD/1000 ppm MBA/ 2% SURFACTANT (TOTAL EMULSION): A microemulsion copolymer of 30 mole % of sodium acrylate and 70 mole % of acrylamide crosslinked with 1,000 ppm of N,N'-methylenebisacrylamide with 2% diethanolamide oleate and 464*nm particle diameter.

CIBA 038806

-21-

ice water is removed when cooling is no longer required. The nitrogen is continued for one hour. The total polymerization time is 2.5 hours.

For purposes of use in the instant process, the polymer may be recovered from the emulsion by stripping or by adding the emulsion to a solvent which precipitates the polymer, e.g. isopropanol, filtering off the resultant solids, and redispersing in water for use in the papermaking process. The precipitated polymer microbeads may be dried before redispersion in water.

Alternatively, the microemulsion per se may also be directly dispersed in water. Depending on the surfactant and levels used in the microemulsion, dispersion in water may require using a high hydrophilic lipopilic balance (HLB) inverting surfactant such as ethoxylated alcohols; polyoxyethlated sorbitol hexaoleate; diethanolamine oleate; ethoxylated laurel sulfate et. as in known in the art.

The concentration of the microbeads in the above-described redispersion procedures is similar to that used with other thin stock additives, the initial dispersion being at least 0.1%, by weight. The dispersion may be redituted 5-10 fold just before addition to the papermaking process.

### Preparation of Cationic Organic
### Microbead 40 AETMAC/60 AMD/100 ppm
### MBA - 100 nm By microemulsion Polymerization

An aqueous phase containing 21.3 parts, by weight of acrylamide, 51.7 parts of a 75% acryloxy-ethyltrimethyl ammonium chloride solution, 0.07 part of 10% diethylenetriamine pentaacetate (penta sodium salt), 0.7 part of 1% t-butyl hydroperoxide and 0.06 part of methylenebisacrylamide dissolved in 65.7 parts of deionized water is prepared. The pH is adjusted to 3.5 (±0.1). An oil phase composed of 8.4 parts of sorbitan sesquioleate, 51.6 parts of polyoxyethylene sorbitol

CIBA 038807

-22-

hexaoleate dissolved in 170 parts of a low odor paraffin oil is prepared. The aqueous and oil phase are mixed together in an air tight polymerization reactor fitted with a nitrogen sparge tube, thermometer and activator addition tube. The resultant clear microemulsion is sparged with nitrogen for 30 minutes and the temperature is adjusted to $27.5^{\circ}$C. Gaseous sulfur dioxide activator is then added by bubbling nitrogen through a solution of sodium metabisulfite. The polymerization is allowed to exotherm to its maximum temperature (about $52^{\circ}$C) and then cooled to $25^{\circ}$C.

The particle diameter of the resultant polymer microbead is found to be 100 nm. The unswollen number average particle diameter in nanometers (nm) is determined by quasi-elastic light scattering spectroscopy (QELS). The SV is 1.72 mPa.s.

## Preparation of Cationic Organic Inverse Emulsion 40 AETMAC/60 AMD/100 ppm MBA 1,000 nm by Inverse Emulsion Polymerization

An aqueous phase is made by dissolving 87.0 parts of commercial, crystal acrylamide (AMD), 210.7 parts of a 75% acryloxyethyltrimethylammonium chloride (AETMAC) solution, 4.1 parts of ammonium sulfate, 4.9 parts of a 5% ethylene diaminetetraacetic acid (disodium salt) solution, 0.245 part (1000 wppm) of methylenebisacrylamide (MBA) and 2.56 parts of t-butyl hydroperoxide into 189 parts of deionized water. The pH is adjusted to 3.5 ($\pm$0.1) with sulfuric acid.

The oil phase is made by dissolving 12.0 gms of sorbitan monooleate into 173 parts of a low odor paraffin oil.

The aqueous phase and oil phase are mixed together and homogenized until the particle size is in the 1.0 micron range.

CIBA 038808

-23-

The emulsion is then transferred to a one liter, three-necked, creased flask equipped with an agitator, nitrogen sparge tube, sodium metabisulfite activator feed line and a thermometer.

The emulsion is agitated, sparged with nitrogen and the temperature adjusted to $25^\circ$C. After the emulsion is sparged 30 minutes, 0.8% sodium metabisulfite (MBS) activator solution is added at a 0.028 ml/minute rate. The polymerization is allowed to exotherm and the temperature is controlled with ice water. When cooling is no longer needed, the 0.8% MBS activator solution/addition rate is increased and a heating mantle is used to maintain the temperature. The total polymerization time takes approximately 4 to 5 hours using 11 mls of MBS activator. The finished emulsion product is then cooled to $25^\circ$C.

The particle diameter is found to be 1,000 nm. The unswollen number average particle diameter in nanometers is determined by the quasi-elastic light scattering spectroscopy (QELS). The SV is 1.24 mPa.s.

## EXAMPLE 1

Using the paper-making procedure described above, the drainage times are measured on 1) alkaline stock containing 5% $CaCO_3$, alone, 2) the same stock with added linear, high molecular weight cationic copolymer of 10 mole % acryloxyethyltrimethylammonium chloride and 90 mole % of acrylamide (10 AETMAC/90 AMD) and 3) the same stock with added cationic copolymer and anionic microbead made from 30 mole % acrylic acid 70 mole % of acrylamide (30 AA/70 AMD) and cross-linked with 349 ppm of methylenebisacrylamide (MBA) of 130 nm particle diameter and added as a redispersed 0.02% aqueous solution. The results are shown in Table I, below.

CIBA 038809

-24-

TABLE I

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 88.4 |
| -2- | -0- | 62.3 |
| -2- | 0.5 | 37.5 |

The addition of cationic polymer reduces drainage time from 88.4 to 62.3 seconds. Surprisingly microbeads reduce the drainage times by another 24.8 seconds to 37.5 seconds, a 39.8% reduction which is a significant improvement in drainage times.

EXAMPLE 2

The alkaline furnish used in this example contains 5.0 lbs/ton of cationic starch. To this furnish is added to following additives as described in Example 1. Drainage times are then measured and reported in Table II, below.

TABLE III

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 121.9 |
| 1 - 10 AETMAC/90 AMD | -0- | 89.6 |
| 1 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm - 130 nm | 57.8 |

In the presence of a mixture of high molecular weight cationic polymer and, cationic starch, anionic polymer microbeads greatly improves drainage.

CIBA 038810

-25-

EXAMPLE 3

Following the procedure of Example 1, various other comparative runs are made using a second alkaline stock containing 10 lbs/ton of cationic starch, and bentonite, as disclosed in U.S. Patent 4,753,710, in order to show the benefits of the use of organic microbeads in accordance with the invention hereof. The results are shown in Table III, below.

TABLE III

| Cationic Polymer lbs/Ton | Anionic Micro-Particle (lbs./Ton) | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 132.3 |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 53.1 |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 55.1 |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 100AA-1985 ppm MBA-80 nm | 65.1 |
| 1.0 - 55 AETMAC/45 AMD | 5.0 - Bentonite | 76.4 |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 55.4 |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 60 AA/40 AMD/ 1,381 ppm MBA - 120 nm | 45.7 |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 100AA-1985 ppm MBA | 48.6 |

When the 10% cationic polymer AETMAC/AMD (10/90) is used in conjunction with 5.0 lbs. of bentonite, similar drainage results to those obtained using only 0.5 lb. of 30% anionic microbead AA/AMD (30/70) in place of the bentonite, are obtained. With a 55% cationicity polymer, bentonite gives a slower drainage rate of 76.4 seconds and the 30% anionic microbead about the same drainage rate of 55.4 seconds. With the higher cationicity polymer (55%) and 0.5 lbs/ton of a high anionicity microbead, AA/AMD (60/40) a far superior drainage time of 45.7 seconds is obtained, using far less additive.

CIBA 038811

—26—

### EXAMPLE 4

An alkaline paper stock containing 10 pounds/ton of cationic starch is treated as described in Example 1. The results are shown in Table IV, below.

