4,925,530

**41**

### TABLE 27-continued

| Polymer | Target Loading % | Ash Content % | retention % | Burst Factor (kPam²g⁻¹) |
|---|---|---|---|---|
| PVM/MA | 15 | 3.4 | 23 | 7.5 |
| | 30 | 3.6 | 12 | 7.0 |
| | 45 | 7.9 | 18 | 6.6 |
| Sodium | 15 | 2.5 | 17 | 7.5 |
| Alginate | 30 | 3.6 | 12 | 8.2 |
| | 45 | 6.8 | 15 | 7.0 |
| CMC | 15 | 2.3 | 15 | 8.3 |
| | 30 | 2.7 | 9 | 7.5 |
| | 45 | 7.0 | 16 | 6.6 |
| Anionic | 15 | 1.6 | 11 | 7.4 |
| Starch | 30 | 4.1 | 14 | 6.9 |
| | 45 | 6.4 | 14 | 6.7 |
| Control | 15 | 5.3 | 35 | 4.9 |
| | 30 | 8.6 | 29 | 4.8 |
| | 45 | 12.2 | 27 | 4.6 |

The burst factor results are depicted graphically in FIG. 8, in which the numbering of the curves corresponds to the numbering in the list of polymers. It will be seen that the use of anionic polyacrylamide gave much greater retention values than the other polymers (although the results were erratic). The retention values for the control were also better than the other polymers and almost as good as for the anionic polyacrylamide. The burst factor values for the various polymers were of the same order for comparable ash contents. Since the merit of the polyacrylamide system has been demonstrated in earlier

Examples, the achievement of comparable burst factor values for the other polymers demonstrates the suitability of these other polymers for use in the present process.

### EXAMPLE 28

This illustrates the use of vinyl methyl ether/maleic anhydride copolymer (PVM/MA) as an anionic polymer in a process in which the fibre and filler are treated with a cationic polymer.

(a) Fibre treatment

450 g of a 4% aqueous fibre suspension (18 g fibre on a dry basis) were mixed with 9 l water and 1.08 g of a 5% solution of AAE copolymer ("Percol 1597"(were added (this quantity of polymer represented a polymer treatment level of 0.3% on a dry basis, based on the dry weight of fibre). This procedure was carried out three times for each polymer, once for each of three different loading levels.

(b) Filler treatment

4.5 g of chalk were slurred in about 100 g water and 0.27 g AAE copolymer solution was added with stirring (this gave an AAE copolymer treatment level of 0.3% on a dry basis, based on the dry weight of chalk). 1.09 g of 5% PVM/MA solution were then added with stirring, giving a PVM/MA treatment level of 1.2 % on a dry basis, based on the dry weight of chalk.

The above procedure was then repeated twice, using 12 g and 27 g of chalk, 0.72 g and 1.62 g of AAE copolymer solution, and 2.91 g and 6.56 g of PVM/MA solution.

The treatment levels thus remained the same.

(c) Mixing of filler and fibre suspensions/papermaking/testing

Each treated filler suspension was mixed with stirring with a treated fibre suspension, giving papermaking stocks with target loadings of 20%, 40% and 60%. These stocks were each used to produce round handsheets of 60 g m⁻² target grammage, using a British

**42**

Standard Sheetmaking Machine. The ash content and burst factor values were determined for each sheet and the results are set out in Table 28 below:

### TABLE 28

| Target Loading (%) | Ash Content (%) | Retention (%) | Burst factor (kPa m²g⁻¹) |
|---|---|---|---|
| 20 | 12 | 60 | 3.4 |
| 40 | 23 | 58 | 2.4 |
| 60 | 29 | 48 | 2.1 |

### EXAMPLE 29

This illustrates a process in which the fibre and filler was treated with an anionic polyacrylamide, and the filler is further treated with a cationic starch, but in which a further range of ratios of filler:starch:polyacrylamide is used compared with the ratios exemplified earlier. Ten different runs were carried out.

(a) Fibre treatment

A 4% aqueous fibre suspension containing 36 kg fibre on a dry basis was prepared (the fibre used was the same blend as described in Example 1). 14.4 kg of a 0.5% aqueous solution of an anionic polyacrylamide ("Percol E24") were added to the fibre suspension with stirring. The polyacrylamide content of the suspension was 72 g, or 0.2%, based on the weight of dry fibre present. The treated fibre suspension was then used as a masterbatch for ten different papermaking runs.

(b) Filler treatment

Chalk was slurried in water, and 0.5% anionic polyacrylamide solution ("Percol E24") was added with stirring. 5% cationic starch solution ("Amisol 5906") was then added with further stirring. The quantities of material used were as follows:

| Runs Nos. | Chalk (kg) | Water (kg) | 0.5% PA soln. (kg) | 5% starch soln. (kg) |
|---|---|---|---|---|
| 1–3 | 10 | 36 | 13.8 | 16.8 |
| 4–6 | 10 | 51 | 7.0 | 8.4 |
| 7–10 | 10 | 56 | 4.7 | 5.6 |

For Runs Nos. 1–3 the anionic polyacrylamide and cationic starch treatment levels were 0.69% and 8.4% respectively on a dry basis, based on the dry weight of chalk, and the ratio of chalk:cationic starch:anionic polyacrylamide was 144:12:1. This is the same as in some previous Examples, and therefore affords a standard of comparison. For Runs No. 4–6, the respective treatment levels were 0.35% and 4.2%, and the ratio was 288:12:1. For Runs No. 7–10, the respective treatment levels were 0.235% and 2.8%, and the ratio was 432:12:1.

(c) Mixing of filler and fibre suspensions/papermaking/testing

The treated chalk slurry was added to the fibre suspension at a position such as to give good mixing in amounts intended to give chalk levels of about 15% (Runs 1, 4 and 7), 30% (Runs 2, 5 and 8), 45% (Runs 3, 6and 9) and 60% (Run 10) based on the total weight of fibre and chalk. The resulting chalk/fibre suspension was diluted to papermaking consistency. Alkyl ketene dimer sizing agent ("Aquapel 360×") was added at the mixing box at a level of 0.1%, based on the total weight of fibre and filler present. The various stocks were drained to produce paper webs of target grammage 100 g m⁻² in the normal way. A 5% solution of solubilized

CIBA 038890

4,925,530

43

starch was applied in each case by means of a size press on the papermachine. The papers were subjected to the usual range of tests, and retention values were derived by a comparison of the ash (chalk) content in the sheet with the chalk content of the papermaking stock in the headbox. The results obtained are set out in Table 29 below:

TABLE 29

| Run No. | Target loading (%) | Ash Con- tent test (%) | One- pass retention (%) | Burst factor (kPam²g⁻¹) (approx) | Specific Bending modulus x10⁻⁴ (MD) | Breaking length (km) (MD) |
|---|---|---|---|---|---|---|
| 1 | 15 | 21 | 65 | 3.1 | 2.5 | 7.3 |
| 2 | 30 | 30 | 93 | 2.5 | 2.5 | 5.5 |
| 3 | 45 | 40 | 93 | 2.1 | 2.2 | 5.1 |
| 4 | 45 | 40 | 88 | 2.0 | 2.4 | 4.3 |
| 5 | 30 | 31 | 85 | 2.3 | 2.3 | 5.5 |
| 6 | 15 | 24 | 88 | 2.6 | 2.1 | 5.8 |
| 7 | 15 | 21 | 84 | 2.9 | 2.4 | 6.1 |
| 8 | 30 | 24 | 80 | 2.7 | 2.2 | 5.5 |
| 9 | 45 | 32 | 77 | 2.3 | 1.9 | 5.1 |
| 10 | 60 | 41 | 76 | 1.9 | 2.2 | 4.1 |

It will be seen that in general the 144:12:1 ratio (Runs Nos. 1–3) gave better retention values (with the exception of Run No. 1, which was perhaps anomalous) than ratio 288:12:1 (Runs No. 4–6) which in turn was better than ratio 432:12:1. The burst factor values are depicted graphically in FIG. 9. It will be seen that the 144:12:1 ratio gave the best results followed by the 432:12:1 ratio, followed by the 288:12:1 ratio. This same trend is apparent in relation to the breaking length values. The specific bending modulus values are erratic and it is difficult to draw clear conclusions.

We claim:

1. A process for the production of loaded paper from papermaking fibre and filler, comprising the steps of:
   (a) treating the papermaking fibre in an aqueous medium with a charged synthetic polymer;
   (b) separately treating the filler in an aqueous medium with a charged synthetic polymer, with the proviso that if the charged synthetic polymer used to treat the filler is anionic it is selected from papermaking flocculents and retention aids;
   (c) selecting the charged synthetic polymer used in step (a) and the charged synthetic polymer used in step (b) such that both have the same charge polarity;
   (d) additionally treating the filler with a charged polymer of opposite charge polarity from that of the polymer(s) used in steps (a) and (b);
   (e) mixing aqueous suspensions of treated filler and treated papermaking fibre from steps (a), (b) and (d) to form a papermaking stock, diluting as necessary before, during or after the mixing operation; and
   (f) draining the papermaking stock to form a loaded paper web, wherein the filler, papermaking fibre and charged polymers are used in amounts effective to produce loaded paper.

2. A process as claimed in claim 1, wherein the polymer used in the step (a) treatment is a cationic papermaking retention aid or flocculant.

3. A process as claimed in claim 2 wherein the polymer used in the step (a) treatment is a cationic poly-acrylamide or a cationic amine/amide/epichlorohydrin copolymer.

4. A process as claimed in claim 3, wherein the polymer used in the step (a) treatment is used in an amount

44

of at least 0.15% by weight, based on the dry weight of the papermaking fibre.

5. A process as claimed in claim 4, wherein the polymer used in the step (a) treatment is used in an amount of from 0.2 to 0.4% by weight, based on the dry weight of the papermaking fibre.

6. A process as claimed in claim 1, wherein the polymer used in the step (b) treatment is a cationic papermaking retention aid or flocculant.

7. A process as claimed in claim 6, wherein the polymer used in the step (b) treatment is a cationic polyacrylamide or a cationic amine/amide/epichlorohydrin copolymer.

8. A process as claimed in claim 6 or claim 7, wherein the polymer used in the step (b) treatment is used in an amount of at least 0.1% by weight, based on the dry weight of the filler.

9. A process as claimed in claim 8, wherein the polymer used in the step (b) treatment is used in an amount of from 0.2 to 1.0% by weight, based on the dry weight of the filler.

10. A process as claimed in claim 9, wherein the polymer used in the step (b) treatment is used in an amount of from 0.3 to 1.0% by weight, based on the dry weight of the filler.

11. A process as claimed in claim 2, wherein the polymer used in the step (c) treatment is an anionic starch.

12. A process as claimed in claim 11, wherein the anionic starch is used in an amount of at least 4% by weight, based on the dry weight of the filler.

13. A process as claimed in claim 12, wherein the anionic starch is used in an amount of from 5 to 10% by weight, based on the dry weight of the filler.

14. A process as claimed in claim 11, wherein the weight ratio on a dry basis of the amounts of polymer used in steps (b) and (c) is from 1:6 to 1:40.

15. A process as claimed in claim 14, wherein said weight ratio is from 1:6 to 1:14.

16. A process as claimed in claim 1, wherein the polymer used in the step (a) treatment is an anionic papermaking retention aid or flocculant.

17. A process as claimed in claim 16, wherein the polymer used in the step (a) treatment is an anionic polyacrylamide.

18. A process as claimed in claim 16 or claim 17, wherein the polymer used in the step (a) treatment is used in an amount of at least 0.15% by weight, based on the dry weight of the papermaking fibre.

19. A process as claimed in claim 18 wherein the polymer used in the step (a) treatment is used in an amount of from 0.2 to 0.4% by weight, based on the dry weight of the papermaking fibre.

20. A process as claimed in claim 1, wherein the polymer used in step (b) is an anionic papermaking retention aid or flocculant.

21. A process as claimed in claim 20, wherein the polymer used in step (b) is an anionic polyacrylamide.

22. A process as claimed in claim 20 or 21, wherein the polymer used in the step (b) treatment is used in an amount of at least 0.1% by weight, based on the dry weight of the filler.

23. A process as claimed in claim 22, wherein the polymer used in the step (b) treatment is used in an amount of from 0.2 to 1.0% by weight, based on the dry weight of the filler.

CIBA 038891

45
4,925,530
46

24. A process as claimed in claim 16, wherein the polymer used in the step (c) treatment is a cationic starch.

25. A process as claimed in claim 24, wherein the cationic starch is used in an amount of at least 4% by weight, based on the dry weight of the filler.

26. A process as claimed in claim 25, wherein the cationic starch is used in an amount of 8 to 10% by weight, based on the dry weight of the filler.

27. A process as claimed in claim 24, wherein the weight ratio on a dry basis of the amounts of polymer used in steps (b) and (c) is from 1:12 to 1:100.

28. A process as claimed in claim 27, wherein said weight ratio is from 1:24 to 1:40.

29. A process for the production of loaded paper from paper making fibre and filler, comprising the steps of:

(a) treating the papermaking fibre in an aqueous medium with a cationic synthetic polymer;

(b) separately treating the filler in an aqueous medium with a cationic synthetic polymer;

(c) treating the thus-treated filler with an anionic polymer;

(d) mixing aqueous suspensions of treated papermaking fibre from step (a) and treated filler from steps (b) and (c) to form a papermaking stock, diluting as necessary before, during or after the papermaking operation; and

(e) draining the papermaking stock to form a loaded paper web, wherein the filler, papermaking fibre and charged polymers are used in amounts effective to produce loaded paper.

30. A process as claimed in claim 29, wherein the polymer used in both steps (a) and (b) is a cationic papermaking retention aid or flocculant and the polymer used in step (c) is an anionic starch.

31. A process as claimed in claim 30 wherein the polymer used in both steps (a) and (b) is a cationic polyacrylamide or a cationic amine/amide/epichlorohydrin copolymer.

32. A process as claimed in claim 31, wherein the polymer used in the step (a) and (b) treatments is used in an amount of from 0.2 to 1.0% by weight, based on the dry weight of the papermaking fibre or filler, and the anionic starch is used in an amount of from 5 to 10% by weight, based on the dry weight of the filler.

33. A process for the production of loaded paper from papermaking fibre and filler, comprising the steps of:

(a) treating the papermaking fibre in an aqueous medium with an anionic synthetic polymer;

(b) separately treating the filler in an aqueous medium with an anionic synthetic polymer wherein the polymer is selected from papermaking flocculants and retention aids;

(c) treating the thus-treated filler with a cationic polymer;

(d) mixing aqueous suspensions of treated papermaking fibre from step (a) and treated filler from steps (b) and (c) to form a papermaking stock, diluting as necessary before, during or after the papermaking operation; and

(e) draining the papermaking stock to form a loaded paper web, wherein the filler, papermaking fibre and charged polymers are used in amounts effective to produce loaded paper.

34. A process as claimed in claim 33, wherein the polymer used in both steps (a) and (b) is an anionic papermaking retention aid or flocculant and the polymer used in step (c) is a cationic starch.

35. A process as claimed in claim 34 wherein the polymer used in both steps (a) and (b) is an anionic polyacrylamide.

36. A process as claimed in claim 35, wherein the polymer used in the step (a) and (b) treatments is used in an amount of from 0.2 to 0.4% by weight, based on the dry weight of the papermaking fibre or filler, and the cationic starch is used in an amount of from 8 to 10% by weight, based on the dry weight of the filler.

37. Loaded paper made by a process as claimed in claims 1, 29 or 33.     * * * * *

45

50

55

60

65

CIBA 038892

# United States Patent [19]

## Johnson

[11]  Patent Number:  **4,643,801**

[45]  Date of Patent:  **Feb. 17, 1987**

[54]  **PAPERMAKING AID**

[75]  Inventor:  Kerrie A. Johnson, Mount Prospect, Ill.

[73]  Assignee:  Nalco Chemical Company, Oak Brook, Ill.

[21]  Appl. No.:  832,557

[22]  Filed:  Feb. 24, 1986

[51]  Int. Cl.⁴ ...................... D21H 3/28; D21H 3/36

[52]  U.S. Cl. ........................ 162/164.1; 162/164.5;
162/164.6; 162/168.1; 162/168.2; 162/168.3;
162/168.4; 162/168.5; 162/168.6; 162/175;
162/181.1; 162/181.2; 162/181.3; 162/181.4;
162/181.5; 162/181.6; 162/183

[58]  Field of Search ................ 162/181.6, 175, 181.1,
162/168.2, 168.3, 164.6, 164.5, 168.4, 168.5,
183, 168.1, 168.6, 181.2, 181.3, 181.4, 181.5

[56]  **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,253,978 | 5/1966 | Bodendorf et al. | 162/181.1 |
| 4,385,961 | 5/1983 | Svending et al. | 162/181.1 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO83/01970 | 6/1983 | PCT Int'l Appl. | 162/180 |

*Primary Examiner*—Peter Chin
*Attorney, Agent, or Firm*—John G. Premo; Donald G. Epple; Anthony L. Cupoli

[57]  **ABSTRACT**

An improved binder for use in paper-making contains three ingredients, a cationic starch having a degree of substitution of at least 0.01, a high molecular weight anionic polymer having a molecular weight of at least 500,000 and a degree of anionic substitution of at least 0.01, and a dispersed silica having a particle size ranging from between about 1–50 nanometers.

**13 Claims, 4 Drawing Figures**

CIBA 038893

U.S. Patent    Feb. 17, 1987    Sheet 1 of 4    4,643,801



LABORATORY COMPARISONS
CATIONIC STARCH, COLLOIDAL SILICA
VS. CATIONIC STARCH, COLLOIDAL SILICA,
AND ANIONIC POLYACRYLAMIDE

LEGEND

▨ BLANK
■ 1#/T SILICA
▨ 2#/T SILICA
☐ 4#/T SILICA
☐ .5#/T SILICA, .5#/T PAM
▧ .5#/T SILICA, 1.0 #/T PAM
▨ .5#/T SILICA, 1.5#/T PAM
▦ .5#/T SILICA, 2.5#/T PAM

RETENTION NTU

10000
1000
100

ALL SAMPLES EXCEPT THE BLANK CONTAIN
25 #/T CATIONIC STARCH

FIG. I

CIBA 038894



FIG. 2

CIBA 038895





FIG. 3

BLANK

0.5 #/T SILICA, 0.5 #/T PAM,

0.5 #/T SILICA, 1.5 #/T PAM,

0.5 #/T SILICA, 0.5 #/T PAM, 1 #/T ALUM

0.5 #/T SILICA, 1.5 #/T PAM, 1 #/T ALUM

DRAINAGE Ml/5 SEC

ALL SAMPLES EXCEPT THE BLANK CONTAIN
25 #/T CATIONIC STARCH

50   75   100   125   150





FIG. 4

CIBA 038897

4,643,801

1

# PAPERMAKING AID

## INTRODUCTION

The present invention relates to paper-making processes and products made thereby and, more particularly, to the use of a specific coacervate binder to achieve better binding between cellulosic fibers used in paper-making processes using cellulose fiber slurries, particularly when those slurries also contain various inorganic fillers and/or pigment materials characterized by having an electrically charged surface character.

The use of the binders of this invention allows the papermaker to operate at a higher speed because the paper sheet formed is more easily dewatered. In addition, improved retention of added mineral materials used in paper-making processes, such materials being various clays, TiO$_2$ and other pigments, and the like, is achieved by using the coacervate binders of my invention. Because improved retention and improved dewatering are observed using the improved binders of this invention, it is also an object of this invention to improve clarification of the white water resulting from the paper-making processes using the improved binders of this invention.

It is, therefore, an object of this invention to present to the papermaker an improved coacervate binder which can achieve both improved dewatering and improved retention of mineral fillers and pigments used in the paper-making process.

