**U.S. Patent**     Jun. 14, 1983     Sheet 10 of 16     238635
4,388,150



FIG. 2I

DENSITY
METHOD: SCAN P7:75

STIFFNESS
METHOD: SCAN P29:69

FIG. 2J

CIBA 039024

238635



238635

**U.S. Patent**     Jun. 14, 1983     Sheet 12 of 16     4,388,150



ROUGHNESS
METHOD: SCAN P 21:67

FIG.2M

POROSITY
METHOD: SCAN P21:67
(BENDTSEN)

FIG.2N

CIBA 039026

238635



FIG. 20

CIBA 039027



OPACITY
METHOD: SCAN P8·75

FIG.2P

BRIGHTNESS
METHOD: SCAN P3·75

FIG.2Q

CIBA 039028

238635

**U.S. Patent**     Jun. 14, 1983     Sheet 15 of 16     **4,388,150**



LIGHT SCATTERING
METHOD: SCAN P8:75

Level 2

Level 1

*FIG. 2R*

Prior to c.s. addition

Ash content

LIGHT ABSORBANCE
METHOD: SCAN P8:75

Level 1

Level 2

Prior to
c.s. addition

*FIG. 2S*

Ash content

CIBA 039029

238635

U.S. Patent     Jun. 14, 1983     Sheet 16 of 16     4,388,150



FIG. 3

Z-STRENGTH
METHOD: SCOTT BOND

CIBA 039030

4,388,150

1

# PAPERMAKING AND PRODUCTS MADE THEREBY

The present invention relates generally to papermaking processes and the products made thereby, and more particularly, to the use of a binder in a papermaking process, the binder comprising a complex of cationic starch and colloidal silicic acid to produce a paper having improved levels of retention of added mineral materials as well as papermaking fines. Moreover, various of the features of the invention may be employed to effect clarification of the white water resulting from a papermaking process.

At the present time, the papermaking industry is plagued with a number of serious problems. First, the price of cellulosic pulp has escalated materially and high quality pulp is in relatively short supply. Second, various problems including the problems inherent in the disposal of papermaking wastes and the ecological requirements of various governmental bodies have markedly increased the cost of the energy required to make paper has increased materially. As a result, the industry and its customers are faced with two choices: either pay the higher costs or materially decrease the amounts and/or quality of the cellulosic fibers with a consequential loss of quality in the finished paper product.

The industry has made various attempts to reduce the cost of the paper products. One approach that has been employed involves the addition of clay and other mineral fillers in the papermaking process to replace fiber but such additions have been found to reduce the strength and other characteristics of the resulting paper to a degree which is unsatisfactory. Also, the addition of such material filler results in poor retention of the filler material, e.g. they pass through the wire to the extent that the level of filler materials builds up in the white water with the result that the clean up of white water and the disposal of the material becomes a serious problem. Various binders have been employed in an attempt to alleviate the retention problem but their use has not been entirely satisfactory.

Attempts have also been made to use types of pulp which are less expensive and of lower quality, but this, of course, results in a reduction in the characteristics of the paper and often results in excessive fines which are not retained in the papermaking process with the consequent white water disposal problems.

Accordingly, the principal object of the invention is the provision of a binder system and method which produce improved properties in paper and which will permit the use of minimum amounts of fiber to attain strengths and other properties which are required. Another object of the invention is the provision of a binder system and a method of employing it which materially increases the strength and other characteristics of paper as compared to a similar paper made with known binders. An additional object of the invention is the provision of a binder system and a method of employing it which materially increases the strength and other characteristics of the paper as compared to a similar paper with known binders. An additional object of the invention is the provision of a binder and a method of employing it which maximizes retention of mineral filler and other materials in the paper sheet when used in the stock on the papermaking machine. A further object of

2

the invention is the provision of a paper having high mineral concentration which has acceptable strength and other characteristics. A final object is the provision for a method of removing suspended solids from white water in a papermaking process.

Other objects and advantages of the invention will become known by reference to the following description and the appended drawings in which:

FIG. 1 is a flow diagram of a papermaking process embodying various of the features of the invention;

FIG. 2 and FIGS. 2A through 2S are charts showing a test run on a papermaking machine in Example I and the properties of the paper resulting therefrom, the process employed embodying various of the features of the invention;

FIG. 3 is a chart graphically portraying the results of Example II.

We have discovered a binder and method of employing it which materially increases the strength and other characteristics of a paper product and which permits the use of substantial amounts of mineral fillers in a papermaking process while maximizing the retention of the filler and cellulosic fines in the sheet. This makes possible, for a given grade of paper, a reduction in the cellulosic fiber content of the sheet and/or the quality of the cellulosic fiber employed without undue reduction in the strength and other characteristics of the sheet. Also, by employing the principles of the invention the amount of mineral filler material may be increased without unduly reducing the strength and other characteristics of the resulting paper product. Thus, by a reduction in the amount of pulp employed to make a given sheet or the substitution of mineral filler for pulp, the reduction in fiber content permits a reduction in the energy required for pulping as well as a reduction in the energy required for drying the sheet. In addition, it has been found that the retention of the mineral filler and fines is at a sufficiently high level that white water problems are minimized.

We have also discovered that the principles of this invention may be employed to remove suspended fibers and mineral materials in a white water system papermaking process.

In general, the system of the invention includes the use of a binder complex which involves two components, i.e. colloidal silicic acid and cationic starch. The weight ratio between the cationic starch and the $SiO_2$ in the colloidal silicic acid is greater than one and less than about 25. The two components are provided in the stock prior to formation of the paper product on the papermaking machine. It has been found that, after drying, the sheet has greatly enhanced strength characteristics. Also, it has been found that when mineral fillers such as clay, chalk and the like are employed in the stock, these mineral fillers are efficiently retained in the sheet and further do not have the degree of deleterious effect upon the strength of the sheet that will be observed when the binder system is not employed.

While the mechanism that occurs in the stock and during paper formation and drying in the presence of the binder is not entirely understood, it is believed that the cationic starch and the anionic colloidal silicic acid form a complex agglomerate which is bound together by the anionic colloidal silicic acid, and that the cationic starch becomes associated with the surface of the mineral filler material whose surface is either totally or partially anionic. The cationic starch also becomes associated with the cellulosic fiber and the fines, both of

CIBA 039031

342829  0152 -09 06-14-83  31918                05-11-83  143300  78147.0  04338150  1051

4,388,150

3

which are anionic. Upon drying, the association between the agglomerate and the cellulosic fibers provides extensive hydrogen bonding. This theory is supported in part by the fact that as the Zeta potential in the anionic stock moves towards zero when employing the binder complex of the invention both the strength characteristics and the retention improve.

Based upon the work that has been done to date, the principles of this invention are believed applicable in the manufacture of all grades and types of paper products. For example, printing grades, incl. newsprint, tissue, paperboard and the like.

It has been found that the greatest improvements are observed when the binder is employed with chemical pulps, e.g. sulfate and sulfite pulps from both hard and soft wood. Lesser but highly significant improvements occur with thermo-mechanical and mechanical pulps. It has been noted that the presence of excessive amounts of lignin in ground wood pulps seems to interfere with the efficiency of the binder so that such pulps may require either a greater proportion of binder or the inclusion of a greater proportion of other pulp of low lignin content to achieve the desired result. (As used herein, the terms "cellulosic pulp" and "cellulosic fiber" refer to chemical, thermo-mechanical and mechanical or ground wood pulp and the fibers contained therein).

The presence of cellulosic fibers is essential to obtain certain of the improved results of the invention which occur because of the association of the agglomerate and the cellulosic fibers. Preferably, the finished paper should contain over 50% cellulosic fiber, but paper containing lesser amounts of cellulosic fibers may be produced which have greatly improved properties as compared to paper made from similar stocks not employing the binder agglomerate described herein.

Mineral filler material which can be employed includes any of the common mineral fillers which have a surface which is at least partially anionic in character. Mineral fillers such as kaolin (china clay), bentonite, titanium dioxide, chalk and talc may be employed satisfactorily. (The term "mineral fillers" as used herein includes, in addition to the foregoing materials, wollastonite and glass fibers). When the binder complex disclosed herein is employed, the mineral fillers will be substantially retained in the finished product and the paper produced will not have its strength degraded to the degree observed when the binder is not employed.

The mineral filler is normally added in the form of an aqueous slurry in the usual concentrations employed for such fillers.

As pointed out above, the binder comprises a combination of colloidal silicic acid and cationic starch. The colloidal silicic acid may take various forms, for example, it may be in the form of polysilicic acid or colloidal silica sols, although best results are obtained through the use of colloidal silica sols.

Polysilicic acid can be made by reacting silicate glass with sulfuric acid by known procedures to provide molecular weights (as $SiO_2$) up to about 100,000. However, the resulting polysilicic acid is unstable and difficult to use and presents a problem in that the presence of sodium sulphate causes corrosion and other problems in papermaking and white water disposal. The sodium sulphate may be removed by ion exchange through the use of known methods but the resulting polysilicic acid is unstable and without stabilisation will deteriorate on storage. Salt-free polysilicic acid may also be produced by direct ion exchange of diluted water glass.

4

While substantial improvements are observed in both strength and retention with a binder containing polysilicic acid and cationic starch, superior results are obtained through the use with the cationic starch of colloidal silica in the form of a sol containing between about 2–60% by weight of $SiO_2$ and preferably about 4–30% $SiO_2$ by weight.

The colloidal silica in the sol should desirably have a surface area of from about 50 to 1000 $m^2/g$ and preferably a surface area from about 200 to 1000. $m^2/g$ with best results being observed when the surface area is between about 300 to 700 $m^2/g$. The silica sol is stabilized with an alkali having a molar ratio of $SiO_2$ to $M_2O$ of from 10:1 to 300:1 and preferably a ratio of from 15:1 to 100:1 (M is an ion selected from the group consisting of Na, K, Li and $NH_4$). It has been determined that the size of the colloidal silica particles should be under 20 nm and preferably should have an average size ranging from about 10 down to 1 nm (A colloidal silica particle having a surface area of about 500 $m^2/A$ involves an average particle size of about 5.5 nm).

In essence, it is preferably sought to employ a silica sol having colloidal silica particles which have a maximum active surface and a well defined small size generally averaging 4–9 nm.

Silica sols meeting the above specifications are commercially available from various sources including Nalco Chemical Company, Du Pont & de Nemours Corporation and the Assignee of this invention.

The cationic starch which is employed in the binder may be made from starches derived from any of the common starch producing materials, e.g. corn starch, wheat starch, potato starch, rice starch, etc. As is well known, a starch is made cationic by ammonium group substitution by known procedures. Best results have been obtained when the degree of substitution (d.s.) is between about 0.01 and 0.05 and preferably between about 0.02 and 0.04. While a wide variety of ammonium compounds, preferably quaternary, are employed in making cationized starches for use in our binder, we prefer to employ a cationized starch which was prepared by treating the base starch with 3-chloro-2-hydroxypropyl-trimethyl ammonium chloride to obtain a cationized starch having 0.02–0.04 d.s.

In the papermaking process the binder is added to the papermaking stock prior to the time that the paper product is formed on the papermaking machine. The two ingredients, the colloidal silicic acid component and the cationic starch, may be mixed together to form an aqueous slurry of the silica-cationic starch binder complex which then can be added to and thoroughly mixed with the papermaking stock. However, this procedure does not provide maximized results. It is preferable that the silica-cationic starch complex is formed in situ in the papermaking stock. This can be accomplished by adding the colloidal silicic acid component in the form of an aqueous sol and the cationic starch in the form of an aqueous solution separately to the stock in a mixing tank or at a point in the system where there is adequate agitation so that the two components are dispersed with the papermaking components so that they interact with each other, and with the papermaking components at the same time.

Even better results are obtained if the colloidal silicic acid component is added to a portion of the stock and thoroughly mixed therewith after which the make-up of the stock is completed and the cationic starch compo-

CIBA 039032

4,388,150

5

nent is added and thoroughly mixed with the stock prior to the formation of the paper product.

In the event that a mineral filler is to be added to the stock it has been found preferable to slurry the mineral filler in water with the colloidal silicic acid component and then to introduce the filler-colloidal silicic acid component slurry into a mixing device where it is incorporated into the stock along with the pulp and cationic starch.

It has been found that in a papermaking process employing the binder complex described herein, the pH of the stock is not unduly critical and may range from a pH of from 4 to 9. However, pH ranges higher than 9 and lower than 4 are undesirable. Also, other paper chemicals such as sizing agents, alum and the like may be employed but care should be taken that the level of these agents is not great enough to interfere with the formation of the silica-cationic starch agglomerate and that the level of the agent in recirculating white water does not become excessive so as to interfere with the formation of the binder agglomerate. Therefore, it is usually preferred to add the agent at a point in the system after the agglomerate is formed.

According to the invention, the ratio of cationic starch to the colloidal silicic acid component should be between 1:1 and 25:1 by weight. Preferably, the ratio is between 15:1 and 10:1.

The amount of binder to be employed varies with the effect desired and the characteristics of the particular components which are selected in making up the binder. For example, if the binder includes polysilicic acid as the colloidal silicic acid component, more binder will be required than if the colloidal silicic acid component is colloidal silica having a surface area of 300 to 700 m²/g. Similarly, if the cationic starch, for example, has a d.s. of 0.025 as compared to a d.s. of 0.030, more binder will be required, assuming the colloidal silicic acid component is unchanged.

In general, when the stock does not contain a mineral filler the level of binder may range from 0.1 to 15% by weight and preferably from 1 to 15% by weight based upon the weight of the cellulosic fiber. As pointed out above, the effectiveness of the binder is greater with chemical pulps so that less binder will be required with these pulps to obtain a given effect than other types. In the event that a mineral filler is employed the amount of binder may be based on the weight of the filler material and may range from 0.5 to 25% by weight and usually between 2.5 to 15% by weight of the filler.

As has been pointed out, the binder may be added to the white water of a papermaking machine in a system in which the binder system is not being used. The binder effectively forms an agglomerate with the papermaking fines and the suspended mineral material which makes possible the efficient settling or concentration of the suspended solids to provide a relatively clear fraction of water which can be returned to the papermaking system, and a fraction in which the suspended solids are concentrated and from which they can be removed by filtration or other means. The amount of the binder system or complex required, with the cationic starch to SiO₂ ratios as set forth above, can be relatively small and in most instances is less than about 10% by weight based upon the dry weight of solids in the white water and the dry weight of the binder system. A useful broad range of the amount of the binder system or complex is from about 1 to about 20% by weight, preferably from about 2 to about 10% by weight.

6

The following specific examples show the effects of the binder employed in a papermaking process upon the retention of mineral filler and upon the strength characteristics of the paper produced and upon white water.

EXAMPLE I

A trial run was made making a base stock for wallpaper, the paper stock having a high clay content. The run was made on a Fourdrinier machine having an estimated capacity of about 6000 kg/h. The machine speed was approximately 250 m/min. and the target grammage was 90 g/m². FIG. 1 is a flow diagram indicating the sequence of operations.

The fiber in the stock comprised a mixture of a mechanical pulp and a chemical pulp. The mechanical pulp was unbleached and was refined to a Canadian Standard Freeness (CSF) of 100. The chemical pulp employed was a bleached sulfate hardwood pulp which was refined to 400 CSF. During the refining process, suitable amounts of water were, of course, added to the pulp to provide the desired consistency.

Papermakers' china clay and a colloidal silica sol were dispersed in water to provide a slurry containing 5 percent clay by weight. The china clay had a particle size distribution in the range of form about 0.5 to 10 μm. The colloidal silica was in the form of a 15% sol which was stabilized with alkali with a molar ratio of SiO₂:Na₂O of 45:1. The silica had a particle size in the range from about 5–7 nm and a surface area of approximately 500 m²/g. The colloidal silica was added to provide 2.86% SiO₂ based upon the weight of the clay. The pH of the clay-SiO₂ slurry was about 8.

FIG. 2 shows the level of feed to the papermaking machine during the test run, in kg/min. at the various times during the run. The consistency of the stock flowing to the paper machine ranged from about 6 to about 13 g/l, as shown in FIG. 2A, the time in FIG. 2A being correlated to the times shown on FIG. 2.

As illustrated in FIG. 2, the run was begun at 1410 hours by mixing the chemical pulp and mechanical pulp in the proportions shown. At 1440 hours the stock valve was opened and stock flowed to the papermaking machine. The dotted line in FIG. 2 shows the adjustment of the stock valve during the process.

Initially, the stock feed to the machine was constituted entirely of a mixture of chemical and mechanical pulp. However, at 1450 hours the china clay-colloidal silica mixture was introduced into the mixing tank and the papermaking machine was run with the fiber-clay stock until the ash content of the stock and the white water came to equilibrium. At approximately 1535 hours, a slurry of cationic starch was added to and thoroughly mixed with the pulp, clay and colloidal silica in the mixing tank to provide the stock containing the complete binder. The level of cationic starch added at 1535 hours was 7.14 percent by weight of starch based upon the weight of clay, the ratio of cationic starch to colloidal silica being 2.49. (This level of starch in this example and in the drawings is sometimes referred to as "LEVEL 1"). At 1625 hours the level of cationic starch was raised to 8.57 percent based upon the weight of clay, the ratio of cationic starch to colloidal silica then being raised to 2.99 (This level of starch in this example and in the drawings is sometimes referred to as "LEVEL 2"). At 1702 hours, the level of cationic starch was raised to 11.43 percent based upon the weight of clay, the ratio of cationic starch to colloidal silica then being 3.99 (This level of starch in this

CIBA 039033

382829   0754  –09  08-14-83  33918                    05-11-83  143305  78147.0  04388150  1043

7

**4,388,150**

8

example and in the drawings is sometimes referred to as "LEVEL 3". At all times during the run, the pH of the stock on the machine was approximately 8.

The cationic starch was prepared by treating potato starch with 3-chloro-2-hydroxypropyl-trimethylammonium chloride to provide a degree of substitution (d.s.) in the starch of 0.03. It was dispersed in cold water at a concentration of about 4% by weight, heated for 30 min. at about 90° C., diluted with cold water to a concentration of about 2% by weight and then added to the mixing tank as indicated in FIG. 1.

