4,798,653

11                                                                                12

TABLE 7-continued

ADDITIVE EFFECT OF CATIONIC SOL ON DRAINAGE AND RETENTION
(Filled Chemical Pulp at pH 4.0)

| Test # | Wt. % Polymer Loading | Wt. % Alum Loading | Wt. % Cationic Sol Loading | Freeness ml | Turbidity N.T.A. Units |
|---|---|---|---|---|---|
| 8 | 0.05 | 1.0 | 0.25 | 455 | 33 |
| 9 | 0.05 | 1.0 | 0.5 | 435 | 41 |
| 10 | 0.05 | 1.0 | 1.0 | 385 | 45 |
| Using Reten 523 | | | | | |
| 15 | 0.05 | — | — | 285 | 98 |
| 16 | 0.05 | 0.5 | — | 275 | 99 |
| 17 | 0.05 | 1.0 | — | 290 | 96 |
| 18 | 0.05 | 1.0 | 0.25 | 360 | 68 |
| 19 | 0.05 | 1.0 | 0.5 | 335 | 86 |
| 20 | 0.05 | 1.0 | 1.0 | 285 | 134 |

## EXAMPLE 8

### RESISTANCE OF FINES RETENTION TO TURBULENCE

The improved resistance of pulp fines flocs formed from the co-use of anionic polyacrylamide with cationic sol to the effects of machine shear forces was demonstrated by further Britt Jar Tests using a filled pulp system similar to that of Example 6, but with variations in the speed of the stirrer. Higher stirring speed corresponds to higher shear. The tests were conducted at both pH 4 and pH 8 at two loadings of Polyhall 650 anionic polyacrylamide but at constant loadings of either 1.0 wt. % alum or 0.5 wt. % cationic sol. The superior performance of cationic sol versus alum is clearly shown at pH 4 in Table 8.

TABLE 8

RESISTANCE OF FINES RETENTION TO TURBULENCE
Filled Chemical Pulp

| | | | % Fines Retention | | | |
|---|---|---|---|---|---|---|
| | Wt. % | | pH 4 | | pH 8 | |
| Test # | Polyhall 650 Loading | Turbulence r.p.m. | Alum | Cat. Sol | Alum | Cat. Sol |
| 1 | 0.1 | 600 | 89.4 | 90.5 | 94.9 | 95.1 |
| 2 | 0.1 | 800 | 43.7 | 70.9 | 56.2 | 67.8 |
| 3 | 0.1 | 1000 | 34.5 | 50.8 | 53.3 | |
| 4 | 0.2 | 600 | 82.1 | 98.3 | 97.8 | 99.2 |
| 5 | 0.2 | 800 | 56.3 | 87.1 | 87.0 | 90.4 |
| 6 | 0.2 | 1000 | 30.4 | 71.2 | 76.0 | 82.0 |

Constant alum loading of 1.0 wt. %
Constant cationic sol loading of 0.5 wt. %

Further tests were conducted to demonstrate the retention, under conditions of increased shear, of the present invention versus a commercial prior art system employing colloidal silica. In these tests, the stock used was a fine paper stock comprising 70% pulp (70% hardwood and 30% softwood), 29% clay and 1% calcium carbonate. The pH of the stock was adjusted to 4.5. In these tests, the loadings of the anionic polyacrylamide was selected at the equivalent of 3 lb/ton (0.15 wt. %) and the cationic sol at 12 lb/ton (0.6 wt. %). Britt Jar tests were conducted at different agitation speeds to simulate different magnitudes of shear. The order of addition of the cationic and anionic components were reversed in certain of the tests to illustrate the effect of order of component addition. The results of these tests are given in Table 9. Further tests were conducted in like manner except that 100 ppm of lignin sulfonate, a representative anionic impurity, was added to the stock. The Table 10 shows the results of these tests and shows the superiority of the present invention. The "prior art" referred to in Tables 9 and 10 comprised anionic colloidal silica sol plus cationic starch marketed under the tradename Compozil by Procomp of Marietta, Ga.. The loadings employed in all tests were of 8 lb/ton (0.4 wt. %) of anionic colloidal silica plus 20 lb/ton (1.0 wt. %) of cationic starch. The loadings stated for each system had been established as giving nearly optimum values in fines retention for that system.

TABLE 9

RESISTANCE TO SHEAR FORCES

| | | % Fines Retention | | |
|---|---|---|---|---|
| Component Added First | Turbulence r.p.m. | Polyhall 23/ Cationic Sol | Polyhall 71/ Cationic Sol | Prior-Art |
| Cationic | 600 | 90 | 73 | 87 |
| Cationic | 800 | 87 | 75 | 69 |
| Cationic | 1000 | 85 | 74 | 54 |
| Anionic | 600 | 99 | 95 | 93 |
| Anionic | 800 | 100 | 80 | 61 |
| Anionic | 1000 | 96 | 65 | 51 |

TABLE 10

RESISTANCE TO SHEAR FORCES

| | | % Fines Retention | | |
|---|---|---|---|---|
| Component Added First | Turbulence r.p.m. | Polyhall 23/ Cationic Sol | Polyhall 71/ Cationic Sol | Prior Art |
| Cationic | 600 | 96 | 90 | 57 |
| Cationic | 800 | 94 | 85 | 38 |
| Cationic | 1000 | 85 | 84 | 36 |
| Anionic | 600 | 87 | 80 | 72 |
| Anionic | 800 | 81 | 70 | 43 |
| Anionic | 1000 | 52 | 58 | 38 |

What is claimed is:

1. In a papermaking stock including cellulose fibers in a concentration of at least about 50% by weight of such fibers in an aqueous medium the improvement comprising:

a cationic component comprising a colloidal silica sol compound selected from the group consisting of colloidal silicic acid sol, colloidal silicic acid sol modified with at least one surface layer of aluminum atoms,

an anionic component selected from the group consisting of polyacrylamide prepared by the hydrolysis of polyacrylamide, polyacrylamide prepared by the copolymerization of acrylic acid with acrylamide, and polyacrylamide derived from the copolymerization of acrylamide with methacrylamide,

said cationic component being present in the stock in a concentration between about 0.01 to about 2.0 weight percent based on the solids content of the stock,

CIBA 039066

4,798,653

13

said anionic component being present in said stock at a concentration from about 0.01 to about 1.0 weight percent based on the solids content of the stock,

whereby said stock is rendered effectively resistant to destruction of its retention and dewatering properties by shear forces incurred by said stock in the course of forming of the stock into a paper web.

2. The papermaking stock of claim 1 wherein said cationic component and said anionic components are present in a ratio of between about 1:100 and 100:1.

3. The papermaking stock of claim 2 wherein said cationic component and said anionic components are present in a ratio of between about 1:10 and 10:1.

4. The papermaking stock of claim 1 wherein the pH of said stock is between about 4 and about 9.

5. The papermaking stock of claim 1 wherein said anionic component exhibits an anionicity of between about 1 and about 40 percent.

6. The papermaking stock of claim 5 wherein said anionic component exhibits an anionicity of less than about 10 percent.

7. The papermaking stock of claim 1 wherein said anionic component has a molecular weight in excess of between about 100,000 and about 15,000,000.

14

8. The papermaking stock of claim 7 wherein said anionic component has a molecular weight between about 5,000,000 and 15,000,000.

9. The papermaking stock of claim 1 wherein said cationic component has a particle size of between about 3 and 30 nanometers.

10. A papermaking process employing a stock comprising at least about 50% by weight of cellulose fibers in an aqueous medium having a pH between about 3 and about 9, introduced from a headbox containing said stock onto a moving papermaking wire and vacuum felted thereon including the steps of:

introducing to said stock prior to its removal from said headbox onto said wire, a cationic colloidal silica sol component,

separately introducing to said furnish prior to its removal from said headbox onto said wire an anionic polyacrylamide component,

said cationic and said anionic components being present in a ratio of between about 1:10 and 10:1 based on weight and each component representing between about 0.01 and 1.0 weight percent of said stock based on total solids of said stock, and

providing a time lapse between said introductions of said components sufficient to permit good mixing of said components with said stock.

* * * * *

CIBA 039067

1o2-152.3     AU 133     EX
CCC34     OR     4,798,653

UNITED STATES P.

# CERTIFICATE OF CORRECTION

PATENT NO. :  4,798,653

DATED     :  January 17, 1989

INVENTOR(S) :  John D. Rushmere

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

Title page:

In the name of the <u>Assignee</u>, after Procomp, delete -- , Inc. --

Column 2, line 1, change "as" to -- at --.

Column 9, line 37, "pH 6" should be -- pH 8 --.

Table 6, column 9, "% Fines Retention" should be moved up.

In the Claims:

Claim 6, second line, change "are" to -- an --.

Claim 7, second line, delete -- in excess --.

Signed and Sealed this

Twenty-second Day of August, 1989

Attest:

DONALD J. QUIGG

Attesting Officer          Commissioner of Patents and Trademarks

CIBA 039068



# United States Patent [19]

**Johnson**

[11] Patent Number: **4,750,974**

[45] Date of Patent: **Jun. 14, 1988**

[54] **PAPERMAKING AID**

[75] Inventor: **Kerrie A. Johnson,** Mount Prospect, Ill.

[73] Assignee: **Nalco Chemical Company,** Oak Brook, Ill.

[21] Appl. No.: **926,041**

[22] Filed: **Nov. 3, 1986**

### Related U.S. Application Data

[62] Division of Ser. No. 832,557, Feb. 24, 1986, Pat. No. 4,643,801.

[51] Int. Cl.4 .................... **D21H 3/28; D21H 3/36**
[52] U.S. Cl. .................... 162/164.1; 106/213; 106/214; 162/168.1; 162/175; 162/181.1; 162/181.2; 162/181.3; 162/181.4; 162/181.5; 162/181.6

[58] Field of Search ............... 162/164.1, 164.5, 164.6, 162/168.1, 168.2, 168.3, 168.4, 168.5, 168.6, 175, 181.1–181.6, 183; 106/213, 214, 287.27, 287.34, 287.17

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,272,297 | 6/1981 | Brooks et al. | 106/214 |
| 4,388,150 | 6/1983 | Sunden et al. | 162/181.6 |

*Primary Examiner*—Peter Chin
*Attorney, Agent, or Firm*—John G. Premo; Donald G. Epple; Anthony L. Cupoli

[57] **ABSTRACT**

An improved binder for use in paper-making contains three ingredients, a cationic starch having a degree of substitution of at least 0.01, a high molecular weight anionic polymer having a molecular weight of at least 500,000 and a degree of anionic substitution of at least 0.01, and a dispersed silica having a particle size ranging from between about 1–50 nanometers.

**3 Claims, 4 Drawing Sheets**



LABORATORY COMPARISONS
CATIONIC STARCH COLLOIDAL SILICA
vs. CATIONIC STARCH, COLLOIDAL SILICA
AND ANIONIC POLYACRYLAMIDE

LEGEND

- BLANK
- 1 #/T SILICA
- 2 #/T SILICA
- 4 #/T SILICA
- .5 #/T SILICA, .5 #/T PAM
- .5 #/T SILICA, 1.0 #/T PAM
- .5 #/T SILICA, 1.5 #/T PAM
- .5 #/T SILICA, 2.5 #/T PAM

RETENTION NTU

ALL SAMPLES EXCEPT THE BLANK CONTAIN
25 #/T CATIONIC STARCH

FIG. I

CIBA 039070



**U.S. Patent**    Jun. 14, 1988    Sheet 2 of 4    4,750,974

LABORATORY COMPARISONS
CATIONIC STARCH, COLLOIDAL SILICA
VS. CATIONIC STARCH, COLLOIDAL SILICA,
AND ANIONIC POLYACRYLAMIDE

LEGEND

- BLANK
- 1#/T SILICA
- 2#/T SILICA
- 4#/T SILICA
- .5#/T SILICA, .5 #/T PAM
- .5#/T SILICA, 1.0#/T PAM
- .5#/T SILICA, 1.5#/T PAM
- .5#/T SILICA, 2.5#/T PAM

FIG. 2

ALL SAMPLES EXCEPT THE BLANK CONTAIN
25 #/T CATIONIC STARCH

DRAINAGE MLS./5 SECONDS

170 — 160 — 150 — 140 — 130 — 120 — 110 — 100 — 90 — 80

CIBA 039071



**U.S. Patent** Jun. 14, 1988 Sheet 3 of 4 4,750,974

FIG. 3

CIBA 039072



FIG. 4

BLANK
0.5 #/T SILICA, 0.5 #/T PAM
0.5 #/T SILICA, 1.5 #/T PAM
0.5 #/T SILICA, 0.5 #/T PAM, 1 #/T ALUM
0.5 #/T SILICA, 1.5 #/T PAM, 1 #/T ALUM

TURBIDITY NTU

10000

1000

100

ALL SAMPLES EXCEPT THE BLANK CONTAIN
25 #/T CATIONIC STARCH

CIBA 039073

4,750,974

1

## PAPERMAKING AID

This application is a division of application Ser. No. 832,557, filed 2-24-86, now U.S. Pat. No. 4,643,801.

### INTRODUCTION

The present invention relates to paper-making processes and products made thereby and, more particularly, to the use of a specific coacervate binder to achieve better binding between cellulosic fibers used in paper-making processes using cellulosic fiber slurries, particularly with those slurries also contain various inorganic fillers and/or pigment materials characterized by having an electrically charged surface character.

The use of the binders of this invention allows the papermaker to operate at a higher speed because the paper sheet formed is more easily dewatered. In addition, improved retention of added mineral materials used in paper-making processes, such materials being various clays, $TiO_2$ and other pigments, and the like, is achieved by using the coacervate binders of my invention. Because improved retention and improved dewatering are observed using the improved binders of this invention, it is also an object of this invention to improve clarification of the white water resulting from the paper-making processes using the improved binders of this invention.

It is, therefore, an object of this invention to present to the papermaker an improved coacervate binder which can achieve both improved dewatering and improved retention of mineral fillers and pigments used in the paper-making process.

Another object of this invention is to achieve a paper having improved strength characteristics.

It is another object of this invention to present to the papermaker an improved coacervate binder comprising a tertiary combination of a cationic starch, an anionic high molecular weight polymer, and a dispersed silica, which binder can achieve improved dewatering, improved mineral pigment retention, and improved operating speeds of the paper-making machine without loss in paper strength or other familiar characteristics required in a paper sheet.

Other objects will become apparent.

### PRIOR PRACTICES

U.S. Pat. No. 3,253,978, Bodendorf et al, teaches a method of forming an inorganic water-laid sheet containing colloidal silica and a cationic starch. This invention combines colloidal silica and a cationic agent, preferably a cationic starch in the head box of a paper-making machine which is manufacturing a strictly inorganic fibrous sheet. The type of paper being manufactured is, therefore, referred to as an inorganic sheet and utilizes inorganic fibers, such as glass fibers, quartz fibers, ceramic fibers, mineral wool, glass flakes, quartz flakes, mica flakes and combinations thereof. In columns 4, lines 53 et seq., of Bodendorf et al., teach that organic fibers may also be incorporated in the sheet but that the presence of substantial percentages of these organic materials in these kinds of sheet products are considered deleterious for intended applications of these inorganic sheets.

U.S. Pat. No. 4,385,961, Svendling, et al, teaches a paper-making process in which a cellulosic pulp is formed, and in which a binder is used, which binder comprises a colloidal silicic acid and a cationic starch.

2

The manner of addition is taught to involve the initial addition of a portion of a colloidal silicic acid to the paper-making stock followed subsequently by the addition of cationic starch, which then is followed, finally, by the addition of the remainder of the colloidal silicic acid prior to the formation of the paper sheet.

U.S. Pat. No. 4,388,150, Sunden, et al, continues to teach the use of a binder comprising colloidal silicic acid and cationic starch for improving paper and the retention of various paper stock components.

