4,445,970

3

although the patent does state that there is little or no reduction in strength up to the 50% by weight level. In more detail, the U.K. patent discloses mixing an anionic latex with an aqueous suspension of the special filler having a cationic charge, e.g. made by mixing with positively charged starch. One to twenty parts of latex are used per 100 parts of filler, and the filler composition is added to the beater, pulper or elsewhere before the breast box. Example III shows the use of 400 parts of filler to 700 parts of wood fiber. A point to be emphasized, however, is that the technique of the U.K. patent requires extra equipment and extra processing, as the filler is first encapsulated and then only later added to the paper-making system; in other words, the technique of the U.K. patent is unduly complex. Moreover, the encapsulation provides inadequate protection to enable the calcium carbonate to be used in acidic medium without undesirable foaming.

### SUMMARY OF THE INVENTION

It is, accordingly, an object of the instant invention to overcome deficiencies in the prior art, such as indicated above.

It is another object to provide fine paper suitable for use in offset printing, which paper contains more than normal quantities of mineral filler.

It is a further object to provide good quality, fine paper of thickness 1.5–15 mils, preferably 2–8 mils, and a weight of 0.009–0.045 lbs/ft$^2$, having adequate strength for offset printing and having a high mineral filler content ranging from about 30% filler for 30 pound paper (based on 3300 ft$^2$) to 70% filler for 70–150 pound paper.

It is yet another object of the invention to provide a process for making good-quality, fine printing paper containing large amounts of mineral filler, in an economical manner, at less cost, and at a higher production rate.

It is yet a further object to provide high mineral content paper of good quality containing a synergistic mixture of mineral fillers.

These and other objects and the nature and advantages of the instant invention will be more apparent from the following detailed description of various embodiments of the instant invention, taken in conjunction with the following drawing of an exemplary embodiment.

### BRIEF DESCRIPTION OF THE DRAWING

The sole FIGURE is a schematic flow sheet showing a system, upstream of the paper-making machine, for preparing a paper-making furnish in accordance with the invention.

### DETAILED DESCRIPTION OF EMBODIMENTS

Generally in accordance with the invention, fine paper of thickness 1.5–15 mils, preferably 2–8 mils, and weight 9–45×10$^{-3}$ lbs/ft$^2$, preferably 9–24×10$^{-3}$ lbs/ft$^2$, is produced containing from 30% mineral filler to 70% mineral filler, although it will be understood that the invention can be used in making other types of paper and that the filler range will depend on the ultimate use for which the paper is intended. However, for fine paper suitable for use in offset printing, 30% mineral filler will normally be used for 30 pound paper, 40% for 40 lbs, 50% for 50 lbs, 60% for 60 lbs and 70% mineral filler for 70–150, preferably 70–80, pound paper, all based on 3300 ft$^2$.

4

The fine paper is suitably produced on a conventional Fourdrinier paper machine at increased speeds with a major energy saving which permits production increases, although it will be understood that other types of paper-making equipment can also be used, e.g. cylinder machines, twin wire, etc. Because of the exceptional strength of the present paper-making system in relation to other high filler content fine paper systems, the paper machine runs better and the resultant fine paper can be used in general printing processes and functions as a bond paper.

The use of large quantities of mineral filler drastically reduces the cost of the fine paper manufacture. In the first place, there is provided a savings of $30–70 per ton in the materials from which the fine paper is made. This number will increase as fiber is much more costly than filler material and tends to increase in cost more rapidly. Moreover, the high mineral filled paper is much easier to dry than normal paper and therefore the machinery can be run more rapidly, e.g. 10–25% more rapidly, which reduces production costs. Furthermore, the amount of steam necessary to dry the paper is reduced, conservatively, at least 15% and, more realistically, as much as 30%.

In addition to the mineral filler, the fine paper is normally made from hardwood and softwood pulps prepared by various conventional pulping processes, as well as the conventional paper-making chemicals such as rosin size, alum and polymeric retention aids. It will be understood, however, that the invention can also be used in the manufacture of synthetic paper. With regard to the wood fibers used, any conventional stock may be used. Desirably, however, the wood fibers in the furnish will be from 50–100% hardwood kraft, with 0–50% softwood kraft, most desirably 25% softwood kraft and 75% hardwood kraft. Calculated on the basis of total solids in the furnish, it is preferred to have 15–30% by weight softwood kraft and 15–30% hardwood kraft.

The paper-making slurry in accordance with the invention is preferably at an acid pH, although an acid paper-making furnish is not essential. Alum and rosin size are preferably but not essentially present, and by term "rosin size" it is intended to encompass dispersed rosin size, synthetic rosin size and rosin derivatives. Other methods of internal sizing can also be used. Polymeric polyacrylamide (such as Accostrength) dry strength additives can also be used in this system to promote additional dry strength and some wet web strength on the paper-making machine.

The preferred furnishes all contain alum and rosin size, preferably in the ratio of approximately 3 parts of alum to one part of rosin size, although it will be understood that these ratios may be varied. Suitable quantities are 5–10 pounds of rosin size per ton of dry furnish, and an amount sufficient of alum, usually about 10–20 and preferably 15 pounds of alum per ton of dry furnish to provide a pH of 4.0–5.0.

An important aspect of the present invention is the use of a suitable latex. The latex can be a styrene-butadiene latex, an acrylic latex, a polyvinyl acetate latex, or another type of latex, but most latices which have been used for wet-end saturation are not necessarily suitable because they will not exhaust onto the fibers and fillers when precipitated. It has been found that the most satisfactory latex is an amphoteric latex which is cationic under the preferred conditions of use, e.g. cationic under acid conditions. Cationic latices may also be used. Even an anionic latex can be used, although it has been

CIBA 039099

4,445,970

5

found that the anionic latex is less satisfactory. Cationic latex, compared to anionic latex, is easier to use, provides good strength and better retention.

The latex, preferably cationic (positive) under the preferred conditions of use, is of a charge opposite to and less than that of the anionic (negative) paper-making system, and thereby precipitates easily on the negatively charged paper fibers and filler (clay) particles thereby forming a paper floc nucleus which, however, remains anionic because the net charge of the fibers and clay filler is greater than that of the cationic latex. As is known, the normal paper-making slurry has an anionic charge because this is the normal charge of the cellulose fibers. In addition, most mineral fillers, i.e. clays, are also strongly anionic, and this adds to the negative charge of the system. Where the filler used is non-ionic or slightly cationic, precipitation of the latex occurs mostly on the cellulose fibers, but floc formation still occurs with the filler becoming entrained in the floc and thereby attaching to the fiber.

It will be understood that in order to reduce the anionic charge it is desirable to add to the system a cationic polymer. Indeed, in accordance with the preferred embodiment, two cationic polymers, alum (which is also cationic), rosin and latex, are added to the system. It will be understood that when an anionic latex is used, the quantity of cationic polymer used should be sufficient to precipitate the anionic latex.

The floc formed by the precipitated latex can either be anionic or cationic and is dependent upon the amount and charge density of the latex used, the pH of the paper-making system and the materials other than the latex used, e.g. type of fiber, type of filler, the charge density of the anionic materials used, etc. This is so because the quantity of latex used is small compared with amounts used to make paperboard or saturated felt, generally running between only 3 and 7% based on the dry furnish. Nevertheless, in spite of the small amount of latex used, which itself is an economic advantage, the characteristics of the floc formed provide excellent retention on the wire of the paper-making machine. Use of this system, as opposed to a standard wet-end saturation approach, gives better filler retention, and, of course, when filler retention is poor, filler is lost which is difficult to recover. In addition, lost filler tends to build up in the wet-end system which can cause runnability problems. At the 5% by weight latex addition levels and with the addition of cationic polymer, the systems allows approximately 87% total retention in the first pass.

As mineral filler, there can be used almost any material that is not water soluble. Most common paper-making filler materials may be used, e.g. kaolin clay, talc, titanium dioxide, aluminum hydrate, hydrated silica, calcium carbonate, etc., and these fillers are accordingly referred to as being "system compatible". Certain fillers have, however, been found to be undesirable when used by themselves; these include diatomaceous earth. Another filler found less satisfactory than others is porous calcined clay, such as high opaque clay and Ansilex. On the other hand, fillers which have been found particularly desirable are various forms of talc, including Mistron vapor talc which is a high brightness talc, and Yellowstone talc. Calcium carbonate is system compatible only in neutral or basic media, and not in paper-making slurrys below the pH of 7.0, as calcium carbonate reacts at acidic pH to generate carbon dioxide which causes foam problems, and therefore calcium

6

carbonate cannot be used in the standard acidic paper-making system where the pH is between 4 and 5.

A particular blend of fillers has been shown to provide superior results, i.e. the two components of the blend act synergistically to provide improved results, primarily increased strength at given filler contents. Thus a mixture of talc, which is neutral in charge, and kaolin clay, which is strongly anionic, act together synergistically to give a stronger product, it being theorized that the talc particles have a physical affinity for the latex and therefore sequester and absorb the latex and act as nuclei for the flocculation. The talc does not disrupt the fiber bonding as much as the kaolin clay. The blend of kaolin clay and talc may range from 95:5 to 5:95 parts by weight, although the preferred range is 5–75% talc for 95–25% kaolin clay. Calculated on the basis of total solids in the furnish, the preferred filler content is 10–30% talc and 10–30% kaolin clay.

