4,056,501

7

halogen in such copolymers should not exceed about 3.0 meq/g. Since the rate of reaction of the activated-halogens at or near the surface of the particle in such copolymers is considerably faster than for halogens in the interior of the particle, kinetic data will show when the thin layer near the surface has reacted. With copolymers having higher amounts of activated-halogen monomer polymerized throughout the particle, swelling of the particle occurs as the nucleophile reacts, further reaction within the particle can occur rather readily, controlling the reaction to attain a structured-particle is difficult and the same advantageous results are not obtained.

For each active halogen which is reacted with a non-ionic nucleophile, one charge which is bound to the polymer is produced and one halide ion is released. In the reaction of a nucleophile with an activated-halogen, structured-particle latex or with a latex having activated-halogens distributed throughout the latex particle, the amount of halogen reacted is such as to provide from about 0.01 to about 0.5 milliequivalent of charge per gram of polymer. Preferably, the range is from about 0.04 to about 0.35 milliequivalent of charge per gram of polymer. However, in the thin reacted layer near the surface of the particle, the amount of bound charge is from about 0.4 milliequivalent to about 2.5 milliequivalents for each gram of polymer in the layer.

The nucleophilic compounds which are operable in the practice of this invention are non-ionic, carbon-containing nucleophiles which are stable in and can diffuse through aqueous media having a hetero atom as the center of nucleophilicity wherein all covalent bonds of said hetero atom are to a carbon atom.

The nucleophilic compounds which are used advantageously in the practice of this invention are represented by the following classes of compounds, sometimes called Lewis bases:

a. monobasic aromatic nitrogen compounds
b. tetra (lower alkyl) thioureas
c. $R_1-S-R_2$ wherein $R_1$ and $R_2$ individually are lower alkyl, hydroxy lower alkyl or wherein $R_1$ and $R_2$ are combined as one alkylene radical having 3 to 5 carbon atoms
d.

$$R_1-N-R_2$$
$$|$$
$$R_3$$

wherein $R_2$ and $R_3$ individually are lower alkyl or hydroxy lower alkyl, or are combined as one alkylene radical having 3 to 5 carbon atoms and $R_1$ is lower alkyl, aralkyl or aryl except when $R_2$ and $R_3$ together are an alkylene radical then $R_1$ is lower alkyl or hydroxy lower alkyl, and

e.

$$R_1-P-R_2$$
$$|$$
$$R_3$$

wherein $R_1$, $R_2$ and $R_3$ individually are lower alkyl, hydroxy lower alkyl or aryl.

In this specification the term lower alkyl means an alkyl having from 1 to 4 carbon atoms such as methyl, ethyl, propyl, isopropyl, n-butyl and isobutyl.

Representative specific nucleophilic compounds are pyridine, quinoline, isoquinoline, tetramethyl thiourea, tetraethyl thiourea, hydroxyethylmethyl sulfide, hy-

8

droxyethylethyl sulfide, dimethyl sulfide, diethyl sulfide, di-n-propyl sulfide, methyl-n-propyl sulfide, methylbutyl sulfide, dibutyl sulfide, dihydroxyethyl sulfide, bis-hydroxybutyl sulfide, trimethylene sulfide, thiacyclohexane, tetrahydrothiophene, N-methylpiperidine, N-ethylpyrrolidine, N-hydroxyethylpyrrolidine, trimethylphosphine, triethylphosphine, tri-n-butylphosphine, trimethylamine, triethylamine, tri-n-propylamine, tri-isobutylamine, hydroxyethyldimethylamine, butyldimethylamine, tri-hydroxyethylamine, triphenylphosphorus, and N,N,N-dimethylphenethylamine.

In carrying out the reaction between the nucleophilic compound and the particles of latex having activated halogens chemically bound to the surface thereof, the latex is stirred gently while the nucleophilic compound is added thereto, as the compound per se or in the form of a solution. Gentle stirring may continue throughout the ensuing reaction, or optionally after dispersion of the compound in the latex, the stirring may be discontinued. The reaction is conveniently carried out at ambient temperature although temperatures from about 0° to about 80° C can be used. The reaction occurs spontaneously at a rate which depends upon the reactivity of the activated halogen and of the nucleophile. It is preferred to carry out the reaction until a predominant proportion of the colloidal stability of the product is provided by the resulting chemically bound cationic groups. Usually a catalyst is not required although with the less reactive materials, a small amount of iodide ion may be used to facilitate the reaction. When a desired degree of reaction is reached, any excess nucleophile commonly is removed by standard methods; e.g., dialysis, vacuum stripping and steam distillation.

Other pH independent cationic groups can be substituted for cationic groups which are chemically bound to the latex particles according to the foregoing description by carrying out a further reaction with such cationic groups. For example, a cationic structured-particle latex having sulfonium groups chemically bound to the structured-particles at or near the particle surface can be reached with hydrogen peroxide at a temperature of from about 20° to about 80° C., preferably at ambient temperature, for a sufficient time to oxidize part or all of the sulfonium groups to sulfoxonium groups. Such treatment also reduces the odor of the latex. For best results in such an oxidation reaction, the hydrogen peroxide is used in excess, e.g., from 2 to 10 moles of hydrogen peroxide for each mole of sulfonium groups.

When the products are to be used in metal coating, it is preferred to react an activated-halogen latex containing only as much activated-halogen as is desired to be converted to bound charge. The activated-halogens are then fully converted to cationic groups and there is no bound activated-halogen in the product.

The cationic latexes of the present invention have considerably improved chemical and mechanical stability. In many applications, however, such as in coating hydrophobic substrates, latexes stabilized only by charges chemically bound to the particle surface have too high surface tension to provide good wetting of the hydrophobic surface. In such instances the addition to the latex of small amounts, such as from about 0.01 meq to about 0.1 meq/g. of polymer, of conventional cationic or nonionic surfactant is advantageous. In still other applications, the presence of even small amounts of water soluble surface active agents is detrimental. The latexes of the present invention are highly advanta-

CIBA 039112

4,056,501

9

geous for such applications. Since a sufficient amount of charge is chemically bonded to the particle surface to provide colloidal stability, exhaustive dialysis or ion exchange can be used to remove water-soluble material from the latex and substitute counter ions, if desired, while retaining cationic functionality and colloidal stability of the latex.

A simple test is suitable to screen the latexes for shear stability: a drop of latex is placed in the palm of the hand and rubbed back and forth with a finger. As the latex is sheared, it gradually dries out and forms a film. Unstable latexes coagulate before drying, usually after 1 to 3 rubs. Stable latexes can be rubbed more than 5 cycles before failure. Latexes which tolerate 20 rubs are very stable and can be rubbed to dryness before setting up.

The rub test correlates with a more sophisticated test in which a drop of latex is sheared in a cone and plate viscometer (Rotovisco rotational viscometer). A very stable latex according to the rub test can be sheared for greater than 15 minutes at 194 rpm without coagulation of the latex.

The particles of the latexes of this invention, i.e., the starting latexes and the products, generally are approximately spherical in shape and have a particle size (diameter) of from about 500 Angstroms to about 10,000 Angstroms.

The following examples illustrate ways in which the present invention can be practiced, but should not be construed as limiting the invention. All parts and percentages are by weight unless otherwise expressly indicated. The particle sizes shown in the examples are average particle diameters obtained by light scattering measurements, except as indicated.

