4,187,142

1

# METHOD FOR FORMING HIGH STRENGTH COMPOSITES

## BACKGROUND OF THE INVENTION

### (1) Field of the Invention

The invention is concerned with binder systems for use in the manufacture of high strength composites and the composites produced thereby, especially paper, paperboard, hardboard and insulation board.

### (2) Description of the Prior Art

The use of a latex in the manufacture of paper by wet-end addition, or as a beater additive, is well known. Commonly, the latex has been an anionic latex but a water-soluble cationic deposition aid has been used therewith. Because of the slightly anionic nature of pulp, it has been suggested that a low-charge density cationic latex should be used in order to get good deposition on the fibers without the use of a deposition aid. Combination of anionic and cationic wet-end additives in which both species are water soluble are known. However, the combination as wet-end additives of a cationic latex with a water soluble anionic polymer, particularly latexes having particles with a high density of pH independent bound charge at or near the particle surface has not been disclosed.

## SUMMARY OF THE INVENTION

This invention is concerned with the combination of (a) a natural or synthetic fiber or blend of natural and/or synthetic fiber, preferably a cellulosic fiber, (b) a cationic latex having particles with a high density of pH independent bound charges at or near the particle surface and (c) a co-additive which is a water-soluble, high molecular weight anionic polymer having an available charge of from about 0.3 milliequivalent to about 8 milliequivalents, preferably from about 0.7 milliequivalent to about 4.5 milliequivalents per gram of polymer and having an acyclic carbon-carbon chain backbone wherein the anionic polymer has the capacity to retain its solubility in the presence of polyvalent metal ions at a pH in the range from about 4 to about 7. These required ingredients, optionally together with other well known wet-end additives, are used in the wet-end of a process to produce a high strength composite.

The high strength composite is prepared by mixing the aqueous slurry of fiber, the specified latex, the co-additive and any desired conventional wet-end additives, draining the resulting suspension to form a wet mat, and drying the wet mat by heating.

The latex is added in an amount greater than that required to cause charge reversal on the fiber but less than the amount which would exceed the capacity of the fiber to hold a wet mat together during processing.

The amount of co-additive is an amount greater than that required to cause essentially complete retention of the latex on the fiber but less than the amount which would be effective to start redispersion of components of the aqueous suspension.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The product and process of this invention requires a fiber, a specific kind of cationic latex and a co-additive in particular ratios, optionally with other known wet-end additives, to prepare a high strength composite.

2

The above-named components are used in the wet-end of the process.

The fiber is any kind of negatively charged, water insoluble, natural or synthetic fiber or blend of fibers which can be dispersed in aqueous slurry. Either long or short fibers, or mixtures thereof are useful. Suitable also are glass fibers, reclaimed waste papers, cellulose from cotton and linen rags, straws and similar materials. Particularly useful fibers are the cellulosic and lignocellulosic fibers commonly known as wood pulp of the various kinds such as mechanical pulp, steam-heated mechanical pulp, chemimechanical pulp, semichemical pulp and chemical pulp. Specific examples are groundwood pulp, unbleached sulfite pulp, bleached sulfite pulp, unbleached sulfate pulp and bleached sulfate pulp. The process is valuable in being able to use crude, low quality pulps such as "screenings", i.e., coarse by-product pulp from unbleached chemical pulps.

The cationic latex comprises a water-insoluble copolymer as particles having a high density of pH independent bound charges at or near the particle surface such as from 0.07 milliequivalent to about 0.6 milliequivalent, preferably from about 0.1 milliequivalent to about 0.6 milliequivalent, and most preferably from about 0.18 milliequivalent to about 0.5 milliequivalent, per gram of copolymer. Latexes with bound charge densities less than 0.1 meq/g tend to be insufficiently stable for some applications.

For operability in the process, the latex component is rather insensitive to the copolymer composition thereof provided that the glass transition temperature (Tg) of the copolymer is less than the temperature which will be used in the processing steps. Preferably the Tg will be room temperature or lower, even as low as −80° C., although polymers having Tg values up to about 100° C. may be used. However, when the latex loading exceeds about 100 percent, based on the fiber, the wet mats are easier to handle when a hard latex copolymer is used, e.g., a copolymer having a Tg value greater than about 0° C. Nevertheless, the copolymer in the latex must be deformable at the temperature to be used in the paper processing steps.

The latexes are represented by but not restricted to structured particle latexes having a water insoluble polymer core encapsulated by a thin polymer layer having bound charges as pH independent cationic groups at or near the particle surface.

One method of obtaining such latexes is by copolymerizing under emulsion polymerization conditions an ethylenically unsaturated, activated-halogen monomer onto the particle surface of a non-ionic, organic polymer which is slightly cationic through the presence of adsorbed cationic surfactant. The resulting latex is reacted with a non-ionic nucleophile to form a latex suitable for use in the practice of this invention. Representative latexes and further details of the method of preparation are described and claimed in the copending application of Gibbs et al., Ser. No. 569,723, filed Apr. 21, 1975, now U.S. Pat. No. 4,056,501, the entire specification being incorporated herein by reference.

Ordinarily, the particle size will range from about 500 Angstroms to about 5000 Angstroms, preferably from about 1000 Angstroms to about 3000 Angstroms.

By "bound" as applied to groups or charges is meant that they are not desorbable under the conditions of processing. A convenient test is by dialysis against deionized water.

CIBA 039125

4,187,142

By the term "pH independent groups" as applied to ionic groups is meant that the groups are predominantly in ionized form over a wide range in pH, e.g., 2–12. Representative of such groups are sulfonium, sulfonium, isothiouronium, pyridinium and quaternary ammonium groups.

By "available charge" is meant the amount of charge an ionizable group would provide to a polymer when completely ionized.

By the term "non-ionic" is meant that the monomers are not ionic per se and do not become ionic by a simple change in pH. For illustration, while a monomer containing an amine group is non-ionic at high pH, the addition of a water-soluble acid reduces the pH and forms a water-soluble salt; hence, such a monomer is not included. The non-ionic nucleophiles, however, are not similarly restricted, i.e., "non-ionic" as used with nucleophiles applies to such compounds which are non-ionic under conditions of use and tertiary amines, for example, are included.

The co-additive required for the practice of this invention is a water-soluble, high molecular weight anionic polymer having a degree of polymerization above about 3,000 preferably about 5,000 and having an available charge of from about 0.3 milliequivalents to about 8 milliequivalents, preferably from about 0.7 milliequivalent to about 4.5 milliequivalents, per gram of polymer, such anionic polymer having an acyclic carbon-carbon chain backbone and having the capability of retaining its solubility in the presence of polyvalent metal ions at a pH in the range from about 4 to about 7. Such water-soluble polymers may be natural or synthetic. The upper limit of the degree of polymerization is not critical provided that the co-additive has the requisite solubility. In some cases, such as a partially cross-linked polymer, the DP value is indeterminate. Representative examples of the co-additive are polymers such as water-soluble high molecular weight acrylamide polymers having pendant anionic groups represented by carboxyl, sulfate, sulfonate and the like, sodium polystyrene sulfonate, partially hydrolyzed copolymers of vinyl acetate and acrylic acid, sulfated polyvinyl alcohols, polyvinyl acetate polymers having pendant anionic groups represented by carboxyl, sulfate and sulfonate and copolymers of hydroxyethyl acrylate and sulfoethyl methacrylate.

The optimum charge on the co-additive depends somewhat on the hardness of the water used, i.e., the concentration of multivalent cations such as $Ca^{++}$ in the water. Generally polymers of low available charge content, such as less than about one milliequivalent of available charge per gram (meq/g) of polymer, work best in hard water. However, in soft water, better results are obtained when the anionic co-additive has greater than one milliequivalent of available charge per gram of polymer.

The co-additive is used in an amount greater than that required to cause essentially complete retention of the latex on the fiber but less than the amount which would be effective to start redispersion of components of the aqueous suspension. Such an amount usually is of from about 0.05 percent to about 160 percent by weight based on the dry weight of the fiber.

The latex is added in an amount greater than that required to cause charge reversal on the fiber but less than the amount which would exceed the capacity of the fiber to hold a wet mat together during processing,

Such an amount usually is from about 0.5 percent to about 20000 percent, which being calculated on the dry weight of the fiber.

The process in practice the practice of this invention preferably is carried out as follows: the latex is added at any convenient concentration, when in the concentration as supplied and the resulting mixture is stirred, usually for at least two minutes depending which but on the equipment available. The aqueous suspension usually is then diluted further, often with white water from the process. The co-additive is usually added as an aqueous solution at a concentration usually less than about 1 percent which and the mixture is stirred generally for near the minimum time to obtain thorough mixing. While the co-additive is usually the last component added at the wet-end of the process, it may be added at any time. Optional wet-end additives can be added at a suitable time.

Other optional constituents of the composite-forming composition at the wet-end in the percent process include pigments, fillers, curing agents, waxes, oils and other common additives well known in the paper-making art.

A composite is formed by flowing the resulting suspension over a porous support such as a screen in form of a wet mat, dewatering the wet mat and completing drying by heating. The dewatering step includes draining and may include wet pressing. Pressing and heating may be carried out simultaneously to form a composite. Alternatively, ambient temperature pressing followed by heating to complete drying may be employed. Optionally, other compacting, shaping, tempering and curing steps may be included. The temperatures used for hot pressing, curing and tempering or other heating steps often are from about 100° C. to about 250° C., although higher or lower temperature are operable.

For making many of the composites, paper machines such as a Fourdrinier machine, a cylinder machine or a laboratory sheet-forming apparatus are useful.

The process of the invention is advantageous compared to prior art processes in that there is better retention; i.e., more of the suspended solids are removed from the aqueous suspension. During carrying out of the process, the shear stability of the system allows mechanical working without redispersion of solids. Hence, the effluent from the process is lower in solids which allows the use of a higher level of recycle and minimizes discharge of pollutants to the environment.

The product of the process of this invention has improved internal bond strength compared to prior art methods. Within the range of permissible variables in carrying out the invention at low levels of latex, the properties are more sensitive to degree of bonding of polymer particles to fiber than to properties of the polymer composition. At high levels of latex, if sufficient heat is applied to fuse the latex particles, the properties of the resulting product depend markedly on the properties of the polymer phase.

In this specification and claims, all references to degree of polymerization (DP) are weight average unless otherwise indicated.

The following examples illustrate ways in which the present invention may be carried out, but should not be construed as limiting the invention. All parts and percentages are by weight unless otherwise expressly indicated.

CIBA 039126

**4,187,142**

5

Many of the latexes used in the examples are identified in Table I. The monomers shown for the base latex were polymerized under emulsion polymerization conditions using dodecylbenzyldimethylsulfonium chloride as emulsifier in amounts varying from 1.8 to 2.5 percent, 0.2 percent of dodecanethiol as chain transfer agent and 0.5 percent of α,α'-azobisisobutyronitrile as catalyst, the percentages being based on the total weight of monomers. The base latex particles were then capped (encapsulated) by adding the cap monomers of the kind and in the amount shown in Table I in a continuous manner over a period of about one hour for each 100 grams of the total monomeric components. Additional catalyst of the same kind, stirring and elevated temperature, usually 70° C., were used for the capping reaction. The resulting latex products were then reacted at a temperature of 70° C. with an excess of a nucleophile which was 2-(dimethylamino)ethanol (for the quaternary ammonium bound charge) and the excess nucleophile was removed by steam distillation after the desired amount of bound charge was reached. For the sulfonium bound charge, the nucleophile was dimethyl sulfide, the reaction temperature was 50° C. and excess nucleophile was removed by vacuum distillation. The structured particle latexes thus produced had the properties shown in Table I.

Latex X (also shown in Table I) was prepared by the same process steps as Latex B but the overall average monomer composition used in the preparation of Latex B was used both in the base latex and in the cap for Latex X to give rather uniform composition throughout the latex particles.

Tests referred to in the examples were carried out as follows:

**Tensile**

Tensile values are recorded as breaking length, in meters, and are determined according to TAPPI Standard T 494-os-70 except the values are the average of 3 samples rather than 10 and the jaw gap is 2 inches rather than 8 inches.

6

**Canadian Standard Freeness (CSF)**

The values are determined according to TAPPI Standard T 227-M-58 except where variations in the procedure are indicated.

**Delamination Resistance**

The internal bond strength of the products is measured by the delamination resistance test. In this test, a strip one inch in width of the product to be tested is placed between two strips of adhesive tape having sufficient adhesiveness that failure will occur in the paper when the two pieces of tape are pulled apart. Delamination is started by hand, then continued and measured by an Instron Tensile Tester using a jaw separation rate of 12 inches per minute. The average force resisting delamination over a length of about four inches is determined for each of two samples. The average of the two samples is recorded in ounces per inch of width, abbreviated oz/in. These values are followed in parenthesis by conversion to metric units, i.e., grams per 2.54 centimeters (g/2.54 cm). When a different testing tape is used, the new tape is calibrated according to the initial tape and values are reported in values according to initial tape.

