000045  0292 —13  09-30-80 29449

08-29-80 123750 78147.0 04235383 1948

4,225,383

15

### TABLE III-continued
**SHEET PREPARATION DIFFERENT FIBERS**

| Ex. No. | Latex Kind | Filler Kind | Fiber Kind | Fiber CSF ml | Flocculant Kind | Furnish Amount ml | Furnish CSF | Drain Time sec |
|---|---|---|---|---|---|---|---|---|
| 27 | D | A | F | 500 | B | 325 | 700 | 51 |
| 28 | C | F | D | 500 | A | 440 | 610 | 66 |
| 29 | C | F | G | — | A | 420 | 600 | 43 |
| 30 | C | F | H | — | A | 440 | 550 | 37 |
| 31 | C | F | I | — | A | 340 | 620 | 42 |
| 32 | C | F | J | — | A | 380 | 700 | 34 |
| 33 | C | F | K | — | A | 380 | 610 | 39 |
| 34 | C | H | L | — | A | 800 | — | 33 |
| 35 | F | A | M | — | A | 140 | 740 | 30 |
| 36 | F | A* | M* | — | A | 190 | 500 | 22 |
| 37 | F | A | N | — | A | 160 | 750 | 40 |
| 38 | F | A* | N* | — | A | 170 | 780 | 23 |
| 39 | F | A | O | — | A | 160 | 700 | 41 |
| 40 | F | A | P | 500 | A | 110 | 700 | 91 |
| 41 | A | A | P* | — | A | 70 | 720 | 27 |
| 42 | A | A | Q* | — | A | 45 | 770 | 18 |

*30 parts of fiber, 75 parts of filler.

### TABLE IV
**SHEET PROPERTIES DIFFERENT FIBERS**

| Ex. No. | Wt. Dry g. | Thickness mils | Density Lb/Ft³ | Tensile R.T.(a) psi | Tensile Hot(b) psi | Tabor Stiffness Reg |
|---|---|---|---|---|---|---|
| 15 | 90.1 | 45 | 74.2 | 630 | | 51 |
| 16 | 94.3 | 48 | 71.5 | 680 | | 50 |
| 17 | 94.5 | 47 | 72.3 | 630 | | 57 |
| 18 | 92.1 | 49 | 67.9 | 800 | | 69 |
| 19 | 94.1 | 47 | 71.5 | 810 | | 74 |
| 20 | 91.8 | 46 | 71.4 | 800 | | 75 |
| 21 | 96.0 | 46 | 75.2 | 780 | | 73 |
| 22 | 96.1 | 47 | 73.1 | 850 | | 82 |
| 23 | 95.2 | 47 | 72.2 | 850 | | 85 |
| 24 | 95.1 | 47 | 72.0 | 840 | | 89 |
| 25 | 99.1 | 53 | 65.9 | 730 | | 62 |
| 26 | 97.8 | 50 | 69.7 | 1130 | | 82 |
| 27 | 96.8 | 51 | 67.9 | 930 | | 82 |
| 28 | 88.6 | 46 | 81.5 | 5000(b) | 570 | |
| 29 | 91.5 | 49 | 79.0 | 2800(b) | 120 | |
| 30 | 91.0 | 46 | 78.3 | 3900(b) | 100 | |
| 31 | 88.3 | 51 | 73.2 | 2300(c) | 110 | |
| 32 | 94.9 | 49 | 81.9 | 4700(b) | 240 | |
| 33 | 96.3 | 50 | 81.5 | 4900(b) | 340 | |
| 34 | 98.3 | 28 | 135.2 | 5000(b) | 270 | |
| 35 | 90.9 | 49 | | 930 | 140 | 84 |
| 36 | 96.5 | 53 | | 1290 | 210 | 110 |
| 37 | 96.6 | 54 | | 410 | 110 | 72 |
| 38 | 95.5 | 58 | | 560 | 160 | 72 |
| 39 | 94.9 | 52 | | 265 | 50 | 58 |
| 40 | 97.8 | 52 | | 1130 | 330 | 108 |
| 41 | 91.0 | 54 | 59.1 | 390 | 70 | 25 |
| 42 | 96.1 | 58 | 59.6 | 670 | 210 | 31 |

(a) average of 3 samples, unless otherwise indicated.
(b) average of 2 samples, unless otherwise indicated.
(c) one sample.

## EXAMPLES 43-46

Handsheets are prepared by the standard procedure described above wherein the fiber is Fiber D, and the filler, latex and flocculant are the kinds specified in Table V. Sheet properties are shown in Table VI.

### TABLE V
**SHEET PREPARATION**

| Example No. | Latex Kind | Filler Kind | Flocculant Kind | Furnish Amount ml | Furnish CSF | Drain Time sec |
|---|---|---|---|---|---|---|
| 43 | J | B | A | 60 | 820 | 15 |

16

### TABLE V-continued
**SHEET PREPARATION**

| Example No. | Latex Kind | Filler Kind | Flocculant Kind | Furnish Amount ml | Furnish CSF | Drain Time sec |
|---|---|---|---|---|---|---|
| 44 | K | A | B | 150 | 800 | 9 |
| 45 | L | A | D | 500 | 850 | 5 |
| 46 | M | A | A | 70 | 450 | 46 |

### TABLE VI
**SHEET PROPERTIES**

| Example No. | Wt. Dry g. | Thickness mils | Density Lb/Ft³ | Tensile R.T. psi | Tensile Hot psi |
|---|---|---|---|---|---|
| 43 | 85.2 | | | | |
| 44 | 92.5 | 48 | | 320 | 142 |
| 45 | 89.0 | 50 | 65.3 | 13 | 4 |
| 46 | 87.8 | 50 | | 580 | 270 |

## EXAMPLES 47-49

Handsheets are prepared by the standard procedure described above wherein the fiber is unbleached softwood kraft, the latex is Latex B, the filler is Filler A, and the flocculant is as specified. In addition of the flocculant, the indicated amount of alum was added first and stirred for one minute, then a sufficient amount of the other flocculant to complete flocculation was added. Data for preparation of the handsheets are shown in Table VII. Properties of the sheets are shown in Table VIII.

### TABLE VII
**SHEET PREPARATION**

| Example No. | Flocculant C(a) ml | Flocculant (b) ml | Flocculant (b)(b) ml | Furnish CSF | Drain Time sec |
|---|---|---|---|---|---|
| 47 | 11 | 0 | 0 | 600 | 50 |
| 48 | 6 | 54 | 0 | 700 | 29 |
| 49 | 6 | 0 | 80 | 650 | 24 |

(a) 5% aqueous solution.
(b) 0.1% aqueous solution.

