# EXHIBIT 8



## THE UNITED STATES OF AMERICA

### TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

January 05, 2006

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE
RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS
OF:

APPLICATION NUMBER: *07/535,626*
FILING DATE: *June 11, 1990*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS

Certifying Officer

CIBA 038087

ABANDONED

JUMBO

| SERIAL NUMBER (Series of 1987) | PATENT DATE | | PATENT NUMBER | |
|---|---|---|---|---|
| 07/535626 | | | | |

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 077535,626 | 06/11/90 | 524 | 7 | 153 | |

**APPLICANTS**

RODERICK G. RYLES, MILFORD, CT; DAN S. HONIG, NEW CANAAN, CT; ELIETH W. HARRIS, BRIDGEPORT, CT; ROGER E. NEFF, STAMFORD, CT.

**CONTINUING DATA**************************
VERIFIED

*WCC*

**FOREIGN/PCT APPLICATIONS***********
VERIFIED

*WCC*

FOREIGN FILING LICENSE GRANTED 06/29/90

| Foreign priority claimed ☐ yes ☒ no | AS FILED → | STATE OR COUNTRY | SHEETS DRWGS | TOTAL CLAIMS | INDEP CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| 35 USC 119 conditions met ☐ yes ☒ no | | | | | | | |
| Verified and Acknowledged *WCC* Examiner's Initials | | CT | 0 | 22 | 1 | $ 394.00 | 31,326 |

**ADDRESS**

FRANK M. VAN RIET
C/O AMERICAN CYANAMID CO.
1937 WEST MAIN STREET
STAMFORD, CT 06904-0060

**TITLE**

CROSS-LINKED ANIONIC AND AMPHOTERIC POLYMERIC MICROPARTICLES

U.S. DEPT. of COMM.-Pat. & TM Office—PTO-436L (rev. 10-78)

| PARTS OF APPLICATION FILED SEPARATELY | | |
|---|---|---|

| NOTICE OF ALLOWANCE MAILED | PREPARED FOR ISSUE | | CLAIMS ALLOWED | |
|---|---|---|---|---|
| | Assistant Examiner | Docket Clerk | Total Claims | Print Claim |
| **ISSUE FEE** | | | **DRAWING** | |
| Amount Due | Date Paid | | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| | | Primary Examiner | | |
| | **ISSUE CLASSIFICATION** | | ISSUE BATCH NUMBER | |
| Label Area | Class | Subclass | | |

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

CIBA 038088

07535626

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

P 30610  06/14/90  07535626      01-1300  030  101      394.00CH  31.320

PTO-1556
(5/87)

CIBA 038089

07/535626

NEW APPLICATION (Original)                    Docket No. 31,320
[REV.4Apr89/MB4-1]                                    PATENT

Commissioner of Patents and Trademarks
Washington, D.C. 20231

[Mail Room JUN 11 1990 PAT. & TRADEMK stamp]

### NEW APPLICATION TRANSMITTAL

Transmitted herewith for filing is the patent application of
the following Inventor(s): Roderick Glynn Ryles; Dan S. Honig ,
Elieth W. Harris and Roger E. Neff; For: Cross-Linked Anionic and
Amphoteric Polymeric Microparticles                                    .

This new filing is for an ORIGINAL application.

1.    Papers enclosed which are required for filing date under 35
      CFR 1.53(b):
         [ X ]  22 Pages of specification
         [ X ]   4 Pages of claims
         [ X ]   1 Pages of abstract
         [   ] ____Sheets of drawing
                    [   ] Formal
                    [   ] Informal (in triplicate)
2.    Additional papers enclosed
         [   ] Information Disclosure Statement
         [   ] Form PTO-1449
         [   ] Citations
         [   ] Declaration of Biological Deposit
         [   ] Other: _____

-------------------------------------------------------------------
#### CERTIFICATION UNDER 37 CFR 1.10
      I hereby certify that this New Application Transmittal and the
documents referred to as enclosed therein are being deposited with
the United States Postal Service on this date _____
in an envelope as "Express Mail Post Office to Addressee" Mailing
Label Number _____ addressed to the: Commissioner of
Patents and Trademarks, Washington, D.C 20231.

                         _____
                         (name of person mailing paper)

                         _____
                         (signature of person mailing paper)
-------------------------------------------------------------------

CIBA 038090

NEW APPLICATION (Original)     -2-
[REV.4Apr89/MB4-1]

3.  Declaration
    [ X ] Enclosed and executed by all inventor(s)
    [   ] Not enclosed or not executed by all inventor(s)
4.  Assignment
    [   ] An assignment of the invention to:
            American Cyanamid Company
            1937 West Main Street
            P.O. Box 60
            Stamford, CT 06904-0060
        [   ] is attached.
        [   ] will follow.
5.  Fee Calculation

| CLAIMS AS FILED | | | | |
|---|---|---|---|---|
| (1)<br><br>FOR | (2)<br><br>NUMBER FILED | (3)<br><br>NUMBER EXTRA | (4)<br><br>RATE | (5)<br><br>BASIC FEE<br>($370.00) |
| TOTAL CLAIMS | 22 - 20 = | | X $12.00 | 24.00 |
| INDEP. CLAIMS | 2 - 3 = | | X $36.00 | |
| MULTIPLE DEPENDENCY FEE | | | $ 120.00 | |
| RECORDING OF ASSIGNMENT | | | $ 8.00 | 8.00 |
| | | | TOTAL FILING FEE | $402.00 |

6.  Fee Payment being made at this time
    [ X ] filing fee                    $ 394.00
    [ X ] recording assignment          $   8.00
                          TOTAL  $ 402.00
7.  Method of Payment of Fees:
    Charge Deposit Account No. 01-1300 in the amount of
    $402.00    .
     A duplicate of this transmittal is attached.
8.  Instructions as to Overpayment:
    Credit any overpayment to Deposit Account No. 01-1300.

CIBA 038091

NEW APPLICATION (Original)    -3-
[REV.4Apr89/MB4-1]

9.    Authorization to Charge Additional Fees

[ X ] The Commissioner is hereby authorized to charge the
following additional fees by this paper and during the
entire pendency of this application to Deposit Account
No. 01-1300:

[ X ] 37 CFR 1.16(a),(f),or (g) filing fees

[ X ] 37 CFR 1.16(b),(c), and (d) presentation of
extra claims

[    ] 37 CFR 1.16(e) surcharge for filing the basic
filing fee and/or declaration on a date later
than the filing date of the application

[    ] 37 CFR 1.17 application processing fees

_____
(Signature of Attorney)

Reg. No. 19933

Tel. No. (203) 321-2614

Frank M. Van Riet
(Type name of Attorney)

American Cyanamid Company
1937 West Main Street
P.O. Box 60
Stamford, CT 06904-0060

CIBA 038092



## TITLE OF THE INVENTION

### CROSS-LINKED ANIONIC AND AMPHOTERIC POLYMERIC MICROPARTICLES

### ABSTRACT OF THE INVENTION

Novel compositions comprising anionic and/or amphoteric organic polymeric microparticles are disclosed, along with a method for their production. The products are useful in flocculating a wide variety of dispersions of suspended solids and in paper-making.

