# United States Patent [19]

## Durand et al.

[11]  Patent Number:  **4,681,912**

[45]  Date of Patent:  **Jul. 21, 1987**

[54]  PROCESS FOR MANUFACTURING INVERSE MICROLATICES OF WATERSOLUBLE COPOLYMERS, THE RESULTANT INVERSE MICROLATICES AND THEIR USE FOR IMPROVING THE PRODUCTION OF HYDROCARBONS

[75]  Inventors:  Jean-Pierre Durand, Chatou; Denise Nicolas, Maurepas; Norbert Kohler, Saint Germain en Laye; Francois Dawans, Boogival; Françoise Candau, Strasbourg, all of France

[73]  Assignee:  Institut Francais du Petrole, Rueil-Malmaison, France

[21]  Appl. No.:  742,445

[22]  Filed:  Jun. 7, 1985

[30]  **Foreign Application Priority Data**

Jun. 7, 1984  [FR]  France ....................... 84 08906
Jun. 7, 1984  [FR]  France ....................... 84 08907

[51]  Int. Cl.4 ................................ C08J 0/00
[52]  U.S. Cl. .................. 524/827; 524/829; 524/831
[58]  Field of Search .................. 524/827, 829, 831

[56]  **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 28,474 | 7/1974 | Anderson et al. | 523/336 |
| 3,284,393 | 11/1966 | Vanderhoff et al. | 526/207 |
| 3,826,771 | 7/1974 | Anderson et al. | 524/817 |
| 4,021,399 | 5/1977 | Hunter et al. | 524/827 |
| 4,022,731 | 5/1977 | Schmitt | 524/166 |
| 4,030,321 | 1/1978 | Goretta et al. | 524/829 |
| 4,077,930 | 3/1978 | Lim et al. | 524/829 |
| 4,147,681 | 4/1979 | Lim et al. | 524/831 |

| | | | |
|---|---|---|---|
| 4,242,247 | 12/1980 | Pellon et al. | 260/29.6 |
| 4,330,450 | 5/1982 | Lipowski et al. | 524/547 |
| 4,435,528 | 3/1984 | Domina | 524/827 |
| 4,464,508 | 8/1984 | Eastedy, Jr. | 524/801 |
| 4,521,317 | 6/1985 | Candau et al. | 252/8.55 D |
| 4,524,175 | 6/1985 | Stanley, Jr. | 524/831 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0074661 | 3/1983 | European Pat. Off. | 524/831 |
| 0119078 | 9/1984 | European Pat. Off. | 524/831 |
| 2354006 | 5/1975 | Fed. Rep. of Germany . | |
| 0841127 | 7/1960 | United Kingdom | 524/801 |
| 2093464 | 9/1982 | United Kingdom | 524/827 |
| 2118200 | 10/1983 | United Kingdom | 524/827 |
| 2140433 | 11/1984 | United Kingdom | 524/831 |

*Primary Examiner*—Joseph L. Schofer
*Assistant Examiner*—J. M. Reddick
*Attorney, Agent, or Firm*—Millen & White

[57]  **ABSTRACT**

By a new process, inverse microlatices of watersoluble copolymers are prepared by copolymerization within an inverse microemulsion obtained by admixing an aqueous phase containing the hydrosoluble monomers to be copolymerized, an organic phase and a non-ionic surfactant or a mixture of non-ionic surfactants, whose H L B ranges from 8 to 11.

The resultant microlatices can be diluted in water so as to form thickened solutions, which can be used to improve the production of hydrocarbons from oil formations, particularly in enhanced recovery methods or methods for preventing water inflows in producing wells.

**13 Claims, 1 Drawing Figure**

CIBA 038126

**U.S. Patent**          Jul. 21, 1987          **4,681,912**



CIBA 038127

4,681,912

1

PROCESS FOR MANUFACTURING INVERSE
MICROLATICES OF WATERSOLUBLE
COPOLYMERS, THE RESULTANT INVERSE
MICROLATICES AND THEIR USE FOR
IMPROVING THE PRODUCTION OF
HYDROCARBONS

The invention relates to a process for manufacturing
inverse microlatices by copolymerization, in an inverse
microemulsion, of at least two hydrosoluble vinyl mon-
omers, and to the inverse microlatices obtained by this
process by "hydro-soluble" is meant "water-soluble"
throughout.

It also concerns the use of these inverse microlatices
in the preparation of thickened aqueous solutions for
improving the production of hydrocarbons.

BACKGROUND OF THE INVENTION

The energy crisis has led to the development of nu-
merous surveys in order to recover a maximum amount
of the oil present in the field. Among the various con-
sidered methods, one of them consists of flooding the oil
field by means of an injection of salt water in order to
force petroleum out of the pores of the rock where it is
adsorbed. However, the difference in mobility between
oil and water considerably reduces the efficiency of said
method. In order to improve this technique, it is known
to thicken the injection water by means of hydrosoluble
polymers, such as partially hydrolized polyacrylamides,
acrylamide-sodium acrylate copolymers or polysaccha-
rides:

On the other hand, it has been found that aqueous
solutions, thickened by means of polymers, injected in
wells simultaneously producing water and oil, limit the
water production sufficiently without changing the oil
production. However, the use of hydrosoluble poly-
mers under actual conditions of use on the field, is often
a delicate operation. As a matter of fact, the handling,
storing and dissolution of polyacrylamides, as powder,
gives rise to certain problems, particularly those due to
absorption of moisture causing, formation of agglomer-
ates, whose dissolution is time-consuming.

For this reason, new modes of conditioning hydrosol-
uble polymers have been proposed, particularly with
inverse latices offering as a rule, all the advantages
associated with liquids handling. In this connection U.S.
Pat. Nos. 3,284,393, 3,624,019, 3,826,771 and 4,022,731,
as well as German patent application No. DE-A-
2.554.082 and British Pat. No. 2.030.578, are of particu-
lar interest.

In the formulations disclosed in these documents, the
surfactant is most often selected from non-ionic surfac-
tants having a low H L B (Hydrophilic Lipophilic Bal-
ance), providing a water-in-oil emulsion. It consists
usually of a sorbitan monooleate or monostearate. On
the other hand, it has been stated that certain surfactants
of higher H L B are also liable to give water-in-oil
emulsions (French Pat. No. 2 245 671).

However, inverse latices obtained according to the
prior art methods suffer from different disadvantages,
particularly an instability which results in a strong ten-
dency to settle and in the requirement of intense and
delicate shearing during their dissolution in aqueous
phase, i.e. during their inversion.

More recently, it has been proposed to use inverse
microlatices of hydrosoluble polymers of improved
stability (French patent application No. 2 524 895),

2

prepared by using anionic or cationic surface-active
agents.

SUMMARY OF THE INVENTION

A new process for preparing stable, transparent in-
verse microlatices, of hydrosoluble copolymers, using
certain proportions of non-ionic surfactants and result-
ing in increased contents of copolymers, has now been
discovered. This is of particular interest in view of the
use of these microlatices to form thickened solutions
used for improving the production of oil fields.

The microlatices prepared by the process of the in-
vention further have the advantage of being auto-
inversable.

The process for manufacturing inverse microlatices
according to the invention is generally defined by the
following steps of:

(a) preparing a microemulsion (stable and transpar-
ent) of the water-in-oil type, by admixing:

(i) an aqueous solution of the acrylic monomers to be
copolymerized with

(ii) an oily phase, comprising at least one hydrocar-
bon liquid,

(iii) in the presence of at least one non-ionic surfactant
whose H L B value ranges from 8 to 11 (when using a
mixture of surfactants, the resultant H L B is consid-
ered).

(b) subjecting the obtained inverse microemulsion of
step (a) to polymerization conditions up to complete
polymerization and production of a stable, transparent,
inverse microlatex of high molecular weight (the term
transparent also meaning translucent).

It will be recalled that an emulsion is a diphasic, tur-
bid, unstable medium. Under stirring, particles, dis-
persed either in water or in oil, are observed which
have a wide size distribution about an average value of
the order of a micron. When polymerizing an emulsion,
the polymer is dispersed in the large emulsion drops
(diameter of about 1 to 10 microns) as well as in the
small emulsifier micelles (diameter of about 5 to 10 nm).

A microemulsion is also formed of two liquids insolu-
ble in each other and a surfactant, but, in contrast with
the emulsion, the mere mixture of the constituents gives,
without any agitation, a transparent or translucent ther-
modynamically stable medium.

In the formulations of inverse microemulsions leading
to the microlatices of the invention, the aqueous phase
contains at least two hydrosoluble acrylic monomers:
on the one hand, acrylamide and/or methacrylamide
and, on the other hand, at least another acrylic mono-
mer selected from acrylic acid, methacrylic acid and
alkali salts of these salts. In the mixture of acrylic mon-
omers, the second acrylic monomer content may range
from 15 to 60% by weight and preferably from 20 to
45% by weight.

In order to obtain an inverse microemulsion, it is
generally necessary to use particular conditions whose
main parameters are as follows: surfactant concentra-
tion, H L B of the surfactant or of the surfactant mix-
ture, temperature, nature of the organic phase and com-
position of the aqueous phase.

The monomers content of the aqueous phase is gener-
ally 20-80% and usually 30-70% by weight.

Generally the pH of the monomers aqueous solution
ranges from 8 to 13 and advantageously from 9 to 11.

The selection of the organic phase has a substantial
effect on the minimum surfactant concentration neces-
sary to obtain the inverse microemulsion. This organic

CIBA 038128

4,681,912

| 3 | 4 |

phase may consist of a hydrocarbon or a hydrocarbon mixture. Isoparaffinic hydrocarbons or mixtures thereof are the best suitable in order to obtain inexpensive formulations (lower content of surfactants) of inverse microemulsions.

The ratio by weight of the amounts of aqueous phase and hydrocarbon phase is chosen as high as possible, so as to obtain, after copolymerization, a microlatex of high copolymer content. Practically, this ratio may range, for example, from 0.5 to 3/1; usually it is close to 2/1.

The one or more surfactants are selected in view to obtain a H L B ranging from 8 to 11. As a matter of fact, outside this range, the inverse microemulsions either cannot be obtained, or require a considerable amount of surfactants incompatible with an economical process. In addition, in the so-defined H L B range, the surfactant content must be sufficient to obtain an inverse microemulsion. Too low concentrations of surfactants lead to inverse emulsions similar to those of the prior art and form no part of this invention.

Within the H L B range, the surfactant concentration, in proportion to all of the constituents of the microemulsion is preferably higher than a value y (in % by weight) approximately defined by the following empirically determined equation:

$$y = 5.8\ x^2 - 110x + 534$$

wherein x is the H L B value of the surfactant or surfactant mixture.

## BRIEF DESCRIPTION OF THE DRAWING

The accompanying drawing shows a curve representing the surfactant concentration versus the H L B value. On this figure, the preferred domain of the invention has been hatched.

With respect to the upper limit of the surfactant concentration, it is desirable, for economical reasons, to limit said concentration to 25% by weight of all the constituents of the inverse microemulsion.

When preparing the inverse microemulsion, the temperature of the mixture must be carefully controlled, in view of the sensitivity to temperature of the inverse microemulsions in the presence of non-ionic surfactants. This temperature influence is increased as the surfactant concentration is closer to the minimum content required for obtaining an inverse microemulsion.

In order to reduce the required surfactant content, and to limit to a minimum the temperature influence on the stability of the inverse microemulsions, the latter will be, as much as possible, prepared at a temperature as close as possible to that selected for the copolymerization.

The hydrosoluble acrylic monomers present in the above-described inverse microemulsion are polymerized photochemically or thermally: the method consists of photochemically initiating the copolymerization, for example by ultraviolet radiation or thermally by means of a free radical generator, either hydrophobic, such as, for example, azobisisobutyronitrile, or hydrophilic, such, for example, as potassium persulfate.

The copolymerization is performed very quickly, for example in a few minutes, in a photochemical way, quantitatively, and leads to the formation of stable and transparent inverse microlatices whose particles radius is of the order of 20-40 nanometers with a narrow distribution range.

The size of the particles dispersed in the inverse microlatices according to the invention may be determined by means of the quasi-elastic light scattering. The optical source on the light scattering apparatus consists of a Spectra Physics argon-ion laser operating at 488 nm. The time dependant correlation function of the scattered intensity is derived by using a digital correlator with 72 channels. The intensity correlation data have been treated by using the method of cumulants, giving the average decay rate $<\Gamma^{-1}>$ of the correlation function and the variance V. The latter measures the amplitude of the distribution of the decay rate and its value is given by the formula:

$$V = (<\Gamma>^2 - <\Gamma^2>)/<\Gamma>^2$$

wherein $<\Gamma^2>$ is the second moment of the distribution.

For copolymer solutions of low polydispersity, the variance V, as a first approximation, is related to the polydispersity index Mw/Mn (weight average molecular weight/number average molecular weight) by the relationship:

$$Mw/Mn = 1 + 4\ V$$

The molecular weight of the obtained copolymers depends to a large extent on the copolymerization temperature. Temperatures lower or equal to about 30° C. are always preferred when very high molecular weights are desired, as for inverse microlatices destined to be used in Enhanced Oil Recovery.

