13. 4,403,035, Sep. 6, 1983, Polyesters; Harvis E. Hartman, et al.; 528/297; 525/438, 440, 443; 528/112, 176

14. 4,403,003, Sep. 6, 1983, Article having basecoat/clearcoat and process for coating; Alan J. Backhouse, 427/407.1, 407.2, 408, 409, 410, 412.1

15. 4,340,511, Jul. 20, 1982, Production of polymer microparticles and coating compositions containing them; Alan J. Backhouse, et al., 524/504, 524/512, 842; 525/69, 162, 450; 518

16. 4,242,384, Dec. 30, 1980, Spray coating of acrylic resin comprising polymeric microparticles; Malcolm S. Andrew, et al., 427/421, 388.2, 388.3, 388.4, 388.5; 428/463; 525/85; 443, 445

17. 4,147,688, Apr. 3, 1979, Method of preparing dispersions of gelled polymeric microparticles and products produced thereby; Joseph M. Makhlouf, et al., 524/461, 588; 526/273, 279; 528/392

18. 4,075,141, Feb. 21, 1978, Carboxylic acid amide interpolymer-based coating compositions; Samuel Porter, Jr., et al., 524/56, 816; 820, 831, 840; 525/134, 161; 475, 385

19. 4,025,474, May 24, 1977, Polyester coating compositions comprising cross-linked polymeric microparticles; Samuel Porter, Jr., et al., 524/300, 539; 526/100, 101; 162, 163, 165, 175, 176; 443, 445

=> 13 t,13

US PAT NO: 4,968,435 [IMAGE AVAILABLE]        L3: 2 of 19
TITLE:        Cross-linked cationic polymeric microparticles

ABSTRACT:
Novel compositions comprising cationic polymeric microparticles are disclosed, along with a method for their production. The products are useful in flocculating a wide variety of dispersions of suspended solids.

SUMMARY:

BSUM(1)

The present invention relates to cross-linked, cationic polymeric microparticles, and a method for their preparation. The present invention also relates to the use of the polymers as a flocculating agent.

SUMMARY:

BSUM(4)

EP No. 0,202,780, describes the preparation of crosslinked, cationic, polyacrylamide beads by conventional inverse emulsion polymerization techniques. Crosslinking is accomplished by the incorporation of a difunctional monomer, such as methylenebisacrylamide, into the polymer chain. This cross - linking technology is well known in the art. The patentee teaches that the crosslinked beads are useful as flocculants but are more highly efficient after having been subjected to unusual levels of shearing action in order to render them water-soluble.

SUMMARY:

BSUM(9)

According to the present invention, there is provided compositions comprising cross-linked, cationic, polymeric microparticles, the microparticles having an unswollen number average particle size diameter

CIBA 038150

or less than about 0.5 micron, preferably less than about 0.1 micron, a solution viscosity of from about 1.2 to about 1.8 mPa.s and a cross - linking agent content of above about 4 molar parts per million, based on the monomeric units present in the polymer.

SUMMARY:

BSUM(10)

Preferred features of the present invention comprise compositions, as defined above, wherein the cross - linking agent content ranges from about 4 to about 2000 molar parts per million, preferably from about 10 to about 1000 molar parts per million and even more preferably from about 50 to about 500 molar parts per million.

SUMMARY:

BSUM(11)

The preferred cross - linking agents comprise difunctional monomers selected from N,N'-methylenebisacrylamide, N,N'-methylenebisdimethacrylamide, polyethyleneglycol diacrylate, polyethyleneglycol dimethacrylate, N-vinylacrylamide, glycidyl acrylate, divinylbenzene, acrolein, glyoxal, diepoxy compounds, epichlorohydrin, or mixtures of any of the foregoing. Especially preferred is N,N'-methylenebisacrylamide.

SUMMARY:

BSUM(15)

i) an aqueous solution comprising at least one ethylenically unsaturated cationic monomer and at least one cross - linking agent and, optionally, at least one ethylenically unsaturated non-ionic monomer;

SUMMARY:

BSUM(20)

A preferred feature of the present invention, comprises a process employing an aqueous solution comprising acryloxyethyltrimethylammonium chloride salt as the cationic monomer, methylenebisacrylamide as the cross - linking agent and acrylamide as the non-ionic monomer; an oil comprising a saturated hydrocarbon and an effective amount of a surfactant comprising an ethoxylated lauryl ether, a polyoxyethylene sorbitan hexaoleate, a sorbitan sesquioleate, the oleate of diethanolamine or mixtures thereof sufficient to produce particles of less than about 0.5 micron in unswollen number average particle size diameter.

SUMMARY:

BSUM(23)

Cross-linked, cationic, polymeric microparticles having an unswollen number average particle size diameter of less than about 0.5 micron, a solution viscosity of from about 1.2 to about 1.8 mPa.s and a cross - linking agent content of above about 4 molar parts per million based on the monomeric units present in the polymer are generally formed by the polymerization of at least one ethylenically unsaturated cationic monomer and, optionally, at least one non-ionic comonomer in the presence of a cross - linking agent in a water-in-oil inverse emulsion employing an effective amount of surfactant or surfactant mixture.

SUMMARY:

CIBA 038151

BSUM(26)

These ethylenically unsaturated, cationic and non-ionic monomers may be copolymerized to produce cationic copolymers. Preferably, acrylamide is copolymerized with a cationic monomer. Cationic copolymers useful in the practice of this invention comprise from about 0 to about 99 parts, by weight, of non-ionic monomer and from about 100 to about 1 part, by weight, of cationic monomer based on the weight of the cationic and non-ionic monomers taken together, preferably from about 40 to about 99 parts, by weight, of non-ionic monomer and about 1 to about 60 parts, by weight, of cationic monomer, same basis. Polymerization of the monomers occurs in the presence of a polyfunctional _cross_ - _linking_ agent to form the cross-linked composition. The polyfunctional _cross_ - _linking_ agent comprises molecules having either at least two double bonds, a double bond and a reactive group, or two reactive groups. Illustrative of those containing at least two double bonds are N,N-methylenebisacrylamide; N,N-methylenebismethacrylamide; polyethyleneglycol diacrylate; polyethyleneglycol dimethacrylate; N-vinyl acrylamide; divinylbenzene; triallylammonium salts, N-methylallylacrylamide and the like. Polyfunctional branching agents containing at least one double bond and at least one reactive group include glycidyl acrylate; glycidyl methacrylate; acrolein; methylolacrylamide and the like. Polyfunctional branching agents containing at least two reactive groups include dialdehydes, such as glyoxal; diepoxy compounds; epichlorohydrin and the like.

SUMMARY:

BSUM(27)

_Cross_ - _linking_ agents are to be used in sufficient quantities to assure a cross-linked composition. Preferably at least about 4 molar parts per million of _cross_ - _linking_ agent based on the monomeric units present in the polymer is employed to induce sufficient _cross_ - _linking_ and especially preferred is a _cross_ - _linking_ agent content of from about 4 to about 2000 molar parts per million.

SUMMARY:

BSUM(28)

One method of obtaining the _polymeric_ _microparticles_ of this invention is to polymerize the monomers in a microemulsion. Polymerization in microemulsions and inverse microemulsions is known to those skilled in this art. D. Speiser reported in 1976 and 1977 a process for making spherical "nanoparticles" with diameters less than 800 ANG. by (1) solubilizing monomers, such as acrylamide and methylenebisacrylamide and other materials, such as drugs, in micelles and (2) polymerizing the monomers, see J. Pharm. Sci., 65(12), 1763 (1976) and U.S. Pat. No. 4,021,364. Both inverse water-in-oil and oil-in-water "nanoparticles" were prepared by this process. While not specifically called microemulsion polymerization by the author, this process does contain all the features which are currently used to define microemulsion polymerization. These reports also constitute the first examples of polymerization or acrylamide in a microemulsion. Since then, numerous publications reporting polymerization of hydrophobic monomers in the oil phase of microemulsions have appeared. See, for example, U.S. Pat. Nos. 4,521,317 and 4,681,912; Stoffer and Bone, J. Dispersion Sci. and Tech., 1 (1), 37, 1980; and Atik and Thomas, J. Am. Chem. Soc., 103(14), 4279 (1981); and GB 2161492A.

