*9*
paper number

## REQUEST FOR ACCESS

Date: _A-22-96_

Serial Number: _535 626_

Filing Date: _6-11-90_

Applicants: _Ryles_

Sir.

Request is hereby respectfully made for access to the file history of the following abandoned application referred to in U.S. patent number _5 171808_ or printed application number _____.

Respectfully submitted.

_Chris Bennett_

--------------------------------------------------

OFFICIAL USE ONLY

--------------------------------------------------

PROCESSED BY
APR 22 1996

_FHI_
initials

FILE INFORMATION UNIT

--------------------------------------------------

US005171808A

# United States Patent [19]

Ryles et al.

[11] Patent Number: 5,171,808

[45] Date of Patent: Dec. 15, 1992

[54] CROSS-LINKED ANIONIC AND AMPHOTERIC POLYMERIC MICROPARTICLES

[75] Inventors: Roderick G. Ryles, Milford; Dan S. Honig, New Canaan; Elieth W. Harris, Bridgeport; Roger E. Neff, Stamford, all of Conn.

[73] Assignee: American Cyanamid Company, Stamford, Conn.

[21] Appl. No.: 803,120

[22] Filed: Jul. 22, 1991

## Related U.S. Application Data

[63] Continuation of Ser. No. 535,626, Jun. 11, 1990, abandoned.

[51] Int. Cl.$^5$ .................... C08F 26/10; C08F 20/56; C08F 20/06; C08F 2/24; C08F 8/00

[52] U.S. Cl. ..................... 526/264; 526/303.1; 526/317.1; 526/207; 526/213; 525/107; 525/193

[58] Field of Search ............................ 526/264

[56]         References Cited

U.S. PATENT DOCUMENTS

4,147,688  4/1979  Makhlouf et al. ............ 526/213
4,705,640  11/1987  Whitaker .................... 524/922
4,968,435  11/1990  Neff et al. ................ 524/922

OTHER PUBLICATIONS

Susan Budavari, Maryadele J. O'Neil, Ann Smith, and Patricia E. Heckelman, The Merck Index, pp. 21, 935 and 1572, 1989.

Primary Examiner—Joseph L. Schofer
Assistant Examiner—Wu C. Cheng
Attorney, Agent, or Firm—Frank M. Van Riet

[57]         ABSTRACT

Novel compositions comprising anionic and/or amphoteric organic polymeric microparticles are disclosed, along with a method for their production. The products are useful in flocculating a wide variety of dispersions of suspended solids and in paper-making.

21 Claims, No Drawings

CIBA 038214

*10*
paper number

## REQUEST FOR ACCESS

Date: 10-9-96

Serial Number: 535626

Filing Date: 6-11-90

Applicants: Ryles et al

Sir.

Request is hereby respectfully made for access to the file history of the following abandoned application referred to in U.S. patent number 5171808 or printed application number _____.

Respectfully submitted,

Cindy Hilliard

---
OFFICIAL USE ONLY
---

PROCESSED BY
OCT 1 0 1996

FIU
initials

FILE INFORMATION UNIT

---

CIBA 038215

PTO/SB/68 (11-98)
Approved for use through 10/31/99. OMB 0651-0031
Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS OF ABANDONED APPLICATION UNDER 37 CFR 1.14(a)

**PROCESSED BY**

JAN 2 1 1999

FMI

| In re Application of | |
|---|---|
| Application Number | Filed |
| 535626 | Jun 11 1996 |
| Group Art Unit | Examiner |
| | R Yes et al. |

Paper No. #11

Assistant Commissioner for Patents
Washington, DC 20231

I hereby request access under 37 CFR 1.14(a)(3)(iv) to the application file record of the above-identified ABANDONED application, which is: (CHECK ONE)

____ (A) referred to in United States Patent Number _____, column _____.

____ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11, i.e., Application No. _____, filed _____, on page _____ of paper number _____.

____ (C) an application that claims the benefit of the filing date of an application that is open to public inspection, i.e., Application No. _____, filed _____, or

____ (D) an application in which the applicant has filed an authorization to lay open the complete application to the public.

