# EXHIBIT 9



# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

January 03, 2006

THIS IS TO CERTIFY THAT ANNEXED IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF THE FILE WRAPPER AND CONTENTS OF:

APPLICATION NUMBER: 07/803,120
FILING DATE: July 22, 1991
PATENT NUMBER: 5,171,808
ISSUE DATE: December 15, 1992

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

E. BORNETT
Certifying Officer

CIBA 038605

5171808

| | | | | | |
|---|---|---|---|---|---|
| | DEC 15 1992 | | PATENT NUMBER | | |

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 07/808,120 | 07/22/91 | 526 | 700 | 1503 | |

RODERICK G. RYLES, MILFORD, CT; DAN S. HONIG, NEW CANAAN, CT;
ELIZBTH M. HARRIS, BRIDGEPORT, CT; ROGER E. NEFF, STAMFORD, CT.

**CONTINUING DATA***************
VERIFIED    THIS APPLN IS A CON OF  07/535,626 06/11/90 ABN

**FOREIGN/PCT APPLICATIONS**********
VERIFIED

FOREIGN FILING LICENSE GRANTED 12/16/91

| | | AS FILED | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|---|
| | | | CT | 0 | 21 | 1 | $650.00 | 31,520-01 |

AMERICAN CYANAMID COMPANY
PATENT LAW DEPARTMENT
ONE CYANAMID PLAZA
WAYNE, NJ  07470-8426

LYMERIC MICROPARTICLES

U.S. DEPT. of COMM.-Pat. & TM Office – PTO-436L (rev. 10-78)

CIBA 038606

JJ,/92

07/803120

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

LA10505  12/11/91  07803120      01-1300  010 101      650.00CH  31,320-01

PTO-1556
(5/87)

CIBA 038607

803/20

- 1 -

31,320

## CROSS-LINKED ANIONIC AND AMPHOTERIC
## POLYMERIC MICROPARTICLES

The present invention relates to structured anionic and amphoteric polymeric microparticles and a method for their preparation.

### BACKGROUND OF THE INVENTION

10   Cross-linked anionic and amphoteric, organic polymeric compositions are known to those skilled in the art and are useful in a variety of solid-liquid separation applications, particularly in the flocculation of various dispersions of suspended solids, such as sewage sludge, and in the
15   thickening of cellulosic paper pulp suspensions.  Modern concerns about environmental pollution and the increasing cost of materials have made it highly desirable to produce flocculating agents which cause higher degrees of separation at lower dosage levels.

20   EP 0,202,780 describes the preparation of polymeric, crosslinked, cationic acrylamide polymer beads by conventional inverse emulsion polymerization techniques. Crosslinking is accomplished by the incorporation of a difunctional monomer, such as methylenebisacrylamide, into
25   the polymer.  This crosslinking technology is well known in the art.  The patentee teaches that the crosslinked beads are useful as flocculants.

Typically, the particle size of polymers prepared by conventional inverse water-in-oil emulsion polymerization
30   processes are limited to a range of about 1-5 microns, since no particular advantage in reducing the particle size has hitherto been apparent.  The precise particle size which is achievable in inverse emulsions is determined by the concentration and activity of the surfactant(s) employed and
35   these are customarily chosen on the basis of emulsion stability and economic factors.

3

CIBA 038608

~ 2 ~

Leong, et al., in <u>Inverse Microemulsion Polymerization</u>, J. of Phys. Chem., Vol. 86, No. 23, 6-24-82, pp 2271-3, discloses polymerization of acrylamide in an inverse microemulsion. The author, also discloses having prepared crosslinked polyacrylamide latices or microgels by using a 100:1 mixture of acrylamide-methylenebisacrylamide. No anionic or amphoteric monomers are mentioned or is their use as a flocculating agent or paper-making additive.

EPO 0173605 teaches the production of microbeads having a diameter ranging from about 49-87 nm and produced from terpolymers of vinyl acetate (84.6), ethyl acrylate (65.4) and acrylic acid (4.5) or methacrylonitrile (85), butyl acrylate (65) and acrylic acid (3). These polymeric beads are disclosed as added to an LBKP pulp slurry in order to evaluate the resultant paper for sizing degree, paper force enhancement and disintegratability. These polymer beads fall outside the scope of those claimed in the present invention in that the ionic content thereof is too small to impart any appreciable improvement during usage.

