4,147,688

5

The monomers are polymerized in the presence of a dispersion stabilizer. The dispersion stabilizer employed in producing the microparticles of the invention is a compound, usually polymeric, which contains at least two segments of which one segment is solvated by the dispersing liquid and a second segment is of different polarity than the first segment and is relatively insoluble (compared to the first segment) in the dispersing liquid. Although such compounds have been used in the past to prepare dispersions of polymer, in those instances it has been considered necessary that the polymer produced be ungelled, film-forming and soluble in certain solvents.

Included among such dispersion stabilizers are polyacrylates and polymethacrylates, such as poly(lauryl)-methacrylate and poly(2-ethylhexyl acrylate); diene polymers and copolymers such as polybutadiene and degraded rubbers; aminoplast resins, particularly highly naphtha-tolerant compounds such as melamine-formaldehyde resins etherified with higher alcohols (e.g., alcohols having 4 to 12 carbon atoms), for example, butanol, hexanol, 2-ethylhexanol, etc., and other aminoplasts of similar characteristics such as certain resins based on urea, benzoguanamine, and the like; and various copolymers designed to have the desired characteristics, for example, polyethylenevinyl acetate copolymers.

The presently preferred dispersion stabilizers used in this invention are graft copolymers comprising two types of polymer components of which one segment is solvated by the aliphatic hydrocarbon solvent and is usually not associated with polymerized particles of the polymerizable ethylenically unsaturated monomer and the second type is an anchor polymer of different polarity from the first type and being relatively non-solvatable by the aliphatic hydrocarbon solvent and capable of anchoring with the polymerized particles of the ethylenically unsaturated monomer, said anchor polymer containing pendant groups capable of copolymerizing with ethylenically unsaturated monomers.

The preferred dispersion stabilizers are comprised of two segments, the first segment (A) comprises the reaction product of (1) a long-chain hydrocarbon molecule which is solvatable by the dispersing liquid and contains a terminal reactive group and (2) an ethylenically unsaturated compound which is copolymerizable with the ethylenically unsaturated monomer to be polymerized and which contains a functional group capable of reacting with the terminal reactive groups of the long-chain hydrocarbon molecule (1).

Generally, the solvatable segment (A) is a monofunctional polymeric material of molecular weight of about 300 to about 3,000. These polymers may be made, for example, by condensation reactions producing a polyester or polyether. The most convenient monomers to use are hydroxy acids or lactones which form hydroxy acid polymers. For example, a hydroxy fatty acid such as 12-hydroxystearic acid may be polymerized to form a non-polar component solvatable by such non-polar organic liquids as aliphatic and aromatic hydrocarbons. The polyhydroxy stearic acid may then be reacted with a compound which is copolymerizable with the acrylic monomer to be polymerized, such as glycidyl acrylate or glycidyl methacrylate. The glycidyl groups would react with the carboxyl group of the polyhydroxy stearic acid and the polymer segment (A) would be formed.

Somewhat more complex, but still useful, polyesters may be made by reacting diacids with diols. For exam-

6

ple, 1,12-dodecanediol may be reacted with sebacic acid or its diacid chloride to form a component solvatable by aliphatic hydrocarbons.

The preferred polymeric segment (A) of the dispersion stabilizer is formed by reacting poly-(12-hydroxystearic acid) with glycidyl methacrylate.

The second polymeric segment (B) of the dispersion stabilizer is of polarity different from the first segment (A) and, as such, is relatively non-solvated by the dispersing liquid and is associated with or capable of anchoring onto the acrylic polymeric particles formed by the polymerization and contains a pendant group which is copolymerizable with the acrylic monomer. This anchor segment (B) provides around the polymerized particles a layer of the stabilizer. The solvated polymer segment (A) which extends outwardly from the surface of the particles provides a solvated barrier which sterically stabilizes the polymerized particles in dispersed form.

The anchor segment (B) may comprise copolymers of (1) compounds which are readily associated with the acrylic monomer to be polymerized such as acrylic or methacrylic esters, such as methyl acrylate, methyl methacrylate, ethyl acrylate, ethyl methacrylate, butyl acrylate, butyl methacrylate, 2-ethylhexyl acrylate, octyl methacrylate, and the like, with (2) compounds which contain groups copolymerizable with the acrylic monomer to be polymerized and which contain groups which are reactive with the polymeric segment (A), such as glycidyl-containing acrylates and methacrylates, such as glycidyl acrylate and glycidyl methacrylate. These copolymers are further reacted with polymerizable ethylenically-unsaturated acids, such as acrylic acid, methacrylic acid, 3-butenoic acid, crotonic acid, itaconic acid, and others mentioned previously which contain pendant groups which are copolymerizable with the acrylic monomer.

The preferred polymeric segment (B) is a terpolymer of methyl methacrylate, glycidyl methacrylate, and methacrylic acid.

The segments (A) and (B) are usually combined entities, the segment (A) being attached to the backbone of the graft copolymer and the segment (B) being carried in or on the backbone.

The monomer solution containing the stabilizer preferably contains from about 1 to about 25 percent by weight of the stabilizer. That is, the amount of dispersion stabilizer used is in the range of from about 1 to about 25 percent by weight based on the weight of the monomers and dispersion stabilizer used in the copolymerization process.

The polymerization may be carried out in a conventional manner, utilizing heat and/or catalysts and varying solvents and techniques. Generally, a free radical catalyst such as cumene hydroperoxide, benzoyl peroxide or similar peroxygen compound, or an azo compound such as azobis(isobutyronitrile) is employed.

The resultant non-aqueous acrylic dispersion consists essentially of microgel particles (i.e., crosslinked acrylic polymer particles) dispersed therein. These particles have particle sizes ranging from 0.1 to 10 microns. Depending upon the original concentration of monomer solids, non-aqueous dispersions consisting essentially of the microgel particles can be produced by the process at relatively high concentrations. The term "relatively high concentration" as employed herein refers to the solids level of the non-aqueous dispersion. Thus, the process of this invention permits the production of non-

7

4,147,688

8

aqueous dispersions of microgel particles having solids contents of from 20 to 60 percent by weight or even higher.

The following examples are submitted for the purpose of further illustrating the nature of the present invention and should not be interpreted as a limitation on the scope thereof. All parts and percentages in the examples as well as throughout the specification are by weight unless otherwise indicated.

## EXAMPLE I

To a 5-liter flask equipped with an up-and-over condenser, agitator, thermometer, and heating mantle was charged 1900 grams of Napoleum 30 (a medium boiling naphtha from Kerr-McGee Company), 950 grams of hexane, and 950 grams of heptane. The mixture was heated to reflux (about 85° C.) and then 200 grams of methyl methacrylate, 34 grams of a dispersion stabilizer solution and 14.3 grams of azobis(isobutyronitrile) were added. The dispersion stabilizer solution used contained 50.3 percent solids (viz., dispersion stabilizer) and the dispersion stabilizer was a polymer prepared by interpolymerizing 45.4 percent methyl methacrylate, 4.2 percent glycidyl methacrylate, 0.9 percent methacrylic acid, and 49.5 percent of a reaction product of 89.2 percent poly-12-hydroxystearic acid and 10.8 percent glycidyl methacrylate. The solvent of the dispersion stabilizer solution comprised 52.1 percent butyl acetate, 40.0 percent VM&P naphtha and 7.9 percent toluene. After this addition was complete, reflux was continued for about 20 minutes and then over a 3-hour period was added 4060 grams methyl methacrylate, 226 grams of gamma-methacryloxypropyltrimethoxysilane, 595 grams of the above dispersion stabilizer solution, 34.0 grams of methacrylic acid, 34.0 grams of 2-hydrox-yethyl ethylenimine, 18.0 grams of azobis(isobutyronitrile) and 18 grams of p-octyl mercaptan. After this addition, reflux was continued for another 1.5 hours and the mixture was then cooled and filtered.

The resultant polymeric dispersion consisting essentially of crosslinked acrylic polymer particles (i.e., microgel particles) had a total solids content determined at 150° C. of 54.5 percent by weight.

## EXAMPLE II

To a 5-liter flask equipped with an up and over condenser, agitator, thermometer and heating mantle were charged 1250 grams of heptane, 540 grams of Isopar H (a mixed aliphatic hydrocarbon having an initial boiling point of 350° F. and a dry point of 371° F. with 90 percent distilling between 353°–357° F., available from Humble Oil and Refining Company), 50 grams of methyl methacrylate, 10 grams of the dispersion stabilizer solution of Example I and 4 grams of azobis-(isobutyronitrile). The mixture was heated to reflux (about 103° C.) and held for about 30 minutes. Then over a period of about 3 hours were added 1288 grams of methyl methacrylate, 70 grams of glycidyl methacrylate, 42 grams of methacrylic acid, 4.2 grams of Armeen DMCD (dimethyl cocoamine, available from Armour Chemical Company), 200 grams of the dispersion stabilizer solution of Example I, 14 grams of octyl mercaptan and 5.6 grams of azobis(isobutyronitrile). After this addition was completed, reflux was continued for an additional 30 minutes and then an additional 2.8 grams of azobis(isobutyronitrile) were added. Reflux was then continued for another one hour and the mixture was then cooled and filtered.

The resultant polymeric dispersion consisting essentially of crosslinked acrylic polymer particles (i.e., microgel particles) had a total solids content determined at 150° C. of 44.9 percent by weight.

According to the provisions of the Patent Statutes, there is described above the invention and what are now considered to be its best embodiments. However, within the scope of the appended claims, it is to be understood that the invention can be practiced otherwise than as specifically described.

We claim:

1. A dispersion containing from 20 to 60 percent by weight crosslinked acrylic polymer microparticles having a particle size of from 0.1 to 10 microns, said dispersion being formed by free radical addition copolymerization of from 0.5 to 15 percent of alpha, beta-ethylenically unsaturated monocarboxylic acid, from 70 to 66 percent of at least one other copolymerizable monoethylenically unsaturated monomer and from 0.5 to 15 percent of crosslinking monomer selected from the group consisting of (1) epoxy group-containing compound and (2) a mixture of alkylenimine and organoalkoxysilane, wherein:

  a. said epoxy group-containing compound is monoepoxide compound which additionally contains ethylenic unsaturation,

  b. said organoalkoxysilane is selected from the group consisting of acryloxalkoxysilane, methacrylatoalkoxysilane and vinylalkoxysilane, and

  c. said monomer percentages are based on the weight of monomers used in the copolymerization process,

in the presence of hydrocarbon dispersing liquid which is a solvent for the polymerizable monomers but a non-solvent for the resultant polymer, and polymeric dispersion stabilizer containing at least two segments of which one segment is solvated by said dispersing liquid and a second segment is of different polarity than said first segment and is relatively insoluble in said dispersing liquid, wherein the reaction is carried out at elevated temperature such that the dispersion polymer first forms and then is crosslinked.

2. The dispersion of claim 1 wherein said polymeric dispersion stabilizer is a graft copolymer containing two polymeric segments of which one segment is solvated by said dispersing liquid and the second segment is an anchor polymer of different polarity to said first segment and is relatively non-solvatable by said dispersing liquid and wherein said polymeric dispersion stabilizer contains pendant groups which have been addition copolymerized with the ethylenically unsaturated monomers in the copolymerization process.

3. The dispersion of claim 2 wherein said polymeric dispersion stabilizer is formed by graft copolymerizing the reaction product of glycidyl methacrylate and poly-(12-hydroxystearic acid), with methyl methacrylate and glycidyl methacrylate and the resulting copolymer product containing pendant epoxy groups is reacted with methacrylic acid.

4. The dispersion of claim 1 wherein said alpha, beta-ethylenically unsaturated monocarboxylic acid is methacrylic acid, said other copolymerizable monoethylenically unsaturated monomer is methyl methacrylate and said cross-linking monomer is glycidyl methacrylate.

5. The dispersion of claim 1 wherein said alpha, beta-ethylenically unsaturated monocarboxylic acid is methacrylic acid, said other copolymerizable monoethylenically unsaturated monomer is methyl methacrylate and said cross-linking monomer is a mixture of hydroxy-

CIBA 038662

9

4,147,688

10

ethyl ethyleneimine and gamma-methacryloxypropyltrimethoxysilane.

6. The dispersion of claim 1 wherein said alpha, beta-ethylenically unsaturated monocarboxylic acid is acrylic acid or methacrylic acid.

7. The dispersion of claim 1 wherein said other copolymerizable monoethylenically unsaturated monomer is an alkyl acrylate or alkyl methacrylate.

8. The dispersion of claim 1 wherein said other copolymerizable monoethylenically unsaturated monomer is methyl methacrylate.

9. The dispersion of claim 1 wherein said crosslinking monomer is a monoepoxide compound which additionally contains ethylenic unsaturation.

10. The dispersion of claim 9 wherein sad monoepoxide compound which additionally contains ethylenic unsaturation is glycidyl methacrylate.

11. The dispersion of claim 1 wherein said crosslinking monomer is a mixture of alkyleneimine and or-ganoalkoxysilane selected from the group consisting of acrylatoalkoxysilane, methacrylatoalkoxysilane and vinylalkoxysilane.

12. The dispersion of claim 11 wherein said alkyleneimine is hydroxyethyl ethyleneimine and said organoalkoxysilane is gamma-methacrylyloxypropyltrimethoxysilane.

13. A method of producing a dispersion containing from 20 to 60 percent by weight crosslinked acrylic polymer microparticles having a particle size of from 0.1 to 10 microns, said method comprising free radical addition copolymerizing from 0.5 to 15 percent of alpha, beta-ethylenically unsaturated monocarboxylic acid, from 70 to 99 percent of at least one other copoly-merizable monoethylenically unsaturated monomer selected from the group consisting of (1) epoxy group-containing compound and (2) a mixture of alkyleneimine and organoalkoxysilane, wherein:

  a. said epoxy group-containing compound is monoepoxide compound which additionally contains ethylenic unsaturation,

  b. said organoalkoxysilane is selected from the group consisting of acrylatoalkoxysilane, metha-crylatoalkoxysilane and vinylalkoxysilane, and

  c. said monomer percentages are based on the weight of monomers used in the copolymerization process,

in the presence of hydrocarbon dispersing liquid which is a solvent for the polymerizable monomers but a non-solvent for the resultant polymer, and polymeric dispersion stabilizer containing at least two segments of which one segment is solvated by said dispersing liquid and a second segment is of different polarity than said first segment and is relatively insoluble in said dispersing liquid, wherein the reaction is carried out at elevated

temperature such that the dispersion polymer forms and then is crosslinked.

14. The method of claim 13 wherein said alpha, beta-ethylenically unsaturated monocarboxylic acid is acrylic acid or methacrylic acid.

15. The method of claim 13 wherein said other co-polymerizable monoethylenically unsaturated monomer is an alkyl acrylate or alkyl methacrylate.

16. The method of claim 13 wherein said other co-polymerizable monoethylenically unsaturated monomer is methyl methacrylate.

17. The method of claim 13 wherein said crosslinking monomer is a monoepoxide compound which additionally contains ethylenic unsaturation.

18. The method of claim 17 wherein said monoepoxide compound which additionally contains ethylenic unsaturation is glycidyl methacrylate.

19. The method of claim 13 wherein said crosslinking monomer is a mixture of alkyleneimine and organoalkoxysilane selected from the group consisting of acrylatoalkoxysilane, methacrylatoalkoxysilane and vinylalkoxysilane.

20. The method of claim 19 wherein said alkyleneimine is hydroxyethyl ethyleneimine and said organoalkoxysilane is gamma-methacryloxypropyltrimethoxysilane.

21. The method of claim 13 wherein said polymeric dispersion stabilizer is a graft copolymer containing two polymeric segments of which one segment is solvated by said dispersing liquid and the second segment is an anchor polymer of different polarity to said first segment and is relatively non-solvatable by said dispersing liquid and wherein said polymeric dispersion stabilizer contains pendant groups which are addition copolymer-ized with the ethylenically unsaturated monomers in the copolymerization process.

