# APPENDIX RANGE B1 TO B181 HAS BEEN REDACTED



US005171808A

# United States Patent [19]

## Ryles et al.

[11] Patent Number: 5,171,808

[45] Date of Patent: Dec. 15, 1992

[54] CROSS-LINKED ANIONIC AND AMPHOTERIC POLYMERIC MICROPARTICLES

[75] Inventors: Roderick G. Ryles, Milford; Dan S. Honig, New Canaan; Elieth W. Harris, Bridgeport; Roger E. Neff, Stamford, all of Conn.

[73] Assignee: American Cyanamid Company, Stamford, Conn.

[21] Appl. No.: 803,120

[22] Filed: Jul. 22, 1991

### Related U.S. Application Data

[63] Continuation of Ser. No. 535,626, Jun. 11, 1990, abandoned.

[51] Int. Cl.$^5$ .............. C08F 26/10; C08F 20/56; C08F 20/06; C08F 2/24; C08F 8/00

[52] U.S. Cl. .............. 526/264; 526/303.1; 526/317.1; 526/207; 526/213; 525/107; 525/193

[58] Field of Search .............. 526/264

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,147,688 | 4/1979 | Makhlouf et al. | 526/273 |
| 4,705,640 | 11/1987 | Whittaker | 524/922 |
| 4,968,435 | 11/1990 | Neff et al. | 524/922 |

### OTHER PUBLICATIONS

Susan Budavari, Maryadele J. O'Neil, Ann Smith, and Patricia E. Heckelman, The Merck Index, pp. 21, 935 and 1572, 1989.

Primary Examiner—Joseph L. Schofer
Assistant Examiner—Wu C. Cheng
Attorney, Agent, or Firm—Frank M. Van Riet

[57] ABSTRACT

Novel compositions comprising anionic and/or amphoteric organic polymeric microparticles are disclosed, along with a method for their production. The products are useful in flocculating a wide variety of dispersions of suspended solids and in paper-making.

21 Claims, No Drawings



DEFENDANT'S EXHIBIT
Van Riet 3
10/25/05 SC

CIBA 000017

B182

5,171,808

1

## CROSS-LINKED ANIONIC AND AMPHOTERIC POLYMERIC MICROPARTICLES

This is a continuation of co-pending application Ser. No. 07/535,626, filed Jun. 11, 1990 now abandoned.

The present invention relates to structured anionic and amphoteric polymeric microparticles and a method for their preparation.

### BACKGROUND OF THE INVENTION

Cross-linked anionic and amphoteric, organic polymeric compositions are known to those skilled in the art and are useful in a variety of solid-liquid separation applications, particularly in the flocculation of various dispersions of suspended solids, such as sewage sludge, and in the thickening of cellulosic paper pulp suspensions. Modern concerns about environmental pollution and the increasing cost of materials have made it highly desirable to produce flocculating agents which cause higher degrees of separation at lower dosage levels.

EP 0,202,780 describes the preparation of polymeric, crosslinked, cationic acrylamide polymer beads by conventional inverse emulsion polymerization techniques. Crosslinking is accomplished by the incorporation of a difunctional monomer, such as methylenebisacrylamide, into the polymer. This crosslinking technology is well known in the art. The patentee teaches that the crosslinked beads are useful as flocculants.

Typically, the particle size of polymers prepared by conventional inverse water-in-oil emulsion polymerization processes are limited to a range of about 1-5 microns, since no particular advantage in reducing the particle size has hitherto been apparent. The precise particle size which is achievable in inverse emulsions is determined by the concentration and activity of the surfactant(s) employed and these are customarily chosen on the basis of emulsion stability and economic factors.

Leong, et al., in *Inverse Microemulsion Polymerization*, J. of Phys. Chem., Vol. 86, No. 23, Jun. 24, 1982, pp 2271–3, discloses polymerization of acrylamide in an inverse microemulsion. The author, also discloses having prepared crosslinked polyacrylamide latices or microgels by using a 100:1 mixture of acrylamide-methylenebisacrylamide. No anionic or amphoteric monomers are mentioned or is their use as a flocculating agent or paper-making additive.

EPO 0173605 teaches the production of microbeads having a diameter ranging from about 49–87 nm and produced from terpolymers of vinyl acetate (84.6), ethyl acrylate (65.4) and acrylic acid (4.5) or methacrylonitrile (85), butyl acrylate (65) and acrylic acid (3). These polymeric beads are disclosed as added to an LBKP pulp slurry in order to evaluate the resultant paper for sizing degree, paper force enhancement and disintegratability. These polymer beads fall outside the scope of those claimed in the present invention in that the ionic content thereof is too small to impart any appreciable improvement during usage.

Additionally, U.S. Pat. No. 4,681,912 discloses the production of microparticles of acrylamide and acrylic acid, for example, utilizing a microemulsion process. The patent, however, fails to teach the cross-linking of the particles so as to render them water-insoluble or their use in paper-making.

2

### SUMMARY OF THE INVENTION

According to the present invention, there are provided compositions comprising crosslinked, anionic and/or amphoteric, organic, polymeric, microparticles, having an unswollen number average particle size diameter of less than about 0.75 micron, preferably less than about 0.5 micron, a solution viscosity of at least 1.1, preferably from about 1.1 to about 2.0, mPa·s, a crosslinking agent content of above about 4 molar parts per million, based on the monomeric units present in the polymer, and an ionicity of at least about 5%.

The preferred anionic monomers for use in the practice of the present invention comprises acrylic acid, methacrylic acid, ethacrylic acid, 2-acrylamido-2-alkyl-sulfonic acids where the alkyl group contains 1 to 6 carbon atoms, such as 2-acrylamido-2-propane-sulfonic acid or mixtures of any of the foregoing and their alkaline salts. Especially preferred are the sodium salts of acrylic acid, methacrylic acid, and 2-acrylamido-2-methylpropane sulfonic acid.

The preferred amphoteric polymers for the use in the practice of the present invention comprise copolymers of one or more of the foregoing anionic monomers and one or more of the following cationic ethylenically unsaturated monomers selected from, for example, acryloxyethyltrimethylammonium chloride; dial-lyldimethylammonium chloride; 3-(meth)acrylamido-propyltrimethylammonium chloride; 3-acrylamido-propyltrimethylammonium-2-hydroxypropylacrylate methosulfate; trimethylammoniumethyl methacrylate methosulfate; 1-trimethylammonium-2-hydroxypropyl-methacrylate methosulfate; methacryloxyethyltrime-thylammonium chloride; or mixtures of any of the foregoing.

The preferred ethylenically unsaturated non-ionic monomers for use in the practice of the present invention are selected from acrylamide; methacrylamide; N,N-dialkylacrylamides; N-alkylacrylamides; N-vinyl-methacetamide; N-vinyl methylformamide; N-vinyl pyrrolidone and mixtures thereof. Especially preferred is acrylamide.

The preferred compositions encompassed by the present invention are 1) anionic monomers alone or 2) a mixture of anionic and cationic monomers, each copolymerized with the ethylenically unsaturated non-ionic monomers disclosed above. Especially preferred is acrylamide copolymerized with sodium acrylate.

Also, according to the present invention, there is provided a process for the preparation of compositions as defined above, the process comprising:

(a) admixing

   (i) an aqueous solution comprising at least one ethylenically unsaturated anionic monomer alone or in admixture with a cationic monomer and at least one crosslinking agent and, optionally, at least one ethylenically unsaturated non-ionic monomer;

   (ii) an oily phase comprising at least one hydrocarbon liquid; and

   (iii) an effective amount of surfactant or surfactant mixture, so as to form an inverse emulsion which, when subjected to polymerization conditions, results in a polymer having a particle size of less than about 0.75 micron in unswollen diameter; and

(b) subjecting the inverse emulsion obtained in step (a) to polymerization conditions.

CIBA 000018

5,171,808

3

A preferred feature of the present invention, comprises a process employing an aqueous solution comprising sodium acrylate as the anionic monomer, N,N-methylenebisacrylamide as the crosslinking agent and acrylamide as the non-ionic monomer; an oily phase comprising a saturated hydrocarbon; and an effective amount of a surfactant mixture comprising polyoxyethylene (20) sorbitan monooleate and polyoxyethylene sorbitol hexaoleate, sufficient to produce particles of less than about 0.75 micron in unswollen number average particle size diameter.

Polymerization of the inverse emulsion may be carried out by adding a polymerization initiator, such as sodium metabisulfite or tert-butyl hydroperoxide, or by subjecting the inverse emulsion to ultraviolet irradiation. Also contemplated by the present invention is adding an effective amount of chain-transfer agent to the aqueous solution of the inverse emulsion, such as an alcohol, mercaptan, phosphite, sulfite or mixture of any of the foregoing. The process of the present invention may also comprise a step for recovering the composition from the inverse emulsion.

The resultant organic polymeric particles are useful in a method of making paper from an aqueous suspension of cellulose fibers, whereby the drainage properties of the suspension are improved by including in the suspension 0.1 to 20 lbs/ton, based on the dry weight of paper furnish solids, of the anionic or amphoteric cross-linked organic polymer microbead having an unswollen number average particle size diameter of less than about 0.75 micron, a solution viscosity of at least about 1.1, preferably about 1.1 to about 2.0 mPa.s, a cross-linking agent content of above about 4 molar parts per million, based on the monomeric units present in the polymer, and at least 5% ionicity, preferably in the presence of a molecular weight Ser. No. 07/536,382 filed Jun. 11, 1990, now abandoned and refiled as Ser. No. 07/540,667, filed Jun. 18, 1990 as a continuation-in-part.

## DETAILED DESCRIPTION OF THE INVENTION

Cross-linked, anionic or amphoteric, organic polymeric microbeads having an unswollen number average particle size diameter of less than about 0.75 micron, a solution viscosity of about 1.1 to about 1.5 mPa.s, a crosslinking agent content of above about 4 molar parts per million, based on the monomeric units present in the polymer, and an ionicity of at least about 5 mole percent, are generally formed by the polymerization of at least 5% of an ethylenically unsaturated anionic monomer and, for amphoteric microparticles, at least about 5% of one cationic monomer, and, optionally at least one non-ionic comonomer in the presence of a cross-linking agent in a water-in-oil inverse emulsion employing an effective amount of surfactant or surfactant mixture to produce microbeads of less than about 0.75 micron.

The amphoteric polymers for the use in the process of the present invention comprise copolymers of one or more of the foregoing anionic monomers and one or more of the following cationic ethylenically unsaturated monomers (meth)acrylates of dialkylaminoalkyl compounds, and salts and quaternaries thereof and in particular monomers of N,N-dialkylaminoalkyl(meth)acrylamides, and salts and quaternaries thereof, such as N,N-dimethylaminoethyacrylamides; and the acid or quaternary salts thereof and the like. Cationic mono-

4

mers which may be used herein are of the following general formulae:

$$CH_2=C-X-A\overset{+}{N}^+-R_3.Z^-$$

with $R_1$ and $R_2$ at top, $O$, and $R_4$ at bottom of the structure (I)

where $R_1$ is hydrogen or methyl, $R_2$ is hydrogen or lower alkyl of 1–4 carbon atoms, $R_3$ and/or $R_4$ are hydrogen, alkyl of 1–12 carbon atoms, aryl, or hydroxyethyl and $R_2$ and $R_3$, or $R_3$ and $R_4$, can combine to form a cyclic ring containing one or more hetero atoms, and Z is the conjugate base of an acid; X is oxygen or —$NR_1$, wherein $R_1$ is as defined above, and A is an alkylene group of 1–12 carbon atoms, or

$$R_5-\overset{CH_2}{\underset{H_2C}{C}} \quad \overset{CH_2}{\underset{CH_2.Z^-}{C}}-R_6$$
$$\overset{N^+}{\underset{R_7 \quad R_8}{}}$$ (II)

where $R_5$ and $R_6$ are hydrogen or methyl, $R_7$ is hydrogen or alkyl of 1–12 carbon atoms, and $R_8$ is hydrogen, alkyl of 1–12 carbon atoms, benzyl or hydroxyethyl; and Z is as defined above.

These ethylenically unsaturated anionic, cationic and non-ionic monomers may be copolymerized to produce anionic and amphoteric copolymers. Preferably, acrylamide is copolymerized with an anionic monomer. Anionic copolymers useful in the practice of this invention comprise from about 0 to about 95 parts, by weight of non-ionic monomer and about 5 to about 100 parts, by weight, of anionic monomer, based on the total polymer weight. Amphoteric polymers may be produced from about 1–99 parts, by weight, same basis, of anionic monomer and from about 99–1 parts, by weight, of cationic monomer, optionally with from about 0–75 parts, by weight, of a non-ionic monomer, the total weight of the anionic monomer and cationic monomer being at least 5%. Polymerization of the monomers is conducted in the presence of a polyfunctional crosslinking agent to form the crosslinked composition. The polyfunctional crosslinking agent comprises molecules having either at least two double bonds, a double bond and a reactive group, or two reactive groups. Illustrative of those containing at least two double bonds are N,N-methylenebisacrylamide, N,N-methylenebismethacrylamide, polyethyleneglycol diacrylate, polyethyleneglycol dimethacrylate, N-vinyl acrylamide, divinylbenzene, triallylammonium salts, N-methylallylacrylamide and the like. Polyfunctional branching agents containing at least one double bond and at least one reactive group include, glycidyl acrylate, acrolein, methylolacrylamide and the like. Polyfunctional branching agents containing at least two reactive groups include aldehydes such as glyoxal, diepoxy compounds, epichlorohydrin and the like.

Crosslinking agents are to be used in sufficient quantities to assure a crosslinked composition. Preferably at least about 4 molar parts per million of crosslinking agent, based on the monomeric units present, are employed to induce sufficient crosslinking and preferred is a crosslinking agent content of from about 4 to about

CIBA 000019

5,171,808

5

6000 molar parts per million, more preferably about 20–4000 and most preferably about 50–2000 molar parts per million.

One method of obtaining the polymeric microparticles of this invention is to polymerize the monomers in a microemulsion. Polymerization in microemulsions and inverse microemulsions is known to those skilled in this art. P. Speiser reported in 1976 and 1977 a process for making spherical "nanoparticles" with diameters less than 800A by (1) solubilization of polymerizable molecules, e.g. acrylamide and methylenebisacrylamide and other materials, e.g. drugs, in micelles and (2) polymerizing the monomers in the micelles J. Pharm. Sa., 65(12), 1763 (1976) and U.S. Pat. No. 4,021,364. Both inverse water-in-oil and oil-in-water "nanoparticles" were prepared by this process. While not specifically called microemulsion polymerization by the author, this process does contain all the features which are currently used to define microemulsion polymerization. These reports also constitute the first examples of polymerization or acrylamide in a microemulsion. Since then, numerous publications reporting polymerization of hydrophobic polymers in the oil phase of microemulsions have appeared. See, for example, Stoffer and Bone, J. Dispersion Sci. and Tech., 1(1), 37, 1980 and Atik and Thomas, J. Am. Chem. Soc'y, 103(14), 4279 (1981); and GB 2161492A.

The ionic and amphoteric microemulsion polymerization process may be conducted by (i) preparing a monomer microemulsion by adding an aqueous solution of the monomers to a hydrocarbon liquid containing appropriate surfactant or surfactant mixture to form an inverse monomer microemulsion consisting of small aqueous droplets which, when polymerized, result in polymer particles of less than 0.75 micron in size, dispersed in the continuous oil phase and (ii) subjecting the monomer microemulsion to free radical polymerization.

In order to obtain an inverse microemulsion, it is generally necessary to use particular conditions whose main parameters are as follows: surfactant concentration, HLB of surfactant or surfactant mixture, temperature, nature of the organic phase and composition of the aqueous phase.

The aqueous phase comprises an aqueous mixture of the monomers, anionic or a mixture of anionic and cationic and optionally non-ionic, and the crosslinking agent, as defined above. The aqueous monomer mixture may also comprise such conventional additives as are desired. For example, the mixture may contain chelating agents to remove polymerization inhibitors, pH adjusters, initiators and other conventional additives.

Essential to the formation of the microemulsion, which may be defined as a swollen, transparent and thermodynamically stable micelle solution without agitation, comprising two liquids insoluble in each other and a surfactant, in which the micelles are much smaller than in an emulsion, is the selection of appropriate organic phase and surfactant.

The selection of the organic phase has a substantial effect on the minimum surfactant concentration necessary to obtain the inverse microemulsion. This organic phase may comprise of a hydrocarbon or hydrocarbon mixture. Saturated hydrocarbons or mixtures thereof are the most suitable in order to obtain inexpensive formulations (lower surfactant content) of inverse microemulsions. Typically, the organic phase will comprise benzene, toluene, fuel oil, kerosene, odorless mineral spirits and mixtures of any of the foregoing.

The ratio by weight of the amounts of aqueous and hydrocarbon phases is chosen as high as possible, so as to obtain, after polymerization, a microemulsion of high polymer content. Practically, this ratio may range, for example from about 0.5 to about 3:1, and usually is about 2:1.

The one or more surfactants are selected in order to obtain an HLB (Hydrophilic Lipophilic Balance) value ranging from about 8 to about 11. In addition to the appropriate HLB value, the concentration of surfactant must also be optimized, i.e. sufficient to form an inverse emulsion having the correct particle size. Typical surfactants useful in the practice of this invention, in addition to those specifically discussed above, may be anionic, cationic or non-ionic and are selected from polyoxyethylene (20) sorbitan trioleate, sorbitan trioleate, sodium di-2-ethylhexylsulfosuccinate, oleamidopropyldimethylamine; sodium isostearyl-2-lactate and the like.

Polymerization of the emulsion may be carried out in any manner known to those skilled in the art. Initiation may be effected with a variety of thermal and redox free-radical initiators including azo compounds, such as azobisisobutyronitrile; peroxides, such as t-butyl peroxide; organic compounds, such as potassium persulfate and redox couples, such as ferrous ammonium sulfate/ammonium persulfate. Polymerization may also be effected by photochemical irradiation processes, irradiation, or by ionizing radiation with a 60 Co source. Preparation of an aqueous product from the emulsion may be effected by inversion by adding it to water which may contain a breaker surfactant. Optionally, the polymer may be recovered from the emulsion by stripping or by adding the emulsion to a solvent which precipitates the polymer, e.g. isopropanol, filtering off the resultant solids, drying and redispersing in water.

The product of this invention is useful in facilitating a wide range of solid-liquid separation operations. The products of this invention may be used to dewater biologically treated suspensions, such as sewage and other municipal or industrial sludges; the drainage of cellulosic suspension, such as those found in paper production, e.g. paper waste; and the settling and dewatering of various inorganic suspensions, e.g. refinery waste, coal waste, etc.

### DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following examples illustrate the present invention. They are not to be construed as limitations on the present invention except as set forth in the appended claims.

### EXAMPLES 1–5

#### Procedure for the Preparation of Anionic Microemulsion

The master batch of aqueous phase is made by mixing acrylic acid (AA), as the sodium salt, 200 parts deionized water, 56.5% sodium hydroxide, crystal acrylamide (AMD), 0.3 part 10% pentasodium diethylenetriaminepentaacetate, 39.0 parts additional deionized water, and 1.5 parts of 0.518% copper sulfate pentahydrate together. To 110.2 parts of this aqueous phase solution, 6.5 parts deionized water, 0.25 part 1% t-butyl hydroperoxide and N,N-methylene bisacrylamide (MBA) are added. This aqueous phase is mixed with an oil phase containing 77.8 parts of low odor paraffin oil, 3.6 parts

B185

CIBA 000020

5,171,808

7

8

sorbitan sesquioleate and 21.4 parts polyoxyethylene sorbitol hexaoleate.

*This emulsion is deaerated with nitrogen for 20 minutes. The polymerization is then initiated with gaseous SO₂. The polymerization is then allowed to exotherm to 40° C. and is controlled at 40° C. (+5° C.) with ice water. The ice water is removed when cooling is no longer required. The nitrogen is continued for one hours. The total polymerization time is 2.5 hours.*

*If desired, the polymer may be recovered from the emulsion by stripping or by adding the emulsion to a solvent which precipitates the polymer, e.g. isopropanol, filtering off the resultant solids, drying and redispersing in water.*

At the time of use e.g. as a paper-making additive, the recovered polymer may be dispersed in water. The emulsion, microbeads may also be directly dispersed in water. Depending on the surfactant and levels used in the emulsion dispersion may require using high a hydrophilic lipophilic balance (HLB) inverting surfactant such as an ethoxylated alcohol; polyoxyethylated sorbitol hexaoleate; diethanolamine oleate; ethoxylated laurel sulfate etc. as in known in the art.

The procedure for preparing amphoteric emulsions e.g. 15AA/60AMD/25 dimethylaminoethylacrylate (DMEA)/349 ppm MBA, is repeated for the preparation of the anionic emulsions with the exception that the concentration of the individual monomers employed are adjusted accordingly.

Various monomers are polymerized in accordance with the above procedure. The results are set forth in Table I, below.

TABLE I

Preparation of Anionic Microbeads

| | Copolymer Compositions (Mole %) | | | MBA | PS | SV |
|---|---|---|---|---|---|---|
| Example | AMD | AA | N₂APS | PPM | NM | mPa · S |
| 1 | 70 | 30 | — | 349 | 130 | 1.19 |
| 2 | 40 | 60 | — | 1381 | 120 | 1.10 |
| 3 | 0 | 100 | — | 1985 | 80 | 1.35 |
| 4 | 70 | — | 30 | 995 | — | 1.37 |
| 5 | 70 | — | 30 | 10,086 | — | 1.15 |
| 6 | 70 | 30 | — | 1000 | 464 | — |
| 7 | 70 | 30 | — | 1000 | 169 | 1.02 |
| 8 | 70 | 30 | — | 1000 | 106 | 1.06 |

N₂APS = Sodium 2-Acrylamido-2-methylpropane Sulfonic Acid
PS = Number Average Particle Size in Nanometers
SV = Solution Viscosity (0.1% polymer in N NaCl, 25° C. using a Brookfield UL adapter at 60 rpm

## EXAMPLE 9

In paper making processes it is found that the addition of anionic microbeads, preferably with a high molecular weight cationic polymer to a conventional paper making stock increases the drainage rate of water from the paper. The following examples illustrate this utility but 55 are not to be construed to limit the invention in any manner whatsoever.

A 70/30 hardwood/softwood bleached kraft pulp is used containing 25% CaCO₃ for alkaline papermaking at a pH of 8.0 Drainage is a measure of the time required for a certain volume of water to drain through the paper and is here measured as a10X drainage. (K. Britt, TAPPI 63(4) p67 (1980). Hand sheet are prepared on a Noble and Wood sheet machine. In the test examples, the linear cationic copolymer is a 10 mole % of acrylox-yethyltrimethylammonium chloride (AETMAC) and 90 mole % of acrylamide (AMD) of 5,000,000 to 10,000,000 mol. wt. with a charge density of 1.2 meg./g.

and SV-4.0 cps. The anionic microbeads in Table II are added separately to the thin paper stock. The cationic polymer is added to the test furnish in a "Vaned Britt Jar" and subjected to 800 rpm stirring for 30 seconds. The anionic microbead is then added and subjected to 800 rpm stirring for 30 seconds and then drainage times are measured. The results of testing are set forth in Table II, below.

