IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) C. A. No. 04-293 (KAJ) ) |
| v. | ) ) **PUBLIC VERSION** |
| HERCULES INCORPORATED and CYTEC INDUSTRIES, INC., | ) ) ) ) |
| Defendants. | ) |

**APPENDIX TO HERCULES' ANSWERING BRIEF IN OPPOSITION TO THE MOTION OF CIBA FOR PARTIAL SUMMARY JUDGMENT
VOLUME II**

|  |  |
|---|---|
|  | Richard L. Horwitz (#2246) David E. Moore (#3983) POTTER ANDERSON & CORROON LLP Hercules Plaza, 6th Floor 1313 N. Market Street P.O. Box 951 Wilmington, DE 19899-0951 Tel. (302) 984-6000 rhorwitz@potteranderson.com |
| OF COUNSEL: | dmoore@potteranderson.com |
| Ford F. Farabow, Jr. Joann M. Neth Eric J. Fues FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P. 901 New York Avenue, NW Washington, DC 20001-4413 (202) 408-4000 | *Attorneys for Defendant Hercules Incorporated* |

Dated: January 27, 2006
Public Version Dated: February 3, 2006
**718313**

## TABLE OF CONTENTS

| Appendix Range | Description |
|---|---|
| **VOLUME I** | |
| ███████████ | ██████████████████████████████████ |
| | |
| | |
| | |
| B182 to B188 | 5,171,808 Patent |
| B189 to B204 | 5,167,766 Patent |
| ███████████ | ██████████████████████████████████ |
| B215 to B221 | 4,339,371 Patent |
| B222 to B231 | "Detection of Microgels in Polyacrylamide Solutions Using Microcapillary Flow Analysis", Jeffrey H. Sugarman, Robert K. Prud'homme, Martin A. Langhorst and Frederick W. Stanley, Jr., *J. of Appl. Poly Sci.,* 33, (3), 693-702 (1987). |
| B232 to B242 | 4,918,123 Patent |
| B243 to B249 | 4,921,903 Patent |
| B250 to B274 | EP 0 584 771 A1 |
| ███████████ | ██████████████████████████████████ |
| **VOLUME II** | |
| ███████████ | ██████████████████████████████████ |
| B433 to B441 | "Use of Block Copolymer Surfactants in the Inverse-suspension Polymerization of Acrylamide", Jose Hernandez-Barajas and David J. Hunkeler, *Polymers for Advanced Technologies*, 6, 509-517 (1994). - HERC0075869-77 |
| ███████████ | ██████████████████████████████████ |
| | |
| | |
| B467 to B481 | 6,310,157 Patent |
| B482 to B496 | 5,958,188 Patent |
| ███████████ | ██████████████████████████████████ |
| B506 to B513 | 4,681,912 Patent |
| B514 to B521 | 4,528,321 Patent |
| VOLUME II – Continued Next Page | |

| VOLUME II - Continued | |
|---|---|
| ███ | ███ |
| B555 to B557 | Polymer Handbook pgs. 23-24 |
| ███ | ███ |
| **VOLUME III** | |
| B655 to B821 | File History of US App 07-540,667 |
| B822 to B891 | File History of US App 07-535,626 |
| B892 to B985 | File History of US App 07-803,120 |
| ███ | ███ |
| **VOLUME IV** | |
| ███ | ███ |
| B1297 to B1304 | PDX288- "Novel Family of Thermogelling Materials via C-C Bonding between Poly(acrylic acid) and Poly (ethylene oxide)-*b*-poly(propylene oxide)-*b*-poly(ethylene oxide)", Lev Bromberg, *J. Phys. Chem.*, 102, 1956-1963 (1998). |
| ███ | ███ |
| B1389 to B1395 | 4,968,435 Patent |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 3, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

I hereby certify that on February 3, 2006, I have Federal Expressed the foregoing document(s) to the following non-registered participants:

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

Thomas L. Creel, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672306