5,958,188

5

obtainable using the corresponding unbranched polymer but it is possible to obtain a significant improvement in formation properties, relative to those obtainable when using the corresponding unbranched polymer.

It is important in the invention to include branching agent in the monomer charge for the second polymer but it is also important that the amount of branching agent is kept to very low values. If the amount is less than about 0.5 to 1 ppm then the desired improved formation will not be achieved but if the amount is too high then the desired improvement in dewatering and retention values will not be achieved. For instance, if the amount is too high then the anionic polymer will behave as an insoluble cross linked microparticulate polymer instead of behaving as a soluble branched polymer which gives improved dewatering and retention.

If the amount of branching agent is too low (for any particular combination of monomer blend, polymerisation conditions and branching agent) then the desired improvement in formation will not be obtained compared to the formation obtainable with the corresponding polymer made in the absence of the branching agent, and therefore having higher IV. If the amount of branching agent is too high then the drainage and retention values will be inferior.

The precise amount that is used in the production of the anionic polymeric retention aid depends on the particular branching agent which is being used and on the polymerisation conditions which are being used. In particular, as mentioned below, it is possible to add chain transfer agent in which event the amount of branching agent which is used may be higher than the amount which would be used in the absence of chain transfer agent.

The branching agent can be a branching agent that causes branching by reaction through carboxylic or other pendant groups (for instance an epoxide, silane, polyvalent metal or formaldehyde) but preferably the branching agent is a polyethylenically unsaturated monomer which is included in the monomer blend from which the polymer is formed. The cross linking agent can be a difunctional material such as methylene bis acrylamide or it can be a trifunctional, trirafunctional or higher functional branching agent, for instance tetra allyl ammonium chloride. Preferably it is water soluble.

The amount of polyethylenic branching agent is generally below 10 ppm and most preferably below 5 ppm. Best results may be obtained with around 0.5 to 3 or 3.5 ppm or 3.8 ppm but in some instances amounts above 4.1 or 4.2 ppm up to 7 or even 10 ppm or higher are appropriate. Thus sometimes amounts up to 20 ppm are useful, or even up to 30 or 40 ppm (generally in the presence of chain transfer agent) but lower amounts are usually needed in order to comply with the tan delta limits. Unless otherwise stated, throughout this specification the amount of branching agent is quoted as moles branching agent per million moles monomer (i.e., ppm molar).

The branched polymer of the invention may be made under polymerisation conditions wherein it is intended that there should be no deliberate chain transfer agent present during the reaction. The amounts of branching agent quoted above (for instance 1 to 10 ppm and preferably 1 to 3.8 ppm) are particularly suitable when no chain transfer agent is added. However it can be desirable to add some chain transfer agent in which event it is possible to increase the amount of branching agent up to 20 or 30 ppm or 40 ppm, and while still maintaining the characteristic properties and performance of the polymer. The amount of chain transfer agent which is selected will depend upon the particular

6

material which is being used and upon the amount of branching agent, the monomer charge, and the polymerisation conditions.

Although quite large amounts of branching agent can be used, preferably the amount is quite low since it seems that best results are obtained with the use of low amounts of chain transfer agent. A preferred chain transfer agent is sodium hypophosphite. Although large amounts can be used best results generally require amounts for this of below 50 ppm and preferably below 20 ppm (by weight based on the weight of monomer). Best results are generally obtained with not more than 10 ppm. However if the amount is too low, for instance below 2 ppm, there may be inadequate benefit from using a chain transfer agent.

Any of the chain transfer agents which are suitable for use as chain transfer agents in the aqueous polymerisation of water soluble acrylic monomers (such as isopropanol or mercapto compounds) can be used in the invention as an alternative to the preferred material, hypophosphite. If a material other than hypophosphite is being used, it should be used in an amount selected so that it gives substantially the same chain transfer effect as the quoted amounts for hypophosphite.

Although it is preferred to use low amounts of chain transfer agent, it is also possible to use larger amounts, for instance 100 ppm or more, generally with less effective results, provided that the combination of materials and polymerisation conditions is such that the polymer has the specified physical properties.

One of these is the intrinsic viscosity of the polymer. This is measured using a suspended level viscometer in 1 M NaCl buffered to pH 7.5 at 25° C. It is usually at least 3 or 4 dl/g, and preferably at least 6 dl/g. It can be as high as, for instance, 18 dl/g but is usually below 12 dl/g and often below 10 dl/g.

The preferred polymer can also be characterised by reference to the corresponding polymer made under the same polymerisation conditions but in the absence of branching agent (i.e., the "corresponding unbranched polymer"). The unbranched polymer generally has an intrinsic viscosity of at least 6 dl/g and preferably at least 8 dl/g. Often it is 16 to 30 dl/g. The amount of branching agent is usually such that the intrinsic viscosity is reduced by at least 10% and usually at least 25% or 40%, up to 70%, or sometimes up to 90%, of the original value (expressed in dl/g) for the unbranched polymer referred to above.

Instead of or in addition to relying on intrinsic viscosity, the polymer can also be characterised by its saline Brookfield viscosity.

The saline Brookfield viscosity of the polymer is measured by preparing a 0.1% by weight aqueous solution of active polymer in a 1 M NaCl aqueous solution at 25° C. using a Brookfield viscometer fitted with a UL adaptor at 60 rpm. Thus, powdered polymer is added to the 1 M NaCl aqueous solution or a reverse phase emulsion polymer is added to that solution. The saline solution viscosity is generally above 2.0 mPa.s and is usually at least 2.2 and preferably at least 2.5 mPa.s. Generally it is not more than 5 mPa.s and values of 2.5 to 4 are usually preferred. These are all measured at 60 rpm.

The tan delta value at 0.005 Hz is obtained using a Controlled Stress Rheometer in the Oscillation mode on a 1.5% by weight aqueous solution of polymer in deionised water after tumbling for two hours. In the course of this work a Carrimed CSR 100 is used fitted with a 6 cm acrylic cone, with a 1°58' cone angle and a 58 μm truncation value (Item

CIBA 004503

5,958,188

7

ref TA 5664). A sample volume of approximately 2–3 cc is used. Temperature is controlled at 20.0° C.±0.1° C. using the Peltier Plate. An angular displacement of 5x10⁻⁴ radians is employed over a frequency sweep from 0.005 Hz to 1 Hz in 12 stages on a logarithmic basis. G' and G" measurements are recorded and used to calculate tan delta (G"/G') values.

The value of tan delta is the ratio of the loss (viscous) modulus G" to the storage (elastic) modulus G'within the system.

At low frequencies (0.005 Hz) we believe that the rate of deformation of the sample is sufficiently slow to enable linear or branched entangled chains to disentangle. Network or crosslinked systems have permanent entanglement of the chains and show low values of tan delta across a wide range of frequencies. Consequently we use low frequency (e.g., 0.005 Hz) measurements to characterize the polymer properties in an aqueous environment.

The branched polymers preferably have a tan delta value at 0.005 Hz of above 0.7. They preferably have a value which is reasonably close to the value of the corresponding unbranched polymers, that is to say the polymers made under the same conditions but in the absence of branching agent, and therefore having higher IV. For instance they preferably have tan delta which is at least 50% and often at least 80%, for instance up to 120% or more of tan delta for the corresponding unbranched polymers. However we find that when the amount of branching agent is increased significantly tan delta at 0.005 Hz drops to below 0.5 and this is undesirable. The preferred tan delta values at 0.005 Hz for the polymers used in the invention are above 0.8 and preferably above 0.9, e.g., up to 1.1 or 1.3 or higher.

Instead of or in addition to relying on the tan delta values to characterise the freedom of the polymers from the presence of insoluble cross linked microparticles, it is also possible to rely on the ratio between deionised and salted SLV viscosity numbers.

The SLV viscosity numbers in the invention are determined by use of a glass suspended level viscometer at 25° C., the viscometer being chosen to be appropriate according to the viscosity of the solution. The viscosity number is $\eta-\eta_s/\eta_0$ where $\eta$ and $\eta_0$ are the viscosity results for aqueous polymer solutions and solvent blank respectively. This can also be referred to as specific viscosity. The deionised SLV viscosity number is the number obtained for a 0.05% aqueous solution of the polymer prepared in deionised water. The salted SLV viscosity number is the number obtained for a 0.05% polymer solution prepared in 1 M sodium chloride.

The deionised SLV viscosity number is preferably at least 3 and generally at least 4, for instance up to 7, 8 or higher. Best results are obtained when it is above 5. Preferably it is higher than the deionised SLV viscosity number for the unbranched polymer, that is to say the polymer made under the same polymerisation conditions but in the absence of the branching agent (and therefore having higher IV). If the deionised SLV viscosity number is not higher than the deionised SLV viscosity number of the unbranched polymer, preferably it is at least 50% and usually at least 75% of the deionised SLV viscosity number of the unbranched polymer. The salted SLV viscosity number is usually below 1. The deionised SLV viscosity number is often at least five times, and preferably at least eight times, the salted SLV viscosity number.

8

The polymers of the invention can be made by any of the conventional suitable polymerisation processes which are known for making water soluble acrylic and other addition polymers such as bead or gel polymerisations. The preferred type of polymerisation process is reverse phase emulsion polymerisation so as to form a reverse phase emulsion of water soluble polymer particles in non-aqueous liquid. This product typically has an initial particle size at least 95% by weight below 10 μm and preferably at least 90% by weight below 2 μm, for instance down to 0.1 or 0.5 μm. It can therefore be a conventional reverse phase emulsion or microemulsion and can be made by any of the known techniques for making such materials. Although it is proposed in U.S. Pat. No. 5,171,808 that it is important that the particle size of its microbeads should be, number average, below 0.75 μm, in the invention satisfactory results are obtained with particles above 1μm. Presumably this is because substantially all the particles of the emulsion (i.e., substantially everything other than impurities) goes into true solution before use. If desired the number average size can be typical of a microemulsion, for instance down to 0.05 or 0.1 μm.

The emulsion can be supplied in the form in which it is made (as an emulsion of aqueous polymer droplets in oil or other water immiscible liquid) or if desired it can be substantially dehydrated to form a stable dispersion of substantially anhydrous polymer droplets dispersed in oil. Conventional surfactant and optional polymeric amphipathic stabiliser may be included in known manner to stabilise the emulsion.

The reverse phase or other polymerisation process is conducted on a charge of the desired monomer or monomer blend. The monomer or monomer blend which serves as the charge for the polymerisation is usually an aqueous solution.

It is generally preferred for the anionic branched polymer to be a copolymer of 5 to 97% by weight acrylamide or other water soluble, non-ionic, ethylenically unsaturated monomer and 95 to 3% by weight ethylenically unsaturated carboxylic or sulphonic or other anionic monomer. Any of the conventional water soluble carboxylic and sulphonic monomers may be used such as acrylic acid, methacrylic acid, crotonic acid, vinyl sulphonate and AMPS. The preferred anionic monomer is often acrylic acid, often introduced as sodium acrylate or other water soluble salt. Preferred copolymers contain from 20 to 80%, often 40 to 75% by weight acrylic acid (often as sodium acrylate) with the balance being acrylamide.

A blend of anionic polymers can be used. The blend must comply with the definitions we give for the properties of the second polymer, and preferably each component of the blend complies with the definition.

Initiator is added to the charge in an amount and under conditions, and the charge is maintained at a temperature, such that the corresponding unbranched polymer would have whatever IV is appropriate having regard to the properties which are required and the amount of branching agent and possibly chain transfer agent.

Activating surfactant may be added to the polymer emulsion in order to promote the equilibration or activation of the emulsion into water.

The emulsion or other form of the polymer is usually put into the form of a true aqueous solution, typically of 0.05 to 2% polymer concentration, before the polymer is added to the cellulosic suspension.

The cellulosic suspension can be formed from any suitable cellulosic stock. The cationic and anionic retention aids

CIBA 004504

5,958,188

9

are usually both added to the cellulosic suspension at a time when it is a thin stock, typically having a cellulose content of 0.1 to 1.5, often 0.2 to 1% dry weight. It may be wholly or substantially unfilled or it may be lightly or heavily filled, and thus may contain from, for instance, 3 to 50%, often 10 to 30%, filler based on the dry weight of the suspension. The resultant paper can be filled or unfilled and can be any grade of paper or paper board.

It is preferred that the suspension contains a dissolved aluminium compound such as alum, aluminium sulphate, polyaluminium chloride, or any of the other aluminium compounds which can traditionally be incorporated into paper-making suspensions as inorganic coagulant. The amount of aluminium compound is usually at least 100 g/t and generally above 1 kg/t. It can be up to, for instance, 10 or even 50 kg/t.

It is also possible to use low molecular weight (IV below 2 or 3 dl/g) cationic coagulant polymers, such as polyamine or poly DADMAC or polyethylene imine, instead of or in addition to the alum. The inorganic or polymeric coagulant is normally included in the thin stock before the addition of the first polymeric retention aid but can be added with or after the first polymeric retention aid. Polyamine is preferred.

The cationic, first, retention aid which is used before the anionic polymer can be a cationic starch or other natural cationic polymer, but is preferably synthetic. It should have a high molecular weight, for instance as is conventional for cationic retention aids. Generally it is a copolymer of acrylamide or other nonionic ethylenically unsaturated water soluble monomer with a monoethylenically unsaturated cationic monomer. This can be a material such as diallyl dimethyl ammonium chloride but is more usually a dialkylaminoalkyl (meth) -acrylamide or -acrylate. Generally the first retention aid is a copolymer of 30 to 90% by weight acrylamide and 10 to 70% by weight dimethylaminoethyl acrylate or methacrylate (usually as acid addition or quaternary ammonium salt). It usually has an intrinsic viscosity of at least 4 dl/g, for instance at least 6 dl/g and usually at least 8 dl/g, for instance up to 15 or 20 dl/g.

The cationic polymer is usually linear and wholly water soluble. However it may be made as a cross linked reverse phase emulsion polymer as described in EP 202,780 or any other suitable high IV cationic retention aid.

The addition of the first, cationic, retention aid causes flocculation of the suspension. The flocs are subjected to mechanical degradation as a result of turbulence along a duct or, more usually passage through the fan pump or a centriscreen or both. The amount of degradation is usually the amount required to break the flocs down to microflocs which are reasonably stable against further mechanical degradation.

After sufficient degradation of the flocs has occurred, the second component of the soluble dual polymer system, namely the solution of anionic, branched, second polymeric retention aid, is added to the suspension. The suspension can be subjected to further deliberate shear but generally little or no shear is applied to the suspension after adding the second retention aid. For instance the anionic retention aid may be added to the headbox or just prior to the headbox.

