

**15**

**B813**

HERC0076057



**UNITED STATES DEPARTMENT OF COMMERCE**
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/540,667 | 06/18/90 | HONIG | D | 31-043-01 |

|  | EXAMINER |
|---|---|
|  | FRIEDMAN,C |

FRANK M. VAN RIET
C/O AMERICAN CYANAMID COMPANY
1937 WEST MAIN STREET
STAMFORD, CT 06904-0060

| ART UNIT | PAPER NUMBER |
|---|---|
| 1303 | 5 |

DATE MAILED: 05/13/92

Please find below a communication from the EXAMINER in charge of this application.

Commissioner of Patents

The information disclosure statement filed April 27, 1992 has been entered and placed in the file. However, it has not been considered because the statement has been submitted after allowance and none of the requirements prerequisite to the consideration of such a statement (a certification as specified in 37 CFR 1.97(e), a petition requesting consideration of the information disclosure statement, and the petition fee set forth in 37 CFR 1.17(i)(1)) have been met.

ewg
Charles Friedman
May 12, 1992

*Wityshyn*
MICHAEL G. WITYSHYN
PRIMARY EXAMINER
GROUP 130
5-12

1-Patent Application File Copy

HERC0076058

PART B - ISSUE FEE TRANSMITTAL

**MAILING INSTRUCTIONS:** This form should be used for transmitting the ISSUE FEE. Blocks 2 through 6 should be completed where appropriate. All further correspondence including the Issue Fee Receipt, the Patent, advanced orders and notification of maintenance fees will be mailed to addresss entered in Block 1 unless you direct otherwise, by: (a) specifying a new correspondence address in Block 3 below; or (b) providing the PTO with a separate "FEE ADDRESS" for maintenance fee notifications with the payment of Issue Fee or thereafter. See reverse for Certificate of Mailing.

| 1. CORRESPONDENCE ADDRESS | 2. INVENTOR(S) ADDRESS CHANGE (Complete only if there is a change) |
|---|---|
| | INVENTORS NAME |
| | Street Address |
| FRANK M. VAN RIET | City, State and ZIP Code |
| C/O AMERICAN CYANAMID COMPANY | CO-INVENTORS NAME |
| 1937 WEST MAIN STREET | Street Address |
| STAMFORD, CT 06904-0060 | City, State and ZIP Code |
| | ☐ Check if additional changes are on reverse side |

| SERIES CODE/SERIAL NO. | FILING DATE | TOTAL CLAIMS | EXAMINER AND GROUP ART UNIT | DATE MAILED |
|---|---|---|---|---|
| 07/540,667 | 06/18/90 | 028 | FRIEDMAN, E.  1303 | 03/23/92 |

Fast Named Applicant   HONIG, — — — DAN-S.

TITLE OF INVENTION  CHARGED ORGANIC POLYMER MICROBEADS IN PAPER MAKING PROCESS

| ATTY'S DOCKET NO. | CLASS-SUBCLASS | BATCH NO. | APPLN. TYPE | SMALL ENTITY | FEE DUE | DATE DUE |
|---|---|---|---|---|---|---|
| 31-043-01 | 162-164.100 | B30 | UTILITY | NO | $1130.00 | 06/23/92 |

3. Further correspondence to be mailed to the following:
Frank M. Van Riet
American Cyanamid Company
1937 West Main Street
P.O. Box 60
Stamford, CT  06904-0060

4. For printing on the patent front page, list the names of not more than 3 registered patent attorneys or agents OR alternatively, the name of a firm having as a member a registered attorney or agent. If no name is listed, no name will be printed.

1  Frank M. Van Riet

2  _____

3  _____

DO NOT USE THIS SPACE

SC13044  07/06/92  07540667    01-1300  130  142    1,130.00CH

5. ASSIGNMENT DATA TO BE PRINTED ON THE PATENT (print or type)
(1) NAME OF ASSIGNEE
American Cyanamid Company
(2) ADDRESS: (City & State or Country)
Stamford, CT
(3) STATE OF INCORPORATION, IF ASSIGNEE IS A CORPORATION
Maine

A. ☐ This application is NOT assigned.
☒ Assignment previously submitted to the Patent and Trademark Office.
☐ Assignment is being submitted under separate cover. Assignments should be directed to Box ASSIGNMENTS.

**PLEASE NOTE:** Unless an assignee is identified in Block 5, no assignee data will appear on the patent. Inclusion of assignee data is only appropriate when an assignment has been previously submitted to the PTO or is being submitted under separate cover. Completion of this form is NOT a substitute for filing an assignment.

6a. The following fees are enclosed:
☐ Issue Fee   ☐ Advanced Order - # of Copies _____ (Minimum of 10)
6b. The following fees should be charged to:  01-1300
DEPOSIT ACCOUNT NUMBER _____ 01-1300 _____
(Enclose Part C)
☒ Issue Fee   ☐ Advanced Order - # of Copies _____ (Minimum of 10)
☐ Any Deficiencies in Enclosed Fees

THE COMMISSIONER OF PATENTS AND TRADEMARKS is requested to apply the Issue Fee to the application identified above.

(Signature of party in interest of record)  _Frank M. Van Riet_
(Date)  6-10-92

NOTE: The Issue Fee will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the Patent and Trademark Office.

TRANSMIT THIS FORM WITH FEE-CERTIFICATE OF MAILING ON REVERSE

HERC0076059

## Certificate of Mailing

I hereby certify that this correspondence is being deposited with
the United States Postal Service with sufficient postage as first class
mail in an envelope addressed to:

Box ISSUE FEE
Commissioner of Patents and Trademarks
Washington, D.C. 20231

on _June 10, 1992_
(Date)

_ORNELLA CALABRESE_
(Name of person making deposit)

_Ornella Calabrese_
(Signature)

_6-10-92_
(Date)

Note: If this certificate of mailing is used, it can only be used to transmit the
Issue Fee. This certificate cannot be used for any other accompanying
papers. Each additional paper, such as an assignment or formal drawings,
must have its own certificate of mailing.

This form is estimated to take 20 minutes to complete. Time will vary
depending upon the needs of the individual applicant. Any comments on
the amount of time you require to complete this form should be sent to the
Office of Management and Organization, Patent and Trademark Office,
Washington, D.C. 20231 and to the Office of Information and Regulatory
Affairs, Office of Management and Budget, Washington, D.C. 20503.

**B816**

HERC0076060

☉ 540667

PATENT APPLICATION SERIAL NO. _____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

01-1300  110  101       634.00CH  31043-01

PB11241  06/25/90  07540667

P 30531  08/07/90  07540667       01-1300  030  101       204.00CR

PTO-1556
(5/87)

B817

HERC0076061



**B818**

HERC0076062



B819

HERC0076063

Staple Issue Slip Here

| | THIS | DAYS |
|---|---|---|
| EXAMINER | | |
| CLASSIFIER | | |
| EXAMINER | | |
| TYPIST | | |
| CORPS CORD. | | |
| SPEC. HAND. | | |
| FILE MAINT. | | |

