APPENDIX RANGE B1047 TO B1296 HAS BEEN REDACTED

1956    J. Phys. Chem. B 1998, 102, 1956–1963

# Novel Family of Thermogelling Materials via C–C Bonding between Poly(acrylic acid) and Poly(ethylene oxide)-*b*-poly(propylene oxide)-*b*-poly(ethylene oxide)

Lev Bromberg[†]

*Center for Material Science and Engineering, Massachusetts Institute of Technology, Cambridge, Massachusetts 02139*

*Received: December 2, 1997*

Pluronic poly(ethylene oxide)–poly(propylene oxide)–poly(ethylene oxide) (PEO–PPO–PEO) block copolymers are copolymerized with poly(acrylic acid) (PAA) by a one-step free-radical polymerization of acrylic acid with the chain transfer to the Pluronic dissolved in the acrylic acid. Exponential increase of branching and cross-linking in the resulting Pluronic–PAA copolymers is observed at high degrees of conversion of acrylic acid. The solutions show reversible gelation within a narrow temperature range, with a gelled state resembling that of permanently cross-linked gels. Onset of thermogelation in Pluronic–PAA solution coincides with augmentation of light-scattering intensity of large scatterers and approaches the critical micellization temperature of the parent Pluronic. Effects of the overall PEO content and the length of the PPO segment in the parent Pluronic on the properties of copolymers are revealed.

## Introduction

Aqueous polymeric systems that exhibit thermoreversible gelation (i.e., reversible transition from a free-flowing liquid to a viscoelastic gel as a result of temperature change), although known since at least neolithic times as food components, have recently emerged as a distinct branch of "intelligent" materials applicable primarily to medical areas such as drug delivery.[1,2] Significantly, block copolymers of poly(ethylene oxide) (PEO) and poly(propylene oxide) (PPO) represent the only up-to-date synthetic thermoviscosifying materials approved by the U.S. Food and Drug Administration as food additives and pharmaceutical ingredients.[3] The surfactant properties of triblock PEO–PPO–PEO copolymers (Pluronics, or Poloxamers), and particularly their micelle-forming capability, thus have stimulated a pertinent interest which has resulted in a fairly minute mechanistic understanding of their thermoviscosification and gelation phenomena in aqueous solutions.[4-7] The regions of stability of the ordered micellar nanostructures in concentrated solutions of Pluronics, and especially cubic three-dimensional lattices ("gels"), move toward lower concentrations at higher temperatures.[4,8-11] Thus a Pluronic solution may be designed that is essentially a waterlike liquid at ambient temperature and gels at body temperature by forming a liquid crystalline phase via increasing intermicellar interactions. This mechanism of gelation, however, implies the necessity of high concentrations. Indeed, the lowest concentration of, for example, Pluronic F127, which forms a cubic lattice at body temperature in aqueous solutions, is about 16%!.

Recently, Hoffman et al.[12-16] advanced graft copolymers of poly(acrylic acid) (PAA) and Pluronics where chemical bonding between temperature- and pH-sensitive components provides stability, which is absent in a physical blend, to the copolymer. Such graft copolymer structures combine bioadhesive and hydrophobic properties in a single molecule, retain thermoreversible gelation behavior over a wide pH range, and do not permit physical separation. In the synthetic route developed by Hoffman and Chen,[12] monoamino-terminated Pluronic is synthesized and is then conjugated to poly(acrylic acid) via an amide bond by applying dicyclohexylcarbodiimide as a coupling agent. The resulting Pluronic–PAA conjugates were shown to viscosify even in diluted (1–3%) aqueous solutions when warmed to body temperatures. The relative complexity of this synthesis (which entails the use of toxic materials as well as several purification steps[12]) prompted our own search for simple strategies to obtain similar materials.

The tendency of polyethers, including PEO–PPO copolymers, to form relatively long-lived macroradicals as a result of irradiation and/or presence of radical initiators in oxygen-free media has been recognized for several decades.[17-21] These macroradicals (for instance, PEO•) are known to graft propagate under irradiation when a vinyl monomer is accessible:[20]

$$\text{PEO}^{\bullet} + nA \rightarrow \text{PEO}-A_n^{\bullet} \tag{1}$$

where $A$ represents acrylic acid.

I theorized that free-radical reactions analogous to reaction 1 could be a simple means of polymer grafting onto polyether backbones. Macroradicals can be formed by random hydrogen abstraction from methyne and/or methylene groups in the presence of vinyl monomers. This hypothesis has resulted in the advent of a new family of self-assembling materials (CAS #186810-81-1) where a polymer is grafted onto polyether via C–C bonding. While a wide variety of graft copolymers can indeed be synthesized,[22] the present discussion is limited to Pluronic–PAA materials. These copolymers undergo local aggregation and dramatic changes in rheological behavior in response to alterations in temperature in an aqueous environment.

## Experimental Section

**Materials.** Acrylic acid (99%, monomer) and ammonium persulfate (99.99+%, initiator) (APS) were purchased from

---

[†] Present address: MediSense, Inc., An Abbott Laboratories Company, 4A Crosby Dr., Bedford, MA 01730 Phone (781)276-4745 Fax (781)-276-6266. E-mail cpbrolev@aol.com.

S1089-5647(98)00368-X CCC: $15.00    © 1998 American Chemical Society
Published on Web 02/20/1998

PLAINTIFF'S EXHIBIT 288

Novel Family of Thermogelling Materials    *J. Phys. Chem. B, Vol. 102, No. 11, 1998*  1957

TABLE 1: Properties of the Pluronic Copolymers Used in This Study[4,23,24]

| polymer[a] | lot no. | composition | average MW | $M_{PPO}$ | PEO, % | $CP^b$, °C | $HLB^c$ |
|---|---|---|---|---|---|---|---|
| F38  | WPWS-563B | $EO_{42}PO_{17}EO_{42}$   | 4700  | 990  | 80 | >100 | >24   |
| L64  | WPIP-667B | $EO_{13}PO_{30}EO_{13}$   | 2900  | 1740 | 40 | 58   | 12–18 |
| P65  | WPAN-605B | $EO_{19}PO_{29}EO_{19}$   | 3400  | 1700 | 50 | 82   | 12–18 |
| F68  | WPAS-624B | $EO_{76}PO_{29}EO_{76}$   | 8400  | 1680 | 80 | >100 | >24   |
| L81  | WSAQ-84656 | $EO_3PO_{43}EO_3$        | 2750  | 2495 | 10 | 20   | 1–7   |
| F88  | WPAS-575B | $EO_{103}PO_{39}EO_{103}$ | 11400 | 2280 | 80 | >100 | >24   |
| L92  | WPTR-568B | $EO_8PO_{50}EO_8$         | 3650  | 2900 | 20 | 26   | 1–7   |
| F98  | WPMR-532B | $EO_{118}PO_{45}EO_{118}$ | 13000 | 2610 | 80 | >100 | >24   |
| P103 | WPWQ-557B | $EO_{17}PO_{60}EO_{17}$   | 4950  | 3465 | 30 | 86   | 12–18 |
| P104 | WPWS-517B | $EO_{27}PO_{61}EO_{27}$   | 5900  | 3540 | 40 | 81   | 12–18 |
| P105 | WPER-598B | $EO_{37}PO_{56}EO_{37}$   | 6500  | 3250 | 50 | 91   | 12–18 |
| F108 | WPAS-563B | $EO_{132}PO_{50}EO_{132}$ | 14600 | 2920 | 80 | >100 | >24   |
| L121 | WPNS-506B | $EO_5PO_{67}EO_5$         | 4400  | 3890 | 10 | 14   | 1–7   |
| P123 | WPYM-569B | $EO_{19}PO_{70}EO_{19}$   | 5750  | 4025 | 30 | 90   | 7–12  |
| F127 | WPWS-616B | $EO_{100}PO_{65}EO_{100}$ | 12600 | 3780 | 70 | >100 | 18–23 |

[a] L, F, and P mean liquid, flakes, and paste, respectively. [b] Cloud point in aqueous 1 wt % solution, °C. [c] Hydrophilic–lipophilic balance

Aldrich Chemical Co. (Milwaukee, WI) and used as received. Pluronic copolymers were kindly donated by BASF Corp. (Parsippany, NJ) and used without further treatment. The properties of Pluronic copolymers under investigation are presented in Table 1. All other chemicals, solvents, and gases were obtained from commercial sources and were of the highest purity available.

Synthesis. In a typical synthetic procedure, a solution of Pluronic copolymer (3.0 g) in acrylic acid (5.0 mL) was placed into a 15-mL borosilicate glass vial covered with a sleeve rubber stopper. A modified Pt Metrosensor temperature probe wire was inserted into the middle of the vial and an ATI Orion model 620 pH/temperature meter was used for temperature monitoring (accuracy ±0.5 °C). The solution was deoxygenated by nitrogen flow for 8 h at 20 °C and following quick injection of 100 µL of freshly prepared solution of ammonium persulfate in cold deionized water (300 mg/mL) was shaken for 10 s and immersed into a water bath within a programmable Neslab circulator. The bath was heated from 20 to 75 °C at a rate of 2°/min and then kept at 75 °C for specified time. To monitor kinetics of polymerization, at a certain time a 0.1 M methanolic solution of 2,2,6,6-tetramethyl-1-piperidinyloxy (100 µL) was quickly injected into the reactor vial, which was immediately removed from the bath and snap-frozen in liquid nitrogen. The vial was then broken, and the reaction mixture was cryogenically ground, stored at −78 °C, and subjected to analyses as described below.

Procedures. The effective degree of conversion of acrylic acid ($A$) into the polymer [$F$,% = 100 × (weight of polymerized $A$)/(initial weight of $A$ in the reaction mixture)] was determined by measuring the amounts of acrylic acid monomer left in the reactor during the course of polymerization. The concentration of acrylic acid in methanol was measured with a Hewlett-Packard model 5890 gas chromatograph using a Supelco SPB-1 30 m × 0.25 mm i.d. column (phase, bonded poly(dimethylsiloxane); carrier, He, 20 cm/s; 210 °C). The accuracy of $F$ determination was ca. 15%.

The degree of bonding between Pluronic and poly(acrylic acid) [$B$,% = 100 × (weight of Pluronic bonded)/(initial weight of Pluronic in reaction mixture)] was measured as follows. A finely ground sample (5.0 g) was placed into a Kimax Soxhlet extractor charged with 1.0 L of dichloromethane and kept under reflux for 24 h. A fresh portion of dichloromethane was charged into the extractor, and the operation was repeated for another 24 h. The wash-outs were collected and evaporated under vacuum. The residual solids were weighted and analyzed for Pluronic content using HPLC and FTIR. Liquid chromatography was performed using a Hewlett-Packard model 1050



Figure 1. FTIR spectra of copolymer F127–PAA with 1% LiSCN added (1), F127–PAA (2), and Pluronic F127 (3) in KBr.

chromatograph, a Dynamax model RI-1 analytical refractive index detector, and a Progel-TSK $H_{HR}$ 30 cm × 7.8 mm i.d. column (5 µm particle size). The analyses of the residual solids were run in THF at 1.0 mL/min flow rate using poly(ethylene glycol) and poly(acrylic acid) standards (Polysciences, Inc., Warrington, PA) for molecular weight calibration. Parameter $B$ was measured for each copolymer in triplicate, and maximum standard deviations were found to be 11%.

