

1313 North Market Street
P.O. Box 951
Wilmington, DE  19899-0951
302 984-6000

**www.potteranderson.com**

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

February 8, 2006

**VIA ELECTRONIC FILING**
**AND HAND DELIVERY**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE  19801

    Re: *Ciba Specialty Chemicals Corporation v. Hercules Incorporated, et al.,*
        Civil Action No. 04-293(KAJ)

Dear Judge Jordan:

    I write to request a short postponement of the trial schedule in this matter.  A 10 day jury trial is currently scheduled to begin on August 14, 2006.  (D.I. 23, Scheduling Order ¶ 18.)  Hercules' principal expert, Professor Robert A. Prud'homme, has a scheduling conflict that limits his availability during this time period.  Hence, Hercules respectfully requests that the Court postpone the trial for one week, or reschedule it for as soon thereafter as the Court's schedule will permit.  Hercules' co-defendant Cytec Industries, Inc. does not oppose the requested postponement.  Plaintiff Ciba Specialty Chemicals Corp. does not oppose a one or two week extension, but it opposes any significant delay in the trial schedule.

    Dr. Prud'homme is a featured speaker at a Gordon Research Conference scheduled for August 20-25, 2006, in Big Sky, Montana.  Dr. Prud'homme will make a plenary presentation on the subject of Nano-Engineered Delivery of Drugs and Genes.  (*See* Ex. 1.)  The organization's web site explains that Gordon Conferences seek to "promote discussions and the free exchange of ideas at the research frontiers of the biological, chemical and physical sciences.  Scientists with common professional interests come together for a full week of intense discussion and examination of the most advanced aspects of their field."  (*See* http://www.grc.org/whatis.htm, last visited Feb. 7, 2006.)  In addition to making his presentation, Dr. Prud'homme is required by conference rules to remain there for the duration in order to attend other presentations and to actively participate in group discussions regarding the formal and non-published technical research presented at this Gordon Conference.  (*See* Ex. 2.)

    Hercules recently learned of this scheduling conflict and raises this issue now to mitigate any disruption of the parties' trial preparation activities.  A number of pretrial events have yet to occur, including a March 17, 2006 hearing on claim construction and summary judgment

The Honorable Kent A. Jordan
February 8, 2006
Page 2


motions, and trial is over six months away. Consequently, Hercules respectfully requests a short postponement of the August trial in this matter for the reasons noted above.

    Counsel are available at the Court's convenience to discuss this request.

    Respectfully,

    */s/ Richard L. Horwitz*

    Richard L. Horwitz

718940
Enclosures
cc:    Thomas L. Creel, P.C. (w/enclosures)
       Ford F. Farabow, Esq. (w/enclosures)
       Joann M. Neth, Esq. (w/enclosures)
       Gordon R. Coons, Esq. (w/enclosures)
       Chad M. Shandler, Esq. (w/enclosures)