# EXHIBIT 1

# Drug Carriers In Medicine & Biology

August 20-25, 2006
Big Sky Resort
Big Sky, MT

Chairs: Thomas Kissel & Alexander V Kabanov
Vice Chairs: Kyung-Dall Lee & David A Scheinberg

We are proud to announce that we have been able to procure the Big Sky Resort in Montana for The sixth Gordon Conference on Drug Carriers in Medicine and Biology, which is to be held from August 20-25th 2006. The conference will focus on several areas including imaging, gene delivery including siRNA delivery, as well as delivery of molecules using antibodies as carriers. Other carriers discussed will be liposomes, polymers and nanoparticles. Additionally, the use of small molecules such as the vitamins folate and vitamin B12, as targeting agents for cancer therapy and other conditions will be discussed. In line with the edict of the Conference, young investigators are encouraged to attend and join in open discussions on these and other subjects. Additionally the organizers would like to encourage poster presentations of new work, with an evening reserved for presentation of the best posters. Dr Greg Russell-Jones and Prof Tom Kissel invite researchers and students to attend this wide scope meeting at Big Sky Montana. There is the additional attraction of the close proximity of the Yellowstone National Park, only one half hour away.

TOPICS & SPEAKERS (discussion leaders in italics)

- **Keynote Lectures**
  (Judah Folkman / David Tirell)
- **Nano-Engineered Delivery of Drugs and Genes**
  (Pat Stayton / Alexander Kabanov / Robert Prud'homme / Rainer Haag)
- **Gene Delivery**
  (Ernst Wagner / Vladimir Torchilin)
- **siRNA Delivery**
  (Judy Lieberman / Kunyuan Cui / Mano Manoharan / Martyn Davies)
- **Nanoscience and Medicine**
  (James R. Heath / Patrick Couvreur)
- **Antibodies and Drug Delivery**
  (Peter Senter / James D. Marks / Jan E. Schnitzer / William Banks)
- **New Developments in Drug Delivery**
  (Ronit Satchi-Fainaro / Dong Wang / Theresa Reineke / David Putnam / Suzie Pun / Christine Allen)
- **Drug Targeting**
  (Phil Low / Kit S. Lam / Chuck Grissom / Phil Thorpe)
- **Drug Carriers**
  (Wim Hennink / Frank Szoka)

 

Copyright © 2005 Gordon Research Conferences                    Last Updated: 12/22/05 by Jeff Carroll

# EXHIBIT 2

Case 1:04-cv-00293-KAJ    Document 341-2    Filed 02/08/2006    Page 3 of 4

## Fues, Eric

| | |
|---|---|
| **From:** | aKabanov [akabanov@unmc.edu] |
| **Sent:** | Wednesday, February 01, 2006 2:11 PM |
| **To:** | Fues, Eric |
| **Cc:** | 'Robert K Prud'homme' |
| **Subject:** | RE: email from Gordon Conference chair |
| **Importance:** | High |

Dear Mr. Fues:

Dr. Robert Prud'homme has been invited to present a lecture at the Gordon Research Conference (GRC) **Drug Carriers in Medicine & Biology** to be held on August 20-25 in Big Sky Resort in Montana. Participation as a speaker at the GRC is an honor as well as important responsibility within the scientific community. According to the GRC rules the speakers are expected to stay at the meeting for the entire duration of the meeting. Please, do not hesitate to contact me if further assistance in needed. With kind regards,

Alexander (Sasha) V. Kabanov, Ph.D., Dr.Sc.
Co-Chair GRC Drug Carriers in Medicine & Biology
Parke-Davis Professor of Pharmaceutical Sciences, College of Pharmacy
Director, Center for Drug Delivery and Nanomedicine
University of Nebraska Medical Center
985830 Nebraska Medical Center
Omaha, NE 68198-5830
Tel: (402) 559-9364, Fax: (402) 559-9365
E-mail: akabanov@unmc.edu , akabanov@cox.net
Web: http://cddn.unmc.edu; http://nanomedicine.unmc.edu

*\*\*\*The University of Nebraska Medical Center E-mail Confidentiality Disclaimer\*\*\* The information in this email is privileged and confidential, intended only for the use of the addresse(s) above. Any unauthorized use or disclosure of this information is prohibited. If you have received this email by mistake, please delete it and immediately contact the sender*