# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

February 9, 2006

**BY ELECTRONIC FILING**
The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

RE: *Ciba Specialty Chemicals Corporation v. Hercules Incorporated, et al.*
C.A. No. 04-293 (KAJ)

Dear Judge Jordan:

I write this letter on behalf of plaintiff Ciba Specialty Chemicals Corporation ("Ciba") in response to Hercules' letter of February 8, 2006, which requests a postponement of the trial schedule.

Ciba is not in favor of delaying the trial schedule, but will not oppose Hercules' request if the delay is only one week. As Ciba informed Hercules in response to its inquiry regarding postponing the trial schedule, Ciba is concerned that a longer delay could create scheduling conflicts with other witnesses. For instance, Ciba tentatively indicated to Hercules that it would, subject to the Court's availability, consider a two week delay in the trial, but upon further investigation Ciba learned that the trial would then conflict with a conference that one of Ciba's technical experts, Dr. Robert Gilbert, is scheduled to attend in Italy on September 3-10. Dr. Gilbert has several other scheduling conflicts later in September.

These scheduling issues illustrate the fundamental problem with Hercules' request, namely that significantly changing the trial schedule to accommodate one witness may turn out to inconvenience others. The parties have known of the August 14 trial date for over a year and Ciba's witnesses have set their schedules based on this date. A lengthy delay in the trial schedule would likely disrupt these schedules and generate further difficulties.

If Your Honor should have any questions or concerns, counsel remain available at the Court's convenience

RLF1-2979623-1

The Honorable Kent A. Jordan
February 9, 2006
Page 2

Respectfully,

Chad M. Shandler

CS/afg
cc: Thomas L. Creel, P.C. (via facsimile)
Ford F. Farabow, Jr., Esq. (via facsimile)
Joann M. Neth, Esq. (via facsimile)
Richard L. Horowitz, Esq. (via facsimile)
Eley O. Thompson, Esquire (via facsimile)

RLF1-2979623-1