## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 04-293 (KAJ) |
| HERCULES INCORPORATED and CYTEC INDUSTRIES, INC., | ) ) ) ) |
| Defendants. | ) |

### HERCULES' MOTION FOR SHORT POSTPONEMENT OF TRIAL SCHEDULE

Defendant Hercules Incorporated respectfully moves this Court for a short postponement of the trial schedule in this matter. The grounds for this Motion are as follows:

1.   A 10 day jury trial is currently scheduled to begin on August 14, 2006. (D.I. 23, Scheduling Order ¶ 18.) Hercules respectfully requests that the Court postpone the trial for one week, or reschedule it for as soon thereafter as the Court's schedule will permit.

2.   Hercules' principal expert, Professor Robert A. Prud'homme, has a scheduling conflict that limits his availability during this time period. Dr. Prud'homme is a featured speaker at a Gordon Research Conference scheduled for August 20-25, 2006, in Big Sky, Montana. Dr. Prud'homme will make a plenary presentation on the subject of Nano-Engineered Delivery of Drugs and Genes. (*See* Ex. 1.) The organization's web site explains that Gordon Conferences seek to "promote discussions and the free exchange of ideas at the research frontiers of the biological, chemical and physical

sciences. Scientists with common professional interests come together for a full week of intense discussion and examination of the most advanced aspects of their field." (*See* http://www.grc.org/whatis.htm, last visited Feb. 7, 2006.) In addition to making his presentation, Dr. Prud'homme is required by conference rules to remain there for the duration in order to attend other presentations and to actively participate in group discussions regarding the formal and non-published technical research presented at this Gordon Conference. (*See* Ex. 2.)

3.  Hercules recently learned of this scheduling conflict and raises this issue now to mitigate any disruption of the parties' trial preparation activities. A number of pretrial events have yet to occur, including a March 17, 2006 hearing on claim construction and summary judgment motions, and trial is over six months away. Consequently, Hercules respectfully requests a short postponement of the August trial in this matter for the reasons noted above.

4.  Pursuant to Local Rule 7.1.1, counsel for Hercules conferred with counsel for Defendant Cytec Industries, Inc. ("Cytec") and Plaintiff Ciba Specialty Chemicals Corp. ("Ciba"). Cytec does not oppose the requested postponement. Ciba does not oppose a one week extension, but it opposes any significant delay in the trial schedule.

WHEREFORE, Hercules respectfully requests that the trial in this matter be postponed for one week, or rescheduled as soon thereafter as the Court's schedule will permit.

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP |
| Ford F. Farabow, Jr.<br>Joann M. Neth<br>Eric J. Fues<br>A. Neal Seth<br>FINNEGAN, HENDERSON, FARABOW,<br>   GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC 20001-4413<br>(202) 408-4000 | By: /s/ David E. Moore<br>    Richard L. Horwitz (#2246)<br>    David E. Moore (#3983)<br>    Hercules Plaza, 6th Floor<br>    1313 N. Market Street<br>    Wilmington, DE 19899-0951<br>    Tel: (302) 984-6000<br>    rhorwitz@potteranderson.com<br>    dmoore@potteranderson.com |
| Dated: February 10, 2006 | *Attorneys for Defendant*<br>*Hercules Incorporated* |

719333

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

      I, David E. Moore, hereby certify that on February 10, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

      I hereby certify that on February 10, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780
gcoons@leydig.com
ethompson@leydig.com
gbays@leydig.com

Thomas L. Creel, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
tcreel@goodwinprocter.com

      /s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672306