IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C. A. No. 04-293 (KAJ) |
| HERCULES INCORPORATED and CYTEC INDUSTRIES, INC., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of Hercules Incorporated's Motion for Short Postponement of Trial Schedule:

IT IS HEREBY ORDERED this _____ day of _____, 2006 that the Motion is GRANTED.

The trial in this matter shall begin on _____, 2006.

_____
United States District Court Judge