IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | C.A. No. 04-293 (KAJ) |
| Plaintiff, | ) ) ) | **JURY TRIAL DEMANDED** |
| v. | ) ) | |
| HERCULES, INC. and CYTEC INDUSTRIES, INC., | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF CIBA SPECIALTY CHEMICALS
CORPORATION'S RESPONSE TO DEFENDANT HERCULES, INC.'S
MOTION FOR SHORT POSTPONEMENT OF TRIAL SCHEDULE**

Plaintiff Ciba Specialty Chemicals Corporation ("Ciba") respectfully submits this response to Hercules' Motion For Short Postponement Of Trial Schedule, filed with the Court on February 10, 2006 (D.I. 343).

1. Ciba is not in favor of delaying the trial schedule, but will not oppose Hercules' request if the delay is only one week. As Ciba informed Hercules in response to its inquiry regarding postponing the trial schedule, Ciba is concerned that a longer delay could create scheduling conflicts with other witnesses. For instance, Ciba tentatively indicated to Hercules that it would consider a two-week delay in the trial, but upon further investigation, Ciba learned that the trial would then conflict with a conference that one of Ciba's technical experts, Dr. Robert Gilbert, is scheduled to attend in Italy on September 3-10. Dr. Gilbert has several other scheduling conflicts later in September.

2.  These scheduling issues illustrate the fundamental problem with Hercules' request, namely that significantly changing the trial schedule to accommodate one witness may turn out to inconvenience others. The parties, and presumably Dr. Prud'homme, have known of the August 14 start of trial date for over a year and Ciba's witnesses have set their schedules based on this date. A lengthy delay in the trial schedule would likely disrupt these schedules and generate further difficulties. Hercules certainly has not presented the Court with a compelling reason to postpone trial.

WHEREFORE, for the reasons set forth above, Ciba opposes Hercules' request to postpone trial in this matter unless the trial is scheduled to commence within one week of the original August 14, 2006 date established by the Court in its December 20, 2004 Scheduling Order (D.I. 23).

/s/ [signature]

Frederick L. Cottrell, III (#2555)
Cottrell@rlf.com
Jeffrey L. Moyer (# 3309)
Moyer@rlf.com
Chad M. Shandler (#3796)
Shandler@rlf.com
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, Delaware 19899-0551
Attorneys for Plaintiff

*Of Counsel*:
Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601

Dated: February 14, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2006 I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE 19899-0951

I hereby certify that on February 14, 2006, I have Federal Expressed the foregoing document to the following non-registered participants:

Ford F. Farabow, Jr., Esquire
Joann M. Neth, Esquire
A. Neal Seth, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Thomas L. Creel, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

_____
Chad M. Shandler (#3796)