IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | C. A. No. 04-293 (KAJ) |
| v. | ) ) ) | PUBLIC VERSION |
| HERCULES INCORPORATED and CYTEC INDUSTRIES, INC., | ) ) ) | |
| Defendants. | ) | |

**DEFENDANT CYTEC'S REPLY BRIEF IN RESPONSE TO
CIBA'S ANSWERING BRIEF IN OPPOSITION TO HERCULES' MOTION
FOR PARTIAL SUMMARY JUDGMENT HOLDING THAT HERCULES IS
NOT PRECLUDED FROM ASSERTING INVALIDITY AND
UNENFORCEABILITY OF THE PATENTS IN SUIT BECAUSE OF
<u>ALLEGED PRIVITY BETWEEN CYTEC AND HERCULES</u>**

OF COUNSEL:

Thomas L. Creel, P.C.
Marta E. Gross
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated: February 17, 2006
Public Version Dated: February 27, 2006
720343 / 28118

Richard L. Horwitz (#2246)
David E. Moore (#3983)
POTTER ANDERSON & CORROON LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant
Cytec Industries, Inc.*

# **TABLE OF AUTHORITIES**

**Page(s)**

*Mentor Graphics Corp. v. Quickturn Design Sys, Inc.*,
    150 F.3d 1374 (Fed. Cir. 1998) ............................................................................... 2

*Q.G. Prod., Inc. v. Shortly*,
    992 F.2d 1211 (Fed. Cir. 1993) ............................................................................... 2

*Westinghouse Electric & Manufacturing Co. v. Formica Insulation*,
    266 U.S. 342 (1924) ................................................................................................ 2

Cytec Industries, Inc. ("Cytec") respectfully submits this Reply Brief in response to Ciba Specialty Chemicals Corporation's ("Ciba") answering brief in opposition to Hercules Inc.'s ("Hercules") motion. Cytec is a toll manufacturer that has supplied both Hercules and Ciba as its customers. Cytec also competes with both companies in other areas. Cytec reiterates that the current motion relates to a dispute between Hercules and Ciba and that Cytec takes no position regarding Hercules' ability to raise a patent invalidity defense. But since Ciba makes several allegations which are inaccurate and misstate Cytec's position regarding the validity of the patents in suit, Cytec submits this brief limited to a few points.

### Cytec Is Not Estopped From Submitting Evidence To Help Properly Construe Or Narrow The Claims Of The Assigned Patents

In its Answering Brief, Ciba states that "Cytec is indisputably estopped from challenging the validity and enforceability" of the patents in suit. (See Ciba's Answering Brief at 11). Ciba goes on to note that "[r]ather than accepting that estoppel and privity apply, Cytec has stated that it may challenge the patents…[and that] [t]his is improper and in clear contravention of the law." *Id.* Ciba's meritless allegations either wholly misstate the law or are based upon an inaccurate understanding of Cytec's position.

From the very beginning of this case, Cytec has never challenged nor does it intend to challenge the validity of the patents in suit as they were assigned to Ciba. Cytec never asserted invalidity in its answer and confirmed it was not asserting invalidity in its responses to Ciba's interrogatories. (See Cytec's Response to Interrogatory No. 10) (Ex. A hereto).

Cytec noted, however, that Ciba is not free to construe the claims of the patents so broadly that they would cover what was in the prior art. *Id.* The assignment of the

patents transferred distinct rights to Ciba. Should an assignee assert the transferred rights more broadly than what was assigned, the assignor may challenge the broad claim construction through invalidating prior art. The courts have squarely held that an assignor of a patent may submit such prior art evidence to narrow the claims of the assigned patent. *See e.g., Westinghouse Electric & Mfg. Co. v. Formica Insulation*, 266 U.S. 342, 351 (1924); *Mentor Graphics Corp. v. Quickturn Design Sys, Inc.*, 150 F.3d 1374, 1379-80 (Fed. Cir. 1998); *Q.G. Prod., Inc. v. Shortly*, 992 F.2d 1211, 1213 (Fed. Cir. 1993).

Disturbingly, Ciba makes its current allegations against Cytec after it specifically inquired about Cytec's position on invalidity and was apprised of the law and Cytec's position. Following Cytec's responses to Ciba's second set of interrogatories, Ciba requested that Cytec provide its position on invalidity, among other things, in a letter dated April 21, 2005. (Response to Ciba Interrogatory No. 10 (Ex. A hereto), April 21, 2005 Letter From Eley O. Thompson To Thomas L. Creel And Joann M. Neth at 2 (Ex. B hereto)). Cytec responded to Ciba's inquiries in a letter dated May 24, 2005. (May 24, 2005 Letter From Marta E. Gross To Eley O. Thompson (Ex. C hereto)). In its response, Cytec furnished Ciba with the relevant case law that explained Cytec's position. *Id.* (Ciba's Interrogatory No. 10 at 3 (Ex. A hereto)). Ciba never took issue with this case law (such as *Westinghouse*). Now, almost a year after the exchange, Ciba asserts that Cytec's position is improper and in clear contravention of the law. Such allegations are disingenuous.

2

## **Conclusion**

For the reasons stated above, Cytec seeks to correct the record with respect to the allegations against Cytec made by Ciba in its answering brief in opposition to Hercules' motion. Cytec has never challenged the validity of the patents it assigned. Properly construed, those patents cover only cross-linked products, which the prior art makes clear.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

OF COUNSEL:

Thomas L. Creel, P.C.
Marta E. Gross
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated: February 17, 2006
Public Version Dated: February 27, 2006
720343

*Attorneys for Defendant*
*Cytec Industries, Inc.*

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on February 27, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

I hereby certify that on February 27, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

| | |
|---|---|
| Ford F. Farabow, Jr. | Gordon R. Coons |
| Joann M. Neth | Eley O. Thompson |
| Eric J. Fues | Gregory C. Bays |
| A. Neal Seth | Leydig, Voit & Mayer, Ltd. |
| Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P. | Two Prudential Plaza, Suite 4900 |
| 901 New York Avenue, NW | Chicago, IL  60601-6780 |
| Washington, DC  20001-4413 | gcoons@leydig.com |
| ford.farabow@finnegan.com | ethompson@leydig.com |
| joann.neth@finnegan.com | gbays@leydig.com |
| neal.seth@finnegan.com | |
| eric.fues@finnegan.com | |

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
Telephone:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

676169