# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 04-293 (KAJ) |
| v. | ) ) | **JURY TRIAL DEMANDED** |
| HERCULES, INC. and CYTEC INDUSTRIES, INC., | ) ) ) | **CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER** |
| Defendants. | ) ) | |

## CYTEC'S RESPONSES AND OBJECTIONS TO PLAINTIFF CIBA SPECIALTY CHEMICALS CORPORATION'S SECOND SET OF INTERROGATORIES (NOS. 10-11 AND 13-14)

Pursuant to Rule 33 of the Federal Rules of Civil Procedure, Defendant Cytec Industries, Inc. ("Cytec") hereby responds to the Second Set of Interrogatories (Nos. 10-11 and 13-14)[1] served by Plaintiff, Ciba Specialty Chemicals Corporation ("Ciba").

Cytec's responses to these interrogatories, including any documents to be produced, are based upon reasonable and diligent inquiry and the best knowledge or information known or readily available to Cytec as of the date of this response. Further investigation may reveal additional responsive information and documents. Cytec reserves the right to continue discovery and investigation into this matter and to present at trial or otherwise, in accordance with the Federal Rules of Civil Procedure, additional information discovered after the date of this response. Cytec therefore reserves the right to supplement, modify, change, amend, or alter these responses at any time between now and the pretrial order.

---

[1] Ciba captioned its interrogatories as "Plaintiff Ciba Specialty Corporation's Second Set of Interrogatories (Nos. 10-14)," but interrogatory no. 12 is missing from Ciba's document.

## GENERAL OBJECTIONS

1.     Cytec adopts and incorporates its General Objections stated in Cytec's Responses and Objections to Plaintiff Ciba Specialty Chemicals Corporation's First Set of Interrogatories (Nos. 1-9), hereinafter "Cytec's First Response," served on March 2, 2005.

2.     Cytec objects to each interrogatory to the extent that it exceeds the permissible number of interrogatories, including all parts and subparts. Cytec further notes that by serving interrogatories directed to Defendants and receiving separate responses from Defendants Hercules and Cytec, Ciba has already served double the number of interrogatories (from 13 to 26) styled in the caption to its interrogatories, even exclusive of parts and subparts.

To the extent that any General Objection is cited in response to a specific interrogatory, those specific citations are provided because they are believed to be particularly applicable to the interrogatory and are not to be construed as a waiver of any other General Objections applicable to information falling within the scope of the interrogatory.

Cytec further notes that these responses are made without waiving any rights or objections or admitting the relevance, materiality, or admissibility into evidence of the subject matter or facts contained in any request or Cytec's responses thereto.

## CYTEC'S OBJECTIONS AND RESPONSES TO INTERROGATORIES

## INTERROGATORY NO. 10

Do you deny that Cytec is estopped from asserting invalidity defenses due to assignor estoppel and/or its sale of the patents in suit to Ciba? If so, explain in detail the basis or bases for such contention, including all supporting facts that you may rely upon to support such denial.

2

**OBJECTIONS AND RESPONSE TO INTERROGATORY NO. 10**

Cytec objects to this interrogatory to the extent that it seeks information protected from discovery by the attorney-client privilege, the work-product doctrine and/or any other applicable privilege or immunity.

Assignor estoppel is an equitable doctrine. As such the court must weigh all of the equities presented as evidence. Accordingly, Cytec objects to this interrogatory as premature at this early stage of the litigation before all of the positions and evidence are known.

Subject to and without waiving its objections, Cytec responds as follows:

Cytec advises that it has not and is not currently intending to assert an invalidity defense in this litigation. However, depending on the positions taken by Ciba with regard to such issues as claim construction, Cytec reserves the right to raise invalidity if appropriate at a later time in response to positions raised by Ciba. For example, Ciba may assert a claim construction of the patent which is so broad that it would render the patent invalid if so construed. In such an event, Cytec might challenge such construction on that basis. Likewise, a tenet of the doctrine of equivalents is that infringement may not be found under this doctrine if to do so would encompass the prior art. Cytec also reserves the right to raise such a defense to such an assertion.

