IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-293-KAJ |
| HERCULES, INC., and CYTEC INDUSTRIES, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER

At Wilmington, this 28th day of March, 2006,

IT IS HEREBY ORDERED that the court will hold a 2 day evidentiary hearing regarding the privity issues identified during the March 17, 2006 Markman hearing. The evidentiary hearing shall begin at 9:00 a.m. on May 8, 2006. Counsel should plan on each side being allocated a total of 5.5 hours to present their case.

_____
UNITED STATES DISTRICT JUDGE