

Potter
Anderson
&Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**David E. Moore**
Attorney at Law
dmoore@potteranderson.com
302 984-6147 Direct Phone
302 658-1192 Fax

April 7, 2006

**VIA ELECTRONIC FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re:   *Ciba Specialty Chemicals Corporation v. Hercules Incorporated, et al.,*
      Civil Action No. 04-293 (KAJ)

Dear Judge Jordan:

        This is Cytec's report on the May 7-8, 2006 hearing on Ciba's allegations of privity against Hercules. Pursuant to Local Rule 7.1.1, Cytec conferred with the other parties to this litigation. Cytec understands that Ciba and Hercules are proposing certain procedures and will be submitting these to the Court.

        As Cytec stated at the March 17 hearing, the issue of privity is an issue only between Ciba and Hercules. Cytec has not and does not take a position on this issue. Accordingly the only comment that Cytec has on the procedure is to the extent that either Ciba or Hercules wishes to call any Cytec employees at the May hearing, Cytec will take reasonable steps to attempt to make them available.

                                        Respectfully Submitted,

                                        */s/ David E. Moore*

                                        David E. Moore

cc:    Clerk of Court
       All Counsel of Record