## RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

April 7, 2006

**VIA E-FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

      Re:    **Ciba Specialty Chemicals Corporation v. Hercules Incorporated, et al.**
             **Civil Action No. 04-293 (KAJ)**

Dear Judge Jordan:

      At the March 17, 2006 Claim Construction and Summary Judgment Hearing, the Court requested that the parties confer as to the best approach for resolving what it perceived as factual disputes concerning Ciba's allegations of privity between Cytec and Hercules. Prior to the two-week period for response agreed at the March 17 hearing, the Court, following consultation with the parties, ordered a two day evidentiary hearing beginning at 9:00 a.m. on May 8, 2006. We write on behalf of Ciba and Hercules concerning the Court's request for positions from the parties as to the conduct of the evidentiary hearing on alleged privity. The parties have conferred and Ciba and Hercules have agreed on procedures for the exchange of certain information between Ciba and Hercules prior to the hearing, and for conduct of the hearing itself. Ciba and Hercules submit the following proposals for the Court's consideration:

      As the party asserting privity between Cytec and Hercules, Ciba bears the burden of proof on that issue, and thus will proceed first with its case at the May 8-9, 2006 hearing. The Court has allocated 5.5 hours for each side to present their case. Ciba and Hercules propose that each witness called live be fully examined by both parties without restriction on the scope of examination to expedite testimony and avoid recall of witnesses.

      Ciba and Hercules propose the following pre-hearing exchanges:

      April 17, 2006 - Ciba identifies to defendants the witnesses it intends to call in its case, mode of testimony (i.e., live or by deposition), and expected order of those witnesses. If testimony is to be presented by deposition, page(s) and line numbers shall be given. Ciba identifies to defendants exhibits it intends to use in its case in chief.

RLF1-3000937-1

The Honorable Kent A. Jordan
April 7, 2006
Page 2

      April 24, 2006 - Hercules identifies to Ciba and Cytec the witnesses it intends to call in its case, mode of testimony (i.e., live or by deposition), and expected order of those witnesses. If testimony is to be presented by deposition, page(s) and line numbers shall be given, including counter-designations and objections to Ciba's designations. Hercules identifies to Ciba and Cytec exhibits it intends to use in its case in chief and identifies any objections to Ciba's exhibits.

      April 28, 2006 - Ciba provides counter-designations and objections to Hercules' deposition designations and identifies any objections to Hercules' exhibits.

      Demonstrative exhibits exchanged between the parties twenty-four (24) hours prior to use.

      To the extent Ciba wishes any of Hercules' witnesses to testify live in its case, Hercules will make every effort to make those individual(s) available, and the initial identification of witnesses by Ciba on April 17 is intended to facilitate such procedure.

      The parties will indicate to each other which witnesses will be made available or are unavailable as soon as that information becomes known, but in any event no later than April 28, 2006.

      Respectfully,

      Chad M. Shandler (#3796)

CS:kjb
cc:    Clerk of Court (By E-Filing)
      Joann M. Neth, Esq. (By Facsimile)
      Richard L. Horowitz, Esq. (By E-Filing and Hand Delivery)
      Eley O Thompson, Esq. (By Facsimile)
      Thomas L. Creel, Esq. (By Facsimile)