# RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

April 7, 2006

**VIA E-FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re: **Ciba Specialty Chemicals Corporation v. Hercules Incorporated, et al. Civil Action No. 04-293 (KAJ)**

Dear Judge Jordan:

Ciba respectfully submits this separate letter to address Cytec's refusal to agree to be part of the pre-hearing procedures relating to the May 8 and 9 evidentiary hearing. Over our objections, Hercules and Cytec contended that this matter should not be addressed in a single letter to Your Honor.

Ciba believes that the pre-hearing procedures should apply equally to Cytec. Cytec has refused based on its assertion that it has not and does not take a position in this issue. Ciba asked Cytec whether it would acknowledge that "Cytec is not contesting the issue of privity between it and Hercules and thus will not be presenting any evidence or argument at the hearing." Cytec declined to make such representation. In light of this refusal, Ciba believes that Cytec should be required to comply with the pre-hearing procedures agreed upon by Ciba and Hercules.

Respectfully,

Chad M. Shandler (#3796)

CS:kjb
cc: Clerk of Court (By E-Filing)
    Joann M. Neth, Esq. (By Facsimile)
    Richard L. Horowitz, Esq. (By E-Filing and Hand Delivery)
    Eley O Thompson, Esq. (By Facsimile)
    Thomas L. Creel, Esq. (By Facsimile)

RLF1-3000943-1