

**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302  984-6027  Direct Phone
302  658-1192  Fax

April 10, 2006

**VIA ELECTRONIC FILING**

Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re:   Ciba Specialty Chemicals Corporation v. Hercules Incorporated, et al.,
        Civil Action No. 04-293 (KAJ)

Dear Judge Jordan:

Cytec respectfully submits this letter in response to Ciba's April 7, 2006 letter concerning Cytec.  This letter is submitted to correct the misimpression Ciba has attempted to create that Cytec is somehow being inconsistent in the position provided to the Court at the March 17 hearing and in Cytec's April 7, 2006 letter with the position Cytec took during the negotiations with Ciba leading to the April 7, 2006 letters to the Court.

Cytec has consistently maintained that the issue of privity in this Court is exclusively between Ciba and Hercules.  Therefore, Cytec does not intend to present any witnesses or any exhibits at the May 8-9, 2006 hearing (although Cytec will take reasonable steps to make witnesses available if requested by Ciba or Hercules).  Since Cytec does not intend to present any evidence, there is no logical reason for it to be involved in the exchange of proofs and witnesses to which Hercules and Ciba have agreed.  Indeed, Ciba has presented no reason why Cytec should do so.

We are available to answer any questions the Court may have about this issue.

Respectfully,

*/s/ Richard L. Horwitz*

Richard L. Horwitz

RLH:nmt/727510
cc:    Clerk of Court
        Counsel of Record