IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS, CORPORATION | ) ) ) | C.A. No. 04-293 (KAJ) |
| Plaintiff, | ) ) | JURY TRIAL DEMANDED |
| | ) ) | |
| HERCULES INC. AND CYTEC INDUSTRIES, INC., | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on April 21, 2006 Plaintiff Ciba Specialty Chemicals Corporation's Supplemental Disclosure Under Fed. R.Civ. P. 26(a)(1) were served on counsel in the following manner:

**VIA FACSIMILE AND FEDERAL EXPRESS**

    Richard L. Horwitz, Esq.
    David E. Moore, Esq.
    Potter Anderson & Corroon, LLP
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P.O. Box 951
    Wilmington, DE 19899

    Thomas L. Creel, Esq.
    Goodwin Proctor, LLP
    599 Lexington Avenue
    New York, NY 10022

    Ford F. Farabow, Jr., Esq.
    Joann M. Neth, Esq.
    A. Neal Seth, Esq.
    Finnegan, Henderson, Farabow,
      Garrett & Dunner, LLP
    1300 I Street N.W.
    Washington, DC 20005-3315

RLF1-3005629-1

/s/ Signature

Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Jeffrey L. Moyer (#3309)
(Moyer@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE  19899
(302) 651-7700
Attorneys for CIBA Specialty Chemicals
Corporation

Dated: April 21, 2006

RLF1-3005629-1

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2006, I hand delivered the foregoing Notice of Service to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

**HAND DELIVERY:**

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899

I hereby certify that on April 21, 2006, I have served by Federal Express the foregoing Notice of Service to the following non-registered participants:

**FEDERAL EXPRESS:**

Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

**FEDERAL EXPRESS:**

Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7000