IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS, CORPORATION | ) ) | C.A. No. 04-293 (KAJ) |
| Plaintiff, | ) ) | |
| | ) | JURY TRIAL DEMANDED |
| | ) | |
| HERCULES INC. AND CYTEC INDUSTRIES, INC., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on April 11, 2006 true and correct copies of Plaintiff Ciba Specialty Chemicals Corporation's Supplemental Responses to Defendants' Interrogatories Nos. 3, 8-13 and 19-50 were served on counsel in the following manner:

### VIA FACSIMILE AND FEDERAL EXPRESS

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899

Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY  10022

Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow,
  Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC  20001-4413

RLF1-3006776-1



Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Jeffrey L. Moyer (#3309)
(Moyer@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
Attorneys for CIBA Specialty Chemicals Corporation

Dated: April 25, 2006

RLF1-3006776-1

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2006, I hand delivered the foregoing Notice of Service to the following persons and electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send notification of such filing to the following:

### HAND DELIVERY:

Richard L. Horwitz, Esq.
David E. Moore, Esq.
Potter Anderson & Corroon, LLP
1313 N. Market Street, P.O. Box 951
Wilmington, DE 19899

I hereby certify that on April 25, 2006, I have served by Federal Express the foregoing Notice of Service to the following non-registered participants:

### FEDERAL EXPRESS:

Thomas L. Creel, Esq.
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

### FEDERAL EXPRESS:

Ford F. Farabow, Jr., Esq.
Joann M. Neth, Esq.
A. Neal Seth, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

/s/ Chad M. Shandler
Chad M. Shandler (#3796)
shandler@rlf.com
Richards, Layton & Finger
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
(302) 651-7000