IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, </br></br> Plaintiff, </br></br> v. </br></br> HERCULES, INC., and CYTEC INDUSTRIES, INC., </br></br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 04-293-KAJ |

### ORDER

At Wilmington this **10th** day of **May, 2006**,

For the reasons set forth by the Court at the conclusion of the hearing on May 9, 2006,

IT IS HEREBY ORDERED that Hercules Inc.'s motion for partial summary judgment holding that Hercules is not precluded from asserting invalidity and unenforceability of the patents in suit because of alleged privity between Cytec and Hercules (D.I. 282) is GRANTED.

_____
UNITED STATES DISTRICT JUDGE