

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

**Richard L. Horwitz**
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027  Direct Phone
302 658-1192  Fax

May 16, 2006

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

  Re: <u>*Ciba Specialty Chemicals Corporation v. Hercules Incorporated, et al.*
    **Civil Action No. 04-293(KAJ)**</u>

Dear Judge Jordan:

  I am writing on behalf of Hercules and Cytec in response to the call from Your Honor's Chambers last Friday, informing the parties that the case scheduled for trial after ours had settled, and that it would be possible to start our trial, if needed, a week later than the originally scheduled August 14 start date. We were told to get back to Chambers on Monday. I informed Your Honor's Chambers by telephone on Monday that Hercules still desired to move the trial back a week to August 21, that Cytec had no problem with that change, and that Ciba's counsel informed me that Ciba was checking on witness availability. We have been informed that Ciba is still checking, which is surprising, since in its February 14 response to the motion to move the trial date, Ciba said it had no objection to moving the trial back a week. Because of the scheduling issues raised in our initial motion to move the trial date, we appreciate the Court's willingness to consider moving the trial back one week, and we will inform the Court as soon as we hear anything further from Ciba.

            Respectfully,

            */s/ Richard L. Horwitz*

            Richard L. Horwitz

RLH/jmm/732645
cc: Thomas L. Creel, P.C. (via electronic mail)
   Ford F. Farabow, Esq. (via electronic mail)
   Joann M. Neth, Esq. (via electronic mail)
   Gordon R. Coons, Esq. (via electronic mail)
   Chad M. Shandler, Esq. (via electronic mail)