IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 04-293 (KAJ) |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| HERCULES, INC. and CYTEC INDUSTRIES, INC., | ) ) ) ) | |

## NOTICE OF SERVICE

The undersigned, counsel for defendant, Cytec Industries, Inc., hereby certifies that copies of the **Supplemental Rule 26(a)(1) Disclosure of Defendant Cytec Industries, Inc.** were caused to be served on May 18, 2006 upon the following attorneys of record at the following address as indicated:

### VIA HAND DELIVERY

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

2

**VIA ELECTRONIC MAIL**

Ford F. Farabow, Jr.
Joann M. Neth
Eric J. Fues
A. Neal Seth
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
ford.farabow@finnegan.com
joann.neth@finnegan.com
neal.seth@finnegan.com
eric.fues@finnegan.com

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780
gcoons@leydig.com
ethompson@leydig.com
gbays@leydig.com

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Thomas L. Creel, P.C.
Marta E. Gross
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

By: */s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE 19899
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

Dated: May 18, 2006
732926 / 28118

*Attorneys for Defendant
Cytec Industries, Inc.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Richard L. Horwitz, hereby certify that on May 18, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

I hereby certify that on May 18, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

Ford F. Farabow, Jr.
Joann M. Neth
Eric J. Fues
A. Neal Seth
Finnegan, Henderson, Farabow, Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC  20001-4413
ford.farabow@finnegan.com
joann.neth@finnegan.com
neal.seth@finnegan.com
eric.fues@finnegan.com

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL  60601-6780
gcoons@leydig.com
ethompson@leydig.com
gbays@leydig.com

*/s/ Richard L. Horwitz*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
Telephone:  (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

676169