# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

May 19, 2006

**BY ELECTRONIC FILING**
The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

RE:   *Ciba Specialty Chemicals Corporation v. Hercules Incorporated, et al.*
      **C.A. No. 04-293 (KAJ)**

Dear Judge Jordan:

This letter is response to the Defendants' May 16, 2006 letter requesting a one week continuance of the trial in the above matter.

As Ciba previously informed Your Honor, it is not opposed to a one week delay in trial. However, after Your Honor informed the parties at the March 17, 2006 hearing that the Court's calendar could not accommodate a one week delay, we assumed that the trial would commence on the original date set forth in the Scheduling Order. Following the call from Your Honor's Chambers last Friday notifying the parties that case scheduled for trial immediately after ours had settled, Ciba began contacting its witnesses to determine whether they would be available to testify if the trial was delayed by one week. Although the witnesses Ciba has been able to contact have indicated that the continuance would not cause a scheduling problem, we have not received such confirmation from all of our prospective witnesses. While we are hopeful that these remaining witnesses will be able to confirm their availability for the possible new trial date, we would appreciate a few extra days as Ciba continues to address the scheduling issues presented by the Defendants' request. I am told that Ciba should be in position to inform the Court about the request no later than Monday, May 22, 2006.

If Your Honor should have any questions or concerns, counsel remain available at the Court's convenience

RLF1-3016004-1

The Honorable Kent A. Jordan
May 19, 2006
Page 2

Respectfully,

Chad M. Shandler

CS/afg
cc:   Thomas L. Creel, P.C. (via facsimile)
      Ford F. Farabow, Jr., Esq. (via facsimile)
      Joann M. Neth, Esq. (via facsimile)
      Richard L. Horowitz, Esq. (via facsimile)
      Eley O. Thompson, Esquire (via facsimile)

RLF1-3016004-1