# EXHIBIT A

GOODWIN | PROCTER

Donny S. Vermut
212.813.7385
dvermut@goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
599 Lexington Avenue
New York, NY 10022
T: 212.813.8800
F: 212.355.3333

**VIA FACSIMILE**

May 17, 2006

Eley O. Thompson, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza
Suite 4900
Chicago, Illinois 60601

**Re:    Ciba Specialty Chemicals Corporation v. Hercules Incorporated, et al.**
**Civil Action No. 04-293(KAJ)**

Dear Mr. Thompson:

Cytec Industries, Inc. intends to call the following witnesses live in its case at trial:

Roderick Ryles – Cytec
John Mangano – Cytec
Joseph Kozakiewicz – Cytec
Zeb Morgan – Cytec
Brian McCall – Cytec
John Harrington – Hercules
Brian Walchuk – Hercules
Jacqueline Casagranda – Ciba
Zhiqiang Song, Ph.D. – Ciba
Matthew Wright – Ciba
Charles Klass – Expert
Robert Prud'Homme, Ph.D. – Expert
James Malackowski – Expert
James Greenshields – Expert

LIBNY/4519967.1

GOODWIN | PROCTER

Eley O. Thompson, Esq.
May 17, 2006
Page 2

In addition to the enclosed exhibit list, Cytec may rely on exhibits designated by Hercules which relate to the Cytec defenses. Further, Cytec may rely on Hercules' deposition designations and summary of expert testimony insofar as they relate to the Cytec defenses.

Sincerely,

Donny S. Vermut

DSV:bad
Enclosure

cc:     Gordon R. Coons, Esq.
        Ford Farabow, Esq.
        Joann M. Neth, Esq.
        Richard L. Horwitz, Esq.
        Chad M. Shandler, Esq.

HERCULES' TRIAL EXHIBIT LIST
May 17, 2006

| TRIAL EX. NO. | Doc Date | DDX Bates | Begin Bates | End Bates | Description/Highlights |
|---|---|---|---|---|---|
| HTX133 | 11/12/1990 | DDXHarris10 | CIBA0013425-CIBA0013439 | | Report authored by D.S. Honig re: Polymeric Microparticle Retention/Drainage Systems: Pilot trial of Cross-linked Anionic Polyacrylamide Microemulsion as Microparticle System Component Part 1 |
| HTX134 | 11/16/1990 | DDXVanRiet15 | HERC0133006 | | Letter from Michael Kelly to P.R.B. Lawrence of Nov. 16, 1990 |
| HTX135 | 11/19/1990 | DDXVanRiet14 | HERC0133004-HERC0133005 | | Letter from P.R.B. Lawrence to Michael Kelly of Nov. 9, 1990 |
| HTX136 | 12/21/1990 | DDXVanRiet16 | HERC0134784 | | Letter from P.R.B. Lawrence to Frank Van Riet of December 21, 1990 |
| HTX137 | 01/22/1991 | DDXHarris12 | CIBA0015624-CIBA0015653 | | Report authored by Logan A. Jackson and Michael P. O'Toole re: Polymeric Microparticle Retention/Drainage Systems: Part 3. Particle Size Control in 60/40 Acrylic Acid/Acrylamide Microemulsions |
| HTX138 | 01/22/1991 | DDXVanRiet18 | HERC0079389-HERC0079498 | | Prosecution history for US Patent Application 07/643,309 |
| HTX139 | 01/28/1991 | DDXVanRiet19 | CIBA006997-CIBA006699 | | Monthly Highlights - January 1991 - Retention Aid Program |
| HTX140 | 07/22/1991 | | CIBA038605-CIBA038770 | | Certified File History of Application No. 07/803,120 |
| HTX141 | 04/20/1992 | DDXHonig12 | CIBA009157-CIBA009159 | | Memo from E.W. Muchmore re: Micropolymer targets |
| HTX142 | 11/14/1992 | DDXVanRiet02 | | | Chapter 2000 Duty of Disclosure from M.P.E.P 5th Ed. |
| HTX143 | 11/25/1992 | DDXVanRiet11 | | | Complaint in the Allied Colloids v. American Cyanamid Co. case dated Nov. 25, 1992 |
| HTX144 | 12/01/1992 | DDXHeard26 | | | US Patent 5,167,766 to Honig et al. |
| HTX145 | 12/15/1992 | DDXHeard30(b)(6)(0)2 | | | US Patent 5,171,808 to Ryles et al. |
| HTX146 | 01/11/1993 | DDXVanRiet12 | HERC0131757-HERC0131763 | | Defendant's Response to Plaintiffs' First Set of Interrogatories in Allied Colloids v. American Cyanamid Company, Jan. 11, 1993. |

