# RICHARDS, LAYTON & FINGER

A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER
DIRECTOR

DIRECT DIAL NUMBER
302-651-7836
SHANDLER@RLF.COM

May 22, 2006

**BY ELECTRONIC FILING**
The Honorable Kent A. Jordan
United States District Court
 for the District of Delaware
844 King Street
Wilmington, DE 19801

RE:   *Ciba Specialty Chemicals Corporation v. Hercules Incorporated, et al.*
      **C.A. No. 04-293 (KAJ)**

Dear Judge Jordan:

I am pleased to inform the Court that Ciba has confirmed that all of its proposed witnesses should be available for the potential new trial date. Accordingly, Ciba does not oppose the Defendants' request for a one week continuance.

Respectfully,

Chad M. Shandler

CS/afg
cc:   Thomas L. Creel, P.C. (via facsimile)
      Ford F. Farabow, Jr., Esq. (via facsimile)
      Joann M. Neth, Esq. (via facsimile)
      Richard L. Horowitz, Esq. (via facsimile)
      Eley O. Thompson, Esquire (via facsimile)

RLF1-3016696-1