IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 04-293-KAJ |
| HERCULES, INC., and CYTEC INDUSTRIES, INC., | ) ) ) ) | |
| Defendants. | ) | |

**AMENDED SCHEDULING ORDER**

At Wilmington this 23rd day of May, 2006,

IT IS ORDERED that the court's December 20, 2004 Scheduling Order (D.I. 23) is amended as follows:

1.  <u>Trial</u>. This matter is scheduled for a 10 day jury trial beginning at 9:30 a.m. on August 21, 2006. For the purpose of completing pretrial preparations, counsel should plan on each side being allocated a total of 22 hours to present their case.

All other deadlines as set forth in the court's December 20, 2004 Scheduling Order (D.I. 23) shall remain in effect.

  _____
  UNITED STATES DISTRICT JUDGE