### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | C. A. No. 04-293 (KAJ) |
| v. | ) ) ) | **JURY TRIAL DEMANDED** |
| HERCULES, INC. and CYTEC INDUSTRIES, INC., | ) ) ) | |
| Defendants. | ) | |

### NOTICE OF SERVICE

The undersigned counsel for defendant Hercules Incorporated hereby certifies that copies of the Hercules' Supplemental Response to Plaintiff Ciba Specialty Chemicals Corporation's Interrogatory No. 4 were caused to be served on May 24, 2006 upon the following attorneys of record at the following address as indicated:

### VIA HAND DELIVERY

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

### VIA ELECTRONIC MAIL

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL  60601-6780
gcoons@leydig.com
ethompson@leydig.com
gbays@leydig.com

Thomas L. Creel, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY  10022
tcreel@goodwinprocter.com

2

|  |  |
|---|---|
| OF COUNSEL: | POTTER ANDERSON & CORROON LLP<br><br>By: */s/ David E. Moore* |
| Ford F. Farabow, Jr.<br>Joann M. Neth<br>Eric J. Fues<br>A. Neal Seth<br>FINNEGAN, HENDERSON, FARABOW,<br>  GARRETT & DUNNER, L.L.P.<br>901 New York Avenue, NW<br>Washington, DC  20001-4413<br>Tel:  (202) 408-4000 | Richard L. Horwitz (#2246)<br>David E. Moore (#3983)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE  19899-0951<br>Tel:  (302) 984-6000<br>rhorwitz@potteranderson.com<br>dmoore@potteranderson.com |
| Dated:  May 24, 2006 | *Attorneys for Defendant*<br>*Hercules Incorporated* |

733743

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on May 24, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

I hereby certify that on May 24, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL  60601-6780
gcoons@leydig.com
ethompson@leydig.com
gbays@leydig.com

Thomas L. Creel, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY  10022
tcreel@goodwinprocter.com

　　　　　　　　　　　　　　　　　　　　　*/s/ David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE  19801
Telephone:   (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672306