IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>HERCULES, INC., and CYTEC INDUSTRIES, INC.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-293-KAJ<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER

At Wilmington this **26th** day of **May, 2006**,

IT IS ORDERED that a teleconference relating to a discovery dispute has been scheduled for **June 1, 2006 at 2:00 p.m.** with the undersigned. **Counsel for Defendants shall initiate the teleconference call.**

If there are out-of-state counsel working on this case, local counsel are reminded of their obligation to inform their out-of-state co-counsel of this Order.

                _____
                UNITED STATES DISTRICT JUDGE