

Potter
Anderson
& Corroon LLP

1313 North Market Street
P O Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

May 30, 2006

**VIA ELECTRONIC FILING**
The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

**PUBLIC VERSION
JUNE 2, 2006**

Re: *Ciba Specialty Chemicals Corporation v. Hercules Incorporated, et al.*
    **Civil Action No. 04-293(KAJ)**

Dear Judge Jordan:

    Hercules asks the Court to strike a Second Supplemental Expert Report of Dr. Robert G. Gilbert, which Ciba just served Tuesday, May 23, 2006, or otherwise prevent Dr. Gilbert from offering any of the opinions set forth in that Report, or from relying on any of the documents and exhibits he discusses there in his testimony at trial in this case. This late attempt by Ciba and Dr. Gilbert to provide untimely, new rebuttal opinions violates the Court's Scheduling Order and the Federal Rules of Civil Procedure and should not be allowed. It is far too late to allow Ciba to disclose new expert opinions and evidence when the parties should be focused on trial preparations.

**The May 23 Gilbert Report is Too Late**

    The Court's Scheduling Order (D. I. 23) required the parties to "file their initial Federal Rule of Civil Procedure 26(a)(2) disclosures of expert testimony on or before July 22, 2005 on issues as to which each party has the burden of proof . . . " For Ciba, that included infringement of the patents in-suit. As a result, on July 22, 2005, Dr. Gilbert submitted an initial expert report directed to some infringement issues. [Ex. A] That report did not contain any reference to Dr. Lev Bromberg, nor any reference to or discussion of any of his publications. Furthermore

1 [redacted]

On October 14, 2005, Dr. Gilbert submitted a Supplemental Expert Report ▇▇▇▇▇▇▇▇▇▇ two of Hercules' technical experts. [Ex. B at p. 1] Again, Dr. Gilbert does not reference Dr. Bromberg or his work, and does not reference or discuss any of his publications.

Hercules' expert, Dr. Prud'homme, was deposed by Ciba on October 26, 2005. At that deposition, Dr. Prud'homme was questioned by Ciba's counsel ▇▇▇▇▇▇▇▇▇▇ On October 28, 2005, counsel for Hercules deposed Dr. Gilbert. Dr. Gilbert was ▇▇▇▇▇▇▇▇▇▇

Shortly after his October 26, 2005 deposition, on October 31, 2005 Dr. Prud'homme provided a Second Supplemental Report. [Ex. D] There, he states that "[a]t my recent October 26 deposition, Ciba's counsel questioned me about a publication (Plaintiff's Exhibit 288) authored by Dr. Lev Bromberg." Because Dr. Prud'homme felt Ciba's counsel "did not question me about other materials I have considered concerning that publications and my opinion thereon" he provided the supplemental report "to identify some additional materials that I have considered, which in my opinion further support my deposition testimony concerning that publication and my disagreements with conclusions in that publication, and upon which I may rely in connection with the opinions and testimony I may offer at trial in this case." [Id. at 1].

Ciba deposed Dr. Bromberg on December 15, 2005.

Several months passed, during which time Dr. Gilbert never provided a rebuttal report to address Dr. Prud'homme's opinions regarding Dr. Bromberg's publication (Plaintiff's Exhibit 288), his work, or the additional opinions and information in his October 31 Second Supplemental Report, or to in any other way address Dr. Bromberg's work and publications.

On December 30, 2005, Ciba filed its Opening Brief in Support of its Motion for Partial Summary Judgment That The Accused PerForm® System Infringes U.S. Patent Nos. Nos. 5,167,766 and 5,171,808. [D.I. 278] While Ciba's Opening Brief relies ▇▇▇▇▇▇▇▇▇▇

On January 27, 2006, Hercules filed its Opposition to Ciba's Motion. [D.I. 310] In support of that Opposition, Hercules submitted a Declaration of Robert K. Prud'homme. [Ex. E] Dr. Prud'homme does not provide any new opinions in this Declaration, but ▇▇▇▇▇▇▇▇▇▇ Ciba's filed its Reply to

Hercules' Opposition on February 17, 2006. [D. I. 349] Again, nothing from Dr. Gilbert accompanied the Reply.

Ciba waited until May 23, in the middle of Pretrial Order preparations and less than a month before the Pretrial Order is due to be filed with the Court, to surface a new, last-minute Second Supplemental Expert Report of Dr. Robert G. Gilbert. [Ex. F] There, for the first time and after months of awareness of Dr. Bromberg's work and publications, and months after Dr. Prud'homme provided his opinions on those topics to Ciba, Dr. Gilbert finally ▉

Dr. Gilbert also seeks in paragraph 5 of his late May 23 Report ▉ Dr. Gilbert's earlier reports merely ▉ Ciba now seeks to cure that defect by having Dr. Gilbert provide the new and different opinion that ▉ Dr. Gilbert should not be allowed to offer this brand new opinion at trial.

**Conclusion and Request for Relief**

Dr. Gilbert's last-minute May 23 Report, which belatedly offers ▉ violates the Court's Scheduling Order and the Federal Rules of Civil Procedure. It is far too prejudicial and late in this case to allow Ciba to inject into the case new expert opinions and evidence, when such positions could have and should have been crystallized months ago and when Hercules has relied on what Ciba led it to *think* were Dr. Gilbert's positions in preparing its case for trial. The Court's Scheduling Order and the Federal Rules are designed to prevent last-minute discovery disclosures like this. Therefore, the Court should strike Dr. Gilbert's Second Supplemental Report and attached exhibits, and otherwise preclude Dr. Gilbert from offering any opinions concerning Dr. Bromberg's work or publications at trial, and further preclude Dr. Gilbert from offering the new/changed opinion about ▉.

The Honorable Kent A. Jordan
May 30, 2006
Page 4

Respectfully,

*/s/ Richard L. Horwitz*

Richard L. Horwitz

RLH/msb
734468

Enclosures

cc: Thomas L. Creel, P.C. (via electronic mail)
    Marta E. Gross, Esq. (via electronic mail)
    Ford F. Farabow, Esq. (via electronic mail)
    Joann M. Neth, Esq. (via electronic mail)
    Gordon R. Coons, Esq. (via electronic mail)
    Eley O. Thompson, Esq. (via electronic mail)
    Chad M. Shandler, Esq. (via electronic mail)