# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CIBA SPECIALTY CHEMICALS )
CORPORATION, )
 )
                Plaintiff, )
 )   C. A. No. 04-293 (KAJ)
            v. )
 )
HERCULES INCORPORATED and CYTEC )
INDUSTRIES, INC, )
 )
                Defendants. )

## THIRD SUPPLEMENTAL RULE 26(a)(1) DISCLOSURE OF
## DEFENDANT HERCULES INCORPORATED

Defendant, Hercules Incorporated ("Hercules"), provides this supplemental disclosure of information to Plaintiff, Ciba Specialty Chemicals Corporation ("Ciba"). This disclosure is based on information reasonably available to Hercules as of this date, and Hercules reserves the right to further supplement this disclosure as appropriate.

By making this disclosure, Hercules does not represent that it is identifying every document, tangible thing, or witness possibly relevant to this lawsuit. Nor does Hercules waive its right to object to production of any document or tangible thing disclosed on the basis of privilege, work product, relevance, undue burden, or any other valid objection. Rather, Hercules' disclosure represents a good faith effort to identify discoverable information it reasonably believes it may use to support its claims or defenses, as required by Fed.R.Civ.P. 26(a)(1).

A.    **Fed.R.Civ.P. 26(a)(1)(A)**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), Hercules supplements the list of individuals likely to have discoverable information that Hercules may use to support its claims or defenses, and the subject(s) of such information.

1.    William Freeman

Mr. Freeman is a former business manager for Hercules' Retention Drainage and Clarification (RDC) Division, is currently employed by Hercules and resides in Jacksonville, Florida. Any contact with Mr. Freeman as to matters concerning this lawsuit should be made only through Hercules' litigation counsel. Mr. Freeman is likely to have discoverable information that Hercules may use to support its claims or defenses, including information related to aspects of the RDC business such as research, development, field testing and improved performance of Hercules' PerForm® products, including PerForm® SP9232.

OF COUNSEL:

Ford F. Farabow, Jr.
Joann M. Neth
Eric J. Fues
A. Neal Seth
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC  20001-4413
Tel:  (202) 408-4000

Dated:  May 17, 2006

732743

POTTER ANDERSON & CORROON LLP

By:  */s/ Richard L. Horwitz*
        Richard L. Horwitz (#2246)
        David E. Moore (#3983)
        Hercules Plaza, 6th Floor
        1313 N. Market Street
        P.O. Box 951
        Wilmington, DE  19899-0951
        Tel:  (302) 984-6000
        rhorwitz@potteranderson.com
        dmoore@potteranderson.com

*Attorneys for Defendant Hercules Incorporated*

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on May 17, 2006, true and correct

copies of the within document were caused to be served on the attorney of record at the

following addresses as indicated:

### VIA HAND DELIVERY

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

### VIA ELECTRONIC MAIL

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL  60601-6780
 gcoons@leydig.com
 ethompson@leydig.com
gbays@leydig.com

Thomas L. Creel, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
tcreel@goodwinprocter.com


_____ */s/ Richard L. Horwitz* _____
Richard L. Horwitz

666520

# EXHIBIT B

**FINNEGAN**
**HENDERSON**
**FARABOW**
**GARRETT &**
**DUNNER**LLP

901 New York Avenue, NW ▪ Washington, DC 20001-4413 ▪ 202.408.4000 ▪ Fax 202.408.4400
www.finnegan.com

FORD F. FARABOW
202-408-4044
ford.farabow@finnegan.com

May 30, 2006

Gregory C. Bays, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601

*Via Facsimile*

Re: *Ciba Specialty Corporation v. Hercules Inc. et al.*
*Civil Action No. 04-293 (KAJ)*

Dear Greg:

I have received your letter of May 24, 2006 regarding a final exchange of financial data and Ciba's Statement of Damages. We agree with your proposal for a final exchange of financial data before the trial. However, it is unlikely that we will be able to provide data through July 31, 2006. Instead, we propose to exchange data through June 30, 2006. Please let me know if this is agreeable to you.

Very truly yours,

Ford F. Farabow

FFF/cav

cc: Thomas L. Creel, PC

Washington, DC ▪ Atlanta, GA ▪ Cambridge, MA ▪ Palo Alto, CA ▪ Reston, VA ▪ Brussels ▪ Taipei ▪ Tokyo

# EXHIBIT C
# REDACTED

# EXHIBIT D
# REDACTED

# EXHIBIT E
# REDACTED