#### TABLE IV

| Cationic Polymer lbs/Ton | Anionic Micro-particle lbs/Ton | Drainage in Seconds |
|---|---|---|
| –0– | –0– | 115.8 |
| 0.5 – 10 AETMAC/90 AMD | –0– | 83.5 |
| 0.5 – 10 AETMAC/90 AMD | 5.0 – Bentonite | 51.1 |
| 0.5 – 10 AETMAC/90 AMD | 0.5 – 30 AA/70 AMD/ 349 ppm MBA – 130 nm | 57.3 |
| 0.5 – 55 AETMAC/45 AMD | 0.5 – 60 AA/40 AMD/ 1,381 ppm – 120 nm | 46.1 |
| 1.0 – 10 AETMAC/90 AMD | 5.0 – Bentonite | 42 |
| 1.0 – 55 AETMAC/45 AMD | 0.5 – 60 AA/40 AMD/ 1,381 ppm EMA – 120 nm | 38.9 |

The combination of 0.5 lb/ton of cationic polymer and 5.0 lbs/ton of bentonite gives a good drainage of 51.5 seconds, somewhat better than the 0.5 lb of 30% anionicity microbeads, i.e. 57.3 seconds. However, bentonite is inferior to the results achieved using 0.5 lb/ton of a higher (60%) anionicity polymer, i.e. of 46.1 seconds. Increasing the amount of cationic polymer to 1.0 lb/ton results in improved bentonite and 60% anionic polymer microbead times of 42 and 38.9 seconds, however, the microbead results are again superior.

### EXAMPLE 5

The procedure of Example 1 is again followed except that first pass retention values are measured. The organic anionic microbead is compared at a 0.5 lbs/ton rate to 2.0 lbs/ton of silica and 5.0 lbs/ton of bentonite in an alkaline paper stock as known in the

CIBA 038812

-27-

art. The organic, 30% anionic polymer microbeads give the best retention values at a lower concentration, as shown in Table V, below.

### TABLE V

| Cationic Polymer lbs/Ton | Anionic Micro-bead lbs/Ton | Fines First Pass Retention in % |
|---|---|---|
| 2.0 – 10 AEIMAC/90 AMD | -0- | 50.3 |
| 2.0 – 10 AEIMAC/90 AMD | 2.0 – Silica- 5 nm | 55.3 |
| 2.0 – 10 AEIMAC/90 AMD | 5.0 – Bentonite | 55.8 |
| 2.0 – 10 AEIMAC/90 AMD | 0.5 – 30 AA/70 AMD/ 749 ppm MBA | 59.2 |

### EXAMPLE 6

The procedure of Example 1 is again followed except that alum is added to the stock immediately before the cationic polymer. The test furnish is alkaline stock containing 5.0 lbs/ton of cationic starch and 25% $CaCO_3$. The results are set forth below in Table VI.

### TABLE VI

| Cationic Polymer lbs/Ton | Anionic Micro-bead-lbs/ton | Drainage in Seconds |
|---|---|---|
| **5lbs/ton Alum** | | |
| 0.5 – 10 AEIMAC/90 AMD | 5 – Bentonite | 46.1 |
| 0.5 – 10 AEIMAC/90 AMD | 0.5 – 30 AMD/ 349 ppm MBA –130 nm | 39.9 |
| **10 lbs/ton Alum** | | |
| 1 – 10 AEIMAC/90 AMD | 5 – Bentonite | 33.5 |
| 1 – 10 AEIMAC/90 AMD | 0.5 – 30 AA/70 AMD/ 349 ppm – 130 nm | 29.6 |

CIBA 038813

-28-

The alum-treated furnish which is contracted with the polymer microbead has a faster drainage rate than that treated with 10 times as much bentonite. In a comparative test using 0.5 lb of 10 AETMAC/90 AMD and 5.0 lbs bentonite without alum, an equivalent drainage time of 46.1 seconds, is achieved.

### EXAMPLE 7

This example demonstrates the greater efficiency of the anionic organic polymer microbeads of the present invention used with alum as compared to bentonite alone. This efficiency is not only attained using a significantly lower anionic microbead dose but, also enable the use of a lower amount of cationic polymer. The furnish is alkaline and contains 5.0 lbs/ton of cationic starch. The procedure of Example 1 is again used. The results are shown in Table VII, below.

#### TABLE VII

| Cationic Polymer lbs/Ton | Alum* lbs/ton | Anionic Microbead lbs/ton | Drainage in Seconds |
|---|---|---|---|
| -0- | -0- | -0- | 103.4 |
| 0.5 - 10 AETMAC/90 AMD | -0- | -0- | 87.5 |
| 0.5 - 10 AETMAC/90 AMD | 5 | -0- | 76.4 |
| 0.5 - 10 AETMAC/90 AMD | 5 | 0.25 - 30 AA/ 70 AMD/349 ppm MBA -130 nm | 51.1 |
| 0.5 - 10 AETMAC/90 AMD | 5 | 0.50 - 30 AA/70 AMD 349 ppm MBA-13 nm | 40.6 |
| 0.5 - 10 AETMAC/90 AMD | -0- | 5 - Bentonita | 51.6 |
| 1.0 - 10 AETMAC/90 AMD | -0- | 5 - Bentonite | 40.2 |

* Alum is added immediately before the cationic polymer.

CIBA 038814

-29-

Thus, at a 0.5 lb. cationic polymer addition level, the anionic organic microbeads used with alum are approximately 20 fold more efficient than bentonite used alone (0.25 lb. vs. 5.0 lbs.). The cationic polymer level can be reduced in half (0.50 lb. vs. 1.0 lb.) compared to bentonite when the microbead level is raised to 0.50 lb., which is 10 fold lower than the bentonite dose.

### EXAMPLE 8

The procedure of Example 7 is again followed except that polyaluminum chloride is used in place of alum. As can be seen, in Table VIII, equivalent results are achieved.

#### TABLE VIII

| Cationic Polymer lbs/Ton | Aluminum Salt lbs/Ton | Anionic Micro bead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.5 - 10 AETMAC/90 AMD | -0- | Bentonite | 57.5 |
| 0.5 - 10 AETMAC/90 AMD | 5-Alum | 0.5 - 30 AA/ 70 AMD/349 ppm -130 nm | 41.5 |
| 0.5 - 10 AETMAC/90 AMD | 8.5 Poly- aluminum Chloride (5.0 lbs alum (equivalent) | 0.5 - 30 AA/ 70 AMD/349 ppm -130 nm | 42.0 |

### EXAMPLE 9

To a batch of alkaline paper stock is added cationic starch. The drainage time is measured after addition of the following additives set forth in Table IX, below. The procedure of Example 1 is again used.

#### TABLE IX

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage (Sec.) 5.0 lbs/Ton Starch | Drainage (Sec.) 10 lbs/Ton Starch |
|---|---|---|---|
| 0.5 - 10 AETMAC/90 AMD | 5 - Bentonite | 46.9 | 50.9 |
| 0.5 - 10 AETMAC/90 AMD plus 5 lbs Alum | 0.5 - 30 AA/ 70 AMD/349 ppm MBA - 130 nm | 34.0 | 32.7 |

C = Comparative Test

CIBA 038815

-30-

The alum/polymer microbead combination gives better drainage rates than the polymer/bentonite combination without alum.

### EXAMPLE 10

First pass retention is measured on an alkaline furnish containing 5.0 lbs/ton of starch to which the additives of Table X, below, are added.

### TABLE X

| Microbead lbs/Ton | Fines First Pass Retention 10 AETMAC/90 AMD (lbs/Ton) | | |
|---|---|---|---|
| | 0.5 | 1.0 | 2.0 |
| 5.0 – Bentonite | 39.9% | 41.6% | 46.8% |
| *5.0 – 30 AA/70 AMD/349 ppm MBA –130 nm | 39.9% | 44.4% | 48.5% |

The microbead and bentonite give similar retentions with 0.5 lb/ton of cationic polymer but with higher concentrations of polymer better retention is obtained with the microbeads.

*With the anionic polymer microbead 5.0 lbs./ton of alum is added with the cationic polymer.

### EXAMPLE 11

Another alkaline paper furnish containing 5 lbs/ton of cationic starch and 2.5 lbs/ton of alum to which the additives of Table XI are added as in Example 10, is treated.