Another object of this invention is to achieve a paper having improved strength characteristics.

It is another object of this invention to present to the papermaker an improved coacervate binder comprising a tertiary combination of a cationic starch, an anionic high-molecular weight polymer, and a dispersed silica, which binder can achieve improved dewatering, improved mineral pigment retention, and improved operating speeds of the paper-making machine without loss in paper strength or other familiar characteristics required in a paper sheet.

Other objects will become apparent.

## PRIOR PRACTICES

U.S. Pat. No. 3,253,978, Bodendorf et al, teaches a method of forming an inorganic water-laid sheet containing colloidal silica and a cationic starch. This invention combines colloidal silica and a cationic agent, preferably a cationic starch in the head box of a paper-making machine which is manufacturing a strictly inorganic fibrous sheet. The type of paper being manufactured is, therefore, referred to as an inorganic sheet and utilizes inorganic fibers, such as glass fibers, quartz flakes, ceramic fibers, mineral wool, glass flakes, quartz flakes, mica flakes and combinations thereof. In column 4, lines 53 at seq., of Bodendorf et al., teach that organic fibers may also be incorporated in the sheet but that the presence of substantial percentages of these organic materials in these kinds of sheet products are considered deleterious for intended applications of these inorganic sheets.

U.S. Pat. No. 4,385,961, Svendling, et al, teaches a paper-making process in which a cellulosic pulp is formed, and in which a binder is used, which binder comprises a colloidal silicic acid and a cationic starch. The manner of addition is taught to involve the initial addition of a portion of a colloidal silicic acid to the paper-making stock followed subsequently by the addi-

2

tion of cationic starch, which then is followed, finally, by the addition of the remainder of the colloidal silicic acid prior to the formation of the paper sheet.

U.S. Pat. No. 4,388,150, Sunden, et al, continues to teach the use of a binder comprising colloidal silicic acid and cationic starch for improving paper and the retention of various paper stock components.

## THE INVENTION

I have found an improved paper-making process in which an aqueous paper-making stock containing at least 50% cellulosic pulp is formed into a sheet and then dried, said sheet comprising at least 50 weight percent cellulosic fiber, wherein the papermaking stock includes from 0.1 to 15 weight percent of a binder, which binder comprises a cationic starch having a degree of substitution ranging between 0.01 and 0.20 in combination with an anionic mixture of a high molecular weight anionic polymer and a dispersed silica [having an average particle size ranging between about 1 and 50 nanometers (nm)], wherein the combination of anionic polymer to silica sol has a weight ratio of polymer to silica sol ranging between about 20:1 to about 1:10.

The use of the binder described above is preferably accomplished by adding to the beater or mixer a cationic starch having a cationic substitution ranging between 0.01 and 0.15, which cationic starch is preferably derived from a modified potato starch, which potato starch normally contains some small amount of covalently bound phosphorous containing functional groups and is of a highly branched amylopectin type of starch. However, it must be pointed out that other cationically modified starches, for example, cationic starch derived from corn starch, cationic starches derived from waxy maize, and the like, may be used in the practice of my invention and in the formulation of our improved binder, as long as the degree of cationic substitution on the starch ranges from about 0.01 to about 0.20, preferably between about 0.02 to about 0.15, and most preferably between about 0.025 to about 0.10.

To the cationic starch admixed with cellulosic fibers, preferably in the head box of a paper-making machine, is added a quantity of an admixture of a high molecular weight anionic polymer and a dispersed silica, which admixture contains a ratio of anionic polymer to dispersed silica ranging between about 20:1 to about 1:10 on a weight-to-weight basis. This coacervate binder may be formed by initially admixing the cationic starch with the cellulosic fiber slurry used in the paper-making process. After the cationic starch has been fully admixed, an electroneutralizing amount of the admixture of anionic polymer and dispersed silica may be then added to the paper-making stock containing the cationic starch.

By an electroneutralizing amount of the anionic combination, we mean that sufficient amounts of the combination of both the anionic polymer and the dispersed silica should be added to the paper-making stock containing the cationic starch in such a way as to approach within 75 to 125 percent of electroneutrality. Depending on the character of the cellulosic fiber, the type, amount and character of inorganic filler/pigment, as well as the character of the cationic starch, this electroneutralizing amount of anionic combined ingredients can be achieved by adding anywhere from about 75 to 125 percent of an electroneutralizing amount of the combination of anionic polymer and silica sol to the

CIBA 038898

4,643,801

3

cationically modified starch/paper stock admixture. On a weight basis, this will vary considerably depending upon the ratio of anionic polymer to silica sols, as well as depending upon the type of anionic polymer chosen and the type of silica dispersion chosen. It will also vary according to the character, type, amount and the like of cationic starch used, as well as the types of fiber, fillers, and the like, used to form to paper stock.

Sunden, et al, U.S. Pat. No. 4,388,150, teaches the use of a weight ratio of cationic starch to silica ranging between 1:1 and 25:1. Sunden, et al, is hereby incorporated herein by reference.

Svendling, et al, U.S. Pat. No. 4,385,961, which is hereby incorporated herein by reference, again teaches a weight ratio of cationic starch to silica ranging between 1:1 to 25:1 in a binder use which is improved by first adding colloidal silicic acid and then a cationic starch, forming an oglomerate, and then adding a remainder of colloidal silicic acid to the paper-making stock prior to the formation of the paper sheet. This complicated procedure normally requires that the first portion of colloidal silicic acid comprises between 20-90 percent of the total colloidal silicic acid added to the paper-making stock.

The improved coacervate binder of this invention uses a combination of cationic starch, preferably a cationically modified potato starch having a degree of cationic substitution ranging between about 0.02 to about 0.15, wherein said potato starch also contains naturally, not synthetically, bound phosphorous containing functionality, with an electroneutralizing amount of the combination of a high molecular weight anionic polymer and a dispersed silica wherein the dispersed silica has a particle size ranging between about 1.0 nanometers to about 50 nanometers.

The combination of anionic polymers to dispersed silica preferably a colloidal silicic acid or a colloidal silica sol normally ranges within a weight ratio of between 20:1 to about 1:10, and, most preferably, ranges between a weight ratio of anionic polymer to silica of from about 15:1 to about 1:1.

### The Anionic Polymers

The anionic polymers are preferably high molecular weight water soluble polymers having a molecular weight of at least 500,000, preferably a molecular weight of at least 1,000,000 and most preferably having a molecular weight ranging between about 5,000,000-25,000,000.

These anionic polymers are preferably water-soluble vinylic polymers containing monomers from the group acrylamide, acrylic acid, AMPS and/or admixtures thereof, and may also be either hydrolyzed acrylamide polymers or copolymers of acrylamide or its homologues, such as methacrylamide, with acrylic acid or its homologues, such as methacrylic acid, or perhaps even with monomers, such as maleic acid, itaconic acid or even monomers such as vinyl sulfonic acid, AMPS, and other sulfonate containing monomers. The anionic polymers may be homopolymers, copolymers, terpolymers or contain multiple monomeric repeating units. The anionic polymers may also be sulfonate or phosphonate containing polymers which have been synthesized by modifying acrylamide polymers in such a way as to obtain sulfonate or phosphonate substitution, or admixtures thereof. The anionic polymers may be used in solid, powder form, after dissolution in water, or may be used as water-in-oil emulsions, wherein the polymer

4

is dissolved in the dispersed water phase of these emulsions.

It is preferred that the anionic polymers have a molecular weight of at least 1,000,000. The most preferred molecular weight is at least 5,000,000, with best results observed when the molecular weight is between 7.5–25 million. The anionic polymers have a degree of substitution of at least 0.01, preferably a degree of substitution of at least 0.05, and most preferably a degree of substitution of at least 0.10–0.50. By degree of substitution, we mean that the polymers contain randomly repeating monomer units containing chemical functionality which when dissolved in water become anionically charged, such as carboxylate groups, sulfonate groups, phosphonate groups, and the like. As an example, a copolymer of acrylamide (AcAm) and acrylic acid (AA) wherein the AcAm:AA monomer mole ratio is 90:10, would have a degree of substitution of 0.10. Similarly, copolymers of AcAm:AA with monomer mole ratios of 50:50 would have a degree of anionic substitution of 0.5.

### The Dispersed Silica

Preferably, the anionic polymers are used in combination with a dispersed silica having a particle size ranging between about 1-50 nanometers (nm), preferably having a particle size ranging between 2-25 nm, and most preferably having a particle size ranging between about 2-15 nm. This dispersed silica may be in the form of colloidal silicic acid, silica sols, fumed silica agglomerated silicic acid, silica gels, and precipitated silicas, as long as the particle size or ultimate particle size is within the ranges mentioned above. The dispersed silica is normally present at a ratio of cationic starch to silica of from about 100:1 to about 1:1, and is preferably present at a rate of from 75:1 to about 30:1.

This combined anionic admixture is used within a dry weight ratio of from about 20:1 to about 1:10 of anionic polymer to silica, preferably between about 10:1 to about 1:5, and most preferably between about 8:1 to about 1:1.

### The Anionic Combination

When the anionic combination (or anionic admixture) is used in my invention, it is preferable to add the polymer and dispersed silica to the paper-making stock after the addition of the cationic starch has occurred, and sufficient time and mixing energy used to accomplish a thorough homogeneous admixture of cationic starch and the cellulosic slurries, mineral fillers, clays, pigments, and other inorganic components of the paper-making stock.

The anionic admixture is then added so as to essentially accomplish an electroneutralization of the cationic charges contained in the paper stock. Since the cellulosic fibers, and most inorganic pigments and clays, such as $TiO_2$ pigment, normally carry a negatively charged surface, it is a relatively simple matter to calculate electroneutrality on the basis of the amount of cationic starch added, the degree of substitution of cationic functionality on the starch added, and the amount of any other additional species carrying a cationic charge which may be present in the paper stock, i.e., alumina sols, alum, and the like.

Depending on the molecular weight, degree of anionic substitution, and type of polymer used, as well as on the amount of cationic starch used, the starch to polymer weight ratio can range from about 50:1 to about 5:1. Simultaneously, the polymer to silica

CIBA 038899

4,643,801

**5**

ratio normally runs from about 20:1 to about 1:10, and, as before, preferably ranges from about 10:1 to about 1:5, and most preferably ranges between about 8:1 to 1:1. The most preferred results are obtained when the starch to silica ratios range from about 75:1 to about 30:1.

The anionic combination or admixture of anionic polymer to silica, as described above, can be made prior to admixture with the paper stock containing the cationic starch, and then added to the paper stock, or preferably is made in situ during the paper-making process by adding to the paper stock, in sequence, the cationic starch, then the anionic polymer, and finally the dispersed silica.

It is believed that a coacervate complex of undetermined structure is formed, in the presence of the paper stock and which may include components of the paper stock, between the cationic starch and the anionic polymer, and that this pre-coacervate complex contains, therein, at least some positive charges, which positive charges can then attract and bind both the added dispersed silica which carries a negative surface charge, as well as the cellulosic fibers, inorganic pigments, and the like. It is presumed that the formation of the coacervate complex between starch, polymer; and silica leads to the improved performance observed with my system relative to the use of any other combination of ingredients known in the art, such as only starch plus silica. Although it would be difficult to demonstrate that this mechanism exactly accounts for the improved performance observed, and my invention should not be limited in any way to my attempted mechanistic explanation, it is a simple matter to demonstrate the improved performance of my three component coacervate binder system.

### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 compares the effect on retention between the use of cationic starch and colloidal silica, and cationic starch, colloidal silica and anionic polyacrylamide.

FIG. 2 compares the effect on drainage between the use of cationic starch and colloidal silica, and cationic starch, colloidal silica and anionic polyacrylamide coacervate binder.

FIG. 3 shows the effect on the drainage of adding polyhydroxyaluminum chloride in addition to the inventive three component coacervate binder.

FIG. 4 shows the effect on retention of adding polyhydroxyaluminum chloride in addition to the inventive three component coacervate binder.

The following examples should suffice to demonstrate my new binding system, methods and compositions.

### EXAMPLE I

Paper stock was prepared at 0.7% consistency from a thick paper stock (3.8% cellulosic fibers) and clarified white water obtained from a paper mill. The stock had a pH of 7.0–7.5.

Cationic potato starch having a degree of substitution of 0.025 was prepared at a 2.0 weight percent solution in water, and diluted further, immediately prior to application to a concentration of 0.875%.

A high molecular weight (about 10–20 million) anionic polyacrylamide containing about 30 mole percent acrylic acid and 70 mole percent acrylamide monomer, in the form of a water-in-oil latex containing about 30 weight percent polymer was inverted and diluted into

**6**

water following the teachings of Anderson, et al, U.S. Pat. No. Re 28,474 and U.S. Pat. No. Re 28,576, both of which are incorporated herein by reference. The polymer solution was made up at 2.0 weight percent active polymer and further diluted to 0.0875 weight percent immediately prior to use.

A 15 weight percent silica sol (or colloidal silica) having a particle size of about 4 nm was diluted with water to 0.0875 weight percent. Two separate batches of paper stock were obtained from the same mill approximately two weeks apart.

The paper stock was admixed with cationic starch and then the various amounts of anionic polymers and /or silica sol were added thereto. Laboratory tests were completed using an "Alchem Tester", which is designed to measure both water drainage rates under controlled conditions and also turbidity (NTU) which is related to retention by the formula:

% Retention = (Turbidity (Blank) − Turbidity (Sample))/Turbidity (Blank) × 100

The data from these tests are presented in Tables I and II.

Table I presents data from the first paper stock.

Table II presents data from the second paper stock.

#### TABLE I

| Starch #/T | Silica #/T | PAM* #/T | Drainage (ml/5 sec) | Turbidity** (NTU) |
|---|---|---|---|---|
| 0 | 0 | 0 | 112 | 1640 |
| 25 | 0 | 0 | 126 | 390 |
| 25 | 0 | 1 | 148 | 200 |
| 25 | 0 | 2 | 182 | 105 |
| 25 | 0 | 3 | 178 | 100 |
| 0 | 0 | 1 | 111 | 445 |
| 0 | 0 | 2 | 108 | 420 |
| 0 | 0 | 3 | 106 | 405 |
| 25 | 2 | 0 | 128 | 360 |
| 25 | 5 | 0 | 142 | 215 |
| 25 | 7 | 0 | 154 | 180 |

The two component PAM and starch combination is superior to both starch/silica and the PAM alone, for retention* and drainage.
*PAM - An anionic polyacrylamide containing about 30% acrylic acid and having a molecular weight in excess of 10,000,000.
**An increase in retention is indicated by a decrease in turbidity.

#### TABLE II

| Starch #/T | Silica #/T | PAM* #/T | Drainage (ml/sec) | Turbidity (NTU) |
|---|---|---|---|---|
| 0 | 0.00 | 0.0 | 90 | 1312.5 |
| 5 | 0.00 | 0.0 | 90 | 1280 |
| 15 | 0.00 | 0.0 | 90 | 1325 |
| 25 | 0.00 | 0.0 | 94 | 1375 |
| 35 | 0.00 | 0.0 | 86 | 1500 |
| 25 | 0.00 | 1.0 | 114 | 300 |
| 25 | 0.25 | 1.0 | 110 | 300 |
| 25 | 0.50 | 1.0 | 114 | 280 |
| 25 | 0.75 | 1.0 | 116 | 270 |
| 25 | 0.00 | 1.0 | 114 | 300 |
| 25 | 0.00 | 2.0 | 134 | 180 |
| 25 | 0.00 | 3.0 | 154 | 140 |
| 25 | 0.50 | 0.5 | 94 | 460 |
| 25 | 0.50 | 1.0 | 114 | 280 |
| 25 | 0.50 | 1.5 | 130 | 200 |
| 25 | 0.50 | 2.5 | 162 | 140 |

*PAM - The same high molecular weight anionic copolymer of acrylamide/acrylic acid as used in Table I.

The three (3) component coacervated system: starch; anionic polymer; and dispersed silica provides superior retention and drainage as compared with the two component starch/silica binder systems taught in the prior art. The starch/polymer system alone gives comparable

CIBA 038900

4,643,801

7

results when compared to the starch/silica system of the prior art for some of the drainage tests. Overall, the three component coacervate binder is superior in both retention and drainage.

These tests are further illustrated in FIGS. I and II.

## Example II

The addition to the paper stock of a small amount of an alumina source, for example, papermaker's alum, sodium aluminate or polyhydroxyaluminum chloride, further enhances the activities observed for the three component coacervate binder system. These further improvements are observed in Figures III and IV. When an alumina source is used, it is preferred to be used at levels ranging from about 0.01 to about 10.0 pounds active $Al_2O_3$ per ton of paper (dried) manufactured.

## Example III

A trial was run at a paper mill in the upper Mideast while this mill was making 67.5 pounds per ream alkaline fine paper. The stock consisted of hardwood Kraft and softwood Kraft fiber with 20% filler loading comprised of an admixture of calcium carbonate, Kaolin, and titanium dioxide. Fillers were added to the pulper. Paper stock pH was 7.5. Polyhydroxyaluminium chloride was added to the save-all with the reclaimed fiber and clarified water returning to the stock system.

Cationic potato starch having a degree of substitution of 0.025 was added to the recycled white water prior to final stock dilution. The same high molecular weight anionic polyacrylamide (PAM) as used before was added to the intake of the centri-screen. Colloidal silica in the form of a 15% sol having a particle size of from 4–5 nanometers was added immediately before the headbox.

At the start of the trial period, stock treatment (I) was 18 #/T cationic potato starch and 2.0 #/T PAM. After 1.25 hours 0.8 #/T of colloidal silica was added to the system. Drainage on the fourdrinier wire increased. The "wet line" receded 2 to 3 feet and couch vacuum dropped from 22 to 19 psi. This facilitated an increase in dilution water stream flow from 1560 to 1627 gallons/-minute. Jordan refining was increased from 20 to 31 Amps. First pass retention increased from 86 to 91.5%. Headbox consistency decreased from 1.05% to 0.69%. These changes resulted in a considerable improvement in sheet formation. Sheet moisture before the size press dropped from 6 to 1%. Approximately 28 psi of steam was removed from the main drying section to hold sheet moisture at the size press to 5%.

Two hours after the start of the trail, cationic starch dosage was increased to 25 #/T, PAM dosage was increased to three (3) pounds per ton and colloidal silica dosage was reduced to 0.45 #/T (Stock Treatment II). First pass retention held at 89.5%, drainage on the wire, sheet drying and sheet formation remained essentially unchanged.

An increase in drainage and reduction in dryer usage can be utilized by increasing machine speed, hence, increased production rate, or by improved sheet formation with savings in steam costs. The latter option was adopted during the trial.

No significant change in sheet strength with regards to tensile, Mullen or Scott Bond was evident, as shown below for these two treatments.

8

| | TREATMENT | |
|---|---|---|
| | 1 | II |
| Basis Weight | 67.5# | 67.5# |
| Tensile | 25.0 | 24.0 |
| Mullen | 38.0 | 36.0 |
| Scott Bond | 170.0 | 197.0 |

## Example IV

### Comparison of Results When Silica Sol was Added Prior to Anionic Polymer

During the same trial period at the paper mill operation reviewed above, the dispersed silica injection point was moved to the inlet of the centri-screen. Previously, this silica sol injection point was at the discharge end exiting the centri-screen. Originally, the injection of dispersed silica followed both the injection of the cationic starch and the injection of the anionic polymer into the paper stock.

With the silica sol injected at the inlet of the centriscreen, the sol was being injected into the paper stock prior to the injection of the anionic polymer. Within 30 minutes of this change being made, the following negative observations were made:

1. Drainage on the fourdrinier was drastically reduced as evidenced by the thruput in the headbox. Typical flows prior to the above change ranged between about 1700–1800 gallons per minute. With the silica being added prior to the anionic copolymer, the thruput fell drastically to about 900 gallons per minute.