For reference purposes, it was determined that after an addition or change was made in the mixing tank (the time of addition being indicated by the vertical arrows in FIG. 2), it required approximately 15 minutes for the change to stabilize on the papermaking machine (indicated by the horizontal arrows in FIG. 2).

After the addition of the cationic starch to Level 1, i.e. to a ratio of 2.49 of the silica, the grammage of the paper rose rapidly as the mineral content in the paper was increased because of the retention of the mineral content with the papermaking fibers on the wire of the machine. The stock valve was then adjusted to reduce the grammage to the 90 g/m² level and, by adjustment of the stock valve, the grammage was maintained relatively constant as the ash content rose slowly. During this period of time, the solids in the white water were reduced by approximately 50 percent as more and more of the solid materials were retained.

When the level of cationic starch was increased to Level 2, i.e. a ratio of 2.99 to the silica, the grammage and ash contents of the paper again increased and the solids in the white water were further reduced as the level of retention again increased.

After the addition of the cationic starch to the system and the increased retention of clay was observed it was found that the driers overdried the paper. The steam consumption in the drier was lowered and several of the drying cylinders were shut off because of more rapid drying. In spite of the reduction in heat to the driers, the paper was periodically overdried. The decrease in steam consumption resulted from the fact that the fiber content of the paper was markedly reduced as the retention increased, thus facilitating drying.

Even though the mineral content (measured as ash content) of the paper was greatly increased, the papermaking machine was run at the same speed and without changes in dewatering conditions throughout the trial.

The conditions and results of the run are graphically illustrated in FIGS. 2A–2S.

In FIG. 2A, the concentration of solids in the stock is shown correlated to the time of the run. It will be noted that the total concentration of solids slightly exceeds the total of fiber and ash. This is because the ash determination drives out the water of hydration and other water associated with the clay.

FIG. 2B shows the level of solids in the white water. Again, the total concentration of solids exceeds the sum of fiber and ash for the reason given above. In connection with FIG. 2B it should be noted that the level of ash (in this case non-retained minerals) rises rapidly until the cationic starch at Level 1, has been added and has had a chance to reach equilibrium in the system. When the level of cationic starch is increased to Level 2 another dramatic decrease occurs.

The combination of the colloidal silica and the cationic starch as a binder also increases the filtering speed of the white water through the wire as shown in FIG.

2C. The drainage time per unit volume increased until the combination binder was present at Level 1 and thereafter rapidly decreased. With the addition of the cationic starch at Level 2 the decrease in time per unit volume was even greater.

FIG. 2D shows the Zeta potential in the stock which is adjusted towards 0 by the addition of the cationic starch component. As will be noted, the adjustment corresponds to increased retention and improved characteristics.

FIG. 2E graphically illustrates the grammage of the paper during the run. There were two occasions when the web broke on the machine as indicated.

FIG. 2F is a chart showing the tensile index of the paper produced in this example. It should be noted that, because of the moisture driven from the ash, the amount of china clay in the paper is approximately 120 percent of the amount of ash shown. As will be observed, the tensile index is greatly improved and the clay acts in the presence of the colloidal silica-cationic starch complex binder to increase the tensile index.

FIG. 2G is a chart similar to FIG. 2F, except that the tensile index is correlated to the level of chemical pulp.

FIG. 2H shows the improved Z strengths in the resulting paper despite the fact that the paper contains substantial amounts of clay.

FIGS. 2I through 2S are charts showing the properties of the paper made by the process of this example which demonstrate the effectiveness of the complex silica-cationic starch bond. It should be noted that in the case of FIG. 2M having to do with the roughness of the sheet, the paper was somewhat overdried at times so the conclusions as to this property which can be drawn from the chart may not be entirely valid.

As will be apparent from the results of the run and the properties of the papers produced thereby, the employment of the binder complex causes a mutual flocculation of the mineral matter, the cellulosic materials and the binder to produce highly improved retention and paper properties. Thus, the binder permits the incorporation of substantial amounts of mineral filler with a cellulosic pulp to obtain the same or better properties than can be obtained in a sheet having a greater proportion of cellulosic fibers and a lesser amount of mineral filler when the binder of the invention is not employed.

**EXAMPLE II**

Hand sheets were made up in a laboratory hand sheet former from various stocks made from bleached soft wood sulfate pulp with and without wollastonite as a filler, the stock including the cationic starch colloidal silica complex binder to enhance the properties of the resultant paper. The wollastonite used was in the form of acicular crystals between about 1 and 20 μm in diameter and having a length of about 15 times the diameter.

The colloidal silicic acid which was used was a silica sol containing 15 percent of colloidal silica having a surface area of approximately 500 m²/g. The sol was alkali stabilized with a molar ratio of SiO₂:Na₂O of 40:1.

The cationic starch (C.S.) employed was the same starch employed in Example I having a degree of substitution of 0.03. The cationic starch was added in the form of a 4 percent (by weight) aqueous solution.

In the procedure, the colloidal silica sol was added to the stock before the cationic starch. In the examples containing wollastonite, the sol and cationic starch were added with the mineral to form a mineral-binder slurry which was then added to the cellulose. The usual

CIBA 039034

9

**4,388,150**

10

amount of water was added to make up a papermaking stock of the desired consistency of about 1% by weight solids. After the hand sheets were made they were pressed and dried under substantially identical conditions.

In the following table the composition of the solids in each stock is set forth and the Z-strength (Scott Bond) was measured to provide an indication of the properties

| 1.5% sol g | Surface Area of $SiO_2$ m²/g | $SiO_2$ $Na_2O$ (molar ratio) | 2% CS | Grammage g | Density kg/m³ | Tensile Index (Scan F16:76) | Elongation % | Ash % |
|---|---|---|---|---|---|---|---|---|
| 1 2.3 | 900 | 20 | 8.5 | 133 | 780 | 21.5 | 3.5 | 37 |
| 2 3.3 | 900 | 40 | 7.5 | 170 | 780 | 19.7 | 4.0 | 40 |
| 3 1.7 | 900 | 40 | 8.7 | 151 | 760 | 22.8 | 3.0 | 36 |
| 4 2.3 | 650 | 40 | 8.5 | 190 | 830 | 17.7 | 4.5 | 47 |
| 5 3.8 | 550 | 20 | 7.1 | 196 | 810 | 18.0 | 5.0 | 48 |
| 6 3.0 | 550 | 20 | 7.8 | 176 | 800 | 17.4 | 4.5 | 43 |
| 7 3.8 | 500 | 45 | 7.1 | 199 | 800 | 16.0 | 4.5 | 45 |
| 8 3.0 | 500 | 45 | 7.8 | 182 | 790 | 18.0 | 5.0 | 43 |
| 9 3.3 | 330 | 45ᵃ | 7.5 | 185 | 840 | 15.7 | 4.0 | 46 |
| 10 3.3 | 200 | 100 | 7.5 | 170 | 730 | 16.5 | 4.0 | 33 |
| 11 5.0 | 200 | 100 | 7.5 | 165 | 730 | 16.5 | 5.5 | 37 |
| 12 0 | — | — | 10.0 | 141 | 700 | 19.4 | 6.0 | 28 |
| 13 No $SiO_2$, no cationic starch only 2.0 pulp + 6 g china clay. | | | | 200 | 800 | 5.5 | 2.5 | 41 |

ᵃStabilized with ammonia instead of NaOH Molar Ratio = $\frac{SiO_2}{NH_3}$

of the resulting sheet after pressing and drying.

| Sample No. | Pulp g | Wollastonite g | 4% C.S. g | 15% Sol g | Z-strength (Scott Bond) |
|---|---|---|---|---|---|
| 1 | 2.1 | 0 | 0 | 0 | 204 |
| 2 | 2.1 | 0.9 | 0 | 0 | 154 |
| 3 | 2.1 | 0 | 1.69 | 0 | 313 |
| 4 | 2.1 | 0.9 | 1.69 | 0 | 209 |
| 5 | 2.1 | 0 | 1.69 | 0.450 | 388 |
| 6 | 2.1 | 0 | 1.69 | 0.225 | 622 |
| 7 | 2.1 | 0 | 1.69 | 0.150 | 586 |
| 8 | 2.1 | 0 | 1.69 | 0.113 | 568 |
| 9 | 2.1 | 0.9 | 1.69 | 0.450 | 266 |
| 10 | 2.1 | 0.9 | 1.69 | 0.225 | 291 |
| 11 | 2.1 | 0.9 | 1.69 | 0.150 | 380 |
| 12 | 2.1 | 0.9 | 1.69 | 0.133 | 410 |

The results are plotted in FIG. 3 which illustrates the enhanced strength which results from the silica-cationic starch complex binder. As will be seen from the chart, the Z-strength of a sheet made from a stock containing 30% wollastonite in the solids as compared with a sheet containing only the fibrous cellulosic portion when the binder is employed, is higher. Also, the use of the binder with a sheet containing only cellulosic fiber, dramatically increases the Z-strength.

EXAMPLE III

Hand sheets were made up in a laboratory hand sheet former from various stocks made of 2.0 g of bleached soft wood sulfate pulp and 2.0 g of English china clay Grade C. The china clay was dispersed in an alkali stabilized colloidal silica sol diluted from 15% to 1.5% total solids by weight and the dispersion was added to the pulp in 500 ml of water in a laboratory disintegrator. A 2% solution of cationic starch (d.s. =0.03) was added and the resulting stock was transferred to a sheet mold. The hand sheets which were made were pressed and dried under substantially identical conditions.

During the runs different silica sols were used, the sols having differing surface areas per unit weight and stabilized with different molar ratios of alkali.

Sheets of the following compositions were made, all of which included in addition to the 2 g of pulp and 2 g of clay the amounts and type of sol and the amounts of cationic starch indicated. The properties of hand sheets produced are also set forth.

From this example, it is apparent that the silica sol cationic starch complex greatly aids in the retention of clay, in many instances resulting in almost complete retention. Also, the above results show that maximum retention of the clay occurs when the colloidal silica particles have a size range such that the surface area is between about 300 and 700 m²/g.

EXAMPLE IV

Hand sheets were made in a laboratory hand sheet former from a stock including a binder which includes as the colloidal silicic acid component a polysilic acid. 100 ml of water glass (R=$SiO_2$:$Na_2O$=3.3 and $SiO_2$=26.5% by weight) were diluted with 160 ml of water and slowly fed into 130 ml of 10% sulfuric acid under vigorous agitation. When all of the water glass had been added the pH was 2.7 and the $SiO_2$ content was 8% by weight. This acid sol was diluted to 2% $SiO_2$ by weight and added to English china clay Grade C followed by the addition of a 2% cationic starch (CS) solution (d.s. 0.03). The following suspensions were made.

| | Clay g | 2% sol g | 2% CS g |
|---|---|---|---|
| 1 | 2.0 | 5.2 | 9.0 |
| 2 | 2.0 | 4.4 | 7.4 |
| 3 | 2.0 | 4.4 | 7.4 |
| 4 | 2.0 | 2.9 | 7.1 |
| 5 | 2.0 | 2.9 | 7.1 |

Each of suspensions 1, 2 and 4 were fed into a laboratory disintegrator containing 2.0 g of bleached soft-wood sulfate pulp in 500 ml of water and thoroughly agitated. Suspensions 3 and 5 were stored for 5 hours before mixing as above. Immediately after mixing, hand sheets were made, pressed and dried. The sheets had the following characteristics.

CIBA 039035

382829   0156   -09  04-14-83  31918                     05-11-83  143308  781473.0  04388150  1062

4,388,150

**11**

| | Gramage g/m² | Tensile Index (Scan P1676) | Elongation % | Ash Content % |
|---|---|---|---|---|
| 1 | 139 | 28.8 | 7.5 | 26 |
| 2 | 151 | 25.3 | 6.5 | 30 |
| 3 | 148 | 23.6 | 7.0 | 32 |
| 4 | 157 | 22.4 | 6.5 | 28 |
| 5 | 154 | 21.2 | 7.0 | 31 |

As compared with the samples produced in Example III, while the tensile index is improved, the retention of the mineral filler is not as great as in that Example.

**EXAMPLE V**

Hand sheets were made in a laboratory hand sheet former from various stocks as follows:

1. 2.0 g chalk having a particle size ranging from about 2 to 20 μm with the major portion being about 5 μm, 2.0 g of water and 3.8 g colloidal silica (1.5% total solids and surface area of 500 m²/g) are added to a stock consisting of 2.0 g fully bleached soft wood pulp and 500 ml of water in a laboratory disintegrator. To the chalk-silica-pulp stock 7.1 g cationic starch solution (2.0% total solids, d.s.=0.03) is added. A sheet is made from the sample in a laboratory sheet mold and the sheet is pressed and dried.

2. A sheet as in stock 1 above was made, except that the amount of colloidal silica sol was 5.7 g and the amount of cationic starch solution was 9.7 g.

3. A sheet as in stock 1 above was made, except that the amount of colloidal silica sol was 5.0 g and the amount of cationic starch solution was 10.3 g.

4. The same procedure was followed to make a reference sheet without chalk where 3.8 g of the colloidal silica sol were added to 2.0 g of the pulp in 500 ml of water and then 7.1 g of the cationic starch solution are added.

5. The same procedure was followed to make a reference sheet containing no binder. 10 g of chalk were added to 2.0 g of pulp in 500 ml of water, but no binder was added. The amount of chalk added was large so that, even with the poor retention observed, the mineral content in the final sheet would approximate that observed when the binder was employed.

6. Another sheet was made from a stock consistency of 2.0 g of the pulp in 500 ml of water with no additive.

The resulting paper had the following characteristics:

| | Sample No | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| Gramage g/m² | 192 | 201 | 200 | 110 | 174 | 100 |
| Density kg/m³ | 740 | 800 | 760 | 635 | 820 | 605 |
| Tensile Index SCAN P16/76 Nm/g | 16.0 | 20.0 | 17.3 | 50.7 | 10.5 | 31.4 |
| Elongation % | 7.5 | 5.5 | 4.0 | 5.5 | 6.0 | 7.5 |
| Ash Content % | 50 | 47 | 48 | 4 | 45 | 1 |

The foregoing demonstrates the increase in strength that results from the use of the binder of the invention both with and without mineral fillers and also demonstrates the increased retention which results from the use of the binder. From the amounts of binder employed

**12**

relative to pulp it can be seen that substantially all of the mineral filler was retained in samples 1–3.

**EXAMPLE VI**

A slurry made of 2.0 g of Norwegian talc Grade IT Extra having a particle size ranging from about 1 to 5 μm, 8.0 g of water and 3.8 g of colloidal silica (1.5% total solids; specific surface are : 480 m²/g) was added to a stock consisting of 2.0 g of fully bleached soft wood sulfate pulp and 500 g of water in a laboratory disintegrator. To the resulting stock 5.9 g of cationic starch (2.4% total solids, D.S.=0.033) were added. A sheet was made in a laboratory hand mold and was pressed and dried.

A reference sample was made where 4.0 g of the talc were added to 2.0 g of the pulp in 500 g of water, but no binder was added (The amount of talc is larger to compensate for the poor retention so that the finished sheet will have approximately the same mineral content as the sheet made above with the binder).

| | With binder | Without binder |
|---|---|---|
| Gramage, g/m² | 198 | 214 |
| Density, kg/m³ | 825 | 715 |
| Tensile Index | | |
| SCAN P16/76, Nm/g | 16.5 | 3.1 |
| Elongation, % | 6.5 | 3.0 |
| Ash content, % | 48 | 51 |

It will be noted again, as in Example V, that the strength characteristics are markedly better as is the retention when the binder is employed with a talc mineral filler.

**EXAMPLE VII**

In this Example, the binder system of the present invention was added to different papermaking stocks to show that the invention is useful even in stocks containing considerable amounts of non-cellulosic fibers.

As cellulosic fibers fully bleached soft sulphate pulp was used, and as non-cellulosic fibers glass fibers having a diameter of about 5 μm and having been phenolic resin treated were used. The colloidal silica sol contained silica particles with a specific surface area of about 400 m²/g, and the silica content of the sol was originally 15% by weight, but the sol was diluted with water to a silica content of 1.5% by weight before it was used in the binder system. The cationic starch used had a degree of substitution of 0.02 and was used as a 2% by-weight solution.

The following stocks were made, the stocks 1 to 3, inclusive, being comparative stocks:

| Stock | Cellulosic fibers g | Glass fibers g | Silica sol g | Cationic starch g | Ratio starch/sol |
|---|---|---|---|---|---|
| 1 | 1.6 | — | — | — | — |
| 2 | 1.6 | 0.3 | — | — | — |
| 3 | 1.6 | 0.3 | — | 1.12 | ∞ |
| 4 | 1.6 | 0.3 | 0.187 | 1.12 | 8 |
| 5 | 1.6 | 0.3 | 0.372 | 1.12 | 4 |
| 6 | 1.6 | 0.3 | 0.496 | 1.12 | 3 |
| 7 | 1.6 | 0.3 | 0.744 | 1.12 | 2 |

From the seven stocks, hand sheets were made in a laboratory hand sheet former, the resulting papers having the following characteristics:

CIBA 039036

382829 · 0157 –09 06-14-83 31918                    05-13-83 143311 78147.0 04388150 1049

4,388,150

## 13

| Paper from stock | Grammage g/m² | Density kg/m³ | Tensile index Nm/g | Z-strength (Scott Bond) | Elongation % |
|---|---|---|---|---|---|
| 1 | 68 | 650 | 33 | 135 | 9 |
| 2 | 91 | 530 | 33 | 84 | 11 |
| 3 | 88 | 520 | 40 | 120 | 10 |
| 4 | 90 | 520 | 44 | 132 | 10 |
| 5 | 83 | 520 | 44 | 138 | 11 |
| 6 | 94 | 540 | 48 | 152 | 12 |
| 7 | 93 | 550 | 47 | 149 | 11 |

As appears from the above, the Z-strength decreased when glass fibers were added (compare stocks 1 and 2) and then increased to about the initial value (compare stocks 1 and 4) when silica sol and cationic starch both were added. The sheets made from stocks 5, 6 and 7 had higher Z-strength values than the sheets made from stock 1 containing no glass fibers.