### THE INVENTION

I have found an improved paper-making process in which an aqueous paper-making stock containing at least 50% cellulosic pulp is formed into a sheet and then dried, said sheet comprising at least 50 weight percent cellulosic fiber, wherein the paper-making stock includes from 0.1 to 15 weight percent of a binder, which binder comprises a cationic starch having a degree of substitution ranging between 0.01 and 0.20 in combination with an anionic mixture of a high molecular weight anionic polymer and a dispersed silica (having an average particle size ranging between about 1 and 50 nanometers (nm)), wherein the combination of anionic polymer to silica sol has a weight ratio of polymer to silica sol ranging between about 20:1 to about 1:10.

The use of the binder described above is preferably accomplished by adding to the beater or mixer a cationic starch, having a cationic substitution ranging between 0.01 and 0.15, which cationic starch is preferably derived from a modified potato starch, which potato starch normally contains some small amount of covalently bound phosphorous containing functional groups and is of a highly branched amylopectin type of starch. However, it must be pointed out that other cationically modified starches, for example, cationic starch derived from corn starch, cationic starches derived from waxy maize, and the like, may be used in the practice of my invention and in the formulation of our improved binder, as long as the degree of cationic substitution on the starch ranges from about 0.01 to about 0.20, preferably between about 0.02 to about 0.15, and most preferably between about 0.025 to about 0.10.

To the cationic starch admixed with cellulosic fibers, preferably in the headbox of a paper-making machine, is added a quantity of an admixture of a high molecular weight anionic polymer and a dispersed silica, which admixture contains a ratio of anionic polymer to dispersed silica ranging between about 20:1 to about 1:10 on a weight-to-weight basis. This coacervate binder may be formed by initially admixing the cationic starch with the cellulosic fiber slurry used in the paper-making process. After the cationic starch has been fully admixed, an electroneutralizing amount of the admixture of anionic polymer and dispersed silica may be then added to the paper-making stock containing the cationic starch.

By an electroneutralizing amount of the anionic combination, we mean that sufficient amounts of the combination of both the anionic polymer and the dispersed silica should be added to the paper-making stock containing the cationic starch in such a way as to approach within 75 to 125 percent of electroneutrality. Depending on the character of the cellulosic fiber, the type, amount and character of inorganic filler/pigment, as well as the character of the cationic starch, this electroneutralizing amount of anionic combined ingredients can be achieved by adding anywhere from about 75 to

CIBA 039074

4,750,974

3

125 percent of an electroneutralizing amount of the combination of anionic polymer and silica sol to the cationically modified starch/paper size admixture. On a weight basis, this will vary considerably depending upon the ratio of anionic polymer to silica sols, as well as depending upon the type of anionic polymer chosen and the type of silica dispersion chosen. It will also vary according to the character, type, amount and the like of cationic starch used, as well as the types of fiber, fillers, and the like, used to form to paper stock.

Sunden, et al, U.S. Pat. No. 4,388,150, teaches the use of a weight ratio of cationic starch to silica ranging between 1:1 and 25:1. Sunden, et al, is hereby incorporated herein by reference.

Svendling, et al, U.S. Pat. No. 4,385,961, which is hereby incorporated herein by reference, again teaches a weight ratio of cationic starch to silica ranging between 1:1 to 25:1 in a binder use which is improved by first adding colloidal silicic acid and then a cationic starch, forming an oglomerate, and then adding a remainder of colloidal silicic acid to the paper-making stock prior to the formation of the paper sheet. This complicated procedure normally requires that the first portion of colloidal silicic acid comprises between 20-90 percent of the total colloidal silicic acid added to the paper-making stock.

The improved coacervate binder of this invention uses a combination of cationic starch, preferably a cationically modified potato starch having a degree of cationic substitution ranging between about 0.02 to about 0.15, wherein said potato starch also contains naturally, bound phosphorous containing functionality, with an electroneutralizing amount of the combination of a high molecular weight anionic polymer and a dispersed silica wherein the dispersed silica has a particle size ranging between about 1.0 nanometers to about 50 nanometers.

The combination of anionic polymers to dispersed silica, preferably a colloidal silicic acid or a colloidal silica sol normally ranges within a weight ratio of between 20:1 to about 1:10, and, most preferably, ranges between a weight ratio of anionic polymer to silica of from about 15:1 to about 1:1.

### The Anionic Polymers

The anionic polymers used are preferably high molecular weight water soluble polymers having a molecular weight of at least 500,000, preferably a molecular weight of at least 1,000,000 and most preferably having a molecular weight ranging between about 5,000,000-25,000,000.

These anionic polymers are preferably water-soluble vinylic polymers containing monomers from the group acrylamide, acrylic acid, AMPS and/or admixtures thereof, and may also be either hydrolyzed acrylamide polymers or copolymers of acrylamide or its homologues, such as methacrylamide, with acrylic acid or its homologues, such as methacrylic acid, or perhaps even with monomers, such as maleic acid, itaconic acid or even monomers such as vinyl sulfonic acid, AMPS, and other sulfonate containing monomers. The anionic polymers may be homopolymers, copolymers, terpolymers or contain multiple monomeric repeating units. The anionic polymers may also be sulfonate or phosphonate containing polymers which have been synthesized by modifying acrylamide polymers in such a way as to obtain sulfonate or phosphonate substitution, or admixtures thereof. The anionic polymers may be used in

4

solid, powder form, after dissolution in water, or may be used as water-in-oil emulsions, wherein the polymer is dissolved in the dispersed water phase of these emulsions.

It is preferred that the anionic polymers have a molecular weight of at least 1,000,000. The most preferred molecular weight is at least 5,000,000, with best results observed when the molecular weight is between 7.5-25 million. The anionic polymers have a degree of substitution of at least 0.01, preferably a degree of substitution of at least 0.03, and most preferably a degree of substitution of at least 0.10-0.50. By degree of substitution, we mean that the polymers contain randomly repeating monomer units containing chemical functionality which when dissolved in water become anionically charged, such as carboxylate groups, sulfonate groups, phosphonate groups, and the like. As an example, a copolymer of acrylamide (AcAm) and acrylic acid (AA) wherein the AcAm:AA monomer mole ratio is 90:10, would have a degree of substitution of 0.10. Similarly, copolymers of AcAm:AA with monomer mole ratios of 50:50 would have a degree of anionic substitution of 0.5.

### The Dispersed Silica

Preferably, the anionic polymers are used in combination with a dispersed silica having a particle size ranging between about 1-50 nanometers (nm), preferably having a particle size ranging between 2-25 nm, and most preferably having a particle size ranging between about 2-15 nm. This dispersed silica may be in the form of colloidal silicic acid, silica sols, fumed silica agglomerated silicic acid, silica gels, and precipitated silicas, as long as the particle size or ultimate particle size is within the ranges mentioned above. The dispersed silica is normally present at a ratio of cationic starch to silica of from about 100:1 to about 1:1, and is preferably present at a ratio of from 75:1 to about 30:1.

This combined anionic admixture is used within a dry weight ratio of from about 20:1 to about 1:10 of anionic polymer to silica, preferably between about 10:1 to about 1:5, and most preferably between about 8:1 to about 1:1.

### The Anionic Combination

When the anionic combination (or anionic admixture) is used in my invention, it is preferable to add the polymer and dispersed silica to the paper-making stock after the addition of the cationic starch has occurred, and sufficient time and mixing energy used to accomplish a thorough homogeneous admixture of cationic starch and the cellulosic slurries, mineral fillers, clays, pigments, and other inorganic components of the paper-making stock.

The anionic admixture is then added so as to essentially accomplish an electroneutralization of the cationic charges contained in the paper stock. Since the cellulosic fibers, and most inorganic pigments and clays, such as TiO₂ pigment, normally carry a negtively charged surface, it is a relatively simple matter to calculate electroneutrality on the basis of the amount of cationic starch added, the degree of substitution of cationic functionality on the starch added, and the amount of any other additional species carrying a cationic charge which may be present in the paper stock, i.e., alumina sols, alum, and the like.

Depending on the molecular weight, degree of anionic substitution, and type of polymer used, as well as on the amount and type of cationic starch used, the

CIBA 039075

5

4,750,974

6

starch to polymer weight ratio can range from about
50:1 to about 5:1. Simultaneously, the polymer to silica
ratio normally runs from about 20:1 to about 1:10, and,
as before, preferably runs from about 10:1 to about
1:5, and most preferably ranges between about 8:1 to
1:1. The most preferred results are obtained when the
starch to silica ratios range from about 75:1 to about
30:1.

The anionic combination or admixture of anionic
polymer to silica, as described above, can be made prior
to admixture with the paper stock containing the cati-
onic starch, and then added to the paper stock, or pref-
erably is made in situ during the paper-making process
by adding to the paper stock, in sequence, the cationic
starch, then the anionic polymer, and finally the dis-
persed silica.

It is believed that a coacervate complex of undeter-
mined structure is formed, in the presence of the paper
stock and which may include components of the paper
stock, between the cationic starch and the anionic poly-
mer, and that this pre-coacervate complex contains,
therein, at least some positive charges, which positive
charges can then attract and bind both the added dis-
persed silica which carries a negative surface charge, as
well as the cellulosic fibers, inorganic pigments, and the
like. It is presumed that the formation of the coacervate
complex between starch, polymer, and silica leads to
the improved performance observed with my system
relative to the use of any other combination of ingredi-
ents known in the art, such as only starch plus silica.
Although it would be difficult to demonstrate that this
mechanism exactly accounts for the improved perfor-
mance observed, and my invention should not be lim-
ited in any way to my attempted mechanistic explana-
tion, it is a simple matter to demonstrate the improved
performance of my three component coacervate binder
system.

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 compares the effect on retention between the
use of cationic starch and colloidal silica, and cationic
starch, colloidal silica and anionic polyacrylamide.

FIG. 2 compares the effect on drainage between the
use of cationic starch and colloidal silica, and cationic
starch, colloidal silica and anionic polyacrylamide coac-
ervate binder.

FIG. 3 shows the effect on the drainage of adding
polyhydroxyaluminum chloride in addition to the in-
ventive three component coacervate binder.

FIG. 4 shows the effect on retention of adding
polyhydroxyaluminum chloride in addition to the in-
ventive three component coacervate binder.

The following examples should suffice to demon-
strate my new binding system, methods and composi-
tions.

EXAMPLE I

Paper stock was prepared at 0.7% consistency from a
thick paper stock (3.8% cellulosic fibers) and clarified
white water obtained from a paper mill. The stock had
a pH of 7.0–7.5.

Cationic potato starch having a degree of substitution
of 0.025 was prepared at a 2.0 weight percent solution in
water, and diluted further, immediately prior to applica-
tion to a concentration of 0.875%.

A high molecular weight (about 10–20 million) ani-
onic polyacrylamide containing about 30 mole percent
acrylic acid and 70 mole percent acrylamide monomer,

in the form of a water-in-oil latex containing about 30
weight percent polymer was inverted and diluted into
water following the teachings of Anderson, et al, U.S.
Pat. No. Re 28,474 and 28,576, both of which are incor-
porated herein by reference. The polymer solution was
made up at 2.0 weight percent active polymer and fur-
ther diluted to 0.0875 weight percent immediately prior
to use.

A 15 weight percent silica sol (or colloidal silica)
having a particle size of about 4 nm was diluted with
water to 0.0875 weight percent. Two separate batches
of paper stock were obtained from the same mill ap-
proximately two weeks apart.

The paper stock was admixed with cationic starch
and then the various amounts of anionic polymers and-
/or silica sol were added thereto. Laboratory tests were
completed using an "Alchem Tester", which is de-
signed to measure both water drainage rates under con-
trolled conditions and also turbidity (NTU) which is
related to retention by the formula:

$$\% \text{ Retention} = \frac{\text{Turbidity (Blank)} - \text{Turbidity (Sample)}}{\text{Turbidity (Blank)}} \times 100$$

The data from these tests are presented in Tables I
and II.

Table I presents data from the first paper stock.

Table II presents data from the second paper stock.

TABLE I

| Starch #/T | Silica #/T | PAM* #/T | Drainage (ml/3 sec) | Turbidity** (NTU) |
|---|---|---|---|---|
| 0 | 0 | 0 | 112 | 1640 |
| 25 | 0 | 0.5 | 126 | 390 |
| 25 | 0 | 1 | 148 | 200 |
| 25 | 0 | 2 | 182 | 103 |
| 25 | 0 | 3 | 178 | 100 |
| 0 | 0 | 1 | 111 | 445 |
| 0 | 0 | 2 | 108 | 420 |
| 0 | 0 | 3 | 106 | 405 |
| 25 | 2 | 0 | 128 | 360 |
| 25 | 5 | 0 | 142 | 215 |
| 25 | 7 | 0 | 153 | 180 |

The two component PAM and starch combination is superior to both starch/silica
and the PAM alone, for retention* and drainage.
*PAM - An anionic polyacrylamide containing about 30% acrylic acid and having
a molecular weight in excess of 10,000,000.
**An increase in retention is indicated by a decrease in turbidity.

TABLE II

| Starch #/T | Silica #/T | PAM* #/T | Drainage (ml/3 sec) | Turbidity (NTU) |
|---|---|---|---|---|
| 0 | 0.00 | 0.0 | 90 | 1312.5 |
| 5 | 0.00 | 0.0 | 90 | 1280 |
| 15 | 0.00 | 0.0 | 90 | 1325 |
| 25 | 0.00 | 0.0 | 94 | 1375 |
| 35 | 0.00 | 0.0 | 86 | 3500 |
| 25 | 0.00 | 1.0 | 114 | 300 |
| 25 | 0.25 | 1.0 | 110 | 300 |
| 25 | 0.50 | 1.0 | 114 | 280 |
| 25 | 0.75 | 1.0 | 116 | 270 |
| 25 | 0.00 | 1.5 | 114 | 300 |
| 25 | 0.00 | 2.0 | 154 | 180 |
| 25 | 0.00 | 3.0 | 154 | 140 |
| 25 | 0.50 | 0.5 | 94 | 460 |
| 25 | 0.50 | 1.0 | 114 | 280 |
| 25 | 0.50 | 1.5 | 130 | 200 |
| 25 | 0.50 | 2.5 | 162 | 140 |

*PAM - The same high molecular weight anionic copolymer of acrylamide/acrylic
acid as used in Table I.

The three (3) component coacervated system: starch;
anionic polymer; and dispersed silica provides superior
retention and drainage as compared with the two com-

4,750,974

7

ponent starch/silica binder systems taught to the prior
art. The starch/polymer system alone gives comparable
results when compared to the starch/silica system of the
prior art for some of the drainage tests. Overall, the
three component coacervate binder is superior in both
retention and drainage.

These tests are further illustrated in FIGS. I and II.

## EXAMPLE II

The addition to the paper stock of a small amount of
an alumina source, for example, papermaker's alum,
sodium aluminate or polyhydroxyaluminum chloride,
further enhances the activities observed for the three
component coacervate binder system. These further
improvements are observed in FIGS. III and IV. When
an alumina source is used, it is preferred to be used at
levels ranging from about 0.01 to about 10.0 pounds
active $Al_2O_3$ per ton of paper (dried) manufactured.

## EXAMPLE III

A trial was run at a paper mill in the upper Mideast
while this mill was making 67.5 pounds per ream alka-
line fine paper. The stock consisted of hardwood Kraft
and softwood Kraft fiber with 20% filler loading com-
prised of an admixture of calcium carbonate, Kaolin,
and titanium dioxide. Fillers were added to the pulper.
Paper stock pH was 7.5. Polyhydroxyaluminum chlo-
ride was added to the save-all with the reclaimed fiber
and clarified water returning to the stock system.