The clay, preferably kaolin clay, ranges in particle size from very fine, e.g. about 0.5 microns, to relatively coarse, e.g. maximum size about 15 microns. A highly suitable clay is Astraplate (Georgia kaolin) which is a kaolin clay composed of thin hexagonal plates, 80–82% of which are finer than 2 microns and only 0.005% of which are retained on a 325 mesh screen. Suitable special kaolin clays are disclosed in U.S. Pat. Nos. 2,904,267; 3,477,909; and 4,030,941. The talc is desirably ground to 325 mesh, although its size also is subject to considerable variation.

The synergistic filler system of talc and kaolin clay can be used in high filler content fine papers containing up to 70% by weight filler. When used with the preferred amphoteric latex system, as described above, or even with the next-preferred cationic latex system, the resultant sheet has excellent strength. Even if anionic latex is used instead of the cationic latex, the system will still have good strength because of the filler synergism, although there are operating problems using the anionic latex because it is more difficult to control the precipitation and insure adequate paper floc strength in an acid furnish with the anionic latex due to its charge compatibility with the other components of the furnish. Another problem with the anionic latex system is that the fillers are normally dispersed in water and the dispersion agents normally used are anionic; as the filler must be flocculated with the cationic polymer, excessive polymer usage is required which creates problems in standard paper-making systems and in the handling of the filler.

With reference to the attached drawing, it is seen that hardwood pulp, broke, softwood pulp and filler are all added to a proportioning box (if plural fillers are used they may be pre-blended together) and the slurry then fed to a funnel where latex and rosin are then added, with the mixture flowing into the machine chest; or the latex and rosin may be added directly to the machine chest. From the machine chest the slurry is pumped to a stuff box and on the way alum and a first cationic polymer, e.g. Dow XD-30440.01, are added. From the stuff box the slurry is diluted with water from the white water system, then pumped to the conventional cleaners and screens. Finally the furnish is pumped to a paper machine head box, and on the way a second cationic polymer, e.g. Betz 1260, which also serves as a retention aid, is added.

With reference to the FIGURE, it will be seen that cationic polymer is added at two different points. These polymers are each added to the furnish in an amount of

CIBA 039100

4,445,970

7

about 0.25 to 3 pounds per ton of dry furnish, preferably about 0.5 pounds per ton. As the stock leaves the machine chest, e.g. at a solid consistency of about 3%, a first cationic polymer is added to the system, preferably Dow XD-30440.01. This cationic polymer is a high M.W. polyacrylamide polymer of pH 4.6, density of 1.1, solids content of 8% and a bulk viscosity of 15,000-20,000 cps.

After the furnish has left the screens and cleaners and before it reaches the paper machine head box, e.g. head box approach piping, a second cationic polymer, preferably Betz 1260, is added to the furnish, normally in an amount of 0.25 to 1 pound per ton based on the dry furnish. The second cationic polymer acts in concert with the other components as indicated above to insure maximum flocculation, and also serves as a conventional retention aid. The Betz 1260 cationic polymer is an extremely high M.W. acrylamide copolymer and is sold as a white, free-flowing, water-soluble powder of density approximately 28 lbs/ft³. It will be understood that the first cationic polymer addition may be at any location upstream of the second cationic polymer addition, the latter of which should be at any location downstream of the first addition, the precise addition points depending on the paper machine system.

As indicated above, selection of a proper latex is an important consideration in the successful operation of the present process, in order to achieve maximum strength for a given high load of mineral filler. As indicated above and shown in the FIGURE, the latex is preferably added at the machine chest, most desirably in an amount between 3 and 7% based on the dry furnish. It is presently unknown why some latices work well and others do not, but it is believed that possibly important characteristics include particle size, charge, charge density, and glass transition temperature. Successful operation has been carried out with the following three latices, listed in the order of their desirability:

(1) Rhoplex P-57 Amphoteric Acrylic Latex (Rohm and Haas). This acrylic latex is characterized by being non-ionic under neutral conditions, but becoming cationic under acid conditions. It is sold in the form of milky-white liquid of 50% solid content having a density of 8.8 lbs per gallon and a specific gravity of 1.06 and a Brookfield LVF Viscosity at 25° C. (No. 2 Spindle 60 rpm) of 200 CPS.

(2) Dow XD-30288.01 Cationic Latex (Dow Chemical Co.) This is a carboxylated styrene-butadiene latex.

(3) Dow XD-30374.01 Anionic Latex (Dow Chemical Co.) This is a carboxylated styrene-butadiene latex of pH 8.0, solids content of 45-47%, particle size of approximately 1600 Å and a specific gravity of 1.01. It is disclosed in the McReynolds U.S. Pat. No. 4,225,383.

Also satisfactory are a cross-linkable styrene-butadiene latex of 60% styrene and 40% butadiene, and a styrene-butadiene latex of 90% styrene and 10% butadiene.

Other successful latices can, in view of the present disclosure, be determined by routine testing, key requirements of the latex being that it must precipitate on the fibers and filler to exhaustion or near exhaustion, that it provide good retention, and that it give adequate strength at high filler contents to enable offset or gravure printing when used at levels not substantially exceeding 7%. Such routine testing may be carried out using a furnish of 3-7% of the test latex and a 50:50 mixture of clay filler and wood pulp on a Noble and Wood hand-sheet machine or equivalent laboratory paper-former with white water recirculation using a standard screen of 100 mesh, the paper sheet being pressed once through a felted Noble and Wood or equivalent presser, and then contact dried. A suitable ionic latex is capable of exhaustion or near exhaustion if, in the test, the paper sheet leaves the wire without a latex residue being left behind; provides good retention if in such test about 75% or more, preferably at least 88%, of the filler and fiber is retained; and provides good strength if in such test the resultant paper sheet has at least 10%, preferably at least 16%, mullen.

With all the furnish combinations discussed above, treatment on the paper machine at the size press position or later for external treatment, e.g. coating or sizing, is desirable to produce the best results, as is also true in the production of normal paper. The material used at e.g. the size press may be selected from those normally used including starch size or polyvinyl alcohol, polyvinyl acetate, styrene-butadiene latex, acrylic latices, clay, titanium dioxide, calcium carbonate, talc, and other commonly used material in the coating of paper and any combination thereof which provides the proper functional surface for printing or other functional end use. By "starch size" it is intended to encompass unmodified potato starch, tapioca starch, corn starch, anionic starch and derivatives of such starches. A particularly suitable material is ethylated corn starch having a solids content of 6-12%, and one example of such a material is Penford Gum 280 (Penick and Ford) which is an 80 fluidity, 2% substituted hydroxyethyl corn starch. It may be applied at the rate of between 30-200 pounds, preferably 60 to 150 pounds per ton.

The following examples are offered illustratively. As adequate strength is a most important function of the resultant paper, strength is set forth in percent mullen, defined as mullen in pounds per square inch (psi) divided by the weight of the paper at 3300 square feet.

EXAMPLE 1

Two series of runs of hand sheets were prepared in a Noble and Wood sheet machine. The filler system was 50% kaolin clay and 50% talc. Both furnishes contained 5% latex and 0.39 lbs/ton of cationic polymer. The latex in the first furnish was Dow anionic XD-30374.01, and in the second furnish was Rohm & Haas P-57 amphoteric latex, the pH of the furnish being adjusted to 4.5 making the latex cationic.

Retention was good, strength was adequate, and no residue was left on the screen for both series of trials. However, the filler in the resultant paper was more concentrated in the paper made with the cationic latex, thereby indicating a larger and more stable floc.

EXAMPLE 2

Using a Noble and Wood laboratory sheet machine, samples were prepared with a furnish of 55% kaolin clay, 45% wood pulp comprising a mixture of 75% hardwood and 25% softwood, 5% Dow XD-30374.01 anionic latex, 0.3 lbs/ton of Dow cationic polymer XD-30440.01, 2.5 lbs/ton of dispersed rosin size (Neuphor 100), and 10 lbs/ton of alum.

The quantity of filler retained was 88%, and the quantity of clay in the paper sheet was 48.9%. The strength of the paper was 10.9% mullen.

EXAMPLE 3

Example 2 was repeated except that the anionic latex of Example 2 was replaced with Rhoplex P-57 ampho-

CIBA 039101

teric acrylic latex, the pH of the system being on the acid side so that the latex was in effect cationic. All other variables were maintained the same as in Example 2. The quantity of filler retained was 89.6% and the quantity of clay in the paper product was 49.3%. The strength of the paper was 16.6% mullen.

A comparison between Examples 2 and 3 demonstrate the difference in percent mullen at approximately the same filler content. These examples indicate that cationic latex produces a significantly stronger sheet, expressed in percent mullen, than the anionic latex.