### EXAMPLE I

A thermoplastic acrylic latex is prepared in the following manner. A monomer mixture is prepared from 1072 grams of ethyl acrylate and 528 grams of methyl methacrylate and to this mixture is added 24 grams of dodecanethiol and 5 grams of an 82.7-percent solution of t-butyl hydroperoxide to form a monomer feed solution. A seed latex is prepared from 750 grams of a surfactant solution previously prepared by stirring 710 grams of water and 40.0 grams of a 25-percent-active solution of dodecylbenzyldimethylsulfonium chloride for 2 hours under a stream of nitrogen to which is then added 25 grams of the monomer feed solution, followed by a continuously-added reducing stream pumped for about 2 hours at a rate of 7.67 grams per hour, the stream being a portion of a solution previously prepared from 9 grams of hydroxylamine hydrochloride diluted to 500 grams with deionized water. To the seed latex is added monomer feed solution at a rate of 55 grams per hour with continuation of a reducing stream of the same rate of addition and composition as in the seed latex and concurrently pumping into the reaction mixture at the rate of 20 grams per hour a surfactant solution previously prepared from 400 grams of deionized water and 100 grams of a 25-percent-active solution of dodecylbenzyldimethylsulfonium chloride. After 20 hours the conversion is about 85 percent, the continuous additions are discontinued, 15 grams of vinylbenzyl chloride is added and the reaction is allowed to continue for an additional 2 hours. The temperature is maintained at 50° C throughout the reaction. There is obtained thereby a latex (C-1) having a solids content of 47.6%, a pH of 2.8, a particle size of 1250 Angstroms, and containing a polymer having a molecular weight of 74,000 with a chloride ion content of 0.113 milliequivalent per gram of polymer.

10

A portion of Latex (C-1) is diluted with water to a solids content of 23.8%, then 2.12 parts of trimethylamine per 100 parts of the diluted latex are added with gentle stirring and the resulting mixture is allowed to stand at room temperature for 5 days. A latex (I-A) is obtained containing 0.242 milliequivalent of total charge per gram of polymer of which 0.129 milliequivalent is present from quaternary ammonium groups bound to each gram of polymer in the latex.

Another portion of Latex C-1 is treated as described for Example 2 except that 2.24 parts of dimethyl sulfide is substituted for the trimethylamine. A latex (I-B) is obtained which contains 0.237 milliequivalent of total charge per gram of polymer of which 0.124 milliequivalent is present from sulfonium groups bound to each gram of polymer in the latex.

### EXAMPLE II

Latexes are prepared in a semi-continuous method according to the following description. Various compositions are prepared for addition is separate streams.

#### Initial Aqueous Solution

8.75 grams of 85.5% aqueous solution of phosphoric acid
1000 grams of water
sufficient ammonium hydroxide to adjust the pH of above solution to 5.0
20 grams (active basis) of dodecylbenzyldimethylsulfonium chloride
sufficient water to provide 2000 grams of solution
sufficient ammonium hydroxide to adjust the pH to 5.0

#### Continuous Emulsifier Stream

125 grams (active basis) of dodecylbenzyldimethylsulfonium chloride
sufficient water to provide 1000 grams of an aqueous solution containing 125 grams (active basis) of dodecylbenzyldimethylsulfonium chloride.

#### Continuous Initiator Stream

500 grams of an aqueous solution containing 27.5 grams (active basis) of t-butylhydroperoxide.

#### Continuous Reducing Agent Stream

500 grams of an aqueous solution containing 14 grams of hydroxylamine hydrochloride.

#### First Monomer Solution

1500 grams of butadiene
1200 grams of styrene
300 grams of butyl acrylate
3 grams of dodecanethiol (chain transfer agent)

#### Second Monomer Solution

250 grams of butyl acrylate
50 grams of vinylbenzyl chloride
3 grams of dodecanethiol

#### Process

The initial aqueous solution is placed in a 2-gallon Pfaudler reactor fitted with a crowfoot stirrer and the partially filled reactor is purged with nitrogen four times, then 100 grams of the first monomer solution is added, the pressure in the reactor is raised to 35 psig

CIBA 039113

4,056,501

| 11 | 12 |

with nitrogen, and the temperature is raised to 50° C. The continuous initiator stream and the continuous reducing agent stream are started, each at the rate of 10 grams per hour. After 3 hours of such addition with agitation (at 235 rpm of the stirrer), the monomer solution and the continuous emulsifier stream are pumped into the reactor at rates of 40 grams per hour and 110 grams per hour, respectively, for a period of 19 hours. The continuous initiator stream, the continuous reducing agent stream and the continuous emulsifier stream are maintained while the second monomer solution is fed at the rate of 50 grams per hour for a period of 3 hours. The continuous initiator stream, the continuous reducing agent stream, the stirring and maintenance of polymerization temperature at 50° C are continued for an additional 45 minutes. A latex (C-2) having 40.4 percent solids and a particle size of about 1120 Angstroms is obtained.

Another latex is prepared as described for Latex C-2 except that the first monomer solution was fed for 20 hours rather than 19, the second monomer solution is not added and the feeding of the continuous initiator stream, the continuous reducing agent stream, and maintenance of stirring and the reaction temperature of 50° C. are continued for four hours after discontinuance of the first monomer solution feed. Latex C-3 (not an example of the invention) is obtained having a solids content of 39.2 percent and a particle size of 1115 Angstroms. With a portion of the latex is mixed sufficient dodecylbenzyldimethylsulfonium chloride to provide an additional 0.09 milliequivalent of sulfonium ion per gram of polymer in the latex and the pH is adjusted to 7.6 (Latex C-3A)

With a portion of Latex C-2 is mixed, with gentle stirring, dimethyl sulfide in an amount calculated to provide an excess based on the amount of active halogen in the latex. The resulting mixture is allowed to stand at room temperature for about 16 hours. The latex (II-A) is then steam distilled and is found to contain 0.05 milliequivalent of bound sulfonium cation per gram of polymer. A portion of Latex II-A is diluted with water to 10 percent solids content and the pH is adjusted to a value of 7.0. In a pump stability test, it is found that only a slight amount of coagulation is observed and very little change in viscosity has occurred when the test is discontinued after 21 days. Comparative Latex C-3A when subjected to the same test exhibits severe coagulation after 9 days. For the pump test, 3000 milliliters of the latex at 10 percent solids is placed in a one-gallon container and pumped with a Model 9M143 Teel centrifugal immersion pump which operates at 3000 rpm. Water is added periodically to replace that lost by evaporation, i.e., to retain the same volume and concentration. The latex is observed periodically for evidence of destabilization. The test is discontinued after coagulation is severe enough to block the pump or at 21 days whichever occurs first.

### EXAMPLE III

Two latexes are prepared according to the recipe of Table I containing copolymers of vinylbenzyl chloride having the same average composition but different placement of the polymerized vinylbenzyl chloride in the latex polymer particles.

Table I

| Component | Recipe Latex C-4 parts | Latex C-5 parts |
|---|---|---|
| Water | 300 | 200 |
| Dodecylbenzyldimethylsulfonium chloride (soap) | 1 | 1 |
| Azobisisobutyronitrile (initiator) | 2 | 2 |
| Styrene | 43 | 43 |
| Butadiene | 50 | 50 |
| 2-Hydroxyethyl acrylate | 2 | 2 |
| Dodecanethiol (Chain transfer agent) | 0.1 | 0.1 |
| Vinylbenzyl chloride | 5 | 5* |

*added at about 90 percent conversion of the styrene, butadiene and hydroxyethyl acrylate

The latexes are prepared in a 2 gallon, glass-lined Pfaudler kettle fitted with a crowfoot agitator. The water, soap, chain transfer agent and initiator are loaded into the reactor at room temperature, the stirrer is started, the reactor is closed and the system is purged four times with nitrogen. The monomers (except for the vinylbenzyl chloride in Latex C-5) are forced into the reactor and the reactor contents are heated to 50° C and held at that temperature for 20 hours. The temperature then is raised to 70° C and the reaction is allowed to continue at that temperature until the reactor pressure attains a constant value. The resulting Latex C-4 is cooled and removed from the reactor. For Latex C-5, the vinylbenzyl chloride monomer is added to the reactor at this point and stirring at a temperature of 70° C is continued for 2 hours. The product (Latex C-5) is then cooled and removed from the reactor.

Analyses of the products show the following results:

Table II

| Latex | Solids % | Particle Size Angstroms | Conversion % |
|---|---|---|---|
| C-4 | 22.7 | 1320 | 90.8 |
| C-5 | 30.5 | 1340 | 95.5 |

To each latex is added 2 percent (based on polymer solids) of dodecylbenzyldimethylsulfonium chloride, then each latex is diluted with water to a solids content of 20 percent.