**EXAMPLE 1**

A steam-heated, mechanically-defibered pulp having a Canadian Standard Freeness (CSF) of 785 milliliters and a solids content of 24% was diluted to 1% solids with water having a hardness of 10.6 (as CaCO₃, ppm) and an alkalinity of 48 (as CaCO₃, ppm). The components shown in Table II were added to the resulting fiber suspension in the order shown and stirring was continued for the time indicated before the next step. About 3% of Latex A would be required to reach the charge reversal point of the pulp.

TABLE I[a]

| | Base Latex | | | | | Cap | | | | | Structured Particle Latex | | | |
| | St | Bu | VBC | VCN | Tg[b] | St | Bu | VBC | Cap | VBC | Bound Charge | | Particle | Solids |
| Latex | % | % | % | % | °C. | % | % | % | % | % | Kind | Meq/g | Size Angstroms | % |
| A | 65 | 35 | | | | 15 | 35 | 50 | 20 | 10 | N+ | 0.365 | 1290 | 31.5 |
| B | 65 | 35 | | | 2 | 15 | 35 | 50 | 20 | 10 | N+ | 0.303 | 1760 S | 40 |
| C | 65 | 35 | | | 2 | 15 | 35 | 50 | 30 | 15 | N+ | 0.223 | 1250 | 27.5 |
| D | 65 | 35 | | | 2 | 15 | 35 | 50 | 30 | 15 | N+ | 0.294 | 1250 | 29.2 |
| E | 65 | 35 | | | 2 | 15 | 35 | 50 | 30 | 15 | N+ | 0.415 | 1250 | 29.4 |
| F | 55 | 45 | | | -15 | | 50 | 50 | 13 | 6.5 | S+ | 0.176 | 1190 | 27.0 |
| G | 60 | 40 | | | -8 | | 50 | 50 | 13 | 6.5 | S+ | 0.173 | 1335 | 23.9 |
| H | 65 | 35 | | | 2 | | 50 | 50 | 13 | 6.5 | S+ | 0.199 | 1360 | 23.2 |
| I | 70 | 30 | | | 20 | | 50 | 50 | 13 | 6.5 | S+ | 0.193 | 1320 S | 30 |
| J | 65 | 35 | | | 2 | 15 | 35 | 50 | 20 | 10 | N+ | 0.359 | 1040 | 30.6 |
| K | 80 | 20 | | | 35 | 15 | 35 | 50 | 20 | 10 | N+ | 0.415 | 1490 | 33.1 |
| L | 90 | 10 | | | 61 | 15 | 35 | 50 | 20 | 10 | N+ | 0.452 | 1490 | 27.0 |
| M | 70 | 10 | | 20 | 30x | 15 | 35 | 50 | 20 | 10 | N+ | 0.474 | 1490 | 32.5 |
| N | 65 | 35 | | | 2 | 13.2 | 29.4 | 57.3 | 20 | 11.5 | N+ | 0.407 | 1180 | 23.2 |
| X | 35 | 35 | 10 | | 5x | 35 | 35 | 10 | 20 | 10 | N+ | 0.403 | 1640 S | 40 |

[a] St - Styrene; VBC - Vinylbenzyl Chloride; N+ - Quaternary Ammonium; Bu - Butadiene; VCN - Acrylonitrile; S+ - Sulfonium
[b] Average diameter determined by electron microscopy except (S) which were determined by light scattering measurements
x After steam stripping.
[c] Derived from Encyclopedia of Polymer Science and Technology, John Wiley & Sons, N.Y., 1970, Vol. 13, page 322, FIG. 8
[d] Estimated value.

TABLE II

| Step | Component | Amount % (a) | Stirring Time Min. |
|---|---|---|---|
| 1 | Latex A | 5 | 1.5 |
| 2 | Co-additive (b) | 0.8 | 0.5 |

CIBA 039127

7

4,187,142

8

TABLE II-continued

| Step | Component | Amount g/gal | Running Total Min. |
|------|-----------|--------------|--------------------|
| 5 | Alum | 2 | 2.0 |

(a) Dry foam calculated on the dry weight of fiber
(b) Hydrolyzed polyacrylamide as described below

The co-additive is a hydrolyzed polyacrylamide having a degree of polymerization of 15,000 and an available charge of 1.94 milliequivalents per gram of co-additive (meq/g).

A sheet was formed on filter paper (12.5 cm in diameter) by filtering the resulting suspension through a Buchner funnel with vacuum from a water aspirator. The resulting wet sheet was removed from the funnel, placed between two clean filter papers and 4 blotters and pressed on a Williams press at 1715 psig. After the blotters and filter papers were removed, the resulting damp sheet was dried on a hot plate at 165° C. for 5 minutes. The dried sheet was conditioned by being kept in a room maintained at 50% humidity and 23° C. for at least 2 hours, generally overnight, before testing.

The effluent from the filtration was analyzed for turbidity with a spectrophotometer as a measurement of the white water clarity. Tensile values for the composite, drainage time, and clarity (percent transmission) of the effluent from the filtration are shown in Table III.

Comparative Example 1C

A sheet was prepared in the same manner and with the same components except the latex and the co-additive were omitted. The drainage time, clarity and tensile results are shown in Table III.

TABLE III

| Example No. | Drainage Time Min. | Clarity % | Tensile |
|-------------|--------------------|-----------|---------|
| 1 | 1.2 | 93 | 762 |
| *1C | 8.0 | 60 | 127 |

* Not an example of the invention
a Breaking length, meters

Example 1 illustrates the improvement in drainage time and clarity of the effluent (waste water) from the process and improvement in strength of the product provided by the invention.

EXAMPLES 2-10

For each example, an aqueous dispersion containing 1393 parts of water having a hardness of 106 ppm (calculated as calcium carbonate) and an alkalinity of 48 ppm (calculated as calcium carbonate) and 7 parts (dry basis) of unbleached Canadian softwood kraft having a Canadian Standard Freeness (CSF) of 400 ml was stirred at such a rate that the kraft was just turning over gently. To the moving kraft suspension was added 1.4 parts (dry weight basis) of Latex A. After stirring at the same rate for an additional two minutes, a dilute aqueous solution (0.2% solids) of the specified co-additive was added in the amount shown and stirring was continued for an additional 30 seconds. The resulting furnish was made into a handsheet (12 inches × 12 inches) on an M/K systems "Mini-Mill" handsheet machine using water for dilution of the description given above. The handsheet was pressed to a solids content of from 37 to 38% by placing the sheet and couching blotter between two pieces of wool felt and running the resulting sand-

wich through the press at medium speed using a given pressure of 80 psig. The pressed sheet was removed from the wool felts, and stripped from the couching blotter, then dried in a drier maintained at 220° F. (104° C.). The product was just crackle free, and contained about 93 percent solids.

The co-additive used in the examples is a hydrolyzed polyacrylamide having 1.94 milliequivalent of available charge (carboxyl) per gram and a degree of polymerization of 15000. Data are shown in Table IV.

COMPARATIVE EXAMPLES 2C1-2C5, 5C and 8C

Comparative Examples 2C1 and 2C4 were prepared in the same manner from the same components as described for Examples 2-10. The amounts of the latex were below that required (5.5%) to cause char- t reversal on the fiber used.

Comparative Examples 2C1, 2C3, 2C5, 5C and 8C were prepared in the same manner except no co-additive was included. Data for the comparative examples are included in Table IV.

TABLE IV

| Example | Latex *1 (a) | Co-additive *3 (b) | Delamination Resistance in/in (g/2.54 cm) |
|---------|--------------|--------------------|-------------------------------------------|
| *2C1 | 2 | | ▾ (2878) |
| *2C2 | 2 | 0.25 | 9.5 (2704) |
| *2C3 | 5 | | 12 (1401) |
| *2C4 | 5 | 0.25 | 12.5 (1354) |
| *2C5 | 10 | | 16 (4850) |
| 2 | 10 | 0.25 | 16 (3510) |
| 3 | 10 | 0.5 | 18.3 (5319) |
| 4 | 10 | 1 | 19 (3840) |
| *5C | 15 | | 18.5 (3524) |
| 5 | 15 | 0.25 | 20.8 (3990) |
| 6 | 15 | 0.5 | 23 (2710) |
| 7 | 15 | 1 | 27.6 (7382) |
| *8C | 20 | | 20.5 (5811) |
| 8 | 20 | 0.25 | 23.3 (4613) |
| 9 | 20 | 0.5 | 29.7 (4414) |
| 10 | 20 | 1 | 32.6 (9254) |

*Not an example of the invention
(a) Calculated on fiber, dry basis
(b) Calculated on latex + fiber, dry basis

EXAMPLE 11

A sheet was prepared using the materials in the same amounts and by the process described in Examples 2-10, except the latex was Latex B (see Table I), the amount of the same co-additive was 0.6%, dry basis calculated on the weight of the fiber. The sheet was tested for delamination resistance (see Table V).

COMPARATIVE EXAMPLE 11C

A sheet was prepared in the same manner with the same materials in the same amounts as in Example 11 except Latex X was used instead of Latex B. Latex B and Latex X have the same average polymer composition but Latex B is a structure particle latex whereas Latex X has rather uniform composition throughout the particle as described above. For comparison with Example 11, data are shown in Table V.

TABLE V

| Example No. | Bound Charge Location | meq/g | Delamination Resistance in/in (g/2.54 cm) |
|-------------|----------------------|-------|-------------------------------------------|
| 11 | Cap | 0.300 | 23.6 (3612) |
| *11C | Through | 0.400 | 14.6 (1414) |

CIBA 039128

9

## 4,187,142

10

### TABLE V-continued

| Example No. | Bound Charge Location | meq/g | Delamination Resistance oz/in | (g/2.54 cm) |
|---|---|---|---|---|
| | Particle | | | |

*Not an example of the invention

From these delamination resistance values shown in Table V, it is seen that Example 11 (an example of the invention) provides considerable improvement over a process using a latex having the bound charges throughout the particle rather than near the particle surface even though the total charge was greater for comparative Example 11C.

### EXAMPLES 12-14

Sheets were prepared in the same manner as described for Example 11 except that for Latex B there were substituted Latex C, Latex D and Latex E, respectively. The latter three latexes differ from each other in the amount of nucleophile (dimethylaminoethanol) reacted with the capped latex and thus differ in the amount of bound charge. Data are shown in Table VI.

### TABLE VI

| Example No. | Latex | Bound Charge meq/g | Delamination Resistance oz/in | (g/2.54 cm) |
|---|---|---|---|---|
| 12 | C | 0.223 | 18.9 | (539) |
| 13 | D | 0.294 | 21.8 | (614) |
| 14 | E | 0.412 | 25.0 | (707) |

Examples 12-14 show that the internal bond strength of the product increases as the bound charge on the latex increases.

### EXAMPLES 15-22

Sheets were prepared as described in Example 11 except that different latexes were used but in the same proportions. The major differences among the latexes relate to the composition in the base latex from which the structured particle latex was made (see Table I). Data are shown in Table VII.

### COMPARATIVE EXAMPLE 22C

A sheet was prepared in the same manner as for Examples 15-22 except that latex and the co-additives were not included. Results are shown in Table VII.

### TABLE VII

| Example No. | Latex | Core Tg °C | Delamination Resistance oz/in | (g/2.54 cm) |
|---|---|---|---|---|
| 15 | I | 15 | 23.0 | (652) |
| 16 | G | 15 | 23.6 | (673) |
| 17 | H | 2 | 24.6 | (695) |
| 18 | J | 20 | 29.2 | (825) |
| 19 | J | 2 | 22.6 | (641) |
| 20 | K | 15 | 24.7 | (539) |
| 21 | J | 61 | 17.9 | (504) |
| 22 | M | 161 | 22.6 | (638) |
| *22C | — | — | 5.9 | (164) |

*Not an example of the invention

Examples 15-18 illustrate the process of the invention where the sulfonium group provides the bound charge rather than the quaternary ammonium group of Examples 1-14 and shows operability of the process over a broad composition of latex polymer (broad range of Tg values) at approximately equal bound charge. Within this series, there is little variation in internal bond strength in the products as shown by the delamination test.

Examples 19-22 illustrate a higher level of bound charge in the latex and variations in the base latex (core composition) to provide increasing Tg values. Within the series, as the polymers become harder (higher Tg values), the measured delamination resistance of the product sheets decreased under the conditions of these experiments. However, when the healing time was increased to 12 minutes rather than one minute, the delamination resistance was 22.4 oz/in (635 g/2.54 cm); 18.5 oz/in (524 g/2.54 cm) and 14.8 oz/in (420 g/2.54 cm), for Examples 20, 21 and 22, respectively. These examples support the position that at the higher Tg values in the disclosed range for the latex used, higher temperatures and/or longer times should be selected or conversely at a given time/temperature condition in the process a latex with sufficiently low Tg value should be used.

### EXAMPLES 23-28

Sheets were prepared as described in Example 11 except a different latex was used in all these examples and the identity of the co-additive was changed but not the amount in all these examples except No. 25. Data are shown in Table VIII.