### TABLE VIII
**SHEET PROPERTIES**

| Ex. No. | Wt. g. | Thickness mils | Density Lb/Ft³ | Tensile psi | Hot Tensile psi | Tabor Stiffness Reg | DOP |
|---|---|---|---|---|---|---|---|
| 47 | 95.8 | 50 | 68.0 | 462 | 199 | 71 | 13 |
| 48 | 102.2 | 53 | 70.0 | 462 | 152 | 69 | 10 |
| 49 | 100.2 | 51 | 70.6 | 658 | 226 | 99 | 15 |

## EXAMPLES 50-53

Handsheets are prepared by the standard procedure described above wherein the fiber, latex, and flocculant are as shown and the filler is Filler A in the amount as shown. Data for the sheet preparation are shown in Table IX. Samples of the sheets are placed in a tropical chamber maintained at 100 percent relative humidity and 90° F. (32.2° C.) which has previously been inoculated with organisms including Aspergillus niger, Trichoderma viride, Aureobasidium pullulans, Chaetomium globosum and unidentified species of Penicillium. At the end of 21 days and 49 days, the samples are checked for visible evidence of microbiological attack and room temperature tensile loss values are measured

CIBA 039147



4,225,383

| 17 | 18 |

on strips 3 inches long over a one-inch span of the samples. For comparison, handsheets are prepared from 83

the flocculant is Flocculant A. Data are shown in Table XI.

### TABLE XI

**DIFFERENT RATIOS OF COMPONENTS**

| Example No. | Fiber g. | Latex g. | Filler g. | Fiber-Latex Filler wt. | Furnish CSF ml | Drain Time sec | Sheet Retention % | Sheet Density Lb/Ft³ | Tensile psi |
|---|---|---|---|---|---|---|---|---|---|
| 54 | 10 | 190 | 800 | 215 | 530 | 13 | 89 | 79 | 382 |
| 55 | 2.5 | 25.0 | 72.5 | 330 | 940 | 7 | 90 | 68 | 342 |
| 56 | 5.0 | 20.0 | 65.0 | 630 | 900 | 4 | 86 | 86 | 478 |
| 57 | 10.0 | 10.0 | 80.0 | 702 | 810 | 9 | 89 | 69 | 403 |
| 58 | 15.0 | 5.0 | 80.0 | 83 | 700 | 10 | 92 | 68 | 1826 |
| 59 | 25.0 | 10.0 | 65.0 | 205 | 830 | 12 | 90 | 99 | 3049 |
| 60 | 5.0 | 5.0 | 90.0 | 100 | 830 | 21 | 97 | 75 | 274 |

parts of asbestos (Johns Mauville, Paperbestos No. 5) and 15 parts of Latex C (Comparative Example A-1) and 85 parts of asbestos and 15 parts of Latex B (Comparative Example A-2). Test data are shown in Table X.

The visual rating is based on an arbitrary scale for visible evidence of microbiological attack as follows:

0=no attack
1=very slight attack
2=slight attack
3=moderate attack
4=heavy attack
5=very heavy attack

The tensile tests are carried out, with the exception of the length of the test strip, in the manner described after all the examples. The tensile data recorded in Table X is the percent change in tensile between the test strips and control strips of the same kind which are prepared at the same time and are held for the same period outside the tropical chamber.

### TABLE IX

**SHEET PREPARATION FOR TROPICAL CHAMBER TESTS**

| Example No. | Fiber Kind | Fiber Amount | Latex Kind | Filler Amount | Flocculant Kind | Flocculant Amount ml | Furnish CSF ml | Drain Time sec |
|---|---|---|---|---|---|---|---|---|
| 50 | D | .5 | B | 80 | B | 165(a) | 770 | 27 |
| 51 | A | 10 | B | 75 | A | 200(a) | 790 | 42 |
| 52 | A | 10 | B | 75 | C | 70(b) | 650 | 38 |
| 53 | A | 10 | C | 75 | B | 460(a) | 700 | 40 |
| A-1* | | | | | | | 650 | 35 |
| A-2* | | | | | | | 650 | 20 |

*Not examples of the invention.
(a) = a 0.1% aqueous solution.
(b) = a 2% aqueous solution.

### TABLE X

**SHEET TESTS TROPICAL CHAMBER**

| Example No. | Weight g. | Visual Rating Days 21 | Visual Rating Days 49 | Percent Change in Tensile Days 21 | Percent Change in Tensile Days 49 |
|---|---|---|---|---|---|
| 50 | 98.2 | 1 | 2 | −7.8 | 0 |
| 51 | 96.9 | 1 | 1 | +.9 | +5.5 |
| 52 | 95.8 | 1 | 1 | +3.9 | +2.1 |
| 53 | 96.5 | 1 | 2 | +4.5 | +2.0 |
| A-1* | — | 1 | 1 | −3.1 | +12.6 |
| A-2* | — | 1 | 1 | +2.9 | −0.3 |

*Not examples of the invention.

### EXAMPLES 54–60

Handsheets are prepared by the standard procedure described above except that different ratios of fiber, latex and filler are used. The fiber is unbleached softwood kraft, the latex is Latex B, the filler is Filler B and the flocculant is Flocculant A. Data are shown in Table XI.

### EXAMPLES 61–62

A handsheet (Example 61) is prepared from unbleached softwood kraft, Latex P, Filler O and Flocculant A by the standard procedure described above. Another handsheet (Example 62) is prepared in the same manner except that 0.25 part of a cationic polyamide-epichlorohydrin resin (Kymene 557) is added as a 0.132 percent aqueous solution to the aqueous fiber dispersion before mixing with the filler and latex. Data are shown in Table XII.

### TABLE XII

| | Example 61 | Example 62 |
|---|---|---|
| Flocculant A, ml | 150 | 150 |
| Furnish CSF, ml | 755 | 600 |
| Drain time, sec | 50 | 110 |
| Sheet thickness, mils | 50 | 43 |
| Sheet weight, g (% retention) | 94.9 | 87.0 |

| Density, Lb/Ft³ | 68.3 | 68.3 |
| Tensile, psi | 800 | 940 |
| Tensile, hot (350° F.) (177° C.), psi | 300 | 320 |

### EXAMPLES 63–64

Handsheets are prepared from Latex N, Fiber R, and the designated filler using Flocculant E in the indicated amount according to the standard procedure except that a wet-strength additive, which is a cationic polyamide-epichlorohydrin resin having 12.8 percent nitrogen, is added after the filler in the amount shown in Table XIII, and 1 percent total solids basis, of an anionic emulsified hydrocarbon wax is added after the latex. A summary of data is provided in Table XIII.