CIBA 038093

0/                    ‖753‖ 26          A

- 1 -



31,320

MAIL ROOM
JUN
11
1990

## CROSS-LINKED ANIONIC AND AMPHOTERIC
## POLYMERIC MICROPARTICLES

5      The present invention relates to structured anionic and
amphoteric polymeric microparticles and a method for their
preparation.

### BACKGROUND OF THE INVENTION

10     Cross-linked anionic and amphoteric, organic polymeric
compositions are known to those skilled in the art and are
useful in a variety of solid-liquid separation applications,
particularly in the flocculation of various dispersions of
suspended solids, such as sewage sludge, and in the
15  thickening of cellulosic paper pulp suspensions. Modern
concerns about environmental pollution and the increasing
cost of materials have made it highly desirable to produce
flocculating agents which cause higher degrees of separation
at lower dosage levels.

20          EP 0,202,780 describes the preparation of
polymeric, crosslinked, cationic acrylamide polymer beads by
conventional inverse emulsion polymerization techniques.
Crosslinking is accomplished by the incorporation of a
difunctional monomer, such as methylenebisacrylamide, into
25  the polymer. This crosslinking technology is well known in
the art. The patentee teaches that the crosslinked beads
are useful as flocculants.

            Typically, the particle size of polymers prepared
by conventional inverse water-in-oil emulsion polymerization
30  processes are limited to a range of about 1-5 microns, since
no particular advantage in reducing the particle size has
hitherto been apparent. The precise particle size which is
achievable in inverse emulsions is determined by the
concentration and activity of the surfactant(s) employed and
35  these are customarily chosen on the basis of emulsion
stability and economic factors.

CIBA 038094

- 2 -

Leong, et al., in <u>Inverse Microemulsion</u>
<u>Polymerization</u>, J. of Phys. Chem., Vol. 86, No. 23, 6-24-82,
pp 2271-3, discloses polymerization of acrylamide in an
inverse microemulsion.  The author, also discloses having
prepared crosslinked polyacrylamide latices or microgels by
5    using a 100:1 mixture of acrylamide-methylenebisacrylamide.
No anionic or amphoteric monomers are mentioned or is their
use as a flocculating agent or paper-making additive.
EPO 0173605 teaches the production of microbeads having
a diameter ranging from about 49-87 nm and produced from
10   terpolymers of vinyl acetate (84.6), ethyl acrylate (65.4)
and acrylic acid (4.5) or methacrylonitrile (85), butyl
acrylate (65) and acrylic acid (3).  These polymeric beads
are disclosed as added to an LBKP pulp slurry in order to
evaluate the resultant paper for sizing degree, paper force
15   enhancement and disintegratability.  These polymer beads
fall outside the scope of those claimed in the present
invention in that the ionic content thereof is too small to
impart any appreciable improvement during usage.
Additionally, U.S. Patent No. 4,681,912 discloses the
20   production of microparticles of acrylamide and acrylic acid,
for example, utilizing a microemulsion process.  The patent,
however, fails to teach the cross-linking of the particles
so as to render them water-insoluble or their use in
paper-making.
25           <u>SUMMARY OF THE INVENTION</u>
According to the present invention, there are provided
compositions comprising crosslinked, anionic and/or
amphoteric, organic, polymeric, microparticles, having an
unswollen number average particle size diameter of less than
30   about 0.75 micron, preferably less than about 0.5 micron, a
solution viscosity of at least 1.1, preferably from about
1.1 to about 2.0, mPa.s, a crosslinking agent content of
above about 4 molar parts per million, based on the
monomeric units present in the polymer, and an ionicity of
35   at least about 5%.

CIBA 038095

- 3 -

The preferred anionic monomers for use in the practice
of the present invention comprises acrylic acid, methacrylic
acid, ethacrylic acid, 2-acrylamido-2-alkylsulfonic acids
where the alkyl group contains 1 to 6 carbon atoms, such as
2-acrylamido-2-propane-sulfonic acid or mixtures of any of
5     the foregoing and their alkaline salts.  Especially
preferred are the sodium salts of acrylic acid, methacrylic
acid, and 2-acrylamido-2-methylpropane sulfonic acid.

The preferred amphoteric polymers for the use in the
practice of the present invention comprise copolymers of one
10    or more of the foregoing anionic monomers and one or more of
the following cationic ethylenically unsaturated monomers
selected from, from example, acryloxyethyltrimethylammonium
chloride; diallydimethylammonium chloride; 3-(meth)acryl-
amidopropyltrimethylammonium chloride; 3-acrylamidopropyl-
15    trimethylammonium-2-hydroxypropylacrylate methosulfate;
trimethylammoniumethyl methacrylate methosulfate;
1-trimethylammonium-2-hydroxypropylmethacrylate
methosulfate; methacryloxyethyltrimethylammonium chloride;
or mixtures of any of the foregoing.
20    The preferred ethylenically unsaturated non-ionic
monomers for use in the practice of the present invention
are selected from acrylamide; methacrylamide; N,N-dialkyl-
acrylamides; N-alkylacrylamides; N-vinylmethacetamide;
N-vinyl methylformamide; vinyl acetate; N-vinyl pyrrolidone
25    and mixtures thereof.  Especially preferred is acrylamide.

The preferred compositions encompassed by the present
invention are 1) anionic monomers alone or 2) a mixture of
anionic and cationic monomers, each copolymerized with the
ethylenically unsaturated non-ionic monomers disclosed
30    above.  Especially preferred is acrylamide copolymerized
with sodium acrylate.

Also, according to the present invention, there is
provided a process for the preparation of compositions as
defined above, the process comprising:
35        (a)  admixing

CIBA 038096

- 4 -

(i)   an aqueous solution comprising at least one
      ethylenically unsaturated anionic monomer
      alone or in admixture with a cationic monomer
      and at least one crosslinking agent and,
      optionally, at least one ethylenically
5     unsaturated non-ionic monomer;

(ii)  an oily phase comprising at least one
      hydrocarbon liquid; and

(iii) an effective amount of surfactant
      or surfactant mixture, so as to form an
10    inverse emulsion which, when subjected to
      polymerization conditions, results in a
      polymer having a particle size of less than
      about 0.75 micron in unswollen diameter; and

(b) subjecting the inverse emulsion obtained in step
15  (a) to polymerization conditions.