The process of the invention provides stable and transparent inverse microlatices of high hydrosoluble copolymer content (20 to 35% by weight). The inverse microlatices, prepared in the presence of non-ionic surfactants, have a remarkable stability to temperature in contrast with the inverse microemulsions from which they are prepared.

Inverse microlatices obtained by the process of the invention, can be used in many applications, particularly in the techniques of oil production: Hydrocarbons Enhanced Recovery, ground consolidation, manufacture of drilling muds, prevention of water inflows during the bringing in production of oil wells, and as completion or fracturation fluids.

Generally, the Enhanced Oil Recovery methods with the use of polymer aqueous solutions consist of injecting said solutions in the field through at least one injection well, to circulate it through the formation and recover the displaced hydrocarbons through at least one producing well.

The methods using inverse microlatices of the invention for Enhanced Recovery are not substantially different from those above-described for the water-in-oil emulsions. The inverse microlatices considered in this invention are auto-inversable and it is not necessary generally to add an additional surfactant to favor the inversion, as in certain above-described methods. These microlatices are used, for example after dilution in water, in a proportion on of 50 to 5000 ppm, preferably 100 to 2000 ppm by weight of copolymer with respect to the resultant aqueous phase. Tests conducted in laboratory have shown the efficiency of the inverse microlatices used.

The method for preventing water inflows in producing wells, consists of injecting into the producing well, in the part of the field to be treated, an aqueous solution

5

4,681,912

6

of polymer, prepared according to the invention by inverse microlatex dissolution in water. The polymer is adsorbed to a large extent on the walls of the formation surrounding the well where it is injected. When said well is then brought again in production, the oil and/or the gas selectively traverse the treated zone whereas the water passage is reduced.

In addition to these applications, the hydrosoluble polymers, prepared as a microemulsion, may be used as: coagulants for separating solids suspended in liquids floatation and draining adjuvants in the manufacture of paper pulp; or

flocculants in water treatment

The inverse microlatices obtained by the process of the invention may also be used in assembling of glass fibers, in the leather industry or in the field of paints.

## EXAMPLES

The following examples illustrate the invention, but must not be considered as limiting in any way the scope thereof. Examples 1, 10 and 14 to 17 are given by way of comparison and form no part of the invention.

### EXAMPLE 1 (comparative)

77,8 g of SOLTROL 220 (inorganic paraffinic oil having an distillation point of 244° C. and a final point of 287° C.), 25 g of a mixture of 21.4 g of polyoxyethylene sorbitol hexaoleate (ATLAS G 1086) and 3.6 g of sorbitan sesquioleate (ARLACEL 83) whose H L B (hydrophilic lipophilic balance) is 9.25, are admixed under stirring. 61.3 g of acrylamide and 20.7 g of glacial acrylic acid are dissolved in a mixture of 42.2 g of distilled water with 23.0 g of a 50% by weight sodium hydroxide solution and this solution is added to the oil/surfactant mixture. The amount of surfactants corresponds to 10% by weight of all the constituents. After one hour of purging with nitrogen at room temperature, the resultant emulsion (turbid and unstable) is heated to 40°.C. and 6.5 10⁻⁴ mole of t-butyl peroxypivalate per mole of monomer are added thereto, the temperature being maintained between 40° and 50° C. for about 1 hour.

The so-obtained latex is turbid and decantation takes place during storage.

### EXAMPLE 2

When example 1 is repeated, but with the use of 63.5 g of surfactants mixture, which corresponds to 22% by weight of all the constituents, the resultant mixture, in contrast to example 1, is limpid and monophasic (microemulsion) and remains as such after copolymerization. By precipitation in acetone and successive washings with acetone and methanol, an acrylamide-sodium acrylate copolymer is obtained. Its viscosity in aqueous solution (400 ppm of copolymer and 5000 ppm of NaCl), measured at 30° C., is 1.30 mm²/s.

### EXAMPLE 3

Example 1 is repeated but as the organic solvent an isoparaffinic cut (ISOPAR M) having an initial distillation point of 207° C. and a final point of 254° C. is used and a mixture of surfactants (36.6 g) corresponding to 14% of the weight of all the constituents is used. The resultant mixture is limpid and monophasic.

After copolymerization, a monophasic mixture (microlatex) containing 35.3% by weight of acrylamide-sodium acrylate copolymer is obtained. An aqueous solution containing 400 ppm of said copolymer and 5000 ppm of NaCl, measured at 30° C. has a viscosity of 1.4 mm²/s.

### EXAMPLE 4

255 g of ISOPAR M and 90 g of a mixture of surfactants consisting of 12.6 g of sorbitan sesquioleate and 77.4 g of polyoxyethylene sorbitol hexaoleate (resultant H L B: 9.3) are added to an aqueous solution containing 38.25 g of acrylic acid and 89.25 g of acrylamide neutralized with sodium hydroxide to a pH close to 10. This amount corresponds to 15% by weight of all the constituents. 0.21 g of azobisisobutyronitrile is added to the resultant monophasic mixture which is degased for 1 hour and heated for 2 hours at 60° C., giving a stable and transparent microlatex whose particle radius, determined by quasi-elastic light scattering, is about 25nm, with a variance of 3%.

By precipitation in acetone and successive washings with acetone and methanol, an acrylamide-sodium acrylate copolymer is obtained (with a total conversion) whose viscosity, determined at 30° C. in a 400 ppm copolymer and 5000 ppm NaCl aqueous solution, is 1.5 mm²/s.

### EXAMPLE 5

Example 4 is repeated, except that azobisisobutyronitrile is omitted and the copolymerization is conducted under U.V. radiation for 5 minutes, the temperature being maintained at 30° C. With a total conversion, an acrylamide-sodium acrylate copolymer is obtained whose viscosity, measured at 30° C. in a 400 ppm copolymer and 5000 ppm NaCl aqueous solution, is 3.15 mm²/s. On the other hand, the intrinsic viscosity of said copolymer, dissolved in water containing 20 g/l of NaCl, has been found equal to 3250 cc/g on the basis of measurements effected with a LS 30 viscosimeter of CONTRAVES Company and extrapolated to zero concentration and shear rate.

### EXAMPLE 6

In the conditions of example 4 for carrying out the inverse microemulsion, the proportions of each of the two surfactants are varied and the minimum amount of surfactants for obtaining, after copolymerization, a stable and transparent inverse microlatex, is determined in each case.

The results are reported in the following table:

TABLE I

| HLB | Minimum surfactant concentration to obtain a stable and transparent inverse microlatex (% by weight) |
|---|---|
| 8.5 | 18 |
| 9 | 14 |
| 9.5 | 12 |
| 10.2 | 16 |

### EXAMPLE 7

200 g of ISOPAR M and 92 g of the surfactant mixture of example 5 are added to 400 g of an aqueous solution containing 60 g of acrylic acid, 140 g of acrylamide and the sodium hydroxide amount required to attain a pH close to 10. This amount corresponds to 13.3% by weight of all the constituents. The copolymerization, conducted under the same conditions as described in example 5, provides a stable and transparent microlatex whose particles radius, determined by

CIBA 038130

4,681,912

**7**

quasi-elastic light scattering, is about 40 nm, with a variance of 5%. This inverse microlatex contains 31.6% by weight of an acrylamide-sodium acrylate copolymer containing 35.9% by weight of sodium acrylate.

The intrinsic viscosity of said polymer is 3520 cc/g (solution at 20 g/1 of NaCl).

## EXAMPLE 8

200 g of ISOPAR M and 106 g of the mixture of surfactants of example 4 are added to 400 g of an aqueous solution containing 40 g of acrylic acid, 160 g of acrylamide and the sodium hydroxide amount required to attain a pH of 9. This amount corresponds to 15% by weight of all the constituents. The copolymerization, conducted in the same conditions as in example 5, gives a monophasic mixture containing 30.1% by weight of acrylamidesodium acrylate copolymer containing 24.6% by weight of sodium acrylate.

The viscosity of an aqueous solution containing 400 ppm of said copolymer, determined at 30° C. in the presence of 5 g/1 of NaCl, is 2.7 mm²/s.

## EXAMPLE 9

When, in example 8, ISOPAR M is replaced with trimethyl-pentane, everything else being unchanged, an inverse microlatex of similar characteristics as in example 8 is obtained.

## EXAMPLE 10 (comparative)

When, in example 8, the isoparaffinic solvent (ISOPAR M) is replaced with an aromatic solvent (toluene), everything else being unchanged, it is impossible to obtain an inverse microemulsion, even with the addition of high amounts of surfactants (31% by weight).

## EXAMPLE 11

200 g of ISOPAR M and 115 g of a mixture of surfactants containing 11% by weight of sorbitan trioleate (Montane 85) and 89% by weight of ethoxylated sorbitan trioleate (Montanox 85) are added to 400 g of an aqueous solution containing 60 g of acrylic acid and 140 g of acrylamide, whose pH has been brought to 10 by addition of sodium hydroxide. The H L B of the surfactants mixture is 10 and the surfactant amount corresponds to 16% by weight of all the constituents.

The copolymerization, conducted in the same conditions as described in example 5, gives a monophasic mixture containing 30.5% by weight of an acrylamidesodium acrylate copolymer containing 35.9% by weight of sodium acrylate.

The intrinsic viscosity of said polymer is 3200 cc/g (in aqueous solution at 20 g/1 of NaCl).

## EXAMPLE 12

200 g of ISOPAR M and 115 g of the mixture of surfactants of example 11 are added to 400 g of an aqueous solution containing 170 g of acrylamide and 30 g of acrylic acid, whose pH has been brought to 9 by addition of sodium hydroxide. This amount corresponds to 16% by weight of all the constituents.

The copolymerization, achieved in the same conditions as in example 5, gives a monophasic mixture containing 29.3% by weight of an acrylamide-sodium acrylate copolymer containing 18.7% by weight of sodium acrylate.

**8**

## EXAMPLE 13

200 g of ISOPAR M and 100 g of polyoxyethylene sorbitol oleate (ATLAS G 1087; H L B=9.2) are added to 400 g of an aqueous solution containing 50 g of acrylic acid and 150 g of acrylamide, whose pH has been brought to 10 by addition of sodium hydroxide. This amount corresponds to 14.3% by weight of all the constituents.

The copolymerization so-obtained copolymerization of the inverse microemulsion, conducted in the conditions described in example 5, gives a stable and transparent inverse microlatex containing 30.7% by weight of an acrylamide-sodium acrylate copolymer containing 30.3% by weight of sodium acrylate.

## EXAMPLE 14 (comparative)

When example 7 is repeated, except that the proportions of the two surfactants are modified so as to obtain the resultant H L B of 7.6, it is not possible to obtain, under these conditions, any inverse microemulsion, even when adding high amounts of surfactants (more than 31% by weight).

## EXAMPLE 15 (comparative)

When, in example 7, the mixture of surfactants is replaced with ethoxynonylphenol containing 8 ethylene oxide recurrent units per molecule and having a H L B of 12.3, everything else being unchanged, it is not possible to obtain in these conditions, any inverse microemulsion, even when adding high amounts of surfactant (more than 35% by weight).

## EXAMPLE 16 to 22

255 g of ISOPAR M and a variable amount of a mixture of surfactants having a H L B value of 9.3, already used in certain of the preceding examples. (14% by weight of sorbitan sesquioleate and 86% by weight of polyethoxylated sorbitol hexaoleate are added to 255 g of an aqueous solution containing 44 g of acrylic acid and 82 g of acrylamide, neutralized with sodium hydroxide up to a pH close to 10. The amount of surfactant mixture is reported in table II hereinafter. The resultant mixture is degased and then heated at 45° C. for 45 minutes in order to copolymerize the monomers.

There is thus obtained a series of inverse latices whose final copolymer concentration is about 22 to 25% by weight with respect to all the constituents. The proportion of sodium acrylate in the copolymers is 42% by weight. Table II hereinafter reports, for the final latices, the values of optical transmission measured by turbidimetry, the hydrodynamic radii $R_H$ of the particles, determined by the quasi-elastic diffusion of light and an evaluation of the stability of said latices.

### TABLE II

| Examples | Surfactant concentration (% by weight) | Optical transmission (%) | $R_H$ (nm) | Stability |
|---|---|---|---|---|
| 16* | 8.2 | 1.1 | >89 | Sedimentation |
| 17* | 11.0 | 1.2 | >60 | after a few hours |
| 18 | 13.4 | 82 | 37 | Stable |
| 19 | 15.5 | 82 | 35 | even |
| 20 | 18.0 | 85 | 27.5 | after |
| 21 | 20.2 | 88 | 25 | several |
| 22 | 21.3 | 91 | 24 | months |

*comparative examples

CIBA 038131

9

4,681,912

10

From this table, it appears that microlatices obtained in examples 18 to 22 are stable and have a high optical transmission and a small particle radius, in contrast with the results obtained in examples 16 and 17.