SUMMARY:

BSUM(31)

The aqueous phase comprises an aqueous mixture of the monomer, cationic and optional non-ionic, and the cross - linking agent, as defined above. The aqueous monomer mixture may also comprise such conventional additives as are desired. For example, the mixture may contain chelating agents to remove polymerization inhibitors, pH adjusters, initiators and other conventional additives.

DETDESC:

DETD(24)

Table 2 shows that when a cross - linking agent, such as MBA, is incorporated into the polymer chain, insoluble particles, as evidenced by a low S.V., are formed. When a low activity surfactant, such as A, in Examples 4A and 4B, is employed, particles with an average diameter of 1.0 micron are formed. These particles perform very poorly, only flocculating solids at high dose levels. Even then, the strength of the resultant cake is not sufficient to provide efficient dewatering in the belt press simulation test wherein the cake is found to extrude through the belt. When high concentrations of high activity surfactant are employed, the P and Q systems, much smaller particles are obtained. In the absence of cross - linking agent, soluble products are formed, Example 5A.

DETDESC:

DETD(26)

However, Example 5C, having a high MBA concentration, gives a poor performance, showing the importance of the cross - linking agent concentration. Also, a particle with a small diameter size may be prepared with an alternative surfactant system, Example 3, and still result in excellent performance, thus showing performance to be a function of particle size and independent of the type of surfactant system employed to achieve a given particle size.

DETDESC:

DETD(40)

The procedure of Example 1 is repeated except that different cross - linking agents are substituted for methylenebisacrylamide, (25) methylenebismethacrylamide, (26) Polyethyleneglycol dimethacrylate, (27) Polyethyleneglycol diacrylate, (28) N-vinyl acrylamide, (29) Glycidyl acrylate, (30) Divinyl benzene, (31) Acrolein, (32) Glyoxal and (33) Epichlorohydrin are employed as cross - linking agents. Compositions comprising cross-linked, cationic, copolymeric, microparticles are formed similar to those of Example 1.

CLAIMS:

CLMS(1)

We claim:

1. A method of flocculating an aqueous dispersion of suspended solids which comprises (a) adding to and mixing with the dispersion from about 0.1 to about 50,000 parts per million of dispersion, solids of an aqueous solution of a water-insoluble, cross-linked, cationic, polymeric flocculant, having an unswollen number average particle size diameter of less than about 0.5 micron, a solution viscosity of from about 1.2 to about 1.8 mPa.s and a cross - linking agent content above about 4 molar parts per million based on the monomeric units present in the polymer to flocculate said suspended solids, and separating the flocculated suspended solids from said dispersion.

CIBA 038153

CLAIMS:

CLMS(2)

2. A method as defined in claim 1 wherein the polymeric flocculant has a cross – linking agent content of from about 4 to about 2000 molar parts per million.

CLMS:

CLMS(3)

3. A method as defined in claim 1 wherein the polymeric flocculant has a cross – linking agent content of from about 50 to about 500 molar parts per million.

*.d.13.Hit.5

US PAT NO:    4,923,894 [IMAGE AVAILABLE]    L3: 5 of 19
TITLE:    Polymeric    microparticles    having pesticidal
activity

ABSTRACT:

Polymeric microparticles having bound therewith a pesticide are disclosed. The microparticles are prepared by polymerizing a mixture of ethylenically unsaturated monomers. Active substances may be bound to the microparticles by introducing an ethylenically unsaturated function to the active substance and copolymerizing the resulting compound with the monomer mixture, or by polymerizing the monomer mixture in the presence of the active substance, or by impregnating the microparticles with a solution of the active substance.

SUMMARY:

BSUM(2)

These number characterispartiolepolymeric    microparticles    carrying a pesticidal activity (equally inanimationben [substance](A) is also present in solution in the diluent, there would be practical difficulties in carrying out the reaction, partly in the solution of the resin (A) in diluent (B). Where the resin (A) is in a state of dispersion in the diluent (B), its presence will not normally have any influence on the degree of insolubility of the microparticles.

SUMMARY:

BSUM(15)

The chemical compositions and degree of    cross – linking    of the microparticulate polymer are so chosen as to ensure that the polymer per se has a glass-liquid transition temperature (Tg) greater than 0.degree. C., that is to say, under normal conditions of use of the composition which is spray-applied according to the invention, the microparticles are hard and glassy.

SUMMARY:

BSUM(20)

The production specifically of dispersion of cross-linked addition polymer particles can be achieved by including, in the monomers selected, pairs of monomers containing (in addition to the polymerisable unsaturated groups) groups capable of entering into chemical reaction with each other; for example, the epoxide and carboxyl groups contained in glycidyl methacrylate and methacrylic acid. By following the procedure particularly described in British Pat. Specifications Nos. 1,095,288 and

CIBA 038154

1,156,012, for example, particles are obtained in which there are present such complementary groups which, although not at that stage co-reacted, can be caused to co-react and so form crosslinks by subsequently heating the dispersion to a suitably elevated temperature. Cross-linked addition polymers may also be prepared in dispersion by including in the monomers undergoing dispersion polymerisation a minor proportion of a monomer which is difunctional with respect to the polymerisation reaction, such as ethyleneglycol dimethacrylate or divinylbenzene. Small proportions of monomers incorporating carboxyl groups, e.g. acrylic acid or methacrylic acid may be included (where the microparticles are to be cross-linked, such proportions would be in excess of those used in order to achieve cross - linking by reaction with a co-reactive monomer such as glycidyl methacrylate). Conversely, small (additional) proportions of an epoxide monomer, e.g. glycidyl methacrylate, may be included. Other functional monomers, such as hydroxyethyl acrylate or acrylamide, may also be included in minor proportions in the monomers from which the microparticles are to be derived.

SUMMARY:

BSUM(28)

On introducing the microparticles, associated with auxiliary polymer in the way described above, into the dispersion or solution of the acrylic polymer (A) in the diluent (B), part of the auxiliary polymer may be dissolved away by that more polar medium, but it is believed that a substantial proportion of the auxiliary polymer chains remain attached to the microparticles (albeit now solvated by the medium), for example by virtue of their having become entangled with the chains of the microparticle polymer during their formation, or as a result of actual grafting on to those chains. Whatever the mechanism may be, the effect of the presence of the auxiliary polymer is to stabilise the microparticles in the new, more polar environment; if desired, this stability may be enhanced by ensuring that covalent linkages are developed between the chains of the auxiliary polymer and those of the microparticles. This may be done, for example, by including an unsaturated carboxylic acid in the monomers from which the auxiliary polymer is derived. The carboxyl groups so introduced are able to react with epoxide groups, present in the microparticle polymer as the result of the use of a slight excess of the latter groups for the purpose of cross - linking that polymer by reaction with carboxyl groups in the manner described above. The incorporation of the microparticles, associated with auxiliary polymer, into the composition of the invention may be achieved either by blending the dispersion of those particles with a solution of the auxiliary polymer directly in the disperse form a solution of the film-forming acrylic polymer (A) in the latter form or, in the extreme case, by simply adding to the microparticle dispersion sufficient strong solvent to dissolve away enough of the acrylic auxiliary polymer from the microparticles to provide itself the whole of the film-forming polymer constituent (A), whilst still leaving a residue of the auxiliary polymer associated with the microparticles which will ensure their continued stabilisation. Another possibility is to separate the microparticles from the dispersion in which they are made, for example by centrifuging, filtration or spray-drying, and then to blend the microparticles with the dispersion or solution of the film-forming acrylic polymer (A). It will be understood from the foregoing description that, for the purposes of the definition of the invention hereinbefore given, the film-forming resin (A) is considered to comprise that portion of the auxiliary polymer which is dissolved away from the microparticles when the latter are incorporated into the coating composition.