Please direct any correspondence concerning this request to the following address:

_____

_____

_____

_ADRIN_ _____
Signature

_1-28-99_
Date

_____
Typed or printed name

| FOR PTO USE ONLY | |
|---|---|
| Approved by: _____ (Initials) | |
| Unit: _____ | |

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

CIBA 038216

PTO/SB/68 (04-01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS TO AN APPLICATION UNDER 37 CFR 1.14(e)

| In re Application of | |
|---|---|
| Application Number 07-535626 | Filed 6-11-90 |
| Art Unit | Examiner |

Paper No. #72

RECEIVED
OCT 3 0 2002
File Information Unit

Assistant Commissioner for Patents
Washington, DC 20231

1. ☐ I hereby request access under 37 CFR 1.14(e)(2) to the application file record of the above-identified ABANDONED Application, which is not within the file jacket of a pending Continued Prosecution Application (CPA) (37 CFR 1.53(d)) and is: (CHECK ONE)

  ☐ (A) referred to in:

    United States Patent Application Publication No. 5171808, page _____, line _____,

    United States Patent Number_____, column _____, line _____, or

    an International Application which was filed on or after November 29, 2000 and which

    designates the United States, WIPO Pub. No. _____, page _____, line _____.

  ☐ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11(b) or

    1.14(e)(2)(i), i.e., Application No._____, paper No. _____, page _____, line _____.

2. ☐ I hereby request access under 37 CFR 1.14(e)(1) to an application in which the applicant has filed an authorization to lay open the complete application to the public.

_____
Signature

ADRIAN
Typed or printed name

10-30-02
Date

RECEIVED use only
Approved by OCT 3 0 2002 (initials)
Unit: File Information Unit

Burden Hour Statement: This form is estimated to take 0.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

CIBA 038217

US005171808A

## United States Patent [19]

Ryles et al.

[11] Patent Number: 5,171,808

[45] Date of Patent: Dec. 15, 1992

[54] CROSS-LINKED ANIONIC AND AMPHOTERIC POLYMERIC MICROPARTICLES

[75] Inventors: Roderick G. Ryles, Milford; Dan S. Honig, New Canaan; Elieth W. Harris, Bridgeport; Roger E. Neff, Stamford, all of Conn.

[73] Assignee: American Cyanamid Company, Stamford, Conn.

[21] Appl. No.: 803,120

[22] Filed: Jul. 22, 1991

### Related U.S. Application Data

[63] Continuation of Ser. No. 535,626, Jun. 11, 1990, abandoned.

[51] Int. Cl.⁵ ................... C08F 26/10; C08F 20/56; C08F 20/06; C08F 2/24; C08F 8/00
[52] U.S. Cl. ...................... 526/264; 526/303.1; 526/317.1; 526/207; 526/213; 525/107; 525/193
[58] Field of Search ........................... 526/264

[56]               References Cited

U.S. PATENT DOCUMENTS

4,147,688  4/1979  Makhlouf et al. ............ 526/273
4,705,640  11/1987  Whittaker .................... 524/922
4,968,435  11/1990  Neff et al. .................. 524/922

OTHER PUBLICATIONS

Susan Budavari, Maryadele J. O'Neil, Ann Smith, and Patricia E. Heckelman, The Merck Index, pp. 21, 935 and 1572, 1989.

Primary Examiner—Joseph L. Schofer
Assistant Examiner—Wu C. Cheng
Attorney, Agent, or Firm—Frank M. Van Riet

[57]               ABSTRACT

Novel compositions comprising anionic and/or amphoteric organic polymeric microparticles are disclosed, along with a method for their production. The products are useful in flocculating a wide variety of dispersions of suspended solids and in paper-making.

21 Claims, No Drawings

CIBA 038218

#11

US005171808A

## United States Patent [19]

Ryles et al.

[11] Patent Number: 5,171,808

[45] Date of Patent: Dec. 15, 1992

[54] CROSS-LINKED ANIONIC AND AMPHOTERIC POLYMERIC MICROPARTICLES

[75] Inventors: **Roderick G. Ryles**, Milford; **Dan S. Honig**, New Canaan; **Elieth W. Harris**, Bridgeport; **Roger E. Neff**, Stamford, all of Conn.

[73] Assignee: **American Cyanamid Company**, Stamford, Conn.

[21] Appl. No.: **803,120**

[22] Filed: **Jul. 22, 1991**

### Related U.S. Application Data

[63] Continuation of Ser. No. 535,626, Jun. 11, 1990, abandoned.