Additionally, U.S. Patent No. 4,681,912 discloses the production of microparticles of acrylamide and acrylic acid, for example, utilizing a microemulsion process. The patent, however, fails to teach the cross-linking of the particles so as to render them water-insoluble or their use in paper-making.

<u>SUMMARY OF THE INVENTION</u>

According to the present invention, there are provided compositions comprising crosslinked, anionic and/or amphoteric, organic, polymeric, microparticles, having an unswollen number average particle size diameter of less than about 0.75 micron, preferably less than about 0.5 micron, a solution viscosity of at least 1.1, preferably from about 1.1 to about 2.0, mPa.s, a crosslinking agent content of above about 4 molar parts per million, based on the monomeric units present in the polymer, and an ionicity of at least about 5%.

CIBA 038609

- 3 -

The preferred anionic monomers for use in the practice
of the present invention comprises acrylic acid, methacrylic
acid, ethacrylic acid, 2-acrylamido-2-alkylsulfonic acids
where the alkyl group contains 1 to 6 carbon atoms, such as
2-acrylamido-2-propane-sulfonic acid or mixtures of any of
the foregoing and their alkaline salts. Especially
preferred are the sodium salts of acrylic acid, methacrylic
acid, and 2-acrylamido-2-methylpropane sulfonic acid.

The preferred amphoteric polymers for the use in the
practice of the present invention comprise copolymers of one
or more of the foregoing anionic monomers and one or more of
the following cationic ethylenically unsaturated monomers
selected from, from example,acryloxyethyltrimethylammonium
chloride; diallydimethylammonium chloride; 3-(meth)acryl-
amidopropyltrimethylammonium chloride; 3-acrylamidopropyl-
trimethylammonium-2-hydroxypropylacrylate methosulfate;
trimethylammoniumethyl methacrylate methosulfate;
1-trimethylammonium-2-hydroxypropylmethacrylate
methosulfate; methacryloxyethyltrimethylammonium chloride;
or mixtures of any of the foregoing.

The preferred ethylenically unsaturated non-ionic
monomers for use in the practice of the present invention
are selected from acrylamide; methacrylamide; N,N-dialkyl-
acrylamides; N-alkylacrylamides; N-vinylmethacetamide;
N-vinyl methylformamide; ~~vinyl acetate;~~ N-vinyl pyrrolidone
and mixtures thereof. Especially preferred is acrylamide.

The preferred compositions encompassed by the present
invention are 1) anionic monomers alone or 2) a mixture of
anionic and cationic monomers, each copolymerized with the
ethylenically unsaturated non-ionic monomers disclosed
above. Especially preferred is acrylamide copolymerized
with sodium acrylate.

Also, according to the present invention, there is
provided a process for the preparation of compositions as
defined above, the process comprising:

(a)  admixing

- 4 -

    (i)  an aqueous solution comprising at least one
ethylenically unsaturated anionic monomer
alone or in admixture with a cationic monomer
and at least one crosslinking agent and,
optionally, at least one ethylenically
unsaturated non-ionic monomer;

   (ii)  an oily phase comprising at least one
hydrocarbon liquid; and

  (iii)  an effective amount of surfactant
or surfactant mixture, so as to form an
inverse emulsion which, when subjected to
polymerization conditions, results in a
polymer having a particle size of less than
about 0.75 micron in unswollen diameter; and

  (b) subjecting the inverse emulsion obtained in step
(a) to polymerization conditions.

A preferred feature of the present invention, comprises
a process employing an aqueous solution comprising sodium
acrylate as the anionic monomer, N,N-methylenebisacrylamide
as the crosslinking agent and acrylamide as the non-ionic
monomer; an oily phase comprising a saturated hydrocarbon;
and an effective amount of a surfactant mixture comprising
polyoxyethylene (20) sorbitan monooleate and polyoxyethylene
sorbitol hexaoleate, sufficient to produce particles of less
than about 0.75 micron in unswollen number average particle
size diameter.

Polymerization of the inverse emulsion may be carried
out by adding a polymerization initiator, such as sodium
metabisulfite or tert-butyl hydroperoxide, or by subjecting
the inverse emulsion to ultraviolet irradiation.  Also
contemplated by the present invention is adding an effective
amount of chain-transfer agent to the aqueous solution of
the inverse emulsion, such as an alcohol, mercaptan,
phosphite, sulfite or mixture of any of the foregoing.  The
process of the present invention may also comprise a step
for recovering the composition from the inverse emulsion.