22. The method of claim 21 wherein said polymeric dispersion stabilizer is formed by graft copolymerizing the reaction product of glycidyl methacrylate and poly-(12-hydroxystearic acid), with methyl methacrylate and glycidyl methacrylate and the resulting copolymer product containing pendant epoxy groups is reacted with methacrylic acid.

23. The method of claim 13 wherein said other co-polymerizable monoethylenically unsaturated monomer is methyl methacrylate, said alpha, beta-ethyleni-cally unsaturated monocarboxylic acid is methacrylic acid, and said crosslinking monomer is a mixture of gamma-methacryloxypropyltrimethoxysilane and hy-droxyethyl ethyleneimine.

24. The method of claim 13 wherein said other co-polymerizable monoethylenically unsaturated mono-mer is methyl methacrylate, said alpha, beta-ethyleni-cally unsaturated monocarboxylic acid is methacrylic acid and said crosslinking monomer is glycidyl methac-rylate.

*  *  *  *  *

CIBA 038663

526-273     AU 144     EX

CCC38     XR     4,147,688

# UNITED STATES PATENT AND TRADEMARK OFFICE
## CERTIFICATE OF CORRECTION

PATENT NO. : 4,147,688

DATED     : April 3, 1979

INVENTOR(S) : Joseph M. Makhlouf and Samuel Porter, Jr.

It is certified that error appears in the above—identified patent and that said Letters Patent are hereby corrected as shown below:

Column 8, line 17, "66" should be --99--.

Column 9, line 16, "sad" should be --said--.

Signed and Sealed this

Sixteenth  Day of  October 1979

[SEAL]

Attest:

RUTH C. MASON
*Attesting Officer*

LUTRELLE F. PARKER
*Acting Commissioner of Patents and Trademarks*

CIBA 038664

# United States Patent [19]

## Whittaker

[11]  Patent Number:  4,705,640

[45]  Date of Patent:  Nov. 10, 1987

[54]  FLOCCULANTS AND PROCESSES FOR THEIR PREPARATION

[75]  Inventor:  Tony Whittaker, South Yorkshire, England

[73]  Assignee:  Allied Colloids Limited, United Kingdom

[21]  Appl. No.:  728,782

[22]  Filed:  Apr. 30, 1985

[30]  Foreign Application Priority Data

Apr. 30, 1984 [GB]  United Kingdom ............ 8410971

[51]  Int. Cl.4 .................................... C02F 1/56
[52]  U.S. Cl. ........................ 210/733; 210/732; 210/734; 210/735; 210/738; 523/319; 524/922
[58]  Field of Search ............. 210/725, 727, 728, 730, 210/732–736, 738; 523/319, 322, 323; 524/922; 525/326.1, 329.4

[56]  References Cited

### U.S. PATENT DOCUMENTS

| | | |
|---|---|---|
| 3,210,306 | 10/1965 | Gazma et al. ............ 210/736 |
| 3,278,506 | 10/1966 | Chamot et al. ............ 210/734 |
| 3,380,947 | 4/1968 | Galgoczi et al. ............ 523/323 |
| 3,480,761 | 11/1969 | Kolodny et al. ............ 210/734 |
| 3,536,646 | 10/1970 | Hatch et al. ............ 210/736 |
| 3,719,748 | 3/1973 | Manfroy et al. ............ 210/738 |
| 3,917,529 | 11/1975 | Madole et al. ............ 210/736 |
| 3,924,662 | 12/1975 | Rundell et al. ............ 210/734 |
| 3,977,971 | 8/1976 | Quinn et al. ............ 210/732 |
| 4,105,558 | 8/1978 | Heinrich et al. ............ 210/401 |
| 4,470,907 | 9/1984 | Seneca ............ 210/192 |
| 4,479,879 | 10/1984 | Hashimoto et al. ............ 210/738 |
| 4,529,794 | 7/1985 | Sortwell ............ 528/499 |
| 4,537,513 | 8/1985 | Flesher et al. ............ 422/278 |

### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| 53-140275 | 12/1978 | Japan ............ 210/734 |
| 1310491 | 3/1973 | United Kingdom ............ 210/609 |

Primary Examiner—Peter Hruskoci
Attorney, Agent, or Firm—Ostrolenk, Faber, Gerb & Soffen

[57]  ABSTRACT

The flocculation performance, for instance on low pressure or other pressure filtration (such as a belt press), of a solution of a high molecular weight organic polymeric flocculant having IV above 4 is improved by subjecting the solution to degradation, preferably by mechanical shear such as through a Silverson mixer or by a fast rotating blade.

12 Claims, No Drawings

CIBA 038665

4,705,640

**1**

## FLOCCULANTS AND PROCESSES FOR THEIR PREPARATION

It is standard practice to flocculate a suspension of particulate material by addition to the suspension of a solution of organic polymeric flocculant. The step of flocculation may be used to facilitate various solids-liquids separation processes such as filtration (for instance high pressure or low pressure filtration), drainage (for instance of paper suspensions), settlement (for instance of various inorganic suspensions) or other dewatering, for instance dewatering of sewage sludges.

It is accepted as being essential that the flocculant polymer should be in the form of a stable solution, referred to herein as the flocculant solution, before it is contacted with the particulate material. Thus the polymer much reach a steady state of hydration and dissolution before the flocculant solution is mixed with the suspension. It is wholly unsatisfactory to add the flocculant solution to the suspension while the polymer in the solution is still changing from, for instance, a solid state to a dissolved state. Thus it is common practice to mix the polymer with most or all of the water that is to be present in the flocculant solution and then to allow this solution to age for a substantial time, for instance 30 minutes to 2 hours or longer, to allow dissolution to be completed and reach equilibrium. The resultant flocculant solution is then mixed with the suspension that is to be flocculated. Accordingly the overall process consists of the formation of the flocculant solution and, separately, the addition of this solution to the suspension, and often the stage of forming the flocculant solution includes a mixing stage followed by an ageing stage.

Organic polymeric flocculants first became significant in the industry in the 1950's. Initially they had a relatively low molecular weight because the quality of the monomers inhibited the formation of water soluble high molecular weight polymers of the types that are now available. Despite the low molecular weight that were available (initially typically below 500,000 on a commercial scale), the desirability of being able to use commercially, as flocculants, polymers having the highest possible molecular weight was well recognised, and there were frequent references in the literature to the organic polymer having a molecular weight as high as possible, typically having Intrinsic Viscosity (IV) above 6 dl/g. Modern techniques of monomer purification and polymerisation do permit the production of polymers having IV as high as, for instance, 30 (or up to 15 for cationics) provided processing and use conditions are controlled carefully.

Accordingly, it has become conventional practice to synthesise the polymers very carefully so as to obtain the highest possible molecular weight and to handle the

**2**

polymers carefully so as to avoid degrading them, and losing the difficulty obtained high molecular weight.

The polymers are initially synthesized, and supplied to the user, as a concentrated aqueous solution, a dispersion, or a powder and have to be converted into a dilute flocculant solution before they could be added to the suspension. A solution grade polymer is merely mixed with water and usually aged in a tank until required.

A powder grade polymer must be converted into a solution, precautions being taken to avoid agglomeration of the powder particles. The solution may be formed simply by stirring the powder vigorously into water or by, for instance, initially wetting the powder particles while suspended in air and then stirring the wetted particles into water. Whatever the method, this forms a dispersion in water of hydrating particles and this dispersion is left to stand, optionally with gentle agitation or stirring, to allow complete hydration and solution to occur.

Dispersion of polyelectrolyte in non-aqueous, water immiscible, liquid are stirred into water, sometimes with considerable agitation, to initiate hydration of the particles to form a suspension in water of hydrating particles, which is left to stand, optionally with gentle agitation, until the desired solution is formed.

The preparation of the solution therefore necessarily involves agitation and it was recognised that this had to be tolerated, especially when starting from powders or dispersions, in order to achieve a solution. However it was always kept to a minimum, to avoid damaging the polymer. For instance in U.S. Pat. No. 3,468,322 a suspension is mixed with water in a turbulence inducer which is said to provide good results without the use of severe or shearing agitation. In EP No. 0102759 a solution is made by blending a dispersion and water in an orifice mixer under shear but it is stated that the optimum conditions would apply the shear for an infinitely short time. In practice the shear is applied for a period of much less than 1 second. The amount of polymer degradation that might occur during this very short period is extremely low.

If there is an ageing stage in the formation of the flocculant solution, it is conventional for the solution to be under static or only gently moving conditions during the ageing.

Having formed the flocculant solution, it is necessary to combine it thoroughly with the suspension that is to be flocculated. It is essential that there should be rapid and intimate mixing of the solution with the suspension in order that there is a uniform polymer concentration throughout the suspension, so that uniform floc formation occurs. Inadequate mixing of the solution into the suspension would lead to variable concentration of polymeric flocculant and, in turn, very unsatisfactory results. It is therefore necessary to apply vigorous agitation and this is often described as involving shear, although it has been recognised that shear at this stage is a necessary evil and can itself damage the final results. For instance, BP 1,346,596 warns that shear at this stage may reduce flocculation. In practice, therefore, any shear that is applied has normally been of a very low value and applied for the shortest possible time consistent with the need to achieve intimate mixing.

Against this background it has been the assignee's practice, and it is believed the practice of all suppliers of high molecular weight organic polymeric flocculants, to aim for the highest possible molecular weight and

4,705,640

**3**

then to avoid subjecting the polymer to process conditions that might reduce the molecular weight.

It has now surprisingly been found that it is possible to improve the flocculation performance of a high molecular weight organic polymeric flocculant by subjecting the polymer to degradation after it is in the form of a stable solution in water. For instance, it was found that the flocculation performance can be improved by degrading the polymer to a lower IV, provided the IV of the final polymer is still high, generally above 4. This discovery is directly contrary to all commercial practice with modern, high molecular weight, polymeric flocculants.

In the invention, a flocculant solution of a high molecular weight organic polymeric flocculant having IV above 4 is formed and a suspension of particulate material is flocculated by addition of the solution to the suspension, and the flocculant solution is formed by blending high molecular weight organic polymeric flocculant in water to form an initial solution having a polymer concentration below 3% by weight and then the flocculation performance of the dissolved polymer is improved by subjecting the dissolved polymer to degradation. Since the polymer in the flocculant solution, that is to say the solution that is added to the suspension, has IV above 4 the extent of degradation is such that IV is above 4.

Each high molecular weight polymer is inevitably formed of a blend of molecules of a range of chain lengths and the degradation in the invention preferably reduces this range. The range of chain lengths can be defined in various ways. For instance it is termed polydispersity when it is defined by the weight average molecular weight divided by the number average molecular weight. A theoretical polymer consisting of molecules of a single chain length has a polydispersity value of 1 but in practice commercial polymers have values much higher than this. It had previously been assumed that high polydispersity values were acceptable, and indeed probably very desirable, for flocculation in view of the various mechanisms involved in achieving satisfactory flocculation. However in the invention, the degradation preferably reduces polydispersity by at least 5%, preferably at least 15%.

In preference to measuring polydispersity, it has been found convenient to define the spread of molecular weights by (Mw/Mv) or (Mz/Mw) where Mw is the weight average molecular weight, Mv is the viscosity average molecular weight and Mz is the z-average molecular weight, for instance as defined on pages 182 and 183 of volume 9 of Encyclopedia of Polymer Science & Technology published by Interscience. The values for (Mw/Mv) and for (Mz/Mw) can be derived from dynamic quasielastic light scattering methods. Although these methods are primarily designed for analysis of lower molecular weight polymers, they do give values showing the relationship between the molecular weight distribution of the molecules in a polymer before and after the degradation. Preferably the degradation results in (Mw/Mv) being reduced by at least 5%, typically 10 to 30% or more. Preferably the degradation results in (Mz/Mw) being reduced by at least 10%, typically 15 to 50% or more.

Although it is believed that reduction in the spread of molecular weights within the polymeric product is of particular importance in the invention, it has been surprisingly found that some reduction in IV (and therefore in molecular weight) generally is tolerable and that

**4**

in many instances reduction in IV is beneficial, particularly if it is accompanied by a reduction in the spread of chain lengths of the polymer. The degradation is therefore often conducted under conditions such that the IV is reduced by at least 5% and often 10 to 30% or more, for instance up to 50 or 60%.

The ionicity of a polymer can be determined on a 0.1% aged solution by a Colloid Titration as described by Koch-Light Laboratories Ltd. in their publication 4/77 KLCD-1 (or alternatively a method as in BP No. 1,579,007 could possibly be used).

As explained in BP No. 1,579,007 ionic polymers often have a value less than 100% of the theoretical ionicity value. Although BP No. 1,579,007 associates inferior ionicity with non-random distribution of monomer units within the polymeric chain, it was surprisingly found that it is possible, particularly when the polymer includes some degree of chain branching or cross linking, to improve the ionicity value towards the theoretical maximum by the degradation step. We term this improvement ionicity regain (IR). $IR = (IAD - IBD)/IAD \times 100$ where IAD is the ionicity measured by the above-defined method after the degradation step of the invention and IBD is the ionicity before the degradation step. Especially when the polymer includes chain branching or cross linking the degradation step is preferably such that IR is greater than 5%, typically up to 20 or 30%. Preferably this IR is accompanied by a reduction in the spread of chain lengths within the polymer.

The degree of degradation must not be so high as to make the flocculation performance of the dissolved polymer worse than its performance before degradation. Very low amounts of degradation will have no measurable effect on the flocculation performance and too much degradation; for instance to reduce IV below 4, will make the flocculation performance worse but the flocculation performance will pass through a peak. Thus by subjecting the solution to the chosen method of degradation for varying periods and observing the flocculation performance it is easy to plot the performance against various levels of degradation and to select the optimum level of degradation.

The degradation can be by ultrasonic degradation or by chemical degradation. However these methods sometimes have the tendency to reduce molecular weight significantly without achieving the desired reduction in the spread of molecular weights within the polymer. Preferably the degradation is by mechanical degradation since this appears to reduce the spread of molecular weights, as well as often reducing IV and/or increasing ionicity for branched or cross linked polymers.

The mechanical degradation may be applied by subjecting the initial solution to the effect of fast moving blades, for instance blades having a velocity of at least 500 meters per minute, typically 750 to 5,000 meters per minute. If the blades rotates, then these velocities are the peripheral velocities of the blades. It is particularly preferred to use blades that rotate at high speed, generally above 2,000 rpm preferably 3,000 to 20,000 rpm. Suitable apparatus for this is the Waring blender or apparatus similar to large scale versions of kitchen blenders such as the Moulinex, Kenwood, Hamilton Beach, Iona or Osterizer blenders. Routine experimentation, as mentioned above, will easily determine the optimum duration at a given speed, or the optimum

CIBA 038667

4,705,640

5

speed for a given duration, or the optimum combination of speed and duration.

Another suitable method of applying mechanical degradation is by forcing the solution by impellers through a screen, for instance as in a Silverson mixer or other mixer having a similar method of operation. For instance there may be an impeller 4 to 10 cm in diameter rotating at 1500 to 6000 rpm to force the solution under high shear through a screen. Preferably a Silverson 120L mixer is used and has a square hole high shear screen and an impeller of 6.8 cm diameter rotating at 3000 rpm. Mechanical agitation methods that do not generate a high degree of chopping are less satisfactory and, if used, must be used for prolonged periods in order to achieve any significant mechanical degradation. For instance extrusion of the solution through an orifice mixer or forcing it through centrifugal pump generally is unsatisfactory unless the solution is subjected to repeated passes through the mixer or pump.