TABLE II

| | | Drainage Aid Test Data | | | |
|---|---|---|---|---|---|
| Example | Cationic Polymer | Dosage (lb/ton) | Anionic Polymer Microbead of Example No. | Dosage (lb/ton) | Drainage Time (Sec) |
| 6 | -0- | | — | | 161.1 |
| 7 | 10 AETMAC/ 90 AMD | 2 | | | 116.9 |
| 8 | 10 AETMAC/ 90 AMD | 2 | -1- | (0.5) | 75.8 |
| 9 | 10 AETMAC/ 90 AMD | 2 | -1- | (1.0) | 72.1 |
| 10 | 10 AETMAC/ 90 AMD | 2 | -1- | (2.0) | 84.3 |
| 11 | 10 AETMAC/ 90 AMD | 2 | -2- | (0.5) | 66.3 |
| 12 | 10 AETMAC/ 90 AMD | 2 | -2- | (1.0) | 72.4 |
| 13 | 10 AETMAC/ 90 AMD | 2 | -2- | (2.0) | 74.7 |
| 14 | 10 AETMAC/ 90 AMD | 2 | -3- | (0.5) | 78.8 |
| 15 | 10 AETMAC/ 90 AMD | 2 | -3- | (1.0) | 74.1 |
| 16 | 10 AETMAC/ 90 AMD | 2 | -3- | (2.0) | 80.2 |
| 17 | 10 AETMAC/ 90 AMD | 2 | -4- | (0.5) | 95.0 |
| 18 | 10 AETMAC/ 90 AMD | 2 | -4- | (1.0) | 86.6 |
| 19 | 10 AETMAC/ 90 AMD | 2 | -4- | (2.0) | 95.5 |
| 20 | 10 AETMAC/ 90 AMD | 2 | -5- | (0.5) | 119.7 |
| 21 | 10 AETMAC/ 90 AMD | 2 | -5- | (1.0) | 121.8 |
| 22 | 10 AETMAC/ 90 AMD | 2 | -5- | (2.0) | 111.4 |

The drainage time for the untreated alkaline paper stock is 161.1 seconds. Addition of the linear, cationic polymer, 10 AETMAC/90 AMD, at a level of 2 lbs/ton decreases the drainage time to 116.9. Further decreases in drainage time are obtained by the joint addition of the anionic microbeads of this invention of doses of 0.5, 1.0 and 2.0 lbs/ton with the 2 lbs/ton of the cationic polymer. The microbead 70 AMD/30 Na AMPS/10,086 ppm MBA has little effect on drainage due to the excessively high degree of cross-linking and is outside the scope of this invention. The higher degree anionicity of 2 microbeads (40 AMD/60 AA/1381 ppm MBA-120nm and 100AA/1985 ppm MBA-80 nm) improves drainage time over those of the lower degree of anionicity microbeads 70 AMD/30 NaAPS/995 ppm MBA. The 1.0 lb/ton dosage of anionic microbead gives better drainage times than either the 0.5 or 2.0 lb/ton dosage. The only exception is with the microbead 40AMD/60 AA/1,381 ppm MBA where the 0.5 lb/ton dosage is the most desirable.

## EXAMPLES 23–27

Anionic microbeads of 5 and 10 mole percent of anionic charge and amphoteric microbeads with a 5 mole % higher anionic charge than cationic charge are made

B186

CIBA 000021

5,171,808

9

by the procedure of Example 1 and are shown in Table III. The microbeads have a particle size under 0.5 micron in Examples 23–27.

### TABLE III

| | Preparation of Anionic and Amphoteric Microbeads | | | | | | |
| | Copolymer Compositions (Mole %) | | | | MBA | | |
| Example | AMD | NaAc | NaAPS | DMEA | ppm | PS NM | SV mPa · S |
|---|---|---|---|---|---|---|---|
| 23 | 90 | 10 | — | — | 496 | — | 1.34 |
| 24 | 95 | 5 | — | — | 97 | — | 1.89 |
| 25 | 85 | — | 10 | 5 | 1026 | — | 1.40 |
| 26 | 55 | — | 25 | 20 | 5101 | — | 1.59 |
| 27 | 60 | — | — | 40 | 100 | 100 | — |

DMEA = Acryloxylethyhrimethyl-ammonium Chloride
See Table I for other legends

### EXAMPLE 28

The anionic and amphoteric microbeads of Table III are used in the paper making process described in Example 2. The results are substantially the same.

### EXAMPLES 29–33

The procedure of Example 1 is again followed except that different monomers are employed in the preparation of the microbead. The results are set forth in Table IV, below.

### TABLE IV

| Example | Non-Ionic Monomer (%) | Anionic Monomer (%) | MBA PPM |
|---|---|---|---|
| 29 | AM-50 | MMA-50 | 117 |
| 30 | AM-65 | VSA-35 | 226 |
| 31 | AM-75 | DADM-25 | 198 |
| 32 | — | NaAPS-100 | 316 |
| 33 | MAM-90 | AA-10 | 441 |

MAM = methacrylamide
MMA = methacrylic acid
VSA = vinylsulfonic acid
DADM = diallyldimethylammonium chloride

The above mentioned patents and publications are incorporated herein by reference.

Many variations of the present invention will suggest themselves to those skilled in this art in light of the above detailed description. Chain-transfer agents may be optionally added to the monomer solution. Also contemplated are all methods of polymerization and dewatering processes.

All such obvious modifications are within the full intended scope of the appended claims.

We claim:

1. A composition comprising cross-linked anionic or amphoteric polymeric microparticles derived solely from the polymerization of an aqueous solution of at least of one monomer, said microparticles having an unswollen number average particle size diameter of less than about 0.75 micron, a solution viscosity of at least about 1.1 mPa.s, a cross-linking agent content of about 4 molar parts to about 4000 parts per million, based on the monomeric units present in the polymer, and an ionicity of at least about 5 mole percent.

2. A composition as defined in claim 1 wherein said crosslinking agent content is from about 20 to about 4,000 molar parts per million.

3. A composition as defined in claim 1 wherein said crosslinking agent content is from about 50 to about 2,000 molar parts per million.

4. A composition as defined in claim 1 wherein said crosslinking agent is a difunctional monomer selected

10

from N,N'-methylenebisacrylamide, N,N'-methylenebismethacrylamide, polyethyleneglycol dimethacrylate, polyethyeneglycol diacrylate, N-vinyl acrylamide, glycidyl acrylate, divinylbenzene, acrolein, glyoxal, diepoxy compounds, epichlorohydrin and mixtures of the foregoing.

5. A composition as defined in claim 4 wherein said crosslinking agent is N,N'-methylenebisacrylamide.

6. A composition as defined in claim 1 wherein said said unswollen diameter is less than 0.5 micron.

7. A composition as defined in claim 1 wherein the organic polymer microparticle is composed of at least one ethylenically unsaturated non-ionic monomer.

8. A composition as defined in claim 1 wherein the organic polymer microparticle is composed of at least one anionic monomer selected from acrylic acid, methylacrylic acid, ethylacrylic acid, 2-acrylamido-2-methylpropanesulfonic acid or mixtures or salts thereof.

9. A composition as defined in claim 8 wherein said anionic monomer comprises sodium acrylate, sodium methylacrylate, sodium ethylacrylate or sodium 2-acrylamido-2-methylpropanesulfonate.

10. A composition as defined in claim 1 wherein the organic polymer microparticle is amphoteric and is composed of from 1% to 99% of an anionic monomer selected from acrylic acid, methacrylic acid, ethacrylic acid, 2-acrylamido-2-methylpropane sulfonic acid or salts thereof and from 99% to 1% of a cationic monomer selected from acryloxyethyltrimethylammonium chloride, 3-methacrylamidopropyltrimethylammonium chloride, diallyldimethylammonium chloride and mixtures thereof.

11. A composition as defined in claim 7 wherein said non-ionic ethylenically unsaturated monomer is selected from acrylamide; methacrylamide; N,N-dialkylacrylamides; N-alkylacrylamides; N-vinylmethacetamide; N-vinyl methylformamide; N-vinyl pyrrolidone and mixtures thereof.

12. A composition as defined in claim 1 wherein said organic polymer microbead is composed of sodium acrylate and acrylamide.

13. A process for the preparation of a composition as defined in claim 1, said process comprising:

(a) admixing

(i) an aqueous solution comprising at least one ethylenically unsaturated anionic monomer alone or in admixture with a cationic monomer, and at least one crosslinking agent and, optionally, at least one ethylenically unsaturated nonionic monomer;

(ii) an oily phase comprising at least one hydrocarbon liquid;

(iii) an effective amount of surfactant or surfactant mixture, so as to form an inverse emulsion; and

CIBA 000022

5,171,808

**11**

(b) subjecting the inverse emulsion obtained in step
   (a) to polymerization conditions.

14. A process as defined in claim 13 wherein said
monomer solution of step (a)(i) comprises sodium acry-
late as said anionic monomer, N,N-methylenebisacryla-
mide as said crosslinking agent and acrylamide as said
non-ionic monomer.

15. A process as defined in claim 13 wherein said oily
phase of step (a)(ii) comprises a saturated hydrocarbon.

16. A process as defined in claim 13 wherein said
surfactant or surfactant mixture of step (a)(iii) comprises
polyoxythylene sorbitol hexaoleate or a mixture thereof
with sorbitan sesquioleate.

**12**

17. A process as defined in claim 13 wherein said
polymerization conditions of step (b) comprise adding a
polymerization initiator.

18. A process as defined in claim 17 wherein said
polymerization initiator comprises sodium metabisulfite
or tertiary-butyl hydroperoxide.

19. A process as defined in claim 13 wherein said
polymerization conditions of step (b) comprise subject-
ing said inverse emulsion to ultraviolet irradiation.

20. A process as defined in claim 13 wherein said
aqueous solution of step (a)(i) additionally contains an
effective amount of a chain-transfer agent selected from
an alcohol, mercaptan, phosphite, sulfite, or a mixture
thereof.

21. A process as defined in claim 13 which also in-
cludes step (c), comprising recovering the composition
from the emulsion.

* * * * *

**B188**

CIBA 000023



US005167766A

# United States Patent [19]

## Honig et al.

| [11] | Patent Number: | 5,167,766 |
|---|---|---|
| [45] | Date of Patent: | Dec. 1, 1992 |

[54] **CHARGED ORGANIC POLYMER MICROBEADS IN PAPER MAKING PROCESS**

[75] Inventors: Dan S. Honig, New Canaan; Elieth Harris, Bridgeport, both of Conn.

[73] Assignee: American Cyanamid Company, Stamford, Conn.

[21] Appl. No.: 540,667

[22] Filed: Jun. 18, 1990

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 536,382, Jun. 11. 1990, abandoned.

[51] Int. Cl.⁵ .................................... D21H 17/03
[52] U.S. Cl. ..................... 162/164.1; 162/168.1; 162/168.3
[58] Field of Search ................ 162/164.1, 164.6, 168.1, 162/168.2, 168.3, 175, 181.2; 210/734, 735; 524/52, 555

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| 3,702,799 | 11/1972 | Lewis et al. | 162/168.4 |
|---|---|---|---|
| 4,643,801 | 2/1987 | Johnson | 162/164.6 |
| 4,659,431 | 4/1987 | Probst et al. | 162/168.2 |
| 4,753,710 | 6/1988 | Langley et al. | 162/164.3 |
| 4,759,856 | 7/1988 | Farrar et al. | 162/168.3 |
| 4,798,653 | 1/1989 | Rushmere | 162/168.3 |
| 4,824,523 | 4/1989 | Wagberg et al. | 162/164.6 |
| 4,925,530 | 5/1990 | Sinclair et al. | 162/164.6 |
| 4,968,435 | 11/1990 | Neff et al. | 210/732 |

Primary Examiner—W. Gary Jones
Assistant Examiner—Charles K. Friedman
Attorney, Agent, or Firm—Frank M. Van Riet

[57] **ABSTRACT**

In a papermaking process, improved drainage and retention are obtained when ionic, organic microbeads of less than about 1,000 nm in diameter if crosslinked or less about than 60 nm in diameter if noncrosslinked are added either alone or in combination with a high molecular weight organic polymer, and/or polysaccharide. Further addition of alum enhances drainage formation and retention properties in papermaking stock with and without the present of other additives used in papermaking processes.

28 Claims, No Drawings



DEFENDANT'S EXHIBIT
Van Riet 6
10/25/05   SC

CIBA 000001

B189

5,167,766

1

# CHARGED ORGANIC POLYMER MICROBEADS IN PAPER MAKING PROCESS

## BACKGROUND OF THE INVENTION

In the past decade, the concept of using colloidal silica and bentonite to improve drainage, formation and retention has been introduced to papermaking. Fast drainage and greater retention of fines contribute to lower cost in papermaking and improvements are always being sought. U.S. Pat. Nos. 4,388,150 and 4,385,961 disclose the use of a two-component binder system comprising a cationic starch and an anionic, colloidal, silicic acid sol as a retention aid when combined with cellulose fibers in a stock from which is made. Finnish Published Specification Nos. 67,735 and 67,736 refer to cationic polymer retention agent compounds including cationic starch and polyacrylamide as useful in combination with an anionic silica to improve sizing. U.S. Pat. No. 4,798,653 discloses the use of cationic colloidal silica sol with an anionic copolymer of acrylic acid and acrylamide to render the paper stock resistant to destruction of its retention and dewatering properties by shear forces in the paper-making process. A coacervate binder, three component system composed of a cationic starch, an anionic high molecular weight polymer and dispersed silica having a particle diameter range from 1 to 50 nm is revealed in U.S. Pat. Nos. 4,643,801 and 4,750,974.

The above Finish publications also disclose the use of bentonite with cationic starch and polyacrylamides. U.S. Pat. No. 4,305,781 discloses a bentonite-type clay in combination with high molecular weight, substantially non-ionic polymers such as polyethylene oxides and polyacrylamide as a retention aid. Later, in U.S. Pat. No. 4,753,710, bentonite and a substantially linear, cationic polymer such as cationic acrylic polymers, polyethylene imine, polyamine epichlorohydrin, and diallyl dimethyl- ammonium chloride are claimed to give an improved combination of retention, drainage, drying and formation.

It is noted that the silica sol and bentonite are inorganic microparticle materials.

Latices of organic microparticles have been used in high concentrations of 30–70 lbs/ton to give "high-strength" paper products such as gasket materials, roofing felt, paperboard and floor felt and in paper with 30–70% mineral fillers (U.S. Pat. No. 4,445,970). It is stated that latices have not been used in fine papermaking because such latices are sticky and difficult to use on a Fourdrinier machine. The latices of the above and following four patent references were made according to U.S. Pat. No. 4,056,501. They are all emulsions of polymers made from styrene, butadiene and vinylbenzyl chloride which polymers are reacted with trimethyl-amine or dimethyl sulfide to produce an "onium" cation which is called a pH independent structured latex of 50 to 1000 nm in diameter. These structured cationic latices are used at high levels of concentration i.e. 30–200 lbs/ton either alone (U.S. Pat. No. 4,178,205) or with an anionic, high molecular weight polymer, (U.S. Pat. No. 4,187,142) or with an anionic polymer (U.S. Pat. No. 4,189,345) or as both cationic and anionic latices (U.S. Pat. No. 4,225,383). These latices are preferably from 60–300 nm in size It has been found, in accordance with the present invention, that noncrosslinked organic microbeads of this size and larger are not effective. Furthermore, the process of the present invention uses

2

organic microbeads at a level of 0.05 to 20 lbs/ton, preferably 0.10 to 7.5 lbs/ton whereas the microbeads of the proceeding five U.S. Patent are used at 30–200 lbs/ton to give strength to paper products such as gaskets with a very high 30–70% mineral content. This prior art does not contemplate the use of charged organic micro-beads as a drainage and retention aid at the very low levels as required by the present invention.

The use of an organic crosslinked microbead, in papermaking is taught in Japanese Patent Tokkai JP235596/63:1988 and Kami Pulp Gijitsu Times, pgs 1–5, March 1989 as a dual system of a cationic or anionic organic microbead of 1–100 microns and an anionic, cationic or nonionic acrylamide polymer. The waterswelling type, cationic, polymer particle is a crosslinked homopolymer of 2-methacryloyloxyethyl trimethylammonium chloride or a crosslinked copolymer of 2-methacryloyloxy-ethyl trimethylammonium chloride/acrylamide (60/40 weight percent). The acrylamide polymer is an acrylamide homopolymer or acrylamide hydroylsate of 17 mole percent anion-conversion or a copolymer of acrylamide/2-methacryloyloxyethyl trimethylammoniumchloride (75/25 weight percent). The anionic microbead is an acrylamide-acrylic acid copolymer.

EPO 0273605 teaches the addition of microbeads having a diameter ranging from about 49–87 nm and produced from terpolymers of vinyl acetate (84.6), ethyl acrylate (65.4) and acrylic acid (4.5) or methacrylonitrile (85), butyl acrylate (65.4) and acrylic acid (3). These polymeric beads are disclosed as added to an LBKP pulp slurry in order to evaluate the resultant paper for sizing degree, paper force enhancement and disintegratability. These polymer beads fall outside the scope of those used in the present invention in that the ionic content thereof is too small to impart any appreciable improvement in retention and drainage in the papermaking process.

The present invention encompasses crosslinked, ionic, organic, polymeric microbeads of less than about 750 nm in diameter or microbeads of less than about 60 nm in diameter if noncrosslinked and water-insoluble, as a retention and drainage aid, their use in papermaking processes, and compositions thereof with high molecular weight polymers and/or polysaccharides.

EP 0,202,780 describes the preparation of cross-linked, cationic, polyacrylamide beads by conventional inverse emulsion polymerization techniques. Crosslinking is accomplished by the incorporation of difunctional monomer, such as methylenebisacrylamide, into the polymer chain. This crosslinking technology is well known in the art. The patent teaches that the crosslinked beads are useful as flocculants but are more highly efficient after having been subjected to unusual levels of shearing action in order to render them water-soluble.

Typically, the particle size of polymers prepared by conventional, inverse, water-in-oil, emulsion, polymerization processes are limited to the range of 1–5 microns, since no particular advantage in reducing the particle size has hitherto been apparent. The particle size which is achievable in inverse emulsions is determined by the concentration and activity of the surfactant(s) employed and these are customarily chosen on the basis of emulsion stability and economic factors.

The present invention is directed to the use, in papermaking, of cationic and anionic, crosslinked, polymeric,

**B190**

CIBA 000002

5,167,766

3

microbeads. Microgels are made by standard techniques and microlatices are purchased commercially. The polymer microbeads are also prepared by the optimal use of a variety of high activity- surfactant or surfactant mixtures to achieve submicron size. The type and concentration of surfactant should be chosen to yield a particle size of less than about 750 nm in diameter and more preferably less than about 300 nm in diameter.

## SUMMARY OF THE INVENTION

According to the present invention, there is provided a method of making paper from a aqueous suspension of cellulosic papermaking fibers, whereby improved drainage, retention and formation properties are achieved. The method comprises adding to the suspension, from about 0.05 to 20 lbs/ton of an ionic, organic polymer microbead of less than about 750 nanometers in diameter if crosslinked or a polymeric microbead of less than about 60 nm in diameter if noncrosslinked and insoluble. Additionally, from about or 0.05 to about 20 lbs/ton, preferably about 0.1–5.0 lbs/ton, of a high molecular weight, hydrophilic ionic organic polymer, and/or from about 1.0 to about 50.0, preferably about 5.0–30.0, lbs/ton of an ionic polysaccharide, such as starch, preferably of a charge opposite that of the microbead, may be used. The synthetic organic polymer and polysaccharide may also be of opposite charge to each other. The addition of the microbead compositions results in significant increase in fiber retention and improvement in drainage and formation, said lbs/ton being based on the dry weight of the paper furnish solids. The organic polymer microbeads may be either cationic or anionic.

Alum or any other active, soluble aluminum species such as polyhydroxyaluminum chloride and/or sulfate and mixtures thereof have been found to enhance drainage rates and retention if they are incorporated into the furnish when used with the microbead compositions 0.1 to 20 lbs/ton, as alumina, based on the dry weight of paper furnish solids, are exemplary.

The microbeads may be made as microemulsions by a process employing an aqueous solution comprising a cationic or anionic monomer and crosslinking agent; an oil comprising a saturated hydrocarbon; and an effective amount of a surfactant sufficient to produce particles of less than about 0.75 micron in unswollen number average particle size diameter. Microbeads are also made as microgels by procedures described by Ying Huang et. al., Macromol. Chem. 186, 273–281 (1985) or may be obtained commercially as microlatices. The term "microbead", as used herein, is meant to include all of these configurations, i.e. beads per se, microgels and microlatices.

Polymerization of the emulsion may be carried out by adding a polymerization initiator, or by subjecting the emulsion to ultraviolet irradiation. An effective amount of a chain transfer agent may be added to the aqueous solution of the emulsion, so as to control the polymerization. It was surprisingly found that the crosslinked, organic, polymeric microbeads have a high efficiency as retention and drainage aids when their particle size is less than about 750 nm in diameter and preferably less than about 300 nm in diameter and that the noncrosslinked, organic, water-insoluble polymer microbeads have a high efficiency when their size is less than about 60 nm. The efficiency of the crosslinked microbeads or of a larger size than the noncrosslinked microbeads may be attributed to the small strands or tails that protrude from the main crosslinked polymer.

4

## DETAILED DESCRIPTION OF THE INVENTION INCLUDING PREFERRED EMBODIMENTS

Using the ionic, organic, crosslinked, polymeric microbeads of a diameter less than about 750 nm or the noncrosslinked, water-insoluble beads of less than about 60 nm in diameter according to this invention, improved drainage, formation and greater fines and filler retention values are obtained in papermaking processes. These additives may be added, alone or in conjunction with other materials, as discussed below, to a conventional paper making stock such as traditional chemical pulps, for instance, bleached and unbleached sulphate or sulphite pulp, mechanical pulp such as groundwood, thermomechanical or chemi-thermomechanical pulp or recycled pulp such as deinked waste and any mixtures thereof. The stock, and the final paper, can be substantially unfilled or filled, with amounts of up to about 50%, based on the dry weight of the stock, or up to about 40%, based on dry weight of paper of filler, being exemplary. When filler is used any conventional filler such as calcium carbonate, clay, titanium dioxide or talc or a combination may be present. The filler, if present, may be incorporated into the stock before or after addition of the microbeads. Other standard paper-making additives such as rosin sizing, synthetic sizings such as alkyl succinic anhydride and alkyl ketene dimer, alum, strength additives, promoters, polymeric coagulants such as low molecular weight polymers, dye fixatives, etc. and other materials that are desirable in the papermaking process, may also be added.