The optimum amount of cationic and anionic retention aids will be selected having regard, inter alia, to the amount and type of all the other components in the suspension but each is usually in the range 50 to 2000 g/t (grams polymer per tonne dry weight suspension). For instance the amount of first polymer is typically 100 or 200 to 1500, often around

10

300 to 1000, g/t and the amount of second polymer is often 50 to 2000, often around 100 to 1000, g/t. Each polymer is usually dissolved in water to obtain a homogeneous stable composition prior to use.

We find that the use of the soluble dual polymer retention system of the invention using the defined polymers gives a very valuable combination of retention, drainage and formation performance. In particular, we find that retention and drainage performance increases as the amount of branching agent is increased from zero up to a low value at which the retention and drainage peaks, with further increase in the amount of branching agent then tending to result in reduced retention and drainage performance. This peak may occur at around 2 to 3.5 ppm branching agent (of a polyethylenically unsaturated branching agent) but in some instances it may occur at higher values such as up to 7 or even 10 ppm, often in the absence of chain transfer agent but sometimes a little higher in the presence of chain transfer agent.

We find that the general trend of retention performance follows very closely the general trend of deionised SLV or Brookfield viscosity and tan delta at 0.005 Hz. In particular, we find that when the amount of branching agent is increased to values at which the deionised SLV viscosity and the tan delta value have fallen considerably from their peak down to a value similar to that which is obtained at, for instance, 100 or 200 ppm branching agent (in the absence of chain transfer agent), inferior results are obtained.

It is clear that in the invention the superior retention and drainage properties are obtained as a result of the polymer molecules having a branched state, in contrast to being in an insoluble network or insoluble microbead state, as in U.S. Pat. Nos. 5,167,766 or 5,171,808. Thus it seems that in the invention the individual branched molecules are sufficiently linear that they can move independently of each other in broadly the same way as individual linear molecules can move independent of each other.

As explained above, when considering a conventional linear retention aid, increased retention performance may be expected with increased IV and increased deionised solution viscosity, but this increase in retention is generally accompanied by a deterioration in formation. In the invention we surprisingly find that the increase in retention and deionised solution viscosity is accompanied by a significant improvement in formation (at constant polymer dose).

This is the first instance of which we are aware where branching of the polymer is accompanied by an improvement in papermaking tests both in retention and in formation, at constant polymer dosage. Further, the retention is considerably better, and the formation is not significantly worse, than is obtained when the polymer is further modified by the incorporation of much larger amounts of branching agent so as to obtain a cross linked, insoluble, microbead structure, for instance as described in U.S. Pat. No. 5,171,808.

Since the process gives improved retention, it is possible to reduce the amount of polymer while maintaining adequate retention, and this reduction in the polymer dosage can lead to further improvement in formation.

The following are examples.

EXAMPLE 1

An unbranched copolymer is formed by reverse phase emulsion polymerisation in conventional manner from 40% by weight sodium acrylate and 60% by weight acrylamide. The resultant emulsion is subjected to azeotropic distillation

CIBA 004505

5,958,188

11

to form a stable dispersion of substantially anhydrous polymer droplets, having a size mainly below 2 μm, dispersed in oil.

The process is repeated a number of times with different amounts of methylene bis acrylamide included in the mixture of sodium acrylate and acrylamide.

The polymers made by this experiment are labelled series A. At a separate location using different monomers, polymers were made from the same weight amounts of sodium acrylate and acrylamide and a range of methylene bis acrylamide branching agent amounts, and these were labelled series B. The various deionised and saline viscosities and intrinsic viscosities and tan delta values for these polymers were recorded in accordance with the protocols given above. Results are shown graphically in the accompanying drawings in which

BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a plot of the viscosity of 0.1% polymer solution in 1 M NaCl measured by Brookfield LVT with UL adaptor, at different amounts of methylene bis acrylamide (MBA) branching agent

FIG. 2 is a plot of the intrinsic viscosity over the range 0 to 135 ppm molar

FIG. 3 is a plot of the intrinsic viscosity over the range 0 to 14 ppm MBA for series A polymers and series B polymers

FIG. 4 is a plot of the viscosity of 0.1% solution in deionised water measured with a Brookfield LVT spindle 2 at differing rotation speeds of 3, 12, 30 and 60 rpm

FIG. 5a is a plot of the deionised SLV viscosity number (upper line) and the salted SLV viscosity number (lower line) for series A polymers over the range 0 to 135 ppm MBA and FIG. 5b shows the corresponding plot for series B polymers

FIG. 6 shows the plot for the series A and series B polymers of the deionised SLV viscosity number at different MBA amounts

FIG. 7 shows the corresponding plot for the salted SLV viscosity number

FIG. 8a is a plot of the tan delta value for the series A polymers

FIG. 8b is a plot of the tan delta value for the series B polymers

FIG. 8c is a combined plot of the tan delta values for all the polymers

FIG. 9 is a plot of the Schopper Riegler drainage values at different dosages ranging from 0 to 1000 g/ton of polymers made by with differing amounts of MBA

FIG. 10 is a corresponding plot of the Britt jar retention values.

It will be observed from each of FIGS. 1 to 8c that there is a consistent trend of properties changing rapidly as the amount of branching agent increases up to around 10 or 20 ppm and then changing much more slowly and indeed tending to plateau out from around 20 or 30 ppm upwards. Also, there is a consistent trend that many of the properties have a peak value at a very low amount of branching agent, below 10 ppm. It is reasonable to deduce from all these plots that the physical state of the polymers changes rapidly as the amount of branching is increased up to around 10 or 20 ppm but that by the time the amount of branching agent has exceeded, for instance, about 40 or 50 ppm further change is relatively slow. This would be consistent with the polymer being present in the form of insoluble cross linked micro-

12

particles at the higher amount of branching agent but the polymer being substantially free of insoluble particles at the lower amount of branching agent.

EXAMPLE 2

The retention and dewatering properties obtained when using the resultant branched polymers are determined by standard Britt jar and Schopper-Riegler methods respectively on a 50/50 bleached pine/bleached birch suspension containing 25% (on total solids) precipitated calcium carbonate and 8 kg/t alum 1 kg/t of cationic retention aid formed from 90% acrylamide and 10 mole % dimethylaminoethyl acrylate quaternary salt, IV 12 is used. In each instance various dosages of the second polymer are added.

The results are shown in FIG. 9 (drainage) and FIG. 10 (retention). It is immediately apparent that there is a close correlation between the amount of branching agent which gives minimum drainage time (and therefore best drainage) and maximum (and therefore best) retention value, on the one hand and the amount of branching agent which gives peak deionised solution viscosity and peak Tan delta at 0.005 Hz on the other. The fact that polymers at or close to the peak deionised solution viscosity values and 0.005 Hz Tan delta values give better drainage and retention values than polymers cross linked with, for instance, more than 100 ppm molar MBA is clearly apparent from, for instance, FIGS. 9 and 10.

EXAMPLE 3

A plant trial is conducted on a conventional papermaking machine. The cellulosic suspension consists of 60% hard wood and 40% soft wood refined to 350 ml Canadian Standard Freeness with a thin stock consistency of 0.5%. About 5 kilos per ton cationic starch is included together with 20% precipitated calcium carbonate. Alum is present in an amount of 2.5 kg/t.

A dosage of 0.325 kg/t of cationic first polymer having IV about 9 dl/g and formed from 79% acrylamide and 21% dimethyl aminoethyl acrylate MeCl quaternary salt is added to the suspension before the fan pump. This resulted in flocculation and degradation of the flocs as the suspension was passed through the fan pump and the centriscreen.

A previously dissolved solution of second anionic polymeric retention aid is added between the centriscreen and the headbox, and the suspension is then drained through the wire and the first pass retention, first pass ash retention and formation are recorded.

In run 1, the second polymer is an unbranched polymer as in example 1 having IV about 16 dl/g and thus is substantially linear and is not in accordance with the invention.

In a second run, the second polymer corresponds with the first polymer except that it is made in the presence of 3.5 ppm methylene bis acrylamide. In this particular run half of this second polymer is a preferred polymer according to the invention made in the absence of chain transfer agent and having IV 9.2 dl/g, and is used as a blend with another second polymer made under the same conditions but with the addition of 200 ppm by weight chain transfer agent, whereby this other polymer has IV 5.5 dl/g.

In run 3, the second material is the same as in example 1 except that it is made in the presence of about 200 ppm

CIBA 004506

5,958,188

13

methylene bis acrylamide, and thus is not in accordance with the invention.

The results are shown in the following table.

| Run | Branching Agent | Percentage First Pass Retention | Percentage First Pass Ash Retention | Formation |
|---|---|---|---|---|
| 1 | 0 ppm | 87.5 | 76.4 | 4.3 |
| 2 | 3.5 ppm | 90.8 | 76.1 | 11.9 |
| 3 | 200 ppm | 78.9 | 50.0 | 13.6 |

The highest quantitative value in each test is desired.

These results show that including a very small amount of the branching agent (Run 2) causes an increase in retention but significantly improves formation, compared to the unbranched polymer (Run 1). Further, they show that significantly cross linking the polymer as in U.S. Pat. No. 5,171,808 (Run 3) worsens retention and only slightly improves formation (at the same dose). These results show that it is therefore possible to operate this process so as to obtain adequate formation and improved retention at constant polymer dosage or equivalent formation and equivalent retention but at reduced polymer dosage.

EXAMPLE 4

First pass reation, first pass ash retention and formation values are determined in laboratory tests conducted on a cellulosic suspension to which 5 kg/t alum is added followed by 0.5 kg/t of the same cationic polymer as in example 2 followed by 0.5 kg/t of the anionic second polymer.

One second polymer is made using 3.5 ppm MBA, without chain transfer agent. Another second polymer is made under the same conditions and from the same monomer charge with 3.5 ppm MBA and 5 ppm sodium hypophosphite as chain transfer agent. Both these are in accordance with the invention.

A third second polymer is a commercial polymer believed to be similar to the first and second except for the fact that it was highly cross linked, probably having been made with above 200 ppm cross linker. The first pass retention and first pass ash retention and formation values are as follows

| | First Pass Retention | First Pass Ash Retention | Formation |
|---|---|---|---|
| 3.5 ppm MBA | 80.4 | 61.0 | 27.5 |
| 3.5 ppm MBA + 5 ppm chain transfer agent | 80.6 | 61.4 | 29.0 |
| 200 ppm MBA | 73.9 | 43.9 | 33.4 |

These results show that the two processes in accordance with the invention give very much better retention properties than the process using highly cross linked microparticles. The results also show that although the formation values are not as good, the polymer made using a small amount of chain transfer agent gives better formation than the corresponding polymer made in the absence of the chain transfer agent.

We claim:

1. A process of making paper comprising flocculating a cellulosic suspension with a water soluble, cationic, first, polymeric retention aid to form cellulosic flocs, mechanically degrading the flocs, reflocculating the suspension by adding a solution of a water soluble, anionic, second poly-

14

meric retention aid made by polymerising a water soluble anionic ethylenically unsaturated monomer charge under polymerisation conditions, forming a sheet by draining the reflocculated suspension and drying the sheet

characterised in that the water soluble anionic polymeric retention aid

(a) is a branched water soluble polymer made by including branching agent in the monomer charge, and

(b) has intrinsic viscosity above 3 dl/g and

(c) has a tan delta rheological oscillation value on a 1.5% solution at 0.005 Hz of at least 0.5, or has a deionised SLV viscosity number which is at least three times the salted SLV viscosity number of the polymer made under the same polymerisation conditions from the same monomer charge in the absence of branching agent.

2. A process according to claim 1 in which the branched polymer has tan delta above 0.7.

3. A process according to claim 1 in which the branched polymer has an intrinsic viscosity above 6 dl/g.

4. A process according to claim 1 in which the branched polymer has a saline Brookfield viscosity of at least 2.2 mPa.s.

5. A process according to claim 1 in which the branching agent is a polyethylenically unsaturated monomer and the amount of branching agent is about 1 to 10 ppm molar.

6. A process according to claim 1 in which the branching agent is a polyethylenically unsaturated monomer and the amount of branching agent is about 1 to 3.5 ppm molar.

7. A process according to claim 1 in which the branched polymer has been made by reverse phase emulsion polymerisation and is dissolved in water to form a dilute composition prior to addition to the cellulosic suspension.

8. A process according to claim 1 in which the branched polymer has been made in the presence of chain transfer agent.

9. A process according to claim 1 in which the cellulosic suspension to which the branched polymer is added contains a dissolved aluminium compound or a cationic polymeric coagulant of an intrinsic viscosity below 3 or both.

10. A process according to claim 1 in which the cationic polymeric retention aid is selected from cationic starch and cationic synthetic water soluble polymers having intrinsic viscosity above 4 dl/g.

11. A process according to claim 1 in which the branched polymer has tan delta above 0.7, intrinsic viscosity above 6 dl/g and a saline Brookfield viscosity of at least 2 mPa.s and the branching agent is a polyethylenically unsaturated monomer used in an amount of about 1 to 10 ppm molar.

12. A process of making paper according to claim 1 comprising providing the cellulosic suspension, mixing into the suspension a coagulant selected from aluminium compounds and cationic coagulant polymers having an intrinsic viscosity below 3 dl/g, then flocculating the suspension to form flocs by mixing into the suspension the water soluble synthetic, cationic first polymeric retention aid having an intrinsic viscosity above 6 dl/g, then mechanically degrading the flocs, then reflocculating the suspension by mixing into the suspension a solution of a water soluble branched, anionic second polymeric retention aid which has an intrinsic viscosity above 3 dl/g and a tan delta rheological oscillation value at 0.005 Hz of above 0.5 and which polymer has been made by reverse phase emulsion polymerisation of an anionic monomer charge containing 1 to 10 ppm branching agent, draining the reflocculated suspension to form a sheet and drying the sheet.