## INDEX OF CLAIMS



B820

HERC0076064



| SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 162 | 164.1 | 10/90 | CHJ |
|  | 164.6 |  |  |
|  | 168.1 |  |  |
|  | 168.2 |  |  |
|  | 168.3 |  |  |
|  | 175 |  |  |
|  | 181.2 |  |  |
| 210 | 734 |  |  |
| 210 | 735 |  |  |
| 524 | 52 |  |  |
| 524 | 555 |  |  |
| above updated | | 4/91 | CHJ |
| above updated | | 10/91 3/92 | CHJ |

| SEARCH NOTES | | |
|---|---|---|
|  | Date | Exmr. |
| Pete Chu, primr, AU 133, class 162 & 210 | 10/90 | CHJ |
| Paul Thibodeaw, primr, AU 154, class 428 |  |  |
| J. Schoer, SPE, AU 155 classes 523 & 524 |  |  |
| Pete Chu as to allowance | 4/91 10/91 3/92 | CHJ |

| INTERFERENCE SEARCHED | | | |
|---|---|---|---|
| Class | Sub. | Date | Exmr. |
| 162 | 164.1 | 3/92 | CHJ |
|  | 164.6 |  |  |
|  | 168.1 |  |  |
|  | 168.2 |  |  |
|  | 168.3 |  |  |
|  | 175 |  |  |
|  | 181.2 |  |  |

**B821**

HERC0076065

**ABANDONED**

**JUMBO**

| SERIAL NUMBER (Print) 6/1901 07/535,626 | PATENT DATE | | PATENT NUMBER | |
|---|---|---|---|---|
| SERIAL NUMBER 07/535,626 | FILING DATE 06/11/90 | CLASS 524 | SUBCLASS | GROUP ART UNIT 155 | EXAMINER |

APPLICANTS: RODERICK G. RYLES, MILFORD, CT; DAN S. HONIG, NEW CANAAN, CT; ELIETH W. HARRIS, BRIDGEPORT, CT; ROGER E. NEFF, STAMFORD, CT.

**CONTINUING DATA*********************
VERIFIED
*WCC*

**FOREIGN/PCT APPLICATIONS************
VERIFIED
*WCC*

FOREIGN FILING LICENSE GRANTED 06/29/90

| Foreign priority claimed ☐ yes ☒ no 35 USC 119 conditions met ☐ yes ☒ no Verified and Acknowledged *WCC* Examiner's Initials | AS FILED | STATE OR COUNTRY CT | SHEETS DRWG. 0 | TOTAL CLAIMS 22 | INDEP CLAIMS 1 | FILING FEE RECEIVED $ 394.00 | ATTORNEY'S DOCKET NO. 31,326 |

ADDRESS:
FRANK M. VAN RIET
C/O AMERICAN CYANAMID CO.
1937 WEST MAIN STREET
STAMFORD, CT 06904-0060

TITLE: CROSS-LINKED ANIONIC AND AMPHOTERIC POLYMERIC MICROPARTICLES

U.S. DEPT. of COMM.—Pat. & TM Office—PTO-436L (rev. 10-78)

**PARTS OF APPLICATION FILED SEPARATELY**

| NOTICE OF ALLOWANCE MAILED | PREPARED FOR ISSUE | | CLAIMS ALLOWED | |
|---|---|---|---|---|
| | Assistant Examiner | Docket Clerk | Total Claims | Print Claims |
| ISSUE FEE | | | DRAWING | |
| Amount Due | Date Paid | | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| | | Primary Examiner | | |
| | ISSUE CLASSIFICATION | | ISSUE BATCH NUMBER | |
| Label Area | Class | Subclass | | |

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368.
Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A

DEFENDANT'S EXHIBIT
Van Riet
10/25/05 SC

CIBA 000474

B822

**ABANDONED**

07/~~~5626

77

APPROVED FOR LICENSE ☐

INITIALS  JU 1 8 4 0 3 4

| Entered or Counted | CONTENTS | Received or RECEIVED  JUL 1 2 1990 |
|---|---|---|
| | 1. Application _____ papers. | |
| Jo  08/06 | 2. _Kg 3 mor_ | 1 6 AUG 76 GROUP 150 |
| | 3. _Ext of time (2mos)_ | Jan 10 1891 |
| | 4. _Ext  Q_ | Jan 10, 1891 |
| | 5. _F. Res (3 mos)_ | 6-11-9 |
| | 6. _Ext of time (1mo)_ | Oct Sep 22 '91 |
| | 7. _Abandonment (notice)_ | Nov 19 1991 |
| | 8. _Power to Abs ppts_ | Dec 11 1991 |
| | 9. _Request for Aces_ | 11/29/96 |
| | 10. _Request for Access_ | 10/9/96 |
| | 11. _Request for aces_ | 1/21/99 |
| | 12. _Request for aces_ | 10/30/02 |
| | 13. | |
| | 14. | |
| | 15. | |
| | 16. | |
| | 17. | |
| | 18. | |
| | 19. | |
| | 20. | |
| | 21. | |
| | 22. | |
| | 23. | |
| | 24. | |
| | 25. | |
| | 26. | |
| | 27. | |
| | 28. | |
| | 29. | |
| | 30. | |
| | 31. | |
| | 32. | |

CIBA 000475

**B823**



## SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| 526 | 264 | 7-27-90 | WCC |
| 526 | 266 | 8-2-90 | " |
| 526 | 321 | " | " |
| 526 | 240 | " | " |
| 526 | 292.95 | " | " |
| 526 | 292.2 | " | " |
| 524 | 801 | 8-3-90 | " |
| 524 | 815 | " | " |
| 524 | 922 | " | " |
| 526 | 306 | 8-6-90 | " |

## SEARCH NOTES

| | Date | Exmr. |
|---|---|---|
| APS searched | 7-27-90 | WCC |
| APS searched | 4-3-91 | WCC |
| Orbit (Inpadoc) searched | 4-4-91 | WCC |

## INTERFERENCE SEARCHED

| Class | Sub. | Date | Exmr. |
|---|---|---|---|
| | | | |

CIBA 000476

B824

Staple Issue Slip Here

| POSITION | INIT. | DATE |
|---|---|---|
| CLASSIFIER | Vd 8 | 6-18-70 |
| EXAMINER | | |
| WRITTER | | |
| TYPIST | | |
| CORPS CORR. | | |
| SPEC. HAND. | | |
| FILE MAINT. | | |

## INDEX OF CLAIMS

CIBA 000477

## B825

07535626

PATENT APPLICATION SERIAL NO._____

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

Q. Bassaway
7-17-90

P 30610  06/14/90  07535626        01-1300  030  101      394.00CH  31.320

PTO-1556
(5/87)

CIBA 000478

B826



TITLE OF THE INVENTION

CROSS-LINKED ANIONIC AND AMPHOTERIC
POLYMERIC MICROPARTICLES

ABSTRACT OF THE INVENTION

Novel compositions comprising anionic and/or amphoteric organic polymeric microparticles are disclosed, along with a method for their production. The products are useful in flocculating a wide variety of dispersions of suspended solids and in paper-making.

CIBA 000479

0/

07753! 26     A



- 1 -

31,320

## CROSS-LINKED ANIONIC AND AMPHOTERIC
## POLYMERIC MICROPARTICLES

5        The present invention relates to structured anionic and
amphoteric polymeric microparticles and a method for their
preparation.

### BACKGROUND OF THE INVENTION

10       Cross-linked anionic and amphoteric, organic polymeric
compositions are known to those skilled in the art and are
useful in a variety of solid-liquid separation applications,
particularly in the flocculation of various dispersions of
suspended solids, such as sewage sludge, and in the
15   thickening of cellulosic paper pulp suspensions.  Modern
concerns about environmental pollution and the increasing
cost of materials have made it highly desirable to produce
flocculating agents which cause higher degrees of separation
at lower dosage levels.

20       EP 0,202,780 describes the preparation of
polymeric, crosslinked, cationic acrylamide polymer beads by
conventional inverse emulsion polymerization techniques.
Crosslinking is accomplished by the incorporation of a
difunctional monomer, such as methylenebisacrylamide, into
25   the polymer.  This crosslinking technology is well known in
the art.  The patentee teaches that the crosslinked beads
are useful as flocculants.