The main polymeric fraction was washed with dichloromethane, dried under vacuum ($10^{-3}$ Torr) to constant weight, and analyzed by gel-permeation chromatography (GPC), FTIR, and rheology.

Mid-infrared spectra of polymeric samples dispersed in KBr were recorded in a water-free atmosphere on a Bruker Equinox 55 spectrometer supplied with OPUS/IR software. Absorption bands in the 1700- and 1100-$cm^{-1}$ regions, characteristic for COOH in PAA and the C–O–C stretch in Pluronic, respectively,[25] were used to measure the content of Pluronic in the Pluronic–PAA copolymers. Lithium rhodanide was dried over $P_2O_5$ and added into KBr under dry conditions to result in exactly 1 w/w % dispersion. The thiocyanate absorption peak at 2157 $cm^{-1}$, which is distant from polymeric bands (Figure 1), was employed as an internal reference to determine Pluronic

1958  J. Phys. Chem. B, Vol. 102, No. 11, 1998  Bromberg

 

**Figure 2.** Typical triple-detector chromatogram (A) and its analysis (B). In A, LS, Vi, and RI stand for light scattering, differential viscometer, and refractive index detectors' outputs, respectively. In B, (1) intrinsic viscosity vs molecular weight log–log (Mark–Houwink[26]) plot; (2) molecular weight distribution. Pluronic F108 is copolymerized with poly(acrylic acid) for 60 min as described in the Experimental Section. Number-, weight-, and z-average molar masses were $7.82 \times 10^5$, $3.09 \times 10^6$, and $14.6 \times 10^6$, respectively; parameters $a$ and $K$ were 0.48 and 0.0102, respectively. Parameter $a$ is defined from the Mark–Houwink equation $[\eta] = KM^a$, where $[\eta]$ is the intrinsic viscosity and $K$ is a constant.

concentration. The content of Pluronic in the copolymer ($B$) determined by FTIR deviated less than 10% from that measured by HPLC.

For GPC and rheology, samples were suspended in deionized water at 4 °C. The suspension was then dialyzed against excess deionized water at 4 °C for 48 h using Spectra/Por cellulose ester membrane (molecular weight cutoff 500, Spectrum, Laguna Hills, CA) and dried under vacuum to constant weight. Polymer samples were then resuspended in deionized water at 1 w/v % and kept under constant stirring at 4 °C for 14 days. The pH in the suspension was periodically measured and adjusted to pH 7.0 as necessary, using 5 M NaOH. The resulting polymer solutions were filtered through a nylon membrane filter (pore diameter 0.45 μm) and analyzed using a GPC run at 15 °C on a Shimadzu LC-10A Series HPLC set up and a Viscotek SEC$^3$ triple-detector system which included a differential Wheatstone Bridge viscometer, differential laser refractometer, and LALLS detector. Light-scattering chromatograms were obtained with a low-angle light-scattering photometer using a 10-μL scattering cell at the output of the columns. The incident light at a 6° scattering angle was supplied by a He–Ne laser. A 1.0 mg/mL sample of polymer solution in 0.05 M NaNO$_3$ (80 μL) was loaded onto a PLgel analytical GPC three-column system (porosity 100, 500, and 1000 Å; particle size 5 μm; dimensions 300 × 7.5 mm, Polymer Laboratories, Inc.) and then eluted with 0.05 M NaNO$_3$ using a pump speed of 0.8 mL/min. Typical triple-detector chromatogram, molecular weight distributions, and Mark–Houwink plot are shown in Figure 2. Molecular weights of the graft copolymers varied widely depending on the structure of the Pluronic and the time of polymerization, as discussed below.

The weight fraction of macroscopic gel particles was measured at 4 °C by filtering 1 w/v % or 5 w/v % suspension through weighted Acrodisc nylon filters (Gelman Sciences, Ann Arbor, MI) with pore diameters of 0.8 or 5.0 μm, respectively. Parameter $G$,% = 100 × (weight of filtered fraction)/(weight of initial suspension) was measured for each suspension at least five times. Maximum standard deviations for $G$ in 1% and 5% suspensions made of different batches with the same Pluronic component were measured to be 22% and 19%, respectively. Maximum standard deviations for suspensions made of the same polymer batch did not exceed 10% in all cases.

Rheological measurements were performed using a controlled stress Rheolyst Series AR1000 rheometer (TA Instruments, New Castle, DE) with a cone and plate geometry system (cone: diameter, 4 cm; angle, 2°; truncation, 57 μm) equipped with a solvent trap. Storage modulus of slurries of finely shredded gel particles was measured using parallel plate geometry (flat plate: diameter, 4 cm; gap, 1 mm). Temperature control was provided by two Peltier plates. Typical rate of continuous temperature change was 0.2°/min. Dynamic parameters of each experiment are given throughout.

### Results and Discussion

**Copolymer Synthesis and Structure.** The synthetic procedure described in the Experimental Section resulted in exothermic polymerization of acrylic acid, followed by increase in the molecular weights of products, which eventually became permanently cross-linked gels (Figure 3). Heat evolution usually started at 43–48 °C and matched well with temperatures of initiation of the persulfate-initiated reactions.[27,28]

The polymerization of acrylic acid was essentially completed within 2–10 min after the beginning of the exothermic process, with $F$ reaching 90–98%. The bonding of Pluronic began simultaneously, so that typically 80–90% of Pluronic initially present in the reaction mixture appeared to be attached to the poly(acrylic acid), as is evident from the integrity of the resulting copolymer in the extraction and dialysis experiments. Relatively high concentrations of the initiator and the monomer, low pH, and the presence of an abundant amount of a strong hydrogen-bonding agent such as Pluronic might have contributed to the speed of the polymerization. Template polymerization of $A$ in the presence of PEO proceeds with rate enhancements relative to the corresponding polymerizations in the absence of the matrix polymer and is well-documented.[29–32] The high-conversion phenomenon, known variously as autoacceleration, the gel effect, or the Trommsdorff effect, has been attributed to the retarding effect of entanglements on the terminating process, to free volume arguments, to distributions of lifetimes of living macroradicals, etc.[33–36] Most of the theories, developed for isothermal polymerizations, however, assume that the chain transfer has negligible effect on the autoacceleration.[33]

It should be noted that while the described synthetic route has been proven effective and readily scalable,[37] unusual conditions (chain transfer to polyether, occlusion effects) precluded me from deriving kinetic parameters. These hurdles notwithstanding, it was tempting to explain observed phenomena by relating them to the processes occurring in better understood and yet analogous systems.

The initiation mechanism for acrylic monomers with persulfate implies generation of radicals:[27]

$$S_2O_8^{2-} \rightarrow 2SO_4^{\cdot -} \tag{2}$$



Figure 3. Kinetics of processes occurring in reaction mixtures composed of acrylic acid and Pluronic F127 (A) and acrylic acid and Pluronic L121 (B). Parameters $T_b$, $T_r$, $F$, $G$, $B$, and $M_w$ designate temperature in the bath, temperature in the reaction mixture, degree of conversion of acrylic acid, gel content in 1% aqueous suspension, degree of bonding of Pluronic, and weight-average molar mass of the Pluronic-PAA, respectively. For parameter definitions, see the Experimental Section.

Persulfate anion radicals (R·) have been shown to effectively initiate polymerization of acrylic acid:

$$R^{\cdot} + nA \rightarrow R{-}A_n^{\cdot} \quad (3)$$

On the other hand, persulfate radicals react on heating with PEO-PPO copolymers, producing macroradicals due to hydrogen abstraction:[21]

$$R^{\cdot} + \underset{H}{\overset{X}{\wedge\wedge\wedge}} \longrightarrow RH + \underset{\cdot}{\overset{X}{\wedge\wedge\wedge}} \quad (4)$$

where X is $CH_3$ or H.

If reactions 3 and 4 occur simultaneously, grafting of PAA onto Pluronic will be due to recombination of the Pluronic and PAA radicals. Given the very high speed of reaction 3, a more likely scenario is the chain transfer to Pluronic molecules present in high concentrations resembling those of a solvent in more conventional polymerization processes:[38,39]

$$R{-}A_n^{\cdot} + \underset{H}{\overset{X}{\wedge\wedge\wedge}} \longrightarrow R{-}A_nH + \underset{\cdot}{\overset{X}{\wedge\wedge\wedge}} \xrightarrow{mA} \underset{A_m\wedge\wedge}{\overset{X}{\wedge\wedge\wedge}} \quad (5)$$

Scheme 5 represents chain transfer followed by branching.[39] In the case of reactive propagating radicals, such as Pluronics,[21] multiple branches on one chain are likely, leading to the appearance of the cross-linked structures:

$$R{-}A_n^{\cdot} + \underset{H}{\overset{X\ X}{\wedge\wedge\wedge}} \xrightarrow{qA} \underset{A_m\ A_q}{\overset{X\ X}{\wedge\wedge\wedge}} + R{-}A_nH \quad (6)$$

where Pluronic acts as a cross-linker.

Importantly, at high degrees of conversion ($F > 90\%$) very large increases of $M_w$ were observed (Figure 3) along with redundant molecular weight broadening. For instance, at $F = 98\%$ polydispersities of copolymers of PAA and Pluronics L121 and F127 were measured to be in excess of 120 and 70, respectively. It should be noted that due to the large degree of cross-linking at high $F$, a substantial fraction of the copolymers was insoluble and thus was not characterized by GPC (Figure 3B). The $M_w$ measured by LALLS in our GPC setup generally tends to be influenced more by heavier molecules than by lighter ones. However, the rise of $M_w$ over time (Figure 3A), although

somewhat intuitively expected, should be looked at closely, since actually a decrease of $M_w$ with $F$ was observed in the polymerization of partially neutralized acrylic acid.[40,41] Rapid depletion of the monomer at high degrees of conversion will lower $[M]/[I]^{1/2}$ and thus the molecular weight of the polymer (see the Appendix). However, the presence of the chain-transfer agent such as Pluronic may dramatically change $M_w$ versus $F$ behavior due to the change in the ratio of the rates with which components are consumed (see the Appendix). Moreover, there is an indication that there may be an additional chain transfer followed by grafting onto a preformed poly(acrylic acid) itself by the polymer chains produced at high degrees of conversion.[40,41] Although hydrogen abstraction from PAA is not considered in our discussion, it should be born in mind that persulfates are powerful hydrogen abstraction agents,[42] and thus if not all of the APS was consumed in reactions 3 and 4, chain transfer and grafting can occur:

$$R^{\cdot} + R{-}A_nH \longrightarrow RH + R{-}A_n^{\cdot} \xrightarrow{mA} R{-}A_n\underset{A_m\wedge\wedge}{|} \quad (7)$$

To the best of my knowledge, no quantitative data were thus far published on the chain transfer involving PAA, arguably because of both complexity of the system and significant commercial interest.