3







AS TO THE OBJECTIONS:

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Thomas L. Creel, P.C.
Marta E. Gross
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated: March 30, 2005

By: _____
      Richard L. Horwitz (#2246)
      David E. Moore (#3983)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      P. O. Box 951
      Wilmington, DE 19899
      (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

*Attorneys for Defendant*
*Cytec Industries, Inc.*

676173

6

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on March 30, 2005, true and correct copies

of the within document were caused to be served on the attorney of record at the

following addresses as indicated:

### VIA HAND DELIVERY

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

### VIA FEDERAL EXPRESS

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

Ford F. Farabow, Jr.
Joann M. Neth
A. Neal Seth
Eric J. Fues
Finnegan, Henderson, Farabow, Garrett &
        Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

David E. Moore

666520

# EXHIBIT B

LAW OFFICES

## LEYDIG, VOIT & MAYER, LTD.
A PROFESSIONAL CORPORATION

TWO PRUDENTIAL PLAZA, SUITE 4900

CHICAGO, ILLINOIS 60601-6780

(312) 616-5600
FACSIMILE: (312) 616-5700
WWW.LEYDIG.COM

April 21, 2005

*Via Facsimile*
*Confirmation By Mail*

JAMES B. MUSKAL
DENNIS R. SCHLEMMER
GORDON R. COONS
JOHN W. KOZAK
MARK E. PHELPS
H. MICHAEL HARTMANN
BRUCE M. GAGALA
CHARLES H. MOTTIER
JOHN KILYK, JR.
ROBERT F. GREEN
JOHN B. CONKLIN
JAMES D. ZALEWA
MARK J. LISS
JOHN H. BELZ*
BRETT A. HESTERBERG
JEFFREY A. WYAND*
PAUL J. KORNICZKY
PAMELA J. RUSCHAU
STEVEN P. PETERSEN
JOHN M. AUGUSTYN
CHRISTOPHER T. GRIFFITH
WESLEY O. MUELLER
JEREMY M. JAY*
LYNN A. SULLIVAN
JEFFREY B. BURGAN
ELEY O. THOMPSON
MARK JOY
DAVID M. AIRAN
XAVIER PILLAI
Y. KURT CHANG
GREGORY C. BAYS
STEVEN H. SKLAR
TAMARA A. MILLER
H. DANIEL HEFNER
ANDREW J. HEINISCH**
JEFFERY J. MAKEEVER**
SALIM A. HASAN

RODER D. WYLIE***
KENNETH F. SPINA
PHILLIP M. PIPPENGER
ANNE E. NAFFZIGER***
VLADAN M. VASILJEVIC
CLAUDIA W. STANGLE
KEVIN L. WINGATE**
PAUL J. FILBIN
JOHN L. SASE
JEREMY C. LOWE
JOHN T. BRETSPROER
ROBERT T. WITTMANN
SHANNON D. SCHENKEL*
ANDREW M. ALUL
J. KARL GROSS
ROBERT M. LANNING
BETH A. ROSE
RAJNIL B. MEHTA
JASON T. MURATA
SCOTT M. SCHUELHOF
VICTOR L. SONG
AARON F. FEIGELSON
A. WESLEY FERREBEE*
L. SCOTT BEALL
LAWRENCE E. CROWE**
LISA K. KELLY
STEPHEN R. AUTEN
MARK A. RIEOS
CAROLINE L. STEVENS
DOUGLAS A. ROBINSON
NANCY J. OETKE-
PETER M. DOMER
JEFFREY R. TURNER
SUSAN L. STEELE
STEPHANIE M. LAWLEY
KURT T. SUECHLE
WILLIAM A. DIETRICH**[+]

WASHINGTON OFFICE
700 THIRTEENTH STREET, N.W., SUITE 300
WASHINGTON, D.C. 20005-3960
(202) 737-6770
FACSIMILE: (202) 737-6770

ROCKFORD OFFICE
6815 WEAVER ROAD, SUITE 300
ROCKFORD, ILLINOIS 61114-8018
(815) 963-7661
FACSIMILE: (815) 963-7664

SEATTLE OFFICE
1420 FIFTH AVENUE, SUITE 2200
SEATTLE, WASHINGTON 98101-1348
(206) 621-5985
FACSIMILE: (206) 224-3857

OF COUNSEL

C. FREDERICK LEYDIG
THEODORE W. ANDERSON     JOHN E. ROSENQUIST
JOHN P. BUNDOCK, JR.*     CHARLES S. OSLAKOVIC**
BERTON SCOTT SHEPPARD     JOHN D. FOSTER*

TECHNICAL ADVISORS

HEATHER R. KISSLING     KRISTY A. CALVERT
KRISTEN J. HARRELL       DEREK W. BARNETT
NELISSA E. KOLOH         KATHLEEN M. HELM-BYCHOWSKI
CARTH C. BORGGREEN       FRANCIS J. KOSZYK
RACHEL J. HELDRICH       ELIZABETH M. CROMPTON
JULIE J. HONG            JASON A. MILLER
RICHARD F. DOBSON***