HERCULES' TRIAL EXHIBIT LIST
May 17, 2006

| Trial Exhibit No. | Date | Dep. Exhibit No. | Bates No. | Description |
|---|---|---|---|---|
| HTX147 | 01/19/1993 | DDXKing10 | HERC0397668-HERC0397664 | US Patent 5,180,473 to Akune et al. |
| HTX148 | 05/13/1993 | DDXVanRiet21 | | Prosecution history for US Patent Application 08/065,793 |
| HTX149 | 06/11/1993 | PDXGreenshields09 | | Application no. 07/535626 |
| HTX150 | 07/12/1993 | DDXHonig17 | | Prosecution history of US Application 07/886209 |
| HTX151 | 07/12/1993 | DDXHonig18 | HERC0078409-HERC0078511 | Prosecution history of application 07/886209 |
| HTX152 | 08/24/1993 | | | European Patent Application 0584771 |
| HTX153 | 12/02/1993 | PDX0079 Jackson | CIBA011356; CIBA011446-CIBA011495 | Process Transmittal Polyflex CP Paper Product 3310 |
| HTX154 | 12/28/1993 | DDXHeard27 | | US Patent 5,274,055 to Honig et al. |
| HTX155 | 00/00/1994 | | HERC0075869-HERC0075877 | Hernandez-Barajas and Hunkeler article "Use of Block Copolymer Surfactants in the Inverse-suspension Polymerization of Acrylamide" |
| HTX156 | 12/14/1994 | | HERC0143737-HERC0143789 | Witness Statement of David Farrar |
| HTX157 | 12/08/1995 | DDXChen03 | CIBA018548-CIBA018553 | Memo from Mike Patterson re: Cytec Polyflex Microparticle System update |
| HTX158 | 00/00/1996 | | | Excerpt from Dictionary of Paper 5th ed. |
| HTX159 | 00/00/1996 | | | Glossary of basic terms in polymer science from International Union of Pure and Applied Chemistry |
| HTX160 | 01/29/1996 | DDXChen04 | CIBA018499-CIBA018501 | Memo from Michael Loville re: Preliminary Hydrocol/Polyflex Comparison Evaluation |
| HTX161 | 04/12/1996 | PDX0030B Zhang | HERC0099676-HERC0099684; HERC0084576-HERC0084702 | Laboratory Notebook #272 |

# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALITY CHEMICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 04-293(KAJ) |
| v. | ) ) | |
| HERCULES INCORPORATED and CYTEC INDUSTRIES, INC., | ) ) ) | |
| Defendants. | ) ) | |

## Cytec Industries, Inc.'s Trial Exhibit List
### (May 17, 2006)

CYTEC INDUSTRIES, INC.'S TRIAL EXHIBIT LIST
May 17, 2006

| | | | | |
|---|---|---|---|---|
| Cytec 1 | CIBA011356 – CIBA011495 | PDX 79 Jackson | 12/02/1993 | Process Transmittal Polylex [sic] CP Paper Product 3310 |
| Cytec 2 | CIBA018370 – CIBA018382 | | 00/00/0000 | Article entitled "Design and Development of Micropolymer System: An 'Organic Microparticle' Retention/Drainage System" by Dan S. Honig, Raymond S. Farinato, and Logan A. Jackson |
| Cytec 3 | CYT0001023 | | 11/18/2001 | Emails between Joseph Kozakiewicz, Louis Rosati, Roderick G. Ryles, and William Freeman re: Hercules Polymer Description |
| Cytec 4 | CYT0001689 – CYT0001690 | | 00/00/0000 | Document regarding Perform 9232 Sales/ Marketing Plan |
| Cytec 5 | CYT0009322 – CYT0009326 | | 01/16/2002 | Information re: Cytec Meeting – January 16, 2002 |
| Cytec 6 | CYT0009981 – CYT0009984 | | 09/27/2001 | Email string re: Hercules |
| Cytec 7 | CYT0009987 – CYT0009989 | PDX 80 Jackson | 07/25/2001 | Email string re: Hercules |
| Cytec 8 | CYT0010160 – CYT0010161 | | 06/00/1994 | Document entitled "Cyanatrol polymers for enhanced oil recovery" |
| Cytec 9 | CYT0010220 – CYT0010349 | | 05/18/1984 | Memorandum from J. J. Pellon to J. Santini, W. Cesary, M. W. Coville, W. K. Knopka, and A. M. Schiller re: Process Transmittal for Cyanatrol 920-960 High Solid Emulsions with attachment |

| | Bates | Date | Description |
|---|---|---|---|
| Cytec 10 | CYT0010350 – CYT0010356 | 07/13/1982 | United States Patent Number 4,339,371 |
| Cytec 11 | CYT0010754 – CYT0010838 | 01/31/1989 | Paper Chemicals Orientation and Review |
| Cytec 12 | CYT0015616 – CYT0015636 | 00/00/1993 | Document entitled "PolyFlex Micropolymer" |
| Cytec 13 | CYT0015637 – CYT0015646 CIBA019204 – CIBA019212 | 03/13/1993 | Article entitled "Formation improvements with water soluble micropolymer systems" by Dan S. Honig, Elieth W. Harris, Lucyna M. Pawlowska, Michael P. O'Toole, and Logan Jackson |
| Cytec 14 | CYT0015685 | 00/00/0000 | Document detailing macromolecule structures |
| Cytec 15 | CYT0016601 – CYT0016645 | 10/19/1993 | Research Report entitled "Light Scattering Analysis of High Molecular Weight Water Soluble Polymers 2. Crosslinked Poly(acrylamide-co-Na acrylate)" |
| Cytec 16 | CYT0016706 – CYT0016728 | 10/09/1991 | Research Report entitled "Polymeric Microparticle Retention/ Drainage Systems: Part 2. Linear and Crosslinked 30/70 Sodium Acrylate/Arylamide Copolymers." |
| Cytec 17 | CYT0018399 – CYT0018439 | 05/04/1981 | Research Report entitled "Lower Cost Cyanatrol Type Products: Preparation of Acrylamide/Acrylic Acid Copolymers and Acrylamide Homopolymers With Low Oil and High Solids" |
| | Any documents from Hercules' exhibit list relating to Cytec's defenses | | |