### TABLE XI

| Anionic Microbead lbs/Ton | Fines First Pass Retention 10 AETMAC/90 AMD (lbs/Ton) | |
|---|---|---|
| | 0.5 | 1.0 |
| 5 – Bentonite | 34.6% | 42.3% |
| 7 – Bentonite | – | 43.1% |
| 0.25 – 30 AA/70 AMD/ 349 ppm MBA – 130 nm | 35.7% | 43.4% |
| 0.5 – 30 AA/70 AMD/ 349 ppm MBA – 130 nm | 38.7% | 44.6% |

CIBA 038816

-31-

A significant reduction in the dosages of polymeric microbead results in equivalent or superior retention properties.

### EXAMPLE 12

Lower molecular weight, cationic, non-acrylamide based polymers are used in papermaking and in this example the effect of anionic microbeads on the performance of a polyamine of said class is set forth. To an alkaline furnish containing 5 lbs/ton of cationic, starch is added 1.0 lb/ton of a cationic polymeric polymer of 50 mole % epichlorohydrin, 47 mole % dimethylamine and 3.0 mole % ethylenediamine of 250,000 mol. wt. The polyamine is used alone and in combination with 0.5 lbs/ton of microbead copolymer of 60% acrylic acid and 40% acrylamide cross linked with 1,381 ppm of methylenebisacrylamide and having 120 nm diameter particle size. From the data of Table XII it is seen that addition of the highly effective organic microbead cuts drainage time in half from 128.1 to 64.2 seconds.

### TABLE XII

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|
| -0- | -0- | 138.8 |
| -1- | -0- | 128.1 |
| -1- | 0.5 | 64.2 |

CIBA 038817

-32-

### EXAMPLE 13

In order to evaluate the use of microbeads on mill stock, a test is run on stock from a commercial paper mill. The paper stock consists of 40% hardwood/30% soft wood/30% broke containing 12% calcium carbonate, 4% clay, and 2.5 lbs/ton of alkyl succinic anhydride (ASA) synthetic size emulsified with 10 lbs/ton cationic potato starch. An additional 6 lbs/ton of cationic potato starch and 6 lbs/ton of alum are also added to this stock. The additives listed in Table XIII, below, are added and drainage times are measured, as in Example 1.

#### TABLE XIII

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|
| -0- | -0- | 153.7 |
| 0.5 – 10 AETMAC/90 AMD | -0- | 112.8 |
| 0.5 – 10 AETMAC/90 AMD | 5.0 – Bentonite | 80.3 |
| 0.5 – 10 AETMAC/90 AMD | 0.25 – 30 AA/ 70 AMD –349 ppm MBA – 130 nm | 69.6 |
| 0.5 – 10 AETMAC/90 AMD | 0.5 – 30 AA/ 70 AMD – 349 ppm MBA – 130 nm | 57.5 |
| 1.0 – 10 AETMAC/90 AMD | 5.0 – Bentonite | 71.9 |
| 1.0 – 10 AETMAC/90 AMD | 0.5 – 30 AA/ 70 AMD – 349 ppm MBA – 130 nm | 49.1 |

The paper stock from the above run has a 153.7 second drainage time. Significant reduction of drainage time to 80.3 seconds is achieved with 0.5 lb/ton of high molecular weight, cationic polymer and 5 lbs/ton of bentonite. Replacement of the bentonite with a mere 0.25 lb/ton of organic anionic microbeads reduces

CIBA 038818

-33-

drainage time another 10.7 seconds to 69.9 seconds. Thus, the microbeads at 1/20 the concentration give a superior drainage time to bentonite. The use of 0.5 lb/ton of the microbeads reduces the the drainage time to 57.5 seconds. This is 22.8 seconds faster than ten times the weight of bentonite.

When testing is carried out using 1.0 lb/ton of cationic polymer and 5.0 lbs/ton of bentonite, drainage time is 71.9 seconds. However, when the test is performed with 0.5 lb of microbeads, the drainage time is 49.1 seconds which is 22.8 seconds faster than bentonite with one tenth the amount of microbead.

EXAMPLE 14

The effect of using a cationic polymer of a lower charge density is investigated on the paper stock that was used in proceeding Example 13 and shown in Table XIV. The cationic polymer used, 5 AETMAC/95 AMD, has one half the charge density as that of 10 AETMAC/90 AMD that was used in Example 13. All else remains the same.

TABLE XIV

| Cationic Polymer lbs/Ton | Additional Alum* lbs/Ton | Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.5 – 5 AETMAC/95 AMD | –0– | –0– | 94.7 |
| 0.5 – 5 AETMAC/95 AMD | –0– | 5 – Bentonite | 51.4 |
| 0.5 – 5 AETMAC/95 AMD | 2.5 | 5 – Bentonite | 56.7 |
| 0.5 – 5 AETMAC/95 AMD | –0– | 0.5 – 30 AA/70 AMD/ 349 ppm MBA–130 nm | 48.7 |
| 0.5 – 5 AETMAC/95 AMD | 2.5 | 0.5 – 30 AA/ 70 AMD/349 ppm MBA –130 nm | 39.5 |

* Alum is added immediately before the cationic polymer.

CIBA 038819

-34-

The superiority of 1/10th the amount of polymeric microbead to bentonite is evident with a lower charge cationic polymer also.   Furthermore, the drainage time of cationic polymer and bentonite did not improve but decreased by 5.3 sec. on further addition of 2.5 lbs/ton of alum.

### EXAMPLE 15

The effect of changing the amount of starch on drainage time is measured by not incorporating the 6.0 lbs/ton of additional starch added to the furnish in Example 13 using the same stock .  The results are shown in Table XV.

#### TABLE XV

| Cationic Polymer lbs/Ton | Additional Alum* lbs/Ton | Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.5 – 5 AETMAC/95 AMD | –0– | 5 Bentonite | 45.9 |
| 0.5 – 5 AETMAC/95 AMD | –0– | 0.5 – 30 AA/70 AMD/ 349 ppm MBA – 130 nm | 39.5 |
| 0.5 – 5 AETMAC/95 AMD | –2.5 | 0.5 – 30 AA/70 AMD/ 349 ppm MBA – 130 nm | 29.5 |

* Alum is added immediately before the cationic polymer.

### EXAMPLE 16

To evaluate the effect of the charge density of the cationic polymer on retention, to the furnish of Example 13, are added the additives shown in Table XVI.  First pass retention values are measured, as in Example 5.

#### TABLE XVI

| Alum* lbs/Ton | Microbead lbs/Ton | 10 AETMAC/90 AMD 0.5 lbs/Ton % Retention | 5 AETMAC/95 AMD 0.5 lbs/Ton % Retention |
|---|---|---|---|
| –0– | –0– | 36% | 30.9% |
| –0– | 5 – Bentonite | 32.4% | 39.6% |
| 2.5 | 0.5 – 30 AA/70 AMD/ | 45.1% | 49.1% |

CIBA 038820

-35-

Table XVII (Cont'd)

349 ppm MBA -130 nm

| | | at 1.0 lbs/Ton % Retention | at 1.0 lbs/Ton % Retention |
|---|---|---|---|
| -0- | 5 - Bentonite | 45.1 | 42.5 |
| 2.5 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 51.3 | 57.1 |

* Alum is added immediately before the cationic polymer.

Polymer microbeads are shown to be effective when used with high molecular weight, cationic polymers of lower charge density.

EXAMPLE 17

A stock is taken from a second commercial mill. It is a goal of this example to demonstrate that microbeads/alum give equivalent drainage times to those of current commercial systems. The mill stock consists of 45% deinked secondary fiber/25% softwood/30% broke containing 15% calcium carbonate and 3.0 lbs/ton of alkyl ketene dimer synthetic size emulsified with 10 lbs/ton of cationic starch. A second portion of 10 lbs of cationic starch is added to the thick stock and the ingredients listed in Table XVII, below are added to the furnish, as described in Example 1.

TABLE XVII

| Cationic Polymer lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Drainage In - Seconds |
|---|---|---|---|
| 0.6 10 AETAC/90AMD | -0- | 5 - Bentonite | 158.2 sec. |
| 0.6 10 AETMAC/90 AMD | -5.0 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA -130 nm | 141.6 sec. |

* Alum is added immediately before the cationic polymer.

-36-

The microbeads/alum gives a faster drainage rate than the commercial bentonite system used in the mills routine production of paper. Other experimental runs result in lesser conclusive effectiveness with this pulp.