2. Paper formation was poor. This was evidenced by the inability of the silica to drain accompanied by the inability to put more refining on the furnish.

3. Poor drainage and increased energy consumption indicated a poor result. The paper sheet became wetter and the steam usage in the main dryer section increased by at least 15–20 psi.

4. First pass retention worsened as evidenced by increased solids in both the tray waters and the flotation save-all.

5. Machine speed was necessarily reduced by about 8–10%.

It would then appear that the anionic combination of the anionic polymer and dispersed silica most preferably occurs by sequentially adding to the paper stock from 10 to 50 pounds per ton of dried paper of the cationically modified starch, then adding the anionic polymer; followed thereafter by the dispersed silicas. Prior addition of dispersed silica to paper stock containing polymer does not apparently allow formation of the coacervate complex, and the results of binder use is destroyed.

All of the calculations indicating the addition of any ingredient in terms of #/T above refers to the pounds of active ingredients used per ton of dried paper.

Having described my invention, I claim:

1. In a paper-making process in which paper-making stock containing a sufficient amount of cellulosic pulp to give a finished paper containing at least 50% cellulosic fiber is formed and dried; and in which the stock, prior to formation of the sheet, is admixed with from 0.1 to 15% based on the weight of said pulp of a binder, the improvement which comprises using a coacervate binder comprising a cationic starch having a degree of substitution ranging between about 0.01 to about 0.20 in combination with an anionic combination of an anionic

CIBA 038901

4,643,801

9

high molecular weight polymer having a molecular weight of at least 500,000 and a degree of anionic substitution of at least 0.01 and a dispersed silica having a particle size ranging from 1 to 50 nm; and wherein the weight ratio of anionic polymer to silica ranges between about 20:1 to about 1:10, and further, where the cationic starch to silica ratio is between about 100:1 to 1:1.

2. The process of claim 1 in which ratio of cationic starch to anionic combination ranges between about 50:1 to about 5:1 and the weight ratio of anionic polymer to silica sol ranges between about 10:1 to about 1:1, and also wherein the degree of anionic substitution of the anionic polymer is at least 0.10, and the molecular weight of the anionic polymer is at least 1,000,000; the degree of cationic substitution on the cationic starch is from about 0.02–0.10; and the particle size of the dispersed silica ranges from 2–25 nm.

3. The process of claim 2 wherein the pH of the paper stock ranges between about 4 to 9.

4. The process of claim 3 wherein the degree of cationic substitution of starch ranges between about 0.015 to about 0.075 and the cationic starch is a cationically modified potato starch, and wherein the anionic polymer is from the group consisting of copolymers of acrylamide with monomers from the group consisting of acrylic acid, methacrylic acid, AMPS, vinyl sulfonate, sulfonated styrene and mixtures thereof, and modified acrylamide polymers containing at least the sulfonate functional group.

5. In the process of claim 1 or 2, the improvement which comprises forming the binder in situ by a sequential addition to the paper-making stock of the cationic starch, then the anionic polymer then the dispersed silica; each addition occurring after each prior addition has been thoroughly admixed with the paper-making stock.

6. In the process of claim 1 or 2, the improvement which comprises forming the binder in situ by a sequential addition to the paper-making stock of the cationic starch, followed then by an admixture of the silica sol and the anionic polymer; each addition occurring after each prior addition has been thoroughly admixed.

7. In the process of claim 1, the improvement which comprises additionally adding to the paper stock from 0.01 to 10.0 pounds of active alumina, Al₂O₃ per ton of dried paper.

8. The process of claim 7 wherein the active alumina is chosen from the group consisting of papermaker's alum, sodium aluminate, or polyhydroxyaluminum chloride.

9. In a paper-making process in which an aqueous paper-making stock containing a sufficient amount of cellulosic pulp to provide a paper having at least 50

10

weight percent cellulosic fiber has added thereto prior to sheet formation a binder and a mineral filler/pigment material having at least partial anionic surface characteristics, the improvement which consists of adding to said paper-making stock, prior to sheet formation, a coacervate binder consisting of a cationically modified potato starch having a degree of cationic substitution ranging between about 0.01 to about 0.15 in combination with an anionic polymer having a molecular weight of at least 1,000,000 and a degree of anionic substitution ranging between about 0.05 to about 0.95, and further in combination with a dispersed silica having a particle size ranging between about 1 nm to about 50 nm, wherein the cationic starch to silica ratio is between 100:1 to about 30:1; the anionic combination has a weight ratio of polymer; silica ranging between about 20:1 to about 1:1, and further wherein the total coacervate binder to mineral filler weight ratio, on a solids basis, is between 0.005:1 to about 1:1, and further wherein said binder is formed by admixing with paper-making stock, in sequence, the cationic starch, the anionic polymer, and then the dispersed silica and wherein the paper-making stock contains the cellulosic pulp having dispersed therein the mineral filler.

10. The process of claim 9 wherein the pH of the paper-making stock ranges between about 4 to 9.

11. The process of claim 9 wherein the weight ratio of cationically modified potato starch to the anionic combination of anionic polymer and dispersed silica is between about 50:1 to 1:1 and the weight ratio of cationic starch to silica is between about 75:1 to 30:1, and further wherein the binder, on a solids level, is added to said paper-making stock at levels ranging between about 0.05 to about 10 weight percent of said paper-making stock.

12. The process of claim 11 wherein the ratio of cellulosic fibers to mineral filler ranges between about 100:1 to about 1:1 and wherein the ratio of cellulosic fibers to binder is about 200:1 to about 20:1, and wherein the silica particles have a particle size ranging from 1.0 to about 10 nm, the anionic polymer has a molecular weight of at least 5,000,000 and a degree of anionic substitution ranging between about 0.05 to about 0.50 and wherein the potato starch contains a degree of cationic substitution ranging between about 0.01 to about 0.10.

13. An improved process of claim 11 in which form 0.01 to 10.0 pounds of active alumina chosen from the group consisting of papermaker's alum, sodium aluminate, and polyhydroxyaluminum chloride, and mixtures thereof is additionally added per ton of dried paper to the paper stock.

* * * * *

# United States Patent [19]

## Farrar et al.

[11] Patent Number: 4,759,856

[45] Date of Patent: Jul. 26, 1988

[54] FLOCCULATION PROCESSES

[75] Inventors: David Farrar; John R. Field; Peter Flesher, all of West Yorkshire; Tony Whittaker, South Yorkshire, all of England

[73] Assignee: Allied Colloids, Ltd., England

[21] Appl. No.: 855,519

[22] Filed: Apr. 23, 1986

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 728,782, Apr. 30, 1985.

### Foreign Application Priority Data

Apr. 30, 1984 [GB] United Kingdom .............. 8410971
Apr. 25, 1985 [GB] United Kingdom .............. 8510496
Oct. 29, 1985 [GB] United Kingdom .............. 8526624

[51] Int. Cl.⁴ ........................................... C02F 1/56
[52] U.S. Cl. ......................... 210/734; 210/737; 210/738; 523/322; 524/922
[58] Field of Search ........... 210/725, 727, 728, 730, 210/732–736, 738; 523/319, 322, 323; 524/922; 525/326.1, 329.4

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,235,490 | 2/1966 | Goren | 210/734 |
| 3,380,947 | 4/1968 | Galgoczi et al. | 523/323 |
| 3,488,720 | 1/1970 | Nagy et al. | 210/734 |
| 3,536,646 | 10/1970 | Hatch et al. | 523/322 |
| 3,624,019 | 11/1971 | Anderson et al. | 210/734 |
| 3,719,748 | 3/1973 | Manfroy et al. | 210/734 |
| 3,917,529 | 11/1975 | Madole et al. | 210/738 |
| 3,968,037 | 7/1976 | Morgan et al. | 210/734 |
| 3,977,971 | 8/1976 | Quinn et al. | 210/738 |
| 4,051,065 | 9/1977 | Venema | 422/261 |
| 4,113,688 | 9/1978 | Pearson | 524/922 |
| 4,172,066 | 10/1979 | Zweigle et al. | 525/329.4 |
| 4,382,864 | 5/1983 | Hashimoto et al. | 210/730 |
| 4,529,794 | 7/1985 | Sortwell et al. | 528/499 |

Primary Examiner—Peter Hruskoci
Attorney, Agent, or Firm—Ostrolenk, Faber, Gerb & Soffen

[57] ABSTRACT

A cross linked high molecular weight polymer formed from a water soluble monomer or blend of monomers and which has IV and/or solubility and/or rheology properties indicating that it would be unsuitable for use as a flocculant can be used as a flocculant after shearing the polymeric material. The shearing may be applied to the polymeric material before addition to the suspension that is to be flocculated or can be applied to the suspension that is being flocculated. The shearing increases the intrinsic viscosity of the polymeric material and can improve its rheology and solubility. The polymeric material must be of high molecular weight.

23 Claims, 4 Drawing Sheets



**U.S. Patent**    Jul. 26, 1988    Sheet 1 of 4    **4,759,856**



*Fig.1A.*

*Fig.1B.*

CIBA 038904

**U.S. Patent**    Jul. 26, 1988    Sheet 2 of 4    **4,759,856**



*Fig. 2A.*



*Fig. 2B.*

CIBA 038905

U.S. Patent    Jul. 26, 1988    Sheet 3 of 4    4,759,856



*Fig. 3A.*

*Fig. 3B.*

CIBA 038906



*Fig. 4A.*

*Fig. 4B.*

CIBA 038907

4,759,856

1

## FLOCCULATION PROCESSES

This application is a continuation-in-part of application Ser. No. 728,782 filed Apr. 30, 1985.

When synthetic polymers of water soluble monomers or monomer blends were first introduced as flocculants, in the early to mid-1950's, maximum molecular weights were relatively low compared to the present day. The initial polymers typically had molecular weights well below 500,000 and thus were of a value comparable to the molecular weight now associated with coagulants, rather than high molecular weight flocculants. These low molecular weights were probably caused by the presence of chain transfer agents and other impurities in the monomer or polymerisation mixture.

It was recognised that the polymers had to be in solution and if the polymers were not, despite their low molecular weight, spontaneously soluble in water (for instance due to excessive cross linking) it was appreciated to be necessary to homogenise them so as to put them into solution. For instance Miller described in U.S. Pat. No. 3,021,269 ultrasonic degradation of a highly cross linked insoluble polymer gel "having almost infinite molecular weight" to render it water soluble as a result of severing the polymeric structure. The end products were always of relatively low molecular weight and the highest quoted molecular weight for the end product is 630,000 and the highest intrinsic viscosity (IV) 2.54 dl/g.

Similarly, Miller described in a 1954 patent application (published as U.S. Pat. No. 3,235,490) dispersing various polymer gels into water using a Waring Blendor. Many of the gels were cross linked spontaneously or by the addition of cross linking agent and the cross linking appears to have caused the formation of some wholly insoluble, non-swellable, polymer that settled out of solution. Solutions of the polymers were also subjected to homogenisation in a hand homogeniser and it was observed that the effect on agglomeration performance of this homogenisation is drastic, with most of the products being useless after homogenisation. Again, all the polymers were of very low molecular weight as is indicated by the fact that the highest specific viscosity (measured by a capillary flow viscometer at 34° C. on a 0.5% solution in deionised water) is quoted as 0.77. This compares to values of well over 100, and usually over 1000, for modern high molecular weight flocculants.

Some polymers having molecular weights typical of those described by Miller and Goren can be used as coagulants, for instance for coagulating very fine suspended solids, e.g., for clearing turbidity or removing colour from aqueous solutions. For instance typical modern polymer coagulants have a molecular weight of up to about 500,000. Typical polymer coagulants may be formed by reaction of epichlorhydrin with dimethylamine. Since the resultant linear product may have extremely low molecular weight, it is known to include ethylene diamine in order to increase molecular weight by cross linking without rendering the polymer insoluble.

Goren postulated that agglomeration involved electrostatic attraction followed by a sweeping action of a filamentary network of the cross linked polymer. This mechanism has come to be recognised as the classical mechanism of coagulating turbidity and colour, namely very fine suspended solids. Goren made his polymer by bulk polymerisation followed by comminution and

2

showed that his aqueous compositions tended to be non-homogeneous, in that there was a tendency for insoluble polymer to precipitate from the solution. Goren warned against cross linking too much and indicated that the optimum was the level at which the polymer is still readily dispersible in water. Since Goren was postulating a sweeping action by filamentary molecular networks this indicates that his dispersibility had to be on a molecular scale, i.e., true solution. Goren warned that the agglomerating effect of the polymer can be destroyed by homogenising it (column 13 line 74).

In contrast to these low molecular weight polymer coagulants, modern flocculants (for flocculating suspended solids such as sewage) are linear polymers of very high molecular weight. Most have an intrinsic viscosity above 4 and often above 10. The polymers have to be linear since cross linking renders them ineffective and often insoluble, although trivial amounts of cross linking may exist without detracting from the polymer properties (see for instance U.S. Pat. No. 3,557,061 column 3 line 35).

Whether or not a high molecular weight polymer is suitable for use as a flocculant is determined in part by observing the rheology of aqueous compositions of the polymer. Satisfactory polymers give a "long" or "stringy" rheology. This is recognised in the art and can be demonstrated in that when a 1% stable homogeneous composition of the polymer in deionised water is formed by conventional techniques, such as by stirring using a slowly rotating stirrer followed by ageing, and a glass rod is manually pulled endwise out of the solution the rod draws a long thread of composition with it. The thread is generally at least 5 cm long and the polymer can then be described as having a rheology of 5 cm. Often the rheology is above 10 cm. If, in contrast to this, the polymer gives a "short" or "granular" rheology (i.e., in the above test the rod pulls substantially no thread, for instance below 5 cm and often below 2 cm, of composition) the polymer will be rejected and will not be used as a flocculant. Experience has shown that polymers giving this short rheology are unsatisfactory in conventional flocculation processes since it indicates a high degree of cross-linking and/or a low molecular weight. The short polymers can also be characterised as non-film forming, in that when an aqueous composition is dried it does not form a film.

Similarly, the polymer is rejected if it has a large particle size and is cross linked sufficient to ensure that insoluble solid polymer does not go into stable suspension in the aqueous composition.

The stable homogeneous composition is stable in the sense that the polymer is in full equilibrium with the water, i.e., it has reached its ultimate degree of solution or swelling, for instance as a result of ageing for two hours or more. It is homogeneous in the sense that the polymer remains uniformly dispersed throughout the composition (usually in the total absence of dispersing agent although minor amounts may be present as a result of the manufacture of the polymer) with no tendency for material to precipitate from the composition on standing for a few days.

The unsuitability as flocculants of short rheology polymers (as defined above) and of polymers that do not go into stable suspension or solution are well understood in the art. Very high molecular weight, linear, truly dissolved, polymers are preferred.

Certain high molecular weight polymers, for instance polymers of Mannich bases, have a tendency to cross

CIBA 038908

4,759,856

<table>
<tr><td>

3

link spontaneously and acquire a rather short or very short rheology or become totally insoluble. It frequently happens that high molecular weight polymers are produced which have rheology that is shorter than is desirable. Polymers of very short rheology (below 2 cm), or that are insoluble, are rejected. Polymers with longer, but still rather poor, rheology may be used under the same conditions as if they had the desired long rheology but this leads to poor performance properties.

Polymers for use as flocculants are often supplied as powders or as dispersions in water-immiscible liquid and these polymers are converted to an aqueous solution by adding the powder or dispersion to water with initial agitation to promote distribution throughout the water, and then leaving the mixture to age for, for instance, an hour or more. During the ageing process low levels of agitation may be applied.

The need to avoid shearing the polymer is well established and is described in, for instance, Katzer U.S. Pat. No. 3,468,322. In EP 0102759, high shear is applied but it is said to be essential that it is applied for only a very short time (much less than 1 second) and so the shear does not have any effect on the structure of the polymer.

Flocculant polymer may alternatively be supplied as a concentrated solution, in which event it may be diluted to form the desired dilute solution by stirring with water, again using low levels of agitation.

Once the polymer has reached equilibrium with the water is it accepted that it must not be subjected to vigorous agitation, since it has been believed that this will damage the properties of the solution.

Many flocculation processes involve little or no agitation during the flocculation. For instance the flocculant solution may be added with gentle stirring to the suspension that is to be flocculated and the mix then allowed to stand. If flocculation is one step of a multistage process including steps which involve vigorous agitation, it is normal to add the flocculant after these earlier agitation steps, so as to avoid damaging the floc. For instance when the polymer is being used as a retention or dewatering aid in the production of paper the flocculant solution is generally added to the stock immediately prior to the screen through which the pulp is dewatered by drainage. In some dewatering processes, such as centrifugal dewatering, shear is inevitably applied during the dewatering stage but extra agitation or shear before dewatering is avoided.

It is therefore well established in the art of high molecular weight flocculant polymers that shear should not be applied to the polymers or flocs that are formed. If it is found that a polymer does not dissolve spontaneously into water by conventional techniques, for instance involving gentle stirring, then conventional practice is to reject the polymer as unsuitable for use as a flocculant. For instance, no attempt is ever made to modify the rheology of the polymer. If after reaching equilibrium with the water the solution of the polymer is shorter than normal, then either the polymer is used in that state or, if the rheology is too short, the polymer is rejected.

In our European patent application No. 85302925.4 (not published at the priority date of this application), we describe the surprising discovery that improved flocculation performance can be obtained from a solution of a polymeric flocculant if that solution is subjected to shear before use. We explain that the shear

</td><td>

4

may result in reduction of the range of molecular weights within the solution and/or reduction in the intrinsic viscosity of the polymer within the solution and/or an increase in the measured ionicity of the polymer in the solution. Thus the shear could, and frequently did, result in reduction in intrinsic viscosity (and therefore of molecular weight) but the performance properties are improved because of other changes, notably a reduction in the range of molecular weights within the solution. This reduction in intrinsic viscosity is consistent with accepted thinking that the application of shear to a high molecular weight polymer will reduce molecular weight and intrinsic viscosity, for instance by breaking the linear chains.

It would be desirable to be able to improve the performance properties of polymers that have been accidentally or deliberately cross linked to a short rheology and/or to an intrinsic viscosity that is lower than is desired.

When using linear polymers having long rheology, the resultant flocs tend to be unstable to shear and/or performance is very dose sensitive. It would be desirable to be able to obtain flocs of higher shear resistance, especially by a process that is not so sensitive to dosage.

A flocculation process according to the invention is one in which a polymeric material is added to water to form an aqueous composition and is used to flocculate the suspended solids of an aqueous suspension, the polymeric material is a high molecular weight polymeric material formed from a water soluble monomer or blend of monomers, and the polymeric material is subjected to shear and the process is characterised in that the shearing is applied before or during flocculation and the polymeric material comprises cross linked water swellable polymer that can be sheared to an intrinsic viscosity of at least 4 dl/g and the aqueous composition of the polymeric material (a) is or can be a stable homogeneous composition and the shearing causes an increase in intrinsic viscosity of at least 1 dl/g and/or (b) includes non-dispersible, insoluble, polymer and the shearing converts it to a stable homogeneous aqueous composition.

The invention is based on the surprising discovery that it is easily possible to shear very high molecular weight cross linked polymer formed from water soluble monomer or monomer blend without reducing intrinsic viscosity and producing a low molecular weight product. Indeed IV can easily be increased by at least 1 dl/g and often more. This is directly contrary to the teachings of Miller and Goren who both had polymers in which the chain length was too short. In the invention, the chain length must be such that IV either is above 4 dl/g after the shearing or can be raised to above 4 dl/g by further shearing.