### EXAMPLE VIII

This Example concerns the clarification of white water from a twin wire papermaking machine making wood-free coated paper. White water samples were taken from the normal production run of the papermaking machine and were analyzed for solids content and kinds of solids. The solids content was 7 grams/liter, and about 60% by weight of the solids consisted of china clay and chalk.

To the samples of white water different amounts of cationic starch and silica sol were added. The cationic starch having a degree of substitution of 0.033 was used as a solution containing 4% by weight of the starch. The colloidal silica sol had a particle size of about 6 nm, a specific surface area of about 500 m²/g and a silica concentration of 15% by weight.

In each test in the Table below, 500 ml of the white water were poured in a beaker and the indicated additions of silica sol and cationic starch were made. The contents of the beaker were vigorously agitated and the agitation then stopped. After the time lapse indicated, 20 ml turbidity test samples were taken by means of a pipette 5 mm below the surface of the contents in each beaker. The turbidity testing was performed according to Swedish Standard SIS in a turbidity tester (Hach model 2100A) giving the result in Formazin Turbidity Units (FTU). The lower the units, the better was the clarification obtained.

The addition to the white water samples and the test result appear from the Table below.

a substantial improvement over the untreated white water in test 1.

As will be seen from the foregoing, the use of a colloidal silicic acid-cationic starch binder complex makes possible substantial economics in the papermaking process as well as a unique paper product. By using the binder system in connection with pulp stocks alone, the strength characteristics can be improved to the point that mechanical pulps can be substituted in substantial proportions for chemical pulps, while still maintaining the strength and other properties desired. On the other hand, if specific strength characteristics are required, the grammage to the sheet may be reduced while maintaining the desired properties.

Similarly, a mineral filler may be employed in much larger proportions than heretofore used while maintaining or even improving the characteristics and properties of the sheet. Or in the alternative the properties of a sheet containing filler may be enhanced.

In addition, the use of the binder system results in increased retention of both minerals and fines so that white water problems are minimized. As indicated, the system disclosed herein can also be used to advantage to agglomerate solids in white water to facilitate its disposal or reuse.

Further, because of the ability to reduce the grammage of a sheet or to increase the mineral content, it is possible to reduce the energy required to dry the paper and to reduce the wood fibers since less fibers can be employed.

In addition, the binder complex makes it possible to reduce the solids content of the white water and thus to reduce the environmental problems also in papermills not using the binder complex of this invention as an additive to the stock per se. The binder system thus improves the recovery of solids in the white water and improves the economy of the entire papermaking process.

While a preferred embodiment has been shown and described, it will be understood that there is no intent to limit the invention by such disclosure, but rather, it is intended to cover all modifications and alternate constructions falling within the spirit and scope of the invention as defined in the appended claims.

What is claimed is:

1. In a paper making process in which an aqueous papermaking stock containing a sufficient amount of cellulosic pulp to provide a finished paper containing at least 50% cellulosic fiber is formed and dried, the improvement which comprises providing in the stock

| Test | White water ml | 4% starch solution g | 15% silica sol g | Weight ratio R | Addition** (dry weight) % | Turbidity FTU after | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | 15 s | 1 min | 5 min |
| 1 | 500 | — | | | | * | * | 900 |
| 2 | 500 | 1.75 | — | | 2 | * | * | 550 |
| 3 | 500 | 1.17 | 0.15 | ∞ | 2 | * | 580 | 270 |
| 4 | 500 | 2.93 | 0.39 | 2 | 5 | * | 100 | 91 |
| 5 | 500 | 3.85 | 0.78 | 2 | 10 | 23 | 18 | 17 |

* = not measurable, more than 1000 FTU
** = the addition is calculated on the dry weight of added cationic starch and added silica sol and, on the other hand, on the 3.3 grams of solids appearing in the 500 ml sample of white water.
R = weight ratio of cationic starch to silica sol

The results presented in the Table of this Example demonstrate that the addition of the binder according to the present invention to white water results in a higher settling rate of the solids in the white water and thus in a decrease of turbidity. The results also show that an almost clear white water was obtained in test 5 which is prior to the formation of the sheet a binder comprising colloidal silicic acid having an average particle size of less than 20 nm, and cationic starch having a degree of substitution of not less than 0.01, the weight ratio of

CIBA 039037

15

16

4,388,150

cationic starch to $SiO_2$ being between 1:1 and 25:1, the solids in said binder amounting to 0.1–15% of the weight of said pulp, said cationic starch and said colloidal silicic acid being admixed with each other in the presence of cellulosic fiber to form a complex of cationic starch and colloidal silicic acid which serves as a binder for cellulosic fibers.

2. The process of claim 1 wherein the pH of the stock is maintained between about 4 and 9.

3. The process of claim 1 wherein the weight ratio of cationic starch to $SiO_2$ is between 1.5:1 and 10:1.

4. The process of claim 3 wherein the solids in the binder amount to 1.0–15% of the weight of the pulp.

5. The process of claim 1 wherein the degree of substitution of the starch is from about 0.01 to about 0.05.

6. The process of claim 5 wherein the degree of substitution of the starch is from about 0.02 to about 0.04.

7. In a papermaking process in which an aqueous papermaking stock containing a sufficient amount of cellulosic pulp to give a paper containing at least 50 percent of cellulosic fiber is formed and dried, the improvement which comprises providing in the stock prior to the formation of the sheet a binder comprising a colloidal silica sol having silica particles having a surface area of about 50 to about 1000 m²/g and cationic starch having a degree of substitution of not less than 0.01, the weight ratio of cationic starch to $SiO_2$ being between 1:1 and 25:1, the solids in said binder amounting to 0.1–15% of the weight of said pulp, said cationic starch and said colloidal silica sol being admixed with each other in the presence of cellulosic fiber to form a complex of cationic starch and colloidal silica which serves as a binder for the cellulosic fibers.

8. The process of claim 7 wherein the pH of the stock is maintained between about 4 and 9.

9. The process of claim 8 wherein the weight ratio of cationic starch to $SiO_2$ is between 1.5:1 and 10:1.

10. The process of claim 7 wherein the solids in the binder amount to 1.0–15% of the weight of the pulp.

11. The process of claim 9 wherein the colloidal silica has silica particles having a surface area of between about 200 and about 1000 m²/g.

12. The process of claim 11 wherein the colloidal silica sol has silica particles having a surface area of between about 300 and about 700 m²/g.

13. The process of claim 11 wherein the cationic starch has a degree of substitution of about 0.01 to about 0.05.

14. In a papermaking process in which an aqueous papermaking stock containing a sufficient amount of cellulosic pulp to give a paper containing at least 50 percent of cellulosic fiber and a mineral filler material having at least partial anionic surface characteristics is formed and dried, the improvement which comprises providing in the stock prior to the formation of the sheet a binder comprising colloidal silicic acid having an average particle size of less than 20 nm and cationic starch having a degree of substitution of not less than 0.01, the weight ratio of cationic starch to $SiO_2$ being between 1:1 and 25:1, the solids in said binder amounting to from about 0.5–25% of the weight of said mineral filler material, said cationic starch and said colloidal silicic acid being admixed with each other in the presence of cellulosic fiber and mineral filler to form a complex of colloidal silicic acid and cationic starch which serves as a binder for the cellulosic fibers and mineral filler.

15. The process of claim 14 wherein the pH of the stock is maintained between 4 and 9.

16. The process of claim 14 wherein the weight ratio of cationic starch to $SiO_2$ is between 1.5:1 and 10:1.

17. The process of claim 14 wherein the solids in the binder amount to from about 2.5–15% by weight based upon the weight of the mineral filler.

18. The process of claim 17 wherein the colloidal silicic acid is added to and mixed with the mineral filler prior to incorporating the mineral filler into the stock and the cationic starch is mixed with the pulp and filler colloidal silicic acid mixture.

19. In a papermaking process in which an aqueous papermaking stock containing a sufficient amount of cellulosic pulp to provide a paper having at least 50 percent of cellulosic fiber and a mineral filler material having at least partial anionic surface characteristics is formed and dried, the improvement which comprises providing in the stock prior to the formation of the sheet a colloidal silica sol having silica particles having a surface area of about 50 to about 1000 m²/g and cationic starch having a degree of substitution of over about 0.01 to about 0.05, the weight ratio of cationic starch to $SiO_2$ being between 1:1 and 25:1, the solids in said binder amounting to from about 0.5–25% of the weight of said mineral filler material, said cationic starch and said colloidal silica sol being admixed with each other in the presence of cellulosic fibers and mineral filler to form a complex of colloidal silica and cationic starch which serves as a binder for said cellulosic fibers and mineral filler.

20. The process of claim 19 wherein the pH of the stock is maintained between 4 and 9.

21. The process of claim 20 wherein the weight ratio of cationic starch to $SiO_2$ is between 1.5:1 and 10:1.

22. The process of claim 21 wherein the solids in the binder amount to about 2.5–15% by weight based upon the weight of the mineral filler.

23. The process of claim 22 wherein the silica particles in the silica sol have a particle size of about 300 to 700 m²/g.

24. An improved cellulosic paper product comprising at least 50 percent cellulosic fiber characterized by enhanced strength characteristics wherein the bond between cellulosic fibers is enhanced by a binder comprising a complex of colloidal silicic acid having an average particle size of less than 20 nm and cationic starch having a degree of substitution of over about 0.01 and wherein the ratio of cationic starch to $SiO_2$ is between 1:1 and 25:1, the solids in said binder amounting to 0.1–15% of the weight of the cellulosic fiber.

25. The product of claim 24 wherein the ratio of cationic starch to $SiO_2$ is 1.5:1 to 10:1.

26. An improved cellulosic paper product characterized by enhanced strength characteristics wherein the bond between cellulosic fibers is enhanced by a binder comprising a complex of a colloidal silica sol having silica particles having a surface area of about 50 to about 1000 m²/g and cationic starch having a degree of substitution of over about 0.01 and wherein the ratio of cationic starch to $SiO_2$ is between 1:1 and 25:1, the solids in said binder amounting to 0.1–15% of the weight of said cellulosic fiber.

27. The product of claim 26 wherein the ratio of cationic starch to $SiO_2$ is 1.5:1 to 10:1.

28. An improved cellulosic paper product containing at least 50 percent of cellulosic fiber, and a mineral filler having at least partial anionic surface characteristics

CIBA 039038

4,388,150

17

wherein the bond between the cellulosic fibers and the mineral filler material is enhanced by a binder comprising a complex of a colloidal silicic acid having an average particle size of less than 20 nm and cationic starch having a degree of substitution of over about 0.01 and wherein the ratio of cationic starch to $SiO_2$ is between 1:1 and 25:1, the solids in said binder comprising 0.5–25% of the weight of said mineral filler material.

29. The product of claim 28 wherein the ratio of cationic starch to $SiO_2$ is 1.5:1 to 10:1.

30. The product of claim 28 wherein the binder complex comprises 0.1–15% of the weight of the cellulosic fiber.

31. The product of claim 28 wherein the solids in the binder complex amount to from about 2.5 to 15% by weight based upon the weight of the mineral filler.

32. An improved cellulosic paper product containing at least 50 percent cellulosic fiber, and a mineral filler having at least partial anionic surface characteristics wherein the bond between the cellulosic fibers and the mineral filler material is enhanced by a binder comprising a complex of colloidal silica sol having silica parti-

18

cles having a surface area of about 50 to about 1000 $m^2/g$ and cationic starch having a degree of substitution of over 0.01 and wherein the ratio of cationic starch to $SiO_2$ is between 1:1 and 25:1, the solids in said binder comprising 0.5–25% of the weight of said mineral filler material.

33. The product of claim 32 wherein the ratio of cationic starch to $SiO_2$ is 1.5:1 to 10:1.

34. The product of claim 32 wherein the binder complex comprises 0.1–15% of the weight of the cellulosic fiber.

35. The product of claim 32 wherein the solids in the binder complex amount to from about 2.5 to 15% dry weight based upon the weight of the mineral filler.

36. The product of claim 32 wherein the particle size of the $SiO_2$ particle has a surface area of from about 300 to about 700 $m^2/g$.

37. The process of claim 13 wherein the cationic starch has a degree of substitution of about 0.02 to about 0.04.

*  *  *  *  *

CIBA 039039



CIBA 039040

302827   0571  –60  05-31-83  36231

04-25-83  04045C  78147.0  04J93961  1666

# United States Patent [19]

## Svending et al.

[11]   **4,385,961**

[45]   **May 31, 1983**

[54]   **PAPERMAKING**

[75]   Inventors:   Per J. Svending, Gothenburg; Per G. Båtelson, Lilla Edet; Hans E. Johansson, Kungälv; Hans M. Larsson, Gothenburg, all of Sweden

[73]   Assignee:   EKA Aktiebolag, Surte, Sweden

[21]   Appl. No.:   238,645

[22]   Filed:   Feb. 26, 1981

[51]   Int. Cl.³ .................... D21H 3/28; D21H 3/66
[52]   U.S. Cl. .................... 162/175; 162/181.6; 162/183
[58]   Field of Search .................... 162/181.6, 175, 183, 162/190, 191, 199

[56]   **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,647,158 | 7/1953 | Booth | 162/181.6 |
| 2,865,743 | 12/1958 | Weisgerber | 162/181.6 |
| 3,224,927 | 12/1965 | Brown et al. | 162/181.6 |
| 3,227,607 | 1/1966 | Mays et al. | 162/181.6 |
| 3,721,575 | 3/1973 | Jarowenko et al. | 162/175 |

3,737,370   6/1973   Jarowenko et al. .................... 162/175

**OTHER PUBLICATIONS**

Casey, *Pulp and Paper*, vol. II, (1960), pp. 745, 846, 1014, 1178, 1179.

*Primary Examiner*—Peter Chin
*Attorney, Agent, or Firm*—Luedeka & Neely

[57]   **ABSTRACT**

A papermaking process in which an aqueous papermaking stock containing a cellulosic pulp is formed and dried. The stock includes a binder comprising colloidal silicic acid, and cationic starch which is added to the stock before the sheet is formed. The manner of addition involves first adding and intermixing in the stock a portion of the colloidal silicic acid and then the cationic starch and, after an agglomerate has formed, adding and intermixing the remainder of the colloidal silicic acid prior to the formation of the sheet. The method results in improved sheet properties and improved retention of filler and fines on the wire.

5 Claims, 2 Drawing Figures

CIBA 039041

4385961        238645

**U.S. Patent**    May 31, 1983    Sheet 1 of 2    4,385,961



FIG.1

CIBA 039042

238645

U.S. Patent     May 31, 1983     Sheet 2 of 2     4,385,961



FIG. 2

CIBA 039043

4,385,961

1

# PAPERMAKING

The present invention relates generally to papermaking processes and, more particularly, to the use of a binder in a papermaking process, the binder comprising a complex of cationic starch and colloidal silicic acid to produce a paper having increased strength and other characteristics. Such a binder, in addition, also effects highly improved levels of retention of added mineral materials as well as papermaking fines.

At the present time, the papermaking industry is plagued with a number of serious problems. First, the price of cellulosic pulp has escalated materially and high quality pulp is in relatively short supply. Second, various problems including the problems inherent in the disposal of papermaking wastes and the ecological requirements of various governmental bodies have markedly increased the cost of papermaking. Finally, the cost of the energy required to make paper has increased materially. As a result, the industry and its customers are faced with two choices: either pay the higher costs or materially decrease the amounts and/or quality of the cellulosic fibers with a consequential loss of quality in the finished paper product.

The industry has made various attempts to reduce the cost of the paper products. One approach that has been employed involves the addition of clay and other mineral fillers in the papermaking process to replace fiber but such additions have been found to reduce the strength and other characteristics of the resulting paper to a degree which is unsatisfactory. Also, the addition of such mineral filler results in poor retention of the filler material, e.g. they pass through the wire to the extent that the level of filler materials builds up in the white water with the result that the clean up of white water and the disposal of the material becomes a serious problem. Various binders have been employed in an attempt to alleviate the retention problem but their use has not been entirely satisfactory.

Attempts have also been made to use types of pulp which are less expensive and of lower quality, but this, of course, results in a reduction in the characteristics of the paper and often results in excessive fines which are not retained in the papermaking process with the consequent white water disposal problems.

In application Ser. No. 06/238,635 filed in the U.S. Patent Office contemporaneously with this application and assigned to the assignee of this invention and on which we are co-inventors, there is disclosed a binder system and method which produce improved properties in paper and which will permit the use of minimum amounts of fiber to attain strengths and other properties which are required. In general, the system of that invention includes the use of a binder complex which involves two components, i.e. colloidal silicic acid and cationic starch. The weight ratio between the cationic starch and the $SiO_2$ in the colloidal silicic acid is greater than one and less than about 25. The two components are provided in the stock prior to formation of the paper product on the papermaking machine. It has been found that, after drying, the sheet has greatly enhanced strength characteristics. Also, it has been found that when mineral fillers such as clay, chalk and the like are employed in the stock, these mineral fillers are efficiently retained in the sheet and further do not have the degree of deleterious effect upon the strength of the

2

sheet that will be observed when the binder system is not employed.

While the mechanism that occurs in the stock and during paper formation and drying in the presence of the binder is not entirely understood, it is believed that the cationic starch and the anionic colloidal silicic acid form a complex agglomerate which is bound together by the anionic colloidal silicic acid, and that the cationic starch becomes associated with the surface of the mineral filler material whose surface is either totally or partially anionic. The cationic starch also becomes associated with the cellulosic fiber and the fines, both of which are anionic. Upon drying, the association between the agglomerate and the cellulosic fibers provides extensive hydrogen bonding. This theory is supported in part by the fact that as the Zeta potential in the anionic stock moves towards zero when employing the binder complex of the invention both the strength characteristics and the retention improve.