Cationic potato starch having a degree of substitution
of 0.025 was added to the recycled white water prior to
final stock dilution. The same high molecular weight
anionic polyacrylamide (PAM) as used before was
added to the intake of the centri-screen. Colloidal silica
in the form of a 15% sol having a particle size of from
4–5 nanometers was added immediately before the
headbox.

At the start of the trial period, stock treatment (I) was
18 #/T cationic potato starch and 2.0 #/T PAM. After
1.25 hours 0.8 #/T of colloidal silica was added to the
system. Drainage on the fourdrinier wire increased. The
"wet line" receded 2 to 3 feet and couch vacuum
dropped from 22 to 19 psi. This facilitated an increase in
dilution water stream flow from 1560 to 1627 gallons/-
minute. Jordan refining was increased from 20 to 31
Amps. First pass retention increased from 86 to 91.5%.
Headbox consistency decreased from 1.05% to 0.69%.
These changes resulted in a considerable improvement
in sheet formation. Sheet moisture before the size press
dropped from 6 to 1%. Approximately 28 psi of steam
was removed from the main drying section to hold
sheet moisture at the size press to 5%.

Two hours after the start of the trial, cationic starch
dosage was increased to 25 #/T, PAM dosage was
increased to three (3) pounds per ton and colloidal silica
dosage was reduced to 0.45 #/T (Stock Treatment II).
First pass retention held at 89.5%, drainage on the wire,
sheet drying and sheet formation remained essentially
unchanged.

An increase in drainage and reduction in dryer steam
usage can be utilized by increasing machine speed,
hence, increased production rate, or by improved sheet
formation with savings in steam costs. The latter option
was adopted during the trial.

No significant change in sheet strength with regards
to tensile, Mullen or Scott Bond was evident, as shown
below for these two treatments.

| | TREATMENT | |
| --- | --- | --- |
| | I | II |
| Basis Weight | 67.7 # | 67.7 # |
| Tensile | 25.0 | 24.0 |
| Mullen | 14.0 | 14.0 |
| Scott Bond | 4.706 | 4.574 |

## EXAMPLE IV

Comparison of Results When Silica Sol Was Added
Prior to Anionic Polymer

During the same trial period as the paper mill opera-
tion reviewed above, the dispersed silica injection point
was moved to the inlet of the centri-screen. Previously,
this silica sol injection point was at the discharge end
exiting the centri-screen. Originally, the injection of
dispersed silica followed both the injection of the cati-
onic starch and the injection of the anionic polymer into
the paper stock.

With the silica sol injected at the inlet of the centri-
screen, the sol was being injected into the paper stock
prior to the injection of the anionic polymer. Within 30
minutes of this change being made, the following nega-
tive observations were made:

1. Drainage on the fourdrinier was drastically re-
duced as evidenced by the thruput in the headbox. Typ-
ical flows prior to the above change ranged between
about 1700–1800 gallons per minute. With the silica
being added prior to the anionic copolymer, the thruput
fell drastically to about 900 gallons per minute.

2. Paper formation was poor. This was evidenced by
the inability of the furnish to drain accompanied by the
inability to put more refining on the furnish.

3. Poor drainage and increased energy consumption
indicated a poor result. The paper sheet became wetter
and the steam usage in the main dryer section increased
by at least 15–20 psi.

4. First pass retention worsened as evidenced by
increased solids in both the tray waters and the flotation
save-all.

5. Machine speed was necessarily reduced by about
8–10%.

It would then appear that the anionic combination of
the anionic polymer and dispersed silica most prefera-
bly occurs by sequentially adding to the paper stock
from 10 to 50 pounds per ton of dried paper of the
cationically modified starch, then adding the anionic
polymer; followed thereafter by the dispersed silica.
Prior addition of dispersed silica to paper stock contain-
ing polymer does not apparently allow formation of the
coacervate complex, and the results of binder use is
destroyed.

All of the calculations indicating the addition of any
ingredient in terms of #/T above refers to the pounds of
active ingredients used per ton of dried paper.

Having described my invention, I claim:

1. A coacervate binder for use in a paper-making
process using a cellulosic pulp containing at least 50
weight percent cellulose which comprises:

A. from 50–90 weight percent of a cationic potato
starch having a degree of cationic substitution
ranging from 0.010 to about 0.150.

B. from 10–40 weight percent of an anionic polymer
having a molecular weight of at least 500,000, and
a degree to anionic substitution ranging between
about 0.01 to 1.0, and

CIBA 039077

9
4,750,974
10

C. from about 0.1 to 5 weight percent of a dispersed silica having a particle size ranging between about 1 to 50 nm.

2. The concervate binder of claim 1, wherein the weight ratio of cationic starch to silica ranges between 30:1 to 30:1.

3. The concervate binder of claim 1 which additionally contains from 0.01 to 2.0 weight percent of active alumina.

* * * * *

CIBA 039078

# United States Patent [19]

**Langley et al.**

[11]  **4,305,781**

[45]  Dec. 15, 1981

[54] **PRODUCTION OF NEWPRINT, KRAFT OR FLUTING MEDIUM**

[75] Inventors: **John G. Langley**, Baildon; **Edward Litchfield**, Bury, both of England

[73] Assignee: **Allied Colloids Limited**, Bradford, England

[21] Appl. No.: 129,782

[22] Filed: **Mar. 12, 1980**

[30] **Foreign Application Priority Data**

Mar. 28, 1979 [GB]  United Kingdom ............ 10828/79

[51] Int. Cl.³ ........................................ D21H 3/38
[52] U.S. Cl. ..................... 162/164 R; 162/168 NA; 162/181 D
[58] Field of Search ........ 162/164 R, 168 NA, 181 D

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,368,635 | 2/1945 | Booth | 162/181 C |
| 3,052,595 | 9/1962 | Pye | 162/164 R |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 618235 | 4/1961 | Canada | 162/168 NA |
| 804504 | 11/1958 | United Kingdom | |
| 883973 | 12/1961 | United Kingdom | 162/168 NA |
| 1025558 | 4/1966 | United Kingdom | |

OTHER PUBLICATIONS

Tappi, vol. 63, No. 6, pp. 63–66, Jun. 1980.
Tappi, vol. 45, #4, Apr. 1962, pp. 326–333.
Pelton et al., Pulp & Paper Canada, vol. 81, No. 1, Jan. 1980, pp. 54–62.
Schwalbe, Pulp and Paper Science and Technology, vol. 2, 1962, p. 60, McGraw–Hill.
Tappi, vol. 56, No. 10, Oct. 1973, pp. 46–50.
Chemical Abstracts, vol. 82, 1975, p. 174, 60345u.

*Primary Examiner*—William F. Smith
*Attorney, Agent, or Firm*—Lawrence Rosen

[57] **ABSTRACT**

The drainage and retention properties of an aqueous cellulosic suspension substantially free of filler and which is being used for the production of paper or paper board are improved by including a water soluble high molecular weight substantially non-ionic polymer and a bentonite-type clay.

**5 Claims, No Drawings**

CIBA 039079

4,305,781

1

## PRODUCTION OF NEWPRINT, KRAFT OR FLUTING MEDIUM

Many grades of paper include substantial levels of inorganic fillers such as kaolinite, calcium carbonate and titanium dioxide. For instance good quality paper, often referred to as fine paper, may be made from high grade bleached chemical pulp and may contain 5 to 35%, by weight of dry paper, of inorganic filler. In the production of such papers it is common to use retention aids and drainage aids. The cost of these is more than offset by the increased retention of filler in the sheet and by the reduction of filler in the white water and the subsequent loss in effluent discharge, especially in view of increasing costs of raw materials and pressure from environmental legislation to restrict effluent discharge.

A variety of retention and drainage aids are known such as polyacrylamides (PAM), polyethyleneimines (PEI), polyamides and polyamines.

In U.S. Pat. No. 3,052,595 the use of polyacrylamides with filler is particularly described and it is stated that advantageous results are obtained when bentonite is added. In British Pat. No. 1,265,496 it is described how polyacrylamides are used to retain inorganic filler and cellulosic fibre but that critical conditions have to be observed for successful operation, and particular modified acrylamides are described.

Retention and drainage aids are generally used at levels of 100 to 500 grams/tonne of dry polymer on a dry paper weight. At these amounts cost effective advantages can easily be demonstrated in the production of filled or fine papers.

There is, however, very large scale production of paper that is substantially unfilled, for instance as newsprint, kraft and fluting medium, for instance in the production of board. The unfilled paper is substantially free of filler, generally containing less than 5%, by weight of dry paper, of filler and often there is no deliberate addition of filler to the pulp from which the paper or board is made. Generally the pulp for the newsprint, kraft and fluting medium originates from Canada or Scandinavia and is of low grade fibres. With such pulps it would still be desirable to minimise the wastage of the components of the pulp, i.e. to improve retention of pulp components in the paper, but it is not so easy to demonstrate cost effective advantages by using the known retention and drainage aids for this purpose since the pulps have a high cationic demand. The cationic demand is the amount of cationic polymer that has to be added to give any significant increase in fibre retention and improvement in drainage on the forming wire. The cationic demand is often above 0.1% so that improvements are only significant with polymer weights of above 1,000 grams dry polymer per tonne dry weight of paper and such amounts render the treatment uneconomic.

The papermaking fibres used in Canada and Scandinavia for newsprint, fluting medium and kraft are low grade fibres and are predominantly of the mechanical type and include groundwood, thermomechanical pulp, deinked secondary fibres, semi-chemical pulps and semi-bleached chemical kraft pulps, normally produced in situ in an integrated pulp and paper mill system. The cellulosic fibres are thus rarely completely separated from the residual process liquors which contain substantial levels of both organic and inorganic impurities derived from the pulping process itself and the resins naturally present in the wood.

These impurities are present in solution and in colloidal suspension and may include such substances as lignosulphonates, rosin acids, humic acids, and impart a large negative charge on the cellulose fibres when dispersed in water as typical in the papermaking process. The level of the aforementioned impurities is further enhanced in the papermaking process by the increasing tendency for paper mills to "close-up" the paper machine white water systems and re-cycle as much white water as possible.

Thus there is a need for fibre retention drainage aids which traditional aids cannot meet and so there has been extensive research into the development of new aids, but so far with limited success.

In German Pat. No. 2262906 it is proposed to improve the dewatering of cellulosic slurries by adding bentonite and a low molecular weight cationic polymer that serves as a polyelectrolyte. The results are not satisfactory and this specification does not give a solution to the problem of cost effective improvement in fibre retention and drainage of substantially filler free, low grade pulp.

It has now surprisingly been found that if the polymer is a high molecular weight substantially non-ionic polymer then dramatic improvement in dewatering properties and fibre retention is obtained in substantially filler free cellulose suspensions if a deliberate addition of a particular filler, namely bentonite type clay, is made to the suspension.

Thus the invention relates to processes in which paper or paper board is made from an aqueous suspension of cellulose fibres and is characterised in that the suspension and the paper or paper board are substantially free of filler and the drainage and retention properties of the suspension are improved by including in the suspension a water soluble, high molecular weight, substantially non-ionic polymer and a bentonite type clay.

The suspension may be made from pulp by normal techniques and the paper or paper board may be made from the aqueous suspension also by normal techniques.

Throughout this specification, unless otherwise stated all percentages are given as dry weight of added material calculated on the dry weight of the suspension or final paper.

The suspension and the resultant paper or paper board are substantially free of filler and the total amount of filler, including added bentonite type clay, is generally less than 5% by weight. It is generally preferred that no inorganic filler other than bentonite type clay should be included in the suspension but if any such filler is included its amount is generally less than 3% and most preferably below 2%, in particular below 1.5%. If there is any filler other than bentonite the amount of additional filler is often less than twice the amount of bentonite and is preferably less than the amount of bentonite. If additional filler is included in the suspension it is usually a conventional predried filler, such as any of the materials listed in U.S. Pat. No. 3,052,595.

The amount of bentonite included in the pulp is generally between 0.02 and 2% by weight dry bentonite-type clay, based on dry weight of paper or pulp, and most preferably is from 0.1 to 1%.

The bentonite-type clay used in the invention may be one of the common commercially available bentonites

CIBA 039080

N-2903   0033 -05  12-15-81  29280                                    11-16-81  090124  78147-0  04305781   0230

3
4,305,781
4

(known as montmorillonite clays), such as "Wyoming bentonite" and "Fullers Earth", and may or may not be chemically modified, e.g. by alkali treatment to convert calcium bentonite substantially to alkali (e.g. sodium, potassium or ammonium)bentonite.

Bentonites having the property of swelling in water are preferred.

The polymers used in the invention must be high molecular weight, that is to say they must have a molecular weight that is above 100,000 and is such as to give a bridging effect. The molecular weight will normally be above 500,000, generally being about or above 1 million.

The polymers must be substantially non-ionic and thus may be wholly non-ionic or they may have small amounts of anionic or cationic units. Generally the polymer will contain not more than 10 mole percent anionic units and not more than 10 mole percent cationic units although if both types of groups are present the molar amounts of each type may be higher than quoted above provided the molar amount of one ionic type in the polymer is not more than 10., and preferably not more than 5%, above the molar amount of the other ionic type. If cationic units are present the amount is generally less than 5 mole percent but preferably the polymer is free of cationic units.

Preferred polymers are polyacrylamides containing up to 10 mole percent anionic units, generally acrylic acid units. For example preferred polymers contain 1 to 8 mole percent acrylic acid with the balance acrylamide, most preferably 97 mole percent acrylamide, 3% acrylic acid, often as sodium acrylate.

Other comonomers that may be included, especially in polyacrylamides, include dialkyl amino alkyl acrylates and methacrylates quaternised with for instance dimethyl sulphate or alkyl halides, for instance quaternised dimethyl amino ethyl acrylate or methacrylate, methacrylic acid, sodium methacrylate, diallyl dimethyl ammonium chloride. Methacrylamide may be used as the main monomer instead of some or all of the acrylamide. The preferred copolymers of acrylamide and acrylic acid (or sodium acrylate) can be made by hydrolysis of the homopolymer either during or after its initial synthesis.

Other suitable non-ionic polymers for use in the invention include polyethylene oxide.

It is easily possible, by routine experimentation, to select preferred combinations of polymers and bentonite grades. It has surprisingly been found that it is easily possible to obtain excellent retention and drainage results using polymer-bentonite combinations whereas the bentonite alone on the same pulp or the polymer alone on the same pulp give worse results than with the pulp alone. Thus there is a surprising synergistic effect between the bentonite and the polymer.

The amount of polymer added is generally at least 50 but generally less than 1,000 grams dry polymer per ton dry paper (i.e. 0.005 to 0.1%). Generally it is from 0.01 to 0.05%.

The polymer may be supplied as a true solution in water, as a solid grade product or as a dispersion in a carrier oil, but in all cases should be dissolved in water and added as a dilute aqueous solution to the pulp suspension during the papermaking process.

The polymer solution is ideally added after the last point of high shear prior to sheet formation and is typically after centri-screens and just before the flow-box,

to ensure good mixing, and to avoid excessive shear which can damage the retention/drainage effect.

The bentonite may be added to the suspension either as a pre-hydrated aqueous slurry directly to thick stock or as a solid to the hydropulper or to the re-circulating white-water providing it is well dispersed during addition to enable adequate hydration and accomplish its characteristic swelling properties.

Preferably traditional additives such as aluminium sulphate or omitted, and preferably the main, and often the only, additives to the pulp in the process of the invention are the described polymer and bentonite, and so the suspension preferably is formed from substantially only cellulosic pulp, water, the polymer, the bentonite-type clay and, optionally, additional filler in the amounts specified above.

The invention is of particular value in the production of kraft paper, fluting medium, for instance in the production of board, and especially in the production of newsprint. It is of particular value in the production of paper or paper board from impure pulps, especially those having a cationic demand (as defined above) of at least 0.1% and often above 1%.