### EXAMPLE 4

A pilot paper machine trial was conducted on a standard Fourdrinier machine used for testing purposes (the machine is smaller in width and slower in speed than a normal fine paper machine). The furnish comprised 46% wood pulp, 54% acid flocced kaolin coating clay, 0.5 lbs/ton of Dow XD-30440.01 cationic polymer, 12 lbs/ton of alum, and 5 lbs/ton of dispersed rosin size (Neuphor 100), in addition to 5% of Dow XD-30374.01 anionic latex. The resultant paper, of basis weight 83 lbs/3300 ft², was size press treated at about 100–120 lbs/ton with ethylated corn starch.

First pass retention was 73.9%, the resultant paper having a filler content of 44.7% and a strength of 21.7% mullen. The total ash retention efficiency was 66.2%.

### EXAMPLE 5

Example 4 was repeated to make paper at a basis weight of 47.3 lbs compared with the Example 4 basis weight of 83 lbs. The total ash retention efficiency was 61.3% with first pass retention of 64.5%. The resultant paper contained 41.4% of the clay filler and had a strength of 14.8% mullen.

### EXAMPLE 6

Example 4 was repeated using the same furnish, except that the anionic styrene-butadiene latex was replaced by Dow XD-30288.00 cationic carboxylated styrene-butadiene latex, used at the same rate of 5% based on the total dry solids of clay and wood fiber. The total ash retention efficiency was 68.2% and the first pass retention was 81.4%. The resultant paper sheet contained 47% filler and had a strength of 19% mullen. Comparing Example 6 with Examples 4 and 5, it is seen that the cationic latex gives better retention and is easier to use than the anionic latex. In addition, the Example 6 paper is stronger than the paper of Example 5.

### EXAMPLE 7

Example 6 was repeated except that the Dow cationic latex was replaced with an equal amount of Rhoplex P-57 amphoteric acrylic latex. The total ash retention efficiency was 83.1% and the first pass retention was 81.6%. The resultant paper sheet contained 49.2% filler and had a strength of 19.6% mullen.

The process of Example 7 was carried out at an acidic pH so that the amphoteric latex was actually cationic. Comparing Example 7 to Example 4, it is seen that the quantity of filler retained in Example 7 was higher, and the strength was only slightly lower. Compared with Example 5, both the retention and strength was improved. Examples 4–7 demonstrate the higher first pass retentions and ash efficiencies of the cationic and amphoteric latices, thereby indicating that these latices work better in the acid paper-making process.

### EXAMPLE 8

Using the pilot Fourdrinier machine, paper was formed from a furnish comprising 50% wood pulp, 50% coating grade kaolin clay, 5% Dow XD-30374.01 anionic carboxylated styrene-butadiene latex, 5 lbs/ton of Neuphor 100 and 12 lbs/ton of alum. The ash efficiency was 74.9% and the first pass retention was 74.5%. The paper was not sized externally. The resultant paper contained 42.8% filler and had a strength of 15.3% mullen.

### EXAMPLE 9

Example 8 was repeated except that the quantity of paper pulp in the furnish was reduced to 46% and the quantity of coating grade kaolin clay was increased to 54%, and also the latex used was Rhoplex P-57 amphoteric acrylic latex, cationic under the conditions of use. The ash efficiency was 73.1% and the first pass retention was 76.7%. The resultant product contained 46.6% filler and had a strength of 13.5% mullen.

### EXAMPLE 10

Example 8 was repeated except that the relative quantities of kaolin clay and wood pulp were adjusted to provide 55% clay and 45% wood pulp. The ash efficiency was 64% and the first pass retention was 66.1%. The resultant product contained 44.7% filler and had a strength of only 9.8% mullen.

Examples 8–10 demonstrate that while the anionic latex approaches the cationic latex in efficiency when the furnish contains no more than about 50% filler, its efficiency drops off considerably, particularly relative to the strength of the product, when the quantity of filler in the slurry reaches 55%.

### EXAMPLE 11

Using the pilot paper machine, paper was made from a furnish comprising 46% wood pulp and 54% filler, of which 50% was talc and 50% clay. Also present in the furnish was 5% Dow XD-30374.01 anionic carboxylated styrene-butadiene latex, 5 lbs/ton of Neuphor 100 rosin, 12 lbs/ton of alum and 0.5 lbs/ton of Dow XD-30440.01 cationic polyacrylamide. The ash efficiency was 73.9% and the first pass retention was 79.5%.

The resultant paper was size press treated with starch. It had a filler content of 50.9% and a strength of 20.9% mullen.

### EXAMPLE 12

Example 11 was repeated except that the filler comprised 46% talc and 54% clay. The basis weight of the paper produced was 46.8 lbs/3300 ft². The ash efficiency was 67.8% and the first pass retention 83.6%. The resultant paper contained 46.9% filler and had a strength of 20% mullen.

### EXAMPLE 13

Example 12 was repeated except that the 5% anionic styrene-butadiene latex was replaced with 5% Rhoplex P-57 amphoteric acrylic latex. The ash efficiency was 78.2% and the first pass retention was 87.9%. The product contained 49.3% filler and had a strength of 22.1% mullen.

A comparison between Examples 13 and 12 again shows the superiority of the amphoteric acrylic latex, cationic in use, compared with the anionic latex, other variables remaining constant.

CIBA 039102

4,445,970

11

### EXAMPLE 14

Example 13 was repeated except that the quantity of filler was increased to 54%, and the relative quantities of talc and clay were changed to provide 21.5% talc and 78.5% clay. The ash efficiency was 72.6% and the first pass retention 87.8%. The resultant paper contained 50.9% filler and had a strength of 17.1% mullen.

Comparing Example 14 to Example 13, it is seen that the strength is reduced, although the retention remains very high.

### EXAMPLE 15

Example 12 was repeated except that the basis weight of the paper produced was 96.8 lbs/3300 ft², approximately double the weight of the paper of Example 12. The ash efficiency was 83.4% and the first pass retention was 83.6%. The resultant paper contained 49.8%

12

### EXAMPLE 17

A comparative test was conducted to determine the economics of producing fine paper according to the present invention. Four paper furnishes were prepared from which paper was formed.

The first furnish, the blank or comparative test, comprised 90% wood fiber (75% hardwood, 25% softwood), 12 lbs/ton alum, 5 lbs/ton of rosin and 10% kaolin clay.

Samples 1, 2 and 3 in accordance with the invention comprised similar furnishes except that each of these samples contained 5% of Rhoplex P-57 amphoteric acrylic latex, as well as increased amounts of kaolin clay, Sample 1 comprising 40% clay, Sample 2 comprising 50% clay, and Sample 3 comprising 60% clay.

The four samples were dried to a 5% moisture level at the reel. The results are shown in Table I below:

#### TABLE I

Laboratory Dryness Evaluation - Based on 5% Moisture at the Reel

| Sample | Filler in Furnish | % Filler in Paper | % Dryness | Lbs. Steam to Dry to 5% Moisture | Lbs. Steam Saved Compared to Blank | Cost Saving | % Production Increase |
|---|---|---|---|---|---|---|---|
| Blank | 10% | 6.70% | 29.34% | 5370 lbs. | | | |
| 1 | 40% | 41.24% | 37.39% | 3698 lbs. | 1672 lbs. | $4.18 | 31.1% |
| 2 | 50% | 48.45% | 38.45% | 3530 lbs. | 1840 lbs. | $4.60 | 34.3% |
| 3 | 60% | 59.16% | 40.36% | 3249 lbs. | 2121 lbs. | $5.30 | 39.5% |

filler and had a strength of 26.5% mullen.

A comparison of Examples 15 and 12 shows that an increase in basis weight, all other factors remaining constant, provides a significant increase in strength for high filler content, fine paper containing a mixture of talc and clay as the filler. Examples 11–15 demonstrate the synergism of the combination of clay and talc, these examples showing that talc at the 50% level is synergistic using all satisfactory latex systems, but is particularly effective with the amphoteric latex where it produces a stronger composite paper.

### EXAMPLE 16

Paper sheets of Examples 4, 7 and 14 were printed on a full size Miehle 1000, four-color offset press, with no problems, with inks designed for coated paper. All of these papers had sufficient strength to withstand the printing process, the press running at 600 ft/min.

As shown in the table above, the comparative paper containing 10% clay and no latex after pressing had a dryness of 29.34% while an identically formed and pressed 60% clay and 5% latex paper had a 40.36% dryness after pressing. Consequently, the high filler paper required far less steam heat to dry to a 5% moisture level, and consequently there resulted an important energy savings as indicated in the table. Also, because less drying is required, the production speed is increased as shown.

### EXAMPLE 18

A series of hand sheet comparisons were made using different latices and different filler contents. All furnishes were the same except for the differences shown in Tables II and III, which tables also give the comparative results.