To one half of the diluted Latex C-5 is added 4 moles of a nucleophile, dimethyl sulfide, for each mole of polymerized vinylbenzyl chloride in the latex. The resulting reaction is allowed to continue at 30° C for the time shown in Table III below to produce Latex III-A. The other half of Latex C-5 is treated in the same manner except the same molar ratio of a different nucleophile, trimethylamine, is substituted for the dimethyl sulfide to produce Latex III-B. One half of Latex C-4 is treated as described for Latex III-A to produce comparative Latex C-4A. The other half of Latex C-4 is treated in the same manner as for Latex III-B to produce comparative Latex C-4B. The conversion of the benzyl chloride group to the benzyl onium ion is observed by titrating for chloride ion with silver nitrate solution.

The data are shown in Table III.

Table III

| Latex | Nucleophile* | Reaction Time Hours | Bound charge Meq/g of Polymer |
|---|---|---|---|
| III-A | DMS | 120 | 0.22 |
| III-B | TMA | 120 | 0.24 |
| C-4A | DMS | 912 | 0.07 |
| C-4B | TMA | 216 | 0.21 |

*DMS = dimethyl sulfide
TMA = trimethyl amine

CIBA 039114

4,056,501

13

These data show that the comparative Latex C-4 having relative uniform distribution of the copolymerized vinylbenzyl chloride converted more slowly and to a lesser extent than the structured particle latex, i.e. Latex C-5.

EXAMPLES IV–XI

A series of latexes are prepared in the same manner as for Latex C-5 with the following composition:

| Percentage | Monomer |
|---|---|
| 48-X | Styrene |
| 50 | Butadiene |
| 2 | 2-Hydroxyethyl acrylate |
| X | Vinylbenzyl chloride |

The resulting products, where X is 2.5 or 5.0, are formulated with sufficient additional dodecylbenzyl-dimethylsulfonium chloride to provide a total of 2 percent by weight, based on the polymer in the latex. Each latex is diluted with water to a solids content of 20 percent. Portions of each diluted latex are then reacted with a nucleophile by the procedure described in Example III for the time shown in Table IV to obtain the products IV–XI. Conversion to the onium ion is observed by titration of the chloride ion liberated in the reaction and the products are vacuum stripped before evaluation. The stability of the latex products is evaluated with the rub test described above. The data are shown in Table IV.

Table IV

| Ex. No. | VBC* % | Nucleophile | Reaction time Hr. | Bound charge meq/g. | Stability No. of rubs |
|---|---|---|---|---|---|
| *C-6 | 2.5 | none | — | 0 | <1 |
| IV | 2.5 | Dimethylsulfide | 144 | 0.09 | 12 |
| V | 2.5 | Trimethylamine | 168 | 0.15 | >20 |
| VI | 2.5 | Pyridine | 170 | 0.05 | 8 |
| VII | 2.5 | Tetramethylthiourea | 198 | 0.09 | >20 |
| *C-7 | 5.0 | none | — | 0 | <1 |
| VIII | 5.0 | Dimethylsulfide | 314 | 0.26 | >20 |
| IX | 5.0 | Trimethylamine | 170 | 0.28 | >20 |
| X | 5.0 | Pyridine | 172 | 0.07 | 6 |
| XI | 5.0 | Tetramethylthiourea | 197 | 0.10 | >20 |

*not an example of the invention
*VBC = vinylbenzyl chloride

The samples shown as <1 coagulate immediately when a drop of the latex is touched with a finger. The examples shown as >20 can be rubbed to dryness without coagulation.

The latexes are applied in side-by-side test patches on the same piece of standard redwood siding. The test board then is sequentially air-dried for 65 hours, is immersed in a bath of deionized water and is observed for the behavior of the coatings. For comparison with the cationic latexes of the invention, a very stable anionic latex containing a copolymer of styrene, butadiene, hydroxyethyl acrylate and itaconic acid is coated and tested in the same manner (comparative example C-8).

The anionic latex (C-8) begins to be absorbed by the wood immediately upon application (poor hold-out). The cationic latexes, IV–XI, remain on the surface and

14

show no tendency to being absorbed (excellent hold-out). After drying, the anionic latex provides a coating having a dull appearance. The cationic latexes IV–XI provide clear, glossy coatings which adhere strongly to the surface of the redwood. The test results are summarized in Table V.

Table V

| | | | Appearance | | |
|---|---|---|---|---|---|
| | | | | After Immersion | |
| Latex | Hold-out | Before Immersion | Initial | 1 Hour | 24 Hours |
| IV | Excellent | Glossy | No effect | No effect | Sl. blush |
| V | Excellent | Glossy | No effect | No effect | Sl. blush |
| VI | Excellent | Glossy | No effect | Sl. blush | Blush |
| VII | Excellent | Glossy | No effect | No effect | No effect |
| IX | Excellent | Glossy | Severe blush | Swollen | Swollen |
| X | Excellent | Glossy | No effect | Sl. blush | Blush |
| XI | Excellent | Glossy | No effect | No effect | No effect |
| C-8 | Poor | Dull | Severe blush | Swollen | Swollen |

It can be seen that, except for Latex IX, all of the cationic latexes tested have superior water resistance after air drying in comparison with a stable anionic latex of the styrene/butadiene copolymer group.

EXAMPLES XII–XIX

A precursor latex is prepared in a batch emulsion polymerization reactor using 2 percent of azobisisobutyronitrile as initiator, 1 percent of dodecylbenzyldimethylsulfonium chloride as surfactant and 0.1 part of dodecanethiol and 0.1 part of 2,6-di-t-butyl-p-cresol as chain transfer agents for each 100 parts of monomers. The initiator, surfactant, chain transfer agents, and 233 parts of water are loaded into the reactor. Two parts of 2-hydroxyethylacrylate and 1.33 parts of styrene are added and the reactor is purged with nitrogen. Sufficient additional styrene to provide a total of 30 parts and 63 parts of butadiene are added, the temperature is raised to 50° C and held for 4 hours, then is increased to 70° C. and held until the rate of pressure drop levels, i.e., about 7 hours. Five parts of vinylbenzyl chloride is then added and the temperature is maintained at 70° C for an additional 2 hours. The reactor contents are stirred throughout the reaction period. After the reactor is vented and the reacted mixture is cooled, the product is found to be a fluid latex (C-9) having a solids content of 27.7 percent, a particle size of 1250 Angstroms and a pH of 3.7. The latex is unstable to shear (less than 1 rub).

Various nucleophiles, as shown in Table VI, are mixed with separate portions of Latex C-9 and are allowed to react at the temperature and for the time as indicated in the table. The reaction time is selected according to the approximate amount of time required to obtain products which are very rub stable, i.e., stable for more than 20 rubs. For Example XII and Example XVII the reaction is carried out at a temperature varying from 25° to 50° C. After reaction, the resulting latexes are stripped under vacuum and filtered.

Table VI

| Example No. | Nucleophile | Amount meq/g Polymer | Reac. Temp. °C | Reaction time hours | Cation* Concentration meq/g of Polymer |
|---|---|---|---|---|---|
| XII | Pyridine | 0.36 | 25/50 | 42.5 | 0.149 |
| XIII | Thiophane | 0.36 | 50 | 21 | 0.098 |
| XIV | Tetramethylthiourea | 0.38 | 25 | 28.5 | 0.349 |
| XV | Dimethylsulfide | 0.36 | 50 | 30 | 0.102 |
| XVI | Ethylthioethanol | 0.36 | 50 | 29.5 | 0.135 |
| XVII | Triphenylphosphine | 0.36 | 25/50 | 100 | 0.153 |

CIBA 039115

4,056,501

15 16

Table VI-continued

| Example No. | Nucleophile | Amount meq/g Polymer | Reac. Temp. °C | Reaction time hours | Cation* Concentration meq/g of Polymer |
|---|---|---|---|---|---|
| XVIII | Triethylamine | 0.36 | 50 | 18 | 0.152 |
| XIX | Trimethylamine | 0.36 | 50 | 3 | 0.174 |

*Includes 0.03 meq. of conventional surfactant per gram of polymer.