### TABLE VIII

| Example No. | Latex | Co-Additive Kind | Available Charge meq/g | DP (c) | Delamination Resistance oz/in | (g/2.54 cm) |
|---|---|---|---|---|---|---|
| 23 | A | SPSS (a) | 5.3 | 17000 | 24.6 | (697) |
| 24 | A | EVMA (b) | 2.55 | 1 | 25.2 | (714) |
| 25 | N | AAm/COO⁻ (e) | 1.94 | 25000 | 21.5 | (610) |
| 26 | N | AAm/COO⁻ (e) | 1.39 | 24000 | 24.4 | (692) |
| 27 | N | AAm/COO⁻ (e) | 2.78 | 24000 | 22.0 | (624) |
| 28 | N | AAm/AMPS (d) | 1.05 | 30000 | 20.0 | (567) |

(a) Sodium polystyrene sulfonate
(b) Copolymer of 50% of ethyl acrylate, 30% of vinyl acetate, 10% methacrylic acid, 10% of acrylic acid which is solubilized in alkali, then the pH is adjusted to 7.
(c) Partially hydrolyzed polyacrylamide
(d) A copolymer of acrylamide and 2-acrylamido-2-methylpropane sulfonic acid
(e) Degree of polymerization
(f) Indeterminate because of crosslinking

### EXAMPLE 29

An aqueous dispersion containing 1990 parts of water having a hardness of 106 ppm (calculated as calcium

CIBA 039129

**4,187,142**



**11**

combination and an alkalinity of the pure controlled as sodium carbonate and 30 parts kHz. Made of an Bleached Canadian softwood kraft having a Canadian Standard Freeness of 38? and 400 ml was mixed at such a rate that the kraft was just having even gently. To the mixing kraft suspension was added 30 grams kHz weight basis of Latex I. After stirring at the same rate for an additional two minutes, 3.3 parts of the specified co-additive as a dilute aqueous solution 0.2% solids was added and stirring was continued for an additional 30 seconds. The resulting furnish was made into a hand sheet 112 inches × 12 inches on an M/K Systems "Formette Dynamique" ... ... ... ...

The resulting dry sheet was so strong that the delamination resistance could not be determined by the method disclosed in this specification.

The co-additive used in the example was a hydrolyzed polyacrylamide having 1.91 milliequivalents of anionic group (carboxyl) per gram and a degree of polymerization of 5500.

### EXAMPLE 30

A sheet was prepared using the same materials in the same amounts and by the process described in Examples 2-10 except the amount of the same co-additive was 0.1% and the latex was a latex prepared according to U.S. Pat. No. 3,873,488 in a batch process from 65 parts of styrene, 30 parts of butadiene, 5 parts of acrylonitrile and 4 parts of vinylbenzylmethyldodecylsulfonium chloride with no additive nonpolymerizable surface active material. The latex had a solids content of 23.9%, a particle size of 1090 angstroms (determined by light scattering) and 0.072 milliequivalent of bound charge per gram of polymer. The estimated Tg was 25° C. The delamination resistance of the sheet was 19.3 oz/in (547 g/2.54 cm).

This example illustrates the practice of the invention using a latex having a level of bound charge near the minimum suitable for this invention and also illustrates the use of a latex which is not prepared according to the method disclosed and claimed for structured particle latexes in Ser. No. 569,723, filed Apr. 21, 1975, now U.S. Pat. No. 4,056,501.

### EXAMPLES 31 and 32

Sheets were prepared using the same materials in the same amounts and by the process described for Examples 2-10 except the latex was as described below, a different co-additive was used in the amount shown in Table IX and deionized water was substituted for the water.

The latex as described, at 23% solids and having a particle size of 880 angstroms, was a structured particle latex prepared according to application Ser. No. 569,723, filed Apr. 21, 1975, now U.S. Pat. No. 4,056,501 having 100 parts of a core copolymer of 40% of styrene, and 60% of butyl acrylate (core Tg = -10° C.) capped with 10 parts of a copolymer of 33% of vinylbenzyl chloride and 67% of butyl acrylate which was subsequently reacted with trimethylamine to provide 0.121 milliequivalent of bound charge per gram of latex, solids basis.

**12**

The co-additive used in these examples was a Hydrolyzed polyacrylamide having 4 degrees of polymerization 20,000 and an available charge of 2.36 milliequivalents per gram of polymer. These are shown in Table IX.

### COMPARATIVE EXAMPLES 26 and 27

Sheets were prepared in the same manner as for Examples 31 and 32 except that both the latex and the co-additive were omitted in 26 and the co-additive was omitted in 27. These are included in Table IX.

#### TABLE IX

| Example | Latex | Co-Additive | Delamination Resistance |       |
|---------|-------|-------------|-------------------------|-------|
|         | %     | %           | oz/in                   | g/2.54 cm |
| CE 26   | no    | no          | 7.4       | ...   |
| CE 27   | 2%    | no          | 8.2       | ...   |
| 31      | 2%    | ...         | 15.4      | ...   |
| 32      | 2%    | .75         | 19.4      | ...   |

Examples 31 and 32 illustrate the invention using a wetter water, i.e. deionized water, a different co-additive and a latex having different composition than in the other examples of the invention

That which is claimed is,

1. A method for preparing high strength composites comprising

(a) mixing an aqueous slurry of a negatively charged, water-insoluble natural or synthetic fiber or a blend of such fibers with a latex containing a cationic water insoluble copolymer as particles having pH independent bound charges at or near the particle surface in an amount from about 0.07 milliequivalent to about 0.6 milliequivalent per gram of copolymer and a co-additive which is a water-soluble anionic polymer having a degree of polymerization above about 3000, having an available charge of from about 0.3 milliequivalent to about 8 milliequivalents per gram of polymer, having an acyclic carbon-carbon chain backbone and having the capability of retaining its solubility in the presence of polyvalent metal ions at a pH from about 4 to about 7 to form an aqueous suspension of components; the amount of said latex being more than the amount required to cause charge reversal on the fiber but less than the amount which would exceed the capacity of the fiber to hold a wet mat together during processing; and the amount of said co-additive being greater than that required to cause essentially complete retention of the latex on the fiber but less than the amount which would be effective to start redispersion of the components of the aqueous suspension;

(b) removing water from the aqueous suspension to form a wet mat;

(c) drying the mat by heating; said copolymer particles of the latex being deformable at the temperature used in heating the mat.

2. The method of claim 1 in which the fiber is cellulosic.

3. The method of claim 2 in which the fiber is wood pulp.

4. The method of claim 1 in which the cationic polymer particles are structured particles consisting of a non-ionic organic polymer core encapsulated by a thin polymer layer having bound charges of pH independent cationic groups at or near the particle surface.

CIBA 039130

4,187,142

13

5. The method of claim 1 in which the amount of latex, solids basis, is from about 0.5 percent to about 2000 percent based on the weight of the fiber.

6. The method of claim 1 in which the amount of bound charges in the latex is greater than 0.1 milliequivalent per gram.

7. The method of claim 1 in which the amount of bound charges in the latex is from about 0.18 milliequivalent to about 0.5 milliequivalent per gram of copolymer.

8. The method of claim 1 in which the co-additive is an acrylamide polymer.

9. The method of claim 8 in which the anionic charge of the co-additive is provided by a carboxyl group.

10. The method of claim 1 in which the co-additive is used in an amount of from about 0.05 percent to about

14

160 percent by weight, based on the dry weight of the fiber.

11. The method of claim 1 in which the amount of available charge of the co-additive is from about 0.7 milliequivalent to about 4.5 milliequivalents per gram.

12. The method of claim 1 in which the co-additive has a degree of polymerization greater than about 5000.

13. The method of claim 1 which has a wet pressing step.

14. A method according to claim 1 in which the pH independent bound charges are quaternary ammonium or sulfonium.

15. The process of claim 1 in which the latex is prepared by steps comprising emulsion polymerization.

* * * * *

CIBA 039131



# United States Patent [19]

## Foster et al.

[11] **4,189,345**

[45] **Feb. 19, 1980**

[54] **FIBROUS COMPOSITIONS**

[75] Inventors: William A. Foster, Midland; Dale M. Pickelman, Auburn; Ritchie A. Westling, Midland, all of Mich.

[73] Assignee: The Dow Chemical Company, Midland, Mich.

[21] Appl. No.: 825,320

[22] Filed: Aug. 17, 1977

[51] Int. Cl.² ............................... D21H 3/38
[52] U.S. Cl. ...................... 162/168 R; 162/168 N; 162/168 NA; 162/169
[58] Field of Search ........ 162/168 R, 168 N, 168 NA, 162/169

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,563,897 | 8/1951 | Wilson et al. | 162/166 |
| 2,654,671 | 10/1953 | Azorlosa | 162/168 N |
| 2,765,228 | 10/1964 | Jordan | 162/168 N |
| 3,016,325 | 1/1962 | Partilloch | 162/164 R |
| 3,205,187 | 9/1965 | Vanderhoff | 260/29.7 |
| 3,329,560 | 7/1967 | Sckickl et al. | 162/168 N |
| 3,332,834 | 7/1967 | Reynolds | 162/168 NA |
| 3,694,393 | 9/1972 | Lewis et al. | 260/29.6 |
| 3,926,890 | 12/1975 | Huang et al. | 260/29.6 H |
| 3,937,648 | 2/1976 | Huebner et al. | 162/168 R |
| 3,998,690 | 12/1976 | Lyness et al. | 162/141 |
| 4,017,440 | 4/1977 | Killam | 162/168 N |
| 4,056,501 | 11/1977 | Gibbs et al. | 260/29.65 Q |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 477265 | 9/1951 | Canada | 162/168 NA |
| 1209867 | 1/1966 | Fed. Rep. of Germany | |

### OTHER PUBLICATIONS

Alincic et al., *J.A.P.S.* vol. 20, pp. 2209–2219, 1976.

Primary Examiner—S. Leon Bashore
Assistant Examiner—William F. Smith
Attorney, Agent, or Firm—L. A. Murphy

[57] **ABSTRACT**

A fibrous product containing (a) a papermaking grade of pulp, (b) a structured particle latex having pH independent cationic groups bound at or near the particle surface and (c) a co-additive. The pulp is represented by unbleached softwood kraft. The latex is represented by a structured-particle latex having (a) a core of a copolymer of styrene and butadiene (b) an encapsulating layer of styrene, butadiene and vinylbenzyl chloride which is reacted with 2-(dimethylamino) ethanol to form quaternary ammonium groups. The co-additive is represented by a hydrolyzed polyacrylamide having a degree of polymerization of 5500. To an aqueous slurry of the pulp are added the latex and an aqueous solution of the co-additive, the resulting suspension is dewatered and dried by heating.

8 Claims, No Drawings

CIBA 039132

4,189,345

1

# FIBROUS COMPOSITIONS

## BACKGROUND OF THE INVENTION

### (1) Field of the Invention

The invention is concerned with latex systems for use in the manufacture of paper and with paper products containing a dried composite of (a) paper-making pulp, (b) a cationic latex and (c) a water-soluble anionic polymer of acrylamide.

### (2) Description of the Prior Art

The use of latex in the manufacture of paper by wet-end addition, or as a beater additive, is well known. Commonly, the latex has been an anionic latex but a water-soluble cationic deposition aid has been used therewith. Because of the slightly anionic nature of pulp, it has been suggested that a low-charge density cationic latex should be used in order to get good deposition on the fibers without the use of a deposition aid.

Combinations of anionic and cationic wet-end additives in which both species are water-soluble are known. However, the combination as wet-end additives of a cationic latex with a water-soluble anionic polymer is not known, particularly latexes having particles with a high density of pH independent bound charge at or near the particle surface.

## SUMMARY OF THE INVENTION

The process and product of this invention includes the combination of a paper-making fiber, a cationic latex with a high density of pH independent bound charges and a co-additive which is a water-soluble anionic acrylamide polymer which is not deactivated by polyvalent metal ions to produce a web or sheet, e.g., a paper sheet, with good formation. The latex contains a co-polymer of a monovinylidene aromatic monomer, an aliphatic conjugated diene and optionally other non-ionic monomers encapsulated by a thin layer of a water-insoluble organic copolymer having bound charges at pH independent cationic groups. The amount of latex add-on, solids basis, is from about 5 percent to about 2,000 percent, preferably from about 10 percent to about 100 percent, based on the dry fiber weight. The co-additive is used in an amount which usually is from about 0.15 percent to about 160 percent, by weight, based on the weight of the pulp.

The latex has a bound charge of from about 0.15 milliequivalent to about 0.6 milliequivalent, preferably from about 0.18 milliequivalent to about 0.4 milliequivalent, per gram of polymer. The co-additive has a degree of polymerization from about 3000, preferably from about 5000, to about 10,000 and an available charge of from about 0.3 milliequivalent to about 8 milliequivalents, preferably from about 0.7 milliequivalent to about 4.5 milliequivalents, per gram of polymer.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The latex binder system to make the product of this invention comprises a cationic latex with particles having a high density of bound charges at or near the particle surface and a co-additive which is a water-soluble, high molecular weight, anionic polymer of an acrylamide having a degree of polymerization from about 3000, preferably from about 5000 to about 10,000 and having an available charge of from about 0.3 milliequivalent to about 8 milliequivalents, preferably from about 0.7 milliequivalent to about 4.5 milliequivalents, per gram

2

wherein the anionic polymer retains its solubility when in the presence of metal ions at a pH in the range of from about 4 to about 7. Other constituents of the paper-making composition are the wet-end in the process include a paper-making pulp (generally cellulosic), water, and optionally pigment and other common additives well known in the paper-making art.