CIBA 039148

4,225,383

**19**

TABLE XIII

| | Example 63 | Example 64 |
|---|---|---|
| Filler E, % (solids basis) | 77 | — |
| Filler Q, % (solids basis) | — | 77 |
| Latex N, % (solids basis) | 15 | 15 |
| Fiber E, % (solids basis) | 8 | 8 |
| Flocculant E, Lb/Ton of solids | 2.6 | 1.2 |
| Wet-strength additive, Lb/Ton of solids | 8 | 11.4 |
| Drain time, sec | 50 | 54 |
| Density of sheet, Lb/Ft³ | 75.5 | 74 |
| Tensile, R.T., psi | 2076 | 1738 |
| Tensile, hot, psi | 763 | 502 |
| Tensile, DOP, psi | 945 | 675 |
| Tensile, water, psi | 1138 | 1162 |
| Elongation, R.T, % | 3.5 | 2.7 |
| Elongation, 350° F. (177° C.), % | 2.3 | 2.0 |
| Elongation, DOP, % | 3.3 | 2.3 |
| Elongation, water, % | 6.3 | 5.0 |
| *Water pickup, % | 8.9 | 5.5 |
| **Water swell, % (length) | 0.38 | 0.22 |

*Specimens were 6 inches (15 cm.) rather than 4 inches in length

The products from these Examples in view of their properties, especially dimensional stability in the presence of water, are particularly adapted for use in flooring compositions.

### EXAMPLES 65–70

Using the standard procedure except that the step of mechanically shearing on a Jabsco centrifugal pump was omitted, handsheets are prepared from the designated latex, Fiber E and Filler Q using Flocculant E in the proportions shown in Table XIV for the latex, fiber and flocculant and the amount of filler is the difference between 100 percent and the total of latex and fiber, all on a dry solids basis. Also the amounts are chosen such as to provide handsheets theoretically weighing 75 grams rather than 100 grams and the dilution water of the furnish is reduced correspondingly. Data are shown in Table XIV.

TABLE XIV

| | Example No.* | | | | | |
|---|---|---|---|---|---|---|
| | 65 | 66 | 67 | 68 | 69 | 70 |
| Latex, Kind | O | O | P | P | Q | A |
| Amount, % (a) | 15 | 7.5 | 15 | 7.5 | 15 | 7.5 |
| Fiber E, | | | | | | |
| Amount, % (a) | 6 | 10 | 6 | 10 | 6 | 10 |
| Flocculant E, | | | | | | |
| Amount, Lb/Ton (a) | 6.6 | 4.0 | 8.0 | 4.7 | 8.0 | 4.7 |
| Drain Time, sec. | 97 | 59 | 64 | 41 | 122 | 61 |
| Tensile, R.T., psi | 1948 | 1563 | 1869 | 2004 | 1715 | 1568 |

(a) = dry solids basis
* = The percent retention on all of these examples is greater than 92.

### EXAMPLE 71 and COMPARATIVE EXAMPLE 71-C

With a portion of Latex R is blended 8 percent (based on the solids content of the latex) of carbon tetrachloride. The resulting product is centrifuged. The aqueous serum is removed and the remaining solids are washed with water. The resulting damp solids are redispersed in water by subjecting the solids and water to vigorous agitation for 30 minutes to one hour. The resulting dispersion is Latex R-1 and has a pH of 3.8.

Except for using quantities theoretically sufficient to prepare a 30-gram sheet rather than a 100-gram sheet and correspondingly reducing the dilution water of the furnish, the standard process for preparing handsheets is used with each of Latex R and Latex R-1 in a propor-

**20**

tion of 15 percent of the respective latex, 15 percent of Fiber E and 75 percent of Filler K (solids basis, calculated on the weight of latex, fiber and filler) using 127 milliliters of a 0.1 percent aqueous solution of Flocculant E. Damp handsheets are formed with each of Latex R-1 (Example 71) and Latex R (Comparative Example 71-C) with a drainage time of 20 seconds and 29 seconds, respectively. In Example 71 there is only a barely detectable amount of scum in preparation of the furnish with only slight sticking of the sheet to the wire when the damp handsheet is dried. During the addition of the flocculant, the progression of flocculation is easily observed. However, in comparative Example 71-C, a large amount of scum and froth appears in the preparation of the furnish. Such severe sticking of the dried handsheet to the wire and blotter occurs that a sheet cannot be separated from the wire.

The bound charge on Latex R and Latex R-1 is the same because the procedure to prepare Latex R-1 from Latex R would not alter the existing bound charge (from carboxyl groups). The significant difference is the removal from Latex R of water soluble components, e.g., surfactants and acrylic acid polymers or copolymers of sufficiently low molecular weight and high enough carboxyl content to be water soluble. These results are consistent with the view that too large amounts of water-soluble polymers, including surfactants and ionic polymers are deleterious in carrying out the present process.

### EXAMPLES 72 and 73

An aqueous dispersion of fiber is prepared at about 4 percent consistency from bleached southern pine kraft and water in a Black Clawson Hydrapulper. The crude dispersion is pumped to a refiner chest and refined to a Canadian Standard Freeness of 500 milliliters by recirculation through a Sprout-Waldron Twin-Flow Refiner. Highly filled sheets for Examples 72 and 73 are prepared from portions of the fiber dispersion, a latex and a filler as identified and in the proportions shown in Table XV by use of a 31-inch Fourdrinier paper machine having a phosphor bronze, long crimp wire, four flat suction boxes between the breast roll and a suction couch roll, a first wet press, a reverse press, a multi-section dryer with a size press between sections and a 7-roll calendar stack. The fiber dispersion, filler water, and the latex diluted to 25 percent solids are added to a machine chest, in that order, with the amount of added water being calculated to provide 4 percent consistency. The resulting stock is transferred with the aid of a stock pump through a stock valve and then through a fan pump to the headbox. The flocculant shown in Table XV is added between the stock pump and the stock valve and some white water from the later stages of the process is returned to the system between the stock valve and the fan pump so that the consistency of the furnish in the headbox is as shown in Table XV. The furnish from the headbox is fed onto the wire moving at 20 feet per minute where white water drains to form a wet sheet from which additional water is removed by means of the four suction boxes before the sheet is removed from the wire at the suction couch roll. After the two press stages have reduced the water-content still further, the sheet is fed through the dryer and calendar stack. Data for the process and property data for the highly filled sheets thus formed are shown in Table XV.