A preferred feature of the present invention, comprises
a process employing an aqueous solution comprising sodium
acrylate as the anionic monomer, N,N-methylenebisacrylamide
as the crosslinking agent and acrylamide as the non-ionic
20  monomer; an oily phase comprising a saturated hydrocarbon;
and an effective amount of a surfactant mixture comprising
polyoxyethylene (20) sorbitan monooleate and polyoxyethylene
sorbitol hexaoleate, sufficient to produce particles of less
than about 0.75 micron in unswollen number average particle
25  size diameter.

Polymerization of the inverse emulsion may be carried
out by adding a polymerization initiator, such as sodium
metabisulfite or tert-butyl hydroperoxide, or by subjecting
the inverse emulsion to ultraviolet irradiation. Also
30  contemplated by the present invention is adding an effective
amount of chain-transfer agent to the aqueous solution of
the inverse emulsion, such as an alcohol, mercaptan,
phosphite, sulfite or mixture of any of the foregoing. The
process of the present invention may also comprise a step
35  for recovering the composition from the inverse emulsion.

CIBA 038097

- 5 -

The resultant organic polymeric particles are useful in a method of making paper from an aqueous suspension of cellulose fibers, whereby the drainage properties of the suspension are improved by including in the suspension 0.1 to 20 lbs/ton, based on the dry weight of paper furnish solids, of the anionic or amphoteric cross-linked organic polymer microbead having an unswollen number average particle size diameter of less than about 0.75 micron, a solution viscosity of at least about 1.1, preferably about 1.1 to about 2.0 mPa.s, a cross-linking agent content of above about 4 molar parts per million, based on the monomeric units present in the polymer, and at least 5% ionicity, preferably in the presence of a molecular weight cationic polymer, as described in copending application, Serial No. ~~Attorney Docket No. 31043), filed concurrently hereiwth.~~ _al_

DETAILED DESCRIPTION OF THE INVENTION

Cross-linked, anionic or amphoteric, organic polymeric microbeads having an unswollen number average particle size diameter of less than about 0.75 micron, a solution viscosity of from about 1.1 to about 1.5 mPa.s, a crosslinking agent content of above about 4 molar parts per million, based on the monomeric units present in the polymer, and an ionicity of at least about 5%, are generally formed by the polymerization of at least 5% of an ethylenically unsaturated anionic monomer and, for amphoteric microparticles, at least about 5% of one cationic monomer, and, optionally at least one non-ionic comonomer in the presence of a crosslinking agent in a water-in-oil inverse emulsion employing an effective amount of surfactant or surfactant mixture to produce microbeads of less than about 0.75 micron.

The amphoteric polymers for the use in the practice of the present invention comprise copolymers of one or more of the foregoing anionic monomers and one or more of the following cationic ethylenically unsaturated monomers

CIBA 038098

- 5 -

The resultant organic polymeric particles are useful in
a method of making paper from an aqueous suspension of
cellulose fibers, whereby the drainage properties of the
suspension are improved by including in the suspension 0.1
to 20 lbs/ton, based on the dry weight of paper furnish
5  solids, of the anionic or amphoteric cross-linked organic
polymer microbead having an unswollen number average
particle size diameter of less than about 0.75 micron, a
solution viscosity of at least about 1.1, preferably about
1.1 to about 2.0 mPa.s, a cross-linking agent content of
10  above about 4 molar parts per million, based on the
monomeric units present in the polymer, and at least 5%
ionicity, preferably in the presence of a molecular weight
cationic polymer, as described in copending application,
Serial No. Attorney Docket No. 31043), filed concurrently
15  herewith.

DETAILED DESCRIPTION OF THE INVENTION

Cross-linked, anionic or amphoteric, organic polymeric
microbeads having an unswollen number average particle size
20  diameter of less than about 0.75 micron, a solution
viscosity of from about 1.1 to about 1.5 mPa.s, a
crosslinking agent content of above about 4 molar parts per
million, based on the monomeric units present in the
polymer, and an ionicity of at least about 5%, are generally
25  formed by the polymerization of at least 5% of an
ethylenically unsaturated anionic monomer and, for
amphoteric microparticles, at least about 5% of one cationic
monomer, and, optionally at least one non-ionic comonomer in
the presence of a crosslinking agent in a water-in-oil
30  inverse emulsion employing an effective amount of surfactant
or surfactant mixture to produce microbeads of less than
about 0.75 micron.

The amphoteric polymers for the use in the practice of
the present invention comprise copolymers of one or more of
35  the foregoing anionic monomers and one or more of the
following cationic ethylenically unsaturated monomers

CIBA 038099

- 6 -

(meth)acrylates of dialkylaminoalkyl compounds, and salts
and quaternaries thereof and in particular monomers of
N,N-dialkylaminoalkyl(meth)acrylamides, and salts and
quaternaries thereof, such as N,N-dimethylaminoethy-
acrylamides; and the acid or quaternary salts thereof and
the like.  Cationic monomers which may be used herein are of
the following general formulae:

$$( I ) \quad CH_2 = \underset{\underset{R_1}{|}}{C} - \underset{\underset{}{\|}}{C} - X - A - \underset{\underset{\underset{R_4}{|}}{N^+} - R_3}{\overset{R_2}{|}} \quad . \quad Z^-$$

where $R_1$ is hydrogen or methyl, $R_2$ is hydrogen or lower
alkyl of 1-4 carbon atoms, $R_3$ and/or $R_4$ are hydrogen, alkyl
of 1-12 carbon atoms, aryl, or hydroxyethyl and $R_2$ and $R_3$,
or $R_3$ and $R_4$, can combine to form a cyclic ring containing
one or more hetero atoms, and Z is the conjugate base of an
acid; X is oxygen or $-NR_1$, wherein $R_1$ is as defined above,
and A is an alkylene group of 1-12 carbon atoms, or



( II )

where $R_5$ and $R_6$ are hydrogen or methyl, $R_7$ is hydrogen or
alkyl of 1-12 carbon atoms, and $R_8$ is hydrogen, alkyl of
1-12 carbon atoms, benzyl or hydroxyethyl; and Z is as
defined above.