The values of surfactants or surfactant mixtures concentrations, taking into account the corresponding H L B values, were used to draw a curve shown in the accompanying FIGURE, indicating the approximative limit between a zone wherein no stable inverse microlatex is obtained and a zone wherein stable inverse microlatices can be obtained. On this FIGURE, the preferred domain of the invention has been hachured.

## EXAMPLES 23 to 25

100 g of ISOPAR M and 53 g of the same surfactant mixture as in the preceding examples (H L B=9.3) are added to 200 g of an aqueous solution containing 30 g of acrylic acid and 70 g of acrylamide, neutralized with sodium hydroxide up to a pH close to 9.

To the obtained monophasic mixture, to which is added 0.15 g. of azobisisobutyronitrile, is degased and maintained for 5 hours at a temperature differing according to the considered example. A stable and transparent inverse microlatex is always obtained and the copolymerization is complete.

By precipitation in acetone and successive washings with acetone and methanol, acrylamide-sodium acrylate copolymers are separated and their viscosity determined, at 30° C., in aqueous solutions containing 1000 ppm of copolymer and 5000 ppm of sodium chloride. The viscosity values are different according to the copolymerization temperature:

| | | |
|---|---|---|
| Example 23 | T° = 60° C. | Viscosity: 2.4 mm²/s |
| Example 24 | T° = 40° C. | Viscosity: 4.9 mm²/s |
| Example 25 | T° = 25° C. | Viscosity: 7.4 mm²/s |

## EXAMPLE 26

### Test of injectivity of porous medium

A porous medium is prepared by packing, in a glass cylinder, sand from ENTRAIGUES EN 38, of granulometry ranging from 28 to 50 μm. The characteristics of the so-obtained porous medium are as follows: L=60 mm, Φ=20 mm, Vp=8.6 cc, k=2.04 D, Φ=45% (k=permeability to water expressed in Darcy ; Φ=porosity)

A solution of acrylamide-sodium acrylate copolymer (1000 ppm) is prepared by dispersing the inverse microlatex obtained in example 7 in a field brine of total salt content close to 3 g/L. The rheological curve of said copolymer solution, as determined by means of LS 30 viscosimeter, makes apparent the presence of a plateau in the values of relative viscosity versus shear rate (relative viscosity at zero shear rate: $\eta R_o$=20, at 30° C.).

The polymer solution is then injected at constant rate (q=1.5 cc/h by means of a piston pump of perfuser type; the pressure losses are measured at the terminals of the porous medium for the polymer solution and is expressed in proportion to the values initially obtained with the field brine. Thus, a mobility ratio is defined which, in the experimental conditions, becomes stabilized at a value of 21.6. It is further observed that the stabilization of the mobility decrease corresponds to an equalization of the polymer concentrations, determined by viscosimetry, between the input and the output of the core. The comparison of the mobility decrease values with the plateau viscosity on the one hand, and the absence of polymer losses between the input and the output of the porous medium on the other hand, shows that for the selected porous medium, the injectivity of the microlatex dispersion is satisfactory. Particularly, no indication of clogging was observed.

When injecting field brine after the polymer solution, a value of the permeability reduction of 2.36 is obtained, which characterizes the presence of an adsorbed polymer layer on the walls of the porous medium. This behavior is characteristic of an acrylamide-sodium acrylate copolymer of high molecular weight.

On the other hand, the fact that the permeability to water is permanently reduced makes it possible to contemplate the use of the inverse microlatices of the invention in the prevention of water inflows in producing wells, as illustrated in the following example.

## EXAMPLE 27

A porous medium (L=20 cm; Φ=5 cm) is prepared by coring a Vosges sandstone containing about 10% of clay. The permeabilities of this Vosges sandstone to sea water (total salt content =37 g/l and to the field water (total salt content =8 g/l) are respectively 0.478 D. and 0.467 D. The porosity is 18%.

From the microlatex of example 13, a solution is separately prepared which contains 500 ppm of active copolymer in sea water and in field water. The relative viscosities obtained in the Newtonian zone of said microlatex dispersed in both water types are respectively $\eta R_o$=5.1 (field water) and $\eta R_o$=3.1 (sea water), the ratio of the two viscosities being equal to 1.65.

In conformity with the teaching of the French Pat. No. 2 325 '797 (corresponding to U.S. Pat. No. 4,095,651) issued to the name of the applicant and concerning the prevention of water inflows in producing wells, the microlatex solution (Cp=500 ppm) is injected at constant rate q=3 cm³/h (γ=2.1 sec⁻¹) in sea water (t=30° C.). After injection of about 5 Pv (Pv=pores volume) of said microlatex solution, the polymer injection is discontinued and sea water is injected by the inlet face of the core in view to determine, on the one hand, the decrease of permeability $R_k$ to sea water before and after the polymer introduction and, on the other hand, to deduce therefrom a thickness of the adsorbed layer, calculated by the formula

$$\delta = R_p\left(1 - \frac{1}{\sqrt{R_k}}\right)$$

wherein $R_p$ designating the average pore radius is equal to

$$\sqrt{\frac{8k}{\gamma}}$$

The obtained values are as follows: $R_k$=1.80, δ=0.62 μm.

Through the outlet face of the core, field water is injected in opposite direction, thus simulating the water production in the producing well. New values of the permeability reduction and of the thickness of the adsorbed layer are thus respectively obtained: $R_k$=2.92, δ=0.90 micron. The ratio of the respective thicknesses of adsorbed layers respectively with the field water and

CIBA 038132

4,681,912

**11**

the sea water is 1.61, value which is very close to 1.65, representing the ratio of the plateau viscosities in said two waters. This indicates that the introduction of the copolymer took place in such conditions that the thickness of the adsorbed layer varied in the same ratio as the viscosities. Accordingly, the production of soft water from the field is decreased, thereby decreasing the production water/oil ratio (WOR).

What is claimed as the invention is:

1. A process for producing a stable inverse microlatex comprising the steps of:

(a) admixing:

an aqueous solution containing at least one acrylic monomer (i) selected from acrylamide and methacrylamide and at least another acrylic monomer (ii) selected from acrylic acid, methacrylic acid and alkali salts of said acids, at a concentration from 20 to 80% by weight in said aqueous solution;

an oily phase comprising at least one hydrocarbon liquid, the ratio by weight between said aqueous solution and said oily phase being from 0.5/1 to 3/1, and

a non-ionic surfactant or a non-ionic surfactant mixture having a H L B from 8 to 11, in a proportion, with respect to all the involved constituents, higher than about a value ȳ, given, in percent by weight, by the relationship:

$$\bar{y} = 5.8 \ X^2 - 110 \ X + 534$$

wherein X is the H L B of said surfactant or said surfactant mixture, so as to form an inverse microemulsion; and

(b) subjecting the inverse microemulsion obtained in step (a) to copolymerization conditions.

**12**

2. A process according to claim 1, wherein said acrylic monomer (ii) is sodium acrylate.

3. A process according to claim 1, wherein said acrylic monomer (ii) amounts to 15-60% by weight of the acrylic monomer mixture.

4. A process according to claim 3, wherein said acrylic monomer (ii) amounts to 20-45% by weight of the acrylic monomer mixture.

5. A process according to claim 1, wherein, in step (a), the pH of said aqueous solution is from 8 to 13.

6. A process according to claim 1, wherein, in step (a), the oily phase comprises at least one isoparaffinic hydrocarbon.

7. A process according to claim 1, wherein in step (a), the ratio by weight between the monomers aqueous solution and the oily phase is about 2/1.

8. A process according to claim 1, wherein, in step (a), the proportion of surfactant or surfactant mixture is at most 25% by weight of all the constituents of said inverse microemulsion.

9. A process according to claim 1, wherein in step (b), the polymerization is conducted by heating in the presence of a radical reactions initiator.

10. A process according to claim 1, wherein, in step (b) the polymerization is initiated by radiation.

11. An inverse microlatex obtained by the process according to claim 1 having a copolymer content from 20 to 35% by weight.

12. In a method for preparing a thickened aqueous solution, comprising diluting in water an inverse microlatex in such a proportion that the resultant aqueous solution has a copolymer concentration from 50 to 5000 ppm by weight the improvement wherein the inverse microlatex is one of claim 11.

13. A thickened aqueous solution, obtained by the method of claim 12.

* * * * *

SYNTHETIC RESINS    2-6C06

# United States Patent [19]

## Makhlouf et al.

[11]    **4,147,688**

[45]    **Apr. 3, 1979**

[54] **METHOD OF PREPARING DISPERSIONS OF GELLED POLYMERIC MICROPARTICLES AND PRODUCTS PRODUCED THEREBY**

[75] Inventors: **Joseph M. Makhlouf, Mars; Samuel Porter, Jr., Tarentum, both of Pa.**

[73] Assignee: **PPG Industries, Inc., Pittsburgh, Pa.**

[21] Appl. No.: **805,679**

[22] Filed: **Jun. 13, 1977**

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 559,949, Mar. 19, 1975, abandoned.

[51] Int. Cl.$^2$ ............................................ **C08K 5/01**
[52] U.S. Cl. ............... **260/33.6 EP; 260/33.6 UA;**
526/273; 526/279; 528/392
[58] Field of Search ......... 260/33.6 EP, 33.6 UA, 260/836, 859 R

[56]    **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,317,635 | 5/1967 | Osmond et al. | 260/836 |
| 3,538,185 | 11/1970 | Davis et al. | 260/836 |
| 3,652,472 | 3/1972 | Clarke et al. | 260/33.6 UA |
| 3,666,710 | 5/1972 | Makhlouf et al. | 260/33.6 UA |
| 3,686,111 | 8/1972 | Makhlouf et al. | 260/33.6 UA |
| 3,702,836 | 11/1972 | Walbridge | 260/836 |

| | | | |
|---|---|---|---|
| 3,715,412 | 2/1973 | Nakahara et al. | 260/836 |
| 3,880,796 | 4/1975 | Christenson et al. | 260/33.6 UA |
| 3,888,945 | 6/1975 | Arndt et al. | 260/836 |
| 3,966,667 | 6/1976 | Sullivan et al. | 260/33.6 UA |

#### FOREIGN PATENT DOCUMENTS

967051    8/1964    United Kingdom.

Primary Examiner—Harry Wong, Jr.
Attorney, Agent, or Firm—George D. Morris

[57]    **ABSTRACT**

Dispersions containing crosslinked acrylic polymer microparticles having a particle size of from 0.1 to 10 microns are produced in relatively high concentrations by a method comprising the free radical addition copolymerization of at least one monoethylenically unsaturated monomer with alpha, beta-ethylenically unsaturated monocarboxylic acid and crosslinking monomer selected from the group consisting of (1) epoxy group-containing compound and (2) a mixture of alkylenimine and organoalkoxysilane in the presence of a dispersion stabilizer and an aliphatic hydrocarbon dispersing liquid in which the crosslinked polymer particles are insoluble.

The crosslinked acrylic polymer microparticles are useful as additives to protective and decorative coatings.

**24 Claims, No Drawings**

CIBA 038134

4,147,688

1

METHOD OF PREPARING DISPERSIONS OF
GELLED POLYMERIC MICROPARTICLES AND
PRODUCTS PRODUCED THEREBY

CROSS-REFERENCE TO RELATED
APPLICATION

This application is a continuation-in-part of application Ser. No. 559,949, filed Mar. 19, 1975, now abandoned.

BACKGROUND OF THE INVENTION

Methods of preparing crosslinked acrylic polymer microparticles commonly referred to as microgel particles are known in the art. One such method is disclosed in commonly-assigned copending application Ser. No. 296,700, filed Oct. 11, 1972, now U.S. Pat. No. 3,880,796, in the name of Roger M. Christenson et al. In this method, a non-aqueous polymer dispersion is prepared by polymerizing an ethylenically unsaturated monomer containing hydroxyl groups in the presence of (1) a dispersing liquid which is a solvent for the monomer but in which the resultant polymer is insoluble and (2) a dispersion stabilizer. The resultant non-aqueous polymer dispersion produced by this method consists of a major proportion of uncrosslinked acrylic polymer particles and a minor proportion (e.g., 10 percent by weight or less) of crosslinked acrylic polymer particles (i.e., microgel particles). Accordingly, in this method, it is necessary to separate the microgel particles from the uncrosslinked polymer particles. This is accomplished by the addition to the dispersion of an active solvent for the uncrosslinked polymer particles, thereby converting the dispersion to essentially a solution, but for the presence of the insoluble microgel particles. The microgel particles are then separated from the bulk of the polymer by conventional means such as centrifuging, filtering, and the like.

The above process, while advantageous in some respects, has several serious disadvantages. Thus, as will be apparent, the microgel particles are an incidental by-product of the non-aqueous dispersion process and therefore the yield is relatively low (e.g., 5 to 10 percent by weight or less). Moreover, because of this factor, it is necessary to separate the microgel particles from a dispersion which contains a major proportion of uncrosslinked acrylic polymer particles by dissolving the uncrosslinked polymer particles with an active solvent.