SUMMARY:

BSUM(29)

As an alternative to the use in organic media of dispersion

CIBA 038155

polymerisation methods, the polymer microparticles may, for example, be produced by aqueous emulsion polymerisation of suitable unsaturated monomers, using procedures well known in the art. The microparticles are then obtained in the form of a charge-stabilised dispersion, from which the particles themselves can be separated, e.g. by spray drying. For incorporation into the coating composition, the microparticles are then re-dispersed as the solution or dispersion in the diluent of the film-forming polymer, preferably by methods imparting high shear to the mixture such as bead milling or triple roll milling, in an analogous fashion to the dispersion of a pigment. By further analogy to pigment dispersion, the requisite steric stability of the microparticles may then be achieved simply as a result of an innate tendency of the film-forming polymer (especially where it is soluble in, and therefore solvated by, the diluent) to associate with the particles, for example through the interaction of polar groups present in the film-forming polymer and in the microparticle respectively. In producing the microparticles by aqueous emulsion polymerisation, some difunctional unsaturated compounds may be included in the polymerising monomers in order to give rise to a cross-linked polymer which will be insoluble in the solution or dispersion of the film-forming acrylic polymer (A) in the diluent (B), whatever the nature of the latter. Here again, as in the case of microparticles made by dispersion polymerisation in inorganic media, it is essential to continue the emulsion polymerisation with a second feed of monomers which does not include any difunctional (i.e. cross-linking) material and which gives rise to an acrylic polymer which is compatible with the polymer (A) and is soluble in the solution or dispersion of polymer (A) in diluent (B), in other words to associate with the microparticles an auxiliary polymer having the same function as that previously described.

U.S. Patent & Trademark Office LOGOFF AT 16:23:03 ON 03 APR 91

PATH:

CIBA 038156

07/535 646

Orbit (Inpadoc)
searched
4-4-91

L PSTB (67)

SS 2 /C?
USER:
print

PROG:

-1-
PN  - AU 56583/86-A1  [AU8656583]  86.11.06
TI  - TESTING POLYELECTROLYTE CHAIN BRANCHING OR CROSS-LINKING
IN  - FLESHER PETER; FARRAR DAVID; FIELD JOHN RODNEY
PA  - ALLIED COLLOIDS LTD
AP  - 86.04.24  56583/86-A  [86AU-056583]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
       85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - B01D-033/48

-2-
PN  - AU 56584/86-A1  [AU8656584]  86.11.06
TI  - FLOCCULATION PROCESSES
IN  - FLESHER PETER; FARRAR DAVID; FIELD JOHN RODNEY
PA  - ALLIED COLLOIDS LTD
AP  - 86.04.24  56584/86-A  [86AU-056584]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
       85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - B01D-021/01

-3-
PN  - AU 56585/86-A1  [AU8656585]  86.11.06
TI  - FLOCCULATION PROCESSES
IN  - FLESHER PETER; FARRAR DAVID; FIELD JOHN RODNEY
PA  - ALLIED COLLOIDS LTD
AP  - 86.04.24  56585/86-A  [86AU-056585]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
       85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - B01D-021/01; B01D-021/26; C02F-011/12; C02F-001/56

PN  - AU 581900-B2  [AU-581900]  89.03.09
TI  - FLOCCULATION PROCESSES
IN  - FLESHER PETER; FARRAR DAVID; FIELD JOHN RODNEY
PA  - ALLIED COLLOIDS LTD
AP  - 86.04.24  56585/86-A  [86AU-056585]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
       85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - B01D-021/01; B01D-021/26; C02F-011/12; C02F-001/56

-5-
PN  - AU 594671-B2  [AU-594671]  90.03.15
TI  - FLOCCULATION USING VERY HIGH MEL. WT. POLYMER MATERIAL
IN  - FLESHER PETER; FARRAR DAVID; FIELD JOHN RODNEY
PA  - ALLIED COLLOIDS LTD
AP  - 86.04.24  56584/86-A  [86AU-056584]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
       85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - B01D-021/01

CIBA 038157

```
SS 2 /C?
USER:
print 6-10


PROG:

PN  - CA 1253016-A1  [CA1253016]  89.05.30
TI  - FLOCCULENTS AND PROCESSES FOR THEIR PREPARATION
IN  - WHITTAKER TONY
PA  - ALLIED COLLOIDS LTD
AP  - 85.04.29  480307/85-A  [85CA-480307]
PR  - 84.04.30  GB 8410971/84-A  [84GB-010971]
IC  - C02F-001/56

-7-
PN  - CA 1277449-A1  [CA1277449]  90.12.04
TI  - FLOCCULATION PROCESSES
LA  - E
IN  - FLESHER PETER [GB]; FARRAR DAVID [GB]; FIELD JOHN R [GB]
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.25  507527/86-A  [86CA-507527]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - C02F-001/56

-8-
PN  - CA 1277785-A1  [CA1277785]  90.12.11
TI  - FLOCCULATION PROCESSES
LA  - E
IN  - FARRAR DAVID [GB]; FIELD JOHN R [GB]; FLESHER PETER [GB]; WHITTAKER TONY
      [GB]
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.25  507509/86-A  [86CA-507509]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - C02F-001/56

-9-
PN  - DE 3665223-D0  [DE3665223]  89.09.28
TI  - TESTING POLYELECTROLYTES
IN  - FIELD JOHN RODNEY; FARRAR DAVID; FLESHER PETER
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.21  86302987/86-EP  [86EP-302987]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.07.03  GB 8516869/85-A  [85GB-016869]
IC  - G01N-027/00

-10-
PN  - DE 3666690-C0  [DE3666690]  89.12.07
TI  - FLOCCULATION PROCESSES
IN  - FLESHER PETER; FARRAR DAVID; FIELD JOHN RODNEY
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.21  86302987/86-EP  [86EP-302987]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - C02F-001/56

SS 2 /C?
USER:
print 11-20


PROG:
```

CIBA 038158

```
-11-
PN  - DE 3578930-C0  [DE35789301  90.09.06
TI  - FLOCKUNGSMITTEL UND VERFAHREN FUER IHRE HERSTELLUNG.
IN  - WHITTAKER TONY [GB]
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 85.04.25  85302985/85-EP  [85DE-302985]
PR  - 84.04.30  GB 8410971/84-A  [84GB-010971]
IC  - C02F-001/56; C08J-003/00; B01D-037/00

-12-
PN  - DE 3677046-C0  [DE36770461  91.02.28
TI  - FLOCKUNGSVERFAHREN.
IN  - FARRAR DAVID [GB]; FIELD JOHN RODNEY [GB]; FLESHER PETER [GB]; WHITTAKER
      TONY [GB]
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.21  86302986/86-EP  [86DE-302986]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - C02F-001/56

-13-
PN  - DK 1888/86-A0  [DK8601888]  86.04.24
TI  - FREMGANGSMAADE TIL FLOKKULATION AF SUSPENDEREDE FASTE STOFFER I EN VANDIG
      SUSPENSION
IN  - PETER FLESHER; DAVID FARRAR; RODNEY FIELD JOHN.
PA  - ALLIED COLLOIDS LTD [GB].
AP  - 86.04.24  1888/86-A  [86DK-001888]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - B01D-000/00; C02F-000/00

-14-
PN  - DK 1889/86-A0  [DK8601889]  86.04.24
TI  - FREMGANGSMAADE TIL FLOKKULATION AF SUSPENDEREDE FASTE STOFFER I EN VANDIG
      SUSPENSION
IN  - DAVID FARRAR; RODNEY FIELD JOHN; PETER FLESHER; TONY WHITTAKER
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.24  1889/86-A  [86DK-001889]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - B01D-000/00

-15-
PN  - DK 1890/86-A0  [DK8601890]  86.04.24
TI  - FREMGANGSMAADE TIL FREMSTILLING OG ANALYSE AF POLYELEKTROLYTER
IN  - RODNEY FIELD JOHN; DAVID FARRAR; PETER FLESHER
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.24  1890/86-A  [86DK-001890]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.07.03  GB 8516869/85-A  [85GB-016869]
IC  - G01N-000/00

-16-
PN  - DK 1888/86-A  [DK8601888]  86.10.26
TI  - FREMGANGSMAADE TIL FLOKKULATION AF SUSPENDEREDE FASTE STOFFER I EN VANDIG
      SUSPENSION
IN  - FLESHER PETER; FARRAR DAVID; FIELD JOHN RODNEY
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.24  1888/86-A  [86DK-001888]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - B01D-000/00; C02F-000/00

-17-
PN  - DK 1889/86-A  [DK8601889]  86.10.26
```