[51] Int. Cl.$^5$ .................. C08F 26/10; C08F 20/56; C08F 20/06; C08F 2/24; C08F 8/00

[52] U.S. Cl. .................. 526/264; 526/303.1; 526/317.1; 526/207; 526/213; 525/107; 525/193

[58] Field of Search ........................... 526/264

[56] References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,147,688 | 4/1979 | Makhlouf et al. | 526/273 |
| 4,705,640 | 11/1987 | Whitaker | 524/922 |
| 4,968,435 | 11/1990 | Neff et al. | 524/922 |

#### OTHER PUBLICATIONS

Susan Budavari, Maryadele J. O'Neil, Ann Smith, and Patricia E. Heckelman, The Merck Index, pp. 21, 935 and 1572, 1989.

Primary Examiner—Joseph L. Schofer
Assistant Examiner—Wu C. Cheng
Attorney, Agent, or Firm—Frank M. Van Riet

[57]                    ABSTRACT

Novel compositions comprising anionic and/or amphoteric organic polymeric microparticles are disclosed, along with a method for their production. The products are useful in flocculating a wide variety of dispersions of suspended solids and in paper-making.

21 Claims, No Drawings

CIBA 038219



US005171808A

## United States Patent [19]

Ryles et al.

[11] Patent Number: 5,171,808

[45] Date of Patent: Dec. 15, 1992

[54] CROSS-LINKED ANIONIC AND AMPHOTERIC POLYMERIC MICROPARTICLES

[75] Inventors: Roderick G. Ryles, Milford; Dan S. Honig, New Canaan; Elieth W. Harris, Bridgeport; Roger E. Neff, Stamford, all of Conn.

[73] Assignee: American Cyanamid Company, Stamford, Conn.

[21] Appl. No.: 803,120

[22] Filed: Jul. 22, 1991

### Related U.S. Application Data

[63] Continuation of Ser. No. 535,626, Jan. 11, 1990, abandoned.

[51] Int. Cl.⁵ ............... C08F 26/10; C08F 20/56; C08F 20/06; C08F 2/24; C08F 8/00

[52] U.S. Cl. ..................... 526/264; 526/303.1; 526/317.1; 526/207; 526/213; 525/107; 525/193

[58] Field of Search ........................... 526/264

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,147,688 | 4/1979 | Makhlouf et al. | 526/273 |
| 4,705,640 | 11/1987 | Whittaker | 524/922 |
| 4,968,435 | 11/1990 | Neff et al. | 524/922 |

### OTHER PUBLICATIONS

Susan Budavari, Maryadele J. O'Neil, Ann Smith, and Patricia E. Heckelman, The Merck Index, pp. 21, 935 and 1572, 1989.

Primary Examiner—Joseph L. Schofer
Assistant Examiner—Wu C. Cheng
Attorney, Agent, or Firm—Frank M. Van Riet

[57]                 ABSTRACT

Novel compositions comprising anionic and/or amphoteric organic polymeric microparticles are disclosed, along with a method for their production. The products are useful in flocculating a wide variety of dispersions of suspended solids and in paper-making.

21 Claims, No Drawings

CIBA 038220

PTO/SB/68 (04-01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS TO AN APPLICATION UNDER 37 CFR 1.14(e)

| In re Application of | | |
|---|---|---|
| Application Number 07/535626 | | Filed 6/11/90 |
| Art Unit | Examiner | |

RECEIVED
NOV 07 2002
File Information Unit

Paper No. 13

Assistant Commissioner for Patents
Washington, DC 20231

1. ☐  I hereby request access under 37 CFR 1.14(e)(2) to the application file record of the above-identified ABANDONED Application, which is not within the file jacket of a pending Continued Prosecution Application (CPA) (37 CFR 1.53(d)) and is: (CHECK ONE)

☐ (A) referred to in:

United States Patent Application Publication No. _____, page _____, line_____.

United States Patent Number 5171808_____, column _____, line _____, or

an International Application which was filed on or after November 29, 2000 and which

designates the United States, WIPO Pub. No. _____, page _____, line_____.

☐ (B) referred to in an application that is open to public inspection as set forth in 37 CFR 1.11(b) or

1.14(e)(2)(i), i.e., Application No._____, paper No. _____, page _____, line _____.

2. ☐  I hereby request access under 37 CFR 1.14(e)(1) to an application in which the applicant
has filed an authorization to lay open the complete application to the public.

Specialized Patent Services
_____
Signature

11/7/02
_____
Date

Specialized Patent Services
_____
Typed or printed name

| FOR PTO USE ONLY | |
|---|---|
| Approved by: | (Initials) |
| Unit: | |

Burden Hour Statement: This form is estimated to take 9.2 hours to complete. Time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.