CIBA 038611

- 5 -

The resultant organic polymeric particles are useful in
a method of making paper from an aqueous suspension of
cellulose fibers, whereby the drainage properties of the
suspension are improved by including in the suspension 0.1
to 20 lbs/ton, based on the dry weight of paper furnish
solids, of the anionic or amphoteric cross-linked organic
polymer microbead having an unswollen number average
particle size diameter of less than about 0.75 micron, a
solution viscosity of at least about 1.1, preferably about
1.1 to about 2.0 mPa.s, a cross-linking agent content of
above about 4 molar parts per million, based on the
monomeric units present in the polymer, and at least 5%
ionicity, preferably in the presence of a molecular weight
cationic polymer, as described in copending application,
Serial No. ~~(Attorney Docket No. 31043), filed concurrently~~
~~herewith.~~

### DETAILED DESCRIPTION OF THE INVENTION

Cross-linked, anionic or amphoteric, organic polymeric
microbeads having an unswollen number average particle size
diameter of less than about 0.75 micron, a solution
viscosity of from about 1.1 to about 1.5 mPa.s, a
crosslinking agent content of above about 4 molar parts per
million, based on the monomeric units present in the
polymer, and an ionicity of at least about 5 mole percent, are generally
formed by the polymerization of at least 5% of an
ethylenically unsaturated anionic monomer and, for
amphoteric microparticles, at least about 5% of one cationic
monomer, and, optionally at least one non-ionic comonomer in
the presence of a crosslinking agent in a water-in-oil
inverse emulsion employing an effective amount of surfactant
or surfactant mixture to produce microbeads of less than
about 0.75 micron.

The amphoteric polymers for the use in the practice of
the present invention comprise copolymers of one or more of
the foregoing anionic monomers and one or more of the
following cationic ethylenically unsaturated monomers

- 6 -

(meth)acrylates of dialkylaminoalkyl compounds, and salts
and quaternaries thereof and in particular monomers of
N,N-dialkylaminoalkyl(meth)acrylamides, and salts and
quaternaries thereof, such as N,N-dimethylaminoethy-
acrylamides; and the acid or quaternary salts thereof and
the like.  Cationic monomers which may be used herein are of
the following general formulae:

$$( I ) \quad CH_2 = \underset{\underset{R_4}{|}}{\overset{\overset{R_1}{|}}{C}} - \overset{\overset{O}{||}}{C} - X - A - \overset{\overset{R_2}{|}}{N^+} - R_3 \quad . \quad Z^-$$

where $R_1$ is hydrogen or methyl, $R_2$ is hydrogen or lower
alkyl of 1-4 carbon atoms, $R_3$ and/or $R_4$ are hydrogen, alkyl
of 1-12 carbon atoms, aryl, or hydroxyethyl and $R_2$ and $R_3$,
or $R_3$ and $R_4$, can combine to form a cyclic ring containing
one or more hetero atoms, and Z is the conjugate base of an
acid; X is oxygen or $-NR_1$, wherein $R_1$ is as defined above,
and A is an alkylene group of 1-12 carbon atoms, or



$$( II )$$

where $R_5$ and $R_6$ are hydrogen or methyl, $R_7$ is hydrogen or
alkyl of 1-12 carbon atoms, and $R_8$ is hydrogen, alkyl of
1-12 carbon atoms, benzyl or hydroxyethyl; and Z is as
defined above.

These ethylenically unsaturated anionic, cationic and
non-ionic monomers may be copolymerized to produce anionic
and amphoteric copolymers.  Preferably, acrylamide is
copolymerized with a anionic monomer.  Anionic copolymers