In order to obtain optimum improvement in flocculation properties in a convenient manner, it is essential to conduct the degradation on the polymer while it is present as a solution having a polymer concentration below 3% by weight, i.e., while it is present as the said initial solution. Degradation conducted on polymer solutions of a higher concentration is difficult to perform, because of the viscous nature of the solutions, and is less satisfactory. Degradation conducted on the polymer before it is fully dissolved is also less satisfactory. Even though some shear may be applied during the preparation of the initial solution (for instance to facilitate dispersion of polymer particles into water) the shear applied at this stage is preferably inadequate to improve flocculation performance and, in any event, further improvement can be achieved, in accordance with the invention, by subjecting the resultant initial solution to the defined degradation. Preferably the initial solution is made by blending solid (e.g., bead or powder), dispersed or dissolved polymer with water to form a mixture containing below 3% by weight of the polymer, allowing this solution to age in a storage vessel for sufficient time for the dissolution to reach equilibrium (so that its flocculation properties no longer change with time) and then subjecting the aged solution to the degradation. The ageing period is usually at least 30 minutes, typically 1 to 5 hours, often about 2 hours. During ageing, the solution may be static or may be subjected to gentle stirring or other agitation.

The flocculation treatment of the invention is conducted with novel apparatus that includes means for applying the degradation. In particular, novel apparatus for dosing the flocculant solution into a suspension comprises a vessel for holding the aqueous suspension that is to be flocculated and having a dosing inlet for dosing the aqueous solution of flocculant into the suspension and supply means for supplying the flocculant solution to the inlet, the supply means including means for mechanically or otherwise degrading the solution after its formation and before it reaches the inlet. The vessel may be a tank or a line through which the suspension flows. Generally the solution has the desired solids content before it is subjected to degradation but means can be provided for diluting the solution after the degradation and before entry to the vessel.

The means for supplying the solution generally comprise a pipe leading from a tank in which solution is aged. The means for degrading the solution may be in-line. In-line means for mechanically degrading a solu-

6

tion may comprise a pump that will both provide the shear and force the flocculant solution to the dosing point, in particular it may be a silverson mixer that serves to degrade the solution and to force it to the dosing point. Alternatively the degradation may be applied in a tank or other vessel between the ageing tank and the dosing point.

The flocculant solution, at the dosing point, generally has a concentration of from 0.01 to 1%, often 0.05 to 0.3%, and if the initial solution, that is subjected to the degradation, has a higher concentration it is necessary to dilute it with water after the degradation step.

The polymer must initially have an intrinsic viscosity (IV) of a value such that, after degradation, IV is still above 4 and in practice this means that the polymer will generally have a molecular weight above 1 million, typically up to 30 million. Before the degradation, the polymer generally has IV at least 5, and preferably at least 9, for instance up to 15 or higher, e.g., up to 25 for anionics. In the flocculant solution, after the degradation, the IV is preferably at least 5 and generally in the range 6 to 12, often 6 to 9.

The polymer must be water soluble and is preferably substantially linear. The monomers from which it is formed are preferably substantially free of cross linking agent. It may be based on a natural or modified natural polymer. For instance it may be a cellulosic or gum polymer such as a cationic or other ionic derivative of a cellulose or an ionic derivative of guar gum.

Preferably however the polymer is a substantially linear synthetic polymer formed by polymerisation of one or more ethylenic, preferably vinyl, water soluble monomers. Broadly any monomer or monomer blend that can be polymerised to yield a water soluble flocculant polymer may be used. The monomers are generally acrylic (including methacrylic) monomers. The polymer may be non-ionic, being formed wholly from non-ionic monomers, but preferably is ionic since even non-ionic monomers generally include some ionic groups, for instance acrylic acid groups are often present, in acrylamide. The amount and type of ionic charge in the monomers will be selected such that the polymer has the ionic charge suitable for the particular dispersion that it is to flocculate.

Suitable non-ionic monomers are acrylamide, methacrylamide, N-vinylmethylacetamide or formamide, vinyl acetate or vinyl pyrrolidone.

Suitable anionic monomers are sodium acrylate, methacrylate, itaconate, 2-acrylamidomethyl propane sulphonate, sulphopropylacrylate or methacrylate or other water soluble forms of these or other polymerisable carboxylic or sulphonic acids or sulphomethylated acrylamide may be used.

Suitable cationic monomers are dialkylaminoalkyl acrylates and methacrylates, especially dialkylaminoethyl acrylate, and their quaternary or acid salts, and dialkylaminoalkylacrylamides and methacrylamides and their quaternary or acid salts for instance methacrylamidopropyl trimethyl ammonium chloride and Mannich products, such as quaternised dialkylaminomethylacrylamides. Other suitable monomers include diallyldimethyl ammonium chloride, especially when copolymerised with acrylamide, and vinyl pyridine (as acid addition or quaternary salt) and Hofman degradation products such as polyvinylamine.

The suspension may be an inorganic aqueous suspension but preferably is an organic aqueous suspension, with the organic particles most preferably being sewage

4,705,640

7

but others, such as paper, can also be treated. The invention is of particular value in the treatment of sewage sludge.

The invention is generally used as part of a process for dewatering the suspension and so the flocculated suspension is normally subjected to dewatering. Although this can be by various methods, the invention is of particular value when applied to pressure filtration. This pressure filtration may be by high pressure filtration, for instance on a filter press at 5 to 15 bar for, typically, 1 to 6 hours but preferably is low pressure filtration, for instance on a belt press, generally at a pressure of 0.5 to 3 bar, typically 1 to 15 minutes.

The flocculation performance in such filtration techniques can be manifested by increased solids content in the filter cake. It has, however, been found that there is a close correlation between the capillary suction time (CST) of the flocculated suspension and its ultimate suitability for low or high pressure filtration and so in the invention it is convenient to use CST to determine flocculation performance by reference to CST, the best products having the lowest values.

CST is measured as described in Journal of Institute of Water Pollution Control Vol. 67, 1968, No. 2 page 233. This method involves adding a measured dose of 25 flocculant solution to the suspension and applying a defined amount of shear for a measured time. The results are quoted at various dose/shear combinations, the dose being in g/m³ and the shear being the time in seconds for which the shear was applied after addition of the flocculant solution. In this specification, IV is measured as described on page 13 of Water Research Centre Technical Report No. 6 "The Examination of Organic Flocculants and Coagulated Acids" but using 1M NaCl and a Na₂HPO₄/citric acid buffer instead of acid or alkali for pH adjustment.

By the invention it is possible to obtain an improvement in the flocculation performance and in the dewatering ability of many types of suspensions although of course it is necessary to select the polymer to be suitable for the particular suspension being dewatered. If the polymer that is being used is inherently unsuitable for that suspension then the degradation treatment of the invention may be of little or no value.

A particular advantage of the invention is that it is possible, at a given IV, to obtain improved flocculation performance if that IV is achieved by degradation of a higher IV polymer than if the IV is achieved by direct synthesis. Accordingly, for a dispersion or apparatus where it is necessary for the polymer to have, for instance, IV 7 better results are generally obtained by mechanically shearing a higher IV polymer down to IV 7 than by synthesising a polymer from the same monomers to that IV value.

The following are some examples of the invention. In these DMAEA is dimethylaminoethyl acrylate, q indicates that it is quaternised by methyl chloride, AM is acrylamide and Mannich products are dimethylaminomethyl acrylamide formed from acrylamide, formaldehyde and dimethylamine. IV and CST are recorded as defined above.

Low pressure piston press cake solids are recorded on a piston press operated to reproduce belt pressure filtration, where 0.7 bar is applied for 1 minute, 1.4 bar for 1 minute, 2.1 bar for 1 minute and then 2.8 bar for 6 minutes. Increased cake solids measured by this technique indicate that increased cake solids would be obtained on a belt press. High pressure piston press cake

8

solids are recorded using the same piston press with the pressure being increased over 30 minutes up to 7 bar and then held at 7 bar for a further 30 minutes. Increased cake solids on this test indicates that increased solids would be obtained on a filter press.

Wherever reference is made to shearing a solution with a Moulinex homogeniser this is effected by providing 400 ml of the polymer solution in a substantially cylindrical pot having a diameter of about 8 cm and with a blade about 6 cm in diameter and about 1 mm thick rotating at 16,500 rpm in the base of the pot. One arm of the blade is inclined upwardly by about 45° and the other arm downwardly by about the same amount.

EXAMPLE 1

A dispersion grade DMAEAq/AM copolymer, was dissolved in deionised water and aged to give a 1% w/w active polyelectrolyte solution. The solution was then sheared in a Moulinex homogeniser with samples being taken after 6, 8, 10, 15 and 60 seconds. The results are shown in Table 1.

TABLE 1

| SHEARING TIME (SECS) | I.V. dl/g | CST (secs) | | |
| | | 50/10 | 50/25 | 50/40 |
|---|---|---|---|---|
| NIL. | 9.8 | 145 | 301 | 375 |
| 6 | 9.5 | 51 | 122 | 201 |
| 8 | 9.7 | 34 | 112 | 188 |
| 10 | 9.9 | 29 | 82 | 138 |
| 15 | 9.4 | 23 | 76 | 119 |
| 60 | 7.8 | 15 | 50 | 77 |

EXAMPLE 2

Four products, identified as A, B, C and D, having intrinsic viscosity 7.3, 6.8, 12.0 and 11.4 dl/g respectively and all known to be identical composition DMAEA/AM copolymers were made up as 1% w/w solutions and allowed to age. Two further solutions were prepared from products C and D by taking portions of the original solutions and subjecting them to 100 seconds of shearing in the Moulinex blender; these were labelled E & F and were subsequently found to be of I.V. 6.6 and 7.0 dl/g respectively. The six solutions were compared on three sludges by CST and by observing the solids content of piston press cakes. Sludge 1 was a Rotherham digested primary/activated sludge. Sludge 2 was a raw primary/activated sludge. Sludge 3 was a digested primary/humus sludge. The results are shown in Table 2.

TABLE 2

| Sludge Type | Product | IV | CST (secs) | | | Low Pressure Piston Press Cake Solids (%) |
| | | | 125/10 | 125/25 | 125/40 | |
|---|---|---|---|---|---|---|
| 1 | A | 7.3 | 20 | 46 | 58 | 13.2 |
| 1 | B | 6.8 | 14 | 35 | 54 | — |
| 1 | C | 12.0 | 14 | 45 | 49 | 12.6 |
| 1 | D | 11.4 | 13 | 34 | 52 | 13.4 |
| 1 | E | 6.6 | 9 | 13 | 21 | 13.3 |
| 1 | F | 7.0 | 9 | 15 | 24 | 13.5 |
| 2 | A | 7.3 | 15 | 40 | 60 | — |
| 2 | B | 6.8 | 13 | 30 | 55 | 14.8 |
| 2 | C | 12.0 | 17 | 40 | 63 | 14.3 |
| 2 | D | 11.4 | 19 | 37 | 56 | 13.8 |
| 2 | E | 6.6 | 14 | 17 | 28 | 15.1 |
| 2 | F | 7.0 | 16 | 14 | 26 | 15.4 |
| 3 | A | 7.3 | 16 | 42 | 64 | 14.0 |
| 3 | B | 6.8 | 12 | 32 | 46 | 15.1 |
| 3 | C | 12.0 | 17 | 46 | 59 | 14.2 |
| 3 | D | 11.4 | 12 | 28 | 44 | 13.2 |

CIBA 038669

4,705,640

9

### TABLE 2-continued

| Sludge Type | Product | IV | CST (secs) 125/10 | 125/25 | 125/40 | Low Pressure Piston Press Cake Solids (%) |
|---|---|---|---|---|---|---|
| 3 | E | 6.6 | 10 | 18 | 28 | 15.9 |
| 3 | F | 7.0 | 11 | 19 | 31 | 16.7 |

These results show the improvement in performance when the IV is obtained by shearing rather than by synthesis (compare polymers E and F with B and A) and the improvement in performance that is obtained when polymers are sheared to reduce their IV (compare polymers C and D with E and F).

When Mw, Mv and Mz values were recorded for polymers A and E by light scattering techniques, a reduction of about 15% in (Mw/Mv) is observed and a reduction of about 30% is observed in (Mz/Mw). On the scale used for the particular apparatus for this test (Mw/Mv) for polymer D was 1.574 and for polymer F 1.324 whilst (Mz/Mw) for polymer D was 3.296 and for polymer F 2.296. These values may, depending upon the theoretical assumptions required in their calculation, need multiplication by a factor X or X may be 1, the values then being absolute values. If the values are absolute values it indicates that novel polymers according to the invention should have (Mw/Mv) below 1.5, preferably below 1.4, and/or should have (Mz/Mw) below 3 and preferably below 2.5.

### EXAMPLE 3

A further sample of solution C was degraded by subjecting it to 30 minutes of U.V. radiation in the presence of 2 ppm ferric ions (as FeCl₃). The resulting solution, labelled G, was found to have an intrinsic viscosity of 7.0 dl/g.

The solutions A, B, C, E and G were evaluated on a Digested primary/activated sludge using the C.S.T. technique. The results are shown in Table 3.

### TABLE 3

| Product | IV | CST (secs) at the Dose/Shear shown 150/10 | 150/25 | 150/40 |
|---|---|---|---|---|
| A | 7.3 | 24 | 50 | 87 |
| B | 6.8 | 17 | 39 | 66 |
| C | 11.4 | 24 | 91 | 155 |
| E | 6.6 | 12 | 16 | 33 |
| G | 7.0 | 16 | 39 | 63 |

The results show that the chemically degraded sample G does not give as great an improvement in effectiveness as the sheared product E, but is better than the starting polymer.

### EXAMPLE 4

A dispersion grade DMAEA/AM copolymer was dissolved in deionised water to give a 1% w/w solution. A portion of the solution was sheared in a Moulinex blender for 8 seconds.

Both solutions were compared over a dosage range on a 2% china clay suspension using jar tests. The results are shown in Table 4.

### TABLE 4

| Product | IV dl/g | Settlement time (secs) at dose indicated (ppm) 0.5 | 0.75 | 1.0 | 1.25 |
|---|---|---|---|---|---|
| Unsheared | 10.8 | 117 | 73 | 53 | 40 |

10

### TABLE 4-continued

| Product | IV dl/g | Settlement time (secs) at dose indicated (ppm) 0.5 | 0.75 | 1.0 | 1.25 |
|---|---|---|---|---|---|
| Sheared | 8.6 | 107 | 70 | 43 | 30 |

Products B and F from Example 2 were compared on a 2% china clay suspension as above. The results are shown in Table 5.

### TABLE 5

| Product | Settlement time (secs) at dose indicated (ppm) 0.1 | 0.3 | 0.4 | 0.5 |
|---|---|---|---|---|
| B | 218 | 144 | 124 | 90 |
| F | 200 | 125 | 110 | 78 |

These results show that shearing cationic polyelectrolytes gives improved flocculation of inorganic suspensions, but the improvement may not be as great as with organic suspensions.

### EXAMPLE 5

Two solid grade NaAc/AM copolymers labelled H and I and having intrinsic viscosities of 12.1 dl/g and 10.1 dl/g respectively were prepared as 0.5% w/w solutions.

A product of identical composition to the above with an intrinsic viscosity of 25.0 dl/g was also prepared as a 0.5% w/w solution. Two portions of this solution were sheared in a Moulinex blender for 40 seconds and 70 seconds; these were labelled J and K and were found to have intrinsic viscosities of 12.1 and 10.5 respectively.

Products H, I, J and K were compared on a 2% china clay suspension over a dosage range using jar tests. The results are shown in Table 6.