The order of addition, specific addition points, and furnish modification itself are not critical and normally will be based on practicality and performance for each specific application, as is common papermaking practise.

When using cationic, high molecular weight polymer(s), or polysaccharides, and anionic microbeads, the preferred sequence of addition is cationic, high molecular weight polymer and then anionic bead. However, in some cases the reverse may be used. When a cationic polysaccharide such as starch and a cationic polymer are both used, they can be added separately or together, and in any order. Furthermore, their individual addition may be at more than one point The anionic microbeads may be added before any cationic components or after them with the latter being the preferred method. Split addition may also be practised. Preferred practise is to add cationic polysaccharide before high molecular weight cationic polymer. The furnish may already have cationic starch, alum, cationic (or anionic or both cationic and anionic) polymers of molecular weight equal or less than 100,000, sodium aluminate, and basic aluminum salts (e.g., polyaluminum chloride and/or sulfate) and their levels may be varied to improve the response of the furnish, as discussed above. Addition points are those typically used with dual retention & drainage systems (pre-fan pump or pre-screen for one component and pre- or post-screens for another). However, adding the last component before the fan pump may be warranted in some cases. Other addition points that are practical can be used if better performance or convenience is obtained. Thick stock addition of one component is also possible, although thin stock addition is preferred. However, thick stock and/or split thick and thin stock addition of cationic starch is routinely practised and these addition modes are applicable with the

B191

CIBA 000003

5,167,766

| 5 | 6 |

use of the microbead as well. Addition points will be determined by practicality and by the possible need to put more or less shear on the treated system to ensure good formation.

When using high molecular weight, anionic polymer(s) and cationic microbeads, the preferred sequence is anionic polymer and then cationic beads, although in some cases the reverse may be used. When anionic polymer and anionic polysaccharide are both used, they can be added separately or together, and in any order.

The microbeads may also be used in combination with high molecular weight ionic polymers of similar or opposite charge.

The microbeads are crosslinked, cationic or anionic, polymeric, organic microparticles having an unswollen number average particle size diameter of less than about 750 nanometers and a crosslinking agent content of above about 4 molar parts per million based on the monomeric units present in the polymer and are generally formed by the polymerization of at least one ethylenically unsaturated cationic or anionic monomer and, optionally, at least one non-ionic comonomer in the presence of said crosslinking agent. They preferably have a solution viscosity (SV) of about 1.1–2.0 mpa.s.

Cationic microbeads used herein include those made by polymerizing such monomers as dialkyldialkylammonium halides; acryloyxyalkyltrimethylammonium chloride; (meth)acrylates of dialkylaminoalkyl compounds, and salts and quaternaries thereof and, monomers of N,N-dialkylaminoalkyl(meth)acrylamides, and salt and quaternary thereof, such as N,N-dimethyl aminoethylacrylamides; (meth)acrylamidopropyltrimethylammonium chloride and the acid or quaternary salts of N,N-dimethylaminoethylacrylate and the like. Cationic monomers which may be used herein are of the following general formulas:

$$CH_2=C-C-X-A-N^+-R_3 \quad 'Z^- \tag{I}$$

where $R_1$ is hydrogen or methyl, $R_2$ is hydrogen or lower alkyl of $C_1$ to $C_4$, $R_3$ and/or $R_4$ are hydrogen, alkyl of $C_1$ to $C_{12}$, aryl, or hydroxyethyl and $R_2$ and $R_3$ or $R_2$ and $R_4$ can combined to form a cyclic ring containing one or more hetero atoms, Z is the conjugate base of an acid, X is oxygen or —NR$_1$ wherein $R_1$ is as defined above, and A is an alkylene group of $C_1$ to $C_{12}$; or

$$\tag{II}$$

where $R_5$ and $R_6$ are hydrogen or methyl, $R_7$ is hydrogen or alkyl of $C_1$ to $C_{12}$, and $R_8$ is hydrogen, alkyl of $C_1$ to $C_{12}$, benzyl or hydroxyethyl; and Z is as defined above.

Anionic microbeads that are useful herein those made by hydrolyzing acrylamide polymer microbeads etc. those made by polymerizing such monomers as (methyl)acrylic acid and their salts, 2-acrylamido-2-methylpropane sulfonate, sulfoethyl-(meth)acrylate, vinylsul-

fonic acid, styrene sulfonic acid, maleic or other dibasic acids or their salts or mixtures thereof.

Nonionic monomers, suitable for making microbeads as copolymers with the above anionic and cationic monomers, or mixtures thereof, include (meth)acrylamide; N-alkyacrylamides, such as N-methylacrylamide; N,N-dialkylacrylamides, such as N,N-dimethylacrylamide; methyl acrylate; methyl methacrylate; acrylonitrile; N-vinyl methylacetamide; N-vinyl methyl formamide; vinyl acetate; N-vinyl pyrrolidone, mixtures of any of the foregoing and the like.

These ethylenically unsaturated, non-ionic monomers may be copolymerized, as mentioned above, to produce cationic, anionic or amphoteric copolymers. Preferably, acrylamide is copolymerized with an ionic and/or cationic monomer. Cationic or anionic copolymers useful in making microbeads comprise from about 0 to about 99 parts, by weight, of non-ionic monomer and from about 100 to about 1 part, by weight, of cationic or anionic monomer, based on the total weight of the anionic or cationic and non-ionic monomers, preferably from about 10 to about 90 parts, by weight, of non-ionic monomer and about 10 to about 90 parts, by weight, of cationic or anionic monomer, same basis i.e. the total ionic charge in the microbead must be greater than about 1%. Mixtures of polymeric microbeads may also be used if the total ionic charge of the mixture is also over about 1%. If the anionic microbead is used alone, i.e. in the absence of high molecular weight polymer or polysaccharide, in the process of the present invention, the total anionic charge thereof must be at least about 55%. Most preferably, the microbeads contain from about 20 to 80 parts, by weight, of non-ionic monomer and about 80 to about 20 parts by weight, same basis, of cationic or anionic monomer or mixture thereof. Polymerization of the monomers occurs in the presence of a polyfunctional crosslinking agent to form the crosslinked microbead. Useful polyfunctional crosslinking agents comprise compounds having either at least two double bounds, a double bond and a reactive group, or two reactive groups. Illustrative of those containing at least two double bounds are N,N-methylenebisacrylamide; N,N-methylenebismethacrylamide; polyethyleneglycol diacrylate; polyethyleneglycol dimethacrylate; N-vinyl acrylamide; divinylbenzene; triallylommonium salts, N-methylallylacrylamide and the like. Polyfunctional branching agents containing at least one double bond and at least one reactive group include glycidyl acrylate; glycidyl methacrylate; acrolein; methylolacrylamide and the like. Polyfunctional branching agents containing at least two reactive groups include dialdehydes, such as gyloxal; diepoxy compounds; epichlorohydrin and the like.

Crosslinking agents are to be used in sufficient quantities to assure a cross-linked composition. Preferably, at least about 4 molar parts per million of crosslinking agent based on the monomeric units present in the polymer are employed to induce sufficient crosslinking and especially preferred is a crosslinking agent content of from about 4 to about 6000 molar parts per million, most preferably, about 20–4000.

The polymeric microbeads of this invention are preferably prepared by polymerization of the monomers in an emulsion as disclosed in application, Ser. No. 07/535,626 filed June 11, 1990. Polymerization in microemulsions and inverse emulsions may be used as is known to those skilled in this art. P. Speiser reported in

CIBA 000004

5,167,766

7

1976 and 1977 a process for making spherical "nanoparticles" with diameters less than 800 Å by (1) solubilizing monomers, such as acrylamide and methylenebisacrylamide, in micelles and (2) polymerizing the monomers, See J. Pharm. Sa., 65(12), 1763 (1976) and U.S. Pat. No. 4,021,364. Both inverse water-in-oil and oil-in-water "nanoparticles" were prepared by this process. While not specifically called microemulsion polymerization by the author, this process does contain all the features which are currently used to define microemulsion polymerization. These reports also constitute the first examples of polymerization of acrylamide in a microemulsion. Since then, numerous publications reporting polymerization of hydrophobic monomers in the oil phase of microemulsions have appeared. See, for examples, U.S. Pat. Nos. 4,521,317 and 4,681,912; Stoffer and Bone, J. Dispersion Sci. and Tech., 1(1), 37, 1980; and Atik and Thomas J. Am. Chem. Soc., 103 (14), 4279 (1981); and GB 2161492A.

The cationic and/or anionic emulsion polymerization process is conducted by (i) preparing a monomer emulsion by adding an aqueous solution of the monomers to a hydrocarbon liquid containing appropriate surfactant or surfactant mixture to form an inverse monomer emulsion consisting of small aqueous droplets which, when polymerized, result in polymer particles of less than 0.75 micron in size, dispersed in the continuous oil phase and (ii) subjecting the monomer microemulsion to free radical polymerization.

The aqueous phase comprises an aqueous mixture of the cationic and/or anionic monomers and optionally, a non-ionic monomer and the crosslinking agent, as discussed above. The aqueous monomer mixture may also comprise such conventional additives as are desired For example, the mixture may contain chelating agents to remove polymerization inhibitors, pH adjusters, initiators and other conventional additives.

Essential to the formation of the emulsion, which may be defined as a swollen, transparent and thermodynamically stable emulsion comprising two liquids insoluble in each other and a surfactant, in which the micelles are less than 0.75 micron in diameter, is the selection of appropriate organic phase and surfactant

The selection of the organic phase has a substantial effect on the minimum surfactant concentration necessary to obtain the inverse emulsion. The organic phase may comprise a hydrocarbon or hydrocarbon mixture. Saturated hydrocarbons or mixtures thereof are the most suitable in order to obtain inexpensive formulations. Typically, the organic phase will comprise benzene, toluene, fuel oil, kerosene, odorless mineral spirits or mixtures of any of the foregoing.

The ratio, by weight, of the amounts of aqueous and hydrocarbon phases is chosen as high as possible, so as to obtain, after polymerization, an emulsion of high polymer content. Practically, this ratio may range, for example for about 0.5 to about 3:1, and usually approximates about 1:1, respectively.

The one or more surfactants are selected in order to obtain HLB (Hydrophilic Lipophilic Balance) value ranging from about 8 to about 11. Outside this range, inverse emulsions are not usually obtained In addition to the appropriate HLB value, the concentration of surfactant must also be optimized, i.e. sufficient to form an inverse emulsion. Too low a concentration of surfactant leads to inverse emulsions of the prior art and too high a concentrations results in undue costs. Typical surfactants useful, in addition to those specifically dis-

8

cussed above, may be anionic, cationic or nonionic and may be selected from polyoxyethylene (20) sorbitan trioleate, sorbitan trioleate, sodium di-2-ethylhexylsulfosuccinate, oleamidopropyldimethylamine; sodium isostearyl-2-lactate and the like.

Polymerization of the emulsion may be carried out in any manner known to those skilled in the art. Initiation may be effected with a variety of thermal and redox free-radical initiators including azo compounds, such as azobisisobutyronitrile; peroxides, such as t-butyl peroxide; organic compounds, such as potassium persulfate and redox couples, such as ferrous ammonium sulfate/ammonium persulfate. Polymerization may also be effected by photochemical irradiation processes, irradiation, or by ionizing radiation with a [60]Co source. Preparation of an aqueous product from the emulsion may be effected by inversion by adding it to water which may contain a breaker surfactant. Optionally, the polymer may be recovered from the emulsion by stripping or by adding the emulsion to a solvent which precipitates the polymer, e.g. isopropanol, filtering off the resultant solids, drying and redispersing in water.

The high molecular weight, ionic, synthetic polymers used in the present invention preferably have a molecular weight in excess of 100,000 and preferably between about 250,000 and 25,000,000. Their anionicity and/or cationicity may range from 1 mole percent to 100 mole percent. The ionic polymer may also comprise homopolymers or copolymers of any of the ionic monomers discussed above with regard to the ionic beads, with acrylamide copolymers being preferred.

The degree of substitution of cationic starches (or other polysaccharides) and other non-synthetic based polymers may be from about 0.01 to about 1.0, preferably from about 0.02 to about 0.20. Amphoteric starches, preferably but not exclusively with a net cationic starch, may also be used. The degree of substitution of anionic starches (or other polysaccharides) and other non-synthetic-based polymers may be from 0.01 to about 0.7 or greater. The ionic starch may be made from starches derived from any of the common starch producing materials, e.g., potato starch, corn starch, waxy maize, etc. For example, a cationic potato starch made by treating potato starch with 3-chloro-2-hydroxypropyltrimethylammonium chloride. Mixtures of synthetic polymers and e.g. starches, may be used. Other polysaccharides useful herein include guar, cellulose derivatives such as carboxymethylcellulose and the like.

It is also preferred that the high molecular weight, ionic polymer be of a charge opposite that of the microbead and that if a mixture of synthetic, ionic polymers or starch be used, at least one be of a charge opposite that of the microbead. The microbeads may be used as such or may be replaced in part, i.e. up to about 50%, by weight, with bentonite or a silica such as colloidal silica, modified colloidal silica etc. and still fall within the scope of the percent invention.

The instant invention also relates to compositions of matter comprising mixtures of the above-described ionic microbeads, high molecular weight, ionic polymers and polysaccharides. More particularly, compositions comprising a mixture of A) an ionic, organic, polymer microbead of less than about 750 nanometers in diameter if cross-linked and less than 60 nanometers in diameter if non-cross-linked and water-insoluble and B) a high molecular weight ionic polymer, the ratio of A): B) ranging from about 1:400 to 400:1, respectively. Additionally, the compositions may contain the micro-

**B193**

CIBA 000005

5,167,766

9

bead A) and C) an ionic polysaccharide, the ratio of A):C) ranging from about 20:1 to about 1:1000, respectively. Still further, the compositions may contain the microbead A), the polymer B) and the polysaccharide C), the ratio of A) to B) plus C) ranging from about 400:1 to about 1:1000, respectively.

Paper made by the process described above also constitutes part of the present invention.

The following examples are set forth for purposes of illustration only and are not to be construed as limitations on the present invention except as set forth in the appended claims. All parts and percentages are by weight unless otherwise specified.

In the examples which follow, the ionic organic polymer microbead and/or the high molecular weight, ionic polymer and/or ionic starch are added sequentially directly to the stock or just before the stock reaches the headbox.

Unless otherwise specified, a 70/30 hardwood/softwood bleached kraft pulp containing 25% CaCO₃ is used as furnish at a pH of 8.0. Retention is measured in a Britt Dynamic Drainage Jar. First Pass Retention (FPR) is calculated as follows:

$$FPR = \frac{\text{Headbox Consistency} - \text{Tray Water Consistency}}{\text{Head Box Consistency}}$$

First Pass Retention is a measure of the percent of solids that are retained in the paper. Drainage is a measure of the time required for a certain volume of water to drain through the paper and is here measured as a 10×drainage. (K. Britt, TAPPI 63(4) p67 (1980). Hand sheets are prepared on a Noble and Wood sheet machine.

In all the examples, the ionic polymer and the microbead are added separately to the thin stock and subjected to shear. Except when noted, the charged microbead (or silica or bentonite) is added last. Unless noted, the first of the additives is added to the test furnish in a "Vaned Britt Jar" and subjected to 800 rpm stirring for 30 seconds. Any other additive is then added and also subjected to 800 rpm stirring for 30 seconds. The respective measurements are then carried out.

Doses are given in pounds/ton for furnish solids such as pulp, fillers etc. Polymers are given on a real basis, silica as SiO₂ and starch, clay and bentonite are given on an as is basis.

I. Cationic polymers used in the examples are:

Cationic Starch: Potato starch treated with 3-chloro-2-hydroxypropyltrimethylammonium chloride to give a 0.04 degree of substitution.

10 AETMAC/90 AMD: A linear cationic copolymer of 10 mole % of acryloxyethyltrimethylammonium chloride and 90 mole % of acrylamide of 5,000,000 to 10,000,000 mol. wt. with a charge density of 1.2 meg./g.

5 AETMAC/95 AMD: A linear copolymer of 5 mole % of acryloxyethltrimethylammonium chloride and 90 mole % of acrylamide of 5,000,000 to 10,000,000 mol. wt.

55 AETMAC/45 AMD: A linear copolymer of 55 mole % of acryloxyethyltrimethylammonium chloride and 45 mole % of acrylamide of 5,000,000 to 10,000,000 mol. wt. and a charge density of 3.97 meg./g.

40 AETMAC/60 AMD: A linear copolymer of 40 mole % of acryloxyethyltrimethylammonium chlo-

10

ride and 60 mole % of acrylamide of 5,000,000 to 10,000,000 mol. mt.

50 EPI/47 DMA 3 EDA: A copolymer of 50 mole % of epichlorohydrin, 47 mole % of dimethylamine and 3.0 mole % of ethylene diamine of 250,000 mol. wt

II. Anionic Polymers used in the examples are:

30 AA/70 AMD: A linear copolymer of 30 mole % ammonium acrylate and 70 mole % of acrylamide of 15,000,000 to 20,000,000 mol. wt.

7AA/93 AMD A linear copolymer of 7 mole % ammonium acrylate and 93 mole % of acrylamide of 15,000,000 to 20,000,000 mol. wt.

10 APS/90 AMD: A linear copolymer of 10 mole % of sodium 2-acrylamido-2-methylpropanesulfonate and 90 mole % of acrylamide of 15,000,000 to 20,000,000 mol. wt.

III. Anionic particles used in the examples are:

SILICA: Colloidal silica with an average size of 5 nm, stabilized with alkali and commercially available.

BENTONITE: Commercially available anionic swelling bentonite from clays such as sepiolite, attapulgite or montmorillonite as described in U.S. Pat. No. 4,305,781.

IV. Latices used in the examples are:

| Latex | Particle Size In nm | Anionic Charge Density Å²/Charge Group |
|---|---|---|
| Polystyrene | 98 | 1.4 × 10³ |
| Polystyrene | 30 | 1.1 × 10³ |
| Polystyrene | 22 | 0.36 × 10³ |

V. Microbeads used in the examples are:

30 AA/70 AMD/50 ppm MBA: An inverse emulsion copolymer of 30 mole % of sodium acrylate and 70 mole % of acrylamide crosslinked with 50 ppm of methylenebisacrylamide with a particle diameter of 1,000-2,000*nm; SV-1.64 mPa.s.

40 AA/60 MBA: A microbead dispersion of a copolymer of 40 mole % of ammonium acrylate and 60 mole % of N,N'-methylenebisacrylamide (MBA) with a particle diameter of 220*nm.

30 AA/70 AMD/349 ppm MBA: A microemulsion copolymer of 30 mole % of sodium acrylate and 70 mole % of acrylamide crosslinked with 349 ppm of N,N'-methylenebisacrylamide (MBA) of 130*nm particle diameter, SV-1.17 to 1.19 mPa.s.

30 AA/70 AMD/749 ppm MBA: A microemulsion copolymer of 30 mole % of sodium acrylate and 70 mole % of acrylamide crosslinked with 749 ppm of N,N'-methylenebisacrylamide (MBA), Sv-1.06 mPa.s.

60 AA/40 AMD/1,381 ppm MBA: A microemulsion copolymer of 60 mole % of sodium acrylate and 40 mole % of acrylamide crosslinked with 1,381 ppm of N,N'-methylene-bis acrylamide (MBA) of 120*nm particle diameter; SV-1.10 mPa.s.

30 APS/70 AMD/995 ppm MBA: A microemulsion copolymer of 30 mole % of sodium 2-acrylamido-2-methylpropane sulfonate and 70 mole % of acrylamide crosslinked with 995 ppm of methylenebisacrylamide (MBA); SV-1.37 mPa.s.

30 AA/70 AMD/1000 ppm MBA/ 2% SURFACTANT (TOTAL EMULSION): A microemulsion copolymer of 30 mole % of sodium acrylate and 70

CIBA 000006

5,167,766

**11**

mole % of acrylamide crosslinked with 1,000 ppm of N,N'-methylenebisacrylamide with 2% diethanolamide oleate and 464*nm particle diameter.

30 AA/70 AMD/1,000 ppm MBA/ 4% SURFACTANT (TOTAL EMULSION): A microemulsion copolymer of 30 mole % of sodium acrylate and 70 mole % of acrylamide crosslinked with 1,000 ppm of N,N'-methylenebisacrylamide with 4% diethanolamide oleate and of 149*nm particle diameter, SV-1.02 mPa.s.

30 AA/70 AMD/ 1,000 ppm MBA/ 8% SURFACTANT(TOTAL EMULSION): A Microemulsion copolymer of 30 mole % of sodium acrylate and 70 mole % of acrylamide crosslinked with 1000 ppm of N,N'-methylenebisacrylamide with 8% diethanolamide oleate and of 106*nm particle diameter, SV-1.06 mPa.s.

Procedure for the Preparation of Anionic Microemulsions

30 AA/70 AMD/349 ppm MBA - 130 nm

An aqueous phase is prepared by sequentially mixing 147 parts of acrylic acid, 200 parts deionized water, 144 parts of 56.5% sodium hydroxide, 343.2 parts of acrylamide crystal, 0.3 part of 10% pentasodium diethylenetriaminepentaacetate, an additional 39.0 parts of deionized water, and 1.5 parts of 0.52% copper sulfate pentahydrate. To 110 parts of the resultant aqueous phase solution, 6.5 parts of deionized water, 0.25 part of 1% t-butyl hydroperoxide and 3.50 parts of 0.61% methylene bisacrylamide are added. 120 Parts of the aqueous phase are then mixed with an oil phase containing 77.8 parts of low odor paraffin oil, 3.6 parts of sorbitan sesquioleate and 21.4 parts of polyoxyethylene sorbitol hexaoleate.

This resultant clear, microemulsion is deaerated with nitrogen for 20 minutes. Polymerization is initiated with gaseous SO₂, allowed to exotherm to 40° C. and controlled at 40° C. (+5° C.) with ice water. The
* The unswollen number average particle diameter in nanometers is defined and used herein as that determined by the quasi-elastic light scattering spectroscopy (QELS) as carried out on the polymer emulsion, microemulsion or dispersion. Ice water is removed when cooling is no longer required. The nitrogen is continued for one hour. The total polymerization time is 1.5 hours.

For purposes of use in the instant process, the polymer may be recovered from the emulsion by stripping or by adding the emulsion to a solvent which precipitates the polymer, e.g. isopropanol, filtering off the resultant solids, and redispersing in water for use in the papermaking process. The precipitated polymer microbeads may be dried before redispersion in water.

Alternatively, the microemulsion per se may also be directly dispersed in water. Depending on the surfactant and levels used in the microemulsion, dispersion in water may require using a high hydrophilic lipophilic balance (HLB) inverting surfactant such as ethoxylated alcohols; polyoxyethlated sorbitol hexaoleate; diethanolamine oleate; ethoxylated laurel sulfate et. as in known in the art.

The concentration of the microbeads in the above-described redispersion procedures is similar to that used with other than stock additives, the initial dispersion being at least 0.1%, by weight. The dispersion may be rediluted 5-10 fold just before addition to the papermaking process.