* * * * *

CIBA 004507

B496

APPENDIX RANGE B497 TO B505 HAS BEEN REDACTED

# United States Patent [19]

## Durand et al.

[11] Patent Number: 4,681,912

[45] Date of Patent: Jul. 21, 1987

[54] PROCESS FOR MANUFACTURING INVERSE MICROLATICES OF WATERSOLUBLE COPOLYMERS, THE RESULTANT INVERSE MICROLATICES AND THEIR USE FOR IMPROVING THE PRODUCTION OF HYDROCARBONS

[75] Inventors: Jean-Pierre Durand, Chatou; Denise Nicolas, Maurepas; Norbert Kohler, Saint Germain en Laye; Francois Dawans, Bougival; Françoise Candau, Strasbourg, all of France

[73] Assignee: Institut Francais du Petrole, Rueil-Malmaison, France

[21] Appl. No.: 742,445

[22] Filed: Jun. 7, 1985

[30] Foreign Application Priority Data

Jun. 7, 1984 [FR] France ........................ 84 08906
Jun. 7, 1984 [FR] France ........................ 84 08907

[51] Int. Cl.⁴ ........................................ C08J 0/00
[52] U.S. Cl. ............................ 524/827; 524/829; 524/831
[58] Field of Search ............... 524/827, 829, 831

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| Re. 28,474 | 7/1974 | Anderson et al. | 523/336 |
| 3,284,393 | 11/1966 | Vanderhoff et al. | 526/207 |
| 3,826,771 | 7/1974 | Anderson et al. | 524/817 |
| 4,021,399 | 5/1977 | Hunter et al. | 524/827 |
| 4,022,731 | 5/1977 | Schmitt | 524/166 |
| 4,070,321 | 1/1978 | Goretta et al. | 524/829 |
| 4,077,930 | 3/1978 | Lim et al. | 524/829 |
| 4,147,681 | 4/1979 | Lim et al. | 524/831 |

| | | | |
|---|---|---|---|
| 4,242,247 | 12/1980 | Pellon et al. | 260/29.6 |
| 4,330,450 | 5/1982 | Lipowski et al. | 524/547 |
| 4,435,528 | 3/1984 | Domina | 524/827 |
| 4,464,508 | 8/1984 | Easterly, Jr. | 524/801 |
| 4,521,317 | 6/1985 | Candau et al. | 252/8.55 D |
| 4,524,175 | 6/1985 | Stanley, Jr. | 524/831 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 0074661 | 3/1983 | European Pat. Off. | 524/831 |
| 0119078 | 9/1984 | European Pat. Off. | 524/831 |
| 2354006 | 5/1975 | Fed. Rep. of Germany | |
| 0841127 | 7/1960 | United Kingdom | 524/801 |
| 2093464 | 9/1982 | United Kingdom | 524/827 |
| 2118200 | 10/1983 | United Kingdom | 524/827 |
| 2140433 | 11/1984 | United Kingdom | 524/831 |

Primary Examiner—Joseph L. Schofer
Assistant Examiner—J. M. Reddick
Attorney, Agent, or Firm—Millen & White

[57] ABSTRACT

By a new process, inverse microlatices of watersoluble copolymers are prepared by copolymerization within an inverse microemulsion obtained by admixing an aqueous phase containing the hydrosoluble monomers to be copolymerized, an organic phase and a non-ionic surfactant or a mixture of non-ionic surfactants, whose H L B ranges from 8 to 11.

The resultant microlatices can be diluted in water so as to form thickened solutions, which can be used to improve the production of hydrocarbons from oil formations, particularly in enhanced recovery methods or methods for preventing water inflows in producing wells.

13 Claims, 1 Drawing Figure

B506

CIBA 000548

**U.S. Patent**          Jul. 21, 1987          4,681,912



**B507**

CIBA 000549

4,681,912

1

## PROCESS FOR MANUFACTURING INVERSE MICROLATICES OF WATERSOLUBLE COPOLYMERS, THE RESULTANT INVERSE MICROLATICES AND THEIR USE FOR IMPROVING THE PRODUCTION OF HYDROCARBONS

The invention relates to a process for manufacturing inverse microlatices by copolymerization, in an inverse microemulsion, of at least two hydrosoluble vinyl monomers, and to the inverse microlatices obtained by this process by "hydro-soluble" is meant "water-soluble" throughout.

It also concerns the use of these inverse microlatices in the preparation of thickened aqueous solutions for improving the production of hydrocarbons.

### BACKGROUND OF THE INVENTION

The energy crisis has led to the development of numerous surveys in order to recover a maximum amount of the oil present in the fields. Among the various considered methods, one of them consists of flooding the oil field by means of an injection of salt water in order to force petroleum out of the pores of the rock where it is adsorbed. However, the difference in mobility between oil and water considerably reduces the efficiency of said method. In order to improve this technique, it is known to thicken the injection water by means of hydrosoluble polymers, such as partially hydrolized polyacrylamides, acrylamide-sodium acrylate copolymers or polysaccharides.

On the other hand, it has been found that aqueous solutions, thickened by means of polymers, injected in wells simultaneously producing water and oil, limit the water production sufficiently without changing the oil production. However, the use of hydrosoluble polymers under actual conditions of use on the field, is often a delicate operation. As a matter of fact, the handling, storing and dissolution of polyacrylamides, as powder, gives rise to certain problems, particularly those due to absorption of moisture causing, formation of agglomerates, whose dissolution is time-consuming.

For this reason, new modes of conditioning hydrosoluble polymers have been proposed, particularly with inverse latices offering as a rule, all the advantages associated with liquids handling. In this connection U.S. Pat. Nos. 3,284,393, 3,624,019, 3,826,771 and 4,022,731, as well as German patent application No. DE-A-2.554.082 and British Pat. No. 2.030.578, are of particular interest.

In the formulations disclosed in these documents, the surfactant is most often selected from non-ionic surfactants having a low H L B (Hydrophilic Lipophilic Balance), providing a water-in-oil emulsion. It consists usually of a sorbitan monooleate or monostearate. On the other hand, it has been stated that certain surfactants of higher H L B are also liable to give water-in-oil emulsions (French Pat. No. 2 245 671).

However, inverse latices obtained according to the prior art methods suffer from different disadvantages, particularly an instability which results in a strong tendency to settle and in the requirement of intense and delicate shearing during their dissolution in aqueous phase, i.e. during their inversion.

More recently, it has been proposed to use inverse microlatices of hydrosoluble polymers of improved stability (French patent application No. 2 524 895),

2

prepared by using anionic or cationic surface-active agents.

### SUMMARY OF THE INVENTION

A new process for preparing stable, transparent inverse microlatices, of hydrosoluble copolymers, using certain proportions of non-ionic surfactants and resulting in increased contents of copolymers, has now been discovered. This is of particular interest in view of the use of these microlatices to form thickened solutions used for improving the production of oil fields.

The microlatices prepared by the process of the invention further have the advantage of being auto-inversable.

The process for manufacturing inverse microlatices according to the invention is generally defined by the following steps of:

(a) preparing a microemulsion (stable and transparent) of the water-in-oil type, by admixing:

(i) an aqueous solution of the acrylic monomers to be copolymerized with

(ii) an oily phase, comprising at least one hydrocarbon liquid,

(iii) in the presence of at least one non-ionic surfactant whose H L B value ranges from 8 to 11 (when using a mixture of surfactants, the resultant H L B is considered).

(b) subjecting the obtained inverse microemulsion of step (a) to polymerization conditions up to complete polymerization and production of a stable, transparent, inverse microlatex of high molecular weight (the term transparent also meaning translucent).

It will be recalled that an emulsion is a diphasic, turbid, unstable medium. Under stirring, particles, dispersed either in water or in oil, are observed which have a wide size distribution about an average value of the order of a micron. When polymerizing an emulsion, the polymer is dispersed in the large emulsion drops (diameter of about 1 to 10 microns) as well as in the small emulsifier micelles (diameter of about 5 to 10 nm).

A microemulsion is also formed of two liquids insoluble in each other and a surfactant, but, in contrast with the emulsion, the mere mixture of the constituents gives, without any agitation, a transparent or translucent thermodynamically stable medium.

In the formulations of inverse microemulsions leading to the microlatices of the invention, the aqueous phase contains at least two hydrosoluble acrylic monomers: on the one hand, acrylamide and/or methacrylamide and, on the other hand, at least another acrylic monomer selected from acrylic acid, methacrylic acid and alkali salts of these acids. In the mixture of acrylic monomers, the second acrylic monomer content may range from 15 to 60% by weight and preferably from 20 to 45% by weight.

In order to obtain an inverse microemulsion, it is generally necessary to use particular conditions whose main parameters are as follows: surfactant concentration, H L B of the surfactant or of the surfactant mixture, temperature, nature of the organic phase and composition of the aqueous phase.

The monomers content of the aqueous phase is generally 20–80% and usually 30–70% by weight.

Generally the pH of the monomers aqueous solution ranges from 8 to 13 and advantageously from 9 to 11.

The selection of the organic phase has a substantial effect on the minimum surfactant concentration necessary to obtain the inverse microemulsion. This organic

CIBA 000550

4,681,912

| 3 | 4 |

phase may consist of a hydrocarbon or a hydrocarbons mixture. Isoparaffinic hydrocarbons or mixtures thereof are the best suitable in order to obtain inexpensive formulations (lower amount of surfactants) of inverse microemulsions.

The ratio by weight of the amounts of aqueous phase and hydrocarbon phase is chosen as high as possible, so as to obtain, after copolymerization, a microlatex of high copolymer content. Practically, this ratio may range, for example, from 0.5 to 3/1; usually it is close to 2/1.

The one or more surfactants are selected in view to obtain a H L B value ranging from 8 to 11. As a matter of fact, outside this range, the inverse microemulsions either cannot be obtained, or require a considerable amount of surfactants, incompatible with an economical process. In addition, in the so-defined H L B range, the surfactant content must be sufficient to obtain an inverse microemulsion. Too low concentrations of surfactants lead to inverse emulsions similar to those of the prior art and form no part of this invention.

Within the H L B range, the surfactant concentration, in proportion to all of the constituents of the microemulsion is preferably higher than a value y (in % by weight) approximately defined by the following empirically determined equation:

$$y = 5.8 \ x^2 - 110x + 534$$

wherein x is the H L B value of the surfactant or surfactant mixture.

BRIEF DESCRIPTION OF THE DRAWING

The accompanying drawing shows a curve representing the surfactant concentration versus the H L B value. On this figure, the preferred domain of the invention has been hachured.

With respect to the upper limit of the surfactant concentration, it is desirable, for economical reasons, to limit said concentration to 25% by weight of all the constituents of the inverse microemulsion.

When preparing the inverse microemulsion, the temperature of the mixture must be carefully controlled, in view of the sensitivity to temperature of the inverse microemulsions in the presence of non-ionic surfactants. This temperature influence is increased as the surfactant concentration is closer to the minimum content required for obtaining an inverse microemulsion.

In order to reduce the required surfactant content, and to limit to a minimum the temperature influence on the stability of the inverse microemulsions, the latter will be, as much as possible, prepared at a temperature as close as possible to that selected for the copolymerization.

The hydrosoluble acrylic monomers present in the above-described inverse microemulsion are polymerized photochemically or thermally: the method consists of photochemically initiating the copolymerization, for example by ultraviolet radiation or thermally by means of a free radical generator, either hydrophobic, such as, for example, azobisisobutyronitrile, or hydrophilic, such, for example, as potassium persulfate.

The copolymerization is performed very quickly, for example in a few minutes, in a photochemical way, quantitatively, and leads to the formation of stable and transparent microlatices whose particles radius is of the order of 20–40 nanometers with a narrow distribution range.

The size of the particles dispersed in the inverse microlatices according to the invention may be determined by means of the quasi-elastic light scattering. The optical source on the light scattering apparatus consists of a Spectra Physics argon-ion laser operating at 488 nm. The time dependant correlation function of the scattered intensity is derived by using a digital correlator with 72 channels. The intensity correlation data have been treated by using the method of cumulants, giving the average decay rate $<\Gamma^{-1}>$ of the correlation function and the variance V. The latter measures the amplitude of the distribution of the decay rate and its value is given by the formula:

$$V = (<\Gamma>^2 <\Gamma^2>)/<\Gamma>^2$$

wherein $<\Gamma^2>$ is the second moment of the distribution.

For copolymer solutions of low polydispersity, the variance V, as a first approximation, is related to the polydispersity index Mw/Mn (weight average molecular weight/number average molecular weight) by the relationship:

$$Mw/Mn = 1 + 4 \ V$$

The molecular weight of the obtained copolymers depends to a large extent on the copolymerization temperature. Temperatures lower or equal to about 30° C are always preferred when very high molecular weights are desired, as for inverse microlatices destined to be used in Enhanced Oil Recovery.

The process of the invention provides stable and transparent inverse microlatices of high hydrosoluble copolymer content (20 to 35% by weight). The inverse microlatices, prepared in the presence of non-ionic surfactants, have a remarkable stability to temperature in contrast with the inverse microemulsions from which they are prepared.

Inverse microlatices obtained by the process of the invention, can be used in many applications, particularly in the techniques of oil production: Hydrocarbons Enhanced Recovery, ground consolidation, manufacture of drilling muds, prevention of water inflows during the bringing in production of oil wells, and as completion or fracturation fluids.

Generally, the Enhanced Oil Recovery methods with the use of polymer aqueous solutions consist of injecting said solutions in the field through at least one injection well, to circulate it through the formation and recover the displaced hydrocarbons through at least one producing well.

The methods using inverse microlatices of the invention for Enhanced Recovery are not substantially different from those above-described for the water-in-oil emulsions. The inverse microlatices considered in this invention are auto-inversable and it is not necessary generally to add an additional surfactant to favor the inversion, as in certain above-described methods. These microlatices are used, for example after dilution in water, in a proportion of 50 to 5000 ppm, preferably 100 to 2000 ppm by weight of copolymer with respect to the resultant aqueous phase. Tests conducted in laboratory have shown the efficiency of the inverse microlatices used.

The method for preventing water inflows in producing wells, consists of injecting into the producing well, in the part of the field to be treated, an aqueous solution

CIBA 000551

4,681,912

5

of polymer, prepared according to the invention by inverse microlatex dissolution in water. The polymer is adsorbed to a large extent on the walls of the formation surrounding the well where it is injected. When said well is then brought again in production, the oil and/or the gas selectively traverse the treated zone whereas the water passage is reduced.

In addition to these applications, the hydrosoluble polymers, prepared as a microemulsion, may be used as:

coagulants for separating solids suspended in liquids

floatation and draining adjuvants in the manufacture of paper pulp; or

flocculants in water treatment

The inverse microlatices obtained by the process of the invention may also be used in assembling of glass fibers, in the leather industry or in the field of paints.

## EXAMPLES

The following examples illustrate the invention, but must not be considered as limiting in any way the scope thereof. Examples 1, 10 and 14 to 17 are given by way of comparison and form no part of the invention.

### EXAMPLE 1 (comparative)

77,8 g of SOLTROL 220 (inorganic paraffinic oil having a distillation point of 244° C. and a final point of 287° C.), 25 g of a mixture of 21.4 g of polyoxyethylene sorbitol hexaolate (ATLAS G 1086) and 3.6 g of sorbitan sesquiolate (ARLACEL 83) whose H L B (hydrophilic lipophilic balance) is 9.25, are admixed under stirring. 61.3 g of acrylamide and 20.7 g of glacial acrylic acid are dissolved in a mixture of 42.2 g of distilled water with 23.0 g of a 50% by weight sodium hydroxide solution and this solution is added to the oil/surfactant mixture. The amount of surfactants corresponds to 10% by weight of all the constituents. After one hour of purging with nitrogen at room temperature, the resultant emulsion (turbid and unstable) is heated to 40° C. and 6.5 10⁻⁴ mole of t-butyl peroxypivalate per mole of monomer are added thereto, the temperature being maintained between 40° and 50° C. for about 1 hour.