         Typically, the particle size of polymers prepared
by conventional inverse water-in-oil emulsion polymerization
30   processes are limited to a range of about 1-5 microns, since
no particular advantage in reducing the particle size has
hitherto been apparent.  The precise particle size which is
achievable in inverse emulsions is determined by the
concentration and activity of the surfactant(s) employed and
35   these are customarily chosen on the basis of emulsion
stability and economic factors.

CIBA 000480

B828

- 2 -

Leong, et al., in *Inverse Microemulsion Polymerization*, J. of Phys. Chem., Vol. 86, No. 23, 6-24-82, pp 2271-3, discloses polymerization of acrylamide in an inverse microemulsion. The author, also discloses having

5　prepared crosslinked polyacrylamide latices or microgels by using a 100:1 mixture of acrylamide-methylenebisacrylamide. No anionic or amphoteric monomers are mentioned or is their use as a flocculating agent or paper-making additive.

EPO 0173605 teaches the production of microbeads having

10　a diameter ranging from about 49-87 nm and produced from terpolymers of vinyl acetate (84.6), ethyl acrylate (65.4) and acrylic acid (4.5) or methacrylonitrile (85), butyl acrylate (65) and acrylic acid (3). These polymeric beads are disclosed as added to an LBKP pulp slurry in order to

15　evaluate the resultant paper for sizing degree, paper force enhancement and disintegratability. These polymer beads fall outside the scope of those claimed in the present invention in that the ionic content thereof is too small to impart any appreciable improvement during usage.

20　Additionally, U.S. Patent No. 4,681,912 discloses the production of microparticles of acrylamide and acrylic acid, for example, utilizing a microemulsion process. The patent, however, fails to teach the cross-linking of the particles so as to render them water-insoluble or their use in

25　paper-making.

SUMMARY OF THE INVENTION

According to the present invention, there are provided compositions comprising crosslinked, anionic and/or amphoteric, organic, polymeric, microparticles, having an

30　unswollen number average particle size diameter of less than about 0.75 micron, preferably less than about 0.5 micron, a solution viscosity of at least 1.1, preferably from about 1.1 to about 2.0, mPa.s, a crosslinking agent content of above about 4 molar parts per million, based on the

35　monomeric units present in the polymer, and an ionicity of at least about 5%.

CIBA 000481

B829

- 1 -

The preferred anionic monomers for use in the practice of the present invention comprises acrylic acid, methacrylic acid, ethacrylic acid, 2-acrylamido-2-alkylsulfonic acids where the alkyl group contains 1 to 6 carbon atoms, such as
5   2-acrylamido-2-propane-sulfonic acid or mixtures of any of the foregoing and their alkaline salts. Especially preferred are the sodium salts of acrylic acid, methacrylic acid, and 2-acrylamido-2-methylpropane sulfonic acid.

The preferred amphoteric polymers for the use in the
10   practice of the present invention comprise copolymers of one or more of the foregoing anionic monomers and one or more of the following cationic ethylenically unsaturated monomers selected from, from example, acryloxyethyltrimethylammonium chloride; diallydimethylammonium chloride; 3-(meth)acryl-
15   amidopropyltrimethylammonium chloride; 3-acrylamidopropyl-trimethylammonium-2-hydroxypropylacrylate methosulfate; trimethylammoniumethyl methacrylate methosulfate; 1-trimethylammonium-2-hydroxypropylmethacrylate methosulfate; methacryloxyethyltrimethylammonium chloride;
20   or mixtures of any of the foregoing.

The preferred ethylenically unsaturated non-ionic monomers for use in the practice of the present invention are selected from acrylamide; methacrylamide; N,N-dialkyl-acrylamides; N-alkylacrylamides; N-vinylmethacetamide;
25   N-vinyl methylformamide; vinyl acetate; N-vinyl pyrrolidone and mixtures thereof. Especially preferred is acrylamide.

The preferred compositions encompassed by the present invention are 1) anionic monomers alone or 2) a mixture of anionic and cationic monomers, each copolymerized with the ethylenically unsaturated non-ionic monomers disclosed
30   above. Especially preferred is acrylamide copolymerized with sodium acrylate.

Also, according to the present invention, there is provided a process for the preparation of compositions as defined above, the process comprising;
35       (a)  admixing

CIBA 000482

B830

- 4 -

(i) an aqueous solution comprising at least one
ethylenically unsaturated anionic monomer
alone or in admixture with a cationic monomer
and at least one crosslinking agent and,
optionally, at least one ethylenically
5         unsaturated non-ionic monomer;

(ii) an oily phase comprising at least one
hydrocarbon liquid; and

(iii) an effective amount of surfactant
or surfactant mixture, so as to form an
10         inverse emulsion which, when subjected to
polymerization conditions, results in a
polymer having a particle size of less than
about 0.75 micron in unswollen diameter; and

(b) subjecting the inverse emulsion obtained in step
15     (a) to polymerization conditions.

A preferred feature of the present invention, comprises
a process employing an aqueous solution comprising sodium
acrylate as the anionic monomer, N,N-methylenebisacrylamide
as the crosslinking agent and acrylamide as the non-ionic
20  monomer; an oily phase comprising a saturated hydrocarbon;
and an effective amount of a surfactant mixture comprising
polyoxyethylene (20) sorbitan monooleate and polyoxyethylene
sorbitol hexaoleate, sufficient to produce particles of less
than about 0.75 micron in unswollen number average particle
25  size diameter.

Polymerization of the inverse emulsion may be carried
out by adding a polymerization initiator, such as sodium
metabisulfite or tert-butyl hydroperoxide, or by subjecting
the inverse emulsion to ultraviolet irradiation. Also
30  contemplated by the present invention is adding an effective
amount of chain-transfer agent to the aqueous solution of
the inverse emulsion, such as an alcohol, mercaptan,
phosphite, sulfite or mixture of any of the foregoing. The
process of the present invention may also comprise a step
35  for recovering the composition from the inverse emulsion.

CIBA 000483

B831

- 5 -

The resultant organic polymeric particles are useful in
a method of making paper from an aqueous suspension of
cellulose fibers, whereby the drainage properties of the
suspension are improved by including in the suspension 0.1
5  to 20 lbs/ton, based on the dry weight of paper furnish
solids, of the anionic or amphoteric cross-linked organic
polymer microbead having an unswollen number average
particle size diameter of less than about 0.75 micron, a
solution viscosity of at least about 1.1, preferably about
10  1.1 to about 2.0 mPa.s, a cross-linking agent content of
above about 4 molar parts per million, based on the
monomeric units present in the polymer, and at least 5%
ionicity, preferably in the presence of a molecular weight
cationic polymer, as described in copending application,
15  Serial No. ~~Attorney Docket No. 31043), filed concurrently
herewith~~. *a)*

## DETAILED DESCRIPTION OF THE INVENTION

Cross-linked, anionic or amphoteric, organic polymeric
microbeads having an unswollen number average particle size
20  diameter of less than about 0.75 micron, a solution
viscosity of from about 1.1 to about 1.5 mPa.s, a
crosslinking agent content of above about 4 molar parts per
million, based on the monomeric units present in the
polymer, and an ionicity of at least about 5%, *mole percent* are generally
25  formed by the polymerization of at least 5% of an
ethylenically unsaturated anionic monomer and, for
amphoteric microparticles, at least about 5% of one cationic
monomer, and, optionally at least one non-ionic comonomer in
the presence of a crosslinking agent in a water-in-oil
30  inverse emulsion employing an effective amount of surfactant
or surfactant mixture to produce microbeads of less than
about 0.75 micron.