Exponential acceleration of branching and cross-linking processes due to chain transfer to Pluronics at a higher degree of conversion $F'$ can be qualitatively described by Flory's expression:[43]

$$\rho = -C_t\left[1 + \left(\frac{1}{F'}\right)\ln(1 - F')\right] \quad (8)$$

where $\rho$ is the number of branches per monomer molecule and $C_t$ is the transfer constant for chain transfer to polymer. Dependencies of the effective degree of cross-linking ($G$) on the degree of conversion $F$ expressed in terms of eq 8 are shown in Figure 4. The linearity of the obtained plots supports our model.

It is interesting to observe that a 3-fold increase in the overall PPO content in the reaction mixture with L121-PAA versus that with F127-PAA resulted in about 30-fold growth of the cross-linked fraction content at comparable degrees of conversion (Figure 4). Although the exact ratio of reactivities of tertiary and secondary C-H groups in our system is unknown, it is reasonable to expect the tertiary groups to be 2-10 times

**1960** *J. Phys. Chem. B, Vol. 102, No. 11, 1998*                                                                  Bromberg



Figure 4. Dependence of gel fraction (*G*) on the degree of conversion of acrylic acid (*F*) for copolymers of Pluronic L121, P123, and F127 with poly(acrylic acid). Gel fraction was measured in 1 w/v % suspension of the corresponding copolymer at 4 °C as described in the Experimental Section.



Figure 5. Temperature dependence of $G'$, $G''$, and $\delta$ for a 1 w/v % F127–PAA in water during a heating scan of 0.2 °C/min. Frequency of oscillatory shear 0.1 Hz, displacement 0.06 rad. F127/PAA weight ratio in the copolymer 0.553/1.000; $M_n$ 412 000.

more likely to participate in reactions 4–6 than secondary ones, as the tertiary C–H group is more readily abstracted due to its higher nucleophilicity and stability of the resultant radical.[39,44,45] This notion is further supported by the higher effectiveness of PPO as an oxidation inhibitor when compared to PEO,[46] as well as the higher oxidation rate of PEO–PPO–PEO copolymer than for pure PPO.[47] The antioxidant's power depends on its ability to donate H in reaction 4.[48] The observed trend was reflected in the rheological behavior of the obtained materials when they were dissolved or suspended in water.

**Study of Rheology**

The viscoelastic properties of obtained Pluronic–PAA copolymers were examined at pH 7.0 after equilibration of the copolymer in water at 4 °C. For the sake of comparison, each Pluronic shown in Table 1 was copolymerized with acrylic acid for 60 min. At low temperatures, 1 w/v % Pluronic–PAA solutions demonstrated essentially Newtonian behavior with the loss modulus ($G''$) 15–20-fold higher than the storage modulus ($G'$) (Figure 5).

$G'$ increased by several orders of magnitude and became larger than $G''$ within a narrow range of temperatures. The phase angle ($\delta$) decreased from about 82° at 4–15 °C to 2–3°



Figure 6. Loss tangent of a 1 w/v % F127–PAA in water as a function of angular frequency of oscillatory shear at 5 and 27 °C. Displacement $6 \times 10^{-3}$ rad. Solid line represents linear fitting of the data at 27 °C and has a slope and intercept of $2.5 \times 10^{-4}$ and 1.002, respectively.

at $T > 40$ °C, where the solution transitioned to a solidlike state. This striking result has been previously observed with only concentrated solutions (>18 w/w %) of Pluronics[49] and is unattainable with physical blends of PAA and Pluronic of equivalent concentrations. Both formation and dissolution of the Pluronic–PAA physical gels were reversible, as was seen from nearly coincidental heating and cooling curves at low concentrations and the rate of temperature change, 0.2 °C/min or lower (data not shown).

To determine whether the obtained system could be rheologically defined as a critical gel, it was subjected to oscillatory shear at a small amplitude (Figure 6). Physical gelation in our system is observed on heating at experimental times exceeding the lifetime of physical clusters (otherwise the materials would behave like liquids).

Therefore, they can be treated in like fashion to gels cross-linked by covalent bonds.[50] At the gel point the ratio of the moduli is independent of frequency:[51]

$$\tan \delta_c = \frac{G''_c(\omega)}{G'_c(\omega)} = \tan\frac{n\pi}{2} \quad \text{for} \quad 0 < \omega < 1/\lambda_0, p = p_c \quad (9)$$

where $\omega = 2\pi f$ is an angular frequency of the shear stress, $n$ is the relaxation exponent, $p$ is the degree of physical cross-linking, $\lambda_0$ is the characteristic relaxation time, and index $c$ stands for the critical state at the gel point.

The loss tangent of a F127–PAA copolymer solution was measured as a function of frequency at 5 and 27 °C (Figure 6). While at low temperature a pronounced $\omega$ dependency was observed, at 27 °C tan $\delta$ was almost frequency independent and yielded tan $\delta = 1$, $n = 0.5$, distinctive of a critical gel. This result shows that only a 1% solution of the Pluronic–PAA copolymer yields a solidlike material fundamentally analogous to a permanently cross-linked gel. A more detailed study in the lower frequency region is needed to ascertain critical conditions at the gelation as well as functionality of the temporary cross-linking.

What is the mechanism of the observed gelation? The aggregates that form make-and-break cross-links are well-recorded in other hydrophobically modified thermoreversible gels.[52] Figure 7 shows the coincidence of the gelation (i.e. $G'$ vs temperature) and the increase of the relative light-scattering intensity of large scatterers in the F127–PAA solution.

Novel Family of Thermogelling Materials

J. Phys. Chem. B, Vol. 102, No. 11, 1998  1961



Figure 7. Temperature dependence of $G'$ (circles) and relative intensity of large scatterers (solid line) for a 1 w/v % aqueous solution of F127–PAA. Frequency of oscillatory shear 0.1 Hz, displacement 0.06 rad. Light-scattering function for scatterers with correlation lengths above 40 nm is taken from ref 53. The light-scattering intensity is normalized to the total intensity at 20 °C. For other experimental details see legend to Figure 5.

This result suggests that the PPO segments in our copolymers can form aggregates on heating that are equivalent to those found in Pluronic solutions,[37] despite possible structural constraints due to the attached PAA segments. In a concurrent SANS study of the F127–PAA solutions[37,54] the scattering function shows that aggregates do form as gelation occurs. These aggregates embody a reduced amount of water as compared to the state of the polymer at temperatures below gelation. The hydrodynamic radius of F127 micelles has been estimated to be 10 nm.[55] The size of the aggregates in the 1% F127–PAA solution is of the same order as these measurements on the F127 micelles,[37] with an inner core radius of 2–4 nm and a corona radius of 10–12 nm predicted by best fit to a core–corona SANS model.[56]

Should the parameters of the aggregates in Pluronic–PAA solutions be similar to the ones in the corresponding Pluronic solutions, the onset of gelation in the Pluronic–PAA will approximate the critical micellization temperature (cmt) in the parent Pluronic, and the concentration at which gelation temperature ($T_{gel}$) is observed will be a constant multiple of the critical micellization concentration in the corresponding Pluronic.[56] Therefore, concentration ($C$) dependencies of the $T_{gel}$ of several Pluronic–PAA solutions were studied in the range of $C = 0.05$–5 w/v %. The $T_{gel}$ value was defined as an onset of the storage modulus increase on the $G'$ versus $T$ plot measured at $f = 0.1$ Hz and displacement 0.06 rad. As in the case of micellization of Pluronics,[58] linear relations between $1/T_{gel}$ and $\log C$ were observed:

$$\frac{1}{T_{gel}} = S \log C + I \qquad (10)$$

where $S$ (slope) and $I$ (intercept) are constants.

Parameters $S$ and $I$ found for several Pluronic–PAA copolymers are listed in Table 2 along with those obtained by Alexandridis et al.[58] from Pluronic micellization data. The constants agree reasonably well with the Pluronic data, once again indicating that the thermogelation in the Pluronic–PAA solutions occurs due to micellization of Pluronic segments.

Finally, effects of the block architectures of Pluronics connected to PAA on the rheological properties of the Pluronic–PAA solutions or suspensions were studied. Self-assembly of PEO–PPO–PEO copolymers in water is strongly affected by their architectural parameters, such as length of the blocks and their hydrophobicity.[4,10,59–62] The appearance of Pluronic–PAA copolymers suspended at 5 w/v % in water varied strikingly, depending on the Pluronic. These systems ranged at 4 °C from waterlike transparent solutions (F38–PAA) to white rubbery gels with no free water present (L81–PAA and L121–PAA). Oscillatory shear experiments were conducted, and some moduli versus temperature plots obtained for 5 w/v % suspensions are presented in Figure 8.

Properties of the Pluronic–PAA suspensions were characterized by three arbitrary parameters, such as elasticity at low-temperature expressed as storage modulus at 7 °C ($G'_{7^*}$), content of the gel phase ($G$, %), and PPO content in the copolymer ($PPO$, w/w %). These parameters were calculated using the experimentally found degree of Pluronic binding ($B$, %) and the PEO content in Pluronic (Table 1). Figure 9 shows dependencies of these parameters on the nominal PEO content in Pluronic copolymerized with PAA. While $PPO$ decreases linearly with PEO content, both $G'_{7^*}$ and the gel content are high and PEO-dependent within the PEO content range of 10–30%. The $G'_{7^*}$ and $G$ drop steeply as PEO content rises above 30%.

Qualitatively similar behavior of $G'_{7^*}$ and $G$ is in good agreement with the nature of the storage modulus $G'$ associated with the energy stored in elastic deformation. This depends on branching, entanglements, and permanent cross-linking. The decrease of $G'_{7^*}$ and $G$ at certain PEO content can be construed by the differences in reactivity of EO and PO units in branching and cross-linking reactions 5 and 6. Under our synthetic conditions (time of polymerization 60 min, high degree of conversion, see Figure 4), a certain level of PPO concentration may be required for reactions 5 and 6 to accelerate exponentially. This level may lie between 60% and 70% of nominal PPO content in the initial reaction mixture, resulting in $PPO = 20$–23% in the produced copolymer (Figure 9).