ALL RESIDENT IN CHICAGO EXCEPT AS NOTED
*RESIDENT IN WASHINGTON OFFICE     **RESIDENT IN SEATTLE OFFICE
**RESIDENT IN ROCKFORD OFFICE      +ADMITTED IN WISCONSIN ONLY

Thomas L. Creel, P.C.
Goodwin Proctor LLP
599 Lexington Ave.
New York, NY 10022

Joann M. Neth, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, NW
Washington, DC 20001-4413

> Re:    *Ciba Specialty Corporation v. Hercules Inc. et al.*
> C.A. No. 04-293 (KAJ)
> Our Reference: 228872

Dear Tom and Joann:

We are writing in connection with Defendants' responses to Ciba's Second Set of Interrogatories (Nos. 10-11 and 13-14) and to Ciba's Second Set of Requests for the Production of Documents and Things (Nos. 71-111).

Defendants have broadly objected to discovery concerning to "Perform® SP products" contending that such discovery seeks irrelevant information on "products that have not been accused of infringement." Ciba's complaint asserts infringement by the Perform® SP products generally. If there are Perform® SP products that Defendants wish to exclude from discovery, we suggest that you provide an identification of such products and why you think they are irrelevant in the context of discovery. Otherwise, we request confirmation that discovery will not be withheld on this basis.

Thomas L. Creel, P.C.
Joann M. Neth, Esq.
April 21, 2005
Page 2

Responses to Ciba Interrogatory No. 10

   This interrogatory concerns assignor estoppel as to Cytec. Defendants object and refuse to provide a complete response to this interrogatory on the unfounded basis that such inquiries are premature at this "early" stage of the litigation. Hercules contends that the interrogatory seeks information outside of its possession. Cytec assigned the patents in suit and sold its business to Ciba. Such business directly involved Hercules, and Cytec and Hercules have a historical relationship that Ciba believes amounts to privity. Thus, Ciba requests that Defendants fully respond to this interrogatory and provide all information of which they are aware or may reasonably ascertain. This information is uniquely within the possession of Defendants.

   In its response, Cytec states that it reserves an alleged right "to raise invalidity if appropriate at a later time in response to positions raised by Ciba." Cytec fails to explain why it should have such right. To the extent that Cytec wishes to retain the right to raise invalidity of the patents, Ciba requests that the Defendants should identify and explain the bases upon which they believe assignor estoppel is avoided.

Responses to Ciba Interrogatory No. 11



Responses to Ciba Interrogatory No. 13



Thomas L. Creel, P.C.
Joann M. Neth, Esq.
April 21, 2005
Page 3



Responses to Ciba Interrogatory No. 14

Responses to Documents and Things Request Nos. 72-111

APR. 21. 2005  3:30PM    LVM 312 616 5700                    NO. 8283    P. 5/5

Thomas L. Creel, P.C.
Joann M. Neth, Esq.
April 21, 2005
Page 4



We look forward to your responses on the above.

Very truly yours,

LEYDIG, VOIT & MAYER, LTD.

By: _____
     Eley O. Thompson

EOT:js

cc:    Richard L. Horowitz, Esq.
       Chad M. Shandler, Esq.

APR. 21. 2005  3:29PM    LVM 312 616 5700                    NO. 8283   P. 1/5

LAW OFFICES
## LEYDIG, VOIT & MAYER, LTD.
TWO PRUDENTIAL PLAZA, SUITE 4900
CHICAGO, ILLINOIS 60601-6780

TELEPHONE: 312-616-5600                    TELECOPY: 312-616-5700

## FACSIMILE COVER SHEET

DATE: APRIL 21, 2005                    NUMBER OF PAGES (INCLUDING
                                        THIS TRANSMITTAL COVER SHEET): 5

                                        OUR REFERENCE: 228872

TO:  Thomas L. Creel, Esq.         TO:  Joann M. Neth, Esq.
     Goodwin Proctor LLP                Finnegan, Henderson, Farabow, et al.
     599 Lexington Avenue               901 New York Avenue, N.W.
     New York, NY 10022                 Washington, D.C. 20001

FACSIMILE NUMBER: 212-355-3333     FACSIMILE NUMBER: 202-408-4400
TELEPHONE NUMBER: 212-813-8866     TELEPHONE NUMBER: 202-408-4000

FROM: ELEY O THOMPSON                    DIRECT DIAL: 312-616-5629

MESSAGE:

A confirmation copy of the transmitted document will:
  ☐   Not be sent. This will be the only form of delivery of the transmitted document.
  ☒   Be sent via First Class/Air Mail.
  ☐   Be sent via Hand Delivery.