### EXAMPLE 18

Microbead retention efficiency is evaluated on papers made using a pilot Fourdrinier papermaking machine. The paper stock consists of pulp made from 70% hardwood and 30% softwood containing 25% calcium carbonate and 5 lbs/ton of cationic starch. The additives in the Table XVIII, below, are placed into the furnish in successive runs and first pass retention percentages are measured. A 46 lb base weight paper is made.

The cationic, high molecular weight polymer is added just before the fan pump, the anionic microbead is added just before the pressure screen and alum, when added, is added just before the cationic polymer. Results are set forth in Table XVIII, below.

### TABLE XVIII

| Cationic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Ash-First Retention % |
|---|---|---|---|
| -0- | -0- | -0- | 34.4% |
| 0.6 – 10 AETMAC/90 AMD | -0- | 7.0 – Bentonite | 61.3% |
| 0.6 – 10 AETMAC/90 AMD | 2.5 | 0.25 – 30 AA/ 70 AMD/349 ppm MBA – 150 nm SV-1.32 | 62.7% |
| 0.6 – 10 AETMAC/90 AMD | 2.5 | 0.50 – 30 AA/ 70 AMD/349 ppm MBA – 150 nm SV-1.32 | 67.0% |

CIBA 038822

-37-

In this example, the combination of 0.5 lb/ton of microbeads and 2.5 lbs/ton of alum results in a 5.7% superior retention over 7.0 lbs/ton of bentonite alone. The 7.0 lbs/ton of bentonite is about equal to the combination of 0.25 lbs of beads and 2.5 lbs/ton of alum in retention properties, a significant dosage reduction.

### EXAMPLE 19

The same pilot paper machine and paper stock that was used in Example 18 is again used except that a 55 lb "basis weight" paper is made. Additives in Table XIX, below, are mixed into the furnish as in the preceding example on successive runs and retention values are measured.

### TABLE XIX

| Cationic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Ash-First Pass Retention % |
|---|---|---|---|
| -0- | -0- | -0- | 39.3% |
| 0.6 – 10 AETMAC/90 AMD | -0- | -0- | 39.4% |
| 0.6 – 10 AETMAC/90 AMD | -0- | 7.0 Bentonite | 74.6% |
| 0.6 – 10 AETMAC/90 AMD | 2.5 | 0.5 – 30 AA/ 70 AMD/349 ppm MBA – 150 nm SV-1.32 | 74.5% |
| 0.6 – 10 AETMAC/90 AMD | 5.0 | 0.5 – 30 AA/ 70 AMD/349 ppm MBA – 150 nm SV-1.32 | 74.7% |

In comparing the heavier (55 lb) basis weight paper of Example 19 to that of Example 18 (46 lb), under all conditions, the heavier paper has better retention. With the heavier paper there is no significant difference in retention between the paper prepared with



CIBA 038823

—38—

bentonite alone and that prepared with microbeads and either 2.5 lbs or 5 lbs of alum, except the significant dosage reduction i.e. 7lbs. vs. 0.5 lb.

### EXAMPLE 20

The effect of microbead on paper formation is evaluated by treatment of an alkaline furnish containing 5.0 lbs/ton of starch with the additives listed in Table XX, below, as described in Example 18.

TABLE XX

| Cationic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Paprican* Microscanner SP/RMS Ratio |
|---|---|---|---|
| 1 – 10 AETMAC/90 AMD | -0- | 5 – Bentonite | 66 |
| 1 – 10 AETMAC/90 AMD | -0- | 1 – 30AA/70 AMD/ 349ppm MBA– 130nm | 69 |

*Paper formation is measured on hand sheets in the Paprican micro-scanner as described by R. H. Trepanier, Tappi Journal, December pg. 153, 1989. The results indicate that the microbead treated paper has better formation at a lower dosage than the bentonite treated paper as the larger number signifies better formation.

### EXAMPLE 21

Using the paper stock of Example 20, except that the cationic starch concentration is increased to 10 lbs/ton, formation is measured on paper made with the additives set forth in Table XXI.

-39-

## TABLE XXI

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Paprican Microscanner SP/RMS Ratio | Drainage Sec. |
|---|---|---|---|
| 1 - 10 AETMAC/90 AMD | 5 - Bentonite | 73 | 42 |
| 1 - 55 AETMAC/45 AMD | 0.5 - 60 AA/40 AMD/ 1,381 ppm MBA | 81 | 38.9 |
| 1 - 55 AETMAC/45 AMD | 1.0 - 60 AA/40 AMD/ 1,381 ppm MBA | 77 | 33.5 |

CIBA 038825

-40-

Microbeads give superior hand sheet paper formation and better drainage times compared to bentonite, and at a lower dosage.

### EXAMPLE 22

5    To an alkaline furnish containing 5-lbs of cationic starch, the ingredients set forth in Table XXII are added to the furnish of Example 21 and formation is observed visually on the paper hand sheets, produced thereby.

10

15

20

25

30

35

CIBA 038826

-41-

## TABLE XXII

| Cationic Polymer lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Visual Formation | Drainage Sec. |
|---|---|---|---|---|
| 0.5 - 10 AETMAC/90 AMD | -0- | -0- | A | 87.8 |
| 0.5 - 10 AETMAC/90 AMD | -0- | 5 - Bentonite | A | 57.5 |
| 0.5 - 10 AETMAC/90 AMD | 2.5 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA -130 nm | A | 47.8 |
| 1.0 - 10 AETMAC/90 AMD | -0- | 5.0 - Bentonite | B | 49.2 |
| 1.0 - 10 AETMAC/90 AMD | 2.5 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | B | 39.8 |

* Alum is added immediately before the cationic polymer.

CIBA 038827

-42-

Hand sheets from the first three samples have equivalent formation (A) by visual observation. The last two samples (B) themselves have equivalent formation by visual observation but their formation is not as good as the first three sheets. The experiment shows the superior drainage times are achieved with a microbead alum combination with equivalent visual paper formation as compared to bentonite, above, at higher dosage.

### EXAMPLE 23

In order to evaluate a different type of anionic microparticle, three different particle sizes of hydrophobic polystyrene microbeads, stabilized by sulfate charges, are added to an alkaline paper stock containing 25% $CaCO_3$ and 5 lbs/ton of cationic starch in the furnish. Table XXIII sets forth the additives used and drainage times measured.

### TABLE XXIII

| Cationic Polymer lbs/Ton | Anionic Polystyrene Microbeads lbs/Ton | Drainage Sec. |
|---|---|---|
| -0- | -0- | 103.9 Sec. |
| 1.0 – 10 AETMAC/90 AMD | -0- | 91.6 Sec. |
| 1.0 – 10 AETMAC/90 AMD | 5.0 – Polystyrene beads- 98 nm | 79.8 Sec. |
| 1.0 – 10 AETMAC/90 AMD | 5.0 – Polystyrene beads – 30 nm | 49.9 Sec. |
| 1.0 – 10 AETMAC/90 AMD | 5.0 – Polystyrene beads – 22 nm | 42.2 Sec. |

It is noted that all three anionic polystryene microbeads improved drainage time over the cationic polymer alone with the smallest bead being the most effective.

The results indicate that noncross-linked, polymeric, water-insoluble microbeads are effective in increasing drainage rates.

CIBA 038828

-43-

### EXAMPLE 24

A 30 nm polystyrene bead is compared to bentonite in performance using the alkaline paper stock containing 5.0 lbs/ton of cationic starch, above described in Example 22. Results are set forth in Table XXIV.

#### TABLE XXIV

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage Sec. |
|---|---|---|
| 1.0 – 10 AEIMAC/90 AMD | -0- | 70.9 Sec. |
| 1.0 – 10 AEIMAC/90 AMD | 5.0 – Bentonite | 28.5 Sec. |
| 1.0 – 10 AEIMAC/90 AMD | 5.0 – Polystyrene Beads – 30nm | 30.5 Sec. |

The results indicate that the 30nm polystyrene is substantially equivalent to bentonite.

### EXAMPLE 25

Microbead size of anionic polymer is studied by measuring drainage rates on the alkaline paper stock of Example 23 to which the additives of Table XXV are added. Results are specified therein.