The process can involve converting a wholly insoluble polymer, that will not form a stable homogeneous aqueous composition on gentle stirring and ageing (because of excessive cross linking) and that is therefore non-dispersible in water, into a stable homogeneous aqueous composition. The IV of the insoluble polymer cannot be measured but the shearing generally results in a final IV of above 4 and/or results in IV increasing by at least 1 dl/g after the polymer is put into a stable homogeneous aqueous composition and before shearing is terminated.

Preferably the process of the invention involves shearing an aqueous stable homogeneous composition to cause an increase of at least 1 dl/g in IV. The compo-

</td></tr>
</table>

CIBA 038909

4,759,856

5

sition may be formed by shearing insoluble polymer as discussed above or may be formed by shearing an aqueous composition that is not a stable homogeneous composition (for instance because it has not aged sufficiently) even though the polymer can form such a composition upon ageing and/or gentle stirring.

The polymeric material that is used to form the composition includes cross linked polymeric material that will swell in water and may also include polymeric material that is soluble in water, for instance being a blend of soluble polymer with swellable, insoluble, polymer. Any soluble material is generally present in a minor amount (below 50%) and often below 20% of total polymer.

In the process of the invention the polymeric material is generally such that if it is put in the form of a stable aqueous homogeneous composition of a concentration of 1% by weight in deionised water then this composition will generally have a rheology of below 2 cm and generally below 1 cm, i.e., it will be very short, and will usually be non-film forming.

A dried coating of the aqueous composition before the shearing will contain, and may consist substantially only of, discrete polymer particles.

After the shearing the polymer will usually have long (above 5 and usually above 10 cm) rheology and may be wholly soluble in water and may be wholly film forming.

During the process of the invention the polymeric material is subjected to shearing, preferably before flocculation. The final intrinsic viscosity can vary widely from, for instance, 2 up to 6, 10 or much higher. The polymeric material can, before the shearing, have IV above 4, in which event the shearing will cause IV to rise to a higher value above 4, or it can have an IV below 4 and the final IV typically is above 6. Even if the shearing does not result in the polymeric material having a final IV of above 4, the polymeric material must be such that shearing the polymeric material can increase IV to a value above 4. For instance even though the process may convert an insoluble polymer to a swellable polymer of IV 3 or may cause the IV of a swellable polymer to increase from, for instance, 2 to 3.5, the polymeric material must be such that further shearing could have lifted the IV to above 4.

The process of the invention can give very good flocculation performance even though the IV of the polymeric material and/or the rheology of the initial polymeric material (1% composition below 2 cm) and/or the solubility is such that the polymeric material would previously have been rejected as useless. It seems probable that the shearing is breaking cross links, so as to increase the proportion of soluble polymer, without significantly breaking chain lengths, and that the increase in IV follows from this increased proportion of truly soluble polymer.

Throughout this specification IV is measured at 25° C. in 3M NaCl according to the method described in Encyclopedia of Polymer Science and Technology, Editors Mark and Gaylord, published John Wiley & Sons, 1971, Volume 14, pages 717 to 740. If it is necessary, but difficult, to measure IV in a sheared flocculated suspension then the IV that is considered is the IV determined after subjecting the polymer to the same shearing conditions as the suspension-(e.g., the same centrifuge at the same rotational velocity) at the same concentration as in the suspension but in the absence of suspended or flocculated solids.

6

One principal advantage of the invention therefore is that it permits the conversion of a cross linked polymer that would normally have been rejected or that would have been expected to have given poor flocculation properties to a form in which it will give very good flocculation properties. These properties are generally at least as good as the properties of a comparable polymer having the same final rheology and IV but which had been made by dissolving a truly linear polymer instead of a cross linked polymer followed by shearing. The process of the invention thus permits use of compositions that have been spontaneously or accidentally cross linked to a state at which they would previously have been considered unsatisfactory.

It is usually preferred for the intrinsic viscosity of the polymeric material to be increased by subjecting an aqueous composition of the polymeric material to the shear and then adding this aqueous composition to the suspension.

The shear may be applied by subjecting the composition to the effect of fast moving blades, for instance blades having a velocity of at least 500 meters per minute, typically 750 to 5,000 meters per minute. If the blades rotate, then these velocities are the peripheral velocities of the blades. It is particularly preferred to use blades that rotate at high speed, generally above 2,000 rpm preferably 3,000 to 20,000 rpm. Suitable apparatus for this is the Waring Blendor or apparatus similar to large scale versions of kitchen blenders such as the Moulinex, Kenwood, Hamilton Beach, Iona or Osterizer blenders.

Another suitable method of applying shear is by forcing the composition by impellers through a screen, for instance as in a Silverson mixer or other mixer having a similar method of operation. For instance, there may be an impeller 4 to 10 cm in diameter rotating at 1500 to 6000 rpm to force the solution under high shear through a screen. Preferably a Silverson 120L mixer is used and has a square hole high shear screen and an impellor of 6.8 cm diameter rotating at 3000 rpm.

True homogenisers, in which a liquid is forced through a very small gap while subjected to a very fast chopping action, may apply too much shear and may result in substantial reduction of IV. Similarly if shear is applied for too long, it may eventually cause a decrease in IV. The shear must be such that the IV is increased by the process, generally to a value above 4.

The duration of the application of shear will depend upon the amount of shear that is being applied and methods that apply lower amounts of shear will require longer durations of shear in order to raise IV and/or convert the rheology to the desired long rheology.

The aqueous composition is generally made by mixing dry or aqueous gel particles of the polymer with water. These particles may be dry gel particles formed by gel polymerisation followed by comminution and drying and may have particle sizes up to, for instance, 3 mm, preferably not more than 1200 microns, and compositions of these should preferably be sheared before use in order to form a true solution. Preferably however the particles have a dry particle size of below 10 μm, preferably below 2 μm and have been made by reverse phase polymerization or emulsion polymerisation. Emulsion polymerisation is suitable for monomers, such as certain amino monomers, which are soluble only in acidic water. These fine particles may be introduced suspended in the liquid medium in which they are made and may then be dry or aqueous gel particles or they

CIBA 038910

7

may be dry powder, preferably agglomerated into pellets to reduce dusting.

The shear can be applied while the particles of the short rheology polymeric material are still dissolving (i.e., going into equilibrium with) dilution water and so the formation of the composition and the conversion of the rheology may be conducted simultaneously. Preferably however the shear is applied to a preformed stable homogeneous composition (as defined above), i.e., after the short rheology polymeric material has gone into equilibrium with the water. Typically this requires an ageing period of at least 30 minutes, often 1 to 3 hours and most usually about 2 hours. During ageing, the composition may be static or may be subjected to agitation, often gentle stirring.

The amount of polymeric material in the solution is generally below 3% by weight as otherwise the viscosity of the solution may be unacceptably high, at least at the end of the shearing.

If the composition is more concentrated than is desired for addition to the aqueous suspension, it may be diluted after shearing.

The sheared composition is generally added to the aqueous suspension in amounts and by techniques that are conventional for linear high molecular weight flocculants and the flocculation process may be conducted in conventional manner. Generally there is little or no agitation of the suspension during the addition of the polymer and during flocculation, as is conventional. The flocculated solids are generally removed by dewatering. Dewatering can be effected under shear, for instance on a centrifuge, filter press or belt press but it is often preferred for the suspension to be dewatered substantially without shear. For instance dewatering may be by sedimentation or by filtration, for instance under vacuum or low pressure. Dewatering substantially without shear is of particular value when substantially all the shear is applied before adding the polymeric material to the suspension and the polymeric material, when added to the suspension, has IV above 6. If the sheared polymer still has significant cross linking at the time when it is added to the suspension (e.g., absolute ionic regain, defined below, above 20% or 30%), the flocculation is preferably conducted under shear, as described in more detail below, but this shear need not cause a further rise in IV.

The aqueous medium that is sheared can be the suspension that is to be flocculated. Thus instead of or in addition to increasing IV by shearing the composition before addition to the suspension, it is also possible to apply some or all of the shear, that is required to increase IV, to the suspension after addition of the polymeric material. In general, when the polymeric material that is added to the suspension still contains a substantial degree of cross linking it is desirable to subject the suspension to shear after addition of the polymeric material. For instance when the polymeric material has rather low IV, typically IV below 4, at the time of addition to the suspension it is generally desirable to shear the suspension and this shearing preferably is sufficient to increase IV to above 6.

Accordingly, in the invention some or, less preferably, all of the shear necessary to achieve the desired rheology and/or IV can be applied after addition to the suspension. Thus a composition of cross linked polymer having short rheology can be formed, by stirring in conventional manner (e.g., as described above), but without the application of significant shear, and this

8

composition can then be added to the suspension and the suspension can then be subjected to shear sufficient to convert the polymer to the desired rheology and/or the desired IV.

Shear that is applied to a suspension to which the cross linked polymeric material has been added, either with or without prior shearing, can be applied by apparatus such as is used for applying shear to the polymer composition or can be applied as part of the flocculation process. For instance the suspension containing the added polymer may be passed through a high speed mixer, for instance in line to the final dewatering step. For instance in the production of paper and board the cross linked polymer may be added at an early stage in the pulp flow line so that the act of pumping the flocculated dispersion along the flow line towards the drainage or other dewatering stage involves the application of shear to the flocculated pulp. Alternatively, the suspension may be sheared in line as it approaches a centrifuge, filter press or belt press or other dewatering stage.

The shear may be applied during a dewatering process that is conducted under shear, preferably a centrifugal dewatering stage but alternatively a filter press or belt press dewatering stage.

The shear may also be applied solely or partly by prolonged agitation of the flocculated suspension, for instance as the suspension is transported along a pipe or held in a reaction vessel. For instance the suspension can be a flocculated catalyst, for instance it can be a copper catalyst in an acrylonitrile hydrolysis reaction medium for the production of acrylamide.

Processes in which shear is applied to the suspension after adding cross linked polymer can have certain process advantages. The flocs tend to have higher floc strength than is normally obtainable with truly linear flocculants and so can be sheared to a smaller, stable, size substantially without redispersion of the solids. The flocs tend to be larger than with conventional linear flocculants. The optimum dose can best be determined by ascertaining the dose that gives largest floc size and using this dose ±50%, preferably ±20%.

Although higher dosages of the polymer are generally required, the risk of overdosing the suspension is generally reduced as the suspension is more tolerant of a wide range of doses. Similarly, satisfactory results can be achieved even if the quality of the suspension changes, for instance due to variable metal content.

Particular processes in which a cross linked polymer is added to a suspension to cause flocculation and the suspension containing the polymer is subjected to shear are described in our application Ser. No. 855,509 filed even date herewith.

Various methods of measuring the ionicity of a polymer are known. When the polymer is cationic, an anionic test reagent is normally used and when the polymer is anionic, a cationic reagent is normally used. For instance the ionicity of a cationic polymer can be determined by the method described in BP No. 1,579,007 or can be measured by Colloid Titration as described by Koch-Light Laboratories Limited in their publication 4/77KLCD-1. If the polymer has a measurable ionicity value, the shearing that is applied to the polymer is preferably such that the ionicity of the polymer undergoes a regain of at least 15%, preferably at least 30% and usually at least 50% as a result of the shearing. The regain is calculated as $(X-Y)/X \times 100$ where $X$ is the ionicity after the shearing that is conducted in the pro-

CIBA 038911

4,759,856

9

cess of the invention and Y is the ionicity of the unsheared polymer.

If the polymer has measurable ionicity when applying a standard, constant, shear, the absolute ionic regain (IR) calculated on the same formula (except that X is the ionicity after shearing to a substantially constant ionicity) can be determined. Preferably the polymer has, before shear, an absolute IR value of at least 40% and usually above 60%. After the shearing of the invention, it preferably has an absolute IR value below 10% if flocculation is to be performed without shear but may have a selected higher value, e.g., 25 to 70%, if flocculation is to be performed with shear.

The absolute IR value is determined by forming a 1% solution of the polymer in deionised water, allowing this to age for 2 hours and then further diluting it to 0.1% active polymer. The ionicity of the polymer before shearing Y is measured and the ionicity X is then determined by measuring ionicity by the same technique but after subjecting the solution to a standard degree of shear.

The shear for this test is best applied to 200 ml of the solution in a substantially cylindrical pot having a diameter of about 8 cm and provided in its base with rotatable blade above 6 cm in diameter, one arm of the blade pointing upwards by about 45 degrees and the other downwards by about 45 degrees. The blade is about 1 mm thick and is rotated at 16,500 rpm in the base of the pot for a prolonged period. These conditions are best provided by the use of a Moulinex homogeniser but other satisfactory conditions can be provided using kitchen blenders such as Kenwood, Hamilton Beach, Iona-or Osterizer blenders or a Waring Blendor.

In practice, when determining the absolute value IR of the polymer that is to be sheared the precise conditions of shear are relatively unimportant since, provided the degree of shear is of the same order of magnitude as specified, it will be found that IR is not greatly affected by quite large changes in the amount, for instance in the duration, of shear, whereas at lower amounts of shear (for instance 1 minute at 16,500 rpm) IR is greatly affected by small changes in shear. Conveniently therefore the value of X is determined at the time when, with a high speed blade, further shear provides little or no further change in ionicity. This generally required shearing for 10 minutes, but sometimes longer periods, e.g., up to 30 minutes with cooling, may be desired.

The polymers for which ionicity values are best determined are dialkylaminoalkyl (meth) acrylate polymers (including acid addition and quaternary ammonium salts copolymerised with 0–95% acrylamide or other non-ionic monomers) and so these are one preferred class of polymers for use in the invention.

The polymers may, in general, be formed from any suitable water soluble monomer or monomer blend. The monomers may be non-ionic but generally part at least of the monomer used for forming the polymer is ionic. The monomers are normally monoethylenically unsaturated monomers, sometimes allyl monomers but generally vinyl monomers. They are generally acrylic (including methacrylic) monomers.

Suitable non-ionic monomers are acrylamide, methacrylamide, N-vinylmethylacetamide or formamide, vinyl acetate, vinyl pyrrolidone, methyl methacrylate or other acrylic (or other ethylenically unsaturated) ester or other water insoluble vinyl monomers such as styrene or acrylonitrile.

10

Suitable anionic monomers are sodium acrylate, methacrylate, itaconate, 2-acrylamido 2-methyl propane sulphonate, sulphopropylacrylate or methacrylate or other water soluble forms of these or other polymerisable carboxylic or sulphonic acids. Sulphomethylated acrylamide, allyl sulphonate, or sodium vinyl sulphonate may be used.

Suitable cationic monomers are dialkylaminoalkyl acrylates and methacrylates, especially dialkylaminoethyl acrylate, and their quaternary or acid salts, and dialkylaminoalkyl acrylamides or methacrylamides and their quaternary or acid salts, for instance methacrylamido-propyl trimethyl ammonium chloride and Mannich products such as quaternised dialkylaminomethyl acrylamides. Alkyl groups are generally $C_{1-4}$ alkyl.

The monomers can contain hydrophobic groups, e.g., as described in EPO No. 172723A2 for instance on page 10. If the monomer is to impart insolubility to the polymer, the ethoxy chain should be short or absent, i.e., $n=0$. The allyl ether monomers are especially preferred.

Polymers made from pure monomers in the absence of cross linking agent will normally form polymers having a long rheology but if the monomers are contaminated with significant amounts of cross linking agent or if cross linking agent is added to the monomers or if the polymer is cross linked by, for instance, excessive heating during drying, such polymers may have a short rheology and are then suitable for use in the invention.

Cross linking may occur after polymerisation, for instance by reaction of two counterionic soluble polymers or by reaction with formaldehyde or a polyvalent metal compound. Often cross linking occurs during polymerisation due to the addition of cross linking agent, for instance to the polymerisation mixture. Added cross linking agents can include ionic cross linking agents such as polyvalent metal salts, formaldehyde, glyoxal or, preferably, covalent cross linking agents that will copolymerise with the monomers, preferably diethylenically or polyethylenically unsaturated monomers of the type conventionally used for cross linking water soluble polymers, for instance methylene bis acrylamide or any of the other known acrylic cross linking agents. The amount of methylene bis acrylamide is generally below 100 ppm and equivalent amounts of other cross linking agents may be used.

The invention is of particular value when the polymer is a Mannich base polymer, preferably as the free base, thus being a dialkyl amino alkyl (meth) acrylamide polymer. Mannich bases are notorious for spontaneously cross linking on storage for more than a few hours, especially when they are in relatively concentrated form, typically above 10 or 20% by weight polymer based on polymer plus water, or when they are dried to form a powder. For instance, an emulsion of gel particles of above 30% Mannich base with less than 70% water is usually considered unusable in conventional processes after one day's storage. Similarly, any attempt at removing all the water from the emulsion particles, or of making a dry polymer in some other way, generally renders the polymer unusable in conventional processes. By the invention, however, very effective flocculation performance can be achieved. The polymer can be sheared and then used in a low shear process or it can be used without prior treatment in a high shear flocculation process. The invention includes

CIBA 038912

4,759,856

**11**

these processes even if IV is not observed or not increased during the process, and when operated using other high IR polymers instead of Mannich polymers.

The Mannich base units in the polymer may be copolymerised with other monomers, for instance acrylamide or other non-ionic or ionic monomer, in any desired proportions. The invention is also valuably applied to other polymers that are particularly liable to spontaneous cross linking including sulphomethylated polyacrylamides and polymers including units selected from

(A) $CH_2=CR^1.CO.X.CH_2.CHOH.CH_2NR_2$
(B) $CH_2=CR^1.CO.NH.CH_2.CHOH.CH_2OH$
(C) $CH_2=CR^1.CO.NH.CH_2.COOH$

wherein $R^1$ is hydrogen or methyl and each group $R_2$ is $C_{1-4}$ alkyl, usually methyl or ethyl and X is O or NH. Units of the formulae B and C are usually produced as glyoxal derivatives of polyacrylamides and so are usually copolymerised with acrylamide and optionally one or more other ethylenically unsaturated monomers. Polymers formed from units A are generally copolymerised with acrylamide and/or one or more other ethylenically unsaturated monomers. They are generally present as the quaternary ammonium salt formed with any suitable quaternising group such as methyl chloride or dimethyl sulphate.

The polymers may be made by any convenient polymerisation method including solution, gel, precipitation, emulsion or reverse phase polymerisation (either by emulsion or suspension kinetics).

BRIEF DESCRIPTION OF THE DRAWINGS

The accompanying drawings are graphs of the results obtained in Example 3.

The following are some examples of the invention. In every instance, the polymer had a specific viscosity well above 100, with the un-cross linked polymers having specific viscosity above 1000. Every polymer, upon shearing to maximum IV, had IV above 4.

EXAMPLE 1 ...

A range of copolymers of 42% w/w methyl chloride quaternised dimethylaminoethyl acrylate, 58% w/w acrylamide were prepared by gel polymerisation from substantially pure monomers and with various additions of methylene bisacrylamide (mba) as cross linker. They were then dried in air at a maximum temperature of about 40° C.

Each powdered product was dissolved in water with 2 hours mixing. Cationicity regain was measured applying standard shear, using the technique described above, and the sheared product had long rheology. The CST value was recorded at a dose of 60 $g/m^3$ polymer on a digested primary activated sewage sludge after mixing the polymer for 25 seconds using a modified Triton stirrer timer type 131. CST was recorded for a 0.1% solution before any shearing and also for the 0.1% solution that had been subjected to the described standard shear. The results are shown in Table 1a.