The principal object of this invention is to further enhance the effect of the binder complex disclosed in application Ser. No. 06/238,635. Other objects and advantages of the invention will become known by reference to the following description and the appended drawings in which:

FIG. 1 is a flow diagram of a papermaking process embodying various of the features of the invention;

FIG. 2 is a chart showing a test run on a papermaking machine, the process employed embodying various of the features of the invention.

We have discovered that when a binder of the type disclosed in copending application Ser. No. 06/238,635 is employed, the effect of the binder system may be enhanced by adding the colloidal silicic acid component in several increments, i.e. a portion of the colloidal silicic acid is admixed with the pulp and the mineral filler when present, then the cationic starch is added and thereafter when a complex agglomerate of pulp, filler (if any), silicic acid and starch is formed and before the stock is fed to the head box of the papermaking machine the remaining portion of the colloidal silicic acid is admixed with the stock containing the complex agglomerate. This procedure of supplying the colloidal silicic acid in two or more steps results in certain improvements in strength and other characteristics, but the most striking improvement is the increase in retention of filler and papermaking fines. The reason for these improvements is not entirely understood but it is believed that they result from the production of complex filler-fiber-binder agglomerates, which are more stable, i.e. that the later addition of the colloidal silicic acid causes the agglomerates initially formed to bond together to form even more stable agglomerates which are less sensitive to mechanical and other forces during the formation of the paper.

Based upon the work that has been done to date, the principles of this invention are believed applicable in the manufacture of all grades and types of paper products. For example, printing grades, including newsprint, tissue, paper board and the like.

It has been found that the greatest improvements are observed when the binder is employed with chemical pulps, e.g. sulfate and sulfite pulps from both hard and soft wood. Lesser but highly significant improvements occur with thermo-mechanical and mechanical pulps. It has been noted that the presence of excessive amounts of lignin in ground wood pulps seems to interfere with the efficiency of the binder so that such pulps may re-

CIBA 039044

4,385,961

3

quire either a greater proportion of binder or the inclusion of a greater proportion of other pulp of low lignin content to achieve the desired result. (As used herein, the "cellulosic pulp" and "cellulosic fiber" refer to chemical, thermo-mechanical and mechanical or ground wood pulp and the fibers contained therein.)

The presence of cellulosic fibers is essential to obtain certain of the improved results of the invention which occur because of the interaction or association of agglomerate and the cellulosic fibers. Preferably, the finished paper should contain over 50% cellulosic fiber but paper containing lesser amounts of cellulosic fibers may be produced which have greatly improved properties as compared to paper made from similar stocks not employing the binder agglomerate described herein.

Mineral filler material which can be employed includes any of the common mineral fillers which have a surface which is at least partially anionic in character. Mineral fillers such as kaolin (china clay), bentonite, titanium dioxide, chalk, and talc all may be employed satisfactorily. (The term "mineral fillers" as used herein includes in addition to the foregoing materials, wollastonite and glass fibers.) When the binder complex disclosed herein is employed, the mineral fillers will be substantially retained in the finished product and the paper produce will not have its strength degraded to the degree observed when the binder is not employed.

The mineral filler is normally added in the form of an aqueous mixture in the usual concentrations employed for such fillers.

As pointed out above, the binder comprises a combination of colloidal silicic acid and cationic starch. The colloidal silicic acid may take various forms, for example, it may be in the form of polysilicic acid or colloidal silica sols although best results are obtained through the use of colloidal silica sols.

Polysilicic acid can be made by reacting water glass with sulfuric acid by known procedures to provide molecular weights (as $SiO_2$) up to about 100,000. However, the resulting polysilicic acid is unstable and difficult to use and presents a problem in that the presence of sodium sulfate causes corrosion and other problems in papermaking and white water disposal. The sodium sulfate may be removed by ion exchange through the use of known methods but the resulting polysilicic acid is unstable and without stabilization will deteriorate on storage. Salt-free polysilicic acid may also be produced by direct ion exchange of diluted water glass.

While substantial improvements are observed in both strength and retention with a binder containing polysilicic acid and cationic starch, superior results are obtained through the use with the cationic starch of colloidal silica in the form of a sol containing between about 2–60% by weight of $SiO_2$ and preferably about 4–30% $SiO_2$ by weight.

The colloidal silica in the sol should desirably have a surface area of from about 50 to 1000 $m^2/g$ and preferably a surface area from about 200 to 1000 $m^2/g$ with, best results being observed when the surface area is between about 300 to 700 $m^2/g$. The silica sol is stabilized with an alkali having a molar ratio of $SiO_2$ to $M_2O$ of from 10:1 to 300:1 and preferably a ratio of from 15:1 to 100:1 (M is an ion selected from the group consisting of $N_a$, K, Li and $NH_4$). It has been determined that the size of the colloidal silica particles should be under 20 nm and preferably should have an average size ranging from about 10 down to 1 nm. (A colloidal silica particle

4

having a surface area of about 500 $m^2/g$ involves an average particle size of about 5.5 nm).

In essence, it is preferably sought to employ a silica sol having colloidal silica particles which have a maximum active surface and a well defined small size generally averaging 4–9 nm.

Silica sols meeting the above specifications are commercially available from various sources including Nalco Chemical Company, Du Pont & the assignee of this invention.

The cationic starch which is employed in the binder may be made from starches derived from any of the common starch producing materials, e.g. corn starch, wheat starch, potato starch, rice starch, etc. As is well known, a starch is made cationic by ammonium group substitution by known procedures. Best results have been obtained when the degree of substitution (d.s.) is between about 0.01 and 0.05 and preferably between about 0.02 and 0.04, and most preferably over about 0.025 and less than about 0.04. While a wide variety of ammonium compounds, preferably quaternary, are employed in making cationized starches for use in our binder, we prefer to employ a cationized starch which was prepared by treating the base starch with either 3-chloro-2-hydroxypropyl-trimethyl ammonium chloride or 2,3-epoxypropyl-trimethyl ammonium chloride to obtain a cationized starch having 0.02–0.04 d.s.

In the papermaking process the binder is added to the papermaking stock prior to the time the paper product is formed on the papermaking machine. In the initial addition, a portion of the colloidal silicic acid component and the cationic starch may be mixed together to form an aqueous slurry of the silica-cationic starch complex which then can be added to and thoroughly mixed with the papermaking stock. However, this procedure does not provide maximized results. It is preferable that the initial silica-cationic starch complex is formed in situ in the papermaking stock. This can be accomplished by adding the initial portion of the colloidal silicic acid component in the form of an aqueous sol and the cationic starch in the form of an aqueous solution separately to the stock in a mixing tank or at a point in the system where there is adequate agitation so that the two components are dispersed with the papermaking components so that they interact with each other, and with the papermaking components at the same time.

Even better results are obtained if the initial portion of the colloidal silicic acid component is added to a portion of the stock and thoroughly mixed therewith after which the make-up of the stock is completed and the cationic starch component is added and thoroughly mixed with the stock prior to the formation of the paper product.

In the event that a mineral filler is to be added to the stock it has been found preferable to slurry the mineral filler in water with the initial portion of the colloidal silicic acid component and then to introduce the filler-colloidal silicic acid component slurry into a mixing device where it is incorporated into the stock along with the pulp and cationic starch.

Thereafter, the final portion or portions of the colloidal silicic acid component are thoroughly mixed with the stock after the initial agglomerate is formed and prior to or at the time the stock is conducted into the head box. The initial addition of the colloidal silicic acid should comprise about 20 to 90 percent of the total amount to be added and then, after the initial agglomerate is formed, the remainder should be added before the

382827   0008 -03  05-31-83  31475                04-21-83  056508  781472.0  04383961  2169

## 4,385,961

**5**

sheet is formed. Preferably, the initial addition should comprise 30-80% of the colloidal silicic acid component.

It has been found that in a papermaking process employing the binder complex described herein, the pH of the stock is not unduly critical and may range from a pH of from 4 to 9. However, pH ranges higher than 9 and lower than 4 are undesirable. Also, other paper chemicals such as sizing agents, alum, and the like may be employed but care should be taken that the level of these agents is not great enough to interfere with the formation of the silica-cationic starch agglomerate and that the level of the agent in recirculating white water does not become excessive so as to interfere with the formation of the binder agglomerate. Therefore, it is usually preferred to add the agent at a point in the system after the agglomerate is formed.

As pointed out above, the ratio of cationic starch to the total colloidal silicic acid component should be between 1:1 and 25:1 by weight. Preferably, the ratio is between 1.5:1 and 10:1 and most preferably between 1.5:1 and 4.5:1.

The amount of binder to be employed varies with the effect desired and the characteristics of the particular components which are selected in making up the binder. For example, if the binder includes polysilicic acid as the colloidal silicic acid component, more binder will be required than if the colloidal silicic acid component is colloidal silica sol having a surface area of 300 to 700 m²/g. Similarly, if the cationic starch, for example, has a d.s. of 0.025 as compared to a d.s. of 0.030, more binder will be required assuming the colloidal silicic acid component is unchanged.

In general, when the stock does not contain a mineral filler the level of binder may range from 0.1 to 15% by weight and preferably from 1 to 15% by weight based upon the weight of the cellulosic fiber. As pointed out above, the effectiveness of the binder is greater with chemical pulps so that less binder will be required with these pulps to obtain a given effect than other types. In the event that a mineral filler is employed the amount of binder may be based on the weight of the filler material and may range from 0.5 to 25% by weight and usually between 2.5 to 15% by weight of the filler.

The following are specific examples of a process embodying features of the invention.

### EXAMPLE 1

A commercial trial run was made making a coated, off-set, super calendered printing paper having a grammage of 85 g/m². The machine employed was a twin wire Beloit "Bel-Baie" machine having a capacity of about 10,000 kg/hour at a speed of about 600 m/min. The coating was accomplished "on-line" with 10 g/m² of calcium carbonate applied to each side of the sheet. The cellulosic fiber comprised 70% sulfate hardwood and 30% sulfate softwood pulp both of which were fully bleached. The pH of the white water was about 8.5.

In the operation of the machine which was employed, the quality requirements for the paper produced by it were very rigid. As a result, in normal operation, a high proportion of the finished coated paper, about 25%, is classified as "broke." Broke, is unsatisfactory paper which is recycled into the stock and is reformed into a paper web. As a result, the stock to the machine head box contains a large proportion of filler in the form of resluried coating from the broke. The proportion of

**6**

the broke is often as high as 50% of the solids in the total stock.

The presence of the additional filler from the broke constitutes a serious problem in normal operation of the machine since its retention on the papermaking wire is extremely poor and most of it finds its way into the white water and eventually into the sewer. Also, since the amount of broke always varies, the filler content in the base sheet varies causing uneven sheet properties with the result that there are numerous breaks in the paper web during production with attendant loss of production.

FIG. 1 is a flow diagram indicating the general operation which was employed in the run of this example employing various of the teachings of the invention.

In Mixing Tank No. 1, the two types of bleached pulp which were typically used in the plant, i.e. the 70% sulfate hardwood and 30% sulfate softwood pulp, both fully bleached, were mixed together with the slurried broke. In order to compensate for varying amounts of filler in the broke caused by differing amounts of broke, arrangements were made to add a desired amount of extra filler (calcium carbonate). At this point, the amount of extra filler added was dependent upon the ash content which was measured continuously on line in the base sheet and enough calcium carbonate filler was added to maintain the level of ash in the finished paper base sheet at 15% by weight of dry paper.

In addition, in Mixing Tank No. 1, there was added in the form of an aqueous solution of colloidal silica containing 15% by weight SiO₂, in an amount equivalent to 1.7 kg of SiO₂ per metric ton of dry base sheet (prior to coating). The colloidal silica sol was stabilized with alkali with a molar ratio of SiO₂:Na₂O of 45:1. The silica had a particle size in the range of from about 5-7 nm and a surface area of approximately 500 m²/g.

The materials were thoroughly mixed and were conducted to Mixing Tank No. 2 where cationic starch was added to the stock, in an amount equal to 10.2 kg of cationic starch per metric ton of dry base sheet. The cationic starch was prepared by treating potato starch with 3-chloro-2-hydroxypropyl-trimethyl-ammonium chloride to provide a degree of substitution (d.s.) in the starch of 0.03. It was dispersed in cold water at a concentration of about 4% by weight, heated for 30 minutes at about 90° C., diluted with cold water to a concentration of about 2% by weight and then added to Mixing Tank No. 2.

After the cationic starch was thoroughly intermixed the stock was conducted to Mixing Tank No. 3 wherein a second increment of colloidal silica sol, of the type described above, was added to the stock in an amount equal to 2.1 kg per metric ton of dry base sheet.

From Mixing Tank No. 3 the stock was fed into the head box of the paper machine which was operated at normal speeds to form the base sheet which was subsequently dried, coated with a coating slip containing calcium carbonate and calendered in the same manner as before.

FIG. 2 graphically illustrates the effect of the addition of the colloidal silica and cationic starch, as set forth above. The left hand side of the chart shows the condition of the stock of the white water in the commercial run prior to the addition of the colloidal silica and the cationic starch as outlined above. As will be noted, the total solids in the stock at the former or head box is approximately 15.5 g/l, of which approximately

CIBA 039046

382227    0909 –03 05-31-83 31475                    04-21-83 054530 781471,0 04385961 2177

**4,385,961**

**7**

8.5 g/l is fiber and 7 g/l is ash. The base sheet produced from this stock contained approximately 3 percent ash.

As appears from FIG. 2, the white water in the commercial run before the addition of the colloidal silica and cationic starch, contained approximately 10.5 g/l of solids; 6.0 g/l ash; and 4.5 g/l fiber.

The dramatic effect of the addition of the colloidal silica and cationic starch as outlined above, is shown on the right hand side of FIG. 2 where the total solids in the head box decreased to approximately 6 g/l; slightly less than 5 g/l fiber; and about 1.5 g/l ash. The total solids in the white water dropped to about 1 g/l; about 0.5 g/l fiber; and about 0.5 g/l ash. The base sheet contained approximately 15 percent ash and, the machine breaks during operation were substantially less than in the commercial operation where the sheet contained only 3 percent ash.

Test results showed that even though the finished base sheet made, as outlined above, had an increased amount of filler, i.e. from about 3 percent to about 15 percent which normally degrades the properties of the sheet, the additional filler did not materially decrease the strength properties or printing properties of the paper. To the contrary, certain properties were increased markedly. For example, Z-strength or Internal bond strength measured by the Scott-bond method increased by 85 percent at the 15 percent filler level as compared to the 3 percent filler level in the commercial runs. The IGT (Institut Voor Grafische Techniek, Amsterdam) surface picking resistance increased by 40 percent and the bursting strength increased by 40 percent.

During the trial, which extended over a several week period, it was found that it was possible to add much more broke to the stock than before. At one period extending for about 16 hours, the entire stock was broke. Further, with the addition of additional filler material it was found that it was possible to maintain 15 percent filler in the base sheet over a two-week period and that the resulting even level of ash permitted an increase in the productivity of the paper machine due to fewer breaks and a saving off filler.

It was also found that the coupling of increased retention and decreased head box turbulence resulted in a marked improvement in the drainage rate of the stock on the wire. This, of course, means that an increase in the machine speed is made possible which will even further enhance the productivity.

The retention of fibers and fines on the wire in the papermaking machine was also greatly improved. Retention percentage is determined by dividing the difference between the concentration of total solids in the head box and the concentration of total solids in the white water by the concentration of total solids in the head box and multiplying by 100. Thus, on the commercial run preceding the addition of the silica sol and cationic starch as outlined above, the percentage of retention was (15.5–10.5)/15.5×100 or 32%. As a result of the use of our process the percentage of retention increased to about

$$83\% \left( \frac{6.0 - 1.0}{6.0} \times 100 \right).$$

This high level of retention simplified white water clean up and disposal.

**8**

**EXAMPLE II**

To further demonstrate the advantages of the two-step operation, extended runs were made under various conditions on the commercial machine described in Example I. The results of these runs are set forth in tabular form in Table I.

Run 1 reflects the average operation of the machine of Example I in making coated, supercalendered printing paper over an extended period of time. The cellulosic fiber comprised 70% sulfate hardwood and 30% sulfate softwood, both fully bleached. Normal amounts of broke were recycled. The base sheet was coated with 10 g/m² of calcium carbonate per side.

Run 2 reflects the average operation of the machine of Example I over an extended period in making coated, supercalendered printing paper in which the same fiber was employed and normal amounts of broke were recycled in which the colloidal silicic acid employed was a 15% aqueous sol having the specifications set forth in Example I. It was added to Mixing Tank No. 1 at a level of 3.8 kg of SiO₂ per metric ton of dry base sheet. Cationic starch was added in Mixing Tank No. 2 at a level of 11.8 kg of cationic starch per metric ton of dry base sheet, the cationic starch having the specification as set forth in Example I and the method of addition was as set forth in Example I. No additions were made in Mixing Tank No. 3. The base sheet after drying was coated on each side with 10 g/m² of calcium carbonate.

Run 3 followed the procedure of Run 2 except that the addition of the silica sol was added in two increments. There was added in Mixing Tank No. 1, 2.9 kg of SiO₂ per metric ton of dry base sheet. In Mixing Tank No. 2 the cationic starch was added at a level of 13.7 kg of cationic starch per metric ton of dry base sheet. In Mixing Tank No. 3 a second addition of the silica sol was added at a level of 1.5 kg of SiO₂ per metric ton of dry base sheet.