We have also found that the invention gives a surprising and significant improvement in the machine runnability and this enables larger quantities of lower grade fibres to be used without increasing the risk of machine stoppages.

As well as providing improved retention and drainage the method of the invention also results in a significant reduction in the solvent extractable troublesome resinous pitch content of the papermachine white water system. During paper mill trial work a reduction of the extractable pitch content of the white water of 75% was observed.

The invention includes the described method, paper and paper board obtained by it, pulp including bentonite and the polymer, and compositions comprising the bentonite and the polymer.

The following examples illustrate the invention. In these PAM stands for polyacrylamide and all polyacrylamides and polyethylene oxides used have a molecular weight between $10^6$ and $10^7$. PAM 3% SA stands for a copolymer of 97 mole percent acrylamide with 3% mole percent sodium acrylate. In the examples where bentonite was added it was added as a prehydrated aqueous slurry prior to the polymer addition. In none of the examples is aluminium sulphate added and instead in each example the aqueous suspension consisted essentially only of water, cellulosic fibres (and associated impurities from the pulp) and, when appropriate, the added polymer and/or bentonite.

EXAMPLE 1

A sample of thin stock taken from a Swedish newsprint mill consisted of:

- 30% thermomechanical pulp
- 25% chemical sulphate pulp
- 35% groundwood
- 10% broke

It contained a high level of impurities such as lignosulphates.

The drainage efficiency of various conventional polymers was compared with bentonite-polymer systems according to this invention. The required quantity of dilute polymer solution was added to 1 liter of the stock in measuring cylinder, to give an effective polymer dose level of 0.05% polymer (i.e. 500 g/ton of dry polymer

CIBA 039081

4,305,781

**5**

based on the dry weight of paper). The cylinder was inverted three times to effect mixing and the contents were poured onto a typical machine wire. The time taken for 250 mls of white water to drain was noted. The shorter the time the more effective the treatment. The results are given in Table 1.

TABLE 1

| ADDITIVE | Drainage Rate S/250 mL |
|---|---|
| No polymer addition | 145 secs. |
| Polyamide | 139 secs. |
| Polyethyleneimine | 134 secs. |
| Polyethylene oxide | 68 secs. |
| Polydimethyldiallyl ammonium chloride | 139 secs. |
| Cationic PAM | 126 secs. |
| PAM homopolymer | 109 secs. |
| PAM 3% SA | 91 secs. |
| PAM 10% SA | 148 secs. |
| 0.2% Bentonite + PAM 3% SA | 36 secs. |

### EXAMPLE 2

Using the same sample of thin stock as described in Example 1 above, the retention efficiency of various conventional polymers was compared with the bentonite/polymer system according to this invention. The required quantity of dilute polymer solution was added to 1 liter of thin stock in a 1 liter measuring cylinder, to give an effective polymer dose level of 0.05% of dry polymer based on the dry weight of paper. The cylinder was inverted three times to effect mixing and then the contents were poured onto a typical machine wire. The white water draining through the wire was collected and the solids content determined. The lower the solids content the more effective the retention aid treatment. The results are given in Table 2.

TABLE 2

| ADDITIVE | Whitewater Solids ppm. |
|---|---|
| No polymer addition | 1080 |
| Polyethyleneimine | 1130 |
| Polyethyleneoxide | 410 |
| PAM low degree of cationic substitution. | 910 |
| PAM homopolymer | 650 |
| PAM 3% SA | 590 |
| 0.2% Bentonite + PAM 3% SA | 266 |

### EXAMPLE 3

On an identical sample of thin stock to that used in Examples 1 and 2, the effect on drainage of varying the level of bentonite addition whilst maintaining a constant dose level of PAM 3% SA was examined. The drainage rate measurements made in the same manner as in Example 1. The shorter the drainage time the more effective the treatment. The results are given in Table 3.

TABLE 3

| Polymer % on dry paper | Bentonite % on dry paper | Drainage Rates S/250 mL |
|---|---|---|
| 0 | 0 | 93 s |
| 0.04 | 0 | 75 s |
| 0.04 | 0.10 | 60 s |
| 0.04 | 0.30 | 47 s |
| 0.04 | 0.50 | 34 s |
| 0.04 | 1.00 | 21 s |
| 0.04 | 2.00 | 19 s |

**6**

### EXAMPLE 4

On the same stock sample used in Example 3, the effect on drainage of varying the polymer (PAM 3% SA) addition level whilst maintaining a constant level of bentonite addition, was examined. The drainage rate measurements were made in the same manner as in Example 3. The shorter the drainage rate the more effective the treatment. The results are given in Table 4.

TABLE 4

| Polymer % on dry paper | Bentonite % on dry paper | Drainage Rate S/250 mL |
|---|---|---|
| 0 | 0 | 93 s |
| 0 | 0.5 | 77 s |
| 0.01 | 0.5 | 65 s |
| 0.02 | 0.5 | 54 s |
| 0.04 | 0.5 | 34 s |
| 0.06 | 0.5 | 17 s |
| 0.08 | 0.5 | 11 s |

### EXAMPLE 5

A range of various types of bentonite was evaluated at a constant addition level of 0.5% on dry paper together with a constant dose level of 0.04% on dry paper high molecular weigh PAM 3% SA. A sample of the same stock was used as in Examples 3 and 4 and the bentonite/polymer system performance was again assessed by drainage rate measurements. The shorter the drainage time the more effective the treatment. The results are given in Table 5.

TABLE 5

| Bentonite type | Drainage Rate S/250 mL |
|---|---|
| Natural American sodium montmorillonite | 44 s |
| sodium exchanged English calcium montmorillonite | 25 s |
| sodium montmorillonite Greek origin | 37 s |

### EXAMPLE 6

A laboratory stock, substantially free from the undesirable impurities as previously defined, was prepared from a 100% bleached kraft chemical pulp dispersed in deionised water at 2% consistency and beaten in a Valley beater to a freeness of 45° S.R. This stock was further diluted to 1% with deionised water. The drainage efficiency of various polyacrylamides were compared with polyethylene oxide both in the presence and absence of a water swelling bentonite and the results are given in Table 6, which illustrates the truly synergistic effect of the invention.

TABLE 6

| ADDITIVES and amounts as % on dry paper. | Drainage Rate S/250 mL |
|---|---|
| Stock only - no additives | 99 s |
| 0.04% high mol. wt. PAM 3% SA | 126 s |
| 0.25% bentonite | 117 s |
| 0.04% polyethylene oxide | 86 s |
| 0.25% bentonite + 0.04% anionic PAM | 51 s |
| 0.25% bentonite + 0.04% polyethylene oxide | 67 s |

### EXAMPLE 7

Samples of stock were taken from just after the centri-screens in a newsprint mill when additions had been

4,305,781

| 7 | 8 |

made of bentonite with various polymers, namely acrylamide homopolymer, copolymer with sodium acrylate (anionic PAM) and copolymer with dimethylaminoethyl acrylate quaternised by dimethyl sulphate (cationic PAM). Drainage tests were carried out on a modified Schopper-Reigler freeness tester. With the rear outlet blocking, the time taken for a constant volume of water to drain from 1 liter of stock was recorded. The following results were obtained:

| Additives | | Polymer ionic content (% molar) | Drainage time (seconds) |
|---|---|---|---|
| Bentonite | Polymer | | |
| 0.7% | 0.04% PAM | 0 | 32 |
| 0.7% | 0.04% cationic PAM | 3 | 53 |
| 0.7% | 0.04% cationic PAM | 9 | 69 |
| 0.7% | 0.04% anionic | 3 | 23 |
| 0 | 0 | — | 93 |

We claim:

1. In a method of making newsprint, kraft or fluting medium from an aqueous suspension of cellulosic fibres, the improvement consisting in improving the drainage and retention properties of the suspension are improved by including in the suspension 0.005 to 0.1% dry weight based on the dry weight of the suspension a water soluble, high molecular weight substantially non-ionic polymer selected from the group consisting of polyethylene oxides and polyacrylamides, and 0.02 to 2% dry weight based on the dry weight of the suspension a bentonite-type clay to give an aqueous suspension consisting essentially of pulp, water, said polymer, and fillers; wherein the total amount of filler, including the bentonite-type clay, in the aqueous suspension is less than about 5% by weight based on the dry weight of the suspension; and wherein the aqueous suspension has been formed from pulp having a cationic demand of at least 0.1%; said cationic demand being the amount of cationic polymer that has to be added to give a significant increase in fibre retention and improvement in drainage.

2. A method according to claim 1 in which the amount of bentonite-type clay is 0.1 to 1% and the amount of polymer is 0.01 to 0.05% based on the dry weight of the suspension.

3. A method according to claim 1 in which the polymer is selected from polyacrylamide homopolymer and copolymers of acrylamide with up to 10 mole percent anionic groups.

4. A method according to claim 1 in which the polymer is a copolymer of about 97 mole percent acrylamide and 3 mole percent sodium acrylate.

5. Newsprint, kraft or fluting medium made by a method according to claim 1.

* * * * *

CIBA 039083

# United States Patent [19]

## Langley et al.

[11] Patent Number: 4,753,710

[45] Date of Patent: Jun. 28, 1988

[54] PRODUCTION OF PAPER AND PAPERBOARD

[75] Inventors: John Langley; David Holroyd, both of West Yorkshire, England

[73] Assignee: Allied Colloids Limited, England

[21] Appl. No.: 6,953

[22] Filed: Jan. 27, 1987

[30] Foreign Application Priority Data

Jan. 29, 1986 [GB]   United Kingdom ............. 8602121

[51] Int. Cl.⁴ .................................................. D21H 3/36
[52] U.S. Cl. ..................... 162/164.3; 162/164.6; 162/168.2; 162/168.3; 162/181.8; 162/181.3
[58] Field of Search ........ 162/168.2, 168.3, 181.1, 162/181.8, 183, 164.3, 164.6

[56]           References Cited

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 2,368,635 | 2/1945 | Booth .............................. 92/21 |
| 3,052,595 | 9/1962 | Pye ............................... 162/164 |
| 3,433,704 | 3/1969 | Hecklau et al. .................. 162/181 |
| 4,305,781 | 12/1981 | Langley et al. ................ 162/181.8 |
| 4,388,150 | 6/1983 | Sunden et al. ................... 162/175 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 141641 | 4/1977 | European Pat. Off. . |
| 17353 | 10/1980 | European Pat. Off. . |
| 1546237 | 7/1965 | Fed. Rep. of Germany . |
| 2262906 | 9/1972 | Fed. Rep. of Germany . |
| 67733 | 1/1985 | Finland . |
| 67736 | 1/1985 | Finland . |
| WO86/05826 | 10/1986 | PCT Int'l Appl. . |
| 1265496 | 3/1972 | United Kingdom . |

### OTHER PUBLICATIONS

Chemical Abs. 101:157112.
Chemical Abs. 83:133772 p.
Arledter, Papier, vol. 29, No. 10a, Oct. 1975, pp. 32–43 and translation of p. 36 only.
Auhorn, Wochenblatt Fur Papierfabrikation, vol. 13, 1979, pp. 493–502 and translation of p. 500 only.

Tanaka, Tappi, Apr. 1982, vol. 65, No. 4, pp. 95–99.
Waech, Tappi Journal, Mar. 1983, pp. 137–139.
Tuner, Tappi Proceedings, 1984 Paper Makers Conference, pp. 95–106.
Compozil trade literature.
Paper, Sep. 9, 1985, pp. 18–20.
Pummer, Papier, 27, vol. 10, 1973, pp. 417–422 and translation.
Damhaug, Abstract Bull. of the Institute of Paper Chemistry, vol. 51, No. 11, May 1981, p. 1161, Abstract No. 10862.
Stratton, Tappi Journal, vol. 66, No. 3, Mar. 1983, pp. 141–144, Effect of Agitation on Polymer Additives.
Auhorn, Wet Formation, Drainage and Drying–Improved with the Aid of Chemical Products, West End Paper Technology Symposium, Munich, Mar. 17–19, 1981.
Sikora, The Stability of Flocculated Colloids, Tappi Journal, vol. 64, Nov. 11, 1981, pp. 97–101.
Britt, Physical and Chemical Relationships in Paper Sheet Formation, Tappi Journal, vol. 63, No. 5, May 1980, pp. 105–108.
Langley, Dewatering Aids for Paper Applications, Abstract Bulletin of the Institute of Paper Chemistry, vol. 57, No. 38, Sep. 1986, p. 364, Abs. No. 3105 or Tappi Papermakers Conf., Apr. 1986, Notes, 89–92.

Primary Examiner—Peter Chin
Attorney, Agent, or Firm—Ostrolenk, Faber, Gerb & Soffen

[57]            ABSTRACT

Paper or paper board is made by passing an aqueous cellulosic suspension through a centriscreen or other shear device and then draining the purified suspension, and an improved combination of retention, drainage, drying and formation is achieved by adding to the suspension an excess of high molecular weight linear synthetic cationic polymer before shearing the suspension and adding bentonite after shearing.

21 Claims, No Drawings

CIBA 039084

4,753,710

| 1 | 2 |

## PRODUCTION OF PAPER AND PAPERBOARD

This invention relates to the production of paper and paper board from a thin stock (a dilute aqueous suspension) of cellulose fibres and optionally filler on paper making apparatus in which the thin stock is passed through one or more shear stages such as cleaning, mixing and pumping stages and the resultant suspension is drained through a wire to form a sheet, which is then dried. The thin stock is generally made by dilution of a thick stock that is formed earlier in the process. The drainage to form the sheet may be downwards under gravity or may be upwards, and the screen through which drainage occurs may be flat or curved, e.g., cylindrical.

The stock is inevitably subjected to agitation throughout its flow along the apparatus. Some of the agitation is gentle but some is strong as a result of passage through one or more of the shear stages. In particular, passage of the stock through a centriscreen inevitably subjects the stock to very high shear. The centriscreen is the name given to various centrifugal cleaner devices that are used on paper machines to remove coarse solid impurities, such as large fibre bundles, from the stock prior to sheet formation. It is sometimes known as the selectifier. Other stages that apply shear include centrifugal pumping and mixing apparatus such as conventional mixing pumps and fan pumps (i.e., centrifugal pumps).

It is common to include various inorganic materials, such as bentonite and alum, and/or organic materials, such as various natural or modified natural or synthetic polymers, in the thin stock for the purpose of improving the process. Such materials can be added for diverse purposes such as pitch control, decolouration of the drainage water (JP No. 598291) or for facilitating release from drying rolls (JP No. 7559505). Starch is often included to improve strength.

Process improvement is particularly desired in retention, drainage and drying (or dewatering) and in the formation (or structure) properties of the final paper sheet. Some of these parameters are in conflict with each other. For instance if the fibres are flocculated effectively into conventional, relatively large, flocs then this may trap the fibre fines and filler very successfully, so as to give good retention, and may result in a porous structure so as to give good drainage. However the porosity and large floc size may result in rather poor formation, and the large fibre flocs may tend to hold water during the later stages of drying such that the drying properties are poor. This will necessitate the use of excessive amounts of thermal energy to dry the final sheet. If the fibres are flocculated into smaller and tighter flocs then drainage will be less satisfactory and retention usually will be less satisfactory, but drying and formation will be improved.

Conventional practice therefore has resulted in the paper maker selecting his additives according to the parameters that he judges to be the most important. If, for example, increased filler retention is more important to the papermaker than increased production he is more likely to use a polyacrylamide or other very high molecular weight flocculant. If increased production is more important than increased retention then a coagulant such as aluminium sulphate is more likely to be chosen. Impurities in the stock create additional problems and necessitate the use of particular additives.