#### TABLE II

Clay/Talc Series

| Latex | Target % Filler | Basis Wt. lbs/3300 ft² Product | Caliper mils | Caliper/wt. | Mullen psi | % Mullen | gms Elmendorf Tear | Scott Bond Units | % Ash | Actual % Filler | % Filler Retention |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BLANK (no latex) | 20 | 60.2 | 7.4 | 1.23 | 14.0 | 23.26 | 64 | 84 | 16.5 | 18.3 | .92 |
| Cross linkable | | | | | | | | | | | |
| 60% styrene- 40% butadiene* | 20 | 57.7 | 6.9 | 1.20 | 18.0 | 31.2 | 74 | 134 | 17.6 | 19.5 | .98 |
| 90% styrene- 10% butadiene** | 20 | 59.1 | 7.1 | 1.20 | 18.3 | 30.6 | 76 | 103 | 15.3 | 17.8 | .85 |
| P-57 | 20 | 55.0 | 6.5 | 1.18 | 21.3 | 38.7 | 60 | 102 | 15.0 | 17.8 | .89 |
| BLANK (no latex) | 30 | 60.4 | 7.3 | 1.21 | 7.7 | 12.75 | 48 | 50 | 24.5 | 27.2 | .91 |
| Cross linkable | | | | | | | | | | | |
| 60% styrene- 40% butadiene | 30 | 57.3 | 6.8 | 1.19 | 14.3 | 25.0 | 62 | 141 | 21.5 | 23.3 | .94 |
| 90% styrene- 10% butadiene | 30 | 55.6 | 6.7 | 1.21 | 13.7 | 22.8 | 58 | 87 | 21.4 | 23.8 | .79 |
| P-57 | 30 | 50.1 | 6.3 | 1.26 | 15.4 | 30.7 | 48 | 134 | 21.9 | 24.3 | .81 |
| BLANK (no latex) | 40 | 57.5 | 7.2 | 1.25 | 4.2 | 7.3 | 30 | 40 | 32.4 | 35.0 | .90 |
| latex (i) | 40 | 55.1 | 6.6 | 1.16 | 10.2 | 18.0 | 44 | 83 | 31.7 | 33.2 | .88 |
| latex (ii) | 40 | 50.6 | 6.3 | 1.25 | 8.9 | 15.8 | 44 | 80 | 26.5 | 31.6 | .79 |
| P-57 | 40 | 48.5 | 6.1 | 1.26 | 10.7 | 22.1 | 43 | 114 | 27.9 | 31.0 | .74 |
| BLANK (no latex) | 50 | 52.6 | 6.7 | 1.27 | 2.5 | 4.37 | 24 | 32 | 39.9 | 39.9 | .80 |
| latex (i) | 50 | 53.9 | 6.9 | 1.23 | 8.0 | 14.3 | 42 | 101 | 39.7 | 44.1 | .85 |
| latex (ii) | 50 | 46.7 | 6.0 | 1.29 | 4.7 | 10.1 | 34 | 63 | 34.9 | 38.7 | .77 |
| P-57 | 50 | 44.1 | 5.8 | 1.30 | 7.1 | 15.9 | 28 | 91 | 35.4 | 39.3 | .79 |

*latex (i)
**latex (ii)

CIBA 039103

4,445,970

| 13 | | | | | | | | | | | | 14 |

### TABLE III
#### Clay Series

| Latex | Target % Filler | Basis Wt. lbs/3300 ft² Product | Caliper Mils | Caliper/ wt. | Mullen psi | % Mullen | gms Elmendorf Tear | Scott Bond Units | % Ash | Actual % Filler | % Filler Retention |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BLANK (no latex) | 20 | 60.2 | 7.7 | 1.28 | 10.6 | 17.61 | 72 | 62 | 15.5 | 17.5 | .88 |
| latex (I) | 20 | 62.6 | 7.2 | 1.15 | 20.1 | 32.1 | 84 | 126 | 15.4 | 17.4 | .87 |
| latex (II) | 20 | 61.7 | 7.4 | 1.20 | 16.0 | 25.9 | 78 | 81 | 13.9 | 15.7 | .79 |
| P-57 | 20 | 59.1 | 6.9 | 1.17 | 18.7 | 31.6 | 50 | 140 | 15.7 | 17.7 | .89 |
| BLANK (no latex) | 30 | 58.7 | 7.3 | 1.24 | 6.1 | 10.39 | 46 | 42 | 21.9 | 24.8 | .83 |
| latex (I) | 30 | 61.2 | 7.0 | 1.14 | 17.0 | 27.8 | 74 | 113 | 21.9 | 24.8 | .83 |
| latex (II) | 30 | 58.5 | 7.0 | 1.20 | 12.4 | 21.2 | 64 | 70 | 20.2 | 22.8 | .76 |
| P-57 | 30 | 55.4 | 6.5 | 1.17 | 12.3 | 22.2 | 62 | 95 | 22.4 | 25.3 | .84 |
| BLANK (no latex) | 40 | 54.3 | 6.9 | 1.22 | 2.95 | 5.22 | 32 | 35 | 29.9 | 33.8 | .85 |
| latex (I) | 40 | 57.2 | 6.6 | 1.15 | 13.1 | 22.9 | 58 | 103 | 29.3 | 33.1 | .83 |
| latex (II) | 40 | 54.1 | 6.9 | 1.25 | 8.2 | 14.6 | 50 | 58 | 25.0 | 28.8 | .72 |
| P-57 | 40 | 50.3 | 6.3 | 1.25 | 9.5 | 18.9 | 46 | 93 | 26.1 | 29.5 | .74 |
| BLANK (no latex) | 50 | 48.4 | 6.3 | 1.30 | 1.1 | 2.27 | 18 | 29 | 32.3 | 36.5 | .73 |
| latex (I) | 50 | 56.9 | 6.3 | 1.11 | 8.0 | 14.1 | 44 | 101 | 36.9 | 41.7 | .83 |
| latex (II) | 50 | 50.7 | 6.2 | 1.22 | 5.2 | 10.3 | 42 | 54 | 30.7 | 34.7 | .69 |
| P-57 | 50 | 44.7 | 5.7 | 1.28 | 6.1 | 13.7 | 34 | 80 | 30.3 | 34.2 | .68 |

### EXAMPLE 19

To compare the process U.K. Pat. No. 1,505,641 with the present invention, a series of comparative tests were carried out. Consistent with Example 1 of the U.K. patent, the furnish comprised 50 parts of cellulose fibers, 48 parts of filler, and 5% latex, based on the total quantity of cellulose fibers and filler. In the trials according to the U.K. patent, the filler was calcium carbonate and such calcium carbonate was pretreated with the latex. In the trials according to the invention, the filler was clay or an equal mixture of clay and talc. Where an anionic latex was used, it was Dow XD-30374.01 carboxylated styrene-butadiene anionic latex. Where the latex was cationic, it was Rhoplex P-57. The paper was formed on a laboratory hand-former. The results are given below in Table IV.

### TABLE IV

| Filler | Latex | pH | Basis Wt. lbs/3300 ft² | Actual % Filler | % Mullen | % Filler Retention |
|---|---|---|---|---|---|---|
| U.K. Patent 1505641 | Anionic | 7.5 | 42.8 | 39.1 | 8.2 | 81.5 |
| U.K. Patent 1505641 | Anionic | 5.5 | 43.8 | 31.1 | 10.2 | 64.8 |
| Clay | Anionic | 4.6 | 55.2 | 41.5 | 12.5 | 86.5 |
| Clay Talc 1:1 | Anionic | 4.7 | 53.1 | 39.9 | 8.5 | 83.1 |
| Clay | Cationic | 4.8 | 52.5 | 41.0 | 13.3 | 85.4 |
| Clay Talc 1:1 | Cationic | 4.6 | 51.6 | 40.9 | 14.0 | 85.2 |

From the second trial given in Table IV above, it is clear that the system of the U.K. patent is not suitable for use at an acid pH, as the latex did not adequately protect the calcium carbonate which, to some extent, reacted with the acid and caused foaming. 8% of the filler was lost due to reaction with the alum and it can be seen that the calcium carbonate buffered the system to a pH of 5.5. In the trials carried out in an acid pH the target pH was 4.5, achieved by the addition of alum.

The strength of the hand sheets made using the cationic amphoteric latex exceeded the strength obtained by the U.K. patent system at the selected filler level. The U.K. patent system at alkaline pH 7.5 retained 39.1% filler with an 8.2% mullen. The cationic amphoteric latex system with clay and talc retained 40.9% filler with a 14% mullen, and thus was superior to the U.K. system.

### EXAMPLE 20

A series of runs were made on a full-size Fourdrinier paper-making machine. The furnish to the machine consisted of 50% wood fiber, 25% kaolin clay (Kaopeque 10) and 25% Yellowstone talc, the fiber constituting 35–40% hardwood kraft and 10–15% softwood kraft based on the total solid content of the furnish. Amphoteric latex P-57 was added at the machine chest in an amount of 4.4% based on the total solids in the furnish. Rosin size was also added in the machine chest at the rate of 7.6 lbs/ton. Alum at the rate of 20 lbs/ton and Dow XD-30440.01 at the rate of 3.2 lbs/ton were added at the suction side of the machine chest pump. Betz 1260 cationic polymer was added prior to the machine head box at the rate of about 0.4 lbs/ton. After paper formation, a size of 10% solids Penford Gum 280 was applied at the size press at a pickup rate of 111–117 lbs/ton. The machine speed was 600 ft/min with a production rate of 4.5–5.0 tons/hr.