The pH of the filtered products is adjusted to a desired range to give formulations which are used to coat aluminum test panels (Parker 3003-H14, 4 in. × 6 in. × 0.025 in.). These formulations are shown in Table VII.

Table VII

| Example No. | Solids % | pH |
|---|---|---|
| XII | 41.3 | 8.9 |
| XIII | 41.4 | 8.5 |
| XIV | 31.5 | 7.4 |
| XV | 43.2 | 9.0 |
| XVI | 38.1 | 9.0 |
| XVII | 38.9 | 8.4 |
| XVIII | 40.1 | 11.9 |
| XIX | 39.6 | 11.9 |

Duplicate coated panels for each example are baked in an oven at 175° C, one panel for 5 minutes and the other panel for 30 minutes. The baked panels are then immersed in water at 70° C for 2 hours and the appearance is recorded before and after the water treatment. The data are shown in Table VIII.

Table VIII

| Example No. | Water* Soak | Curing Conditions[b] 5-Minute Bake Appearance | 30-Minute Bake Appearance |
|---|---|---|---|
| XII | Before | Dk. Yellow | Dk. Yellow |
| | After | Blushed | Unaffected |
| XIII | Before | Clear | Clear |
| | After | Clear | Clear |
| XIV | Before | Sl. Yellow | Dk. Yellow |
| | After | Clear | Dk. Yellow |
| XV | Before | Clear | Clear |
| | After | Clear | Clear |
| XVI | Before | Clear | Clear |
| | After | Clear | Clear |
| XVII | Before | Yellow | Sl. Yellow |
| | After | Blushed | Unchanged |
| XVXII | Before | Yellow | Dk. Yellow |
| | After | Blushed | Unchanged |
| XIX | Before | Yellow | Dk. Yellow |
| | After | Blushed | Unchanged |

[a] — Panel immersed in 70° C water bath for 2 hours.
[b] — Air oven at 175° C

Additionally, it is found that the adhesion of the coatings is good for all of the baked panels Examples XII--XIX before the hot water treatment, as determined by applying a piece of pressure sensitive tape (Scotch tape), then rapidly pulling the tape. Following the water treatment, adhesion is tested in the same manner after excess water is blown form the panels and they are dried in air at ambient temperature for 30 minutes. In this test, none of the coating is removed from any of the panels.

EXAMPLES XX-XXII

A latex is prepared in a batch recipe by an emulsion polymerization reaction of 40 parts of styrene and 55 parts of butyl acrylate in 300 parts of water using 0.2 part of dodecanethiol, 2 parts of azobisisobutyronitrile and 5 parts of dodecylbenzyldimethylsulfonium chloride with stirring for 17 hours at 50° C and 1 hour at 70° C to provide a monomer conversion of about 90 percent, then 5 parts of 2-bromoethyl methacrylate is added and the same reaction conditions are maintained for an additional 2 hours. After the reactor is vented and cooled, the product is found to be a fluid latex (C-10) having a solids content of 25.7 percent and a particle size of 1070 Angstroms. The latex has poor shear stability (less than 1 rub).

The nucleophiles as shown in Table IX are mixed with separate portions of Latex C-10 and the resultant mixtures are allowed to stand at 25° C until the reactions have proceeded at least until the latex products are rub stable.

Table IX

| Ex. No. | Nucleophile Kind | Amount[a] | Reaction Time days | Charge[b] Total | Bound |
|---|---|---|---|---|---|
| XX | Dimethyl sulfide | 0.52 | 17 | 0.16 | 0.06 |
| XXI | Trimethylamine | 0.52 | 10 | 0.22 | 0.10 |
| XXII | Tetramethylthiourea | 0.29 | 4 | 0.27 | 0.15 |

[a] meq/g based on polymer in starting latex
[b] meq/g based on polymer in product latex

EXAMPLE XXIII

A 126-gram portion of Latex XX containing 31.1 percent solids and having a total of 0.16 milliequivalent of sulfonium group per gram of polymer, of which 0.06 milliequivalent is chemically bound at or near the surface of the particles, is mixed with a 7:1 excess of hydrogen peroxide (4.97 grams of a 30 percent solution) and the resulting mixture is stirred in a closed reactor at 35° C. for 22 hours. A substantial proportion of the sulfonium groups are oxidized to sulfoxonium groups. There is no loss of colloidal stability and the product has considerably less odor than Latex XX.

EXAMPLES XXIV-XXVI

A latex is prepared by an emulsion polymerization reaction of 40 parts of styrene, 55 parts of butyl acrylate in 300 parts of water using 0.2 part of dodecanethiol, 2 parts of azobisisobutyronitrile, and 4 parts of dodecylbenzyldimethylsulfonium chloride with stirring for 18 hours at 50° C and 2 hours at 70° C to provide a monomer conversion of about 90 percent, then 5 parts of 2-chloromethylbutadiene is added and the same reaction conditions are maintained for an additional 2 hours. After the reactor is vented and cooled, the product is found to be a fluid latex (C-11) having a solids content of 24.3 percent and a particle size of 1450 Angstroms. The latex has poor shear stability, i.e. less than 1 rub.

The nucleophiles as shown in Table X are mixed with separate portions of Latex C-11 and the resultant mixtures are allowed to stand at 35° C at least until reactions have proceeded sufficiently that the products are very rub stable (greater than 20 rubs).

Table X

| Ex. No. | Nucleophile Kind | Amount[a] | Reaction time Days | Charge[b] Total | Bound |
|---|---|---|---|---|---|
| XXIV | Thiophane | 0.50 | 4 | 0.402 | 0.265 |
| XXV | Trimethylamine | 0.50 | 4 | 0.342 | 0.205 |
| XXVI | Tetramethyl- | 0.50 | 4 | 0.535 | 0.39% |

CIBA 039116

4,056,501

17

Table X-continued

| Ex. No. | Nucleophile Kind | Amount[a] | Reaction time Days | Charge[b] Total | Bound |
|---|---|---|---|---|---|
| | thiourea | | | | |

[a] meq/g based on polymer in starting latex
[b] meq/g based on polymer in product latex

### EXAMPLE XXVII

A latex is prepared by an emulsion polymerization reaction of 50 parts of methyl methacrylate and 45 parts of butylacrylate in 300 parts of water using 0.2 part of dodecanethiol, 2 parts of azobisisobutyronitrile and 4 parts of dodecylbenzyldimethylsulfonium chloride with stirring for 16 hours at 50° C and 3 hours at 70° C to provide a monomer conversion of about 90 percent, then 5 parts of vinyl bromide is added and the same reaction conditions are maintained for an additional 2 hours. After the reactor is vented and cooled, the product is found to be a fluid latex (C-12) having a solids content of 23.8 percent and a particle size of 1490 Angstroms. The latex has poor shear stability (less than 1 rub).

With a portion of Latex C-12 is mixed 0.52 milliequivalent of tetramethylthiourea for each gram of polymer in the latex portion and the resulting mixture is allowed to stand at 25° C for 7 days. The latex product is shear stable (greater than 20 rubs) and has a total charge of 0.28 milliequivalent and a bound charge of 0.20 milliequivalent for each gram of polymer in the latex.