By "bound" as applied to groups or charges is meant that they are not desorbable under the conditions of processing. A convenient test is by dialysis against deionized water.

By the term "pH independent groups" as applied to ionic groups is meant that the groups are predominantly in ionized form over a wide range in pH, e.g., 2–12. Representative of such groups are sulfonium, sulfoxonium, isothiouronium, pyridinium and quaternary ammonium groups.

By the term "non-ionic" applied to the monomers in this specification is meant that the monomers are not ionic per se nor do not become ionic by a simple change in pH. For illustration, while a monomer containing an amine group is non-ionic at high pH, the addition of a water-soluble acid reduces the pH and forms a water-soluble salt; hence, such a monomer is not included. The non-ionic nucleophiles, however, are not similarly restricted, i.e., "non-ionic" as used with nucleophiles applies to such compounds which are non-ionic under conditions of use and tertiary amines, for example, are included.

By "available charge" is meant the amount of charge an ionizable group would provide to a polymer when completely ionized.

Particularly important features of the process for making paper according to the present invention are a high level add-on to the pulp of a cationic latex having a high bound charge together with a water-soluble, anionic co-additive in a synergistic combination. Such a combination especially provides high internal bond strength with accompanying good formation.

The latexes are structured-particle latexes having a non-ionic core of a copolymer of a vinylidene aromatic monomer, an aliphatic, conjugated diene and optionally small amounts of other monomers encapsulated by a thin layer of a water-insoluble organic copolymer having bound charges as pH independent cationic groups.

Latexes prepared by normal emulsion polymerization have high enough molecular weight to be useful. Normally the constituent polymer will have a degree of polymerization of greater than about 1000. The lower limit can be expressed as the start of the plateau region when properties are plotted against molecular weight.

The amount of bound charge in the latex usually is from about 0.15 milliequivalent to about 0.6 milliequivalent, preferably from about 0.18 milliequivalent to about 0.4 milliequivalent, per gram of polymer. Ordinarily, the particle size will range from about 800 Angstroms to about 3,000 Angstroms, more particularly from about 1,200 Angstroms to about 2,000 Angstroms.

The non-ionic copolymer core of the latexes operable in the practice of this invention contains from about 20 percent to about 50 percent of an aliphatic, conjugated diene (preferably 1,3-butadiene), from about 20 percent to about 80 percent of a monovinylidene aromatic compound (preferably styrene), from 0 percent to 5 percent of polar, non-ionic ethylenically unsaturated monomers and from 0 percent to about 25 percent of other ethyl-

CIBA 039133

4,189,345

**3**

cnically unsaturated non-ionic monomers which when in the form of homopolymers are water insoluble.

The monovinylidene aromatic compounds are represented by styrene, substituted styrene (e.g., styrene having halogens, alkoxy, cyano or alkyl substituents), vinyl naphthalene and the like. Specific examples are styrene, α-methylstyrene, ar-methylstyrene, ar-ethylstyrene, α-ar-dimethylstyrene, ar,ar-dimethylstyrene, ar-t-butylstyrene, methoxystyrene, cyanostyrene, acetylstyrene, monochlorostyrene, dichlorostyrene, other halostyrenes and vinylnaphthalene.

In this specification and claims, by the word "monovinylidene" in the term "monovinylidene aromatic" monomer or compound is meant that to an aromatic ring in each molecule of the monomer or compound is attached one radical of the formula.

$$R$$
$$CH_2=C<$$

wherein R is hydrogen or a lower alkyl such as an alkyl having from 1 to 4 carbon atoms.

The aliphatic conjugated dienes operable in the practice of this invention include butadiene and substituted butadiene and other acyclic compounds having at least two sites of ethylenic unsaturation separated from each other by a single carbon-to-carbon bond. Specific examples are isoprene, chloroprene, 2,3-dimethylbutadiene-1,3, methylpentadiene; and especially 1,3-butadiene (often abbreviated butadiene).

The polar, non-ionic, ethylenically unsaturated monomers are represented by the acrylamides such as acrylamide and methacrylamide; the hydroxyl-containing esters of α,β-ethylenically unsaturated, aliphatic monocarboxylic acids such as β-hydroxyethyl acrylate, β-hydroxyethyl methacrylate, β-hydroxypropyl methacrylate, 4-hydroxybutyl acrylate and 5-hydroxypentyl methacrylate.

The other ethylenically unsaturated non-ionic monomers which when in the form of homopolymers are water-insoluble are represented by the lower alkyl acrylate and methacrylate esters such as methyl acrylate, ethyl acrylate, methyl methacrylate, ethyl methacrylate, isopropyl methacrylate; and the unsaturated nitriles such as acrylonitrile and methacrylonitrile.

In one method for the preparation of latexes useable in the practice of this invention, a known starting latex of a non-ionic polymer of a monovinylidene aromatic compound and an aliphatic conjugated diene is encapsulated with a thin layer of copolymer of an ethylenically unsaturated activated-halogen monomer either by adding the activated-halogen monomer or a mixture of such monomers to the reaction mixture of the starting latex before all of the monomers are converted to polymer or by adding the activated-halogen monomer together with one or more hydrophobic monomers to a starting latex containing essentially no residual monomers, and initiating and continuing polymerization of the thus-added monomers to substantially complete conversion. The resulting latex, having a particle size (diameter) of from about 800 Angstroms to about 3,000 Angstroms consists of the starting latex particle now encapsulated with a bound layer having a thickness of from a monomolecular layer of the copolymer to about 100 Angstroms. The latex according to the foregoing description now can then be reacted with a low molecular weight, non-ionic, water-stable, nucleophilic compound which can diffuse through an aqueous phase, to form particles

**4**

of polymer having pH independent cationic groups, i.e., onium ions, chemically attached at or near the particle surface.

Representative specific nucleophilic compounds are pyridine, quinoline, isoquinoline, tetramethyl thiourea, tetraethyl thiourea, hydroxyethylmethyl sulfide, hydroxyethylethyl sulfide, dimethyl sulfide, diethyl sulfide, di-n-propyl sulfide, methyl-n-propyl sulfide, methylbutyl sulfide, dibutyl sulfide, trimethylene sulfide, thiacyclohexane, tetrahydrothiophene, N-methylpiperidine, N-ethylpyrrolidine, N-hydroxyethylpyrrolidine, trimethylphosphine, triethylphosphine, tri-n-butylphosphine, trimethylamine, triethylamine, tri-n-propylamine, tri-isobutylamine, hydroxyethyldimethylamine, butyldimethylamine, tri-hydroxyethylamine, triphenylphosphorus, and N,N,N-dimethylphenethylamine.

In carrying out the reaction between the nucleophilic compound and the particles of latex having activated halogens chemically bound to the surface thereof, the latex is stirred gently while the nucleophilic compound is added thereto, as the compound per se or in the form of a solution. Gentle stirring may continue throughout the ensuing reaction, or optionally after dispersion of the compound in the latex, the stirring may be discontinued. The reaction is conveniently carried out at ambient temperature although temperatures from about 0° C. to about 80° C. can be used. The reaction occurs spontaneously at a rate which depends upon the reactivity of the activated halogen and of the nucleophile. It is preferred to carry out the reaction until a predominant proportion of the colloidal stability of the product is provided by the resulting chemically bound cationic groups. Usually a catalyst is not required although with the less reactive materials, a small amount of iodide ion may be used to facilitate the reaction. When a desired degree of reaction is reached, any excess nucleophile commonly is removed by standard methods, e.g., dialysis, vacuum stripping and steam distillation.

Other pH independent cationic groups can be substituted for cationic groups which are chemically bound to the latex particles according to the foregoing description by carrying out a further reaction with such cationic groups. For example, a cationic structured-particle latex having sulfonium groups chemically bound to the structured-particles at or near the particle surface can be reacted with hydrogen peroxide at a temperature of from about 20° C. to about 80° C., preferably at ambient temperature, for a sufficient time to oxidize part or all of the sulfonium groups to sulfoxonium groups. Such treatment also reduces the odor of the latex. For best results in such oxidation reaction, the hydrogen peroxide is used in excess, e.g., from 2 to 10 moles of hydrogen peroxide for each mole of sulfonium groups.

A more complete description of this and related structured-particle latexes and method of preparation is found in the copending application of Gibbs et al., Ser. No. 569,723 filed Apr. 21, 1975 now U.S. Pat. No. 4,056,501, which is incorporated herein by reference.

The latexes can contain usual additives such as antifoamers, coalescing solvents, pigments, and pH adjusting agents. It is preferred that the latexes are soap-free but quantities up to about 0.1 milliequivalent per gram can be tolerated.

The latex is added in an amount greater than that required to cause charge reversal on the fiber but less than the amount which would exceed the capacity of the fiber to hold a mat together during processing. Such

4,189,345

5

an amount of latex usually is from about 5 percent to about 2000 percent, preferably from about 10 percent to about 100 percent, dry basis calculated on the weight of the fiber.

The co-additive to be used together with the cationic latex in the practice of this invention is a water-soluble, high molecular weight anionic polymer of an acrylamide having a degree of polymerization from about 3000, preferably from about 5,000 to about 10,000 having an available charge of from about 0.3 milliequivalent to about 8 milliequivalents, preferably from about 0.7 milliequivalent to about 4.5 milliequivalents, per gram wherein the anionic acrylamide polymer retains its water-solubility in the presence of polyvalent metal ions at a pH in the range of from about 4 to about 7. The acrylamide polymer has non-ionic hydrophilic groups and also has an anionic charge because of the presence of anions, such as carboxyl groups or sulfate (sulfonate) groups. Various known methods can be used to obtain these anionic acrylamide polymers. For example, polyacrylamide can be hydrolyzed to various levels. Other methods include direct copolymerization of substituted acrylamide monomers such as 2-acrylamido-2-methylpropane sulfonic acid or with other hydrophilic monomers such as the $\alpha,\beta$-ethylenically unsaturated carboxylic acids represented by acrylic acid, methacrylic acid, fumaric acid, maleic acid and itaconic acid.

The acrylamide polymer co-additive has a molecular weight high enough to flocculate the fines but low enough to avoid poor formation. If the degree of polymerization is less than about 3000, flocculation is inadequate and drainage is poor. If the degree of polymerization is over about 10,000, the flocculation is excellent but paper formation is generally unsatisfactory. The optimum charge on the co-additive depends somewhat on the hardness of the water used, i.e., the concentration of multivalent cations such as Ca⁺⁺ in the water. Generally, polymers of low available charge content, such as less than about one milliequivalent of available charge per gram (meq/g) of polymer, work best in hard water. However, in soft water, better results are obtained when the anionic acrylamide polymer has greater than one meq/g of the anionic group.

The minimum amount of co-additive is determined by the amount of latex which is added beyond the charge reversal point of the fiber. It is preferred to use more than the minimum amount. The operable range for the amount of the co-additive is an amount greater than that required to cause essentially complete reversion of the latex on the fiber but less than the amount which would be effective to start redispersion of composition of the aqueous suspension. Such an amount usually is from about 0.1% to about 100%, based on the dry weight of the pulp.

The fiber used in the practice of this invention is a paper-making pulp or blend of pulps, i.e., the common grades such as unbleached sulfate pulp, bleached sulfate pulp, unbleached sulfite pulp, semibleached sulfite pulp, bleached sulfate pulp, and in some instances groundwood.

The process to prepare the product of this invention preferably is carried out as follows: A dilute aqueous suspension of the fiber is formed in the normal manner often at a concentration of from about 0.5 percent to about 6 percent. The latex is added at any convenient concentration, often in the concentration so supplied and the resulting mixture is stirred, usually for at least two minutes depending somewhat on the equipment

6

available. The aqueous suspension usually is then diluted further, often with white water from the process. The co-additive is added as an aqueous solution at a concentration usually less than about 1 percent solids and the mixture is stirred generally for near the minimum time to obtain thorough mixing. While the co-additive is usually and preferably the last component added at the wet-end of the process, it may be added at any time. Optional wet-end additives can be added at a suitable time.

Webs or sheets are prepared from the resulting suspension on a paper machine such as a Fourdrinier machine or a cylinder machine or in a laboratory sheet forming apparatus. With such equipment a web or sheet is formed by flowing the aqueous suspension over a support such as a screen to form a wet web, dewatering the web and completing drying by heating. The sheets or webs are fibrous compositions which are distributed uniformly through the thickness and preferentially oriented in the plane of the sheet or web. The fibers are strongly bonded to a polymer phase comprised of a mixture of thermally deformed particles derived from a structured-particle latex and an anionic polyacrylamide of the kinds described more fully above. The sheets or webs can have any desired thickness but usually the thickness is not greater than about 3 millimeters.

The product of the invention provides good internal bond strength accompanied by good formation of the sheet. The "formation" of a sheet of paper refers to the uniformity of distribution of fibers in the sheet. Poor formation occurs when the fibers flocculate or clump together causing alternating heavy and light spots in the sheet. Besides diminishing the aesthetic appeal of the paper, poor formation tends to decrease in-plane strength properties such as tensile strength. Poor formation causes uneven surfaces which contribute to poor printability.

Tests referred to in the examples were carried out as follows:

Canadian Standard Freeness (CSF)

The values are determined according to TAPPI Standard T 227-M-58 except where variations in the procedure are indicated.