000045   0295  -13  04-30-80  29499          06-29-80  223756  78147,0  04225383  1968

4,225,383

## 21

### TABLE XV

| | Example 72 | Example 73 |
|---|---|---|
| Filler A, % (solids basis) | 75 | 80 |
| Latex C, % (solids basis) | 15 | — |
| Latex F, % (solids basis) | — | 15 |
| Bleached softwood kraft, % (solids basis) | 10 | 5 |
| Flocculant A, lb/ton of solids | — | 1.4 |
| Flocculant B, lb/ton of solids | 12 | — |
| Chest consistency, % | 4.0 | 4.1 |
| Headbox consistency, % | 3.31 | 1.22 |
| Headbox Canadian Standard Freeness, ml | 603 | 668 |
| Machine Speed, fpm | 20 | 20 |
| Wet Pressing, 1st press, pli | 20 | 20 |
| 2nd press, pli | 70 | 70 |
| Retention, % | 99 | 102 |
| Caliper, mils | 28.4 | 27.7 |
| Density, Lb/Ft³ | 58.5 | 56.5 |
| Tensile, MD, psi | 734 | 460 |
| CD, psi | 518 | 409 |
| Hot Tensile, MD, psi | 428 | 190 |
| CD, psi | 330 | 88 |
| DOP Tensile, MD, psi | 542 | 135 |
| Elongation, R.T., % | | |
| MD | 3.1 | 2.0 |
| CD | 7.9 | 3.8 |
| Elongation, hot, % | | |
| MD | 2.0 | 1.7 |
| CD | 4.0 | 2.8 |
| Elongation, DOP, MD, % | 2.3 | 1.7 |
| Stiffness, MD | | |
| Taber | 119 | 119 |
| DOP | 31 | 29 |
| Water | 20 | 29 |
| Stiffness, CD | | |
| Taber | 81 | 72 |
| DOP | 46 | 12 |
| Water | 14 | 19 |
| Elmendorf Tear, g-cm | | |
| MC | 24.8 | 16.7 |
| CD | 24.7 | 11.7 |
| Mullen Burst, psi | 24.4 | 15.3 |
| Water Pickup, % | 14.1 | 10.3 |
| Toluene Pickup, % | 49.9 | 54.2 |
| Limiting Oxygen Index (L.O.I.) | 47 | 53 |

### EXAMPLE 74

An aqueous dispersion of fiber is prepared at about 4 percent consistency from unbleached northern softwood kraft and water in a Black Clawson Hydrapulper. The crude dispersion is pumped to a refiner chest and refined to a Canadian Standard Freeness of 500 milliliters by recirculation through a Sprout-Waldron Twin-Flow Refiner. Highly filled sheets for Example 74 are prepared from the fiber dispersion, a latex, a filler as identified and a wet strength additive which is a cationic polyamide-epichlorohydrin resin having 12.8 percent nitrogen and a viscosity at 25° C. between 40 and 65 centipoises, all in the proportions shown in Table XVI by use of a Fourdrinier Paper Machine having (a) a 36-inch wide plastic wire, (b) a headbox equipped with a manifold type inlet, a homogenizer roll and a Neilson slice, (c) a suction couch roll, (d) a straight-through plain press, (e) a plain reversing press, (f) a dryer section consisting of 7 and 5 driers with integrally cast journals and 2 felt driers on the bottom and top first section felts and (g) a calendar stack consisting of 8 rolls with the intermediate rolls bored for steam. The fiber dispersion, filler, wet strength additive, water and the latex diluted to 25 percent solids are added to a machine chest, in that order, with the amount of added water being calculated to provide 4 percent consistency. The resulting stock is transferred with the aid of a stock pump through a stock valve and then through a fan pump to the headbox. The flocculant shown in Table XVI is added between the stock pump and the stock valve and some white water from the later stages of the process is returned to the system between the stock valve and the fan pump so that the consistency of the furnish in the headbox is as shown in Table XVI. The furnish from the headbox is fed onto the wire moving at 40 feet per minute where white water drains to form a wet sheet from which additional water is removed by means of suction boxes before the sheet is removed from the wire at the suction couch roll. After the two press stages have reduced the water content still further, the sheet is fed through the dryer and calendar stack. Data for the process and property data for the highly filled sheets thus formed are shown in Table XVI.

### TABLE XVI

| | Example 74 |
|---|---|
| Filler B, % (solids basis) | 82.5 |
| Latex N, % (solids basis) | 7.5 |
| Fiber E, % (solids basis) | 10.0 |
| Flocculant E, lb/ton of solids | 4.0 |
| Chest consistency, % | 4.0 |
| Headbox consistency, % | 1.7 |
| Headbox Canadian Standard Freeness, ml | 568 |
| Machine speed, fpm | 40 |
| Wet Pressing, 1st press, pli | 100 |
| 2nd press, pli | — |
| Retention % | >90 |
| Caliper, mils | 23.0 |
| Density, Lb/Ft³ | 50.1 |
| Tensile, MD, psi | 1600 |
| CD, psi | 650 |
| Stiffness, CD | |
| Taber | 48 |
| Elmendorf Tear, g-cm | |
| MD | 136 |
| CD | 160 |
| Mullen Burst, psi | 37 |
| Kerosene Pickup, % | 64.4 |

## 22

The various tests are carried out as described below with such further modifications as are shown in specific examples.

#### Canadian Standard Freeness (CSF)

The value, in milliliters, is determined according to TAPPI Standard T 227-M-58 on a sample containing 3 grams of solids diluted with water to 1000 milliliters.

#### Elmendorf Tear

The test is carried out according to TAPPI method T414-ts-65. Results are shown as an average of at least 3 samples.

#### Elongation, percent

The elongation at room temperature, elongation at 350° F. (177° C.) (hot), elongation DOP and elongation water are determined over a 6-inch span at the same time as the respective Tensile tests—see description below.

#### Limiting Oxygen Index (L.O.I.)

The L.O.I. is determined according to test method ASTM D 2863-74.

CIBA 039150

4,225,383

## Mullen Burst

The TAPPI test method D 403-os-76 is followed except the test is applied to thicker sheets. The results shown are an average of 4 or 5 samples.

## Retention, percent

The materials for the handsheets are added in amounts sufficient to provide sheets weighing 100 grams. Thus, the dry weight of the product also represents the percent retention of solids in the sheet.

For the sheets made on the Fourdrinier machine, the percent retention relates to the proportion of filler retained in the sheet. Combustion of test samples is carried out under conditions such as to retain the residue of the filler (calculated as percent ash) but to remove the other components. The percent ash is multiplied by an appropriate factor for changes in the filler caused by combustion (e.g., $Mg(OH)_2 \rightarrow MgO$) to determine the percent filler in the sheet. From the percent filler found in the sheet and the percent filler added (solids basis), the percent retained in the sheet is calculated as an average of three samples.

## Stiffness, Taber

Taber Stiffness (g-cm) is determined according to TAPPI standard method T 489-os-76 except that test results from three samples are averaged unless otherwise stated. The value obtained is corrected to a value for 30 mils thickness by multiplying by the factor:

$$\frac{(30)^3}{(\text{thickness of the test sample in mils})^3}$$

To distinguish from modified Taber stiffness tests (DOP and water—as described below), the TAPPI method is sometimes referred to herein as "Taber Stiffness, Reg.".

## Stiffness, DOP

The DOP stiffness (g-cm) is determined in the same manner as the Taber Stiffness except that the sample is soaked in dioctyl phthalate for 18–24 hours before testing and the reported value is the average of 2 samples.

## Stiffness, Water

The water stiffness is determined in the same manner as the Taber Stiffness except that the sample is soaked in water for 18–24 hours before testing and the reported value is the average of two samples.