These ethylenically unsaturated anionic, cationic and
non-ionic monomers may be copolymerized to produce anionic
and amphoteric copolymers.  Preferably, acrylamide is
copolymerized with a anionic monomer.  Anionic copolymers

CIBA 038100

- 7 -

useful in the practice of this invention comprise from about
0 to about 95 parts, by weight of non-ionic monomer and
about 5 to about 100 parts, by weight, of anionic monomer,
based on the total polymer weight. Amphoteric polymers may
be produced from about 1-99 parts, by weight, same basis, of
anionic monomer and from about 99-1 parts, by weight, of
cationic monomer, optionally with from about 0-75 parts, by
weight, of a non-ionic monomer, the total weight of the
anionic monomer and cationic monomer being at least 5%.
Polymerization of the monomers is conducted in the presence
of a polyfunctional crosslinking agent to form the
crosslinked composition. The polyfunctional crosslinking
agent comprises molecules having either at least two double
bonds, a double bond and a reactive group, or two reactive
groups. Illustrative of those containing at least two
double bonds are N,N-methylenebisacrylamide,
N,N-methylenebismethacrylamide, polyethyleneglycol
diacrylate, polyethyleneglycol dimethacrylate, N-vinyl
acrylamide, divinylbenzene, triallylammonium salts,
N-methylallylacrylamide and the like. Polyfunctional
branching agents containing at least one double bond and at
least one reactive group include, glycidyl acrylate,
acrolein, methylolacrylamide and the like. Polyfunctional
branching agents containing at least two reactive groups
include aldehydes such as glyoxal, diepoxy compounds,
epichlorohydrin and the like.

Crosslinking agents are to be used in sufficient
quantities to assure a crosslinked composition. Preferably
at least about 4 molar parts per million of crosslinking
agent, based on the monomeric units present, are employed to
induce sufficient crosslinking and preferred is a
crosslinking agent content of from about 4 to about 6000
molar parts per million, more preferably about 20-4000 and
most preferably about 50-2000 molar parts per million.

One method of obtaining the polymeric microparticles of
this invention is to polymerize the monomers in a
microemulsion. Polymerization in microemulsions and inverse

CIBA 038101

- 8 -

microemulsions is known to those skilled in this art.  P.
Speiser reported in 1976 and 1977 a process for making
spherical "nanoparticles" with diameters less than 800A by
(1) solubilization of polymerizable molecules, e.g.
acrylamide and methylenebisacrylamide and other materials,
5  e.g. drugs, in micelles and (2) polymerizing the monomers in
the micelles.  J. Pharm. Sa., 65(12), 1763 (1976) and United
States Patent No. 4,021,364.  Both inverse water-in-oil and
oil-in-water "nanoparticles" were prepared by this process.
While not specifically called microemulsion polymerization
10  by the author, this process does contain all the features
which are currently used to define microemulsion
polymerization.  These reports also constitute the first
examples of polymerization or acrylamide in a microemulsion.
Since then, numerous publications reporting polymerization
15  of hydrophobic polymers in the oil phase of microemulsions
have appeared.  See, for example, Stoffer and Bone, J.
Dispersion Sci. and Tech., 1(1), 37, 1980 and Atik and
Thomas, J. Am. Chem. Soc'y, 103(14), 4279 (1981); and GB
2161492A.
20      The ionic and amphoteric microemulsion polymerization
process may be conducted by (i) preparing a monomer
microemulsion by adding an aqueous solution of the monomers
to a hydrocarbon liquid containing appropriate surfactant or
surfactant mixture to form an inverse monomer microemulsion
25  consisting of small aqueous droplets which, when
polymerized, result in polymer particles of less than 0.75
micron in size, dispersed in the continuous oil phase and
(ii) subjecting the monomer microemulsion to free radical
polymerization.
30      In order to obtain an inverse microemulsion, it is
generally necessary to use particular conditions whose main
parameters are as follows:  surfactant concentration, HLB of
surfactant or surfactant mixture, temperature, nature of the
organic phase and composition of the aqueous phase.
35      The aqueous phase comprises an aqueous mixture of the
monomers, anionic or a mixture of anionic and cationic and

CIBA 038102

- 9 -

optionally non-ionic, and the crosslinking agent, as defined
above.  The aqueous monomer mixture may also comprise such
conventional additives as are desired.  For example, the
mixture may contain chelating agents to remove
polymerization inhibitors, pH adjusters, initiators and
5    other conventional additives.

     Essential to the formation of the microemulsion, which
may be defined as a swollen, transparent and
thermodynamically stable micelle solution without agitation,
comprising two liquids insoluble in each other and a
10   surfactant, in which the micelles are much smaller than in
an emulsion, is the selection of appropriate organic phase
and surfactant.

     The selection of the organic phase has a substantial
effect on the minimum surfactant concentration necessary to
15   obtain the inverse microemulsion.  This organic phase may
comprise of a hydrocarbon or hydrocarbon mixture.  Saturated
hydrocarbons or mixtures thereof are the most suitable in
order to obtain inexpensive formulations (lower surfactant
content) of inverse microemulsions.  Typically, the organic
20   phase will comprise benzene, toluene, fuel oil, kerosene,
odorless mineral spirits and mixtures of any of the
foregoing.

     The ratio by weight of the amounts of aqueous and
hydrocarbon phases is chosen as high as possible, so as to
25   obtain, after polymerization, a microemulsion of high
polymer content.  Practically, this ratio may range, for
example from about 0.5 to about 3:1, and usually is about
2:1.

     The one or more surfactants are selected in order to
30   obtain an HLB (Hydrophilic Lipophilic Balance) value ranging
from about 8 to about 11.  In addition to the appropriate
HLB value, the concentration of surfactant must also be
optimized, i.e. sufficient to form an inverse emulsion
having the correct particle size.  Typical surfactants
35   useful in the practice of this invention, in addition to
those specifically discussed above, may be anionic, cationic

CIBA 038103

- 10 -

or non-ionic and are selected from polyoxyethylene (20)
sorbitan trioleate, sorbitan trioleate, sodium
di-2-ethylhexylsulfosuccinate, oleamidopropyldimethylamine;
sodium isostearyl-2-lactate and the like.

5      Polymerization of the emulsion may be carried out in
any manner known to those skilled in the art.  Initiation
may be effected with a variety of thermal and redox
free-radical initiators including azo compounds, such as
_azobisisobutyronitrile_; peroxides, such as t-butyl peroxide;

10  organic compounds, such as potassium persulfate and redox
couples, such as ferrous ammonium sulfate/ammonium
persulfate.  Polymerization may also be effected by
photochemical irradiation processes, irradiation, or by
ionizing radiation with a 60 Co source.  Preparation of an
aqueous product from the emulsion may be effected by

15  inversion by adding it to water which may contain a breaker
surfactant.  Optionally, the polymer may be recovered from
the emulsion by stripping or by adding the emulsion to a
solvent which precipitates the polymer, e.g. isopropanol,
filtering off the resultant solids, drying and redispersing

20  in water.