Still another method for producing microgel particles is disclosed in British Pat. No. 967,051 to Bullitt et al., dated Aug. 19, 1964. In this method, microgel particles are prepared by forming an aqueous emulsion of monoethylenic unsaturated monomer and a crosslinking monomer containing at least two ethylenic double bonds, heating the emulsion to a temperature of about 40° to 100° C. until the reaction is substantially complete to yield a microgel and during the reaction adding an agent to inhibit the formation of high molecular weight substantially uncrosslinked material. The inhibiting agent as disclosed in Bullitt et al can be an active solvent for the monomers or a chain transfer agent. This method has several disadvantages. Thus, the method utilizes conventional emulsion polymerization techniques requiring careful control of the process to prevent settling and the like. Further, the use of crosslinking monomers containing at least 2 ethylenic double bonds (e.g., divinyl and diacrylate monomers) has been found to lead to flocculation problems in relatively high

2

solids level (i.e., 40 percent by weight or higher) microgel particle dispersions. Finally, this method requires the additional step of adding a water-immiscible solvent or chain transfer agent to the reaction mixture.

BRIEF SUMMARY OF THE INVENTION

The method of the present invention overcomes essentially all of the disadvantages of the prior art. Thus, the present invention provides a method of producing crosslinked acrylic polymer microparticles in relatively high concentrations (i.e., solids levels of 20 to 60 percent by weight) by a process which comprises the free radical addition copolymerization of alpha, beta-ethylenically unsaturated monocarboxylic acid, at least one other copolymerizable monoethylenically unsaturated monomer and crosslinking monomer selected from the group consisting of (1) epoxy group-containing compound and (2) a mixture of alkylenimine and organoalkoxysilane in the presence of a polymeric dispersion stabilizer and a dispersing liquid in which the crosslinked acrylic polymer particles are insoluble. The reaction is carried out at elevated temperatures such that the dispersion polymer first forms and then is crosslinked; usually the temperature should be between about 50° C. and 150° C.

DESCRIPTION OF THE PREFERRED
EMBODIMENTS

Examples of alpha, beta-ethylenically unsaturated monocarboxylic acid which may be used are acrylic acid, methacrylic acid, ethacrylic acid, alpha-chloroacrylic acid, crotonic acid isocrotonic acid, tiglic acid and angelic acid. The preferred alpha, beta-ethylenically unsaturated monocarboxylic acids are acrylic acid and methacrylic acid. Methacrylic acid is especially preferred. The amount of alpha, beta-ethylenically unsaturated monocarboxylic acid employed in the process of the invention is usually in the range of from about 0.5 percent to about 15 percent by weight of the monomers used in the copolymerization process.

Various other monoethylenically unsaturated monomers may be copolymerized with the acid monomer in the process of this invention. Although essentially any copolymerizable monoethylenic monomer may be utilized, depending upon the properties desired, the preferred monoethylenically unsaturated monomers are the alkyl esters of acrylic or methacrylic acid, particularly those having from about 1 to about 4 atoms in the alkyl group. Illustrative of such compounds are the alkyl acrylates, such as methyl acrylate, ethyl acrylate, propyl acrylate, and butyl acrylate and the alkyl methacrylates, such as methyl methacrylate, ethyl methacrylate, propyl methacrylate and butyl methacrylate. Other ethylenically unsaturated monomers which may advantageously be employed include, for example, the vinyl aromatic hydrocarbons, such as styrene, alpha-methyl styrene, vinyl toluene, unsaturated esters of organic and inorganic acids, such as vinyl acetate, vinyl chloride and the like, and the unsaturated nitriles, such as acrylonitrile, methacrylonitrile, ethacrylonitrile, and the like. From about 70 percent to about 99 percent by weight of such monoethylenically unsaturated monomers, based on the weight of monomer solids can be utilized.

As indicated above, the crosslinking monomer employed in the process of the invention is selected from the group consisting of (1) epoxy group-containing compound and (2) a mixture of alkylenimine and organoalkoxysilane.

CIBA 038135

4,147,688

3

A particularly preferred class of epoxy group-containing compounds which may be utilized in the practice of the invention are monoepoxide compounds which additionally contain ethylenic unsaturation. Illustrative of such preferred compounds are, for example, glycidyl acrylate and glycidyl methacrylate.

Various alkylenimines can be utilized in the practice of the invention including substituted alkylenimines. The preferred class of such amines are those of the formula:



where $R_1$, $R_2$, $R_3$, $R_4$ and $R_5$ are each hydrogen; alkyl, such as methyl, ethyl, propyl, or the like, having, for example, up to about 20 carbon atoms; aryl, such as phenyl or the like; aralkyl, such as tolyl, xylyl or the like; or aralkyl, such as benzyl, phenethyl or the like. $R_6$ in the above formula is hydrogen or a lower alkyl radical usually having not more than about 6 carbon atoms, and n is an integer from 0 to 1.

It is intended that the groups designated by the above formula include substituted radicals of the classes indicated where the substituent groups do not adversely affect the basic nature of the imine in the reaction. Such substituents can include the groups such as cyano, halo, amino, hydroxy, alkoxy, carbalkoxy and nitrile. The substituted groups may thus be cyanoalkyl, haloalkyl, aminoalkyl, hydroxyalkyl, alkoxyalkyl, carbalkoxyalkyl, and similar substituted derivatives of aryl, alkaryl and aralkyl groups where present.

A number of specific examples of alkylenimines within the class described are as follows:

Ethylenimine (aziridine)
1,2-propylenimine (2-methyl aziridine)
1,3-propylenimine (azetidine)
1,2-dodecylenimine (2-decyl aziridine)
1,1-dimethyl ethylenimine (2,2-dimethyl aziridine)
Phenyl ethylenimine (2-phenyl aziridine)
Benzyl ethylenimine (2-phenylmethyl aziridine)
Hydroxyethyl ethylenimine (2-(2-hydroxyethyl)aziridine)
Aminoethyl ethylenimine (2-(2-aminoethyl)aziridine)
2-methyl propylenimine (2-methyl azetidine)
3-chloropropyl ethylenimine (2-(3-chloropropyl)aziridine)
Methoxyethyl ethylenimine (2-(2-methoxyethyl)aziridine)
Dodecyl aziridinyl formate (dodecyl 1-aziridinyl carboxylate)
N-ethyl ethylenimine (1-ethyl aziridine)
N-(2-aminoethyl)ethylenimine (1-(2-aminoethyl)aziridine)
N-(phenethyl)ethylenimine (1-(2-phenylethyl)aziridine)
N-(2-hydroxyethyl)ethylenimine (1-(2-hydroxyethyl)aziridine)
N-(cyanoethyl)ethylenimine (1-cyanoethyl aziridine)
N-phenyl ethylenimine (1-phenyl aziridine)
N-(p-chlorophenyl)ethylenimine (1-(4-chlorophenyl)aziridine)

Because of their availability and because they have been found to be among the most effective, the pre-

4

ferred imines are hydroxyalkyl-substituted alkylenimines, such as N-hydroxyethyl ethylenimine and N-hydroxyethyl propylenimine.

Organoalkoxysilane monomers which may advantageously be employed in the practice of this invention are the acrylatoalkoxysilanes, methacrylatoalkoxysilanes and the vinylalkoxysilanes. Illustrative of such compounds are acryloxypropyltrimethoxysilane, gamma-methacryloxypropyltrimethoxysilane, gamma-methacryloxypropyltriethoxysilane, gamma-methacryloxypropyl-tris(2-methoxyethoxy)silane, vinyltrimethoxysilane, vinyltriethoxysilane, vinyl-tris(2-methoxyethoxy)silane and the like. Of these organoalkoxysilanes, gamma-methacryloxypropyltrimethoxysilane is especially preferred.

The proportion of such crosslinking monomer employed in the process of the invention may range from 0.5 percent to 15 percent by weight of the monomers used in the copolymerization process. When the crosslinking monomer is a mixture of alkylenimine and organoalkoxysilane, the mole ratio of the alkylenimine to the alpha, beta-ethylenically unsaturated monocarboxylic acid used to prepare the polymer is generally in the range of from 0.5:1 to 1.5:1 and the mole ratio of the organoalkoxysilane to the alpha, beta-ethylenically unsaturated monocarboxylic acid used to prepare the polymer is generally in the range of from 1.5:1 to 3.5:1.

The monoethylenically-unsaturated monomer, acid monomer and cross-linking monomer are polymerized in a dispersing liquid which solubilizes the monomers but in which the resulting polymers are essentially not soluble and form dispersed polymer particles. The dispersing liquid is generally a hydrocarbon medium consisting essentially of liquid aliphatic hydrocarbons. A pure aliphatic hydrocarbon or a mixture of two or more may be employed. To the extent that any particular polymer produced is mostly insoluble in the hydrocarbon medium resulting, the essentially aliphatic hydrocarbon may be modified by the incorporation of other solvent materials such as aromatic or naphthenic hydrocarbons, and in certain instances, the amount of such non-aliphatic component may attain as high as 49 percent by weight of the entire dispersing liquid. However, the dispersing liquid preferably consists essentially of aliphatic hydrocarbons and, in general, the compositions of the present invention contain less than 25 percent by weight based on the weight of the dispersing liquid of an aromatic hydrocarbon and often none at all at this stage.

It is essential that the hydrocarbon be of liquid character, but it may have a wide boiling range from a minimum of about 30° C. (in which case high pressures may be needed in the polymerization) to a maximum which may be as high as 300° C. For most purposes, the boiling point should be from about 50° C. up to about 235° C.

Examples of dispersing liquids useful herein are pentane, hexane, heptane, octane, mixtures of the same, and the like.

Ordinarily, the polymerizable composition of monomers and dispersing liquid should contain from about 30 to about 80 percent by weight of the dispersing liquid. It is understood, however, that the monomeric solution need contain only that amount of dispersing liquid necessary to solubilize the monomers and maintain the resulting polymers in a dispersed state after polymerization.

CIBA 038136

5                                    4,147,688                                    6

The monomers are polymerized in the presence of a dispersion stabilizer. The dispersion stabilizer employed in producing the microparticles of the invention is a compound, usually polymeric, which contains at least two segments of which one segment is solvated by the dispersing liquid and a second segment is of different polarity than the first segment and is relatively insoluble (compared to the first segment) in the dispersing liquid. Although such compounds have been used in the past to prepare dispersions of polymer, in those instances it has been considered necessary that the polymer produced be ungelled, film-forming and soluble in certain solvents.

Included among such dispersion stabilizers are polyacrylates and polymethacrylates, such as poly(lauryl)-methacrylate and poly(2-ethylhexyl acrylate); diene polymers and copolymers such as polybutadiene and degraded rubbers; aminoplast resins, particularly highly naphtha-tolerant compounds such as melamine-formaldehyde resins etherified with higher alcohols (e.g., 20 alcohols having 4 to 12 carbon atoms), for example, butanol, hexanol, 2-ethylhexanol, etc., and other aminoplasts of similar characteristics such as certain resins based on urea, benzoguanamine, and the like; and various copolymers designed to have the desired character-25 istics, for example, polyethylenevinyl acetate copolymers.

The presently preferred dispersion stabilizers used in this invention are graft copolymers comprising two types of polymer components of which one segment is 30 solvated by the aliphatic hydrocarbon solvent and is usually not associated with polymerized particles of the polymerizable ethylenically unsaturated monomer and the second type is an anchor polymer of different polarity from the first type and being relatively non-solvata-35 ble by the aliphatic hydrocarbon solvent and capable of anchoring with the polymerized particles of the ethylenically unsaturated monomer, said anchor polymer containing pendant groups capable of copolymerizing 40 with ethylenically unsaturated monomers.

The preferred dispersion stabilizers are comprised of two segments. The first segment (A) comprises the reaction product of (1) a long-chain hydrocarbon molecule which is solvatable by the dispersing liquid and 45 contains a terminal reactive group and (2) an ethylenically unsaturated compound which is copolymerizable with the ethylenically unsaturated monomer to be polymerized and which contains a functional group capable of reacting with the terminal reactive groups of the 50 long-chain hydrocarbon molecule (1).

Generally, the solvatable segment (A) is a monofunctional polymeric material of molecular weight of about 300 to about 3,000. These polymers may be made, for example, by condensation reactions producing a polyes-55 ter or polyether. The most convenient monomers to use are hydroxy acids or lactones which form hydroxy acid polymers. For example, a hydroxy fatty acid such as 12-hydroxystearic acid may be polymerized to form a non-polar component, solvatable by such non-polar 60 organic liquids as aliphatic and aromatic hydrocarbons. The polyhydroxy stearic acid may then be reacted with a compound which is copolymerizable with the acrylic monomer to be polymerized, such as glycidyl acrylate or glycidyl methacrylate. The glycidyl groups would 65 react with the carboxyl group of the polyhydroxy stearic acid and the polymer segment (A) would be formed.

Somewhat more complex, but still useful, polyesters may be made by reacting diacids with diols. For exam-

ple, 1,12-dodecanediol may be reacted with sebacic acid or its diacid chloride to form a component solvatable by aliphatic hydrocarbons.