TI - FREMGANGSMAADE TIL FLOKKULATION AF SUSPENDEREDE FASTE STOFFER I EN VANDIG
     SUSPENSION
IN - FARRAR DAVID; FIELD JOHN RODNEY; FLESHER PETER; WHITTAKER TONY
PA - ALLIED COLLOIDS LTD [GB]
AP - 86.04.24  1889/86-A  [86DK-001889]
PR - 85.04.25  GB 8510496/85-A  [85GB-010496]
     85.10.29  GB 8526624/85-A  [85GB-026624]
IC - B01D-000/00; C02F-000/00

PN - DK 1889/86-A  [DK86-01889]  86.10.26
TI - FREMGANGSMAADE TIL FREMSTILLING OG ANALYSE AF POLYELEKTROLYTER
IN - FIELD JOHN RODNEY; FARRAR DAVID; FLESHER PETER
PA - ALLIED COLLOIDS LTD [GB]
AP - 86.04.24  1890/86-A  [86DK-001890]
PR - 85.04.25  GB 8510498/85-A  [85GB-010498]
     85.07.03  GB 8516869/85-A  [85GB-016869]
IC - B01N-000/00

- 19 -
PN - DK 158718-B  [DK-158718]  90.07.09
TI - FREMGANGSMAADE TIL FLOKKULATION AF SUSPENDEREDE FASTE STOFFER I EN VANDIG
     SUSPENSION
IN - FLESHER PETER; FARRAR DAVID; FIELD JOHN RODNEY
PA - ALLIED COLLOIDS LTD [GB]
AP - 86.04.24  1887/86-A  [86DK-001887]
PR - 85.04.25  GB 8510496/85-A  [85GB-010496]
     85.10.29  GB 8526624/85-A  [85GB-026624]
IC - C02F-001/56; B01D-021/01

- 20 -
PN - DK 158718-C  [DK-158718]  90.12.03
TI - FREMGANGSMAADE TIL FLOKKULATION AF SUSPENDEREDE FASTE STOFFER I EN VANDIG
     SUSPENSION
IN - FLESHER PETER; FARRAR DAVID; FIELD JOHN RODNEY
PA - ALLIED COLLOIDS LTD [GB]
AP - 86.04.24  1888/86-A  [86DK-001888]
PR - 85.04.25  GB 8510496/85-A  [85GB-010496]
     85.10.29  GB 8526624/85-A  [85GB-026624]
IC - C02F-001/56; B01D-021/01

SB 2  /C?
USER:
LI NR: 21-30

PROG:

- 21 -
PN - EP 160527-A2  [EP-160527]  85.11.06
TI - FLOCCULANTS AND PROCESSES FOR THEIR PREPARATION
LA - E
IN - WHITTAKER TONY
PA - ALLIED COLLOIDS LTD [GB]
AP - 85.04.25  85302925/85-A  [85EP-302925]
PR - 84.04.30  GB 8410971/84-A  [84GB-010971]
IC - C02F-001/56; C08J-003/00; B01D-037/00
DS - *BE *DE *FR *GB *IT *NL *SE

- 22 -
PN - EP 201237-A2  [EP-201237]  86.11.12
TI - FLOCCULATION PROCESSES
LA - E
IN - FARRAR DAVID; FIELD JOHN RODNEY; FLESHER PETER; WHITTAKER TONY
PA - ALLIED COLLOIDS LTD [GB]
AP - 86.04.21  86302986/86-A  [86EP-302986]

CIBA 038160

```
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - C02F-001/56
DS  - *BE *DE *FR *GB *IT *NL *SE

-23-
PN  - EP 202780-A2  [EP-202780]  86.11.26
TI  - FLOCCULATION PROCESSES
LA  - E
IN  - FLESHER PETER; FARRAR DAVID; FIELD JOHN RODNEY
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.21  86302987/86-A  [86EP-302987]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - C02F-001/56
DS  - *BE *DE *FR *GB *IT *NL *SE

-24-
PN  - EP 207592-A1  [EP-207592]  87.01.07
TI  - TESTING POLYELECTROLYTES
LA  - E
IN  - FIELD JOHN RODNEY; FARRAR DAVID; FLESHER PETER
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.21  86302985/86-A  [86EP-302985]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.07.03  GB 8016869?85-A  [85GB-010869]
IC  - G01N-027/00
DS  - *BE *DE *FR *GB *IT *NL *SE

-25-
PN  - EP 160527-A3  [EP-160527]  87.08.26
TI  - FLOCCULANTS AND PROCESSES FOR THEIR PREPARATION
LA  - E
IN  - WHITTAKER TONY
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 85.04.25  85302925/85-A  [85EP-302925]
PR  - 84.04.30  GB 8410971/84-A  [84GB-010971]
IC  - C02F-001/56; C08J-003/00; B01D-037/00
DS  - *BE *DE *FR *GB *IT *NL *SE

-26-
PN  - EP 201237-A3  [EP-201237]  87.10.21
TI  - FLOCCULATION PROCESSES
LA  - E
IN  - FARRAR DAVID; FIELD JOHN RODNEY; FLESHER PETER; WHITTAKER TONY
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.21  86302986/86-A  [86EP-302986]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - C02F-001/56
DS  - *BE *DE *FR *GB *IT *NL *SE

-27-
PN  - EP 202780-A3  [EP-202780]  87.10.21
TI  - FLOCCULATION PROCESSES
LA  - E
IN  - FLESHER PETER; FARRAR DAVID; FIELD JOHN RODNEY
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.21  86302987/86-A  [86EP-302987]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - C02F-001/56
DS  - *BE *DE *FR *GB *IT *NL *SE

-28-
PN  - EP 201237-TD  [EP-201237]  88.01.14
```

CIBA 038161

```
TI  - FLOCKUNGSVERFAHREN
IN  - FARRAR DAVID [GB]; FIELD JOHN RODNEY [GB]; FLESHER PETER [GB]; WHITTAKER
      TONY [GB]
PA  - ALLIED COLLOIDS GROUP LTD [GB]
AP  - 85.04.21  86302986/86-A  [86EP-302986]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - C02F-001/56

-30-
PN  - EP 202780-1J  [EP-202780]  88.01.14
TI  - FLOCKUNGSVERFAHREN
IN  - FLESHER PETER [GB]; FARRAR DAVID [GB]; FIELD JOHN RODNEY [GB]
PA  - ALLIED COLLOIDS GROUP LTD [GB]
AP  - 85.04.21  86302986/86-A  [86EP-302986]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - C02F-001/56

-30-
PN  - EP 207592-B1  [EP-207592]  89.08.23
TI  - TESTING POLYELECTROLYTES
LA  - E
IN  - FIELD JOHN RODNEY; FARRAR DAVID; FLESHER PETER
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 85.04.21  86302905/86-A  [86EP-302905]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.07.03  GB 8516869/85-A  [85GB-016869]
IC  - B01N-027/00
DS  - *BE *DE *FR *GB *IT *NL *SE

RS:2 /EP
USER:
print:31-40

PROG:

-31-
PN  - EP 202780-B1  [EP-202780]  89.11.02
TI  - FLOCCULATION PROCESSES
LA  - E
IN  - FLESHER PETER; FARRAR DAVID; FIELD JOHN RODNEY
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.21  86302987/86-A  [86EP-302987]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - C02F-001/56
DS  - *BE *DE *FR *GB *IT *NL *SE

-32-
PN  - EP 164527-B1  [EP-160527]  90.08.01
TI  - FLOCCULANTS AND PROCESSES FOR THEIR PREPARATION
LA  - E
IN  - WHITTAKER TONY
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 85.04.25  85302925/85-A  [85EP-302925]
PR  - 84.04.30  GB 8410971/84-A  [84GB-010971]
IC  - C02F-001/56; C08J-003/00; B01D-037/00
DS  - *BE *DE *FR *GB *IT *NL *SE

-33-
PN  - EP 201237-B1  [EP-201237]  91.01.23
TI  - FLOCCULATION PROCESSES
LA  - E
IN  - FARRAR DAVID [GB]; FIELD JOHN RODNEY [GB]; FLESHER PETER [GB]; WHITTAKER
```