CIBA 038221

US005171808A

## United States Patent [19]

### Ryles et al.

| | |
|---|---|
| [11] | Patent Number: **5,171,808** |
| [45] | Date of Patent: **Dec. 15, 1992** |

[54] **CROSS-LINKED ANIONIC AND AMPHOTERIC POLYMERIC MICROPARTICLES**

[75] Inventors: Roderick G. Ryles, Milford; Dan S. Honig, New Canaan; Elieth W. Harris, Bridgeport; Roger E. Neff, Stamford, all of Conn.

[73] Assignee: American Cyanamid Company, Stamford, Conn.

[21] Appl. No.: 803,120

[22] Filed: Jul. 22, 1991

**Related U.S. Application Data**

[63] Continuation of Ser. No. 535,626, Jun. 11, 1990, abandoned.

[51] Int. Cl.$^5$ .......................... C08F 26/10; C08F 20/56; C08F 20/06; C08F 2/24; C08F 8/00

[52] U.S. Cl. .................................. 526/264; 526/303.1; 526/317.1; 526/207; 526/213; 525/107; 525/193

[58] Field of Search ............................................ 526/264

[56] **References Cited**

**U.S. PATENT DOCUMENTS**

| | | | |
|---|---|---|---|
| 4,147,688 | 4/1979 | Makhlouf et al. | 526/273 |
| 4,705,640 | 11/1987 | Whittaker | 524/922 |
| 4,968,435 | 11/1990 | Neff et al. | 524/922 |

**OTHER PUBLICATIONS**

Susan Budavari, Maryadele J. O'Neil, Ann Smith, and Patricia E. Heckelman, The Merck Index, pp. 21, 935 and 1572, 1989.

Primary Examiner—Joseph L. Schofer
Assistant Examiner—Wu C. Cheng
Attorney, Agent, or Firm—Frank M. Van Riet

[57] **ABSTRACT**

Novel compositions comprising anionic and/or amphoteric organic polymeric microparticles are disclosed, along with a method for their production. The products are useful in flocculating a wide variety of dispersions of suspended solids and in paper-making.

**21 Claims, No Drawings**

CIBA 038222

Under the Paperwork Reduction Act of 1... no persons are required to respond to a collection of info... tion unless it displays a valid OMB control number.

## REQUEST FOR ACCESS TO AN ABANDONED APPLICATION UNDER 37 CFR 1.14

|  | In re Application of |  |  |
| --- | --- | --- | --- |
| Bring completed form to:<br>File Information Unit<br>Crystal Plaza Three, Room 1D0<br>2021 South Clark Place<br>Arlington, VA<br>Telephone: (703) 308-2733 | **RECEIVED**<br><br>AUG 0 3 2005<br><br>File Information Unit | Application Number<br>07/535626 | Filed<br>6-11-90 |
|  |  |  | Paper No. #14 |

I hereby request access under 37 CFR 1.14(a)(1)(iv) to the application file record of the above-identified ABANDONED application, which is identified in, or to which a benefit is claimed, in the following document (as shown in the attachment):

United States Patent Application Publication No. 5171808 , page, _____ line, _____

United States Patent Number _____, column _____, line, _____ or

WIPO Pub. No. _____, page _____, line _____

---

### Related Information about Access to Pending Applications (37 CFR 1.14):

Direct access to pending applications is not available to the public but copies may be available and may be purchased from the Office of Public Records upon payment of the appropriate fee (37 CFR 1.19(b)), as follows:

**For published applications that are still pending,** a member of the public may obtain a copy of:
- the file contents;
- the pending application as originally filed; or
- any document in the file of the pending application.

**For unpublished applications that are still pending:**
- (1) If the benefit of the pending application is claimed under 35 U.S.C. 119(e), 120, 121, or 365 in another application that has: (a) issued as a U.S. patent, or (b) published as a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
  - the file contents;
  - the pending application as originally filed; or
  - any document in the file of the pending application.
- (2) If the application is incorporated by reference or otherwise identified in a U.S. patent, a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 2(2), a member of the public may obtain a copy of:
  - the pending application as originally filed.