8

CIBA 038613

- 7 -

useful in the practice of this invention comprise from about
0 to about 95 parts, by weight of non-ionic monomer and
about 5 to about 100 parts, by weight, of anionic monomer,
based on the total polymer weight.  Amphoteric polymers may
be produced from about 1-99 parts, by weight, same basis, of
anionic monomer and from about 99-1 parts, by weight, of
cationic monomer, optionally with from about 0-75 parts, by
weight, of a non-ionic monomer, the total weight of the
anionic monomer and cationic monomer being at least 5%.
Polymerization of the monomers is conducted in the presence
of a polyfunctional crosslinking agent to form the
crosslinked composition.  The polyfunctional crosslinking
agent comprises molecules having either at least two double
bonds, a double bond and a reactive group, or two reactive
groups.  Illustrative of those containing at least two
double bonds are N,N-methylenebisacrylamide,
N,N-methylenebismethacrylamide, polyethyleneglycol
diacrylate, polyethyleneglycol dimethacrylate, N-vinyl
acrylamide, divinylbenzene, triallylammonium salts,
N-methylallylacrylamide and the like.  Polyfunctional
branching agents containing at least one double bond and at
least one reactive group include, glycidyl acrylate,
acrolein, methylolacrylamide and the like.  Polyfunctional
branching agents containing at least two reactive groups
include aldehydes such as glyoxal, diepoxy compounds,
epichlorohydrin and the like.

   Crosslinking agents are to be used in sufficient
quantities to assure a crosslinked composition.  Preferably
at least about 4 molar parts per million of crosslinking
agent, based on the monomeric units present, are employed to
induce sufficient crosslinking and preferred is a
crosslinking agent content of from about 4 to about 6000
molar parts per million, more preferably about 20-4000 and
most preferably about 50-2000 molar parts per million.

   One method of obtaining the polymeric microparticles of
this invention is to polymerize the monomers in a
microemulsion.  Polymerization in microemulsions and inverse

CIBA 038614

- 8 -

microemulsions is known to those skilled in this art.  P. Speiser reported in 1976 and 1977 a process for making spherical "nanoparticles" with diameters less than 800A by (1) solubilization of polymerizable molecules, e.g. acrylamide and methylenebisacrylamide and other materials,
5   e.g. drugs, in micelles and (2) polymerizing the monomers in the micelles.  J. Pharm. Sa., 65(12), 1763 (1976) and United States Patent No. 4,021,364.  Both inverse water-in-oil and oil-in-water "nanoparticles" were prepared by this process. While not specifically called microemulsion polymerization
10  by the author, this process does contain all the features which are currently used to define microemulsion polymerization.  These reports also constitute the first examples of polymerization or acrylamide in a microemulsion. Since then, numerous publications reporting polymerization
15  of hydrophobic polymers in the oil phase of microemulsions have appeared.  See, for example, Stoffer and Bone, J. Dispersion Sci. and Tech., 1(1), 37, 1980 and Atik and Thomas, J. Am. Chem. Soc'y, 103(14), 4279 (1981); and GB 2161492A.
20       The ionic and amphoteric microemulsion polymerization process may be conducted by (i) preparing a monomer microemulsion by adding an aqueous solution of the monomers to a hydrocarbon liquid containing appropriate surfactant or surfactant mixture to form an inverse monomer microemulsion
25  consisting of small aqueous droplets which, when polymerized, result in polymer particles of less than 0.75 micron in size, dispersed in the continuous oil phase and (ii) subjecting the monomer microemulsion to free radical polymerization.
30       In order to obtain an inverse microemulsion, it is generally necessary to use particular conditions whose main parameters are as follows:  surfactant concentration, HLB of surfactant or surfactant mixture, temperature, nature of the organic phase and composition of the aqueous phase.
35       The aqueous phase comprises an aqueous mixture of the monomers, anionic or a mixture of anionic and cationic and

/6

CIBA 038615

- 9 -

optionally non-ionic, and the crosslinking agent, as defined
above.  The aqueous monomer mixture may also comprise such
conventional additives as are desired.  For example, the
mixture may contain chelating agents to remove
polymerization inhibitors, pH adjusters, initiators and
5   other conventional additives.

Essential to the formation of the microemulsion, which
may be defined as a swollen, transparent and
thermodynamically stable micelle solution without agitation,
comprising two liquids insoluble in each other and a
10  surfactant, in which the micelles are much smaller than in
an emulsion, is the selection of appropriate organic phase
and surfactant.

The selection of the organic phase has a substantial
effect on the minimum surfactant concentration necessary to
15  obtain the inverse microemulsion.  This organic phase may
comprise of a hydrocarbon or hydrocarbon mixture.  Saturated
hydrocarbons or mixtures thereof are the most suitable in
order to obtain inexpensive formulations (lower surfactant
content) of inverse microemulsions.  Typically, the organic
20  phase will comprise benzene, toluene, fuel oil, kerosene,
odorless mineral spirits and mixtures of any of the
foregoing.