### TABLE 6

| | IV | Settlement time (secs) at dose indicated (ppm) 0.1 | 0.3 | 0.4 | 0.5 |
|---|---|---|---|---|---|
| H | 12.1 | 183 | 89 | 59 | 41 |
| I | 10.1 | 183 | 104 | 80 | 57 |
| J | 12.1 | 180 | 69 | 44 | 37 |
| K | 10.5 | 180 | 72 | 46 | 33 |

This demonstrates the benefit of shearing upon flocculation performance of an anionic polymer on an inorganic suspension.

### EXAMPLE 6

A portion of solution C was diluted to a 0.1% w/v solution with deionised water.

The original and diluted solution were in turn degraded in a Moulinex blender with samples being taken at suitable time intervals and evaluated on a digested primary/activated sludge. The results are in Table 7.

### TABLE 7

| Shear (secs) | 1% w/v solution IV (dl/g) | CST at 80/25 | Shear (secs) | 0.1% w/v solution IV (dl/g) | CST at 80/25 |
|---|---|---|---|---|---|
| 0 | 11.4 | 63 | 0 | 11.4 | 63 |
| 30 | — | 43 | | | |
| 60 | — | 37 | 2 | — | 40 |
| 90 | — | 35 | 4 | — | 36 |
| 120 | 6.8 | 28 | 6 | 6.9 | 29 |

A 1.5% solution required shearing for 240 seconds to achieve similar IV and CST values.

CIBA 038670

4,705,640

11

This demonstrates that the desired results can be achieved much more quickly when shearing more dilute solutions.

### EXAMPLE 7

Two parts by weight of a dispersion of 50% q DMA-EA/AM copolymer in 50% oil containing stabiliser and surfactant was dispersed into 98 parts water using the Moulinex homogeniser. Once the aqueous system appeared to be of uniform composition, the shearing was stopped and the solution aged with tumbling for 2 hours. It was then sheared in accordance with the invention for various times and the CST values recorded, as shown in Table 8.

TABLE 8

| Shear (secs) | CST at 100/25 |
|---|---|
| 0 | 114 |
| 3 | 104 |
| 6 | 70 |
| 9 | 48 |
| 12 | 28 |

This clearly demonstrates the beneficial effect of applying shear to the aged flocculant solution, even though some shear may have been used in its initial manufacture.

### EXAMPLE 8

A sample of solution C diluted to 0.1% was given one pass through an in-line Silverson mixer at a flow rate of one liter/min, this being 10% of the pumps maximum throughput. The resulting sheared solution was compared with the original sample and also sample B (IV 6.8) on a digested primary/activated sludge.

TABLE 9

| Product | IV dl/g | CST (secs) | | |
|---|---|---|---|---|
| | | 125/10 | 125/25 | 125/40 |
| C | 11.4 | 28 | 65 | 82 |
| C(sheared) | 7.0 | 12 | 28 | 47 |
| B | 6.8 | 26 | 69 | 89 |

This shows that this shearing technique is also effective.

### EXAMPLE 9

A solution of 41:59 wt % DMAEAq/AM polymer was sheared in a Moulinex blender with samples taken at suitable intervals to test their effectiveness.

TABLE 10

| Shear time (secs) | IV (dl/g) | CST (secs) at 100/25* |
|---|---|---|
| 0 | 7.8 | 171 |
| 2 | — | 117 |
| 4 | — | 100 |
| 6 | — | 89 |
| 10 | — | 71 |
| 15 | 6.4 | 48 |
| 30 | — | 51 |
| 45 | — | 53 |
| 90 | 5.2 | 67 |

*Average of three readings.

This shows that effectiveness reaches a maximum after a certain duration of shear and that continued shearing (and continued reduction of IV) can lead to reduced effectiveness.

12

### EXAMPLE 10

Two liquid grade Mannich products (dimethylaminomethylacrylamide polymer quaternised with dimethyl sulphate) A and B of identical composition were diluted in deionised water to give 1% w/v solutions and found to have 1% solution viscosities of 71 cps and 55 cps respectively.

A portion of solution A was then sheared in a Moulineux blender and samples taken after 6 seconds, 16 seconds and 22 seconds.

Each of the samples was then evaluated on a digested primary/activated sludge for effectiveness by CST. The viscosity was recorded of the 1% solutions using spindle No 2 at 100 rpm. The results are shown in Table 11.

TABLE 11

| Product | Viscosity | CST | | |
|---|---|---|---|---|
| | | 150/10 | 150/25 | 150/40 |
| A | 71 | 34 | 81 | 107 |
| + 6s shear | 66 | 23 | 59 | 97 |
| + 16s shear | 58 | 20 | 42 | 69 |
| + 22s shear | 55 | 15 | 32 | 50 |
| B | 55 | 35 | 80 | 106 |

This shows that better results are obtained at a given viscosity when the solution has been sheared.

### EXAMPLE 11

40 g newsprint, 10 g Manilla and 5 g corrugated paper were disintegrated in 2 l of water to give a standard waste stock of 2.5% consistency. This stock was diluted to 0.5% d/d solids and one liter aliquots treated with 200 g per ton d/d flocculant. Three different chemical types of copolymer were used. Each type was used unsheared, sheared to a lower I.V. and unsheared but having a similar low I.V., shearing in each instance was by a Moulinex homogeniser.

The flocculated stock was transferred into a Schopper-Riegler Freeness tester whose back orifice had been blocked off. The drainage rate was measured by timing the collection of 500 cm³ water. The results are shown in Table 12.

TABLE 12

| Product | I.V. (dl/g⁻¹) | Drainage time for 500 cm³ (secs) |
|---|---|---|
| 60/40 w/w DMAEAq/AM | 12.0 | 16 secs |
| 240 secs shear | 6.5 | 21 secs |
| No shear | 6.6 | 25 secs |
| 40/60 w/w DMAEAq/AM | 11.3 | 16 secs |
| 100 secs. shear | 7.5 | 11 secs |
| No shear | 7.8 | 26 secs |
| 27.6/72.2 w/w DMAEAq/AM | 14.0 | 20 secs |
| 40 secs shear | 7.0 | 22 secs |
| No shear | 7.1 | 25 secs |

This shows that the sheared products give much improved results compared to unsheared products of similar I.V.

### EXAMPLE 12

A solid grade DMAEA/ACM copolymer having IV 11.8 was made up as solution A at 1% w/v. Part of this solution was sheared for 100 seconds in the Moulineux blender to produce solution B. The solutions were compared for high pressure filtration by adding 125 g/m³ of the polymer to a primary/activated sludge and then

CIBA 038671

13

4,705,640

14

dewatering this at high pressure on a piston press. Solution A gave 21.8 solids content and solution B 25.6% solids content. This demonstrates the better dewatering effect obtained at high pressure using the sheared solution.

### EXAMPLE 33

qDMAEA/AM copolymer is made by copolymerisation of monomers contaminated with cross linking agent. The polymer has IV 10. A 0.1% solution of the polymer in water is sheared in the Moulinex mixer for 5 minutes. The cationicity of the polymer is measured before and after the shearing and the cationicity regain is calculated, all as defined above. After shearing for one minute the regain is 5% and after shearing for 5 minutes it is 9%. The sheared solution is a very effective flocculant.

I claim:

1. A process for flocculating an aqueous suspension of particulate material comprising forming a flocculant solution of a water soluble substantially linear organic polymeric flocculant having intrinsic viscosity (IV) greater than 4 dl/g and a molecular weight about 1 million by blending a water soluble substantially linear organic polymeric flocculant having IV greater than 5 dl/g with water to form an initial solution having a polymer concentration below 3% by weight, in which the polymeric flocculant is a soluble polymer formed from one or more ethylenically unsaturated monomers selected from the group consisting of acrylamide, methacrylamide, N-vinyl methyl acetamide, N-vinyl methyl formamide, vinyl acetate, vinyl pyrollidone, water soluble forms of carboxylic or sulphonic acids selected from acrylic acid, methacrylic acid, itaconic acid, and 2-acrylamido methyl propane sulphonic acid, sulpho propyl acrylate, sulpho propyl methacrylate, sulpho methylated acrylamide, dialkylaminoalkyl acrylates and methacrylates and their quaternary or acid salts, and dialkylaminoalkyl acrylamides and methacrylamides and their quaternary or acid salts, then improving the flocculation performance of the polymer by subjecting the dissolved polymer to degradation while dissolved in the solution for a period sufficient to improve said flocculation performance, flocculating said particulate material by addition of an effective amount of the flocculant solution to said aqueous suspension and separating the flocculated particulate material from the suspension.

2. A process according to claim 1 in which the dissolved polymer is subjected to chemical, ultrasonic or mechanical degradation while dissolved in the solution.

3. A process according to claim 1 in which the degradation is effected by subjecting the initial solution to mechanical shear for a period sufficient to improve flocculation performance.

4. A process according to claim 1 in which the degradation is effected by forcing the initial solution through a Silverson-type mixer or by chopping the initial solution with a blade that rotates at a peripheral velocity above 500 m/min.

5. A process according to claim 1 in which the initial solution of the polymer is formed by blending the polymeric flocculant in solid, dispersed or dissolved form with water and then allowing the resultant solution to age for at least 30 minutes.

6. A process according to claim 1 in which the degradation reduces the IV of the polymeric flocculant by at least 5%.

7. A process according to claim 1 in which the degradation reduces the IV of the polymeric flocculant by 10 to 50%.

8. A process according to claim 1 in which the degradation reduces weight average molecular weight/viscosity average molecular weight by at least 5%.

9. A process according to claim 1 in which the solution of organic polymeric flocculant having IV above 4 is formed by blending the polymeric flocculant in solid, dispersed or dissolved form with water to form a solution containing below 2% by weight of the polymer, allowing the solution to age, and then subjecting the solution to mechanical shear for a period sufficient to reduce weight average molecular weight/viscosity average molecular weight by at least 5%.

10. A method according to claim 9 in which the flocculated particulate material is separated by pressure filtration or belt press filtration.

11. A process according to claim 9 in which the water soluble substantially linear organic polymeric flocculant is formed from one or more monomers selected from the group consisting of dialkylaminoalkyl(meth)acrylates and their quaternary or acid salts, dialkylaminoalkyl(meth)acrylamides and their quaternary or acid salts, water soluble salts of acrylic acid, water soluble salts of 2-acrylamidomethyl propane sulfonic acid and acrylamide.

12. A method according to claim 1 in which the flocculated particulate material is separated by pressure filtration or filtration on a belt press.

* * * * *

# United States Patent [19]

Neff et al.

[11] Patent Number: 4,968,435

[45] Date of Patent: Nov. 6, 1990

[54] CROSS-LINKED CATIONIC POLYMERIC MICROPARTICLES

[75] Inventors: Roger E. Neff, Stamford; Roderick G. Ryles, Milford, both of Conn.

[73] Assignee: American Cyanamid Company, Stamford, Conn.

[21] Appl. No.: 409,366

[22] Filed: Sep. 19, 1989

## Related U.S. Application Data

[62] Division of Ser. No. 286,015, Dec. 19, 1988.

[51] Int. Cl.$^5$ .................................... C02F 1/56
[52] U.S. Cl. ......................... 210/734; 210/723; 524/922
[58] Field of Search ........... 210/725, 727, 728, 732–734; 524/813, 815, 922

[56]                    References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,235,490 | 2/1966 | Goren | 210/734 |
| 3,278,506 | 10/1966 | Chamot | 260/89.7 |
| 3,968,037 | 7/1976 | Morgan et al. | 210/734 |
| 4,111,922 | 9/1978 | Beede et al. | 524/313 |
| 4,172,066 | 10/1979 | Sweigle et al. | 526/306 |
| 4,361,452 | 11/1982 | Clarke et al. | 526/312 |
| 4,521,317 | 6/1985 | Candau et al. | 166/275 |
| 4,525,527 | 6/1985 | Takeda et al. | 524/831 |
| 4,690,971 | 9/1987 | Flesher et al. | 524/555 |
| 4,720,346 | 1/1982 | Flesher et al. | 210/734 |
| 4,759,856 | 7/1988 | Farrar et al. | 210/734 |
| 4,769,427 | 9/1988 | Nowakowsky et al. | 526/64 |
| 4,783,513 | 11/1988 | Cadel et al. | 526/216 |

### FOREIGN PATENT DOCUMENTS

WO/88/102-74  12/1988  PCT Int'l Appl. .

Primary Examiner—Peter Hruskoci
Attorney, Agent, or Firm—Frank M. Van Riet

[57]                    ABSTRACT

Novel compositions comprising cationic polymeric microparticles are disclosed, along with a method for their production. The products are useful in flocculating a wide variety of dispersions of suspended solids.

5 Claims, No Drawings

CIBA 038673

4,968,435

| 1 | 2 |

**CROSS-LINKED CATIONIC POLYMERIC MICROPARTICLES**

This is a divisional of co-pending application Ser. No. 286,015, filed on Dec. 19, 1988.

The present invention relates to cross-linked, cationic polymeric microparticles and a method for their preparation. The present invention also relates to the use of the polymers as a flocculating agent.

BACKGROUND OF THE INVENTION

Cross-linked, cationic, polymeric compositions are known to those skilled in the art and are useful, after having been subjected to high shearing to render them soluble, in a variety of solid-liquid separation applications, particularly in the flocculation of various dispersions of suspended solids, such as sewage sludge, and in the thickening of cellulosic paper pulp suspension. Modern concerns about environmental pollution and the increasing cost of materials useful therein have made it highly desirable to produce flocculating agents which cause higher degrees of separation at lower dosage levels.

EP No. 0,202,780 describes the preparation of cross-linked, cationic, polyacrylamide beads by conventional inverse emulsion polymerization techniques. Crosslinking is accomplished by the incorporation of a difunctional monomer, such as methylenebisacrylamide, into the polymer chain. This cross-linking technology is well known in the art. The patentee teaches that the cross-linked beads are useful as flocculants but are more highly efficient after having been subjected to unusual levels of shearing action in order to render them water-soluble.

Typically, the particle size of polymers prepared by conventional, inverse, water-in-oil, emulsion, polymerization processes are limited to a range of 1-5 microns, since no particular advantage in reducing the particle size has hitherto been apparent. The particle size which is achievable in inverse emulsions is determined by the concentration and activity of the surfactant(s) employed and these are customarily chosen on the basis of emulsion stability and economic factors.

Leong, et al., in *Inverse Microemulsion Polymerization*, J. of Phys. Chem., Vol. 86, No. 23, 6-24-82, pp 2271-3, discloses polymerization of acrylamide in an inverse microemulsion. The authors also disclose having prepared a cross-linked polyacrylamide latex or microgel by using a 100:1 mixture of acrylamide-methylenebisacrylamide. No use of a cationic monomer is mentioned or of the possible use of the resultant product as a flocculating agent.

The present invention describes the preparation of a novel class of cationic, cross-linked, polymeric, microparticle flocculants. The new polymers are prepared by the optimal use of a variety of high activity surfactant or surfactant mixtures to achieve submicroparticle size. Preferably, the type and concentration of surfactant should be chosen to yield a particle size of less than 0.5 micron in diameter and more preferably less than about 0.1 micron. Unexpectedly, the novel polymers of this invention are useful in flocculating applications without the necessity of being subjected to high and unusual levels of shearing action and surprisingly show improved performance over the prior art cationic flocculants prepared by conventional inverse emulsion polymerization. The products of this invention, when used as flocculating agents, cause high degrees of separation at low dosage levels thus satisfying both environmental and economical concerns and therefore constituting a significant advancement in the state of the art.

SUMMARY OF THE INVENTION

According to the present invention, there is provided compositions comprising cross-linked, cationic, polymeric microparticles, the microparticles having an unswollen number average particle size diameter of less than about 0.5 micron, preferably less than about 0.1 micron, a solution viscosity of from about 1.2 to about 1.8 mPa.s and a cross-linking agent content of above about 4 molar parts per million, based on the monomeric units present in the polymer.