**12**

Preparation of Cationic Organic Microbead 40 AETMAC/60 AMD/100 ppm

MBA—100 nm By microemulsion Polymerization

An aqueous phase containing 21.3 parts, by weight of acrylamide, 51.7 parts of a 75% acryloxyethyltrimethyl ammonium chloride solution, 0.07 part of 10% diethylenetriamine pentaacetate (penta sodium salt), 0.7 part of 1% t-butyl hydroperoxide and 0.06 part of methylenebisacrylamide dissolved in 65.7 parts of deionized water is prepared. The pH is adjusted to 3.5 (±0.1). An oil phase composed of 8.4 parts of sorbitan sesquioleate, 51.6 parts of polyoxyethylene sorbitol hexaoleate dissolved in 170 parts of a low odor paraffin oil is prepared. The aqueous and oil phase are mixed together in an air tight polymerization reactor fitted with a nitrogen sparge tube, thermometer and activator addition tube. The resultant clear microemulsion is sparged with nitrogen for 30 minutes and the temperature is adjusted to 27.5° C. Gaseous sulfur dioxide activator is then added by bubbling nitrogen through a solution of sodium metabisulfite. The polymerization is allowed to exotherm to its maximum temperature (about 520° C.) and then cooled to 25° C.

The particle diameter of the resultant polymer microbead is found to be 100 nm. The unswollen number average particle diameter in nanometers (nm) is determined by quasi-elastic light scattering spectroscopy (QELS). The SV is 1.72 mPa.s.

Preparation of Cationic Organic Inverse Emulsion 40 AETMAC/60 AMD/100 ppm MBA 1,000 nm by Inverse Emulsion Polymerization

An aqueous phase is made by dissolving 87.0 parts of commercial, crystal acrylamide (AMD), 210.7 parts of a 75% acryloxyethyltrimethylammonium chloride (AETMAC) solution, 4.1 parts of ammonium sulfate, 4.9 parts of a 5% ethylene diaminetetraacetic acid (disodium salt) solution, 0.245 part (1000 wppm) of methylenebisacrylamide (MBA) and 2.56 parts of t-butyl hydroperoxide in 189 parts of deionized water. The pH is adjusted to 3.5 (±0.1) with sulfuric acid.

The oil phase is made by dissolving 12.0 parts of sorbitan monooleate into 173 parts of a low odor paraffin oil.

The aqueous phase and oil phase are mixed together and homogenized until the particle size is in the 1.0 micron range.

The emulsion is then transferred to a one liter, three-necked, creased flask equipped with an agitator, nitrogen sparge tube, sodium metabisulfite activator feed line and a thermometer.

The emulsion is agitated, sparged with nitrogen and the temperature adjusted to 25° C. After the emulsion is sparged 30 minutes, 0.8% sodium metabisulfite (MBS) activator solution is added at a 0.028 ml/minute rate. The polymerization is allowed to exotherm and the temperature is controlled with ice water. When cooling is no longer needed, the 0.8% MBS activator solution/addition rate is increased and a heating mantle is used to maintain the temperature. The total polymerization time takes approximately 4 to 5 hours using 11 mls of MBS activator. The finished emulsion product is then cooled to 25° C.

The particle diameter is found to be 1,000 nm. The unswollen number average particle diameter in nanometers is determined by the quasi-elastic light scattering spectroscopy (QELS). The SV is 1.24 mPa.s.

CIBA 000007

5,167,766

## 13

### EXAMPLE 1

Using the paper-making procedure described above, the drainage times are measured on 1) alkaline stock containing 5% CaCO₃, alone, 2) the same stock with added linear, high molecular weight cationic copolymer of 10 mole % acryloxyethyltrimethylammonium chloride and 90 mole % of acrylamide (10 AET-MAC/90 AMD) and 3) the same stock with added cationic copolymer and anionic microbead made from 30 mole % acrylic acid 70 mole % of acrylamide (30 AA/70 AMD) and cross-linked with 349 ppm of methylenebisacrylamide (MBA) of 130 nm particle diameter and added as a redispersed 0.02% aqueous solution. The results are shown in Table I, below.

#### TABLE I

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 88.4 |
| -2- | -0- | 62.3 |
| -2- | 0.5 | 37.5 |

The addition of cationic polymer reduces drainage time from 88.4 to 62.3 seconds. Surprisingly microbeads reduce the drainage times by another 24.8 seconds to 37.5 seconds, a 39.8% reduction which is a significant improvement in drainage times.

### EXAMPLE 2

The alkaline furnish used in this example contains 5.0 lbs/ton of cationic starch. To this furnish is added the following additives as described in Example 1. Drainage times are then measured and reported in Table II, below.

#### TABLE II

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 121.9 |
| 1 - 10 AETMAC/90 AMD | -0- | 89.6 |
| 1 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm - 130 nm | 57.8 |

In the presence of a mixture of high molecular weight cationic polymer and, cationic starch, anionic polymer microbeads greatly improves drainage.

### EXAMPLE 3

Following the procedure of Example 1, various other comparative runs are made using a second alkaline stock containing 10 lbs/ton of cationic starch, and bentonite, as disclosed in U.S. Pat. No. 4,753,710, in order to show the benefits of the use of organic microbeads in accordance with the invention hereof. The results are shown in Table III, below.

#### TABLE III

| Cationic Polymer lbs/Ton | Anionic Micro-Particle (lbs./Ton) | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 132.3 |
| 1.0 - 10 AETMAC/ 90 AMD | 5.0 - Bentonite | 53.1 |
| 1.0 - 10 AETMAC/ 90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 55.1 |
| 1.0 - 10 AETMAC/ 90 AMD | 0.5 - 100 AA-1985 ppm MBA-80 nm | 65.1 |
| 1.0 - 55 AETMAC/ 45 AMD | 5.0 - Bentonite | 76.4 |
| 1.0 - 55 AETMAC/ 45 AMD | 0.5 - 30 AA/70 AMD/ | 55.4 |

## 14

#### TABLE III-continued

| Cationic Polymer lbs/Ton | Anionic Micro-Particle (lbs./Ton) | Drainage in Seconds |
|---|---|---|
| 45 AMD | 349 ppm MBA - 130 nm | |
| 1.0 - 55 AETMAC/ 45 AMD | 0.5 - 60 AA/40 AMD/ 1,381 ppm MBA - 120 nm | 45.7 |
| 1.0 - 55 AETMAC/ 45 AMD | 0.5 - 100 AA-1985 ppm MBA | 41.6 |

When the 10% cationic polymer AETMAC/AMD (10/90) is used in conjunction with 5.0 lbs. of bentonite, similar drainage results to those obtained using only 0.5 lb. of 30% anionic microbead AA/AMD (30/70) in place of the bentonite, are obtained. With a cationicity polymer, bentonite gives a slower drainage rate of 76.4 seconds and the 30% anionic microbead about the same drainage rate of 55.4 seconds. With the higher cationicity polymer (55%) and 0.5 lbs/ton of a high anionicity microbead, AA/AMD (60/40) a far superior drainage time of 45.7 seconds is obtained, using far less additive.

### EXAMPLE 4

An alkaline paper stock containing 10 pounds/ton of cationic starch is treated as described in Example 1. The results are shown in Table IV, below.

#### TABLE IV

| Cationic Polymer lbs/Ton | Anionic Micro-particle lbs/Ton | Drainage in Seconds |
|---|---|---|
| -0- | -0- | 115.8 |
| 0.5 - 10 AETMAC/90 AMD | -0- | 83.5 |
| 0.5 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 51.1 |
| 0.5 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 57.3 |
| 0.5 - 55 AETMAC/45 AMD | 0.5 - 60 AA/40 AMD/ 1,381 ppm - 120 nm | 46.1 |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 42 |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 60 AA/40 AMD/ 1,381 ppm BMA - 120 nm | 38.9 |

The combination of 0.5 lb/ton of cationic polymer and 5.0 lbs/ton of bentonite gives a good drainage of 51.5 seconds, somewhat better than the 0.5 lb of 30% anionicity microbeads, i.e. 57.3 seconds. However, bentonite is inferior to the results achieved using 0.5 lb/ton of a higher (60%) anionicity polymer, i.e. of 46.1 seconds. Increasing the amount of cationic polymer to 1.0 lb/ton results in improved bentonite and 60% anionic polymer microbead times of 42 and 38.9 seconds, however, the microbead results are again superior.

### EXAMPLE 5

The procedure of Example 1 is again followed except that first pass retention values are measured. The organic anionic microbead is compared at a 0.5 lbs/ton rate to 2.0 lbs/ton of silica and 5.0 lbs/ton of bentonite in an alkaline paper stock as known in the art. The organic, 30% anionic polymer microbeads give the best retention values at a lower concentration, as shown in Table V, below.

#### TABLE V

| Cationic Polymer lbs/Ton | Anionic Micro-bead lbs/Ton | Fines First Pass Retention in % |
|---|---|---|
| 2.0 - 10 AETMAC/90 AMD | -0- | 50.3 |
| 2.0 - 10 AETMAC/90 AMD | 2.0 - Silica- 5 nm | 55.3 |

**B196**

CIBA 000008

**15**

5,167,766

**16**

TABLE V-continued

| Cationic Polymer lbs/Ton | Anionic Micro-bead lbs/Ton | Fines First Pass Retention in % |
|---|---|---|
| 2.0 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 55.8 |
| 2.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 749 ppm MBA | 59.2 |

### EXAMPLE 6

The procedure of Example 1 is again followed except that alum is added to the stock immediately before the cationic polymer. The test furnish is alkaline stock containing 5.0 lbs/ton of cationic starch and 25% CaCO₃. The results are set forth below in Table VI.

TABLE VI

| Cationic Polymer lbs/Ton | Anionic Micro-bead lbs/Ton | Drainage in Seconds |
|---|---|---|
| **5 lbs/ton Alum** | | |
| 0.5 - 10 AETMAC/90 AMD | 5 - Bentonite | 46.1 |
| 0.5 - 10 AETMAC/90 AMD | 0.5 - 30 AMD/ 349 ppm MBA -130 nm | 39.9 |
| **10 lbs/ton Alum** | | |
| 1 - 10 AETMAC/90 AMD | 5 - Bentonite | 33.5 |
| 1 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm - 130 nm | 29.6 |

The alum-treated furnish which is contracted with the polymer microbead has a faster drainage rate than that treated with 10 times as much bentonite. In a comparative test using 0.5 lb of 10 AETMAC/90 AMD and 5.0 lbs bentonite without alum, an equivalent drainage time of 46.1 seconds, is achieved.

### EXAMPLE 7

This example demonstrates the greater efficiency of the anionic organic polymer microbeads of the present invention used with alum as compared to bentonite alone. This efficiency is not only attained using a significantly lower anionic microbead dose but, also enable the use of a lower amount of cationic polymer. The furnish is alkaline and contains 5.0 lbs/ton of cationic starch. The procedure of Example 1 is again used The results are shown in Table VII, below.

TABLE VII

| Cationic Polymer lbs/Ton | Alum* lbs/ton | Anionic Microbead lbs/ton | Drainage in Seconds |
|---|---|---|---|
| 0 | 0 | 0 | 103.4 |
| 0.5–10 AETMAC/90 AMD | 0 | 0 | 87.5 |
| 0.5–10 AETMAC/90 AMD | 5 | 0 | 76.4 |
| 0.5–10 AETMAC/90 AMD | 5 | 0.25-30 AA/ 70 AMD/ 349 ppm MBA-130 nm | 51.1 |
| 0.5–10 AETMAC/90 AMD | 5 | 0.50-30 AA/ 70 AMD/ 349 ppm MBA-13 nm | 40.6 |
| 0.5–10 AETMAC/90 AMD | 0 | 5-Bentonite | 51.6 |
| 1.0–10 AETMAC/90 AMD | 0 | 5-Bentonite | 40.2 |

*Alum is added immediately before the cationic polymer

Thus, at a 0.5 lb. cationic polymer addition level, the anionic organic microbeads used with alum are approximately 20 fold more efficient than bentonite used alone (0.25 lb. vs. 5.0 lbs.). The cationic polymer level can be reduced in half (0.50 lb. vs. 1.0 lb.) compared to benton-

ite when the microbead level is raised to 0.50 lb., which is 10 fold lower than the bentonite dose.

### EXAMPLE 8

The procedure of Example 7 is again followed except that polyaluminum chloride is used in place of alum. As can be seen, in Table VIII, equivalent results are achieved.

TABLE VIII

| Cationic Polymer lbs/Ton | Aluminum Salt lbs/Ton | Anionic Micro bead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.5–10 AETMAC/ 90 AMD | 0 | Bentonite | 57.5 |
| 0.5–10 AETMAC/ 90 AMD | 5-Alum | 0.5–30 AA/ 70 AMD/349 ppm-130 nm | 41.5 |
| 0.5–10 AETMAC/ 90 AMD | 8.5 Poly-aluminum Chloride (5.0 lbs alum (equivalent) | 0.5–30 AA/ 70 AMD/349 ppm-130 nm | 42.0 |

### EXAMPLE 9

To a batch of alkaline paper stock is added cationic starch. The drainage time is measured after addition of the following additives set forth in Table IX, below. The procedure of Example 1 is again used.

TABLE IX

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/ton | Drainage (Sec.) 5.0 lbs/Ton Starch | Drainage (Sec.) 10 lbs/Ton Starch |
|---|---|---|---|
| 0.5–10 AETMAC/ 90 AMD | 5-Bentonite | 46.9 | 50.9 |
| 0.5–10 AETMAC/ 90 AMD plus 5 Alum | 0.5–30 AA/ 70 AMD/349 ppm MBA-130 nm | 34.0 | 32.7 |

C = Comparative Test

The alum/polymer microbead combination gives better drainage rates than the polymer/bentonite combination without alum.

### EXAMPLE 10

First pass retention is measured on an alkaline furnish containing 5.0 lbs/ton of starch to which the additives of Table X, are added.

TABLE X

| Microbead lbs/Ton | Fines First Pass Retention 10 AETMAC/90 AMD (lbs/Ton) | | |
|---|---|---|---|
| | 0.5 | 1.0 | 2.0 |
| 5.0 - Bentonite | 39.9% | 41.6% | 46.8% |
| *5.0 - 30 AA/70 AMD/349 ppm MBA -130 nm | 39.9% | 44.4% | 48.5% |

*With the anionic polymer microbead 5.0 lbs./ton of alum is added with the cationic polymer.

The microbead and bentonite give similar retentions with 0.5 lb/ton of cationic polymer but with higher concentrations of polymer better retention is obtained with the microbeads.

### EXAMPLE 11

Another alkaline paper furnish containing 5 lbs/ton of cationic starch and 2.5 lbs/ton of alum to which the additives of Table XI are added as in Example 10, is treated.

**B197**

CIBA 000009

5,167,766

17

### TABLE XI

| Anionic Microbead | Fines First Pass Retention 10 AETMAC/90 AMD (lbs/Ton) | |
|---|---|---|
| lbs/Ton | 0.5 | 1.0 |
| 5 - Bentonite | 34.6% | 42.3% |
| 7 - Bentonite | — | 43.1% |
| 0.25 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 35.7% | 43.4% |
| 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 38.7% | 44.6% |

A significant reduction in the dosages of polymeric microbead results in equivalent or superior retention properties.

### EXAMPLE 12

Lower molecular weight, cationic, non-acrylamide based polymers are used in papermaking and in this example the effect of anionic microbeads on the performance of a polyamine of said class is set forth. To an alkaline furnish containing 5 lbs/ton of cationic, starch is added 1.0 lb/ton of a cationic polymeric polymer of 50 mole % epichlorohydrin, 47 mole % dimethylamine and 3.0 mole % ethylenediamine of 250,000 mol. wt. The polyamine is used alone and in combination with 0.5 lbs/ton of microbead copolymer of 60% acrylic acid and 40% acrylamide cross linked with 1,381 ppm of methylenebisacrylamide and having 120 nm diameter particle size. From the data of Table XII it is seen that addition of the highly effective organic microbead cuts drainage time in half from 128.1 to 64.2 seconds.

### TABLE XII

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|
| -0- | -0- | 138.8 |
| -1- | -0- | 128.1 |
| -1- | 0.5 | 64.2 |

### EXAMPLE 13

In order to evaluate the use of microbeads on mill stock, a test is run on stock from a commercial paper mill The paper stock consists of 40% hardwood/30% soft wood/30% broke containing 12% calcium carbonate, 4% clay, and 2.5 lbs/ton of alkyl succinic anhydride (ASA) synthetic size emulsified with 10 lbs/ton cationic potato starch. An additional 6 lbs/ton of cationic potato starch and 6 lbs/ton of alum are also added to this stock. The additives listed in Table XIII, below, are added and drainage times are measured, as in Example 1.

### TABLE XIII

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|
| -0- | -0- | 153.7 |
| 0.5 - 10 AETMAC/90 AMD | -0- | 112.8 |
| 0.5 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 80.3 |
| 0.5 - 10 AETMAC/90 AMD | 0.25 - 30 AA/ 70 AMD -349 ppm MBA - 130 nm | 69.6 |
| 0.5 - 10 AETMAC/90 AMD | 0.5 - 30 AA/ 70 AMD - 349 ppm MBA - 130 nm | 57.5 |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 71.9 |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/ 70 AMD - 349 ppm MBA - 130 nm | 49.1 |

18

The paper stock from the above run has a 153.7 second drainage time Significant reduction of drainage time to 80.3 seconds is achieved with 0.5 lb/ton of high molecular weight, cationic polymer and 5 lbs/ton of bentonite. Replacement of the bentonite with a mere 0.25 lb/ton of organic anionic microbeads reduces drainage time another 10.7 seconds to 69.9 seconds. Thus, the microbeads at 1/20 the concentration give a superior drainage time to bentonite. The use of 0.5 lb/ton of the microbeads reduces the drainage time to 57.5 seconds. This is 22.8 seconds faster than ten times the weight of bentonite.

When testing is carried out using 1.0 lb/ton of cationic polymer and 5.0 lbs/ton of bentonite, drainage time is 71.9 seconds. However, when the test is performed with 0.5 lb of microbeads, the drainage time is 49.1 seconds which is 22.8 seconds faster than bentonite with one tenth the amount of microbead.

### EXAMPLE 14

The effect of using a cationic polymer of a lower charge density is investigated on the paper stock that was used in proceeding Example 13 and shown in Table XIV. The cationic polymer used, 5 AETMAC/95 AMD, has one half the charge density as that of 10 AETMAC/90 AMD that was used in Example 13. All else remains the same.

### TABLE XIV

| Cationic Polymer lbs/Ton | Additional Alum* lbs/Ton | Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.5-5 AETMAC/ 95 AMD | 0 | 0 | 94.7 |
| 0.5-5 AETMAC/ 95 AMD | 0 | 5-Bentonite | 51.4 |
| 0.5-5 AETMAC/ 95 AMD | 2.5 | 5-Bentonite | 56.7 |
| 0.5-5 AETMAC/ 95 AMD | 0 | 0.5-30 AA/70 AMD/349 ppm MBA-130 nm | 48.7 |
| 0.5-5 AETMAC/ 95 AMD | 2.5 | 0.5-30 AA/70 AMD/349 ppm MBA-130 nm | 39.5 |

*Alum is added immediately before the cationic polymer.

The superiority of 1/10th the amount of polymeric microbead to bentonite is evident with a lower charge cationic polymer also. Furthermore, the drainage time of cationic polymer and bentonite did not improve but decreased by 5.3 sec. on further addition of 2.5 lbs/ton of alum.

### EXAMPLE 15

The effect of changing the amount of starch on drainage time is measured by not incorporating the 6.0 lbs/ton of additional starch added to the furnish in Example 13 using the same stock. The results are shown in Table XV.

### TABLE XV

| Cationic Polymer lbs/Ton | Additional Alum* lbs/Ton | Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.5-5 AETMAC/ 95 AMD | 0 | 5 Bentonite | 45.9 |
| 0.5-5 AETMAC 95 AMD | 0 | 0.5-30 AA/70 AMD/349 ppm MBA-130 nm | 39.5 |
| 0.5-5 AETMAC/ 95 AMD | −2.5 | 0.5-30 AA/70 AMD/349 ppm | 29.5 |

**B198**

CIBA 000010

5,167,766

**19**

TABLE XV-continued

| Cationic Polymer lbs/Ton | Additional Alum* lbs/Ton | Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| | | MBA-130 nm | |

*Alum is added immediately before the cationic polymer.

### EXAMPLE 16

To evaluate the effect of the charge density of the cationic polymer on retention, to the furnish of Example 13, are added the additives shown in Table XVI. First pass retention values are measured, as in Example 5.

TABLE XVI

| Alum* lbs/Ton | Microbead lbs/Ton | 10 AETMAC/ 90 AMD 0.5 lbs/Ton % Retention | 5 AETMAC/ 95 AMD 0.5 lbs/Ton % Retention |
|---|---|---|---|
| 0 | 0 | 36% | 30.9% |
| 0 | 5-Bentonite | 32.4% | 39.6% |
| 2.5 | 0.5-30 AA/ 70 AMD/349 ppm MBA-130 nm | 45.1% | 49.1% |
| | | at 1.0 lbs/Ton % Retention | at 1.0 lbs/Ton % Retention |
| 0 | 5-Bentonite | 45.1 | 42.5 |
| 2.5 | 0.5-30 AA/ 70 AMD/349 ppm MBA-130 nm | 51.3 | 57.1 |

*Alum is added immediately before the cationic polymer.

Polymer microbeads are shown to be effective when used with high molecular weight, cationic polymers of lower charge density.

### EXAMPLE 17

A stock is taken from a second commercial mill. It is a goal of this example to demonstrate that microbeads-/alum give equivalent drainage times to those of current commercial systems. The mill stock consists of 45% deinked secondary fiber/25% softwood/30% broke containing 15% calcium carbonate and 3.0 lbs/ton of alkyl ketene dimer synthetic size emulsified with 10 lbs/ton of cationic starch. A second portion of 10 lbs of cationic starch is added to the thick stock and the ingredients listed in Table XVII, below are added to the furnish, as described in Example 1.

TABLE XVII

| Cationic Polymer lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Drainage In Seconds |
|---|---|---|---|
| 0.6 10 AETMAC/ 90 AMD | 0 | 5-Bentonite* | 158.2 sec. |
| 0.6 10 AETMAC/ 90 AMD | —5.0 | 0.5-30 AA/70 AMD/ 349 ppm MBA-130 nm | 141.6 sec. |

*Alum is added immediately before the cationic polymer.

The microbeads/alum gives a faster drainage rate than the commercial bentonite system used in the mills routine production of paper. Other experimental results in lesser conclusive effectiveness with this pulp.

### EXAMPLE 18

Microbead retention efficiency is evaluated on papers made using a pilot Fourdrinier papermaking machine. The paper stock consists of pulp made from 70% hardwood and 30% softwood containing 25% calcium carbonate and 5 lbs/ton of cationic starch. The additives in the Table XVIII, below, are placed into the furnish in

**20**

successive runs and first pass retention percentages are measured. A 46 lb base weight paper is made.