The so-obtained latex is turbid and decantation takes place during storage.

### EXAMPLE 2

When example 1 is repeated, but with the use of 63.5 g of surfactants mixture, which corresponds to 22% by weight of all the constituents, the resultant mixture, in contrast to example 1, is limpid and monophasic (microemulsion) and remains as such after copolymerization. By precipitation in acetone and successive washings with acetone and methanol, an acrylamine-sodium acrylate copolymer is obtained. Its viscosity in aqueous solution (400 ppm of copolymer and 5000 ppm of NaCl), measured at 30° C., is 1.30 mm²/s.

### EXAMPLE 3

Example 1 is repeated but as the organic solvent an isoparaffinic cut (ISOPAR M) having an initial distillation point of 207° C. and a final point of 254° C. is used and a mixture of surfactants (36.6 g) corresponding to 14% of the weight of all the constituents is used. The resultant mixture is limpid and monophasic.

After copolymerization, a monophasic mixture (microlatex) containing 35.3% by weight of acrylamide-sodium acrylate copolymer is obtained. An aqueous solution containing 400 ppm of said copolymer and

6

5000 ppm of NaCl, measured at 30° C. has a viscosity of 1.4 mm²/s.

### EXAMPLE 4

255 g of ISOPAR M and 90 g of a mixture of surfactants consisting of 12.6 g of sorbitan sesquiolate and 77.4 g of polyoxyethylene sorbitol hexaolate (resultant H L B; 9.3) are added to an aqueous solution containing 38.25 g of acrylic acid and 89.25 g of acrylamide neutralized with sodium hydroxide to a pH close to 10. This amount corresponds to 15% by weight of all the constituents. 0.21 g of azobisisobutyronitrile is added to the resultant monophasic mixture which is degased for 1 hour and heated for 2 hours at 60° C., giving a stable and transparent microlatex whose particle radius, determined by quasi-elastic light scattering, is about 25nm, with a variance of 3%.

By precipitation in acetone and successive washings with acetone and methanol, an acrylamide-sodium acrylate copolymer is obtained (with a total conversion) whose viscosity, determined at 30° C. in a 400 ppm copolymer and 5000 ppm NaCl aqueous solution, is 1.5 mm²/s.

### EXAMPLE 5

Example 4 is repeated, except that azobisisobutyronitrile is omitted and the copolymerization is conducted under U.V. radiation for 5 minutes, the temperature being maintained at 20° C. With a total conversion, an acrylamide-sodium acrylate copolymer is obtained whose viscosity, measured at 30° C. in a 400 ppm copolymer and 5000 ppm NaCl aqueous solution, is 3.15 mm²/s. On the other hand, the intrinsic viscosity of said copolymer, dissolved in water containing 20 g/l of NaCl, has been found equal to 3250 cc/g on the basis of measurements effected with a LS 30 viscosimeter of CONTRAVES Company and extrapolated to zero concentration and shear rate.

### EXAMPLE 6

In the conditions of example 4 for carrying out the inverse microemulsion, the proportions of each of the two surfactants are varied and the minimum amount of surfactants for obtaining, after copolymerization, a stable and transparent inverse microlatex, is determined in each case.

The results are reported in the following table:

TABLE I

| HLB | Minimum surfactant concentration to obtain a stable and transparent inverse microlatex (% by weight) |
|-----|------|
| 8.5 | 18 |
| 9 | 14 |
| 9.5 | 12 |
| 10.2 | 16 |

### EXAMPLE 7

200 g of ISOPAR M and 92 g of the surfactant mixture of example 5 are added to 400 g of an aqueous solution containing 60 g of acrylic acid, 140 g of acrylamide and the sodium hydroxide amount required to attain a pH close to 10. This amount corresponds to 13.3% by weight of all the constituents. The copolymerization, conducted under the same conditions as described in example 5, provides a stable and transparent microlatex whose particles radius, determined by

B510

CIBA 000552

4,681,912

7

quasi-elastic light scattering, is about 40 nm, with a variance of 5%. This inverse microlatex contains 31.6% by weight of an acrylamide-sodium acrylate copolymer containing 35.9% by weight of sodium acrylate.

The intrinsic viscosity of said polymer is 3520 cc/g (solution at 20 g/l of NaCl).

## EXAMPLE 8

200 g of ISOPAR M and 106 g of the mixture of surfactants of example 4 are added to 400 g of an aqueous solution containing 40 g of acrylic acid, 160 g of acrylamide and the sodium hydroxide amount required to attain a pH of 9. This amount corresponds to 15% by weight of all the constituents. The copolymerization, conducted in the same conditions as in example 5, gives a monophasic mixture containing 30.1% by weight of acrylamide-sodium acrylate copolymer containing 24.6% by weight of sodium acrylate.

The viscosity of an aqueous solution containing 400 ppm of said copolymer, determined at 30° C. in the presence of 5 g/l of NaCl, is 2.7 mm²/s.

## EXAMPLE 9

When, in example 8, ISOPAR M is replaced with trimethyl-pentane, everything else being unchanged, an inverse microlatex of similar characteristics as in example 8 is obtained.

## EXAMPLE 10 (comparative)

When, in example 8, the isoparaffinic solvent (ISOPAR M) is replaced with an aromatic solvent (toluene), everything else being unchanged, it is impossible to obtain an inverse microemulsion, even with the addition of high amounts of surfactants (31% by weight).

## EXAMPLE 11

200 g of ISOPAR M and 115 g of a mixture of surfactants containing 11% by weight of sorbitan trioleate (Montane 85) and 89% by weight of ethoxylated sorbitan trioleate (Montanox 85) are added to 400 g of an aqueous solution containing 60 g of acrylic acid and 140 g of acrylamide, whose pH has been brought to 10 by addition of sodium hydroxide. The H L B of the surfactants mixture is 10 and the surfactant amount corresponds to 16% by weight of all the constituents.

The copolymerization, conducted in the same conditions as described in example 5, gives a monophasic mixture containing 30.5% by weight of an acrylamide-sodium acrylate copolymer containing 35.9% by weight of sodium acrylate.

The intrinsic viscosity of said polymer is 3200 cc/g (in aqueous solution at 20 g/l of NaCl).

## EXAMPLE 12

200 g of ISOPAR M and 115 g of the mixture of surfactants of example 11 are added to 400 g of an aqueous solution containing 170 g of acrylamide and 30 g of acrylic acid, whose pH has been brought to 9 by addition of sodium hydroxide. This amount corresponds to 16% by weight of all the constituents.

The copolymerization, achieved in the same conditions as in example 5, gives a monophasic mixture containing 29.3% by weight of an acrylamide-sodium acrylate copolymer containing 18.7% by weight of sodium acrylate.

8

## EXAMPLE 13

200 g of ISOPAR M and 100 g of polyoxyethylene sorbitol oleate (ATLAS G 1087; H L B=9.2) are added to 400 g of an aqueous solution containing 50 g of acrylic acid and 150 g of acrylamide, whose pH has been brought to 10 by addition of sodium hydroxide. This amount corresponds to 14.3% by weight of all the constituents.

The copolymerization so-obtained copolymerization of the inverse microemulsion, conducted in the conditions described in example 5, gives a stable and transparent inverse microlatex containing 30.7% by weight of an acrylamide-sodium acrylate copolymer containing 30.3% by weight of sodium acrylate.

## EXAMPLE 14 (comparative)

When example 7 is repeated, except that the proportions of the two surfactants modified so as to obtain the resultant H L B of 7.6, it is not possible to obtain, under these conditions, any inverse microemulsion, even when adding high amounts of surfactants (more than 31% by weight).

## EXAMPLE 15 (comparative)

When, in example 7, the mixture of surfactants is replaced with ethoxynonylphenol containing 8 ethylene oxide recurrent units per molecule and having a H L B of 12.3, everything else being unchanged, it is not possible to obtain in these conditions, any inverse microemulsion, even when adding high surfactant amounts (more than 35% by weight).

## EXAMPLE 16 to 22

255 g of ISOPAR M and a variable amount of a mixture of surfactants having a H L B value of 9.3, already used in certain of the preceding examples (14% by weight of sorbitan sesquioleate and 86% by weight of polyethoxylated sorbitol hexaoleate are added to 255 g of an aqueous solution containing 44 g of acrylic acid and 82 g of acrylamide, neutralized with sodium hydroxide up to a pH close to 10. The amount of surfactant mixture is reported in table II hereinafter. The resultant mixture is degased and then heated at 45° C. for 45 minutes in order to copolymerize the monomers.

There is thus obtained a series of inverse latices whose final copolymer concentration is about 22 to 25% by weight with respect to all the constituents. The proportion of sodium acrylate in the copolymers is 42% by weight. Table II hereinafter reports, for the final latices, the values of optical transmission measured by turbidimetry, the hydrodynamic radii $R_H$ of the particles, determined by the quasi-elastic diffusion of light and an evaluation of the stability of said latices.

### TABLE II

| Examples | Surfactant concentration (% by weight) | Optical transmission (%) | $R_H$ (nm) | Stability |
|---|---|---|---|---|
| 16* | 8.2 | 1.1 | >89 | Sedimentation |
| 17* | 11.0 | 1.2 | >60 | after a few hours |
| 18 | 13.4 | 82 | 37 | Stable |
| 19 | 15.5 | 82 | 35 | even |
| 20 | 18.0 | 85 | 27.5 | after |
| 21 | 20.2 | 88 | 25 | several |
| 22 | 21.1 | 91 | 24 | months |

*comparative examples

**B511**

CIBA 000553

9

4,681,912

10

From this table, it appears that microlatices obtained in examples 18 to 22 are stable and have a high optical transmission and a small particle radius, in contrast with the results obtained in examples 16 and 17.

The values of surfactants or surfactant mixtures concentrations, taking into account the corresponding H L B values, were used to draw a curve shown in the accompanying FIGURE, indicating the approximate limit between a zone wherein no stable inverse microlatex is obtained and a zone wherein stable inverse microlatices can be obtained. On this FIGURE, the preferred domain of the invention has been hachured.

### EXAMPLES 23 to 25

100 g of ISOPAR M and 53 g of the same surfactant mixture as in the preceding examples (H L B=9.3) are added to 200 g of an aqueous solution containing 30 g of acrylic acid and 70 g of acrylamide, neutralized with sodium hydroxide up to a pH close to 9.

The obtained monophasic mixture, to which is added 0.15 g of azobisisobutyronitrile, is degased and maintained for 5 hours at a temperature differing according to the considered example. A stable and transparent inverse microlatex is always obtained and the copolymerization is complete.

By precipitation in acetone and successive washings with acetone and methanol, acrylamide-sodium acrylate copolymers are separated and their viscosity determined, at 30° C., in aqueous solutions containing 1000 ppm of copolymer and 5000 ppm of sodium chloride. The viscosity values are different according to the copolymerization temperature:

| | | |
|---|---|---|
| Example 23 | T° = 60° C. | Viscosity: 2.4 mm²/s |
| Example 24 | T° = 40° C. | Viscosity: 4.9 mm²/s |
| Example 25 | T° = 25° C. | Viscosity: 7.4 mm²/s |

### EXAMPLE 26

#### Test of injectivity of porous medium

A porous medium is prepared by packing, in a glass cylinder, sand from ENTRAIGUES EN 38, of granulometry ranging from 28 to 50 μml. The characteristics of the so-obtained porous medium are as follows: L=60 mm, $\Phi$=20 mm, Vp=8.6 cc, k=2.04 D, $\phi$=45% (k=permeability $P$to water expressed in Darcy ; $\phi$=porosity).

A solution of acrylamide-sodium acrylate copolymer (1000 ppm) is prepared by dispersing the inverse microlatex obtained in example 7 in a field brine of total salt content close to 3 g/L. The rheological curve of said copolymer solution, as determined by means of LS 30 viscosimeter, makes apparent the presence of a plateau in the values of relative viscosity versus shear rate (relative viscosity at zero shear rate: $\eta R_o$=20, at 30° C.)

The polymer solution is then injected at constant rate (q=1.5 cc/h by means of a piston pump of perfuser type; the pressure losses are measured at the terminals of the porous medium for the polymer solution and expressed in proportion to the values initially obtained with the field brine. Thus, a mobility ratio is defined which, in the experimental conditions, becomes stabilized at a value of 21.6. It is further observed that the stabilization of the mobility decrease corresponds to an equalization of the polymer concentrations, determined by viscosimetry, between the input and the output of the core. The comparison of the mobility decrease values with the plateau viscosity on the one hand, and the absence of polymer losses between the input and the output of the porous medium on the other hand, shows that for the selected porous medium, the injectivity of the microlatex dispersion is satisfactory. Particularly, no indication of clogging was observed.

When injecting field brine after the polymer solution, a value of the permeability reduction of 2.36 is obtained, which characterizes the presence of an adsorbed polymer layer on the walls of the porous medium. This behavior is characteristic of an acrylamide-sodium acrylate copolymer of high molecular weight.

On the other hand, the fact that the permeability to water is permanently reduced makes it possible to contemplate the use of the inverse microlatices of the invention in the prevention of water inflows in producing wells, as illustrated in the following example.

### EXAMPLE 27

A porous medium (L=20 cm; $\Phi$=5 cm) is prepared by coring a Vosges sandstone containing about 10% of clay. The permeabilities of this Vosges sandstone to sea water (total salt content =37 g/l and to the field water (total salt content =8 g/l) are respectively 0.478 D and 0.467 D. The porosity is 18%.

From the microlatex of example 1, a solution is separately prepared which contains 500 ppm of active copolymer in sea water and in field water. The relative viscosities obtained in the Newtonian zone of said microlatex dispersed in both water types are respectively $\eta R_o$=5.1 (field water) and $\eta R_o$=3.1 (sea water), the ratio of the two viscosities being equal to 1.65.

In conformity with the teaching of the French Pat. No. 2 325 797 (corresponding to U.S. Pat. No. 4,095,651) issued to the name of the applicant and concerning the prevention of water inflows in producing wells, the microlatex solution (Cp=500 ppm) is injected at constant rate q=3 cm³/h ($\gamma$=2.1 sec⁻¹) in sea water (t=30° C.). After injection of about 5 Pv (Pv=pores volume) of said microlatex solution, the polymer injection is discontinued and sea water is injected by the inlet face of the core in view to determine, on the one hand, the decrease of permeability $R_k$ to sea water before and after the polymer introduction and, on the other hand, to deduce therefrom a thickness of the adsorbed layer, calculated by the formula

$$\delta = R_p \left( 1 - \frac{1}{\sqrt[4]{R_1}} \right)$$

wherein $R_p$ designating the average pore radius is equal to

$$\sqrt{\frac{8k}{\gamma}}$$

The obtained values are as follows: $R_k$=1.80, $\delta$=0.62 μm.