The amphoteric polymers for the use in the practice of
the present invention comprise copolymers of one or more of
35  the foregoing anionic monomers and one or more of the
following cationic ethylenically unsaturated monomers

CIBA 000484

B832

- 6 -

(meth)acrylates of dialkylaminoalkyl compounds, and salts
and quaternaries thereof and in particular monomers of
N,N-dialkylaminoalkyl(meth)acrylamides, and salts and
quaternaries thereof, such as N,N-dimethylaminoethy-
acrylamides; and the acid or quaternary salts thereof and
the like.  Cationic monomers which may be used herein are of
the following general formulae:

$$( I ) \quad CH_2 = C - C - X - A \; N^+ - R_3 \; . \; Z^-$$

with $R_1$, $O$, $R_2$ above the chain and $R_4$ below $N^+$.

where $R_1$ is hydrogen or methyl, $R_2$ is hydrogen or lower
alkyl of 1-4 carbon atoms, $R_3$ and/or $R_4$ are hydrogen, alkyl
of 1-12 carbon atoms, aryl, or hydroxyethyl and $R_2$ and $R_3$,
or $R_3$ and $R_4$, can combine to form a cyclic ring containing
one or more hetero atoms, and Z is the conjugate base of an
acid; X is oxygen or -NR_1, wherein $R_1$ is as defined above,
and A is an alkylene group of 1-12 carbon atoms, or



$$( II ) \qquad . \; Z^-$$

where $R_5$ and $R_6$ are hydrogen or methyl, $R_7$ is hydrogen or
alkyl of 1-12 carbon atoms, and $R_8$ is hydrogen, alkyl of
1-12 carbon atoms, benzyl or hydroxyethyl; and Z is as
defined above.

These ethylenically unsaturated anionic, cationic and
non-ionic monomers may be copolymerized to produce anionic
and amphoteric copolymers.  Preferably, acrylamide is
copolymerized with a anionic monomer.  Anionic copolymers

CIBA 000485

B833

- 7 -

useful in the practice of this invention comprise from about
0 to about 95 parts, by weight of non-ionic monomer and
about 5 to about 100 parts, by weight, of anionic monomer,
based on the total polymer weight. Amphoteric polymers may
be produced from about 1-99 parts, by weight, same basis, of
anionic monomer and from about 99-1 parts, by weight, of
cationic monomer, optionally with from about 0-75 parts, by
weight, of a non-ionic monomer, the total weight of the
anionic monomer and cationic monomer being at least 5%.
Polymerization of the monomers is conducted in the presence
of a polyfunctional crosslinking agent to form the
crosslinked composition. The polyfunctional crosslinking
agent comprises molecules having either at least two double
bonds, a double bond and a reactive group, or two reactive
groups. Illustrative of those containing at least two
double bonds are N,N-methylenebisacrylamide,
N,N-methylenebismethacrylamide, polyethyleneglycol
diacrylate, polyethyleneglycol dimethacrylate, N-vinyl
acrylamide, divinylbenzene, triallylammonium salts,
N-methylallylacrylamide and the like. Polyfunctional
branching agents containing at least one double bond and at
least one reactive group include, glycidyl acrylate,
acrolein, methylolacrylamide and the like. Polyfunctional
branching agents containing at least two reactive groups
include aldehydes such as glyoxal, diepoxy compounds,
epichlorohydrin and the like.

Crosslinking agents are to be used in sufficient
quantities to assure a crosslinked composition. Preferably
at least about 4 molar parts per million of crosslinking
agent, based on the monomeric units present, are employed to
induce sufficient crosslinking and preferred is a
crosslinking agent content of from about 4 to about 6000
molar parts per million, more preferably about 20-4000 and
most preferably about 50-2000 molar parts per million.

One method of obtaining the polymeric microparticles of
this invention is to polymerize the monomers in a
microemulsion. Polymerization in microemulsions and inverse

CIBA 000486

B834

- 8 -

microemulsions is known to those skilled in this art. P.
Speiser reported in 1976 and 1977 a process for making
spherical "nanoparticles" with diameters less than 800A by
(1) solubilization of polymerizable molecules, e.g.
acrylamide and methylenebisacrylamide and other materials,
e.g. drugs, in micelles and (2) polymerizing the monomers in
the micelles. J. Pharm. Sa., 65(12), 1763 (1976) and United
States Patent No. 4,021,364. Both inverse water-in-oil and
oil-in-water "nanoparticles" were prepared by this process.
While not specifically called microemulsion polymerization
by the author, this process does contain all the features
which are currently used to define microemulsion
polymerization. These reports also constitute the first
examples of polymerization or acrylamide in a microemulsion.
Since then, numerous publications reporting polymerization
of hydrophobic polymers in the oil phase of microemulsions
have appeared. See, for example, Stoffer and Bone, J.
Dispersion Sci. and Tech., 1(1), 37, 1980 and Atik and
Thomas, J. Am. Chem. Soc'y, 103(14), 4279 (1981); and GB
2161492A.

The ionic and amphoteric microemulsion polymerization
process may be conducted by (i) preparing a monomer
microemulsion by adding an aqueous solution of the monomers
to a hydrocarbon liquid containing appropriate surfactant or
surfactant mixture to form an inverse monomer microemulsion
consisting of small aqueous droplets which, when
polymerized, result in polymer particles of less than 0.75
micron in size, dispersed in the continuous oil phase and
(ii) subjecting the monomer microemulsion to free radical
polymerization.

In order to obtain an inverse microemulsion, it is
generally necessary to use particular conditions whose main
parameters are as follows: surfactant concentration, HLB of
surfactant or surfactant mixture, temperature, nature of the
organic phase and composition of the aqueous phase.

The aqueous phase comprises an aqueous mixture of the
monomers, anionic or a mixture of anionic and cationic and

CIBA 000487

- 9 -

optionally non-ionic, and the crosslinking agent, as defined
above. The aqueous monomer mixture may also comprise such
conventional additives as are desired. For example, the
mixture may contain chelating agents to remove
5  polymerization inhibitors, pH adjusters, initiators and
other conventional additives.

Essential to the formation of the microemulsion, which
may be defined as a swollen, transparent and
thermodynamically stable micelle solution without agitation,
comprising two liquids insoluble in each other and a
10  surfactant, in which the micelles are much smaller than in
an emulsion, is the selection of appropriate organic phase
and surfactant.

The selection of the organic phase has a substantial
effect on the minimum surfactant concentration necessary to
15  obtain the inverse microemulsion. This organic phase may
comprise of a hydrocarbon or hydrocarbon mixture. Saturated
hydrocarbons or mixtures thereof are the most suitable in
order to obtain inexpensive formulations (lower surfactant
content) of inverse microemulsions. Typically, the organic
20  phase will comprise benzene, toluene, fuel oil, kerosene,
odorless mineral spirits and mixtures of any of the
foregoing.

The ratio by weight of the amounts of aqueous and
hydrocarbon phases is chosen as high as possible, so as to
25  obtain, after polymerization, a microemulsion of high
polymer content. Practically, this ratio may range, for
example from about 0.5 to about 3:1, and usually is about
2:1.

The one or more surfactants are selected in order to
30  obtain an HLB (Hydrophilic Lipophilic Balance) value ranging
from about 8 to about 11. In addition to the appropriate
HLB value, the concentration of surfactant must also be
optimized, i.e. sufficient to form an inverse emulsion
having the correct particle size. Typical surfactants
35  useful in the practice of this invention, in addition to
those specifically discussed above, may be anionic, cationic

CIBA 000488

- 10 -

or non-ionic and are selected from polyoxyethylene (20)
sorbitan trioleate, sorbitan trioleate, sodium
di-2-ethylhexylsulfosuccinate, oleamidopropyldimethylamine,
sodium isostearyl-2-lactate and the like.