The length of the PPO segment has been hinted at as a primary factor in micellization of Pluronics.[4,24] It should be noted that PPO would be the only hydrophobic segment in our Pluronic–PAA copolymers, as neither PEO nor PAA has a strong temperature dependency of their water solubility. Therefore, it was of interest to compare the properties of Pluronic–PAA copolymers with the same PEO content and varying lengths of the PPO segment (Figure 10). The $T_{gel}$ values for the group of 5% Pluronic–PAA solutions with Pluronics F38, F68, F88, F98, and F108 decreased in a linear fashion ($R^2 = 0.99$) as a function of $N_{PO}$, indicating that a larger hydrophobic PPO segment forms micellar aggregates at lower concentrations, as in corresponding Pluronic solutions.[24]

Although overall PPO content of the copolymers was nearly constant, the $G'_{7^*}$ values markedly increased with $N_{PO}$, substantiating that the water-insoluble PPO segments are responsible for the elastic component of the solutions below $T_{gel}$.

Conclusions

Fifteen Pluronic poly(ethylene oxide)–poly(propylene oxide)–poly(ethylene oxide) (PEO–PPO–PEO) block copolymers, covering a wide range of molecular weights (2900–14 600), were copolymerized with poly(acrylic acid) (PAA) by an unusual one-step synthetic procedure. The synthesis included persulfate-initiated polymerization of acrylic acid ($A$) in solutions of Pluronics in $A$. Exponential acceleration of branching and cross-linking in Pluronic–PAA copolymers was observed at high degrees of conversion of $A$. A 3-fold increase in the overall PPO content in the reaction mixture resulted in a 30-fold

**1962** *J. Phys. Chem. B, Vol. 102, No. 11, 1998*                                                                 Bromberg

TABLE 2: Weight-Average Molar Mass ($M_w$) and Constants of the $1/T_{gel}$ vs $\text{Log}(C,\%)$ Correlation (Eq 10) for Various Pluronic–PAA Copolymers Compared to the Constants Found in Ref 58 for $1/\text{cmt}$ vs $\log(C,\%)$ for Pluronic Copolymers

| copolymer | $M_w$ | S from eq 10 | S from ref 58 | I from eq 10 | I from ref 58 |
|---|---|---|---|---|---|
| F127-PAA | $2.35 \times 10^6$ | $9.30 \times 10^{-5}$ | $7.63 \times 10^{-5}$ | $3.36 \times 10^{-3}$ | $3.37 \times 10^{-3}$ |
| F108-PAA | $3.09 \times 10^6$ | $8.20 \times 10^{-5}$ | $7.25 \times 10^{-5}$ | $3.32 \times 10^{-3}$ | $3.31 \times 10^{-3}$ |
| P103-PAA | $9.04 \times 10^5$ | $6.36 \times 10^{-5}$ | $5.67 \times 10^{-5}$ | $3.37 \times 10^{-3}$ | $3.42 \times 10^{-3}$ |
| P105-PAA | $1.85 \times 10^6$ | $6.11 \times 10^{-5}$ | $5.78 \times 10^{-5}$ | $3.31 \times 10^{-3}$ | $3.39 \times 10^{-3}$ |
| F68-PAA | $4.66 \times 10^5$ | $9.30 \times 10^{-5}$ | $8.92 \times 10^{-5}$ | $3.02 \times 10^{-3}$ | $3.10 \times 10^{-3}$ |





Figure 8. Temperature dependencies of $G'$ (filled points) and $G''$ (open points) for 5 w/v % F38–PAA, F68–PAA, F103–PAA, and F105–PAA in water during a heating scan of 0.2 °C/min. Frequency of oscillatory shear 1 Hz, displacement 0.06 rad

Figure 10. Effect of the length of PPO segment ($N_{PO}$) on the PPO content in the Pluronic–PAA copolymer (PPO, w/w %), the storage modulus of the 5 w/v % aqueous copolymer suspension measured at 7 °C ($G'_T$), and the onset of gelation ($T_{gel}$) of the 5 w/v % F38–PAA, F68–PAA, F88–PAA, F98–PAA, and F108–PAA solutions or suspensions.

suggests that PPO segments in the Pluronic–PAA copolymers form micellelike aggregates resembling those encountered in the Pluronic solutions. The finding that the properties of the Pluronic–PAA solutions or suspensions strongly correlate with the overall PEO content and the length of the PPO segment in the parent Pluronic may strengthen the utility of the newly obtained copolymers as temperature-dependent rheology modifiers.

Appendix

Considering chain transfer in scheme 5, the total rate of polymer ($P$) formation is

$$\frac{d[P]}{dt} = \sum_n \frac{d[P_n]}{dt} = (k_{CT}[\text{Pluronic}] + k_{tc}[R] + 2k_{td}[R])[R] \quad (A-1)$$

Figure 9. Effect of the nominal PEO content in Pluronic on the PPO content in the Pluronic–PAA copolymer (PPO, w/w %), the storage modulus of the 5 w/v % aqueous copolymer suspension measured at 7 °C ($G'_T$), and the content of the gel phase in the 5 w/v % aqueous copolymer suspension (G, %).

increase of the cross-linked fraction content at comparable degrees of conversion. It is practicable that the PO units in Pluronics are more reactive in hydrogen abstraction reactions than the EO units. At low temperatures, dilute Pluronic–PAA solutions demonstrated Newtonian-like behavior, with the loss modulus ($G''$) much higher than the storage modulus ($G'$). Between 25 and 32 °C, $G'$ increased by several orders of magnitude and became larger than $G''$. A critical permanent cross-linking model adequately described the behavior of the solutions on gelation within a limited frequency range. The onset of gelation in the Pluronic–PAA solution approximating the critical micellization temperature in the parent Pluronic

where $k_{CT}$, $k_{tc}$, and $k_{td}$ are the rate constants for chain transfer, termination due to radical combination, and radical termination due to disproportionation, respectively, and [R] is the total average concentration of the propagating radicals.

Weight-average molar mass ($M_w$) can then be expressed as

$$M_w = 72.06 d \frac{k_p[M]}{k_{CT}[\text{Pluronic}] + (k_{tc} + 2k_{td})[R]} \quad (A-2)$$

where 72.06 and [M] are the molecular weight and concentration, respectively, of acrylic acid, $k_p$ is the propagation rate constant, and $d$ is the polydispersity index.

Under steady-state approximation,

$$[R] = \left(\frac{\phi k_i[I]}{k_{tc} + k_{td}}\right)^{1/2}$$

and after substitution, eq A-2 becomes

B1303

Novel Family of Thermogelling Materials

*J. Phys. Chem. B, Vol. 102, No. 11, 1998* 1963

$$M_w = 72.06d \frac{k_p[M]}{k_{CT}[\text{Pluronic}] + (k_{tc} + 2k_{td})\left(\frac{\phi k_i}{k_{tc} + k_{td}}\right)^{1/2} [I]^{1/2}} \quad (A\text{-}3)$$

where $\phi$ is the fraction of the APS radicals that successfully initiated polymerization, and $k_i$ is the initiation rate constant.

Equation A-3 shows that, in the absence of Pluronic and $d$ change, $M_w$ will decrease over the course of polymerization, if [M] gets depleted faster than $[I]^{1/2}$. In the presence of Pluronic, however, the $M_w$ change will depend on the ratio between [M] and [Pluronic] and [I], as well as on the ratio of the corresponding reactivities. The addition of Pluronic will viscosify the system and thus may lead to a decrease of $\phi$ due to the cage effects. Also, the observed increase in $d$ can contribute to the increase in $M_w$.

**Acknowledgment.** Aid and inspiration from Dr. Michal Orkisz, Dr. E. C. Lupton, Jr., and other *quondam* colleagues of Gel Sciences, Inc., at early stages of this work are gratefully acknowledged. The author is indebted to Prof. Toyoichi Tanaka, Prof. Steven B. Leeb, Prof. T. Alan Hatton, Dr. Paul D.T. Huibers, and all those at MIT who helped by valuable advice and kind hospitality.