The information contained in this facsimile transmission is intended only for the use of the individual or entity named above and those properly entitled to access to the information and may contain information that is privileged, confidential, and/or exempt from disclosure under applicable law. If the reader of this transmission is not the intended or an authorized recipient, you are hereby notified that any unauthorized distribution, dissemination, or duplication of this transmission is prohibited. If you have received this transmission in error, please immediately notify us by telephone or facsimile. Thank you.

# EXHIBIT C

GOODWIN PROCTER

Marta E. Gross, Esq.
212 459 7499
mgross@goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
599 Lexington Avenue
New York, NY 10022
T: 212 813 8800
F: 212 355 3333

May 24, 2005

**By Facsimile**

Eley O. Thompson, Esq.
Leydig, Voit & Mayer
Two Prudential Plaza
Suite 4900
Chicago, IL 60601-6780

**Re: Ciba v. Hercules and Cytec**

Dear Eley:

This is in response to your May 13, 2005 letter to Tom Creel. As an initial comment, we disagree with the position stated in your second paragraph regarding Cytec's "objection to a single format." But in any event we appreciate that Ciba has separated its discovery issues in its May 13 letter and made specific those issues it perceives with Cytec's discovery. I do note, however, that you have used the term "Defendants" in prefacing each interrogatory discussion. I would like to make clear that Cytec is speaking on behalf of Cytec only and does not have knowledge or authority to speak on behalf of Hercules.

**Ciba's Interrogatory No. 1**



GOODWIN│PROCTER

Eley O. Thompson, Esq.
May 24, 2005
Page 2

**Ciba's Interrogatory No. 3**



**Ciba's Interrogatory No. 4**



**Ciba's Interrogatory No. 5**



**Ciba's Interrogatory No. 6**



**Ciba's Interrogatory No. 7**



GOODWIN PROCTER

Eley O. Thompson, Esq.
May 24, 2005
Page 3

### Ciba's Interrogatory No. 8



### Ciba's Interrogatory No. 10

Cytec's response to Interrogatory No. 10 very clearly explains its position on assignor estoppel. Case law clearly shows that Cytec has the right to rely on prior art in the way there explained, whether assignor estoppel applies or not. *See, e.g.*, Westinghouse Electric & Manufacturing Company v. Formica Insulation Co., 266 U. S. 342, 351 (1924); Mentor Graphics Corp. et al v. Quickturn Design Systems, Inc., 150 F.3d 1374 (5 Fed. Cir. 1998) at 1379-1380; and Q.G. Products, Inc. et al v. Shortly, Inc., 992 F.2d 1211 (Fed. Cir. 1993) at 1213. No further answer is required.

### Ciba's Interrogatory No. 11



### Ciba's Interrogatory No. 13



### Ciba's Interrogatory No. 14



GOODWIN PROCTER

Eley O. Thompson, Esq
May 24, 2005
Page 4

Very truly yours,

Marta E. Gross

cc:    Eric J Fues, Esq. (via facsimile)
       Richard L. Horwitz, Esq. (via facsimile)
       Chad M. Shandler, Esq. (via facsimile)

# GOODWIN | PROCTER

Goodwin Procter LLP
Counsellors at Law
599 Lexington Avenue
New York, NY 10022
T 212 813 8800

# F A X    T R A N S M I T T A L

If problems with transmittal, call fax department at 212 813 8800

| Date | Total pages | Attorney number | Client/matter number |
| --- | --- | --- | --- |
| May 24, 2005 | 5 | 08155 | 105678-146743 |

| To | Company | Fax number | Telephone |
| --- | --- | --- | --- |
| Eley O. Thompson, Esq. | Leydig, Voit & Mayer, Ltd. | 312.616.5700 | 312.616.5600 |
| Gregory C. Bays. Esq. | Leydig, Voit & Mayer, Ltd. | 312.616.5700 | 312.616.5600 |

| Cc | Company | Fax number | Telephone |
| --- | --- | --- | --- |
| Joann M. Neth, Esq | Finnegan, Henderson, et al. | 202-408-4400 | 202-408-4000 |
| Eric J. Fues, Esq | Finnegan, Henderson, et al. | 202-408-4400 | 202-408-4000 |
| Richard L. Horowitz, Esq | Potter, Anderson & Corroon LLP | 302-658-1192 | 302-984-6000 |
| David E. Moore, Esq. | Potter, Anderson & Corroon LLP | 302-658-1192 | 302-984-6000 |
| Chad M. Shandler, Esq. | Richards Layton & Finger, P.A. | 302-651-7701 | 302-651-7700 |

| From | Fax number | Telephone |
| --- | --- | --- |
| Marta E. Gross, Esq | 212.355.3333 | 212.459.7499 |

**Message:**

Please see attached.