#### TABLE XXV

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage Sec. |
|---|---|---|
| 1.0 – 10 AEIMAC/90 AMD | -0- | 106.8 Sec. |
| 1.0 – 10 AEIMAC/90 AMD | 0.5 – 30 AA/70 AMD/ 349 ppm BMA – 130 nm | 72.2 Sec. |
| 1.0 – 10 AEIMAC/90 AMD | 2.0 – 40 AA/60 MBA –220 nm | 71.7 Sec. |
| 1.0 – 10 AEIMAC/90 AMD | 0.5 – 30 AA/70 AMD/ 50 ppm MBA – 1,000–2,000 nm | 98.9 Sec. |
| 1.0 – 10 AEIMAC/90 AMD | 2.0 – 30 AA/70 AMD/ 50 ppm MBA– 1,000–2,000 nm | 103.6 Sec. |

CIBA 038829

-44-

Both the 130 nm and 220 nm in diameter microbeads reduce drainage times over that of stock without microbeads by 33%. However, when the diameter of the anionic microbead is increased to 1,000 to 2,000 nm, drainage is not significantly effected.

### EXAMPLE 26

Using the same paper stock as in Example 22 the ingredients shown in Table XXVI are added in successive order, as in the previous examples. The results are specified.

### TABLE XXVI

| Cationic Polymer lbs/Ton | Anionic Microbeads lbs/Ton | Drainage Sec. |
|---|---|---|
| -0- | -0- | 135.6 Sec. |
| 1.0 - 55 AETMAC/45 AMD | -0- | 99.6 Sec. |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 30 AA/70 AMD 1000 ppm MBA- 2% surfactant -464 nm | 86.7 Sec. |
| 1.0 - 55 AETMAC/45 AMD | 0.5 lbs 30 AA/70 AMD/ 1,000 ppm MBA- 4% surfactant -149 nm | 59.3 Sec. |
| 1.0 - 55 AETMAC/45 AMD | 0.5 lbs 30 AA/70 AMD/ 1,000 ppm MBA- 8% surfactant 106 nm | 54.5 Sec. |

Increased drainage rate is achieved as the microbead becomes smaller. Compared to the drainage time of 99.6 seconds without microbeads, the 464nm microbead results in a 12.9% reduction and the 149nm microbead a 40% reduction, showing the effect of small diameter organic microparticles.

CIBA 038830

-45-

## EXAMPLE 27

To the same stock that was used in Example 23, the ingredients set forth in Table XXVII are added, as in said example.

### TABLE XXVII

| Cationic Polymer lbs/Ton | Anionic Microbeads lbs/Ton | Drainage Sec. |
|---|---|---|
| 1.0 – 10 AETMAC/90 AMD | 0.5 – 30 AA/70 AMD/ 349 ppm MBA – 130 nm | 66.3 |
| 1.0 – 10 AETMAC/90 AMD | 0.5 – 30 APS/70 AMD/ 995 ppm MBA SV-1.37 mPa.s | 67.0 |

The microbeads of the 30 AA/70 AMD/349 ppm MBA copolymer and those of the 30 APS/70 AMD/995 ppm MBA copolymer when used with cationic polymers, produces paper with almost identical drainage times, even though one has a carboxylate and the other has a sulfonate functional group. That the anionic beads have different chemical compositions and a differing degree of cross-linking yet yield similar properties is attributed to this similar charge densities and similar particle size. The acrylic acid microbead has a diameter of 130 nm and the 2-acrylamido-2-methyl-propane sulfonic acid microbead is of a similar size due to the similar way it was made.

## EXAMPLE 28

The effect of different shear conditions on the relative performance of the anionic microbead compared to bentonite is shown in Tables XXVII A & B. Drainage testing is carried out as described in Example 1, on an alkaline furnish containing 5.0 lbs. of cationic starch subjected to four different shear conditions.

CIBA 038831

-46-

### TABLE XXVIII-A
#### Stirring R.P.M. and Time*

| Condition | Cationic Polymer | Microbead |
|-----------|------------------|-----------|
| A | 800 rpm-30 sec. | 800 rpm-30 sec. |
| B | 1,500 rpm-30 sec. | 800 rpm-30 sec. |
| C | 1,500 rpm-60 sec. | 800 rpm-30 sec. |
| D | 1,500 rpm-60 sec. | 1,500 rpm-5 sec. |

High molecular weight cationic polymer is added to the furnish in a vaned Britt jar under agitation and agitation is continuous for the period specified before the microbead is added as in Example 1, agitation is continued, and the drainage measurement taken.

### TABLE XXVIII-B

| Cationic Polymer | Anionic Microbead | Drainage in Seconds Shear Conditions | | | |
|------------------|-------------------|------|------|------|------|
| | | A | B | C | D |
| 0.6 lbs. 10 AETMAC/90 AMD | 5.0 lbs. Bentonite | 52.6 | 56.1 | 57.8 | 49.6 |
| 0.6 lbs.* 10 AETMAC/90 AMD | 0.5 lbs. 30AA/ 70 AMD-349 ppm MBA-130 nm. | 45.9 | 48.3 | 52.3 | 44.5 |

* 5.0 lbs. of alum is added immediately before the cationic polymer.

The relative performance of each additive system remains the same under different test shear conditions.

### EXAMPLE 29

The utility of polymeric anionic microbeads in acid paper stock is established as follows. To an acid paper stock made from 2/3 chemical pulp 1/3 ground wood fiber, and containing 15% clay and 10 lbs/ton of alum at

CIBA 038832

−47−

a pH of 4.5 are added and the listed ingredients of Table XXIX below.

### TABLE XXIX

| Anionic Microbead lbs/Ton | Drainage using Cationic Polymer 10 AETMAC/90 AMD 0.5 lbs/Ton | Drainage using Cationic Polymer 10 AETMAC/90 AMD 1.0 lbs/Ton |
|---|---|---|
| -0- | 64.2 Sec. | 52.2 Sec. |
| 5.0 - Bentonite | 57.0 Sec. | 47.0 Sec. |
| 0.5 - 30 AA 70 AMD/ 349 ppm MBA - 130 nm | 53.3 | 42.1 Sec. |
| 1.0 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | ----- | 38.7 Sec. |

Thus, in acid paper processes, 0.5 lb of polymeric anionic microbeads is superior to 5.0 lbs of bentonite in increasing drainage. At a level of 1.0 lbs/ton of cationic polymer, 5.0 lb/ton of bentonite lowers drainage time 10% while 0.5 lb/ton of microbeads lowers it 19.3% and 1.0 lb/ton of microbeads lowers it 25.9%.

### EXAMPLE 30

This example demonstrates the effect of alum on drainage in the acid paper process when acid stock from Example 29 is used without initial alum addition. A set of drainage times is measured for this stock without alum present and a second series is measured with 5.0 lbs/ton of added alum and with the ingredients set forth in Table XXX. The enhancement of drainage time with the added alum is a significant advantage of the present invention.

### TABLE XXX

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage in Seconds Alum in Stock | |
|---|---|---|---|
| | | -0- | 5 lbs/Ton |
| 1.0 - 10 AETMAC/ 90 AMD | 5.0 - Bentonite | 43.0 | 43.5 |
| 1.0 - 55 AETMAC/ 45 AMD | 1.0 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 42.1 | 29.1 |

C = Comparative Test




-48-

## EXAMPLE 31

In recent years cationic potato starch and silica have been found to give improved drainage times when used in alkaline papermaking processes. The effectiveness of polymeric microbeads compared to the silica system is shown in Table XXXI using the ingredients set forth therein on to the alkaline paper stock of, and in accordance with, Example 1.

### TABLE XXXI

| Cationic Potato Starch lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Drainage Seconds |
|---|---|---|---|
| -0- | -0- | -0- | 119.1 |
| 15 – Starch | -0- | -0- | 112.7 |
| 15 – Starch | 5.0 | -0- | 84.3 |
| 15 – Starch | 5.0 | 3.0 – Silica-5 nm | 38.5 |
| 15 – Starch | 5.0 | 1.0 – 30 AA/70 AMD/ 349 ppm MBA-130 nm | 36.7 |
| 30 – Starch | -0- | 3.0 – Silica-5 nm | 46.3 |

* Alum is added immediately before the addition of cationic potato starch.

The addition of 15 lbs/ton of starch, 5 lbs/ton of Alum and 3.0 lbs/ton of silica reduces the drainage time 67.7%, however replacement of the silica with 1.0 lb/ton of organic anionic microbeads reduces the drainage time 69.2% which is slightly better than the silica system with far less added material.