TABLE 1a

| Product | Add MBA | Cationicity | | Rheology | | CST | |
|---|---|---|---|---|---|---|---|
| | | Before Shear | After Shear | Regain | Before Shear | After Shear | Before Shear | After Shear |
| 1 | 0 ppm | 1.46 | 1.32 | 4.3 | long | 130 | 151 |
| 2 | 1 ppm | 1.29 | 1.48 | 13.2 | short | 226 | 169 |
| 3 | 2 ppm | 0.78 | 1.46 | 46.4 | short | 276 | 162 |
| 4 | 3 ppm | 0.48 | 1.43 | 66.4 | short | 341 | 166 |

**12**

TABLE 1a-continued

| Product | Add MBA | Cationicity | | Rheology | | CST | |
|---|---|---|---|---|---|---|---|
| | | Before Shear | After Shear | Regain | Before Shear | After Shear | Before Shear | After Shear |
| 5 | 3 ppm | 0.42 | 1.43 | 71.2 | short | 449 | 163 |

From Table 1a, it will be apparent that products 4 and 5, having totally unsatisfactory rheology by normal standards give very poor CST values without shearing but all the products after shearing give similar CST values that are similar to the value of the long rheology in cross linked product 1 before shearing. The IV of the products before shear was measured (for the soluble component) on the filtrate of an aqueous composition of the polymer, and the IV of the product after standard shear was measured on the product obtained by shearing the entire starting product (including insoluble component). The results are shown in Table 1b.

TABLE 1b

| Product | MBA | IV before shear | IV after shear |
|---|---|---|---|
| 1 | 0 ppm | 12.8 | 5.3 |
| 2 | 1 ppm | 6.4 | 6.0 |
| 3 | 2 ppm | 3.4 | 5.9 |
| 4 | 3 ppm | 2.5 | 6.0 |
| 5 | 3 ppm | 1.8 | 5.8 |

This shows how standard shear reduces the IV of a truly soluble, linear polymer but increases the IV of the more cross linked polymers to about the same value.

EXAMPLE 2

A Mannich emulsion is made by mixing 133 parts of a dispersion of 53.2% active polyacrylamide in Pale Oil 150 containing emulsifier and dispersion stabiliser with 120 parts of Exsol (a trade mark of Exxon and indicating a D230/260 cut of a hydrocarbon oil), 10 parts of an amphipathic polymeric stabiliser, 75 parts of a 60% by weight dimethylamine solution, 75 parts of a 40% by weight formaldehyde solution together with 12 parts of emulsifier. The addition is conducted with vigorous stirring and reaction is left to go to equilibrium. The product is a 30% active emulsion of polyacrylamide Mannich free base dispersed in oil.

This emulsion was tested on day 1, its day of manufacture, and on sequential days thereafter. The tests consisted of using the emulsion to make a 1% solution. Part of the solution was used for CST tests on digested sewage sludge pH 6 and part was subjected to 10 minutes shear in an Iona blender, approximating to the standard shear conditions measured above.

Both the day 1 Mannich samples and all the sheared samples had rheology above 5 cm but the remaining unsheared Mannich samples had rheology below 2 cm.

The CST values were recorded at various dosages and mixing conditions and the average CST was calculated.

The commercial material Zetag 94 was used as a standard. "Zetag" is a trade mark of the Allied Colloids, Ltd. It had constant rheology, above 5 cm, throughout the experiment.

The CST results are given in Table 2a. Low values are preferred. The IV values before and after shearing and the IR values are given in Table 2b.

4,759,856

13

#### TABLE 2a

| Product | Day 1 | Day 2 | Day 3 | Day 4 | Day 5 |
|---|---|---|---|---|---|
| Mannich (A) | 61 | 173 | 303 | 404 | 592 |
| Sheared | 59 | 41 | 53 | 111 | 191 |
| Mannich (B) Zetag 94 (C) | 67 | 51 | 61 | 71 | 77 |

#### TABLE 2b

| | Day 1 | Day 2 | Day 3 | Day 4 | Day 5 |
|---|---|---|---|---|---|
| IV Product A | 10.1 | 4.1 | 2.3 | 1.9 | 1.4 |
| IV Product B | 10.5 | 9.0 | 6.1 | 4.3 | 3.2 |
| IR Product A | 12.3 | 59.9 | 61 | 57 | 43 |

It is apparent that the Mannich emulsion changes adversely with storage and that the short temporary polymers are unsatisfactory but that the described shearing, to give long rheology, greatly restores the properties.

### EXAMPLE 3

To determine the effectiveness in a flocculation process that is conducted under shear, flocculation performance is determined by visual observation on a laboratory centrifuge consisting of a cylindrical solid bowl closed at its base and open at its top but with an inwardly extending lip around its periphery. The bowl runs at 2,000 rpm and is, at this speed, filled with water (400 ml). Sewage sludge to which flocculant polymer solution has previously been added in conventional manner is fed at constant rate into the bowl while it is spinning. Some of the solid is trapped in the bowl whilst the remainder passes out in the overflow, as the centrate. Since the flocculated suspension is accelerated, in a very short period of time, to 2,000 rpm this centrifugal system of dewatering applies very high shear to the flocculated suspension. Best results are those wherein there is maximum retention of solids in the bowl, with least suspended solids content in the centrate.

The emulsions before and after shear obtained in Example 2 were subjected to this test, at various dosages. The floc size at various dosages was estimated on a scale of 1 to 10, 1 being the largest and the suspended solids in the centrate were recorded, all at various dosages of flocculant. The results are shown in the accompanying drawings.

In the accompanying drawings:

FIGS. 1A, 2A, 3A and 4A are graphs showing the relationship between dose (grams per cubic meter) and floc size (assessed on a scale of 1 to 7 where 1 is the largest) for the test samples A, B, C on, respectively, Day 1, Day 2, Day 3 and Day 4.

FIGS. 1B, 2B, 3B and 4B are graphs showing the relationship between dose (grams per cubic meter) and suspended solids (mg/l) in the centrate from the centrifuge for the test samples A, B, C on, respectively, Day 1, Day 2, Day 3 and Day 4.

The unsheared Day 1 sample A is less dose-sensitive than the standard C but slightly less efficient. The sheared sample B is less efficient. The unsheared Day 2 sample A is slightly more efficient than the standard C and is very dose tolerant. The unsheared Day 3 sample A gives greatly improved results compared to the standard C. The sheared sample B is slightly less effective than the standard C but very dose tolerant. The sheared and unsheared Day 4 samples A and B are both much more effective and dose tolerant than the standard C.

14

### EXAMPLE 4

A range of anionic copolymers, having composition 40 wt% sodium acrylate, 60 wt% acrylamide, were prepared from monomer mix containing different amounts of methylene bis acrylamide, by reverse phase suspension polymerisation. The degree of cross linking incorporated into each copolymer increased in proportion to the amount of MBA in the monomer as indicated by depression of the intrinsic viscosity.

The above products were evaluated on coal fines in simulation of dewatering by belt filtration. This involved treating 400 cm³ portions of the coal fines with a solution of the flocculant followed by stirring for 120 seconds to apply shear and to induce flocculation. The stirring was by a Heidolph stirrer on setting 2 using a gate stirrer in a 600 cm³ beaker. The flocculated fines were then transferred to the belt press simulator and dewatered under the influence of pressure which was gradually increased to 1.6 bar. On completion of the dewatering cycle, the cake was removed for dry solids determination and calculation of the yield.

The MBA content, IV, results for cake solids and yield at the optimum dose established for each product are shown in Table 3.

#### TABLE 3

| Product | MBA content (ppm of polymer) | I.V. (dl/g) | Optimum Dose (mg/l) | Cake Solids (%) | Yield (%) |
|---|---|---|---|---|---|
| AA | 0 | 18.5 | 100 | 61.5 | 85.2 |
| BA | 2.71 | 11.3 | 150 | 60.0 | 85.8 |
| CA | 6.76 | 11.3 | 400 | 60.8 | 90.0 |
| DA | 13.53 | 6.6 | 500 | 57.8 | 86.6 |
| EA | 20.29 | 5.5 | 600 | 59.8 | 92.6 |
| FA | 27.06 | 2.7 | 800 | 59.8 | 92.4 |
| GA | 40.53 | 1.4 | 1200 | 58.6 | 93.7 |
| HA | 67.60 | | 1600 | 59.1 | 89.4 |
| IA | 135.30 | | 1600 | 59.7 | 84.9 |

It can be seen that as the degree of cross linking increases, the general trend is for improvement in yield. Products HA and IA demonstrate decreasing yield either because they are too cross linked to be effective or the optimum dose has not been attained.

### EXAMPLE 5

An emulsion in oil of polymeric particles below 2 μm in size is made by reverse phase polymerisation of a blend of 40% acrylamide and 60% MeCl diethylaminoethyl acrylate and methylene bis acrylamide in an amount sufficient to raise IR from near zero to between 35 and 40.

The emulsion is added to water with stirring and allowed to age to provide a stable composition. The rheology is very short, below 1 cm.

The composition is then added at a polymer dose of about 6 kg/t total solids to an aqueous suspension that is flowing towards a commercial sewage dewatering centrifuge. Before the treated suspension is sheared in a Inline Mixer to reduce floc size without redispersing solids as discrete solids, and the sheared product is then dewatered in the centrifuge. The solids content of the centrate is typically below 0.2% (0% is ideal) and the degree of separation is above 98% (100% is ideal). When the process is repeated using un-cross linked polymer, the corresponding values are typically above 1% and below 75%.

CIBA 038914

15

## EXAMPLE 6

The copolymers of 58% acrylamide and 42% dimethylaminoethyl acrylate quaternised with methyl chloride (DMAEA MeCl) and 5 and 12.5 ppm methylene bis acrylamide were prepared by reverse phase polymerisation to give a particle size below 2 μm followed by azeotropic distillation. The specific viscosities of the two polymers at 0.5% concentration in water at 35° C. were 750 and 3000 respectively.

0.1% aqueous solutions of the products were sheared using a Silverson Mixer Mold number L2R. The intrinsic viscosity (dl/g) of the polymers were measured as the shearing progressed. The results are shown in Table 6.

### TABLE 6

| Time | IV 5 ppm MBA | IV 12.5 ppm MBA |
|---|---|---|
| 0 mins | 4.5 | 2.82 |
| 0.25 | 5.3 | 3.3 |
| 0.5 | 5.9 | 3.4 |
| 1.0 | 6.1 | 3.6 |
| 2.5 | 7.3 | 3.6 |
| 5.0 | 7.2 | 4.3 |
| 10.0 | — | 5.0 |

This clearly shows how IV increases as shearing proceeds.

## EXAMPLE 7

A copolymer was made as in Example 6 except that the amount of MBA was 30 ppm. IV was 2.5 and IR 55. The reverse phase dispersion was mixed with water and aged, to give a stable 0.1% composition. This was sheared in a Waring Blendor until IV was 5 dl/g and IR was 21. This was then used as an effective flocculant for sewage sludge at a dose of 120 g/m³.

We claim:

1. A flocculation process for suspended solids in an aqueous suspension comprising, adding a polymeric material to water to form an aqueous composition, adding the aqueous composition to said aqueous suspension to flocculate the suspended solids of the suspension, wherein the polymeric material is subjected to shear in the aqueous composition before addition to the suspension or is subjected to shear during flocculation of the suspension and the polymeric material comprises cross linked water swellable polymer that is sheared to an intrinsic viscosity of at least 4 dl/g that is formed from a water soluble monomer or blend of water soluble monomers and the aqueous composition of the polymeric material is selected from (a) compositions that are a stable homogeneous composition and the shearing causes an increase in intrinsic viscosity of at least 1 dl/g, (b) compositions that will become a stable homogeneous composition upon ageing or stirring and the shearing causes an increase in intrinsic viscosity of at least 1 dl/g, and (c) compositions that include non-dispersible, insoluble, polymer and the shearing converts it to a stable homogeneous composition.

2. A process according to claim 1 which a 1% by weight stable aqueous homogeneous composition of the polymeric material has a rheology of below 2 cm before the shearing and a rheology of above 5 cm after the shearing.

3. A process according to claim 1 in which the aqueous composition is formed by adding to water the poly-

16

meric material in the form of dry or gel particles having a size below 10 microns.

4. A process according to claim 1 in which the polymeric material is insoluble in water, has a particle size below 3 mm and is subjected to shear to form a stable homogeneous aqueous composition that has intrinsic viscosity above 4 dl/g and that is then added to the suspension.

5. A process according to claim 1 in which the polymeric material is formed from one or more water soluble monoethylenically unsaturated monomers selected from non-ionic monomers, anionic monomers containing a carboxylic group or a sulphonic acid group and cationic monomers that are dialkylaminoalkyl(meth)acrylates or dialkylaminoalkyl(meth)acrylamides.

6. A process according to claim 1 in which the polymer is a Mannich base polymer.

7. A process according to claim 1 in which the polymeric material undergoes an ionicity regain $(X-Y)/X \times 100$ where X is the ionicity after the shearing and Y is the ionicity before the shearing) due to the shear of at least 30%.

8. A process for flocculating suspended solids in an aqueous suspension comprising, forming an aqueous composition of a crosslinked water swellable polymeric material which has an absolute ionicity regain value $(X-Y)/X \times 100$ (where X is the ionicity after shear to constant ionicity and Y is the ionicity before shear) and includes recurring units selected from Mannich base monomer, sulphomethylated acrylamide, $CH_2=CR^1.CO.X.C^1_2.CHOH.CH_2NR_2$, $CH_2=CR^1.CO.NH.CH_2.CH_2OH$ and $CH_2=CR^1.CO.NH.CH_2.COOH$, wherein $R^1$ is hydrogen or methyl, each group $R^2$ is $C_{1-4}$ alkyl and X is O or NH, shearing said aqueous composition to an intrinsic viscosity of at least 4 dl/g, wherein said shearing causes an increase in said intrinsic viscosity of at least 1 dl/g, adding a flocculating amount of said aqueous composition to said aqueous suspension and dewatering the resultant flocculated suspension on a centrifuge.

9. A flocculation process for suspended solids in an aqueous suspension comprising, forming an aqueous composition of cross linked water swellable polymeric material from a water soluble monomer or blend of water soluble monomers, adding a flocculating amount of said aqueous composition to said aqueous suspension of suspended solids and flocculating the suspended solids, wherein the intrinsic viscosity of the polymeric material is increased by shearing the aqueous composition of the suspension after the addition of the aqueous composition or both, and the said shearing increases the intrinsic viscosity of the polymeric material by at least 1 dl/g to a value that is at least 4 dl/g.

10. A process according to claim 9 in which the aqueous composition is a stable aqueous homogeneous composition and the polymer before shearing has intrinsic viscosity below 4 and is increased by shearing to above 6 and the shearing increases intrinsic viscosity by at least 1 dl/g.

11. A process according to claim 9 in which the intrinsic viscosity of the polymeric material is increased by subjecting the aqueous composition of polymeric material to shearing to form a stable aqueous homogeneous composition of the polymeric material, and the stable composition is then added to the suspension.

12. A process according to claim 11 in which the shearing is by blades moving at above 500 meters/minute.

CIBA 038915

17
4,759,856
18

13. A process according to claim 11 in which substantially all the shear is applied before adding the polymeric material to the suspension, the polymeric material has intrinsic viscosity above 6 when added to the suspension, and the suspension is dewatered substantially without shear.

14. A process according to claim 9 in which the polymeric material is added to the suspension and shear is applied to the suspension.

15. A process according to claim 9 in which shear is applied to the suspension by blades moving at above 500 meters per minute.

16. A process according to claim 9 in which the polymeric material has intrinsic viscosity below 4 when it is added to the suspension and the shearing gives an intrinsic viscosity above 6.

17. A process according to claim 9 in which the polymer includes recurring units selected from Mannich base monomer, sulphomethylated acrylamide, $CH_2=CR^1.CO.X.CH_2.CHOH.CH_2NR_2$, $CH_2=CR^1.CO.NH.CH_2.CH_2OH$ and $CH_2=CR^1.CO.NH.CH_2.COOH$, wherein $R^1$ is hydrogen or methyl, each group $R^2$ is $C_{1-4}$ alkyl and X is selected from O and NH.

18. A process according to claim 9 in which the polymer is formed from dialkylaminoalkyl(meth)acrylate copolymerised with 0 to 95 mole percent acrylamide.

19. A process according to claim 9 in which the polymeric material has an absolute ionicity regain value $(X-Y)/X \times 100$ (where X is the ionicity after shear to constant ionicity and Y is the ionicity before shear) of at least 40% before applying the shear and below 10% after applying the shear.

20. A process according to claim 9 in which a 1% by weight stable aqueous homogeneous composition of the polymeric material has a rheology of below 2 cm before the shearing and a rheology of above 5 cm after the shearing.

21. A process according to claim 9 in which the aqueous composition is formed by adding to water the polymeric material in the form of dry or gel particles having a size below 10 microns.

22. A process according to claim 9 in which the polymeric material is formed from one or more water soluble monoethylenically unsaturated monomers selected from non-ionic monomers, anionic monomers containing a carboxylic group or a sulphonic acid group and cationic monomers that are dialkylaminoalkyl(meth)acrylates or dialkylaminoalkyl(meth)acrylamides.

23. A process according to claim 9 in which the polymer is a Mannich base polymer.

* * * * *

CIBA 038916

# United States Patent [19]

## Langley et al.

[11] Patent Number: 4,753,710

[45] Date of Patent: Jun. 28, 1988

[54] **PRODUCTION OF PAPER AND PAPERBOARD**

[75] Inventors: John Langley; David Holroyd, both of West Yorkshire, England

[73] Assignee: Allied Colloids Limited, England

[21] Appl. No.: 6,953

[22] Filed: Jan. 27, 1987

[30] **Foreign Application Priority Data**

Jan. 29, 1986 [GB] United Kingdom ............ 8602121

[51] Int. Cl.⁴ ...................................... D21H 3/36
[52] U.S. Cl. .............................. 162/164.3; 162/164.6; 162/168.2; 162/168.3; 162/181.8; 162/181.3
[58] Field of Search ............ 162/168.2, 168.3, 181.1, 162/181.8, 183, 164.3, 164.6

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,368,635 | 2/1945 | Booth | 92/21 |
| 3,052,595 | 9/1962 | Pye | 162/164 |
| 3,433,704 | 3/1969 | Hecklau et al. | 162/181 |
| 4,305,781 | 12/1981 | Langley et al. | 162/181.8 |
| 4,388,150 | 6/1983 | Sunden et al. | 162/175 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 141641 | 4/1977 | European Pat. Off. . |
| 17353 | 10/1980 | European Pat. Off. . |
| 1546237 | 7/1965 | Fed. Rep. of Germany . |
| 2262906 | 9/1972 | Fed. Rep. of Germany . |
| 67735 | 1/1985 | Finland . |
| 67736 | 1/1985 | Finland . |
| WO86/05826 | 10/1986 | PCT Int'l Appl. . |
| 1265496 | 3/1972 | United Kingdom . |

### OTHER PUBLICATIONS

Chemical Abs. 101:157112.
Chemical Abs. 83:133772 p.
Arledter, Papier, vol. 29, No. 10s, Oct. 1975, pp. 32–43 and translation of p. 36 only.
Auhorn, Wochenblatt Fur Papierfabrikation, vol. 13, 1979, pp. 493–502 and translation of p. 500 only.