The results are tabulated below:

**TABLE**

| | RUN 1 | RUN 2 | RUN 3 |
|---|---|---|---|
| Grammage g/m² | 85 | 85 | 85 |
| Ash content % | 17 | 28 | 24 |
| Tensile index machine direction | | | |
| Nm/g cross direction | 66.2 | 64.2 | 64.5 |
| Nm/g | 21.7 | 22.5 | 26.8 |
| Burst Strength kPa | 214 | 294 | 310 |
| Surface picking resistance IGT | | | |
| top side | 73.4 | 92 | 112 |
| wire side | 68.7 | 83 | 112 |
| Internal bond strength | | | |
| Scott bond J/m² | 225 | 506 | 525 |
| Concentration at head box g/l solids | 15.5 | 10.1 | 6.3 |
| White water concentration g/l solids | 10.5 | 5.2 | 1.2 |
| Retention % | 32.3 | 48.5 | 81.0 |

As will be seen from the foregoing, the use of a colloidal silicic acid-cationic starch binder complex in which the colloidal silicic acid component is added incrementally, a portion being added after the initial agglomerate is formed, makes possible substantial economics in the papermaking process as well as an improved paper

CIBA 039047

4,385,961

9

product. Also, a mineral filler may be employed in much larger proportions than heretofore used while maintaining or even improving the characteristics and properties of the sheet. Some of the properties of a sheet containing filler are enhanced.

In addition, the use of the binder system results in increased retention of both minerals and fines so that white water problems are minimized.

Further, because of the ability to reduce the basis weight of a sheet or to increase the mineral content, it is possible to reduce the energy required to dry the paper and to pulp the wood fibers since less fiber can be employed. Also, the increased rate of drainage and the higher retention on the wire make possible higher machine speeds.

While a preferred embodiment has been shown and described it will be understood that there is no intent to limit the invention by such disclosure, but rather it is intended to cover all modifications and alternate constructions falling within the spirit and scope of the invention as defined in the appended claims.

We claim:

1. In a papermaking process in which an aqueous papermaking stock containing a cellulosic pulp is formed into a sheet and dried, said sheet comprising over 50% cellulosic fiber, the stock including a binder comprising colloidal silicic acid having an average particle size of less than 20 nm, and cationic starch having a degree of substitution of between 0.01 and 0.05, the weight ratio of cationic starch to $SiO_2$ being between 1:1 and 25:1, the weight of solids in the binder being between 0.1–15% by weight of said pulp the improvement which comprises intermixing in the stock first a portion of the colloidal silicic acid and then the cationic starch and after an agglomerate has formed, adding and intermixing the remainder of the colloidal silicic acid in the stock prior to the formation of the sheet, said first portion of colloidal silicic acid comprising 20–90% of the total colloidal silicic acid sol added.

2. In a papermaking process in which an aqueous papermaking stock containing a cellulosic pulp is formed into a sheet and dried, said sheet comprising over 50% cellulosic fiber, the stock including a binder comprising a colloidal silicic acid sol having silica particles having a surface area of from about 50 to 1000 m²/g and cationic starch having a degree of substitution of between 0.02 and 0.04, the weight ratio of cationic starch to $SiO_2$ being between 1.5:1 and 10:1, the weight of solids in the binder being between about 0.1–15% of the weight of the pulp, the improvement which com-

10

prises intermixing in the stock first a portion of the colloidal silicic acid and then the cationic starch and, after an agglomerate has formed, adding and intermixing the remainder of the colloidal silicic acid in the stock prior to the formation of the sheet said first portion of colloidal silicic acid sol comprising 20–90% of the total colloidal silicic acid sol added.

3. In a papermaking process in which an aqueous papermaking stock containing a cellulosic pulp is formed into a sheet and dried, said sheet comprising over 50% cellulosic fiber, the stock including a binder comprising a colloidal silicic acid sol having silica particles having a surface area of from about 300 to 700 m²/g and cationic starch having a degree of substitution of between 0.02 and 0.04, the weight ratio of cationic starch to $SiO_2$ being between 1.5:1 and 10:1, the weight of solids in the binder being between about 1.0–15% of the weight of the pulp, the improvement which comprises intermixing in the stock first a portion of the colloidal silicic acid and then the cationic starch and, after an agglomerate has formed, adding and intermixing the remainder of the colloidal silicic acid in the stock prior to the formation of the sheet said first portion of colloidal silicic acid sol comprising 20–90% of the total colloidal silicic acid sol added.

4. In a papermaking process in which an aqueous papermaking stock containing a cellulosic pulp is formed into a sheet and dried, said sheet comprising over 50% cellulosic fiber, the stock including a binder comprising a colloidal silicic acid sol having silica particles having a surface area of from about 300 to 700 m²/g and cationic starch having a degree of substitution of between 0.02 and 0.04, the weight ratio of cationic starch to $SiO_2$ being between 1.5:1 and 4.5:1, the weight of solids in the binder being between about 1.0–15% of the weight of the pulp, the improvement which comprises intermixing in the stock first a portion of the colloidal silicic acid and then the cationic starch and, after an agglomerate has formed, adding and intermixing the remainder of the colloidal silicic acid in the stock prior to the formation of the sheet said first portion of colloidal silicic acid sol comprising 20–90% of the total colloidal silicic acid sol added.

5. The process of any one of claims 1, 2, 3, and 4 wherein between about 30 and about 80 percent of the colloidal silic acid is added to the stock to form an agglomerate and the remaining portion of the colloidal silicic acid is added after the formation of the agglomerate.

* * * * *

CIBA 039048

4,385,961

9

product. Also, a mineral filler may be employed in much larger proportions than heretofore used while maintaining or even improving the characteristics and properties of the sheet. Some of the properties of a sheet containing filler are enhanced.

In addition, the use of the binder system results in increased retention of both minerals and fines so that white water problems are minimized.

Further, because of the ability to reduce the basis weight of a sheet or to increase the mineral content, it is possible to reduce the energy required to dry the paper and to pulp the wood fibers since less fiber can be employed. Also, the increased rate of drainage and the higher retention on the wire make possible higher machine speeds.

While a preferred embodiment has been shown and described it will be understood that there is no intent to limit the invention by such disclosure, but rather it is intended to cover all modifications and alternate constructions falling within the spirit and scope of the invention as defined in the appended claims.

We claim:

1. In a papermaking process in which an aqueous papermaking stock containing a cellulosic pulp is formed into a sheet and dried, said sheet comprising over 50% cellulosic fiber, the stock including a binder comprising colloidal silicic acid having an average particle size of less than 20 nm, and cationic starch having a degree of substitution of between 0.01 and 0.05, the weight ratio of cationic starch to $SiO_2$ being between 1:1 and 25:1, the weight of solids in the binder being between 0.1–15% by weight of said pulp the improvement which comprises intermixing in the stock first a portion of the colloidal silicic acid and then the cationic starch and after an agglomerate has formed, adding and intermixing the remainder of the colloidal silicic acid in the stock prior to the formation of the sheet, said first portion of colloidal silicic acid comprising 20–90% of the total colloidal silicic acid sol added.

2. In a papermaking process in which an aqueous papermaking stock containing a cellulosic pulp is formed into a sheet and dried, said sheet comprising over 50% cellulosic fiber, the stock including a binder comprising a colloidal silicic acid sol having silica particles having a surface area of from about 50 to 1000 m²/g and cationic starch having a degree of substitution of between 0.02 and 0.04, the weight ratio of cationic starch to $SiO_2$ being between 1.5:1 and 10:1, the weight of solids in the binder being between about 0.1–15% of the weight of the pulp, the improvement which com-

10

prises intermixing in the stock first a portion of the colloidal silicic acid and then the cationic starch and, after an agglomerate has formed, adding and intermixing the remainder of the colloidal silicic acid in the stock prior to the formation of the sheet said first portion of colloidal silicic acid sol comprising 20–90% of the total colloidal silicic acid sol added.

3. In a papermaking process in which an aqueous papermaking stock containing a cellulosic pulp is formed into a sheet and dried, said sheet comprising over 50% cellulosic fiber, the stock including a binder comprising a colloidal silicic acid sol having silica particles having a surface area of from about 300 to 700 m²/g and cationic starch having a degree of substitution of between 0.02 and 0.04, the weight ratio of cationic starch to $SiO_2$ being between 1.5:1 and 10:1, the weight of solids in the binder being between about 1.0–15% of the weight of the pulp, the improvement which comprises intermixing in the stock first a portion of the colloidal silicic acid and then the cationic starch and, after an agglomerate has formed, adding and intermixing the remainder of the colloidal silicic acid in the stock prior to the formation of the sheet said first portion of colloidal silicic acid sol comprising 20–90% of the total colloidal silicic acid sol added.

4. In a papermaking process in which an aqueous papermaking stock containing a cellulosic pulp is formed into a sheet and dried, said sheet comprising over 50% cellulosic fiber, the stock including a binder comprising a colloidal silicic acid sol having silica particles having a surface area of from about 300 to 700 m²/g and cationic starch having a degree of substitution of between 0.02 and 0.04, the weight ratio of cationic starch to $SiO_2$ being between 1.5:1 and 4.5:1, the weight of solids in the binder being between about 1.0–15% of the weight of the pulp, the improvement which comprises intermixing in the stock first a portion of the colloidal silicic acid and then the cationic starch and, after an agglomerate has formed, adding and intermixing the remainder of the colloidal silicic acid in the stock prior to the formation of the sheet said first portion of colloidal silicic acid sol comprising 20–90% of the total colloidal silicic acid sol added.

5. The process of any one of claims 1, 2, 3, and 4 wherein between about 30 and about 80 percent of the colloidal silicic acid is added to the stock to form an agglomerate and the remaining portion of the colloidal silicic acid is added after the formation of the agglomerate.

* * * * *

CIBA 039049

# United States Patent [19]

## Johnson

[11] Patent Number: **4,643,801**

[45] Date of Patent: **Feb. 17, 1987**

[54] **PAPERMAKING AID**

[75] Inventor: Kerrie A. Johnson, Mount Prospect, Ill.

[73] Assignee: Nalco Chemical Company, Oak Brook, Ill.

[21] Appl. No.: 832,557

[22] Filed: Feb. 24, 1986

[51] Int. Cl.⁴ .................... D21H 3/28; D21H 3/36
[52] U.S. Cl. ...................... 162/164.1; 162/164.5;
162/164.6; 162/168.1; 162/168.2; 162/168.3;
162/168.4; 162/168.5; 162/168.6; 162/175;
162/181.1; 162/181.2; 162/181.3; 162/181.4;
162/181.5; 162/181.6; 162/183
[58] Field of Search .............. 162/181.6, 175, 181.1,
162/168.2, 168.3, 164.6, 164.5, 168.4, 168.5,
183, 168.1, 168.6, 181.2, 181.3, 181.4, 181.5

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,253,978 | 5/1966 | Bodendorf et al. | 162/181.1 |
| 4,385,961 | 5/1983 | Svending et al. | 162/181.1 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| WO83/01970 | 6/1983 | PCT Int'l Appl. | 162/180 |

*Primary Examiner*—Peter Chin
*Attorney, Agent, or Firm*—John G. Premo; Donald G. Epple; Anthony L. Cupoli

[57] **ABSTRACT**

An improved binder for use in paper-making contains three ingredients, a cationic starch having a degree of substitution of at least 0.01, a high molecular weight anionic polymer having a molecular weight of at least 500,000 and a degree of anionic substitution of at least 0.01, and a dispersed silica having a particle size ranging from between about 1–50 nanometers.

**13 Claims, 4 Drawing Figures**

CIBA 039050



FIG.1

CIBA 039051



FIG. 2

CIBA 039052

U.S. Patent    Feb. 17, 1987    Sheet 3 of 4    4,643,801



- BLANK
- 0.5 #/T SILICA, 0.5 #/T PAM,
- 0.5 #/T SILICA, 1.5 #/T PAM,
- 0.5 #/T SILICA, 0.5 #/T PAM, 1 #/T ALUM
- 0.5 #/T SILICA, 1.5 #/T PAM, 1 #/T ALUM



FIG. 3

ALL SAMPLES EXCEPT THE BLANK CONTAIN
25 #/T CATIONIC STARCH

DRAINAGE MI/5 SEC

CIBA 039053





FIG. 4

4,643,801

1

## PAPERMAKING AID

### INTRODUCTION

The present invention relates to paper-making processes and products made thereby and, more particularly, to the use of a specific coacervate binder to achieve better binding between cellulosic fiber slurries used in paper-making processes using cellulosic fiber slurries, particularly when those slurries also contain various inorganic fillers and/or pigment materials characterized by having an electrically charged surface character.

The use of the binders of this invention allows the papermaker to operate at a higher speed because the paper sheet formed is more easily dewatered. In addition, improved retention of added mineral materials used in paper-making processes, such materials being various clays, $TiO_2$ and other pigments, and the like, is achieved by using the coacervate binders of my invention. Because improved retention and improved dewatering are observed using the improved binders of this invention, it is also an object of this invention to improve clarification of the white water resulting from the paper-making processes using the improved binders of this invention.

It is, therefore, an object of this invention to present to the papermaker an improved coacervate binder which can achieve both improved dewatering and improved retention of mineral fillers and pigments used in the paper-making process.

Another object of this invention is to achieve a paper having improved strength characteristics.

It is another object of this invention to present to the papermaker an improved coacervate binder comprising a tertiary combination of a cationic starch, an anionic high molecular weight polymer, and a dispersed silica, which binder can achieve improved dewatering, improved mineral pigment retention, and improved operating speeds of the paper-making machine without loss in paper strength or other familiar characteristics required in a paper sheet.

Other objects will become apparent.

### PRIOR PRACTICES

U.S. Pat. No. 3,253,978, Bodendorf et al, teaches a method of forming an inorganic water-laid sheet containing colloidal silica and a cationic starch. This invention combines colloidal silica and a cationic agent, preferably a cationic starch in the head box of a paper-making machine which is manufacturing a strictly inorganic fibrous sheet. The type of paper being manufactured is, therefore, referred to as an inorganic sheet and utilizes inorganic fibers, such as glass fibers, quartz fibers, ceramic fibers, mineral wool, glass flakes, quartz flakes, mica flakes and combinations thereof. In column 4, lines 53 at seq., of Bodendorf et al., teach that organic fibers may also be incorporated in the sheet but that the presence of substantial percentages of these organic materials in these kinds of sheet products are considered deleterious for intended applications of these inorganic sheets.

U.S. Pat. No. 4,385,961, Svendling, et al, teaches a paper-making process in which a cellulosic pulp is formed, and in which a binder is used, which binder comprises a colloidal silicic acid and a-cationic starch. The manner of addition is taught to involve the initial addition of a portion of a colloidal silicic acid to the paper-making stock followed subsequently by the addi-

2

tion of cationic starch, which then is followed, finally, by the addition of the remainder of the colloidal silicic acid prior to the formation of the paper sheet.

U.S. Pat. No. 4,388,150, Sunden, et al, continues to teach the use of a binder comprising colloidal silicic acid and cationic starch for improving paper and the retention of various paper stock components.

### THE INVENTION

I have found an improved paper-making process in which an aqueous paper-making stock containing at least 50% cellulosic pulp is formed into a sheet and then dried, said sheet comprising at least 50 weight percent cellulosic fiber, wherein the papermaking stock includes from 0.1 to 15 weight percent of a binder, which binder comprises a cationic starch having a degree of substitution ranging between 0.01 and 0.20 in combination with an anionic mixture of a high molecular weight anionic polymer and a dispersed silica [having an average particle size ranging between about 1 and 50 nanometers (nm)], wherein the combination of anionic polymer to silica sol has a weight ratio of polymer to silica sol ranging between about 20:1 to about 1:10.

The use of the binder described above is preferably accomplished by adding to the beater or mixer a cationic starch having a cationic substitution ranging between 0.01 and 0.15, which cationic starch is preferably derived from a modified potato starch, which potato starch normally contains some small amount of covalently bound phosphorous containing functional groups and is of a highly branched amylopectin type of starch. However, it must be pointed out that other cationically modified starches, for example, cationic starch derived from corn starch, cationic starches derived from waxy maize, and the like, may be used in the practice of my invention and in the formulation of our improved binder, as long as the degree of cationic substitution on the starch ranges from about 0.01 to about 0.20, preferably between about 0.02 to about 0.15, and most preferably between about 0.025 to about 0.10.

To the cationic starch admixed with cellulosic fibers, preferably in the head box of a paper-making machine, is added a quantity of an admixture of a high molecular weight anionic polymer and a dispersed silica, which admixture contains a ratio of anionic polymer to dispersed silica ranging between about 20:1 to 1:10 on a weight-to-weight basis. This coacervate binder may be formed by initially admixing the cationic starch with the cellulosic fiber slurry used in the paper-making process. After the cationic starch has been fully admixed, an electroneutralizing amount of the admixture of anionic polymer and dispersed silica may be then added to the paper-making stock containing the cationic starch.

By an electroneutralizing amount of the anionic combination, we mean that sufficient amounts of the combination of both the anionic polymer and the dispersed silica should be added to the paper-making stock containing the cationic starch in such a way as to approach within 75 to 125 percent of electroneutrality. Depending on the character of the cellulosic fiber, the type, amount and character of inorganic filler/pigment, as well as the character of the cationic starch, this electroneutralizing amount of anionic combined ingredients can be achieved by adding anywhere from about 75 to 125 percent of an electroneutralizing amount of the combination of anionic polymer and silica sol to the

CIBA 039055

4,643,801

**3**

cationically modified starch/paper stock admixture. On a weight basis, this will vary considerably depending upon the ratio of anionic polymer to silica sols, as well as depending upon the type of anionic polymer chosen and the type of silica dispersion chosen. It will also vary according to the character, type, amount and the like of cationic starch used, as well as the types of fiber, fillers, and the like, used to form to paper stock.

Sunden, et al, U.S. Pat. No. 4,388,150, teaches the use of a weight ratio of cationic starch to silica ranging between 1:1 and 25:1. Sunden, et al, is hereby incorporated herein by reference.

Svendling, et al, U.S. Pat. No. 4,385,961, which is hereby incorporated herein by reference, again teaches a weight ratio of cationic starch to silica ranging between 1:1 to 25:1 in a binder use which is improved by first adding colloidal silicic acid and then a cationic starch, forming an oglomerate, and then adding a remainder of colloidal silicic acid to the paper-making stock prior to the formation of the paper sheet. This complicated procedure normally requires that the first portion of colloidal silicic acid comprises between 20-90 percent of the total colloidal silicic acid added to the paper-making stock.