It is known to include in the stock both an inorganic additive and an organic polymeric material, for the purpose of improving retention, drainage, drying and/or formation.

In DE No. 2262906, 1 to 10% bentonite and/or 0.5 to 3% aluminium sulphate is added to the stock, followed by 0.02 to 0.2% of a cationic polymer such as polyethylene imine, so as to improve dewatering even in the presence of impurities in the stock. (In this specification all percentages are dry weight based on the dry weight of the stock, unless otherwise stated.)

In U.S. Pat. No. 2,368,635, bentonite is added to the stock and may be followed by aluminium sulphate or other acidifying substance. In U.S. Pat. No. 3,433,704, attapulgite is added and alum and/or auxiliary filler retention material can be incorporated. In GB No. 1,265,496, a stock containing alum and pigmentary clay is formed and cationic polymer is added.

In U.S. Pat. No. 3,052,595, mineral filler, polyacrylamide and 1 to 20% bentonite, by weight based on the weight of filler, are incorporated in the stock. It is stated that the polymer could be added to the stock either before or after the addition of fillers but the preferred process involves adding the bentonite to a stock containing the remainder of the fillers and the fibres, and then adding the polymer. In each instance the polymer used in this process is substantially non-ionic polyacrylamide. In EP No. 17353, unfilled paper is made from crude pulp by adding bentonite to the stock followed by substantially non-ionic polyacrylamide.

FI No. 67735 describes a process in which a cationic polymer and an anionic component are included in the stock to improve retention and the resultant sheet is sized. It is stated that the cationic and anionic components can be pre-mixed but preferably the anionic component is first added to the stock followed by the cationic, or they are added separately at the same place. The stock is agitated during the addition. It is stated that the amount of cationic is 0.01 to 2%, preferably 0.2 to 0.9%, and the amount of anionic is 0.01 to 0.6%, preferably 0.1 to 0.5%. The cationic retention aid is said to be selected from cationic starch and cationic polyacrylamide or certain other synthetic polymers while the anionic component is said to be polysilicic acid, bentonite, carboxymethyl cellulose or anionic synthetic polymer. In the examples, the anionic component is colloidal silicic acid in an amount of 0.15% and the cationic component is cationic starch in an amount of 0.3 or 0.35% and is added after the colloidal silicic acid.

FI No. 67736 describes a process in which the same chemical types of materials are used as in FI No. 67735 but the size is added to the stock. It is again stated to be preferred to add the anionic component before the cationic component or to add both components at the same place (while maintaining the stock adequately agitated). However it is also stated that when synthetic polymer alone is used as the retention aid (i.e., presumably meaning a combination of synthetic cationic polymer and synthetic anionic polymer), it is advantageous to add the cationic before the anionic. Most of the examples are laboratory examples and show adding 0.15% colloidal silica sol to relatively thick stock, followed by 1 to 2% cationic starch followed by a further 0.15% colloidal silica sol. In one example the 1-2% cationic starch is replaced by 0.025% cationic polyacrylamide. In the only example of an actual production process, the cationic starch, filler and some anionic silica sol are all mixed into thick stock at the same place and the remain-

CIBA 039085

3

4,753,710

4

der of the silica sol is added later, but the precise points of addition, and the intervening process steps, are not stated.

Arledter in Papier, Volume 29, number 10a, October 1975, pages 32 to 43, especially page 36, examined possible synergistic combinations of additives for cellulosic suspensions. He showed that when using a combination of 0.005% polyethylene oxide of very high molecular weight and 0.12% melamine formaldehyde resin, retention was improved only slightly if they were both added at the chest (early in the process), retention was improved if the melamine formaldehyde was added at the head box (near the end of the process) whilst the other polymer was still added at the chest, but best results were achieved when both polymers were added at the head box. Thus best results were obtained when no shear was applied after flocculation.

Auhorn in Wochenblatt Fur Papierfabrikation, Volume 13, 1979, pages 493 to 502, especially page 500, showed the use of bentonite in combination with 0.3% cationic polyelectrolyte. It appears that the bentonite absorbed impurities from the suspension prior to the addition of the polyelectrolyte. Chalk was said to behave in a similar manner. In a paper presented by Auhorn to the Wet End Paper Technology Symposium, Munich, Mar. 17 to 19, 1981, he showed that applying shear to the aqueous suspension after the addition of polymeric retention and gave a serious decrease in retention properties. He also examined the effect of adding bentonite to the suspension and then adding 0.04% cationic polymer before or after the selectifier (a form of centriscreen). He demonstrated that greatly improved retention was obtained when the polymer was added after the selectifier (i.e., after the shearing) than before.

Tanaka in Tappi, April 1982, Volume 65, No. 4, pages 95 to 99, especially page 98, indicated that when making paper filled with clay there was slightly better retention of clay where the clay was added after the polymer than before but warned that the system is highly shear sensitive.

Waech in Tappi Journal, March 1983, pages 137 to 139 showed that when making paper filled with kaolin clay using a synthetic cationic polymeric retention aid, retention is significantly improved if all the kaolin is added after the retention aid instead of before. Waech also showed that retention is improved less if the retention aid is added before the fan pump.

Luner in Tappi Proceedings, 1984 Paper Makers Conference, pages 95 to 106, confirmed these results and suggested that they were due to the pulp being positively charged by the cationic polymer before the addition of anionic clay, and clearly demonstrated that although the process gave improved retention, it gave markedly reduced burst strength, compared to a process in which the clay is added before the retention aid.

The late addition of all the clay filler incurs other disadvantages. It would be very difficult in practice to operate this in a controlled manner because of the variable filler content of the recycled pulp that is used in many mills to supply part at least of the initial fibre pulp. It would be difficult or impossible to adapt paper mills to allow for the uniform addition of large amounts of filler at a late stage. Finally, these processes are of course inappropriate when no significant amount of filler is to be incorporated into the suspension, e.g., for unfilled papers.

In practice therefore, whenever a synthetic polymeric retention aid is included in the stock it is always added after the point of high shear so as to avoid the dramatic loss of retention that is accepted as inevitable if the flocculated system is sheared and that is shown, as mentioned above, by Auhorn. In particular, the synthetic polymeric retention aid is always added after the centriscreen.

In many of these processes a starch, often a cationic starch, is also included in the suspension in order to improve the burst strength. Whereas cationic synthetic polymeric retention aids are substantially linear molecules of relatively high charge density, cationic starch is a globular molecule having relatively low charge density.

A process that is apparently intended to obtain both good strength properties and satisfactory retention properties is described in U.S. Pat. No. 4,388,150 and uses colloidal silicic acid and cationic starch. It is said that the components may be pre-mixed and then added to the stock but that preferably the mixing is conducted in the presence of the stock. It is said that the best results are obtained if the colloidal silicic acid is mixed into the stock and the cationic starch is then added. It appears that a binder complex is formed between the colloidal silicic acid and the cationic starch and it is said that results improve as the Zeta potential in the initial anionic stock moves towards zero. This suggests that the binder complex is intended to have some coagulation effect upon the stock.

A process has been commercialised by the assignees of U.S. Pat. No. 4,388,150 under the trade name Compozil. The trade literature on this states that the system is an advantage over "two component systems containing long-chain linear polymers" and further states that the anionic colloidal silica is "the unique part of the system", is "not a silica pigment", and "acts to agglomerate the fines, filler and fibre already treated with the cationic starch". The system is also described in Paper, Sept. 9, 1985 pages 18 to 20 and again it is stated that the anionic silica acid is a colloidal solution that gives the system its unique properties.

Although the system can, in some processes, give a good combination of strength and process performance it suffers from a number of disadvantages. The colloidal silica, that is essential, is very expensive. The cationic starch has to be used in very large quantities. For instance the examples in U.S. Pat. No. 4,388,150 show that the amount of cationic starch and colloidal silica that are added to the stock can be as high as 15% combined dry solids based on the weight of clay (clay is usually present in an amount of about 20% by weight of the total solids in the stock). Further, the system is only successful at a very narrow range of pH values, and so cannot be used in many paper making processes.

W086/05826 was published after the priority date of the present application and recognises the existence of some of these problems, and in particular modified the silica sol in an attempt to make the system satisfactory at a wider range of pH values. Whereas FI 67736 describes, inter alia, the use of bentonite or colloidal silica in combination with, e.g., cationic polyacrylamide and exemplified adding the cationic polyacrylamide with agitation followed by addition of colloidal silica sol is modified. In particular, cationic polyacrylamide is used in combination with a sol of colloidal particles having at least one surface layer of aluminium silicate or alumini-

CIBA 039086

4,753,710

5

um-modified silicic acid such that the surface groups of the particles contain silicon atoms and aluminium atoms in a ratio of from 9.5:0.5 to 7.5:2.5. The ratio of 7.5:2.5 is achieved by making aluminium silicate by precipitation of water glass with sodium aluminate. It is stated that the colloidal sol particles should have a size of less than 20 nm and is obtained by precipitation of water glass with sodium aluminate or by modifying the surface of a silicic acid sol with aluminate ions. We believe that the resultant sol is, like the starting silicic acid sol, a relatively low viscosity fluid in contrast to the relatively thixotropic and pasty consistency generated by the use of bentonite as proposed in FI No. 67736.

No detailed description is given as to the process conditions that should be used for adding the polymer and the sol and so presumably any of the orders of addition described in U.S. Pat. No. 4,388,150 are suitable. Improved retention compared to, for instance, the use of a system comprising bentonite sold under the trade name "Organosorb" in W086/05826 is demonstrated, as are improved results at a range of pH values, but the necessity to start with collidal silica and then modify it is a serious cost disadvantage.

The use of cationic polymer in the presence of synthetic sodium aluminium silicate has been described by Pummer in Das Papier, 27, volume 10, 1973 pages 417 to 422, especially 421.

It would be desirable to be able to devise a dewatering process for the manufacture of both filled and unfilled papers that can have good burst strength and, in particular, to devise such a process that has dewatering performance (retention, drainage and/or drying) and formation properties as good as or preferably better than the Compozil system or the system of U.S. Pat. No. 4,388,150 whilst avoiding the need to use expensive materials such as colloidal silicic acid or large amounts of cationic starch, and which does not suffer from the pH restrictions inherent in the Compozil process.

According to the invention, paper or paper board is made by forming an aqueous cellulosic suspension, passing the suspension through one or more shear stages selected from cleaning, mixing and pumping stages, draining the suspension to form a sheet and drying the sheet, and the suspension that is drained includes organic polymeric material and inorganic material, characterised in that the inorganic material comprises bentonite which is added to the suspension after one of the said shear stages, and the organic polymeric material comprises a substantially linear, synthetic, cationic polymer having molecular weight above 500,000 which is added to the suspension before that shear stage in an amount which is at least about 0.03%, based on the dry weight of the suspension, when the suspension contains at least about 0.5% cationic binder or it at least about 0.06% when the suspension is free of cationic binder or contains cationic binder in an amount of less than 0.5%.

The process of the invention can give an improved combination of drainage, retention, drying and formation properties, and it can be used to make a wide range of papers of good formation and strength at high rates of drainage and with good retention. The process can be operated to give a surprisingly good combination of high retention with good formation. Because of the good combination of drainage and drying, it is possible to operate the process at high rates of production and with lower vacuum and/or drying energy that is normally required for papers having good formation. The process can be operated successfully at a wide range of

6

pH values and with a wide variety of cellulosic stocks and pigments. Although it is essential in the invention to use more synthetic polymer than has conventionally been used as a polymeric retention aid, the amounts of additives are very much less than the amounts used in, for instance, the Compozil process and the process does not necessitate the use of expensive anionic components such as colloidal silica or modified colloidal silica.

Whereas it is stated in the Compozil literature to be essential to use anionic colloidal silica, and whereas we confirm below that the replacement of colloidal silica be bentonite when using cationic starch does give inferior results, in the invention the use of bentonite gives improved results. Whereas the Compozil literature says that there is an advantage in that process over processes using long chain linear polymers, in the invention such polymers must be used and give improved results.

Conventional practice, for instance as mentioned by Auborn, has established that retention is worse if the flocculated stock is subjected to shear before dewatering. In the invention, however, we subject the flocculated stock to shear and preferably we subject it to the very high shear that prevails in the centriscreen. Whereas Waech and Luner did suggest adding polymer before pigment they did not suggest this high degree of shear nor the use of bentonite and their process led to an inevitable reduction in burst strength and other practice disadvantages, all of which are avoided in the invention.

Whereas FI No. 67736 did mention the possibility of using bentonite, silica sol, or anionic organic polymer in combination with cationic polyacrylamide, and whereas it did exemplify a process in which cationic polyacrylamide was added with agitation followed by colloidal silica, the amount of cationic polyacrylamide was too low for the purposes of the present invention and there was no suggestion that the polymer should be added before shearing in the centriscreen and the colloidal silica after.

Whereas W086/05826 exemplifies a range of processes in which cationic polymer is stirred into pulp and synthetically modified silica sol is then added, that process presumably differs from the process of FI 67736 by the use of the special silica sol rather than colloidal silica or bentonite, whereas in the invention bentonite is essential and gives better results than the special sol. W086/05826 does not suggest adding the cationic polymer before the centriscreen and the anionic component after the centriscreen.

The process of the invention can be carried out on any conventional paper making apparatus. The thin stock that is drained to form the sheet is often made by diluting a thick stock which typically has been made in a mixing chest by blending pigment, appropriate fibre, any desired strengthing agent or other additives, and water. Dilution of the thick stock can be by means of recycled white water. The stock may be cleaned in a vortex cleaner. Usually the thin stock is cleaned by passage through a centriscreen. The thin stock is usually pumped along the apparatus by one or more centrifugal pumps known as fan pumps. For instance the stock may be pumped to the centriscreen by a first fan pump. The thick stock can be diluted by white water to the thin stock at the point of entry of this fan pump or prior to the fan pump, e.g., by passing the thick stock and dilu-tion water through a mixing pump. The thin stock may be cleaned further, by passage through a further centriscreen. The stock that leaves the final centriscreen may be passed through a second fan pump and/or a head box

CIBA 039087

4,753,710

<table>
<tr><td>7</td><td>8</td></tr>
</table>

prior to the sheet forming process. This may be by any conventional paper or paper board forming process, for example flat wire fourdrinier, twin wire former or vat former or any combination of these.

In the invention it is essential to add the specified synthetic polymer before the stock reaches the last point of high shear and to shear the resultant stock before adding the bentonite. It is possible to insert in the apparatus a shear mixer or other shear stage for the purpose of shearing the suspension in between adding the polymer and the bentonite but it is greatly preferred to use a shearing device that is in the apparatus for other reasons. This device is usually one that acts centrifugally. It can be a mixing pump but is usually a fan pump or, preferably, a centriscreen. The polymer may be added just before the shear stage that precedes the bentonite addition or it may be added earlier and may be carried by the stock through one or more stages to the final shear stage, prior to the addition of the bentonite. If there are two centriscreens, then the polymer can be added after the first but before the second. When there is a fan pump prior to the centriscreen, the polymer can be added between the fan pump and the centriscreen or into or ahead of the fan pump. If thick stock is being diluted in the fan pump then the polymer may be added with the dilution water or it may be added direct into the famp pump.

Best results are achieved when the polymer is added to thin stock (i.e., having a solids content of not more than 2% or, at the most, 3%) rather than to thick stock. Thus the polymer may be added direct to the thin stock or it may be added to the dilution water that is used to convert thick stock to thin stock.

The addition of the large amounts of synthetic polymer causes the formation of larger flocs and these are immediately or subsequently broken down by the high shear (usually in the fan pump and/or centriscreen) to very small flocs that can be termed stable microflocs.