Table V shows the average results on the eight runs conducted. Table VI shows the average results on the eight runs conducted after sizing. Table VI shows the average base sheet results.

Results were generally excellent, with very high strength at 40% filler levels. First pass retention levels

CIBA 039104

4,445,970

| 15 | 16 |

ranged from 60-80%. The sheets were easily dried, allowing an increase in the production rate. Several rolls were printed successfully with no noticeable buildup on the printing presses.

The tensile properties of the papers so produced are shown in Table VII.

### TABLE V
#### AVERAGE RESULTS AFTER SIZING

| Set | Basis Weight (lb/3300 ft²) | % Filler | Caliper (in) | Peak Load (lb) | Peak Elongation (in) | % Strain | Breaking Length (km) | Tensile Strength (lb/in²) | Tensile Energy (ft-lb) | TEA (ft-lb/ft²) |
|---|---|---|---|---|---|---|---|---|---|---|
| 201 | 59.6 | 19.8 | .00511 | 31.97 | .0621 | 2.24 | 1.270 | 6.26 × 10³ | 0.1090 | 5.65 |
| 202 | 74.4 | 34.0 | .00578 | 29.75 | .0523 | 1.89 | 0.835 | 5.15 × 10³ | 0.0873 | 4.56 |
| 203 | 77.2 | 38.2 | .00585 | 27.31 | .0479 | 1.73 | 0.730 | 4.67 × 10³ | 0.0743 | 3.93 |
| 204 | 79.1 | 44.7 | .00603 | 23.63 | .0496 | 1.79 | 0.598 | 3.92 × 10³ | 0.0682 | 3.56 |
| 205 | 81.1 | 45.8 | .00563 | 25.15 | .0440 | 1.59 | 0.665 | 4.47 × 10³ | 0.0630 | 3.29 |
| 206 | 62.5 | 38.4 | .00444 | 20.51 | .0465 | 1.64 | 0.887 | 4.62 × 10³ | 0.0549 | 2.87 |
| 207 | 78.6 | 44.8 | .00491 | 25.17 | .0502 | 1.81 | 0.787 | 5.13 × 10³ | 0.0716 | 3.74 |
| 208 | 75.3 | 41.6 | .00491 | 27.85 | .0517 | 1.86 | 0.909 | — × 10³ | 0.0817 | 4.27 |
| PosWeb Offset | 66.9 | 16.0 | .00539 | 34.00 | .0423 | 1.52 | 1.138 | — × 10³ | 0.0800 | 4.18 |

### TABLE VI
#### AVERAGE BASE SHEET RESULTS

|  | Sets 201-205 | Sets 206-208 |
|---|---|---|
| Basis Weight in lbs/3300 ft² | 75.9 | 76.7 |
| Moisture % | 1.6 | 3.1 |
| Caliper in mils | 6.0 | 5.3 |
| Smoothness (Sheffield units) | | |
| FS (felt side) | 239 | 136 |
| WS (wire side) | 267 | 154 |
| Gurley Density (seconds/100 ml air passage) | 8.1 | 15.0 |
| Mullen (psi) | 24.2 | 22.7 |
| GE Brightness | 82.9 | 82.9 |
| % Opacity | 93.9 | 96.1 |
| % Ash | 34.7 | 36.7 |
| Scott Bond (10⁻³ ft-lbs) | 128 | 126 |
| Taber Stiffness | 3.36 | 3.40 |
| Bulk/Weight Ratio | 0.79 | 0.69 |
| % Mullen | 31.9 | 29.6 |
| % Filler | 38.5 | 40.5 |

### TABLE VI
#### AVERAGE BASE SHEET RESULTS

| Basis Weight in lbs/3300 ft² | 75.2 |
| Caliper in mils | 7.5 |
| B/W Ratio | 1.00 |
| Smoothness (Sheffield units) | |
| FS | 140 |
| WS | 157 |
| Gurley Density (seconds/100 ml air passage) | 9 |
| Mullen (psi) | 12.9 |
| % Mullen | 17.2 |
| GE Brightness | 83.6 |
| % Opacity | 97.1 |
| % Ash | 39.6 |

### TABLE VI-continued
#### AVERAGE BASE SHEET RESULTS

| % Filler | 43.9 |
| Scott Bond (10⁻³ ft-lbs) | 63 |
| Taber Stiffness | 3.16 |

NOTE: Sample taken before size press at the end of the trial.

### TABLE VII
#### TENSILE PROPERTIES

(see Table V above)

### EXAMPLE 21

Using the same machine as used in Example 20, a series of runs were conducted to make 60 lb, 50 lb, and 45 lb paper containing 32-42% filler. Essentially the same procedure was followed as in Example 20, although relatively larger quantities of softwood in relation to hardwood were used in the production of the 50 lb and 60 lb paper. Once again, results were excellent, with the paper drying rapidly and having excellent printability. Results are shown in Tables VIII through XI.

### TABLE VIII
#### AVERAGE TEST RESULTS

|  | Set # 543-544 | Set # 545-547 | Set # 548-551 | Set # 552 |
|---|---|---|---|---|
| Basis Weight | 58.6 | 56.4 | 50.6 | 45.7 |
| Moisture % | 3.7 | 4.2 | 3.0 | — |
| Caliper | 4.2 | 3.7 | 3.4 | 3.9 |
| Smoothness FS | 130 | 125 | 115 | 105 |
| WS | 145 | 140 | 135 | 125 |
| Gurley Density | 11 | 13 | 12 | 9 |
| Mullen (psi) | 23.2 | 17.5 | 16.2 | 18.0 |
| % Mullen | 39.6 | 31.0 | 32.1 | 39.4 |
| Brightness | 82.6 | 83.2 | 83.3 | 82.3 |
| % Opacity | 93.0 | 93.6 | 91.5 | 89.5 |
| % Ash | 28.6 | 35.7 | 36.0 | 33.6 |
| % Filler | 31.7 | 39.6 | 40.0 | 37.3 |
| Scott Bond (10⁻³ ft-lbs) | 110 | 98 | 107 | 150 |
| Taber Stiffness | 1.82 | 1.50 | 1.09 | 0.75 |
| Bulk/Weight Ratio | 0.72 | 0.66 | 0.66 | 0.64 |

### TABLE IX
#### DRY END CONDITIONS

|  | Set 543 | Set 544 | Set 545 | Set 546 | Set 547 | Set 548 | Set 549 | Set 550 | Set 551 | Set 552 | Common Offset Paper |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Basis Weight | 58.0 | 59.3 | 57.6 | 56.4 | 55.3 | 50.8 | 50.7 | 50.5 | 50.5 | 45.7 | 60 / 50 / 40 |
| Speed (fpm) | 800 | 825 | 825 | 900 | 900 | 900 | 900 | 900 | 900 | 900 | 725 / 775 / — |
| Production (tons/hr) | 4.92 | 5.19 | 5.04 | 5.28 | 5.28 | 4.85 | 4.85 | 4.85 | 4.85 | 4.36 | 1.83 / 1.83 / 1.75 |
| Dryer Steam Pressure: | | | | | | | | | | | |
| Main Section (psi) | 13.5 | 16.0 | 16.0 | 14.5 | 13.5 | 10.5 | 10.5 | 10.5 | 10.5 | 9.0 | 20 / 20 / 20 |
| After Section (psi) | 21.0 | 24.0 | 18.0 | 20.5 | 19.0 | 15.0 | 15.0 | 16.0 | 17.0 | 17.0 | 30 / 30 / 30 |

CIBA 039105

4,445,970

17

### TABLE X
**I.G.T. PRINTING TEST RESULTS**
Westvaco Rod Applicator #7 Ink
A spring tension of 50 lb tension

| Set # | Felt Side (fpm) | Wire side (fpm) |
|---|---|---|
| 543 | 190 | 420 |
| 544 | 190 | 420 |
| 545 | 110 | 290 |
| 546 | 90 | 260 |
| 547 | 100 | 290 |
| 548 | 110 | 340 |
| 549 | 130 | 310 |
| 550 | 130 | 310 |
| 551 | 90 | 310 |
| 552 | 190 | 420 |

NOTE: 420 denotes no picking

### TABLE XI
**MATERIAL ANALYSIS**

| Set # | % Hardwood | % Softwood | % Latex | % Starch | % Moisture | % Filler |
|---|---|---|---|---|---|---|
| 543 | 28.1 | 15.5 | 3.9 | 7.7 | 1.7 | 31.1 |
| 544 | 29.6 | 13.2 | 3.9 | 7.3 | 1.7 | 32.3 |
| 545 | 24.6 | 12.5 | 4.1 | 7.6 | 4.2 | 42.7 |
| 546 | 29.0 | 16.5 | 4.1 | 7.0 | 4.2 | 37.3 |
| 547 | 22.9 | 22.8 | 4.1 | 7.5 | 4.2 | 36.8 |
| 548 | 26.9 | 17.2 | 4.6 | 7.8 | 3.0 | 40.0 |
| 549 | 27.5 | 17.6 | 4.6 | 7.5 | 3.0 | 39.3 |
| 550 | 27.0 | 18.7 | 5.0 | 7.8 | 3.0 | 41.5 |
| 551 | 24.0 | 22.2 | 5.0 | 7.8 | 3.0 | 40.0 |
| 552 | 32.7 | 15.4 | 0.3 | 0.3 | 3.0 | 37.3 |

It will be obvious to those skilled in the art that various changes may be made without departing from the scope of the invention and the invention is not to be considered limited to what is shown in the drawings and described in the specification.