### EXAMPLES XXVIII-XXIX

A latex is prepared by batch emulsion polymerization of 54 parts of styrene, 44 parts of butadiene and 2 parts of 2-hydroxyethyl acrylate using 0.1 part of dodecanethiol as chain transfer agent, 2,2'-azobisisobutyronitrile as catalyst, 1 part (active basis) of dodecylbenzyldimethylsulfonium chloride as emulsifier and a polymerization time of 3 hours at 50° C and 7 hours at 70° C. After being cooled and filtered through cheesecloth, the resulting initial latex (C-13) having a solids content of 37.9 percent, is allowed to stand for 18 months. As determined by examination with a microscope, the latex particles are relatively uniform in size and have an average particle diameter of 1265 Angstroms. Sufficient deionized water is mixed with 1980 parts (wet basis) of the initial latex to provide 4000 parts by weight of diluted latex. Diluted Latex C-13 and 10 parts of 2,2'-azobisisobutyronitrile are placed in a reactor which is then purged with nitrogen. After the reactor contents are heated to 50° C, a monomer mixture containing 200 parts of styrene and 50 parts of vinylbenzyl chloride is forced into the reactor by pressure. The temperature of the reactor contents is raised to 70° and maintained for 4 hours while the contents are stirred. After the resulting product is cooled and filtered, it is found that a latex (C-14) containing 21.0 percent solids is obtained. As determined by examination with a microscope, the latex particles are relatively uniform in size and have an average diameter of 1444 Angstroms. No evidence is found by comparison of the micrograph of Latex C-14 with the micrograph Latex C-13 that any new particles are initiated. Latex C-14 contains 0.042 milliequivalent of chloride ion per gram of solids (from the emulsifier).

With a portion of Latex C-14 there is mixed 2 moles of trimethylamine for each mole of polymerized vinylbenzyl chloride in the latex and the mixture is stirred for 20

18

hours at ambient temperature. The resulting latex (XXVIII) is rub stable and contains 0.035 milliequivalent of chloride ion for each gram of solids—indicating a reaction of 0.043 milliequivalent of trimethylamine per gram of solids (0.085-0.042). The excess trimethylamine is removed by vacuum distillation (Rinco Evaporator).

Another portion of Latex C-14 is treated in the same manner as described for Latex XXVIII except that the reaction time is 4 days rather than 20 hours. The latex (XXIX) is rub stable and is found to contain 0.24 milliequivalent of chloride ion per gram of solids—indicating a reaction of 0.2 milliequivalent of trimethylamine per gram of solids (0.24-0.042).

### EXAMPLE XXX

A latex is prepared substantially as described in Example II except (a) the second monomer solution is not added; (b) the first monomer solution consists of 26 percent of styrene, 24 percent of vinylbenzyl chloride, and 40 percent of butadiene as monomers and 0.1 part of dodecanethiol per 100 parts of monomer; and (c) the continuous initiator stream, the continuous reducing agent stream, stirring and the reaction temperature of 50° C are continued for 4 hours after discontinuance of the feeding of the first monomer solution. The product is a fluid latex having 39.8 percent of polymer solids. The latex is filtered and dialyzed against deionized water for 72 hours. The emulsifier level is adjusted to 0.1 milliequivalent of dodecylbenzyldimethylsulfonium chloride per gram of solids (Latex C-15). To Latex C-15 is added 0.25 milliequivalent of dimethyl sulfide per gram of polymer solids and the resulting mixture is stirred at 30° C. Samples are taken periodically and the unreacted vinylbenzyl chloride is stripped from the samples to stop the reaction. The samples are titrated for chloride ion to determine the sulfonium concentration. The results are shown in Table XI.

TABLE XI

| Reaction Time Days | Sulfonium Ion Meq/g of Polymer | | Particle Size | Comments[a] |
|---|---|---|---|---|
| | Total | Bound | Angstroms | |
| 0 | 0.10 | 0.00 | — | not rub stable |
| 1 | 0.20 | 0.10 | 1190 | very stable[a], low viscosity |
| 2 | 0.29 | 0.19 | 1190 | very stable, low viscosity |
| 4 | 0.42 | 0.32 | 1190 | very stable, low viscosity |
| 8 | 0.74 | 0.64 | 1390 | very stable, thickened |
| 16 | 1.12 | 1.02 | 1450 | very stable, thickened |

[a] Stability according to the stability test described above with Rotovisco viscometer.

These results show that the particles swell substantially with 0.64 meq. of bound charge per gram of polymer or higher. The latexes with high charge can not be concentrated above 35 percent solids without becoming very thick and, in many cases, without gelling. The latexes with from 0.1 to 0.32 meq. of bound charge per gram are very stable and low in viscosity. They contain substantial amounts (from 1.25 to 1.47 meq/g.) of unconverted benzyl chloride groups. When cast and dried, the latexes form hydrophobic films which can be crosslinked by oxidative curing through the butadiene double bonds. The chloromethyl groups in the resulting crosslinked films are then available for quaternization to yield an ionic membrane.

CIBA 039117

4,056,501

19

That which is claimed is:

1. A method for preparing a cationic structured-particle latex comprising the steps of reacting at a temperature from about 0° to about 80° C a water-stable, nonionic nucleophile which is capable of diffusing through aqueous media with a latex of copolymer particles having activated halogens bound to a thin layer of the copolymer at or near the particle surface; said nucleophile having a hetero atom as a center of nucleophilicity wherein each covalent bond of said hetero atom is to a carbon atom; said activated-halogens being present in an amount from about 0.01 to about 3.0 milliequivalents per gram of copolymer in the latex, with the proviso that the amount of activated-halogen bound to the thin layer at or near the particle surface is in the range of from about 0.4 to about 3.0 milliequivalents for each gram of polymer in the thin layer, whereby pH independent cationic groups are chemically bound to the particles at or near the particle surface.

2. The method of claim 1 in which the reaction is carried out until the pH independent cationic groups are present in an amount from about 0.01 milliequivalent to about 0.5 milliequivalent per gram of copolymer.

3. The method of claim 1 which is carried out until the pH independent cationic groups are present in the thin layer in an amount of from about 0.4 milliequivalent to about 1.6 milliequivalent per gram of polymer in the layer.

4. The method of claim 1 in which the latex of copolymer particles having activated-halogens is a structured-particle latex of copolymer particles consisting of a nonionic, organic polymer core having adhered thereto a thin layer of a water-insoluble copolymer of (a) an ethylenically unsaturated, nonionic monomer which is devoid of an activated-halogen and (b) a nonionic, ethylenically unsaturated, activated-halogen monomer; the amount of the activated-halogen in the copolymer being from about 0.01 milliequivalent to about 1.4 milliequivalents per gram of copolymer.

5. The method of claim 1 in which the latex of copolymer particles having activated-halogens bound to a thin layer of the copolymer at or near the particle surface also has bound activated-halogens throughout the particles.

6. The method of claim 1 in which the activated-halogens are provided by a copolymerized monomer selected from the group consisting of vinylbenzyl chloride, 2-chloromethylbutadiene, vinyl bromide, a bromoalkyl acrylate, and a bromoalkyl methacrylate.

7. The method of claim 1 in which the nucleophile is a tetraalkylthiourea.

8. The method of claim 1 in which the nucleophile is a compound having the formula $R_1$—S—$R_2$ wherein $R_1$ and $R_2$ individually are lower alkyl, hydroxy lower alkyl or wherein $R_1$ and $R_2$ are combined as one alkylene radical having 3 to 5 carbon atoms, whereby the chemically bound cationic groups are sulfonium groups.

9. The method of claim 8 which has the additional step of oxidizing at least a part of the sulfonium groups to sulfoxonium groups.

10. An aqueous colloidal dispersion of cationic structured-particles of polymer consisting of a nonionic, organic polymer core encapsulated by a thin layer of a water-insoluble organic copolymer having pH independent cationic groups chemically bound to the organic copolymer at or near the particle surface; said cationic groups being present in an amount from about 0.01 milliequivalent to about 0.5 milliequivalent per gram of structured particles; said amount also being in the range of from about 0.4 milliequivalent to about 2.5 milliequivalents per gram of copolymer in the thin layer.

11. The aqueous colloidal dispersion of claim 10 in which the amount of cationic groups is from about 0.04 milliequivalent to about 0.35 milliequivalent per gram of structured particles.

12. The aqueous colloidal dispersion of claim 10 in which the amount of cationic groups is less than about 1.6 milliequivalents per gram of copolymer in the thin layer.