Delamination Resistance

The internal bond strength of the products is measured by the delamination resistance test. In this test, a strip one inch in width of the product to be tested is placed between two strips of adhesive tape having sufficient adhesiveness that failure will occur in the paper when the two pieces of tape are pulled apart. Delamination is started by hand, then continued and measured by an Instron Tensile Tester using a jaw separation rate of 12 inches per minute. The average force resisting delamination over a length of about four inches is determined for each of two samples. The average of the two samples is recorded in ounces per inch of width, abbreviated oz/in. These values are followed in parentheses by conversion to metric units, i.e., grams per 2.54 centimeters, kg/2.54 cm. When a different testing tape is used, the new tape is calibrated according to the initial tape and values are reported in relation to the initial tape.

Formation

A uniform way to measure formation is to compare usually the sheet to be measured with a set of ten standard sheets specifically made with decreasing levels of uniformity of fiber distribution (increasing amount of clumping



4,189,345

7

from 1 to 10 with 1 being the best and 10 the worst. Alternatively, optical instruments, which are available commercially can be used for measuring formation.

In this specification and claims, all references to degree of polymerization (DP) are weight average unless otherwise indicated.

The following examples illustrate ways in which the present invention may be carried out, but should not be construed as limiting the invention. All parts and percentages are by weight unless otherwise expressly indicated.

8

For comparison with the above example of the invention, a sheet was prepared in the same manner except for co-additive (A) there was substituted co-additive (B), a hydrolyzed polyacrylamide having the same available charge but having a degree of polymerization of 25,000, i.e. outside the range required for this invention. A further comparison (1B) was made in the same manner and with the same components except the co-additive was omitted. Data are shown in Table 1 below.

### TABLE I

| Example No. | | Co-Additive | | | | Forma-tion | |
|---|---|---|---|---|---|---|---|
| | Kind | DP | Available Charge meq/g | Amount g/m² | CSF ml | Trans-mission % | Rating | Delamination Resistance (g/2.54 cm) |
| 1 | A | 5500 | 1.94 | 0.6 | 500 | 76 | 2 | 22.7 |
| 2 | A | 5500 | 1.94 | 1.2 | 550 | 57 | 2 | 24.1 |
| *1A | B | 25000 | 1.94 | 0.6 | 673 | 73 | 7 | 25.6 |
| *1B | None | — | — | — | 495 | 25 | 1 | 31.9 |
| *2B | B | 25000 | 1.94 | 1.2 | 723 | 97 | 10 | 32.5 |

*Not an example of the invention
Degree of polymerization
Based on weight of kraft
% dry total solids uncorrected for temperature
CSF Milliliters, lower values are decreased in text

cased.

### EXAMPLES 1 and 2

An aqueous dispersion containing 1393 parts of water having a hardness of 106 ppm (calculated as calcium carbonate) and an alkalinity of 48 ppm (calculated as calcium carbonate) and 7 parts (dry basis) of unbleached Canadian softwood kraft having a Canadian Standard Freeness (CSF) of 400 ml. was stirred at such a rate that the kraft was just turning over gently. To the moving kraft suspension was added 1.4 parts (dry weight basis) of a latex of the kind described below. After stirring at the same rate for an additional two minutes, a dilute aqueous solution (0.2% solids) of the specified co-additive was added in the amount shown in Table 1 and stirring was continued for an additional 30 seconds. The resulting furnish was made into a handsheet (12 inches × 12 inches) on an M/K Systems "Mini-Mill" handsheet machine using water for dilution of the description given above. The handsheet was pressed to a solids content of from 37 to 38% by placing the sheet and couching blotter between two pieces of wool felt and running the resulting sandwich through the press at medium speed using a press pressure of 80 psig. The pressed sheet was removed from the wool felts, and stripped from the couching blotter, then dried in a drier maintained at 230° F. (104° C.). The product was just cockle free, and contained about 93 percent solids.

The latex used in the foregoing experiment was a structured-particle latex having 80 percent of (a) a core polymer of 35 percent of butadiene, 60 percent of styrene and 20 percent of (b) an encapsulating layer of 35 percent of butadiene, 15 percent of styrene and 50 percent of vinylbenzyl chloride which was reacted subsequent to polymerization with 2-(dimethylamino)ethanol to provide a bound quaternary ammonium charge of 0.345 milliequivalents per gram of polymer in the latex.

The co-additive (A) used in the example is a hydrolyzed polyacrylamide having 1.94 milliequivalent of available charge per gram and a degree of polymerization of 5500

The turbidity measurements are made on the effluent from the freeness (CSF) test and are indicative of the "white water" characteristics which are obtained in the paper making process.

The sheets from Examples 1 and 2 were acceptable in all the properties measured. Comparative examples 1A and 2A were deficient in formation and therefore are unacceptable. While comparative example 1B indicated good formation, the transmission was low indicating poor flocculation onto the fibers and additionally the delamination resistance was low.

### EXAMPLES 3-6

Sheets were prepared as described in Examples 1 and 2 except different latexes and a different co-additive in two different amounts were used as shown in Table II. The latexes used (Latex C and Latex D) were structured particle latexes prepared according to the method disclosed and claimed in application Ser. No. 569,723 filed Apr. 21, 1975, now U.S. Pat. No. 4,056,501. The latex particles contained 70% of a core copolymer consisting of 65% of styrene and 35% of butadiene modified with 0.2% of dodecanethiol and the core was encapsulated (capped) with 30% of a copolymer of 50% of vinylbenzylchloride, 35% of butadiene and 15% of styrene which was subsequently reacted with an excess of dimethylsulfide. The latter reaction was stopped for Latex C by vacuum distilling the excess dimethyl sulfide when the bound charge of sulfonium group was 0.195 milliequivalent per gram and for Latex D when the bound charge was 0.388 milliequivalent per gram.

The co-additive was a hydrolyzed polyacrylamide having an available charge of 3.3 milliequivalents per gram as carboxyl groups and having a degree of polymerization of 4100. Data are shown in Table II.

### COMPARATIVE EXAMPLES 3C and 5C

Sheets were prepared as described for Examples 3 and 5 except no co-additive was used. Data are included in Table II.

CIBA 039136



4,189,345

9           10

TABLE II

| Example No. | Latex Bound Charge Kind | Co-Additive Charge meq/g | Amount % | Formation Rating | CSF ml | Transmission % | Delamination Resistance oz/in (g/2.54 cm) |
|---|---|---|---|---|---|---|---|
| 3 | C | 0.195 | 0.3 | 2 | 530 | 76 | 26.4 (7500) |
| *3C | C | 0.195 | none | 1 | 390 | 64 | (654) |
| 4 | C | 0.195 | 0.6 | 2 | 560 | 69 | 26.5 (7531) |
| 5 | D | 0.366 | 0.3 | 2 | 500 | 91 | 23.5 (6644) |
| *5C | D | 0.366 | none | 1 | 420 | 80 | 21.5 (6130) |
| 6 | D | 0.366 | 0.6 | 2 | 500 | 97 | 27.2 (7716) |

Examples 3–6 illustrate the practice of this invention using a different kind of cationic bound charge than in Examples 1 and 2 and also illustrate the use of widely differing amounts of bound charge.

That which is claimed is:

1. A wet-laid fibrous web having good formation comprising a dried composite containing (a) a paper-making grade of fiber having an anionic charge (b) from about 5 percent to about 2000 percent, solids basis calculated on the weight of the fiber, of a structured-particle latex having a non-ionic core of a copolymer of from about 20 percent to about 50 percent of an aliphatic conjugated diene, from about 20 percent to about 80 percent of a monovinylidene aromatic compound, from 0 percent to about 5 percent of polar, non-ionic ethylenically unsaturated monomers and from 0 percent to about 25 percent of other ethylenically unsaturated, anionic monomers which when in the form of homopolymers are water-insoluble, said non-ionic core being encapsulated by a thin layer of a water-insoluble organic copolymer having bound charges of pH independent cationic groups; said latex having from about 0.15 milliequivalent to about 0.6 milliequivalent of bound charge per gram of polymer in the latex and (c) from about 0.15 percent to about 160 percent, based on the weight of the fiber, of a co-additive which is a water-soluble anionic polymer of an acrylamide having a degree of polymerization of from about 3000 to about

10,000 and having an available charge of from about 0.3 milliequivalent to about 8 milliequivalents per gram of co-additive wherein the co-additive retains its water solubility in the presence of polyvalent metal ions at a pH from about 4 to about 7; said latex and said co-additive having been added before laying down of the web; all percentages being by weight.

2. The fibrous web of claim 1 which is a sheet.

3. The fibrous web of claim 1 in which the amount of the structured-particle latex is from about 10 percent to about 100 percent of the amount of the fiber, calculated on a dry weight basis.

4. The fibrous web of claim 3 in which the amount of available charge of the co-additive is from about 0.18 to about 0.4 milliequivalent per gram.

5. The fibrous web of claim 1 in which the degree of polymerization of the co-additive is from about 5000 to about 10,000.

6. The fibrous web of claim 1 in which the fiber is unbleached softwood kraft.

7. A fibrous wet-laid web according to claim 1 in which the pH independent cationic groups are quaternary ammonium or sulfonium.

8. The fibrous wet-laid web of claim 1 in which the latex is prepared by steps comprising emulsion polymerization.

* * * * *

CIBA 039138



# United States Patent [19]

**McReynolds**

[11] **4,225,383**

[45] **Sep. 30, 1980**

[54] **HIGHLY FILLED SHEETS AND METHOD OF PREPARATION THEREOF**

[75] Inventor: Kent B. McReynolds, Midland, Mich.

[73] Assignee: The Dow Chemical Company, Midland, Mich.

[21] Appl. No.: 969,749

[22] Filed: Dec. 14, 1978

**Related U.S. Application Data**

[63] Continuation-in-part of Ser. No. 374,458, Feb. 2, 1978, abandoned.

[51] Int. Cl.$^2$ ............................... D21H 5/18
[52] U.S. Cl. ........................ 162/156; 162/145; 162/146; 162/157 R; 162/168 R; 162/169; 162/183
[58] Field of Search ............ 162/168 R, 169, 181 R, 162/183, 146, 145, 157 R, 156; 260/42.17, 42.55, 42.18, 42.32

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 2,474,801 | 6/1949 | Owen | 92/3 |
| 2,657,991 | 11/1953 | Walsh et al. | 162/169 |
| 3,021,257 | 2/1962 | Stauffenberg | 162/162 |
| 3,193,446 | 7/1965 | Eisenberg | 162/145 |
| 3,723,580 | 12/1965 | Eckert et al. | 162/145 |
| 3,640,922 | 2/1972 | Sheetz | 260/23 EM |
| 3,732,177 | 5/1973 | Tisdale et al. | 260/42.18 |
| 3,937,648 | 2/1976 | Hoebner et al. | 162/169 |
| 4,011,094 | 3/1977 | Burley | 106/93 |
| 4,024,014 | 5/1977 | Akerson | 162/181 R |
| 4,039,492 | 8/1977 | Hamilton | 260/17 R |
| 4,056,501 | 11/1977 | Gibbs et al. | 260/27.6 HN |
| 4,144,121 | 3/1979 | Otoensu et al. | 162/145 |

**FOREIGN PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 2516097 | 11/1975 | Fed. Rep. of Germany . | |
| 7620635 | 7/1976 | France . | |
| 45-8164 | 3/1970 | Japan . | |
| 818652 | 8/1959 | United Kingdom | 162/169 |
| 952037 | 3/1964 | United Kingdom | 162/181 R |

**OTHER PUBLICATIONS**

Calkin, "Modern Pulp and Papermaking", 3rd ed., (1957), pp. 312 & 313.
Kirk-Othmer, "Encyclopedia of Chem. Tech.", vol. 14, 1967, pp. 494–510.

Primary Examiner—S. Leon Bashore
Assistant Examiner—Peter Chin
Attorney, Agent, or Firm—I. A. Murphy

[57] **ABSTRACT**

A sheet which is a composite of (A) from about 1 percent to about 30 percent of a water-dispersible fiber such as wood fiber, (B) from about 2 percent to about 30 percent of a film-forming, water-insoluble, organic polymer such as a copolymer of styrene and butadiene and (C) from about 60 percent to about 95 percent of a finely-divided, substantially water-insoluble, non-fibrous, inorganic filler such as magnesium hydroxide is prepared by steps comprising:
(I) providing an aqueous dispersion of the fiber;
(II) mixing therewith (A) the inorganic filler and (B) the organic polymer in the form of an ionically stabilized latex;
(III) colloidally destabilizing the resulting mixture to form a fibrous agglomerate in aqueous suspension;
(IV) distributing and draining the aqueous dispersion on a porous substrate such as a wire to form a wet web; and
(V) drying the web.

24 Claims, No Drawings

CIBA 039139

4,225,383

**1**

## HIGHLY FILLED SHEETS AND METHOD OF PREPARATION THEREOF

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a continuation-in-part of Application Ser. No. 874,458 filed Feb. 2, 1978 abandoned.

### BACKGROUND OF THE INVENTION

1. Field of the Invention

The invention is concerned with pigmented, non-woven, fibrous sheets, particularly highly filled sheets having a low fiber content.