## Tensile, Room Temperature (R.T.)

Sheets are cut into 1-inch by 8-inch strips and the minimum thickness over the test area is determined. The strip being tested is placed in an Instron test machine having a 6-inch span. While the Instron is operated at a head speed of one inch per minute, the elongations and pounds at break are recorded.

The pounds per square inch (psi) at break are calculated by dividing the tensile at break by the thickness of the sample. Results are reported as an average of 3 samples.

## Tensile, Hot

The hot tensile is tested in the same manner as room temperature tensile except that just before the test, the test specimen is heated at a temperature of 350° F. (177°

C.) for one minute while clamped in the jaws of the test machine.

## Tensile, DOP

The DOP tensile is tested in the same manner as the room temperature tensile except that the test sample is soaked in dioctyl phthalate for 24 hours before testing.

## Tensile, Water

The water tensile is determined in the same manner as the DOP tensile, except the soaking is in water.

## Toluene Pickup

A suitable specimen (2 inches by 4 inches) is soaked for 15 seconds in toluene, the weight pickup is recorded and the pickup in percent by weight is calculated.

## Kerosene Pickup

The kerosene pickup is measured in the same manner as the toluene pickup except the soaking is in kerosene.

## Water Pickup

The water pickup is determined in the same manner as the toluene pickup except that the soaking is in water for 24 hours.

## Water Swell

The water swell is determined in the same kind of specimen as used for the water pickup and is calculated on the increase in length of the specimen resulting from soaking in water for 24 hours.

## Charge/Mass Ratio

The bound charge per gram of polymer in a latex is measured by conductometric titration after the water-soluble ionic materials have been removed. If sufficient bound charge is present, the latex can be centrifuged, often after adding, for example, 3 percent (based on the latex solids) of carbon tetrachloride, the serum phase is separated, the remaining solids are washed and then redispersed by vigorous agitation in water. The conductometric titrations are made on the redispersed solids. Ion exchange methods also may be used to remove the ionic water-soluble materials from latexes having sufficient bound charge to remain stable until the conductometric titration is completed. For latexes having insufficient bound charge to remain stable, small amounts of non-ionic surfactants are added before the ion exchange procedure.

What is claimed is:

1. A method for preparing a sheet comprising:

(I) providing an aqueous dispersion of from about 1 percent to about 30 percent of a water-dispersible fiber;

(II) mixing therewith (A) from about 60 percent to about 95 percent of a finely-divided, substantially water-insoluble, non-fibrous, inorganic filler and (B) from about 2 percent to about 30 percent of a binder containing a film-forming, water-insoluble, organic polymer in the form of an ionically stabilized latex having not greater than 0.7 milliequivalent of bound charge per gram of polymer in the latex,

(III) colloidally destabilizing the resulting mixture to form a fibrous agglomerate in aqueous suspension having the characteristics that at a concentration of 100 grams of solids in 13,500 milliliters, the suspension will drain in a time of from about 4 seconds to

4,225,383

25

about 120 seconds in a 10-inch by 12-inch Williams Standard Sheet Mould having a 2-inch outlet and a 30-inch water leg and fitted with a 100-mesh, stainless steel screen having a wire diameter of 0.0045 inch to provide in one pass at least 85 percent retention of solids which contain at least 60 percent by weight of filler;

(IV) distributing and draining the aqueous suspension on a porous support to form a wet web; and

(V) drying the web; said ionically stabilized latex being devoid of sufficient non-ionic stabilization to interfere with formation of the fibrous agglomerate; said percentages being on a dry weight basis, calculated on the total dry weight.

2. The method of claim 1 in which the aqueous dispersion of fiber has a consistency of from about 0.1 percent to about 6 percent.

3. The method of claim 1 in which the aqueous dispersion of fiber has a consistency of from about 0.5 percent to about 3 percent.

4. The method of claim 1 in which the latex is anionic.

5. The method of claim 1 in which the latex is cationic.

6. The method of claim 1 in which the fiber is cellulosic.

7. The method of claim 6 in which the aqueous dispersion of fiber has a Canadian Standard Freeness at 0.3 percent consistency of from about 300 milliliters to about 700 milliliters.

8. The method of claim 1 which has the additional step of wet pressing the web.

9. The method of claim 1 in which the amount of the fiber is from about 5 percent to about 15 percent.

10. The method of claim 1 in which the amount of latex is from about 5 percent to about 15 percent.

26

11. The method of claim 1 in which the amount of filler is from about 70 percent to about 90 percent.

12. The method of claim 1 in which the latex contains copolymerized styrene and butadiene.

13. The method of claim 1 in which the latex contains a copolymer of an ethylenically unsaturated carboxylic acid.

14. The method of claim 1 in which the drain time is from about 15 seconds to about 60 seconds.

15. The method of claim 1 in which the drain time is from about 30 seconds to about 45 seconds.

16. The method of claim 1 in which the destabilizing step is carried out by mixing with the product of steps (I) and (II) a sufficient amount of water-soluble or water-dispersible, ionic compound or polymer having a charge opposite in sign to that of the ionic stabilization of the latex.

17. The method of claim 1 in which the filler is magnesium hydroxide.

18. The method of claim 1 in which the fiber includes a polyester fiber.

19. The method of claim 1 in which the fiber includes fibrillated polyethylene.

20. The method of claim 1 in which the fiber includes glass fibers.

21. The method of claim 1 in which the latex is a blend of at least two different latex compositions.

22. The method of claim 21 in which at least one of the latexes contains a copolymer of an ethylenically unsaturated carboxylic acid.

23. The method of claim 1 which is asbestos-free.

24. The method of claim 1 in which the organic polymer has a bound charge of from about 0.03 to about 0.4 milliequivalent per gram of polymer in the latex.

* * * * *

CIBA 039152

MAIL ROOM
APR
27
1992

CIBA 039153



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/540,667 | 06/18/90 | HONIG | D | 31-043-01 |

FRANK M. VAN RIET
C/O AMERICAN CYANAMID COMPANY
1937 WEST MAIN STREET
STAMFORD, CT 06904-0060

| EXAMINER | |
|---|---|
| FRIEDMAN,C | |
| ART UNIT | PAPER NUMBER |
| 1303 | 5 |

DATE MAILED:
05/13/92

Please find below a communication from the EXAMINER in charge of this application.

Commissioner of Patents.

    The information disclosure statement filed April 27, 1992 has been entered and placed in the file. However, it has not been considered because the statement has been submitted after allowance and none of the requirements prerequisite to the consideration of such a statement (a certification as specified in 37 CFR 1.97(e), a petition requesting consideration of the information disclosure statement, and the petition fee set forth in 37 CFR 1.17(i)(1)) have been met.