     The product of this invention is useful in facilitating
a wide range of solid-liquid separation operations.  The
products of this invention may be used to dewater
biologically treated suspensions, such as sewage and other

25  municipal or industrial sludges; the drainage of cellulosic
suspension, such as those found in paper production, e.g.
paper waste; and the settling and dewatering of various
inorganic suspensions, e.g. refinery waste, coal waste, etc.

30  DESCRIPTION OF THE PREFERRED EMBODIMENTS

     The following examples illustrate the present
invention.  They are not be construed as limitations on the
present invention except as set forth in the appended
claims.

35

CIBA 038104

- 11 -

<u>Examples 1 - 5</u>
<u>Procedure for the Preparation of</u>
<u>Anionic Microemulsion</u>

The master batch of aqueous phase is made by mixing
acrylic acid (AA), as the sodium salt,  200 parts deionized
5   water, 56.5% sodium hydroxide, crystal acrylamide (AMD), 0.3
part 10% pentasodium diethylenetriaminepentaacetate, 39.0
parts additional deionized water, and 1.5 parts of 0.518%
copper sulfate pentahydrate together.  To 110.2 parts of
this aqueous phase solution, 6.5 parts deionized water, 0.25
10   part 1% t-butyl hydroperoxide and N,N-methylene
bisacrylamide (MBA) are added.  This aqueous phase is mixed
with an oil phase containing 77.8 parts of low odor paraffin
oil, 3.6 parts sorbitan sesquioleate and 21.4 parts
polyoxyethylene sorbitol hexaoleate.
15       This emulsion is deaerated with nitrogen for 20
minutes.  The polymerization is then ~~initiated~~ with gaseous ^(initiated)
$SO_2$.  The polymerization is then allowed to exotherm to 40°C
and is controlled at 40°C (+ 5°C) with ice water.  The ice
water is removed when cooling is no longer required.  The
20   nitrogen is continued for one hours.  The total
polymerization time is 2.5 hours.
If desired, the polymer may be recovered from the
emulsion by stripping or by adding the emulsion to a solvent
which precipitates the polymer, e.g. isopropanol, filtering
25   off the resultant solids, drying and redispersing in water.
At the time of use e.g. as a paper-making additive, the
recovered polymer may be dispersed in water.  The emulsion,
microbeads may also be directly dispersed in water.
Depending on the surfactant and levels used in the emulsion
30   dispersion may require using high a hydrophilic lipophilic
balance (HLB) inverting surfactant such as an ethoxylated
alcohol; polyoxyethyllated sorbitol hexaoleate;
diethanolamine oleate; ethoxylated laurel sulfate etc. as in
known in the art.
35       The procedure for preparing amphoteric emulsions e.g.
15AA/60AMD/25 dimethylaminoethylacrylate (DMEA) /349 ppm

CIBA 038105

- 12 -

MBA, is repeated for the preparation of the anionic
emulsions with the exception that the concentration of the
individual monomers employed are adjusted accordingly.

 Various monomers are polymerized in accordance with the
above procedure.  The results are set forth in Table I,
5  below.

10

15

20

25

30

35

CIBA 038106

- 13 -

## Table I

### Preparation of Anionic Microbeads

| Example | Copolymer Compositions (Mole %) AMD | AA | NaAPS | MBA PPM | PS NM | SV mPa.S |
|---------|------|------|-------|---------|-------|----------|
| 1 | 70 | 30 | --- | 349 | 130 | 1.19 |
| 2 | 40 | 60 | --- | 1381 | 120 | 1.10 |
| 3 | 0 | 100 | --- | 1985 | 80 | 1.35 |
| 4 | 70 | --- | 30 | 995 | --- | 1.37 |
| 5 | 70 | --- | 30 | 10,086 | --- | 1.15 |
| 6 | 70 | 30 | --- | 1000 | 464 | --- |
| 7 | 70 | 30 | --- | 1000 | 149 | 1.02 |
| 8 | 70 | 30 | --- | 1000 | 106 | 1.06 |

NaAPS = Sodium 2-Acrylamido-2-methylpropane Sulfonic Acid

PS = Number Average Particle Size in Nanometers

SV = Solution Viscosity (0.1% polymer in M NaCl, 25°C using a Brookfield UL adapter at 60 rpm

CIBA 038107

- 14 -

<u>Example 9</u>

In paper making processes it is found that the addition
of anionic microbeads, preferably with a high molecular
weight cationic polymer to a conventional paper making stock
increases the drainage rate of water from the paper. The
5  following examples illustrate this utility but are not to be
construed to limit the invention in any manner whatsoever.

A 70/30 hardwood/softwood bleached kraft pulp is used
containing 25% $CaCO_3$ for alkaline papermaking at a pH of 8.0
Drainage is a measure of the time required for a certain
10  volume of water to drain through the paper and is here
measured as a10X drainage. (K. Britt, TAPPI <u>63</u>(4) p67
(1980). Hand sheet are prepared on a Noble and Wood sheet
machine. In the test examples, the linear cationic
copolymer is a 10 mole % of acryloxyethyltrimethylammonium
15  chloride (AETMAC) and 90 mole % of acrylamide (AMD) of
5,000,000 to 10,000,000 mol. wt. with a charge density of
1.2 meg./g. and SV-4.0 cps. The anionic microbeads in Table
II are added separately to the thin paper stock. The
cationic polymer is added to the test furnish in a "Vaned
20  Britt Jar" and subjected to 800 rpm stirring for 30 seconds.
The anionic microbead is then added and subjected to 800 rpm
stirring for 30 seconds and then drainage times are
measured. The results of testing are set forth in Table II,
below.