The preferred polymeric segment (A) of the dispersion stabilizer is formed by reacting poly-(12-hydroxystearic acid) with glycidyl methacrylate.

The second polymeric segment (B) of the dispersion stabilizer is of polarity different from the first segment (A) and, as such, is relatively non-solvated by the dispersing liquid and is associated with or capable of anchoring onto the acrylic polymeric particles formed by the polymerization and contains a pendant group which is copolymerizable with the acrylic monomer. This anchor segment (B) provides around the polymerized particles a layer of the stabilizer. The solvated polymer segment (A) which extends outwardly from the surface of the particles provides a solvated barrier which sterically stabilizes the polymerized particles in dispersed form.

The anchor segment (B) may comprise copolymers of (1) compounds which are readily associated with the acrylic monomer to be polymerized such as acrylic or methacrylic esters, such as methyl acrylate, methyl methacrylate, ethyl acrylate, ethyl methacrylate, butyl acrylate, butyl methacrylate, 2-ethylhexyl acrylate, octyl methacrylate, and the like, with (2) compounds which contain groups copolymerizable with the acrylic monomer to be polymerized and which contain groups which are reactive with the polymeric segment (A), such as glycidyl-containing acrylates and methacrylates, such as glycidyl acrylate and glycidyl methacrylate. These copolymers are further reacted with polymerizable ethylenically-unsaturated acids, such as acrylic acid, methacrylic acid, 3-butenoic acid, crotonic acid, itaconic acid, and others mentioned previously which contain pendant groups which are copolymerizable with the acrylic monomer.

The preferred polymeric segment (B) is a terpolymer of methyl methacrylate, glycidyl methacrylate, and methacrylic acid.

The segments (A) and (B) are usually combined entities, the segment (A) being attached to the backbone of the graft copolymer and the segment (B) being carried in or on the backbone.

The monomer solution containing the stabilizer preferably contains from about 1 to about 25 percent by weight of the stabilizer. That is, the amount of dispersion stabilizer used is in the range of from about 1 to about 25 percent by weight based on the weight of monomers and dispersion stabilizer used in the copolymerization process.

The polymerization may be carried out in a conventional manner, utilizing heat and/or catalysts and varying solvents and techniques. Generally, a free radical catalyst such as cumene hydroperoxide, benzoyl peroxide or similar peroxygen compound, or an azo compound such as azobis(isobutyronitrile) is employed.

The resultant non-aqueous acrylic dispersion consists essentially of microgel particles (i.e., crosslinked acrylic polymer particles) dispersed therein. These particles have particle sizes ranging from 0.1 to 10 microns. Depending upon the original concentration of monomer solids, non-aqueous dispersions consisting essentially of the microgel particles can be produced by the process at relatively high concentrations. The term "relatively high concentration" as employed herein refers to the solids level of the non-aqueous dispersion. Thus, the process of this invention permits the production of non-

7
4,147,688
8

aqueous dispersions of microgel particles having solids contents of from 20 to 60 percent by weight or even higher.

The following examples are submitted for the purpose of further illustrating the nature of the present invention and should not be interpreted as a limitation on the scope thereof. All parts and percentages in the examples as well as throughout the specification are by weight unless otherwise indicated.

## EXAMPLE I

To a 5-liter flask equipped with an up-and-over condenser, agitator, thermometer, and heating mantle was charged 1900 grams of Napoleum 30 (a medium boiling naphtha from Kerr-McGee Company), 950 grams of hexane, and 950 grams of heptane. The mixture was heated to reflux (about 85° C.) and then 200 grams of methyl methacrylate, 34 grams of a dispersion stabilizer solution and 14.3 grams of azobis(isobutyronitrile) were added. The dispersion stabilizer solution used contained 50.3 percent solids (viz., dispersion stabilizer) and the dispersion stabilizer was a polymer prepared by interpolymerizing 45.4 percent methyl methacrylate, 4.2 percent glycidyl methacrylate, 0.9 percent methacrylic acid, and 49.5 percent of a reaction product of 89.2 percent poly-12-hydroxystearic acid and 10.8 percent glycidyl methacrylate. The solvent of the dispersion stabilizer solution comprised 52.1 percent butyl acetate, 40.0 percent VM&P naphtha and 7.9 percent toluene. After this addition was complete, reflux was continued 30 for about 20 minutes and then over a 3-hour period was added 4060 grams methyl methacrylate, 226 grams of gamma-methacryloxypropyltrimethoxysilane, 595 grams of the above dispersion stabilizer solution, 34.0 grams of methacrylic acid, 34.0 grams of 2-hydroxyethyl ethyleneimine, 18.0 grams of azobis(isobutyronitrile) and 18 grams of p-octyl mercaptan. After this addition, reflux was continued for another 1.5 hours and the mixture was then cooled and filtered.

The resultant polymeric dispersion consisting essentially of crosslinked acrylic polymer particles (i.e., microgel particles) had a total solids content determined at 150° C. of 54.5 percent by weight.

## EXAMPLE II

To a 5-liter flask equipped with an up and over condenser, agitator, thermometer and heating mantle were charged 1250 grams of heptane, 540 grams of Isopar H (a mixed aliphatic hydrocarbon having an initial boiling point of 350° F. and a dry point of 371° F, available from Humble Oil and Refining Company), 50 grams of methyl methacrylate, 10 grams of the dispersion stabilizer solution of Example I and 4 grams of azobis-(isobutyronitrile). The mixture was heated to reflux (about 103° C.) and held for about 30 minutes. Then over a period of about 3 hours were added 1288 grams of methyl methacrylate, 70 grams of glycidyl methacrylate, 42 grams of methacrylic acid, 4.2 grams of Armeen DMCD (dimethyl cocoamine, available from Armour Chemical Company), 200 grams of the dispersion stabilizer solution of Example I, 14 grams of octyl mercaptan and 5.6 grams of azobis(isobutyronitrile). After this addition was completed, reflux was continued over an additional 30 minutes and then an additional 2.8 grams of azobis(isobutyronitrile) were added. Reflux was then continued for another one hour and the mixture was then cooled and filtered.

The resultant polymeric dispersion consisting essentially of crosslinked acrylic polymer particles (i.e., microgel particles) had a total solids content determined at 150° C. of 44.9 percent by weight.

According to the provisions of the Patent Statutes, there is described above the invention and what are now considered to be its best embodiments. However, within the scope of the appended claims, it is to be understood that the invention can be practiced otherwise than as specifically described.

We claim:

1. A dispersion containing from 20 to 60 percent by weight crosslinked acrylic polymer microparticles having a particle size of from 0.1 to 10 microns, said dispersion being formed by free radical addition copolymerization of from 0.5 to 15 percent of alpha, beta-ethylenically unsaturated monocarboxylic acid, from 70 to 66 percent of at least one other copolymerizable monoethylenically unsaturated monomer and from 0.5 to 15 percent of crosslinking monomer selected from the group consisting of (1) epoxy group-containing compound and (2) a mixture of alkyleneimine and organoalkoxysilane, wherein:

   a. said epoxy group-containing compound is monoepoxide compound which additionally contains ethylenic unsaturation,

   b. said organoalkoxysilane is selected from the group consisting of acrylatoalkoxysilane, methacrylatoalkoxysilane and vinylalkoxysilane, and

   c. said monomer percentages are based on the weight of monomers used in the copolymerization process, in the presence of hydrocarbon dispersing liquid which is a solvent for the polymerizable monomers but a nonsolvent for the resultant polymer, and polymeric dispersion stabilizer containing at least two segments of which one segment is solvated by said dispersing liquid and a second segment is of different polarity than said first segment and is relatively insoluble in said dispersing liquid, wherein the reaction is carried out at elevated temperature such that the dispersion polymer first forms and then is crosslinked.

2. The dispersion of claim 1 wherein said polymeric dispersion stabilizer is a graft copolymer containing two polymeric segments of which one segment is solvated by said dispersing liquid and the second segment is an anchor polymer of different polarity to said first segment and is relatively non-solvatable by said dispersing liquid and wherein said polymeric dispersion stabilizer contains pendant groups which have been addition copolymerized with the ethylenically unsaturated monomers in the copolymerization process.

3. The dispersion of claim 2 wherein said polymeric dispersion stabilizer is formed by graft copolymerizing the reaction product of glycidyl methacrylate and poly-(12-hydroxystearic acid), with methyl methacrylate and glycidyl methacrylate and the resulting copolymer product containing pendant epoxy groups is reacted with methacrylic acid.

4. The dispersion of claim 1 wherein said alpha, beta-ethylenically unsaturated monocarboxylic acid is methacrylic acid, said other copolymerizable monoethylenically unsaturated monomer is methyl methacrylate and said cross-linking monomer is glycidyl methacrylate.

5. The dispersion of claim 1 wherein said alpha, beta-ethylenically unsaturated monocarboxylic acid is methacrylic acid, said other copolymerizable monoethylenically unsaturated monomer is methyl methacrylate and said cross-linking monomer is a mixture of hydroxy-

CIBA 038138

**4,147,688**

9

ethyl ethylenimine and gamma-methacryloxypropyl-trimethoxysilane.

6. The dispersion of claim 1 wherein said alpha, beta-ethylenically unsaturated monocarboxylic acid is acrylic acid or methacrylic acid.

7. The dispersion of claim 1 wherein said other co-polymerizable monoethylenically unsaturated monomer is an alkyl acrylate or alkyl methacrylate.

8. The dispersion of claim 1 wherein said other co-polymerizable monoethylenically unsaturated monomer is methyl methacrylate.

9. The dispersion of claim 1 wherein said crosslinking monomer is a monoepoxide compound which additionally contains ethylenic unsaturation.

10. The dispersion of claim 9 wherein said monoepoxide compound which additionally contains ethylenic unsaturation is glycidyl methacrylate.

11. The dispersion of claim 1 wherein said crosslinking monomer is a mixture of alkylenimine and organoalkoxysilane selected from the group consisting of acrylatoalkoxysilane, methacrylatoalkoxysilane and vinylalkoxysilane.

12. The dispersion of claim 11 wherein said alkylenimine is hydroxyethyl ethylenimine and said organoalkoxysilane is gamma-methacryloxypropyltrimethoxysilane.

13. A method of producing a dispersion containing from 20 to 60 percent by weight crosslinked acrylic polymer microparticles having a particle size of from 0.1 to 10 microns, said method comprising free radical addition copolymerizing from 0.5 to 15 percent of alpha, beta-ethylenically unsaturated monocarboxylic acid, from 70 to 99 percent of at least one other copolymerizable monoethylenically unsaturated monomer and from 0.5 to 15 percent of crosslinking monomer selected from the group consisting of (1) epoxy group-containing compound and (2) a mixture of alkylenimine and organoalkoxysilane, wherein:

   a. said epoxy group-containing compound is monoepoxide compound which additionally contains ethylenic unsaturation,

   b. said organoalkoxysilane is selected from the group consisting of acrylatoalkoxysilane, methacrylatoalkoxysilane and vinylalkoxysilane, and

   c. said monomer percentages are based on the weight of monomers used in the copolymerization process,

in the presence of hydrocarbon dispersing liquid which is a solvent for the polymerizable monomers but a non-solvent for the resultant polymer, and polymeric dispersion stabilizer containing at least two segments of which one segment is solvated by said dispersing liquid and a second segment is of different polarity than said first segment and is relatively insoluble in said dispersing liquid, wherein the reaction is carried out at elevated

10

temperature such that the dispersion polymer forms and then is crosslinked.

14. The method of claim 13 wherein said alpha, beta-ethylenically unsaturated monocarboxylic acid is acrylic acid or methacrylic acid.

15. The method of claim 13 wherein said other co-polymerizable monoethylenically unsaturated monomer is an alkyl acrylate or alkyl methacrylate.

16. The method of claim 13 wherein said other co-polymerizable monoethylenically unsaturated monomer is methyl methacrylate.

17. The method of claim 13 wherein said crosslinking monomer is a monoepoxide compound which additionally contains ethylenic unsaturation.

18. The method of claim 17 wherein said monoepoxide compound which additionally contains ethylenic unsaturation is glycidyl methacrylate.

19. The method of claim 13 wherein said crosslinking monomer is a mixture of alkylenimine and organoalkoxysilane selected from the group consisting of acrylatoalkoxysilane, methacrylatoalkoxysilane and vinylalkoxysilane.

20. The method of claim 19 wherein said alkylenimine is hydroxyethyl ethylenimine and said organoalkoxysilane is gamma-methacryloxypropyltrimethoxysilane.

21. The method of claim 13 wherein said polymeric dispersion stabilizer is a graft copolymer containing two polymeric segments of which one segment is solvated by said dispersing liquid and the second segment is an anchor polymer of different polarity to said first segment and is relatively non-solvatable by said dispersing liquid and wherein said polymeric dispersion stabilizer contains pendant groups which are addition copolymerized with the ethylenically unsaturated monomers in the copolymerization process.