CIBA 038162

```
        TONY [GB]
PA   -  ALLIED COLLOIDS LTD [GB]
AP   -  86.04.21   86302986/86-A   [86EP-302986]
PR   -  85.04.25   GB 8510496/85-A   [85GB-0104496]
        85.10.29   GB 8526624/85-A   [85GB-0266024]
IC   -  C02F-001/56
DE   -  *DE *DE *ER *GB *IT *NL *SE


PN   -  ES 554791-A1   [ES-554791]   87.11.01
TI   -  PROCEDIMIENTO DE FLOCULACION DE SUSPENSIONES ACUOSAS Y ANALOGAS
PA   -  ALLIED COLLOIDS LTD [GB]
AP   -  86.04.25   554791/86-A   [86ES-554791]
PR   -  85.04.25   GB 8510496/85-A   [85GB-0104496]
        85.10.29   GB 8526624/85-A   [85GB-0266024]
IC   -  C02F-001/56; B01D-021/02

-35-
PN   -  ES 554791-A5   [ES-554791]   87.11.12
TI   -  PROCEDIMIENTO DE FLOCULACION DE SUSPENSIONES ACUOSAS Y ANALOGAS
PA   -  ALLIED COLLOIDS LTD [GB]
AP   -  86.04.25   554791/86-A   [86ES-554791]
PR   -  85.04.25   GB 8510496/85-A   [85GB-0104496]
        85.10.29   GB 8526624/85-A   [85GB-0266024]
IC   -  C02F-001/56; B01D-021/02

-36-
PN   -  ES 554792-A1   [ES-554792]   87.12.16
TI   -  METODO DE FLOCULACION.
PA   -  ALLIED COLLOIDS LTD [GB]
AP   -  86.04.25   554792/86-A   [86ES-554792]
PR   -  85.04.25   GB 8510496/85-A   [85GB-0104496]
        85.10.29   GB 8526624/85-A   [85GB-0266024]
IC   -  B01D-021/01; C02F-001/56; C08F-020/06

-37-
PN   -  ES 554792-A5   [ES-554792]   87.12.30
TI   -  METODO DE FLOCULACION.
PA   -  ALLIED COLLOIDS LTD [GB]
AP   -  86.04.25   554792/86-A   [86ES-554792]
PR   -  85.04.25   GB 8510496/85-A   [85GB-0104496]
        85.10.29   GB 8526624/85-A   [85GB-0266024]
IC   -  B01D-021/01; C02F-001/56; C08F-020/06

-38-
PN   -  ES 8800117-A1   [ES8800117]   88.01.01
TI   -  PROCEDIMIENTO DE FLOCULACION DE SUSPENSIONES ACUOSAS Y ANALOGAS
PA   -  ALLIED COLLOIDS LTD [GB]
AP   -  86.04.25   554791/86-A   [86ES-554791]
PR   -  85.04.25   GB 8510496/85-A   [85GB-0104496]
        85.10.29   GB 8526624/85-A   [85GB-0266024]
IC   -  C02F-001/56; B01D-021/02

-39-
PN   -  ES 554790-A1   [ES-554790]   88.02.16
TI   -  METODO DE DETERMINAR LA RETICULACION DE POLIELECTROLITOS.
PA   -  ALLIED COLLOIDS LTD [GB]
AP   -  86.04.25   554790/86-A   [86ES-554790]
PR   -  85.04.25   GB 8510496/85-A   [85GB-0104496]
        85.07.03   GB 8516869/85-A   [85GB-0168059]
IC   -  H01B-009/24; C08J-003/24; G01N-019/00

-40-
PN   -  ES 8800849-A1   [ES8800849]   88.02.16
TI   -  METODO DE FLOCULACION.
PA   -  ALLIED COLLOIDS LTD [GB]
```

CIBA 038163

```
AP  - 86.04.25  554792/86-A  [86ES-554792]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
    - 85.10.29  GB 8526624/85-A  [85GB-0266624]
IC  - B01D-021/01; C02F-001/56; C08F-020/06
```

```
PROCO
-41-
PN  - ES 554790 A5  [ES-554790]  86.02.25
TI  - METODO DE DETERMINAR LA RETICULACION DE POLIELECTROLITOS.
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.25  554790/86-A  [86ES-554790]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
    - 85.07.03  GB 8516869/85-A  [85GB-016869]
IC  - H01G-009/24; C08J-003/24; G01N-019/00
```

```
-42-
PN  - ES 8001565 T1  [ES8001565]  86.04.01
TI  - METODO DE DETERMINAR LA RETICULACION DE POLIELECTROLITOS.
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.25  554790/86-A  [86ES-554790]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
    - 85.07.03  GB 8516869/85-A  [85GB-016869]
IC  - H01G-009/24; C08J-003/24; G01N-019/00
```

```
-43-
PN  - FI 861722-A0  [FI86017221]  86.04.24
TI  - FLOKKULATIONSPROCESS.
IN  - FARRAR DAVID [GB]; FIELD JOHN RODNEY [GB]; FLESHER PETER [GB]; WHITTAKER
      TONY [GB]
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.24  861722/86-A  [86FI-001722]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
    - 85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - B01D-000/00
```

```
-44-
PN  - FI 861723-A0  [FI86017231]  86.04.24
TI  - TESTNING AV POLYELEKTROLYTER.
IN  - FIELD JOHN RODNEY [GB]; FARRAR DAVID [GB]; FLESHER PETER [GB];
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.24  861723/86-A  [86FI-001723]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
    - 85.07.03  GB 8516869/85-A  [85GB-016869]
IC  - C08J-000/00
```

```
-45-
PN  - FI 861724-A0  [FI86017241]  86.04.24
TI  - FLOCKULATIONSPROCESS.
IN  - FLESHER PETER [GB]; FARRAR DAVID [GB]; FIELD JOHN RODNEY [GB]
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.24  861724/86-A  [86FI-001724]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
    - 85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - B01D-000/00
```

```
-46-
PN  - FI 861722-A  [FI86017221]  86.10.26
TI  - FLOCKULATIONSPROCESS.
IN  - FARRAR DAVID [GB]; FIELD JOHN RODNEY [GB]; FLESHER PETER [GB]; WHITTAKER
      TONY [GB]
```

CIBA 038164

```
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.24  861722/86-A  [86FI-0017221
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - B01D-000/00


PN  - FI 861722-A  [FI86017221  85.1025
TI  - TESTING AV POLYELEKTROLYTER
IN  - FIELD JOHN RODNEY [GB]; FARRAR DAVID [GB]; FLESHER PETER [GB]
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.24  861722/86-A  [86FI-001722]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.07.03  GB 8516869/85-A  [85GB-016869]
IC  - B01D-000/00


PN  - FI 861724-A  [FI86017241  86.10.25
TI  - FLOCKULATIONSPROCESS
IN  - FLESHER PETER [GB]; FARRAR DAVID [GB]; FIELD JOHN RODNEY [GB]
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.24  861724/86-A  [86FI-001724]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - B01D-000/00


PN  - GB 8410971-A0  [GB8410971]  84.06.06
TI  - FLOCCULANTS AND PROCESSES
PA  - ALLIED COLLOIDS LTD
AP  - 84.04.30  8410971/84-A  [84GB-010971]
PR  - 84.04.30  GB 8410971/84-A  [84GB-010971]
IC  - C02F-001/56


PN  - GB 8510496-A0  [GB8510496]  85.05.30
TI  - FLOCCULATION PROCESSES & POLYMERS
PA  - ALLIED COLLOIDS LTD
AP  - 85.04.25  8510496/85-A  [85GB-010496]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
IC  - B01N-033/48


-65 E /65?


-51-60


-50-


-51-
PN  - GB 8516869-A0  [GB8516869]  85.08.07
TI  - TESTING POLYELECTROLYTES
PA  - ALLIED COLLOIDS LTD
AP  - 85.07.03  8516869/85-A  [85GB-016869]
PR  - 85.07.03  GB 8516869/85-A  [85GB-016869]
IC  - B01N-033/48


-52-
PN  - GB 8526624-A0  [GB8526624]  85.12.04
TI  - FLOCCULANTS
PA  - ALLIED COLLOIDS LTD
AP  - 85.10.29  8526624/85-A  [85GB-026624]
PR  - 85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - B01D-000/00


-53-
```