---

| Signature _(signed)_ | Date  8-3-05 |
| --- | --- |
| Typed or printed name  Selim McLaurin | FOR PTO USE ONLY<br>Approved  AUG 0 3 2005  _(initials)_ _(signed)_<br>File Information Unit |
| Registration Number, if applicable<br>Telephone Number  (703) 415-2518 |  |

This collection of information is required by 37 CFR 1.14. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: File Information Unit, Crystal Plaza Three, Room 1D04, 2021 South Clark Place, Arlington, VA.

CIBA 038223

US005171808A

## United States Patent [19]

### Ryles et al.

[11] Patent Number: 5,171,808

[45] Date of Patent: Dec. 15, 1992

[54] CROSS-LINKED ANIONIC AND AMPHOTERIC POLYMERIC MICROPARTICLES

[75] Inventors: Roderick G. Ryles, Milford; Dan S. Honig, New Canaan; Elieth W. Harris, Bridgeport; Roger E. Neff, Stamford, all of Conn.

[73] Assignee: American Cyanamid Company, Stamford, Conn.

[21] Appl. No.: 803,120

[22] Filed: Jul. 22, 1991

### Related U.S. Application Data

[63] Continuation of Ser. No. 535,626, Jun. 11, 1990, abandoned.

[51] Int. Cl.5 .................... C08F 26/10; C08F 20/56; C08F 20/06; C08F 2/24; C08F 8/00

[52] U.S. Cl. ................................ 526/264; 526/303.1; 526/317.1; 526/207; 526/213; 525/107; 525/193

[58] Field of Search ............................. 526/264

[56]                  References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,147,688 | 4/1979 | Makhlouf et al. | 526/273 |
| 4,705,640 | 11/1987 | Whittaker | 524/922 |
| 4,968,435 | 11/1990 | Neff et al. | 524/922 |

#### OTHER PUBLICATIONS

Susan Budavari, Maryadele J. O'Neil, Ann Smith, and Patricia E. Heckchman, The Merck Index, pp. 21, 935 and 1572, 1989.

Primary Examiner—Joseph L. Schofer
Assistant Examiner—Wu C. Cheng
Attorney, Agent, or Firm—Frank M. Van Riet

[57]                  ABSTRACT

Novel compositions comprising anionic and/or amphoteric organic polymeric microparticles are disclosed, along with a method for their production. The products are useful in flocculating a wide variety of dispersions of suspended solids and in paper-making.

21 Claims, No Drawings

CIBA 038224

| FORM PTO-875 REV. '84 | U.S. DEPARTMENT OF COMMERCE PATENT AND TRADEMARK OFFICE | SERIAL NO 535626 | FILING DATE 6-11-90 |
|---|---|---|---|
| | PATENT APPLICATION FEE DETERMINATION RECORD | APPLICANT (FIRST NAMED): Kyles et al. | |

## CLAIMS AS FILED - PART I

| FOR | NO FILED | NO EXTRA | SMALL ENTITY RATE | FEE | OR | OTHER THAN A SMALL ENTITY RATE | FEE |
|---|---|---|---|---|---|---|---|
| BASIC FEE | | | | 185 | OR | | 370 |
| TOTAL CLAIMS | 22 | -20= | 2 | x 6 | | OR | x 12 | 24 |
| INDEP CLAIMS | 1 | -3= | | x18 | | OR | x 36 | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | | 60 | | OR | 120 | |
| | | | TOTAL | | OR | TOTAL | 394 |

## CLAIMS AS AMENDED - PART II

**AMENDMENT A**

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO PREVIOUSLY PAID FOR | PRESENT EXTRA | SMALL ENTITY RATE | ADDIT FEE | OR | OTHER THAN A SMALL ENTITY RATE | ADDIT FEE |
|---|---|---|---|---|---|---|---|---|
| TOTAL | | MINUS | | x 6 | | | x 12 | |
| INDEP | | MINUS | | x 18 | | | x 36 | |
| FIRST PRESENTATION OF MULTIPLE DEP CLAIM | | | | 60 | | | 120 | |
| | | | | TOTAL ADDIT FEE | | OR | TOTAL | |

**AMENDMENT B**

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT FEE | OR | RATE | ADDIT FEE |
|---|---|---|---|---|---|---|---|---|
| TOTAL | | MINUS | | x 6 | | | x 12 | |
| INDEP | | MINUS | | x 18 | | | x 36 | |
| FIRST PRESENTATION OF MULTIPLE DEP CLAIM | | | | 60 | | | 120 | |
| | | | | TOTAL ADDIT FEE | | OR | TOTAL | |