The ratio by weight of the amounts of aqueous and
hydrocarbon phases is chosen as high as possible, so as to
25  obtain, after polymerization, a microemulsion of high
polymer content.  Practically, this ratio may range, for
example from about 0.5 to about 3:1, and usually is about
2:1.

The one or more surfactants are selected in order to
30  obtain an HLB (Hydrophilic Lipophilic Balance) value ranging
from about 8 to about 11.  In addition to the appropriate
HLB value, the concentration of surfactant must also be
optimized, i.e. sufficient to form an inverse emulsion
having the correct particle size.  Typical surfactants
35  useful in the practice of this invention, in addition to
those specifically discussed above, may be anionic, cationic

//

CIBA 038616

- 10 -

or non-ionic and are selected from polyoxyethylene (20)
sorbitan trioleate, sorbitan trioleate, sodium
di-2-ethylhexylsulfosuccinate, oleamidopropyldimethylamine;
sodium isostearyl-2-lactate and the like.

5    Polymerization of the emulsion may be carried out in
any manner known to those skilled in the art.  Initiation
may be effected with a variety of thermal and redox
free-radical initiators including azo compounds, such as
azo di isobutyronitrile
6    ~~azobisisobutyronitrile~~; peroxides, such as t-butyl peroxide;
organic compounds, such as potassium persulfate and redox
10   couples, such as ferrous ammonium sulfate/ammonium
persulfate.  Polymerization may also be effected by
photochemical irradiation processes, irradiation, or by
ionizing radiation with a 60 Co source.  Preparation of an
aqueous product from the emulsion may be effected by
15   inversion by adding it to water which may contain a breaker
surfactant.  Optionally, the polymer may be recovered from
the emulsion by stripping or by adding the emulsion to a
solvent which precipitates the polymer, e.g. isopropanol,
filtering off the resultant solids, drying and redispersing
20   in water.

     The product of this invention is useful in facilitating
a wide range of solid-liquid separation operations.  The
products of this invention may be used to dewater
biologically treated suspensions, such as sewage and other
25   municipal or industrial sludges; the drainage of cellulosic
suspension, such as those found in paper production, e.g.
paper waste; and the settling and dewatering of various
inorganic suspensions, e.g. refinery waste, coal waste, etc.

cL 30   <u>DESCRIPTION OF THE PREFERRED EMBODIMENTS</u>
P       The following examples illustrate the present
invention.  They are not be construed as limitations on the
present invention except as set forth in the appended
claims.
35

12

CIBA 038617

- 11 -

Examples 1 - 5

Procedure for the Preparation of

Anionic Microemulsion

The master batch of aqueous phase is made by mixing
acrylic acid (AA), as the sodium salt, 200 parts deionized
5   water, 56.5% sodium hydroxide, crystal acrylamide (AMD), 0.3
part 10% pentasodium diethylenetriaminepentaacetate, 39.0
parts additional deionized water, and 1.5 parts of 0.518%
copper sulfate pentahydrate together. To 110.2 parts of
this aqueous phase solution, 6.5 parts deionized water, 0.25
10  part 1% t-butyl hydroperoxide and N,N-methylene
bisacrylamide (MBA) are added. This aqueous phase is mixed
with an oil phase containing 77.8 parts of low odor paraffin
oil, 3.6 parts sorbitan sesquioleate and 21.4 parts
polyoxyethylene sorbitol hexaoleate.
15      This emulsion is deaerated with nitrogen for 20
minutes. The polymerization is then initiated with gaseous
SO$_2$. The polymerization is then allowed to exotherm to 40°C
and is controlled at 40°C (+ 5°C) with ice water. The ice
water is removed when cooling is no longer required. The
20  nitrogen is continued for one hours. The total
polymerization time is 2.5 hours.

    If desired, the polymer may be recovered from the
emulsion by stripping or by adding the emulsion to a solvent
which precipitates the polymer, e.g. isopropanol, filtering
25  off the resultant solids, drying and redispersing in water.