Preferred features of the present invention comprise compositions, as defined above, wherein the cross-linking agent content ranges from about 4 to about 2000 molar parts per million, preferably from about 10 to about 1000 molar parts per million and even more preferably from about 50 to about 50% molar parts per million.

The preferred cross-linking agents comprise difunctional monomers selected from N,N-methylenebisacrylamide; N,N'-methylenebismethacrylamide; polyethyleneglycol diacrylate; polyethyleneglycol dimethacrylate; N-vinylacrylamide; glycidyl acrylate; divinylbenzene; acrolein; glyoxal; diepoxy compounds; epichlorohydrin; or mixtures of any of the foregoing. Especially preferred is N,N'-methylenebisacrylamide.

The preferred cationic monomers for use in the practice of the present invention comprise ethylenically unsaturated monomers selected from acryloxyethyltrimethylammonium chloride; diallyldimethylammonium chloride; 3-methacrylamidopropyltrimethylammonium chloride; 3-acrylamidopropyltrimethylammonium-2-hydroxypropylacrylate methosulfate; trimethylammoniumethyl methacrylate methosulfate; 1-trimethylammonium-2-hydroxypropylmethacrylate methosulfate; methacryloxyethyltrimethylammonium chloride; or mixtures of any of the foregoing. Especially preferred are acryloxyethyltrimethylammonium chloride, methacrylamidopropyltrimethylammonium chloride, diallyl dimethylammonium chloride and mixtures thereof.

Also contemplated by the present invention are compositions comprising cationic monomers copolymerized with ethylenically unsaturated . non-ionic monomers selected from acrylamide; methacrylamide; N,N-dialkylacrylamides; N-alkylacrylamides; N-vinylmethacetamide; N-vinyl methylformamide; vinyl acetate; N-vinyl pyrrolidone and mixtures thereof. Especially preferred is acrylamide copolymerized with acryloxyethyltrimethylammonium chloride.

Also, according to the present invention there are provided processes for the preparation of compositions as defined above, the process comprising:

(a) admixing

   (i) an aqueous solution comprising at least one ethylenically unsaturated cationic monomer and at least one cross-linking agent and, optionally, at least one ethylenically unsaturated non-ionic monomer; and

   (ii) an oil comprising at least one hydrocarbon liquid; and

   (iii) an effective amount of surfactant or surfactant mixture, so as to form an inverse emulsion which, when subjected to polymerization conditions, re-

CIBA 038674

4,968,435

**3**

sults in a polymer having a particle size of less than about 0.5 micron in unswollen diameter; and (b) subjecting the inverse emulsion obtained in step (a) to polymerization conditions.

A preferred feature of the present invention, comprises a process employing an aqueous solution containing acryloxyethyltrimethylammonium chloride salt as the cationic monomer, methylenebisacrylamide as the cross-linking agent and acrylamide as the non-ionic monomer; an oil comprising a saturated hydrocarbon; and an effective amount of a surfactant comprising an ethoxylated lauryl ether; a polyoxyethylene sorbitan hexaoleate; a sorbitan sesquioleate; the oleate of diethanolamine or mixtures thereof sufficient to produce particles of less than about 0.5 micron in unswollen number average particle size diameter.

Polymerization of the inverse emulsion may be carried out by adding a polymerization initiator, such as sodium metabisulfite or tert-butyl hydroperoxide, or by subjecting the inverse emulsion to ultraviolet irradiation. Also contemplated by the present invention is adding an effective amount of chain-transfer agent to the aqueous solution of the inverse emulsion, such as an alcohol; a mercaptan; a phosphite; a sulfite or a mixture of any of the foregoing. The process of the present invention may also comprise a step for recovering the composition from the inverse emulsion.

## DETAILED DESCRIPTION OF THE INVENTION

Cross-linked, cationic, polymeric microparticles having an unswollen number average particle size diameter of less than about 0.5 micron, a solution viscosity of from about 1.2 to about 1.8 mPa.s and a cross-linking agent content of above about 4 molar parts per million based on the monomeric units present in the polymer are generally formed by the polymerization of at least one ethylenically unsaturated cationic monomer and, optionally, at least one non-ionic comonomer in the presence of a cross-linking agent in a water-in-oil inverse emulsion employing an effective amount of surfactant or surfactant mixture.

Cationic monomers useful in the practice of this invention include diallyldimethylammonium chloride; acryloxyethyltrimethylammonium chloride; (meth)acrylates of dialkylaminoalkyl compounds, and salts and quaternaries thereof and, in particular, monomers of N,N-dialkylaminoalkyl(meth)acrylamides, and salts and quaternaries thereof, such as N,N-dimethylaminoethylacrylamides; (meth)acrylamidopropyltrimethylammonium chloride and the acid or quaternary salts of N,N-dimethylaminoethylacrylate and the like. Cationic monomers which may be used herein are of the following general formulas:

$$CH_2=C-C-X-A-N^+-R_3 \quad Z^-$$

(I)

$$\begin{array}{c} R_1 \ O \qquad R_2 \\ | \quad \| \qquad | \\ CH_2=C-C-X-A-N^+-R_3 \quad Z^- \\ \qquad\qquad\quad | \\ \qquad\qquad\quad R_4 \end{array}$$

where $R_1$ is hydrogen or methyl, $R_2$ is hydrogen or lower alkyl of $C_1$ to $C_4$, $R_3$ and/or $R_4$ are hydrogen, alkyl of $C_1$ to $C_{12}$ aryl, or hydroxyethyl and $R_2$ and $R_3$ or $R_3$ and $R_4$ can combine to form a cyclic ring containing one or more hetero atom, Z is the conjugate base of an acid, X is oxygen or -NR₁ wherein $R_1$ is defined above, and A is an alkylene group of $C_1$ to $C_{12}$; or

**4**

$$\begin{array}{c} CH_3 \quad CH_2 \\ | \qquad | \\ R_5-C \qquad\quad C-R_4 \\ | \qquad\qquad | \\ H_2C \qquad\quad CH_2 \\ \quad\backslash\ /\ \qquad / \\ \quad\ N^+ \quad Z^- \\ \quad / \quad \backslash \\ \quad R_2 \qquad R_3 \end{array}$$

(II)

$R_5$ and $R_6$ are hydrogen or methyl, $R_2$ is hydrogen or alkyl of $C_1$ to $C_{12}$ and $R_3$ is hydrogen, alkyl of $C_1$ to $C_{12}$, benzyl or hydroxyethyl; and Z is as defined above.

Non-ionic monomers, suitable for use in the practice of this invention generally comprise acrylamide; methacrylamide; N-alkylacrylamides, such as N-methylacrylamide; N,N-dialkylacrylamides, such as N,N-dimethylacrylamide; methyl acrylate; methyl methacrylate; acrylonitrile; N-vinyl methylacetamide; N-vinyl methyl formamide; vinyl acetate; N-vinyl pyrrolidone, mixtures of any of the foregoing and the like.

These ethylenically unsaturated, cationic and nonionic monomers may be copolymerized to produce cationic copolymers. Preferably, acrylamide is copolymerized with a cationic monomer. Cationic copolymers useful in the practice of this invention comprise from about 0 to about 99 parts, by weight, of non-ionic monomer and from about 100 to about 1 part, by weight, of cationic monomer based on the weight of the cationic and non-ionic monomers taken together, preferably from about 40 to about 99 parts, by weight, of non-ionic monomer and about 1 to about 60 parts, by weight, of cationic monomer, same basis. Polymerization of the monomers occurs in the presence of a polyfunctional cross-linking agent to form the cross-linked composition. The polyfunctional cross-linking agent comprises molecules having either at least two double bonds, a double bond and a reactive group, or two reactive groups. Illustrative of those containing at least two double bonds are N,N-methylenebisacrylamide; N,N-methylenebismethacrylamide; polyethyleneglycol diacrylate; polyethyleneglycol dimethacrylate; N-vinyl acrylamide; divinylbenzene; triallylammonium salts, N-methylallylacrylamide and the like. Polyfunctional branching agents containing at least one double bond and at least one reactive group include glycidyl acrylate; glycidyl methacrylate; acrolein; methylolacrylamide and the like. Polyfunctional branching agents containing at least two reactive groups include dialdehydes, such as glyoxal; diepoxy compounds; epichlorohydrin and the like.

Cross-linking agents are to be used in sufficient quantities to assure a cross-linked composition. Preferably at least about 4 molar parts per million of cross-linking agent based on the monomeric units present in the polymeric is employed to induce sufficient cross-linking and especially preferred is a cross-linking agent content of from about 4 to about 2000 molar parts per million.

One embodiment of obtaining the polymeric microparticles of this invention is to polymerize the monomers in a microemulsion. Polymerization in microemulsions and inverse microemulsions is known to those skilled in this art. P. Speiser reported in 1976 and 1977 a process for making spherical "nanoparticles" with diameters less than 800Å by (1) solubilizing monomers, such as acrylamide and methylenebisacrylamide and other materials, such as drugs, in micelles and (2) polymerizing the monomers, see J. Pharm. Sa., 65(12), 1763 (1976) and U.S. Pat. No. 4,021,364. Both inverse water-in-oil and oil-in-water "nanoparticles" were prepared by this

4,968,435

**5**

process. While not specifically called microemulsion polymerization by the author, this process does contain all the features which are currently used to define microemulsion polymerization. These reports also constitute the first examples of polymerization or acrylamide in a microemulsion. Since then, numerous publications reporting polymerization of hydrophobic monomers in the oil phase of microemulsions have appeared. See, for example, U.S. Pat. Nos. 4,521,317 and 4,681,912; Stoffer and Bone, J. Dispersion Sci. and Tech., 1(1), 37, 1980; and Atik and Thomas, J. Am. Chem. Soc., 103(14), 4279 (1981); and GB 2161492A.

The instant cationic microemulsion polymerization process is conducted by (i) preparing a monomer microemulsion by adding an aqueous solution of the monomers to a hydrocarbon liquid containing appropriate surfactant or surfactant mixture to form an inverse monomer microemulsion consisting of small aqueous droplets which, when polymerized, result in polymer particles of less than 0.5 micron in size, dispersed in the continuous oil phase and (ii) subjecting the monomer microemulsion to free radical polymerization.

In order to obtain an inverse microemulsion, it is generally necessary to use particular formulations whose main parameters are as follows: surfactant concentration, HLB of surfactant or surfactant mixture, temperature, nature of the organic phase and composition of the aqueous phase.

The aqueous phase comprises an aqueous mixture of the monomers, cationic and optional non-ionic, and the cross-linking agent, as defined above. The aqueous monomer mixture may also comprise such conventional additives as are desired. For example, the mixture may contain chelating agents to remove polymerization inhibitors, pH adjusters, initiators and other conventional additives.

Essential to the formation of the microemulsion, which may be defined as a swollen, transparent and thermodynamically stable emulsion comprising two liquids insoluble in each other and a surfactant, in which the micelles are 0.5 micron or less in diameter, is the selection of appropriate organic phase and surfactant.

The selection of the organic phase has a substantial effect on the minimum surfactant concentration necessary to obtain the inverse microemulsion. This organic phase may comprise of a hydrocarbon or hydrocarbon mixture. Saturated hydrocarbons or mixtures thereof are the most suitable in order to obtain inexpensive formulations. Typically, the organic phase will comprise benzene, toluene, fuel oil, kerosene, odorless mineral spirits and mixtures of any of the foregoing.

The ratio, by weight, of the amounts of aqueous and hydrocarbon phases is chosen as high as possible, so as to obtain, after polymerization, a microemulsion of high polymer content. Practically, this ratio may range, for example from about 0.5 to about 3:1, and usually approximates about 1:1, respectively.

The one or more surfactants are selected in order to obtain an HLB (Hydrophilic Lipophilic Balance) value ranging from about 8 to about 11. Outside this range, inverse microemulsions are not usually obtained. In addition to the appropriate HLB value, the concentration of surfactant must also be optimized, i.e. sufficient to form an inverse microemulsion. Too low a concentration of surfactant leads to inverse microemulsions prior an test and too high a concentrations results in undue costs. Typical surfactants useful in the practice of this invention, in addition to those specifically discussed

**6**

above, may be anionic, cationic or non-ionic and may be selected from polyoxyethylene (20) sorbitan trioleate, sorbitan trioleate, sodium di-2-ethylhexylsulfosuccinate, oleamidopropyldimethylamine; sodium isostearyl-2-lactate and the like.

Polymerization of the microemulsion may be carried out in any manner known to those skilled in the art. Initiation may be effected with a variety of thermal and redox free-radical initiators including azo compounds, such as azobisisobutyronitrile; peroxides, such as t-butyl peroxide; organic compounds, such as potassium persulfate and redox couples, such as ferrous ammonium sulfate/ammonium persulfate. Polymerization may also be effected by photochemical irradiation processes, irradiation, or by ionizing radiation with a 60Co source. Preparation of an aqueous product from the emulsion may be effected by inversion by adding it to water which may contain a breaker surfactant. Optionally, the polymer may be recovered from the emulsion by stripping or by adding the emulsion to a solvent which precipitates the polymer, e.g. isopropanol, filtering off the resultant solids, drying and redispersing in water.

The product of this invention is useful in facilitating a wide range of solid-liquid separation operations. The products of this invention may be used to dewater biologically treated suspensions, such as sewage and other municipal or industrial sludges; the drainage of cellulosic suspensions, such as those found in paper production, e.g. paper waste; and the settling and dewatering of various inorganic suspensions, e.g. refinery waste, coal waste, etc.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following examples illustrate the present invention. They are not be construed to limit the claims in any manner whatsoever.

### EXAMPLES 1–2

*Emulsion Polymerization: Procedure O*

An aqueous phase containing 21.33 gms of acrylamide, 51.7 gms of a 75% acryloxyethyltrimethylammonium chloride solution, 0.07 gm of 10% diethylenetriamine pentaacetate (penta sodium salt), 0.7 gm of 1% t-butyl hydroperoxide and 0.06 gm of methylenebisacrylamide dissolved in 65.7 gms of deionized water is prepared. The pH is adjusted to 3.5 (+0.1). An oil phase composed of 8.4 gms of sorbitan sesquioleate, 51.6 gms of polyoxyethylene sorbitol hexaoleate dissolved in 170.0 gms of a low odor paraffin oil is prepared. The aqueous and oil phases are mixed together in an air tight polymerization reactor fitted with a nitrogen sparge tube, thermometer and activator addition tube. The resultant clear microemulsion is sparged with nitrogen for 30 minutes and the temperature is adjusted to 27.5° C. Gaseous sulfur dioxide activator is then added by bubbling nitrogen through a stream of sodium metabisulfite. The polymerization is allowed to exotherm to its maximum temperature (about 52° C.) and then cooled to 25° C.

### Comparative Polymerization: Procedure E

An aqueous phase is made by dissolving 87.0 gms of commercial, crystal acrylamide (AMD), 21.7 gms of a 75% acryloxyethyltrimethylammonium chloride (Q-9) solution, 4.1 gms of ammonium sulfate, 4.9 gms of a 5% ethylene diaminetetraacetic acid (disodium salt) solution, 0.245 gm (1000 wppm) of methylenebisacrylamide

CIBA 038676

7                                          4,968,435                                          8

and 2.56 gms of t-butyl hydroperoxide into 189.3 gms of
deionized water. The pH is adjusted to 3.5 (+0.1) with
sulfuric acid.

The oil phase is made by dissolving 12.0 gms of sorbi-
tan monooleate into 173.4 gms of a low odor paraffin
oil.

The aqueous phase and oil phase are mixed together
and homogenized until the particle size is in the 1.0
micron range.

The emulsion is then transferred to a one liter, three-
necked, creased flask equipped with an agitator, nitro-
gen sparge tube, sodium metabisulfite activator feed line
and a thermometer.