The cationic, high molecular weight polymer is added just before the fan pump, the anionic microbead is added just before the pressure screen and alum, when added, is added just before the cationic polymer. Results are set forth in Table XVIII, below

TABLE XVIII

| Cationic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Ash-First Retention % |
|---|---|---|---|
| 0 | 0 | 0 | 34.4% |
| 0.6-10 AETMAC/ 90 AMD | 0 | 7.0-Bentonite | 61.3% |
| 0.6-10 AETMAC/ 90 AMD | 2.5 | 0.25-30 AA/70 AMD/ 349 ppm MBA-150 nm SV-1.32 | 62.7% |
| 0.6-10 AETMAC/ 90 AMD | 2.5 | 0.50-30 AA/70 AMD/ 349 ppm MBA-150 nm SV-1.32 | 67.0% |

In this example, the combination of 0.5 lb/ton of microbeads and 2.5 lbs/ton of alum results in a 5.7% superior retention over 7.0 lbs/ton of bentonite alone. The 7.0 lbs/ton of bentonite is about equal to the combination of 0.25 lbs of beads and 2.5 lbs/ton of alum in retention properties, a significant dosage reduction.

### EXAMPLE 19

The same pilot paper machine and paper stock that was used in Example 18 is again used except that a 55 lb "basis weight" paper is made. Additives in Table XIX, below, are mixed into the furnish as in the preceding example on successive runs and retention values are measured.

TABLE XIX

| Cationic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Ash-First Pass Retention % |
|---|---|---|---|
| 0 | 0 | 0 | 39.3% |
| 0.6-10 AETMAC/ 90 AMD | 0 | 0 | 39.4% |
| 0.6-10 AETMAC/ 90 AMD | 0 | 7.0 Bentonite | 74.6% |
| 0.6-10 AETMAC/ 90 AMD | 2.5 | 0.5-30 AA/70 AMD/ 349 ppm MBA-150 nm SV-1.32 | 74.5% |
| 0.6-10 AETMAC/ 90 AMD | 5.0 | 0.5-30 AA/70 AMD/ 349 ppm MBA-150 nm SV-1.32 | 74.7% |

In comparing the heavier (55 lb) basis weight paper of Example 19 to that of Example 18 (46 lb), under all conditions, the heavier paper has better retention. With the heavier paper there is no significant difference in retention between the paper prepared with bentonite alone and that prepared with microbeads and either 2.5 lbs or 5 lbs of alum, except the significant dosage reduction i.e. 7 lbs. vs. 0.5 lb.

### EXAMPLE 20

The effect of microbead on paper formation is evaluated by treatment of an alkaline furnish containing 5.0 lbs/ton of starch with the additives listed in Table XX, below, as described in Example 18.

**B199**

CIBA 000011

5,167,766

21

## TABLE XX

| Cationic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Paprican* Microscanner SP/RMS Ratio |
|---|---|---|---|
| 1–10 AETMAC/90 AMD | 0 | 5-Bentonite | 66 |
| 1–10 AETMAC/90 AMD | 0 | 1–30 AA/70 AMD/349 ppm MBA-130 nm | 69 |

*Paper formation is measured on hand sheets in the Paprican micro-scanner as described by R. H. Trepanier, Tappi Journal, December pg. 153, 1989. The results indicate that the microbead treated paper has better formation at a lower dosage than the bentonite treated paper as the larger number signifies better formation.

### EXAMPLE 21

Using the paper stock of Example 20, except that the cationic starch concentration is increased to lbs/ton, formation is measured on paper made with the additives set forth in Table XXI.

## TABLE XXI

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Paprican Micro-scanner SP/RMS Ratio | Drainage Sec. |
|---|---|---|---|
| 1–10 AETMAC/90 AMD | 5-Bentonite | 73 | 42 |
| 1–55 AETMAC/45 AMD | 0.5–60 AA/40 AMD/1,381 ppm MBA | 81 | 38.9 |
| 1–55 AETMAC/45 AMD | 1.0–60 AA/40 AMD/1,381 ppm MBA | 77 | 33.5 |

Microbeads give superior hand sheet paper formation and better drainage times compared to bentonite, and at a lower dosage.

### EXAMPLE 22

To an alkaline furnish containing 5-lbs of cationic starch, the ingredients set forth in Table XXII are added to the furnish of Example 21 and formation is observed visually on the paper hand sheets, produced thereby.

## TABLE XXII

| Cationic Polymer lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Visual Formation | Drainage Sec. |
|---|---|---|---|---|
| 0.5–10 AETMAC/90 AMD | -0- | -0- | A | 87.8 |
| 0.5–10 AETMAC/90 AMD | -0- | 5-Bentonite | A | 57.5 |
| 0.5–10 AETMAC/90 AMD | 2.5 | 0.5–30 AA/70 AMD/349 ppm MBA -130 nm | A | 47.8 |
| 1.0–10 AETMAC/90 AMD | -0- | 5.0-Bentonite | B | 49.2 |
| 1.0–10 AETMAC/90 AMD | 2.5 | 0.5–30 AA/70 AMD/349 ppm MBA–130 nm | B | 39.8 |

*Alum is added immediately before the cationic polymer.

Hand sheets from the first three samples have equivalent formation (A) by visual observation. The last two samples (B) themselves have equivalent formation by visual observation but their formation is not as good as the first three sheets. The experiment shows the superior drainage times are achieved with a microbead alum combination with equivalent visual paper formation as compared to bentonite, above, at higher dosage.

### EXAMPLE 23

In order to evaluate a different type of anionic microparticle, three different particle sizes of hydrophobic polystyrene microbeads, stabilized by sulfate charges, are added to an alkaline paper stock containing 25% CaCO3 and 5 lbs/ton of cationic starch in the furnish.

22

Table XXIII sets forth the additives used and drainage times measured.

## TABLE XXIII

| Cationic Polymer lbs/Ton | Anionic Polystyrene Microbeads lbs/Ton | Drainage Sec. |
|---|---|---|
| 1.0 - 10 AETMAC/90 AMD | -0- | 103.9 Sec. |
| 1.0 - 10 AETMAC/90 AMD | -0- | 91.6 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Polystyrene beads - 98 nm | 79.8 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Polystyrene beads - 30 nm | 49.9 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Polystyrene beads - 22 nm | 42.2 Sec. |

It is noted that all three anionic polystyrene microbeads improved drainage time over the cationic polymer alone with the smallest bead being the most effective.

The results indicate that noncross-linked, polymeric, water-insoluble microbeads are effective in increasing drainage rates.

### EXAMPLE 24

A 30 nm polystyrene bead is compared to bentonite inperformance using the alkaline paper stock containing 5.0 lbs/ton of cationic starch, above described in Example 22. Results are set forth in Table XXIV.

## TABLE XXIV

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage Sec. |
|---|---|---|
| 1.0 - 10 AETMAC/90 AMD | -0- | 70.9 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Bentonite | 28.5 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 5.0 - Polystyrene Beads - 30 nm | 30.5 Sec. |

The results indicate that the 30nm polystyrene is substantially equivalent to bentonite.

### EXAMPLE 25

Microbead size of anionic polymer is studied by measuring drainage rates on the alkaline paper stock of Example 23 to which the additives of Table XXV are added. Results are specified therein.

## TABLE XXV

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage Sec. |
|---|---|---|
| 1.0 - 10 AETMAC/90 AMD | -0- | 106.8 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/349 ppm BMA - 130 nm | 72.2 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 2.0 - 40 AA/60 MBA - 220 nm | 71.7 Sec. |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ | 98.9 Sec. |

**B200**

CIBA 000012

5,167,766

23

TABLE XXV-continued

| Cationic Polymer lbs/Ton | Anionic Microbead lbs/Ton | Drainage Sec. |
|---|---|---|
| | 50 ppm MBA - 1,000-2,000 nm | |
| 1.0 - 10 AETMAC/90 AMD | 2.0 - 30 AA/70 AMD/ 50 ppm MBA - 1,000-2,000 nm | 101.6 Sec. |

Both the 130 nm and 220 nm in diameter microbeads reduce drainage times over that of stock without microbeads by 33%. However, when the diameter of the anionic microbead is increased to 1,000 to 2,000 nm, drainage is not significantly effected.

EXAMPLE 26

Using the same paper stock as in Example 22 the ingredients shown in Table XXVI are added in successive order, as in the previous examples. The results are specified.

TABLE XXVI

| Cationic Polymer lbs/Ton | Anionic Microbeads lbs/Ton | Drainage Sec. |
|---|---|---|
| -0- | -0- | 135.6 Sec. |
| 1.0 - 55 AETMAC/45 AMD | -0- | 99.6 Sec. |
| 1.0 - 55 AETMAC/45 AMD | 0.5 - 30 AA/70 AMD/ 1000 ppm MBA- 2% surfactant- 464 nm | 86.7 Sec |
| 1.0 - 55 AETMAC/45 AMD | 0.5 lbs 30 AA/70 AMD/ 1,000 ppm MBA - 4% surfactant- 149 nm | 59.3 Sec |
| 1.0 - 55 AETMAC/45 AMD | 0.5 lbs 30 AA/70 AMD/ 1,000 ppm MBA- 8% surfactant 106 nm | 54.5 Sec. |

Increased drainage rate is achieved as the microbead becomes smaller. Compared to the drainage time of 99.6 seconds without microbeads, the 464nm microbead results in a 12.9% reduction and the 149nm microbead a 40% reduction, showing the effect of small diameter organic microparticles.

EXAMPLE 27

To the same stock that was used in Example 23, the ingredients set forth in Table XXVII are added, as in said example.

TABLE XXVII

| Cationic Polymer lbs/ton | Anionic Microbeads lbs/Ton | Drainage Sec. |
|---|---|---|
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 66.3 |
| 1.0 - 10 AETMAC/90 AMD | 0.5 - 30 APS/70 AMD/ 995 ppm MBA SV-1.37 mPa.s | 67.0 |

The microbeads of the 30 AA/70 AMD/349 ppm MBA copolymer and those of the 30 APS/70 AMD/995 ppm MBA copolymer when used with cationic polymers, produces paper with almost identical drainage times, even though one has a carboxylate and the other has a sulfonate functional group. That the anionic beads have different chemical compositions and a differing degree of cross-linking yet yield similar

24

properties is attributed to this similar charge densities and similar particle size. The acrylic acid microbead has a diameter of 130 nm and the 2-acrylamido-2-methyl-propane sulfonic acid microbead is of a similar size due to the similar way in it was made.

EXAMPLE 28

The effect of different shear conditions on the relative performance of the anionic microbead compared to bentonite is shown in Tables XXVII A & B. Drainage testing is carried out as described in Example 1, on an alkaline furnish containing 5.0 lbs. of cationic starch subjected to four different shear conditions.

TABLE XXVIII-A

| | Stirring R.P.M. and Time* | |
|---|---|---|
| Condition | Cationic Polymer | Microbead |
| A | 800 rpm-30 sec. | 800 rpm-30 sec. |
| B | 1,500 rpm-30 sec. | 800 rpm-30 sec. |
| C | 1,500 rpm-60 sec. | 800 rpm-30 sec. |
| D | 1,500 rpm-60 sec. | 1,500 rpm-5 sec. |

High molecular weight cationic polymer is added to the furnish in a vaned Britt jar under agitation and agitation is continuous for the period specified before the microbead is added as in Example 1, agitation is continued, and the drainage measurement taken.

TABLE XXVIII-B

| Cationic Polymer | Anionic Microbead | Drainage in Seconds Shear Conditions | | | |
|---|---|---|---|---|---|
| | | A | B | C | D |
| 0.6 lbs. 10 AETMAC/90 | 5.0 lbs. Bentonite | 52.6 | 56.1 | 57.8 | 49.6 |
| 0.6 lbs.* 10 AETMAC/90 AMD | 0.5 lbs 30AA/ 70 AMD-349 ppm MBA-130 nm | 45.9 | 48.3 | 52.3 | 44.5 |

*5.0 lbs. of alum is added immediately before the cationic polymer.

The relative performance of the anionic microbead remains the same under different test shear conditions.

EXAMPLE 29

The utility of polymeric anionic microbeads in acid paper stock is established as follows. To an acid paper stock made from ⅜ chemical pulp ¼ ground wood fiber, and containing 15% clay and 10 lbs/ton of alum at a pH of 4.5 are added and the listed ingredients of Table XXIX below.

TABLE XXIX

| Anionic Microbead lbs/Ton | Drainage using Cationic Polymer 10 AETMAC/ 90 AMD 0.5 lbs/Ton | Drainage using Cationic Polymer 10 AETMAC/ 90 AMD 1.0 lbs/Ton |
|---|---|---|
| -0- | 64.2 Sec. | 52.2 Sec. |
| 5.0 - Bentonite | 57.0 Sec. | 47.0 Sec. |
| 0.5 - 30 AA 70 AMD/ 349 ppm MBA - 130 nm | 53.3 | 42.1 Sec. |
| 1.0 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | --- | 38.7 Sec. |

Thus, in acid paper processes,0.5 lb of polymeric anionic microbeads is superior to 5.0 lbs of bentonite in increasing drainage. At a level of 1.0 lbs/ton of cationic polymer, 5.0 lb/ton of bentonite lowers drainage time 10% while 0.5 lb/ton of microbeads lowers it 19.3% and 1.0 lb/ton of microbeads lowers it 25.9%.

B201

CIBA 000013

5,167,766

25

## EXAMPLE 30

This example demonstrates the effect of alum on drainage in the acid paper process when acid stock from Example 29 is used without initial alum addition. A set of drainage times is measured for this stock without alum present and a second series is measured with 5.0 lbs/ton of added alum and with the ingredients set forth in Table XXX. The enhancement of drainage time with the added alum is a significant advantage of the present invention.

### TABLE XXX

| Cationic Polymer | Anionic Microbead | Drainage in Seconds Alum in Stock | |
|---|---|---|---|
| lbs/Ton | lbs/Ton | -0- | 5 lbs/Ton |
| 1.0 - 10 AETMAC/ 90 AMD | 5.0 - Bentonite | 43.0 | 43.5 |
| 1.0 - 55 AETMAC/ 45 AMD | 1.0 - 30 AA/70 AMD/ 349 ppm MBA - 130 nm | 42.1 | 29.1 |

C = Comparative Test

## EXAMPLE 31

In recent years cationic potato starch and silica have been found to give improved drainage times when used in alkaline papermaking processes. The effectiveness of polymeric microbeads compared to the silica system is shown in Table XXXI using the ingredients set forth therein on to the alkaline paper stock of, and in accordance with, Example 1.

### TABLE XXXI

| Cationic Potato Starch lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Drainage Seconds |
|---|---|---|---|
| 0 | 0 | 0 | 119.1 |
| 15-Starch | 0 | 0 | 112.7 |
| 15-Starch | 5.0 | 0 | 84.3 |
| 15-Starch | 5.0 | 3.0-Silica-5 nm | 38.5 |
| 15-Starch | 5.0 | 1.0-30 AA/70 AMD/ 349 ppm MBA-130 nm | |
| 30-Starch | 0 | 3.0-Silica-5 nm | 46.3 |

*Alum is added immediately before the addition of cationic potato starch.

The addition of 15 lbs/ton of starch, 5 lbs/ton of Alum and 3.0 lbs/ton of silica reduces the drainage time 67.7%, however replacement of the silica with 1.0 lb/ton of organic anionic microbeads reduces the drainage time 69.2% which is slightly better than the silica system with far less added material.

## EXAMPLE 32

The polymeric, anionic microbead and the silica starch systems of Example 31 are compared for first pass retention values using the alkaline paper stock of Example 2. The results are shown in Table XXXII, below.

### TABLE XXXII

| Cationic Potato Starch lbs/Ton | Alum* lbs/Ton | Anionic Microparticle lbs/Ton | First Pass Retention % |
|---|---|---|---|
| 0 | 0 | 0 | 25% |
| 15-Starch | 0 | 3.0-Silica 5 nm | 31.7% |
| 15-Starch | 2.5 | 0.5-30 AA/70 AMD/ 349 ppm MBA-130 nm | 37.4% |
| 15-Starch | 2.5 | 1.0-30 AA/70 AMD/ 349 ppm MBA-130 nm | 46.6% |

*Alum is added immediately before the addition of cationic potato starch.

26

The retention values of starch and 3.0 lbs/ton of silica are surpassed by replacing the silica with 2.5 lbs/ton alum and either 0.5 lbs/ton of microbead or 1.0 lb/ton of microbeads. The process of the instant invention results in a 15.25% and a 34.1% improvement in retention values, respectively, over silica.

## EXAMPLE 33

Retention values using silica and the organic anionic microbead of Table XXXIII are compared in a pilot Fourdrinier papermaking machine. The paper stock consists of pulp made from 70% hardwood and 30% softwood containing 25% calcium carbonate and 5 lbs/ton of cationic starch. The cationic potato starch is added immediately before the fan pump. The anionic microbeads and alum are added as in Example 18.

### TABLE XXXIII

| Cationic Potato Starch lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | Ash Retention % |
|---|---|---|---|
| 0 | 0 | 0 | 34.4 |
| 20 | 0 | 3.0-Silica 5 nm | 49.2 |
| 20 | 5.0 | 3.0-Silica 5 nm | 66.3% |
| 20 | 5.0 | 1.0-30 AA/70 AMD 349 ppm MBA-150 nm SV-1.32 | 68.7% |

Alum improves the retention values of silica and the alum/silica system retention of 66.3% is slightly less than that of the alum/organic anionic microbead system of 68.7% (3.5% improvement) with 166 the concentration of microbead.

## EXAMPLE 34

A comparison of drainage times between the anionic, organic, microbead system and the silica system is made using the paper stock described in Example 13. It is noted that this stock contains 16 lbs/ton of cationic potato starch and 6 lbs/ton of alum. The additives of the Table XXXIV are added in successive runs.

### TABLE XXXIV

| Cationic Potato Starch lbs/Ton | Alum** lbs/Ton | Anionic Microparticle lbs/Ton | Drainage Seconds |
|---|---|---|---|
| 15 | 0 | 3.0-Silica 5 nm | 42.5 |
| 15* | 0 | 3.0-Silica 5 nm | 55.6 |
| 15 | 2.5 | 1.0-30 AA/70 AMD/ 349 ppm MBA-130 nm | 28.7 |

**Alum is added immediately before the addition of cationic potato starch.
(*Reverse addition of silica before starch)

The silica/starch system is inferior in drainage time to that of the organic microbead system (1.0 lb and 2.5 lbs alum).

## EXAMPLE 35

With the same stock as in Example 34, organic, anionic, microbead and silica systems, using a anionic polymer added to the furnish, are compared as to drainage times as in said Example. Alum and cationic starch are added where indicated and the furnish is stirred at 800 r.p.m. for 30 seconds. The anionic acrylamide copolymers and, if added, silica or microbeads are added together to the furnish and stirred for a further 30 seconds at 800 r.p.m. before the drainage rate is measured. See Table XXXV.

**B202**

CIBA 000014

27                                    5,167,766                                    28

## TABLE XXXV

| Anionic Polymer Retention Aid lbs/Ton | Alum* lbs/Ton | Anionic Microbead lbs/Ton | Drainage Seconds |
|---|---|---|---|
| 0 | 0 | 0 | 52.4 |
| 0.3-30 AA/70 AMD | 0 | 0 | 62.1 |
| 0.3-30 AA/70 AMD | 5.0 | 0 | 59.4 |
| 0.3-30 AA/70 AMD | 0 | 0.5-Silica-5 nm | 50.4 |
| 0.3-30 AA/70 AMD | 0 | 1.0-Silica-5 nm | 47.5 |
| 0.3-30 AA/70 AMD | 5.0 | 0.5-30 AA/70 AMD/349 ppm MBA-130 nm | 42.2 |
| 0.3-30 AA/70 AMD and 10-additional cationic starch | 0 | 1.0-Silica-5 nm | 41.3 |
| 0.3-30 AA/70 AMD and 10 additional cationic starch | 5.0 | 0.5-30 AA/70 AMD/349 ppm MBA-130 nm | 28.4 |

*Alum is added immediately before the addition of cationic potato starch where both are used.

Silica improves drainage times when compared to the anionic acrylamide polymer alone; however, the anionic organic microbeads, in replacing the silica, give even better drainage times with alum. Additional cationic potato starch in the furnish allows the microbead system to produce even faster drainage times.

### EXAMPLE 36

Comparative retention values are determined for an organic anionic microbead versus a silica system using an anionic polymer and the paper stock of Example 13. The additives, as specified in Table XXXVI, are added as in Example 35.

### TABLE XXXVI

| Anionic Polymer lbs/Ton | Alum lbs/Ton | Anionic Microbead lbs/Ton | First Pass Retention % |
|---|---|---|---|
| 0.3-30 AA/70 AMD | 0 | 0 | 34.3 |
| 0.3-30 AA/70 AMD | 5.0 | 0 | 37.3 |
| 0.3-30 AA/70 AMD | 0 | 1.0-Silica-5 nm | 34.0 |
| 0.3-30 AA/70 AMD | 0 | 0.5-30 AA/70 AMD/349 ppm MBA-130 nm | 40.3 |
| 0.3-30 AA/70 AMD | 5.0 | 0.5-30 AA/70 AMD 349 ppm MBA-130 nm | 52.6 |

Retention values with 0.3 lb/ton of anionic polymer, with and without silica, are identical at 34% and addition of 5.0 lbs/ton of alum and no silica actually increases retention to 37.3%.

Anionic polymers, in combination with organic anionic microbeads however, give better retention values without (40.3%) and with alum (52.6%) when compared to the silica system (34%). This retention when combined with the faster drainage rates of the organic anionic microbeads shown in Table XXXV, makes them preferable to either the silica or bentonite systems usually used commercially.

### EXAMPLE 37

The effect of cationic organic, microbeads is now examined. To an alkaline furnish containing 25% calcium carbonate, 15 lbs. of cationic starch and 5 lbs. of alum and of a pH of 8.0, the ingredients of Table XXXVII are added. The anionic polymer is added first and the cationic, organic microbead is added second.

### TABLE XXXVII

| Anionic Polymer (Linear) lbs/Ton | Cationic Microbead or Polymer lbs/Ton | Drainage Seconds |
|---|---|---|
| -0- | -0- | 142.7 |
| 0.5 - 30 AA/70 AMD | -0- | 118.5 |
| 0.5 - 30 AA/70 AMD | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA- 100 nm | 93.3 |
| 0.5 - 30 AA/70 AMD | 0.5 - 40 AETMAC/60 AMD/ 100 ppm MBA - 1,000 nm | 113.9 |
| 0.5 - 30 AA/70 AMD | 0.5 - 40 AETMAC/60 AMD/ linear Polymer (not a microbead) | 98.7 |

The addition of 0.5 lb/ton of cross-linked cationic microbead—100 nm results a drainage time reduction of 25.2%. Addition of 0.5 lb/ton of linear cationic polymer causes a drainage time reduction but is not as effective as the cationic microbeads of the present invention.