Through the outlet face of the core, field water is injected in opposite direction, thus simulating the water production in the producing well. New values of the permeability reduction and of the thickness of the adsorbed layer are thus respectively obtained: $R_k$=2.92, $\delta$=0.90 micron. The ratio of the respective thicknesses of adsorbed layers respectively with the field water and

**B512**

CIBA 000554

4,681,912

11

the sea water is 1.61, value which is very close to 1.65, representing the ratio of the plateau viscosities in said two waters. This indicates that the introduction of the copolymer took place in such conditions that the thickness of the adsorbed layer varied in the same ratio as the viscosities. Accordingly, the production of soft water from the field is decreased, thereby decreasing the production water/oil ratio (WOR).

What is claimed as the invention is:

1. A process for producing a stable inverse microlatex comprising the steps of:

(a) admixing:

an aqueous solution containing at least one acrylic monomer (i) selected from acrylamide and methacrylamide and at least another acrylic monomer (ii) selected from acrylic acid, methacrylic acid and alkali salts of said acids, at a concentration from 20 to 80% by weight in said aqueous solution;

an oily phase comprising at least one hydrocarbon liquid, the ratio by weight between said aqueous solution and said oily phase being from 0.5/1 to 3/1, and

a non-ionic surfactant or a non-ionic surfactant mixture having a H L B from 8 to 11, in a proportion, with respect to all the involved constituents, higher than about a value y, given, in percent by weight, by the relationship:

$$y = 5.8\ X^2 - 110\ X + 534$$

wherein X is the H L B of said surfactant or said surfactant mixture, so as to form an inverse microemulsion, and

(b) subjecting the inverse microemulsion obtained in step (a) to copolymerization conditions.

12

2. A process according to claim 1, wherein said acrylic monomer (ii) is sodium acrylate.

3. A process according to claim 1, wherein said acrylic monomer (ii) amounts to 15–60% by weight of the acrylic monomer mixture.

4. A process according to claim 3, wherein said acrylic monomer (ii) amounts to 20–45% by weight of the acrylic monomer mixture.

5. A process according to claim 1, wherein, in step (a), the pH of said aqueous solution is from 8 to 13.

6. A process according to claim 1, wherein, in step (a), the oily phase comprises at least one isoparaffinic hydrocarbon.

7. A process according to claim 1, wherein, in step (a), the ratio by weight between the monomers aqueous solution and the oily phase is about 2/1.

8. A process according to claim 1, wherein, in step (a), the proportion of surfactant or surfactant mixture is at most 25% by weight of all the constituents of said inverse microemulsion.

9. A process according to claim 1, wherein, in step (b), the polymerization is conducted by heating in the presence of a radical reactions initiator.

10. A process according to claim 1, wherein, in step (b) the polymerization is initiated by radiation.

11. An inverse microlatex obtained by the process according to claim 1 having a copolymer content from 20 to 35% by weight.

12. In a method for preparing a thickened aqueous solution, comprising diluting in water an inverse microlatex in such a proportion that the resultant aqueous solution has a copolymer concentration from 50 to 5000 ppm by weight the improvement wherein the inverse microlatex is one of claim 11.

13. A thickened aqueous solution, obtained by the method of claim 12.

*  *  *  *  *

B513

CIBA 000555

# United States Patent [19]

## Allen et al.

[11] Patent Number: **4,528,321**

[45] Date of Patent: **Jul. 9, 1985**

[54] POLYMER DISPERSIONS AND THEIR PREPARATION

[75] Inventors: Adrian S. Allen, North Yorkshire; Peter Flesher, West Yorkshire, both of England

[73] Assignee: Allied Colloids Limited, Bradford, England

[21] Appl. No.: 595,137

[22] Filed: Mar. 30, 1984

[30] Foreign Application Priority Data

Apr. 6, 1983 [GB] United Kingdom ............ 8309275

[51] Int. Cl.³ .............. C08K 5/05; C08K 5/06; C08L 33/00; C08L 35/00

[52] U.S. Cl. ......................... 524/761; 524/764; 524/767; 524/800; 524/801; 524/804; 526/910; 526/911

[58] Field of Search ............ 524/761, 764, 767, 800, 524/801, 804; 526/910, 911

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,982,749 | 5/1961 | Friedrick et al. | 526/207 |
| 3,284,393 | 11/1966 | Vanderhoff et al | 524/801 |
| 4,052,353 | 10/1977 | Scanley | 526/207 |
| 4,150,210 | 4/1979 | Anderson et al. | 526/911 |
| 4,328,149 | 5/1982 | Morse et al. | 524/804 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2629655 | 1/1977 | Fed. Rep. of Germany | 524/767 |
| 56-112946 | 9/1981 | Japan | 524/761 |
| 1499731 | 2/1978 | United Kingdom | |

Primary Examiner—Ronald W. Griffin
Attorney, Agent, or Firm—Lawrence Rosen

[57]     **ABSTRACT**

A dispersion of water soluble or water swellable polymer in water immiscible liquid is made by reverse phase polymerization utilizing a dispersing system comprising a polymerization stabilizer and the resulting dispersion, optionally after dehydration, may be distributed into water utilizing a distributing system. The dispersing system or the distributing system, or both, includes at least one non-ionic compound selected from $C_{6-12}$ alkanols, $C_{4-12}$ alkylene glycol monoethers and their $C_{1-4}$ alkanoates, $C_{6-12}$ polyalkylene glycol monoethers and their $C_{1-4}$ alkanoates and benzyl alcohol. Novel dispersions are made by reverse phase polymerization and, in particular, include a non-ionic compound selected from $C_{4-12}$ alkylene glycol monoethers, their $C_{1-4}$ alkanoates and $C_{6-12}$ polyalkylene glycol monoethers and their $C_{1-4}$ alkanoates. When the polymer is water soluble a solution of it in water can be made by distributing the dispersion into water.

17 Claims, No Drawings

4,528,321

1

## POLYMER DISPERSIONS AND THEIR PREPARATION

It is well known to make a dispersion in water immiscible liquid of water soluble or water swellable polymer by forming a dispersion in the liquid of droplets of aqueous monomer in the presence of a dispersing system and then polymerising the monomer. This is called reverse phase polymerisation.

Depending on the materials and conditions used the polymerisation may be a reverse suspension polymerisation process or a reverse emulsion polymerisation process. Early disclosures of such processes are to be found in, for instance, U.S. Pat. Nos. 2,982,749 and 3,284,393. The water may be removed from the polymer particles, e.g. by azeotropic distillation, to form a dispersion of substantially anhydrous polymer particles in the non-aqueous liquid, for instance as described in U.S. Pat. No. 4,052,353 or British Pat. No. 1,499,731.

It is often desired to distribute the dispersion into water, for instance to form a solution of water soluble polymer or a thickened aqueous medium containing water swollen polymer, and to facilitate the distribution it is common to include a distributing system in the dispersion, the system generally being added after the formation of the dispersion and, if appropriate, dehydration of the dispersion. The distributing system normally includes a water soluble oil-in-water emulsifying agent.

The dispersion of aqueous monomer in water immiscible liquid is achieved by mechanically homogenising the aqueous monomer into the liquid. The dispersing system should fulfil various requirements. Thus it should assist the formation of this dispersion during mechanical homogenisation and should provide a sufficiently stable interfacial barrier to prevent reagglomeration of aqueous droplets after homogenisation. It should protect the droplets from coagulation during polymerisation and during subsequent treatment, for instance during distillation of water from the system. It should act as a dispersant for the resultant polymer particles such that the dispersion remains liquid without significant agglomeration or flocculation of the polymer particles. It should permit ready distribution of the dispersion into aqueous electrolyte or other water systems using minimal quantities of oil-in-water emulsifiers.

We find that it is generally necessary to use a dispersing system comprising a polymerisation stabiliser, which in practice is normally an amphipathic polymeric stabiliser. If the dispersing system consists solely of such a stabiliser there is a tendency for polymer particles to separate out from the dispersion during prolonged storage and it may be difficult to redisperse these settled particles. In some cases settlement arises because of a wide particle size distribution, the dispersion thus including a proportion of large particles which are not properly dispersed and so settle quickly. In other cases the particle size distribution may be more satisfactory but the particles may flocculate.

Settlement can be reduced by increasing the viscosity of the continuous phase by including viscosifiers or suspending agents in the dispersing system, for instance polymeric materials soluble in the continuous phase or lipophilic fatty amine modified clays. Another way of improving the dispersing system, and in particular of reducing the formation of large particles, is to include in the dispersing system an oil soluble, water-in-oil. emul-

2

sifier. This generally has an HLB value of from 4 to 6 and is normally included in the water immiscible liquid prior to homogenising the aqueous monomer into it. This assists in the breakdown of droplets to a smaller size but often quite high concentrations of emulsifier are required if significant improvement in settlement stability is desired and this has two serious disadvantages. It makes the dispersion much more viscous and it necessitates the use of a distributing system including quite large amounts of oil-in-water emulsifier, and in many cases even with very large amounts of emulsifier satisfactory distribution is not achieved.

The use of any type of synthetic emulsifier, either oil-in-water or water-in-oil, is in any event rather undesirable for various reasons. If the emulsifier gets into water that is to be discharged it can cause pollution. It can cause contamination of potentially potable water and can lead to increased risk of foam during use and possible aeration of polymer solutions or dispersions prepared by the use of such emulsifiers. Accordingly it is desirable to keep the concentrations in the dispersions of emulsifiers as low as possible. At present therefore one tends to have to tolerate either some settlement of polymer particles or risk the pollution and other problems associated with the use of increased levels of emulsifier.

It might be thought that satisfactory results could be achieved if the water immiscible liquid (which by definition is immiscible or only very slightly miscible with water) is replaced by a water miscible liquid. It is difficult, with such liquids, to obtain a satisfactory dispersion of the polymer but even if a dispersion is obtained there is the disadvantage that, upon contacting the dispersion with water, the polymer particles hydrate so rapidly that they become sticky before adequate distribution of them through the water. As a result there is tendency for the formation of undesirable large agglomerates of partially hydrated polymer.

Suitable oil-in-water emulsifiers are listed in British Pat. No. 1499731. They are included, in that Patent, in amounts of from 5 to 20% by weight based on the oil phase and clearly are present in amounts such that, upon stirring the dispersion into water, a stable oil-in-water emulsion is formed. As the wetting agent may be of low solubility in the immiscible liquid it is recommended to include solution promotors. Although reference is made to the use of higher aliphatic $C_6$–$C_7$ alcohols and cyclo-aliphatic alcohols with 6 to 10 carbon atoms both these statements seem to be misprints as these classes of materials are exemplified by decanol or undecanol ($C_{10}$ and $C_{11}$ alcohols) and decalin and tetralin (cycloalphatic hydrocarbons).

It is also known to disperse preformed solid particles into a non-aqueous liquid and to include an appropriate emulsifying agent or wetting agent to facilitate subsequent distribution and dissolution into water. Preformed solid particles generally have a particle size much larger than the particle size obtainable by reverse phase polymerisation, for instance above 100 microns compared to below 5 microns, and often have a wide particle size distribution and often have irregular shape.

We have now surprisingly found that satisfactory results can be achieved, with reduced levels of emulsifier, if we include a non-ionic compound of a defined class in the dispersing system or, if present. in the distributing system or in both the dispersing and distributing systems. According to the invention, a reverse phase polymerisation process for making a dispersion in

B515

4,528,321

3

water-immiscible liquid of water soluble or water swell-able polymer comprises dispersing an aqueous solution of polymerisable monomer in water immiscible liquid in the presence of a dispersing system comprising a polymerisation stabiliser and polymerising the mono-mer, and optionally adding a distributing system for promoting distribution of the dispersion into water, and in this process at least one of the dispersing and distrib-uting systems includes at least one non-ionic compound selected from $C_{6-12}$ alkanols, $C_{4-12}$ alkylene glycol monoethers and their $C_{1-4}$ alkanoates, $C_{6-12}$ polyalkyl-ene glycol monoethers and their $C_{1-4}$ alkanoates, and benzyl alcohol, and in this process, when the dispersing system does not contain at least one of the said non-ionic compounds, the distributing system is added and includes at least one of the said non-ionic compounds and is either free of oil-in-water emulsifying agent or includes oil-in-water emulsifying agent in an amount insufficient by itself to result in formation of a stable oil-in-water emulsion upon stirring the dispersion into water. Both the dispersing and distributing systems may include one or more of the non-ionic compounds.

In one aspect of the invention the reverse phase polymerisation process is conducted in the presence of a dispersing system comprising a polymerisation stabi-liser and at least one of the said non-ionic compounds. Preferred non-ionic compound for this purpose are selected from $C_{6-12}$ alkanols, $C_{6-12}$ polyalkylene glycol monoethers in which the etherifying group is $C_{1-4}$ alkyl, and the $C_{1-4}$ alkanoates of the said monoethers, and benzyl alcohol, with best results generally being achieved using non-ionic compounds selected from $C_{8-10}$ alkanols and diethylene glycol monobutyl ether and its acetate. Preferably the dispersing system com-prises diethylene glycol monobutyl ether acetate (DGMBA). The amount of non-ionic compound in-cluded in the dispersing system is generally from 0.1 to 10%, preferably 1 to 6%, by weight of the weight of aqueous monomer solution.

The inclusion of the one or more non-ionic com-pounds in the dispersing system has various advantages. It reduces the risk of settlement of particles from the final dispersion, probably as a result of reducing the number and size of oversize particles, and thus reduces the range of particle sizes. It tends to reduce the average particle size. It permits satisfactory products being ob-tained using less water-in-oil emulsifier in the dispersing system. In some instances it results in the formation of a dispersion having lower viscosity. It renders the disper-sion more easily distributed into water and as a result it may permit the use of a distributing system containing less oil-in-water emulsifier than would normally be required and indeed it may eliminate the need for any oil-in-water emulsifier.

Of course this aspect of the invention is of value irrespective of whether or not the final dispersion is to be distributed into water and irrespective of whether or not a distributing system is to be added to the disper-sion.