5        Polymerization of the emulsion may be carried out in
any manner known to those skilled in the art.  Initiation
may be effected with a variety of thermal and redox
free-radical initiators including azo compounds, such as
azobis(isobutyronitrile); peroxides, such as t-butyl peroxide;
10   organic compounds, such as potassium persulfate and redox
couples, such as ferrous ammonium sulfate/ammonium
persulfate.  Polymerization may also be effected by
photochemical irradiation processes, irradiation, or by
ionizing radiation with a 60 Co source.  Preparation of an
15   aqueous product from the emulsion may be effected by
inversion by adding it to water which may contain a breaker
surfactant.  Optionally, the polymer may be recovered from
the emulsion by stripping or by adding the emulsion to a
solvent which precipitates the polymer, e.g. isopropanol,
20   filtering off the resultant solids, drying and redispersing
in water.

     The product of this invention is useful in facilitating
a wide range of solid-liquid separation operations.  The
products of this invention may be used to dewater
25   biologically treated suspensions, such as sewage and other
municipal or industrial sludges; the drainage of cellulosic
suspension, such as those found in paper production, e.g.
paper waste; and the settling and dewatering of various
inorganic suspensions, e.g. refinery waste, coal waste, etc.

30        DESCRIPTION OF THE PREFERRED EMBODIMENTS
     The following examples illustrate the present
invention.  They are not be construed as limitations on the
present invention except as set forth in the appended
claims.
35

CIBA 000489

- 11 -

Examples 1 - 5
Procedure for the Preparation of
Anionic Microemulsion

The master batch of aqueous phase is made by mixing
acrylic acid (AA), as the sodium salt, 200 parts deionized
5    water, 56.5% sodium hydroxide, crystal acrylamide (AMD), 0.3
part 10% pentasodium diethylenetriaminopentaacetate, 39.0
parts additional deionized water, and 1.5 parts of 0.518%
copper sulfate pentahydrate together. To 110.2 parts of
this aqueous phase solution, 6.5 parts deionized water, 0.25
10   part 1% t-butyl hydroperoxide and N,N-methylene
bisacrylamide (MBA) are added. This aqueous phase is mixed
with an oil phase containing 77.8 parts of low odor paraffin
oil, 3.6 parts sorbitan sesquioleate and 21.4 parts
polyoxyethylene sorbitol hexaoleate.

15       This emulsion is deaerated with nitrogen for 20
minutes. The polymerization is then initiated with gaseous
$SO_2$. The polymerization is then allowed to exotherm to $40^{\circ}C$
and is controlled at $40^{\circ}C$ (+ $5^{\circ}C$) with ice water. The ice
water is removed when cooling is no longer required. The
20   nitrogen is continued for one hours. The total
polymerization time is 2.5 hours.

If desired, the polymer may be recovered from the
emulsion by stripping or by adding the emulsion to a solvent
which precipitates the polymer, e.g. isopropanol, filtering
25   off the resultant solids, drying and redispersing in water.

At the time of use e.g. as a paper-making additive, the
recovered polymer may be dispersed in water. The emulsion,
microbeads may also be directly dispersed in water.
Depending on the surfactant and levels used in the emulsion
30   dispersion may require using high a hydrophilic lipophilic
balance (HLB) inverting surfactant such as an ethoxylated
alcohol; polyoxyethyllated sorbitol hexaoleate;
diethanolamine oleate; ethoxylated laurel sulfate etc. as in
known in the art.

35       The procedure for preparing amphoteric emulsions e.g.
15AA/60AMD/25 dimethylaminoethylacrylate (DMEA) /349 ppm

CIBA 000490

B838

- 12 -

MBA, is repeated for the preparation of the anionic
emulsions with the exception that the concentration of the
individual monomers employed are adjusted accordingly.

Various monomers are polymerized in accordance with the
above procedure. The results are set forth in Table I,
5    below.

10

15

20

25

30

35

CIBA 000491

B839

- 13 -

Table I

Preparation of Anionic Microbeads

| Example | Copolymer Compositions (Mole %) | | | MBA PPM | PS NM | SV mPa.s |
|---------|------|------|-------|------|------|------|
|         | AMD  | AA   | NaAPS |      |      |      |
| 1 | 70 | 30 | --- | 349 | 130 | 1.19 |
| 2 | 40 | 60 | --- | 1381 | 120 | 1.10 |
| 3 | 0 | 100 | -- | 1985 | 80 | 1.35 |
| 4 | 70 | --- | 30 | 995 | --- | 1.37 |
| 5 | 70 | -- | 30 | 10,086 | --- | 1.15 |
| 6 | 70 | 30 | -- | 1000 | 464 | --- |
| 7 | 70 | 30 | --- | 1000 | 149 | 1.02 |
| 8 | 70 | 30 | -- | 1000 | 106 | 1.06 |

NaAPS  =  Sodium 2-Acrylamido-2-methylpropane Sulfonic Acid

PS  =  Number Average Particle Size in Nanometers

SV  =  Solution Viscosity (0.1% polymer in N NaCl, 25°C using a Brookfield UL adapter at 60 rpm

CIBA 000492

B840

- 14 -

### Example 9

In paper making processes it is found that the addition
of anionic microbeads, preferably with a high molecular
weight cationic polymer to a conventional paper making stock
increases the drainage rate of water from the paper. The
5    following examples illustrate this utility but are not to be
construed to limit the invention in any manner whatsoever.

A 70/30 hardwood/softwood bleached kraft pulp is used
containing 25% $CaCO_3$ for alkaline papermaking at a pH of 8.0
Drainage is a measure of the time required for a certain
10   volume of water to drain through the paper and is here
measured as a10X drainage. (K. Britt, TAPPI 63(4) p67
(1980). Hand sheet are prepared on a Noble and Wood sheet
machine. In the test examples, the linear cationic
copolymer is a 10 mole % of acryloxyethyltrimethylammonium
15   chloride (AETMAC) and 90 mole % of acrylamide (AMD) of
5,000,000 to 10,000,000 mol. wt. with a charge density of
1.2 meq./g. and SV=4.0 cps. The anionic microbeads in Table
II are added separately to the thin paper stock. The
cationic polymer is added to the test furnish in a "Vaned
20   Britt Jar" and subjected to 800 rpm stirring for 30 seconds.
The anionic microbead is then added and subjected to 800 rpm
stirring for 30 seconds and then drainage times are
measured. The results of testing are set forth in Table II,
below.