**References and Notes**

(1) Bromberg, L. E.; Ron, E. S. *Adv. Drug Delivery Rev.*, in press.
(2) Jeong, B.; Bae, Y. H.; Lee, D. S.; Kim, S. W. *Nature* 1997, *388*, 860.
(3) *BASF Performance Chemicals. FDA and EPA status*. BASF Corp.: North Mount Olive, NJ, 1993.
(4) Alexandridis, P.; Hatton, T. A. *Colloid Surf. A* 1995, *96*, 1.
(5) Alexandridis, P. *Curr. Opin. Colloid Interface Sci.* 1996, *1*, 490.
(6) Hunter, P. N.; Alexandridis, P.; Hatton, T. A. In *Solubilization in Surfactant Aggregates*; Christian, S.D., Scamehorn, J. F., Eds.; Marcel Dekker: New York, 1995; pp 191−235.
(7) Kabanov, A. V.; Nazarova, I. R.; Astafieva, I. V.; Batrakova, E. V.; Alakhov, V. Yu.; Yaroslavov, A. A.; Kabanov, V. A. *Macromolecules* 1995, *28*, 2303.
(8) Chu, B.; Zhou, Z. *Surfactant Sci. Ser.* 1996, *60*, 67.
(9) Alexandridis, P.; Nivaggioli, T.; Hatton, T. A. *Langmuir* 1995, *11*, 1468.
(10) Wanka, G.; Hoffmann, H.; Ulbricht, W. *Macromolecules* 1994, *27*, 4145.
(11) Alexandridis, P.; Zhou, D.; Khan, A. *Langmuir* 1996, *12*, 2690.
(12) Hoffman, A. S.; Chen, G. Int. Pat. Appl. WO 95/24430, 1995.
(13) Hoffman, A. S.; Chen, G. H.; Kaang, S. Y.; Ding, Z. L.; Randeri, K.; Kabra, B. In *Advanced Biomaterials in Biomedical Engineering and Drug Delivery Systems*; Ogata, N., Kim, S. W., Feijen, J., Okano, T., Eds.; Springer: Tokyo, 1996; pp 62−66.
(14) Hoffman, A. S.; Chen, G.; Kaang, S.; Priebe, D. T. *Proc. Int. Symp. Control. Rel. Bioact. Mater.* 1995, *22*, 159.
(15) Chen, G.; Hoffman, A. S.; Ron, E. S. *Proc. Int. Symp. Control. Rel. Bioact. Mater.* 1995, *22*, 167.
(16) Hoffman, A. S.; Chen, G.; Wu, X.; Ding, Z.; Kabra, B.; Randeri, K.; Schiller, M.; Ron, E.; Peppas, N. A.; Brazel, C. *Polym. Prepr.* 1997, *38*, 524.
(17) Omichi, H.; Araki, K.; Takahashi, T.; Yasukawa, T.; Murakami, K. *J. Polym. Sci., Polym. Chem. Ed.* 1976, *14*, 2365.
(18) Stafford, J. W. *Makromol. Chem.* 1970, *134*, 57; 1970, *134*, 71; 1970, *134*, 99; 1970, *134*, 113.
(19) King, P. A.; Ward, J. A. *J. Polym. Sci. Part A-1* 1970, *8*, 253.
(20) Gryte, C. C.; Koroneos, C.; Agarwal, A.; Hochberg, A. *Polym. Eng. Sci.* 1980, *20*, 478.
(21) Topchieva, I. N.; Momot, I. G.; Ivanova, V. P.; Efremova, N. V. *Moscow Univ. Chem. Bull.* 1990, *45*, 95.
(22) Bromberg, L.; Lupton, E. C.; Schiller, M. E.; Timm, M. J.; McKinney, G. W.; Orkisz, M.; Hand, B. Int. Pat. Appl. WO 97/00275, 1997.
(23) *BASF Performance Chemicals. Pluronic and Tetronic Surfactants*; BASF Corp.: North Mount Olive, NJ, 1996.
(24) Alexandridis, P.; Holzwarth, J. F.; Hatton, T. A. *Macromolecules* 1994, *27*, 2414.
(25) Lin-Vien, D.; Colthup, N. B.; Fateley, W. G.; Grasselli, J. G. *The Handbook of Infrared and Raman Characteristic Frequencies of Organic Molecules*; Academic Press: New York, 1991.
(26) Cooper, A. R. In *Polymers: Polymer Characterization and Analysis*; Kroschwitz, J. I., Ed.; Wiley: New York, 1990; p 481.
(27) Hunkeler, D.; Hamielec, A. E. In *Water-Soluble Polymers*; Shalaby, S. W., McCormick, C. L., Butler, G. B., Eds.; ACS Symp. Ser.; American Chemical Society: Washington, DC, 1991; Chapters 5 and 6.
(28) Manickam, S. P.; Venkatarao, K.; Subbaratnam, N. R. *Eur. Polym. J.* 1979, *15*, 483.
(29) Polowiński, S. *Acta Polym.* 1992, *43*, 99.
(30) Ferguson, J.; Shah, S. A. O. *Eur. Polym. J.* 1968, *4*, 611.
(31) Tsuchida, E.; Osada, Y. *J. Polym. Sci. Polym. Chem. Ed.* 1975, *13*, 559.
(32) Osada, Y.; Antipina, A. D.; Kabanov, V. A.; Kargin, V. A. *Dokl. Akad. Nauk SSSR* 1970, *191*, 3996.
(33) Veeravalli, M. S.; Rosen, S. L. *J. Polym. Sci. Polym. Phys. Ed.* 1990, *28*, 775.
(34) O'Neil, G. A.; Torkelson, J. M. *Suppl. Chem. Eng. Prog., Annual Meeting of the American Institute of Chemical Engineers*, Los Angeles, 1997; paper 175c.
(35) O'Shaughnessy, B.; Yu, J. *Phys. Rev. Lett.* 1994, *73*, 1723.
(36) Trommsdorff, E.; Kohle, H.; Lagally, P. *Makromol. Chem.* 1948, *1*, 169.
(37) Huibers, P. D. T.; Lupton, E. C.; Bromberg, L. E.; Hatton, T. A. *Suppl. Chem. Eng. Prog., Annual Meeting of the American Institute of Chemical Engineers*, Los Angeles, 1997, paper 93c.
(38) Small, P. A. *Adv. Polym. Sci.* 1975, *18*, 1.
(39) Odian, G. *Principles of Polymerization*; Wiley: New York, 1991; pp 254−259.
(40) Staples, T. L.; Henton, D. E.; Buchholz, F. L. In *Modern Superabsorbent Polymer Technology*; Buchholz, F. L., Graham, A. T., Eds.; Wiley: New York, 1998; Chapter 2.
(41) Arriola, D. J.; Cutié, S. S.; Henton, D. E.; Powell, C.; Smith, P. B. *J. Appl. Polym. Sci.* 1997, *63*, 439.
(42) Ogata, Y.; Tomizawa, K.; Furuta, K. In *The Chemistry of Peroxides*; Patai, S., Ed.; Wiley: New York, 1983; pp 711−775.
(43) Flory, P. J. *J. Am. Chem. Soc.* 1947, *69*, 2893.
(44) Bridger, R. F.; Russell, G. A. *J. Am. Chem. Soc.* 1963, *85*, 3754.
(45) Kopinke, F.-D.; Zimmermann, G.; Anders, K. *J. Org. Chem.* 1989, *64*, 3571.
(46) McCary, C. W. *J. Polym. Sci.* 1960, *46*, 51.
(47) Pluciński, von J.; Janik, R.; Staroojciec, O. *Tenside Deterg.* 1980, *17*, 186.
(48) Wong, D. W. S. *Mechanism and Theory in Food Chemistry*; Van Nostrand Reinhold: New York, 1989; pp 45−47.
(49) Brown, W.; Schillen, K.; Hvidt, S. *J. Phys. Chem.* 1992, *96*, 6038.
(50) Winter, H. H.; Mours, M. *Adv. Polym. Sci.* 1997, *134*, 165.
(51) Chambon, F.; Winter, H. H. *J. Rheol.* 1987, *31*, 683.
(52) te Nijenhuis, K. *Adv. Polym. Sci.* 1997, *130*, 1.
(53) Bromberg, L.; Orkisz, M.; Roos, E.; Ron, E. S.; Schiller, M. *J. Controlled Release* 1997, *48*, 305.
(54) Huibers, P. D. T.; Bromberg, L. E.; Lupton, E. C.; Hatton, T. A. Manuscript in preparation.
(55) Malmsten, M.; Lindman, B. *Macromolecules* 1992, *25*, 5440.
(56) Goldmints, I.; von Gottberg, F. K.; Smith, K. A.; Hatton, T. A. *Langmuir* 1997, *13*, 3659.
(57) Orkisz, M. J.; Bromberg, L.; Pike, R.; Lupton, E. C.; Ron, E. S. *Proc. Polym. Mater. Sci. Eng.* 1997, *76*, 276.
(58) Alexandridis, P.; Holzwarth, J. F.; Hatton, T. A. *J. Am. Oil Chem. Soc.* 1995, *72*, 823.
(59) Altinok, H.; Yu, G.-E; Nixon, S. K.; Gorry, P. A.; Attwood, D.; Booth, C. *Langmuir* 1997, *13*, 5837.
(60) Chu, B.; Zhou, Z.-K. In *Nonionic Surfactants, Polyoxyalkylene Block Copolymers*; Surfactant Science Series Vol. 60; Nace, V. M., Ed.; Marcel Dekker: New York, 1996; p 67.
(61) Almgren, M.; Brown, W.; Hvidt, S. *Colloid Polym. Sci.* 1995, *273*, 2.
(62) Chu, B. *Langmuir* 1995, *11*, 414.

# APPENDIX RANGE B1305 TO B1388 HAS BEEN REDACTED

# United States Patent [19]

## Neff et al.

[11] Patent Number: **4,968,435**
[45] Date of Patent: **Nov. 6, 1990**

[54] **CROSS-LINKED CATIONIC POLYMERIC MICROPARTICLES**

[75] Inventors: Roger E. Neff, Stamford; Roderick G. Ryles, Milford, both of Conn.

[73] Assignee: American Cyanamid Company, Stamford, Conn.

[21] Appl. No.: 409,366

[22] Filed: Sep. 19, 1989

### Related U.S. Application Data

[62] Division of Ser. No. 286,015, Dec. 19, 1988.

[51] Int. Cl.$^5$ ............................................. C02F 1/56
[52] U.S. Cl. ............................ 210/734; 210/723; 524/922
[58] Field of Search ........ 210/725, 727, 728, 732–734; 524/813, 815, 922

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,235,490 | 2/1966 | Goren | 210/734 |
| 3,278,506 | 10/1966 | Chamot | 260/89.7 |
| 3,968,037 | 7/1976 | Morgan et al. | 210/734 |
| 4,111,922 | 9/1978 | Beede et al. | 524/813 |
| 4,172,066 | 10/1979 | Sweigle et al. | 526/306 |
| 4,361,452 | 11/1982 | Clarke et al. | 526/312 |
| 4,521,317 | 6/1985 | Candau et al. | 166/275 |
| 4,525,527 | 6/1985 | Takeda et al. | 524/831 |
| 4,690,971 | 9/1987 | Flesher et al. | 524/555 |
| 4,720,346 | 1/1988 | Flesher et al. | 210/734 |
| 4,759,856 | 7/1988 | Farrar et al. | 210/734 |
| 4,769,427 | 9/1988 | Nowakowsky et al. | 526/64 |
| 4,783,513 | 11/1988 | Cadel et al. | 526/216 |

### FOREIGN PATENT DOCUMENTS

WO/88/102-74 12/1988 PCT Int'l Appl.

*Primary Examiner*—Peter Hruskoci
*Attorney, Agent, or Firm*—Frank M. Van Riet

[57] **ABSTRACT**

Novel compositions comprising cationic polymeric microparticles are disclosed, along with a method for their production. The products are useful in flocculating a wide variety of dispersions of suspended solids.

**5 Claims, No Drawings**

4,968,435

# CROSS-LINKED CATIONIC POLYMERIC MICROPARTICLES

This is a divisional of co-pending application Ser. No. 286,015, filed on Dec. 19, 1988.

The present invention relates to cross-linked, cationic polymeric microparticles and a method for their preparation. The present invention also relates to the use of the polymers as a flocculating agent.

## BACKGROUND OF THE INVENTION

Cross-linked, cationic, polymeric compositions are known to those skilled in the art and are useful, after having been subjected to high shearing to render them soluble, in a variety of solid-liquid separation applications, particularly in the flocculation of various dispersions of suspended solids, such as sewage sludge, and in the thickening of cellulosic paper pulp suspensions. Modern concerns about environmental pollution and the increasing cost of materials useful therein have made it highly desirable to produce flocculating agents which cause higher degrees of separation at lower dosage levels.

EP No. 0,202,780 describes the preparation of cross-linked, cationic, polyacrylamide beads by conventional inverse emulsion polymerization techniques. Crosslinking is accomplished by the incorporation of a difunctional monomer, such as methylenebisacrylamide, into the polymer chain. This cross-linking technology is well known in the art. The patentee teaches that the cross-linked beads are useful as flocculants but are more highly efficient after having been subjected to unusual levels of shearing action in order to render them water-soluble.

Typically, the particle size of polymers prepared by conventional, inverse, water-in-oil, emulsion, polymerization processes are limited to a range of 1-5 microns, since no particular advantage in reducing the particle size has hitherto been apparent. The particle size which is achievable in inverse emulsions is determined by the concentration and activity of the surfactant(s) employed and these are customarily chosen on the basis of emulsion stability and economic factors.

Leong, et al., in *Inverse Microemulsion Polymerization*, J. of Phys. Chem., Vol. 86, No. 23, 6-24-82, pp 2271-3, discloses polymerization of acrylamide in an inverse microemulsion. The authors also disclose having prepared a cross-linked polyacrylamide latex or microgel by using a 100:1 mixture of acrylamide-methylenebisacrylamide. No use of a cationic monomer is mentioned or of the possible use of the resultant product as a flocculating agent.