The information contained in this communication is intended only for the personal and confidential use of the designated recipients addressed. This message may be an attorney-client communication from an attorney at the law firm of Goodwin Procter LLP and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you have received this communication in error, and that any review, dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error please notify us at the telephone number shown above, and return the original message to us by mail. Thank you

```
                    **********************
                    ***   TX REPORT   ***
                    **********************


    TRANSMISSION OK

    TX/RX NO                1534
    RECIPIENT ADDRESS       #44213026517701
    DESTINATION ID
    ST  TIME                05/24 19:56
    TIME USE                00'42
    PAGES SENT              5
    RESULT                  OK
```

# GOODWIN | PROCTER

Goodwin Procter LLP
Counsellors at Law
599 Lexington Avenue
New York, NY 10022
T: 212.813.8800

# F A X   T R A N S M I T T A L

If problems with transmittal, call fax department at 212 813 8800.

| Date | Total pages | Attorney number | Client/matter number |
|---|---|---|---|
| May 24, 2005 | 5 | 08155 | 105678-146743 |

| To | Company | Fax number | Telephone |
|---|---|---|---|
| Eley O. Thompson, Esq. | Leydig, Voit & Mayer, Ltd. | 312.616.5700 | 312.616.5600 |
| Gregory C. Bays, Esq. | Leydig, Voit & Mayer, Ltd. | 312.616.5700 | 312.616.5600 |

| Cc | Company | Fax number | Telephone |
|---|---|---|---|
| Joann M. Neth, Esq. | Finnegan, Henderson, et al. | 202-408-4400 | 202-408-4000 |
| Eric J. Fues, Esq. | Finnegan, Henderson, et al. | 202-408-4400 | 202-408-4000 |
| Richard L. Horowitz, Esq | Potter, Anderson & Corroon LLP | 302-658-1192 | 302-984-6000 |
| David E. Moore, Esq. | Potter, Anderson & Corroon LLP | 302-658-1192 | 302-984-6000 |
| Chad M. Shandler, Esq. | Richards Layton & Finger, P.A. | 302-651-7701 | 302-651-7700 |

| From | | Fax number | Telephone |
|---|---|---|---|
| Marta E. Gross, Esq. | | 212.355.3333 | 212.459.7499 |

**Message:**

Please see attached.

```
                    **********************
                    ***   TX REPORT   ***
                    **********************

      TRANSMISSION OK

      TX/RX NO                 1533
      RECIPIENT ADDRESS        #75813026581192
      DESTINATION ID
      ST TIME                  05/24 19 55
      TIME USE                 00'45
      PAGES SENT               5
      RESULT                   OK
```

# GOODWIN | PROCTER

Goodwin Procter LLP
Counsellors at Law
599 Lexington Avenue
New York, NY 10022
T: 212.813.8800

# FAX TRANSMITTAL

If problems with transmittal, call fax department at 212.813.8800.

| Date | Total pages | Attorney number | Client/matter number |
|---|---|---|---|
| May 24, 2005 | 5 | 08155 | 105678-146743 |

| To | Company | Fax number | Telephone |
|---|---|---|---|
| Eley O. Thompson, Esq. | Leydig, Voit & Mayer, Ltd. | 312.616.5700 | 312.616.5600 |
| Gregory C. Bays, Esq. | Leydig, Voit & Mayer, Ltd. | 312.616.5700 | 312.616.5600 |

| Cc | Company | Fax number | Telephone |
|---|---|---|---|
| Joann M. Neth, Esq. | Finnegan, Henderson, et al. | 202-408-4400 | 202-408-4000 |
| Eric J. Fues, Esq. | Finnegan, Henderson, et al. | 202-408-4400 | 202-408-4000 |
| Richard L. Horowitz, Esq | Potter, Anderson & Corroon LLP | 302-658-1192 | 302-984-6000 |
| David E. Moore, Esq. | Potter, Anderson & Corroon LLP | 302-658-1192 | 302-984-6000 |
| Chad M. Shandler, Esq. | Richards Layton & Finger, P.A. | 302-651-7701 | 302-651-7700 |

| From | | Fax number | Telephone |
|---|---|---|---|
| Marta E. Gross, Esq. | | 212.355.3333 | 212.459.7499 |

**Message:**

Please see attached.