## EXAMPLE 32

The polymeric, anionic microbead and the silica starch systems of Example 31 are compared for first pass retention values using the alkaline paper stock of Example 2. The results are shown in Table XXXII, below.

CIBA 038834

-49-

### TABLE XXXII

| Cationic Potato Starch lbs/Ton | Alum* lbs/Ton | Anionic Microparticle lbs/Ton | First Pass Retention % |
|---|---|---|---|
| -0- | -0- | -0- | 25 % |
| 15 - Starch | -0- | 3.0 - Silica 5 nm | 31.7 % |
| 15 - Starch | 2.5 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA- 130 nm | 37.4% |
| 15 - Starch | 2.5 | 1.0 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 46.6% |

* Alum is added immediately before the addition of cationic potato starch.

The retention values of starch and 3.0 lbs/ton of silica are surpassed by replacing the silica with 2.5 lbs/ton alum and either 0.5 lbs/ton of microbead or 1.0 lb/ton of microbeads. The process of the instant invention results in a 15.25% and a 34.1% improvement in retention values, respectively, over silica.

### EXAMPLE 33

Retention values using silica and the organic anionic microbead of Table XXXIII are compared in a pilot Fourdrinier papermaking machine. The paper stock consists of pulp made from 70% hardwood and 30% softwood containing 25% calcium carbonate and 5 lbs/ton of cationic starch. The cationic potato starch is added immediately before the fan pump. The anionic microbeads and alum are added as in Example 18.

### TABLE XXXIII

| Cationic Potato Starch lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Ash Retention % |
|---|---|---|---|
| -0- | -0- | -0- | 34.4 |
| 20 | -0- | 3.0 - Silica 5 nm | 49.2 |
| 20 | 5.0 | 3.0 - Silica 5 nm | 66.3% |
| 20 | 5.0 | 1.0 - 30 AA/70 AMD 349 ppm MBA - 150 nm SV-1.32 | 68.7% |

CIBA 038835

-50-

Alum improves the retention values of silica and the alum/silica system retention of 66.3% is slightly less than that of the alum/organic anionic microbead system of 68.7% (3.5% improvement) with 1/3 the concentration of microbead.

### EXAMPLE 34

A comparison of drainage times between the anionic, organic, microbead system and the silica system is made using the paper stock described in Example 13. It is noted that this stock contains 16 lbs/ton of cationic potato starch and 6 lbs/ton of alum. The additives of the Table XXXIV are added in successive runs.

### TABLE XXXIV

| Cationic Potato Starch lbs/Ton | Alum* ** lbs/Ton | Anionic Microparticle lbs/Ton | Drainage Seconds |
|---|---|---|---|
| 15 | -0- | 3.0 – Silica 5 nm | 42.5 |
| 15* | -0- | 3.0 – Silica 5 nm | 55.6 |
| 15 | 2.5 | 1.0 – 30 AA/70 AMD/ 349 ppm MBA –130 nm | 28.7 |

** Alum is added immediately before the addition of cationic potato starch.
(*Reverse addition of silica before starch)

The silica/starch system is inferior in drainage time to that of the organic microbead system (1.0 lb and 2.5 lbs alum).

### EXAMPLE 35

With the same stock as in Example 34, organic, anionic, microbead and silica systems, using a anionic polymer added to the furnish, are compared as to drainage times as in said Example. Alum and cationic starch are added where indicated and the furnish is stirred at 800 r.p.m. for 30 seconds. The anionic

CIBA 038836

-51-

acrylamide copolymers and, if added, silica or microbeads are added together to the furnish and stirred for a further 30 seconds at 800 r.p.m. before the drainage rate is measured. See Table XXXV.

TABLE XXXV

| Anionic Polymer Retention Aid lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Drainage Seconds |
|---|---|---|---|
| -0- | -0- | -0- | 92.4 |
| 0.3 - 30 AA/70 AMD | -0- | -0- | 62.1 |
| 0.3 - 30 AA/70 AMD | 5.0 | -0- | 59.4 |
| 0.3 - 30 AA/70 AMD | -0- | 0.5 - Silica-5 nm | 50.4 |
| 0.3 - 30 AA/70 AMD | -0- | 1.0 - Silica-5 nm | 47.5 |
| 0.3 - 30 AA/70 AMD | 5.0 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 42.2 |
| 0.3 - 30 AA/70 AMD and 10 - addtional cationic starch | -0- | 1.0 - Silica-5 nm | 41.3 |
| 0.3 - 30 AA/70 AMD and 10 additional cationic starch | 5.0 | 0.5 - 30 AA/70 AMD/ 349 ppm MBA-130 nm | 28.4 |

* Alum is added immediately before the addition of cationic potato starch, where both one used.

Silica improves drainage times when compared to the anionic acrylamide polymer alone; however, the anionic organic microbeads, in replacing the silica, give even better drainage times with alum. Additional cationic potato starch in the furnish allows the microbead system to produce even faster drainage times.

EXAMPLE 36

Comparative retention values are determined for an organic anionic microbead versus a silica system using an anionic polymer and the paper stock of Example 13. The additives, as specified in Table XXXVI, are added as in Example 35.

CIBA 038837



-52-

TABLE XXXVI

| Anionic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | First Pass Retention % |
|---|---|---|---|
| 0.3 – 30 AA/70 AMD | -0- | -0- | 34.3 |
| 0.3 – 30 AA/70 AMD | 5.0 | -0- | 37.3 |
| 0.3 – 30 AA/70 AMD | -0- | 1.0 – Silica-5 nm | 34.0 |
| 0.3 – 30 AA/70 AMD | -0- | 0.5 – 30 AA/70 AMD/ 349 ppm MBA-130 nm | 40.3 |
| 0.3 – 30 AA/70 AMD | 5.0 | 0.5 – 30 AA/70 AMD 349 ppm MBA-130 nm | 52.6 |

Retention values with 0.3 lb/ton of anionic polymer, with and without silica, are identical at 34% and addition of 5.0 lbs/ton of alum and no silica actually increases retention to 37.3%.

Anionic polymers, in combination with organic anionic microbeads however, give better retention values without (40.3%) and with alum (52.6%) when compared to the silica system (34%). This retention when combined with the faster drainage rates of the organic anionic microbeads shown in Table XXXV, makes them preferable to either the silica or bentonite systems usually used commercially.

EXAMPLE 37

The effect of cationic organic, microbeads is now examined. To an alkaline furnish containing 25% calcium carbonate, 15 lbs. of cationic starch and 5 lbs. of alum and of a pH of 8.0, the ingredients of Table XXXVII are added. The anionic polymer is added first and the cationic, organic microbead is added second.

CIBA 038838

-53-

## TABLE XXXVII

| Anionic Polymer (Linear) lbs/Ton | Cationic Microbead or Polymer lbs/Ton | Drainage Seconds |
|---|---|---|
| -0- | -0- | 142.7 |
| 0.5 – 30 AA/70 AMD | -0- | 118.5 |
| 0.5 – 30 AA/70 AMD | 0.5 – 40 AETMAC/60 AMD/ 100 ppm MBA– 100 nm | 93.3 |
| 0.5 – 30 AA/70 AMD | 0.5 – 40 AETMAC/60 AMD/ 100 ppm MBA – 1,000 nm | 113.9 |
| 0.5 – 30 AA/70 AMD | 0.5 – 40 AETMAC/60 AMD/ linear Polymer (not a microbead) | 98.7 |

The addition of 0.5 lb/ton of cross-linked cationic microbead - 100 nm results a drainage time reduction of 25.2%. Addition of 0.5 lb/ton of linear cationic polymer causes a drainage time reduction but is not as effective as the cationic microbeads of the present invention.

## EXAMPLE 38

To an acid paper stock made from 2/3 chemical pulp, 1/3 ground wood fiber and 15% clay are added 20 lbs/ton of alum. Half the stock is adjusted to pH 4.5 and remainder is adjusted to pH 5.5. The ingredients shown in Table XXXVIII are added in the same order as Example 37.