Tanaka, Tappi. Apr. 1982, vol. 65, No. 4, pp. 95–99.
Waech, Tappi Journal, Mar. 1983, pp. 137–139.
Tuner, Tappi Proceedings, 1984 Paper Makers Conference, pp. 95–106.
Compozil trade literature.
Paper, Sep. 9, 1985, pp. 18–20.
Pummer, Papier, 27, vol. 10, 1973, pp. 417–422 and translation.
Damhaug, Abstract·Bull. of the Institute of Paper Chemistry, vol. 51, No. 11, May 1981, p. 1161, Abstract No. 10862.
Stratton, Tappi Journal, vol. 66, No. 3, Mar. 1983, pp. 141–144, Effect of Agitation on Polymer Additives.
Auhorn, Wet Formation, Drainage and Drying–Improved with the Aid of Chemical Products, West End Paper Technology Symposium, Munich, Mar. 17–19, 1981.
Sikora, The Stability of Flocculated Colloids, Tappi Journal, vol. 64, Nov. 11, 1981, pp. 97–101.
Britt, Physical and Chemical Relationships in Paper Sheet Formation, Tappi Journal, vol. 63, No. 5, May 1980, pp. 105–108.
Langley, Dewatering Aids for Paper Applications, Abstract Bulletin of the Institute of Paper Chemistry, vol. 57, No. 38, Sep. 1986, p. 364, Abs. No. 3105 or Tappi Papermakers Conf., Apr. 1986, Notes, 89–92.

*Primary Examiner*—Peter Chin
*Attorney, Agent, or Firm*—Ostrolenk, Faber, Gerb & Soffen

[57] **ABSTRACT**

Paper or paper board is made by passing an aqueous cellulosic suspension through a centriscreen or other shear device and then draining the purified suspension, and an improved combination of retention, drainage, drying and formation is achieved by adding to the suspension an excess of high molecular weight linear synthetic cationic polymer before shearing the suspension and adding bentonite after shearing.

**21 Claims, No Drawings**

CIBA 038917

4,753,710

1

## PRODUCTION OF PAPER AND PAPERBOARD

This invention relates to the production of paper and paper board from a thin stock (a dilute aqueous suspension) of cellulose fibres and optionally filler on paper making apparatus in which the thin stock is passed through one or more shear stages such as cleaning, mixing and pumping stages and the resultant suspension is drained through a wire to form a sheet, which is then dried. The thin stock is generally made by dilution of a thick stock that is formed earlier in the process. The drainage from the sheet may be downwards under gravity or may be upwards, and the screen through which drainage occurs may be flat or curved, e.g., cylindrical.

The stock is inevitably subjected to agitation throughout its flow along the apparatus. Some of the agitation is gentle but some is strong as a result of passage through one or more of the shear stages. In particular, passage of the stock through a centriscreen inevitably subjects the stock to very high shear. The centriscreen is the name given to various centrifugal cleaner devices that are used on paper machines to remove coarse solid impurities, such as large fibre bundles, from the stock prior to sheet formation. It is sometimes known as the selectifier. Other stages that apply shear include centrifugal pumping and mixing apparatus such as conventional mixing pumps and fan pumps (i.e., centrifugal pumps).

It is common to include various inorganic materials, such as bentonite and alum, and/or organic materials, such as various natural or modified natural or synthetic polymers, in the thin stock for the purpose of improving the process. Such materials can be added for diverse purposes such as pitch control, decolouration of the drainage water (JP No. 598291) or for facilitating release from drying rolls (JP No. 7559505). Starch is often included to improve strength.

Process improvement is particularly desired in retention, drainage and drying (or dewatering) and in formation (or structure) properties of the final paper sheet. Some of these parameters are in conflict with each other. For instance if the fibres are flocculated effectively into conventional, relatively large, flocs then this may trap the fibre fines and filler very successfully, so as to give good retention, and may result in a porous structure so as to give good drainage. However the porosity and large floc size may result in rather poor formation, and the large fibre flocs may tend to hold water during the later stages of drying such that the drying properties are poor. This will necessitate the use of excessive amounts of thermal energy to dry the final sheet. If the fibres are flocculated into smaller and tighter flocs then drainage will be less satisfactory and retention usually will be less satisfactory, but drying and formation will be improved.

Conventional practice therefore has resulted in the paper maker selecting his additives according to the parameters that he judges to be the most important. If, for example, increased filler retention is more important to the papermaker than increased production he is more likely to use a polyacrylamide or other very high molecular weight flocculant. If increased production is more important than increased retention then a coagulant such as aluminium sulphate is more likely to be chosen. Impurities in the stock create additional problems and necessitate the use of particular additives.

2

It is known to include in the stock both an inorganic additive and an organic polymeric material, for the purpose of improving retention, drainage, drying and/or formation.

In DE No. 2262906, 1 to 10% bentonite and/or 0.5 to 3% aluminium sulphate is added to the stock, followed by 0.02 to 0.2% of a cationic polymer such as polyethylene imine, so as to improve dewatering even in the presence of impurities in the stock. (In this specification all percentages are dry weight based on the dry weight of the stock, unless otherwise stated.)

In U.S. Pat. No. 2,368,635, bentonite is added to the stock and may be followed by aluminium sulphate or other acidifying substance. In U.S. Pat. No. 3,433,704, attapulgite is added and alum and/or auxiliary filler retention material can be incorporated. In GB No. 1,265,496, a stock containing alum and pigmentary clay is formed and cationic polymer is added.

In U.S. Pat. No. 3,052,595, mineral filler, polyacrylamide and 1 to 20% bentonite, by weight based on the weight of filler, are incorporated in the stock. It is stated that the polymer could be added to the stock either before or after the addition of fillers but the preferred process involves adding the bentonite to a stock containing the remainder of the fillers and the fibres, and then adding the polymer. In each instance the polymer used in this process is substantially non-ionic polyacrylamide. In EP No. 17353, unfilled paper is made from crude pulp by adding bentonite to the stock followed by substantially non-ionic polyacrylamide.

FI No. 67735 describes a process in which a cationic polymer and an anionic component are included in the stock to improve retention and the resultant sheet is sized. It is stated that the cationic and anionic components can be pre-mixed but preferably the anionic component is first added to the stock followed by the cationic, or they are added separately at the same place. The stock is agitated during the addition. It is stated that the amount of cationic is 0.01 to 2%, preferably 0.2 to 0.9%, and the amount of anionic is 0.01 to 0.6%, preferably 0.1 to 0.5%. The cationic retention aid is said to be selected from cationic starch and cationic polyacrylamide or certain other synthetic polymers while the anionic component is said to be polysilicic acid, bentonite, carboxymethyl cellulose or anionic synthetic polymer. In the examples, the anionic component is colloidal silicic acid in an amount of 0.15% and the cationic component is cationic starch in an amount of 0.3 or 0.35% and is added after the colloidal silicic acid.

FI No. 67736 describes a process in which the same chemical types of materials are used as in FI No. 67735 but the size is added to the stock. It is again stated to be preferred to add the anionic component before the cationic component or to add both components at the same place (while maintaining the stock adequately agitated). However it is also stated that when synthetic polymer alone is used as the retention aid (i.e., presumably meaning a combination of synthetic cationic polymer and synthetic anionic polymer), it is advantageous to add the cationic before the anionic. Most of the examples are laboratory examples and show adding 0.15% colloidal silica sol to relatively thick stock, followed by 1 to 2% cationic starch followed by a further 0.15% colloidal silica sol. In one example, the 1–2% cationic starch is replaced by 0.025% cationic polyacrylamide. In the only example of an actual production process, the cationic starch, filler and some anionic silica sol are all mixed into thick stock at the same place and the remain-

CIBA 038918

4,753,710

3

der of the silica sol is added later, but the precise points of addition, and the intervening process steps, are not stated.

Arledter in Papier, Volume 29, number 10a, October 1975, pages 32 to 43, especially page 36, examined possible synergistic combinations of additives for cellulosic suspensions. He showed that when using a combination of 0.005% polyethylene oxide of very high molecular weight and 0.12% melamine formaldehyde resin, retention was improved only slightly if they were both added at the chest (early in the process), retention was improved if the melamine formaldehyde was added at the head box (near the end of the process) whilst the other polymer was still added at the chest, but best results were achieved when both polymers were added at the head box. Thus best results were obtained when no shear was applied after flocculation.

Auborn in Wochenblatt Fur Papierfabrikation, Volume 13, 1979, pages 493 to 502, especially page 500, showed the use of bentonite in combination with 0.3% cationic polyelectrolyte. It appears that the bentonite absorbed impurities from the suspension prior to the addition of the polyelectrolyte. Chalk was said to behave in a similar manner. In a paper presented by Auborn to the Wet End Paper Technology Symposium, Munich, Mar. 17 to 19, 1981, he showed that applying shear to the aqueous suspension after the addition of polymeric retention aid gave a serious decrease in retention properties. He also examined the effect of adding bentonite to the suspension and then adding 0.04% cationic polymer before or after the selectifier (a form of centriscreen). He demonstrated that greatly improved retention was obtained when the polymer was added after the selectifier (i.e., after the shearing) than before.

Tanaka in Tappi, April 1982, Volume 65, No. 4, pages 95 to 99, especially page 98, indicated that when making paper filled with clay there was slightly better retention of clay when the clay was added after the polymer than before but warned that the system is highly shear sensitive.

Waech in Tappi Journal, March 1983, pages 137 to 139 showed that when making paper filled with kaolin clay using a synthetic cationic polymeric retention aid, retention is significantly improved if all the kaolin is added after the retention aid instead of before. Waech also showed that retention is improved less if the retention aid is added before the fan pump.

Luner in Tappi Proceedings, 1984 Paper Makers Conference, pages 95 to 106, confirmed these results and suggested that they were due to the pulp being positively charged by the cationic polymer before the addition of anionic clay, and clearly demonstrated that although the process gave improved retention, it gave markedly reduced burst strength, compared to a process in which the clay is added before the retention aid.

The late addition of all the clay filler incurs other disadvantages. It would be very difficult in practice to operate this in a controlled manner because of the variable filler content of the recycled pulp that is used in many mills to supply part at least of the initial fibre pulp. It would be difficult or impossible to adapt paper mills to allow for the uniform addition of large amounts of filler at a late stage. Finally, these processes are of course inappropriate when no significant amount of filler is to be incorporated into the suspension, e.g., for unfilled papers.

4

In practice therefore, whenever a synthetic polymeric retention aid is included in the stock it is always added after the last point of high shear so as to avoid the dramatic loss of retention that is accepted as inevitable if the flocculated system is sheared and that is shown, as mentioned above, by Auborn. In particular, the synthetic polymeric retention aid is always added after the centriscreen.

In many of these processes a starch, often a cationic starch, is also included in the suspension in order to improve the burst strength. Whereas cationic synthetic polymeric retention aids are substantially linear molecules of relatively high charge density, cationic starch is a globular molecule having relatively low charge density.

A process that is apparently intended to obtain both good strength properties and satisfactory retention properties is described in U.S. Pat. No. 4,388,150 and uses colloidal silicic acid and cationic starch. It is said that the components may be pre-mixed and then added to the stock but that preferably the mixing is conducted in the presence of the stock. It is said that the best results are obtained if the colloidal silicic acid is mixed into the stock and the cationic starch is then added. It appears that a binder complex is formed between the colloidal silicic acid and the cationic starch and it is said that results improve as the Zeta potential in the initial anionic stock moves towards zero. This suggests that the binder complex is intended to have some coagulation effect upon the stock.

A process has been commercialised by the assignees of U.S. Pat. No. 4,388,150 under the trade name Compozil. The trade literature on this states that the system is an advantage over "two component systems containing long-chain linear polymers" and further states that the anionic colloidal silica is "the unique part of the system", is "not a silica pigment", and "acts to agglomerate the fines, filler and fibre already treated with the cationic starch". The system is also described in Paper, Sept. 9, 1985 pages 18 to 20 and again it is stated that the anionic silica acid is a colloidal solution that gives the system its unique properties.

Although the system can, in some processes, give a good combination of strength and process performance it suffers from a number of disadvantages. The colloidal silica, that is essential, is very expensive. The cationic starch has to be used in very large quantities. For instance the examples in U.S. Pat. No. 4,388,150 show that the amount of cationic starch and colloidal silica that are added to the stock can be as high as 15% combined dry solids based on the weight of clay (clay is usually present in an amount of about 20% by weight of the total solids in the stock). Further, the system is only successful at a very narrow range of pH values, and so cannot be used in many paper making processes.

W086/05826 was published after the priority date of the present application and recognises the existence of some of these problems, and in particular modified the silica sol in an attempt to make the system satisfactory at a wider range of pH values. Whereas FI 67736 describes, inter alia, the use of bentonite or colloidal silica in combination with, e.g., cationic polyacrylamide and exemplified adding the cationic polyacrylamide with agitation followed by addition of some of the colloidal silica sol, in W086/05826 the colloidal silica sol is modified. In particular, cationic polyacrylamide is used in combination with a sol of colloidal particles having at least one surface layer of aluminium silicate or alumini-

CIBA 038919

4,753,710

5

um-modified silicic acid such that the surface groups of the particles contain silicon atoms and aluminium atoms in a ratio of from 9.5:0.5 to 7.5:2.5. The ratio of 7.5:2.5 is achieved by making aluminium silicate by precipitation of water glass with sodium aluminate. It is stated that the colloidal sol particles should have a size of less than 20 nm and is obtained by precipitation of water glass with sodium aluminate or by modifying the surface of a silicic acid sol with aluminate ions. We believe that the resultant sol is, like the starting silicic acid sol, a relatively low viscosity fluid in contrast to the relatively thixotropic and pasty consistency generated by the use of bentonite as proposed in FI No. 67736.

No detailed description is given as to the process conditions that should be used for adding the polymer and the sol and so presumably any of the orders of addition described in U.S. Pat. No. 4,388,150 are suitable. Improved retention compared to, for instance, the use of a system comprising bentonite sold under the trade name "Organosorb" in W086/05826 is demonstrated, as are improved results at a range of pH values, but the necessity to start with colloidal silica and then modify it is a serious cost disadvantage.

The use of cationic polymer in the presence of synthetic sodium aluminium silicate has been described by Pummer in Das Papier, 27, volume 10, 1973 pages 417 to 422, especially 421.

It would be desirable to be able to devise a dewatering process for the manufacture of both filled and unfilled papers that can have good burst strength and, in particular, to devise such a process that has dewatering performance (retention, drainage and/or drying) and formation properties as good as or preferably better than the Compozil system or the system of U.S. Pat. No. 4,388,150 whilst avoiding the need to use expensive materials such as colloidal silicic acid or large amounts of cationic starch, and which does not suffer from the pH restrictions inherent in the Compozil process.

According to the invention, paper or paper board is made by forming an aqueous cellulosic suspension, passing the suspension through one or more shear stages selected from cleaning, mixing and pumping stages, draining the suspension to form a sheet and drying the sheet, and the suspension that is drained includes organic polymeric material and inorganic material, characterised in that the inorganic material comprises bentonite which is added to the suspension after one of the said shear stages, and the organic polymeric material comprises a substantially linear, synthetic, cationic polymer having molecular weight above 500,000 which is added to the suspension before that shear stage in an amount which is at least about 0.03%, based on the dry weight of the suspension, when the suspension contains at least about 0.5% cationic binder or is at least about 0.06% when the suspension is free of cationic binder or contains cationic binder in an amount of less than 0.5%.

The process of the invention can give an improved combination of drainage, retention, drying and formation properties, and it can be used to make a wide range of papers of good formation and strength at high rates of drainage and with good retention. The process can be operated to give a surprisingly good combination of high retention with good formation. Because of the good combination of drainage and drying, it is possible to operate the process at high rates of production and with lower vacuum and/or drying energy that is normally required for papers having good formation. The process can be operated successfully at a wide range of

6

pH values and with a wide variety of cellulosic stocks and pigments. Although it is essential in the invention to use more synthetic polymer than has conventionally been used as a polymeric retention aid, the amounts of additives are very much less than the amounts used in, for instance, the Compozil process and the process does not necessitate the use of expensive anionic components such as colloidal silica or modified colloidal silica.

Whereas it is stated in the Compozil literature to be essential to use anionic colloidal silica, and whereas we confirm below that the replacement of colloidal silica be bentonite when using cationic starch does give inferior results, in the invention the use of bentonite gives improved results. Whereas the Compozil literature says that there is an advantage in that process over processes using long chain linear polymers, in the invention such polymers must be used and give improved results.

Conventional practice, for instance as mentioned by Auborn, has established that retention is worse if the flocculated stock is subjected to shear before dewatering. In the invention, however, we subject the flocculated stock to shear and preferably we subject it to the very high shear that prevails in the centriscreen. Whereas Wacch and Luner did suggest adding polymer before pigment they did not suggest this high degree of shear nor the use of bentonite and their process led to an inevitable reduction in burst strength and other practice disadvantages, all of which are avoided in the invention.

Whereas FI No. 67736 did mention the possibility of using bentonite, silica sol, or anionic organic polymer in combination with cationic polyacrylamide, and whereas it did exemplify a process in which cationic polyacrylamide was added with agitation followed by colloidal silica, the amount of cationic polyacrylamide was too low for the purposes of the present invention and there was no suggestion that the polymer should be added before shearing in the centriscreen and the colloidal silica after.

Whereas W086/05826 exemplifies a range of processes in which cationic polymer is stirred into pulp and synthetically modified silica sol is then added, that process presumably differs from the process of FI 67736 by the use of the special silica sol rather than colloidal silica or bentonite, whereas in the invention bentonite is essential and gives better results than the special sol. W086/05826 does not suggest adding the cationic polymer before the centriscreen and the anionic component after the centriscreen.

The process of the invention can be carried out on any conventional paper making apparatus. The thin stock that is drained to form the sheet is often made by diluting a thick stock which typically has been made in a mixing chest by blending pigment, appropriate fibre, any desired strengthening agent or other additives, and water. Dilution of the thick stock can be by means of a vortex cleaner. Usually the thin stock is cleaned by passage through a centriscreen. The thin stock is usually pumped along the apparatus by one or more centrifugal pumps known as fan pumps. For instance the stock may be pumped to the centriscreen by a first fan pump. The thick stock can be diluted by white water to the thin stock at the point of entry of this fan pump or prior to the fan pump, e.g., by passing the thick stock and dilution water through a mixing pump. The thin stock may be cleaned further, by passage through a further centriscreen. The stock that leaves the final centriscreen may be passed through a second fan pump and/or a head box

CIBA 038920

4,753,710

7

prior to the sheet forming process. This may be by any conventional paper or paper board forming process, for example flat wire fourdrinier, twin wire former or vat former or any combination of these.

In the invention it is essential to add the specified synthetic polymer before the stock reaches the last point of high shear and to shear the resultant stock before adding the bentonite. It is possible to insert in the apparatus a shear mixer or other shear stage for the purpose of shearing the suspension in between adding the polymer and the bentonite but it is greatly preferred to use a shearing device that is in the apparatus for other reasons. This device is usually one that acts centrifugally. It can be a mixing pump but is usually a fan pump or, preferably, a centriscreen. The polymer may be added just before the shear stage that precedes the bentonite addition or it may be added earlier and may be carried by the stock through one or more stages to the final shear stage, prior to the addition of the bentonite. If there are two centriscreens, then the polymer can be added after the first but before the second. When there is a fan pump prior to the centriscreen, the polymer can be added between the fan pump and the centriscreen or into or ahead of the fan pump. If thick stock is being diluted in the fan pump then the polymer may be added with the dilution water or it may be added direct into the fanp pump.

Best results are achieved when the polymer is added to thin stock (i.e., having a solids content of not more than 2% or, at the most, 3%) rather than to thick stock. Thus the polymer may be added direct to the thin stock or it may be added to the dilution water that is used to convert thick stock to thin stock.

The addition of the large amounts of synthetic polymer causes the formation of larger flocs and these are immediately or subsequently broken down by the high shear (usually in the fan pump and/or centriscreen to very small flocs that can be termed stable microflocs.