The improved coacervate binder of this invention uses a combination of cationic starch, preferably a cationically modified potato starch having a degree of cationic substitution ranging between about 0.02 to about 0.15, wherein said potato starch also contains naturally, not synthetically, bound phosphorous containing functionality, with an electroneutralizing amount of the combination of a high molecular weight anionic polymer and a dispersed silica wherein the dispersed silica has a particle size ranging between about 1.0 nanometers to about 50 nanometers.

The combination of anionic polymers to dispersed silica preferably a colloidal silicic acid or a colloidal silica sol normally ranges within a weight ratio of between 20:1 to about 1:10, and, most preferably, ranges between a weight ratio of anionic polymer to silica of from about 15:1 to about 1:1.

**The Anionic Polymers**

The anionic polymers used are preferably high molecular weight water soluble polymers having a molecular weight of at least 500,000, preferably a molecular weight of at least 1,000,000 and most preferably having a molecular weight ranging between about 5,000,000–25,000,000.

These anionic polymers are preferably water-soluble vinylic polymers containing monomers from the group acrylamide, acrylic acid, AMPS and/or admixtures thereof, and may also be either hydrolyzed acrylamide polymers or copolymers of acrylamide or its homologues, such as methacrylamide, with acrylic acid or its homologues, such as methacrylic acid, or perhaps even with monomers, such as maleic acid, itaconic acid or even monomers such as vinyl sulfonic acid, AMPS, and other sulfonate containing monomers. The anionic polymers may be homopolymers, copolymers, terpolymers or contain multiple monomeric repeating units. The anionic polymers may also be sulfonate or phosphonate containing polymers which have been synthesized by modifying acrylamide polymers in such a way as to obtain sulfonate or phosphonate substitution, or admixtures thereof. The anionic polymers may be used in solid, powder form, after dissolution in water, or may be used as water-in-oil emulsions, wherein the polymer

**4**

is dissolved in the dispersed water phase of these emulsions.

It is preferred that the anionic polymers have a molecular weight of at least 1,000,000. The most preferred molecular weight is at least 5,000,000, with best results observed when the molecular weight is between 7.5–25 million. The anionic polymers have a degree of substitution of at least 0.01, preferably a degree of substitution of at least 0.05, and most preferably a degree of substitution of at least 0.10–0.50. By degree of substitution, we mean that the polymers contain randomly repeating monomer units containing chemical functionality which when dissolved in water become anionically charged, such as carboxylate groups, sulfonate groups, phosphonate groups, and the like. As an example, a copolymer of acrylamide (AcAm) and acrylic acid (AA) wherein the AcAm:AA monomer mole ratio is 90:10, would have a degree of substitution of 0.10. Similarly, copolymers of AcAm:AA with monomer mole ratios of 50:50 would have a degree of anionic substitution of 0.5.

**The Dispersed Silica**

Preferably, the anionic polymers are used in combination with a dispersed silica having a particle size ranging between about 1–50 nanometers (nm), preferably having a particle size ranging between 2–25 nm, and most preferably having a particle size ranging between about 2–15 nm. This dispersed silica may be in the form of colloidal silicic acid, silica sols, fumed silica agglomerated silicic acid, silica gels, and precipitated silicas, as long as the particle size or ultimate particle size is within the ranges mentioned above. The dispersed silica is normally present at a ratio of cationic starch to silica of from about 100:1 to about 1:1, and is preferably present at a rate of from 75:1 to about 30:1.

This combined anionic admixture is used within a dry weight ratio of from about 20:1 to about 1:10 of anionic polymer to silica, preferably between about 10:1 to about 1:5, and most preferably between about 8:1 to about 1:1.

**The Anionic Combination**

When the anionic combination (or anionic admixture) is used in my invention, it is preferable to add the polymer and dispersed silica to the paper-making stock after the addition of the cationic starch has occurred, and sufficient time and mixing energy used to accomplish a thorough homogeneous admixture of cationic starch and the cellulosic slurries, mineral fillers, clays, pigments, and other inorganic components of the paper-making stock.

The anionic admixture is then added so as to essentially accomplish an electroneutralization of the cationic charges contained in the paper stock. Since the cellulosic fibers, and most inorganic pigments and clays, such as TiO₂ pigment, normally carry a negatively charged surface, it is a relatively simple matter to calculate electroneutrality on the basis of the amount of cationic starch added, the degree of substitution of cationic functionality on the starch added, and the amount of any other additional species carrying a cationic charge which may be present in the paper stock, i.e., alumina sols, alum, and the like.

Depending on the molecular weight, degree of anionic substitution, and type of polymer used, as well as on the amount and type of cationic starch used, the starch to polymer weight ratio can range from about 50:1 to about 5:1. Simultaneously, the polymer to silica

CIBA 039056

4,643,801

5

ratio normally runs from about 20:1 to about 1:10, and, as before, preferably ranges from about 10:1 to about 1:5, and most preferably ranges between about 8:1 to 1:1. The most preferred results are obtained when the starch to silica ratio range from about 75:1 to about 30:1.

The anionic combination or admixture of anionic polymer to silica, as described above, can be made prior to admixture with the paper stock containing the cationic starch, and then added to the paper stock, or preferably is made in situ during the paper-making process by adding to the paper stock, in sequence, the cationic starch, then the anionic polymer, and finally the dispersed silica.

It is believed that a coacervate complex of undetermined structure is formed, in the presence of the paper stock and which may include components of the paper stock, between the cationic starch and the anionic polymer, and that this pre-coacervate complex contains, therein, at least some positive charges, which positive charges can then attract and bind both the added dispersed silica which carries a negative surface charge, as well as the cellulosic fibers, inorganic pigments, and the like. It is presumed that the formation of the coacervate complex between starch, polymer, and silica leads to the improved performance observed with my system relative to the use of any other combination of ingredients known in the art, such as only starch plus silica. Although it would be difficult to demonstrate that this mechanism exactly accounts for the improved performance observed, and my invention should not be limited in any way to any attempted mechanistic explanation, it is a simple matter to demonstrate the improved performance of my three component coacervate binder system.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 compares the effect on retention between the use of cationic starch and colloidal silica, and cationic starch, colloidal silica and anionic polyacrylamide.

FIG. 2 compares the effect on drainage between the use of cationic starch and colloidal silica, and cationic starch, colloidal silica and anionic polyacrylamide coacervate binder.

FIG. 3 shows the effect on the drainage of adding polyhydroxyaluminum chloride in addition to the inventive three component coacervate binder.

FIG. 4 shows the effect on retention of adding polyhydroxyaluminum chloride in addition to the inventive three component coacervate binder.

The following examples should suffice to demonstrate my new binding system, methods and compostiions.

## EXAMPLE 1

Paper stock was prepared at 0.7% consistency from a thick paper stock (3.8% cellulosic fibers) and clarified white water obtained from a paper mill. The stock had a pH of 7.0–7.5.

Cationic potato starch having a degree of substitution of 0.025 was prepared at a 2.0 weight percent solution in water, and diluted further, immediately prior to application to a concentration of 0.875%.

A high molecular weight (about 10–20 million) anionic polyacrylamide containing about 30 mole percent acrylic acid and 70 mole percent acrylamide monomer, in the form of a water-in-oil latex containing about 30 weight percent polymer was inverted and diluted into

6

water following the teachings of Anderson, et al, U.S. Pat. No. Re 28,474 and U.S. Pat. No. Re 28,576, both of which are incorporated herein by reference. The polymer solution was made up at 2.0 weight percent active polymer and further diluted to 0.0875 weight percent immediately prior to use.

A 15 weight percent silica sol (or colloidal silica) having a particle size of about 4 nm was diluted with water to 0.0875 weight percent. Two separate batches of paper stock were obtained from the same mill approximately two weeks apart.

The paper stock was admixed with cationic starch and then the various amounts of anionic polymers and-/or silica sol were added thereto. Laboratory tests were completed using an "Alchem Tester", which is designed to measure both water drainage rates under controlled conditions and also turbidity (NTU) which is related to retention by the formula:

% Retention=(Turbidity (Blank)−Turbidity (Sample))/Turbidity (Blank)×100

The data from these tests are presented in Tables I and II.

Table I presents data from the first paper stock.

Table II presents data from the second paper stock.

TABLE I

| Starch #/T | Silica #/T | PAM* #/T | Drainage (ml/5 sec) | Turbidity** (NTU) |
|---|---|---|---|---|
| 0 | 0 | 0 | 112 | 1640 |
| 25 | 0 | 0.5 | 126 | 390 |
| 25 | 0 | 1 | 148 | 200 |
| 25 | 0 | 2 | 182 | 105 |
| 25 | 0 | 3 | 178 | 100 |
| 0 | 0 | 1 | 111 | 445 |
| 0 | 0 | 2 | 108 | 420 |
| 0 | 0 | 3 | 106 | 405 |
| 25 | 2 | 0 | 128 | 360 |
| 25 | 5 | 0 | 142 | 215 |
| 25 | 7 | 0 | 153 | 180 |

The two component PAM and starch combination is superior to both starch/silica and the PAM alone, for retention* and drainage.
*PAM - An anionic polyacrylamide containing about 30% acrylic acid and having a molecular weight in excess of 10,000,000.
**An increase in retention is indicated by a decrease in turbidity.

TABLE II

| Starch #/T | Silica #/T | PAM* #/T | Drainage (ml/5 sec) | Turbidity (NTU) |
|---|---|---|---|---|
| 0 | 0.00 | 0.0 | 90 | 1312.5 |
| 5 | 0.00 | 0.0 | 90 | 1280 |
| 15 | 0.00 | 0.0 | 90 | 1325 |
| 25 | 0.00 | 0.0 | 93 | 1375 |
| 35 | 0.00 | 0.0 | 86 | 1500 |
| 25 | 0.00 | 1.0 | 114 | 300 |
| 25 | 0.25 | 1.0 | 110 | 300 |
| 25 | 0.50 | 1.0 | 114 | 280 |
| 25 | 0.75 | 1.0 | 116 | 270 |
| 25 | 0.00 | 1.0 | 114 | 300 |
| 25 | 0.00 | 2.0 | 134 | 180 |
| 25 | 0.00 | 3.0 | 154 | 140 |
| 25 | 0.50 | 0.5 | 94 | 460 |
| 25 | 0.50 | 1.0 | 114 | 280 |
| 25 | 0.50 | 1.5 | 130 | 200 |
| 25 | 0.50 | 2.5 | 162 | 140 |

*PAM - The same high molecular weight anionic copolymer of acrylamide/acrylic acid as used in Table I.

The three (3) component coacervated system: starch; anionic polymer; and dispersed silica provides superior retention and drainage as compared with the two component starch/silica binder systems taught in the prior art. The starch/polymer system alone gives comparable

CIBA 039057

4,643,801

**7**

results when compared to the starch/silica system of the prior art for some of the drainage tests. Overall, the three component coacervate binder is superior in both retention and drainage.

These tests are further illustrated in FIGS. 1 and 11.

### Example II

The addition to the paper stock of a small amount of an alumina source, for example, papermaker's alum, sodium aluminate or polyhydroxyaluminum chloride, further enhances the activities observed for the three component coacervate binder system. These further improvements are observed in Figures III and IV. When an alumina source is used, it is preferred to be used at levels ranging from about 0.01 to about 10.0 pounds active $Al_2O_3$ per ton of paper (dried) manufactured.

### Example III

A trial was run at a paper mill in the upper Mideast while this mill was making 67.5 pounds per ream alkaline fine paper. The stock consisted of hardwood Kraft and softwood Kraft fiber with 20% filler loading comprised of an admixture of calcium carbonate, Kaolin, and titanium dioxide. Fillers were added to the pulper. Paper stock pH was 7.5. Polyhydroxyaluminium chloride was added to the save-all with the reclaimed fiber and clarified water returning to the stock system.

Cationic potato starch having a degree of substitution of 0.025 was added to the recycled white water prior to final stock dilution. The same high molecular weight anionic polyacrylamide (PAM) as used before was added to the intake of the centri-screen. Colloidal silica in the form of a 15% sol having a particle size of from 4–5 nanometers was added immediately before the headbox.

At the start of the trial period, stock treatment (I) was 18 #/T cationic potato starch and 2.0 #/T PAM. After 1.25 hours 0.8 #/T of colloidal silica was added to the system. Drainage on the fourdrinier wire increased. The "wet line" receded 2 to 3 feet and couch vacuum dropped from 22 to 19 psi. This facilitated an increase in dilution water stream flow from 1560 to 1627 gallons/minute. Jordan refining was increased from 20 to 31 Amps. First pass retention increased from 86 to 91.5%. Headbox consistency decreased from 1.05% to 0.69%. These changes resulted in a considerable improvement in sheet formation. Sheet moisture before the size press dropped from 6 to 1%. Approximately 28 psi of steam was removed from the main drying section to hold sheet moisture at the size press to 5%.

Two hours after the start of the trail, cationic starch dosage was increased to 25 #/T, PAM dosage was increased to three (3) pounds per ton and colloidal silica dosage was reduced to 0.45 #/T (Stock Treatment II). First pass retention held at 89.5%, drainage on the wire, sheet drying and sheet formation remained essentially unchanged.

An increase in drainage and reduction in dryer steam usage can be utilized by increasing machine speed, hence, increased production rate, or by improved sheet formation with savings in steam costs. The latter option was adopted during the trial.

No significant change in sheet strength with regards to tensile, Mullen or Scott Bond were evident, as shown below for these two treatments.

**8**

| | TREATMENT | |
|---|---|---|
| | I | II |
| Basis Weight | 67.5# | 67.5# |
| Tensile | 25.0 | 24.0 |
| Mullen | 38.0 | 36.0 |
| Scott Bond | 170.0 | 197.0 |

### Example IV

Comparison of Results When Silica Sol was Added Prior to Anionic Polymer

During the same trial period at the paper mill operation reviewed above, the dispersed silica injection point was moved to the inlet of the centri-screen. Previously, this silica sol injection point was at the discharge end exiting the centri-screen. Originally, the injection of dispersed silica followed both the injection of the cationic starch and the injection of the anionic polymer into the paper stock.

With the silica sol injected at the inlet of the centriscreen, the sol was being injected into the paper stock prior to the injection of the anionic polymer. Within 30 minutes of this change being made, the following negative observations were made:

1. Drainage on the fourdrinier was drastically reduced as evidenced by the thruput in the headbox. Typical flows prior to the above change ranged between about 1700–1800 gallons per minute. With the silica being added prior to the anionic copolymer, the thruput fell drastically to about 900 gallons per minute.

2. Paper formation was poor. This was evidenced by the inability of the furnish to drain accompanied by the inability to put more refining on the furnish.

3. Poor drainage and increased energy consumption indicated a poor result. The paper sheet became wetter and the steam usage in the main dryer section increased by at least 15–20 psi.

4. First pass retention worsened as evidenced by increased solids in both the tray waters and the flotation save-all.

5. Machine speed was necessarily reduced by about 8–10%.

It would then appear that the anionic combination of the anionic polymer and dispersed silica most preferably occurs by sequentially adding to the paper stock from 10 to 50 pounds per ton of dried paper of the cationically modified starch, then adding the anionic polymer, followed thereafter by the dispersed silicas. Prior addition of dispersed silica to paper stock containing anionic polymer does not apparently allow formation of the coacervate complex, and the results of binder use is destroyed.

All of the calculations indicating the addition of any ingredient in terms of #/T above refers to the pounds of active ingredients used per ton of dried paper.

Having described my invention, I claim:

1. In a paper-making process in which paper-making stock containing a sufficient amount of cellulosic pulp to give a finished paper containing at least 50% cellulosic fiber is formed and dried; and in which the stock, prior to formation of the sheet, is admixed with from 0.1 to 15% based on the weight of said pulp of a binder, the improvement which comprises using a coacervate binder comprising a cationic starch having a degree of substitution ranging between about 0.01 to about 0.20 in combination with an anionic combination of an anionic

CIBA 039058

4,643,801

9

high molecular weight polymer having a molecular weight of at least 500,000 and a degree of anionic substitution of at least 0.01 and a dispersed silica having a particle size ranging from 1 to 50 nm; and wherein the weight ratio of anionic polymer to silica ranges between about 20:1 to about 1:10, and further, where the cationic starch to silica ratio is between about 100:1 to 1:1.

2. The process of claim 1 in which ratio of cationic starch to anionic combination ranges between about 50:1 to about 5:1 and the weight ratio of anionic polymer to silica sol ranges between about 10:1 to about 1:1, and also wherein the degree of anionic substitution of the anionic polymer is at least 0.10, and the molecular weight of the anionic polymer is at least 1,000,000; the degree of cationic substitution on the cationic starch is from about 0.02–0.10; and the particle size of the dispersed silica ranges from 2–25 nm.

3. The process of claim 2 wherein the pH of the paper stock ranges between about 4 to 9.

4. The process of claim 3 wherein the degree of cationic substitution of starch ranges between about 0.015 to about 0.075 and the cationic starch is a cationically modified potato starch, and wherein the anionic polymer is from the group consisting of copolymers of acrylamide with monomers from the group consisting of acrylic acid, methacrylic acid, AMPS, vinyl sulfonate, sulfonated styrene and mixtures thereof, and modified acrylamide polymers containing at least the sulfonate functional group.

5. In the process of claim 1 or 2, the improvement which comprises forming the binder in situ by a sequential addition to the paper-making stock of the cationic starch, then the anionic polymer then the dispersed silica; each addition occurring after each prior addition has been thoroughly admixed with the paper-making stock.

6. In the process of claim 1 or 2, the improvement which comprises forming the binder in situ by a sequential addition to the paper-making stock of the cationic starch, followed then by an admixture of the silica sol and the anionic polymer; each addition occurring after each prior addition has been thoroughly admixed.

7. In the process of claim 1, the improvement which comprises additionally adding to the paper stock from 0.01 to 10.0 pounds of active alumina, $Al_2O_3$ per ton of dried paper.