The resultant stock is a suspension of these stable microflocs and bentonite is then added to fit. The stock must be stirred sufficiently to distribute the bentonite throughout the stock. If the stock that has been treated with bentonite is subsequently subjected to substantial agitation or high shear, this will tend to reduce the retention properties that improve still further the formation. For instance the stock containing bentonite could be passed through a centriscreen prior to drainage and the product will then have very good formation properties but possibly reduced retention compared to the results if the bentonite was added after the centriscreen. Because formation of the final sheet is usually good, in the invention, if the bentonite is added just before sheet formation, and because it is generally desired to optimise retention, it is usually preferred to add the bentonite after the last point of high shear. Preferably the polymer is added just before the final fan pump and/or final centriscreen and the stock is led, without applying shear, from the final centriscreen or fan pump to a headbox, the bentonite is added either to the headbox or in between the centriscreen and the headbox, and the stock is then dewatered to form the sheet.

In some processes it is desirable to add some of the bentonite at one point and the remainder of the bentonite at a later point (e.g., part immediately after the centriscreen and part immediately before drainage, or part before the centriscreen or other device for applying the shear and part after).

The thin stock is usually brought to its desired final solids concentration, by dilution with water, before the addition of the bentonite and generally before (or simultaneously with) the addition of the polymer but in some instances it is convenient to add further dilution water to the thin stock after the addition of the polymer or even after the addition of the bentonite.

The initial stock can be made from any conventional paper making stock such as traditional chemical pulps, for instance bleached and unbleached sulphate or sulphite pulp, mechanical pumps such as groundwood, thermomechanical or chemi-thermomechanical pulp or recycled pulp such as deinked waste, and any mixtures thereof.

The stock, and the final paper, can be substantially unfilled (e.g., containing less than 10% and generally less than 5% by weight filler in the final paper) or filler can be provided in an amount of up to 50% based on the dry weight of the stock or up to 40% based on dry weight of paper. When filler is used any conventional filler such as calcium carbonate, clay, titanium dioxide or talc or a combination may be present. The filler (if present) is preferably incorporated into the stock in conventional manner, before addition of the synthetic polymer.

The stock may include other additives such as rosin, alum, neutral sizes or optical brightening agents. It may include a strengthening agent and this can be a starch, often a cationic starch. The pH of the stock is generally in the range 4 to 9 and a particular advantage of the process is that it functions effectively at low pH values, for instance below pH 7, whereas in practice the Compozil process requires pH values of above 7 to perform well.

The amounts of fibre, filler, and other additives such as strengthening agents or alum can all be conventional. Typically the thin stock has a solids content of 0.2 to 3% or a fibre content of 0.1 to 2%. The stock preferably has a solids content of 0.3 to 1.5% or 2%.

The organic, substantially linear, synthetic polymer must have a molecular weight above about 500,000 as we believe it functions, at least in part, by a bridging mechanism. Preferably the molecular weight is above about 1 million and often above about 5 million, for instance in the range 10 to 30 million or more.

The polymer must be cationic and preferably is made by copolymerising one or more ethylenically unsaturated monomers, generally acrylic monomers, that consist of or include cationic monomer.

Suitable cationic monomers are dialkyl amino alkyl -(meth) acrylates or -(meth) acrylamides, either as acid salts or, preferably, quaternary ammonium salts. The alkyl groups may each contain 1 to 4 carbon atoms and the aminoalkyl group may contain 1 to 8 carbon atoms. Particularly preferred are dialkylaminoethyl (meth) acrylates, dialkylaminomethyl (meth) acrylamides and dialkylamino-1,3-propyl (meth) acrylamides. These cationic monomers are preferably copolymerised with a non-ionic monomer, preferably acrylamide and preferably having an intrinsic viscosity above 4 dl/g. Other suitable cationic polymers are polyethylene imines, polyamine epichlorhydrin polymers, and homopolymers or copolymers, generally with acrylamide, of monomers such as diallyl dimethyl ammonium chloride. Any conventional cationic synthetic linear polymeric flocculant suitable for use as a retention aid on paper can be used.

The polymer can be wholly linear or it can be slightly cross linked, as described in EP 202780, provided it still

CIBA 039088

4,753,710

9

has a structure that is substantially linear in comparison with the globular structure of cationic starch.

For best results the cationic polymer should have a relatively high charge density, for instance above 0.2, preferably at least 0.35, most preferably 0.4 to 2.5 or more, equivalents of nitrogen per kilogram of polymer. These values are higher than the values obtainable with cationic starch having a conventional relatively high degree of substitution, since typically this has a charge density of below 0.15 equivalents nitrogen per kg starch. When the polymer is formed by polymerisation of cationic, ethylenically unsaturated, monomer optionally with other monomers the amount of cationic monomer will normally be above 2% and usually above 5% and preferably at least about 10% molar based on the total amount of monomers used for forming the polymer.

The amount of synthetic linear cationic polymer used in conventional processes as retention aid, in the substantial absence of cationic binder, is typically between 0.01 and 0.05% (dry polymer based on dry weight of paper), often around 0.02% (i.e., 0.2 k/t). Lower amounts can be used. In these processes so significant shear is applied to the suspension after adding the polymer. If the retention and formation of the final paper is observed at increasing polymer dosage it is seen that retention improves rapidly as the dosage is increased up to, typically, 0.02% and that further increase in the dosage gives little or no improvement in retention and starts to cause deterioration in formation and drying, because the overdosing of the flocculant results in the production of flocs of increased size. The optimum amount of polymeric flocculant in conventional processes is therefore at or just below the level that gives optimum retention and this amount can easily be determined by routine experimentation by the skilled mill operator.

In the invention we use an excess amount of cationic synthetic polymer, generally 1.1 to 10 times, usually 3 to 6 times, the amount that would have been regarded as optimum in conventional processes. The amount will therefore normally always be above 0.03% (0.3 k/t) and in some instances adequate results can be achieved with dosages as low as this if the stock to which the polymer is added already contains a substantial amount, e.g., 0.5%, cationic binder. However if the stock is free of cationic binder or only contains a small amount then the dosage of polymer will normally have to be more, usually at least 0.06% (0.6 k/t). This is a convenient minimum even for stocks that do contain a large amount of cationic binder. Often the amount is at least 0.08%. The amount will usually be below 0.5% and generally below 0.2% with amounts of below 0.15% usually being preferred. Best results are generally obtained with 0.06 to 0.12 or 0.15%.

If cationic binder is present, it will be present primarily to serve as a strengthening aid and its amount will usually be below 1%, preferably below 0.5%. The binder may be starch, urea formaldehyde resin or other cationic strengthening aid.

The use of the excess amount of synthetic polymeric flocculant is thought to be necessary to ensure that the shearing that occurs in the centriscreen or other shear stage results in the formation of microflocs which contain or carry sufficient cationic polymer to render parts at least of their surfaces sufficiently cationically charged. Surprisingly it is not essential to add sufficient cationic polymer to render the whole suspension cati-

10

onic. Thus the Zeta potential of the stock can, prior to addition of the bentonite, be cationic or anionic, including for instance −25 mv. It would normally be expected that the addition of anionic bentonite to a suspension having a significant negative Zeta potential (e.g., below −10 mv) would not give satisfactory results and U.S. Pat. No. 4,388,150 suggests that best results are achieved when the Zeta potential following the addition of the starch and the anionic silica approaches zero. The article by Luner also proposed neutralisation of the charges in the suspension by the polymer.

Whether or not a sufficient excess of cationic polymer has been added (and presumably whether or not the resultant microflocs do have a sufficient cationic charge) can easily be determined experimentally by plotting the performance properties in the process, with a fixed amount of bentonite and a fixed degree of shear, at various levels of polymeric addition. When the amount of polymer is insufficient (e.g., being the amount typically used in the prior art), the retention and other properties are relatively poor. As the amount is gradually increased a significant increase in retention and other performance properties is observed, and this corresponds with the excess that is desired in the invention. Further increase in the amount of flocculant, far beyond the level at which the significant improvement in performance occurs, is unnecessary and, for cost reasons, undesirable. Naturally this test with the bentonite must be conducted after subjecting the flocculated suspension to very high shear so as to break it down to microflocs. As a result of having sufficient flocculant, these flocs are sufficiently stable to resist further degradation during the shearing in the centriscreen or other shear stage.

It is essential in the invention to use a cationic polymer as the first component, rather than a non-ionic or anionic polymer and, as the second component, it is essential to use bentonite rather than any other anionic particulate material. Thus colloidal silica or modified colloidal silica gives inferior results and the use of other very small anionic particles or the use of anionic soluble polymers also gives very inferior results.

The amount of bentonite that has to be added is generally in the range 0.03 to 0.5%, preferably 0.05 to 0.3% and most preferably 0.08 or 0.1 to 0.2%.

The bentonite can be any of the materials commercially referred to as bentonites or as bentonite-type clays, i.e., anionic swelling clays such as sepialite, attapulgite or, preferably, montmorillinite. The montmorillinites are preferred. Bentonites broadly as described in U.S. Pat. No. 4,305,781 are suitable.

Suitable montmorillonite clays include Wyoming bentonite or Fullers Earth. The clays may or may not be chemically modified, e.g., by alkali treatment to convert calcium bentonite to alkali metal bentonite.

The swelling clays are usually metal silicates wherein the metal comprises a metal selected from aluminium and magnesium, and optionally other metals, and the ratio silicon atoms:metal atoms in the surface of the clay particles, and generally throughout their structure, is from 5:1 to 1:1. For most montmorillonites the ratio is relatively low, with most or all of the metal being aluminium but with some magnesium and sometimes with, for instance a little iron. In other swelling clays however, some or all of the aluminium is replaced by magnesium and the ratio may be very low, for instance about 1.5 in sepialite. The use of silicates in which some

CIBA 039089

4,753,710

11

of the aluminium has been replaced by iron seems to be particularly desirable.

The dry particle size of the bentonite is preferably at least 90% below 100 microns, and most preferably at least 60% below 50 microns (dry size). The surface area of the bentonite before swelling is preferably at least 30 and generally at least 50, typically 60 to 90, m²/gm and the surface area after swelling is preferably 400–800 m²/g. The bentonite preferably swells by at least 15 or 20 times. The particle size after swelling is preferably at least 90% below 2 microns.

The bentonite is generally added to the aqueous suspension as a hydrated suspension in water, typically at a concentration between 1% and 10% by weight. The hydrated suspension is usually made by dispersing powdered bentonite in water.

The choice of the cellulosic suspension and its components and the paper making conditions may all be varied in conventional manner to obtain paper ranging from unfilled papers such as tissue, newsprint, groundwood specialities, supercalendered magazine, highly filled high quality writing papers, fluting medium, liner board, light weight board to heavy weight multiply boards or sack kraft paper.

The paper may be sized by conventional rosin/alum size at pH values ranging between 4 and 6 or by the incorporation of a reactive size such as ketene dimer or alkenyl succinic anhydride where the pH conditions are typically between 6 and 9.

The reactive size when used can be supplied as an aqueous emulsion or can be emulsified in situ at the mill with suitable emulsifiers and stabilisers such as cationic starch.

Preferably the reactive size is supplied in combination with a polyelectrolyte in known manner. The size and the polyelectrolyte can be supplied to the user in the form of an anhydrous dispersion of the polyelectrolyte in a non-aqueous liquid comprising the size, as described in EP Nos. 141641 and 200504. Preferably the polyelectrolyte for application with the size is also suitable as the synthetic polymeric retention aid in the invention in which event the size and all the synthetic polymer can be provided in a single anhydrous composition of the polymer dispersed in the anhydrous liquid phase comprising the size.

Suitable methods of making the anhydrous compositions, and suitable sizes, are described in those European specifications. The anhydrous dispersions may be made by formation of an emulsion of aqueous polymer in oil followed by dehydration by azeotroping in conventional manner and then dissolution of the size in the oil phase, with optional removal of the oil phase if appropriate. The emulsion can be made by emulsification of an aqueous solution of the polymer into the oil phase but is preferably made by reverse phase polymerisation. The oil phase will generally need to include a stabiliser, preferably an amphipathic oil stabiliser in order to stabilise the composition.

In the following examples the following polymers are used:

A: a copolymer formed of 70% by weight acrylamide and 30% dimethyl aminoethyl acrylate quaternised with methyl chloride and having intrinsic viscosity (IV) 7 to 10.

B: a copolymer of 90 weight % acrylamide and 10 weight % dimethyl aminoethyl methacrylate having IV 7 to 10.

C: polyethyleneimine (Polymin SK B.A.S.F.)

12

D: polydiallyl dimethyl ammonium chloride

E: a medium molecular weight copolymer of diallyl dimethyl ammonium chloride, acrylamide 70:30 IV of 1.5

F: a quaternised dimethylaminomethyl acrylamide copolymer with 50% acrylamide and having IV 1.0

G: a copolymer of 70% by weight acrylamide and 30% sodium acrylate, IV 12

S: high molecular weight potato starch with high degree of cationic substitution

CSA: colloidal silicic acid

AMCSA: aluminium modified silicic acid

The bentonite in each example was a sodium carbonate activated calcium montmorillonite. Examples 1 to 3 are examples of actual paper process. The other examples are laboratory tests that we have found to give a reliable indication of the results that will be obtained when the same materials are used on a mill with the polymer being added before the centriscreen (or the final centriscreen if there is more than one) and with the bentonite being added after the last point of high shear.

### EXAMPLE 1

Three retention aid systems were compared on an experimental machine designed to simulate full scale modern papermaking machine conditions. In this, thick sized stock was mixed with white water from a wire pit and was passed through a mixing pump. The resultant thin stock was passed through a dearator and was then fed by a fan pump to a flow box, from which it was flowed on to the wire to form a sheet, the drained water being collected in the wire pit and recycled.

System (I) involved the addition of 0.03% Polymer A added just after the fan pump, i.e., after last point of high shear.

System (II) involved the addition of 1.5% cationic starch just before mixing the stock with the white water, and 0.2% colloidal silica (the optimised Compozil System) just after the fan pump.

System (III) involved the addition of 0.15% Polymer A to the white water just before mixing with the stock, followed by 0.2% bentonite just after the fan pump, as a hydrated slurry.

The performance of these systems was evaluated on stock consisting of 50% bleached birch and 50% bleached pine, with 20% $CaCO_3$, at 0.7% consistency and pH 8.0 sized with an alkylketene dimer.

The first pass retention values and the web dryness after the wet presses on machine were recorded in Table 1.

#### TABLE 1

| System | Retention % | Dryness % |
|--------|-------------|-----------|
| I      | 35          | 42.75     |
| II     | 74          | 44.6      |
| III    | 92          | 45.75     |

This clearly demonstrates the significant advantage of the invention (system III) compared to the two prior processes (systems I and II) both as regards retention and dryness. Although the increase in dryness is numerically relatively small, commercially this difference is very significant and allows either an increase in machine speed and or decreased steam demand in the drying section.

CIBA 039090

4,753,710

**13**

## EXAMPLE 2

The process of Example 1 was repeated using a stock and retention aid systems II and III as described in Example 1 but under acid sizing conditions using rosin alum and filled with china clay instead of CaCo₃. The pH of the stock was 5.0. Addition points were as described in EXAMPLE 1.

TABLE 2

| System | Retention % | Dryness % |
|--------|-------------|-----------|
| II     | 84.0        | 45.75     |
| III    | 88.0        | 46.60     |

This clearly demonstrates the significant advantage of System III over the prior process (System II), both with regard to retention and web dryness after the presses.

## EXAMPLE 3

A full scale machine trial was carried out on a four-drinier machine producing 19 t/hour of unbleached sack kraft. In this process, thick stock was diluted with white water from a silo and the stock passed through a mixing pump and dearator to a second dilution point at which further white water was added to make the final thin stock. This stock was fed to four centriscreens in parallel, all discharging into a loop that lead to the headbox that supplied the screen. The thin stock contained 0.15% cationic starch as a strengthening aid and 1% cationic urea formaldehyde wet strength resin. Machine speed was 620 m/min.