What is claimed is:

1. A method of manufacturing fine paper containing mineral filler at a high speed comprising preparing an acidic paper furnish including papermaking fibers, an amount sufficient of mineral filler to retain internally in the fine paper web formed of 30-70% mineral filler, and wherein said mineral filler is system compatible, at least one retention aid agent which comprises a water soluble cationic polymer, and 3-7%, based on the dry furnish, of a cationic latex or amphoteric latex which is cationic at acid pH, said cationic or amphoteric latex being selected from latices which provide good mineral filler retention, without substantial reduction in strength, which have a charge opposite to and less than the sum of the charges of the other ingredients of said furnish, and which precipitate on the fibers and fillers to exhaustion or near exhaustion; forming a wet paper web from said furnish such as to produce fine paper of thickness 1.5-15 mils and weight 30-150 lbs/3300 ft² containing internally greater than 30% mineral filler up to 70% mineral filler, and having tensile and Z-directional strength sufficient to withstand high-speed offset or gravure printing; drying said web; and surface treating the dried web to improve the printability thereof.

2. A method according to claim 1 wherein said wet paper web is formed on a Fourdrinier paper machine.

3. A method according to claim 1 wherein said furnish also comprises alum.

4. A method according to claim 3 wherein said furnish comprises approximately 5-10 lbs of rosin size per

18

ton of dry furnish and sufficient of said alum to provide a pH of 4.0-5.0.

5. A method according to claim 1 wherein said papermaking fibers are cellulose fibers and comprise 50-100% hardwood kraft and 0-50% softwood kraft.

6. A method according to claim 5 wherein said cellulose fibers comprise approximately 25% softwood kraft and 75% hardwood kraft.

7. A method according to claim 1 wherein said latex is selected from styrene-butadiene latex, acrylic latex, and polyvinyl acetate latex.

8. A method according to claim 1 wherein said latex is amphoteric at a pH of 7.0, and is cationic under acidic conditions.

9. A method according to claim 1 wherein said retention aid agent comprises two said cationic polymers, each of which is added to the furnish at a different stage during the preparation of said furnish.

10. A method according to claim 1 wherein said mineral filler is selected from the group consisting of kaolin clay, talc, titanium dioxide, aluminum hydrate, hydrated silica and mixtures thereof.

11. A method according to claim 1 wherein said filler comprises a mixture of talc and kaolin clay.

12. A method according to claim 11 wherein said mixture of kaolin clay and talc is in the ratio of 95:5 to 5:95 parts by weight.

13. A method according to claim 11 wherein said mixture comprises 5-75% talc and 95-25% kaolin clay.

14. A method according to claim 10 or 11 or 12 or 13 wherein the particle size of said filler ranges from 0.5 to 15 microns.

15. A method according to claim 1 wherein said preparation of the paper furnish comprises mixing hardwood pulp, broke, softwood pulp and filler, feeding the resultant slurry to a funnel where latex and rosin are added, passing the resultant mixture into a machine chest, adding alum and a first cationic polymer, adding dilution water, and adding a second cationic polymer.

16. A method according to claim 15 wherein each of said cationic polymer is added in an amount of about 0.25 to 3 lbs per ton of dry furnish.

17. A method according to claim 1 wherein said surface treating of the dried web comprises surface sizing of the dried web comprising coating the dried web with starch size at the rate of 30-200 lbs of said starch size per ton of paper.

18. Method according to claim 1 wherein said surface treating of the dried web comprises coating the dried web with starch, polyvinyl alcohol, styrene-butadiene latex, polyvinyl acetate, latex, clay, titanium, calcium carbonate, talc, or any combination thereof to improve the surface of printing or other functional end use.

19. Method according to claim 1 wherein the thickness of the said paper ranges from 2.0-8.0 mils.

20. Method according to claim 1 wherein said papermaking fibers are cellulose fibers comprised of bleached and unbleached hardwood and softwood fibers pulped by various pulping methods, i.e. groundwood, sulfite and kraft pulping including thermomechanical, semi-chemical and soda pulping process.

21. Method according to claim 1 wherein said papermaking fibers contain 1-100% synthetic fibers.

22. A method according to claim 1 wherein said fine paper produced has a filler content no greater than 50% by weight.

23. Fine paper of 2-13 mils thickness produced according to the method of claim 1 and containing about

CIBA 039106

4,445,970

19

40% mineral filler for a basis weight of about 40 lbs/3300 ft², about 50% mineral filler for a basis weight of about 50 lbs/3300 ft², about 60% mineral filler for a basis weight of about 60 lbs/3300 ft², or about 70% mineral filler for a basis weight of about 70-150 lbs/3300 ft².

24. Fine paper of 3-10 mils thickness having sufficient tensile and Z-directional strength to withstand high-speed offset or gravure printing, of weight 30-150 lbs/3300 ft², containing 30-70% mineral filler, produced according to the method of claim 1.

25. Fine paper of 3-10 mils thickness having sufficient tensile and Z-directional strength to withstand high-speed offset or gravure printing, of weight 30-150 lbs/3300 ft², containing 30-70% mineral filler, produced according to the method of claim 14.

20

26. Fine paper according to claim 25 having a filler content no greater than 50% by weight.

27. Fine paper according to claim 25 or 26 wherein said filler has a particle size no greater than about 325 mesh.

28. Fine paper of 2-13 mils thickness produced according to the method of claim 3 and containing about 40% mineral filler for a basis weight of about 40 lbs/3300 ft², about 50% mineral filler for a basis weight of about 50 lbs/3300 ft², about 60% mineral filler for a basis weight of about 60 lbs/3300 ft², or about 70% mineral filler for a basis weight of about 70-150 lbs/3300 ft², said fine paper having sufficient tensile and Z-directional strength to withstand high-speed offset or gravure printing.

* * * * *

CIBA 039107

# United States Patent [19]

Gibbs et al.

[11] 4,056,501
[45] Nov. 1, 1977

[54] **CATIONIC STRUCTURED-PARTICLE LATEXES**

[75] Inventors: Dale S. Gibbs, Midland, Mich.; Earl H. Wagener, Concord, Calif.; Ritchie A. Wessling, Midland, Mich.

[73] Assignee: The Dow Chemical Company, Midland, Mich.

[21] Appl. No.: 569,723

[22] Filed: Apr. 21, 1975

[51] Int. Cl.$^2$ ............................................. C08L 9/08
[52] U.S. Cl. .................. 260/29.6 SQ; 260/29.6 TA; 260/29.6 HN; 260/29.6 MP; 260/29.6 MQ; 260/29.6 MN; 260/29.7 H; 260/29.7 T; 260/29.7 P; 260/29.7 SQ; 260/29.7 N
[58] Field of Search ............ 260/29.6 SQ, 29.6 TA, 260/29.6 HN, 29.6 MP, 29.6 MQ, 29.6 MN, 29.7 H, 29.7 T, 29.7 P, 29.7 SQ, 29.7 N, 607 B

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,123,636 | 3/1964 | Loev et al. | 260/552 |
| 3,178,396 | 4/1965 | Lloyd | 260/80.72 |
| 3,236,820 | 2/1966 | Lloyd | 260/79.3 |
| 3,491,050 | 1/1970 | Keberle et al. | 260/29.2 TN |
| 3,501,432 | 3/1970 | Wright et al. | 260/29.6 TA |
| 3,522,199 | 7/1970 | Keberle et al. | 260/29.2 TN |
| 3,534,105 | 10/1970 | Distler et al. | 260/607 B |
| 3,594,355 | 7/1971 | Vandenberg et al. | 260/29.2 EP |
| 3,637,432 | 1/1972 | Gibbs et al. | 260/29.6 TA |
| 3,745,196 | 7/1973 | Lane | 260/884 |
| 3,772,143 | 11/1973 | Roth | 260/79.3 R |
| 3,873,488 | 3/1975 | Gibbs et al. | 260/29.7 T |
| 3,926,890 | 12/1975 | Huang et al. | 260/29.6 TA |

Primary Examiner—M. J. Welsh
Attorney, Agent, or Firm—I. A. Murphy

[57] **ABSTRACT**

Structured-particle latexes are prepared from nonionic or slightly cationic latexes, either preformed or polymerized in situ, by emulsion polymerizing monomeric materials which include an ethylenically unsaturated, activated-halogen monomer such as vinylbenzyl chloride in the absence of a sufficient amount of a surfactant to initiate new particles whereby the activated-halogen monomer is copolymerized on the surface of the existing particles which are dispersed in an aqueous media. The resulting structured-particle latex may then be reacted with a nucleophile such as dimethyl sulfide or trimethyl amine to form a latex having stabilizing "onium" groups such as sulfonium groups or quaternary ammonium groups chemically bound at or near the surface of the polymer particles which are dispersed in aqueous media. The cationic latexes are suitable for coatings and organic pigments.