13. The aqueous colloidal dispersion of claim 10 in which the cationic groups predominantly are sulfonium groups.

14. The aqueous colloidal dispersion of claim 10 in which the cationic groups predominantly are isothiouronium groups.

15. The aqueous colloidal dispersion of claim 10 in which the cationic groups predominantly are quaternary ammonium groups.

16. The aqueous colloidal dispersion of claim 15 in which quaternary ammonium groups are pyridinium groups.

17. The aqueous colloidal dispersion of claim 10 in which colloidal stability is provided predominantly by the cationic groups chemically bound to the copolymer at or near the particle surface.

18. The aqueous colloidal dispersion of claim 10 in which at least part of the cationic groups are sulfoxonium groups.

19. The method of claim 1 in which the nucleophile is selected from the group consisting of

a. monobasic aromatic nitrogen compounds
b. tetra (lower alkyl) thioureas
c. $R_1$—S—$R_2$ wherein $R_1$ and $R_2$ individually are lower alkyl, hydroxy lower alkyl or wherein $R_1$ and $R_2$ are combined as one alkylene radical having 3 to 5 carbon atoms
d.

$$R_1-N-R_2$$
$$|$$
$$R_3$$

wherein $R_2$ and $R_3$ individually are lower alkyl or hydroxy lower alkyl, or are combined as one alkylene radical having 3 to 5 carbon atoms and $R_1$ is lower alkyl, aralkyl or aryl except when $R_2$ and $R_3$ together are an alkylene radical then $R_1$ is lower alkyl or hydroxy lower alkyl, and

e.

$$R_1-P-R_3$$
$$|$$
$$R_2$$

wherein $R_1$, $R_2$ and $R_3$ individually are lower alkyl, hydroxy lower alkyl or aryl.

* * * * *

# United States Patent [19]

Wessling et al.

[11] 4,178,205
[45] Dec. 11, 1979

[54] **HIGH STRENGTH NON-WOVEN FIBROUS MATERIAL**

[75] Inventors: Ritchie A. Wessling; William A. Foster, both of Midland; Dale M. Pickelman, Auburn, all of Mich.

[73] Assignee: The Dow Chemical Company, Midland, Mich.

[21] Appl. No.: 825,319

[22] Filed: Aug. 17, 1977

[51] Int. Cl.² .................................. D21H 3/38
[52] U.S. Cl. .................... 162/168 R; 162/168 N
[58] Field of Search ....... 162/168 R, 168 N, 168 NA, 162/169; 260/29.6 T

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 2,563,897 | 8/1951 | Wilson et al. | 162/166 |
| 2,654,671 | 10/1953 | Azorlosa | 162/168 N |
| 3,016,325 | 1/1962 | Pattilloch | 162/164 R |
| 3,329,560 | 7/1967 | Schickh et al. | 162/168 N |
| 3,694,393 | 9/1972 | Lewis et al. | 260/29.6 |
| 3,926,890 | 12/1975 | Huang et al. | 260/29.6 TA |
| 3,937,648 | 2/1976 | Huebner et al. | 162/168 R |
| 4,017,440 | 4/1977 | Killam et al. | 162/168 N |
| 4,056,501 | 11/1977 | Gibbs et al. | 260/29.6 SQ |

OTHER PUBLICATIONS

Alincie et al., J.A.P.S., 20, 2209–2219 (1976).

Primary Examiner—S. Leon Bashore
Assistant Examiner—William F. Smith
Attorney, Agent, or Firm—L. A. Murphy

[57] **ABSTRACT**

A high strength, non-woven fibrous material is prepared by (a) mixing an aqueous slurry of a negatively charged, water-insoluble natural or synthetic fiber or blend of fibers with an amount up to the fiber charge reversal point of a structured particle latex having pH independent cationic charges bound at or near the particle surface to form an aqueous suspension, (b) draining water from the aqueous suspension to form a wet web (c) wet pressing the web and (d) drying the web by heating.

11 Claims, No Drawings

CIBA 039119

4,178,205

# HIGH STRENGTH NON-WOVEN FIBROUS MATERIAL

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The invention is concerned with the use of a cationic latex by wet-end addition in a process for making high strength non-woven fibrous material and the product formed by such a process.

### 2. Description of the Prior Art

The use of a latex in the manufacture of non-woven materials by wet-end addition, or as a beater additive, is well known. Commonly, the latex has been an anionic latex but a water-soluble cationic deposition aid has been used therewith. Because of the slightly anionic nature of pulp, it has been suggested particularly for paper manufacture that a low-charge density cationic latex should be used in order to get good deposition on the fibers without the use of a deposition aid. However, it has been considered necessary to use a low charge latex to get efficient deposition of the latex. The prior art teaches the utility of bound charge in a wet-end process but does not teach nor suggest the advantage of using high levels of bound charge in a structured particle latex to get high strength in the products.

## SUMMARY OF THE INVENTION

It has been discovered that high strength non-woven fibrous materials can be prepared by mixing an aqueous slurry of a negatively charged fiber with a specific kind of cationic latex in an amount up to the charge reversal point of the fiber, draining water from the resulting aqueous suspension to form a wet web, wet pressing the web and drying the web by heating. The latex comprises structured particles having a non-ionic polymer core encapsulated by a thin polymer layer having a high density of bound, pH independent, cationic charges. The polymer core has a glass transition temperature (Tg) from about $-80°$ to $100°$ C., preferably from about $-25°$ C. to about $40°$ C.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The product and process of this invention requires a fiber having a negative charge and a specific kind of cationic latex in specific ratios to prepare a high strength non-woven material.

Of particular importance is that the cationic latex is used in an amount below that required to cause charge reversal on the fiber. The use of a deposition aid is not a significant factor. An advantage of the process and product of this invention is that the polymer from the latex is uniformly distributed on the fiber and is bonded thereto. Consequently stronger webs are obtained.

The fiber is any kind of negatively charged, water-insoluble, natural or synthetic fiber or blend of fibers which can be dispersed in aqueous slurry. Either long or short fibers, or mixtures thereof are useful. Suitable also are reclaimed waste papers and cellulose from cotton and linen rags, straws, glass fibers and the like. Particularly useful fibers are the cellulosic and lignocellulosic fibers commonly known as wood pulp of the various kinds such as mechanical pulp, steam-heated mechanical pulp, chemimechanical pulp, semichemical pulp and chemical pulp. Specific examples are groundwood pulp, unbleached sulfite pulp, bleached sulfite wood pulp, unbleached sulfate pulp and bleached sulfate pulp.

The process is valuable in being able to use crude, low quality pulp such as "screenings", i.e., coarse by-product from unbleached chemical pulps.

The cationic latex comprises a water-insoluble copolymer having particles with a high density of pH independent bound charges at or near the particle surface in an amount such as from about 0.15 milliequivalent to about 0.6 milliequivalent, preferably from about 0.18 milliequivalent to about 0.4 milliequivalent, per gram of copolymer. The composition of the latex copolymer is such as to provide a glass transition temperature (Tg) from about $-80°$ to about $100°$ C., preferably from about $-25°$ C. to about $40°$ C. Ordinarily, tensile strength of the product increases as the Tg increases up to the point where the polymer does not fuse properly with the times and temperatures encountered in the wet-end process.

The latexes are structured particle latexes having a non-ionic polymer core encapsulated by a thin polymer layer having bound charges as pH independent cationic groups at or near the particle surface. One method of obtaining such latexes is by copolymerizing under emulsion polymerization conditions an ethylenically unsaturated, activated-halogen monomer onto the particle surface of a non-ionic, organic polymer which is slightly cationic through the presence of adsorbed cationic surfactant. The resulting latex is reacted with a non-ionic nucleophile to form a latex suitable for use in the practice of this invention.

Latexes prepared by the usual emulsion polymerization conditions have high enough molecular weight to be useful. Usually the degree of polymerization will be greater than about 1000. The lower limit can be expressed as the start of the plateau region when properties are plotted against molecular weight. The particle size of the latex also has a significant effect. Tensile strength of the product increases as the particle size of the latex decreases. Ordinarily the particle size for best results will be below 1500 Angstroms, especially from about 600 Angstroms to about 1000 Angstroms.