2. Description of the Prior Art

Paper has been described as a sheet material made up of many small discrete fibers (commonly cellulosic) bonded together. Small amounts of latex have been used in the paper making process. Fillers have also been used to improve certain properties of the paper even though the strength of the sheet is thereby reduced. The amount of fillers heretofore used in paper making processes on common equipment such as the Fourdrinier machine generally has not been greater than 30 or 35 percent of the total dry weight of the sheet, although up to 40 percent has been disclosed as operable. The retention of fillers in the sheet during formation has been recognized as a significant problem.

The use of asbestos in the preparation of other kinds of fibrous sheets has been practiced for many years. Such fibrous sheets have been used advantageously in the preparation of products such as floor coverings and muffler paper. However, evidence has been found that asbestos fibers are injurious to human health. In some countries, the use of asbestos has been banned and in the United States rather severe restrictions on its use are being contemplated. Accordingly, new systems which do not use asbestos are greatly desired. Such new asbestos-free systems can advance the state of the art even though on balance their properties do not exceed those of the asbestos-containing materials. Where the properties or methods of preparation are improved, such systems would be of great benefit.

It would be especially advantageous if a new process for making highly filled papers and especially asbestos-free products could be carried out on existing equipment so that large, new capital investments would not be required.

### SUMMARY OF THE INVENTION

The process and product of this invention includes the combination of a water-dispersible fiber, a film-forming, water-insoluble, organic polymer and an inorganic filler in the form of a water-laid sheet. One method of forming such a sheet is by:

(I) providing an aqueous dispersion of from about 1 percent to about 30 percent, preferably from about 5 to 15 percent, of a water-dispersible fiber;

(II) mixing therewith (A) from about 60 percent to about 95 percent, preferably from about 75 to 90 percent, of a substantially water-insoluble, non-fibrous, inorganic filler, and (B) from about 2 percent to about 30 percent, preferably from about 5 to 15 percent, of a film-forming, water-insoluble, organic polymer in the form of an ionically stabilized latex, i.e., an aqueous colloidal dispersion of a substantially water-insoluble, organic polymer, having not greater than about 0.7 milliequivalent,

**2**

preferably from about 0.03 to about 0.4 milliequivalent, of bound charge per gram of polymer in the latex;

(III) colloidally destabilizing the resulting mixture to form a fibrous agglomerate in aqueous suspension;

(IV) distributing and draining the aqueous suspension on a porous substrate such as a wire to form a wet web; and

(V) drying the web.

Significant features of the process and product are a low proportion of fiber and a high proportion of inorganic filler as well as good runnability of the process on common paper-making equipment and the good properties of the product. The preferred highly filled, water-laid, fibrous, asbestos-free sheets are suitable as a replacement or substitute for asbestos sheets in many of their applications but are not restricted to such uses. Representative uses of the sheets are as muffler paper, underlayment felt for vinyl floor covering, gasket papers, roofing paper, sound-deadening paper, pipe wrap, insulation paper, heat deflection papers, cooling tower packing, electrically resistant paper and board products.

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

The product and process of this invention requires a water-dispersible fiber, a film-forming, water-insoluble, organic polymer and a finely-divided, substantially water-insoluble, non-fibrous, inorganic filler. In the preferred process, a flocculating agent also is required.

The fiber is any water-insoluble, natural or synthetic water-dispersible fiber or blend of such fibers. Usually water-dispersibility is provided by a small amount of ionic or hydrophilic groups or charges which are of insufficient magnitude to provide water-solubility. Either long or short fibers, or mixtures thereof, are useful, but short fibers are preferred. Many of the fibers from natural materials are anionic, e.g., wood pulp. Some of the synthetic fibers are treated to make them slightly ionic, i.e., anionic or cationic. Glass fibers, chopped glass, blown glass, reclaimed waste papers, cellulose from cotton and linen rags, mineral wool, synthetic wood pulp such as is made from polyethylene, asbestos, ceramic fiber, nylon fiber, polyester fiber, and similar materials are useful. Particularly useful fibers are the cellulosic and lignocellulosic fibers commonly known as wood pulp of the various kinds from hardwood and softwood such as stone ground wood, steam-heated mechanical pulp, chemimechanical pulp, semichemical pulp and chemical pulp. Specific examples are unbleached sulfite pulp, bleached sulfite pulp, unbleached sulfate pulp and bleached sulfate pulp.

The film-forming, water-insoluble, organic polymer useful in the practice of this invention is natural or synthetic and may be a homopolymer, a copolymer of two or more ethylenically unsaturated monomers or a mixture of such polymers. Particularly for ease of processing to make the product and for limiting the loss of pollutants to the surroundings, it is generally advantageous that the polymer is in the form of a latex, i.e., an aqueous colloidal dispersion. Representative organic polymers are natural rubber, the synthetic rubbers such as styrene/butadiene rubbers, isoprene rubbers, butyl rubbers and nitrile rubbers and other rubbery or resinous polymers of ethylenically unsaturated monomers which are film-forming, preferably at room temperature or below, although in a particular instance a polymer

4,225,383

**3**

may be used which is film-forming at the temperature used in preparing that sheet. Non-film-forming polymers may be used in blends provided that the resulting blend is film-forming. Polymers which are made film-forming by the use of plasticizers also may be used. Polymers which are readily available in latex form are preferred—especially hydrophobic polymers which are prepared by emulsion polymerization of one or more ethylenically unsaturated monomers. Representative of such latexes are those described in U.S. Pat. No. 3,640,922, David P. Sheetz, from column 1, line 61, to column 2, line 34. That passage (particularly column 2, lines 2–9) indicates a preference for latexes of polymers and copolymers not having a substantial proportion of hydrophilic groups. For use in the present invention, the latexes preferably have some ionic hydrophilic groups but must be devoid of sufficient non-ionic colloidal stabilization which would interfere with formation of the fibrous agglomerate. Such non-ionic, colloidal stabilization could be provided by non-ionic emulsifiers or by the presence of copolymerized monomers having the kinds of hydrophilic groups as are found in non-ionic emulsifiers, for example, hydroxyl and amide groups. Thus, if monomers having such hydrophilic groups are polymerized constituents of the latex polymers, such monomers will be present in small proportions such as less than about 10 percent, usually less than about 5 percent of the polymer weight for best results. Also, while very small amounts of non-ionic emulsifiers can be tolerated in some compositions, their use ordinarily is not advantageous and they should not be used in amounts sufficient to interfere with the destabilization step of the process.

Latex compositions for use in this invention are selected from latexes in which a polymer of the foregoing description is maintained in aqueous dispersion by ionic stabilization. Such ionic stabilization is obtained, for example, by use of an ionic surfactant or small amounts of a monomer containing an ionic group during emulsion polymerization to prepare the latex. The small amount of ionic groups which are bound to the polymer generally will provide less than about 0.7 milliequivalent of charge per gram of polymer in the latex. Ordinarily it is preferred that the latex component for this invention have a charge bound to the polymer of from 0.03 about 0.03 to about 0.4, especially from about 0.09 to about 0.18, milliequivalent per gram of polymer in the latex, particularly when the charge is provided by carboxylic salt groups. The term "bound to the polymer" with respect to ionic groups or charges refers to ionic groups or charges which are not desorbable from the polymer. Materials containing such ionic groups or charges may be obtained as noted above by copolymerization of a monomer containing ionic groups or by other ways such as grafting, by attachment (through covalent bonds) of catalyst fragments to the polymer, especially sulfate groups from persulfate catalysts, or by the conversion to ionic groups of non-ionic groups already attached to the polymer by covalent bonds.

The ionic groups advantageously are the carbonyl salt groups, especially the alkali metal and ammonium carboxylate groups, or quaternary ammonium salt groups, but other anionic and cationic groups are useful, for example, sulfate, sulfonate and amino groups. Carboxyl salt groups are especially advantageous.

For latex compositions having little or no detectable amount of ionic groups bound to the polymer, the ionic stabilization is provided by adsorbed ionic surfactants.

**4**

Small amounts of ionic surfactant can be used with latexes having bound ionic groups but increasing amounts of surfactants above the amounts required for adequate stabilization tend to make proper selection of other components of the system more critical and complicate the formulation.

Anionic and cationic surfactants are well known in the art and suitable materials of those classes can be selected, for example, from among those listed in the annual issues of "McCutcheon's Detergents and Emulsifiers" such as the 1973 issue, published by McCutcheon's Division, Allured Publishing Corporation, Ridgewood, N.J. Examples of non-ionic surfactants are also provided in the above-noted reference.

The especially preferred latexes (i.e., latexes having from about 0.09 to about 0.18 milliequivalent of bound charge per gram of polymer) generally work best in the process and provide overall the best composite sheet. When these especially preferred latexes are used in the process, the procedure for the colloidal destabilizing step as well as the selection of the amount and kinds of the other ingredients within the limits described herein are less demanding. With such latexes, observation of the behavior during the process provides guidance for selections of the various other components for use when it is desired to use latexes within the preferred and operable limits but outside the especially preferred limits. For illustration, in carrying out the colloidal destabilizing step by the method using a flocculant opposite in charge to the latex, the appearance and nature of the resulting flocculated material when using the especially preferred latexes will guide the skilled in the art in the critical selection of the other components when a latex outside the especially preferred but within the operable limits is used—especially with the higher bound charge latex.

There are instances where for particular purposes, however, it is preferred to use latexes having a bound charge above 0.18 and even above 0.4 milliequivalent of charge per gram polymer in the latex, e.g., where the bound charge is cationic, where rebrokability of the composition is desired, or where the bound ionic groups in addition to their stabilization role are desired in larger amounts to perform other advantageous interactions with other components of the composition.

The charge/mass ratio, expressed herein as milliequivalents of charge per gram of polymer in the latex, does not necessarily (and generally does not) correspond, for example, to the proportion of milliequivalents of monomer containing an ionic group which is copolymerized with the non-ionic, hydrophobic monomers by emulsion polymerization to form the latex. These differences arise (1) because some of the ionic monomer is polymerized inside a latex particle and thus is not effective in stabilizing the dispersion of polymer particles and is not measured, (2) the ionic monomer may homopolymerize or copolymerize to form varying amounts of water-soluble polymers, or (3) in some instances the ionic monomer does not polymerize as completely as the other monomers. In general, as the proportion of the ionic monomer in relation to the total monomer increases, the proportion of the ionic groups of the ionic monomers which are on the surface of the particle decreases and the amount buried within the latex particles or which forms ionic water-soluble polymers increases. Since too large an excess of water-soluble polymers, either anionic or non-ionic, can cause

CIBA 039141

4,225,383

5

problems in the present process, it is generally desirable where bound charges at the higher levels are employed (a) to use latexes for which special precautions are taken in their preparation to minimize water-soluble polymer formation or (b) to add materials to the formulation which will insolubilize the water-soluble polymers or (c) to remove some or all of such water-soluble polymers.

Latexes of any conveniently obtainable particle size are useful in the practice of this invention but average particle diameters of from about 1000 to about 2600 angstroms are preferred—especially from about 1200 to about 1800 angstroms. Since the latex is diluted during the process, the solids content of a latex as supplied is not critical.

In the preparation of many of the latexes of different compositions useful in the invention, it is advantageous to use a chain transfer agent of known kinds such as, but not restricted to, the various long chain mercaptans, bromoform, and carbon tetrachloride.

The fillers which are used in the practice of this invention are finely-divided, essentially water-insoluble, inorganic materials. Such materials include, for example, titanium dioxide, amorphous silica, zinc oxide, barium sulfate, calcium carbonate, calcium sulfate, aluminum silicate, clay, magnesium silicate, diatomaceous earth, aluminum trihydrate, magnesium carbonate, partially calcined dolomitic limestone, magnesium hydroxide and mixtures of two or more of such materials. Magnesium hydroxide runs, particularly well on common, available paper-making equipment to form a product having good properties, contributes to flame resistance and to resistance to microbiological attack and is preferred. However, calcium carbonate is sometimes preferred, especially in uses where the economic factors are particularly important, because it is readily available, provides good structure, runs well in the process and the cheaper grades, such as ground limestone, can be used. The particle size of the fillers is such that the preponderant proportion is below 50 microns in diameter. The average diameter is generally above about 0.1 micron and preferably is from about 0.1 to about 20 microns. For preferred embodiments the fillers should be free of asbestos contaminants.

In many embodiments of the process of this invention, a flocculating agent or destabilizing agent (sometimes also called a deposition aid) is highly advantageous. Such flocculating agents are water-dispersible, preferably water-soluble, ionic compounds or polymers, i.e., compounds or polymers having a positive or a negative charge. For the process, ordinarily a flocculating agent is chosen which has a charge opposite in sign to the ionic stabilization of the latex. If the latex has a negative charge, the flocculating agent will have a cationic charge and vice versa. However, when combinations of two or more flocculating agents are used, not all of them are necessarily opposite in charge to the initial charge of the latex.