*Charles Friedman*
Charles Friedman
May 12, 1992

*Witzshyn*
MICHAEL G. WITYSHYN
PRIMARY EXAMINER
GROUP 130
5-12

PL-90 (REV. 6/84)

1-Patent Application File Copy

CIBA 039154

 **CYANAMID**



Box M

American Cyanamid Company
Patent Law Department
1937 West Main Street
P.O. Box 60
Stamford, CT U.S.A. 06904-0060
(203) 321-2000
Fax: (203) 321-2971
Telex: 770-474-4059

PATENT
ENTERED BY PMD ⑭
AUG -4 93
PATENT MAINTENANCE
DIVISION

July 27, 1993

Commissioner
U. S. Patent and Trademark Office
Attn: Box M Fee
Washington, D.C. 20231

Dear Sirs:

> Re: **CHANGE OF ADDRESS**

This is to inform you that we are relocating the American
Cyanamid Patent Law Department, with the exception of those
attorneys servicing its Cytec Business Unit, to Corporate
Headquarters in Wayne, NJ.

As of August 2, 1993, our address, telephone and fax numbers
will be:

> **AMERICAN CYANAMID COMPANY**
> PATENT LAW DEPARTMENT
> ONE CYANAMID PLAZA
> WAYNE, NJ 07470-8426
> UNITED STATES OF AMERICA

Telephone No. (201) 831-2000        Fax No. (201) 831-3305

Please send all further communication, **EXCEPT THOSE** relating to
the patent applications and patents identified **IN THE ENCLOSED**
**LIST**, to the above new address.  The enclosed list relates to
patents of the Cytec Business Unit which will be divested from
American Cyanamid Company and become a separate legal entity by
the end of this year.  Communications for those Cytec cases
should continue to be sent to "Cytec Patent Law" at the current
Stamford, address.

Sincerely yours,

Alphonse R. Noe, Manager
Patent Law Department
(201) 831-3125

ARN/u
Address1

CIBA 039155

ASTER FILE REPORT
14JL1993

PATENT MASTER REPORTER

CYTEC - PATENTED CASES

14JL1993   6:00:50   PAGE:   28



| PATENT-NO | EXP-DT | C-ON | FILE ID | |
|-----------|--------|------|---------|---|
| 5141750 | 25AU2009 | ACCO | 31592-00 | USA |
| 5141804 | 25AU2009 | ACCO | 30946-01 | USA D |
| 5149878 | 22SE2009 | CCI | 30701-03 | USA D |
| 5152903 | 06NO2007 | ACCO | 30736-04 | USA D |
| 5155174 | 13OC2009 | ACCO | 31057-01 | USA P |
| 5157095 | 20OC2009 | ACCO | 31079-01 | USA C |
| 5164453 | 17NO2009 | ACCO | 31591-00 | USA |
| 5171419 | 01DE2009 | ACCO | 31043-01 | USA P |
| 5171808 | 15DE2009 | ACCO | 31100-00 | USA |
| 5173201 | 15DE2009 | ACCO | 31320-01 | USA C |
| 5180630 | 29DE2009 | ACCO | 30641-00 | USA |
| 5180835 | 19JA2010 | ACCO | 30351-01 | USA D |
| 5192604 | 19JA2010 | ACCO | 31597-00 | USA |
| 5194512 | 09MR2010 | ACCO | 30351-02 | USA D |
| 5194673 | 16MR2010 | ACCO | 31055-02 | USA D |
| (4708984) | 16MR2010 | ACCO | 31716-00 | USA |
| (4755623) | 24NO2004 | ACCO | 30120-00 | USA |
| (4868241) | 05JL2005 | ACCO | 29187-00 | USA |
| (4882089) | 19SE2006 | ACCO | 30177-01 | USA C |
| (4891411) | 21NO2006 | ACCO | 28917-01 | USA D |
| (4897435) | 02JA2007 | ACCO | 29338-00 | USA |
| (4911797) | 30JA2007 | ACCO | 29279-00 | USA |
| (4942085) | 27MR2007 | ACCO | 29419-00 | USA |
| (4942090) | 17JL2007 | ACCO | 31012-01 | USA P |
| (5092244) | 17JL2007 | ACCO | 30579-00 | USA D |
| | 03MR2009 | ACCO | 29747-00 | USA |

CIBA 039156



PTO UTILITY GRANT
Paper Number_____

**The Commissioner of Patents
and Trademarks**

*Has received an application for a patent
for a new and useful invention. The title
and description of the invention are en-
closed. The requirements of law have
been complied with, and it has been de-
termined that a patent on the invention
shall be granted under the law.*

*Therefore, this*

**United States Patent**

*Grants to the person or persons having
title to this patent the right to exclude
others from making, using or selling the
invention throughout the United States
of America for the term of seventeen
years from the date of this patent, sub-
ject to the payment of maintenance fees
as provided by law.*

*Acting Commissioner of Patents and Trademarks*

*Attest*

**The United States of America**

PTO-1584

CIBA 039157

LIST OF PATENT AND PUBLICATIONS FOR APPLICANT'S INFORMATION DISCLOSURE STATEMENT (USE SEVERAL SHEETS IF NECESSARY)

| Atty. Docket No. | Serial No. |
|---|---|
| 31,045-01 | 07/540,667 |

Applicants
Dan S. Honig; Elieth S. Harris
Filing Date | Group
March 23, 1992

### U. S. PATENT DOCUMENTS

| Examiner Initial | | Doc. No. | Date | Name | Class | subclass | Filing Date |
|---|---|---|---|---|---|---|---|
| | AA | 4,388,150 | | | | | |
| | AB | 4,385,961 | | | | | |
| | AC | 4,643,801 | | | | | |
| | AD | 4,798,653 | | | | | |
| | AE | 4,750,974 | | | | | |
| | AF | 4,305,781 | | | | | |
| | AG | 4,753,710 | | | | | |
| | AH | 4,445,970 | | | | | |
| | AI | 4,056,501 | | | | | |
| | AJ | 4,178,205 | | | | | |
| | AK | 4,187,142 | | | | | |
| | AL | 4,189,345 | | | | | |
| | AM | 4,225,383 | | | | | |

### FOREIGN PATENT DOCUMENT

| | | Doc. No. | Date | Country | Class | Subclass | Translation Yes | No |
|---|---|---|---|---|---|---|---|---|
| | AN | 235596/63 | | Japan | | | | |
| | AO | 0273605 | | EPO | | | | |
| | AP | 0202780 | | EPO | | | | |
| | AQ | | | | | | | |
| | AR | | | | | | | |

OTHER     ART     (Including author, title, date, pertinent pages, Etc)

| | | |
|---|---|---|
| AS | | |
| AT | | |
| AU | | |

| Examiner | Date Considered |
|---|---|
| | |

*Examiner: Initial if reference considered, whether or not citation is in conformance with MPEP 609: Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