25

30

35

CIBA 038108

- 15 -

Table II

Drainage Aid Test Data

| Example | Cationic Polymer | Dosage (lb/ton) | Anionic Polymer Microbead of Example No. | Dosage (lb/ton) | Drainage Time (Sec) |
|---|---|---|---|---|---|
| 6 | -0- | | -- | | 161.1 |
| 7 | 10 AETMAC/ 90 AMD | 2 | | | 116.9 |
| 8 | do | 2 | -1- | (0.5) | 75.8 |
| 9 | do | 2 | -1- | (1.0) | 72.1 |
| 10 | do | 2 | -1- | (2.0) | 84.3 |
| 11 | do | 2 | -2- | (0.5) | 66.3 |
| 12 | do | 2 | -2- | (1.0) | 72.4 |
| 13 | do | 2 | -2- | (2.0) | 74.7 |
| 14 | do | 2 | -3- | (0.5) | 78.8 |
| 15 | do | 2 | -3- | (1.0) | 74.1 |
| 16 | do | 2 | -3- | (2.0) | 80.2 |
| 17 | do | 2 | -4- | (0.5) | 95.0 |
| 18 | do | 2 | -4- | (1.0) | 86.6 |
| 19 | do | 2 | -4- | (2.0) | 95.5 |
| 20 | do | 2 | -5- | (0.5) | 119.7 |
| 21 | do | 2 | -5- | (1.0) | 121.8 |
| 22 | do | 2 | -5- | (2.0) | 111.4 |

CIBA 038109

- 16 -

    The drainage time for the untreated alkaline paper stock is 161.1 seconds.  Addition of the linear, cationic polymer, 10 AETMAC/90 AMD, at a level of 2 lbs/ton decreases the drainage time to 116.9.  Further decreases in drainage time are obtained by the joint addition of the anionic
5  microbeads of this invention of doses of 0,5, 1.0 and 2.0 lbs/ton with the 2 lbs/ton of the cationic polymer.  The microbead 70 AMD/30 Na AMPS/10,086 ppm MBA has little effect on drainage due to the excessively high degree of cross-linking and is outside the scope of this invention.
10  The higher degree anionicity of 2 microbeads (40 AMD/60 AA/1381 ppm MBA-120nm and 100AA/1985 ppm MBA-80 nm) improves drainage time over those of the lower degree of anionicity microbeads 70 AMD/30 NaAPS/995 ppm MBA.  The 1.0 lb/ton dosage of anionic microbead gives better drainage times than
15  either the 0.5 or 2.0 lbs/ton dosage.  The only exception is with the microbead 40AMD/60 AA/1,381 ppm MBA where the 0.5 lb/ton dosage is the most desirable.

### Examples 23 - 27

20      Anionic microbeads of 5 and 10 mole percent of anionic charge and amphoteric microbeads with a 5 mole % higher anionic charge than cationic charge are made by the procedure of Example 1 and are shown in Table III.  The microbeads have a particle size under 0.5 micron in Examples
25  23-27.

30

35

CIBA 038110

- 17 -

## Table III

### Preparation of Anionic and Amphoteric Microbeads

| Example | Copolymer Compositions (Mole %) | | | | MBA ppm | PS NM | SV mPa.S |
|---------|-----|------|-------|------|------|------|------|
|         | AMD | NaAc | NaAPS | DMEA |      |      |      |
| 23 | 90 | 10 | -- | -- | 496 | -- | 1.34 |
| 24 | 95 | 5 | -- | -- | 97 | -- | 1.89 |
| 25 | 85 | -- | 10 | 5 | 1026 | -- | 1.40 |
| 26 | 55 | -- | 25 | 20 | 5101 | -- | 1.59 |
| 27 | 60 | -- | -- | 40 | 100 | 100 | -- |

DMEA  =  Acryloxylethyltrimethyl-
          ammonium Chloride

See Table I for other legends

CIBA 038111

- 18 -

### Example 28

The anionic and amphoteric microbeads of Table III are used in the paper making process described in Example 2. The results are substantially the same.

5
### Examples 29-33

The procedure of Example 1 is again followed except that different monomers are employed in the preparation of the microbead.  The results are set forth in Table IV, below.

10

#### Table IV

| Example | Non-Ionic Monomer (%) | Anionic Monomer (%) | MBA PPM |
|---------|------------------------|----------------------|---------|
| 29 | AM-50 | MMA-50 | 117 |
| 30 | AM-65 | VSA-35 | 226 |
| 31 | AM-75 | DADM-25 | 198 |
| 32 | -- | NaAPS-100 | 316 |
| 33 | MAM-90 | AA-10 | 441 |

20
```
MAM  = methacrylamide
MMA  = methacrylic acid
VSA  = vinylsulfonic acid
DADM = diallydimethylammonium chloride
```

The above mentioned patents and publications are
25  incorporated herein by reference.

Many variations of the present invention will suggest themselves to those skilled in this art in light of the above detailed description.  Chain-transfer agents may be optionally added to the monomer solution.  Also contemplated
30  are all methods of polymerization and dewatering processes.

All such obvious modifications are within the full intended scope of the appended claims.

35

CIBA 038112

- 19 -

31,320

WE CLAIM:

1. A composition comprising cross-linked anionic or amphoteric, organic polymeric microparticles, said microparticles having an unswollen number average particle size diameter of less than about 0.75 micron, a solution viscosity of at least about 1.1 mPa.s and a crosslinking agent content of above about 4 molar parts per million, based on the monomeric units present in the polymer, and an ionicity of at least about 5.0%.

2. A composition as defined in Claim 1 wherein said crosslinking agent content ranges from about 4 to about 6,000 molar parts per million.

3. A composition as defined in Claim 2 wherein said crosslinking agent content is from about 20 to about 4,000 molar parts per million.

4. A composition as defined in Claim 2 wherein said crosslinking agent content is from about 50 to about 2,000 molar parts per million.

5. A composition as defined in Claim 1 wherein said crosslinking agent is a difunctional monomer selected from N,N'-methylenebisacrylamide, N,N'-methylenebismethacrylamide, polyethyleneglycol dimethacrylate, polyethyeneglycol diacrylate, N-vinyl acrylamide, glycidyl acrylate, divinylbenzene, acrolein, aldehydes, glyoxal, diepoxy compounds, epichlorohydrin and mixtures of the foregoing.

6. A composition as defined in Claim 5 wherein said crosslinking agent comprises N,N'-methylenebisacrylamide.

- 20 -

7.  A composition as defined in Claim 1 wherein said
said unswollen diameter is less than 0.5 micron.

8.  A composition as defined in Claim 1 wherein the
organic polymer microparticle is composed of at least one
ethylenically unsaturated non-ionic monomer.

9.  A composition as defined in Claim 1 wherein the
organic polymer microparticle is composed of at least one
anionic monomer selected from acrylic acid, methylacrylic
acid, ethylacrylic acid, 2-acrylamido-2-methylpropane-
sulfonic acid or mixtures or salts thereof.

10.  A composition as defined in Claim 9 wherein said
*anionic*
cationic monomer comprises sodium acrylate, sodium
methylacrylate, sodium ethylacrylate or sodium
2-acrylamido-2-methylpropanesulfonate.