22. The method of claim 21 wherein said polymeric dispersion stabilizer is formed by graft copolymerizing the reaction product of glycidyl methacrylate and poly-(12-hydroxystearic acid), with methyl methacrylate and glycidyl methacrylate and the resulting copolymer product containing pendant epoxy groups is reacted with methacrylic acid.

23. The method of claim 13 wherein said other co-polymerizable monoethylenically unsaturated monomer is methyl methacrylate, said alpha, beta-ethylenically unsaturated monocarboxylic acid is methacrylic acid, and said crosslinking monomer is a mixture of gamma-methacryloxypropyltrimethoxysilane and hydroxyethyl ethylenimine.

24. The method of claim 13 wherein said other co-polymerizable monoethylenically unsaturated monomer is methyl methacrylate, said alpha, beta-ethylenically unsaturated monocarboxylic acid is methacrylic acid and said crosslinking monomer is glycidyl methacrylate.

* * * * *

CIBA 038139

# United States Patent
## Silver

[11] 3,691,140

[45] Sept. 12, 1972

[54] **ACRYLATE COPOLYMER MICROSPHERES**

[72] Inventor: Spencer Ferguson Silver, 3 M Center, St. Paul, Minn. 55101

[22] Filed: March 9, 1970

[21] Appl. No.: 17,880

[52] U.S. Cl. ...............260/78.5, 117/155, 117/161, 260/29.6, 260/30.4, 260/31.2, 260/32.8, 260/33.4, 260/33.6, 260/79.3, 260/80.73, 260/80.8, 260/80.81, 260/86.1 R, 260/86.1 N

[51] Int. Cl. .......................................C08f 15/26

[58] Field of Search ....260/86.1 N, 79.3, 78.5, 80.73, 260/80.8, 80.81

[56] **References Cited**

### UNITED STATES PATENTS

| | | | |
|---|---|---|---|
| 2,892,822 | 6/1959 | Gray et al. | 260/86.1 N |
| 3,257,478 | 6/1966 | Jubilee et al. | 260/86.1 N |
| 3,385,839 | 5/1968 | Honig et al. | 260/86.1 N |
| 3,428,617 | 2/1969 | Sobolev | 260/86.1 N |
| 3,485,806 | 12/1969 | Bloomquist et al. | 260/86.1 N |
| 3,527,802 | 9/1970 | Slagel | 260/86.1 N |

Primary Examiner—Harry Wong, Jr.
Attorney—Kinney, Alexander, Sell, Steldt & Delahunt

[57]    **ABSTRACT**

Infusible, solvent-dispersible, solvent-insoluble, inherently tacky, elastomeric copolymer microspheres consist essentially of about 90 percent to about 99.5 percent by weight of at least one alkyl acrylate ester and about 10 to about 0.5 percent by weight of at least one monomer selected from the group consisting of substantially oil-insoluble, water-soluble, ionic monomers and maleic anhydride. The microspheres are prepared by aqueous suspension polymerization utilizing emulsifier in an amount greater than the critical micelle concentration in the absence of externally added protective colloids or the like.

**19 Claims, No Drawings**

heptane
cyclohexane } col. 3
benzene

CIBA 038140

3,691,140

1

## ACRYLATE COPOLYMER MICROSPHERES

### BACKGROUND OF THE INVENTION

This invention relates to inherently tacky, elastomeric, solvent-dispersible, solvent-insoluble, acrylate copolymer and a process of preparing the copolymer.

Aerosol spray adhesives have recently found commercial importance in the graphic arts for adhering paper to various substrates, as well as numerous other uses. Such adhesives have many desirable properties. For instance, they permit paper to be removed from a substrate to which it is adhered, without tearing; however, they do not permit rebonding. These adhesives generally comprise solvent dispersions of cross-linked rubbers or acrylates. Such polymers, while commercially utilizable, are not completely satisfactory because the cross-linking reaction is difficult to control and often provides soluble or partially soluble polymers. Soluble polymers are undesirable for spray adhesives having a non-volatile content above 10 percent because they do not atomize well and therefore fail to spray or form a "cobweb" spray pattern. Also, such polymers form agglomerates of random size, the large particles often plugging the spray nozzle orifice. Further, the polymer particles, when dry, agglomerate and are dispersible only with difficulty.

Despite the desirability of inherently tacky, elastomeric polymers which are solvent-dispersible, solvent-insoluble, and of uniformly small size, such a product has never heretofore existed.

### SUMMARY

The invention provides inherently tacky, elastomeric, polymers which are uniformly solvent-insoluble, solvent-dispersible, of small size, and ideally suited for use in aerosol spray adhesives. The polymers easily disperse in various solvents to provide non-plugging suspensions which spray without cobwebbing. The polymers permit bonding of paper and other materials to various substrates, permit easy removal of bonded paper from the substrate without tearing, and also permit subsequent rebonding of the paper without application of additional adhesive.

The invention comprises infusible, solvent-dispersible, solvent-insoluble, inherently tacky, elastomeric, acrylate copolymer microspheres consisting essentially of about 90 to about 99.5 percent by weight of at least one alkyl acrylate ester and about 10 to about 0.5 percent by weight of at least one monomer selected from the group consisting of substantially oil-insoluble, water-soluble, ionic monomers and maleic anhydride. Preferably, the microspheres comprise about 95 to about 99 percent by weight acrylate monomer and about 5 to about 1 percent by weight ionic monomer, maleic anhydride, or a mixture thereof. The microspheres are prepared by aqueous suspension polymerization utilizing emulsifier in an amount greater than the critical micelle concentration in the absence of externally added protective colloids or the like.

Solvent suspensions of these microspheres may be sprayed by conventional techniques without cobwebbing or may be incorporated in aerosol containers with suitable propellants such as iso-butane, isobutylene, or the Freons. The tacky microspheres provide a pressure-sensitive adhesive which has a low degree of

2

adhesion permitting separation, repositioning and rebonding of adhered objects. Additionally, these polymers are readily removable from surfaces to which they have been applied, much as rubber cements are removable by mere rubbing. Further, the tacky spheres resist permanent deformation, regaining their spherical shape upon release of pressure. They also exhibit a very low film or tensile strength, less than about 10 psi.

The alkyl acrylate ester monomer portion of the copolymer microspheres may comprise one ester monomer or a mixture of two or more ester monomers. Similarly, the water-soluble, substantially oil-insoluble monomer portion of the copolymer microspheres may comprise maleic anhydride alone, an ionic monomer alone, a mixture of two or more ionic monomers, or a mixture of maleic anhydride with one or more ionic monomers.

The alkyl acrylate ester portion of these microspheres consist of those alkyl acrylate monomers which are oleophilic, water-emulsifiable, of restricted water-solubility, and which, as homopolymers, generally have glass transition temperatures below about −20°C. Alkyl acrylate ester monomers which are suitable for the microspheres of the invention include iso-octyl acrylate, 4-methyl-2-pentyl acrylate, 2-methylbutyl acrylate, sec-butyl acrylate, and the like. Acrylate monomers with glass transition temperatures higher than −20°C. (i.e., tert-butyl acrylate, iso-bornyl acrylate or the like) may be used in conjunction with one of the above described acrylate ester monomers.

The water-soluble ionic monomer portion of these microspheres is comprised of those monomers which are substantially insoluble in oil. By substantially oil-insoluble and water-soluble it is meant that the monomer has a solubility of less than 0.5% by weight and, a distribution ratio at a given temperature (preferably 50°–65C.), of solubility in the oil phase monomer to solubility in the aqueous phase of less than about 0.005, i.e.,

$$D = \frac{\text{Total concentration in organic layer}}{\text{Total concentration in aqueous layer}}$$

Table I illustrates typical distribution ratios (D) for several water-soluble, substantially oil-insoluble ionic monomers.

### TABLE I

| Oleophilic Monomer | Temp. °C. | Hydrophilic Monomer | D |
|---|---|---|---|
| iso-octyl acrylate | 50 | 1,1-dimethyl-1-(2-hydroxypropyl)amine methacrylimide | 0.005 |
| do | 50 | 1,1,1-trimethylamine methacrylimide | 0.0015 |
| do | 65 | do | 0.003 |
| do | 50 | N,N-dimethyl-N-(β-methacryloxyethyl) ammonium propionate betaine | <0.002 |
| do | 65 | do | 0.003 |
| do | 65 | 4,4,9-trimethyl-4-azonia-7-oxo-8-oxa-dec-9-ene-1-sulfonate | <0.002 |
| do | 65 | 1,1-dimethyl-1-(2,3-dihydroxypropyl)amine methacrylimide | 0.0015 |
| do | 65 | sodium acrylate | <0.001 |
| do | 65 | sodium methacrylate | <0.001 |
| do | 65 | ammonium acrylate | <0.001 |
| do | 65 | maleic anhydride | 0.02 |

CIBA 038141

3,691,140

3

Ionic monomers conforming to the preceding criteria include sodium methacrylate, ammonium acrylate, sodium acrylate, (I) trimethylamine p-vinyl benzimide, (II) 4,4,9-trimethyl-4-azonia-7-oxo-8-oxa-dec-9-ene-1-sulphonate, (III) N,N-dimethyl-N-(β-methacrylox-yethyl) ammonium propionate betaine, (IV) trimethylamine methacrylimide, (V) 1,1-dimethyl-1(2,3-dihydroxypropyl)amine methacrylimide; any zwitterionic monomer having the preceding solubility requirements, and the like: Structural formulas of these monomers are as follows:

I

$$CH_2=CH-\langle\ \rangle-\overset{O}{\underset{O}{\overset{\ominus}{C}}}-\overset{CH_3}{\underset{CH_3}{\overset{\oplus}{N}}}-CH_3$$

II

$$CH_2=C-CO_2(CH_2)_2-\overset{CH_3}{\underset{CH_3}{\overset{\oplus}{N}}}-(CH_2)_3 O_3^{\ominus}$$

III

$$CH_2=C-CO_2-(CH_2)_2-\overset{CH_3}{\underset{CH_3}{\overset{\oplus}{N}}}-CH_2CH_2CO_2^{\ominus}$$

IV

$$CH_2=C-C\equiv N-\overset{CH_3}{\underset{CH_3}{\overset{\oplus}{N}}}-CH_3$$

V

$$CH_2=C-C-\overset{CH_3}{\underset{CH_3}{\overset{\oplus}{N}}}-CH_2-CH(OH)CH_2OH$$

The copolymer microspheres are small in size, having diameters in the range of about 1 to about 250 microns, the diameter of the majority of the spheres falling in the range of about 5 to about 150 microns. The spheres are normally tacky and elastomeric, are insoluble in organic solvents, and form suspensions in all common solvents except highly polar solvents such as water, methanol, and ethanol. Typical useful solvents are ethyl acetate, tetrahydrofuran, heptane, 2-butanone and other ketones, benzene, cyclohexane, esters, isopropanol, and higher alcohols. When dispersed, the microspheres absorb the solvent and swell to about twice their original diameter, or about eight times their original volume. After dispersion, the microspheres, which contain about 80 percent solvent, remain homogeneously dispersed for extended periods of time. When the dispersed microspheres are sprayed or coated on a surface, the solvent quickly evaporates, the microspheres shrinking to approximately their original size. A force applied directly to one of the polymer spheres will deform it; however, the spherical shape is reassumed upon release of the stress. Upon being heated, the spheres do not melt or flow, but retain their integrity until carbonization temperature is reached. Tack properties of the microspheres may be altered by inclusion of various resins in the solvent or aqueous suspensions of microspheres.

4

The microspheres of the invention are prepared by an aqueous suspension polymerization technique utilizing anionic emulsifiers in an amount greater than the critical micelle concentration in the absence of protective colloids, finely divided inorganic solids, or the like. Heretofore, suspension polymerizations conducted in the absence of such materials and at high emulsifier levels, i.e., above the critical micelle concentration, have yielded latices of extremely small particle size, which are solvent-soluble, fusible particles. The critical micelle concentration is here defined as that minimum concentration of emulsifier necessary for the formation of micelles. Critical micelle concentration is slightly different for each emulsifier, usable concentrations ranging from about $1.0 \times 10^{-4}$ to about 3.0 moles/liter. Non-ionic emulsifiers may also be included so long as an anionic emulsifier is present and predominates. Catalysts for polymerizing the monomers to provide the spheres of the invention are those which are normally suitable for free-radical polymerization of acrylate monomers and which are oil-soluble and of very low solubility in water such as, for example, benzoyl peroxide. Use of a water-soluble catalyst causes formation of substantial amounts of latex, the extremely small particle size and solubility of latex particles being undesirable. Concentration of catalyst will affect sphere quality and, therefore, should be on the order of about 0.15 to about 0.6 percent by weight, of the total suspension, preferably about 0.25 to about 0.45 percent. Catalyst concentrations below about 0.15 percent may cause agglomeration of spheres, whereas a concentration greater than 0.6 percent results in low molecular weight polymer which does not exhibit all of the desired properties.