CIBA 038165

```
PN - JP 61018408-A2  [J61018408]  86.01.27
TI - FLOCCULANT AND ITS PRODUCTION
IN - TONII UITSUTAKAA
PA - ALLIED COLLOIDS LTD
AP - 85.04.30  91279/85-A  [85JP-091279]
PR - 84.05.10  GB 8410971/84-A  [84GB-010971]
IC - B01D-021/01; B01D-021/01


PN - JP 61275053-A2  [J61275053]  86.12.05
TI - METHOD OF TESTING HIGH MOLECULAR ELECTROLYTE
IN - JIYON RODONI FUIIRUDO; DEIBITSUDO FUAARAA; PIITAA FURETSUSHIYAA
PA - ALLIED COLLOIDS LTD
AP - 86.04.25  94994/86-A  [86JP-094994]
PR - 85.04.25  GB 8510496/85-A  [85GB-010496]
     85.07.03  GB 8516869/85-A  [85GB-016869]
IC - G01N-033/44; G01N-027/26


PN - JP 61293509-A2  [J61293509]  86.12.24
TI - FLOCCULATION METHOD
IN - DEIBITSUDO FUAARAA; JIYON RODONI FUIIRUDO; PIITAA FURETSUSHIYAA; TONII
     UITSUTAKAA
PA - ALLIED COLLOIDS LTD
AP - 86.04.25  94994/86-A  [86JP-094994]
PR - 85.04.25  GB 8510496/85-A  [85GB-010496]
     85.10.29  GB 8526624/85-A  [85GB-026624]
IC - B01D-021/01; B01D-021/01


PN - JP 61293510-A2  [J61293510]  86.12.24
TI - FLOCCULATION METHOD
IN - PIITAA FURETSUSHIYAA; DEIBITSUDO FUAARAA; JIYON RODONI FUIIRUDO
PA - ALLIED COLLOIDS LTD
AP - 86.04.25  94994/86-A  [86JP-094994]
PR - 85.04.25  GB 8510496/85-A  [85GB-010496]
     85.10.29  GB 8526624/85-A  [85GB-026624]
IC - B01D-021/01; B01D-021/01


-57-
PN - NO 861625-A  [NO8601625]  86.10.27
TI - UTPROEVING AV POLYELETROLYTTER.
IN - FIELD JOHN RODNEY; FARRAR DAVID; FLESHER PETER
PA - ALLIED COLLOIDS LTD (GB)
AP - 86.04.24  861625/86-A  [86NO-0016252]
PR - 85.04.25  GB 8510496/85-A  [85GB-010496]
     85.07.03  GB 8516869/85-A  [85GB-016869]
IC - G01N-000/00


-58-
PN - NO 861626-A  [NO8601626]  86.10.27
TI - FLOKKULERINGSPROSESSER.
IN - FIELD JOHN RODNEY; FARRAR DAVID; FLESHER PETER; WHITTAKER TONY
PA - ALLIED COLLOIDS LTD (GB)
AP - 86.04.24  861626/86-A  [86NO-0016261]
PR - 85.04.25  GB 8510496/85-A  [85GB-010496]
     85.10.29  GB 8526624/85-A  [85GB-026624]
IC - B01D-000/00


-59-
PN - NO 861627-A  [NO8601627]  86.10.27
TI - FLOKKULERINGSPROSSER.
IN - FIELD JOHN RODNEY; FARRAR DAVID; FLESHER PETER
PA - ALLIED COLLOIDS LTD (GB)
AP - 86.04.24  861627/86-A  [86NO-0016271]
PR - 85.04.25  GB 8510496/85-A  [85GB-010496]
```

CIBA 038166

```
       85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - B01D-000/00

-60-
PN  - US 4705640-A  [US4705640]  87.11.10
TI  - FLOCCULANTS AND PROCESSES FOR THEIR PREPARATION
IN  - WHITTAKER TONY [GB]
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 85.04.30  728782/85-A  [85US-728782]
PR  - 84.04.30  GB 8410971/84-A  [84GB-010971]
IC  - C02F-001/56
```
210/733
523/379
524/922

```
SS 2 /C?
USER:
print 61/70


PROG:
SSN SPECIFIED HAS FEWER POSTINGS THAN REQUESTED FOR PRINT.

-61-
PN  - US 4720346-A  [US4720346]  88.01.19
TI  - FLOCCULATION PROCESSES
IN  - FLESHER PETER [GB]; FARRAR DAVID [GB]; FIELD JOHN R [GB]
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.23  855509/86-A  [86US-855509]
PR  - 85.04.23  GB 8510496/85-A  [85GB-010496]
       85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - C02F-001/56
```
210/734
523/322
524/922

```
-62-
PN  - US 4759856-A  [US4759856]  88.07.26
TI  - FLOCCULATION PROCESSES
IN  - FARRAR DAVID [GB]; FIELD JOHN R [GB]; FLESHER PETER [GB]; WHITTAKER TONY
       [GB]
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.23  855519/86-A  [86US-855519]
PR  - 85.04.30  US 728782/85-A2  [85US-728782]
       84.04.30  GB 8410971/84-A  [84GB-010971]
       85.04.25  GB 8510496/85-A  [85GB-010496]
       85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - C02F-001/56
```
285/157
285/168
285/181

```
-63-
PN  - US 4820645-A  [US4820645]  89.04.11
TI  - TESTING POLYELECTROLYTES
IN  - FIELD JOHN R [GB]; FARRAR DAVID [GB]; FLESHER PETER [GB]
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 86.04.23  855518/86-A  [86US-855518]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
       85.07.03  GB 8516869/85-A  [85GB-016869]
IC  - G01N-027/48
```
436/55
436/85
436/149
436/150

```
-64-
PN  - US 4943378-A  [US4943378]  90.07.24
TI  - FLOCCULATION PROCESSES
IN  - FLESHER PETER [GB]; FARRAR DAVID [GB]; FIELD JOHN R [GB]
PA  - ALLIED COLLOIDS LTD [GB]
AP  - 89.03.15  325093/89-A  [89US-325093]
PR  - 88.01.19  US 145622/88-B1  [88US-145622]
       86.08.23  US 855509/86-A2  [86US-855509]
       85.08.25  GB 8510496/85-A  [85GB-010496]
       86.10.29  GB 8526624/85-A  [85GB-026624]
IC  - C02F-001/56
```
210/734
210/735
210/738

```
-65-
```