**AMENDMENT C**

| | CLAIMS REMAINING AFTER AMENDMENT | HIGHEST NO PREVIOUSLY PAID FOR | PRESENT EXTRA | RATE | ADDIT FEE | OR | RATE | ADDIT FEE |
|---|---|---|---|---|---|---|---|---|
| TOTAL | | MINUS | | x 6 | | | x 12 | |
| INDEP | | MINUS | | x 18 | | | x 18 | |
| FIRST PRESENTATION OF MULTIPLE DEP CLAIM | | | | 60 | | | 60 | |
| | | | | TOTAL ADDIT FEE | | OR | TOTAL | |

CIBA 038225

PTO/SB/68 (08-03)
Approved for use through 7/31/2006. OMB 0651-0031
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

## REQUEST FOR ACCESS TO AN ABANDONED APPLICATION UNDER 37 CFR 1.14

| | In re Application of |
|---|---|
| Bring completed form to:<br>File Information Unit<br>Crystal Plaza Three, Room 1D01<br>2021 South Clark Place<br>Arlington, VA<br>Telephone: (703) 308-2733 | Application Number    07/535626     Filed   6/11/90<br><br>Paper No. #15 |

I hereby request access under 37 CFR 1.14(a)(1)(iv) to the application file record of the above-identified ABANDONED application, which is identified in, or to which a benefit is claimed, in the following document (as shown in the attachment):

United States Patent Application Publication No. _____, page, _____ line _____

United States Patent Number 5171808 , column _____, line, _____ or

WIPO Pub. No. _____, page _____ line _____.

---

**Related Information about Access to Pending Applications (37 CFR 1.14):**
Direct access to pending applications is not available to the public (see 37 CFR 1.14(c) if applicant) but copies may be available and may be purchased from the Office of Public Records upon payment of the appropriate fee (37 CFR 1.19(b)), as follows:
For published applications that are still pending, a member of the public may obtain a copy of:
    the file contents;
    the pending application as originally filed; or
    any document in the file of the pending application.
For unpublished applications that are still pending:
(1) If the benefit of the pending application is claimed under 35 U.S.C. 119(e), 120, 121, or 365 in another application that has: (a) issued as a U.S. patent, or (b) published as a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
    the file contents;
    the pending application as originally filed; or
    any document in the file of the pending application.
(2) If the application is incorporated by reference or otherwise identified in a U.S. patent, a statutory invention registration, a U.S. patent application publication, or an international patent application publication in accordance with PCT Article 21(2), a member of the public may obtain a copy of:
    the pending application as originally filed.

---

Signature            Date   9/7/05

RICKY GARCIA
Typed or printed name

Registration Number, if applicable

703 413 0600
Telephone Number

| FOR PTO USE ONLY |
|---|
| Approved by _____ (initials) |
| Unit: _____ |

This collection of information is required by 37 CFR 1.14. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, VA 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. BRING TO: File Information Unit, Crystal Plaza Three, Room 1D01, 2021 South Clark Place, Arlington, VA.
*If you need assistance in completing the form, call 1-800-PTO-9199 and select option 2.*

CIBA 038226



US005171808A

## United States Patent [19]

Ryles et al.

[11] Patent Number: 5,171,808

[45] Date of Patent: Dec. 15, 1992

[54] CROSS-LINKED ANIONIC AND AMPHOTERIC POLYMERIC MICROPARTICLES

[75] Inventors: Roderick G. Ryles, Milford; Dan S. Honig, New Canaan; Elieth W. Harris, Bridgeport; Roger E. Neff, Stamford, all of Conn.

[73] Assignee: American Cyanamid Company, Stamford, Conn.

[21] Appl. No.: 803,120

[22] Filed: Jul. 22, 1991

### Related U.S. Application Data

[63] Continuation of Ser. No. 535,626, Jun 11, 1990, abandoned.

[51] Int. Cl.⁵ .................. C08F 26/10; C08F 20/56; C08F 20/06; C08F 2/24; C08F 8/00

[52] U.S. Cl. ........................ 526/264; 526/303.1; 526/317.1; 526/207; 526/213; 525/107; 525/193

[58] Field of Search .......................... 526/264

[56] References Cited

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,147,688 | 4/1979 | Makhlouf et al. | 526/273 |
| 4,705,640 | 11/1987 | Whittaker | 524/922 |
| 4,968,435 | 11/1990 | Neff et al. | 524/922 |

#### OTHER PUBLICATIONS

Susan Budavari, Maryadele J. O'Neil, Ann Smith, and Patricia E. Heckelman, The Merck Index, pp. 21, 935 and 1372, 1989.