    At the time of use e.g. as a paper-making additive, the
recovered polymer may be dispersed in water. The emulsion,
microbeads may also be directly dispersed in water.
Depending on the surfactant and levels used in the emulsion
30  dispersion may require using high a hydrophilic lipophilic
balance (HLB) inverting surfactant such as an ethoxylated
alcohol; polyoxyethyllated sorbitol hexaoleate;
diethanolamine oleate; ethoxylated laurel sulfate etc. as in
known in the art.
35      The procedure for preparing amphoteric emulsions e.g.
15AA/60AMD/25 dimethylaminoethylacrylate (DMEA) /349 ppm

/3

CIBA 038618

- 12 -

MBA, is repeated for the preparation of the anionic emulsions with the exception that the concentration of the individual monomers employed are adjusted accordingly.

    Various monomers are polymerized in accordance with the above procedure.  The results are set forth in Table I,

5  below.

10

15

20

25

30

35

14

CIBA 038619

- 13 -

Table I

Preparation of Anionic Microbeads

| | Copolymer Compositions (Mole %) | | | MBA | PS | SV |
|---|---|---|---|---|---|---|
| Example | AMD | AA | NaAPS | PPM | NM | mPa.S |
| 1 | 70 | 30 | -- | 349 | 130 | 1.19 |
| 2 | 40 | 60 | -- | 1381 | 120 | 1.10 |
| 3 | 0 | 100 | -- | 1985 | 80 | 1.35 |
| 4 | 70 | -- | 30 | 995 | -- | 1.37 |
| 5 | 70 | -- | 30 | 10,086 | -- | 1.15 |
| 6 | 70 | 30 | -- | 1000 | 464 | -- |
| 7 | 70 | 30 | -- | 1000 | 149 | 1.02 |
| 8 | 70 | 30 | -- | 1000 | 106 | 1.06 |

NaAPS  =  Sodium 2-Acrylamido-2-
           methylpropane Sulfonic Acid

PS  =  Number Average Particle Size in Nanometers

SV  =  Solution Viscosity (0.1% polymer in M NaCl, 25°C
       using a Brookfield UL adapter at 60 rpm

CIBA 038620

- 14 -

### Example 9

In paper making processes it is found that the addition
of anionic microbeads, preferably with a high molecular
weight cationic polymer to a conventional paper making stock
increases the drainage rate of water from the paper. The

5    following examples illustrate this utility but are not to be
construed to limit the invention in any manner whatsoever.

    A 70/30 hardwood/softwood bleached kraft pulp is used
containing 25% $CaCO_3$ for alkaline papermaking at a pH of 8.0
Drainage is a measure of the time required for a certain

10   volume of water to drain through the paper and is here
measured as a10X drainage. (K. Britt, TAPPI 63(4) p67
(1980). Hand sheet are prepared on a Noble and Wood sheet
machine. In the test examples, the linear cationic
copolymer is a 10 mole % of acryloxyethyltrimethylammonium

15   chloride (AETMAC) and 90 mole % of acrylamide (AMD) of
5,000,000 to 10,000,000 mol. wt. with a charge density of
1.2 meg./g. and SV-4.0 cps. The anionic microbeads in Table
II are added separately to the thin paper stock. The
cationic polymer is added to the test furnish in a "Vaned

20   Britt Jar" and subjected to 800 rpm stirring for 30 seconds.
The anionic microbead is then added and subjected to 800 rpm
stirring for 30 seconds and then drainage times are
measured. The results of testing are set forth in Table II,
below.

25

30

35

16

- 15 -

Table II

Drainage Aid Test Data

| Example | Cationic Polymer | Dosage (lb/ton) | Anionic Polymer Microbead of Example No. | Dosage (lb/ton) | Drainage Time (Sec) |
|---|---|---|---|---|---|
| 6 | -0- | | -- | | 161.1 |
| 7 | 10 AETMAC/ 90 AMD | 2 | | | 116.9 |
| 8 | do | 2 | -1- | (0.5) | 75.8 |
| 9 | do | 2 | -1- | (1.0) | 72.1 |
| 10 | do | 2 | -1- | (2.0) | 84.3 |
| 11 | do | 2 | -2- | (0.5) | 66.3 |
| 12 | do | 2 | -2- | (1.0) | 72.4 |
| 13 | do | 2 | -2- | (2.0) | 74.7 |
| 14 | do | 2 | -3- | (0.5) | 78.8 |
| 15 | do | 2 | -3- | (1.0) | 74.1 |
| 16 | do | 2 | -3- | (2.0) | 80.2 |
| 17 | do | 2 | -4- | (0.5) | 95.0 |
| 18 | do | 2 | -4- | (1.0) | 86.6 |
| 19 | do | 2 | -4- | (2.0) | 95.5 |
| 20 | do | 2 | -5- | (0.5) | 119.7 |
| 21 | do | 2 | -5- | (1.0) | 121.8 |
| 22 | do | 2 | -5- | (2.0) | 111.4 |