The emulsion is agitated, sparged with nitrogen and
the temperature adjusted to 25° C. After the emulsion is
sparged 30 minutes, 0.8% sodium metabisulfite (MBS)
activator solution is added at a 0.028 ml/minute rate.
The polymerization is allowed to exotherm and the
temperature is controlled with ice water. When cooling
is no longer needed, the 0.8% MBS activator solution-
/addition rate is increased and a heating mantle is used
to maintain the temperature. The total polymerization
time takes approximately 4 to 5 hours using 11 mls of
MBS activator. The finished emulsion product is then
cooled to 25° C.

## Determination of Solution Viscosity

The solution viscosity is determined on a 0.1% active
aqueous polymer solution. 5.84 gms of sodium chloride
is added to 100 gm of the 0.1% solution and stirred
slowly for 15 minutes. The viscosity of this solution is
determined using a Model LVT Brookfield viscometer
with UL adapter at 60 rpm, at 25° C. (±1° C.)

## Free Drainage Test

A 0.2% polymer solution dosage is diluted to 50 ml
with deionized water and mixed with 200 gms of sew-
age sludge using the tumbling method. The polymer
and sludge are tumbled (end-to-end) in a 1 quart jar for
1.5 minutes at 45 rpm. The flocculated sludge is then
poured onto a piece of belt press filter medium held in
a 10.5 cm Buchner funnel. A timer is started at the
beginning of pouring of the flocculated sludge onto the
filter media. The volume of filtrate collected after 10
seconds is recorded.

The results along with compositional data are set
forth in Table I.

### TABLE I

|  | AMD: Q.9 60:40 COPOLYMERS | | | |
|---|---|---|---|---|
| Example | 1* | 2* | 1 | 2 |
| Process | E | E | Q | Q |
| MBA, wppm | 1,000 | 10,000 | 1,000 | 10,000 |
| eoppm | 780 | 7,800 | 780 | 7,800 |
| Properties |  |  |  |  |
| S.V., mPa · s | 1.24 | 1.09 | 1.3 | 1.2 |
| Particle diameter (microns) | 1.02 | 2.09 | 0.073 | 0.069 |
| Drainage, ml/10 sec |  |  |  |  |
| 11.2, Rn/ton | 86 | — | 178 | 82 |
| 22.4, Rn/ton | 120 | 83 | 162 | 112 |
| 33.6, Rn/ton | 138 | 90 | — | 116 |
| 44.8, Rn/ton | 167 | 116 | 165 | 123 |

### TABLE I-continued

|  | AMD: Q.9 60:40 COPOLYMERS | | | |
|---|---|---|---|---|
| Example | 1* | 2* | 1 | 2 |
| 56.0, Rn/ton | — | 128 | 174 | 126 |

* = Control Sample
MBA = methylenebisacrylamide
wppm = weight parts per million
eoppm = molar parts per million
S.V. = solution viscosity
Rn/ton = pounds of polymer per ton of dry sludge
Drainage = free drainage test on Stamford J sludge
E = Polymerization procedure E - as defined above
Q = Polymerization procedure Q - as defined above

Table I sets forth a comparison of the performance
and properties of cross-linked microbeads prepared by
conventional emulsion polymerization (E) and by the
use of high concentration of high activity surfactants
(Q). The 0.1 percent solution viscosities in 1M NaCl
(S.V.) are all shown to be close to that of water (=1
mPa.s), showing that little if any polymer is soluble.
Table I clearly demonstrates that the average particle
diameter (as determined by quasi-elastic light scatter-
ing) of the present invention is much smaller than that
of the prior art. The products of this invention are sur-
prisingly shown to be more effective flocculants, result-
ing in a higher volume of free drainages at equivalent or
lower dose levels.

## EXAMPLES 3-6

The procedure of Example 1 is repeated varying the
type and quantity of surfactant employed. The poly-
mers are tested for sludge dewatering and their perfor-
mance is compared with that of a commercial cationic
flocculant of the same charge.

The apparatus and test procedures used in sludge
dewatering tests of the resulting polymers are as fol-
lows: The apparatus comprises a 12 ounce Mason Ball
Jar, a mixer equipped with a variable speed motor fitted
with a double T-bar glass impeller and two sets of one-
half inch wide blades, 2¼ inches in diameter offset 90°,
set ¼ inch apart (ACE Catalog No. 8068–18), and a filter
press simulator.

A predetermined amount of polymer is diluted to 50
ml and 175 gms of sludge are conditioned therewith,
mixing for one minute at 100 rpm and for 2 minutes at 50
rpm. The flocculated sludge is then poured into the
funnel of the filter press. The volume of filtrate at 10
seconds is recorded. One minute after the flocculated
sludge is placed in the funnel, a 33 pound weight is
placed on the press plunger for four minutes. Note—the
free water on the top filter cloth is removed with low
vacuum. At the end of the press time, the sludge cake is
removed, observations of sludge squeeze-by, cake re-
lease from filter cloth, and filter cloth cleanliness are
recorded. The sludge cake is weighed "wet", then dried
for 15 hours at 105° C., reweighed and percent cake
solids determined. The results along with compositional
information are set forth below in Table 2. The cake
rating is a qualitative description of the physical proper-
ties of the cake, where a rating of 5 is the worst case, the
cake being very sticky and difficult to remove from the
filter press medium, thus resulting in a dirty filter. A
rating of 0 represents the best case where the cake re-
leases very easily from the press material leaving it
clean with no residual particles of sludge.

CIBA 038677

9     4,968,435     10

### TABLE 2

| Example | 3* | 4A** | 4B** | 5A** | 5B** | 5C** | 1 | 4 | 5 | 6* |
|---|---|---|---|---|---|---|---|---|---|---|
| Surfactant System | — | A | A | — | — | — | P | — | — | — |
| Polymerization Procedure | — | E | E | Q | Q | Q | E | Q | Q | Q |
| MBA, wppm | 0 | 100 | 1000 | 0 | 100 | 10,000 | 100 | 250 | 1,000 | 250 |
| tappm | 0 | 78 | 780 | 0 | 78 | 7800 | 78 | 195 | 780 | 195 |
| Properties | | | | | | | | | | |
| S.V. mPa·s | 3.2 | 1.26 | 1.19 | 1.97 | 2.10 | 1.10 | 1.41 | 1.61 | 1.27 | 1.42 |
| Particle Size, m | — | 1.26 | 1.02[1] | 0.083[1] | 0.077[1] | R | 0.17[2] | R | R | R |
| Dose Range, | 4.8 | 20.4– | 43.4– | 13.6– | 13.6– | 34.0– | 20.4– | 17.0– | 20.4– | 17.0– |
| lb/ton | 10.2 | 34.0 | 81.6 | 17.0 | 20.4 | 81.6 | 23.8 | 23.8 | 34.0 | 23.8 |
| Free Drainage Range, ml | 105–145 | 50–95 | 50–65 | 125–130 | 150–155 | 65 | 135 | 145–150 | 120 | 150 |
| Cake Solids | 12.8– | N | N | 14.5– | 18.1– | N | 12.4– | 17.3– | 17.3– | 17.4– |
| Range, % | 14.3 | | | 15.1 | 18.6 | | 19.3 | 18.1 | 18.1 | 18.7 |
| Cake Rating Range | 2–4 | N | N | 4 | 0–1 | N | 0 | 2– | 2 | 1 |

* = Control Sample, Commercial Cationic Flocculant
** = Control Sample
A = sorbitan monooleat
P = the oleate of diethanolamine, 8 percent
x = 1.0 percent isopropanol on basis added
1 = By quasi-elastic light spectroscopy (QELS)
2 = By transmission electron microscopy (TEM)
MBA = methylenebisacrylamide
wppm = weight parts per million
S.V. = solution viscosity
lb/ton = pounds of polymer per ton of sewage sludge
m = microns
tappm = molar parts per million
N = did not form a cake
R = visual appearance substantially identical to 5A** and 5B**

Table 2 shows that when a cross-linking agent, such as MBA, is incorporated into the polymer chain, insoluble particles, as evidenced by a low S.V. are formed. When a low activity surfactant, such as A, in Examples 4A** and 4B**, is employed, particles with an average diameter of 1.0 micron are formed. These particles perform very poorly, only flocculating solids at high dose levels. Even then, the strength of the resultant cake is not sufficient to provide efficient dewatering in the belt press simulation test wherein the cake is found to extrude through the belt. When high concentrations of high activity surfactant are employed, the P and Q systems, much smaller particles are obtained. In the absence of cross-linking agent, soluble products are formed, Example 5A**.

Example 5A** gives only a modest improvement in

agent, IPA, may be optionally employed with no detrimental effect, Example 6.

However, Example 5C**, having a high MBA concentration, gives a poor performance, showing the importance of the cross-linking agent concentration. Also, a particle with a small diameter size may be prepared with an alternative surfactant system, Example 3, and still result in excellent performance, thus showing performance to be a function of particle size and independent of the type of surfactant system employed to achieve a given particle size.

### EXAMPLES 7–13

Example 1 is repeated, varying the surfactant type and concentration used. Results are set forth in Table 3, below.

### TABLE 3

| Examples | 7* | 7 | 8 | 9 | 10 | 11 | 12 | 13* |
|---|---|---|---|---|---|---|---|---|
| Systems | — | Q[1] | Q[1] | Q[1] | P[2] | P[3] | P[4] | A/E |
| MBA, wppm | 0 | 100 | 250 | 1000 | 100 | 100 | 100 | 100 |
| tappm | 0 | 78 | 780 | 78 | 78 | 78 | 78 | 78 |
| Properties | | | | | | | | |
| S.V., mPa·s | — | 1.72 | 1.44 | 1.39 | 1.21 | 1.21 | 1.41 | 1.24 |
| Particle Size, m | — | 0.078[5] | | | 0.72[5] | 0.19[5] | 0.17[5] | 1.0 |
| Dose Range, lb/ton | 9.5 | 6.6–9.5 | 6.6–9.5 | 9.5 | 34.9 | 22.2 | 19.0 | 41.3 |
| Free Drainage, mls | 140 | 150–145 | 135–150 | 135 | 145 | 145 | 150 | 125 |
| Cake Solids, % | 12.7 | 21.7–22.0 | 21.8–22.0 | 22.0 | 19.4 | 21.8 | 20.8 | 15.5 |
| Cake Rating | 3 | 0 | 2 | 1 | 0 | 0 | 0 | 3 |

* = Control Sample - Commercial Cationic Flocculant
Q[1] = Same as procedure Q except that monomer solids are 51.9 percent on the aqueous phase. The polymerization temperature is kept between 40–50° C. using external cooling. The surfactant used is an ethoxylated (4 EOS) lauryl ether at 12.56 percent on total.
P[2] = Procedure P/E using 2% emulsifier with low homogenization time.
P[3] = Same as P[2] but with low homogenization time.
P[4] = Same as P[3] but with 4% emulsifier.
[5] = QELS
[6] = TEM
SEE TABLES I AND II FOR REPEAT DESIGNATIONS.

cake solids over the commercial flocculant. However, a significant improvement is observed when MBA is incorporated into the Q systems, Examples 4, 5 and 6, yielding high cake solids and a good cake rating. The cake rating is a measure of the ease with which the cake releases from the belt material. Note that chain-transfer

As shown in the Table 3, the 1 micron particles, Example 13*, prepared by conventional inverse, emulsion polymerization, did not perform as well as the control copolymers, giving lower cake solids at higher dose

CIBA 038678

4,968,435

**11**

levels. However, higher cake solids are easily obtained using, as dewatering agents, cross-linked microparticles with dimensions below 1 micron, see Examples 7–12. Furthermore, the optimum dose level can be seen to decrease as the average particle size decreases. The most dramatic improvement in performance is found when the particle is reduced to below 0.5 micron,, as shown by Example 10 as compared to Examples 11 and 12, where it can be seen that Example 12 performs as well as Example 11 at about one-half the dose level of Example 10. Example 10 also performs at about half the dose level of Example 12, the only difference, between the two being the quantity of mechanical energy used to generate the monomer emulsion. This difference results in the formation of microparticles with different average sizes and lends support to the theory that the observed reduction in the optimum dose can be ascribed solely to the reduction in particle size.

### EXAMPLES 14–16

The procedure of Example 3 is repeated using 8.0 percent of the surfactant P system of Table 2, varying the MBA concentration slightly and employing other cationic monomers. The results are set forth in Table 4, below.

#### TABLE 4

| Example | 14 | 15 | 16 |
|---|---|---|---|
| Composition |  |  |  |
| AMD, mole percent | 0 | 80 | 90 |
| Q-6, mole percent | 100 | 0 | 0 |
| MAPTAC, mole percent | 0 | 20 | 0 |
| DADM, mole percent | 0 | 0 | 10 |
| MBA, ppm | 100 | 105.5 | 132.7 |
| appm | 135 | 70.3 | 69.03 |
| Property |  |  |  |
| S.V., mPa · s | 1.41 | 1.53 | 1.43 |

AMD = acrylamide
Q-6 = methacryloxyethyltrimethylammonium chloride
MAPTAC = methacrylamidopropyltrimethylammonium chloride
DADM = diallyldimethylammonium chloride
MBA = methylenebisacrylamide
appm = weight parts per million
S.V. = solution viscosity
 appm = molar parts per million

Table 4, above, demonstrates that cationic copolymers or homopolymers of various cationic monomers may be prepared as within the scope of the appended claims.

### EXAMPLES 17–23

The procedure of Example 1 is followed except various non-ionic ethylenically unsaturated monomers are used instead of acrylamide; (17) Methacrylamide, (20) N-methyl acrylamide, (19) N-methyl methacrylamide, (20) N,N-dimethylacrylamide, (21) N-vinyl methylformamide, (22) N-methylolacrylamide and (23) N-vinyl pyrrolidone are employed as the non-ionic monomer. Compositions comprising cross-linked, cationic, copolymeric microparticles are produced similar to those of Example 1.

**12**

### EXAMPLE 24

The procedure of Example 1 is followed except polymerization is initiated by subjecting the inverse microemulsion to ultraviolet irradiation. A composition comprising insoluble, cross-linked, cationic, copolymeric microparticles is again formed.

### EXAMPLES 25–33

The procedure of Example 1 is repeated except that different cross-linking agents are substituted for methylenebisacrylamide; (25) methylenebismethacrylamide, (26) Polyethyleneglycol dimethacrylate, (27) Polyethyleneglycol diacrylate, (28) N-vinyl acrylamide, (29) Glycidyl acrylate, (30) Divinyl benzene, (31) Acrolein, (32) Glyoxal and (33) Epichlorohydrin are employed as cross-linking agents. Compositions comprising cross-linked, cationic, copolymeric, microparticles are formed similar to those of Example 1.

### EXAMPLE 34

The procedure of Example 1 is again followed, except that Q-9 is replaced by 1-acryloyl-4-methyl piperazine. Equivalent results are achieved.

The above mentioned patents and publications are incorporated herein by reference.

Many variations of the present invention will suggest themselves to those skilled in this art in light of the above detailed description. Chain-transfer agents may be optionally added to the monomer solution. Also contemplated are all methods of polymerization and dewatering processes.

All such obvious modifications are within the full intended scope of the appended claims.

We claim:

1. A method of flocculating an aqueous dispersion of suspended solids which comprises (a) adding to and mixing with the dispersion from about 0.1 to about 50,000 parts per million of dispersion, solids of an aqueous solution of a water-insoluble, cross-linked, cationic, polymeric flocculant, having an unswollen number average particle size diameter of less than about 0.5 micron, a solution viscosity of from about 1.2 to about 1.8 mPa.s and a cross-linking agent content above about 4 molar parts per million based on the monomeric units present in the polymer to flocculate said suspended solids, and separating the flocculated suspended solids from said dispersion.