### EXAMPLE 38

To an acid paper stock made from ⅜ chemical pulp, ⅜ ground wood fiber and 15% clay are added 20 lbs/ton of alum. Half the stock is adjusted to pH 4.5 and remainder is adjusted to pH 5.5. The ingredients shown in Table XXXVIII are added in the same order as Example 37.

### TABLE XXXVIII

| Anionic Polymer lbs/Ton | Cationic Polymer lbs/Ton | Cationic Microbead lbs/Ton | Drainage Time In Seconds pH 4.5 | Drainage Time In Seconds pH 5.5 |
|---|---|---|---|---|
| -0- | -0- | -0- | 103.4 | — |
| 0.5-7 AA/93 AMD | -0- | -0- | 88.4 | 59.8 |
| 0.5-10 APS/90 AMD | -0- | -0- | 95.0 | 59.7 |
| -0- | 0.5-10 AETMAC/90 AMD | -0- | 69.5 | 73.3 |
| -0- | 0.5-40 AETMAC/60 AMD | -0- | 72.9 | 69.4 |
| -0- | -0- | 0.5-40 AETMAC/60 AMD/ 100 ppm MBA-100 nm | 74.0 | 74.7 |
| -0- | -0- | 0.5-40 AETMAC/60 AMD/ 100 ppm MBA-1,000 nm | 94.6 | 92.8 |
| 0.5-7 AA/93 AMD | 0.5-40 AETMAC/60 AMD | -0- | 65.2 | 56.0 |
| 0.5-7 AA/93 AMD | -0- | 0.5-40 AETMAC/60 AMD/ 100 ppm MBA-100 nm | 70.5 | 53.4 |
| 0.5-7 AA/93 AMD | -0- | 0.5-40 AETMAC/60 AMD/ 100 ppm MBA-1,000 nm | 92.7 | 62.8 |
| 0.5-10 APS/90 AMD | 0.5-40 AETMAC/60 AMD | -0- | 72.3 | 55.4 |
| 0.5-10 APS/90 AMD | -0- | 0.5-40 AETMAC/60 AMD/ 100 ppm MBA-100 nm | 74.9 | 54.5 |
| 0.5-10 APS/90 AMD | -0- | 0.5-40 AETMAC/60 AMD/ | 99.7 | 70.7 |

B203

CIBA 000015

29    5,167,766    30

TABLE XXXVIII-continued

| Anionic Polymer lbs/Ton | Cationic Polymer lbs/Ton | Cationic Microbead lbs/Ton | Drainage Time In Seconds | |
|---|---|---|---|---|
| | | | pH 4.5 | pH 5.5 |
| | | 100 ppm MBA-1,000 nm | | |

## EXAMPLES 39-45

Following the procedure of Example 2, various microbeads, high molecular weight (HMW) polymers and polysaccharides are added to paper-making stock as described therein. In each instance, similar results are observed.

| Example No. | Microbead | Polysaccharide | HMW Polymer |
|---|---|---|---|
| 39 | AM/MAA (50/50) | Cationic Guar | AM/DADM (70/30) |
| 40 | AM/VSA (65/35) | — | Mannich PAM |
| 41 | Mannich PAM | CMC | AM/AA (80/20) |
| 42 | AM/DADM (75/25) | — | PAA |
| 43 | P(DMAEA) | — | — |
| 44 | P(AA) | Cationic Guar | AM/DMAEA |
| 45 | AM/AA (25/75) | Cationic Guar | AM/AA (70/30) |

AM = Acrylamide
MAA = Methacrylic acid
VSA = Vinyl Sulfonic acid
DADM = Diallyldimethylammonium chloride
P(AA) = Polyacrylic acid
P(DMAEA) = Poly(dimethylaminoethylacrylate) quaternary
CMC = Carboxymethyl cellulose
Mannich = Polyacrylamide reacted with formaldehyde and
PAM    dimethyl amine
alone.

We claim:

1. A method of making paper which comprises adding to an aqueous paper furnish from about 0.05 to about 20 lbs/ton, based on the dry weight of paper furnish solids, of an ionic, organic, cross-linked polymeric microbead, the microbead having an unswollen particle diameter of less than about 750 nanometers and an ionicity of at least 1%, but at least 5%, if anionic and used alone.

2. Paper produced by the method of claim 1.

3. A method according to claim 1 wherein from about 0.05 to about 20 lbs/ton, same basis, of a high molecular weight, ionic polymer is added to said furnish in conjunction with said microbead.

4. Paper produced by the method of claim 3.

5. A method according to claim 3 wherein the microbead and the high molecular weight ionic polymer have opposite charges.

6. Paper produced by the method of claim 5.

7. A method according to claim 3 wherein said ionic polymer is anionic.

8. Paper produced by the method of claim 7.

9. A method according to claim 3 wherein said ionic polymer is cationic.

10. Paper produced by the method of claim 9.

11. A method according to claim 1 wherein from about 1.0 to about 50 lbs/ton, same basis, of an ionic polysaccharide is added to said furnish in conjunction with said microbead.

12. Paper produced by the method of claim 11.

13. A method according to claim 11 wherein said polysaccharide is cationic.

14. Paper produced by the method of claim 13.

15. A method according to claim 11 wherein said polysaccharide is anionic.

16. Paper produced by the method of claim 15.

17. A method according to claim 11 wherein the polysaccharide is starch.

18. Paper produced by the method of claim 17.

19. A method according to claim 1 wherein said microbead is a polymer of acrylamide.

20. Paper produced by the method of claim 19.

21. A method according to claim 1 wherein the furnish contains a size, a strength additive a promotor, a polymeric coagulant, a dye fixative or a mixture thereof.

22. Paper produced by the method of claim 21.

23. A method according to claim 1 wherein from about 0.1 to about 20 pounds of an active, soluble aluminum species is also added per ton of paper furnish solids to the furnish.

24. Paper produced by the method of claim 23.

25. A method according to claim 23 wherein the species is alum, polyhydroxyaluminum chloride and/or sulfate or mixtures thereof.

26. Paper produced by the method of claim 25.

27. A method according to claim 1 wherein bentonite or silica is added in conjunction with the microbead.

28. Paper produced by the method of claim 27.

* * * * *

B204

CIBA 000016

# APPENDIX RANGE B205 TO B214 HAS BEEN REDACTED

Case 1:04-cv-00293-KAJ    Document 337-2    Filed 02/03/2006    Page 26 of 44

# United States Patent [19]

Robinson et al.

[11] **4,339,371**

[45] **Jul. 13, 1982**

[54] **HIGH CONCENTRATION WATER-SOLUBLE POLYMERS IN WATER-IN-OIL EMULSIONS**

[75] Inventors: Peter M. Robinson, Milford; David H. Rakowitz, Cos Cob; Lesley J. Nowakowski, Shelton, all of Conn.

[73] Assignee: American Cyanamid Company, Stamford, Conn.

[21] Appl. No.: 245,793

[22] Filed: Mar. 20, 1981

### Related U.S. Application Data

[63] Continuation-in-part of Ser. No. 193,517, Oct. 2, 1980, abandoned.

[51] Int. Cl.³ ............................................. C08L 33/00
[52] U.S. Cl. ............................... 524/310; 524/458; 524/460; 524/517

[58] Field of Search .............. 260/29.6 RW, 29.6 WB, 260/29.6 WQ

[56] **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,256,233 | 6/1966 | Hahn | 260/29.6 RW |
| 3,380,944 | 4/1968 | Kay | 260/29.6 RW |
| 3,806,485 | 4/1974 | Frisque | 260/29.6 NR |

*Primary Examiner*—Paul R. Michl
*Attorney, Agent, or Firm*—Michael J. Kelly; William H. Calnan; Bruce F. Jacobs

[57]    **ABSTRACT**

Water-in-oil emulsions containing high concentrations of water-soluble polymers are prepared by incorporating therein an oil-soluble, water-insoluble polymeric surfactant prepared from maleic anhydride and a comonomer.

**26 Claims, No Drawings**

**B215**

4,339,371

1

## HIGH CONCENTRATION WATER-SOLUBLE POLYMERS IN WATER-IN-OIL EMULSIONS

This application is a continuation-in-part of our prior U.S. application Ser. No. 193,517, filed Oct. 2, 1980 and now abandoned.

This invention relates generally to water soluble polymers dispersed in water-in-oil emulsions. More particularly, the present invention relates to stable water-in-oil emulsions which contain a high concentration of finely dispersed water-soluble polymeric particles and an oil-soluble, water-insoluble polymeric surfactant therein. The stability at the high concentration is made possible by the use of the polymeric surfactants of this invention.

Water-in-oil emulsions having water-soluble polymers dispersed therein are well known in the art. Such emulsions have found a wide variety of uses, for example, as flocculants in the mining industry and in sewage treatment, and as mobility control agents in enhanced oil recovery. However, commercially available stable emulsions have a relatively low polymeric solids content. Accordingly, large volumes of these emulsions must be used, and shipment and storage costs are high.

Heretofore, the most successful method of dealing with this problem was to concentrate low solids emulsions following their preparation. Various concentration processes are disclosed in U.S. Pat. Nos. 3,849,361, 4,021,399 and 4,052,353. However, each of these processes necessitates the additional costly step of concentrating the emulsion. Thus it would be an advancement in the art if stable emulsions containing high concentrations of polymeric solids could be prepared without the requirement of such additional step.

It is, accordingly, an object of the instant invention to provide a method to directly prepare a high polymeric solids content water-in-oil emulsion which possesses excellent stability.

Other objects will become apparent from the ensuing description.

It has been discovered that the addition of certain oil-soluble, water-insoluble polymeric surfactants will permit the water-soluble polymeric solids content in a water-in-oil emulsion to be increased from the current levels of from 20% to 30% to from about 40% to 60% based upon the total emulsion weight, i.e. water, oil and polymer, without the necessity of concentrating the emulsion to achieve this result. The emulsions possess excellent mechanical stability. The emulsions also show significantly improved stability to sedimentation and to inorganic salt breaking which is a problem when the emulsions are produced on a commercial scale using industrial machinery and in industrial use. The oil-soluble, water-insoluble polymeric surfactant of the present invention has the general formula:



wherein x is a whole number greater than about 5, the mole ratio of a:b is from 3:1 to 1:3, provided the HLB number is maintained at less than about 14, preferably

2

less than about 10; and $R_1$, $R_2$, $R_3$ and $R_4$ are each independently hydrogen, alkyl ($C_{1-48}$), alkoxy ($C_{1-48}$), alkenyl ($C_{2-48}$), aryl ($C_{6-12}$) or alkaryl ($C_{7-12}$) with the proviso that $R_1$, $R_2$, $R_3$ and $R_4$ are such that the polymeric surfactant is oil-soluble and water-insoluble.

Preferred surfactants correspond to the above formula wherein x is about 100 to 400, the ratio of a:b is about 1:1, $R_1$, $R_2$ and $R_3$ are hydrogen and $R_4$ is $C_{16}H_{33}$ or $C_{12}H_{24}$.

The polymeric surfactant may be prepared in any suitable manner, generally by reacting maleic anhydride with an appropriate comonomer. Such preparation may, for example, be conducted in the manner disclosed in U.S. Pat. No. 3,732,337, which is incorporated herein by reference. It is to be noted, however, that the particular method of preparing the polymeric surfactant does not constitute a feature of this invention. Such a material is available as, for example, PA-18 or PA-14 from Gulf.

The polymeric surfactant is added to the emulsion in an amount effective to stabilize the same. Preferably, the polymeric surfactant is present in an amount equal to from about 0.1 to 3 percent, by weight, based on the total emulsion weight. Most preferably, the polymeric surfactant is present in an amount equal to from about 0.15 to 1 percent, by weight, based on the total emulsion weight.

Also within the scope of the above definition of the polymeric surfactant are suitable oil-soluble, water-insoluble derivatives thereof. As this is obvious to those skilled in the art, such derivatives may be prepared by reaction of the polymeric surfactant with, for example, an alcohol or an amine. British Pat. No. 1,093,081 discloses the use of a surfactant similar to a cationic derivative of this invention as a dispersing agent for fine particles in non-aqueous solvents.

It has been further discovered that the stability of the high polymeric solids content water-in-oil emulsions may be more greatly enhanced when the hereinabove described polymeric surfactant is used in conjunction with a secondary oil-soluble, water-insoluble polymeric surfactant which is a linear ABA block copolymer of polyester-polyalkylene oxide-polyester wherein the alkylene oxide content is less than about 40 percent, by weight. Preferably, the alkylene oxide content is about 30 percent. Examples of such copolymers are disclosed in U.S. Pat. No. 4,203,877, incorporated herein by reference.

When the secondary polymeric surfactant is used, it is present in an amount effective to enhance the stability of the emulsion. Generally, it is present in an amount equal to from about 0.1 to 3 percent by weight, based on the total emulsion weight. Preferably, it is present in an amount equal to from about 0.15 to 1 percent by weight, based on the total emulsion weight. It is noted that, when the two polymeric surfactants are employed, the total amount of these surfactants generally does not exceed about 3 percent, by weight, of the emulsion. However, more may be used.

Either or both of the polymeric surfactant, and the secondary polymeric surfactant of this invention may be added prior to polymerization, during polymerization, or after polymerization if the system has not previously gelled. Preferably the polymeric surfactant is added prior to polymerization as it has been found to allow the use of higher polymerization temperatures.

B216

4,339,371

| 3 | 4 |

The emulsion of the instant invention is so termed because the diameters of the dispersed water-soluble polymeric particles range generally from 0.1 to 10 microns, with about 95% of the particles measuring from about 0.7 to 2.5 microns in diameter. This is to be contrasted with a suspension, such as that which is the subject of British Pat. No. 1,329,062, wherein the particle diameters range generally up to 150 microns. Commercial suspensions normally have particle sizes in the 30 to 150 micron range.

Although the present invention has been found to be independent of the particular emulsion polymerization method employed, certain preferences are delineated in the general description of emulsion preparation which follows:

A preliminary emulsion is made by homogenizing oil and aqueous phases. The oil phase of the emulsion, which generally comprises from about 5 to 40 percent by weight of the emulsion, is comprised of one or more inert hydrophobic liquids. Preferably, the oil phase comprises from about 20 to 30 percent of the emulsion. The oil used may be selected from a large class of organic liquids which are immiscible with water, including liquid hydrocarbons and substituted liquid hydrocarbons. As representative examples there may be mentioned benzene, xylene, toluene, mineral oils, kerosenes, napthas, chlorinated hydrocarbons, such as perchloroethylene, and the like.

The oil phase also contains one or more conventional emulsion polymerizaton stabilizers. Such stabilizers are well known to the art, and those preferred for water-in-oil emulsions include the sorbitan esters. The most preferred conventional stabilizer is sorbitan mono-oleate. The conventional stabilizer is present in an amount sufficient to stabilize the emulsion during polymerization. Although the amount will vary depending upon, inter alia, the monomers used and polymerization conditions, generally from about 0.5 to 5.0 percent by weight, based upon the total emulsion weight, is used. The emulsion polymerization stabilizer by itself, even in an increased amount, has been found incapable of stabilizing a resultant emulsion having about 40 to 60% solids.

The aqueous phase generally comprises from about 95 to 60 percent, by weight, of the emulsion. Preferably, it comprises from about 80 to 70 percent thereof. In addition to the water, the aqueous phase contains the desired monomers to be polymerized, in an amount equal to from about 40 to 60% by weight, based on the total weight of the emulsion, and generally a chain transfer agent and an initiator. Alternatively, the chain transfer agent and/or the initiator may be added to the system after the preliminary emulsion has been prepared. The initiator may also be added continuously during polymerization to control the rate of polymerization depending upon the particular monomers used and their reactivity. Further alternatively, the initiator may be present in either phase with the monomers being added either continuously or incrementally thereafter. Or the initiator and the monomers may all be added to the preliminary emulsion.

Any monomers which, when polymerized or copolymerized, yield water-soluble polymers, may be used in the present invention. The term "water-soluble" means that the polymer is soluble in water in an amount of at least 1% by weight. The polymer may be either anionic, non-ionic or cationic. Examples of monomers which yield such water soluble polymers or copolymers include acrylamide, acrylic acid and its salts, methacryl-

amide, methacrylic acid and its salts, maleic acid and its salts, methyl acrylate, ethyl acrylate, propyl acrylate, methyl methacrylate, ethyl methacrylate, dimethylaminoethyl acrylate, dimethylaminoethyl methacrylate, diethylaminoethyl acrylate, diethylaminoethyl methacrylate, hydroxyethyl acrylate, hydroxyethyl methacrylate, diethylaminoethyl acrylate methylsulfate, dimethylaminoethyl methacrylate methylchloride quaternary, styrene, acrylonitrile, 2-acrylamido-2-methylpropane sulfonic acid and its salts, 3-(methylacrylamido)propyltrimethylammonium chloride, vinyl methyl ether, vinyl ethyl ether, alkali metal and ammonium salts of vinyl sulfonic acid, vinyl pyridine, vinyl pyrrolidone, vinyl imidazole, diallyl dimethylammonium chloride and the like. Preferably, the monomers are selected from acrylamide, acrylic acid and its salts, a quaternary of dimethylaminoethylmethacrylate, and 3-(methylacrylamido)propyl-trimethylammonium chloride. Most preferably, the polymer is polyacrylamide, polyacrylic acid, or a copolymer of acrylamide and acrylic acid.

Generally, an anionic polymeric surfactant is used when the water soluble polymer is anionic, and a cationic polymeric surfactant is employed when the water-soluble polymer is cationic. A non-ionic polymeric surfactant may be utilized for any type of water-soluble polymer. However, it is not critical that this practice be followed. Again, routine experimentation will determine optimum combinations.

Any conventional chain transfer agent may be employed, such as propylene glycol, isopropanol, 2-mercaptoethanol, dodecyl mercaptan and thioglycolic acid. The chain transfer agent is generally present in an amount equal to from about 0.1 to 10.0 percent, by weight, based on the total emulsion weight. However, more of the chain transfer agent may be added.

The initiator may be any free radical producing material well known in the art. The preferred free radical initiators are the peroxide-type polymerization initiators and the azo-type polymerization initiators. Generally the amount of initiator utilized is from about 0.0005 to 0.5 percent by weight, based upon the total emulsion weight. Radiation may also be used to initiate the reaction, if desired.

A sequestering agent may also be present in the aqueous phase. Although the preferred sequestering agent is ethylenediamine tetraacetic acid (EDTA), other sequestering agents, such as pentasodium diethylenetriamine pentaacetate, may be employed. Usually from about 0.01 to 2.0 percent by weight based on the weight of the emulsion, of the sequestering agent is added, although more may be used.

Following preparation of the preliminary emulsion, polymerization of the monomers is commenced at a temperature sufficiently high to break down the initiator to produce the desired free radicals. Generally a suitable range of temperatures is about −20° C. to 200° C., with preferred temperatures about 20° C. to 100° C. Preferably the polymerization is run at a pH of about 2–12, and a suitable amount of ammonia or other base, or acid, may be added to the preliminary emulsion to achieve the desired pH. The polymerization is usually completed in from about an hour or two to several days, depending upon the monomers employed and other reaction variables. It is generally carried out at atmospheric pressure, but super-atmospheric pressure is advantageously used when volatile ingredients are involved.

4,339,371

5

Following completion of the polymerization, the pH of the emulsion may be adjusted as desired. For an anionic polymer emulsion, this is generally about 4–10. For a cationic polymer emulsion, this is typically about 3–5. For a non-ionic polymer emulsion, it is about 3–7. A breaker surfactant may also be added to yield a single package final product. Any suitable breaker surfactant may be employed, experimentation being the best means of determining which breaker surfactant will perform optimally with a given emulsion system. A preferred breaker surfactant is a compound prepared by reacting ethylene oxide with nonyl phenol. Typically, the breaker surfactant is added in an amount equal to from about 0.5 to 5.0 percent by weight, based on the total emulsion weight. Preferably, from about 1.5 to 3.5 percent of the breaker surfactant is added.

Once prepared, the emulsions of the present invention may be chemically modified in any known manner. The term chemically modified is intended to cover further treatment of the dispersed water-soluble polymer and/or the addition of components to the dispersed water-soluble polymer which, without the stabilization provided by the oil-soluble, water-insoluble polymeric surfactants of the present invention, would cause the normally water-soluble polymeric particles to coagulate or agglomerate. Examples of such further treatments are disclosed in U.S. Pat. Nos. 4,052,353 and 4,171,296, incorporated herein by reference. The emulsion of the present invention may also be concentrated in any suitable manner, such as, is disclosed in U.S. Pat. No. 4,021,399, incorporated herein by reference.

The following examples are illustrative of the present invention, but are not in any way a limitation thereof. All parts and percentages are by weight unless otherwise specified.

### EXAMPLE 1

A water phase containing 173.9 g. of acrylamide, 75.4 g. of acrylic acid, about 19 g. of ammonia, 5.2 g. of propylene glycol, 0.48 g. of the disodium salt of ethylene diaminetetraacetic acid, and 0.008 g. of tertiary butyl hydroperoxide in 138.6 g. of water (for a total aqueous phase of 412.6 g.) and an oil phase containing 143.1 g. oil, 11.4 g. of sorbitan mono-oleate and 2.85 g. of an oil-soluble, water-insoluble polymeric surfactant having the formula:

$$\left[\begin{array}{c} R_3 \quad R_2 \\ | \quad | \\ \left[\begin{array}{c} | \quad | \\ R_4 \quad R_1 \end{array}\right]_a \end{array} \left[\begin{array}{c} CH{-}CH \\ | \quad | \\ C \quad C \\ \diagdown \quad \diagup \quad \diagdown \quad \diagup \\ O \quad O \quad O \end{array}\right]_b\right]_x$$

where x is about 100 to 400, the ratio of a:b is 1:1, $R_1$, $R_2$ and $R_3$ are hydrogen, and $R_4$ is $C_{16}H_{33}$ (for a total oil phase of 157.35 g.) were homogenized. The resulting emulsion system was then transferred to a suitable reaction vessel with stirring and sparged with $N_2$. As 0.5 cc/hr of a 0.36% solution of sodium metabisulfite was added for 4 to 5 hours, the temperature of the emulsion increased to about 50° C., and agitation was maintained

6

for 5 to 6 hours, polymerization being completed at the end of that time.

The water-soluble polymeric solids content of the emulsion product was about 46 percent by weight.

In the following examples, emulsions were prepared generally in accordance with the procedure outlined in Example 1, but with the water-soluble polymeric content changed as indicated. Also, in each instance a breaker surfactant, prepared by reacting ethylene oxide with nonyl phenol, was added to the final emulsion to yield a one package product. (Such an addition is commonly made in commercial preparation so that less work is involved on the consumer's part to ready the emulsion for use.)

In each Example, the emulsions were stirred at room temperature and a given emulsion's resistance to gellation under those circumstances is the measurement of its mechanical stability.