In a second aspect of the invention distributing sys-tem is added to the dispersion and this distributing sys-tem includes at least one of the said non-ionic com-pounds. Compounds that are preferred for this purpose are selected from $C_{6-10}$ alkanols, $C_{4-12}$ alkylene glycol monoethers wherein the etherifying group is $C_{1-4}$ alkyl, $C_{6-12}$ dialkylene glycol monoethers wherein the etheri-fying group is $C_{1-4}$ alkyl, and benzyl alcohol. Diethyl-ene glycol monobutyl ether (DGMBE) is particularly

4

preferred but other suitable materials include ethylene glycol monobutyl ether and $C_{6-8}$ alkanols, especially $C_7$ or $C_8$ alkanols such as 2-ethylhexanol, heptan-1-ol and octan-1-ol. The amount of the non-ionic compound that is included in the distributing system is generally such that it is present in an amount of from 0.5 to 50%, and most preferably 2 to 25%, by weight of the water im-miscible liquid

The inclusion of the non-ionic liquid in the distribut-ing system permits satisfactory distribution of the dis-persion into water using less oil-in-water emulsifier than would otherwise be required and indeed often permits satisfactory distribution, including full emulsification of the water immiscible liquid, into the water simply by stirring and without the presence of any oil-in-water emulsifier. Naturally this aspect of the invention will be of particular value where the polymer is water soluble since, by the invention, it is possible to obtain by simple stirring dilute aqueous polymer solutions containing less emulsifier than has previously been required.

The dispersions made by the process are themselves novel materials. In particular an important new product according to the invention is a dispersion in water im-miscible liquid of water soluble or water swellable poly-mer particles and which has been made by reverse phase polymerisation in that water immiscible liquid and which includes a non-ionic compound selected from $C_{4-12}$ alkylene glycol monoethers and their $C_{1-4}$ alkanoates and $C_{6-12}$ polyalkylene glycol monoethers and their $C_{1-4}$ alkanoates. Preferred dispersions include, as the non-ionic compound, ethylene glycol monobutyl ether or, preferably, diethylene glycol monobutyl ether or its acetate.

The polymers in the dispersions are normally formed from ethylenically unsaturated water soluble mono-mers. The polymers in the dispersions may be non-ionic, anionic, cationic or amphoteric. Typical non-ionic poly-mers are polyacrylamide and copolymers of acrylamide with, for instance, acrylonitrile or hydroxyethyl acry-late, polyvinyl alcohol or copolymers of vinyl alcohol with, for instance, vinyl acetate, and polyethylene ox-ide. Suitable anionic polymers include polymers formed from acrylic acid, methacrylic acid, vinyl sulphonic acid, sulphoethylacrylate, and 2-acrylamido-2-methyl propane sulphonic acid either alone or in combination and copolymers of one or more such monomers with non-ionic monomers such as acrylamide. Acidic mono-mers may be used as the free acid or as alkali metal, generally sodium or ammonium salts. Suitable cationic polymers include homopolymers, and copolymers with non-ionic monomers such as acrylamide, or dialk-ylaminoalkylacrylamides and dialkylaminoalkyl (gener-ally ethyl) acrylates or methacrylates as inorganic or quaternary ammonium salts. Their molecular weight may be from, for instance, 1,000 to 50 million, often 100.000 to 30 million. If the polymer is to be water soluble it will generally be linear, although some branching or cross-linking may be permitted. If the polymer is to be water swellable then it will generally be cross-linked, as a result of including a polyethyleni-cally unsaturated monomer or other cross-linking agent in the monomers from which the polymer was formed. Suitable cross-linking agents for use with acrylic mono-mers include methylene bisacrylamide, methylol acryl-amide and soluble polyethylene glycol diesters. The monomers used for forming the polymers should all be water soluble.

**B516**

4,528,321

5

The water immiscible liquids are selected from those conventionally used for reverse polymerisation such as aliphatic, aromatic or naphthenic hydrocarbon solvent or oils, chlorinated hydrocarbons and aromatic or higher aliphatic esters such as fatty glycerides, dibutyl phthalate and di-octylphthalate. Mixtures may be used. The liquids are inert, non-solvents for the water soluble polymers and should be non-toxic.

The polymerisation stabiliser is usually an oligomeric or other polymeric material and can generally be defined as amphipathic, normally being a copolymer of one or more hydrophobic monomers with one or more hydrophilic monomers. Suitable materials are well known and include, for instance, polyhydroxy stearic acid-polyethylene glycol condensates, maleic polymers such as those described in U.S. Pat. No. 4,339,371 and, preferably, copolymers of hydrophilic acrylic monomers with hydrophobic acrylic monomers. For example, the hydrophobic monomers may be alkyl esters of acrylic or methacrylic acid or N-substituted alkyl acrylamides containing 8 to 24 carbon atoms in the alkyl group and optionally alkyl esters of acrylic or methacrylic acid containing 1 to 4 carbon atoms in the alkyl group. The hydrophilic monomers may be or are potentially anionic, cationic or non-ionic. Suitable anionic monomers have the formula

$$CH_2=CR^1CO(-OCH_2CHR^1CO-)_aOH$$

where $R^1$ is hydrogen or methyl and a is 0 to 2. Suitable cationic monomers have the formula

$$CH_2=CR^1COX(CH_2)_bNR_2R_3$$

where $R^1$ is hydrogen or methyl, $R^2$ and $R^3$ are $C_{1-4}$ alkyl, X is O or NH and b is 1, 2 or 3 together with their acid addition and quaternary ammonium salts, for instance wherein the nitrogen atom is substituted by a third $C_{1-4}$ alkyl group and the anion is chloride, methosulphate or ethosulphate. Suitable non-ionic monomers have the formula

$$CH_2=CR^1COYB$$

where $R^1$ is hydrogen or methyl, Y is O or NH, B is hydrogen when Y is NH or B is $(CH_2CH_2O)_m(COC_5H_{2c}O)_pH$ where m is 1 to 20, c is 2, 3 or 5 and p is 0 to 10.

The preferred ratio of total moles of hydrophobic monomers to total moles of hydrophilic monomers is 20:1 to 1:2.5 depending on the type of monomers used to prepare the stabiliser, the monomers being polymerised in the dispersed aqueous monomer solution droplets and the polarity and chemical type of the liquid continuous phase used to prepare the dispersion. The stabilisers may be prepared by solution polymerisation of the monomers in a suitable solvent which may contain a suitable quantity of the polar non-ionic liquid such that the proportions of stabiliser interpolymer and polar non-ionic liquid are present in optimum proportions. The amount of stabiliser normally used is usually from 0.1% to 10% by weight but preferably 2% to 4% by weight of the weight of aqueous monomer solution.

It is normally desirable for the particle size of the monomer droplets and of the polymer droplets to be below 5 microns, preferably 0.3 to 3 microns and the monomer droplets should therefore be homogenised into the water immiscible liquid with sufficient energy to achieve this particle size. Preferably oil soluble water-in-oil emulsifier, typically having HLB of from 4 to 6, is included to facilitate the formation of the small

6

particles. Emulsifiers that are conventional for reverse phase polymerisation may be used and include sorbitan monostearate, sorbiton monooleate, glyceryl monooleate and ethoxylated fatty alcohols. The amount of water-in-oil emulsifier that may be used is normally from 0.1% to 10% but preferably 0.5% to 5% by weight of the weight of aqueous monomer solution.

The concentration of monomers present before polymerisation or the concentration of polymer after polymerisation dissolved in the aqueous phase may vary from 20 to 80% by weight but is usually 35 to 70% by weight. The volume ratio of continuous phase to dispersed aqueous monomer solution or dispersed aqueous polymer gel may vary from 0.3 to 3 0 but is preferably 0.4 to 1.5

Polymerisation may be initiated by any conventional manner, for instance by photo, redox or thermal initiation.

In the case where dispersions are distilled to remove water and other volatile components, the concentration of polymer in the dispersion may vary from 30 to 85% by weight but is normally 40 to 65% by weight. The amount of stabiliser present will vary from 0.1 to 60% by weight but in the preferred cases from 1 to 20% by weight on weight of continuous phase and the amount of polar liquid remaining will vary from 0.1 to 60% by weight but in the preferred cases from 1 to 30% by weight on weight of continuous phase. Depending on the volatility of the polar liquid and distillation conditions, some of the polar liquid may be distilled.

If an oil-in-water emulsifying agent is to be added, either to the final polymer dispersion (as part or all of a distributing system) or to water in which it is to be dispersed then any of the oil-in-water emulsifying agents conventionally used for such purposes may be used. Examples are given in, for instance, U.S. Pat. No. Re. 28,576. Since the distribution is normally achieved merely by stirring the amount of emulsifier must be such that emulsification of the water immiscible liquid is achieved merely by stirring. In any process of the invention the amount for this purpose is generally less than the amount that would be required if none of the specified non-ionic liquids were present in either the dispersing system or the distributing system.

It should be noted that the defined non-ionic compounds used in the invention are polar liquids, they preferably have boiling point above 180° C. and most preferably above 190° or 200° C., and they are not conventional emulsifiers. Thus conventional emulsifiers need to be present in a critical concentration for them to be effective and are substantially ineffective at lower concentrations. However the effectiveness of the defined non-ionic compounds, for instance in the distributing system, increases gradually with increasing concentration and this is an indication that they are working in an entirely different manner from conventional emulsifying agents. The optimum for any particular material can best be determined by experiment.

The mechanism by which the defined non-ionic compounds achieve their desired effect, especially in the distributing system, is not clear. Possibly it promotes interfacial turbulence at the interface between the dissolving water and the water immiscible liquid. Another possibility is that it forms, with the water immiscible liquid, a film of a permeable liquid around each polymeric particle and enclosing that particle while the particle dissolves sufficiently in water that permeates

7                                                    4,528,321                                                    8

through the permeable liquid that the particle will not undergo serious agglomerate formation of it contacts other similarly dissolved particles. It seems that instead of stripping the enclosing liquid off the polymer particle when the dispersion is distributed into water (as is the intention in many existing processes) in the invention

Similarly, 1% polymer solutions were prepared, but stirring at 430 rpm was continued throughout.

Another series of viscosity measurements were taken for 1% polymer solutions, left static after stirring at 3,500 rpm for 1 minute using a Greaves ST A. type mixer. The results are given in the following table:

| | | | VISCOSITY (cps) | | | |
|---|---|---|---|---|---|---|
| | | | Stirred at 430 rpm | | Stirred at 3,500 rpm | |
| | | | Polymer in 4.5:1 SPO60:DGMBE | | Polymer in SPO60 | Polymer in 4.5:1 SPO60: DGMBE |
| Time (min) | Polymer in SPO60 | | | | | |
| | Static | Stirred | Static | Stirred | Static | Static |
| 1 | 7.5 | 7.5 | 820 | 870 | 10 | 2350 |
| 2.5 | 0 | 10 | 900 | 920 | 120 | 2500 |
| 5 | 26 | 25 | 1020 | 1030 | 700 | 2760 |
| 10 | 34 | 30 | 1130 | 1120 | 1150 | 2950 |
| 15 | 60 | 55 | 1280 | 1230 | 1400 | 3250 |
| 30 | 130 | 140 | 1650 | 1570 | 1800 | 3300 |
| 60 | 160 | 165 | 1970 | 1950 | 2200 | 3300 |
| 120 | 250 | 260 | 2400 | 2550 | 2400 | 3300 |
| 180 | 320 | 350 | 2700 | 2850 | 2500 | 3300 |

the film remains attached to the polymer and does not break until swelling, and possible dissolution, of the polymer particle is sufficiently complete. Solutions in water of water soluble polymers and made by the invention may be used for, for instance, flocculating inorganic or organic suspensions. Aqueous suspensions of the swellable polymers may be used as, for instance, thickeners, e.g. in printing pastes. Dry, generally swellable, polymers may also be used as, for instance, water wettable adhesives.

The following are examples of the invention.

EXAMPLE I

A copolymer dispersion was prepared by inverse suspension polymerisation of an aqueous solution of acrylamide and acryloyloxyethylammonium chloride in a weight ratio of 58:42 in a continuous phase comprising suspension polymerisation stabiliser, Shell SBP11 and SPO60. The suspension was stabilised against agglomeration during polymerisation by adding dodecyl trimethyl ammonium chloride to the aqueous monomer and a 2:1 molar ratio copolymer of stearyl methacrylate-methacrylic acid to the hydrocarbon continuous phase. Polymerisation was effected using tertiary butyl hydroperoxide and sulphur dioxide. The resulting polymer gel suspension was distilled to give an anhydrous polymer gel dispersion of particle size range 0.2 to 2 microns in a hydrocarbon liquid containing 55% by weight of water soluble poly-(acrylamide-co-acryloyloxy-ethylammonium chloride).

To a portion of the dispersion was added 10% by weight of SPO60 giving a copolymer dispersion of 50% copolymer by weight in SPO60.

To another portion of the dispersion was added 10% by weight of DGMBE to give a copolymer dispersion of 50% copolymer in a liquid or composition 4.5:1 by weight of SPO60:DGMBE.

The rate of dissolution of the copolymer in these two dispersions was determined by stirring 40 gms in dispersion into 1960 gms of water for 1 minute using a Heidolph RZR1 stirrer with a 5 cm diameter four blade propeller type stirrer fitted at 430 rpm. The aqueous mixture was left to stand static and viscosities measured with time using a Brookfield RVT viscometer at 20 rpm.

These results indicate the following:

(a) Once the polymer suspension or dispersion is broken down into droplets in water, the viscosity development is purely a function of water diffusing into the particles. Further stirring has no significant effect on the rate of dissolution of the polymer.

(b) The rate of dissolution of the polymer is related to the size of the polymer suspension droplets initially formed in the water. Faster initial stirring increases the subsequent rate of dissolution since there is a greater surface area of carrier liquid in contact with water.

(c) The rate of dissolution of copolymer encapsulated by a liquid mixture of the invention is very significantly increased compared to oil alone. In the case of high speed initial stirring for 1 minute followed by static dissolution, polymer encapsulated in the liquid mixture was completely dissolved within 30 minutes compared to well over 3 hours for polymer dispered in oil alone.

In the following examples various polymers are mentioned. These are all introduced into the examples as solutions made by solution polymerisation in a liquid, that may include some of the desired non-ionic compound. The proportions by weight of monomers that are polymerised and solvent for the polymerisation are set out below in Table 1. Before use, stabiliser c is reacted in solution with 8.1 parts by weight dimethyl sulphate.