25

30

35

CIBA 000493

B841

- 15 -

Table II

Drainage Aid Test Data

| Example | Cationic Polymer | Dosage (lb/ton) | Anionic Polymer Microbead of Example No. | Dosage (lb/ton) | Drainage Time (Sec) |
|---|---|---|---|---|---|
| 6 | -0- | | --- | | 161.1 |
| 7 | 10 AETMAC/ 90 AMD | 2 | | | 116.9 |
| 8 | do | 2 | -1- | (0.5) | 75.8 |
| 9 | do | 2 | -2- | (1.0) | 72.1 |
| 10 | do | 2 | -1- | (2.0) | 84.3 |
| 11 | do | 2 | -2- | (0.5) | 66.3 |
| 12 | do | 2 | -2- | (1.0) | 72.4 |
| 13 | do | 2 | -2- | (2.0) | 74.7 |
| 14 | do | 2 | -3- | (0.5) | 78.8 |
| 15 | do | 2 | -3- | (1.0) | 74.1 |
| 16 | do | 2 | -3- | (2.0) | 80.2 |
| 17 | do | 2 | -4- | (0.5) | 95.0 |
| 18 | do | 2 | -4- | (1.0) | 86.6 |
| 19 | do | 2 | -4- | (2.0) | 95.5 |
| 20 | do | 2 | -5- | (0.5) | 119.7 |
| 21 | do | 2 | -5- | (1.0) | 121.8 |
| 22 | do | 2 | -5- | (2.0) | 111.4 |

CIBA 000494

B842

- 16 -

The drainage time for the untreated alkaline paper stock is 161.1 seconds. Addition of the linear, cationic polymer, 10 AETMAC/90 AMD, at a level of 2 lbs/ton decreases the drainage time to 116.9. Further decreases in drainage time are obtained by the joint addition of the anionic
5  microbeads of this invention of doses of 0.5, 1.0 and 2.0 lbs/ton with the 2 lbs/ton of the cationic polymer. The microbead 70 AMD/30 Na AMPS/10,086 ppm MBA has little effect on drainage due to the excessively high degree of cross-linking and is outside the scope of this invention.
10  The higher degree anionicity of 2 microbeads (40 AMD/60 AA/1381 ppm MBA-120nm and 100AA/1985 ppm MBA-80 nm) improves drainage time over those of the lower degree of anionicity microbeads 70 AMD/30 NaAPS/995 ppm MBA. The 1.0 lb/ton dosage of anionic microbead gives better drainage times than
15  either the 0.5 or 2.0 lbs/ton dosage. The only exception is with the microbead 40AMD/60 AA/1,381 ppm MBA where the 0.5 lb/ton dosage is the most desirable.

                           Examples 23 - 27
20  Anionic microbeads of 5 and 10 mole percent of anionic charge and amphoteric microbeads with a 5 mole % higher anionic charge than cationic charge are made by the procedure of Example 1 and are shown in Table III. The microbeads have a particle size under 0.5 micron in Examples
25  23-27.

30

35

CIBA 000495

B843

- 17 -

Table III

Preparation of Anionic and
Amphoteric Microbeads

| Example | Copolymer Compositions (Mole %) | | | | MBA ppm | PS NM | SV mPa.S |
|---|---|---|---|---|---|---|---|
| | AMD | NaAc | NaAPS | DMEA | | | |
| 23 | 90 | 10 | -- | -- | 496 | -- | 1.34 |
| 24 | 95 | 5 | -- | — | 97 | -- | 1.89 |
| 25 | 85 | — | 10 | 5 | 1026 | -- | 1.40 |
| 26 | 55 | -- | 25 | 20 | 5101 | — | 1.59 |
| 27 | 60 | — | -- | 40 | 100 | 100 | -- |

DMEA = Acryloxylethyltrimethyl-
ammonium chloride

See Table I for other legends

CIBA 000496

B844

- 28 -

### Example 28

The anionic and amphoteric microbeads of Table III are used in the paper making process described in Example 2. The results are substantially the same.

5

### Examples 29-33

The procedure of Example 1 is again followed except that different monomers are employed in the preparation of the microbead. The results are set forth in Table IV, below.

10

#### Table IV

| Example | Non-Ionic Monomer (%) | Anionic Monomer (%) | MBA PPM |
|---------|------------------------|----------------------|---------|
| 29 | AM-50 | MAA-50 | 117 |
| 30 | AM-65 | VSA-35 | 226 |
| 31 | AM-75 | DADM-25 | 198 |
| 32 | -- | NaAPS-100 | 316 |
| 33 | MAM-90 | AA-10 | 441 |

20

MAM = methacrylamide
MAA = methacrylic acid
VSA = vinylsulfonic acid
DADM = diallydimethylammonium chloride

The above mentioned patents and publications are 25 incorporated herein by reference.

Many variations of the present invention will suggest themselves to those skilled in this art in light of the above detailed description. Chain-transfer agents may be optionally added to the monomer solution. Also contemplated 30 are all methods of polymerization and dewatering processes.

All such obvious modifications are within the full intended scope of the appended claims.

35

CIBA 000497

B845

- 19 -

31,320

WE CLAIM:

1. A composition comprising cross-linked anionic or amphoteric, organic polymeric microparticles, said microparticles having an unswollen number average particle size diameter of less than about 0.75 micron, a solution viscosity of at least about 1.1 mPa.s and a crosslinking agent content of above about 4 molar parts per million, based on the monomeric units present in the polymer, and an ionicity of at least about 5.0%.

2. A composition as defined in Claim 1 wherein said crosslinking agent content ranges from about 4 to about 6,000 molar parts per million.

3. A composition as defined in Claim 2 wherein said crosslinking agent content is from about 20 to about 4,000 molar parts per million.

4. A composition as defined in Claim 2 wherein said crosslinking agent content is from about 50 to about 2,000 molar parts per million.

5. A composition as defined in Claim 1 wherein said crosslinking agent is a difunctional monomer selected from N,N'-methylenebisacrylamide, N,N'-methylenebismethacryl- amide, polyethyleneglycol dimethacrylate, polyethyeneglycol diacrylate, N-vinyl acrylamide, glycidyl acrylate, divinylbenzene, acrolein, aldehydes, glyoxal, diepoxy compounds, epichlorohydrin and mixtures of the foregoing.

6. A composition as defined in Claim 5 wherein said crosslinking agent comprises N,N'-methylenebisacrylamide.

CIBA 000498

- 20 -

7.   A composition as defined in Claim 1 wherein said said unswollen diameter is less than 0.5 micron.

8.   A composition as defined in Claim 1 wherein the organic polymer microparticle is composed of at least one ethylenically unsaturated non-ionic monomer.

9.   A composition as defined in Claim 1 wherein the organic polymer microparticle is composed of at least one anionic monomer selected from acrylic acid, methacrylic acid, ethylacrylic acid, 2-acrylamido-2-methylpropane-sulfonic acid or mixtures or salts thereof.

10.   A composition as defined in Claim 9 wherein said anionic monomer comprises sodium acrylate, sodium methylacrylate, sodium ethylacrylate or sodium 2-acrylamido-2-methylpropanesulfonate.

11.   A composition as defined in Claim 1 wherein the organic polymer microparticle is amphoteric and is composed of from 1% to 99% of an anionic monomer selected from acrylic acid, methacrylic acid, ethacrylic acid, 2-acrylamido-2-methylpropane sulfonic acid or salts thereof and from 99% to 1% of a cationic monomer selected from acryloxyethyltrimethylammonium chloride, methacrylamidopropyltrimethylammonium chloride, diallydimethylammonium chloride and mixtures thereof.

12.   A composition as defined in Claim 8 wherein said non-ionic ethylenically unsaturated monomer is selected from acrylamide; methacrylamide;N,N-dialkylacrylamides; N-alkylacrylamides; N-vinylmethacetamide;N-vinyl methylformamide; vinyl acetate; N-vinyl pyrrolidone and mixtures thereof.

13.   A composition as defined in Claim 1 wherein said organic polymer microbead is composed of sodium acrylate and acrylamide.

CIBA 000499

B847

- 21 -

14. A process for the preparation of a composition as defined in Claim 1, said process comprising:

    (a) admixing

        (i)  an aqueous solution comprising at least one ethylenically unsaturated anionic monomer alone or in admixture with a cationic monomer, and at least one crosslinking agent and, optionally, at least one ethylenically unsaturated non-ionic monomer;

        (ii)  an oily phase comprising at least one hydrocarbon liquid;

        (iii)  an effective amount of surfactant or surfactant mixture, so as to form an inverse emulsion; and

    (b) subjecting the inverse emulsion obtained in step (a) to polymerization conditions.