The present invention describes the preparation of a novel class of cationic, cross-linked, polymeric, microparticle flocculants. The new polymers are prepared by the optimal use of a variety of high activity surfactant or surfactant mixtures to achieve submicroparticle size. Preferably, the type and concentration of surfactant should be chosen to yield a particle size of less than about 0.5 micron in diameter and more preferably less than about 0.1 micron. Unexpectedly, the novel polymers of this invention are useful in flocculating applications without the necessity of being subjected to high and unusual levels of shearing action and surprisingly show improved performance over the prior art cationic flocculants prepared by conventional inverse emulsion polymerization. The products of this invention, when used as flocculating agents, cause high degrees of separation at low dosage levels thus satisfying both environmental and economical concerns and therefore constituting a significant advancement in the state of the art.

## SUMMARY OF THE INVENTION

According to the present invention, there is provided compositions comprising cross-linked, cationic, polymeric microparticles, the microparticles having an unswollen number average particle size diameter of less than about 0.5 micron, preferably less than about 0.1 micron, a solution viscosity of from about 1.2 to about 1.8 mPa.s and a cross-linking agent content of above about 4 molar parts per million, based on the monomeric units present in the polymer.

Preferred features of the present invention comprise compositions, as defined above, wherein the cross-linking agent content ranges from about 4 to about 2000 molar parts per million, preferably from about 10 to about 1000 molar parts per million and even more preferably from about 50 to about 50% molar parts per million.

The preferred cross-linking agents comprise difunctional monomers selected from N,N'-methylenebisacrylamide; N,N'-methylenebismethacrylamide; polyethyleneglycol diacrylate; polyethyleneglycol dimethacrylate; N-vinylacrylamide; glycidyl acrylate; divinylbenzene; acrolein; glyoxal; diepoxy compounds; epichlorohydrin; or mixtures of any of the foregoing. Especially preferred is N,N'-methylenebisacrylamide.

The preferred cationic monomers for use in the practice of the present invention comprise ethylenically unsaturated monomers selected from acryloxyethyltrimethylammonium chloride; diallyldimethylammonium chloride; 3-methacrylamidopropyltrimethylammonium chloride; 3-acrylamidopropyltrimethylammonium-2-hydroxypropylacrylate methosulfate; trimethylammoniumethyl methacrylate methosulfate; 1-trimethylammonium-2-hydroxypropylmethacrylate methosulfate; methacryloxyethyltrimethylammonium chloride; or mixtures of any of the foregoing. Especially preferred are acryloxyethyltrimethylammonium chloride, methacrylamidopropyltrimethylammonium chloride, diallyl dimethylammonium chloride and mixtures thereof.

Also contemplated by the present invention are compositions comprising cationic monomers copolymerized with ethylenically unsaturated non-ionic monomers selected from acrylamide; methacrylamide; N,N-dialkylacrylamides; N-alkylacrylamides; N-vinylmethacetamide, N-vinyl methylformamide; vinyl acetate; N-vinyl pyrrolidone and mixtures thereof. Especially preferred is acrylamide copolymerized with acryloxyethyltrimethylammonium chloride.

Also, according to the present invention there are provided processes for the preparation of compositions as defined above, the process comprising:
(a) admixing
  (i) an aqueous solution comprising at least one ethylenically unsaturated cationic monomer and at least one cross-linking agent and, optionally, at least one ethylenically unsaturated non-ionic monomer;
  (ii) an oil comprising at least one hydrocarbon liquid; and
  (iii) an effective amount of surfactant or surfactant mixture, so as to form an inverse emulsion which, when subjected to polymerization conditions, re-

CIBA 000297

4,968,435

3

sults in a polymer having a particle size of less than about 0.5 micron in unswollen diameter; and
(b) subjecting the inverse emulsion obtained in step (a) to polymerization conditions.

A preferred feature of the present invention, comprises a process employing an aqueous solution comprising acryloxyethyltrimethylammonium chloride salt as the cationic monomer, methylenebisacrylamide as the cross-linking agent and acrylamide as the non-ionic monomer; an oil comprising a saturated hydrocarbon; and an effective amount of a surfactant comprising an ethoxylated lauryl ether; a polyoxyethylene sorbitan hexaoleate; a sorbitan sesquioleate; the oleate of diethanolamine or mixtures thereof sufficient to produce particles of less than about 0.5 micron in unswollen number average particle size diameter.

Polymerization of the inverse emulsion may be carried out by adding a polymerization initiator, such as sodium metabisulfite or tert-butyl hydroperoxide, or by subjecting the inverse emulsion to ultraviolet irradiation. Also contemplated by the present invention is adding an effective amount of chain-transfer agent to the aqueous solution of the inverse emulsion, such as an alcohol; a mercaptan; a phosphite; a sulfite or a mixture of any of the foregoing. The process of the present invention may also comprise a step for recovering the composition from the inverse emulsion.

DETAILED DESCRIPTION OF THE INVENTION

Cross-linked, cationic, polymeric microparticles having an unswollen number average particle size diameter of less than about 0.5 micron, a solution viscosity of from about 1.2 to about 1.8 mPa.s and a cross-linking agent content of above about 4 molar parts per million based on the monomeric units present in the polymer are generally formed by the polymerization of at least one ethylenically unsaturated cationic monomer and, optionally, at least one non-ionic comonomer in the presence of a cross-linking agent in a water-in-oil inverse emulsion employing an effective amount of surfactant or surfactant mixture.

Cationic monomers useful in the practice of this invention include diallyldimethylammmonium chloride; acryloxyethyltrimethylammonium chloride; (meth)acrylates of dialkylaminoalkyl compounds, and salts and quaternaries thereof and, in particular, monomers of N,N-dialkylaminoalkyl(meth)acrylamides, and salts and quaternaries thereof, such as N,N-dimethylaminoethylacrylamides; (meth)acrylamidopropyltrimethylammonium chloride and the acid or quaternary salts of N,N-dimethylaminoethylacrylate and the like. Cationic monomers which may be used herein are of the following general formulae:

$$CH_2=C(R_1)-C(O)-X-A-N^+(R_2)(R_3)(R_4)\ Z^-\quad (I)$$

where $R_1$ is hydrogen or methyl, $R_2$ is hydrogen or lower alkyl of $C_1$ to $C_4$, $R_3$ and/or $R_4$ are hydrogen, alkyl of $C_1$ to $C_{12}$ aryl, or hydroxyethyl and $R_2$ and $R_3$ or $R_2$ and $R_4$ can combine to form a cyclic ring containing one or more hetero atoms, Z is the conjugate base of an acid, X is oxygen or $-NR_1$ wherein $R_1$ is as defined above, and A is an alkylene group of $C_1$ to $C_{12}$; or

4

$$R_5-C(CH_2)-N^+(H_2C)(CH_2)-C-R_6\ Z^-\quad (II)$$
$$\qquad\qquad R_7\ \ R_8$$

$R_5$ and $R_6$ are hydrogen or methyl, $R_7$ is hydrogen or alkyl of $C_1$ to $C_{12}$ and $R_8$ is hydrogen, alkyl of $C_1$ to $C_{12}$, benzyl or hydroxyethyl; and Z is as defined above.

Non-ionic monomers, suitable for use in the practice of this invention generally comprise acrylamide; methacrylamide; N-alkyacrylamides, such as N-methylacrylamide; N,N-dialkylacrylamides, such as N,N-dimethylacrylamide; methyl acrylate; methyl methacrylate; acrylonitrile; N-vinyl methylacetamide; N-vinyl methyl formamide; vinyl acetate; N-vinyl pyrrolidone, mixtures of any of the foregoing and the like.

These ethylenically unsaturated, cationic and non-ionic monomers may be copolymerized to produce cationic copolymers. Preferably, acrylamide is copolymerized with a cationic monomer. Cationic copolymers useful in the practice of this invention comprise from about 0 to about 99 parts, by weight, of non-ionic monomer and from about 100 to about 1 part, by weight, of cationic monomer based on the weight of the cationic and non-ionic monomers taken together, preferably from about 40 to about 99 parts, by weight, of non-ionic monomer and about 1 to about 60 parts, by weight, of cationic monomer, same basis. Polymerization of the monomers occurs in the presence of a polyfunctional cross-linking agent to form the cross-linked composition. The polyfunctional cross-linking agent comprises molecules having either at least two double bonds, a double bond and a reactive group, or two reactive groups. Illustrative of those containing at least two double bonds are N,N-methylenebisacrylamide; N,N-methylenebismethacrylamide; polyethyleneglycol diacrylate; polyethyleneglycol dimethacrylate; N-vinyl acrylamide; divinylbenzene; triallylammonium salts, N-methylallylacrylamide and the like. Polyfunctional branching agents containing at least one double bond and at least one reactive group include glycidyl acrylate; glycidyl methacrylate; acrolein; methylolacrylamide and the like. Polyfunctional branching agents containing at least two reactive groups include dialdehydes, such as glyoxal; diepoxy compounds; epichlorohydrin and the like.

Cross-linking agents are to be used in sufficient quantities to assure a cross-linked composition. Preferably at least about 4 molar parts per million of cross-linking agent based on the monomeric units present in the polymeric is employed to induce sufficient cross-linking and especially preferred is a cross-linking agent content of from about 4 to about 2000 molar parts per million.

One method of obtaining the polymeric microparticles of this invention is to polymerize the monomers in a microemulsion. Polymerization in microemulsions and inverse microemulsions is known to those skilled in this art. P. Speiser reported in 1976 and 1977 a process for making spherical "nanoparticles" with diameters less than 800Å by (1) solubilizing monomers, such as acrylamide and methylenebisacrylamide and other materials, such as drugs, in micelles and (2) polymerizing the monomers, see J. Pharm. Sa., 65(12), 1763 (1976) and U.S. Pat. No. 4,021,364. Both inverse water-in-oil and oil-in-water "nanoparticles" were prepared by this

4,968,435

5

process. While not specifically called microemulsion polymerization by the author, this process does contain all the features which are currently used to define microemulsion polymerization. These reports also constitute the first examples of polymerization or acrylamide in a microemulsion. Since then, numerous publications reporting polymerization of hydrophobic monomers in the oil phase of microemulsions have appeared. See, for example, U.S. Pat. Nos. 4,521,317 and 4,681,912; Stoffer and Bone, J. Dispersion Sci. and Tech., 1(1), 37, 1980; and Atik and Thomas, J. Am. Chem. Soc., 103(14), 4279 (1981); and GB 2161492A.

The instant cationic microemulsion polymerization process is conducted by (i) preparing a monomer microemulsion by adding an aqueous solution of the monomers to a hydrocarbon liquid containing appropriate surfactant or surfactant mixture to form an inverse monomer microemulsion consisting of small aqueous droplets which, when polymerized, result in polymer particles of less than 0.5 micron in size, dispersed in the continuous oil phase and (ii) subjecting the monomer microemulsion to free radical polymerization.