05/24/2005 19 54 FAX 2123553333                    GOODWIN PROCTER LLP                    ☒001

```
                    ***********************
                    ***   TX REPORT   ***
                    ***********************

        TRANSMISSION OK

        TX/RX NO                    1532
        RECIPIENT ADDRESS           #63813128165700
        DESTINATION ID
        ST  TIME                    05/24 19 53
        TIME USE                    00'40
        PAGES SENT                  5
        RESULT                      OK
```

# GOODWIN | PROCTER

Goodwin Procter LLP
Counsellors at Law
599 Lexington Avenue
New York, NY 10022
T: 212.813.8800

# F A X   T R A N S M I T T A L

If problems with transmittal, call fax department at 212.813.8800.

| Date | | | |
|---|---|---|---|
| May 24, 2005 | **Total pages** | **Attorney number** | **Client/matter number** |
| | 5 | 08155 | 105678-146743 |

| To | Company | Fax number | Telephone |
|---|---|---|---|
| Eley O. Thompson, Esq. | Leydig, Voit & Mayer, Ltd. | 312.616.5700 | 312.616.5600 |
| Gregory C. Bays, Esq. | Leydig, Voit & Mayer, Ltd. | 312.616.5700 | 312.616.5600 |

| Cc | Company | Fax number | Telephone |
|---|---|---|---|
| Joann M. Neth, Esq. | Finnegan, Henderson, et al. | 202-408-4400 | 202-408-4000 |
| Eric J. Fues, Esq. | Finnegan, Henderson, et al. | 202-408-4400 | 202-408-4000 |
| Richard L. Horowitz, Esq | Potter, Anderson & Corroon LLP | 302-658-1192 | 302-984-6000 |
| David E. Moore, Esq. | Potter, Anderson & Corroon LLP | 302-658-1192 | 302-984-6000 |
| Chad M. Shandler, Esq. | Richards Layton & Finger, P.A. | 302-651-7701 | 302-651-7700 |

| From | | Fax number | Telephone |
|---|---|---|---|
| Marta E. Gross, Esq. | | 212.355.3333 | 212.459.7499 |

**Message:**

Please see attached.

05/24/2005 19:51 FAX  2123553333                 GOODWIN PROCTER LLP                              @ 001

```
                         ***********************
                         ***   TX REPORT   ***
                         ***********************

             TRANSMISSION OK

             TX/RX NO                    1531
             RECIPIENT ADDRESS           #36012024084400
             DESTINATION ID
             ST TIME                     05/24 19.49
             TIME USE                    02'05
             PAGES SENT                  5
             RESULT                      OK
```

# GOODWIN | PROCTER

Goodwin Procter LLP
Counsellors at Law
599 Lexington Avenue
New York, NY 10022
T: 212.813.8800

# FAX TRANSMITTAL

If problems with transmittal, call fax department at 212.813.8800.

| Date | Total pages | Attorney number | Client/matter number |
|------|-------------|-----------------|----------------------|
| May 24, 2005 | 5 | 08155 | 105678-146743 |

| To | Company | Fax number | Telephone |
|----|---------|------------|-----------|
| Eley O. Thompson, Esq. | Leydig, Voit & Mayer, Ltd. | 312.616.5700 | 312.616.5600 |
| Gregory C. Bays, Esq. | Leydig, Voit & Mayer, Ltd. | 312.616.5700 | 312.616.5600 |

| Cc | Company | Fax number | Telephone |
|----|---------|------------|-----------|
| Joann M. Neth, Esq. | Finnegan, Henderson, et al. | 202-408-4400 | 202-408-4000 |
| Eric J. Fues, Esq. | Finnegan, Henderson, et al | 202-408-4400 | 202-408-4000 |
| Richard L. Horowitz, Esq | Potter, Anderson & Corroon LLP | 302-658-1192 | 302-984-6000 |
| David E. Moore, Esq. | Potter, Anderson & Corroon LLP | 302-658-1192 | 302-984-6000 |
| Chad M. Shandler, Esq. | Richards Layton & Finger, P.A. | 302-651-7701 | 302-651-7700 |

| From | Fax number | Telephone |
|------|------------|-----------|
| Marta E. Gross, Esq. | 212.355.3333 | 212.459.7499 |

**Message:**

Please see attached.