CIBA 038839

-54-

## TABLE XXXVIII

| Anionic Polymer lbs/Ton | Cationic Polymer lbs/Ton | Cationic Microbead lbs/Ton | Drainage Time In Seconds pH 4.5 | pH 5.5 |
|---|---|---|---|---|
| -0- | -0- | -0- | 103.4 | |
| 0.5 - 7 AA/93 AMD | -0- | -0- | 88.4 | 59.8 |
| 0.5 - 10 AFS/90 AMD | -0- | -0- | 95.0 | 59.7 |
| -0- | 0.5 - 10 AETMAC/90 AMD | -0- | 69.5 | 73.3 |
| -0- | 0.5 - 40 AETMAC/60 AMD | -0- | 72.9 | 69.4 |
| -0- | -0- | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA-100 nm | 74.0 | 74.7 |
| -0- | -0- | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA-1,000 nm | 94.6 | 92.8 |
| 0.5 - 7 AA/93 AMD | 0.5 - 40 AETMAC/60 AMD | -0- | 65.2 | 56.0 |
| 0.5 - 7 AA/93 AMD | -0- | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA-100 nm | 70.5 | 53.4 |
| 0.5 - 7 AA/93 AMD | -0- | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA-1,000 nm | 92.7 | 62.8 |
| 0.5 - 10 AFS/90 AMD | 0.5 - 40 AETMAC/60 AMD | -0- | 72.3 | 55.4 |
| 0.5 - 10 AFS/90 AMD | -0- | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA-100 nm | 74.9 | 54.5 |
| 0.5 - 10 AFS/90 AMD | -0- | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA-1,000 nm | 99.7 | 70.7 |

CIBA 038840

-55-

## Examples 39-45

Following the procedure of Example 2, various microbeads, high molecular weight (HMW) polymers and polysaccharides are added to paper-making stock as described therein. In each instance, similar results are observed.

| Example No. | Microbead | Polysaccharide | HMW Polymer |
|---|---|---|---|
| 39 | AM/MAA (50/50) | Cationic Guar | AM/DADM (70/30) |
| 40 | AM/VSA (65/35) | -- | Mannich PAM |
| 41 | Mannich PAM | CMC | AM/AA (80/20) |
| 42 | AM/DADM (75/25) | -- | PAA |
| 43 | P(DMAEA) | -- | -- |
| 44 | P(AA) | Cationic Guar | AM/ DMAEA |
| 45 | AM/AA (25/75) | Cationic Guar | AM/AA (70/30) |

| | | |
|---|---|---|
| AM | = | Acrylamide |
| MAA | = | Methacrylic acid |
| VSA | = | Vinyl Sulfonic acid |
| DADM | = | Diallydimethylammonium chloride. |
| P(AA) | = | Polyacrylic acid |
| P(DMAEA) | = | Poly(dimethylaminoethylacrylate) quaternary |
| CMC | = | Carboxymethyl cellulose |
| Mannich PAM | = | Polyacrylamide reacted with formaldehyde and diemthyl amine |

CIBA 038841

-56-

31,043-01

WE CLAIM:

1. A method of making paper which comprises adding to an aqueous paper furnish from about 0.05 to about 20 lbs/ton, based on the dry weight of the paper furnish solids, of an ionic, organic, polymeric microbead, the microbead being less than about 750 nanometers in diameter if cross-linked and less than 60 nanometers in diameter if non-cross-linked and water-insoluble, the ionicity of said microbead being at least 1%, but at least 5%, if cross-linked, anionic and used alone.

3. A method according to Claim 1 wherein from about 0.05 to about 20 lbs/ton, same basis, of a high molecular weight, ionic polymer is added to said furnish in conjunction with said microbead.

11. A method according to Claim 1 wherein from about 1.0 to about 50 lbs/ton, same basis, of an ionic polysaccharide is added to said furnish in conjunction with said microbead.

5. A method according to Claim 3 wherein the microbead and the high molecular weight ionic polymer have opposite charges.

9. A method according to Claim 3 wherein said ionic polymer is cationic.

7. A method according to Claim 3 wherein said ionic polymer is anionic.

19. A method according to Claim 1 wherein said microbead is a polymer of acrylamide.

CIBA 038842

-57-

13
8.    A method according to Claim 8 [11] wherein said polysaccharide is cationic.

15
9.    A method according to Claim 8 [11] wherein said polysaccharide is anionic.

21
10.    A method according to Claim 1 wherein the furnish contains a size, a strength additive a promotor, a polymeric coagulant, a dye fixative or a mixture thereof.

23
11.    A method according to Claim 1 wherein from about 0.1 to about 20 pounds of an active, soluble aluminum species is also added per ton of paper furnish solids to the furnish.

25
12.    A method according to Claim 10 [23] wherein the species is alum, polyhydroxyaluminum chloride and/or sulfate or mixtures thereof.

13.    A method according to Claim 1 wherein the microbead is cross-linked.

17
14.    A method according to Claim 8 [11] wherein the polysaccharide is starch.

15.    A composition of matter comprising a mixture of A) an ionic, organic, polymer microbead being less than about 750 nanometers in diameter if cross-linked and less than about 60 nanometers in diameter if non-cross-linked and water-insoluble, the ionicity of the microbead being at least about 1% and either B) a high molecular weight ionic polymer, the ratio of A:B ranging from about 1:400 to about 400:1, respectively,

CIBA 038843

-58-

or C) in ionic polysaccharide, the ratio of A:C ranging from about 20:1 to about 1:1000 or B and C together, the ratio if A:B and C together ranging from about 400:1 to about 1:1000.

16.    A composition according to Claim 15 wherein A and B have opposite charges.

17.    A composition according to Claim 15 wherein said ionic polymer is cationic.

18.    A composition according to Claim 15 wherein said ionic polymer is anionic.

19.    A composition according to Claim 15 wherein said microbead is a polymer of acrylamide.

20.    A composition according to Claim 15 wherein said polysaccharide is starch.

21.    A composition according to Claim 20 wherein said starch is cationic.

22.    A composition according to Claim 15 wherein said starch is anionic.

23.    A composition according to Claim 15 containing, in addition, an active, soluble aluminum species.

24.    A composition according to Claim 23 wherein said active species is alum, polyhydroxyaluminum chloride and/or sulfate or mixtures thereof.

25.    A composition according to Claim 15 wherein the microbead is cross-linked.

CIBA 038844

[REV.4Apr89/MB1-⊥]

Docket No. <u>31,043 -01</u>
PATENT

### COMBINED DECLARATION AND POWER OF ATTORNEY
(Original,Design,Supplemental,Divisional,Continuation,CIP)

As the below-named inventor, I hereby declare that:

#### TYPE OF DECLARATION

This declaration is of the following type:

    [   ] original

    [   ] design

    [   ] supplemental

    [   ] divisional

    [   ] continuation

    [ X ] continuation-in-part (CIP)

#### INVENTORSHIP IDENTIFICATION

My residence, post office address and citizenship are as stated below next to my name, I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first and joint inventor (if plural named are listed below) of the subject matter which is claimed for, for which a patent is sought on the invention entitled:

#### TITLE OF INVENTION

<u>Charged Organic Polymer Microbeads in Paper-Making Process</u>

#### SPECIFICATION IDENTIFICATION

the specification of which: (complete (a), (b), or (c))

    (a) [ X ] is attached hereto.

    (b) [   ] was filed on _____ as

        [   ] Serial Number   /

        [   ] Express Mail No., as Serial Number not yet known

    (c) [   ] was described and claimed in PCT International Application No. _____ filed on _____ and as amended under PCT Article 19 on _____ (if any).

CIBA 038845

[REV.4Apr89/MB1-1]                    -2-

## ACKNOWLEDGEMENT OF REVIEW OF PAPERS AND DUTY OF CANDOR

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37 CFR 1.97.

## PRIORITY CLAIM

I hereby claim foreign priority benefits under Title 35, United States Code, Section 119 of any foreign application(s) for patent or inventor's certificate or of any PCT International application(s) designating at least one country other than the United States of America listed below and have also identified below any foreign application(s) for patent or inventor's certificate of any PCT International application(s) designating at least one country other than the United States of America filed by me on the same subject matter having a filing date before that of the application(s) of which priority is claimed.

(d) [ X ] no such applications have been filed.

(e) [   ] such applications have been filed as follows.

Note: Where item (c) is entered above and the International Application which designated the U.S. claimed priority check item (e), enter the details below and make the priority claim.