The resultant stock is a suspension of these stable microflocs and bentonite is then added to fit. The stock must be stirred sufficiently to distribute the bentonite throughout the stock. If the stock that has been treated with bentonite is subsequently subjected to substantial agitation or high shear, this will tend to reduce the retention properties but improve still further the formation. For instance the stock containing bentonite could be passed through a centriscreen prior to drainage and the product will then have very good formation properties but possibly reduced retention compared to the results if the bentonite was added after the centriscreen. Because formation of the final sheet is usually good in the invention, if the bentonite is added just before sheet formation, and because it is generally desired to optimise retention, it is usually preferred to add the bentonite after the last point of high shear. Preferably the polymer is added just before the final fan pump and/or final centriscreen and the stock is led, without applying shear, from the final centriscreen or fan pump to a headbox, the bentonite is added either to the headbox or between the centriscreen and the headbox, and the stock is then dewatered to form the sheet.

In some processes it is desirable to add some of the bentonite at one point and the remainder of the bentonite at a later point (e.g., part immediately after the centriscreen and part immediately before drainage, or part before the centriscreen or other device for applying the shear and part after).

8

The thin stock is usually brought to its desired final solids concentration, by dilution with water, before the addition of the bentonite and generally before (or simultaneously with) the addition of the polymer but in some instances it is convenient to add further dilution water to the thin stock after the addition of the polymer or even after the addition of the bentonite.

The initial stock can be made from any conventional paper making stock such as traditional chemical pulps, for instance bleached and unbleached sulphate or sulphite pulp, mechanical pumps such as groundwood, thermomechanical or chemi-thermomechanical pulp or recycled pulp such as deinked waste, and any mixtures thereof.

The stock, and the final paper, can be substantially unfilled (e.g., containing less than 10% and generally less than 5% by weight filler in the final paper) or filler can be provided in an amount of up to 50% based on the dry weight of the stock or up to 40% based on dry weight of paper. When filler is used any conventional filler such as calcium carbonate, clay, titanium dioxide or talc or a combination may be present. The filler (if present) is preferably incorporated into the stock in conventional manner, before addition of the synthetic polymer.

The stock may include other additives such as rosin, alum, neutral sizes or optical brightening agents. It may include a strengthening agent and this can be a starch, often a cationic starch. The pH of the stock is generally in the range 4 to 9 and a particular advantage of the process is that it functions effectively at low pH values, for instance below pH 7, whereas in practice the Compozil process requires pH values of above 7 to perform well.

The amounts of fibre, filler, and other additives such as strengthening agents or alum can all be conventional. Typically the thin stock has a solids content of 0.2 to 3% or a fibre content of 0.1 to 2%. The stock preferably has a solids content of 0.3 to 1.5% or 2%.

The organic, substantially linear, synthetic polymer must have a molecular weight above about 500,000 as we believe it functions, at least in part, by a bridging mechanism. Preferably the molecular weight is above about 1 million and often above about 5 million, for instance in the range 10 to 30 million or more.

The polymer must be cationic and preferably is made by copolymerising one or more ethylenically unsaturated monomers, generally acrylic monomers, that consist of or include cationic monomer.

Suitable cationic monomers are dialkyl amino alkyl -(meth) acrylates or -(meth) acrylamides, either as acid salts or, preferably, quaternary ammonium salts. The alkyl groups may each contain 1 to 4 carbon atoms and the aminoalkyl group may contain 1 to 8 carbon atoms. Particularly preferred are dialkylaminoethyl (meth) acrylates, dialkylaminomethyl (meth) acrylamides and dialkylamino-1,3-propyl (meth) acrylamides. These cationic monomers are preferably copolymerised with a non-ionic monomer, preferably acrylamide and preferably have an intrinsic viscosity above 4 dl/g. Other suitable cationic polymers are polyethylene imines, polyamine epichlorhydrin polymers, and homopolymers or copolymers, generally with acrylamide, of monomers such as diallyl dimethyl ammonium chloride. Any conventional cationic synthetic linear polymeric flocculant suitable for use as a retention aid on paper can be used.

The polymer can be wholly linear or it can be slightly cross linked, as described in EP 202780, provided it still

CIBA 038921

4,753,710

9

has a structure that is substantially linear in comparison with the globular structure of cationic starch.

For best results the cationic polymer should have a relatively high charge density, for instance above 0.2, preferably at least 0.35, most preferably 0.4 to 2.5 or more, equivalents of nitrogen per kilogram of polymer. These values are higher than the values obtainable with cationic starch having a conventional relatively high degree of substitution, since typically this has a charge density of below 0.15 equivalents nitrogen per kg starch. When the polymer is formed by polymerisation of cationic, ethylenically unsaturated, monomer optionally with other monomers the amount of cationic monomer will normally be above 2% and usually above 5% and preferably at least about 10% molar based on the total amount of monomers used for forming the polymer.

The amount of synthetic linear cationic polymer used in conventional processes as retention aid, in the substantial absence of cationic binder, is typically between 0.01 and 0.05% (dry polymer based on dry weight of paper), often around 0.02% (i.e., 0.2 k/t). Lower amounts can be used. In these processes no significant shear is applied to the suspension after adding the polymer. If the retention and retention of the final paper is observed at increasing polymer dosage it is seen that retention improves rapidly as the dosage is increased up to, typically, 0.02% and that further increase in the dosage gives little or no improvement in retention and starts to cause deterioration in formation and drying, because the overdosing of the flocculant results in the production of flocs of increased size. The optimum amount of polymeric flocculant in conventional processes is therefore at or just below the level that gives optimum retention and this amount can easily be determined by routine experimentation by the skilled mill operator.

In the invention we use an excess amount of cationic synthetic polymer, generally 1.1 to 10 times, usually 3 to 6 times, the amount that would have been regarded as optimum in conventional processes. The amount will therefore normally always be above 0.03% (0.3 k/t) and in some instances adequate results can be achieved with dosages as low as this if the stock to which the polymer is added already contains a substantial amount, e.g., 0.5%, cationic binder. However if the stock is free of cationic binder or only contains a small amount then the dosage of polymer will normally have to be more, usually at least 0.06% (0.6 k/t). This is a convenient minimum even for stocks that do contain a large amount of cationic binder. Often the amount is at least 0.08%. The amount will usually be below 0.5% and generally below 0.2% with amounts of below 0.15% usually being preferred. Best results are generally obtained with 0.06 to 0.12 or 0.15%.

If cationic binder is present, it will be present primarily to serve as a strengthening aid and its amount will usually be below 1%, preferably below 0.5%. The binder may be starch, urea formaldehyde resin or other cationic strengthening aid.

The use of the excess amount of synthetic polymeric flocculant is thought to be necessary to ensure that the shearing that occurs in the centriscreen or other shear stage results in the formation of microflocs which contain or carry sufficient cationic polymer to render parts at least of their surfaces sufficiently cationically charged. Surprisingly it is not essential to add sufficient cationic polymer to render the whole suspension cati-

10

onic. Thus the Zeta potential of the stock can, prior to addition of the bentonite, be cationic or anionic, including for instance −25 mv. It would normally be expected that the addition of anionic bentonite to a suspension having a significant negative Zeta potential (e.g., below −10 mv) would not give satisfactory results and U.S. Pat. No. 4,388,150 suggests that best results are achieved when the Zeta potential following the addition of the starch and the anionic silica approaches zero. The article by Luner also proposed neutralisation of the charges in the suspension by the polymer.

Whether or not a sufficient excess of cationic polymer has been added (and presumably whether or not the resultant microflocs do have a sufficient cationic charge) can easily be determined experimentally by plotting the performance properties in the process, with a fixed amount of bentonite and a fixed degree of shear, at various levels of polymeric addition. When the amount of polymer is insufficient (e.g., being the amount typically used in the prior art), the retention and other properties are relatively poor. As the amount is gradually increased a significant increase in retention and other performance properties is observed, and this corresponds with the excess that is desired in the invention. Further increase in the amount of flocculant, far beyond the level at which the significant improvement in performance occurs, is unnecessary and, for cost reasons, undesirable. Naturally this test with the bentonite must be conducted after subjecting the flocculated suspension to very high shear so as to break it down to microflocs. As a result of having sufficient flocculant, these flocs are sufficiently stable to resist further degradation during the shearing in the centriscreen or other shear stage.

It is essential in the invention to use a cationic polymer as the first component, rather than a non-ionic or anionic polymer and, as the second component, it is essential to use bentonite rather than any other anionic particulate material. Thus colloidal silica or modified colloidal silica gives inferior results and the use of other very small anionic particles or the use of anionic soluble polymers also gives very inferior results.

The amount of bentonite that has to be added is generally in the range 0.03 to 0.5%, preferably 0.05 to 0.3% and most preferably 0.08 or 0.1 to 0.2%.

The bentonite can be any of the materials commercially referred to as bentonites or as bentonite-type clays, i.e., anionic swelling clays such as sepialite, attapulgite or, preferably, montmorillinite. The montmorillinites are preferred. Bentonites broadly as described in U.S. Pat. No. 4,305,781 are suitable.

Suitable montmorillonite clays include Wyoming bentonite or Fullers Earth. The clays may or may not be chemically modified, e.g., by alkali treatment to convert calcium bentonite to alkali metal bentonite.

The swelling clays are usually metal silicates wherein the metal comprises a metal selected from aluminium and magnesium, and optionally other metals, and the ratio silicon atoms:metal atoms in the surface of the clay particles, and generally throughout their structure, is from 5:1 to 1:1. For most montmorillonites the ratio is relatively low, with most or all of the metal being aluminium but with some magnesium and sometimes with, for instance a little iron. In other swelling clays however, some or all of the aluminium is replaced by magnesium and the ratio may be very low, for instance about 1.5 in sepialite. The use of silicates in which some

4,753,710

11

of the aluminium has been replaced by iron seems to be particularly desirable.

The dry particle size of the bentonite is preferably at least 90% below 100 microns, and most preferably at least 60% below 50 microns (dry size). The surface area of the bentonite before swelling is preferably at least 30 and generally at least 50, typically 60 to 90, m²/gm and the surface area after swelling is preferably 400-800 m²/g. The bentonite preferably swells by at least 15 or 20 times. The particle size after swelling is preferably at least 90% below 2 microns.

The bentonite is generally added to the aqueous suspension as a hydrated suspension in water, typically at a concentration between 1% and 10% by weight. The hydrated suspension is usually made by dispersing powdered bentonite in water.

The choice of the cellulosic suspension and its components and the paper making conditions may all be varied in conventional manner to obtain paper ranging from unfilled papers such as tissue, newsprint, ground-wood specialities, supercalendered magazine, highly filled high quality writing papers, fluting medium, liner board, light weight board to heavy weight multiply boards or sack kraft paper.

The paper may be sized by conventional rosin/alum size at pH values ranging between 4 and 6 or by the incorporation of a reactive size such as ketene dimer or alkenyl succinic anhydride where the pH conditions are typically between 6 and 9.

The reactive size when used can be supplied as an aqueous emulsion or can be emulsified in situ at the mill with suitable emulsifiers and stabilisers such as cationic starch.

Preferably the reactive size is supplied in combination with a polyelectrolyte in known manner. The size and the polyelectrolyte can be supplied to the user in the form of an anhydrous dispersion of the polyelectrolyte in a non-aqueous liquid comprising the size, as described in EP Nos. 141641 and 200504. Preferably the polyelectrolyte for application with the size is also suitable as the synthetic polymeric retention aid in the invention in which event the size and all the synthetic polymer can be provided in a single anhydrous composition of the polymer dispersed in the anhydrous liquid phase comprising the size.

Suitable methods of making the anhydrous compositions, and suitable sizes, are described in those European specifications. The anhydrous dispersions may be made by formation of an emulsion of aqueous polymer in oil followed by dehydration by azeotroping in conventional manner and then dissolution of the size in the oil phase, with optional removal of the oil phase if appropriate. The emulsion can be made by emulsification of an aqueous solution of the polymer into the oil phase but is preferably made by reverse phase polymerisation. The oil phase will generally need to include a stabiliser, preferably an amphipathic oil stabiliser in order to stabilise the composition.

In the following examples the following polymers are used:

A: a copolymer formed of 70% by weight acrylamide and 30% dimethyl aminoethyl acrylate quaternised with methyl chloride and having intrinsic viscosity (IV) 7 to 10.

B: a copolymer of 90 weight % acrylamide and 10 weight % dimethyl aminoethyl methacrylate having IV 7 to 10.

C: polyethyleneimine (Polymin SK B.A.S.F.)

12

D: polydiallyl dimethyl ammonium chloride

E: a medium molecular weight copolymer of diallyl dimethyl ammonium chloride, acrylamide 70:30 IV of 1.5

F: a quaternised dimethylaminomethyl acrylamide co-polymer with 50% acrylamide and having IV 1.0

G: a copolymer of 70% by weight acrylamide and 30% sodium acrylate, IV 12

S: high molecular weight potato starch with high degree of cationic substitution

CSA: colloidal silicic acid

AMCSA: aluminium modified silicic acid

The bentonite in each example was a sodium carbonate activated calcium montmorillonite. Examples 1 to 3 are examples of actual paper process. The other examples are laboratory tests that we have found to give a reliable indication of the results that will be obtained when the same materials are used on a mill with the polymer being added before the centriscreen (or the final centriscreen if there is more than one) and with the bentonite being added after the last point of high shear.

## EXAMPLE 1

Three retention aid systems were compared on an experimental machine designed to simulate full scale modern papermaking machine conditions. In this, thick sized stock was mixed with white water from a wire pit and was passed through a mixing pump. The resultant thin stock was passed through a deaerator and was then fed by a fan pump to a flow box, from which it was flowed on to the wire to form a sheet, the drained water being collected in the wire pit and recycled.

System (I) involved the addition of 0.03% Polymer A added just after the fan pump, i.e., after last point of high shear.

System (II) involved the addition of 1.5% cationic starch just before mixing the stock with the white water, and 0.2% colloidal silica (the optimised Compozil System) just after the fan pump.

System (III) involved the addition of 0.15% Polymer A to the white water just before mixing with the stock, followed by 0.2% bentonite just after the fan pump, as a hydrated slurry.

The performance of these systems was evaluated on stock consisting of 50% bleached birch and 50% bleached pine, with 20% CaCO₃, at 0.7% consistency and pH 8.0 sized with an alkylketene dimer.

The first pass retention values and the web dryness after the wet presses on machine were recorded in Table 1.

TABLE I

| System | Retention % | Dryness % |
|--------|-------------|-----------|
| I | 35 | 42.75 |
| II | 74 | 44.6 |
| III | 92 | 45.75 |

This clearly demonstrates the significant advantage of the invention (system III) compared to the two prior processes (systems I and II) both as regards retention and dryness. Although the increase in dryness is numerically relatively small, commercially this difference is very significant and allows either an increase in machine speed or decreased steam demand in the drying section.

CIBA 038923

4,753,710

13

## EXAMPLE 2

The process of Example 1 was repeated using a stock and retention conditions using System II and III as described in Example 1 but under acid sizing conditions using rosin alum and filled with china clay instead of CaCo₃. The pH of the stock was 5.0. Addition points are as described in EXAMPLE 1.

### TABLE 2

| System | Retention % | Dryness % |
|--------|-------------|-----------|
| II | 84.0 | 45.75 |
| III | 88.0 | 46.60 |

This clearly demonstrates the significant advantage of System III over the prior process (System II), both with regard to retention and web dryness after the presses.

## EXAMPLE 3

A full scale machine trial was carried out on a four-drinier machine producing 19 t/hour of unbleached sack kraft. In this process, thick stock was diluted with white water from a silo and the stock passed through a mixing pump and dearator to a second dilution point at which further white water was added to make the final thin stock. This stock was fed to four centriscreens in parallel, all discharging into a loop that lead to the headbox that supplied the screen. The thin stock contained 0.15% cationic starch as a strengthening aid and 1% cationic urea formaldehyde wet strength resin. Machine speed was 620 m/min.

Polymer A dosage was 0.03% added to the white water at the second dilution point. The bentonite dosage was 0.2% added to the thin stock either just before the centriscreens or in the loop after the centriscreens. The results are in Table 3.

### TABLE 3

| Additive | % Retention |
|----------|-------------|
| Nil | 82.2 |
| A + Bentonite before centriscreens | 86.8 |
| A + Bentonite after centriscreens | 92.7 |

Under equilibrium running conditions using the retention aid system where the bentonite was added after the centriscreens, the couch vacuum was reduced by 30% and the drying steam demand by 10% compared to the system when the bentonite was added before the centriscreens. The mill reported no change in formation during the trial.

These results clearly demonstrated the benefit of adding the bentonite after shear.

## EXAMPLE 4

Britt jar tests were carried out on a neutral sized stock consisting of birch (15%), spruce (30%), and 55% broke with 25% added calcium carbonate filler (the percentages for the initial solids in the stock in this and other examples are by weight of fibre). The stock had pH 8.0 and contained a conventional ketene dimer sizing agent and 0.5 cationic starch S as a strengthening aid.

The shear condition of the Britt jar was adjusted to give a first pass retention in the region of 55–60% in the absence of the additive. Cationic polyacrylamide A (if used) was added to 500 ml of thin stock (0.6% consistency) in a measuring cylinder. The cylinder was inverted four times to achieve mixing and the flocculated stock was transferred to the Britt tester. The flocs at

14

this stage were very large and were clearly unsuitable for production of paper having good formation of drying properties. The stock was sheared for one minute and then bentonite (if used) was added. Retention performance was measured.

Laboratory drainage evaluations were also carried out on the same stock using a standard Schopper Reigler freeness tester. The machine orifice was plugged and time was measured for 500 ml of white water to drain from 1 liter of the same stock treated as above. The results are shown in Table 4 below.

### TABLE 4

| Test | Polymer % | Bentonite % | % Retention | Drainage (secs) |
|------|-----------|-------------|-------------|-----------------|
| 1 | 0 A | 0 | 56.9 | 96 |
| 2 | 0.05 A | 0 | 61.0 | 41 |
| 3 | 0.1 A | 0 | 61.4 | 28 |
| 4 | 0.15 A | 0 | 61.7 | 25 |
| 5 | 0.1 A | 0.2 | 63.7 | 14 |
| 6 | 0.15 A | 0.2 | 81.7 | 7 |

Comparison of tests 4 and 6 demonstrates the significant advantage from adding bentonite and comparison of tests 5 and 6 shows the benefit of increasing the amount of polymer A to 0.15 k/t for this particular stock. The sheared suspension in test 6 had a stable microfloc structure. The amount of polymeric in test 5 was not quite sufficient for a good structure using this particular stock.

## EXAMPLE 5

The process of example 4 was repeated except that the stock was a conventional rosin alum sized stock having pH 5.5 and did not contain the cationic starch. The results are shown in Table 5.

### TABLE 5

| Polymer % | Bentonite % | Drainage (secs) |
|-----------|-------------|-----------------|
| 0 | 0 | 117 |
| 0.1 A | 0 | 70 |
| 0.15 A | 0 | 77 |
| 0.1 A | 4 | 31 |
| 0.15 A | 4 | 21 |

## EXAMPLE 6

A stock was formed as in Example 4 but did not contain the starch and was tested as in Example 4. The results are shown in Table 6.