8. The process of claim 7 wherein the active alumina is chosen from the group consisting of papermaker's alum, sodium aluninate, or polyhydroxyaluminum chloride.

9. In a paper-making process in which an aqueous paper-making stock containing a sufficient amount of cellulosic pulp to provide a paper having at least 50

10

weight percent cellulosic fiber has added thereto prior to sheet formation a binder and a mineral filler/pigment material having at least partial anionic surface characteristics, the improvement which consists of adding to said paper-making stock, prior to sheet formation, a coacervate binder consisting of a cationically modified potato starch having a degree of cationic substitution ranging between about 0.01 to about 0.15 in combination with an anionic polymer having a molecular weight of at least 1,000,000 and a degree of anionic substitution ranging between about 0.05 to about 0.95, and further in combination with a dispersed silica having a particle size ranging between about 1 nm to about 50 nm, wherein the cationic starch to silica ratio is between 100:1 to about 30:1; the anionic combination has a weight ratio of polymer; silica ranging between about 20:1 to about 1:1, and further wherein the total coacervate binder to mineral filler weight ratio, on a solids basis, is between about 0.005:1 to about 1:1, and further wherein said binder is formed by admixing with paper-making stock, in sequence, the cationic starch, the anionic polymer, and then the dispersed silica and wherein the paper-making stock contains the cellulosic pulp having dispersed therein the mineral filler.

10. The process of claim 9 wherein the pH of the paper-making stock ranges between about 4 to 9.

11. The process of claim 9 wherein the weight ratio of cationically modified potato starch to the anionic combination of anionic polymer and dispersed silica is between about 50:1 to 1:1 and the weight ratio of cationic starch to silica is between about 75:1 to 30:1, and further wherein the binder, on a solids level, is added to said paper-making stock at levels ranging between about 0.05 to about 10 weight percent of said paper-making stock.

12. The process of claim 11 wherein the ratio of cellulosic fibers to mineral filler ranges between about 100:1 to about 1:1 and wherein the ratio of cellulosic fibers to binder is about 200:1 to about-20:1, and wherein the silica particles have a particle size ranging from 1.0 to about 10 nm, the anionic polymer has a molecular weight of at least 5,000,000 and a degree of anionic substitution ranging between about 0.05 to about 0.50 and wherein the potato starch contains a degree of cationic substitution ranging between about 0.01 to about 0.10.

13. An improved process of claim 11 in which form 0.01 to 10.0 pounds of active alumina chosen from the group consisting of papermaker's alum, sodium aluminate, and polyhydroxyaluminum chloride, and mixtures thereof is additionally added per ton of dried paper to the paper stock.

* * * * *

# United States Patent [19]

## Rushmere

[11] Patent Number: 4,798,653

[45] Date of Patent: Jan. 17, 1989

[54] RETENTION AND DRAINAGE AID FOR PAPERMAKING

[75] Inventor: John D. Rushmere, Wilmington, Del.

[73] Assignee: Procomp, Inc., Marietta, Ga.

[21] Appl. No.: 165,634

[22] Filed: Mar. 8, 1988

[51] Int. Cl.⁴ ..................... D21H 3/58; D21H 3/78

[52] U.S. Cl. ..................... 162/168.3; 162/181.6; 162/183

[58] Field of Search ............ 162/168.3, 181.6, 183

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,007,878 | 11/1961 | Alexander et al. | 252/313 |
| 3,052,595 | 9/1962 | Pye | 162/164 |
| 3,620,978 | 11/1971 | Moore, Jr. | 252/313 |
| 3,719,607 | 3/1973 | Moore, Jr. | 252/313 |
| 3,956,171 | 5/1976 | Moore, Jr. et al. | 252/313 |
| 4,006,495 | 2/1977 | Jones | 2/93 |
| 4,305,762 | 12/1981 | Ostreicher et al. | 162/181 |
| 4,305,781 | 12/1981 | Langley et al. | 162/164 |
| 4,309,247 | 1/1982 | Hou et al. | 162/149 |
| 4,385,961 | 5/1983 | Svending et al. | 162/175 |
| 4,388,150 | 4/1983 | Sunden et al. | 162/175 |
| 4,578,150 | 3/1986 | Hou | 162/164.3 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 67735 | 1/1985 | Finland . |
| 67736 | 1/1985 | Finland . |
| 8600100 | 1/1986 | Sweden . |
| 8605826 | 10/1986 | Sweden . |
| 1265496 | 3/1972 | United Kingdom . |
| 1387744 | 3/1975 | United Kingdom . |

Primary Examiner—Peter Chin
Attorney, Agent, or Firm—Luedeka, Hodges & Neely

[57] ABSTRACT

A papermaking stock comprising cellulose fibers in an aqueous medium at a concentration of preferably about 50% by weight of the total solids in the stock including a retention and dewatering aid comprising a two component combination of an anionic polyacrylamide and a cationic colloidal silicia sol. The stock exhibits enhanced resistance to shear forces during the papermaking process. A papermaking process is also described.

10 Claims, No Drawings

CIBA 039060

4,798,653

| 1 | 2 |

## RETENTION AND DRAINAGE AID FOR PAPERMAKING

This invention is directed to an aid for use in enhancing the resistance to shear and the retention of fibrous fines and/or particulate fillers in a paper web formed by vacuum felting of a stock on a wire or the like, and enhancing the dewatering of the web in the course of its formation.

Various aids have been proposed heretofore which enhance the retention and/or dewatering characteristics of a paper web. Specifically, U.S. Pat. Nos. 4,578,150 and 4,385,961 disclose the use of a two-component binder system comprising a cationic starch and an anionic colloidal silicic acid sol as a retention aid when combined with cellulose fibers in a stock from which is formed a paper web by vacuum felting on a wire or the like. Finnish Published Specifications Nos. 67,735 and 67,736 refer to cationic polymeric retention agent compounds including cationic starch and poly-acrylamide as useful in combination with an anionic silicon compound to improve the reception of a sizing. In Specification No. 67,735, the sizing agent is added in the furnish, whereas in Specification No. 67,736, the sizing is applied after the paper web is formed. These documents do not propose nor suggest enhanced resistance of the stock to shear or dewatering enhancement.

Many other prior publications have suggested different combinations of cationic and anionic substances as useful in papermaking. Most frequently, such combinations are specific as regards their relative proportions as in U.S. Pat. No. 4,578,150, or as regards their sequence of addition to the pulp slurry as in U.S. Pat. No. 4,385,961. They further often are limited, as regards their effectiveness, to specific pulps, e.g. chemical, mechanical, thermomechanical, etc.

In International Publication No. W086/05826 there is disclosed the use of anionic colloidal silica sol together with cationic polyacrylamide as a retention aid in a papermaking stock. This disclosure is diametrically opposite to the combination of the present invention.

The basic mechanism by which the cationic and anionic component aids function is often stated in terms of the components forming agglomerates, either alone or in combination with the cellulose fibers, that result in retention of fiber fines and/or mineral fillers. It is well recognized in the papermaking art that a pulp slurry, i.e. stock, undergoes severe shear stress at various stages in the papermaking process. After digestion, the stock may be beaten or refined in any of the several ways well known in the papermaking industry or it may be subjected to other similar treatments prior to the deposition of the stock onto a papermaking wire or the like for dewatering and web formation. For example, in a typical papermaking process, after digestion (and possibly bleaching), and even after beating and refining steps, the stock is subjected to shear forces associated with mixing and particularly to hydrodynamic shear associated with flow of the stock through such equipment as distribution devices, some of which divide the pulp stream and then recombine the streams at high velocities and in a manner that promotes mixing by means of high turbulence prior to the stock entering the headbox. Each time the stock is caused to flow from one location to another, it encounters shear, as when flowing through a conduit. Such shear is exacerbated by the high flow velocities encountered in the more modern mills where the paper

web is formed as speeds in excess of 4000 feet per minute, thereby requiring larger volumes of stock flow which often translates into greater flow velocities and greater hydrodynamic shear. All of these sources of shear tend to diminish or destroy the flocs or agglomerates developed by the added aids.

Shear stress continues to be experienced by the stock, and in fact is more severe in many instances, as it leaves the headbox, flows onto the wire, and is dewatered. Specifically, as the stock is discharged from the headbox through a manifold, thence a slice, onto the moving wire, there are very strong shear forces exerted upon both the liquid and the solids content of the stock. For example, in those papermaking mechanisms which employ slice jets, there is boundary shear between the stream flowing through each jet and the jet walls. The slice lips can be considered as flat plates held parallel to the main direction of flow; as the fluid travels farther along the plate, the shearing forces, due to the region of viscous action, accomplish the retardation of a continually expanding portion of the flow. As the velocity gradient at the boundary surface is reduced, the growth in boundary layer thickness along the plate is paralleled by a steady increase in boundary shear.

The stock on the wire is subjected to still further hydrodynamic, including shear, forces. Paper sheet forming is predominantly a hydrodynamic process which affects all the components of the stock including fibers, fines, and filler. The fibers may exist as relatively mobile individuals or they may be connected to others as part of a network, agglomerate or mat. The motions of the individual fibers follow the fluid motions closely because the inertial force on a single fiber is small compared with the viscous drag on it. However, the response of the fibers to fluid drag may be drastically modified when they are consolidated in a network or fiber mat. Chemical and colloidal forces are recognized to play a significant part in determining whether the fibers assume a network or mat geometry, such being particularly true with respect to fines and fillers. In commercial systems, heretofore, it has been generally conceded that the hydrodynamic forces exert a significant influence upon the sheet formation and that the degree of this influence is in proportion to the geometry of the fibers, fines and fillers in the stock as the stock reaches the wire and the degree to which this geometry is maintained during the sheet forming stage. Examples of the shear forces experienced by a stock during sheet forming include oriented shear due to velocity differences between the flow of stock and the speed of the wire at the instant the stock contacts the wire. Other shear forces arise as a consequence of the several water removal devices associated with the sheet forming including the application of vacuum at table rolls, drainage foils, etc.

These shear forces encountered by the stock tend toward deflocculation or deagglomeration of the fiber-fines-fillers-aids complexes whose intended function is to maintain their identity in order to obtain the desired intended results of filler and fines retention, good dewatering during web formation, etc. with improved, or no substantial loss of strength and like properties in the paper product. In the prior art it is not known precisely what mechanisms take place as respects the complexing of cellulose fibers, fillers and cationic and anionic aids, but in any event, the present inventor has found that the deleterious effects of shear upon the complexes is re-

CIBA 039061

4,798,653

| 3 | 4 |

duced or substantially eliminated through the use of the aid and process disclosed herein.

It is therefore an object of the present invention to provide a papermaking stock having improved resistance to shear forces that arise in the course of the papermaking process.

It is another object of the invention to provide an improved combination of additives for a papermaking stock.

It is another object of the present invention to provide a papermaking stock having improved drainage and retention properties.

It is another object of the present invention to provide a papermaking stock which exhibits improved resistance to shear forces and improved retention and drainage properties over a substantial range of pH values.

It is another object to provide an improved papermaking process.

Other objects and advantages will be apparent from the disclosures contained herein.

In accordance with the present invention, a papermaking stock comprising cellulose fibers in an aqueous medium at a concentration of preferably at least about 50 percent by weight of the total solids in the stock is provided with a retention and dewatering aid comprising a two-component combination of an anionic polyacrylamide and a cationic colloidal silica sol in advance of the deposition of the stock onto a papermaking wire. The stock so combined has been found to exhibit good dewatering during formation of the paper web on the wire and desirably high retention of fiber fines and fillers in the paper web products under conditions of high shear stress imposed upon the stock.

The present invention has been found to be effective with pulps of both hardwoods or softwoods or combinations thereof. Pulps of the chemical, mechanical (stoneground), semichemical, or thermomechanical types are suitable for treatment in accordance with the present process. In particular, the present invention has been found to provide shear-resistant complexed stocks where there is present in the stock substantial lignosulfates or abietic acid as might be encountered especially in unbleached mechanical pulps or in other pulps due to accumulation of these substances in recirculated white water.

Inorganic fillers such as clays, calcium carbonate, titanium oxide, and/or recycled broke or other cellulosic waste may suitably be incorporated in stocks processed in accordance with the present invention.

The cationic component supplied to the stock is of a colloidal silica sol type such as colloidal silicic acid sol and preferably such a sol which has at least one layer of aluminum atoms on the surface of the siliceous component. A suitable sol is prepared according to the methods such as described in U.S. Pat. Nos. 3,007,878; 3,620,978; 3,719,607 and 3,956,171, each of which is incorporated herein by reference. Such methods involve the addition of an aqueous colloidal silica sol to an aqueous solution of a basic aluminum salt such that the silica surface is coated with a positive aluminum species rendering the sol cationic. This sol is unstable under normal conditions of storage and, therefore, is preferably stabilized with an agent such as phosphate, carbonate, borate, magnesium ion or the like as is known in the art. Surface aluminum to silicon mol ratios in the sol may range from between about 1:2 to about 2:1, and

preferably 1:1.25 to 1.25:1 and most preferable 1:1, the latter being desirably more stable.

Particle size of the sol particulates appears to exhibit a lesser effect in determining the efficacy of the sol as used in the present process than certain other properties such as aluminum/silicon mol ratio, etc. Particle sizes of between about 3 and 30 nm can be employed. The smaller size ranges are preferred because of their generally superior performance.

The anionic component of the present invention comprises a polyacrylamide having a molecular weight in excess of 100,000, and preferably between about 5,000,000 and 15,000,000. The anionicity (degree of carboxyl fraction present) of the polyacrylamide may range between about 1 to about 40 percent, but polyacrylamides having an anionicity of less than about 10 percent, when used with the cationic colloidal silica sols, have been found to give the best all-around balance between freeness, dewatering, fines retention, good paper formation and strength, and resistance to shear.

Suitable anionic polyacrylamides may be obtained either by hydrolysis of a preformed polyacrylamide or by copolymerization of acrylamide with acrylic acid. Anionic polyacrylamides and anionic copolymers derived from the copolymerization of acrylamide with methacrylamide also may be employed in the present invention. The polymer products of either of these methods of production appear to be suitable in the practice of the present invention. As noted hereinabove, the lesser degrees of anionicity are preferred for all-around benefits but optimum shear resistance with acceptable accompanying retention and dewatering properties has been found to occur with those polyacrylamides having an anionicity of between about 1 to 10 percent. Suitable anionic polyacrylamides are commercially available from Hitek Polymers, Inc., Louisville, Ky., (Polyhall brand), from Hyperchem, Inc., Tampa, Fla. (Hyperfloc brand), or Hercules, Inc., Wilmington, Del. (Reten brand) as indicated in the following Table A:

TABLE A

| Polymer | Average Molecular Weight Range (MM) | % Carboxyl |
|---|---|---|
| Polyhall 650 | 10 | 5 |
| Polyhall 540 | 10 | 15-20 |
| Polyhall 23 | 10-15 | 2 |
| Polyhall 7J | 10-15 | 7 |
| Polyhall 21J | 10-15 | 21 |
| Polyhall 33J | 10-15 | 33 |
| Polyhall 40J | 10-15 | 40 |
| Polyhall CFN020 | 5 | 5 |
| Polyhall CFN031 | 10 | 12 |
| Hyperfloc A.F302 | 10-15 | 2-5 |
| Reten 521 | 15 | 10 |
| Reten 523 | 15 | 30 |

Of these polymers, the Polyhall 650 provides a combination of good dewatering retention, and shear resistance, while minimizing floc size, and therefore is a preferred polymer for use in the present invention. For addition to the stock, the cationic polymer is prepared as a relatively dilute solution containing about 0.15 percent by weight or less.

In the papermaking process, the cationic colloidal silica sol and the anionic polyacrylamide are added sequentially directly to the stock at or briefly before the stock reaches the headbox. Little difference in fines retention or shear resistance is noted when the order of component introduction is alternated between cationic

CIBA 039062

4,798,653

5

component first or anionic component first although it is generally preferred to add the cationic component first. As noted above, in the practice of the invention, the sol and polymer component are preformed as relatively dilute aqueous solutions and added to the dilute stock or slightly ahead of the headbox in a manner that promotes good distribution, i.e. mixing, of the additive with the stock.

Acceptable dewatering, retention and shear resistance properties of the stock are obtained when the cationic and anionic components are added to the stock in amounts representing between about 0.01 and about 2.0 weight percent for each component, based on the solids content of the treated stock. Preferably, the concentration of each component is between about 0.2 to about 0.5 weight percent.

In the following Examples, which illustrate various aspects of the invention, the cationic component was a cationic colloidal silica sol prepared according to the teachings of U.S. Pat. No. 3,956,171. Specifically, in the production of the sol, conditions are selected to provide a surface aluminum/silicon mol ratio of from about 1:2 to 2:1, preferably about 1:1.25 to 1.25:1. It has been found that a sol having a surface aluminum/silicon mol ratio of 1:1 is most stable under those conditions existing in papermaking, so that sols with the 1:1 mol ratio are most suitable.

The anionic component used in the Examples comprised various anionic polyacrylamides, each of which is commercially available and identified hereinabove. For addition to the papermaking stock, the anionic polyacrylamides were prepared as dilute solutions of 0.15 weight percent or less as noted. Whereas the pH of the stock in the several Examples was chosen to be pH 4 and pH 8, it is to be recognized that the present invention is useful with stocks having a pH in the range of about pH 4 to pH 9.

### EXAMPLE 1

#### DEWATERING OF GROUNDWOOD PULP

Groundwood pulp is characterized by having a high percentage of fines and low dewatering (freeness). For these tests a 0.3 wt. % stock was prepared from 100% stoneground wood (40% poplar, 60% black spruce). To the stock was added 1.5g/l of sodium sulfate decahydrate to provide a specific conductivity of 115mS/cm similar to that of a typical papermaking process. The pH of the stock was adjusted to either pH 4 or pH 8 by means of dilute sodium hydroxide and sulfuric acid solutions and Canadian Standard Freeness Tests were then run to determine drainage in the presence of various amounts of polyacrylamide and cationic sol.