Polymer A dosage was 0.03% added to the white water at the second dilution point. The bentonite dosage was 0.2% added to the thin stock either just before the centriscreens or in the loop after the centriscreens. The results are in Table 3.

TABLE 3

| Additive | % Retention |
|----------|-------------|
| Nil | 82.2 |
| A + Bentonite before centriscreens | 86.8 |
| A + Bentonite after centriscreens | 92.7 |

Under equilibrium running conditions using the retention aid system where the bentonite was added after the centriscreens, the couch vacuum was reduced by 30% and the drying steam demand by 10% compared to the system when the bentonite was added before the centriscreens. The mill reported no change in formation during the trial.

These results clearly demonstrated the benefit of adding the bentonite after shear.

## EXAMPLE 4

Britt jar tests were carried out on a neutral sized stock consisting of birch (15%), spruce (30%), and 55% broke with 25% added calcium carbonate filler (the percentages for the initial solids in the stock in this and other examples are by weight of fibre). The stock had pH 8.0 and contained a conventional ketene dimer sizing agent and 0.5 cationic starch S as a strengthening aid.

The shear condition of the Britt jar was adjusted to give a first pass retention in the region of 55–60% in the absence of the additive. Cationic polyacrylamide A (if used) was added to 500 ml of thin stock (0.6% consistency) in a measuring cylinder. The cylinder was inverted four times to achieve mixing and the flocculated stock was transferred to the Britt jar tester. The flocs at

**14**

this stage were very large and were clearly unsuitable for production of paper having good formation of drying properties. The stock was sheared for one minute and then bentonite (if used) was added. Retention performance was observed.

Laboratory drainage evaluations were also carried out on the same stock using a standard Schopper Reigler freeness tester. The machine orifice was plugged and time was measured for 500 ml of white water to drain from 1 liter of the same stock treated as above. The results are shown in Table 4 below.

TABLE 4

| Test | Polymer % | Bentonite % | % Retention | Drainage (secs) |
|------|-----------|-------------|-------------|-----------------|
| 1 | 0 A | 0 | 56.9 | 56 |
| 2 | 0.05 A | 0 | 61.0 | 41 |
| 3 | 0.1 A | 0 | 61.4 | 28 |
| 4 | 0.15 A | 0 | 61.7 | 25 |
| 5 | 0.1 A | 0.2 | 63.7 | 14 |
| 6 | 0.15 A | 0.2 | 81.7 | 7 |

Comparison of tests 4 and 6 demonstrates the significant advantage from adding bentonite and comparison of tests 5 and 6 shows the benefit of increasing the amount of polymer A to 0.15 k/t for this particular stock. The sheared suspension in test 6 had a stable microfloc structure. The amount of polymeric in test 5 was not quite sufficient for a good structure using this particular stock.

## EXAMPLE 5

The process of example 4 was repeated except that the stock was a conventional rosin alum sized stock having pH 5.5 and did not contain the cationic starch. The results are shown in Table 5.

TABLE 5

| Polymer % | Bentonite % | Drainage (secs) |
|-----------|-------------|-----------------|
| 0 | 0 | 117 |
| 0.1 A | 0 | 70 |
| 0.15 A | 0 | 77 |
| 0.1 A | 4 | 31 |
| 0.15 A | 4 | 23 |

## EXAMPLE 6

A stock was formed as in Example 4 but did not contain the starch and was tested as in Example 4. The results are shown in Table 6.

TABLE 6

| Test | Polymer % | Inorganic Additive % | % Retention |
|------|-----------|----------------------|-------------|
| 1 | 0 | 0 | 58 |
| 2 | 1 S | 0 | 58.4 |
| 3 | 0.5 S | 0.2 CSA | 77.8 |
| 4 | 1 S | 0.2 CSA | 79.2 |
| 5 | 1 S | 0.4 Bentonite | 66.6 |
| 6 | 1 S | 0.6 Bentonite | 69.5 |
| 7 | 0.15 B | 0.2 CSA | 70 |
| 8 | 0.15 B | 0.4 Bentonite | 83.0 |
| 9 | 0.15 A | 0.2 CSA | 70.8 |
| 10 | 0.15 A | 0 | 62.3 |
| 11 | 0.15 A | 0.4 Bentonite | 84.2 |
| 12 | 0.05 B + 0.5 S | 0.4 Bentonite | 70.5 |
| 13 | 0.1 B + 0.5 S | 0.4 Bentonite | 82.3 |

Tests 3 and 4 are similar to the Compozil system and show the use of cationic starch followed by anionic colloidal silica. Comparison of test 4 with tests 5 and 6

CIBA 039091

15
4,753,710
16

demonstrates that replacing the anionic colloidal silica with bentonite gives worse results. Similarly comparison of tests 3 or 4 with tests 7 or 9 shows that replacing the cationic starch with a synthetic flocculant gives worse results.

Comparison of tests 12 and 13 indicates that the amount of synthetic flocculant in test 12 is in adequate. Tests 8, 11 and 13 demonstrate the excellent results obtained in the invention. The advantage of the processes of the invention using bentonite (tests 8, 11 13) over the use of colloidal silica (tests 7, 9) is apparent.

## EXAMPLE 7

A stock was formed as in Example 4 but with no filler and was treated with polymer A before the shearing and with bentonite or specified filler after the shearing. The results are shown in Table 7.

### TABLE 7

| Test | Polymer % | Inorganic % | Retention B/W Solids | Drainage Time (secs) |
|------|-----------|-------------|----------------------|----------------------|
| 1 | 0 | 0 | 1023 | 33 |
| 2 | 0.1 A | 0 | 705 | 24 |
| 3 | 0.1 A | 0.05 Bentonite | 315 | 10 |
| 4 | 0.1 A | 0.1 Bentonite | 205 | 5 |
| 5 | 0.1 A | 0.2 Bentonite | 180 | 5 |
| 6 | 0.1 A | 0.1 Clay | 710 | 25 |
| 7 | 0.1 A | 0.1 CaCO₃ | 700 | 25 |
| 8 | 0.1 A | 0.1 TiO₂ | 740 | 25 |

This clearly demonstrates the superiority of the use of bentonite over other pigmentary fillers. Much better drainage values can be obtained by increasing the amount of clay, CaCO₃ or TiO₂ filler that is added after the polymer, but this is impractical and the sheet strength is reduced.

## EXAMPLE 8

Laboratory drainage evaluations were carried out as in Example 4 on a 0.5% stock comprised of bleached kraft (60%) bleached birch (30%) and broke (10%). The stock was sized with an alkenyl succinic anhydride size at pH 7.5.

The treated stocks were prepared by adding the desired quantity of dilute polymer solution (0.05%) to 1 liter of stock in a measuring cylinder. The cylinder was inverted four times to effect mixing and transferred to a beaker and sheared mechanically with a conventional propellor stirrer (1,500 rpm) for 1 minute.

After shearing, the stock was transferred back to the measuring cylinder and bentonite as a 1% hydrated slurry was added as required to give the appropriate dose. The cylinder was again inverted four times to effect mixing and transferred to the modified Schopper Reigler apparatus for drainage evaluation.

In the cases where only polymer was added, the polymer treated stock was transferred to the Schopper Reigler apparatus immediately after cylinder inversion and was not subjected to shear.

A range of cationic polymers was evaluated at a constant dose level of 0.1% dry polymer on dry weight of paper. Table 8 shows the results achieved with and without further addition of bentonite.

### TABLE 8

| Additive | Drainage Time (secs) | |
|----------|----------------------|----------------------|
| | No Bentonite | Bentonite Addition 0.2% |
| Blank | 71 | 68 |
| Polymer C | 35 | 19 |

### TABLE 8-continued

| Additive | Drainage Time (secs) | |
|----------|----------------------|----------------------|
| | No Bentonite | Bentonite Addition 0.2% |
| Polymer D | 53 | 32 |
| Polymer E | 46 | 22 |
| Polymer F | 30 | 12 |

Clearly all the polymers gave advantageous drainage benefits to the stock when added alone as single additions, but all show substantial further improvement when the polymer was added before shearing and bentonite is added after shearing.

The size was provided initially as an anhydrous dispersion as described in EP No. 141641. For instance polymer E could be formulated into a dispersion as in examples 1 to 5 of that specification and the resultant dispersion in oil could be dispersed into water, thereby dissolving the polymer and emulsifying the size, by use of an oil in water emulsifying agent, so as to form an aqueous concentrate that is then added to the cellulosic suspension.

## EXAMPLE 9

Retention evaluations were carried out on a stock consisting of 60% Bleached Kraft, 40% Bleached Birch and 10% Broke with 20% added calcium carbonate. The stock consistency was 0.7% and a pH of 8.0.

The retention evaluation was carried out using the Britt Dynamic Drainage Jar using the following procedure:

The first component, (cationic starch or cationic polyacrylamide) was added to a 1 liter measuring cylinder containing starch. The cylinder was inverted four times to effect mixing and transferred to the Britt Jar. The treated stock was sheared for 1 minute at a stirrer speed of 1500 rpm. The second component was then added (bentonite or polysilicic acid), the stirrer speed was immediately reduced to 900 rpm and mixing continued for 10 seconds. Drainage was allowed to start and the drained white water was collected, filtered and weighed dry. The total first pass retention was calculated from the data.

The results are shown in Table 9.

### TABLE 9

| Test | Polymer % | Inorganic % | % Retention |
|------|-----------|-------------|-------------|
| 1 | Nil | Nil | 65 |
| 2 | 0.1 A | Nil | 81 |
| 3 | 0.1 A | 0.15 CSA | 85.4 |
| 4 | 0.1 A | 0.2 CSA | 85.9 |
| 5 | 0.1 A | 0.3 CSA | 86.2 |
| 6 | 0.1 A | 0.2 Bentonite | 93.3 |
| 7 | 0.5 S | 0.15 CSA | 86.2 |
| 8 | 0.1 S | 0.15 CSA | 88.2 |
| 9 | 0.5 S | 0.2 Bentonite | 79.5 |
| 10 | 0.1 S | 0.2 Bentonite | 81.2 |

Comparison of tests 3 to 5 with test 2 shows that the late addition of colloidal silica does improve the retention and so, as indicated in W086/05826, some benefit does follow from the addition of colloidal silica after synthetic linear polymer. However comparison of test 6 with tests 3 to 5 shows that bentonite gives very much better results than colloidal silica in these circumstances.

Comparison of tests 7 and 8 with tests 9 and 10 shows that when using cationic starch instead of a synthetic polymer colloidal silica gives better results. These re-

CIBA 039092

17
4,753,710
18

sults confirm the requirement in the Compozil process for using colloidal silica and suggest that a synergic effect exists between the cationic polymer and bentonite, but not between cationic starch and bentonite.

## EXAMPLE 10

Drainage times were recorded as in Example 4 on a stock formed of 50% bleached birch, 50% bleached kraft with 20% added calcium carbonate and having pH 7.5. In test 1, neither polymer nor particulate additive was added. In tests 2 to 15, 0.1% of Polymer A was added before the shearing. In tests 3 to 16, the specified amounts of various anionic additives were added. In tests 14, 0.2% bentonite was added but, instead of using Polymer A, 0.1% non-ionic polymer was used in test 14 and 0.1% anionic polymer was used in test 15. In test 16, polymer A and bentonite were added simultaneously before the shearing. The results are in Table 10.

TABLE 8

| Test | Anionic Additive | Drainage Time (secs) |
|---|---|---|
| 1 | NIL | 56 |
| 2 | NIL | 34 |
| 3 | 0.2% Bentonite | 6 |
| 4 | 0.2% CSA | 12 |
| 5 | 10% China Clay | 9 |
| 6 | 10% Kieselguhr | 21 |
| 7 | 0.5% alkali-swellable polyacrylic aqueous emulsion | 30 |
| 8 | 0.1% alkali-swellable polyacrylic aqueous emulsion | 42 |
| 9 | 1% water-swellable polyacrylamide dispersion in oil | 20 |
| 10 | 0.5% water-swellable polyacrylamide dispersion in oil | 25 |
| 11 | 0.2% water-swellable polyacrylamide dispersion in oil | 23 |
| 12 | 1% sodium polyacrylate crosslinked fines | 27 |
| 13 | 1% polyacrylamide crosslinked fines | 40 |
| 14 | 0.2% bentonite (after non-ionic) | 52 |
| 15 | 0.2% bentonite (after anionic) | 54 |
| 16 | 0.2% bentonite (simultaneous) | 30 |

This confirms that bentonite has unique properties compared to other organic and inorganic anionic materials or colloidal silicic acid, provided it is added after the flocculated system has been sheared before the addition of bentonite.

## EXAMPLE 11

Retention tests were carried out using the Britt jar tester. Thin stock containing 20% china clay was placed in the Britt jar and 0.1% Polymer A was added. This was then sheared at 1000 rpm for 30 seconds. 0.2% bentonite was added and after allowing 5 seconds for mixing the test was carried out.

The procedure was repeated except 20% clay was added at the end instead of the 0.2% bentonite.

Standard 100 gsm sheets were prepared using the above two systems. Retention and Burst strength were recorded and results are shown in Table 11.

TABLE 11

| Additives | % Retention | Burst Strength KPA |
|---|---|---|
| 20% china clay + 0.1% Polymer A + 0.2% bentonite | 79.0 | 197 |
| 0.1% Polymer A + 20% china clay | 76.0 | 99 |

This shows that although the late addition of high levels of china clay can give reasonable retention results compared to the bentonite, it has a dramatic bad effect on sheet strength.

## EXAMPLE 12

Laboratory evaluations were carried out to compare different modes of addition of the polymer when using retention aid System III of Example 2.

Samples of thick stock and whitewater were obtained from a mill producing publishing grade papers from bleached chemical pulps filled with calcium carbonate and sized with alkylketene dimer size.

Thick stock consistency was 3.5% and the white water was 0.2%. The thick stock and white water were combined proportionately to give a thin stock consistency of 0.7%.

Laboratory retention evaluation were carried out using a Britt Dynamic Jar Tester as follows:

For the control without any retention aid, thick stock and white water were combined in the Britt Jar and sheared for 30 seconds at 1000 rpm. When the polymer was added to thick stock, the flocculated thick stock was sheared for 30 seconds at 1000 rpm. Addition of the white stock, further mixing was carried out for 5 seconds at 1000 rpm followed by the bentonite additions which was mixed for a further 5 seconds before testing. When the polymer was added to the white water, this was sheared for 30 seconds at 1000 rpm followed by addition of thick stock, this was then mixed for a further 5 seconds before bentonite addition which as before was mixed for 5 seconds before testing. The results obtained are shown in Table 12.

Polymer A dosage used was 0.2% and bentonite dosage was 0.2%.

TABLE 12

| Order of Addition | % Retention |
|---|---|
| Thick stock + White water | 50.9 |
| Thick stock + White water + Polymer A + Bentonite | 70.5 |
| Thick stock + Polymer A + White water + Bentonite | 56.5 |
| White water + Polymer A + Thick stock + Bentonite | 71.4 |

This shows the benefit of adding the polymer to the thin stock, or to the dilution water for the thin stock, in preference to adding the polymer to thick stock.

## EXAMPLE 13

Aluminium modified silicic acid sol AMCSA was prepared by treatment of colloidal silicic acid with sodium aluminate according to W086/0526 (AMCSA). It was compared at two pH values with CSA and bentonite, after Polymer A, as follows.

The paper making stock was prepared from bleached kraft (50%), bleached birch (50%) and beaten to 45° SR, and diluted to 0.5% consistency. The thin stock was split into two portions. The pH of one portion was 6.8, and hydrochloric acid was added to the other portion to adjust the pH to 4.0.