19 Claims, No Drawings

CIBA 039108

4,056,501

1

## CATIONIC STRUCTURED-PARTICLE LATEXES

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The invention is concerned with latex compositions and with methods for the preparation of such latexes. The polymer particles comprising the latex have stabilizing, pH independent ions chemically bound at or near the surface of the particles.

2. Description of the Prior Art

Latexes require some means for providing colloidal stabilization in aqueous media. The usual colloidal stabilization is provided for surfactants which usually are anionic or cationic but may be non-ionic, especially in mixtures with anionic or cationic surfactants. Even though they contribute to the required colloidal stability, the surfactants can interfere with coating performance of the latexes even though the amount is limited and less than the desired stability is obtained. Another method is to copolymerize with non-ionic monomers a small proportion of an ionic monomer to prepare a stable latex with little or no conventional surfactant as described in U.S. Pat. No. 3,637,432. Such processes, however, require special combinations of monomers and special polymerization techniques. Although such processes produce latexes having little or no surfactants, varying amounts of water-soluble products are made during carrying out of the process and remain in the product.

U.S. Pat. No. 3,236,820 describes the reaction of anionic latexes of polymers of vinylbenzyl chloride with sulfides to produce water-soluble cationic polymers. By starting with an anionic emulsion, the conversion of the polymerized vinylbenzyl chloride units on the particle to cationic groups causes destabilization of the latex. If the proportion of vinylbenzyl chloride units in the polymer is not high enough to render the polymer water-soluble in the converted form, the latex will coagulate.

Some of the latexes suitable for the practice of this invention are described and claimed in Applicant's co-pending application Ser. No. 569,724, filed Apr. 21, 1975, now U.S. Pat. No. 4,017,442.

### SUMMARY OF THE INVENTION

This invention involves a latex having structured particles consisting of a water-insoluble, nonionic, organic polymer core encapsulated with a thin layer of a copolymer having chemically-bound, pH independent cationic groups, said structured particles having bound cationic charges at or near the outer surface of the particles. Such latexes may be obtained by copolymerizing under emulsion polymerization conditions an ethylenically unsaturated, activated-halogen monomer onto the particle surface of a latex of a non-ionic, organic polymer which is slightly cationic through the presence of adsorbed cationic surfactant. Alternatively, the precursor latex may contain, as the polymeric component, particles of a copolymer of an ethylenically unsaturated, activated-halogen monomer and an ethylenically unsaturated, nonionic monomer which is devoid of an activated-halogen, wherein the activated-halogens are uniformly or randomly distributed throughout the particles. The latexes of either type are reacted with a non-ionic nucleophile to form latexes having structured particles consisting of a water-insoluble, nonionic, organic polymer core encapsulated with a layer of a copolymer having pH independent, cationic groups chemically-bound at or near the outer surface of the structured-particle, the amount of said groups being sufficient to provide a major portion of the colloidal stability but insufficient to make the polymer water-soluble.

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

In one embodiment, the preparation of the products of the present invention requires a starting latex comprising solid polymer particles colloidally dispersed in water, the composition and method of preparation of which are known per se, but which is subsequently modified so that the particles of the starting latex are encapsulated with a copolymer of an ethylenically unsaturated activated-halogen monomer with a hydrophobic, ethylenically unsaturated monomer which is devoid of an activated-halogen. The resulting latex comprises colloidally dispersed particles having reactive halogen groups on or near the surface of the particles. Such a latex can then be reacted with a low molecular weight, non-ionic, nucleophilic compound to form a latex having particles of polymer with pH independent cationic groups chemically bound to the particle surface. The colloidal stability of the latex is thereby enhanced and other advantageous properties are obtained.

There are many known latexes which may serve as the starting latex to prepare activated-halogen containing latexes and the composition is not narrowly critical. Such latexes are prepared by processes well known in the art. Preformed latexes having substantially no residual monomers may be used but advantageously these starting latexes can be prepared by emulsion polymerization as the first step in the preparation of latex products wherein some monomer and some free-radicals remain at the time of addition of the activated-halogen monomer. The starting latex, or components and methods for making such latex, are selected from the known latex compositions which are substantially devoid of anionic groups and/or anionic surfactants adsorbed or otherwise attached to the polymer particles comprising the latex. Preferably the latex is slightly cationic, usually from the presence of a small amount of a cationic surfactant. For best results the starting latex should not contain an amount of a surfactant sufficient to initiate new particles when additional monomer is introduced. The composition of the polymeric component of the starting latex also does affect certain properties of the final product since it constitutes a major portion of the total mass of the product. Thus, a selection will be made somewhat according to the desired polymeric properties known to be possessed by these prior art materials to supplement the properties which are attributable to the encapsulating component of the invention. Thus, as an illustration but not a limitation, for the predominant portion of the products, a starting latex which is film-forming at room temperature will be selected but there are uses for which a non-film forming starting latex would be selected, such as for plastic pigments. Ordinarily the starting latexes have a particle size of from about 500 to about 10,000 Angstroms, preferably from about 800 to about 3000 Angstroms. If the products are to be used in a manner such as to require certain commonly recognized characteristics, for example, low electrolyte concentration, such characteristics will be considered when selecting the starting latex and the ingredients to be used in carrying out subsequent parts of the process. Such selections are within the skill of the

CIBA 039109

3
4,056,501
4

art and are not considered inventive aspects of the novel compositions and method herein described.

Typically the starting latexes are obtained by emulsion polymerization of one or more monomers. Such monomers are represented by the same monomers listed below for copolymerization with the activated-halogen monomers.

The starting latexes for encapsulation also may consist essentially of polymers which are not prepared readily from monomers by emulsion polymerization, either because no substantial polymerization at a commercially acceptable rate is obtained under usual emulsion polymerization conditions, such as with isobutene, or because a particular form of the polymerized monomer is desired, for example stereospecific polyisoprene, stereospecific polybutadiene and the like. Representative pre-formed polymers are polymers and copolymers of the mono-olefins having from 2 to 20 carbon atoms such as ethylene, propylene, 1-butene, 2-butene, isobutene, pentene, hexene, octene, dodecene, hexadecene, octadecene, and especially those mono-olefins having up to 8 carbon atoms. Especially common types are the various ethylene/propylene copolymers.

Illustrative of still other polymers which may be constituents for the starting latex for encapsulation are alkyd resins; block and graft copolymers; e.g., styrene/-butadiene graft and block copolymers; epoxy resins such as the reaction products of epichlorohydrin and bisphenol-A; and thermosettable vinyl ester resins; e.g., the reaction products of approximately equimolar amounts of a polyepoxide and an unsaturated monocarboxylic acid such as acrylic acid and methacrylic acid or unsaturated fatty acids such as oleic acid.

Methods for preparing the above described polymers and methods for converting the polymers to latexes are well known and are not a part of this invention.

In one method for obtaining a latex which is suitable for subsequent reaction according to the method of this invention, the particles of a starting latex are encapsulated with a thin layer of a copolymer of an ethylenically unsaturated activated-halogen monomer either by adding the activated-halogen monomer or a mixture of such monomers to the reaction mixture of the starting latex before all of the monomers are converted to polymer or by adding the activated-halogen monomer together with one or more hydrophobic monomers to the starting latex containing essentially no residual monomers, and initiating and continuing polymerization of the thus-added monomers to substantially complete conversion. Other latexes suitable for reaction according to the method of invention may be obtained by direct emulsion polymerization of an ethylenically unsaturated, activated-halogen monomer and an ethylenically unsaturated, nonionic monomer which is devoid of an activated-halogen. Latexes containing particles of copolymer having activated-halogens uniformly or randomly distributed throughout the particles are thereby obtained.

The activated-halogen monomers for either type of latex should be sufficiently activated to react at a reasonable rate after polymerization with subsequently added nucleophilic agents but should not be so reactive as to hydrolyze readily in an aqueous medium. Such suitable monomers are represented by ethylenically unsaturated benzylic chloride or bromide monomers, ethylenically unsaturated aliphatic bromide monomers and ethylenically unsaturated aliphatic iodide monomers. Specific preferred activated-halogen monomers are represented by vinylbenzyl chloride, vinylbenzyl bromide, 2-chloromethylbutadiene, vinyl bromide and bromo-alkyl acrylate or bromoalkyl methacrylate especially 2-bromoethyl acrylate or 2-bromoethyl methacrylate.

The activated-halogen monomers are oil soluble, are easy to polymerize in emulsion, do not inhibit free radical polymerization and diffuse at a satisfactory rate through the aqueous medium of a latex to the latex particle.