Representative useful latexes and further details of the method of preparation are described and claimed in the copending application of Gibbs et al., Ser. No. 569,723 filed Apr. 21, 1975, now U.S. Pat. No. 4,056,501, the entire specification being incorporated herein by reference.

By "bound" as applied to groups or charges in this specification is meant that they are not desorbable under the conditions of processing. A convenient test is by dialysis against deionized water.

By the term "pH independent groups" as applied to ionic groups is meant that the groups are predominantly in ionized form over a wide range in pH, e.g., 2–12. Representative of such groups are sulfonium, sulfoxonium, isothiouronium, pyridinium and quaternary ammonium.

By the term "non-toxic" as applied to the monomers in this specification is meant that the monomers are not ionic per se nor do not become ionic by a simple change in pH. For illustration, while a monomer containing an amine group is non-ionic at high pH, the addition of a water-soluble acid reduces the pH and forms a water-soluble salt; hence, such a monomer is not included. The non-ionic nucleophiles, however, are not similarly restricted, i.e., "non-ionic" as used with nucleophiles applies to such compounds which are non-ionic under

CIBA 039120

4,178,205

3

conditions of use and tertiary amines, for example, are included.

Optional wet-end constituents used in the process to make the products of this invention include pigments and other common wet-end additives. While conventional deposition aids may be used, there is no particular advantage obtained thereby.

The maximum amount of cationic latex used in the practice of this invention is not significantly greater than the amount required to reach the charge neutralization point of the fiber being used. Hence, the amount of latex depends on the charge on the latex and the charge on the fiber. As the charge on the fiber is increased, the amount of a particular latex which can be used is increased with a resulting higher tensile strength in the product. For a particular fiber, as the charge on the latex is increased the amount of latex which can be used is decreased. At a particular level of latex, the tensile strength normally increases with the charge density on the latex particle up to the point where the structured particle morphology is lost, i.e., when the particle becomes soluble or a microgel. The amount of cationic latex usually ranges from about 0.5 percent to about 5 percent of solids based on the dry weight of the fiber.

The process to prepare the product of this invention preferably is carried out as follows: A dilute aqueous suspension of the fiber is formed in the normal manner often in a concentration of from about 0.5 percent to about 6 percent. The latex is added at any convenient concentration, often in the concentration as supplied and the resulting mixture is stirred, usually for at least two minutes depending somewhat on the equipment available. The aqueous suspension usually is then diluted further, often with white water from the process. Optional wet-end additives can be added at any suitable time. A wet web is formed by flowing the resulting suspension over a porous support such as a screen, draining the wet web, wet pressing and completely drying the web by heating. Pressing and heating may be carried out simultaneously. Alternatively, ambient temperature pressing followed by heating to complete drying may be employed. Optionally, other compacting, shaping, tempering and curing steps may be included. The temperatures used for hot pressing, curing and tempering or other heating steps often are from about 100° C. to about 250° C., although higher or lower

4

temperatures are operable. The product is prepared from the resulting suspension, for example, on a paper machine such as a Fourdrinier machine or a cylinder machine or in a laboratory sheet forming apparatus.

The product is dried, non-woven fibrous web with one dimension much smaller than the other two with the fibers uniformly distributed through the smaller dimension, preferentially oriented in the plane of the web and bonded to a uniformly distributed polymer phase formed from a structured particle latex.

The following examples illustrate ways in which the present invention may be carried out, but should not be construed as limiting the invention. All parts and percentages are by weight unless otherwise expressly indicated.

Unless indicated otherwise, the latexes for the examples were prepared according to the following summary of a process described in greater detail in copending application Ser. No. 569,723, filed Apr. 21, 1975, now U.S. Pat. No. 4,056,501. A base latex was prepared by batch emulsion polymerization from the monomers shown in Table I using dodecylbenzyldimethylsulfonium chloride as surfactant. The particles of the base latex were encapsulated (capped) with a copolymer of vinylbenzyl chloride by adding "cap monomers" of the kind and in the proportions shown in Table I in a continuously added manner over about one hour under emulsion polymerization conditions. The resulting latex was mixed with an excess of a nucleophile and was allowed to react to form a bound charge on the latex particles. The reaction was stopped at the desired degree of charge by removing the excess nucleophile by distillation. Except as otherwise indicated the nucleophile was dimethylsulfide and accordingly the resulting pH independent cationic group was sulfonium. In those examples where the quaternary ammonium group is indicated, the nucleophile was 2-(dimethylamino)ethanol.

TABLE I

| Latex | Base Latex[a] | | | Cap[a] | | | Structured-Particle Latex | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Composition | | Bound Charge meq/g | Particle Size Angstroms |
| | St % | Bd % | Tg °C. | St % | Bd % | VBC % | Cap % | VBC % | | |
| A-1 | 65 | 35 | 2 | 15 | 35 | 50 | 10 | 5 | 0.102 | 1360 |
| A-2 | 65 | 35 | 2 | 15 | 35 | 50 | 10 | 5 | 0.112 | 1360 |
| A-3 | 65 | 35 | 2 | 15 | 35 | 50 | 10 | 5 | 0.127 | 1360 |
| B-1 | 65 | 35 | 2 | 15 | 35 | 50 | 20 | 10 | 0.160 | 1480 |
| B-2 | 65 | 35 | 2 | 15 | 35 | 50 | 20 | 10 | 0.265 | 1480 |
| B-3 | 65 | 35 | 2 | 15 | 35 | 50 | 20 | 10 | 0.295 | 1480 |
| C | 65 | 35 | 2 | | 50 | 50 | 13 | 6.5 | 0.221 | 800 |
| D | 65 | 35 | 2 | | 50 | 50 | 13 | 6.5 | 0.171 | 910 |
| E | 65 | 35 | 2 | | 50 | 50 | 13 | 6.5 | 0.178 | 1480 |
| F | 65 | 35 | 2 | | 50 | 50 | 13 | 6.5 | 0.142 | 1880 |
| G | 65 | 35 | 2 | | 50 | 50 | 13 | 6.5 | 0.203[b] | 1360 |
| H | 50 | 50 | −21 | | 50 | 50 | 13 | 6.5 | 0.204 | 1230 |
| I | 55 | 45 | −15 | | 50 | 50 | 13 | 6.5 | 0.172 | 1190 |
| J | 60 | 40 | −8 | | 50 | 50 | 13 | 6.5 | 0.173 | 1335 |
| K | 65 | 35 | 2 | | 50 | 50 | 13 | 6.5 | 0.199 | 1360 |
| L | 70 | 30 | 20 | | 50 | 50 | 13 | 6.5 | 0.193 | 1320 |

[a]Monomers: St = styrene; Bd = butadiene; VBC = vinylbenzylchloride
[b]Bound quaternary ammonium group; others are sulfonium

EXAMPLE 1

An aqueous dispersion containing 1393 parts of water having a hardness of 106 ppm (calculated as calcium carbonate) and an alkalinity of 48 ppm (calculated as calcium carbonate) and 7 parts (dry basis) of unbleached Canadian softwood kraft having a Canadian Standard Freeness (CSF) of 540 millimeters was stirred at such rate that the kraft was just turning over gently. To the

CIBA 039121

4,178,205

| | 5 | | 6 | |

moving kraft suspension was added 0.2 part (3 percent of fiber), dry weight basis, of the latex shown in Table II and the resulting mixture, having a pH between 7 and 8 (unadjusted), was stirred for an additional 2.5 minutes. The resulting furnish was made into a handsheet (3.3 grams, 8 in. × 8 in.).

A handsheet (Comparative Example 1-C) was prepared in the same manner except the latex was omitted.

Data are shown in Table II.

### EXAMPLES 2-6

Additional handsheets were made in the same manner using the same components in the same proportions except that a different latex was used. Data are shown in Table II.