Representative flocculants are cationic starch; water-soluble, inorganic salts such as alum, aluminum sulfate, calcium chloride and magnesium chloride; an ionic latex having a charge opposite in sign (+ or −) to that of the binder latex, e.g., a cationic latex or an anionic latex; water-soluble, ionic, synthetic, organic polymers such as polyethylenimine and various ionic polyacrylamides such as carboxyl-containing polyacrylamides; copolymers of acrylamide with dimethylaminoethyl methacrylate or diallyldimethyl ammonium chloride;

6

polyacrylamides modified other than by copolymerization to have ionic groups; and combinations of two or more of the above, added simultaneously or in sequence. Quaternized polyacrylamide derivatives are especially advantageous when the latex which is used is anionic. Polymeric flocculants are preferred because they are more efficient, tend to produce less water-sensitive products and provide better shear stability of the furnish.

The preferred process for making the products of this invention is particularly adaptable to be carried out on handsheet-forming apparatus or common, continuous paper-making equipment such as a Fourdrinier machine, a cylinder machine, suction machines such as a Rotaformer, or on millboard equipment. Suitable also for use in the practice of this invention are other well-known modifications of such equipment, for example, a Fourdrinier machine with secondary headboxes or multicylinder machines in which, if desired, different furnishes can be used in the different cylinders to vary the composition and the properties of one or more of the several plies which can comprise a finished board. For further details, reference is made to the general summary of paper and paper making as found in Kirk-Othmer, Encyclopedia of Chemical Technology, Interscience Publishers, Inc., NY 14 (1967) pages 494-510, with the sheet forming aspect and appropriate equipment therefor being described on pages 505-508.

The preferred process requires the following steps:
(I) providing an aqueous dispersion of from about 1 percent to about 30 percent, preferably from about 5 percent to about 15 percent, of a water-dispersible, but water-insoluble fiber;
(II) mixing therewith (A) from about 60 percent to about 95 percent, preferably from about 70 percent to about 90 percent, of a finely-divided, substantially water-insoluble, non-fibrous, inorganic filler and (B) from about 2 percent to about 30 percent, preferably from about 5 percent to about 15 percent, of a binder containing a film-forming, water-insoluble, organic polymer in the form of an ionically stabilized latex;
(III) colloidally destabilizing the resulting mixture to form a fibrous agglomerate in aqueous suspension;
(IV) distributing and draining the aqueous suspension on a porous substrate such as a wire to form a wet web; and
(V) drying the web.

The foregoing percentages are on a weight basis calculated on the total dry weight.

In the practice of this invention, the fibrous material is subjected to mechanical action in the presence of water in a manner variously described in the paper-making art as pulping, beating, or refining. Cellulosic fibers for this invention ordinarily are refined to a Canadian Standard Freeness (CSF) at 0.3 percent consistency of from about 300 milliliters to about 700 milliliters, preferably from about 400 milliliters to about 600 milliliters. Synthetic fibers are similarly mechanically treated but unless specially treated do not fibrillate to give the same degree of dispersion as is obtained with cellulosic pulps so that the Canadian Standard Freeness test is not particularly adapted to such materials. The synthetic fibers generally have a fiber length up to about $\frac{1}{2}$ inch, preferably from about $\frac{1}{8}$ inch to about $\frac{1}{4}$ inch.

The consistency (percentage by weight of dry fibrous material) of the stock thus obtained ordinarily is from

CIBA 039142

4,225,383

7

about 0.1 percent to about 6 percent, preferably from about 0.5 percent to about 3 percent.

In the mixing of the fiber with other components of the sheet, additional water is included to reduce the consistency of the resulting furnish to a value ordinarily within the range of from about 0.1 percent to about 6 percent, preferably from about 1 percent to about 5 percent. Part of the water of dilution advantageously is white water, or process water, recycled from later steps in the sheet-making process. Alternatively or additionally, some of the process water can be used in the step of refining the fiber. Ordinarily the filler, the dilution water and the latex, generally prediluted to a lower solids content than at which it was manufactured, are added (usually but not necessarily in that order) to the fiber dispersion with agitation. At least some of the required colloidal destabilization can occur simultaneously with the mixing of the fiber, filler and latex either through interaction of the required components or through the concurrent addition of other optional wet-end additives such as those mentioned below. The mechanical shear caused by mixing and by transfer of the materials through the equipment used can cause, or assist in, the destabilization. However, the combination of the mixing and the destabilization steps produce a fibrous agglomerate in aqueous suspension, which at a concentration of 100 grams of solids in 13,500 milliliters of the aqueous suspension, should drain in a time of from about 4 seconds to about 120 seconds, especially from about 15 seconds to about 60 seconds and preferably from about 30 seconds to about 45 seconds in a 10-inch by 12-inch Williams Standard Sheet Mould, having a 2-inch outlet and a 30-inch water leg and fitted with a standard 100-mesh, stainless steel screen (wire size, 0.0045 inch) to provide in one pass at least 85 percent retention of solids which contain at least 60 percent by weight of filler. Additionally, in the preferred embodiments, the drainage water is substantially clear. An effective and preferred method of carrying out (or completing the carrying out) of the destabilization is the mixing with the other components a flocculating agent, i.e., a water-dispersible or water-soluble, ionic compound having a charge opposite in sign (+ or −) to that of the ionic stabilization in a sufficient amount, such as an amount generally being less than about 1 percent, based on the total dry weight of the components. When used, a flocculant is added so that the destabilization can take place before the distributing and draining step. With continuous sheet-making apparatus such as the Fourdrinier paper machine, the flocculant is added at the stock chest or at such a point in the stock transfer portion of the apparatus that there is sufficient time for the desired action to take place yet not so much that the resulting flocculated stock is subjected to undue shear. After distributing and draining the resulting aqueous dispersion, the wet web obtained thereby optionally is wet-pressed and then dried with equipment conventionally used in paper-making.

The temperature of the process through the step of forming the wet web usually is in the range of from about 40° F. (4.4° C.) to about 130° F. (54° C.) although temperatures outside those ranges can be used provided that they are above the freezing point of the aqueous dispersion and are below the temperature at which the latex polymer being used would soften unduly. Sometimes temperatures above ambient conditions promote faster drainage.

8

Also useful in the practice of this invention are small amounts of various other wet end additives of the types commonly used in paper-making. Such materials include antioxidants, various hydrocarbon and natural waxes, particularly in the form of anionic or cationic emulsions; cellulose derivatives such as carboxymethyl cellulose and hydroxyethyl cellulose; water-soluble organic dyestuffs, water-insoluble but water-dispersible coloring pigments such as carbon black, vat colors and sulfur colors; starch, natural gums such as guar gum and locust bean gum, particularly their anionic and cationic derivatives; non-ionic acrylamide polymers; strength improving resins such as melamine-formaldehyde resins, urea-formaldehyde resins and curing agents of various types such as the sulfur-containing vulcanizing agents and accessory compounds. Further quantities and/or kinds of anionic or cationic surfactants may also be added in small amounts at various points in the process if desired. Non-ionic surfactants should be used sparingly, if at all.

Optionally, either internal or external sizing can be employed together with the required features of this invention.

The densities of the products obtained from the above-described process cover a wide range, such as from about 30 pounds per cubic foot to about 150 pounds per cubic foot. Since the filler constitutes such a high proportion of the weight of the products, the identity of the filler selected for a particular product has considerable effect on the density and other properties of the product.

The thickness of the sheet which is produced can vary from about 3 mils to about 125 mils, the preferred value depending somewhat upon the proposed use. However, the thickness generally is from about 15 mils to about 65 mils.

The method of this invention results in production of water-laid, self-supporting sheets at high filler loading with a high proportion of the filler which is added being retained in the sheets. As commonly used in the art, the term "water-laid sheet" refers to a sheet which is deposited from a dilute aqueous suspension, usually having a solids content of four percent or less. While the filler constitutes the major proportion of the sheet, the latex and fiber are also retained in the sheet in high proportions. Retention in the sheet of all of the solids used in the process generally is greater than 85 percent by weight and in the preferred embodiments is greater than 95 percent.

The process and product of this invention has many advantages. In comparison with paper sheets of the prior art, there is less moisture in the sheet when it comes off the wet end of the machine. Hence, with the same basis weight of the sheet, less energy is required to dry the sheet and the machine can be run faster or a thicker sheet can be dried. The new process can be carried out using presently designed and available equipment of the kind commonly owned by paper manufacturers. Readily available raw materials are used. A large proportion of the raw materials is inexpensive filler and the total cost is low. The density can be altered simply by the choice of filler. The preferred embodiments also are asbestos-free.

The following examples illustrate ways in which the present invention may be carried out, but should not be construed as limiting the invention. All parts and percentages are by weight unless otherwise expressly indi-

CIBA 039143

4,225,383

**9**

cated. Components identified by letter designations, e.g., Latex A, are described in Tables A, B, C and D.

### TABLE A

Fillers

| Identification | Description |
|---|---|
| A | Magnesium hydroxide; particle size, 5–10 microns, as an aqueous slurry at 58 percent solids. |
| B | Calcium carbonate; No. 5 whiting; average particle size, 15 microns. |
| C | Zinc oxide; particle size less than 1 percent retained on Tyler 325-mesh screen. |
| D | Titanium dioxide; particle size, less than 0.2 percent retained on Tyler 325-mesh screen. |
| E | Blend of 50 percent of Filler A and 50 percent of Filler N. |
| F | Blend of 80 percent of Filler A and 20 percent of Filler B. |
| G | Blend of 60 percent of Filler A and 40 percent of Filler B. |
| H | Barium sulfate; average particle size, 2.5 microns. |
| J | Talc, average particle size, 2.7 microns. |
| K | H. T. Clay, average particle size; 0.8 microns. |
| L | Alumina trihydrate; particle size, 75 percent through 325-mesh Tyler screen. |
| M | Magnesium carbonate; particle size; 90 percent through 200-mesh Tyler screen. |
| N | Expanded perlite; particle size, 1–16 percent retained on 325-mesh Tyler screen. |
| O | Magnesium hydroxide; particle size, 5–10 microns, as a powder. |
| P | Water-washed, paper filler grade clay, average particle diameter; 3 microns. |
| Q | Talc, average particle size 9 microns. |

### TABLE B

Latexes

| Identification | Description |
|---|---|
| A | A blend of 65 parts (solids basis) of a latex of a copolymer of 56 percent of styrene and 44 percent of butadiene prepared with 1 percent of bromoform chain transfer agent and containing 0.5 percent of the disodium salt of dodecyldiphenyl ether disulfonic acid and 4 percent of a modified rosin soap, the percentages being based on the copolymer weight, with 35 parts of Latex G and an additional 0.2 percent, based on the total polymer weight in the blend of tridecyl sodium sulfate, the blend having a bound charge of between 0.02 and 0.06 milliequivalent per gram of polymer. |
| B | A blend of 75 parts (solids basis) of a latex of a copolymer of 50 percent of styrene and 50 percent of butadiene prepared with 1 percent of bromoform chain transfer agent and containing 0.5 percent of the disodium salt of dodecyldiphenyl ether disulfonic acid and 4 percent of a modified rosin soap, the percentages being based on the copolymer weight, with 25 parts (solids basis) of Latex G, the blend having a bound charge of between 0.02 and 0.06 milliequivalent per gram of |

**10**

### TABLE B-continued

Latexes

| Identification | Description |
|---|---|
|  | copolymer. |
| C | A latex of a copolymer of 41 percent of styrene, 55 percent of butadiene, 3 percent of itaconic acid and 1 percent of acrylic acid prepared with 1.75 percent of bromoform chain transfer agent and containing 0.5 percent of the disodium salt of dodecyldiphenyl ether disulfonic acid, the percentages being based on the weight of polymer in the latex. The bound charge is 0.144 milliequivalent of weak acid (carboxyl) and 0.058 milliequivalent of strong acid (sulfate) per gram of copolymer. |
| D | A blend of 80 parts of Latex C with 20 parts of Latex G having a bound charge of between 0.15 and 0.2 milliequivalent per gram of polymer. |
| E | A blend of 80 parts of Latex C and 20 parts of a latex of a copolymer of 80 percent of styrene and 20 percent of butadiene containing 0.1 percent of the disodium salt of dodecyldiphenyl ether disulfonic acid, the blend having a bound charge of between 0.15 and 0.2 milliequivalent per gram of copolymer. |
| F | A blend like Latex A except that the amount of Latex G in the blend is 30 percent rather than 35 percent, the blend having a bound charge of between 0.02 and 0.06 milliequivalent per gram of polymer. |
| G | A latex of a copolymer of 81 percent of styrene, 17 percent of butadiene and 2 percent of acrylic acid prepared with 2 percent of carbon tetrachloride chain transfer agent and containing 0.2 percent of tridecyl sodium sulfate, the percentages being based on the weight of copolymer in the latex. The bound charge of the latex is 0.065 milliequivalent per gram of copolymer. |
| H | A blend of 70 parts (solids basis) of a latex of a copolymer of 50 percent of styrene and 50 percent of butadiene prepared with 1 percent of bromoform chain transfer agent and containing 0.5 percent of the disodium salt of dodecyldiphenyl ether disulfonic acid and 4 percent of a modified rosin soap, the percentages being based on the copolymer weight, with 30 parts (solids basis) of Latex C, the blend having a bound charge of between 0.07 and 0.1 milliequivalent per gram of copolymer. |
| J | A polychloroprene latex stabilized with a weak acid soap having essentially no measurable bound charge. |
| K | A latex of a copolymer of 93.5 percent ethyl acrylate, 2 percent of acrylamide and 2.5 percent of N-methylolacrylamide containing 0.5 percent of sodium lauryl sulfate, having an average particle diameter of 900 angstroms, all percentages being based on the copolymer weight and having a bound charge less than 0.03 milliequivalent per gram of copolymer. |
| L | A latex of a copolymer of 65 percent |