Form PTO-1449

CIBA 039158

UNITED STATES PATENT & TRADEMARK OFFICE
Washington, D.C. 20231

## REQUEST FOR PATENT FEE REFUND

| Date of Request: 7/2/90 | | Serial/Patent #: 540667 | | |

| Please refund the following fee(s): | | PAPER NUMBER | DATE FILED | AMOUNT |
|---|---|---|---|---|
| | Filing | | 6/18/90 | $ 204.00 |
| | Amendment | | | $ |
| | Extension of Time | | | $ |
| | Notice of Appeal/Appeal | | | $ |
| | Petition | | | $ |
| | Issue | | | $ |
| | Cert of Correction/Terminal Disc. | | | $ |
| | Maintenance | | | $ |
| | Assignment | | | $ |
| | Other _____ | | | $ |

| TOTAL AMOUNT OF REFUND | $ 204.00 |
|---|---|

TO BE REFUNDED BY:

Treasury Check

Credit Deposit A/C #: ☐☐☐☐☐☐

REASON:

☑ Overpayment

☐ Duplicate Payment

☐ No Fee Due (Explanation): _____

| REFUND REQUESTED BY: | |
|---|---|
| TYPED/PRINTED NAME: C.H. SPEARS | TITLE: ADMIN. L____ |
| SIGNATURE: C.H. Spears | PHONE: 557 3764 |
| OFFICE: PTO APPL. BR. | |

*************************************************************

THIS SPACE RESERVED FOR FINANCE USE ONLY:

APPROVED: _____    DATE: _____

*Upon completion of this form, attach original and one copy to the file and mail or hand-carry to:*

FORM PTO 1577
(10/89)

Office of Finance
Refund Branch
Crystal Park One, Room 802B

CIBA 039159

UNIT_D STATES PATENT & TRADEMARK _FFICE
Washington, D.C. 20231

| REQUEST FOR PATENT FEE REFUND | | | |
|---|---|---|---|
| Date of Request: 7/2/90 | Serial/Patent #: 540667 | | |
| Please refund the following fee(s): | PAPER NUMBER | DATE FILED | AMOUNT |
| Filing | | 6/18/90 | $204. ω |
| Amendment | | | $ |
| Extension of Time | | | $ |
| Notice of Appeal/Appeal | | | $ |
| Petition | | | $ |
| Issue | | | $ |
| Cert of Correction/Terminal Disc. | | | $ |
| Maintenance | | | $ |
| Assignment | | | $ |
| Other | | | $ |

| | |
|---|---|
| TOTAL AMOUNT OF REFUND | $204. 00 |

TO BE REFUNDED BY:

Treasury Check

Credit Deposit A/C #: ☐☐☐☐☐☐

REASON:

✓ Overpayment

Duplicate Payment

No Fee Due (Explanation):

REFUND REQUESTED BY:

TYPED/PRINTED NAME: C.H. SPEIRS    TITLE: ADMIN. EXAM.

SIGNATURE: C.H. Speirs    PHONE: 557 3764

OFFICE: PTO APPL. BR.

*************************************************************

THIS SPACE RESERVED FOR FINANCE USE ONLY:

APPROVED: _____    DATE: _____

*Upon completion of this form, attach original and one copy to the file and mail or hand-carry to:*

FORM PTO 1577
(10/89)

Office of Finance
Refund Branch
Crystal Park One, Room 802B

CIBA 039160

| DOCKET NO | CTY | RL | TP | 1ST AA: | APPLICATION-NO | PAT#: | PATENT-NO | TITLE | ATTY | EX | EXP-DT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31043-01 | USA | | | 1ST AA: | 07/540687 | PAT#: | 51,107 | CHARGED ORGANIC POLYMER MICROBEADS IN PAPER MAKINGPROCESS | FVR | EX | IPDD |
| U.S.A. | | | | FIRST:18FE1990  FILE:18FE1990 | | GRANT DT: | | | DIVS | | FO |
| | | | | INVENTORS | | TAX DT: | | | ASSOC | | ACCO |
| | | | | HONIG DS | | | | | OWI | | |
| | | | | HARRIS EW | | | | | | | |
| | | | | | | 1REF31043-01CIF | | | | | |
| 31043-01 EUR PATENT | EPC | | | 1ST AA: | 91104857.9 | PAT#: | 51,107 1 | CHARGED ORGANIC POLYMER MICROBEADS IN PAPER MAKINGPROCESS | FVR | EX | OINT |
| | | | | FIRST:  FILE:27MR1991 | | GRANT DT: | | | DIVS | | FO |
| | | | | INVENTORS | | TAX DT:31MR1991 | | | ASSOC | | ACCO |
| | | | | HONIG DS | | | | | OWI | | |
| | | | | HARRIS EW | | IP DESIGNATED: BL DE FR GB GW | | | | | |

Find IDS
recommendation based on
ref in spec & cited by
EPO

(3)



RECEIVED
APR 30 1992
CORRESPONDENCE SECTION

MAIL ROOM
APR 27 1992
PAT. & TM

CIBA 039162

TO SEPARATE, HOLD TOP AND BOTTOM EDGES, SNAP--APART AND DISCARD CARBON

| FORM PTO-892 (REV. 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 540 667 | GROUP ART UNIT 133 | ATTACHMENT TO PAPER NUMBER 3 |
|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | APPLICANT(S) Honig etal | | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|
| A | | 4 9 2 5 5 3 0 | 5/90 | Sinclair etal | 162 | 164.6 | 7-20-88 |
| B | | 4 6 4 3 8 0 1 | 2/87 | Johnson | 162 | 164.6 | |
| C | | 4 7 5 9 8 5 6 | 7/88 | Farrar etal | 162 | 168.3 | |
| D | | 4 7 5 3 7 1 0 | 6/88 | Langley etal | 162 | 164.3 | |
| E | | 4 8 2 4 5 2 3 | 4/89 | Wagberg etal | 162 | 164.6 | |
| F | | 4 7 9 8 6 5 3 | 1/89 | Rushmere | 162 | 168.3 | |
| G | | | | | | | |
| H | | | | | | | |
| I | | | | | | | |
| J | | | | | | | |
| K | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG. | PP. SPEC. |
|---|---|---|---|---|---|---|---|---|---|
| L | | | | | | | | | |
| M | | | | | | | | | |
| N | | | | | | | | | |
| O | | | | | | | | | |
| P | | | | | | | | | |
| Q | | | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| R | |
|---|---|
| S | |
| T | |
| U | |

| EXAMINER Charles N. Fried | DATE 11-15-90 |
|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

RECEIVED
MAR 30 1992

CIBA 039163

UNITED STATES PATENT & TRADEMARK OFFICE
Washington, D.C. 20231

### REQUEST FOR PATENT FEE REFUND

Date of Request: 7/2/90    Serial/Patent #: 540667

| Please refund the following fee(s): | PAPER NUMBER | DATE FILED | AMOUNT |
|---|---|---|---|
| Filing | | 6/18/90 | $204.00 |
| Amendment | | | $ |
| Extension of Time | | | $ |
| Notice of Appeal/Appeal | | | $ |
| Petition | | | $ |
| Issue | | | $ |
| Cert of Correction/Terminal Disc. | | | $ |
| Maintenance | | | $ |
| Assignment | | | $ |
| Other | | | $ |

TOTAL AMOUNT OF REFUND: $204.00

TO BE REFUNDED BY:

Treasury Check

REASON:

√ Overpayment

Duplicate Payment

No Fee Due (Explanation):

√ Credit Deposit A/C #: 01-1300

REFUND REQUESTED BY:

TYPED/PRINTED NAME: C.H. SPEARS    TITLE: ADMIN. EXAM.