11.  A composition as defined in Claim 1 wherein the
organic polymer microparticle is amphoteric and is composed
of from 1% to 99% of an anionic monomer selected from
acrylic acid, methacrylic acid, ethacrylic acid,
2-acrylamido-2-methylpropane sulfonic acid or salts thereof
and from 99% to 1% of a cationic monomer selected from
acryloxyethyltrimethylammonium chloride,
3-methacrylamidopropyltrimethylammonium chloride,
diallyldimethylammonium chloride and mixtures thereof.

12.  A composition as defined in Claim 8 wherein said
non-ionic ethylenically unsaturated monomer is selected from
acrylamide; methacrylamide;N,N-dialkylacrylamides;
N-alkylacrylamides; N-vinylmethacetamide; N-vinyl
methylformamide; vinyl acetate; N-vinyl pyrrolidone and
mixtures thereof.

13.  A composition as defined in Claim 1 wherein said
organic polymer microbead is composed of sodium acrylate and
acrylamide.

- 21 -

14. A process for the preparation of a composition as defined in Claim 1, said process comprising:

    (a) admixing

        (i) an aqueous solution comprising at least one ethylenically unsaturated anionic monomer alone or in admixture with a cationic monomer, and at least one crosslinking agent and, optionally, at least one ethylenically unsaturated non-ionic monomer;

        (ii) an oily phase comprising at least one hydrocarbon liquid;

        (iii) an effective amount of surfactant or surfactant mixture, so as to form an inverse emulsion; and

    (b) subjecting the inverse emulsion obtained in step (a) to polymerization conditions.

15. A process as defined in Claim 14 wherein said monomer solution of step (a)(i) comprises sodium acrylate as said anionic monomer, N,N-methylenebisacrylamide as said crosslinking agent and acrylamide as said non-ionic monomer.

16. A process as defined in Claim 14 wherein said oily phase of step (a)(ii) comprises a saturated hydrocarbon.

17. A process as defined in Claim 14 wherein said surfactant or surfactant mixture of step (a)(iii) comprises polyoxythylene sorbitol hexaoleate or a mixture thereof with sorbitan sesquioleate.

18. A process as defined in Claim 14 wherein said polymerization conditions of step (b) comprise adding a polymerization initiator.

CIBA 038115

- 22 -

19. A process as defined in Claim 18 wherein said polymerization initiator comprises sodium metabisulfite or tertiary-butyl hydroperoxide.

20. A process as defined in Claim 14 wherein said polymerization conditions of step (b) comprise subjecting said inverse emulsion to ultraviolet irradiation.

21. A process as defined in Claim 14 wherein said aqueous solution of step (a)(i) additionally contains an effective amount of a chain-transfer agent selected from an alcohol, mercaptan, phosphite, sulfite, or a mixture thereof.

22. A process as defined in Claim 14 which also includes step (c), comprising recovering the composition from the emulsion.

CIBA 038116

[REV.4Apr89/MB1-1]

Docket No. 31,320
PATENT

## COMBINED DECLARATION AND POWER OF ATTORNEY
(Original,Design,Supplemental,Divisional,Continuation,CIP)

As the below named inventor, I hereby declare that:

### TYPE OF DECLARATION

This declaration is of the following type:

    [ X ] original
    [   ] design
    [   ] supplemental
    [   ] divisional
    [   ] continuation
    [   ] continuation-in-part (CIP)

### INVENTORSHIP IDENTIFICATION

My residence, post office address and citizenship are as stated
below next to my name, I believe I am the original, first and
sole inventor (if only one name is listed below) or an original,
first and joint inventor (if plural named are listed below) of
the subject matter which is claimed for, for which a patent is
sought on the invention entitled:

### TITLE OF INVENTION

Cross-Linked Anionic and Amphoteric Polymeric Microparticles

### SPECIFICATION IDENTIFICATION

the specification of which: (complete (a), (b), or (c))
    (a) [ X ] is attached hereto.
    (b) [   ] was filed on _____ as
            [   ] Serial Number    /
            [   ] Express Mail No., as Serial Number not
                  yet known
    (c) [   ] was described and claimed in PCT International
            Application No. _____ filed on
            _____ and as amended under PCT
            Article 19 on _____ (if any).

CIBA 038117

[REV.4Apr89/MB1-1]          -2-

ACKNOWLEDGEMENT OF REVIEW OF PAPERS AND DUTY OF CANDOR

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37 CFR 1.97.

PRIORITY CLAIM

I hereby claim foreign priority benefits under Title 35, United States Code, Section 119 of any foreign application(s) for patent or inventor's certificate or of any PCT International application(s) designating at least one country other than the United States of America listed below and have also identified below any foreign application(s) for patent or inventor's certificate of any PCT International application(s) designating at least one country other than the United States of America filed by me on the same subject matter having a filing date before that of the application(s) of which priority is claimed.

(d) [ X ] no such applications have been filed.

(e) [    ] such applications have been filed as follows.

Note: Where item (c) is entered above and the International Application which designated the U.S. claimed priority check item (e), enter the details below and make the priority claim.

Earliest Foreign Application(s), if any, filed within 12 months (6 months for Design) prior to this U.S. Application

| COUNTRY | APPLICATION NUMBER | DATE OF FILING (DAY,MONTH,YEAR) | PRIORITY CLAIMED 35 USC 119 |
|---------|--------------------|---------------------------------|------------------------------|
|         |                    |                                 |                              |
|         |                    |                                 |                              |
|         |                    |                                 |                              |
|         |                    |                                 |                              |

CIBA 038118

[REV.4Apr89/MBl-1]          -3-

All Foreign Application(s), if any, Filed More Than 12 Months
(6 Months for Design) Prior to This U.S. Application

_____

_____

_____

## POWER OF ATTORNEY

As a named inventor, I hereby appoint the following
attorney(s) and/or agent(s) to prosecute this application and
transact all business in the Patent and Trademark Office
connected therewith.

*301*

| Frank M. Van Riet | 19933 |
| (Name) | (Reg. No.) |
| Gordon L. Hart | 20191 |
| (Name) | (Reg. No.) |
| Roger S. Benjamin | 27025 |
| (Name) | (Reg. No.) |
| Michael J. Kelly | 27910 |
| (Name) | (Reg. No.) |
| Steven H. Flynn | 29639 |

[   ]    Attached as part of this declaration and power of
attorney is the authorization of the above-named
attorney(s) to accept and follow instructions from my
representative(s).