Following polymerization, the aqueous suspension of copolymer microspheres is stable to agglomeration or coagulation under room temperature conditions. The copolymer suspensions may have non-volatile solids contents from about 10 to about 50 percent by weight. Upon prolonged standing, the suspensions will separate into two phases, the lower phase being aqueous and substantially free of polymer, the upper phase being an aqueous dispersion of polymer spheres. Decantation of the upper phase provides a low viscosity aqueous suspension having a non-volatile solids content on the order of about 75 percent which, if shaken with water, will readily redisperse.

If desired, the aqueous dispersion of microspheres may be utilized immediately following polymerization to provide inherently tacky coatings or adhesives. The aqueous dispersion may be coagulated with methanol, saturated salt solutions, or the like, followed by washing and drying. These dried polymer spheres, with sufficient agitation, will readily suspend in the previously mentioned wide variety of common organic solvents. Once the polymer is dried however, it is not redispersible in water.

The shrinkage of individual microspheres during drying when in a coated continuous layer results in a porous coating of microspheres having particular utility for such items as surgical dressings or draperies, where passage of air and water vapor through the adhesive coating is necessary, conventional adhesives generally being continuous and retarding passage of air and water vapor.

CIBA 038142

3,691,140

| 5 | 6 |

**DESCRIPTION OF PREFERRED EMBODIMENTS**

**EXAMPLE 1**

This example illustrates a general method by which infusible, solvent-dispersible, solvent-insoluble, inherently tacky, elastomeric copolymer microspheres are prepared. A 3-liter indented resin flask fitted with mechanical stirrer was charged with 410 gms (90 mole percent) iso-octyl acrylate, 38 gms (10 mole percent) trimethylamine methacrylimide, 1500 ml deoxygenated distilled water, and 20 gms alkyl arylpolyethylene oxide sodium sulfonate (commercially available from the Rohm and Haas Company under the trade designation "Triton" X–200). The flask was purged with nitrogen, 1.5 gms benzoyl peroxide added, and the mixture heated to 66°C. and stirred vigorously (about 500 rpm) for 20 hours at 66°C. under nitrogen.

At the end of the 20 hours, the suspension was cooled to 20°C. and filtered through cheesecloth to remove agglomerates, and the solid polymer recovered by coagulation and washing with methanol, to provide a 95–98 percent yield of discrete microspheres ranging in diameter from about 10 to about 150 microns. The copolymer spheres were found to be dispersible, but insoluble in, iso-propanol, ethyl acetate, tetrahydrofuran, 2-butanone, benzene, and cyclohexane. Each of these dispersions, when placed in an aerosol container with propellant, was found to provide an excellent spray adhesive which sprayed without plugging or cobwebbing to provide a tacky adhesive layer which readily bonded paper but, permitted the paper to be removed, repositioned and rebonded. The microspheres were removable from the surface on which they were sprayed with an art gum eraser.

Films were cast from each of the above-mentioned dispersions, dried, and found to be of very low tensile strength and comprised of aggressively tacky spherical particles.

**EXAMPLE 2**

A 500 ml indented 3-neck flask fitted with a stirrer was charged with 150 ml of deoxygenated distilled water, 47.5 gms of iso-octyl acrylate, 2.5 gms of trimethylamine methacrylimide, 1.0 gms of ammonium lauryl sulfate (commercially available from the Alcolac Chemicals Co. under the trade designation "Sipex A"), and 0.15 g. of benzoyl peroxide. The mixture was heated to 65°C., maintained for 20 hours with rapid stirring (about 550 rpm), cooled to 20°C., and filtered through cheesecloth to provide a suspension of tacky copolymer microspheres on the order of 10 to 180 microns in diameter. After coagulation and washing with methanol, the tacky, elastomeric microspheres were found to be insoluble in, but dispersible in tetrahydrofuran, 2-butanone, and heptain.

**EXAMPLES 3–10**

These examples, all of which were prepared utilizing the equipment and general procedure outlined in Example 2, illustrate use of various emulsifiers and ionic monomers. Deoxygenated distilled water (150 ml), 0.15 gm of benzoyl peroxide, and the components shown in Table II were utilized in the polymerization and the polymer recovered by the techniques set forth in Example 2. The microspheres were found to be inherently tacky and pressure-sensitive, insoluble, infusible, and dispersible in organic solvents.

**EXAMPLES 11–15**

These examples, all of which were prepared utilizing the equipment and general techniques outlined in Example 2, illustrate use of various alkyl acrylate ester monomers for preparation of the copolymer microspheres of the invention. Deoxygenated distilled water (150 ml), 0.15 gm of benzoyl peroxide, and the components shown in Table III were utilized in the polymerization and the polymer recovered in Example 2. The microspheres, after polymerization and recovery, were found to be inherently tacky and pressure-sensitive, solvent insoluble, infusible, and solvent dispersible.

**TABLE II**

| Example | iso-octyl acrylate, g. | Emulsifier, g. | Ionic monomer | Polymer particle size, microns |
|---|---|---|---|---|
| 3 | 45 | 2g. alkyl-arylpoly-ethylene oxide sodium sulfonate | 5g. trimethylamine p-vinylbenzimide | 1–50 |
| 4 | do | do | 5g. 1-(2,3-dihydroxypropyl)-1,1-dimethylamine methacrylimide | 1–120 |
| 5 | do | do | 5g. N,N-dimethyl-N-(β-methacryloxyethyl)am-monium propionate betaine | 20–150 |
| 6 | 49 | 1g. ammonium lauryl sulfate | 1g. ammonium acrylate | 6–52 |
| 7 | do | do | 1g. N,N-dimethyl-N-(β-methacryloxyethyl)am-monium propionate betaine | — |
| 8 | do | do | 1g. 4,4,9-trimethyl-6-azonia-7-oxo-8-oxa-dec-9-ene-1sulfonate | 6–80 |
| 9 | do | 1g. sodium p-dodecyl benzene sulfonate | 1g. sodium acrylate | 3–39 |
| 10 | 45 | do | 5g. maleic anhydride | 6–39 |

**TABLE III**

| Example | Alkyl Acrylate Monomer gms. | Wetting agent, gm. | Ionic Monomer | Polymer particle size, microns |
|---|---|---|---|---|
| 11 | 45g. 4-methyl-2-pentyl acrylate | 2g. alkyl-arylpoly ethylene oxide sodium sulfonate | 5g. trimethylamine methacrylimide | 10–80 |
| 12 | 45g. 2-methyl butyl acrylate | 1g. p-dodecyl benzene sulfonate | 5g. maleic anhydride | 1–15 |
| 13 | 22.5g. iso-octyl acrylate; | 1g. ammonium lauryl sulfate | 5g. trimethylamine methacrylimide | 6–78 |

CIBA 038143

3,691,140

7                                                                                      8

| | methyl-2-pentyl acrylate 22.5g. iso-octyl acrylate; 22.5g. 'tert-butyl' acrylate | do | do | 10-80 |
|---|---|---|---|---|
| 14 | | | | |
| 15 | 18g. 4-methyl-2-pentyl acrylate; -27 g. iso-bornyl acrylate; | do | do | 10-140 |
| 16 | 90g. iso-octyl acrylate | 4g. alkyl aryl poly-ethylene oxide sodium sulfonate | 10g. trimethylamine methacrylimide | 10-150 |

* 100 ml of deoxygenated distilled water and 0.3 g of benzoyl peroxide was utilized in this example.

I claim:

1. Infusible, non-polar organic liquid dispersible, non-polar organic liquid insoluble, inherently tacky, elastomeric copolymer microspheres consisting essentially of about 90 to about 99.5 percent by weight of one or more oleophilic, water-emulsifiable alkyl acrylate esters, at least one of said esters being selected from the group consisting of iso-octyl acrylate, 4-methyl-2-pentyl acrylate, 2-methylbutyl acrylate, and sec-butyl acrylate and about 10 to about 0.5 percent by weight of one or more monomers selected from the group consisting of trimethylamine methacrylimide, trimethylamine p-vinyl benzimide, ammonium acrylate, sodium acrylate, N,N-dimethyl-N-(β-methacryloxyethyl) ammonium propionate betaine, 1,1-dimethyl-1-(2-hydroxypropyl) amine methacrylimide, 4,4,9-trimethyl-4-azonia-7-oxo-8-oxa-9-decene-1-sulphonate, 1,1-dimethyl-1-(2,3-dihydroxypropyl) amine methacrylimide, and maelic anhydride , said copolymer having been prepared by aqueous suspension polymerization in the presence of an anion emulsifier at a level above said emulsifier's critical micelle concentration.

2. The microspheres of claim 1 wherein the acrylate ester is iso-octyl acrylate and the ionic monomer is trimethylamine methacrylimide.

3. The microspheres of claim 1 wherein the acrylate monomer is iso-octyl acrylate and the ionic monomer is trimethylamine p-vinyl benzimide.

4. The microspheres of claim 1 wherein the acrylate monomer is iso-octyl acrylate and the ionic monomer is 1,1-dimethyl-1(2,3-dihydroxypropyl)amine methacrylimide.

5. The microspheres of claim 1 wherein the acrylate monomer is iso-octyl acrylate and the ionic monomer is N,N-dimethyl-N-(β-methacryloxyethyl)ammonium propionate betaine.

6. The microspheres of claim 1 wherein the acrylate monomer is iso-octyl acrylate and the ionic monomer is ammonium acrylate.

7. The microspheres of claim 1 wherein the acrylate monomer is iso-octyl acrylate and the ionic monomer is 4,4,9-trimethyl-47-oxo-8-oxa-dec-9-ene-1-sulfonate.

8. The microspheres of claim 1 wherein the acrylate monomer is iso-octyl acrylate and the ionic monomer is sodium acrylate.

9. The microspheres of claim 1 wherein the acrylate monomer is iso-octyl acrylate and the other monomer is maleic anhydride.

10. The microspheres of claim 1 wherein the acrylate monomer is 4-methyl-2-pentyl acrylate and the ionic monomer is trimethylamine methacrylimide.

11. The microspheres of claim 1 wherein the acrylate monomer is 2-methylbutyl acrylate and the other monomer is maleic anhydride.

12. The microspheres of claim 1 containing at least two of said alkyl acrylate ester monomers.

13. The microspheres of claim 12 wherein the ionic monomer is trimethylamine methacrylimide and the acrylate monomers are iso-octyl acrylate and 4-methyl-2-pentyl acrylate.

14. The microspheres of claim 12 wherein the ionic monomer is trimethylamine methacrylimide and the acrylate monomers are iso-octyl acrylate and tert-butyl acrylate.

15. The microspheres of claim 12 wherein the ionic monomer is trimethylamine methacrylimide and the acrylate monomers are 4-methyl-2-pentyl acrylate and iso-bornyl acrylate.

16. Infusible, non-polar organic liquid dispersible, non-polar organic liquid insoluble, inherently tacky, elastomeric copolymer microspheres consisting essentially of about 98 to about 99.5 percent by weight of one or more oleophilic, water-emulsifiable alkyl acrylate esters, at least one of said esters being selected from the group consisting of iso-octyl acrylate, 4-methyl-2-pentyl acrylate, 2-methylbutyl acrylate, and sec-butyl acrylate and about 2 percent to about 0.5 percent by weight of one or more monomers selected from the group consisting of trimethylamine methacrylimide, trimethylamine p-vinyl benzimide, ammonium acrylate, sodium acrylate, N,N-dimethyl-N-(β-methacryloxyethyl) ammonium propionate betaine, 1,1-dimethyl-1-(2-hydroxypropyl) amine methacrylimide, 4,4,9-trimethyl-4-azonia-7-oxo-8-oxa-9-decene-1-sulphonate, 1,1-dimethyl-1(2,3-dihydroxypropyl) amine methacrylimide, and maleic anhydride, said copolymer having been prepared by aqueous suspension polymerization in the presence of an anion emulsifier at a level above said emulsifier's critical micelle concentration.

17. The microspheres of claim 16 wherein at least one acrylate monomer is iso-octyl acrylate and the ionic monomer is ammonium acrylate.

18. The microspheres of claim 16 wherein at least one acrylate monomer is iso-octyl acrylate and the other monomer is maleic anhydride.

19. A suspension polymerization process of preparing the microspheres of claim 1 comprising the steps of:
charging to a reaction vessel, about 90 to about 99.5 percent by weight of one or more oleophilic, water-emulsifiable alkyl acrylate ester monomers, at least one of said esters being selected from the group consisting of iso-octyl acrylate, 4-methyl-2-pentyl acrylate, 2-methylbutyl acrylate, and sec-butyl acrylate, about 10 to about 0.5 percent by weight of one or more monomers selected from the group consisting of trimethylamine methacrylimide, trimethyl-amine p-vinyl benzimide, ammonium acrylate, sodium acrylate, N,N-dimethyl-N-(β-methacryloxyethyl) ammonium propionate betaine, 1,1-dimethyl-1-(2-hydroxypropyl) amine methacrylimide, 4,4,9-trimethyl-4-azonia-7-oxo-8-oxa-9-decene-1-sulphonate, 1,1-dimethyl-1-(Z,3-

CIBA 038144

3,691,140

9

dihydroxypropyl) amine methacrylimide, and maleic anhydride, not greater than 0.6 weight percent of a substantially water-insoluble, oil-soluble polymerization initiator, water, and an anionic emulsifier at a level above its critical micelle concentration,

10

agitating the reactor charge to create an emulsion, and heating said emulsion while maintaining said agitation, whereby elastomeric, non-polar organic liquid dispersible copolymer spheres are formed from said emulsion.