CIBA 038167

```
PN  - ZA 8603083-A  [ZA8603083]  87.06.24
TI  - FLOCCULATION PROCESSES
IN  - FARRAR DAVID; DAVID FARRAR; FIELD JOHN RODNEY; JOHN RODNEY FIELD; FLESHER
      PETER; PETER FLESHER; WHITTAKER TONY; TONY WHITTAKER
PA  - ALLIED COLLOIDS LTD
AP  - 86.04.24  3083/86-A  [86ZA-0003083]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
IC  - B01D-000/00; C02F-000/00

-66-
PN  - ZA 8603084-A  [ZA8603084]  87.06.24
TI  - FLOCCULATION PROCESSES
IN  - FLESHER PETER; PETER FLESHER; FARRAR DAVID; DAVID FARRAR; FIELD JOHN
      RODNEY; JOHN RODNEY FIELD
PA  - ALLIED COLLOIDS LTD
AP  - 86.04.24  3084/86-A  [86ZA-0003084]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
IC  - B01D-000/00; C02F-000/00

-67-
PN  - ZA 8603085-A  [ZA8603085]  87.06.24
TI  - TESTING POLYELECTROLYTES
IN  - FIELD JOHN RODNEY; JOHN RODNEY FIELD; FARRAR DAVID; DAVID FARRAR; FLESHER
      PETER; PETER FLESHER
PA  - ALLIED COLLOIDS LTD
AP  - 86.04.24  3085/86-A  [86ZA-0003085]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
IC  - G01N-000/00; B01D-000/00

SS 2 /C?
USER:
print full 23


PROB:

-1-
PN  - AU 56583/86-A1  [AU8656583]  86.11.06
TI  - TESTING POLYELECTROLYTE CHAIN BRANCHING OR CROSS-LINKING
IN  - FLESHER PETER; FARRAR DAVID; FIELD JOHN RODNEY
PA  - ALLIED COLLOIDS LTD
AP  - 86.04.24  56583/86-A  [86AU-056583]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.07.03  GB 8516869/85-A  [85GB-016869]
IC  - G01N-033/48
ND  - AR
WXR - 86-332228 (C)

-2-
PN  - AU 56584/86-A1  [AU8656584]  86.11.06
TI  - FLOCCULATION PROCESSES
IN  - FLESHER PETER; FARRAR DAVID; FIELD JOHN RODNEY
PA  - ALLIED COLLOIDS LTD
AP  - 86.04.24  56584/86-A  [86AU-056584]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.10.29  GB 8526624/85-A  [85GB-026624]
IC  - B01D-021/01
ND  - AR

-3-
PN  - AU 56585/86-A1  [AU8656585]  86.11.06
TI  - FLOCCULATION PROCESSES
IN  - FLESHER PETER; FARRAR DAVID; FIELD JOHN RODNEY
PA  - ALLIED COLLOIDS LTD
AP  - 86.04.24  56585/86-A  [86AU-056585]
PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
```

CIBA 038168

```
      85.10.29  GB 8526624/85-A  [85GB-026624]
 IC  - B01D-021/01; B01D-021/26; C02F-011/12; C02F-001/56
 ND  - AR

 -4-
 PN  - AU 581980-B2  [AU-581980]  89.03.09
 TI  - FLOCCULATION PROCESSES
 IN  - FLESHER PETER; FARRAR DAVID; FIELD JOHN RODNEY
 PA  - ALLIED COLLOIDS LTD
 AP  - 86.04.24  56585/86-A  [86AU-056585]
 PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.10.29  GB 8526624/85-A  [85GB-026624]
 IC  - B01D-021/01; B01D-021/26; C02F-011/12; C02F-001/56
 ND  - AR

 -5-
 PN  - AU 594671-B2  [AU-594671]  90.03.15
 TI  - FLOCCULATION USING VERY HIGH MOL. WT. POLYMER MATERIAL
 IN  - FLESHER PETER; FARRAR DAVID; FIELD JOHN RODNEY
 PA  - ALLIED COLLOIDS LTD
 AP  - 86.04.24  56584/86-A  [86AU-056584]
 PR  - 85.04.25  GB 8510496/85-A  [85GB-010496]
      85.10.29  GB 8526624/85-A  [85GB-026624]
 IC  - B01D-021/01;


 SS 2 /C?
 USER:
 /pn ep202780


 PROG:
 NO PSTG (EP202780/PN).
 SS 2 PSTG (0)

 SS 3 /C?
 USER:
 /pn ep0202780


 PROG:
 NO PSTG (EP0202780/PN).
 SS 3 PSTG (0)

 SS 4 /C?
 USER:
 LOGOFF Y


 PROG:
 TERMINAL SESSION FINISHED 04/04/91  7:06 A.M.  (CENTRAL TIME)
 ELAPSED TIME ON INPADOC: 0.17 HRS.
 ELAPSED TIME THIS TERMINAL SESSION: 0.19 HOURS.
 ORBIT SEARCH SESSION COMPLETED.  THANKS FOR USING ORBIT!

 TYMNET: call cleared by request

 please log in: +++
 OK
 ATH
 OK
```

CIBA 038169

Serial No. 535,626                           -2-

Art Unit   155


15.

    Restriction to one of the following inventions is required
under 35 U.S.C. § 121:

    I.   Claims 1 to 13, drawn to polymers, *are* classified in Class
526, subclass 264.

    II.  Claims 14 to 22, drawn to process, *are* classified in Class
522, subclass 184.

    Inventions I and II are related as process of making and
product made.  The inventions are distinct if either or both of
the following can be shown: (1) that the process as claimed can
be used to make other and materially different product or (2)
that the product as claimed can be made by another and materially
different process (M.P.E.P. § 806.05(f)).  In the instant case
the process as claimed can be used to make a materially different
product such as polymer dispersion stabilizer.

    Because these inventions are distinct for the reasons given
above and have acquired a separate status in the art as shown by
their different classification, restriction for examination
purposes as indicated is proper.

    During a telephone conversation with Mr. Frank M. Van Riet
on July 30, 1990 a provisional election was made with traverse to
prosecute the invention of I, claims 1 to 13.  Affirmation of
this election must be made by applicant in responding to this
Office action.  Claims 14 to 22 *are* withdrawn from further

CIBA 038170

Serial No. 535,626                    -3-

Art Unit    155

consideration by the Examiner, 37 C.F.R. § 1.142(b), as being

drawn to a non-elected invention.

16.   The following is a quotation of the first paragraph of 35

U.S.C. § 112:

> The specification shall contain a written description of the
> invention, and of the manner and process of making and using
> it, in such full, clear, concise, and exact terms as to
> enable any person skilled in the art to which it pertains,
> or with which it is most nearly connected, to make and use
> the same and shall set forth the best mode contemplated by
> the inventor of carrying out his invention.

The specification is objected to under 35 U.S.C. § 112,

first paragraph, as failing to provide an adequate written

description of the invention.

Claim 5 is rejected under 35 U.S.C. § 112, first paragraph,

for the reasons set forth in the objection to the specification.

This claim contains the term "aldehydes" which is generic

and the terms "acrolein" and "glyoxal" which are species.   It is

suggested to delete the term "aldehydes", since all the other

compounds are species.

Claim 10 is rejected under 35 U.S.C. § 112, first paragraph,

for the reasons set forth in the objection to the specification.

Does this claim involve a cationic or an anionic monomer?

The compounds listed contain anionic organic monomers.

Claims 8 and 12 are rejected under 35 U.S.C. § 112, first

paragraph, for the reasons set forth in the objection to the

specification.

CIBA 038171

Serial No. 535,626                    -4-

Art Unit    155

These two claims involve non-ionic organic monomers.  How can they be expected to produce polymers with ionicity of at least about 5.0%?

17.

Claims 1 to 13 are rejected under 35 U.S.C. § 112, second paragraph, as being indefinite for failing to particularly point out and distinctly claim the subject matter which applicant regards as the invention.

The term "ionicity" is not defined, making the claims vague and indefinite.  When "percentage" is mentioned, does it mean "percentage by weight based on the total polymer or on the ionizable monomer"?

18.

The following is a quotation of the appropriate paragraphs of 35 U.S.C. § 102 that form the basis for the rejections under this section made in this Office action:

A person shall be entitled to a patent unless --

(b) the invention was patented or described in a printed publication in this or a foreign country or in public use or on sale in this country, more than one year prior to the date of application for patent in the United States.

The following is a quotation of 35 U.S.C. § 103 which forms the basis for all obviousness rejections set forth in this Office action:

A patent may not be obtained though the invention is not identically disclosed or described as set forth in section 102 of this title, if the differences between the subject matter sought to be patented and the prior art are such that the subject matter as a whole would have been obvious at the time the invention was made to a person having ordinary skill in the art to which said subject matter pertains.