Primary Examiner—Joseph L. Schofer
Assistant Examiner—Wu C. Cheng
Attorney, Agent, or Firm—Frank M. Van Riet

[57] ABSTRACT

Novel compositions comprising anionic and/or amphoteric organic polymeric microparticles are disclosed, along with a method for their production. The products are useful in flocculating a wide variety of dispersions of suspended solids and in paper-making.

21 Claims, No Drawings

CIBA 038227

**MULTIPLE DEPENDENT CLAIM
FEE CALCULATION SHEET
(FOR USE WITH FORM PTO-875)**

| SERIAL NO. | | FILING DATE |
|---|---|---|
| APPLICANT(S) | | |

## CLAIMS

| | AS FILED | | AFTER 1st AMENDMENT | | AFTER 2nd AMENDMENT | | | | * | | * | | * | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | IND. | DEP. | IND. | DEP. | IND. | DEP. | | | IND. | DEP. | IND. | DEP. | IND. | DEP. |
| 1 | / | | | | | | 51 | | | | | | | |
| 2 | | / | | | | | 52 | | | | | | | |
| 3 | | / | | | | | 53 | | | | | | | |
| 4 | | / | | | | | 54 | | | | | | | |
| 5 | | / | | | | | 55 | | | | | | | |
| 6 | | / | | | | | 56 | | | | | | | |
| 7 | | / | | | | | 57 | | | | | | | |
| 8 | | / | | | | | 58 | | | | | | | |
| 9 | | / | | | | | 59 | | | | | | | |
| 10 | | / | | | | | 60 | | | | | | | |
| 11 | | / | | | | | 61 | | | | | | | |
| 12 | | / | | | | | 62 | | | | | | | |
| 13 | | / | | | | | 63 | | | | | | | |
| 14 | | / | | | | | 64 | | | | | | | |
| 15 | | / | | | | | 65 | | | | | | | |
| 16 | | / | | | | | 66 | | | | | | | |
| 17 | | / | | | | | 67 | | | | | | | |
| 18 | | / | | | | | 68 | | | | | | | |
| 19 | | / | | | | | 69 | | | | | | | |
| 20 | | / | | | | | 70 | | | | | | | |
| 21 | | / | | | | | 71 | | | | | | | |
| 22 | | / | | / | | | 72 | | | | | | | |
| 23 | | | | | | | 73 | | | | | | | |
| 24 | | | | | | | 74 | | | | | | | |
| 25 | | | | | | | 75 | | | | | | | |
| 26 | | | | | | | 76 | | | | | | | |
| 27 | | | | | | | 77 | | | | | | | |
| 28 | | | | | | | 78 | | | | | | | |
| 29 | | | | | | | 79 | | | | | | | |
| 30 | | | | | | | 80 | | | | | | | |
| 31 | | | | | | | 81 | | | | | | | |
| 32 | | | | | | | 82 | | | | | | | |
| 33 | | | | | | | 83 | | | | | | | |
| 34 | | | | | | | 84 | | | | | | | |
| 35 | | | | | | | 85 | | | | | | | |
| 36 | | | | | | | 86 | | | | | | | |
| 37 | | | | | | | 87 | | | | | | | |
| 38 | | | | | | | 88 | | | | | | | |
| 39 | | | | | | | 89 | | | | | | | |
| 40 | | | | | | | 90 | | | | | | | |
| 41 | | | | | | | 91 | | | | | | | |
| 42 | | | | | | | 92 | | | | | | | |
| 43 | | | | | | | 93 | | | | | | | |
| 44 | | | | | | | 94 | | | | | | | |
| 45 | | | | | | | 95 | | | | | | | |
| 46 | | | | | | | 96 | | | | | | | |
| 47 | | | | | | | 97 | | | | | | | |
| 48 | | | | | | | 98 | | | | | | | |
| 49 | | | | | | | 99 | | | | | | | |
| 50 | | | | | | | 100 | | | | | | | |
| TOTAL IND. | 1 | | | | | | TOTAL IND. | | | | | | | |
| TOTAL DEP. | 21 | | | | | | TOTAL DEP. | | | | | | | |
| TOTAL CLAIMS | 22 | | | | | | TOTAL CLAIMS | | | | | | | |