17

CIBA 038622

- 16 -

The drainage time for the untreated alkaline paper
stock is 161.1 seconds.  Addition of the linear, cationic
polymer, 10 AETMAC/90 AMD, at a level of 2 lbs/ton decreases
the drainage time to 116.9.  Further decreases in drainage
time are obtained by the joint addition of the anionic
microbeads of this invention of doses of 0,5, 1.0 and 2.0
lbs/ton with the 2 lbs/ton of the cationic polymer.  The
microbead 70 AMD/30 Na AMPS/10,086 ppm MBA has little effect
on drainage due to the excessively high degree of
cross-linking and is outside the scope of this invention.
The higher degree anionicity of 2 microbeads (40 AMD/60
AA/1381 ppm MBA-120nm and 100AA/1985 ppm MBA-80 nm) improves
drainage time over those of the lower degree of anionicity
microbeads 70 AMD/30 NaAPS/995 ppm MBA.  The 1.0 lb/ton
dosage of anionic microbead gives better drainage times than
either the 0.5 or 2.0 lbs/ton dosage.  The only exception is
with the microbead 40AMD/60 AA/1,381 ppm MBA where the 0.5
lb/ton dosage is the most desirable.

Examples 23 - 27

Anionic microbeads of 5 and 10 mole percent of anionic
charge and amphoteric microbeads with a 5 mole % higher
anionic charge than cationic charge are made by the
procedure of Example 1 and are shown in Table III.  The
microbeads have a particle size under 0.5 micron in Examples
23-27.

18

~ 17 ~

## Table III

### Preparation of Anionic and Amphoteric Microbeads

| Example | Copolymer Compositions (Mole %) | | | | MBA ppm | PS NM | SV mPa.S |
|---------|-----|------|------|------|-----|-----|-----|
|         | AMD | NaAc | NaAPS | DMEA |     |     |     |
| 23 | 90 | 10 | -- | -- | 496 | -- | 1.34 |
| 24 | 95 | 5 | -- | -- | 97 | -- | 1.89 |
| 25 | 85 | -- | 10 | 5 | 1026 | -- | 1.40 |
| 26 | 55 | -- | 25 | 20 | 5101 | -- | 1.59 |
| 27 | 60 | -- | -- | 40 | 100 | 100 | -- |

DMEA = Acryloxylethyltrimethyl-
        ammonium Chloride

See Table I for other legends

CIBA 038624

- 18 -

<u>Example 28</u>

The anionic and amphoteric microbeads of Table III are used in the paper making process described in Example 2. The results are substantially the same.

<u>Examples 29-33</u>

The procedure of Example 1 is again followed except that different monomers are employed in the preparation of the microbead. The results are set forth in Table IV, below.

<u>Table IV</u>

| Example | Non-Ionic Monomer (%) | Anionic Monomer (%) | MBA PPM |
|---------|-----------------------|---------------------|---------|
| 29 | AM-50 | MMA-50 | 117 |
| 30 | AM-65 | VSA-35 | 226 |
| 31 | AM-75 | DADM-25 | 198 |
| 32 | -- | NaAPS-100 | 316 |
| 33 | MAM-90 | AA-10 | 441 |

| | | |
|------|---|---|
| MAM | = | methacrylamide |
| MMA | = | methacrylic acid |
| VSA | = | vinylsulfonic acid |
| DADM | = | diallyldimethylammonium chloride |

The above mentioned patents and publications are incorporated herein by reference.

Many variations of the present invention will suggest themselves to those skilled in this art in light of the above detailed description. Chain-transfer agents may be optionally added to the monomer solution. Also contemplated are all methods of polymerization and dewatering processes.

All such obvious modifications are within the full intended scope of the appended claims.

CIBA 038625