2. A method as defined in claim 1 wherein the polymeric flocculant has a cross-linking agent content of from about 4 to about 2000 molar parts per million.

3. A method as defined in claim 1 wherein the polymeric flocculant has a cross-linking agent content of from about 50 to about 500 molar parts per million.

4. A method as defined in claim 1 wherein said polymeric flocculant is a polymer formed from an acrylamide and at least one cationic monomer.

5. A method as defined in claim 1 wherein said polymeric flocculant is a polymer formed from acrylamide and acryloxyethyltrimethylammonium chloride.

\* \* \* \* \*

65

CIBA 038679

*W. C. Cheng*
*4-2-91*

# THE
# MERCK INDEX

### AN ENCYCLOPEDIA OF
### CHEMICALS, DRUGS, AND BIOLOGICALS

ELEVENTH EDITION

*Scientific and Technical*
*Information Center*

MAR 19 1991

*Patent and Trademark Off.*

Susan Budavari, *Editor*
Maryadele J. O'Neil, *Associate Editor*
Ann Smith, *Assistant Editor*
Patricia E. Heckelman, *Editorial Assistant*

*Published by*
MERCK & CO., INC.
RAHWAY, N.J., U.S.A.

1989

CIBA 038680

USE: Manuf colloidal forms of metals; making plastics; perfumes; warning agent in methyl chloride refrigerant. Has been used in military poison gas mixtures. Used in organic synthesis. Aquatic herbicide.

**123. Acrylamide.** 2-Propenamide. $C_3H_5NO$; mol wt 71.08. C 50.69%, H 7.09%, N 19.71%, O 22.51%. $CH_2=CHCONH_2$. Prepd from acrylonitrile by treatment with $H_2SO_4$ or HCl: Bayer, Angew. Chem. 61, 240 (1949); Weisgerber, U.S. pat. 2,535,245 (1950 to Hercules). Review: Carpenter, Davis, J. Appl. Chem. (London) 7, 671 (1957); D. C. MacWilliams in Kirk-Othmer, Encyclopedia of Chemical Technology vol. 1 (Wiley-Interscience, New York, 3rd ed., 1978) pp 298-311. Toxicity: R. E. Peterson, N. K. Sheth, Toxicol. Appl. Pharmacol. 33, 142 (1975).

Monomer, flake-like crystals from benzene. $d_4^{30}$ 1.122, mp 84.5°; bp₇ 87°; bp₂ 103°; bp₅ 125°. Solubilities in g/100 ml solvent at 30°: water 215.5; methanol 155; ethanol 86.2; acetone 63.1; ethyl acetate 12.6; chloroform 2.66; benzene 0.346; heptane 0.0068. The solid may be stored in a cool, dark place. Readily polymerizes at the mp or under uv light. Commercial odors of the monomer may be stabilized with hydroquinone, N-tert-butylpyrocatechol, N-phenyl-2-naphthylamine or other antioxidants. $LD_{50}$ i.p. in mice: 170 mg/kg (Peterson, Sheth).

Polymer, various forms, sol and insol in water, are obtained by heating with various polymerization catalysts: C. E. Schildknecht, Vinyl and Related Polymers (Wiley, New York, 1952) pp 314-322.

Caution: Highly toxic and irritant. Causes CNS paralysis. Can be absorbed through unbroken skin.

**124. Acrylic Acid.** 2-Propenoic acid; vinylformic acid. $C_3H_4O_2$; mol wt 72.06. C 50.00%, H 5.60%, O 44.40%. $CH_2=CHCO_2H$. Prepd by hydrolysis of acrylonitrile: Kazenniss, J. Am. Chem. Soc. 67, 1227 (1945) or by oxidation of acrolein: U.S. pats. 1,911,219 (1933 to Rohm & Haas); 2,288,566 (1942 to Acrolein Corp.); 2,241,339 (1944 to Distillers). Various other syntheses, see Org. Syn. coll. vol. III, 30-34 (1955). Review: J. W. Nemec, W. Bauer in Kirk-Othmer Encyclopedia of Chemical Technology vol. 1 (Wiley-Interscience, New York, 3rd ed., 1978) pp 330-354.

Corrosive liquid; acrid odor and fumes. $d_4^{20}$ 1.0621. mp 14°. bp 141.0°; bp₁₀₀ 122.0°; bp₁₀ 103.3°; bp₁₆ 86.1°; bp₁₀₀ 66.2°; bp₅ 39.0°; bp₁ 27.3°. $n_D^{25}$ 1.4224. Flash pt, open cup: 155°F (68°C). $K$ at 25° = 5.6 × 10⁻⁵. Miscible with water, alc, ether. Polymerizes readily in the presence of oxygen. $LD_{50}$ orally in rats: 2.59 g/kg. H. F. Smyth et al., Am. Ind. Hyg. Assoc. J. 23, 95 (1962).

USE: In the manuf of plastics. Caution: Strong irritant.

**125. Acrylonitrile.** 2-Propenenitrile; vinyl cyanide; cyanoethylene; Acritet; Fumigrain; Ventox. $C_3H_3N$; mol wt 53.06. C 67.90%, H 5.70%, N 26.40%. $CH_2=CHCN$. Prepn by dehydration of ethylene cyanohydrin or acrylamide: Mowrer, Ann. Chem. Phys. [7] 2, 186 (1893). Manuf by ammoxidation of propylene: Faith, Keyes & Clark's Industrial Chemicals, F. A. Lowenheim, M. K. Moran, Eds. (Wiley-Interscience, New York, 4th ed., 1975) pp 46-49. Toxicity: H. F. Smyth, C. P. Carpenter, J. Ind. Hyg. Toxicol. 30, 63 (1948). Causes acute and chronic adrenocortical insufficiency: S. Szabo et al., Lab. Invest. 42, 533 (1980); eidem, J. Appl. Toxicol. 4, 131 (1984). Review of carcinogenicity studies: IARC Monographs 19, 73-133 (1979). Comprehensive review and bibliography: The Chemistry of Acrylonitrile Cyanamids, New York, 2nd ed., 1959) 272 pp; L. T. Groot in Kirk-Othmer Encyclopedia of Chemical Technology vol. 1 (Wiley-Interscience, New York, 3rd ed., 1978) pp 414-426.

Explosive, flammable and toxic liquid. Should be stored and used in closed systems whenever possible. Work areas should be adequately ventilated, and should be free from open lights, flames, and equipment that may be a spark-producing proof. Handle in hood. May polymerize spontaneously, particularly in the absence of oxygen or on exposure to visible light. Polymerizes violently in the presence of concentrated alkali. On standing may slowly develop a yellow color particularly after exposure to light. bp₇₆₀ 77.3°; bp₄₀₀ 64.7°; bp₁₀₀ 45.5°; bp₄₀ 23.6°; bp₂₈ 8.7°. mp −83.55°. $d_4^{20}$ 0.8060; $d_4^{25}$ 0.8004. $n_D^{25}$ 1.3888. Flash pt, open cup: 12°F (0°C). Explosive mixtures in air at 25°: 3.05% low

limit; 17.0%, upper limit. At 20° 7.35 parts dissolve in 100 parts water and 3.1 parts water dissolve in 100 parts acrylonitrile. Miscible with most organic solvents. $LD_{50}$ orally in rats: 0.093 g/kg (Smyth, Carpenter).

Caution: Highly toxic through cyanide effect; irritating to eyes and skin: Clinical Toxicology of Commercial Products, R. E. Gosselin et al., Eds. (Williams & Wilkins, Baltimore, 5th ed., 1984) Section II, p 215. This substance may reasonably be anticipated to be a carcinogen: Fourth Annual Report on Carcinogens (NTP 85-002, 1985) p 15.

USE: Manufacture of acrylic fibers. In the plastics, surface coatings, and adhesives industries. As a chemical intermediate in the synthesis of antioxidants, pharmaceuticals, dyes, surface-active agents, etc. In organic synthesis to introduce a cyanoethyl group. As a modifier for natural polymers. As a pesticide fumigant for stored grain. Experimentally to induce adrenal hemorrhagic necrosis in rats.

**126. Actaplanins.** A-4696; Kamoras. Complex of glycopeptide antibiotics produced by Actinoplanes missouriensis. Six actaplanins (A, B₁, B₂, B₃, C₁, G) have been isolated and characterized as having a central peptide core with the amino sugar ristosamine and up to four neutral sugars attached. Isoln: R. L. Hamill et al., Ger. pat. 2,209,018 (1972 to Lilly), C.A. 77, 138338a (1972); A. P. Rasan, U.S. pat. 3,816,618; R. L. Hamill et al., U.S. pat. 4,115,552 (1974, 1978 to Lilly). Chemical characterization: M. Debono et al., J. Antibiot. 37, 85 (1984). ¹H NMR studies and structures: A. H. Hunt et al., J. Org. Chem. 49, 635 (1984); eidem, ibid. 641. Growth promotant activity: C. Tsaltos et al., Bull. Hellenic Vet. Med. Soc. 33, 139 (1982). Use to increase milk production in ruminants: C. C. Schnfinger, Eur. pat. Appl. 63,491 corresp to U.S. pat. 4,430,328 (1982, 1984 to Eli Lilly). Determn in milk: K. H. Hahne et al., Milchwissenschaft 39, 473 (1984).



| | | $R_1$ | $R_2$ |
|---|---|---|---|
| Actaplanin | A: | mannosylglucose | mannose |
| | B₁: | mannosylglucose | mannose |
| | B₂: | glucose | mannose |
| | B₃: | glucose | H |
| | C₁: | mannosylglucose | H |
| | G: | glucose | H |

Hydrochloride, white cryst solid, mp > 220°. Approx mol wt 1158. $[\alpha]_D^{25}$ −42.3° (c = 1 in water). uv max (acidic and neutral soln): 276 nm ($E_{1cm}^{1\%}$ 83). Sol in water. Insol in most organic solvents. Stable over pH 1.0 to 10.0 up to 27°. THERAP CAT TVET: Growth stimulant.

**127. ACTH.** Corticotropin; adrenocorticotrop(h)in; corticotrophin; adrenocorticotrop(h)ic hormone of the pituitary gland; Acethropan; Acorten; Acortol; Acthar; Actonar; Adrenomone; Alfatrofin; Cibathen; Cortidine; Cortiphyson; Cortrophin; Exactid; Reacthin; Solacthyl; Tubex. Pituitary hormone which stimulates the secretion of adrenal cortical steroids and induces growth of the adrenal cortex. Occurs chiefly in the beside human urine and in serum of pregnant mares. Isoln procedure from swine pituitaries: Sayers et al., J. Biol. Chem. 149, 425 (1943); Proc. Soc. Exp. Biol. Med. 52, 199 (1943); from mare pituitaries: Li et al., J. Biol. Chem. 149, 413 (1943); Li, J. Am. Chem. Soc. 74, 2124 (1952); from human pituitaries: Pickering et al., Biochim. Biophys. Acta 74, 763 (1963). Purification: Johnson, U.S.

CIBA 038681

Bayer). Herbicidal properties: H. Hack, ... Nachr. 22, 331 (1969). Toxicity studies: G. ... Löser, ibid. 351. Use in winter cereals: D. C. ... 12th Brit. Weed Control Conf. 163 (1974). ... G. R. Cullen, Weed Res. 9, 340 (1969). ... Brief review: P. Loers, Def. Veg. 24, 91 ...

...als from benzene, mp 119-120.5°. Soly in ... ppm. Sol in organic solvents. Vapor pressure ... ×10⁻⁸ mm Hg. $LD_{50}$ in mice (mg/kg): > 1000 ... female rats (mg/kg): > 2500, > 2500 orally; ... (Kimmerle, Löser). ... herbicide.

Methacholine Chloride. 2-(Acetyloxy)-N,N,N-trimethanaminium chloride; acetyl-β-methylcholine ... acetyl-β-methylcholine chloride; (2-hydroxy- ...trimethanaminium chloride acetate; (2-acetoxy- ...trimethanaminium chloride; trimethyl-β-acetoxy- ... chloride; Amechol; Provocholine. C8H18- ... N 195.69. C 49.10%, H 9.27%, Cl 18.12%, N ... 16.31%. Parasympathomimetic bronchoconstric- ... from trimethylacetoxyammonium chloride: R. ... Clin, U.S. pat. 2,040,146 (1936 to Merck & ... Mechanism of ganglionic blockade in cats: E. L. ... Pharmacol. Exp. Ther. 158, 66 (1961). Clinical ... efficacy in bronchial asthma: S. L. Spector, R. S. ... Allergy Clin. Immunol. 56, 308 (1975); J. G. Easton, ... ibid. Am. Allergy 50, 171 (1983).

CH₃COOCH₂CH₂N⁺(CH₃)₃ · Cl⁻
CH₃

...hite, hygroscopic needles from ether. mp 172-173°. ... odor of dead fish. Freely sol in water. Rapidly ... chloroform. Aq soins are neutral to litmus. Rapidly ... alkalies and slowly by water. Should not be han- ... in very moist atmosphere. The bromide is less hygro- ...

...ndex: Atropine.
...herapeut: Cholinergic. Diagnostic aid (bronchial

5848. Methacrifos. (E)-3-[(Dimethoxyphosphinothioyl)- ...]-2-methyl-2-propenoic acid methyl ester; 3-hydroxy-2- ...methacrylic acid methyl ester, O-ester with O,O-dimethyl ...thiophosphate; methyl (E)-3-(dimethoxyphosphinothioyl- ...)-2-methylacrylate; CGA 20168; Damfin. C7H13O5PS; ... wt 240.21. C 35.00%, H 5.45%, O 33.30%, P 12.89%, S ... 13.35%. Organophosphorus insecticide effective against ... stored grains. Prepn: E. Beriger, L. ... Desc. S. Afr. pat. 67 04,184 correspto U.S. pat. 3,594,454 ...1, 1971 both to Ciba); eidem, Belg. pat. 766,000 correspto ... U.S. pat. 3,923,932 (1971, 1975 both to Ciba-Geigy). ...C detern of residues in stored grain: D. Detmaschneider ... al. J. Pestic. Sci. 8, 473 (1977). Efficacy and long-term sta- ... R. L. Kirkpatrick et al. J. Econ. Entomol. 75, 217 ...). Comparative field trial in stored sorghum: M. ... Watson et al. Pestic. Sci. 14, 385 (1983). Comprehensive ... description: R. Wyniger et al. Proc. Brit. Crop Prot. ...-Pests Dis. 1977, 1033.

(CH₃O)₂PS ... COOCH₃

...Oil, bp₀.₀₁ 90°. Vapor pressure (20°): 8.3 × 10⁻⁵ mm Hg.

---

Soly in water (20°): ~600 ppm. Readily sol in many organ- ... solvents. Highly toxic to rainbow trout. $LD_{50}$ in rats ... (mg/kg): 678 orally; > 3100 dermally (Wyniger). ... use: Grain protectant; insecticide, acaricide.

5849. Methacrylic Acid. 2-Methylpropenoic acid; α-methylacrylic acid. C₄H₆O₂; mol wt 86.09. C 55.80%, H 7.03%, O 37.17%. Occurs in oil from Roman chamomile. Prepd by dehydration of α-hydroxyisobutyric acid; Craw-ford, U.S. pat. 2,143,941 (1939 to I.C.I.); by hypochlorite oxidation of methyl α-alkylvinyl ketone: Meitzner, U.S. pat. 2,192,142 (1940 to Rohm & Haas); by hydrolysis of acetone cyanohydrin: Crawford, Brit. pat. 405,699 (1932 to I.C.I.); by oxidation of methacrolein: Bauer, U.S. pat. 2,153,406 (1939 to Rohm & Haas). Review: J. W. Nemec, L. S. Kirch in Kirk-Othmer Encyclopedia of Chemical Technology vol. 15 (Wiley-Interscience, New York, 3rd ed., 1981) pp 346-376.