### EXAMPLE 2

Emulsions were prepared containing about 46 percent, by weight, of water-soluble polymeric solids (as a 70/30 acrylamide/ammonium acrylate copolymer), and having oil phases with the characteristics set out in Table I. Also included is the mechanical stability determined for each emulsion.

It is seen from Table I that the use of the polymeric surfactant of the instant invention renders the resultant emulsion significantly more stable than when either sorbitan mono-oleate is the lone surfactant or sorbitan monolaurate is used as cosurfactant.

### EXAMPLE 3

Emulsions were prepared containing water-soluble polymeric solids as in Example 2 but having oil phases with the characteristics set out in Table II. As can be seen from the results shown, the polymeric surfactant of the present invention greatly enhanced the mechanical stability of the emulsions prepared therewith.

### EXAMPLE 4

Emulsions were prepared containing about 44 percent, by weight, of water-soluble polyacrylamide solids (the polymer being a homopolymer of acrylamide) and having oil phases with the characteristics set out in Table III. The results are self-explanatory.

### TABLE I

|  | Emulsion A | Emulsion B | Emulsion C | Emulsion D | Emulsion E |
|---|---|---|---|---|---|
| Oil Phase* | 21.9 | 21.9 | 27.3 | 21.9 | 27.7 |
| Oil Phase Components* |  |  |  |  |  |
| Oil | 18.9 | 18.9 | 23.8 | 18.9 | 25.1 |
| Sorbitan Mono-oleate | 2.0 | 1.5 | 3.5 | 2.0 | 2.0 |
| Sorbitan Monolaurate | 1.0 | 1.5 | — | — | — |
| Polymeric Surfactant of Example 1 | — | — | — | 1.0 | 0.5 |
| Mechanical Stability | 4 hrs | gelled during polymerization | 3–5 hrs. | 1000 hrs. | 1000 hrs. |

*expressed as percentages of total emulsion weight

### TABLE II

|  | Emulsion F | Emulsion G | Emulsion H | Emulsion I | Emulsion J | Emulsion K |
|---|---|---|---|---|---|---|
| Oil Phase* | 25.8 | 25.8 | 25.8 | 25.8 | 25.8 | 25.8 |

4,339,371

7                                                                                          8

## TABLE II-continued

| | Emulsion F | Emulsion G | Emulsion H | Emulsion I | Emulsion J | Emulsion K |
|---|---|---|---|---|---|---|
| Oil Phase Components* | | | | | | |
| Oil | 23.8 | 22.8 | 22.8 | 23.6 | 23.3 | 22.8 |
| Sorbitan Mono-oleate | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 | 2.0 |
| Sorbitan Trioleate | — | — | 1.0 | — | — | — |
| Sorbitan Monolaurate | — | 1.0 | — | — | — | — |
| Polymeric Surfactant of Example 1 | — | — | — | 0.2 | 0.5 | 1.0 |
| Mechanical Stability | 2–5 hrs. | gelled during polymerization. | 6–17 hrs. | 120–140 hrs. | 1000 hrs. | 1000 hrs. |

*expressed as percentages of total emulsion weight.

## TABLE III

| | Emulsion L | Emulsion M |
|---|---|---|
| Oil Phase* | 28.2 | 27.8 |
| Oil Phase Components* | | |
| Oil | 25.6 | 25.7 |
| Sorbitan Mono-oleate | 2.0 | 2.0 |
| Polymeric Surfactant of Example 1 | 0.5 | — |
| Mechanical Stability | 600 hrs. | gelled during polymerization |

*expressed as percentage of total emulsion weight.

## TABLE IV

| | Emulsion N | Emulsion O |
|---|---|---|
| Oil Phase* | 27.6 | 27.6 |
| Oil Phase Components* | | |
| Oil | 25.0 | 25.0 |
| Sorbitan Mono-oleate | 2.0 | 2.0 |
| Polymeric Surfactant of Example 1 | 0.5 | — |
| Mechanical Stability | 600 hrs. | gelled during polymerization |

*expressed as percentage of total emulsion weight.

## EXAMPLE 5

Emulsions were prepared containing about 50.5 percent, by weight, of water-soluble polymeric solids (as ammonium acrylate in a homopolymer of acrylic acid) and having oil phases with the characteristics outlined in Table IV.

## EXAMPLE 6

Emulsions having increased solids over those of Example 4, i.e., 47.5 percent, by weight, of water-soluble polymeric solids (the polymer being a homopolymer of acrylamide), and having oil phase contents as set forth in Table V, were prepared. In addition to the polymeric surfactant of Example 1, emulsion R contained a secondary oil-soluble, water-insoluble polymeric surfactant of the present invention which is a linear ABA block copolymer of polyester-polyethylene oxide-polyester, prepared by reacting condensed 12-hydroxystearic acid with polyethylene oxide according to the procedure outlined in U.S. Pat. No. 4,203,877, and containing about 30% by weight, ethylene oxide. This copolymer is available as, for example, Rapisol ™ B-246 from Imperial Chemical Industries, Ltd. Emulsion S contained an oil-soluble, water-insoluble polymeric surfactant which is a branched polyester-polyethylene oxide compound, prepared by reacting an alk(en)yl succinic anhydride with polyethylene oxide. This compound is commercially available as, for example, Rapisol A-430 from Imperial Chemical Industries, Ltd.

The results set forth in Table V demonstrate that the polymeric surfactant of this invention is an essential ingredient providing mechanical stability and that when the secondary polymeric surfactant of the present invention (A) is further added to the emulsion, the mechanical stability is even that much more enhanced.

## EXAMPLE 7

This example demonstrates the mechanical and sedimentation stabilities of emulsions containing the oil-soluble, water-insoluble polymeric surfactant alone and the polymeric surfactant together with the second oil-soluble, water-insoluble polymeric surfactant.

## TABLE V

| | Emulsion P | Emulsion Q | Emulsion R | Emulsion S |
|---|---|---|---|---|
| Oil Phase* | 25.3 | 25.3 | 25.3 | 25.3 |
| Oil Phase Components* | | | | |
| Oil | 23.8 | 23.8 | 23.8 | 23.8 |
| Sorbitan Mono-oleate | 1.5 | 1.0 | 0.5 | 0.5 |
| Polymeric Surfactant of Example 1 | — | 0.5 | 0.5 | 0.5 |
| A | — | — | 0.5 | — |
| B | — | — | — | 0.5 |
| Mechanical Stability | Emulsion not stable prior to polymerization. | 2–12 hrs. | 50–100 hrs. | 2–12 hrs. |

*expressed as percentage of total emulsion weight.

Emulsions containing about 46.5 percent, by weight, of water-soluble polymeric solids (as a 70/30 acrylamide/ammonium acrylate copolymer) and having oil phase contents as set forth in Table VI were prepared.

The data in Table VI shows that the combination of the instant invention's polymeric surfactant with secondary polymeric surfactant A not only provided the emulsion with excellent mechanical stability (as did the polymeric surfactant by itself), but also resulted in a smaller water-soluble polymeric particle size and no oil phase separation after two months. When used without the polymeric surfactant, however, the secondary polymeric surfactant A did not work.

## EXAMPLE 8

The method of preparing the emulsion set forth in Example 1 is repeated in every detail except that the oil-soluble, water-insoluble polymeric surfactant of this invention is not present in the preliminary emulsion.

4,339,371

**9**

Instead, it is added during the polymerization of the monomers. Similar results are obtained.

### EXAMPLE 9

The procedure of Example 1 is repeated except the polymeric surfactant is replaced by other oil-soluble water-insoluble polymeric surfactants as per the formula:



wherein $R_1$, $R_2$, $R_3$, $R_4$, x and the ratio of a:b were as follows:

### TABLE VI

| | Emulsion T | Emulsion U | Emulsion V |
|---|---|---|---|
| Oil Phase* | 23.7 | 23.7 | 23.7 |
| Oil Phase Components* | | | |
| Oil | 19.7 | 19.7 | 19.7 |
| Sorbitan Mono-oleate | 2.0 | 2.0 | 2.0 |
| Polymeric Surfactant of Example 1 | — | 1.0 | 2.0 |
| A | 2.0 | 1.0 | — |
| Mechanical Stability | gelled during polymerization | 100 hrs. | 100 hrs. |
| Particle Size (95% of particles within range) | | 0.8–1.5 microns | 0.8–2.3 microns |
| Separation of oil after two (2) months | | no separation | .8% by volume |

*expressed as percentage of total emulsion weight.

| $R_1$ | $R_2$ | $R_3$ | | x | a:b |
|---|---|---|---|---|---|
| CH₃ | H | H | C₈H₁₇ | 100 | 2:1 |
| H | C₁₀H₂₁ | C₂H₅ | H | 8 | 1:2 |
| C₂H₅ | CH₃ | OCH₃ | C₁₂H₂₃ | 400 | 1:1 |
| H | | C₂₂H₄₅ | H | 700 | 1:3 |

In each case, substantially similar stabilized emulsions having 40 to 60% water-soluble polymeric solids result.

### EXAMPLE 10

The procedure of Example 1 is repeated except that the monomers are replaced with equal amounts of

(a) 95:5 mole percent acrylamide:dimethylaminoethyl methacrylate methylchloride quaternary, which yields a cationic water-soluble polymer, and the temperature of polymerization is raised to 60° C.;

(b) 100 mole percent acrylic acid, yielding an anionic water-soluble polymer; and

(c) 100 mole percent methacrylamide, yielding a non-ionic, water-soluble polymer and the polymeric surfactant is derivatized (but remains non-ionic, oil-soluble and water-insoluble) by reacting it with methanol for about 5 hours at about 120° C.

Stable emulsions result in each instance.

### EXAMPLE 11

The procedure of Example 1 is repeated except that the monomers used are 90 mole percent acrylamide and 10 mole percent 3-(methacrylamido)propyl-tri-methylammonium chloride (the resultant water-soluble polymer being cationic), and the oil-soluble, water-

**10**

insoluble polymeric surfactant is made cationic by derivatization with diethylenetriamine by reacting diethylene triamine with it under reflux conditions for 4 to 6 hours at about 200° C.

A stable emulsion results.

Numerous modifications and variations of the present invention are possible in light of the foregoing disclosure and, therefore, within the scope of the appended claims, the invention may be practiced otherwise than is particularly described.

What is claimed is:

1. A stable water-in-oil emulsion comprised of from about 40 to 60% by weight, based on the total weight of the emulsion, of a water-soluble polymer, and an oil-soluble, water-insoluble, polymeric surfactant, in an amount sufficient to stabilize the emulsion, said polymeric surfactant having the formula:



wherein x is a whole number greater than 5, the mole ratio of a:b is from 3:1 to 1:3, provided the HLB number is maintained at less than about 14, $R_1$, $R_2$, $R_3$ and $R_4$ are independently selected from the group consisting of hydrogen, alkyl ($C_1$–$C_{48}$), alkoxy ($C_{1-48}$), alkenyl ($C_{2-48}$), aryl ($C_{6-12}$), alkaryl ($C_{7-12}$), and $R_1$, $R_2$, $R_3$, and $R_4$ are such that the surfactant is oil-soluble and water-insoluble.

2. The emulsion of claim 1 wherein the HLB number is less than about 10.

3. The emulsion of claim 1 wherein x is about 100 to 400, the mole ratio of a:b is 1:1, $R_1$, $R_2$ and $R_3$ are each hydrogen and $R_4$ is $C_{16}H_{33}$.

4. The emulsion of claim 1 wherein said water-soluble polymer is a polymer or copolymer comprised of monomers selected from acrylamide, acrylic acid and its salts, methacrylamide, methacrylic acid and its salts, maleic acid and its salts, methyl acrylate, ethyl acrylate, propyl acrylate, methyl methacrylate, ethyl methacrylate, dimethylaminoethyl acrylate, dimethylaminoethyl methacrylate, diethylaminoethyl acrylate, diethylaminoethyl methacrylate, hydroxyethyl acrylate, hydroxyethyl methacrylate, diethylaminoethyl acrylate methylsulfate, dimethylaminoethyl methacrylate methylchloride quaternary, styrene, acrylonitrile, 2-acrylamido-2-methylpropane sulfonic acid and its salts, 3-(methylacrylamido)propyl-trimethylammonium chloride, vinyl methyl ether, vinyl ethyl ether, vinyl pyridine, vinyl pyrrolidone, vinyl imidazole, diallyldimethylammonium chloride, or mixtures thereof.

5. The emulsion of claim 1 wherein said water soluble polymer is comprised of monomers selected from the group consisting of acrylamide, acrylic acid and its salts, a quaternary of dimethylaminoethylmethacrylate, and 3-(methylacrylamido)propyl-tri-methylammonium chloride.

6. The emulsion of claim 5 wherein said water soluble polymer is comprised of acrylamide, acrylic acid and its salts, or mixtures thereof.

4,339,371

11

7. The emulsion of claim 1 wherein the polymeric surfactant is present in an amount of about 0.1 to 3.0% by weight, based on the total weight of the emulsion.

8. The emulsion of claim 1 wherein the polymeric surfactant is present in an amount of about 0.15% to 1.0% by weight, based on the total weight of the emulsion.

9. The emulsion of claim 1 further containing a second oil-soluble, water-soluble polymeric surfactant which is a linear ABA block copolymer of polyester-polyalkylene oxidepolyester, wherein the alkylene oxide content is less than about 40% by weight, based on the weight of the copolymer, in an amount effective to enhance the stability of said emulsion.

10. The emulsion of claim 9 wherein the alkylene oxide content is about 30% by weight.

11. The emulsion of claim 9 wherein the second polymeric surfactant is prepared by reacting condensed 12-hydroxystearic acid with polyethylene oxide and contains about 30% by weight, based on the weight of the copolymer, of ethylene oxide.

12. The emulsion of claim 9 wherein the second polymeric surfactant is present in an amount of about 0.1 to 3.0% by weight, based on the total weight of the emulsion.

13. The emulsion of claim 9 wherein the second polymeric surfactant is present in an amount of about 0.15 to 1.0% by weight, based on the total weight of the emulsion.

14. The emulsion of claim 1 wherein said water soluble polymer is comprised of acrylamide, acrylic acid and its salts, or mixtures thereof, and the emulsion contains sorbitan mono-oleate as an emulsion polymerization stabilizer, the polymeric surfactant wherein x is about 100 to 400, the ratio of a:b is 1:1, $R_1$, $R_2$ and $R_3$ are each hydrogen and $R_4$ is $C_{16}H_{33}$, propylene glycol as a chain transfer agent, ethylenediamine tetra-acetic acid as a sequestering agent, and tertiary-butylhydroperoxide as a polymerization initiator optionally activated by sodium metabisulfite.

15. The emulsion of claim 14 further containing a second oil-soluble, water-insoluble polymeric surfactant which is a linear ABA block copolymer prepared by reacting condensed 12-hydroxystearic acid with polyethylene oxide and containing about 30% by weight, based on the weight of the copolymer, of ethylene oxide.

16. In a process for preparing a stable water-in-oil emulsion containing a water soluble polymer by emulsion polymerization of monomers in the presence of an amount of an emulsion polymerization stabilizer sufficient to stabilize such emulsion during polymerization, the improvement which comprises increasing the monomer content to about 40 to 60% by weight based on the total weight of the emulsion, and incorporating into the emulsion an oil-soluble, water-insoluble polymeric surfactant, in an amount sufficient to stabilize the product emulsion, said polymeric surfactant having the formula:



12

wherein x is a whole number greater than about 5, the ratio of a:b is from 3:1 to 1:3, provided the HLB number is maintained at less than about 14, $R_1$, $R_2$, $R_3$ and $R_4$ are independently selected from the group consisting of hydrogen, alkyl ($C_{1-48}$), alkoxy ($C_{1-48}$), alkenyl ($C_{2-48}$), aryl ($C_{6-12}$) and alkaryl ($C_{7-12}$), and $R_1$, $R_2$, $R_3$ and $R_4$ are such that the surfactant is oil-soluble and water-insoluble.

17. The process of claim 16 wherein the polymeric surfactant is present in an amount of about 0.1 to 3.0% by weight, based on the total weight of the emulsion.

18. The process of claim 16 wherein the polymeric surfactant is present in an amount of about 0.15 to 1.0% by weight, based on the total weight of the emulsion.

19. The process of claim 16 further comprising the addition of a second oil-soluble, water-insoluble polymeric surfactant, which is a linear ABA block copolymer of polyester-polyalkylene oxide-polyester wherein the alkylene oxide content is less than about 40% by weight, based on the weight of the copolymer.

20. The process of claim 16 or 19 wherein x is about 100 to 400, the ratio of a:b is 1:1, $R_1$, $R_2$ and $R_3$ are each hydrogen and $R_4$ is $C_{16}H_{33}$.

21. The process of claim 16 wherein the polymeric surfactant is added to the emulsion prior to polymerization.

22. The process of claim 16 wherein the polymeric surfactant is added to the emulsion during polymerization.

23. The process of claim 16 wherein the polymeric surfactant is added to the emulsion following polymerization.

24. The process of claim 19 wherein the second polymeric surfactant is added to the emulsion prior to polymerization.

25. In a water-in-oil emulsion wherein one or more monomers are polymerized in the presence of an emulsion polymerization stabilizer to produce a water soluble polymer in such emulsion, the improvement which comprises increasing the monomer content in the emulsion to about 40 to 60% by weight, based on the total weight of the emulsion, and incorporating therein an oil-soluble, water-insoluble polymeric surfactant having the formula:



wherein x is a whole number greater than about 5, the ratio of a:b is from 3:1 to 1:3, provided the HLB number is maintained at less than about 14, $R_1$, $R_2$, $R_3$ and $R_4$ are independently selected from the group consisting of hydrogen, alkyl ($C_{1-48}$), alkoxy ($C_{1-48}$), alkenyl ($C_{2-48}$), aryl ($C_{6-12}$) and alkaryl ($C_{7-12}$) and $R_1$, $R_2$, $R_3$ and $R_4$ are such that the surfactant is oil-soluble and water-insoluble.

26. The emulsion of claim 25 comprising further incorporating of a second oil-soluble, water-insoluble polymeric surfactant, which is a linear ABA block copolymer of polyester-polyalkylene oxide-polyester wherein the alkylene oxide content is less than about 40% by weight, based on the weight of the copolymer, in an amount effective to enhance the stability of said emulsion.

* * * * *

# Detection of Microgels in Polyacrylamide Solutions Using Microcapillary Flow Analysis

JEFFREY H. SUGARMAN and ROBERT K. PRUD'HOMME,
*Department of Chemical Engineering, Princeton University,
Princeton, New Jersey 08544*, and MARTIN A. LANGHORST and
FREDERICK W. STANLEY, JR., *The Dow Chemical Company,
Midland, Michigan 48640*

## Synopsis

A new technique for quantifying the amount of multimolecular microgel material in water-soluble polymers is described. The enhanced velocity of the large microgels during flow through a 25 $\mu$m capillary is the basis for a separation between the microgels and dissolved polymer. With the use of laser-excited fluorescence detection, the arrival of fluorescently-tagged polyacrylamide samples at a downstream location is recorded. The presence of small amounts of microgel has a deleterious effect on the ability to filter polymer solutions. Analysis of samples before and after filtration suggests that a significant amount of microgel material above 8 $\mu$m in diameter is present in samples that exhibit poor filterability characteristics. Treatment of a sample with base is found to improve filterability and to decrease the amount of microgel in the sample.

## INTRODUCTION

Polyacrylamide is a water-soluble polymer that has been extensively used as a mobility control agent in enhanced oil recovery operations.[1] The effectiveness of a polymer for this purpose is determined by several factors, one of which is the ability of the polymer solution to flow through the porous rock medium without plugging the rock pores. This property is generically called "filterability."[2] If a polymer solution plugs a laboratory filter, it is likely that plugging of the reservoir will occur as well. Therefore, filtration is often the basis for laboratory screening tests for the presence of microgels. Poor filterability has been attributed to the presence of trace amounts of microgel (multimolecular aggregates or crosslinked polymer) in the polymer solution.[2] It has been proposed that a source of these microgels is the thermally or chemically induced formation of imide bridges between polyacrylamide molecules.[3,4]

The amount of microgel in a polyacrylamide sample varies according to how the polymer was prepared. Polymerizations carried out under conditions which favor high production capacity, for instance, can result in increased amounts of microgel. Since removal of these gels on a commercial scale without degrading the high molecular weight polymer is difficult, it is important that reaction products have acceptably small amounts of microgel material.

Determination of the microgel content of a polymer sample has, to date, been rather qualitative. One notable exception is the use of centrifugation,

Journal of Applied Polymer Science, Vol. 33, 693–702 (1987)
© 1987 John Wiley & Sons, Inc.                    CCC 0021-8995/87/030693-10$04.00

SUGARMAN ET AL.



Fig. 1.  Detection of microgels in HDC/LALLS experiments. The UV and LALLS detectors' outputs show the presence of a very high molecular weight species in low concentration. This peak can be attributed to microgels, which convect through the packed column faster than other species.

ultrafiltration, and gravimetric analysis to quantitatively determine the microgel fraction in synthetic rubber samples.[5,6] This technique is most applicable to samples with large microgel fractions, and is not suitable for analyzing trace amounts of microgels in dilute polymer solutions. Conventional chromatographic techniques for analyzing polymers (size exclusion chromatography and hydrodynamic chromatography) are not appropriate for quantitative microgel analysis because the microgels are too large ($> 10 \ \mu m$) to emerge from a packed column. Therefore, for polymer samples with trace amounts of microgel, filterability tests alone are often used to determine the sample quality.

During our previous determination of the absolute molecular weight distribution of polyacrylamides using low-angle laser light scattering (LALLS) and hydrodynamic chromatography (HDC),[7] microgels manifested themselves as a peak preceeding the polymer peak in the output from the LALLS detector. Figure 1 shows the raw data from such an analysis. Note that, because of the small amount of microgels, a corresponding peak on the UV detector trace does not appear. Figure 2 shows the data from the analysis of a polymer in which microgels do not appear.

It is important to note that HDC/LALLS analysis is not an appropriate technique for quantifying microgels since the column acts as a filter and removes some of the microgel material. This paper describes a new chromatographic technique for quantifying the microgel content in water-soluble polymer samples. The technique is based on separating the microgels from dissolved polymer by flowing a small amount of solution through a 25 $\mu m$ i.d. capillary tube. The capillary is large enough that filtering of the sample does not occur.

MICROGELS IN POLYACRYLAMIDE SOLUTIONS          695



360                              660
                    min.

Fig. 2. HDC/LALLS data showing the absence of microgels. The chromatogram of this sample displays no peak preceding the polymer peak. The HDC/LALLS analysis gives a qualitative assessment of the amount of microgel contamination.

## THE SEPARATION MECHANISM

The enhanced velocity of particles during laminar flow through tubes is a phenomenon that has been noted by several investigators. Two notable examples are the transport of red blood cells through capillaries[8] and the separation of various sized colloidal particles by flow through small diameter chromatography tubing.[9,10] There are two fundamental mechanisms which cause particles to move through a tube faster than their suspending fluid.