TABLE 1

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| CSMA | 132.5 | 131.3 | 138.8 | 126.7 | 131.3 | 106.5 | 100 |
| MAA | 17.5 | 18.7 | | | 18.7 | 9.9 | 25 |
| MMA | | | | | | 108.6 | |
| HEMA | | | | 23.3 | | | |
| HEMA-CAPA-6 | | | | | | | 25 |
| DMAEMA | | | 11.2 | | | | |
| SBP11 | 600 | 350 | 350 | 262.5 | 175 | | 175 |
| DGMBEA | | | | 87.5 | 175 | 210 | 175 |
| DBP | | | | | | 315 | |

In this Table
CSMA =          Ceto-stearyl methacrylate
MAA =           Methacrylic acid
MMA =           Methyl methacrylate
HEMA =          Hydroxyethyl methacrylate
HEMA-CAPA-6 =   Hydroxyethylmethacrylate condensed with
                6 moles of caprolactone
DMAEMA =        Dimethylaminoethylmethacrylate
SBP11 =         A hydrocarbon fraction 'Shell SBP11'
DBP =           Dibutyl phthalate

**B518**



4,528,321

9

TABLE 1-continued

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| AZDN = | Azo-bis-isobutyronitrile | | | | | | |
| DMS = | Dimethylsulphate | | | | | | |
| DGMBEA = | Diethylene Glycol mono butyl ether acetate | | | | | | |

## EXAMPLE 2

Preparation of acrylamide-sodium acrylate copolymer dispersions using various polar liquid additives

Dispersions were prepared using 3% by weight of Stabiliser B and 4% weight of polar liquid on weight of aqueous monomer solution according to the following recipe and method:

| AQUEOUS MONOMER SOLUTION: | |
|---|---|
| Acrylamide (51.4% aqueous solution) | 183 gms |
| Acrylic Acid | 50 gms |
| Tetralon B | 1.4 gms |
| Water | 104 gms |
| Sodium Hydroxide (46%) approx. | 60 gms |
| Adjusted to pH 7.0 ± 0.1 | |
| NON-AQUEOUS CONTINUOUS PHASE: | |
| Stabiliser B (30% w/w) | 39.8 gms |
| Polar Liquid | 16 gms |
| Pale Oil 60 | 107.8 gms |
| SBP 11 | 125.6 gms |

Tetralon B is a 40% aqueous solution of penta-sodium diethylene triamine penta-acetic acid.

The aqueous monomer solution was poured into the non-aqueous phase whilst stirring with a Silverson Homogeniser set on medium speed. When all the aqueous monomer solution had been added, the homogeniser speed was increased to maximum and continued for 30 minutes whilst cooling to keep the dispersion at a temperature of 20°–25° C. throughout. The suspension was deoxygenated by bubbling with nitrogen gas for 30 minutes whilst stirring the suspension at a rate sufficient to produce a vortex. The nitrogen gas flow rate was decreased to a slow rate sufficient to maintain an inert atmosphere and the gas diffusion tube withdrawn out of the suspension.

The required amount of tertiary-butyl hydroperoxide solution (9 mls of 0.1% w/v in SBP 11) was added and allowed 5 minutes to equilibrate throughout the suspension then a solution of sulphur dioxide in SBP 11 was fed in via a peristaltic pump at a rate of 0.8 mls per minute of 0.05% w/v solution until no further temperature rise was observed from the polymerisation. The resulting aqueous polymer gel dispersion was distilled

10

under reduced pressure (15 Torr) up to a temperature of 95° C. to remove water and SBP 11. The resulting dehydrated concentrated polymer dispersion was cooled and discharged.

The distilled dispersions were analysed for polymer content by precipitation using acetone, filtration and drying to constant weight at 100° C. in a fan heated oven. The dispersions were then adjusted to 50.0% solids by weight by diluting with Pale Oil. A sample of each 50.0% dispersion was further diluted to 25% solids by weight using SBP 11.

The 50% dispersions in Pale Oil 60 and the 25% dilutions in SBP 11 were subjected to an accelerated settlement test in which 40 gms of dispersion were weighed into a pre-weighed 50 ml centrifuge tube and centrifuged at 1250 g for 30 minutes. The supernatant liquid was drained off the settled solids and the tube and settled solids re-weighed. The percentage settlement of solids was determined using the following expression:

$$\% \text{ Settlement} = \frac{\text{Wt. of sediment}}{\text{Wt. of solids in the dispersion}} \times 100$$

The values are recorded in Table 2.

### TABLE 2

| POLAR LIQUID | 50% Solids | 25% Solids |
|---|---|---|
| None | 20.7 | 118 |
| Hexanol | 9.2 | 107 |
| Iso-Octanol | 6.4 | 80 |
| Iso-Decanol | 4.6 | 79 |
| Dodecanol | 6.3 | 95 |
| DGMBEA | 5.7 | 67 |
| DGMBE | 7.3 | 110 |

## EXAMPLE 3

Various homopolymers and copolymers were made by the general technique of Example 2 using the stabilisers identified above. The settlement value was determined as in Example 2. The results are shown in Table 3 below. In this Table the amount of stabiliser and DGMBEA are by weight of the aqueous phase, and the amount of polymer is by weight of the dispersion. AM stands for acrylamide, AA for acrylic acid (polymerised in the presence of sodium hydroxide), TAEC for trimethyl beta acryloxy ethyl ammonium chloride and TMEAC trimethyl beta methacryloxy ethyl ammonium chloride. The column headed "polymer by weight" denotes the type of polymer and the proportions by weight of the monomers.

### TABLE 3

| Dispersion | Stabiliser % w/w and | DGMBEA % w/w | Polymer % w/w | Polymer (by weight) | Settlement % |
|---|---|---|---|---|---|
| 1 | 1A | 0 | 50.7 | 58AM/ | 69 |
| 2 | 1A | 1.25 | 50.7 | 42 TAEAC | 31 |
| 3 | 1A | 2.5 | 50.3 | | 18 |
| 4 | 3B | 0 | 53.0 | AM | 14 |
| 5 | 3B | 1.4 | 51.7 | | 7 |
| 6 | 3B | 3.5 | 52.6 | | 5 |
| 7 | 3B | 0 | 53.5 | 67AM/ | 54 |
| 8 | 3B | 1.4 | 53.4 | 33AA | 29 |
| 9 | 3B | 3.5 | 53.9 | | 8 |
| 10 | 3C | 0 | 53.2 | 65AM/ | 23 |
| 11 | 3C | 1 | 52.6 | 35AA | 18 |
| 12 | 3C | 3 | 53.7 | | 9 |
| 13 | 3C | 5 | 53.9 | | 4 |
| 14 | 3D | 1.75 | 54.0 | 20AM/ | 7 |
| 15 | 2.25D | 1.31 | 53.8 | 80TMEAC | 32 |

4,528,321

11    12

TABLE 3-continued

| Dispersion | Stabiliser % w/w and | DGMBEA % w/w | Polymer % w/w | Polymer (by weight) | Settlement % |
|---|---|---|---|---|---|
| 16 | 1.5D | 0.875 | 53.9 | | 49 |
| 17 | 2.5E | 2.92 | 56.3 | 58AM/ | 4 |
| 18 | 2.0E | 2.33 | 55.8 | 42 TAEAC | 5 |
| 19 | 1.5E | 1.75 | 56.8 | | 25 |
| 20 | 1F | 2.8 | 50.0 | 70AM/ 30AA | 59 |
| 21 | 3G | 3.5 | 51.3 | 75AM/ 25AA | 7 |

### EXAMPLE 4

A copolymer of acrylamide and acrylic acid was made by the general method of Example 2 but using 282 grams acrylamide, 150 grams acrylic acid, 675 grams water, about 187 grams 46% sodium hydroxide to give pH about 7, 129 grams stabiliser B (3%), 300 grams Pale Oil 60 and 500 grams SBP 11. Various of the non-ionic liquids were incorporated in the initial water immiscible liquid, in the amounts specified in Table 4. In some experiments sobiton monooleate (SMO) was also incorporated in the non-aqueous liquid. After dehydration various amounts of isopropylamine salt of dodecyl benzene sulphonic acid were added as oil-in-water emulsifier and each dispersion was then adjusted to 50% by weight polymer by adding Pale Oil 60. The percentaged settlement of the dispersion was determined as in Example 2. The dissolution properties in water were determined by injecting 5 grams of the dispersion into 400 grams tap water stirred initially with a four blade propeller stirrer and then with a low shear stirrer and the time taken to achieve a solution of maximum viscosity was determined, in minutes. The results are given in Table 4. The amounts for the non-ionic materials are grams. The amounts for the oil-in-water emulsifier are by weight on the total dispersion. The values under S are the settlement values. The values under D are the time taken to achieve a solution of maximum viscosity or, where such a solution was not formed, the nature of the dispersion of oily globules in water (cd indicating a coarse dispersion and fd indicating a fine dispersion).

TABLE 4

| | A | | B | | C | | D | | E | |
|---|---|---|---|---|---|---|---|---|---|---|
| DGMBEA | 0 | | 39 | | 52 | | 0 | | 0 | |
| Iso-octanol | 0 | | 0 | | 0 | | 52 | | 0 | |
| Iso-decaaol | 0 | | 0 | | 0 | | 0 | | 52 | |
| SMO | 52 | | 13 | | 0 | | 0 | | 0 | |
| Emulsifier | S | D | S | D | S | D | S | D | S | D |
| 0 | 22.4 | cd | 9.7 | — | 17.1 | — | 20.1 | — | 13.7 | — |
| 1 | 17.8 | cd | 8.0 | d | 9.7 | fd | 12.2 | fd | 14.4 | fd |
| 2 | 9.7 | cd | 6.2 | 5 | 8.0 | 20 | 7.5 | 2 | 14.2 | 90 |
| 3 | 7.4 | cd | 6.3 | 1 | 7.4 | 1 | 8.2 | 20 | 14.3 | 60 |
| 4 | 5.7 | d | 5.1 | 1 | 5.7 | 1 | 8.1 | 60 | 14.3 | 120 |
| 5 | 6.3 | fd | 4.0 | 1 | 5.1 | 1 | 8.1 | 60 | 14.4 | 90 |

These results indicate that replacement of the water-in-oil emulsifier by the defined polar liquids greatly facilitates the formation of a solution.

### EXAMPLE 5

The process of Example 4 was repeated except that the copolymer was formed of 56 parts by weight acrylamide and 44 parts by weight acrylic acid (as sodium salt), the dispersion was not dehydrated, and the oil-in-water emulsifier that was added was a 7 mole ethoxylate of nonyl phenol. It was again found that dispersions formed using SMO and no polar liquid did, upon stirring with water, only give dispersions even when 5% of the water-in-oil emulsifier was added whilst dispersions formed using 1% SMO and 3.5% DEMBA gave a solution with only 1% of the emulsifier.

### EXAMPLE 6

A portion of dispersion 17 of Example 3 was diluted to 50% polymer using Pale Oil 60. A second portion was diluted to 50% polymer using DGMBE. 40 gram samples of each of these dispersions were stirred into water. The dispersions that had been diluted with oil dispersed into water only with difficulty and even after 3 hours had not achieved a solution of constant viscosity. The solutions diluted with DGMBE dissolved easily into water.

### EXAMPLE 7

Water swellable but insoluble copolymers were prepared by the method given in Example 2 using various water immiscible liquids and an aqueous monomer solution that contained 250 ppm methylene bisacrylamide, 86 g acrylic acid, 14 g acrylamide, 140 g water and 46 g ammonia solution (0.880).

The polymerised dispersions were distilled, analysed for polymer content and diluted to 25% solids with SBP11 then centrifuged and the % settlement determined as in Example 2.

The water immiscible liquids and the settlement values are shown in Table 5.

TABLE 5

| | A | B | C | D |
|---|---|---|---|---|
| DGMBEA | 0 | 16.6 (5.8%) | 0 | 8.0 (2.8%) |
| Stabiliser B | 47.8 (5%) | 47.8 (5%) | 22.9 (2.4%) | 22.9 (2.4%) |
| SMO | 0 | 0 | 4.6 (1.6%) | 4.6 (1.6%) |
| Pale Oil 150 | 83.8 | 67.2 | 86.7 | 78.7 |
| SBP 11 | 100 | 100 | 117.4 | 117.4 |
| Settlement % | 120.5 | 58.7 | 89.7 | 60.9 |

This shows the improved properties of dispersions B and D, which were of value as, for instance, printing paste thickeners

We claim:

**B520**

4,528,321

13

1. A reverse phase polymerization process for making a dispersion in water immiscible liquid of water soluble or water swellable polymer and comprising dispersing an aqueous solution of polymerizable monomer in water immiscible liquid in the presense of a dispersing system comprising a polymerization stabilizer and polymerizing the monomer, and in which the dispersing system includes at least one non-ionic compound selected from $C_{6-12}$ alkanols, $C_{4-12}$ alkylene glycol monoethers and their $C_{1-4}$ alkanoates, $C_{6-12}$ polyalkylene glycol monoethers and their $C_{1-4}$ alkanoates and benzyl alcohol.

2. A process according to claim 1 in which the non-ionic compounds are selected from $C_{6-12}$ alkanols, $C_{6-12}$ polyalkylene glycol monoethers wherein the etherifying group is $C_{1-4}$ alkyl and $C_{1-4}$ alkanoates of the said monoethers, and benzyl alcohol.

3. A process according to claim 1 in which the said non-ionic compound is selected from $C_{8-10}$ alkanols and diethylene glycol monobutyl ether and its acetate.

4. A process according to claim 1 in which the said non-ionic compound is diethyleneglycol monobutyl ether acetate.

5. A process according to claim 1 in which the amount of the said non-ionic compound is from 1 to 6% by weight of the aqueous monomer solution.

6. A process according to claim 1 in which the polymerisation stabiliser is a copolymer of hydrophilic and hydrophobic monomers.

7. A process according to claim 1 in which the dispersing system includes water-in-oil emulsifier and the particle size of the monomer droplets and polymer droplets is below 5 microns.

8. A reverse phase polymerisation process for making a dispersion in water immiscible liquid of water soluble or water swellable polymer and comprising dispersing an aqueous solution of polymerisable monomer in water immiscible liquid in the presence of a dispersing system comprising a polymerisation stabiliser and polymerising the monomer, and adding a distributing system for promoting distribution of the dispersion into water, and in which the distributing system includes at least one non-ionic compound selected from $C_{4-12}$ alkylene glycol

14

monoethers and their $C_{1-4}$ alkanoates, $C_{6-12}$ polyalkylene glycol monoethers and their $C_{1-4}$ alkanoates and benzyl alcohol, and the distributing system includes oil-in-water emulsifier in an amount selected from zero and amounts insufficient to result in formation of a stable oil-in-water emulsion upon stirring the dispersion into water.

9. A process according to claim 8 in which the non-ionic compound is selected from $C_{4-12}$ alkylene glycol monoethers wherein the etherifying group is $C_{1-4}$ alkyl, $C_{6-12}$ dialkylene glycol monoethers wherein the etherifying group is $C_{1-4}$ alkyl, and benzyl alcohol.

10. A process according to claim 8 in which the non-ionic compound is selected from ethylene glycol monobutyl ether and diethylene glycol monobutyl ether.

11. A process according to claim 8 in which the non-ionic compound is diethylene glycol monobutyl ether.

12. A process according to claim 8 in which the amount of the said non-ionic compound is from 2 to 25% by weight based on the weight of water immiscible liquid.