15. A process as defined in Claim 14 wherein said monomer solution of step (a)(i) comprises sodium acrylate as said anionic monomer, N,N-methylenebisacrylamide as said crosslinking agent and acrylamide as said non-ionic monomer.

16. A process as defined in Claim 14 wherein said oily phase of step (a)(ii) comprises a saturated hydrocarbon.

17. A process as defined in Claim 14 wherein said surfactant or surfactant mixture of step (a)(iii) comprises polyoxyethylene sorbitol hexaoleate or a mixture thereof with sorbitan sesquioleate.

18. A process as defined in Claim 14 wherein said polymerization conditions of step (b) comprise adding a polymerization initiator.

CIBA 000500

B848

- 22 -

19.  A process as defined in Claim 18 wherein said
polymerization initiator comprises sodium metabisulfite or
tertiary-butyl hydroperoxide.

20.  A process as defined in Claim 14 wherein said
polymerization conditions of step (b) comprise subjecting
said inverse emulsion to ultraviolet irradiation.

21.  A process as defined in Claim 14 wherein said
aqueous solution of step (a)(i) additionally contains an
effective amount of a chain-transfer agent selected from an
alcohol, mercaptan, phosphite, sulfite, or a mixture
thereof.

22.  A process as defined in Claim 14 which also
includes step (c), comprising recovering the composition
from the emulsion.

CIBA 000501

**B849**

[REV.4Apr89/HB1-1]                    Docket No. 31.320
                                                   PATENT

<u>COMBINED DECLARATION AND POWER OF ATTORNEY</u>
(Original,Design,Supplemental,Divisional,Continuation,CIP)

As the below named inventor, I hereby declare that:
<u>TYPE OF DECLARATION</u>
This declaration is of the following type:
    [ X ] original
    [  ] design
    [  ] supplemental
    [  ] divisional
    [  ] continuation
    [  ] continuation-in-part (CIP)
<u>INVENTORSHIP IDENTIFICATION</u>
My residence, post office address and citizenship are as stated
below next to my name. I believe I am the original, first and
sole inventor (if only one name is listed below) or an original,
first and joint inventor (if plural named are listed below) of
the subject matter which is claimed for, for which a patent is
sought on the invention entitled:
<u>TITLE OF INVENTION</u>
<u>Cross-Linked Anionic and Amphoteric Polymeric Microparticles</u>


<u>SPECIFICATION IDENTIFICATION</u>
the specification of which: (complete (a), (b), or (c))
    (a) [ X ]  is attached hereto.
    (b) [  ]  was filed on _____ as
        [  ]  Serial Number  /
        [  ]  Express Mail No., as Serial Number not
            yet known
    (c) [  ]  was described and claimed in PCT International
        Application No. _____ filed on
        _____ and as amended under PCT
        Article 19 on _____ (if any).

CIBA 000502

B850

[REV.4Apr89/HB1-1]          -2-

ACKNOWLEDGEMENT OF REVIEW OF PAPERS AND DUTY OF CANDOR

I hereby state that I have reviewed and understand the contents of the above identified specification, including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in accordance with Title 37 CFR 1.97.

PRIORITY CLAIM

I hereby claim foreign priority benefits under Title 35, United States Code, Section 119 of any foreign application(s) for patent or inventor's certificate or of any PCT International application(s) designating at least one country other than the United States of America listed below and have also identified below any foreign application(s) for patent or inventor's certificate of any PCT International application(s) designating at least one country other than the United States of America filed by me on the same subject matter having a filing date before that of the application(s) of which priority is claimed.

(d) [ X ] no such applications have been filed.

(e) [    ] such applications have been filed as follows.

Note: Where item (c) is entered above and the International Application which designated the U.S. claimed priority check item (e), enter the details below and make the priority claim.

Earliest Foreign Application(s), if any, filed within 12 months (6 months for Design) prior to this U.S. Application

| COUNTRY | APPLICATION NUMBER | DATE OF FILING (DAY,MONTH,YEAR) | PRIORITY CLAIMED 35 USC 119 |
|---------|--------------------|---------------------------------|-----------------------------|
|         |                    |                                 |                             |
|         |                    |                                 |                             |
|         |                    |                                 |                             |

CIBA 000503

[REV.4Apr89/MB1-1]          -3-

All Foreign Application(s), if any, Filed More Than 12 Months
(6 Months for Design) Prior to This U.S. Application

POWER OF ATTORNEY

    As a named inventor, I hereby appoint the following
attorney(s) and/or agent(s) to prosecute this application and
transact all business in the Patent and Trademark Office
connected therewith.

                                    _301_

Frank M. Van Riet                    _19933_
        (Name)                        (Reg. No.)

Gordon L. Hart                       _20191_
        (Name)                        (Reg. No.)

Roger S. Benjamin                    _27025_
        (Name)                        (Reg. No.)

Michael J. Kelly                     _27910_
        (Name)                        (Reg. No.)

Steven H. Flynn                      _29639_
[  ]    Attached as part of this declaration and power of
        attorney is the authorization of the above-named
        attorney(s) to accept and follow instructions from my
        representative(s).

SEND CORRESPONDENCE AND TELEPHONE CALLS TO:
Frank M. Van Riet
C/O American Cyanamid Company
1937 West Main Street
Stamford, CT  06904-0060
Telephone No. (203) 321-2614

CIBA 000504

**B852**

[REV.4Apr89/MB1--1]                -4-

## DECLARATION

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code, and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

## SIGNATURE(S)

Full name of SOLE OR FIRST INVENTOR Roderick Glynn Ryles

Inventor's signature _Roderick Glyn Ryles_
Date _7th June, 1990._
Country of Citizenship British
Residence 96 Wendy Road, Milford, CT  CT.
Post Office Address Same

Full name of SECOND JOINT INVENTOR, if any Dan S. Honig

Inventor's signature _Dan S Honig_
Date June 7, 1990
Country of Citizenship United States
Residence 12 Conrad Road, New Canaan, CT  06840 CT
Post Office Address Same

Full name of THIRD JOINT INVENTOR, if any Elieth H. Harris

Inventor's signature _Elieth W Harris_
Date June 7, 1990
Country of Citizenship Antigua
Residence 484 Colorado Avenue, Bridgeport, CT  06605 CT
Post Office Address Same

→ over

CIBA 000505

B853

[REV.4Apr89/HB1-1]           -5-

<u>THE FOLLOWING 'ADDED PAGES' FORM A PART OF THIS DECLARATION</u>

[ X ] Signature for fourth and subsequent joint inventors on
      ADDED PAGES.
[    ] ADDED PAGES TO COMBINED DECLARATION, POWER OF ATTORNEY
      for divisional, continuation, or continuation-in-part (CIP)
      application.
      [   ] Number of ADDED PAGES: _____
      [   ] Declaration ends with this page.