In order to obtain an inverse microemulsion, it is generally necessary to use particular formulations whose main parameters are as follows: surfactant concentration, HLB of surfactant or surfactant mixture, temperature, nature of the organic phase and composition of the aqueous phase.

The aqueous phase comprises an aqueous mixture of the monomers, cationic and optional non-ionic, and the cross-linking agent, as defined above. The aqueous monomer mixture may also comprise such conventional additives as are desired. For example, the mixture may contain chelating agents to remove polymerization inhibitors, pH adjusters, initiators and other conventional additives.

Essential to the formation of the microemulsion, which may be defined as a swollen, transparent and thermodynamically stable emulsion comprising two liquids insoluble in each other and a surfactant, in which the micelles are 0.5 micron or less in diameter, is the selection of appropriate organic phase and surfactant.

The selection of the organic phase has a substantial effect on the minimum surfactant concentration necessary to obtain the inverse microemulsion. This organic phase may comprise of a hydrocarbon or hydrocarbon mixture. Saturated hydrocarbons or mixtures thereof are the most suitable in order to obtain inexpensive formulations. Typically, the organic phase will comprise benzene, toluene, fuel oil, kerosene, odorless mineral spirits and mixtures of any of the foregoing.

The ratio, by weight, of the amounts of aqueous and hydrocarbon phases is chosen as high as possible, so as to obtain, after polymerization, a microemulsion of high polymer content. Practically, this ratio may range, for example from about 0.5 to about 3:1, and usually approximates about 1:1, respectively.

The one or more surfactants are selected in order to obtain an HLB (Hydrophilic Lipophilic Balance) value ranging from about 8 to about 11. Outside this range, inverse microemulsions are not usually obtained. In addition to the appropriate HLB value, the concentration of surfactant must also be optimized, i.e. sufficient to form an inverse microemulsion. Too low a concentration of surfactant leads to inverse emulsions of the prior art and too high a concentrations results in undue costs. Typical surfactants useful in the practice of this invention, in addition to those specifically discussed

6

above, may be anionic, cationic or non-ionic and may be selected from polyoxyethylene (20) sorbitan trioleate, sorbitan trioleate, sodium di-2-ethylhexylsulfosuccinate, oleamidopropyldimethylamine; sodium isostearyl-2-lactate and the like.

Polymerization of the microemulsion may be carried out in any manner known to those skilled in the art. Initiation may be effected with a variety of thermal and redox free-radical initiators including azo compounds, such as azobisisobutyronitrile; peroxides, such as t-butyl peroxide; organic compounds, such as potassium persulfate and redox couples, such as ferrous ammonium sulfate/ammonium persulfate. Polymerization may also be effected by photochemical irradiation processes, irradiation, or by ionizing radiation with a $^{60}$Co source. Preparation of an aqueous product from the emulsion may be effected by inversion by adding it to water which may contain a breaker surfactant. Optionally, the polymer may be recovered from the emulsion by stripping or by adding the emulsion to a solvent which precipitates the polymer, e.g. isopropanol, filtering off the resultant solids, drying and redispersing in water.

The product of this invention is useful in facilitating a wide range of solid-liquid separation operations. The products of this invention may be used to dewater biologically treated suspensions, such as sewage and other municipal or industrial sludges; the drainage of cellulosic suspensions, such as those found in paper production, e.g. paper waste; and the settling and dewatering of various inorganic suspensions, e.g. refinery waste, coal waste, etc.

## DESCRIPTION OF THE PREFERRED EMBODIMENTS

The following examples illustrate the present invention. They are not be construed to limit the claims in any manner whatsoever.

### EXAMPLES 1-2

Emulsion Polymerization: Procedure O

An aqueous phase containing 21.33 gm of acrylamide, 51.7 gms of a 75% acryloxyethyltrimethylammonium chloride solution, 0.07 gm of 10% diethylenetriamine pentaacetate (penta sodium salt), 0.7 gm of 1% t-butyl hydroperoxide and 0.06 gm of methylenebisacrylamide dissolved in 65.7 gms of deionized water is prepared. The pH is adjusted to 3.5 ($\pm$0.1). An oil phase composed of 8.4 gms of sorbitan sesquioleate, 51.6 gms of polyoxyethlene sorbitol hexaoleate dissolved in 170.0 gms of a low odor paraffin oil is prepared. The aqueous and oil phases are mixed together in an air tight polymerization reactor fitted with a nitrogen sparge tube, thermometer and activator addition tube. The resultant clear microemulsion is sparged with nitrogen for 30 minutes and the temperature is adjusted to 27.5° C. Gaseous sulfur dioxide activator is then added by bubbling nitrogen through a solution of sodium metabisulfite. The polymerization is allowed to exotherm to its maximum temperature (about 52° C.) and then cooled to 25° C.

Comparative Polymerization: Procedure E

An aqueous phase is made by dissolving 87.0 gms of commercial, crystal acrylamide (AMD), 21.7 gms of a 75% acryloxyethyltrimethylammonium chloride (Q-9) solution, 4.1 gms of ammonium sulfate, 4.9 gms of a 5% ethylene diaminetetraacetic acid (disodium salt) solution, 0.245 gm (1000 wppm) of methylenebisacrylamide

4,968,435

7

and 2.56 gms of t-butyl hydroperoxide into 189.3 gms of deionized water. The pH is adjusted to 3.5 (+0.1) with sulfuric acid.

The oil phase is made by dissolving 12.0 gms of sorbitan monooleate into 173.4 gms of a low odor paraffin oil.

The aqueous phase and oil phase are mixed together and homogenized until the particle size is in the 1.0 micron range.

The emulsion is then transferred to a one liter, three-necked, creased flask equipped with an agitator, nitrogen sparge tube, sodium metabisulfite activator feed line and a thermometer.

The emulsion is agitated, sparged with nitrogen and the temperature adjusted to 25° C. After the emulsion is sparged 30 minutes, 0.8% sodium metabisulfite (MBS) activator solution is added at a 0.028 ml/minute rate. The polymerization is allowed to exotherm and the temperature is controlled with ice water. When cooling is no longer needed, the 0.8% MBS activator solution/addition rate is increased and a heating mantle is used to maintain the temperature. The total polymerization time takes approximately 4 to 5 hours using 11 mls of MBS activator. The finished emulsion product is then cooled to 25° C.

Determination of Solution Viscosity

The solution viscosity is determined on a 0.1% active aqueous polymer solution. 5.84 gms of sodium chloride is added to 100 gm of the 0.1% solution and stirred slowly for 15 minutes. The viscosity of this solution is determined using a Model LVT Brookfield viscometer with UL adapter at 60 rpm, at 25° C. (±1° C.)

Free Drainage Test

A 0.2% polymer solution dosage is diluted to 50 ml with deionized water and mixed with 200 gms of sewage sludge using the tumbling method. The polymer and sludge are tumbled (end-to-end) in a 1 quart jar for 1.5 minutes at 45 rpm. The flocculated sludge is then poured onto a piece of belt press filter medium held in a 10.5 cm Buchner funnel. A timer is started at the beginning of pouring of the flocculated sludge onto the filter media. The volume of filtrate collected after 10 seconds is recorded.

The results along with compositional data are set forth in Table 1, below.

TABLE I

| | AMD: Q-9 60:40 COPOLYMERS | | | |
|---|---|---|---|---|
| Example | 1* | 2* | 1 | 2 |
| Process | E | E | Q | Q |
| MBA, wppm | 1,000 | 10,000 | 1,000 | 10,000 |
| mppm | 780 | 7,800 | 780 | 7,800 |
| Properties | | | | |
| S.V., mPa·s | 1.24 | 1.09 | 1.3 | 1.2 |
| Particle diameter (microns) | 1.02 | 2.09 | 0.073 | 0.069 |
| Drainage, ml/10 sec | | | | |
| 11.2, lbs/ton | 86 | — | 178 | 82 |
| 22.4, lbs/ton | 120 | 83 | 162 | 112 |
| 33.6, lbs/ton | 138 | 90 | — | 116 |
| 44.8, lbs/ton | 167 | 116 | 165 | 123 |

8

TABLE I-continued

| | AMD: Q-9 60:40 COPOLYMERS | | | |
|---|---|---|---|---|
| Example | 1* | 2* | 1 | 2 |
| 56.0, lbs/ton | — | 128 | 174 | 126 |

* = Control Sample
MBA = methylenebisacrylamide
wppm = weight parts per million
mppm = molar parts per million
S.V. = solution viscosity
lb/ton = pounds of polymer per ton of dry sludge
Drainage = free drainage test on Stamford ½ sludge
E = Polymerization procedure E - as defined above
Q = Polymerization procedure Q - as defined above

Table 1 sets forth a comparison of the performance and properties of cross-linked microbeads prepared by conventional emulsion polymerization (E) and by the use of high concentration of high activity surfactants (Q). The 0.1 percent solution viscosities in 1M NaCl (S.V.) are all shown to be close to that of water (=1 mPa·s), showing that little if any polymer is soluble. Table 1 clearly demonstrates that the average particle diameter (as determined by quasi-elastic light scattering) of the present invention is much smaller than that of the prior art. The products of this invention are surprisingly shown to be more effective flocculants, resulting in a higher volume of free drainages at equivalent or lower dose levels.

EXAMPLES 3–6

The procedure of Example 1 is repeated varying the type and quantity of surfactant employed. The polymers are tested for sludge dewatering and their performance is compared with that of a commercial cationic flocculant of the same charge.

The apparatus and test procedures used in sludge dewatering tests of the resulting polymers are as follows: The apparatus comprises a 12 ounce Mason Ball Jar, a mixer equipped with a variable speed motor fitted with a double T-bar glass impeller and two sets of one-half inch wide blades, 2¼ inches in diameter offset 90°, set ⅛ inch apart (ACE Catalog No. 8068-18), and a filter press simulator.

A predetermined amount of polymer is diluted to 50 ml and 175 gms of sludge are conditioned therewith, mixing for one minute at 100 rpm and for 2 minutes at 50 rpm. The flocculated sludge is then poured into the funnel of the filter press. The volume of filtrate at 10 seconds is recorded. One minute after the flocculated sludge is placed in the funnel, a 33 pound weight is placed on the press plunger for four minutes. Note—the free water on the top filter cloth is removed with low vacuum. At the end of the press time, the sludge cake is removed, observations of sludge squeeze-by, cake release from filter cloth, and filter cloth cleanliness are recorded. The sludge cake is weighed "wet", then dried for 15 hours at 105° C., reweighed and percent cake solids determined. The results along with compositional information are set forth below in Table 2. The cake rating is a qualitative description of the physical properties of the cake, where a rating of 5 is the worst case, the cake being very sticky and difficult to remove from the filter press medium, thus resulting in a dirty filter. A rating of 0 represents the best case where the cake releases very easily from the press material leaving it clean with no residual particles of sludge.