Earliest Foreign Application(s), if any, filed within 12 months (6 months for Design) prior to this U.S. Application

| COUNTRY | APPLICATION NUMBER | DATE OF FILING (DAY,MONTH,YEAR) | PRIORITY CLAIMED 35 USC 119 |
|---------|--------------------|--------------------------------|-----------------------------|
|         |                    |                                |                             |
|         |                    |                                |                             |
|         |                    |                                |                             |
|         |                    |                                |                             |
|         |                    |                                |                             |

CIBA 038846

[REV.4Apr89/MB1-1]

### ADDED PAGE TO COMBINED DECLARATION AND POWER OF ATTORNEY FOR DIVISIONAL, CONTINUATION OR CIP APPLICATION

(complete this only if this is a divisional, continuation or CIP application)

### CLAIM FOR BENEFIT OF EARLIER U.S./PCT APPLICATION(S) UNDER 35 U.S.C. 120

I hereby claim the benefit under Title 35, United States Code, Section 120 of any United States application(s) or PCT International application(s) designating the United States of America that is/are listed below and, insofar as the subject matter of each of the claims of this application is not disclosed in that/those prior application(s) in the manner provided by the first paragraph of Title 35, United States Code, Section 112, I acknowledge the duty to disclose material information as defined in Title 37, Code of Federal Regulations, Section 1.56(a) which occurred between the filing date of the prior application(s) and the national or PCT International filing date of this application.

| PRIOR U.S. APPLICATIONS OR PCT INTERNATIONAL APPLICATIONS DESIGNATING THE U.S. FOR BENEFIT UNDER 35 USC 120 | | | | | |
|---|---|---|---|---|---|
| U.S. APPLICATIONS | | | STATUS (check one) | | |
| U.S. APPLICATIONS | U.S. FILING DATE | | patented | pending | abandoned |
| 1. Attorney Docket No. 31,043 | | | | X | |
| 2. / | | | | | |
| 3. / | | | | | |
| PCT APPLICATIONS DESIGNATING U.S. | | | | | |
| PCT APPLN. NO. | PCT FILING DATE | U.S. SERIAL NOS ASSIGNED (if any) | | | |
| 4. | | / | | | |
| 5. | | / | | | |
| 6. | | / | | | |

CIBA 038847



CIBA 038848

[REV.4Apr89/MB1-1]          -3-

All Foreign Application(s), if any, Filed More Than 12 Months
(6 Months for Design) Prior to This U.S. Application

_____

_____

_____

## POWER OF ATTORNEY

As a named inventor, I hereby appoint the following
attorney(s) and/or agent(s) to prosecute this application and
transact all business in the Patent and Trademark Office
connected therewith.

Frank M. Van Riet                    19933
        (Name)                          (Reg. No.)

Gordon L. Hart                       20191
        (Name)                          (Reg. No.)

Roger S. Benjamin                    27025
        (Name)                          (Reg. No.)

Michael J. Kelly                     27910
        (Name)                          (Reg. No.)

Steven H. Flynn                      29639

[   ]    Attached as part of this declaration and power of
         attorney is the authorization of the above-named
         attorney(s) to accept and follow instructions from my
         representative(s).

---------------------------------------------

SEND CORRESPONDENCE AND TELEPHONE CALLS TO:

Frank M. Van Riet
C/O American Cyanamid Company
1937 West Main Street
Stamford, CT  06904-0060
Telephone No. (203) 321-2614

---------------------------------------------

CIBA 038849

[REV.4Apr89/MB1-1]          -4-

<u>DECLARATION</u>

     I hereby declare that all statements made herein of my own
knowledge are true and that all statements made on information
and belief are believed to be true; and further that these
statements were made with the knowledge that willful false
statements and the like so made are punishable by fine or
imprisonment, or both, under Section 1001 of Title 18 of the
United States Code, and that such willful false statements may
jeopardize the validity of the application or any patent issued
thereon.

                         SIGNATURE(S) *401 00*

Full name of <u>SOLE OR FIRST</u> INVENTOR <u>Dan S. Honig</u>

Inventor's signature _____

Date _____June 15, 1990_____

Country of Citizenship <u>United States</u>

Residence <u>12 Conrad Road, New Canaan, CT  06840</u>

Post Office Address <u>Same</u>

                              *402 00*

Full name of <u>SECOND</u> JOINT INVENTOR, if any <u>Elieth Harris</u>

Inventor's signature _____

Date _____June 15, 1990_____

Country of Citizenship <u>Antigua</u>

Residence <u>484 Colorado Avenue, Bridgeport, CT  06605</u>

Post Office Address <u>Same</u>

Full name of <u>THIRD</u> JOINT INVENTOR, if any _____

Inventor's signature _____

Date _____

Country of Citizenship _____

Residence _____

Post Office Address _____

CIBA 038850

[REV.4Apr89/MB1-1]              -5-

## THE FOLLOWING 'ADDED PAGES' FORM A PART OF THIS DECLARATION

[    ] Signature for fourth and subsequent joint inventors on
      ADDED PAGES.

[ X ] ADDED PAGES TO COMBINED DECLARATION, POWER OF ATTORNEY
      for divisional, continuation, or continuation-in-part (CIP)
      application.
      [ X ] Number of ADDED PAGES: 1
      [    ] Declaration ends with this page.

CIBA 038851

NEW APPLICATION (Div-Con-CIP)                    Docket No. 31,043-01
[REV.4Apr89/MB4-1]                                              PATENT

Commissioner of Patents and Trademarks
Washington, D.C. 20231

<u>NEW APPLICATION TRANSMITTAL</u>

    Transmitted herewith for filing is the patent application of
the following Inventor(s): <u>Dan S. Honig; Elieth Harris</u>

For: <u>Charged Organic Polymer Microbeads in Papermaking Process</u>

1. This new application is for a:
   [   ] Divisional
   [   ] Continuation
   [ X ] Continuation-in-part (CIP)
2. Benefit of Prior U.S. Application(s) (35 USC 120)
   This new application being transmitted claims the benefit of
   prior U.S. application(s) Serial No.(Attorney Docket#
   31,043) 07/536382, filed on    6-11-90   .
3. Papers enclosed which are required for filing date under 35
   CFR 1.53(b):
   [ X ] <u>56</u> Pages of specification
   [ X ] <u>4</u> Pages of claims
   [ X ] <u>1</u> Pages of abstract
   [   ] ____Sheets of drawing
             [  ] Formal
             [  ] Informal (in triplicate)

---

CERTIFICATION UNDER 37 CFR 1.10
   I hereby certify that this New Application Transmittal and the
documents referred to as enclosed therein are being deposited with
the United States Postal Service on this date _____
in an envelope as "Express Mail Post Office to Addressee" Mailing
Label Number _____ addressed to the: Commissioner of
Patents and Trademarks, Washington, D.C 20231.

_____
(name of person mailing paper)

_____
(Signature of person mailing paper)

CIBA 038852

NEW APPLICATION (Div-Con-CIP)  -3-
[REV.4Apr89/MB4-1]

9.  Method of Payment of Fees:
    Charge Deposit Account No. 01-1300 in the amount of $ 642.00
    A duplicate of this transmittal is attached.

10. Instructions as to Overpayment:
    Credit any overpayment to Deposit Account No. 01-1300.

11. Authorization to Charge Additional Fees
    [   ] The Commissioner is hereby authorized to charge the
        following additional fees by this paper and during the
        entire pendency of this application to Deposit Account
        No.01-1300:
        [   ] 37 CFR 1.16(a),(f),or (g) filing fees
        [   ] 37 CFR 1.16(b),(c), and (d) presentation of
            extra claims
        [   ] 37 CFR 1.16(e) surcharge for filing the basic
            filing fee and/or declaration on a date later
            than the filing date of the application
        [   ] 37 CFR 1.17 application processing fees

12. Relate Back (35 USC 120)
    [   ] Amend the Specification by inserting before the first
        line the sentence: "This is a
        [   ] continuation
        [   ] continuation-in-part
        [   ] divisional
        of copending application(s) serial number filed on

    ─────────────────────────────────────────

13. Further Inventorship Statement Where Benefit of Prior
    Application(s) Claimed
    (a)  [   ] This application discloses and claims only
            subject matter disclosed in the prior
            application whose particulars are set out above
            and the inventor(s) in this application is (are)
            [   ] the same

CIBA 038853