### TABLE 6

| Test | Polymer % | Inorganic Additive % | % Retention |
|------|-----------|----------------------|-------------|
| 1 | 0 | 0 | 58 |
| 2 | 1 S | 0 | 58.4 |
| 3 | 0.5 S | 0.2 CSA | 77.8 |
| 4 | 1 S | 0.2 CSA | 79.2 |
| 5 | 1 S | 0.4 Bentonite | 66.6 |
| 6 | 1 S | 0.6 Bentonite | 69.5 |
| 7 | 0.15 B | 0.2 CSA | 70 |
| 8 | 0.15 B | 0.4 Bentonite | 83.0 |
| 9 | 0.15 A | 0.2 CSA | 70.8 |
| 10 | 0.15 A | 0 | 62.3 |
| 11 | 0.15 A | 0.4 Bentonite | 84.2 |
| 12 | 0.05 B + 0.5 S | 0.4 Bentonite | 70.5 |
| 13 | 0.1 B + 0.5 S | 0.4 Bentonite | 82.2 |

Tests 3 and 4 are similar to the Compozil system and show the use of cationic starch followed by anionic colloidal silica. Comparison of test 4 with tests 5 and 6

CIBA 038924

4,753,710

## 15

demonstrates that replacing the anionic colloidal silica with bentonite gives worse results. Similarly comparison of tests 3 or 4 with tests 7 or 9 shows that replacing the cationic starch with a synthetic flocculant gives worse results.

Comparison of tests 12 and 13 indicates that the amount of synthetic flocculant in test 12 is adequate. Tests 8, 11 and 13 demonstrate the excellent results obtained in the invention. The advantage of the processes of the invention using bentonite (tests 8, 11 13) over the use of colloidal silica (tests 7, 9) is apparent.

### EXAMPLE 7

A stock was formed as in Example 4 but with no filler and was treated with polymer A before the shearing and with bentonite or specified filler after the shearing. The results are shown in Table 7.

#### TABLE 7

| Test | Polymer % | Inorganic % | Retention B/W Solids | Drainage Time (secs) |
|------|-----------|-------------|----------------------|----------------------|
| 1 | 0 | 0 | 1023 | 33 |
| 2 | 0.1 A | 0 | 705 | 24 |
| 3 | 0.1 A | 0.05 Bentonite | 315 | 10 |
| 4 | 0.1 A | 0.1 Bentonite | 205 | 5 |
| 5 | 0.1 A | 0.2 Bentonite | 180 | 5 |
| 6 | 0.1 A | 0.1 Clay | 710 | 25 |
| 7 | 0.1 A | 0.1 CaCO₃ | 700 | 25 |
| 8 | 0.1 A | 0.1 TiO₂ | 740 | 25 |

This clearly demonstrates the superiority of the use of bentonite over other pigmentary fillers. Much better drainage values can be obtained by increasing the amount of clay, CaCO₃ or TiO₂ filler that is added after the polymer, but this is impracticble and the sheet strength is reduced.

### EXAMPLE 8

Laboratory drainage evaluations were carried out as in Example 4 on a 0.5% stock comprised of bleached kraft (60%) bleached birch (30%) and broke (10%). The stock was sized with an alkenyl succinic anhydride size at pH 7.5.

The treated stocks were prepared by adding the desired quantity of dilute polymer solution (0.05%) to 1 liter of stock in a measuring cylinder. The cylinder was inverted four times to effect mixing and transferred to a beaker and sheared mechanically with a conventional propellor stirrer (1,500 rpm) for 1 minute.

After shearing, the stock was transferred back to the measuring cylinder and bentonite as a 1% hydrated slurry was added as required to give the appropriate dose. The cylinder was again inverted four times to effect mixing and transferred to the modified Schopper Reigler apparatus for drainage evaluation.

In the cases where only polymer was added, the polymer treated stock was transferred to the Schopper Reigler apparatus immediately after cylinder inversion and was not subjected to shear.

A range of cationic polymers was evaluated at a constant dose level of 0.1% dry polymer on dry weight of paper. Table 8 shows the results achieved with and without further addition of bentonite.

#### TABLE 8

| Additive | Drainage Time (secs) | |
|----------|---------------------|---------------------------|
| | No Bentonite | Bentonite Addition 0.2% |
| Blank | 71 | 68 |
| Polymer C | 35 | 19 |

## 16

#### TABLE 8-continued

| Additive | Drainage Time (secs) | |
|----------|---------------------|---------------------------|
| | No Bentonite | Bentonite Addition 0.2% |
| Polymer D | 53 | 32 |
| Polymer E | 46 | 22 |
| Polymer F | 30 | 12 |

Clearly all the polymers gave advantageous drainage benefits to the stock when added alone as single additions, but all show substantial further improvement when the polymer was added before shearing and bentonite is added after shearing.

The size was provided initially as an anhydrous dispersion as described in EP No. 141641. For instance polymer E could be formulated into a dispersion as in examples 1 to 5 of that specification and the resultant dispersion in oil could be dispersed into water, thereby dissolving the polymer and emulsifying the size, by use of an oil in water emulsifying agent, so as to form an aqueous concentrate that is then added to the cellulosic suspension.

### EXAMPLE 9

Retention evaluations were carried out on a stock consisting of 60% Bleached Kraft, 40% Bleached Birch and 10% Broke with 20% added calcium carbonate. The stock consistency was 0.7% and a pH of 8.0.

The retention evaluation was carried out using the Britt Dynamic Drainage Jar using the following procedure:

The first component, (cationic starch or cationic polyacrylamide) was added to a 1 liter measuring cylinder containing starch. The cylinder was inverted four times to effect mixing and transferred to the Britt Jar. The treated stock was sheared for 1 minute at a stirrer speed of 1500 rpm. The second component was then added (bentonite or polysilicic acid), the stirrer speed was immediately reduced to 900 rpm and mixing continued for 10 seconds. Drainage was allowed to start and the drained white water was collected, filtered and weighed dry. The total first pass retention was calculated from the data.

The results are shown in Table 9.

#### TABLE 9

| Test | Polymer % | Inorganic % | % Retention |
|------|-----------|-------------|-------------|
| 1 | Nil | Nil | 65 |
| 2 | 0.1 A | Nil | 81 |
| 3 | 0.1 A | 0.15 CSA | 85.4 |
| 4 | 0.1 A | 0.2 CSA | 85.9 |
| 5 | 0.1 A | 0.3 CSA | 86.2 |
| 6 | 0.1 A | 0.2 Bentonite | 93.3 |
| 7 | 0.5 S | 0.15 CSA | 86.2 |
| 8 | 0.1 S | 0.15 CSA | 88.2 |
| 9 | 0.5 S | 0.2 Bentonite | 79.5 |
| 10 | 0.1 S | 0.2 Bentonite | 81.2 |

Comparison of tests 3 to 5 with test 2 shows that the late addition of colloidal silica does improve the retention and so, as indicated in W086/05826, some benefit does follow from the addition of colloidal silica after synthetic linear polymer. However comparison of test 6 with tests 3 to 5 shows that bentonite gives very much better results than colloidal silica in these circumstances.

Comparison of tests 7 and 8 with tests 9 and 10 shows that when using cationic starch instead of a synthetic polymer colloidal silica gives better results. These re-

CIBA 038925

4,753,710

17

sults confirm the requirement in the Compozil process for using colloidal silica and suggest that a synergic effect exists between the cationic polymer and bentonite, but not between cationic starch and bentonite.

### EXAMPLE 10

Drainage times were recorded as in Example 4 on a stock formed of 50% bleached birch, 50% bleached kraft with 20% added calcium carbonate and having pH 7.5. In test 1, neither polymer nor particulate additive was added. In tests 2 to 15, 0.1% of Polymer A was added before the shearing. In tests 3 to 16, the specified amounts of various anionic additives were added. In tests 14, 0.2% bentonite was added but, instead of using Polymer A, 0.1% non-ionic polymer was used in test 14 and 0.1% anionic polymer was used in test 15. In test 16, polymer A and bentonite were added simultaneously before the shearing. The results are in Table 10.

#### TABLE 8

| Test | Anionic Additive | Drainage Time (secs) |
|------|------------------|---------------------|
| 1 | NIL | 56 |
| 2 | NIL | 34 |
| 3 | 0.2% Bentonite | 6 |
| 4 | 0.2% CSA | 12 |
| 5 | 10% China Clay | 9 |
| 6 | 10% Kieselguhr | 21 |
| 7 | 0.5% alkali-swellable polyacrylic aqueous emulsion | 30 |
| 8 | 0.1% alkali-swellable polyacrylic aqueous emulsion | 42 |
| 9 | 1% water-swellable polyacrylamide dispersion in oil | 20 |
| 10 | 0.5% water-swellable polyacrylamide dispersion in oil | 25 |
| 11 | 0.2% water-swellable polyacrylamide dispersion in oil | 23 |
| 12 | 1% sodium polyacrylate crosslinked fines | 27 |
| 13 | 1% polyacrylamide crosslinked fines | 40 |
| 14 | 0.2% bentonite (after non-ionic) | 52 |
| 15 | 0.2% bentonite (after anionic) | 54 |
| 16 | 0.2% bentonite (simultaneous) | 30 |

This confirms that bentonite has unique properties compared to other organic and inorganic anionic materials or colloidal silicic acid, provided it is added after the flocculated system has been sheared before the addition of bentonite.

### EXAMPLE 11

Retention tests were carried out using the Britt jar tester. Thin stock containing 20% china clay was placed in the Britt jar and 0.1% Polymer A was added. This was then sheared at 1000 rpm for 30 seconds. 0.2% bentonite was added and after allowing 5 seconds for mixing the test was carried out.

The procedure was repeated except 20% clay was added at the end instead of the 0.2% bentonite.

Standard 100 gsm sheets were prepared using the above two systems. Retention and Burst strength were recorded and results are shown in Table 11.

#### TABLE 11

| Additives | % Retention | Burst Strength KPA |
|-----------|-------------|-------------------|
| 20% china clay + 0.1% Polymer A + 0.2% bentonite | 79.0 | 197 |
| 0.1% Polymer A + 20% china clay | 76.0 | 99 |

18

This shows that although the late addition of high levels of china clay can give reasonable retention results compared to the bentonite, it has a dramatic bad effect on sheet strength.

### EXAMPLE 12

Laboratory evaluations were carried out to compare different modes of addition of the polymer when using retention aid System III of Example 2.

Samples of thick stock and whitewater were obtained from a mill producing publishing grade papers from bleached chemical pulps filled with calcium carbonate and sized with alkylketene dimer size.

Thick stock consistency was 3.5% and the white water was 0.2%. The thick stock and white water were combined proportionately to give a thin stock consistency of 0.7%.

Laboratory retention evaluation were carried out using a Britt Dynamic Jar Tester as follows:

For the control without any retention aid, thick stock and white water were combined in the Britt Jar and sheared for 30 seconds at 1000 rpm. When the polymer was added to thick stock, the flocculated thick stock was sheared for 30 seconds at 1000 rpm. After addition of the white water, further mixing was carried out for 5 seconds at 1000 rpm followed by the bentonite additions which was mixed for a further 5 seconds before testing. When the polymer was added to the white water, this was sheared for 30 seconds at 1000 rpm followed by addition of thick stock, this was then mixed for a further 5 seconds before bentonite addition which as before was mixed for 5 seconds before testing. The results obtained are shown in Table 12.

Polymer A dosage used was 0.2% and bentonite dosage was 0.2%.

#### TABLE 12

| Order of Addition | % Retention |
|-------------------|-------------|
| Thick stock + White water | 50.9 |
| Thick stock + White water + Polymer A + Bentonite | 70.5 |
| Thick stock + Polymer A + White water + Bentonite | 56.5 |
| White water + Polymer A + Thick stock + Bentonite | 71.4 |

This shows the benefit of adding the polymer to the thin stock, or to the dilution water for the thin stock, in preference to adding the polymer to thick stock.

### EXAMPLE 13

Aluminium modified silicic acid sol AMCSA was prepared by treatment of colloidal silicic acid with sodium aluminate according to W086/0526 (AMCSA). It was compared at two pH values with CSA and bentonite, after Polymer A, as follows.

The paper making stock was prepared from bleached kraft (50%), bleached birch (50%) and beaten to 45° SR, and diluted to 0.5% consistency. The thin stock was split into two portions. The pH of one portion was 6.8, and hydrochloric acid was added to the other portion to adjust the pH to 4.0.

600 mls of stock was added to a Beritt jar and 0.5% solution of polymer A added to give a dose level of 0.1% dry polymer on dry paper. The flocculated thin stock was sheared for 60 seconds at 1500 rpm in the Britt jar after which the contents were transferred to a 1 liter measuring cylinder and the anionic component was added. The cylinder was inverted four times to

CIBA 038926

4,753,710

**19**

achieve mixing and the contents were transferred to a Schopper Riegler apparatus where the machined orifice had been blocked. The time for 400 mls to drain was recorded.

The results are shown in Tables 13 and 14.

### TABLE 13

| Polymer A Dose % | Stock pH 6.8 | | Time (seconds) |
|---|---|---|---|
| | Anionic | Anionic Dose % | |
| 0 | — | — | 75 |
| 0.1 | — | — | 47 |
| 0.1 | AMCSA | 0.1 | 19 |
| 0.1 | AMCSA | 0.2 | 18 |
| 0.1 | AMCSA | 0.4 | 23 |
| 0.1 | CSA | 0.1 | 20 |
| 0.1 | CSA | 0.2 | 18 |
| 0.1 | CSA | 0.4 | 23 |
| 0.1 | Bentonite | 0.2 | 7 |

### TABLE 14

| Polymer A Dose % | Stock pH 4.0 | | Time (seconds) |
|---|---|---|---|
| | Anionic | Anionic Dose % | |
| 0 | — | — | 73 |
| 0.1 | — | — | 47 |
| 0.1 | AMCSA | 0.1 | 22 |
| 0.1 | AMCSA | 0.2 | 17 |
| 0.1 | AMCSA | 0.4 | 19 |
| 0.1 | CSA | 0.1 | 33 |
| 0.1 | CSA | 0.2 | 27 |
| 0.1 | CSA | 0.4 | 23 |
| 0.1 | Bentonite | 0.2 | 7 |

This shows that aluminium modified colloidal silicic acid (AMCSA) prepared according to W086/05826, performs as well as colloidal silicic acid (CSA) described in U.S. Pat. No. 4,388,150 at pH 6.8, but performs better than colloidal silicic acid (CSA) at pH 4.0. The results show that bentonite performs significantly better than either CSA or AMCSA at both pH values. The results demonstrate the synergism that exists specifically between cationic synthetic polymers and bentonite when the stock is sheared after the polymer addition.

### EXAMPLE 14

The effect of addition of soluble anionic polymer G instead of bentonite in the retention aid system was evaluated in the laboratory on a stock consisting of bleached chemical pulps, calcium carbonate and alkylketene dimer size. Both retention and drainage tests were carried out.

Retention tests were carried out using a Britt Dynamic Jar. The required amount of Polymer A was added to 500 mls of this stock and sheared in the Britt Jar at 1000 rpm for 30 seconds. This was followed by the addition of bentonite or Polymer G at the appropriate dose level and after allowing 5 seconds for mixing the tests was carried out.

Vacuum drainage tests were carried out by taking thick stock and treating it as above but after mixing in the bentonite or polymer the stock was transferred into a Hartley Funnel fitted with a filter paper. The Hartley Funnel was attached to a conical flask fitted with a constant vacuum source. The time was then recorded for the stock to drain under vacuum until the pad formed on the filter paper assumed a uniform matt appearance corresponding to removal of excess water.

Results are as shown in Table 15.

**20**

### TABLE 15

| Additive | % Retention | Vacuum Drainage Time (seconds) |
|---|---|---|
| Nil | 70.8 | 80 |
| 0.1% Polymer A + 0.2% Bentonite | 95.8 | 6 |
| 0.1% Polymer A + 0.1% Polymer G | 88.4 | 26 |
| 0.1% Polymer A + 0.2% Polymer G | 88.4 | 30 |
| 0.1% Polymer A + Zero | 84.8 | 14 |

The addition of the anionic Polymer G only slightly improves the retention and has an adverse effect on drainage compad to Polymer A on its own. Polymer A followed by bentonite was significantly more effective with regard to both retention and drainage.

We claim:

1. A process in which paper or paper board is made by forming an aqueous cellulosic suspension, passing the suspension through one or more shear stages, said shear stages selected from the group consisting of cleaning, mixing and pumping stages, draining the suspension to form a sheet and drying the sheet and in which the suspension that is drained includes organic polymeric material and inorganic material, characterised in that the inorganic material comprises bentonite which is added to the suspension after one of the said shear stages in an amount of at least about 0.03%, and the organic polymeric material comprises a substantially linear synthetic cationic polymer flocculant or retention aid having molecular weight above 500,000 and a charge density above about 0.2 equivalents of cationic nitrogen per kilogram of polymer which is added to the suspension before that shear stage in an amount of above about 0.03%, based on the dry weight of the suspension.

2. A process according to claim 1 in which said cleaning stage is a centriscreen, said pumping stage is a fan pump and said mixing stage is a mixing pump.

3. A process according to claim 1 in which the one or more shear stages comprises a centriscreen, the synthetic polymer is added to the suspension before the centriscreen and the bentonite is added after the centriscreen.

4. A process according to claim 1 in which the synthetic polymer is a cationic polymer selected from the group consisting of polyethylene imine, polyamine epichlorhydrin products, polymers of diallyl dimethyl ammonium chloride, and cationic acrylic polymers.

5. A process according to claim 1 in which said suspension contains less than about 0.5% cationic binder and said synthetic polymer is added in an amount of from 0.06 to 0.2%.

6. A process according to claim 1 in which the bentonite is added as a hydrated suspension obtained by dispersing powdered bentonite in water.

7. A process according to claim 1 in which the bentonite is added in an amount of from 0.03 to 0.5%.

8. A process according to claim 1 in which the suspension that is dewatered is substantially free of filler or includes filler substantially all of which was added before the synthetic polymeric material.

9. A process according to claim 1 in which the synthetic polymer is a cationic polymer having intrinsic viscosity above 4 dl/g and formed from acrylic monomers comprising dialkylaminoalkyl(meth)-acrylate or -acrylamide (as acid or quaternary salt).

CIBA 038927

4,753,710

21

10. A process according to claim 1 in which the cationic polymer has a cationic charge density of 0.35 to 2.5 equivalents of nitrogen per kilogram polymer.

11. A process according to claim 1 in which a reactive size is incorporated in the aqueous suspension.

12. A process according to claim 1 in which a reactive size is incorporated in the aqueous suspension and in which the synthetic polymer and the reactive size are provided as a dispersion of substantially anhydrous particles of the polymer in a substantially anhydrous oil phase comprising the size and this dispersion is mixed into water.

13. A process according to claim 1 comprising forming an aqueous cellulosic suspension which is substantially unfilled or contain filler, cleaning the suspension by passage through a centriscreen, draining the suspension to form a sheet and drying the sheet, and in which synthetic, substantially linear synthetic cationic polymer is added to the suspension before the centriscreen in an amount of from about 0.03% to 0.2%, based on the dry weight of the suspension, and 0.03 to 0.5% bentonite is added after the centriscreen, and in which said synthetic polymer flocculant or retention aid is selected from the group consisting of polyethylene imine, polyamine epichlorhydrin products, polymers of diallyl

22

dimethyl ammonium chloride, and cationic acrylic polymers.

14. A process according to claim 1 in which the suspension has a solids content of below about 2% at the time the polymer is added to the suspension.

15. A process according to claim 1 in which the said polymer is added before the last point of high shear and the said bentonite is added after the last point of high shear.

16. A process according to claim 4 in which the synthetic polymer is added in an amount of from 0.06 to 0.2%.

17. A process according to claim 16 in which the bentonite is added in an amount of from 0.03 to 0.5%.

18. A process according to claim 9 in which the cationic polymer has a cationic charge density of 0.35 to 2.5 equivalents of nitrogen per kilogram polymer.

19. A process according to claim 18 in which the synthetic polymer is added in an amount of from 0.06 to 0.2%.

20. A process according to claim 10 in which the polymer molecular weight is at least about one million.

21. A process according to claim 1 in which the polymer molecular weight is at least about one million.

* * * * *

CIBA 038928