The polyacrylamide used was Polyhall 650 and was added in amounts up to 1.0 wt % (20 lbs./ton) based on the pulp content of the stock. The cationic sol used is described above and was used in amounts up to 1.5 wt. % of the pulp.

In conducting the tests, one liter of stock was first measured into a Britt Dynamic Drainage Jar as described by K. Britt and J. P. Unbehend in Research Report 75, 1/10, 1981, published by Empire State Paper Research Institute (ESPRI), Syracuse, N.Y. 13210. The bottom of the jar had been blocked off to prevent drainage but to maintain mixing conditions similar to those used in subsequent retention and shear force tests described in later examples. The stock was agitated at 800 rpm for 15 seconds and excellent agitation obtained by means of this and the vanes on the side of the jar. The

6

cationic silica sol was next added as dilute solution with 15 seconds allowed for mixing followed by addition of the dilute polyacrylamide solution. After a further 15 seconds of mixing the contents of the jar were transferred to the hold cup of a Canadian Standard Freeness Tester and the freeness measured.

The results of these tests are presented in Table 1 where it may be seen that the polyacrylamide by itself showed no beneficial effect in increasing the drainage of the stock either at pH 4 or pH 8 (Tests 1–3). Addition of papermakers alum to the system produced no beneficial effect at pH 4. At pH 8, lower loadings of alum increased drainage but this benefit was lost as alum loading was increased (Tests 4–7). In contrast to this, use of the cationic sol in increasing amounts produced a steady increase in drainage both at pH 4 and pH 8 (tests 8–12). Significant improvements in drainage were maintained at both pH levels as the polyacrylamide loading was reduced (Tests 13–15).

In Tests 16–20, the polyacrylamide and the cationic sol were increased to very high loadings to demonstrate that further gains in drainage could be obtained and that the system has a broad range of operability.

#### TABLE 1

| | DRAINAGE AS A FUNCTION OF SOL AND POLYMER LOADING | | | | |
|---|---|---|---|---|---|
| | 100% Stoneground Wood (40% poplar, 60% Black Spruce) | | | | |
| | Polyhall 650 Polyacrylamide | | | | |
| Test No. | % Polymer Loading | % Cationic Sol Loading | % Alum Loading | Freeness, ml | |
| | | | | pH 4 | pH 8 |
| 1 | — | — | — | 94 | 81 |
| 2 | 0.1 | — | — | 68 | 53 |
| 3 | 0.2 | — | — | 58 | 38 |
| 4 | 0.2 | — | 0.5 | 80 | 150 |
| 5 | 0.2 | — | 1.0 | 75 | 163 |
| 6 | 0.2 | — | 2.0 | 68 | 84 |
| 7 | 0.2 | — | 5.0 | 66 | 82 |
| 8 | 0.2 | 0.25 | — | 74 | 80 |
| 9 | 0.2 | 0.5 | — | 106 | 116 |
| 10 | 0.2 | 0.6 | — | 130 | 134 |
| 11 | 0.2 | 0.75 | — | 190 | 180 |
| 12 | 0.2 | 1.0 | — | 200 | 246 |
| 13 | 0.1 | 1.0 | — | 192 | 205 |
| 14 | 0.05 | 1.0 | — | 160 | 156 |
| 15 | 0.025 | 1.0 | — | 144 | 130 |
| 16 | 0.4 | 1.0 | — | 205 | 265 |
| 17 | 0.6 | 1.0 | — | 220 | 310 |
| 18 | 0.8 | 1.0 | — | 235 | 320 |
| 19 | 1.0 | 1.0 | — | 240 | 330 |
| 20 | 1.0 | 1.5 | — | 335 | 376 |

### EXAMPLE 2

#### DRAINAGE AS A FUNCTION OF POLYMER ANIONICITY

In this series of tests, the freeness resulting from the use of a variety of anionic polyacrylamides together with cationic sol was examined in a similar manner to that described in Example 1. The stock was again 100% stoneground wood (40% poplar, 60% black spruce). It may be seen from the results in Table 2 that all of the cationic sol/polymer combinations show improved drainage but that the changes in anionicity only show significant variations under alkaline conditions.

CIBA 039063

7     4,798,653     8

### TABLE 2

**DRAINAGE AS A FUNCTION OF POLYMER ANIONICITY**
100% Stoneground Wood (40% poplar, 60% Black Spruce)
Various Polyhall Polyacrylamides

| Test No. | Polyhall Polymer Used | Wt. % Polymer Loading | Wt. % Cationic Sol Loading | Freeness, ml pH 4 | pH 8 |
|---|---|---|---|---|---|
| 1 | — | — | — | 94 | 81 |
| 2 | 2J | 0.1 | 0.3 | — | 72 |
| 3 | 7J | 0.1 | 0.3 | — | 72 |
| 4 | 21J | 0.1 | 0.3 | — | 110 |
| 5 | 33J | 0.1 | 0.3 | — | 160 |
| 6 | 40J | 0.1 | 0.3 | — | 140 |
| 7 | 54J | 0.1 | 0.5 | — | 124 |
| 8 | 2J | 0.1 | 0.5 | — | 100 |
| 9 | 7J | 0.1 | 0.5 | — | 118 |
| 10 | 21J | 0.1 | 0.5 | — | 210 |
| 11 | 33J | 0.1 | 0.5 | — | 245 |
| 12 | 40J | 0.1 | 0.5 | — | 165 |
| 13 | 2J | 0.1 | 1.0 | — | 320 |
| 14 | 7J | 0.1 | 1.0 | — | 350 |
| 15 | 21J | 0.1 | 1.0 | — | 355 |
| 16 | 33J | 0.1 | 1.0 | — | 355 |
| 17 | 40J | 0.1 | 1.0 | — | 320 |
| 18 | 33J | 0.05 | 1.0 | — | 258 |
| 19 | 33J | 0.10 | 1.0 | — | 355 |
| 20 | 33J | 0.15 | 1.0 | — | 415 |
| 21 | 33J | 0.20 | 1.0 | — | 410 |
| 22 | 33J | 0.30 | 1.0 | — | 360 |
| 23 | 54J | 0.2 | 1.0 | 207 | — |
| 24 | 2J | 0.2 | 1.0 | 192 | — |
| 25 | 7J | 0.2 | 1.0 | 233 | — |
| 26 | 21J | 0.2 | 1.0 | 218 | — |
| 27 | 33J | 0.2 | 1.0 | 182 | — |
| 28 | 40J | 0.2 | 1.0 | 207 | — |

### TABLE 3-continued

**DRAINAGE OF CHEMICAL PULP**
(70% Hardwood, 30% Softwood)

| Test # | Wt. % Polyhall 650 Loading | Wt. % Cationic Sol Loading | Wt. % Alum Loading | Freeness, ml pH 4 | pH 8 |
|---|---|---|---|---|---|
| 6 | 0.2 | — | 2.0 | 212 | 405 |
| 7 | 0.2 | — | 3.0 | 215 | 365 |
| 8 | 0.2 | 0.25 | — | 495 | 460 |
| 9 | 0.2 | 0.5 | — | 530 | 560 |
| 10 | 0.2 | 0.5 | 1.0 | 440 | 530 |
| 11 | 0.2 | 0.6 | — | 540 | 550 |
| 12 | 0.2 | 0.75 | — | 535 | 565 |
| 13 | 0.2 | 1.0 | — | 547 | 540 |
| 14 | 0.1 | 0.5 | — | 460 | 460 |
| 15 | 0.05 | 0.5 | — | 375 | 370 |
| 16 | 0.025 | 0.5 | — | 325 | 335 |
| 17 | 0.4 | 0.5 | — | 600 | 565 |
| 18 | 0.6 | 0.5 | — | 540 | 563 |
| 19 | 0.8 | 0.5 | — | 610 | 565 |
| 20 | 1.0 | 0.5 | — | 610 | 560 |
| 21 | 1.0 | 1.0 | — | 700 | 650 |

## EXAMPLE 4

### DRAINAGE OF THERMOMECHANICAL PULP

In this example a 0.3 wt. % stock from a thermomechanical pulp of 100% Aspen origin was prepared. 1.5 g/l of sodium sulfate decahydrate was added to simulate electrolytes. The Canadian Standard Freeness Tests listed in Table 4 show that with this stock, improved drainage at both pH 4 and pH 8 was obtained using Polyhall 7J anionic polyacrylamide with cationic sol versus the use of the same polyacrylamide with alum.

### TABLE 4

**DRAINAGE OF THERMOMECHANICAL PULP**
(100% Aspen)

| Test # | Wt. % Polyhall 7J Loading | Wt. % Cationic Sol Loading | Wt. % Alum Loading | Freeness, ml pH 4 | pH 8 |
|---|---|---|---|---|---|
| 1 | — | — | — | 240 | 210 |
| 2 | 0.1 | — | — | 92 | 50 |
| 3 | 0.2 | — | — | 64 | 25 |
| 4 | 0.2 | — | 0.5 | 66 | 200 |
| 5 | 0.2 | — | — | 60 | 270 |
| 6 | 0.2 | — | 2.0 | 66 | 265 |
| 7 | 0.2 | 0.25 | — | 225 | 230 |
| 8 | 0.2 | 0.50 | — | 375 | 415 |
| 9 | 0.2 | 0.75 | — | 475 | 526 |
| 10 | 0.2 | 1.0 | — | 535 | 550 |
| 11 | 0.2 | 0.5 | 1.0 | 365 | 490 |

## EXAMPLE 3

### DRAINAGE OF CHEMICAL PULP

In this example a series of tests was conducted using a bleached chemical pulp comprised of 70% hardwood and 30% softwood. A 0.3 wt. % stock was prepared and 1.5 g/l of sodium sulfate decahydrate was again added to provide a specific conductivity similar to that of a typical white water. Drainage tests were conducted using various amounts of Polyhall 650 anionic polyacrylamide, cationic sol and alum at both pH 4 and pH 8.

It may be seen from the results in Table 3 that at pH 4 the combination of the anionic polyacrylamide with the cationic sol is far more effective in increasing drainage (freeness) than the combination of the polyacrylamide with papermakers alum (cf Tests 4–7 with Tests 8–13). At pH 8 the differences are not as large but higher freeness is still obtainable with the cationic sol. Tests 17–21 show that very high freeness can be obtained by using larger quantities of the anionic polyacrylamide and the cationic sol.

### TABLE 3

**DRAINAGE OF CHEMICAL PULP**
(70% Hardwood, 30% Softwood)

| Test # | Wt. % Polyhall 650 Loading | Wt. % Cationic Sol Loading | Wt. % Alum Loading | Freeness, ml pH 4 | pH 8 |
|---|---|---|---|---|---|
| 1 | — | — | — | 295 | 280 |
| 2 | 0.1 | — | — | 265 | 195 |
| 3 | 0.2 | — | — | 230 | 145 |
| 4 | 0.2 | — | 0.5 | 225 | 500 |
| 5 | 0.2 | — | 1.0 | 215 | 460 |

## EXAMPLE 5

### DRAINAGE/RETENTION OF CHEMICAL THERMOMECHANICAL PULP

In this example, the freeness of a chemical thermomechanical pulp was examined. In addition, to obtain a measure of fines retention, turbidity measurements were made on the white water drainage from the freeness tests. The furnish was of 0.3 wt. % consistency with 1.5 g/l sodium sulfate decahydrate as electrolyte. The combination of anionic polyacrylamide with cationic sol at pH 4 showed a greater response to both improved freeness and improved retention (lower turbidity) than did the polyacrylamide combined with alum. At pH 8, the freeness of both combinations remained at comparable values although the cationic sol system showed better retention. The results are given in Table 5.

CIBA 039064

4,798,653

9                                                                      10

### TABLE 5

| | DRAINAGE/RETENTION OF CHEMICAL THERMOMECHANICAL PULP | | | | | | |
|---|---|---|---|---|---|---|---|
| Test # | Wt. % Hyperfloc AF 302 Loading | Wt. % Cationic Sol Loading | Wt. % Alum Loading | pH 4 Freeness | Turbidity | pH 8 Freeness | Turbidity |
| 1 | 0.025 | — | — | 325 | 124 | | |
| 2 | 0.025 | — | 0.25 | 325 | 150 | | |
| 3 | 0.025 | — | 0.5 | 320 | 140 | | |
| 4 | 0.025 | — | 1.0 | 320 | 140 | | |
| 5 | 0.025 | 0.25 | — | 345 | 66 | | |
| 6 | 0.025 | 0.5 | — | 365 | 43 | | |
| 7 | 0.025 | 1.0 | — | 360 | 42 | | |
| 8 | 0.05 | — | — | 285 | 170 | 175 | 240 |
| 9 | 0.05 | — | 0.25 | 280 | 160 | 250 | 182 |
| 10 | 0.05 | — | 0.5 | 280 | 160 | 445 | 44 |
| 11 | 0.05 | — | 1.0 | 285 | 142 | 335 | 60 |
| 12 | 0.05 | 0.25 | — | 355 | 49 | 375 | 49 |
| 13 | 0.05 | 0.5 | — | 395 | 28 | 390 | 26 |
| 14 | 0.05 | 0.1 | — | 410 | 28 | 395 | 24 |

## EXAMPLE 6

### FINES RETENTION AND DRAINAGE OF FILLED PULP

For these tests a 0.5 wt. % filled pulp stock comprising 70% chemical pulp (70% hardwood, 30% softwood), 29% Klondyke clay and 1% calcium carbonate was prepared. 1.5 g/l sodium sulfate decahydrate was added as electrolyte.

Britt Jar Tests for fines retention were then conducted using various loadings of Polyhall 650 anionic polyacrylamide with either alum or cationic sol. A constant stirrer speed of 800 rpm was used and tests were made at both pH 4 and pH 8. Table 6 lists the results.

It may be seen that at Polyhall 650 anionic polyacrylamide loadings of 0.1 wt %, use of the cationic sol gives superior retentions to the use of reference alum at both pH 4 and pH 6 (cf Tests 9–12 with Tests 3–5). At higher Polyhall 650 loadings of 0.2 wt. % superiority of the cationic sol over alum is maintained at pH 4. At pH 8 the differences are no longer marked.

Also included in Table 6 are some freeness values for the same pulp system (diluted to 0.3 wt. % consistency) at additive loadings corresponding to high fines retention levels. A clear superiority in drainage for the use of cationic sol versus alum is demonstrated.

### TABLE 6

| | FINES RETENTION AND DRAINAGE OF FILLED PULP | | | | |
|---|---|---|---|---|---|
| Test # | Wt. % Polyhall 650 Loading | Wt. % Cationic Sol Loading | Wt. % Alum Loading | pH 4 % Fines Retention | pH 8 % Fines Retention |
| 1 | 0.1 | — | — | 44.3 | 49.9 |
| 2 | 0.2 | — | — | 56.0 | 71.4 |

### TABLE 6-continued

| | FINES RETENTION AND DRAINAGE OF FILLED PULP | | | | |
|---|---|---|---|---|---|
| Test # | Wt. % Polyhall 650 Loading | Wt. % Cationic Sol Loading | Wt. % Alum Loading | pH 4 | pH 8 |
| 3 | 0.1 | — | 0.5 | 44.1 | 47.9 |
| 4 | 0.1 | — | 1.0 | 44.5 | 42.7 |
| 5 | 0.1 | — | 2.0 | 44.4 | 46.1 |
| 6 | 0.2 | — | 0.5 | 55.2 | 39.7 |
| 7 | 0.2 | — | 1.0 | 55.6 | 56.5 |
| 8 | 0.2 | — | 2.0 | 54.0 | 73.0 |
| 9 | 0.1 | 0.25 | — | 72.8 | 69.5 |
| 10 | 0.1 | 0.50 | — | 63.3 | 70.2 |
| 11 | 0.1 | 0.75 | — | 62.4 | 63.2 |
| 12 | 0.1 | 1.00 | — | 55.5 | 61.3 |
| 13 | 0.2 | 0.25 | — | 81.7 | 90.6 |
| 14 | 0.2 | 0.50 | — | 86.6 | 90.4 |
| 15 | 0.2 | 0.75 | — | 86.6 | 88.4 |
| 16 | 0.2 | 1.00 | — | 88.9 | 88.0 |
| | | | | Freeness, ml | |
| 17 | 0.2 | — | 1.0 | 265 | 330 |
| 18 | 0.2 | — | 2.0 | 260 | 310 |
| 19 | 0.2 | 0.25 | — | 475 | 450 |
| 20 | 0.2 | 0.50 | — | 475 | 485 |

## EXAMPLE 7

### ADDITIVE EFFECT OF CATIONIC SOL ON DRAINAGE AND RETENTION

In this example the benefits of adding both cationic sol and anionic polyacrylamide versus anionic polyacrylamide alone to a filled pulp system containing alum was demonstrated. Freeness and white water turbidity measurements were made on a stock similar to that described in Example 6. Two commercial anionic polyacrylamide retention aids were used. Table 7 shows a significant enhancement in both freeness and fines retention (lower white water turbidity) on adding cationic sol in addition to alum and polyacrylamide (cf Tests 7–10 with Test 4, and Tests 18–19 with Test 17).

### TABLE 7

| ADDITIVE EFFECT OF CATIONIC SOL ON DRAINAGE AND RETENTION (Filled Chemical Pulp at pH 4.0) | | | | | |
|---|---|---|---|---|---|
| Test # | Wt. % Polymer Loading | Wt. % Alum Loading | Wt. % Cationic Sol Loading | Freeness ml | Turbidity N.T.A. Units |
| Using Reten 521 | | | | | |
| 1 | 0.05 | — | — | 290 | 90 |
| 2 | 0.05 | 0.25 | — | 290 | 97 |
| 3 | 0.05 | 0.5 | — | 295 | 95 |
| 4 | 0.05 | 1.0 | — | 295 | 92 |
| 5 | 0.05 | 1.5 | — | 295 | 93 |
| 6 | 0.05 | 2.0 | — | 295 | 93 |
| 7 | 0.05 | 1.0 | 0.125 | 410 | 39 |

CIBA 039065