600 mls of stock was added to a Beritt jar and 0.5% solution of polymer A added to give a dose level of 0.1% dry polymer on dry paper. The flocculated thin stock was sheared for 60 seconds at 1500 rpm in the Britt jar, after which the contents were transferred to a 1 liter measuring cylinder and the anionic component was added. The cylinder was inverted four times to

CIBA 039093

4,753,710

19

achieve mixing and the contents were transferred to a Schopper Riegler apparatus where the machined orifice had been blocked. The time for 400 mls to drain was recorded.

The results are shown in Tables 13 and 14.

TABLE 13

| Polymer A Dose % | Stock pH 6.8 | | Time (seconds) |
|---|---|---|---|
| | Anionic | Anionic Dose % | |
| 0 | — | — | 75 |
| 0.1 | — | — | 47 |
| 0.1 | AMCSA | 0.1 | 19 |
| 0.1 | AMCSA | 0.2 | 18 |
| 0.1 | AMCSA | 0.4 | 23 |
| 0.1 | CSA | 0.1 | 20 |
| 0.1 | CSA | 0.2 | 18 |
| 0.1 | CSA | 0.4 | 23 |
| 0.1 | Bentonite | 0.2 | 7 |

TABLE 14

| Polymer A Dose % | Stock pH 4.0 | | Time (seconds) |
|---|---|---|---|
| | Anionic | Anionic Dose % | |
| 0 | — | — | 73 |
| 0.1 | — | — | 47 |
| 0.1 | AMCSA | 0.1 | 22 |
| 0.1 | AMCSA | 0.2 | 17 |
| 0.1 | AMCSA | 0.4 | 19 |
| 0.1 | CSA | 0.1 | 33 |
| 0.1 | CSA | 0.2 | 27 |
| 0.1 | CSA | 0.4 | 23 |
| 0.1 | Bentonite | 0.2 | 7 |

This shows that aluminium modified colloidal silicic acid (AMCSA) prepared according to W086/05826, performs as well as colloidal silicic acid (CSA) described in U.S. Pat. No. 4,388,150 at pH 6.8, but performs better than colloidal silicic acid (CSA) at pH 4.0. The results show that bentonite performs significantly better than either CSA or AMCSA at both pH values. The results demonstrate the synergism that exists specifically between cationic synthetic polymers and bentonite when the stock is sheared after the polymer addition.

EXAMPLE 14

The effect of addition of soluble anionic polymer G instead of bentonite in the retention aid system was evaluated in the laboratory on a stock consisting of bleached chemical pulps, calcium carbonate and alkylketene dimer size. Both retention and drainage tests were carried out.

Retention tests were carried out using a Britt Dynamic Jar. The required amount of Polymer A was added to 500 mls of thin stock and sheared in the Britt Jar at 1000 rpm for 30 seconds. This was followed by the addition of bentonite or Polymer G at the appropriate dose level and after allowing 5 seconds for mixing the tests was carried out.

Vacuum drainage tests were carried out by taking thick stock and treating it as above but after mixing in the bentonite or polymer the stock was transferred into a Hartley Funnel fitted with a filter paper. The Hartley Funnel was attached to a conical flask fitted with a constant vacuum source. The time was then recorded for the stock to drain under vacuum until the pad formed on the filter paper assumed a uniform matt appearance corresponding to removal of excess water.

Results are as shown in Table 15.

20

TABLE 15

| Additive | % Retention | Vacuum Drainage Time (seconds) |
|---|---|---|
| Nil | 70.8 | 80 |
| 0.1% Polymer A + 0.2% Bentonite | 95.8 | 6 |
| 0.1% Polymer A + 0.1% Polymer G | 88.4 | 26 |
| 0.1% Polymer A + 0.2% Polymer G | 88.4 | 30 |
| 0.1% Polymer A + Zero | 84.8 | 14 |

The addition of the anionic Polymer G only slightly improves the retention and has an adverse effect on drainage compad to Polymer A on its own. Polymer A followed by bentonite was significantly more effective with regard to both retention and drainage.

We claim:

1. A process in which paper or paper board is made by forming an aqueous cellulosic suspension, passing the suspension through one or more shear stages, said shear stages selected from the group consisting of cleaning, mixing and pumping stages, draining the suspension to form a sheet and drying the sheet and in which the suspension that is drained includes organic polymeric material and inorganic material, characterised in that the inorganic material comprises bentonite which is added to the suspension after one of the said shear stages in an amount of at least about 0.03%, and the organic polymeric material comprises a substantially linear synthetic cationic polymer flocculant or retention aid having molecular weight above 500,000 and a charge density above about 0.2 equivalents of cationic nitrogen per kilogram of polymer which is added to the suspension before that shear stage in an amount of above about 0.03%, based on the dry weight of the suspension.

2. A process according to claim 1 in which said cleaning stage is a centriscreen, said pumping stage is a fan pump and said mixing stage is a mixing pump.

3. A process according to claim 1 in which the one or more shear stages comprises a centriscreen, the synthetic polymer is added to the suspension before the centriscreen and the bentonite is added after the centriscreen.

4. A process according to claim 1 in which the synthetic polymer is a cationic polymer selected from the group consisting of polyethylene imine, polyamine epichlorhydrin products, polymers of diallyl dimethyl ammonium chloride, and cationic acrylic polymers.

5. A process according to claim 1 in which said suspension contains less than about 0.5% cationic binder and said synthetic polymer is added in an amount of from 0.06 to 0.2%.

6. A process according to claim 1 in which the bentonite is added as a hydrated suspension obtained by dispersing powdered bentonite in water.

7. A process according to claim 1 in which the bentonite is added in an amount of from 0.03 to 0.5%.

8. A process according to claim 1 in which the suspension that is dewatered is substantially free of filler or includes filler substantially all of which was added before the synthetic polymeric material.

9. A process according to claim 1 in which the synthetic polymer is a cationic polymer having intrinsic viscosity above 4 dl/g and formed from acrylic monomers comprising dialkylaminoalkyl(meth)-acrylate or -acrylamide (as acid or quaternary salt).

4,753,710

21

10. A process according to claim 1 in which the cationic polymer has a cationic charge density of 0.35 to 2.5 equivalents of nitrogen per kilogram polymer.

11. A process according to claim 1 in which a reactive size is incorporated in the aqueous suspension.

12. A process according to claim 1 in which a reactive size is incorporated in the aqueous suspension and in which the synthetic polymer and the reactive size are provided as a dispersion of substantially anhydrous particles of the polymer in a substantially anhydrous oil phase comprising the size and this dispersion is mixed into water.

13. A process according to claim 1 comprising forming an aqueous cellulosic suspension which is substantially unfilled or contain filler, cleaning the suspension by passage through a centriscreen, draining the suspension to form a sheet and drying the sheet, and in which synthetic, substantially linear synthetic cationic polymer is added to the suspension before the centriscreen in an amount of from about 0.03% to 0.2%, based on the dry weight of the suspension, and 0.03 to 0.5% bentonite is added after the centriscreen, and in which said synthetic polymer flocculant or retention aid is selected from the group consisting of polyethylene imine, polyamine epichlorhydrin products, polymers of diallyl

22

dimethyl ammonium chloride, and cationic acrylic polymers.

14. A process according to claim 1 in which the suspension has a solids content of below about 2% at the time the polymer is added to the suspension.

15. A process according to claim 1 in which the said polymer is added before the last point of high shear and the said bentonite is added after the last point of high shear.

16. A process according to claim 4 in which the synthetic polymer is added in an amount of from 0.06 to 0.2%.

17. A process according to claim 16 in which the bentonite is added in an amount of from 0.03 to 0.5%.

18. A process according to claim 9 in which the cationic polymer has a cationic charge density of 0.35 to 2.5 equivalents of nitrogen per kilogram polymer.

19. A process according to claim 18 in which the synthetic polymer is added in an amount of from 0.06 to 0.2%.

20. A process according to claim 10 in which the polymer molecular weight is at least about one million.

21. A process according to claim 1 in which the polymer molecular weight is at least about one million.

*  *  *  *  *

CIBA 039095

# United States Patent [19]

[11] 4,445,970

Post et al.

[45] May 1, 1984

[54] HIGH MINERAL COMPOSITE FINE PAPER

[75] Inventors: Richard L. Post, Ridgway; Robert G. Post, St. Marys, both of Pa.

[73] Assignee: Penntech Papers, Inc., White Plains, N.Y.

[21] Appl. No.: 287,941

[22] Filed: Jan. 1, 1981

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 199,165, Oct. 22, 1980, abandoned.

[51] Int. Cl.³ ............................................ D21F 11/00
[52] U.S. Cl. ............................... 162/138; 162/136;
162/164.6; 162/183.2; 162/168.3; 162/181.1;
162/181.2; 162/181.4; 162/181.6; 162/181.3
[58] Field of Search ............... 162/169, 183, 181.1,
162/168.1, 181.2, 175, 181.4, 135, 181.6, 136,
152, 164.1, 164.6, 168.3, 183.3, 181.6

[56]                     References Cited

### U.S. PATENT DOCUMENTS

2,657,991  11/1953  Webb et al. ........................ 162/169

| | | | |
|---|---|---|---|
| 1,119,731 | 1/1964 | Straka et al. | 162/183 |
| 2,804,520 | 10/1974 | Michel et al. | 162/169 |
| 4,225,383 | 9/1980 | McReynolds | 162/169 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 613609 | 3/1957 | Canada | 162/169 |
| 617759 | 9/1961 | Canada | 162/169 |
| 0002959 | 1/1900 | European Pat. Off. | |

Primary Examiner—Peter Chin
Attorney, Agent, or Firm—Karl W. Flocks; Sheridan Neimark

[57]                      ABSTRACT

Composite fine paper suitable for offset and gravure printing at high speeds and containing over 30% filler, up to 70% filler for basis weights of 30–150 lbs/3300 ft², is produced on a high speed paper-making machine from a furnish containing large quantities of filler, preferably a mixture of clay and talc, and including 3–7% of an acrylic latex which is selected to provide good retention and good strength without leaving a residue on the screen.

28 Claims, 1 Drawing Figure

U.S. Patent     May 1, 1984     4,445,970



CIBA 039097

4,445,970

1

# HIGH MINERAL COMPOSITE FINE PAPER

## DESCRIPTION

### FIELD OF INVENTION

This application is a continuation-in-part of patent application Ser. No. 199,165, filed Oct. 22, 1980 by Richard L. Post and Robert G. Post, entitled "HIGH MINERAL COMPOSITE FINE PAPER" and now abandoned.

The present invention relates to offset or gravure printable fine paper and, more particularly, to highly mineral filled fine paper, weighing from 30 to 150 lbs/3300 ft² and having sufficient strength to be usable for offset or gravure printing.

### BACKGROUND OF THE INVENTION

Normal fine paper contains internally some filler up to a maximum of about 20% mineral filler. As fine paper suitable for offset and gravure printing must have sufficient strength to resist the printing operation which is carried out under high speed, and this includes both tensile and Z-direction strength, it has been found that the use of high quantities of mineral filler are not suitable. Indeed, the normal offset printable fine paper has a very low mineral filler content, and this paper is normally surface sized after the paper web has been dried. The term "fine" paper is used in the conventional industry sense and includes tablet, bond, offset, coated printing papers, text and cover stock, coated publication paper, book paper and cotton paper; it does not include so-called "high-strength" paper products.

The use of filler, internally in the manufacture of paper in general and fine paper in particular has been practiced for many years using common fillers such as kaolin clay, talc, titanium dioxide, calcium carbonate, hydrated aluminum silicate, diatomaceous earth and other insoluble inorganic compounds. The use of filler accomplishes two objectives: one is the extension of the paper-making fibers to reduce cost and the other is to obtain certain optical and physical properties such as brightness and opacity. In fine paper manufacture, fillers are normally added at a level of 4-20% by weight of the finished paper, although rarely as much as 30% filler has been used in Europe and 25% in the United States. Fine paper manufacture in part depends on hydrogen bonding and one problem which occurs in the use of more than 20% filler in fine paper manufacture is that too much filler reduces hydrogen bonding and causes the web to lose its strength. Using external methods of application, such as coating with pigment/adhesive mixture on the size press or coater, the total filler content can easily be increased.

Fine paper containing up to a maximum of 20% filler is normally made by adding 15-20 pounds of cationic starch or 1-3 pounds of guar gum per ton of dry furnish, as normal internal strength agents. Latices are sometimes used in paper manufacture as noted below, but not in fine paper manufacture because such latices are normally sticky and difficult to use on a Fourdrinier machine for making fine paper at high speed.

The U.S. Pat. No. 3,104,373 to Arledter discloses the production of paper having greater than normal quantities of mineral fiber, but no mention is made of the properties of the resultant paper. The Arledter process depends on what is referred to as a synergistic mixture of filler retention aids, including a water soluble mucilaginous material, such as guar gum, and a water-soluble

2

polyethylene imine resin. An earlier patent in the same of the same patentee, U.S. Pat. No. 2,943,013, contains similar subject matter, but the resultant paper is specified to be for use in the manufacture of decorative laminates, i.e. there is no requirement for the high strength necessary for fine papers which are to be printed by the offset method.

It has been common knowledge in the paper industry that the addition of an anionic latex to the wet end of a paper machine, combined with a cationically charged chemical, such as alum, causes the latex to precipitate in the presence of the paper-making fibers and fillers and thereby gives the paper increased strength. This procedure is normally used in the manufacture of certain so-called "high-strength" products such as gasket material, saturated paperboard, roofing felt, flooring felt, etc. No similar technique has heretofore been suggested for the manufacture of fine paper having greater than normal quantities of mineral filler.

A number of prior patents disclose the general idea that a charged latex can be added to the paper-making furnish. Because of the basic electro-chemical reaction of an anionic paper-making system, a cationic latex precipitates easily and provides additional fiber bonding and, accordingly, strength to the resultant paper. These patents relate primarily to so-called "high-strength" papers which are largely devoid of fillers, or at best contain only very small quantities of fillers or pigments. For example, Wentling et al U.S. Pat. No. 4,178,205 discusses the use of a cationic latex, but pigment is not essential. Also the U.S. Pat. No. 4,167,142 to Finklemann et al discloses the use of an anionic polymeric co-additive with a cationic latex, with the use of a sufficient amount of latex to make the entire paper-making system cationic; the use of fillers in any example is not mentioned. Foster et al U.S. Pat. No. 4,189,345 discloses extremely high levels of cationic latex.

It has been proposed using the McReynolds U.S. Pat. No. 4,225,383, in the manufacture of relatively thick paper product, similarly to the manufacture of roofing and flooring felt papers, to use the combination of a cationic polymer with an anionic latex, and substantial quantities of mineral filler. Once again, however, the product is not designed for printing using the offset method, and its strength requirements are accordingly relatively low. Moreover, because of the substantial thickness of the products produced by such a technique, the product is given some additional strength merely by means of its mass.

The Riddell et al U.S. Pat. No. 4,181,567 is directed to the manufacture of paper using an agglomerate of ionic polymer and relatively large quantities of filler. The patentees indicate that either anionic or cationic polymers may be used, and fillers mentioned are calcium carbonate, clay, talc, titanium dioxide and mixtures. In example 1, an 80 basis weight paper having 29% ash is produced using calcium carbonate as the filler. This patent in essence discusses precipitation of the pigment with a retention aid system prior to its addition to the paper-making system.

Such Riddell et al patent mentions German Offenlegungschrift No. 25 16 097 near the bottom of column 1 thereof, the latter of which corresponds to U.K. Pat. No. 1,505,641 which discloses the pre-treatment of calcium carbonate with a styrene-butadiene latex to produce a protected pigment which can then be used in paper making preferably at the 20% by weight level,

CIBA 039098