The hydrophobic, ethylenically unsaturated monomer which may be copolymerized with the activated-halogen monomer may be selected from the known wide variety of non-ionic, ethylenically unsaturated monomers which are polymerizable in aqueous emulsion to form a water-insoluble polymer. These monomers are well-known in the art and hence are illustrated below only by representative examples. The non-ionic ethylenically unsaturated monomers are represented by, but not restricted to, hydrocarbon monomers such as the styrene compounds, e.g., styrene, $\alpha$-methylstyrene, ar-methylstyrene, ar-ethylstyrene, $\alpha$,ar-dimethylstyrene, ar,ar-dimethylstyrene, and t-butylstyrene; the conjugated dienes, e.g., butadiene and isoprene; the hydrocarbon monomers which are modified to possess non-ionic substituents, e.g., hydroxystyrene, methoxystyrene, and cyanostyrene; the unsaturated alcohol esters such as vinyl acetate and vinyl propionate; the unsaturated ketones, e.g., vinyl methyl ketone and methyl isopropenyl ketone; the unsaturated ethers, e.g., vinylethyl ether and vinyl methyl ether; and the non-ionic derivatives of ethylenically unsaturated carboxylic acids such as acrylic esters, e.g., methyl acrylate, ethyl acrylate, butyl acrylate, hexyl acrylate, 2-ethylhexyl acrylate and lauryl acrylate; methacrylic esters, e.g., methyl methacrylate, ethyl methacrylate; the maleic esters such as dimethyl maleate, diethyl maleate and dibutyl maleate; the fumaric esters, e.g., dimethyl fumarate, diethyl fumarate and dibutyl fumarate, and the itaconic esters, e.g., dimethyl itaconate, diethyl itaconate and dibutyl itaconate; and the nitriles, e.g., acrylonitrile and methacrylonitrile. While not in the preferred class, non-ionic monomers containing halogens which are not activated may be employed, such as monochlorostyrene, dichlorostyrene, vinyl fluoride and chloroprene. Also non-ionic monomers which form water-soluble homopolymers, e.g., acrylamide, methacrylamide, hydroxyethyl acrylate and hydroxyethyl methacrylate, may be mixed with a hydrophobic monomer in small amounts up to about 10 percent, based on the amount of hydrophobic monomer.

By the term "pH independent groups" as applied to ionic groups is meant that the groups are predominantly in ionized form over a wide range in pH, e.g., 2-12.

By the term "non-ionic" as applied to the monomers in this specification is meant that the monomers are not ionic per se or do not become ionic by a simple change in pH. For illustration, while a monomer containing an amine groups is non-ionic at high pH, the addition of a water-soluble acid reduces the pH and forms a water-soluble salt; hence, such a monomer is not included.

In carrying out the polymerization of the activated-halogen monomer with those embodiments in which it is desired not to have activated-halogens in the interior of the particle, the ratio of monomer to total polymer in the latex should be kept low at any given time during the process so as to avoid unduly swelling the existing latex particles. With too much swelling, i.e., too much

CIBA 039110

4,056,501

monomer dissolved in the polymer, some polymerization may occur in the interior of the particle. With that occurrence, the reactive halogens are buried in the particle. The activated-halogen monomer is added to the starting latex over a short period or is added as a shot in one or more increments. Optionally, but preferably a hydrophobic monomer devoid of an activated-halogen or a mixture of such monomers also is added, usually in admixture with the activated-halogen monomer. The polymerization is advantageously carried out at as low a temperature as will provide a practical polymerization rate in order to avoid hydrolyzing the activated-halogen monomer. Such temperatures range from about 0° to about 80° C, preferably from about 50° to about 70° C. Unless the starting latex is prepared in situ, an initator system (catalyst) is added to activate the latex particle surface, i.e., set up a steady state concentration of free-radicals. Continued addition of the initiator system after the addition of monomers can be carried out, if desired—especially when a redox system is used. The polymerization reaction is continued until the monomers are substantially completely copolymerized.

The product obtained by the above-described method is a latex of which the colloidally dispersed polymer particles, having a particle size of from about 500 to about 10,000 Angstroms, consist of the starting latex particles encapsulated with a bound layer having a thickness of from a monomolecular layer of the copolymer to about 100 Angstroms, the layer consisting of a functional polymer with activated-halogen groups on the outer surface thereof.

The amount of activated-halogen monomer copolymerized in the encapsulating layer of the structured-particle latex ranges from about 0.01 milliequivalent to about 1.4 milliequivalents, preferably from about 0.04 milliequivalent to about 0.5 milliequivalent, per gram of total polymer in the latex. However, there must be a sufficient amount of the hydrophobic monomer copolymerized with the activated-halogen monomer so that for each gram of polymer in the encapsulating layer, i.e., the cap, there is not more than 3.0 milliequivalents of the copolymerized activated-halogen monomer. The proportion of activated-halogen monomer is inversely related to the particle-size of the latex being encapsulated and also is inversely related to the molecular cross-sectional area of the activated-halogen monomer. Thus, one would not use the minimum amount of activated-halogen monomer with a starting latex of the smallest particle size.

The initiators used in the polymerization of the activated-halogen monomers are of the type which produce free-radicals and conveniently are per-oxygen compounds, for example: the inorganic peroxides such as hydrogen peroxide; the organic hydroperoxides such as cumene hydroperoxide and t-butyl hydroperoxide; the organic peroxides such as benzoyl peroxide, acetyl peroxide, lauroyl peroxide, peracetic acid and perbenzoic acid—sometimes activated by water-soluble reducing agents such as a ferrous compound, sodium bisulfite or hydroxylamine hydrochloride—and other free-radical producing materials such as 2,2'-azobisisobutyronitrile.

The organic hydroperoxides and 2,2'-azobisisobutyronitrile are preferred.

The surfactants which are used either in the starting latex or as additives for further stabilization of the latex products are cationic surfactants or non-ionic surfactants or mixtures thereof.

The cationic surfactants include the classes of salts of aliphatic amines, especially the fatty amines, quaternary ammonium salts and hydrates, fatty amides derived from disubstituted diamines, fatty chain derivatives of pyridinium compounds, ethylene oxide condensation products of fatty amines, sulfonium compounds, isothiouronium compounds, and phosphonium compounds. Specific examples of the cationic surfactants are dodecylamine acetate, dodecylamine hydrochloride, tetradecylamine hydrochloride, hexadecylamine acetate, lauryl dimethylamine citrate, octadecylamine sulfate, dodecylamine lactate, cetyl trimethyl ammonium bromide, cetyl pyridinium chloride, an ethanolated alkyl guanidine amine complex, stearyl dimethyl benzyl ammonium chloride, cetyl dimethyl amine oxide, cetyl dimethyl benzyl ammonium chloride, tetradecyl-pyridinium bromide, diisobutyl phenoxy ethoxy ethyl dimethyl benzyl ammonium chloride, 1-(2-hydroxyethyl)-2-(mixed pentadecyl and heptadecyl)-2-imidazoline, resin amine ethoxylate, oleyl imidazoline, octadecyl ethylmethyl sulfonium methyl sulfate, dodecyl-bis-β-hydroxyethylsulfonium acetate, dodecylbenzyl-dimethylsulfonium chloride, dodecylbenzyltrimethyl-phosphonium chloride, S-p-dodecylbenzyl-N,N,N',N'-tetramethylisothiouronium chloride, and the like.

Typical non-ionic emulsifiers (surfactants) are compounds formed by the reaction of an alkylene oxide, such as ethylene oxide, propylene oxide, or butylene oxide with long chain fatty alcohols, long chain fatty acids, alkylated phenols, long chain alkyl mercaptans, long chain alkyl primary amines, for example, cetylamine, the alkylene oxides being reacted in a ratio of such as 5 moles to 20 moles or higher such as up to 50 moles per mole of the co-reactant. Similarly effective compounds are monoesters such as the reaction products of a polyethylene glycol with a long chain fatty acid, for example, glycerol monostearate, sorbitan trioleate, and partial and complete esters of long chain carboxylic acids with polyglycol ethers of polyhydric alcohols. by "long chain" in the above description is usually meant an aliphatic group having from six carbon atoms to 20 or more.

The preferred surfactants are surfactants having pH independent cationic groups and especially preferred are the fugitive surfactants such as cationic surfactants in which the cationic group is sulfonium, sulfoxonium, isothiouronium or a reducible quaternary nitrogen group, e.g., pyridinium, isoquinolinium and quinolinium.

The latex according to the foregoing description, containing particles of the starting latex encapsulated with a relatively thin coating of a copolymer of the active-halogen monomer with a hydrophobic ethylenically unsaturated monomer, can then be reacted with a low molecular weight, non-ionic, water-stable nucleophilic compound, which can diffuse through an aqueous phase, to form particles of polymer having pH independent cationic groups, i.e., onium ions, chemically attached to the particle surface. Ordinarily, the particles are approximately spherical.

Alternatively, a latex of a copolymer having activated-halogens uniformly or randomly placed throughout the polymer particles comprising the latex may be reacted with a non-ionic nucleophile to prepare a cationic structured-particle latex, provided that compositions and conditions are chosen such that only the active-halogens at or near the surface of the particle are reacted with the nucleophile. The amount of activated-

CIBA 039111