#### TABLE II

| Ex. No. | Latex | Bound Charge meq/g | Tensile (a) |
|---|---|---|---|
| 1 | A-1 | 0.102 | 9,384 |
| 2 | A-2 | 0.112 | 9,741 |
| 3 | A-3 | 0.127 | 9,831 |
| 4 | B-1 | 0.160 | 10,479 |
| 5 | B-2 | 0.265 | 11,082 |
| 6 | B-3 | 0.298 | 10,724 |
| 1-C | none | — | 8,939 |

(a)Breaking length, meters

All of the handsheets shown in Table II (exept 1-C) showed uniform distribution of the latex on the fiber.

### EXAMPLES 7-10

Addition handsheets were prepared in the same manner as described in Example 1 except that different latexes with differing particle sizes were used and the pH of the furnish was adjusted to 4.5 to 5 with sulfuric acid.

Data are shown in Table III.

All of the handsheets of these examples showed uniform distribution of the latex polymer on the fibers.

A comparative handsheet (7-C) was prepared in the same manner except that no latex was used. Data for this comparative example also are shown in Table III.

#### TABLE III

| Ex. No. | Latex | Bound Charge meq/g | Particle Size Angstroms | Tensile (a) |
|---|---|---|---|---|
| 7 | C | 0.221 | 800 | 10,793 |
| 8 | D | 0.171 | 910 | 10,501 |
| 9 | E | 0.178 | 1480 | 10,233 |
| 10 | F | 0.142 | 1880 | 10,054 |
| 7-C | none | — | — | 9,049 |

(a)Breaking length, meters

### EXAMPLES 11-16

Handsheets were prepared in the same manner except different latexes were used and the size of each handsheet was 12 in. × 12 in. (7.5 grams). The latex for Example 11 had bound quaternary ammonium groups and the other examples had sulfonium groups. The handsheets showed uniform distribution of latex in the fibers.

Data are shown in Table IV for the above examples and also for comparative Example 16-C which was prepared in the same manner except that no latex was used.

#### TABLE IV

| | | Latex | | Handsheet |
| | | Core | Bound | |
| Ex. No. | Kind | Tg °C. | Charge meq/g | Tensile (b) |
|---|---|---|---|---|
| 11 | G | 2 | 0.203(c) | 10,751 |
| 12 | H | −21 | 0.204 | 9,843 |
| 13 | I | −15 | 0.172 | 9,932 |
| 14 | J | −8 | 0.173 | 10,109 |
| 15 | K | 2 | 0.199 | 10,529 |
| 16 | L | 20 | 0.193 | 11,657 |
| *16-C | — | — | — | 9,821 |

*Not an example of this invention
(c)Quaternary ammonium rather than sulfonium
(b)Breaking length, meters

Tests referred to in the examples were carried out as follows:

Tensile:

Tensile values are recorded as breaking length, in meters, and are determined according to TAPPI Standard T 494-os-70 except the values are the average of 3 samples rather than 10 and the jaw gap is 2 inches rather than 8 inches.

Canadian Standard Freeness (CSF):

The values are determined according to TAPPI Standard T 227-M-58 except where variations in the procedure are indicated.

Glass Transition Temperature (Tg): The values are derived from "Encyclopedia of Polymer Science and Technology", John Wiley & Sons, N.Y., 1970, Vol. 13, page 322, especially FIG. 8.

That which is claimed is:

1. A method for preparing non-woven fibrous web comprising:
   (a) mixing an aqueous slurry of a negatively charged, water-insoluble, natural or synthetic fiber or a blend of such fibers with a structured particle latex having particles consisting of a non-ionic organic polymer core encapsulated by a thin polymer layer having bound charges of pH independent cationic groups, said charges being present in an amount of from about 0.15 milliequivalent to about 0.6 milliequivalent per gram of polymer in the latex; the non-ionic polymer core having a glass transition temperature of from about −80° C. to about 100° C.; the amount of said latex being not greater than the amount required to cause charge reversal on the fiber;
   (b) draining water from the aqueous suspension to form a wet web;
   (c) wet pressing the web; and
   (d) heating the wet web; whereby there is formed a non-woven fibrous web having polymer uniformly distributed and bonded to the fiber.

2. The process of claim 1 in which the fiber is a papermaking pulp and the product is paper.

3. The process of claim 1 in which the pH independent group is sulfonium.

4. The process of claim 1 in which the pH independent cationic group is quaternary ammonium.

5. The process of claim 1 in which the particle diameter is less than 1500 Angstroms.

6. The process of claim 5 in which the particle diameter is from about 600 Angstroms to about 1000 Angstroms.

7. The process of claim 1 in which the amount of latex is from about 0.5 percent to about 5 percent of the weight of the fiber, calculated on a dry weight basis.

CIBA 039122

4,178,205

7

8. The process of claim 1 in which the glass transition temperature is from about −25° C. to about 40° C.

9. The process of claim 1 in which the amount of bound charge is from about 0.18 milliequivalent to

8

about 0.4 milliequivalent per gram of polymer in the latex.

10. The non-woven fibrous material obtained by the process of claim 1.

11. The non-woven fibrous material obtained by the process of claim 2.

* * * * *

CIBA 039123

# United States Patent [19]

## Pickelman et al.

[11] 4,187,142
[45] Feb. 5, 1980

[54] **METHOD FOR FORMING HIGH STRENGTH COMPOSITES**

[75] Inventors: Dale M. Pickelman, Auburn; William A. Foster; Ritchie A. Wessling, both of Midland, all of Mich.

[73] Assignee: The Dow Chemical Company, Midland, Mich.

[21] Appl. No.: 825,323

[22] Filed: Aug. 17, 1977

[51] Int. Cl.² ............................................. D21H 3/38
[52] U.S. Cl. ............................ 162/146; 162/168 R; 162/168 N; 162/168 NA; 162/169
[58] Field of Search .......... 162/168 R, 168 N, 168 NA, 162/169, 146

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 2,563,897 | 8/1951 | Wilson et al. | 162/167 |
| 2,654,671 | 10/1953 | Azorlosa | 162/168 N |
| 2,765,228 | 10/1956 | Jordan | 162/168 R |
| 3,014,325 | 1/1962 | Pattiloch | 162/164 R |
| 3,205,187 | 9/1965 | Vanderhoff | 260/29.7 |
| 3,329,560 | 7/1967 | Schiith et al. | 162/168 N |
| 3,332,834 | 7/1967 | Reynolds | 162/168 NA |
| 3,694,393 | 9/1972 | Lewis et al. | 260/29.6 |
| 3,840,489 | 10/1974 | Strazdins | 162/168 NA |
| 3,926,890 | 12/1975 | Huang et al. | 260/29.6 H |
| 3,937,648 | 2/1976 | Huebner et al. | 162/168 R |
| 3,998,690 | 12/1976 | Lyness et al. | 162/145 |
| 4,017,440 | 4/1977 | Killam | 162/168 N |
| 4,056,501 | 11/1977 | Gibbs et al. | 260/29.6 SQ |

**FOREIGN PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 477265 | 9/1951 | Canada | 162/168 NA |
| 1209867 | 1/1966 | Fed. Rep. of Germany | |

**OTHER PUBLICATIONS**

Alince et al., J.A.P.S. vol. 20, 2209–2219 (1976).

*Primary Examiner*—S. Leon Bashore
*Assistant Examiner*—William F. Smith
*Attorney, Agent, or Firm*—I. A. Murphy

[57] **ABSTRACT**

A process for preparing a high strength composite by (A) mixing (1) an aqueous slurry of negatively charged, water-insoluble natural or synthetic fiber such as cellulose fiber, (2) a latex having a high density of pH independent cationic charges, such as sulfonium, bound at or near the particle surface, (3) a water-soluble, high molecular weight anionic polymer co-additive, such as a hydrolyzed polyacrylamide and optionally (4) conventional wet end additives; (B) draining water from the resulting aqueous suspension; (C) drying by heating.

**15 Claims, No Drawings**

CIBA 039124