4,225,383

**11**

**12**

### TABLE B-continued

| Identification | Description |
|---|---|
| | of styrene and 33 percent of buta-diene prepared with 0.2 percent of dodecanethiol chain transfer agent, stabilized by 4 percent dodecyl-benzyltrimethylammonium chloride surfactant, having an average particle diameter of 750 angstroms, all percentages being by weight based on the copolymer weight and having a bound charge less than 0.02 milliequivalent per gram of copolymer. |
| M | A latex of a copolymer of 90 percent of vinylidene chloride, 5 percent of butyl acrylate and 5 percent of acrylonitrile which is obtained by the concurrent polymerization of the monomers with 1.4 percent of sulfoethyl methacrylate, having an average particle diameter of 1200 angstroms, all percentages being based on the copolymer weight and having a bound charge of between 0.03 and 0.06 milliequivalent per gram of copolymer. |
| N | A blend of 70 parts (solids basis) of a latex of a copolymer of 49 per-cent of styrene, 50 percent of buta-diene and 1 percent of itaconic acid prepared in the presence of 6 percent of carbon tetrachloride and containing 0.75 percent of the disodium salt of dodecyldiphenyl ether disulfonic acid with 30 parts (solids basis) of Latex G. The blend has a bound charge of 0.116 milliequivalent of weak acid (carboxyl) and 0.011 milli-equivalent of strong acid (sulfate) per gram of polymer in the blend, all percentages being based on the respective copolymer weight. |
| O | A latex of a copolymer of 48 percent of styrene, 50 percent of butyl acrylate and 2 percent of acrylic acid containing 0.5 percent of the disodium salt of dodecyldiphenyl ether disulfonic acid, the percen-tages being based on the copolymer weight. The latex has a bound charge of 0.071 milliequivalent of acid (carboxyl) per gram of copoly-mer. |
| P | A latex like "O" except the copoly-mer composition is 46 percent of styrene, 50 percent of butyl acrylate, and 4 percent of acrylic acid and the bound charge is 0.092 milliequivalent (carboxyl) per gram of copolymer. |
| Q | A latex of a copolymer of 49 per-cent of vinylidene chloride, 49 percent of butyl acrylate, 24.7 percent of acrylonitrile and 1.4 percent of 2-sulfoethyl methacrylate. The bound charge is 0.039 milli-equivalent per gram of copolymer. |
| R | A latex prepared by the emulsion copolymerization of 35 percent of styrene, 55 percent of butadiene and 10 percent of acrylic acid in the presence of 8 percent of carbon tetrachloride chain transfer agent, 0.75 percent of ammonium persulfate catalyst and 0.5 part of the disodium salt of dodecyldiphenyl ether disul-fonic acid, all percentages being based on the total monomer weight. The bound charge is 0.265 milli-equivalent of weak acid (carboxyl) |

### TABLE B-continued

| Identification | Description |
|---|---|
| | and 0.091 milliequivalent of strong acid (sulfate) per gram of copolymer. The pH of the latex is 3.4. |

### TABLE C
#### Fibers

| Identification | Description |
|---|---|
| A | Bleached softwood kraft. |
| B | Bleached hardwood kraft. |
| C | Blend of 50 percent of Fiber A and 50 percent of Fiber B. |
| D | Unbleached southern pine kraft. |
| E | Unbleached northern softwood kraft. |
| F | Unbleached sulfite softwood. |
| G | SWP-fibrillated polyethylene; E-400 fiber length, 0.9 mm. |
| H | SWP-fibrillated polyethylene; R-830, fiber length, 2.0 mm. |
| I | SWP-fibrillated polyethylene; R-990, fiber length, 2.5 mm. |
| J | Blend of 50 percent of Fiber I and 50 percent of Fiber D. |
| K | Blend of 25 percent of Fiber I and 75 percent of Fiber D. |
| L | Blend of 50 percent of Fiber G and 50 percent of Fiber D. |
| M | Polyester (polyethylene tereph-thalate); denier per filament, 6.0; fiber length, 0.135 in. |
| N | Nylon 66; denier per filament, 3.0; fiber length, 0.15 in. |
| O | Rayon; denier per filament, 5.5; fiber length, 0.135 in. |
| P | Mineral wool. |
| Q | Blend of 50 percent of Fiber D and 50 percent of Fiber P. |
| R | Blend of 75 percent of Fiber E, 12.5 percent of polyethylene tereph-thalate fiber, 3 denier per filament, ⅜ inch length and 12.5 percent of starch-sized glass fibers, ⅜ inch length and 6 micron diameter. |

### TABLE D
#### Flocculants

| Identification | Description |
|---|---|
| A | A copolymer of acrylamide and dimethyl-aminoethyl methacrylate, quaternized with dimethylsulfate (Betz 1260) having an Ostwald viscosity of 17 centipoises as a 0.5 percent aqueous solution containing 3 percent of sodium chloride at 25° C. |
| B | A Mannich reaction product of poly-acrylamide, formaldehyde and dimethyl-amine which is quaternized with methyl chloride, the resulting quaternized product being of the kind described in U.S. Pat. No. 4,010,131, Phillips et al., March 1, 1977, the reaction product having an Ostwald viscosity of 30 centipoises as a 0.5 percent aqueous solution containing 3 percent sodium chloride at 25° C. |
| C | Alum. |
| D | A high molecular weight polyacrylamide about 3 percent hydrolyzed and having a viscosity of 23 centipoises when measured at 25° C. as a 0.5 percent aqueous solution. |
| E | A terpolymer of acrylamide, dimethyl-diallylammonium chloride, and diethyl-diallylammonium chloride having an |

4,225,383

**13**

### TABLE D-continued

| | Flocculants |
|---|---|
| Identification | Description |
| | Ostwald viscosity of 3.7 centipoise as a 0.5 percent aqueous solution containing 3 percent sodium chloride at 25° C. |

In the examples where handsheets are made, a specially-developed standard procedure is used with such modifications as are shown in specific examples. In the standard procedure, the indicated fiber (if cellulosic) is pulped to a Canadian Standard Freeness (CSF) of 500 milliliters and a consistency of about 1.2 percent by weight. The synthetic fibers are dispersed in water with a TAPPI disintegrator (600 counts) but a Canadian Standard Freeness measurement is not made. With a sufficient quantity of the resulting aqueous dispersion to provide 5 grams of the fiber, dry basis, is mixed an additional precalculated amount of water to give a final volume of 2000 milliliters. Stirring is continued while 80 grams of the indicated filler is added as a powder except where shown as an aqueous slurry, followed by 15 grams, solids basis, of the indicated filler. The resulting mixture is mechanically sheared for 15 seconds in a Jabsco centrifugal pump followed by agitation with a laboratory stirrer having two 3-bladed propellers on one shaft operated at 900 rpm while a 0.1 percent solution of the indicated flocculant is added slowly until the water phase is essentially clear. A sufficient amount (about 62 ml) of the resulting furnish to provide 3 grams of solids is diluted to 1000 milliliters with water and the Canadian Standard Freeness is measured according to TAPPI Standard T 227-M-58. The freeness sample is returned to the furnish which is then diluted to 13,500 milliliters and a sheet is formed in a 10-inch by 12-inch Williams Standard Sheet Mould and the drainage time on a 100-mesh screen is recorded. The resulting wet sheet is couched from the wire in a press at approximately 10 pounds per square inch using two blotters to absorb water from the sheet. The sheets are stacked alternately with blotters and wet pressed at 500 pounds per square inch. The partially dried sheets are then weighed and dried on a sheet dryer at a platen temperature of 240° to 250° F. (116° to 121° C.), alternating sides of the sheet against the platen at 0.5 to 1-minute intervals. The resulting dried sheets are weighed to determine the total solids which are retained in the sheet. Since sufficient materials are used to make a 100-gram sheet on complete retention, the dry weight also represents the percent retention.

### EXAMPLES 1-14

Handsheets are prepared from the designated latex, unbleached southern pine kraft and the designated fillers using Flocculant A by the standard procedure described above except as indicated. The data for the preparation of the sheets are shown in Table I. The properties of the sheets are shown in Table II.

#### TABLE I

SHEET PREPARATION
DIFFERENT FILLERS

| Example No. | Latex | Filler Kind | Flocculant Amount ml(a) | Furnish CSF ml | Drain Time sec |
|---|---|---|---|---|---|
| 1 | A | A | 40 | 610 | 79 |
| 2 | B | E | 345 | 600 | 30 |

**14**

### TABLE I-continued

SHEET PREPARATION
DIFFERENT FILLERS

| Example No. | Latex | Filler Kind | Flocculant Amount ml(a) | Furnish CSF ml | Drain Time sec |
|---|---|---|---|---|---|
| 3 | A | A | 80 | 710 | 42 |
| 4 | A | C | 130 | 800 | 23 |
| 5 | A | D | 60 | 600 | 100 |
| 6 | B | F | 125 | 780 | 30 |
| 7 | B | G | 220 | 800 | 18 |
| 8 | B | B | 370 | 840 | 15 |
| 9 | F | 1 (b) | 190 | 850 | 60 |
| 10 | B | H | 160 | 785 | 9 |
| 11 | B | J | 180 | 730 | 7 |
| 12 | B | K | 360 | 790 | 7 |
| 13 | B | L | 360 | 850 | 13 |
| 14 | H | M | 240 | 700 | 20 |

(a)0.1 aqueous solution.
(b)15 parts of filler, 10 parts of fiber.

### TABLE II

SHEET PROPERTIES
DIFFERENT FILLERS

| Ex. No. | Wt. Dry g. | Thickness mils | Density Lb/Ft³ | R.T. psi | Tensile(s) Hot(b) psi | Taber Stiffness(s) Reg | DOP | H2O |
|---|---|---|---|---|---|---|---|---|
| 1 | 93.5 | 56 | — | 740 | 240 | 390 | 30 | |
| 2 | 93.9 | 73 | 47 | 400(d) | 100(d) | 36(d) | 56(t) | 1(d) |
| 3 | 88.1 | 52 | — | 550 | 150(d) | 360 | 23 | |
| 4 | 98.3 | 42 | — | 850 | 290 | 260 | 50 | |
| 5 | 93.4 | 36 | — | 1270 | 430 | 280 | 70 | |
| 6 | 91.0 | 45 | 72.2 | 820 | 260 | 106(c) | 18(d) | 35(d) |
| 7 | 88.3 | 42 | 75.0 | 600 | 260 | 102(c) | 18(d) | 25(d) |
| 8 | 88.7 | 38 | 84.2 | 750 | 170 | 94(c) | 20(d) | 16(d) |
| 9 | 96.0 | 82 | — | 260 | | | | |
| 10 | 94.5 | 79 | 116 | 1170(d) | 350(d) | 150(d) | 30(d) | 21(d) |
| 11 | 99.3 | 48 | 72 | 590(d) | 200(d) | 87(d) | 17(d) | 12(d) |
| 12 | 99.0 | 45 | 78 | 330(d) | 160(d) | 98(d) | 56(t) | 12(d) |
| 13 | 99.0 | 46 | 63 | 360(d) | 90(d) | 29(d) | 4(d) | 4(d) |
| 14 | 92.5 | 36 | 90 | 410(d) | 70(d) | | | |

(a)average of 3 samples, unless indicated otherwise.
(b)at 350° F. (177° C.)
(c)average of 6 samples.
(d)average of 2 samples.

### EXAMPLES 15-42

Handsheets are prepared from the designated latex, the designated kind of fiber pulped to the designated Canadian Standard Freeness (CSF), the designated filler and the designated flocculant by the standard procedure described above except as indicated. Sheet preparation data are shown in Table III and the sheet properties in Table IV.

### TABLE III

SHEET PREPARATION
DIFFERENT FIBERS

| Ex. No. | Latex Kind | Filler Kind | Fiber Kind | Fiber CSF ml | Flocculant Kind | Furnish Amount ml | Furnish CSF ml | Drain Time sec |
|---|---|---|---|---|---|---|---|---|
| 15 | C | A | A | 600 | B | 330 | 560 | 113 |
| 16 | C | A | A | 500 | B | 340 | 580 | 76 |
| 17 | C | A | A | 400 | B | 330 | 590 | 37 |
| 18 | D | A | A | 600 | B | 280 | 550 | 62 |
| 19 | D | A | A | 500 | B | 280 | 580 | 42 |
| 20 | D | A | A | 400 | B | 300 | 560 | 31 |
| 21 | D | A | B | 600 | B | 310 | 660 | 55 |
| 22 | D | A | B | 500 | B | 300 | 650 | 57 |
| 23 | D | A | B | 400 | B | 315 | 620 | 47 |
| 24 | D | A | C | 700 | B | 330 | 635 | 64 |
| 25 | D | A | D | 500 | B | 325 | 705 | 55 |
| 26 | D | A | E | 500 | B | 315 | 730 | 33 |

CIBA 039146