SIGNATURE: C.H. Spears    PHONE: 557 3764

OFFICE: PTO APPL. BR.

*****************************************************************

THIS SPACE RESERVED FOR FINANCE USE ONLY:

APPROVED: _____    DATE: Aug 1, 1990

Upon completion of this form, attach original and one copy to the file and mail or hand-carry to:

FORM PTO 1577
(10/89)

Office of Finance
Refund Branch
Crystal Park One, Room 802B

CIBA 039164

U.S. GOVERNMENT PRINTING OFFICE: 1990-258-989

| PATENT NUMBER | ORIGINAL CLASSIFICATION | | |
|---|---|---|---|
| | CLASS | SUBCLASS | |
| | 162 | 164.1 | |

| APPLICATION SERIAL NUMBER | CROSS REFERENCE(S) | | |
|---|---|---|---|
| 340667 | | | |
| | CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | |
| APPLICANT'S NAME (PLEASE PRINT) | 162 | 168.1 | 168.3 |
| Honig et al | | | |

IF REISSUE, ORIGINAL PATENT NUMBER

| INTERNATIONAL CLASSIFICATION (INT. CL.) | |
|---|---|
| D 21 H | 17 / 03 |

| GROUP ART UNIT | ASSISTANT EXAMINER (PLEASE STAMP OR PRINT FULL NAME) |
|---|---|
| 1303 | Charles M. Friedman |
| | PRIMARY EXAMINER (PLEASE STAMP OR PRINT FULL NAME) |
| | W. Gary Jones |

PTO-270
(10-84)

**ISSUE CLASSIFICATION SLIP**

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE

CIBA 039165

| FORM PTO-875 (REV. 8-85) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 540667 | FILING DATE 6/18/90 |
|---|---|---|---|
| **PATENT APPLICATION FEE DETERMINATION RECORD** | | APPLICANT (FIRST NAMED) Honig, D. | |

### CLAIMS AS FILED - PART I

| FOR | NO. FILED | NO. EXTRA | | SMALL ENTITY RATE | FEE | OR | OTHER THAN A SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | | $ 185 | OR | | $ 370 |
| TOTAL CLAIMS | 25 | -20- | 5 | x 6 | $ | OR | x 12 | $ 60 |
| INDEP. CLAIMS | 2 | -3- | 0 | x18 | $ | OR | x 36 | $ |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | | 60 | $ | OR | 120 | $ |
| | | | | TOTAL | $ | OR | TOTAL | $ 430 |

\* If the difference in col. 1 is less than zero, enter "0" in col. 2

### CLAIMS AS AMENDED - PART II

| | (1) CLAIMS REMAINING AFTER AMENDMENT | (2) HIGHEST NO. PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | SMALL ENTITY RATE | ADDIT. FEE | OR | OTHER THAN A SMALL ENTITY RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|
| **AMENDMENT A** TOTAL | 42 | MINUS 25 | - | x 6 | $ | | x 12 | $ 204 |
| INDEP. | 2 | MINUS 2 | - | x 18 | $ | | x 36 | $ |
| FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | 60 | | | 120 | $ |
| | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ 204 |

| | (1) CLAIMS REMAINING AFTER AMENDMENT | (2) HIGHEST NO. PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | SMALL ENTITY RATE | ADDIT. FEE | OR | RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|
| **AMENDMENT B** TOTAL | | MINUS | - | x 6 | $ | | x 12 | $ |
| INDEP. | | MINUS | - | x 18 | $ | | x 36 | $ |
| FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | 60 | | | 120 | $ |
| | | | | TOTAL ADDIT. FEE | $ | OR | TOTAL | $ |

| | (1) CLAIMS REMAINING AFTER AMENDMENT | (2) HIGHEST NO. PREVIOUSLY PAID FOR | (3) PRESENT EXTRA | SMALL ENTITY RATE | ADDIT. FEE | OR | RATE | ADDIT. FEE |
|---|---|---|---|---|---|---|---|---|
| **AMENDMENT C** TOTAL | | MINUS | | x 6 | $ | | x 12 | $ |
| INDEP. | | MINUS | | x 18 | $ | | x 18 | $ |
| FIRST PRESENTATION OF MULTIPLE DEP. CLAIM | | | | 60 | | | 60 | |
| | | | | TOTAL ADDIT. FEE | | OR | TOTAL | $ |

U.S. DEPARTMENT OF COMMERCE—PATENT & TM OFFICE

PALM III APPLICATION FILE DATA CODING SHEET

CIBA 039167



CIBA 039168



INDEX OF CLAIMS

CIBA 039169



CIBA 039170



W 540667

APPROVED FOR LICENSE

INITIALS JUN 27 9 047

| Entered or Counted | CONTENTS | Received or Mailed |
|---|---|---|
| | 1. Application O papers. | AUG 3 0 1990 |
| | 2. Prel Amdt A | 10-22-90 |
| PW | 3. Rej (3) | 11-21-90 |
| | 4. Ltr 3 mos | 12-26-90 |
| | 5. Amdt B | 3-28-91 am 3-26-91 |
| | 6. Declaration | 3-28-91 |
| | 7. Rej 3 mos | 6-26-91 |
| | 8. Amdt C | 9-23-91 |
| 11/21 TN | 9. F. Rej 3 mos | 12/6/91 |
| | 10. Int. Summary | 3/13/92 |
| | 11. Amdt D (N) "One Month Extens. | 3-17-92 |
| | 12. Int. Summary | 3-20-92 |
| 3/23/92 | 13. Exam Amdt / E | 3-23-92 |
| | 14. Prior Art | 4-27-92 |
| 2nd | 15. Letter / month | 5-13-92 |
| | 16. PTO GRANT DEC 0 1 1992 | |
| | 17. | |
| | 18. | |
| | 19. | |
| | 20. | |
| | 21. | |
| | 22. | |
| | 23. | |
| | 24. | |
| | 25. | |
| | 26. | |
| | 27. | |
| | 28. | |
| | 29. | |
| | 30. | |
| | 31. | |

CIBA 039171

CIBA 039172