--------------------------------------------------

SEND CORRESPONDENCE AND TELEPHONE CALLS TO:

*601* Frank M. Van Riet
*602* C/O American Cyanamid Company
*701* 1937 West Main Street
*702* Stamford, CT  06904-0060
Telephone No. (203) 321-2614

--------------------------------------------------

CIBA 038119

[REV.4Apr89/MB1-1]                    -4-

<u>DECLARATION</u>

    I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

<u>SIGNATURE(S)</u>

Full name of <u>SOLE OR FIRST</u> INVENTOR <u>Roderick Glynn Ryles</u>

Inventor's signature _Roderick Glyn Ryles_

Date _7th June 1990_

Country of Citizenship <u>British</u>

Residence <u>96 Wendy Road, Milford, CT</u> _C.T._

Post Office Address <u>Same</u>


Full name of <u>SECOND</u> JOINT INVENTOR, if any <u>Dan S. Honig</u>

Inventor's signature _Dan S. Honig_

Date _June 7, 1990_

Country of Citizenship <u>United States</u>

Residence <u>12 Conrad Road, New Canaan, CT   06840</u> _CT_

Post Office Address <u>Same</u>


Full name of <u>THIRD</u> JOINT INVENTOR, if any <u>Elieth W. Harris</u>

Inventor's signature _Elieth W Harris_

Date _June 7, 1990_

Country of Citizenship <u>Antigua</u>

Residence <u>484 Colorado Avenue, Bridgeport, CT   06605</u> _CT_

Post Office Address <u>Same</u>


                           → over

CIBA 038120

[REV.4Apr89/MB1-l]                    -5-


THE FOLLOWING 'ADDED PAGES' FORM A PART OF THIS DECLARATION

[ X ] Signature for fourth and subsequent joint inventors on
      ADDED PAGES.
[    ] ADDED PAGES TO COMBINED DECLARATION, POWER OF ATTORNEY
      for divisional, continuation, or continuation-in-part (CIP)
      application.
      [    ] Number of ADDED PAGES: _____
      [    ] Declaration ends with this page.

CIBA 038121

[REV.4Apr89/MB1-1]          -6-

## ADDED PAGE TO COMBINED DECLARATION AND POWER OF ATTORNEY FOR
## SIGNATURE BY FOURTH AND SUBSEQUENT INVENTORS

Full name of FOURTH JOINT INVENTOR, if any Roger E. Neff _____

Inventor's signature _Roger E. Neff_____
Date ___6/7/90_____
Country of Citizenship United States _____
Residence 66 Woodridge Drive, Stamford, CT  CT _____
Post Office Address _____


Full name of FIFTH JOINT INVENTOR, if any _____

Inventor's signature _____
Date _____
Country of Citizenship _____
Residence _____
Post Office Address _____


Full name of SIXTH JOINT INVENTOR, if any _____

Inventor's signature _____
Date _____
Country of Citizenship _____
Residence _____
Post Office Address _____


Full name of SEVENTH JOINT INVENTOR, if any _____

Inventor's signature _____
Date _____
Country of Citizenship _____
Residence _____
Post Office Address _____

CIBA 038122



CIBA 038123



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/535,626 | 06/11/90 | RYLES | R | 31,320 |

| EXAMINER |
|---|
| CHENG, W |

| ART UNIT | PAPER NUMBER |
|---|---|
| 155 | 2 |

FRANK M. VAN RIET
C/O AMERICAN CYANAMID CO.
1937 WEST MAIN STREET
STAMFORD, CT 06904-0060

DATE MAILED: 08/16/90

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined  ☐ Responsive to communication filed on_____  ☐ This action is made final.

A shortened statutory period for response to this action is set to expire __3__ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I    THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☒ Notice of References Cited by Examiner, PTO-892.
2. ☐ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.
4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.
6. ☐ _____

**Part II    SUMMARY OF ACTION**

1. ☒ Claims _1 to 22_ are pending in the application.

   Of the above, claims _14 to 22_ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims _1 to 13_ are rejected.

5. ☒ Claims _5, 8, 10, and 12_ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings are, ☐ acceptable; ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____, has (have) been ☐ approved by the examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved; ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received ☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

PTOL-326 (Rev.9-85)

**EXAMINER'S ACTION**

CIBA 038124

TO SEPARATE, HO D TOP AND BOTTOM EDGES, SNAP-APART AND ISCARD CARBON

| FORM PTO-892 (REV. 3-78) | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO. 07/535626 | GROUP ART UNIT 155 | ATTACHMENT TO PAPER NUMBER |
|---|---|---|---|---|
| | NOTICE OF REFERENCES CITED | APPLICANT(S) R. G. Ryles, D. S. Honig, E. W. Harris, and R. E. Neff | | |

### U.S. PATENT DOCUMENTS

| * | | DOCUMENT NO. | | | | | | | DATE | NAME | CLASS | SUB-CLASS | FILING DATE IF APPROPRIATE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 4 | 6 | 8 | 1 | 9 | 1 | 2 | | 7-21-87 | Durand et al. | 524 | 827 | |
| B | 4 | 1 | 4 | 7 | 6 | 8 | 8 | | 4-3-79 | Makhlouf et al. | 526 | 273 | |
| C | 3 | 6 | 9 | 1 | 1 | 4 | 0 | | 9-12-72 | Silver | 524 | 815 | |
| D | | | | | | | | | | | | | |
| E | | | | | | | | | | | | | |
| F | | | | | | | | | | | | | |
| G | | | | | | | | | | | | | |
| H | | | | | | | | | | | | | |
| I | | | | | | | | | | | | | |
| J | | | | | | | | | | | | | |
| K | | | | | | | | | | | | | |

### FOREIGN PATENT DOCUMENTS

| * | DOCUMENT NO. | DATE | COUNTRY | NAME | CLASS | SUB-CLASS | PERTINENT SHTS. DWG / PP. SPEC. |
|---|---|---|---|---|---|---|---|
| L | | | | | | | |
| M | | | | | | | |
| N | | | | | | | |
| O | | | | | | | |
| P | | | | | | | |
| Q | | | | | | | |

### OTHER REFERENCES (Including Author, Title, Date, Pertinent Pages, Etc.)

| | |
|---|---|
| R | Y. S. Leong and F. Candau, Inverse Microemulsion Polymerization, Journal of Physical Chemistry 86, 2269, 1982 |
| S | |
| T | |
| U | |

| EXAMINER CHENG, W. C. | DATE 8-6-90 |
|---|---|

* A copy of this reference is not being furnished with this office action.
(See Manual of Patent Examining Procedure, section 707.05 (a).)

CIBA 038125