* * * * *

Letter    *J. Phys. Chem.* 1982, *85*, 2271–2273    2271

The study reported here opens an entirely new and interesting domain, since it offers the possibility to prepare an inverse microlatex of small size with rather narrow polydispersity. Furthermore, the microlatices can be used as models for neutron-scattering studies on the statistics of high molecular weight, confined chains.

*Acknowledgment.* We thank S. Candau for much assistance in the quasi-elastic light-scattering experiments and R. Fitch for stimulating discussions.

# Photolysis Wavelength Dependence of the Effect of Xenon on the Production of C₂(d³Πg) by Ultraviolet Multiphoton Dissociation

C. T. Lin,[†] Ph. Avouris,* and Y. J. Thefaine

*IBM Thomas J. Watson Research Center, Yorktown Heights, New York 10598 (Received: January 8, 1982; In Final Form: March 9, 1982)*

We report on the effect of Xe buffer gas on the $C_2(d^3\Pi_g \rightarrow a^3\Pi_u)$ emission which results from the excimer laser-induced multiphoton fragmentation of acetylene, triethylenediamine (Dabco), and benzene. We find that, upon addition of Xe, normal quenching of this emission occurs for 248-nm (KrF) photolysis of the above molecules, while an unusual enhancement is found for 193-nm (ArF) photolysis. Other radical emissions resulting from the same process, e.g., CH(A²Δ→X²Π) and CN(B²Σ⁺→X²Σ⁺), show normal quenching at both wavelengths. The possible mechanisms of this unusual enhancement are discussed.

## Introduction

Laser (excimer or CO₂) photolysis provides an excellent way to produce ground- and excited-state free radicals, particularly diatomic species such as C₂, CH, CN, etc. The molecular reaction rates or excited-state collisional quenching cross sections of these radicals can easily be obtained by monitoring the laser-induced fluorescence or luminescence of the particular radical as a function of pressure of the reaction partner or quenching gas.[1–4]

In the above types of studies the nature of the radical precursor or the mode of the radical preparation is not considered to be important in the subsequent free-radical reactions. Here we discuss cases where an apparent deviation from this behavior is observed. Specifically, in laser multiphoton dissociations the effect of Xe "buffer" gas on the intensity of the $C_2(d^3\Pi_g \rightarrow a^3\Pi_u)$ emission depends on the photolysis wavelength used. In fact, while normal quenching of this emission is observed for 248-nm (KrF laser) photolysis, an unusual enhancement is found for 193-nm (ArF laser) photolysis. In this Letter we demonstrate this effect and discuss possible interpretations.

## Experimental Section

Triethylenediamine (Aldrich) was purified by vacuum sublimation while the other chemicals, Xe (Airco), acetylene (Matheson), and benzene (Aldrich), were used as received. The vapor pressure of the gases was measured by an MKS Baratron capacitance manometer. The photolysis source was a Lambda Physik EMG 500 excimer laser which gave an output of 100 mJ/pulse at 248 nm (KrF) and 40 mJ/pulse at 193 nm (ArF). The laser power was measured by a pyroelectric detector (Gentec ED 500) and the laser beam was focused in the reaction-fluorescence cell by a fused silica 8-in. focal length lens. The radical luminescence was viewed at right angles to the laser beam and the

spectrum was obtained by the use of a 0.3-m polychromator and a PAR (OMA II) optical multichannel analyzer equipped with a SIT detector.

## Results

In Figure 1 we show radical luminescence spectra obtained by the excimer laser-induced multiphoton fragmentation of 200 mtorr of Dabco. Luminescence bands of CN*(B²Σ⁺→X²Σ⁺), CH*(A²Δ→X²Π), and C₂*(d³Πg→a³Πu) are observed. The three peaks of the C₂* spectrum at about 470, 517, and 550 nm correspond to the $v' = 1 \rightarrow v'' = 0$ (and overlapping $\Delta v = -1$ sequence bands), $v' = 0 \rightarrow v'' = 0$ (and $\Delta v = 0$ sequence bands) and $v' = 0 \rightarrow v'' = 1$ (and $\Delta v = +1$ sequence bands) vibronic transitions, respectively.[7] Both ArF (193 nm) and KrF (248 nm) excitations result in the same radical emissions; however, the effect of added Xe buffer gas is different in the two cases. With 248-nm excitation we observe that all radical emissions (spectrum A) are quenched upon addition of Xe gas (10 torr, spectrum B). This is the normal collisional quenching behavior. For 193-nm excitations (spectra C and D), however, we observe that, while the CN* and CH* emissions are quenched upon Xe (10 torr) addition (spectrum D), the C₂* emission is intensified. In particular, the intensity ratios for the different radicals are as follows: $I_{C_2*}$(with Xe)/$I_{C_2*}$(without Xe) = 1.5 while $I_{CN*}$(with Xe)/$I_{CN*}$(without Xe) = 0.7 and $I_{CH*}$(with Xe)/$I_{CH*}$(without Xe) = 0.6. He gas, on the other hand, quenches all radical emissions including C₂* at both 248 and 193 nm. An enhancement of the $^3\Pi_g \rightarrow {}^3\Pi_u$ C₂* emission by Xe is also observed when acetylene is photolyzed by the ArF

(1) L. Pasternack, W. M. Pitts, and J. R. McDonald, *Chem. Phys.*, 57, 19 (1981).
(2) H. Reisner, M. S. Mangir, and C. Wittig, *J. Chem. Phys.*, 73, 2290 (1980).
(3) J. B. Lurie and M. A. El-Sayed, *Chem. Phys. Lett.*, 70, 251 (1980).
(4) J. E. Butler, L. P. Goss, M. C. Lin, and J. W. Hudgens, *Chem. Phys. Lett.*, 63, 104 (1979).
(5) V. M. Donnelly and L. Pasternack, *Chem. Phys.*, 39, 427 (1976).
(6) A. P. Baronavski and J. R. McDonald, *Chem. Phys. Lett.*, 56, 369 (1978).
(7) R. W. B. Pearse and A. G. Gaydon, "The Identification of Molecular Spectra", Chapman and Hall, London, 1976.

[†] On leave from Instituto de Quimica, Universidade Estadual de Campinas, Brazil.

0022-3654/82/2086-2271$01.25/0    © 1982 American Chemical Society

CIBA 038146

07/835 626
APS searched
4-?-91

d his

(FILE 'USPAT' ENTERED AT 16:06:03 ON 03 APR 91)
L1        69 'S POLYMERIC MICROPARTICLES
L2         1 .S L1 AND WATER-SOLUBLE MONOMERS

=> d 12 cit

1.  4,743,507, May 10, 1988, Nonspherical microparticles and method
    therefor; Elias I. Franses, et al., 428/402; 264/5, 146, 236, 288.8,
    260.2, 317, 322, 344, 347, DIG.44

=> d 12 hit

US PAT NO:      4,743,507                                    L2: 1 of 1

DETDESC:

DETD(4)

The polymeric compounds employed in the present invention are readily
available either commercially or through procedures which are well known
among those familiar in the art. For instance, water immiscible monomers
such as styrene and vinyltoluene can be used to produce polymer particles
by conventional emulsion polymerization methods. These emulsion
polymerization techniques can also be used for slightly  water
soluble  monomers  such as acrylonitrile and vinylesters, but
cannot be used for monomers that have a high solubility in water.

CLAIMS:

CLMS(21)

21. A method for producing  polymeric   microparticles  having a
prolate spheroidal shape which method comprises:
dispersing spherical particles of a polymeric material having a
   glass-to-rubber transition temperature or melting point above room
   temperature into a second material capable of forming an elastic
   polymer matrix, said elastic polymer matrix and said polymeric material
   having similar elastic properties but dissimilar chemical properties;
forming the dispersion of spherical particles into a shape and reacting
   the matrix-forming material with a crosslinking reagent to form a
   shaped particle/matrix composite material comprising an elastic polymer
   matrix surrounding the spherical particles;
cutting the particle/matrix material into strips;
heating the strips to a temperature greater than the glass-to-rubber
   transition temperature, or melting point of said spherical particles;
applying a uniaxial strain to the strips to uniaxially extend the strip
   and the spherical polymer particles surrounded by the polymer matrix;
cooling the strips while maintaining the strips uniaxially extended;
treating the strips to selectively effect dissolution of the elastic
   polymer matrix and release of the particles; and
separating and recovering said particles from the chemical degradation
   medium, whereby prolate spheroidal particles are obtained.

Cl 4 T.MS:

CIBA 038147

CLMS(22)

22. A method for producing  polymeric   microparticles  having an
oblate spheroidal shape which method comprises:
dispersing spherical particles of a polymeric material having a
glass-to-rubber transition temperature or melting point above room
temperature into a second material capable of forming an elastic
polymer matrix, said elastic polymer matrix and said polymeric material
having similar elastic properties but dissimilar chemical properties;
forming the dispersion of spherical particles into a shape and reacting
the matrix-forming material with a crosslinking reagent to form a
shaped particle/matrix composite material comprising an elastic polymer
matrix surrounding the spherical particles;
cutting the particle/matrix material into strips;
heating the strips to a temperature greater than the glass-to-rubber
transition temperature or melting point of said spherical particles;
applying an equal biaxial strain to the strips to biaxially extend the
strip and the spherical polymer particles surrounded by the polymer
matrix;
cooling the strips while maintaining the strips biaxially extended;
treating the strips to selectively effect dissolution of the elastic
polymer matrix and release of the particles; and
separating and recovering said particles from the chemical degradation
medium, whereby oblate spheroid particles are obtained.

CIBA 038148

d his

(FILE 'USPAT' ENTERED AT 16:06:03 ON 03 APR 91)
　　　69 S POLYMERIC MICROPARTICLES
　　　17 S L1 AND WATER-SOLUBLE MONOMERS
　　　19 S L1 AND CROSS-LINKING

d 13 cit 1-19

1. 4,975,475, Dec. 4, 1990, Electrodeposition coating composition;
Yasuyoki Tsuchiya, et al., 523/411, 523/412 [IMAGE AVAILABLE]

2. 4,968,735, Nov. 6, 1990, Cross-linked cationic polymeric
microparticles; Roger E. Neff, et al., 210/734, 732; 524/922 [IMAGE
AVAILABLE]

3. 4,956,399, Sep. 11, 1990, Emulsified mannich acrylamide polymers;
Ryuzo T. Kozakiewicz, et al., 523/223; 524/829, 831; 525/328.4, 329.4,
330; 526/307 [IMAGE AVAILABLE]

4. 4,929,473, Jun. 29, 1990, Radiation curable liquid resin composition
containing microparticles; Kazunori Kanda, et al., 430/281, 284, 285,
286; 524/90; 525/101, 102; 524/457; 525/426; 526/201, 214 [IMAGE
AVAILABLE]

5. 4,923,894, May 8, 1990, Polymeric microparticles having
pesticidal activity; Kazunori Kanda, et al., 514/493; 71/66, 67, 97,
DIG.1; 106/15.05; 514/241, 367, 396, 461 [IMAGE AVAILABLE]

6. 4,920,175, Apr. 24, 1990, Microparticles having crosslinking reaction
promotor function and method of use; Kazunori Kanda, et al., 525/110;
528/417, 418, 458; 523/201, 202, 204, 404, 414, 416; 524/507, 512;
525/107, 155, 157, 162, 163, 166 [IMAGE AVAILABLE]

7. 4,869,796, Sep. 26, 1989, Electrodeposition coating composition;
Kazunori Kanda, et al., 204/181.6, 181.7; 523/411, 412, 413; 524/512,
513, 512, 522; 525/123, 125, 162

8. 4,834,978, May 30, 1989, Method of transdermal drug delivery; Elie S.
Nuwayser, 424/448, 423, 449

9. 4,777,213, Oct. 11, 1988, Microparticles having crosslinking reaction
promotor function and method of use; Kazunori Kanda, et al., 525/114;
204/181.7; 522/35, 37, 40, 43, 44, 46, 48, 69; 523/404, 414, 416;
524/507, 512, 901, 902; 525/108, 110, 111, 113, 155, 157, 162

10. 4,740,055, Apr. 26, 1988, Coated optical fibers; Kazunori Kanda, et
al., 350/96.3, 96.23, 96.34 [IMAGE AVAILABLE]

11. 4,598,111, Jul. 1, 1986, Coating composition containing cross-linked
microparticles; Howard J. Wright, et al., 524/40, 37, 501, 512, 513, 514,
522, 523, 524; 525/157, 162, 163, 167.5, 212, 221, 223, 228

12. 4,539,363, Sep. 3, 1985, Pigmented basecoat composition; Alan J.
Backhouse, 524/460, 458, 522, 533

CIBA 038149