CIBA 038172

Serial No. 535,626                          -5-

Art Unit   155

> Patentability shall not be negatived by the manner in which the invention was made.

> Subject matter developed by another person, which qualifies as prior art only under subsection (f) or (g) of section 102 of this title, shall not preclude patentability under this section where the subject matter and the claimed invention were, at the time the invention was made, owned by the same person or subject to an obligation of assignment to the same person.

Claims 1 to 4, 7 to 10, and 12 to 13 are rejected under 35 U.S.C. § 102(b) as anticipated by or, in the alternative, under 35 U.S.C. § 103 as obvious over Durand et al.

In Example 1, Durand et al. disclosed anionic organic polymeric microparticles by polymerizing sodium acrylate (or acrylic acid plus sodium hydroxide) and acrylamide in the presence of poly-oxyethylene sorbitol hexaoleate and sorbitan sesquioleate. Since oleate contains a double bond, it is reasonable to expect these oleates functioning to some degree as a cross-linking agent in addition to being a surfactant. Example 2 reported the viscosity of the acrylamide-sodium acrylate in aqueous solution to be 1.30 $mm^2/s$. Line 67 in column 3 mentioned that particles' radius was of the order of 20-40 nanometers (or 0.02-0.04 microns). Since 20.7g of acrylic acid was used to produce 82.0g of the copolymer (i.e. 61.3g acrylamide plus 20.7g acrylic acid), the weight percentage of acrylate ion in the copolymer was about 25%.

19.

Claims 1 to 5, 7 to 9, and 12 are rejected under 35 U.S.C.

CIBA 038173

Serial No. 535,626                    -6-

Art Unit   155

§ 102(b) as anticipated by or, in the alternative, under 35

U.S.C. § 103 as obvious over Makhlouf et al.

In the abstract, Makhlouf et al. disclosed a composition

comprising cross-linked organic polymeric micro particles having

particle sizes of from 0.1 to 10 microns.  At least one

monoethylenically unsaturated monomer and a cross-linking agent

were used.

From line 64 in column 2 to line 6 in column 3, the cross-

linking agent was disclosed to be an epoxy-group-containing

compound like glycidyl acrylate or glycidyl methacrylate.

From lines 29 to 63 in column 2, the monoethylenically

unsaturated monomers were disclosed to include acrylic acid,

methacrylic acid, ethacrylic acid, vinyl acetate, and others.

20.

Claims 1 to 4, 7, 9 to 11, and 13 are rejected under 35

U.S.C. § 102(b) as anticipated by or, in the alternative, under

35 U.S.C. § 103 as obvious over Silver.

In the abstract, Silver disclosed acrylate copolymer

microspheres.  At least one alkyl acrylate ester and one ionic

monomer or maleic anhydride were used.  From line 1 to line 40 in

column 3, ionic monomers on the list included both anionic

monomer and cationic monomers.

The lower limit of these microspheres was one micron which

was very close to (or within experimental error of) the claimed

CIBA 038174

Serial No. 535,626                          -7-

Art Unit   155


particle size of 0.75 micron.

31.

    Claim 5 is rejected under 35 U.S.C. § 102(b) as anticipated
by or, in the alternative, under 35 U.S.C. § 103 as obvious over
Leong *et al.*

    From lines 8 to 10 in the left column on page 2270, Leong et
al. disclosed cross-linked polyacrylamide lattices or microgels
which were prepared by using a mixture of acrylamide and
methylene bisacrylamide.

    The sizes of the inverse lattices were disclosed in the
abstract to be less than 500 A in diameter.


*wcc*
W.C. Cheng:jp
August 09, 1990

*Joseph L. Schofer*

JOSEPH L. SCHOFER
SUPERVISORY PATENT EXAMINER
ART UNIT 155

CIBA 038175

15C O  RECEIVED  O  G-155

[REV.4Apr89/MB11-2]    JAN 2 2 1991    Docket No. 31,320

PATENT

GROUP 150

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:                  Date: January 7, 1991
RODERICK GLYN RYLES
DAN S. HONIG
ELIETH W. HARRIS
ROGER E. NEFF                          #3

Serial No.: 07/535,626                 Group No. 155
Filed:  February 12, 1990              Examiner: W. Cheng
For:  CROSS-LINKED ANIONIC AND
      AMPHOTHERIC POLYMERIC MICRO-
      PARTICLES

Commissioner of Patents and Trademarks
Washington, D. C.  20231

PETITION FOR EXTENSION OF TIME (37 CFR 1.36(a))

1.   This is a petition for an extension of the time for a total
     period of __2__ month(s) to respond to the Office Letter
     mailed on __August 16, 1990__ for _filing an amendment___.

2.   A response in connection with the matter for which this
     extension is requested:

     [ X ] is filed herewith
     [   ] has been filed
           (complete the following if applicable)
     [   ] the response is the filing of a continuation
           application having an express abandonment conditioned
           on the granting of a filing date to the continuing
           application.

----------------------------------------------------------------

CERTIFICATE OF MAILING [37 CFR 1.8(a)]

I hereby certify that this paper (along with any referred to as
being attached or enclosed) is being deposited with the United
States Postal Service on the date shown below with sufficient
postage as first class mail in an envelope addressed to the:
Commissioner of Patents and Trademarks, Washington, D.C. 20231.

Date:                                  _____
     04238  01/17/91  07535626              01 170  140  110  300.00GM
                                       (Signature of person mailing paper)

----------------------------------------------------------------

CIBA 038176

[REV.4Apr89/MB11-2]          -2-

3.   Calculation of extension fee (37 CFR 1.17(a)-(d):

   [  ] One Month.    Fee in the amount of $100.00
   [ X ] Two Months.   Fee in the amount of $300.00
   [  ] Three Months. Fee in the amount of $730.00
   [  ] Four Months.  Fee in the amount of $1,150.00

                                    FEE $ 300.00

If an additional extension of time is required, please consider
this a petition therefor.

           (check and complete the next item, if applicable)

   [  ] An extension for _____ months has already been secured
       and the fee paid therefor of $_____ is deducted
       from the total fee due for the total months of
       extension now requested.

           Extension fee due with this request $ 300.00

4.   FEE PAYMENT

   [ X ] Charge fee to Account No. 01-1300 and this is a
       request to charge for any additional extension and/or
       fee required or credit for any excess fee paid. A
       duplicate of this petition is attached.


                     _____
                     (Signature of Attorney)

Reg. No. 19933        Frank M. Van Riet
                     (Type name of Attorney)

Tel. No. (203) 321-2614    American Cyanamid Company
                     1937 West Main Street
                     P.O. Box 60
                     Stamford, CT 06904-0060

CIBA 038177

RECEIVED

JAN 2 2 1991

GROUP 150

Docket No.: 31,320



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Application of:
RODERICK GLYN RYLES
DAN S. HONIG
ELIETH W. HARRIS
ROGER E. NEFF

Serial No.:    07/535,626
Filed: June 11, 1990
For:   CROSS-LINKED ANIONIC
       AND AMPHOTERIC POLYMERIC
       MICROPARTICLES

Group Art Unit:  155

Examiner:  W. Cheng

Commissioner of Patents
 and Trademarks

Washington, D.C.  20231

January 4, 1991

Amendment

    In response to the Office Action of August 16, 1990, please amend the instant application as follows:

In the Specification

    Page 5, lines 14 and 15, cancel the words "Attorney Docket No. 31,043), filed concurrently hereiwth" and substitute therefor the words --07/536,382 filed June 11, 1990, now abandoned and refiled as Serial No. 07/540,667, filed June 18, 1990 as a continuation-in-part--.

    Page 5, line 24, cancel the term "5%" and substitute therefor --5 mole percent--.

    Page 10, line 9, please correct the spelling of "azobisisobutyronitrile".

    Page 11, line 16, cancel the word "initialed" and substitute therefor the word --initiated--.

    Page 18, line 8, cancel the word "micorbead" and substitute therefor the word --microbead--.

In the Claims:

    Please rewrite Claim 1 as follows:

- 1 -

CIBA 038178