PTO-1360 (3-78)    *MAY BE USED FOR ADDITIONAL CLAIMS OR AMENDMENTS    U.S. DEPARTMENT of COMMERCE
Patent and Trademark Office

CIBA 038228



CIBA 038229

FORMAT NO. 3   ATTORNEY'S REGISTRATION NO(S)   FORMAT NO. 4   APPLICANT(S) NAME AND ADDRESS

RECORD 301
No. 1
No. 2
No. 3
No. 4
No. 5
No. 6
No. 7

RECORD 302
No. 1
No. 2
No. 3
No. 4
No. 5
No. 6
No. 7

RECORD 303
No. 1
No. 2
No. 3
No. 4
No. 5
No. 6
No. 7

☐ MORE ON SUPPLEMENTAL CODING SHEET

RECORD   4 0 1   AUTHORITY   FAMILY NAME (25 spaces)
GIVEN NAMES (25 spaces)
CITY (15 spaces)   STATE/COUNTRY   NAME-SUFFIX

RECORD   4 0 2   AUTHORITY   FAMILY NAME (25 spaces)
GIVEN NAMES (25 spaces)
CITY (15 spaces)   STATE/COUNTRY   NAME-SUFFIX

☐ MORE ON SUPPLEMENTAL CODING SHEET

FORMAT NO. 5   TITLE OF INVENTION (10 spaces)
RECORD 501
RECORD 502
RECORD 503
RECORD 504

FORMAT NO. 6   CORRESPONDENCE ADDRESS (40 spaces)
RECORD 601
RECORD 602

FORMAT NO. 7
RECORD 701
RECORD 702
RECORD 703

PTO-1130 page 2 (REV 8-31)

★U.S. Government Printing Office: 1987-181-397/60216

U.S. DEPARTMENT OF COMMERCE—Patent & Trademark Office

CIBA 038230

Staple Issue Slip Here

| POSITION | INIT. | DATE |
|---|---|---|
| CLASSIFIER | Jd R | 6-18-70 |
| EXAMINER | | |
| VERIFIER | | |
| TYPIST | | |
| CORPS CORR. | | |
| SPEC. HAND. | | |
| FILE MAINT. | | |

# INDEX OF CLAIMS



SYMBOLS
- ................ Rejected
- ................ Allowed
- (Through numeral) Canceled
- + ................ Restricted
- N ................ Non-elected
- I ................ Interference
- A ................ Appeal
- O ................ Objected

CIBA 038231

## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 526 | 264 | 7-27-90 | WCC |
| 526 | 266 | 8-2-90 | " |
| 526 | 321 | " | " |
| 526 | 240 | " | " |
| 526 | 292.95 | " | " |
| 526 | 292.2 | " | " |
| 524 | 801 | 8-3-90 | " |
| 524 | 815 | " | " |
| 524 | 922 | " | " |
| 526 | 306 | 8-6-90 | " |

## SEARCH NOTES

| | Date | Exmr. |
|---|---|---|
| APS searched | 7-27-90 | WCC |
| APS searched | 4-3-91 | WCC |
| Orbit (Inpadoc) searched | 4-4-91 | WCC |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| | | | |

CIBA 038232

**ABANDONED**

07/335626

APPROVED FOR LICENSE ☐

INITIALS _____

| Entered<br>or<br>Counted | **CONTENTS** | Received<br>or RECEIVED<br>Mailed<br>JUL 1 2 1990 |
|---|---|---|

1. Application _____ papers.
2. Fly 3 mos                    1 6 AUG    GROUP 150
3. Ext of Time (2 mos)          Jan 10 1991
4. Ltr a                        Jan 10 1991
5. F. Ry (3 mo)                 4-11-91
6. Ext of time (3 mo)           July 22 1991
7. Abandonment (notice)         Nov 19, 1991
8. Power to Inspect             Dec 11 1991
9. Request to inspect           4/29/96
10. Request for Access          10/9/96
11. Request for access          1/21/99
12. Request for access          10/30/02
13. Request for Access          11/5/02
14. Request for Access          8/3/05
15. Request for Access          9/7/05
16. _____
17. _____
18. _____
19. _____
20. _____
21. _____
22. _____
23. _____
24. _____
25. _____
26. _____
27. _____
28. _____
29. _____
30. _____
31. _____
32. _____

CIBA 038233

CIBA 038234

PTO-1683
(Rev. 7-96)

CIBA 038235