CH₂ = C — COOH
CH₃

Long prisms, mp 16°, forming a corrosive liquid. Acrid, repulsive odor. $d_4^{20}$ 1.0153. $bp_{760}$ 163°; $bp_{90}$ 81°; $bp_{16}$ 65°, $n_D^{20}$ 1.43143. Flash pt, open cup: 170°F (76°C). Sol in warm water; miscible with alc, ether. Polymerizes readily, especially on heating or in the presence of traces of HCl. The polymer forms a ceramic-looking mass, sol in abs alc, from which it is precipitated by ether.

Methyl ester, methyl methacrylate, polymerizes easily, forming a clear plastic known as Lucite, Plexiglas, Perspex. Sol in methyl ethyl ketone, tetrahydrofuran, esters, aromatic and chlorinated hydrocarbons. $LD_{50}$ orally in rats: 8.4 g/kg, W. Deichmann, J. Ind. Hyg. Toxicol. 23, 343 (1941). use: In the manuf of methacrylate resins and plastics. Caution: May act as strong irritant.

5850. Methacrylonitrile. 2-Methyl-2-propenenitrile; iso-propenylnitrile; α-methylacrylonitrile; isopropene cyanide. C₄H₅N; mol wt 67.09. C 71.61%, H 7.51%, N 20.88%. CH₂=C(CH₃)C≡N. Prepd by vapor-phase catalytic oxidation of methallylamine: Peters et al., Ind. Eng. Chem. 40, 2046 (1948); U.S. pat. 2,375,016 (1945 to Shell); by the dehydration of methacrylamide: Kung, U.S. pat. 2,373,199 (1945 to Goodrich). From isopropylene oxide and ammonia: Spiltane, Kayser, U.S. pat. 2,557,703 (1951 to Allied Chem.).
Liquid. $d_4^{20}$ 0.8001; $d_4^{25}$ 0.7896. mp −35.8°. $bp_{760}$ 90.5°. $n_D^{20}$ 1.4007; $n_D^{25}$ 1.3994. Flash pt, open cup: -55°F (13°C). Viscosity at 20°, 0.392 cp. Surface tension at 20°: 24.4 dynes/cm. Soly in water at 20° = 2.57 wt-%, at 50° = 2.69 wt-%. Soly of water in methacrylonitrile at 20° = 1.62 wt-%, at 50° = 2.83 wt-%. Misc with acetone, octane, toluene at 20-25°. $LD_{50}$ orally in rats: 0.25 ml/kg, Smyth et al., Am. Ind. Hyg. Assoc. J. 23, 95 (1962).
use: To prepn of homopolymers and copolymers; as an intermediate in the prepn of acids, amides, amines, esters, nitriles. Caution: Lacrimator, insidious poison, delayed skin reaction.

5851. Methacycline. [4S-(4α,4aα,5aα,6α,12aα)]-4-Di-methylamino-1,4,4a,5,5a,6,11,12a-octahydro-3,5,10,11,12a-pentahydroxy-6-methylene-1,11-dioxo-2-naphthacenecarbox-amide; 6-methylenoxytetracycline; 6-methylene-5-hydroxy-oxytetracycline metacycline; Rondomycin. C₂₂H₂₄N₂O₈; mol wt 442.41. C 59.72%, H 5.01%, N 6.33%, O 28.93%. Broad spectrum, semi-synthetic antibiotic related to tetracycline, q.v. Prepn from oxytetracycline, q.v. R. K. Blackwood et al., J. Am. Chem. Soc. 83, 2773 (1961); 85, 3943 (1963); R. K. Blackwood, U.S. pat. 3,036,354 (1962 to Pfizer). Solubility data: Marsh, Weiss, J. Assoc. Offic. Anal. Chem. 50, 257 (1967). Toxicity data: Goldenthal, Toxicol. Appl. Pharmacol. 18, 185 (1971). Comparative clinical study with ampicillin, q.v. in chronic bronchitis: S. Chodosh et al., Chest 69, 587 (1976).

CIBA 038682

9894                                                    Vinpocetine

diet from benzene + petr ether, mp 167°. [α]$_D^{20}$ −31° (chloroform). uv max (methanol): 250, 302 nm (log ε 3.98, 3.52).
Note: Lacks physiological activity alone but is contained as the pentacyclic moiety in the antineoplastic agents vinblastine, q.v. and vincristine, q.v.

**9894. Vinpocetine.** Eburnamenine-14-carboxylic acid ethyl ester; 3α,16α-apovincaminic acid ethyl ester; ethyl apovincamin-22-oate; RGH-4405; Cavinton; Ceractin. C$_{22}$H$_{26}$N$_2$O$_2$; mol wt 350.46. C 75.40%, H 7.48%, N 7.99%, O 9.13%. Deriv of vincamine, q.v. with vasodilating activity. Prepn: C. Lőrincz et al, Ger. pat. 2,253,750 corresp to U.S. pat. 4,035,370 (1973, 1977 both to Gedeon Richter); eidem, Arzneimittel-Forsch. 26, 1907 (1976). Series of articles on pharmacology, biochemistry, metabolism, pharmacokinetics, clinical studies: ibid. 1908-1989. Toxicity studies: E. Pálosi, L. Szporny, ibid. 1926; E. Cholnoky, L. I. Dömök, ibid. 1939. HPLC studies: G. Szepesi, M. Gazdag, J. Chromatog. 205, 57, 341 (1981). Evaluation of effectiveness as antimotion drug: E. I. Matsner, D. Bodo. Aviat. Space Environ. Med. 55, 281 (1984).

Crystals from benzene, mp 147-153° (dec). [α]$_D^{20}$ +114° (c = 1 in pyridine). uv max (96% ethanol): 315, 352 nm (log ε 4.45, 4.08, 3.85). LD$_{50}$ in mice, rats (mg/kg): 534, 503 orally; 540, 133.8 i.p.; 58.7, 42.6 i.v. (Pálosi, Szporny), also reported as 1612 mg/kg i.p. in mice (Cholnoky, Dömök).

THERAP CAT: Cerebral vasodilator.

**9895. Vintiamol.** N-[4-Amino-2-methyl-5-pyrimidinyl)methyl]-N-[4-hydroxy-1-methyl-2-[(1-oxo-3-phenyl-1-propenyl)thio]-1-butenyl]formamide; N-[(4-amino-2-methyl-5-pyrimidinyl)methyl]-N-[2-[(3-benzoylthio)thiol-4-hydroxy-1-methyl-1-butenyl]formamide; S-benzoylvinyl)-thiamine. C$_{25}$H$_{26}$N$_4$O$_3$S; mol wt 432.52. C 51.14%, H 5.86%, N 13.58%, O 11.64%, S 7.77%. Prepn and sepn of isomers: Fusco, Tenconi, Farmaco Ed. Sci. 70, 866 (1965).

Higher melting isomer: crystals from ethanol, mp 202-204°, very sparingly sol in chloroform. Lower melting isomer: separated from mixture of both isomers by its greater soly in chloroform; crystals from ethanol contg 1 molecule of ethanol, mp 100-103°.

THERAP CAT: Vitamin, enzyme co-factor.

**9896. Vinyl Acetate.** Acetic acid ethenyl ester; acetic acid vinyl ester. C$_4$H$_6$O$_2$; mol wt 86.09. C 55.80%, H 7.03%, O 37.17%. CH$_3$COOCH=CH$_2$. Prepn: Schnizer, U.S. pat. 2,859,241 (1958 to Celanese); Sharp, Steitz, U.S. pat. 2,860,159 (1958 to Pan Am Petrochem). Foster, Tobke, J. Am. Chem. Soc. 83, 2161 (1961). Toxicity data: Smyth, Carpenter, J. Ind. Hyg. Toxicol. 30, 63 (1948). Study of chronic human exposure to vinyl acetate: Deese, Joyner, Ind. Eng. Chem. Assoc. J. 30, 449 (1969). Reviews: Leonard "Vinyl Acetate" in Vinyl and Diene Monomers (part 1), E. C. Leonard, Ed. (Wiley-Interscience, New York, 1970) pp 263-328; Stith, Keyes & Clark's Industrial Chemicals, F. A. Lowenheim, M. K. Moran, Eds (Wiley-Interscience, New York, 4th ed. 1975) pp 862-867; W. Daniels, "Poly(Vinyl Acetate)" in Kirk-Othmer Encyclopedia of Chemical Technology vol. 23 (Wiley-Interscience, New York, 3rd ed., 1983) pp 817-847.
Liquid. Polymerizes in light to a colorless, transparent

mass. bp 72.7°. Two reported melting pts: −100°; −93° (Daniels). d$_4^{20}$ 0.932. Flash pt, closed cup: 18°F (−8°C). Soly in water (20°): 1 g/250 ml. Misc with alc, ether. LD$_{50}$ orally in rat: 2.92 g/kg (Smyth, Carpenter).
USE: In polymerized form for plastic masses, films and lacquers.

**9897. Vinylbital.** 5-Ethenyl-5-(1-methylbutyl)-2,4,6(1H,3H,5H)-pyrimidinetrione; 5-(1-methylbutyl)-5-vinylbarbituric acid; 5-vinyl-5-(1-methylbutyl)barbituric acid; butyl vinal; Speda; Optanox. C$_{11}$H$_{16}$N$_2$O$_3$; mol wt 224.25. C 58.91%, H 7.19%, N 12.49%, O 21.40%. Prepn: Seefelder, Fritsche. Carl Wurster 1960, 71. C.A. 56, 9928d (1962).

Crystals, mp 90-91.5°.
Caution: May be habit forming. This is a controlled substance (depressant) listed in the U.S. Code of Federal Regulations, Title 21 Part 1308.13 (1987).

THERAP CAT: Sedative, hypnotic.

**9898. Vinyl Chloride.** Chloroethylene. C$_2$H$_3$Cl; mol wt 62.50. C 38.43%, H 4.84%, Cl 56.73%. CH$_2$=CHCl. Prepd from ethylene dichloride and alcoholic potassium: Regnault, Ann. 14, 22 (1835); by halogenation of ethylene: Miller, Jenks, U.S. pat. 2,896,000 (1959 to National Distillers and Chemical Corp.). Review of mfg processes: Faith, Keyes & Clark's Industrial Chemicals, F. A. Lowenheim, M. K. Moran, Eds. (Wiley-Interscience, New York, 4th ed., 1975) pp 868-872. Comprehensive monograph on toxicity of vinyl chloride: Am. N.Y. Acad. Sci. 246, 1-337 (1975). Review of carcinogenicity studies: IARC Monograph 19, 377-437 (1979).
Colorless gas; liquefies in a freezing mixture. Polymerizes in light or in presence of catalyst. mp −153.8°. bp −13.37°. d$_4^{20}$ 0.9106. n$_D^{15}$ 1.3700. Vapor pressure at 20°: 2530 mm Hg. Flammable! Flash pt, closed cup: −78° (−127°F). Sol in alc, ether, carbon tetrachloride, benzene. Slightly sol in water.
Caution: Causes "vinyl chloride disease." May be carcinogenic in high concns. Consult latest Government regulations on allowable concentrations in air. If spilled on skin rapid evaporation can cause local frostbite. This substance has been listed as a known carcinogen: Fourth Annual Report on Carcinogens (NTP 85-002, 1985) p 198.
USE: In the plastics industry; as refrigerant; in organic syntheses.

**9899. Vinyl Ether.** 1,1'-Oxybisethene; divinyl ether; vinyl oxide; ethenyloxyethene; Vinesthene; Vinethene. C$_4$H$_6$O; mol wt 70.09. C 68.54%, H 8.63%, O 22.82%. CH$_2$=CHOCH=CH$_2$. Prepn: Major, Ruigh, U.S. pat. 2,021,872 (1935 to Merck & Co.); Hillrag, Smith, U.S. pat. 2,832,807 (1958 to Consortium für Electrochem. Ind. GmbH).
Very volatile, flammable liq; characteristic odor. Decomposes on exposure to light or to acid fumes, forming acetaldehyde and polymerizes to a solid glass-like mass. d$_4^{20}$ 0.774. bp 28.4°, n$_D^{20}$ 1.3989. Crit temp 183° (calc). Critical press. about 30 atm. Specific heat about 0.53 cal/g. Flash point (closed cup) < −30° (< −22°F). Explosive limits (% by vol in air), lower: 1.7, upper: 27.0. Autoignition temp 360° (680°F). 0.53 g dissolves in 100 g water at 37°. Oil-water soly coefficient at 37°: 41. Miscible with alcohol, ether, oils and other organic solvents. Keep protected from light and acid fumes, in a cool place, and away from open flame. Lethal concn for mice in air: 51,233 ppm.
Note: Pharmaceutical product contains not less than 96.0% and not more than 97.0% vinyl ether, the remainder consisting of dehydrated alcohol. It may contain not more than 0.025% of suitable preservative. U.S.P. XXI (1985).
THERAP CAT: Anesthetic (inhalation).

**9900. Vinylidene Chloride.** 1,1-Dichloroethene. 1,1-

Page 1572                    Consult the cross index before using this section.

chloroethylene 96.95. C 24.73 from ethylene. Down). Try d... Conrad, Gould, ... Liquid. Mil d$^4$ 1.2129. mp ... orally in rat: 1500 ... At temps above or other suitable inhibitors to p... Uncontrolled p... produces with ... Merz 25, 2136 ... USE: Interme... mer plastics" su... skin. mucous m... has caused five Industrial Hygi... (Interscience, P... Prendergast et a...

**9901. Violan...** del-3-yl)-2-oxoazol-2-one; 3'β-phenyl-3-indol pyrrolin-4-ylide (3-oxindolylidene 2H,3,3'. C 69.96... isolated from C... enol): Tobin, J... 287 (1944). Bio... ture and synthes... new. DeMoss in E... Eds. (Springer, 1...

Purplish-black slightly sol in alc...

**9902. Violaxa...** kydro-8,8-carotene O$_2$; mol wt 600.87... distributed caroten... xanthin. Isoln fr... Winterstein, Ber. Helv. Chim. Acta (1930), 27, 1884 (... ibid. 28, 300 (194... Soc. (?) 1969, 252... tion of the 15-cis chemistry 19, 623...

Orange prisms... crystals from CS$_2$... Soln. Absorption... Sol in alcohol... insol in petr ether... 13-cis-isom. i... pistol, mp 109°.... log ε 4.91, 4.98, 4.7... orange pigment.

**9903. Violaxan...** the chlorides of cer...

CIBA 038683



Docket No. :31,320-01

IN THE UNITED PATENT AND TRADEMARK OFFICE

In re Application of:                              Date: April 27, 1992
RODERICK GLYN RYLES
DAN S. HONIG
ELIETH W. HARRIS
ROGER E. NEFF

Continuation of
Serial No.: 07/803,120
Filed: July 22, 1991
For: CROSS-LINKED ANIONIC AND
    AMPHOTERIC POLYMERIC
    MICROPARTICLES

Commissioner of Patents
and Trademarks Office

Washington, D.C. 20231

## BRIEF FOR APPELLANTS

This is a Brief in support of Appellants' appeal to the Board of Appeals and Interferences from the decision of the Primary Examiner dated February 10, 1992 finally rejecting Claims 1 and 3-22.

## STATUS OF THE CLAIMS

Claims 1-22 are pending in the application. Claims 1 and 3-22 are under appeal. Claim 2 inadvertently was not cancelled in Appellants' Preliminary Amendment dated July 18, 1991. The Examiner has obviously considered the claim to be cancelled since he did not refer thereto in his Final Rejection. Appellants agree with such a designation and request the Honorable Board to treat Claim 2 as cancelled. A copy of Claims 1 and 3-22 is attached hereto as Exhibit A.

1

CIBA 038684