The first of these mechanisms is steric exclusion of particles from the tube walls because of the particles' finite size.[11] Since the particles cannot occupy radial positions where the fluid velocity is slowest, the average particle velocity is faster than the average fluid velocity. The difference between the two velocities is a function of the ratio of the tube radius and the particle size. This mechanism is the basis for hydrodynamic chromatography, a technique for sizing colloidal particles and high molecular weight polymers.[7,12]

The second mechanism of enhanced velocity is the radial migration of particles from the wall regions to regions where the velocity is higher. This phenomenon has been observed for rigid particles[13] as well as for deformable particles such as red blood cells[14] and fluid droplets.[15] This migration is observed even at extremely low Reynolds numbers. The radial migration velocity is dependent on the fluid velocity and the particle size. Whereas deformable particles migrate inward and concentrate at the tube axis,[16] solid spheres, rods, and disks migrate away from the tube axis as well as from the tube wall and concentrate at a radial position 0.6 of the distance from the axis to the wall (the "tubular pinch" effect[17]). The time required for solid spherical

B224

particles to reach equilibrium transverse positions in plane Poiseuille flow was derived by Ho and Leal.[18]

In our experiments, a pulse of dilute fluorescently tagged polymer solution is convected through a 25 μm i.d. capillary. The microgels which contaminate the sample are of comparable size (10 μm) to the capillary. For these conditions, radial migration of particles from the wall is complete after 20 s, and diffusion of particles back to the walls is insignificant (the diffusion coefficient of a 10 μm particle is approximately $10^{-10}$ cm²/s). The migration takes place sufficiently early in the experiment for most particles to overtake dissolved polymer molecules before arriving at the downstream fluorescence detector. A crude separation of the microgels from the soluble polymer is thus achieved. The chromatogram of such an experiment contains a main polymer peak preceded by sharp spikes due to the passage of individual microgel particles through the detector cell. Although there is no unique correlation between the microgel particle sizes and the spikes' locations (no size separation within the microgel fraction), the intensity and frequency of these spikes indicates the number of microgels in the sample. This data, coupled with filtration experiments, yields information on the size of the microgels.

## EXPERIMENTAL

### Microcapillary Flow System and Fluorescence Detector

The microcapillary flow system used is similar to one configured by Jorgenson and Guthrie[19] for capillary open-tubular liquid chromatography. Although this system is designed for HPLC applications, it lends itself nicely to the polymer flow system that we require. A schematic of the flow system is shown in Figure 3. Solvent ($0.002 M$ NaN₃) is held in a reservoir and is forced through the capillary with compressed air. The solvent is filtered through a 0.22-μm filter (Millipore, Bedford, MA), before flowing through the injection valve (Valco, Houston, TX), splitting tee and the capillary itself, which is a 60-cm length of 25 μm i.d. vitreous silica tubing (SGE Inc., Austin, TX).



Fig. 3.  Microcapillary flow system. Pressurized air forces fluid in the tee through the capillary. The flow rate can be controlled by adjusting the air pressure.



Fig. 4.  On-column laser-excited fluorescence detector. The laser beam (488 nm) is focused onto the capillary and the emitted fluorescent light measured by a photomultiplier tube. The detector elements are enclosed in a light-tight aluminum box.

For use with this microcapillary system, Guthrie et al.[20] designed a laser-excited fluorescence detector which uses a small section of the capillary itself as the detector cell. Such an "on-column" detector is needed because the entire capillary volume (300 nL) is small compared to the detector cell volumes of conventional chromatography detectors ($\sim \mu L$). In addition, this configuration completely eliminates the band broadening associated with a capillary-detector connection. A similar detector was constructed for this work and is shown in Figure 4. Fifty mW of the blue line (488 nm wavelength) of a 2-W Ar-ion laser (Model 85, Lexel, Palo Alto, CA) is used to excite the fluorescein tags on the polymer. The emitted fluorescent light is directed with a radius mirror and an aspheric condenser lens into a photomultiplier tube operated at $-1500$ V. The amplified output is collected on a strip chart recorder. A detailed analysis of the flow rate dependence of the response of the detector (associated with fluorescence photobleaching) is described elsewhere.[21]

### Preparation of Polyacrylamide Samples

Polyacrylamide emulsion samples (concentrated polyacrylamide solution droplets suspended in an organic oil phase) were inverted using 3% NaCl and 0.1% Triton X100 surfactant. Dry samples were dissolved in 3% NaCl. The resulting polymer solutions (3000 ppm polymer) were fluorescently tagged in the following manner. First, 200 mL of the polymer solution was adjusted to pH 6 with HCl. Next, 8 mL DMSO in 12 mL water, 50 $\mu$L acetaldehyde, 50 $\mu$L cyclohexyl isocyanide (Aldrich, Milwaukee, WI), and 3 mL of a solution of fluoresceinamine isomer I (Aldrich) in DMSO (1 mg/mL) were sequentially added with stirring. The reaction was allowed to proceed without stirring at room temperature for 16 h. To isolate the tagged polymer, 1 mL of the reaction mixture was precipitated with 20 mL acetone. After the acetone was decanted (along with precipitated and suspended emulsion oil and salt), the polymer precipitate was dissolved in 20 mL 0.002$M$ aqueous NaN$_3$. Dissolution was allowed to occur without stirring and usually took 24 h. The tagged

698                    SUGARMAN ET AL.

polymer (approximately 130 ppm) was then diluted to 65 ppm for analysis. Since the microgel and soluble polymer have essentially identical chemical structure, the tagging reaction is assumed to proceed indiscriminately in the two phases.

Six polyacrylamide samples were prepared in this manner for the microcapillary analysis. The samples are: S1, a commercial, low carboxyl content, dry polyacrylamide; S2, a commercial, medium carboxyl content, emulsion polyacrylamide; S3, a commercial medium carboxyl content, emulsion polyacrylamide with poor filterability; S4, a laboratory-prepared emulsion sample with a significant microgel fraction. Sample S5 is the same as S4, except it is brought to pH 11 (with NaOH) for 16 h before tagging. This treatment was found to improve sample filterability. The improved filterability due to basic treatment suggests that microgels are formed by imide crosslinks between polymer chains. The imide bond would be broken in basic conditions. Sample S6 is a commercial 30% carboxyl content polyacrylamide supplied by Marathon Oil Company. This polymer is reported to be free of microgels.[22]

These samples were analyzed as prepared. Additional analyses were performed on S4 after this sample had been filtered through 8- or 3-$\mu$m pore size Millipore filters in order to determine, at least approximately, the size of the microgel particles.

### Polymer Injections

Injection of small amounts ($\sim$ nL) of polymer into the column is accomplished using a static splitting technique[19] shown schematically in Figure 5. First, with valve 2 open, the tee is filled with polymer solution [Fig. 5(2)]. During this filling process, little sample will flow into the column because of its large resistance. Next, valve 2 is closed, and polymer solution is forced into the column at a specified driving pressure for a known interval of time [Fig. 5(3)]. Then, valve 2 is opened again in order to flush the tee clear of polymer solution [Fig. 5(4)]. Valve 2 is finally closed, and the sample is forced through the column at the desired driving pressure [Fig. 5(5)].

With this injection technique, approximately 20 nL of the polymer solution were injected into the capillary at 15 psig. The volume of injected sample was calculated using the equation relating flow rate to pressure drop, solvent



Fig. 5. Capillary injection sequence: (1) normal flow; (2) filling the tee; (3) injecting into the capillary; (4) purging the tee of excess sample; (5) elution of the polymer.

B227

viscosity, and the column dimensions. The driving pressure used for the flow in these experiments was 5 psig. The arrival of the microgels at the detector cell began approximately 3 min after the injection, and the main polymer peak occurred at approximately 5 min.

The driving pressure of the experiment corresponds to a flow rate of approximately 750 pL/s. Mechanical degradation during shear of these high molecular weight polyacrylamides is known to occur at sufficiently high shear stress (about $10^4$ dyne/cm$^2$).[23] In the present study, the maximum wall shear stress is on the order of 10 dyn/cm$^2$. We thus assume that degradation is not important in these experiments.

### Filterability Tests

A common qualitative assessment of the purity (microgel content) of commercial polyacrylamide products is the filterability test. One such test was used on the polymers studied by microcapillary flow. A 0.05% polymer solution in 4% NaCl was allowed to filter (under the pressure of 4 in. of solution) through a 25-mm diameter Millipore membrane (pore size: 5 $\mu$m). The time required to filter 10 mL of polymer solution was recorded. If this volume was not filtered after 1320 s (22 min), the test was halted and the volume of filtered solution recorded. This test yields information on the relative amount of large insoluble microgel material in a sample. Note that the low polymer concentration (0.05%) and large pore size (5 $\mu$m) ensure that the membrane will not be plugged if large microgels are not present.[24]

### RESULTS

The detector responses of the microcapillary flow analysis for the six polyacrylamide samples are shown in Figure 6. Samples S1 and S6 appear as broad but clean peaks, indicating the absence of a microgel fraction. Sample



Fig. 6. Chromatograms of microcapillary flow analysis experiments. Capillary: 25 $\mu$m i.d., 60 cm length. Flow rate: 750 pL/s. (S1) Commercial, low carboxyl content, dry polyacrylamide; (S2) commercial, medium carboxyl content, emulsion polyacrylamide; (S3) commercial, medium carboxyl content, emulsion polyacrylamide with poor filterability; (S4) laboratory-prepared emulsion polyacrylamide; (S5) S4 after treatment with base; (S6) commercial, 30% carboxyl content polyacrylamide.

700                         SUGARMAN ET AL.



Fig. 7. Chromatogram of analysis of sample S3 after 1 month. Note that the sample is essentially unchanged during this time period.

S2 also appears to be clean, which is in agreement with the filterability test (10 mL filtered in 280 s). The next sample, S3, displays poor filterability characteristics (7.8 mL filtered in 1320 s), and its chromatogram clearly shows a significant amount of microgel.

The laboratory-prepared polymer, S4, is shown to have a significant amount of microgel—more, in fact, than any of the other samples. The filterability test on S4 yielded only 0.5 mL in 1320 s. When this sample was treated with base to reduce the microgel fraction, its filterability improved dramatically (7 mL in 1320 s). By comparing the chromatograms of S4 and S5 (the treated



Fig. 8. Filter study of sample S4. The 8-$\mu$m pore size Millipore filter removes most of the microgel material. The 3-$\mu$m filter removes essentially all of the detectable microgels.

sample) in Figure 6, it is evident that the treated sample displays a decrease in (but not an elimination of) the microgel fraction.

To show that the microgels are not the result of temporary physical entanglements arising during sample preparation, sample S3 was analyzed both immediately after sample preparation and one month later. A comparison of Figure 7 and the chromatogram of S3 in Figure 6 suggests that there is no significant change in the amount of microgel during this period. This result, coupled with the fact that chemical treatment reduces the amount of microgel, suggests that the microgels are formed by chemical crosslinking.

In order to determine the approximate size of the microgels, the S4 sample was filtered through Millipore filters (8 and 3 $\mu$m) before injection into the capillary. Figure 8 shows that much of the microgel is removed by the 8-$\mu$m filter, indicating that the majority of the microgel particles are at least this size. In addition, the 3-$\mu$m filter removes essentially all of the detectable microgel material.

## CONCLUSIONS

We have demonstrated the usefulness of the microcapillary chromatography system to applications in the analysis of water-soluble polymers. Reaction conditions for the preparation of polyacrylamide are shown to be important parameters to the quality of the resulting polymer. The microgel material, which causes poor sample filterability, can be easily seen by the laser fluorescence detector. Microcapillary flow analysis, coupled with filtration through filters of known pore size, can provide information on both the absolute size and relative abundance of the microgel material in a polymer sample.

Further experiments on the analysis of microgels in water-soluble polymer samples are underway in our laboratory. Multimolecular aggregates formed by polymer associations, for instance, should be observable using the method described in this paper. Recent results indicate that the microcapillary system can be modified for use in sizing polymer molecules and in determining the particle size and concentration of dilute latex suspensions. These analyses are achieved by flow through a 10-$\mu$m capillary, where the hydrodynamic chromatography (HDC) mechanism is operative. Although packed bed HDC analysis of water-soluble polymers has been successfully used in this laboratory and elsewhere,[7,25] single capillary HDC of polymer molecules, which offers the advantages of low dispersion and the absence of polymer-deforming elongational stresses, has not previously been reported.

### References

1. D. E. Graham, in *Chemistry and Technology of Water-Soluble Polymers*, Plenum, New York, 1983.

2. G. Chauveteau and N. Kohler, SPE 9295, presented at the 55th Annual Fall Technical Conference and Exhibition of the Society of Petroleum Engineers of AIME, Dallas, TX, September 1980.

3. H. C. Haas and R. L. MacDonald, *J. Polym. Sci.*, A-1, 9, 3583 (1971).

4. R. Boyadjian, G. Seytre, P. Berticat, and G. Vallet, *Eur. Polym. J.*, 12, 401 (1976).

5. J. R. Purdon, Jr. and R. D. Mate, *J. Polym. Sci.*, A-1, 8, 1306 (1970).

6. M. R. Ambler, R. D. Mate, and J. R. Purdon, Jr., *J. Polym. Sci., Polym. Chem. Ed.*, 12, 1771 (1974).

B230

702                    SUGARMAN ET AL.

7. M. A. Langhorst, F. W. Stanley, Jr., S. S. Cutie, J. H. Sugarman, L. R. Wilson, D. A. Hoagland, and R. K. Prud'homme, *Anal. Chem.*, 58, 2242 (1986).

8. H. W. Thomas, R. J. French, A. C. Groom, and S. Rowlands, in *Fourth International Congress on Rheology Part 4*, Wiley-Interscience, New York, 1965.

9. R. J. Noel, K. M. Gooding, F. E. Regnier, D. M. Ball, C. Orr, and M. E. Mullins, *J. Chromatogr.*, 166, 373 (1978).

10. A. W. J. Brough, D. E. Hillman, and R. W. Perry, *J. Chromatogr.*, 208, 175 (1981).

11. H. Brenner and L. J. Gaydos, *J. Coll. Int. Sci.*, 58, 312 (1977).

12. H. Small, *J. Coll. Int. Sci.*, 48, 147 (1974).

13. H. L. Goldsmith and S. G. Mason, *J. Coll. Sci.*, 17, 448 (1962).

14. H. L. Goldsmith, *Fed. Proc., Fed. Am. Soc. Exp. Biol.*, 26, 1813 (1967).

15. S. G. Mason and H. L. Goldsmith, in *Circulatory and Respiratory Mass Transport*, G. E. W. Wolstenholme and J. Knight, Eds., Little, Brown, Boston, 1969.

16. H. L. Goldsmith, *Fed. Proc., Fed. Am. Soc. Exp. Biol.*, 30, 1578 (1971).

17. G. Segre and A. Silberberg, *J. Fluid. Mech.*, 14, 136 (1962).

18. B. P. Ho and L. G. Leal, *J. Fluid Mech.*, 65, 365 (1974)

19. J. W. Jorgenson and E. J. Guthrie, *J. Chromatogr.*, 255, 335 (1983).

20. E. J. Guthrie, J. W. Jorgenson, and P. R. Dluzneski, *J. Chromatogr. Sci.*, 22, 171 (1984).

21. J. H. Sugarman and R. K. Prud'homme, *Ind. Eng. Chem. Fundam.*, (1986), to appear.

22. P. A. Argabright, J. S. Rhudy, and B. L. Phillips, SPE 11208, presented at the 57th Annual Fall Technical Conference and Exhibition of the Society of Petroleum Engineers of AIME, New Orleans, LA, September 1982.

23. A. H. Abdel-Alim and A. E. Hamielec, *J. Appl. Polym. Sci.*, 17, 3769 (1973).

24. T. S. Young, X. Yan, T. E. Hogen-Esch, and G. B. Butler, *J. Macromol. Sci. Chem.*, A22, 437 (1985).

25. D. A. Hoagland, Ph.D. thesis, Princeton University (1985).

Received April 22, 1986
Accepted July 14, 1986

**B231**

# United States Patent [19]

## Yang et al.

[11] Patent Number: **4,918,123**

[45] Date of Patent: **Apr. 17, 1990**

[54] **INVERSE EMULSION PROCESS FOR PREPARING HYDROPHOBE-CONTAINING POLYMERS**

[75] Inventors: Henry W. Yang, Kingwood; Thomas J. Pacansky, Houston, both of Tex.

[73] Assignee: Exxon Chemical Patents, Inc., Linden, N.J.

[21] Appl. No.: 194,800

[22] Filed: May 17, 1988

[51] Int. Cl.⁴ ................... C08L 5/10; C08L 33/14; C08L 39/00

[52] U.S. Cl. ........................... 524/110; 524/389; 524/457; 524/502; 524/753; 524/760; 524/801; 524/815

[58] Field of Search ............ 524/457, 801, 759, 110, 524/389, 753, 760, 815

Primary Examiner—C. Warren Ivy
Attorney, Agent, or Firm—R. L. Graham; J. F. Hunt

[57]                    ABSTRACT

High solids content, high molecular weight hydrophobe-containing cationic polymer products are prepared by an inverse (water-in-oil) emulsion process wherein the hydrophobic monomer is in the water phase. The resultant polymers have increased activity in oily water clean-up.

24 Claims, No Drawings

4,918,123

1

## INVERSE EMULSION PROCESS FOR PREPARING HYDROPHOBE-CONTAINING POLYMERS

### BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention provides a process for preparing water-soluble hydrophobe-containing polymers by a modified inverse polymerization technique. These polymers which will generally also contain cationic functionality to increase their use in oily water clean-up, contain both water soluble monomers and water insoluble monomers. Preferably, the water soluble monomers are acrylamide (AM) and a salt of an unsaturated amine base (C) and the water insoluble monomer is a higher alkyl(meth)acrylamide or alkyl(meth)acrylate (R). These polymers will hereafter be referred to as C-RAM. The process for their preparation relies on placing the water insoluble hydrophobic monomer in the aqueous phase of an inverse, i.e. water-in-oil, emulsion and conducting the entire polymerization in that aqueous phase. Redox, azo, peroxide or other water soluble free radical initiators are used to copolymerize both the water soluble and hydrophobic monomers, forming copolymers of ethylenically unsaturated amine base salts, alkyl(meth)acrylamides or alkyl(meth)acrylates, and acrylamide. These polymers provide exceptional clean-up of waste waters containing organic contaminants. Also they are very effective for resolving oil-in-water emulsions, such as those found in oil production.

2. Description of the Prior Art

The production of waste water clean enough for safe disposal continues to be a problem, especially when oil is emulsified in the primary waste water. In oil production, especially where high levels of water flooding or steam flooding are being practiced, oil-in-water emulsions are generated. Other oil-in-water emulsions of concern in the waste water treating area are those produced as a result of steel mill and metal working operations, food processing, refinery and chemical plant operation, cooling water blow-down, bitumen extraction from tar sands and shale oil operations, rain water run-off and a host of others. These emulsions all have in common the fact that the oil or organic phase is insoluble in the water continuous phase. The amount of oil dispersed in these water continuous emulsions varies from a few to several hundred parts per million, in waste waters, to several percent (5 to 25% or more) in fluids right out of the wellhead.

The oil is generally well dispersed in the water phase as very small droplets that are stabilized as a result of the presence of natural surfactants. The stability of these oil-in-water emulsions generally results from either a negative charge imparted to the droplets by these surfactants, or from steric stabilization caused by surfactants, or by shear which the fluid experiences during production, which causes the generation of smaller and more stable droplets, or from several other sources.

Various chemicals, surfactants and polymers are generally applied to these waters to enhance the separation of oil and water. These chemicals are used to aid in foam generation in flotation. In addition they may be used to cause oil droplet surface charge neutralization, which results in destabilization of the oil-in-water emulsion. The destabilization results in agglomeration of the oil droplets, floc formation and, possibly, several other beneficial effects. While the use of such chemicals gen-

2

erally enhances the separation of oil from oil-in-water emulsions, there remains significant room for improvement. The type of water soluble polymers currently used are generally acrylamide copolymers or melamine/formaldehyde polymers or others. For example, Bolhofner, in U.S. Pat. No. 4,472,284, describes the treatment of water containing fats, oils and greases using a melamine-formaldehyde condensation product, alone or in combination with a polyacrylamide. Rather high polymer concentrations are needed and a two polymer system can present handling difficulties during field operations.

Another approach to the treatment of waste water involves the use of water insoluble polymeric adsorbents, as described by Renner in U.S. Pat. No. 3,716,483, or Takegani et al. in U.S. Pat. No. 4,081,403. These processes for treating waste water are costly and cannot achieve the degree of clean-up of the polymers produced by the process of the present invention.

Another approach involves the use of copolymers of acrylamide with various cationic monomers of various comonomer ratios. Some of the cationic monomers that have been used are: methacrylamidoalkyltrimethylammonium salts, as described by methacrylamidopropyltrimethylammonium chloride (MAPTAC), as described in U.S. Pat. No. 4,160,742, or similar acrylate esters; diallyl dialkyl ammoniumm salts, as described by Booth and Linke in U.S. Pat. Nos. 3,147,218 and 3,316,181; salts of dimethylaminoethylmethacrylate and the like. Buris et al., U.S. Pat. No. 4,224,150, describe a process for clarifying aqueous systems employing quaternary ammonium adducts of polymerizable tertiary ammonium salts and acrylamide. These polymers are generally available as high molecular weight materials, either in aqueous solution, as emulsions of various types, or in solid form, which requires dissolution before use.

The use of hydrophobic groups on water soluble polymers to enhance the rheological properties of water based fluids has been described. One approach to provide polyacrylamide based systems containing hydrophobic groups is described by Bock et al., U.S. Pat. No. 4,520,182. Water soluble acrylamide copolymers containing a small amount of oil soluble or hydrophobic alkyl acrylamide groups were found to impart efficient viscosification to aqueous fluids. Landoll, U.S. Pat. No. 4,304,902, describes copolymers of ethylene oxide with long chain epoxides which also required relatively large polymer concentrations (approximately 1%) for thickening water and required surfactants for solubility due to irregularities in the polymerization. In a related case, U.S. Pat. No. 4,428,277, modified nonionic cellulose ether polymers are described. Although these polymers show enhanced viscosification relative to polymers not containing hydrophobic groups, the viscosification efficiency was very low, requiring 2 to 3 weight percent polymer to provide an enhancement. The use of surfactants to enable solubility and, in turn, viscosification by a water soluble polymer containing hydrophobic groups is described by Evani, U.S. Pat. No. ,4,432,881. The need for a surfactant to achieve solubility and thickening efficiency should make such a system very salt sensitive, as well as very sensitive to small changes in surfactant and polymer concentration. Emmons et al., U.S. Pat. No. 4,395,524, teaches acrylamide copolymers as thickeners for aqueous systems. While these polymers possess hydrophobic groups, they do not contain the cationic monomers disclosed in this inven-