13. A process according to claim 8 in which the distributing system contains zero oil-in-water emulsifier.

14. A process according to claim 8 in which the dispersion is dehydrated before adding the distributing system.

15. A process according to claim 8 in which the polymer is water soluble.

16. A dispersion in a water immiscible liquid of water soluble or water swellable polymer particles and which has been made by reverse phase polymerisation in the water immiscible liquid and which includes a non-ionic compound selected from $C_{4-12}$ alkylene glycol monoethers, their $C_{1-4}$ alkanoates, $C_{6-12}$ polyalkylene glycol monoethers and their $C_{1-4}$ alkanoates.

17. A dispersion according to claim 16 in which the non-ionic compound is selected from ethylene glycol monobutyl ether, diethylene glycol monobutyl ether and diethylene glycol monobutyl ether acetate.

* * * * *

45

50

55

60

65

B521

APPENDIX RANGE B522 TO B554 HAS BEEN REDACTED

# POLYMER HANDBOOK

### SECOND EDITION

## J. BRANDRUP · E. H. IMMERGUT, Editors

with the collaboration of

W. McDOWELL

A WILEY-INTERSCIENCE PUBLICATION

JOHN WILEY & SONS, New York     ·     London     ·     Sydney     ·     Toronto

B555

POLY(OXIDES)                                                                IV-23

| Polymer | Solvent | Temp. [°C] | $K \times 10^3$ [ml/g] | a | No. of samples Fr. | W.P. | Mol. Wt. Range $M \times 10^{-4}$ | Method | Remarks | Ref. |
|---|---|---|---|---|---|---|---|---|---|---|

### 2. MAIN-CHAIN CARBOCYCLIC POLYMERS

| Polymer | Solvent | Temp. | K×10³ | a | Fr. | W.P. | Range | Method | Remarks | Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| Poly(acenaphthenylene) | benzene | 25 | 30.04 | 0.594 | 11 | -- | 2 - 100 | OS | B | 262 |
|  |  | 25 | 2.82 | 0.74 | 4 | -- | 4 - 100 | LS | A,B | 263 |
|  | ethylene chloride | 25 | 20.0 | 0.54 | 6 | -- | 6 - 125 | LS | A,B | 263 |
|  | dioxane | 25 | 11.5 | 0.61 | 7 | -- | 6 - 145 | LS | A,B | 263 |
|  | methylene chloride | 25 | 6.92 | 0.66 | 5 | -- | 6 - 145 | LS | A,B | 263 |
|  | toluene | 25 | 6.76 | 0.66 | 17 | -- | 3 - 175 | LS | A,B | 263 |

### 3. MAIN-CHAIN HETEROATOM POLYMERS

#### 3.1 POLY(OXIDES)

| Polymer | Solvent | Temp. | K×10³ | a | Fr. | W.P. | Range | Method | Remarks | Ref. |
|---|---|---|---|---|---|---|---|---|---|---|
| Poly(butene oxide), see Poly(oxy(ethylethylene)] | | | | | | | | | | |
| Poly(ethylene oxide), see Poly(oxyethylene) | | | | | | | | | | |
| Poly(oxy(tert-butyl-ethylene)] | | | | | | | | | | |
|  | benzene | 25 | 39.7 | 0.686 | 9 | -- | 8 - 520 | LS | A-B | 365 |
| Poly(oxy-1,2-cyclohexylene) | | | | | | | | | | |
|  | toluene | 35 | 3.5 | 0.83 | 22 | -- | 2 - 50 | OS | B | 472 |
| Poly(oxydecamethylene) | benzene | 35 | 195 | 0.53 | 7 | -- | 0.1 - 0.9 | SE | B | 386 |
|  | chloroform | 30 | 172 | 0.56 | 9 | -- | 0.05 - 0.9 | SE | B | 386 |
| Poly(oxy-2,6-dimethyl-1,4-phenylene) | | | | | | | | | | |
|  | benzene | 25 | 26.0 | 0.69 | 6 | -- | 3 - 17 | LS | B | 473 |
|  | carbon tetrachloride | 25 | 75.5 | 0.585 | 5 | -- | 1 - 17 | LS | B | 473 |
|  | chlorobenzene | 25 | 37.8 | 0.66 | 7 | -- | 2 - 42 | LS | B | 474 |
|  |  | 90 | 51.4 | 0.63 | 7 | -- | 3 - 18 | LS | B | 473 |
|  | chloroform | 25 | 48.3 | 0.64 | 8 | -- | 2 - 42 | LS | B | 474 |
|  | toluene | 25 | 28.5 | 0.68 | 15 | -- | 2 - 42 | LS | B | 474 |
| Poly(dioxolane), see Poly(oxymethyleneoxyethylene) | | | | | | | | | | |
| Poly(oxy-2,6-diphenyl-1,4-phenylene) | | | | | | | | | | |
|  | chlorobenzene | 25 | 13.9 | 0.68 | -- | 10 | 4 - 145 | LS | C | 473 |
|  |  | 90 | 15.5 | 0.67 | -- | 10 | 4 - 145 | LS | C | 473 |
|  | toluene | 25 | 21.4 | 0.635 | -- | 10 | 4 - 145 | LS | C | 473 |
| Poly(oxyethylene) | acetone | 25 | 32 | 0.67 | 5 | -- | 7 - 100 | LV | A,R | 387 |
|  |  | 25 | 156 | 0.50 | 7 | -- | 0.02 - 0.3 | EG | A,L | 388 |
|  | benzene | 20 | 48 | 0.68 | 12 | -- | 0.01 - 1.9 | EG | A | 389 |
|  |  | 25 | 39.7 | 0.686 | 9 | -- | 8 - 520 | LS | A,R | 365 |
|  |  | 25 | 129 | 0.50 | 12 | -- | 0.02 - 0.8 | EG | A,L | 388 |
|  | carbon tetrachloride | 20 | 69 | 0.61 | 9 | -- | 0.02 - 1.1 | EG | A | 389 |
|  |  | 25 | 62 | 0.64 | 5 | -- | 7 - 100 | LV | A | 387 |
|  | chloroform | 25 | 206 | 0.50 | 6 | -- | 0.02 - 0.15 | EG | A,L | 388 |
|  | cyclohexane | 20 $[\eta] = 0.5 + 0.035M^{0.64}$ |  |  | 11 | -- | 0.006 - 1.1 | EG | A | 389 |
|  | diethylene glycol diethyl ether | 50 | 140 | 0.51 | 5 | -- | 7 - 100 | LV | A | 387 |
|  | dimethylformamide | 25 $[\eta] = 2.0 + 0.024M^{0.73}$ |  |  | 10 | -- | 0.1 - 3 | LS,SD | A | 390 |
|  | dioxane | 20 $[\eta] = 0.75 + 0.035M^{0.71}$ |  |  | 13 | -- | 0.006 - 1.1 | EG | A | 389 |
|  |  | 25 | 138 | 0.50 | 7 | -- | 0.02 - 0.15 | EG | A,L | 388 |
|  | methanol | 20 $[\eta] = 2.0 + 0.035M^{0.72}$ |  |  | 12 | -- | 0.006 - 1.9 | EG | A | 389 |
|  |  | 35 | 85.2 | 0.57 | 7 | -- | ? | LS,SD | A | 391 |
|  | 4-methylpentan-2-one | 50 | 120 | 0.52 | 5 | -- | 7 - 100 | LV | A | 387 |
|  | toluene | 35 | 14.5 | 0.70 | -- | 4 | 0.04 - 0.4 | EG | C,L | 392 |
|  | water | 20 $[\eta] = 2.0 + 0.016M^{0.76}$ |  |  | 11 | -- | 0.006 - 1.1 | EG | A | 391 |
|  |  | 25 | 156 | 0.50 | 5 | -- | 0.019 - 0.1 | EG | A,L | 393 |
|  |  | 30 | 12.5 | 0.78 | -- | 6 | 2 - 500 | LS,SD | C | 394 |
|  |  | 35 | 6.4 | 0.82 | -- | 5 | 3 - 700 | LV | C,R | 395 |
|  |  | 35 | 16.6 | 0.82 | -- | 4 | 0.04 - 0.4 | EG | C,L | 392 |
|  |  | 45 | 6.9 | 0.81 | -- | 5 | 3 - 700 | LV | C | 395 |

B556

IV-24

VISCOSITY–MOLECULAR WEIGHT RELATIONSHIPS

| Polymer | Solvent | Temp. [°C] | K x 10³ [ml/g] | a | No. of samples Fr. | No. of samples W.P. | Mol. Wt. Range M x 10⁻⁴ | | | Method | Remarks | Ref. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Poly(oxyethylene) (Cont'd.)** | | | | | | | | | | | | |
| | aqueous K₂SO₄ (0.45M) | θ 35 | 130 | 0.50 | -- | 5 | 3 | - | 700 | LV | C | 395 |
| | | 35 | 280 | 0.45 | -- | 5 | 7 | - | 100 | LV | A | 387 |
| | aqueous MgSO₄ (0.39M) | θ 45 | 100 | 0.50 | -- | 5 | 3 | - | 700 | LV | C | 395 |
| **Poly[oxy(ethylethylene)]** | benzene | 25 | 15.9 | 0.75 | 10 | -- | 5 | - | 120 | LS | B–C | 396 |
| | | 30 | 3.39 | 0.84 | 9 | -- | 20 | - | 210 | LS | B | 397 |
| | butanol | 25 | 19.6 | 0.69 | 10 | -- | 5 | - | 120 | LS | B–C | 396 |
| | butanone | 30 | 4.08 | 0.79 | 9 | -- | 20 | - | 210 | LS | B | 397 |
| | hexane | 25 | 14.3 | 0.73 | 10 | -- | 5 | - | 120 | LS | B–C | 396 |
| | 2-propanol | θ 30 | 86.5 | 0.50 | 9 | -- | 20 | - | 210 | LS | B | 397 |
| | | θ 30 | 111 | 0.50 | 9 | -- | 5 | - | 120 | LS | B–C | 396 |
| **Poly(oxyhexamethylene)** | benzene | 25 | 86.9 | 0.62 | 1 | 8 | 0.01 | - | 1.5 | SE, CR | C | ~398 |
| | dioxane | 25 | 131 | 0.55 | 1 | 10 | 0.01 | - | 1.5 | SE, CR | C | 398 |
| **Poly(oxymethylene)** | dimethylformamide | 130 | 22.4 | 0.71 | 7 | -- | 0.15 | - | 1.5 | EG | B | 399 |
| | | 140 | 18.1 | 0.73 | 7 | -- | 0.35 | - | 1.5 | EG | B | 399 |
| | hexafluoroacetone-ses-quihydrate (1/1.7 mol, with triethyl-amine 1% vol) | 25 | 46.0 | 0.74 | 7 | -- | 0.15 | - | 1.5 | EG | B | 399 |
| | | 25 | 87 | 0.69 | -- | 5 | 2 | - | 16 | LS | C | 402 |
| | phenol/tetrachloroethane (1/3 wt) | 90 | 27.5 | 0.80 | -- | 18 | 0.8 | - | 10 | EG | C, D | 400 |
| | (1/3 vol) | 90 | 5.22 | 0.93 | ? | | | ? | | OS | | 403 |
| **Poly(oxymethyleneoxyethylene)** | | | | | | | | | | | | |
| | chlorobenzene | 25 | 200 | 0.50 | 4 | 14 | 9 | - | 100 | LS | D | 404 |
| | p-chlorophenol | 60 | 41.3 | 0.724 | -- | 3 | 7 | - | 13 | LS | C | 405 |
| | 1H, 1H, 5H-octafluoro-pentanol-1 | 110 | 13.35 | 0.810 | -- | 3 | 7 | - | 13 | LS | C | 405 |
| **Poly[oxy(phenylethylene)]** | | | | | | | | | | | | |
| | benzene | 30 | 92.2 | 0.758 | 10 | -- | 1.4 | - | 81 | LS | B.C | 385 |
| | | 25 | 67.9 | 0.766 | 10 | -- | 1.4 | - | 81 | LS | B.C | 385 |
| | toluene | 25 | 75.5 | 0.56 | 5 | -- | 0.1 | - | 81 | LS | A | 406 |
| **Poly(oxypropylene)** | acetone | 20 | 11.1 | 0.79 | 5 | -- | 0.07 | - | 0.33 | SE | A | 407 |
| | benzene | 25 | 11.2 | 0.77 | 3 | -- | 3 | - | 70 | LS | A–B | 408 |
| | | 25 | 14 | 0.8 | ? | | | ? | | ? | | 409 |
| **isotactic** | | 25 | 38.5 | 0.73 | -- | 8 | 0.5 | - | 92 | LV | C | 410 |
| | | 25 | 41.3 | 0.64 | 11 | -- | 1 | - | 8 | LS | A | 411 |
| | | 25 | 41.5 | 0.65 | 5 | -- | 0.05 | - | 0.4 | LS | A | 406 |
| | hexane | 46 | 19.7 | 0.67 | 6 | 10 | 3.4 | - | 367 | LS | A–B | 408 |
| | methanol | 20 | 40.6 | 0.64 | 6 | -- | 0.05 | - | 0.33 | SE | A | 407 |
| | | 25 | 76.9 | 0.55 | 10 | -- | 1 | - | 7 | LS | | 411 |
| | tetrahydrofuran | 20 | 55.0 | 0.62 | 6 | -- | 0.05 | - | 0.33 | SE | A | 407 |
| | toluene | 20 | 20.8 | 0.72 | 5 | -- | 0.07 | - | 0.33 | SE | A | 407 |
| | | 25 | 12.9 | 0.75 | 3 | -- | 3 | - | 70 | LS | A–B | 408 |
| **Poly(oxytetramethylene)** | toluene/2,2,4-trimethyl-pentane (5/1 vol) | θ 39.5 | 107.5 | 0.50 | 7 | -- | 1 | - | 7 | LS | A | 411 |
| | benzene | 30 | 131 | 0.60 | -- | 12 | 2.6 | - | 113 | LS | A | 412 |
| | ethyl acetate | 30 | 42.2 | 0.65 | -- | 12 | 2.6 | - | 113 | LS | A | 412 |
| | toluene | 28 | 25.1 | 0.78 | 10 | -- | 3 | - | 12 | OS | A–B | 413 |
| **Poly(oxytrimethylene)** | ethyl acetate/hexane (22.7/77.3 wt) | θ 31.8 | 206 | 0.49 | -- | 11 | 2.6 | - | 113 | LS | A | 412 |
| | acetone | 30 | 76.0 | 0.59 | -- | 7 | 2.8 | - | 20 | LS | A | 414 |
| | benzene | 30 | 21.9 | 0.78 | -- | 15 | 2.8 | - | 30 | LS | A | 414 |
| | carbon tetrachloride | 30 | 26.7 | 0.75 | -- | 11 | 2.8 | - | 25 | LS | A | 414 |

Poly(propylene oxide), see Poly(oxypropylene)

Poly(tetrahydrofuran), see Poly(oxytetramethylene)

B557

APPENDIX RANGE B558 TO B654 HAS BEEN REDACTED