CIBA 000506

B854

[REV.4Apr89/MB1-1]          -6-

ADDED PAGE TO COMBINED DECLARATION AND POWER OF ATTORNEY FOR
SIGNATURE BY FOURTH AND SUBSEQUENT INVENTORS

Full name of FOURTH JOINT INVENTOR, if any __Roger E. Neff__

Inventor's signature _Roger E. Neff_
Date __6/7/90__
Country of Citizenship __United States__
Residence __66 Woodridge Drive, Stamford, CT__ _CT_
Post Office Address _____


Full name of FIFTH JOINT INVENTOR, if any _____

Inventor's signature _____
Date _____
Country of Citizenship _____
Residence _____
Post Office Address _____


Full name of SIXTH JOINT INVENTOR, if any _____

Inventor's signature _____
Date _____
Country of Citizenship _____
Residence _____
Post Office Address _____


Full name of SEVENTH JOINT INVENTOR, if any _____

Inventor's signature _____
Date _____
Country of Citizenship _____
Residence _____
Post Office Address _____

CIBA 000507

**B855**

· 07535626

NEW APPLICATION (Original)                Docket No. 31.320
[REV.4Apr89/HB4-1]                                          PATENT

Commissioner of Patents and Trademarks
Washington, D.C. 20231

[MAIL ROOM stamp: JUN 11 1990 PAT & TRADEMARK 20]

NEW APPLICATION TRANSMITTAL
Transmitted herewith for filing is the patent application of
the following Inventor(s): Roderick Glynn Ryles; Dan S. Honig ,
Elieth W. Harris and Roger E. Neff; For: Cross-Linked Anionic and
Amphoteric Polymeric Microparticles                               .

This new filing is for an ORIGINAL application.
1.   Papers enclosed which are required for filing date under 35
     CFR 1.53(b):
     [ X ] _22_ Pages of specification
     [ X ] _4_ Pages of claims
     [ X ] _1_ Pages of abstract
     [   ] ____ Sheets of drawing
                    [   ] Formal
                    [   ] Informal (in triplicate)
2.   Additional papers enclosed
     [   ] Information Disclosure Statement
     [   ] Form PTO-1449
     [   ] Citations
     [   ] Declaration of Biological Deposit
     [   ] Other: _____

---

CERTIFICATION UNDER 37 CFR 1.10
       I hereby certify that this New Application Transmittal and the
documents referred to as enclosed therein are being deposited with
the United States Postal Service on this date _____
in an envelope as "Express Mail Post Office to Addressee" Mailing
Label Number _____ addressed to the: Commissioner of
Patents and Trademarks, Washington, D.C 20231.

---

_____
(name of person mailing paper)

_____
(Signature of person mailing paper)

---

CIBA 000508

NEW APPLICATION (Original)    -2-
[REV.4Apr89/HB4-1]

3.    Declaration
      [ X ] Enclosed and executed by all inventor(s)
      [   ] Not enclosed or not executed by all inventor(s)
4.    Assignment
      [   ] An assignment of the invention to:
            American Cyanamid Company
            1937 West Main Street
            P.O. Box 60
            Stamford, CT 06904-0060
      [   ] is attached.
      [   ] will follow.
5.    Fee Calculation

| | | | CLAIMS AS FILED | |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| FOR | NUMBER FILED | NUMBER EXTRA | RATE | BASIC FEE ($370.00) |
| TOTAL CLAIMS | 22 - 20 = | | X $12.00 | 24.00 |
| INDEP. CLAIMS | 2 - 3 = | | X $36.00 | |
| MULTIPLE DEPENDENCY FEE | | | $ 120.00 | |
| RECORDING OF ASSIGNMENT | | | $  8.00 | 8.00 |
| | | | TOTAL FILING FEE | $402.00 |

6.    Fee Payment being made at this time
      [ X ] filing fee                $ _394.00_
      [ X ] recording assignment      $    8.00
                            TOTAL  $ _402.00_
7.    Method of Payment of Fees:
      Charge Deposit Account No. 01-1300 in the amount of
      $402.00___ .
      A duplicate of this transmittal is attached.
8.    Instructions as to Overpayment:
      Credit any overpayment to Deposit Account No. 01-1300.

CIBA 000509

B857

NEW APPLICATION (Original)    -3-
[REV.4Apr89/HB4-1]

9.   Authorization to Charge Additional Fees
     [ X ] The Commissioner is hereby authorized to charge the
           following additional fees by this paper and during the
           entire pendency of this application to Deposit Account
           No. 01-1300:
           [ X ] 37 CFR 1.16(a),(f),or (g) filing fees
           [ X ] 37 CFR 1.16(b),(c), and (d) presentation of
                 extra claims
           [   ] 37 CFR 1.16(e) surcharge for filing the basic
                 filing fee and/or declaration on a date later
                 than the filing date of the application
           [   ] 37 CFR 1.17 application processing fees


                              _____
                              (Signature of Attorney)

Reg. No. 19933                Frank M. Van Riet
                              (Type name of Attorney)

Tel. No. (203) 321-2614       American Cyanamid Company
                              1937 West Main Street
                              P.O. Box 60
                              Stamford, CT 06904-0060


CIBA 000510

B858



**UNITED STATES DEPARTMENT OF COMMERCE**
**Patent and Trademark Office**
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED INVENTOR | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/535,626 | 06/11/90 | RYLES | R | 31,320 |

| EXAMINER |
|---|
| CHENG, W |

FRANK M. VAN RIET
C/O AMERICAN CYANAMID CO.
1937 WEST MAIN STREET
STAMFORD, CT 06904-0060

| ART UNIT | PAPER NUMBER |
|---|---|
| 155 | 2 |

DATE MAILED:     08/16/90

This is a communication from the examiner in charge of your application.
COMMISSIONER OF PATENTS AND TRADEMARKS

☒ This application has been examined   ☐ Responsive to communication filed on _____   ☐ This action is made final.

A shortened statutory period for response to this action is set to expire __3__ month(s), _____ days from the date of this letter.
Failure to respond within the period for response will cause the application to become abandoned. 35 U.S.C. 133

**Part I   THE FOLLOWING ATTACHMENT(S) ARE PART OF THIS ACTION:**

1. ☒ Notice of References Cited by Examiner, PTO-892.   2. ☐ Notice re Patent Drawing, PTO-948.
3. ☐ Notice of Art Cited by Applicant, PTO-1449.   4. ☐ Notice of Informal Patent Application, Form PTO-152
5. ☐ Information on How to Effect Drawing Changes, PTO-1474.   6. ☐

**Part II   SUMMARY OF ACTION**

1. ☒ Claims _1 to 22_ are pending in the application.

Of the above, claims _14 to 22_ are withdrawn from consideration.

2. ☐ Claims _____ have been cancelled.

3. ☐ Claims _____ are allowed.

4. ☒ Claims _1 to 13_ are rejected.

5. ☒ Claims _5, 8, 10, and 12_ are objected to.

6. ☐ Claims _____ are subject to restriction or election requirement.

7. ☐ This application has been filed with informal drawings under 37 C.F.R. 1.85 which are acceptable for examination purposes.

8. ☐ Formal drawings are required in response to this Office action.

9. ☐ The corrected or substitute drawings have been received on _____. Under 37 C.F.R. 1.84 these drawings
are ☐ acceptable; ☐ not acceptable (see explanation or Notice re Patent Drawing, PTO-948).

10. ☐ The proposed additional or substitute sheet(s) of drawings, filed on _____, has (have) been ☐ approved by the
examiner; ☐ disapproved by the examiner (see explanation).

11. ☐ The proposed drawing correction, filed _____, has been ☐ approved; ☐ disapproved (see explanation).

12. ☐ Acknowledgement is made of the claim for priority under U.S.C. 119. The certified copy has ☐ been received ☐ not been received
☐ been filed in parent application, serial no. _____; filed on _____.

13. ☐ Since this application appears to be in condition for allowance except for formal matters, prosecution as to the merits is closed in
accordance with the practice under Ex parte Quayle, 1935 C.D. 11; 453 O.G. 213.

14. ☐ Other

PTOL-326 (Rev. 8-83)          EXAMINER'S ACTION          CIBA 000511