4,968,435

9 10

TABLE 2

| Example | 3* | 4A** | 4B** | 5A** | 5B** | 5C** | 3 | 4 | 5 | 6ª |
|---|---|---|---|---|---|---|---|---|---|---|
| Surfactant System | — | A | A | — | — | — | P | — | — | — |
| Polymerization Procedure | — | E | E | Q | Q | Q | E | Q | Q | Q |
| MBA, wppm | 0 | 100 | 1000 | 0 | 100 | 10,000 | 100 | 250 | 1,000 | 250 |
| mppm | 0 | 78 | 780 | 0 | 78 | 7800 | 78 | 195 | 780 | 195 |
| Properties | | | | | | | | | | |
| S.V. mPa·s | 3.2 | 1.26 | 1.19 | 1.97 | 2.10 | 1.10 | 1.41 | 1.61 | 1.27 | 1.42 |
| Particle Size, m | — | — | 1.02[1] | 0.085[1] | 0.077[1] | R | 0.17[2] | R | R | R |
| Dose Range, lb/ton | 6.8–10.2 | 20.4–34.0 | 45.4–81.6 | 13.6–17.0 | 13.6–20.4 | 34.0–81.6 | 20.4–23.8 | 17.0–34.0 | 20.4–23.8 | 17.0–23.8 |
| Free Drainage Range, ml | 105–145 | 50–95 | 50–65 | 125–130 | 150–155 | 65 | 155 | 145–150 | 120 | 150 |
| Cake Solids Range, % | 12.8–14.3 | N | N | 14.5–15.1 | 18.1–18.6 | N | 18.4–19.3 | 17.4–18.3 | 17.3–18.1 | 17.4–18.7 |
| Cake Rating Range | 2–4 | N | N | 4 | 0–1 | N | 0 | 2– | 2 | 1 |

\* = Control Sample, Commercial Cationic Flocculant  
\*\* = Control Samples  
A = sorbitan monooleate  
P = the oleate of diethanolamine, 8 percent  
a = 1.0 percent isopropanol on batch added  
1 = By quasi-elastic light spectroscopy (QELS)  
2 = By transmission electron microscopy (TEM)  
MBA = methylenebisacrylamide  
wppm = weight parts per million  
S.V. = solution viscosity  
lb/ton = pounds of polymer per ton of sewage sludge  
m = microns  
mppm = molar parts per million  
N = did not form a cake  
R = visual appearance substantially identical to 5A** and 5B**

Table 2 shows that when a cross-linking agent, such as MBA, is incorporated into the polymer chain, insoluble particles, as evidenced by a low S.V., are formed. When a low activity surfactant, such as A, in Examples 4A** and 4B**, is employed, particles with an average diameter of 1.0 micron are formed. These particles perform very poorly, only flocculating solids at high dose levels. Even then, the strength of the resultant cake is not sufficient to provide efficient dewatering in the belt press simulation test wherein the cake is found to extrude through the belt. When high concentrations of high activity surfactant are employed, the P and Q systems, much smaller particles are obtained. In the absence of cross-linking agent, soluble products are formed, Example 5A**.

Example 5A** gives only a modest improvement in cake solids over the commercial flocculant. However, a significant improvement is observed when MBA is incorporated into the Q systems, Examples 4, 5 and 6, yielding high cake solids and a good cake rating. The cake rating is a measure of the ease with which the cake releases from the belt material. Note that chain-transfer agent, IPA, may be optionally employed with no detrimental effect, Example 6.

However, Example 5C**, having a high MBA concentration, gives a poor performance, showing the importance of the cross-linking agent concentration. Also, a particle with a small diameter size may be prepared with an alternative surfactant system, Example 3, and still result in excellent performance, thus showing performance to be a function of particle size and independent of the type of surfactant system employed to achieve a given particle size.

EXAMPLES 7–13

Example 1 is repeated, varying the surfactant type and concentration used. Results are set forth in Table 3, below.

TABLE 3

| Examples | 7* | 7 | 8 | 9 | 10 | 11 | 12 | 13* |
|---|---|---|---|---|---|---|---|---|
| Systems | — | Q[1] | Q[1] | Q[1] | P[2] | P[3] | P[4] | A/E |
| MBA, wppm | 0 | 100 | 250 | 1000 | 100 | 100 | 100 | 100 |
| mppm | 0 | 78 | 195 | 780 | 78 | 78 | 78 | 78 |
| Properties | | | | | | | | |
| S.V., mPa·s | — | 1.72 | 1.44 | 1.29 | 1.21 | 1.21 | 1.41 | 1.24 |
| Particle Size, m | — | 0.078[5] | — | — | 0.072[5] | 0.19[5] | 0.17[6] | 1.0 |
| Dose Range, #/ton | 9.5 | 6.4–9.5 | 6.4–9.5 | 9.5 | 34.9 | 22.2 | 19.0 | 41.3 |
| Free Drainage, mls | 140 | 150–145 | 135–150 | 135 | 145 | 145 | 150 | 125 |
| Cake Solids, % | 17.7 | 21.7–22.0 | 21.8–22.0 | 22.0 | 19.4 | 21.8 | 20.8 | 15.5 |
| Cake Rating | 3 | 0 | 2 | 3 | 0 | 0 | 0 | 3 |

\* = Control Sample - Commercial Cationic Flocculant  
Q[1] = Same as procedure Q except that monomer solids are 51.9 percent on the aqueous phase. The polymerization temperature is kept between 40–50° C. using external cooling. The surfactant used is an ethoxylated (4 EOS) lauryl ether at 12.86 percent on total.  
P[2] = Procedure P/E using 2% emulsifier with low homogenization time.  
P[3] = Same as P[2] but with high homogenization time.  
P[4] = Same as P[3] but with 1% emulsifier  
5 = QELS  
6 = TEM  
SEE TABLES I AND II FOR REPEAT DESIGNATIONS.

As shown in the Table 3, the 1 micron particles, Example 13*, prepared by conventional inverse, emulsion polymerization, did not perform as well as the control copolymers, giving lower cake solids at higher dose

4,968,435

11

levels. However, higher cake solids are easily obtained using, as dewatering agents, cross-linked microparticles with dimensions below 1 micron, see Examples 7–12. Furthermore, the optimum dose level can be seen to decrease as the average particle size decreases. The most dramatic improvement in performance is found when the particle is reduced to below 0.5 micron,, as shown by Example 10 as compared to Examples 11 and 12, where it can be seen that Example 12 performs as well as Example 11 at about one-half the dose level. Example 10 also performs at about half the dose level of Example 12, the only difference between the two being the quantity of mechanical energy used to generate the monomer emulsion. This difference results in the formation of microparticles with different average sizes and lends support to the theory that the observed reduction in the optimum dose can be ascribed solely to the reduction in particle size.

### EXAMPLES 14–16

The procedure of Example 3 is repeated using 8.0 percent of the surfactant P system of Table 2, varying the MBA concentration slightly and employing other cationic monomers. The results are set forth in Table 4, below.

TABLE 4

| Example | 14 | 15 | 16 |
|---|---|---|---|
| Composition | | | |
| AMD, mole percent | 0 | 10 | 90 |
| Q-6, mole percent | 100 | 0 | 0 |
| MAPTAC, mole percent | 0 | 20 | 0 |
| DADM, mole percent | 0 | 0 | 10 |
| MBA, wppm | 100 | 105.5 | 132.7 |
| mppm | 135 | 70.6 | 69.05 |
| Property | | | |
| S.V., mPa·s | 1.41 | 1.53 | 1.43 |

AMD = acrylamide
Q-6 = methacryloxyethyltrimethylammonium chloride
MAPTAC = methacrylamidopropyltrimethylammonium chloride
DADM = diallyldimethylammonium chloride
MBA = methylenebisacrylamide
wppm = weight parts per million
S.V. = solution viscosity
mppm = molar parts per million

Table 4, above, demonstrates that cationic copolymers or homopolymers of various cationic monomers may be prepared as within the scope of the appended claims.

### EXAMPLES 17–23

The procedure of Example 1 is followed except various non-ionic ethylenically unsaturated monomers are used instead of acrylamide; (17) Methacrylamide, (18) N-methyl acrylamide, (19) N-methyl methacrylamide, (20) N,N-dimethylacrylamide, (21) N-vinyl methylformamide, (22) N-methylolacrylamide and (23) N-vinyl pyrrolidone are employed as the non-ionic monomer. Compositions comprising cross-linked, cationic, copolymeric microparticles are produced similar to those of Example 1.

12

### EXAMPLE 24

The procedure of Example 1 is followed except polymerization is initiated by subjecting the inverse microemulsion to ultraviolet irradiation. A composition comprising insoluble, cross-linked, cationic, copolymeric microparticles is again formed.

### EXAMPLES 25–33

The procedure of Example 1 is repeated except that different cross-linking agents are substituted for methylenebisacrylamide; (25) methylenebismethacrylamide, (26) Polyethyleneglycol dimethacrylate, (27) Polyethyleneglycol diacrylate, (28) N-vinyl acrylamide, (29) Glycidyl acrylate, (30) Divinyl benzene, (31) Acrolein, (32) Glyoxal and (33) Epichlorohydrin are employed as cross-linking agents. Compositions comprising cross-linked, cationic, copolymeric, microparticles are formed similar to those of Example 1.

### EXAMPLE 34

The procedure of Example 1 is again followed, except that Q-9 is replaced by 1-acryloyl-4-methyl piperazine. Equivalent results are achieved.

The above mentioned patents and publications are incorporated herein by reference.

Many variations of the present invention will suggest themselves to those skilled in this art in light of the above detailed description. Chain-transfer agents may be optionally added to the monomer solution. Also contemplated are all methods of polymerization and dewatering processes.

All such obvious modifications are within the full intended scope of the appended claims.

We claim:

1. A method of flocculating an aqueous dispersion of suspended solids which comprises (a) adding to and mixing with the dispersion from about 0.1 to about 50,000 parts per million of dispersion, solids of an aqueous solution of a water-insoluble, cross-linked, cationic, polymeric flocculant, having an unswollen number average particle size diameter of less than about 0.5 micron, a solution viscosity of from about 1.2 to about 1.8 mPa.s and a cross-linking agent content above about 4 molar parts per million based on the monomeric units present in the polymer to flocculate said suspended solids, and separating the flocculated suspended solids from said dispersion.

2. A method as defined in claim 1 wherein the polymeric flocculant has a cross-linking agent content of from about 4 to about 2000 molar parts per million.

3. A method as defined in claim 1 wherein the polymeric flocculant has a cross-linking agent content of from about 50 to about 500 molar parts per million.

4. A method as defined in claim 1 wherein said polymeric flocculant is a polymer formed from an acrylamide and at least one cationic monomer.

5. A method as defined in claim 1 wherein said polymeric flocculant is a polymer formed from acrylamide and acryloxyethyltrimethylammonium chloride.

* * * * *

65