# EXHIBIT 11

# Part 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | C.A. No. 04-293 (KAJ) |
| Plaintiff, | ) ) | **JURY TRIAL DEMANDED** |
| v. | ) ) | |
| HERCULES, INC. and CYTEC INDUSTRIES, INC., | ) ) ) | |
| Defendants. | ) | |

### EXHIBIT 11
### TESTIMONY DESIGNATED BY CIBA
### INCLUDING JOINT HERCULES AND CYTEC COUNTER-DESIGNATIONS

Testimony Designated by Ciba
Including Joint Hercules and Cytec Counter-Designations

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| Bleier, Alan | 10/24/2005 | 3:24 - 4:14 | 27:4 - 27:5 |
| | | 7:4 - 8:7 | 32:9 |
| | | 25:9 - 25:13 | 57:4 |
| | | 26:4 - 27:3 | 59:10 - 59:11 |
| | | 27:6 - 27:16 | 72:2 - 72:3 |
| | | 28:10 - 28:23 | 72:5 - 72:7 |
| | | 31:24 - 32:8 | 72:9 - 72:18 |
| | | 32:10 - 32:11 | 72:20 - 72:21 |
| | | 51:11 - 51:17 | 73:10 - 73:11 |
| | | 53:1 - 53:7 | 73:13 - 73:20 |
| | | 53:9 | 77:19 - 77:23 |
| | | 53:19 - 54:2 | 82:1 |
| | | 54:4 | 82:3 - 82:16 |
| | | 56:24 - 57:3 | 87:7 |
| | | 57:5 - 58:15 | 95:15 - 95:16 |
| | | 58:17 - 58:22 | 114:3 |
| | | 58:24 - 59:1 | 121:19 - 121:20 |
| | | 60:9 - 61:9 | 125:5 - 125:11 |
| | | 70:7 - 70:16 | |
| | | 72:23 | |
| | | 73:1 - 73:9 | |
| | | 73:21 - 74:1 | |
| | | 74:4 - 74:16 | |
| | | 77:24 - 78:2 | |
| | | 78:7 - 79:6 | |
| | | 79:10 - 79:12 | |
| | | 79:14 - 79:23 | |
| | | 80:2 - 80:22 | |
| | | 81:1 - 81:24 | |

Exhibit 11 page 1

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 85:4 - 85:7 | |
| | | 85:9 - 85:13 | |
| | | 85:14 - 85:18 | |
| | | 86:17 - 87:6 | |
| | | 87:8 - 87:22 | |
| | | 89:19 - 90:19 | |
| | | 92:8 - 93:2 | |
| | | 93:15 - 94:7 | |
| | | 94:14 - 94:21 | |
| | | 94:23 | |
| | | 95:2 - 95:14 | |
| | | 95:18 - 95:22 | |
| | | 98:6 - 99:23 | |
| | | 102:23 - 103:3 | |
| | | 113:14 - 113:23 | |
| | | 114:1 - 114:2 | |
| | | 114:4 - 114:9 | |
| | | 118:8 - 118:18 | |
| | | 118:20 - 119:2 | |
| | | 119:4 - 119:21 | |
| | | 119:23 - 120:5 | |
| | | 120:7 | |
| | | 120:9 | |
| | | 120:11 - 120:17 | |
| | | 120:19 - 121:11 | |
| | | 121:13 - 121:18 | |
| | | 123:6 - 123:13 | |
| | | 126:10 - 127:2 | |
| | | 127:4 - 127:19 | |

**Exhibit 11 page 2**

RLF1-3024703-1

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|----------|------|---------------------|-----------------------------------------------|
|          |      | 128:20 - 129:10     |                                               |
|          |      | 140:9 - 140:19      |                                               |
|          |      | 140:23 - 141:6      |                                               |
|          |      | 141:8 - 142:3       |                                               |
|          |      | 142:5 - 142:8       |                                               |

**Exhibit 11 page 3**

RLF1-3024703-1

Testimony Designated by Ciba
Including Joint Hercules and Cytec Counter-Designations

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| Brady, Richard L. | 8/26/2005 | 3:23 - 4:4 | 13:16 - 14:5 |
| | | 6:1 - 6:9 | 15:17 - 15:22 |
| | | 11:4 - 11:7 | 16:1 - 16:5 |
| | | 11:11 - 11:12 | 18:1 - 18:2 |
| | | 11:16 - 12:3 | 18:8 |
| | | 13:8 - 13:22 | 20:7 - 21:2 |
| | | 14:1 - 14:5 | 21:17 |
| | | 15:1 - 15:7 | 22:18 |
| | | 15:10 - 15:11 | 23:2 - 23:7 |
| | | 16:6 - 16:11 | 27:7 - 27:8 |
| | | 16:14 - 16:24 | 28:12 - 28:13 |
| | | 17:1 - 17:6 | 40:4 |
| | | 17:24 | 41:14 - 41:15 |
| | | 18:3 - 18:7 | 46:5 - 46:7 |
| | | 18:9 - 18:13 | 58:24 - 59:1 |
| | | 18:17 - 18:19 | 62:2 |
| | | 18:22 - 19:4 | 68:18 |
| | | 19:6 | 69:8 - 69:9 |
| | | 20:7 - 20:17 | 97:10 - 97:21 |
| | | 21:3 - 21:8 | 99:6 - 99:7 |
| | | 21:10 - 21:16 | 99:10 - 99:13 |
| | | 21:18 - 21:22 | 99:19 - 99:20 |
| | | 22:1 - 22:3 | 99:22 - 99:24 |
| | | 22:5 - 22:17 | 100:2 - 100:13 |
| | | 22:19 - 22:22 | 100:18 - 100:20 |
| | | 23:2 - 23:7 | 100:22 - 101:4 |
| | | 23:9 - 23:11 | 102:1 - 102:2 |
| | | 24:15 - 24:23 | 102:5 - 102:8 |
| | | 25:2 - 25:4 | 108:13 |

Exhibit 11 page 4

Testimony Designated by Ciba
Including Joint Hercules and Cytec Counter-Designations

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 25:9 - 25:24 | 111:15 - 111:17 |
| | | 26:14 - 26:16 | 114:19 - 114:20 |
| | | 26:18 - 27:6 | 116:20 - 116:22 |
| | | 27:9 - 27:12 | 117:1 - 117:7 |
| | | 27:14 - 27:16 | 117:10 - 117:14 |
| | | 28:4 - 28:11 | 117:17 - 117:21 |
| | | 28:14 - 28:16 | 117:24 - 118:2 |
| | | 30:22 - 31:5 | 119:7 - 119:8 |
| | | 36:9 - 36:12 | 119:21 - 119:22 |
| | | 36:14 - 37:2 | 120:8 - 120:9 |
| | | 37:5 - 37:15 | 125:10 - 125:11 |
| | | 37:17 - 37:24 | 127:1 - 127:2 |
| | | 38:10 - 38:11 | 132:5 |
| | | 39:10 - 39:13 | 141:1 - 141:2 |
| | | 39:16 | 142:2 - 142:11 |
| | | 40:2 - 40:3 | 142:14 |
| | | 40:5 - 40:16 | 143:18 - 143:19 |
| | | 40:24 - 41:5 | 143:22 - 144:2 |
| | | 41:9 - 41:13 | 144:12 |
| | | 41:16 - 41:20 | 145:13 - 145:14 |
| | | 44:18 - 44:23 | 145:17 - 145:18 |
| | | 45:2 - 45:4 | 145:21 - 145:23 |
| | | 45:10 - 45:13 | 146:4 - 146:6 |
| | | 45:16 | 146:10 - 146:12 |
| | | 46:2 - 46:4 | 156:18 - 156:19 |
| | | 46:8 - 46:10 | 161:10 - 161:11 |
| | | 50:11 - 50:12 | 168:2 - 168:3 |
| | | 51:9 - 51:14 | 168:5 - 168:6 |
| | | 52:15 - 52:17 | 171:17 - 171:18 |

Exhibit 11 page 5

Testimony Designated by Ciba
Including Joint Hercules and Cytec Counter-Designations

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 52:19 - 53:2 | 171:20 - 171:21 |
| | | 53:8 - 53:11 | 172:5 - 172:7 |
| | | 53:19 - 53:22 | 172:15 |
| | | 54:1 - 54:8 | 172:22 |
| | | 54:11 - 54:17 | 178:16 - 178:17 |
| | | 55:7 - 55:11 | 181:12 - 181:13 |
| | | 56:6 - 56:9 | 181:16 - 181:22 |
| | | 56:12 - 56:13 | 182:2 - 182:4 |
| | | 58:20 - 58:23 | 187:8 - 187:10 |
| | | 59:2 - 59:4 | 187:17 - 187:18 |
| | | 60:2 - 60:3 | 188:21 - 188:22 |
| | | 60:5 - 60:8 | 189:5 - 189:6 |
| | | 61:9 - 61:24 | 199:12 - 199:14 |
| | | 62:9 - 62:11 | 200:24 - 201:2 |
| | | 62:14 - 62:19 | 201:17 - 201:22 |
| | | 62:21 | 202:1 - 202:3 |
| | | 63:20 - 64:10 | 204:24 - 205:1 |
| | | 64:15 - 64:24 | 206:2 - 206:4 |
| | | 65:1 - 65:3 | 207:22 - 207:24 |
| | | 65:10 - 65:12 | 212:17 - 212:18 |
| | | 65:17 - 65:22 | 213:19 - 213:21 |
| | | 65:24 - 66:8 | 217:15 |
| | | 68:14 - 68:17 | 218:20 - 218:21 |
| | | 68:19 - 68:21 | 221:19 - 221:20 |
| | | 69:4 - 69:7 | 227:4 - 227:5 |
| | | 69:10 - 69:12 | 228:15 - 228:17 |
| | | 69:15 - 69:18 | 228:22 - 228:23 |
| | | 70:6 - 70:24 | 229:12 - 229:14 |
| | | 71:4 - 71:7 | 229:16 - 229:22 |

Exhibit 11 page 6

Testimony Designated by Ciba
Including Joint Hercules and Cytec Counter-Designations

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 74:19 - 74:20 | 232:9 - 232:10 |
| | | 74:23 - 75:1 | 232:22 - 232:24 |
| | | 75:8 - 75:14 | |
| | | 76:22 - 77:1 | |
| | | 77:5 - 77:7 | |
| | | 78:17 - 79:1 | |
| | | 80:4 - 80:9 | |
| | | 80:15 - 80:19 | |
| | | 80:22 - 80:24 | |
| | | 82:5 - 82:7 | |
| | | 82:12 - 82:15 | |
| | | 83:2 - 83:3 | |
| | | 83:5 - 83:22 | |
| | | 84:1 - 84:5 | |
| | | 84:8 - 84:12 | |
| | | 84:14 - 84:15 | |
| | | 84:17 - 85:6 | |
| | | 85:23 - 86:6 | |
| | | 86:10 - 86:20 | |
| | | 87:15 - 87:24 | |
| | | 88:7 - 89:6 | |
| | | 89:24 - 90:12 | |
| | | 90:15 - 91:6 | |
| | | 92:16 - 92:17 | |
| | | 92:19 - 92:24 | |
| | | 93:22 - 94:10 | |
| | | 94:12 - 94:17 | |
| | | 94:19 - 94:21 | |
| | | 95:14 - 95:24 | |

Exhibit 11 page 7

RLF1-3024703-1

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 97:6 - 97:8 | |
| | | 97:10 - 97:21 | |
| | | 99:24 | |
| | | 100:2 - 100:13 | |
| | | 100:19 - 100:20 | |
| | | 100:22 - 100:23 | |
| | | 102:1 - 102:2 | |
| | | 102:5 - 102:8 | |
| | | 105:11 - 105:13 | |
| | | 105:15 | |
| | | 108:10 - 108:12 | |
| | | 108:14 - 108:16 | |
| | | 108:17 - 108:24 | |
| | | 109:3 - 109:9 | |
| | | 109:12 - 109:21 | |
| | | 111:6 - 111:14 | |
| | | 111:18 - 111:20 | |
| | | 112:18 - 112:24 | |
| | | 113:3 - 113:5 | |
| | | 113:10 - 113:12 | |
| | | 113:16 - 113:17 | |
| | | 114:11 - 114:18 | |
| | | 114:21 - 114:24 | |
| | | 115:1 - 115:7 | |
| | | 116:12 - 116:13 | |
| | | 116:16 - 116:19 | |
| | | 118:3 - 118:6 | |
| | | 119:2 - 119:6 | |
| | | 119:9 - 119:16 | |

**Exhibit 11 page 8**

Testimony Designated by Ciba
Including Joint Hercules and Cytec Counter-Designations

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 120:5 - 120:7 | |
| | | 120:10 - 120:13 | |
| | | 121:5 - 121:16 | |
| | | 122:16 - 122:21 | |
| | | 123:19 - 124:3 | |
| | | 124:8 - 124:11 | |
| | | 124:13 - 124:24 | |
| | | 125:2 | |
| | | 125:5 - 125:9 | |
| | | 125:12 - 125:13 | |
| | | 125:15 - 125:16 | |
| | | 126:9 - 126:18 | |
| | | 126:20 - 126:24 | |
| | | 127:3 - 127:9 | |
| | | 128:2 - 128:4 | |
| | | 131:22 - 132:4 | |
| | | 132:6 | |
| | | 133:24 - 134:1 | |
| | | 134:4 - 134:7 | |
| | | 135:14 - 135:19 | |
| | | 135:22 - 136:3 | |
| | | 136:5 - 136:13 | |
| | | 136:20 - 136:24 | |
| | | 137:4 - 137:6 | |
| | | 137:8 - 137:12 | |
| | | 139:11 - 139:19 | |
| | | 140:1 - 140:2 | |
| | | 140:4 - 140:9 | |
| | | 140:12 - 140:24 | |

Exhibit 11 page 9

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 141:3 | |
| | | 141:5 - 141:7 | |
| | | 141:16 - 141:18 | |
| | | 142:2 - 142:13 | |
| | | 142:15 - 142:17 | |
| | | 143:2 - 143:4 | |
| | | 143:7 - 143:17 | |
| | | 144:3 | |
| | | 144:5 - 144:6 | |
| | | 144:8 - 144:11 | |
| | | 144:13 - 144:16 | |
| | | 145:2 - 145:4 | |
| | | 145:7 - 145:12 | |
| | | 145:15 - 145:16 | |
| | | 145:24 - 146:3 | |
| | | 146:7 - 146:9 | |
| | | 146:13 - 146:18 | |
| | | 146:21 - 147:16 | |
| | | 147:20 - 147:24 | |
| | | 148:5 - 148:6 | |
| | | 148:8 - 148:12 | |
| | | 149:5 - 149:9 | |
| | | 152:12 - 153:4 | |
| | | 153:15 - 153:16 | |
| | | 154:1 - 154:3 | |
| | | 154:5 | |
| | | 154:20 - 154:22 | |
| | | 154:24 - 155:1 | |
| | | 156:3 - 156:4 | |

Exhibit 11 page 10

RLF1-3024703-1

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 156:7 - 156:17 | |
| | | 156:20 - 157:3 | |
| | | 157:7 - 157:11 | |
| | | 157:13 - 157:15 | |
| | | 158:19 - 158:22 | |
| | | 159:8 - 159:20 | |
| | | 160:4 - 160:19 | |
| | | 161:7 - 161:9 | |
| | | 161:12 - 161:24 | |
| | | 162:3 - 162:5 | |
| | | 162:8 - 162:10 | |
| | | 162:18 - 163:9 | |
| | | 164:11 - 164:23 | |
| | | 165:2 - 165:3 | |
| | | 165:6 - 165:18 | |
| | | 165:22 - 165:23 | |
| | | 166:2 - 166:11 | |
| | | 166:17 - 166:19 | |
| | | 167:17 - 168:1 | |
| | | 168:7 - 168:8 | |
| | | 168:10 - 168:17 | |
| | | 168:20 - 169:2 | |
| | | 169:5 - 169:11 | |
| | | 169:14 - 169:24 | |
| | | 170:4 - 170:8 | |
| | | 170:20 - 170:24 | |
| | | 171:6 - 171:7 | |
| | | 171:10 - 171:16 | |
| | | 171:19 | |

**Exhibit 11 page 11**

RLF1-3024703-1

Testimony Designated by Ciba
Including Joint Hercules and Cytec Counter-Designations

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 172:8 - 172:14 | |
| | | 172:16 - 172:21 | |
| | | 172:23 - 173:17 | |
| | | 173:20 - 174:1 | |
| | | 175:14 - 175:16 | |
| | | 175:20 - 176:6 | |
| | | 176:11 - 176:14 | |
| | | 178:2 - 178:15 | |
| | | 178:18 - 178:22 | |
| | | 178:24 - 179:1 | |
| | | 179:3 - 179:6 | |
| | | 179:10 - 179:17 | |
| | | 179:21 - 180:4 | |
| | | 181:1 - 181:4 | |
| | | 181:7 - 181:11 | |
| | | 181:14 - 181:15 | |
| | | 182:5 - 182:12 | |
| | | 182:15 - 182:16 | |
| | | 182:20 - 183:1 | |
| | | 184:1 - 184:4 | |
| | | 187:4 - 187:7 | |
| | | 187:11 - 187:16 | |
| | | 187:19 - 187:21 | |
| | | 187:23 - 188:1 | |
| | | 188:19 - 188:20 | |
| | | 188:23 - 188:24 | |
| | | 189:1 - 189:4 | |
| | | 189:7 - 189:8 | |
| | | 190:17 - 191:10 | |

Exhibit 11 page 12

RLF1-3024703-1

Testimony Designated by Ciba
Including Joint Hercules and Cytec Counter-Designations

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 191:16 - 191:18 | |
| | | 193:4 - 193:13 | |
| | | 195:11 | |
| | | 195:13 - 196:1 | |
| | | 196:11 - 196:17 | |
| | | 196:23 - 197:9 | |
| | | 197:11 | |
| | | 198:2 - 198:16 | |
| | | 199:6 - 199:11 | |
| | | 199:15 - 199:17 | |
| | | 200:18 - 200:23 | |
| | | 201:3 - 201:10 | |
| | | 201:12 | |
| | | 201:14 | |
| | | 203:20 - 204:2 | |
| | | 204:12 - 204:18 | |
| | | 204:20 - 204:23 | |
| | | 205:2 - 205:10 | |
| | | 205:13 - 205:19 | |
| | | 205:22 - 206:1 | |
| | | 206:5 - 206:11 | |
| | | 207:19 - 207:21 | |
| | | 208:1 - 208:6 | |
| | | 208:12 - 208:15 | |
| | | 208:17 | |
| | | 209:2 - 209:5 | |
| | | 209:9 - 209:12 | |
| | | 209:21 - 210:3 | |
| | | 211:2 - 211:3 | |

Exhibit 11 page 13

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 211:7 - 211:10 | |
| | | 212:4 - 212:10 | |
| | | 212:13 - 212:16 | |
| | | 212:19 - 212:24 | |
| | | 213:4 - 213:7 | |
| | | 213:13 - 213:18 | |
| | | 213:22 - 214:2 | |
| | | 214:5 | |
| | | 216:2 - 216:8 | |
| | | 216:11 - 216:16 | |
| | | 217:3 - 217:11 | |
| | | 217:15 - 217:19 | |
| | | 218:14 - 218:19 | |
| | | 218:22 - 219:4 | |
| | | 220:5 - 220:10 | |
| | | 220:13 - 220:18 | |
| | | 220:22 - 221:18 | |
| | | 221:21 - 221:22 | |
| | | 223:4 - 223:7 | |
| | | 226:5 - 226:6 | |
| | | 226:9 - 226:13 | |
| | | 226:16 - 226:20 | |
| | | 226:23 - 227:3 | |
| | | 227:6 - 227:9 | |
| | | 227:11 | |
| | | 228:10 - 228:14 | |
| | | 228:18 - 228:21 | |
| | | 228:24 - 229:5 | |
| | | 229:8 - 229:11 | |

Exhibit 11 page 14

RLF1-3024703-1

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 229:15 | |
| | | 231:21 - 231:23 | |
| | | 232:3 - 232:8 | |
| | | 232:11 - 232:12 | |
| | | 232:18 - 232:21 | |
| | | 233:1 - 233:4 | |

**Exhibit 11 page 15**

RLF1-3024703-1

Testimony Designated by Ciba
Including Joint Hercules and Cytec Counter-Designations

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| Brady, Richard L. | 10/19/2005 | 241:11 - 241:15 | 270:23 - 271:2 |
| | | 243:15 - 243:20 | 279:7 - 279:10 |
| | | 244:12 - 244:14 | 281:11 |
| | | 245:20 - 246:18 | 281:21 |
| | | 250:14 - 250:23 | 282:16 |
| | | 251:15 - 251:18 | 304:24 - 305:2 |
| | | 253:5 - 253:23 | 305:11 |
| | | 256:14 - 256:21 | 305:17 |
| | | 257:2 - 257:3 | 306:10 |
| | | 257:5 - 257:16 | 306:24 |
| | | 257:23 - 258:1 | 307:5 |
| | | 258:19 - 260:9 | 307:8 - 307:9 |
| | | 260:14 - 260:15 | 307:11 - 307:13 |
| | | 260:19 - 261:7 | 308:1 - 308:3 |
| | | 270:11 - 270:15 | 308:10 |
| | | 270:17 - 270:22 | 308:16 - 308:19 |
| | | 274:16 - 275:11 | 308:23 - 309:4 |
| | | 276:24 - 277:4 | 312:3 - 312:4 |
| | | 277:6 - 277:17 | 312:11 |
| | | 277:19 - 278:5 | 313:19 - 313:20 |
| | | 278:7 - 278:15 | 313:24 - 314:1 |
| | | 279:3 - 279:6 | 314:3 |
| | | 279:11 - 279:21 | 314:6 - 314:11 |
| | | 279:23 - 280:2 | 314:14 - 314:15 |
| | | 280:4 - 280:8 | 315:2 |
| | | 280:17 - 280:22 | 315:23 - 315:24 |
| | | 281:3 - 281:10 | 316:2 - 316:4 |
| | | 281:12 - 281:20 | 316:7 |
| | | 281:22 - 282:6 | 316:12 |

Exhibit 11 page 16

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 282:14 - 282:15 | 317:11 |
| | | 282:17 - 282:24 | 317:17 - 317:18 |
| | | 284:20 - 285:2 | 318:15 |
| | | 285:7 - 285:18 | |
| | | 285:23 - 285:24 | |
| | | 286:9 | |
| | | 286:11 - 286:13 | |
| | | 289:21 - 290:1 | |
| | | 290:5 - 290:6 | |
| | | 290:9 - 290:20 | |
| | | 291:1 - 291:8 | |
| | | 291:10 - 291:12 | |
| | | 291:18 - 291:19 | |
| | | 291:23 - 291:24 | |
| | | 293:2 - 293:4 | |
| | | 293:7 - 293:10 | |
| | | 294:15 - 295:7 | |
| | | 303:17 - 303:18 | |
| | | 303:20 - 303:24 | |
| | | 304:1 - 304:2 | |
| | | 304:22 - 304:23 | |
| | | 305:3 - 305:10 | |
| | | 305:12 - 305:13 | |
| | | 305:15 - 305:16 | |
| | | 305:18 - 305:22 | |
| | | 306:1 - 306:9 | |
| | | 306:11 - 306:15 | |
| | | 306:19 - 306:23 | |
| | | 307:1 - 307:4 | |

**Exhibit 11 page 17**

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter–Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 307:6 - 307:7 | |
| | | 307:22 - 307:24 | |
| | | 308:4 - 308:9 | |
| | | 308:11 - 308:14 | |
| | | 309:12 - 309:19 | |
| | | 310:15 - 310:17 | |
| | | 311:1 - 311:2 | |
| | | 311:4 - 311:5 | |
| | | 311:16 - 311:18 | |
| | | 311:21 - 312:2 | |
| | | 312:5 - 312:10 | |
| | | 312:12 - 312:14 | |
| | | 313:17 - 313:18 | |
| | | 313:21 - 313:23 | |
| | | 314:12 - 314:13 | |
| | | 314:16 - 315:1 | |
| | | 315:3 - 315:5 | |
| | | 315:16 - 315:17 | |
| | | 315:20 - 315:22 | |
| | | 316:5 - 316:6 | |
| | | 316:8 - 316:11 | |
| | | 316:13 - 316:14 | |
| | | 316:17 | |
| | | 316:19 | |
| | | 317:9 - 317:10 | |
| | | 317:12 - 317:16 | |
| | | 317:19 - 317:22 | |
| | | 317:24 - 318:12 | |
| | | 318:16 - 318:17 | |

Exhibit 11 page 18

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

**Exhibit 11 page 19**

RLF1-3024703-1

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| Bromberg, Lev | 12/15/2005 | 6:16 - 6:18 | 20:19 - 20:21 |
| | | 7:19 - 7:20 | 25:8 - 25:10 |
| | | 10:8 - 16:23 | 25:12 |
| | | 17:4 - 17:7 | 25:21 |
| | | 18:24 - 19:11 | 26:4 - 26:5 |
| | | 19:24 - 20:4 | 26:9 |
| | | 20:16 - 20:18 | 28:15 - 28:16 |
| | | 21:24 - 22:13 | 31:2 - 31:6 |
| | | 25:2 - 25:10 | 32:8 - 32:12 |
| | | 25:12 | 62:12 - 62:15 |
| | | 25:22 - 26:3 | 63:8 - 63:11 |
| | | 28:8 - 28:14 | 70:7 - 70:9 |
| | | 28:17 - 29:2 | 74:13 - 74:15 |
| | | 29:11 - 29:18 | 75:9 - 75:11 |
| | | 29:20 - 30:21 | 81:2 - 81:5 |
| | | 30:23 - 31:5 | 85:14 - 85:22 |
| | | 31:15 - 32:2 | 95:20 - 95:21 |
| | | 32:5 - 32:7 | 98:17 - 98:22 |
| | | 32:13 - 32:14 | 105:12 - 105:14 |
| | | 37:9 - 37:24 | 110:9 - 110:22 |
| | | 43:24 - 44:6 | 125:18 - 125:20 |
| | | 44:9 - 44:11 | |
| | | 44:13 - 45:5 | |
| | | 54:11 - 54:19 | |
| | | 57:23 - 58:2 | |
| | | 58:22 - 59:12 | |
| | | 59:15 - 60:10 | |
| | | 60:12 - 60:19 | |
| | | 61:17 - 61:18 | |

**Exhibit 11 page 20**

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 61:23 - 61:24 | |
| | | 62:8 | |
| | | 62:10 - 62:11 | |
| | | 63:3 - 63:7 | |
| | | 64:3 - 64:4 | |
| | | 64:15 - 64:21 | |
| | | 66:5 - 66:8 | |
| | | 67:5 - 67:10 | |
| | | 69:7 - 69:8 | |
| | | 69:13 - 70:6 | |
| | | 70:10 | |
| | | 71:8 - 72:6 | |
| | | 72:12 - 72:19 | |
| | | 72:22 - 74:1 | |
| | | 74:5 - 74:10 | |
| | | 74:16 - 75:8 | |
| | | 75:12 - 75:15 | |
| | | 77:10 - 77:13 | |
| | | 77:22 - 77:24 | |
| | | 78:9 - 78:10 | |
| | | 78:14 - 78:20 | |
| | | 79:14 - 79:16 | |
| | | 80:12 - 80:18 | |
| | | 81:6 - 81:7 | |
| | | 81:11 - 82:10 | |
| | | 85:24 - 86:4 | |
| | | 86:15 - 86:24 | |
| | | 88:7 - 88:11 | |
| | | 88:16 - 89:5 | |

**Exhibit 11 page 21**

Testimony Designated by Ciba
Including Joint Hercules and Cytec Counter-Designations

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 89:9 - 89:15 | |
| | | 89:18 - 90:16 | |
| | | 90:22 - 90:24 | |
| | | 91:4 - 91:12 | |
| | | 92:6 - 92:7 | |
| | | 92:12 - 92:16 | |
| | | 92:20 - 92:23 | |
| | | 93:4 - 93:18 | |
| | | 94:16 - 94:17 | |
| | | 94:20 - 95:1 | |
| | | 95:11 - 95:13 | |
| | | 95:15 | |
| | | 95:18 - 95:19 | |
| | | 95:22 - 96:7 | |
| | | 96:10 - 96:19 | |
| | | 97:1 - 97:13 | |
| | | 98:5 - 98:13 | |
| | | 98:16 | |
| | | 99:8 - 99:15 | |
| | | 99:23 - 100:6 | |
| | | 100:10 - 100:11 | |
| | | 101:17 - 101:21 | |
| | | 101:23 - 102:3 | |
| | | 102:11 - 102:17 | |
| | | 102:20 | |
| | | 102:22 - 103:3 | |
| | | 104:9 - 105:11 | |
| | | 108:1 - 108:8 | |
| | | 109:19 - 111:12 | |

Exhibit 11 page 22

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 112:18 - 112:23 | |
| | | 114:6 - 114:20 | |
| | | 117:24 - 118:9 | |
| | | 119:4 - 119:11 | |
| | | 119:13 - 119:17 | |
| | | 120:17 - 121:5 | |
| | | 121:10 - 121:11 | |
| | | 121:13 - 122:1 | |
| | | 122:21 - 122:22 | |
| | | 122:24 - 123:4 | |
| | | 123:7 | |
| | | 123:23 - 124:12 | |
| | | 124:15 | |
| | | 125:9 - 125:11 | |
| | | 125:14 - 125:17 | |
| | | 125:21 | |
| | | 127:4 - 127:7 | |
| | | 127:9 - 127:11 | |

Exhibit 11 page 23

RLF1-3024703-1

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| Carey, William S. | 10/14/2005 | 3:8 - 3:11 | 78:22 - 78:23 |
| | | 5:14 - 6:11 | 89:5 - 89:6 |
| | | 7:14 - 7:17 | 94:18 - 94:19 |
| | | 18:18 - 18:24 | 118:13 - 118:14 |
| | | 19:5 - 19:9 | 119:16 - 119:18 |
| | | 19:12 - 19:13 | 119:22 - 119:24 |
| | | 61:15 - 61:17 | 121:18 - 121:19 |
| | | 61:20 - 62:1 | 129:14 - 129:16 |
| | | 62:3 - 62:7 | |
| | | 62:9 - 62:13 | |
| | | 62:16 - 62:17 | |
| | | 62:19 - 63:17 | |
| | | 63:20 - 64:3 | |
| | | 64:7 - 64:9 | |
| | | 88:10 - 89:4 | |
| | | 89:7 - 91:6 | |
| | | 91:9 - 91:21 | |
| | | 91:24 - 92:3 | |
| | | 92:6 - 92:8 | |
| | | 94:10 - 94:13 | |
| | | 94:16 - 94:17 | |
| | | 99:5 - 99:15 | |
| | | 99:17 - 99:20 | |
| | | 99:22 - 100:1 | |
| | | 100:4 - 100:5 | |
| | | 102:19 - 102:21 | |
| | | 103:1 - 103:2 | |
| | | 103:17 - 103:24 | |
| | | 117:19 - 117:22 | |

**Exhibit 11 page 24**

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 118:7 - 118:12 | |
| | | 118:15 - 118:20 | |
| | | 118:22 - 118:23 | |
| | | 119:4 - 119:11 | |
| | | 119:14 - 119:15 | |
| | | 120:21 - 120:22 | |
| | | 121:2 - 121:5 | |
| | | 121:8 - 121:10 | |
| | | 121:15 - 121:17 | |
| | | 121:20 - 121:22 | |
| | | 121:24 - 122:6 | |
| | | 126:13 - 126:14 | |
| | | 128:20 - 128:23 | |
| | | 129:4 - 129:13 | |
| | | 129:17 - 129:21 | |
| | | 130:1 - 130:7 | |
| | | 130:11 - 130:19 | |
| | | 130:23 - 131:16 | |
| | | 131:19 - 131:22 | |
| | | 133:14 - 134:20 | |
| | | 137:4 - 137:9 | |
| | | 150:1 - 150:3 | |
| | | 150:6 - 150:11 | |

**Exhibit 11 page 25**

RLF1-3024703-1

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| Davis, James R. | 8/9/2005 | 4:23 - 5:3 | 29:3 - 29:14 |
| | | 6:4 - 6:8 | 31:7 - 31:20 |
| | | 7:2 - 8:6 | 48:11 - 49:4 |
| | | 9:8 - 9:18 | 71:17 |
| | | 10:19 - 10:20 | 74:5 |
| | | 10:22 - 11:5 | 74:10 |
| | | 15:2 - 17:14 | 74:16 |
| | | 24:15 - 25:10 | 74:22 |
| | | 27:17 - 27:19 | 75:3 - 75:4 |
| | | 27:21 - 28:7 | 75:10 |
| | | 28:18 - 28:21 | 77:24 - 78:1 |
| | | 29:21 - 30:9 | 78:4 - 78:5 |
| | | 31:21 - 32:2 | 91:6 - 91:17 |
| | | 37:19 - 38:9 | 117:9 - 118:14 |
| | | 39:7 - 39:22 | 131:19 - 132:2 |
| | | 47:11 - 48:10 | 149:21 - 150:3 |
| | | 49:5 - 49:14 | 223:20 - 224:21 |
| | | 51:1 - 51:18 | 225:23 - 225:24 |
| | | 53:13 - 54:7 | 232:23 - 233:8 |
| | | 55:20 - 55:21 | |
| | | 55:23 - 56:5 | |
| | | 59:5 - 59:9 | |
| | | 60:2 - 60:23 | |
| | | 61:19 - 62:12 | |
| | | 63:22 - 64:22 | |
| | | 68:7 - 68:15 | |
| | | 71:7 - 71:9 | |
| | | 71:13 - 71:16 | |
| | | 71:18 - 71:24 | |

**Exhibit 11 page 26**

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 72:2 - 72:15 | |
| | | 72:22 - 72:23 | |
| | | 73:2 - 73:12 | |
| | | 74:3 - 74:4 | |
| | | 74:6 - 74:9 | |
| | | 74:11 - 74:15 | |
| | | 74:17 - 74:21 | |
| | | 74:23 - 75:2 | |
| | | 75:5 - 75:9 | |
| | | 75:11 - 75:12 | |
| | | 85:11 - 85:22 | |
| | | 85:24 - 86:2 | |
| | | 86:7 - 86:9 | |
| | | 86:14 - 87:1 | |
| | | 87:3 - 87:6 | |
| | | 87:18 - 88:2 | |
| | | 88:10 - 88:14 | |
| | | 88:19 - 89:4 | |
| | | 89:11 - 89:14 | |
| | | 90:22 - 91:5 | |
| | | 93:17 - 93:21 | |
| | | 95:2 - 95:14 | |
| | | 107:23 - 108:1 | |
| | | 108:15 - 111:3 | |
| | | 111:11 - 113:5 | |
| | | 116:7 - 117:8 | |
| | | 121:23 - 122:1 | |
| | | 123:16 - 123:24 | |
| | | 124:15 - 125:17 | |

**Exhibit 11 page 27**

RLF1-3024703-1

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 126:7 - 126:18 | |
| | | 127:5 - 127:9 | |
| | | 127:15 - 127:23 | |
| | | 130:23 - 131:18 | |
| | | 133:24 - 134:8 | |
| | | 138:4 - 138:6 | |
| | | 138:16 - 138:23 | |
| | | 139:19 - 140:13 | |
| | | 144:12 - 144:14 | |
| | | 144:18 - 144:23 | |
| | | 145:4 - 145:10 | |
| | | 145:17 - 147:3 | |
| | | 149:5 - 149:20 | |
| | | 150:8 - 150:14 | |
| | | 151:11 - 151:16 | |
| | | 154:9 - 157:20 | |
| | | 158:7 - 163:9 | |
| | | 176:12 - 185:23 | |
| | | 222:21 - 222:22 | |
| | | 223:3 - 223:19 | |
| | | 224:22 - 225:7 | |
| | | 225:12 - 225:22 | |
| | | 231:22 - 232:22 | |
| | | 233:9 - 234:17 | |

Exhibit 11 page 28

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| Gelman, Robert A. | 7/1/2005, 30(b)(6) | 3:15 - 3:17 | 13:15 |
| | | 4:15 - 4:20 | 13:23 - 14:1 |
| | | 7:13 - 7:21 | 19:4 - 19:6 |
| | | 8:10 - 8:16 | 25:9 - 25:12 |
| | | 9:1 - 9:4 | 26:18 - 26:19 |
| | | 10:7 - 10:9 | 29:2 - 29:3 |
| | | 10:22 - 10:24 | 29:7 - 29:8 |
| | | 12:23 - 13:11 | 33:18 - 33:20 |
| | | 18:24 - 19:3 | 41:14 - 41:15 |
| | | 19:7 - 20:7 | 42:4 - 42:8 |
| | | 20:16 - 21:12 | 50:8 - 50:9 |
| | | 22:3 - 22:9 | 51:21 - 51:22 |
| | | 23:5 - 23:7 | 65:8 - 65:10 |
| | | 23:16 - 24:11 | 73:7 - 73:9 |
| | | 24:14 - 24:24 | 95:22 - 95:24 |
| | | 25:5 - 25:8 | 96:18 - 96:20 |
| | | 25:13 | 102:4 - 102:6 |
| | | 25:16 - 25:20 | 103:7 - 103:8 |
| | | 25:23 | 103:14 - 103:15 |
| | | 26:2 - 26:17 | 104:2 |
| | | 26:20 - 27:7 | 104:15 - 104:16 |
| | | 27:11 - 28:13 | 105:13 - 105:16 |
| | | 28:17 - 29:1 | 112:13 - 112:15 |
| | | 29:4 - 29:6 | 113:3 - 113:5 |
| | | 29:9 - 29:14 | 119:18 - 119:20 |
| | | 29:19 - 29:24 | 121:8 - 121:21 |
| | | 30:3 - 30:21 | 122:16 - 122:17 |
| | | 31:2 - 32:1 | 133:8 - 133:10 |
| | | 32:5 - 32:7 | 134:17 - 134:18 |

Exhibit 11 page 29

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|----------|------|---------------------|-----------------------------------------------|
| | | 32:20 - 33:1 | 136:10 - 136:12 |
| | | 33:15 - 33:17 | 140:24 - 141:1 |
| | | 33:21 - 34:5 | 142:14 - 142:16 |
| | | 34:8 - 34:21 | 148:4 - 148:16 |
| | | 35:2 - 36:5 | 162:24 - 163:7 |
| | | 36:8 - 36:11 | 172:14 - 172:15 |
| | | 37:8 - 39:9 | 175:11 - 175:13 |
| | | 40:15 - 41:6 | 176:14 - 176:16 |
| | | 41:9 - 41:13 | 187:22 - 187:24 |
| | | 41:16 - 42:3 | 194:2 - 194:4 |
| | | 42:9 - 42:17 | 194:9 |
| | | 42:19 - 43:3 | 205:15 - 205:19 |
| | | 43:12 - 43:14 | 212:3 - 212:4 |
| | | 43:19 - 44:3 | 219:13 - 219:14 |
| | | 44:18 - 44:21 | 221:17 - 221:19 |
| | | 45:12 - 46:4 | 222:7 - 222:9 |
| | | 46:8 - 47:4 | 222:21 - 222:23 |
| | | 47:7 - 47:11 | 223:24 - 224:1 |
| | | 48:1 - 49:5 | 224:6 |
| | | 49:17 - 50:7 | 224:14 - 224:15 |
| | | 50:10 - 51:20 | 224:22 - 224:23 |
| | | 51:23 - 52:1 | 225:6 - 225:12 |
| | | 55:3 - 55:11 | 228:4 - 228:22 |
| | | 59:21 - 60:1 | 229:2 - 229:3 |
| | | 62:24 - 63:6 | 229:5 - 229:6 |
| | | 63:16 - 63:19 | 229:9 - 229:13 |
| | | 63:21 - 64:13 | 230:4 - 230:5 |
| | | 65:6 - 65:7 | 230:9 - 230:11 |
| | | 65:11 - 66:7 | 230:15 - 230:17 |

**Exhibit 11 page 30**

Testimony Designated by Ciba
Including Joint Hercules and Cytec Counter-Designations

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 67:23 - 68:8 | 230:21 - 231:1 |
| | | 68:15 - 69:13 | 234:24 - 235:2 |
| | | 70:18 - 70:24 | 235:6 - 235:7 |
| | | 71:17 - 71:20 | 237:11 - 237:12 |
| | | 72:3 - 72:7 | 242:21 - 242:23 |
| | | 73:1 - 73:6 | 243:7 - 243:8 |
| | | 73:10 - 73:12 | 243:16 - 243:17 |
| | | 74:6 - 74:11 | 245:3 - 245:5 |
| | | 74:19 - 75:10 | 246:15 - 246:17 |
| | | 76:5 - 76:9 | 248:18 - 248:19 |
| | | 77:4 - 77:20 | 249:15 - 249:17 |
| | | 78:3 - 78:14 | 249:22 - 249:23 |
| | | 78:21 - 78:22 | 252:5 - 252:6 |
| | | 79:1 - 79:3 | 253:19 - 253:20 |
| | | 80:16 - 81:7 | 255:3 - 255:5 |
| | | 82:12 - 82:20 | 255:24 - 256:1 |
| | | 91:21 - 92:6 | 260:13 - 260:14 |
| | | 92:9 - 92:10 | |
| | | 94:10 - 94:17 | |
| | | 94:21 - 94:24 | |
| | | 95:14 - 95:21 | |
| | | 96:1 - 96:17 | |
| | | 96:21 - 96:22 | |
| | | 98:3 - 98:6 | |
| | | 98:10 - 98:16 | |
| | | 98:19 - 99:5 | |
| | | 99:15 - 99:23 | |
| | | 100:2 - 100:6 | |
| | | 101:3 | |

Exhibit 11 page 31

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 101:6 - 102:3 | |
| | | 102:7 - 102:22 | |
| | | 103:2 - 103:6 | |
| | | 103:9 - 103:13 | |
| | | 103:16 - 104:1 | |
| | | 104:3 | |
| | | 104:6 | |
| | | 104:13 - 104:14 | |
| | | 104:17 - 104:19 | |
| | | 104:22 | |
| | | 105:7 - 105:12 | |
| | | 105:17 - 106:19 | |
| | | 107:16 - 107:18 | |
| | | 107:21 - 107:23 | |
| | | 108:9 - 108:13 | |
| | | 108:19 - 108:21 | |
| | | 112:8 - 112:12 | |
| | | 112:16 - 113:2 | |
| | | 113:8 - 113:13 | |
| | | 113:21 - 114:2 | |
| | | 114:6 - 114:13 | |
| | | 115:24 - 116:10 | |
| | | 116:15 - 116:24 | |
| | | 117:14 - 118:9 | |
| | | 118:24 - 119:10 | |
| | | 119:13 - 119:17 | |
| | | 119:21 - 119:23 | |
| | | 120:1 - 120:6 | |
| | | 121:3 - 121:7 | |

**Exhibit 11 page 32**

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 121:15 - 121:17 | |
| | | 121:22 - 122:15 | |
| | | 122:18 - 122:19 | |
| | | 123:9 - 123:13 | |
| | | 126:9 - 126:19 | |
| | | 129:4 - 129:15 | |
| | | 129:18 - 130:3 | |
| | | 130:7 - 130:8 | |
| | | 130:10 - 130:14 | |
| | | 130:24 - 131:3 | |
| | | 131:7 - 131:9 | |
| | | 132:3 - 132:6 | |
| | | 132:10 - 132:13 | |
| | | 132:16 - 133:7 | |
| | | 133:11 - 133:14 | |
| | | 133:22 - 134:16 | |
| | | 134:19 - 135:11 | |
| | | 135:15 - 136:9 | |
| | | 136:13 - 136:23 | |
| | | 137:2 - 137:12 | |
| | | 137:15 | |
| | | 137:17 - 138:5 | |
| | | 138:13 - 138:16 | |
| | | 139:3 - 139:11 | |
| | | 139:14 - 140:8 | |
| | | 140:11 - 140:22 | |
| | | 141:3 - 141:18 | |
| | | 141:22 - 142:13 | |
| | | 142:17 | |

**Exhibit 11 page 33**

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 142:19 - 142:21 | |
| | | 142:24 - 143:2 | |
| | | 143:6 - 143:11 | |
| | | 143:14 | |
| | | 143:23 - 144:1 | |
| | | 144:6 - 144:7 | |
| | | 144:12 - 144:15 | |
| | | 144:19 - 144:22 | |
| | | 146:2 - 146:7 | |
| | | 148:17 - 149:21 | |
| | | 149:24 - 151:1 | |
| | | 151:23 - 152:11 | |
| | | 152:14 - 152:15 | |
| | | 154:7 - 154:21 | |
| | | 155:1 - 155:3 | |
| | | 155:5 | |
| | | 161:6 - 161:10 | |
| | | 161:14 - 161:15 | |
| | | 161:19 - 161:23 | |
| | | 162:2 - 162:4 | |
| | | 162:10 - 162:23 | |
| | | 163:8 - 163:9 | |
| | | 163:13 - 163:20 | |
| | | 166:18 - 166:24 | |
| | | 170:5 - 170:10 | |
| | | 170:20 - 170:23 | |
| | | 171:2 - 171:5 | |
| | | 172:11 - 172:13 | |
| | | 172:18 - 172:22 | |

Exhibit 11 page 34

RLF1-3024703-1

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 173:1 - 174:6 | |
| | | 174:22 - 175:10 | |
| | | 175:14 - 176:13 | |
| | | 176:17 - 176:21 | |
| | | 177:1 - 177:12 | |
| | | 177:15 - 177:24 | |
| | | 178:4 - 178:13 | |
| | | 179:22 - 179:24 | |
| | | 180:3 | |
| | | 181:22 - 182:1 | |
| | | 185:4 - 185:15 | |
| | | 185:18 - 186:1 | |
| | | 186:4 - 186:9 | |
| | | 186:12 - 186:16 | |
| | | 187:16 - 187:21 | |
| | | 188:1 - 188:14 | |
| | | 188:17 - 188:24 | |
| | | 193:24 - 194:1 | |
| | | 194:5 - 194:8 | |
| | | 194:10 - 194:11 | |
| | | 195:3 - 195:7 | |
| | | 195:14 - 195:16 | |
| | | 195:22 - 196:15 | |
| | | 196:22 - 197:3 | |
| | | 197:6 - 197:20 | |
| | | 197:23 - 198:2 | |
| | | 198:6 - 198:13 | |
| | | 201:1 - 201:5 | |
| | | 201:15 - 203:12 | |

**Exhibit 11 page 35**

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 203:20 - 204:4 | |
| | | 205:12 - 205:14 | |
| | | 206:7 - 206:17 | |
| | | 207:23 - 208:24 | |
| | | 209:5 - 209:20 | |
| | | 209:24 - 210:2 | |
| | | 212:1 - 212:2 | |
| | | 212:5 - 212:11 | |
| | | 212:15 | |
| | | 213:1 - 213:15 | |
| | | 213:18 - 214:1 | |
| | | 217:16 - 218:4 | |
| | | 218:10 - 218:14 | |
| | | 218:21 - 218:22 | |
| | | 219:1 - 219:7 | |
| | | 219:9 - 219:12 | |
| | | 219:24 - 220:2 | |
| | | 220:5 - 220:8 | |
| | | 220:12 - 220:24 | |
| | | 221:5 - 221:14 | |
| | | 221:20 - 222:3 | |
| | | 222:11 - 222:20 | |
| | | 222:24 - 223:10 | |
| | | 223:13 - 223:14 | |
| | | 224:4 - 224:5 | |
| | | 224:7 - 224:13 | |
| | | 224:16 - 224:21 | |
| | | 225:13 - 225:19 | |
| | | 227:1 - 227:8 | |

**Exhibit 11 page 36**

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 228:23 - 229:1 | |
| | | 229:4 | |
| | | 229:14 - 229:22 | |
| | | 230:2 - 230:3 | |
| | | 230:12 - 230:14 | |
| | | 231:2 - 231:5 | |
| | | 231:8 - 231:9 | |
| | | 231:12 - 232:2 | |
| | | 232:5 - 232:10 | |
| | | 233:3 - 233:4 | |
| | | 234:2 - 234:4 | |
| | | 234:7 - 234:12 | |
| | | 234:15 - 234:23 | |
| | | 235:8 - 235:16 | |
| | | 235:20 - 236:6 | |
| | | 236:9 - 236:15 | |
| | | 236:19 - 237:10 | |
| | | 237:13 - 237:21 | |
| | | 238:1 - 238:8 | |
| | | 238:21 - 238:23 | |
| | | 239:2 - 239:7 | |
| | | 239:24 - 240:22 | |
| | | 241:3 - 241:4 | |
| | | 241:8 - 241:9 | |
| | | 241:16 - 241:20 | |
| | | 241:23 - 242:20 | |
| | | 242:24 - 243:6 | |
| | | 243:9 - 243:15 | |
| | | 243:18 - 244:4 | |

**Exhibit 11 page 37**

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|----------|------|---------------------|-----------------------------------------------|
|          |      | 244:7 - 245:2       |                                               |
|          |      | 245:6 - 245:15      |                                               |
|          |      | 246:2 - 246:14      |                                               |
|          |      | 246:18 - 248:6      |                                               |
|          |      | 248:15 - 248:17     |                                               |
|          |      | 248:20 - 249:14     |                                               |
|          |      | 249:18 - 249:21     |                                               |
|          |      | 249:24 - 250:10     |                                               |
|          |      | 250:23 - 251:16     |                                               |
|          |      | 251:20 - 251:21     |                                               |
|          |      | 252:1 - 252:4       |                                               |
|          |      | 252:7 - 253:18      |                                               |
|          |      | 253:21 - 254:14     |                                               |
|          |      | 254:20 - 255:2      |                                               |
|          |      | 255:6 - 255:23      |                                               |
|          |      | 256:2 - 256:5       |                                               |
|          |      | 258:19 - 259:15     |                                               |
|          |      | 259:21 - 260:12     |                                               |
|          |      | 260:15 - 260:23     |                                               |
|          |      | 261:3 - 261:13      |                                               |
|          |      | 261:16              |                                               |
|          |      | 262:11 - 262:16     |                                               |

**Exhibit 11 page 38**

RLF1-3024703-1

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| Gelman, Robert A. | 9/27/2005 | 3:18 - 3:24 | 41:10 |
| | | 9:11 - 9:16 | 45:19 – 45:20 |
| | | 9:21 - 10:7 | 46:11 |
| | | 11:17 - 12:2 | 86:10 |
| | | 12:10 - 13:1 | 100:7 |
| | | 14:18 - 14:24 | 104:8 |
| | | 15:3 - 15:8 | 105:6 - 105:7 |
| | | 15:18 - 16:10 | 105:16 |
| | | 27:4 - 27:8 | 107:2 |
| | | 28:2 - 28:10 | 113:8 |
| | | 29:23 - 30:1 | 126:8 |
| | | 31:5 - 31:6 | 130:13 - 130:16 |
| | | 31:8 - 31:12 | 137:5 |
| | | 32:3 - 32:19 | 139:18 |
| | | 34:17 - 35:10 | 154:4 |
| | | 37:15 - 38:3 | 154:20 |
| | | 39:22 - 41:9 | 174:9 |
| | | 41:11 - 42:16 | 186:5 |
| | | 43:9 - 45:1 | 186:15 |
| | | 45:13 - 45:18 | 189:23 |
| | | 45:21 - 46:1 | 190:17 |
| | | 46:8 - 46:10 | 191:9 |
| | | 46:12 | 192:8 |
| | | 52:9 - 52:13 | 193:5 |
| | | 52:17 - 52:19 | 211:15 |
| | | 53:7 - 53:18 | 221:15 |
| | | 54:4 - 54:7 | 238:7 |
| | | 55:9 - 55:18 | 246:14 - 246:19 |
| | | 55:23 - 56:1 | |

**Exhibit 11 page 39**

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 56:3 - 56:5 | |
| | | 56:7 | |
| | | 59:16 - 59:20 | |
| | | 59:24 - 60:18 | |
| | | 60:24 - 62:3 | |
| | | 64:5 - 65:4 | |
| | | 65:18 - 65:21 | |
| | | 66:2 - 66:8 | |
| | | 67:23 - 68:19 | |
| | | 70:14 - 70:24 | |
| | | 71:2 - 71:7 | |
| | | 71:10 | |
| | | 75:17 - 76:3 | |
| | | 76:7 - 76:12 | |
| | | 83:12 - 83:15 | |
| | | 83:19 - 83:22 | |
| | | 86:1 - 86:9 | |
| | | 86:11 | |
| | | 94:7 - 94:21 | |
| | | 99:12 - 100:6 | |
| | | 100:8 - 100:21 | |
| | | 101:6 - 102:7 | |
| | | 102:12 - 102:16 | |
| | | 102:19 - 103:15 | |
| | | 103:21 - 104:7 | |
| | | 104:9 - 105:5 | |
| | | 105:8 - 105:15 | |
| | | 105:17 - 106:17 | |
| | | 107:3 - 107:12 | |

**Exhibit 11 page 40**

RLF1-3024703-1

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 110:7 - 112:15 | |
| | | 112:17 - 113:7 | |
| | | 113:9 - 114:1 | |
| | | 114:7 - 114:10 | |
| | | 116:11 - 116:14 | |
| | | 116:21 - 116:23 | |
| | | 119:2 - 119:17 | |
| | | 122:18 - 122:22 | |
| | | 122:24 - 123:13 | |
| | | 124:6 - 124:12 | |
| | | 124:16 - 125:3 | |
| | | 125:13 - 125:21 | |
| | | 126:5 - 126:7 | |
| | | 126:9 | |
| | | 128:22 - 129:3 | |
| | | 129:5 - 129:9 | |
| | | 129:13 - 130:12 | |
| | | 133:1 - 133:12 | |
| | | 134:19 - 134:22 | |
| | | 135:3 | |
| | | 135:13 - 136:23 | |
| | | 137:1 - 137:4 | |
| | | 137:6 - 137:7 | |
| | | 138:5 - 138:13 | |
| | | 139:14 - 139:17 | |
| | | 139:19 | |
| | | 139:23 | |
| | | 140:2 - 140:21 | |
| | | 148:1 - 148:24 | |

**Exhibit 11 page 41**

Testimony Designated by Ciba
Including Joint Hercules and Cytec Counter-Designations

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 154:1 - 154:3 | |
| | | 154:5 | |
| | | 154:17 - 154:19 | |
| | | 154:21 - 155:24 | |
| | | 156:9 - 156:12 | |
| | | 156:22 - 157:2 | |
| | | 157:5 - 157:13 | |
| | | 159:5 - 159:13 | |
| | | 159:23 - 160:7 | |
| | | 160:20 - 160:23 | |
| | | 161:1 - 161:3 | |
| | | 162:18 - 163:1 | |
| | | 165:7 - 166:24 | |
| | | 167:9 - 169:21 | |
| | | 169:23 | |
| | | 171:15 - 172:1 | |
| | | 172:19 - 172:21 | |
| | | 173:3 - 173:4 | |
| | | 173:6 - 173:9 | |
| | | 173:11 - 174:8 | |
| | | 174:10 | |
| | | 176:5 - 176:13 | |
| | | 177:10 - 178:23 | |
| | | 179:5 - 180:5 | |
| | | 180:7 - 180:22 | |
| | | 181:1 - 181:18 | |
| | | 181:24 - 182:1 | |
| | | 182:3 - 182:9 | |
| | | 182:19 - 182:23 | |

Exhibit 11 page 42

Testimony Designated by Ciba
Including Joint Hercules and Cytec Counter-Designations

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 183:1 - 184:1 | |
| | | 184:21 - 186:4 | |
| | | 186:6 - 186:14 | |
| | | 186:16 - 187:14 | |
| | | 188:19 - 189:3 | |
| | | 189:13 - 189:22 | |
| | | 189:24 - 190:16 | |
| | | 190:18 - 190:21 | |
| | | 190:24 - 191:3 | |
| | | 191:7 - 191:8 | |
| | | 191:10 - 191:19 | |
| | | 191:22 - 192:1 | |
| | | 192:3 - 192:7 | |
| | | 192:9 - 193:2 | |
| | | 193:4 | |
| | | 193:6 - 193:20 | |
| | | 194:8 - 194:15 | |
| | | 195:6 - 195:17 | |
| | | 195:22 - 195:24 | |
| | | 196:7 - 196:19 | |
| | | 197:12 - 197:16 | |
| | | 198:15 - 200:14 | |
| | | 208:16 - 208:22 | |
| | | 211:21 - 212:14 | |
| | | 212:19 - 213:16 | |
| | | 217:4 - 217:12 | |
| | | 217:16 - 218:22 | |
| | | 219:12 - 220:24 | |
| | | 221:5 - 221:14 | |

Exhibit 11 page 43

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 221:16 - 222:3 | |
| | | 223:12 - 223:18 | |
| | | 223:21 - 223:22 | |
| | | 224:12 - 224:21 | |
| | | 230:5 - 231:1 | |
| | | 231:4 - 231:5 | |
| | | 232:1 - 232:5 | |
| | | 232:12 - 232:21 | |
| | | 233:4 - 234:3 | |
| | | 236:4 - 237:8 | |
| | | 237:16 - 237:17 | |
| | | 237:19 - 238:6 | |
| | | 238:8 - 238:16 | |
| | | 242:21 - 244:1 | |
| | | 246:20 - 247:12 | |
| | | 247:14 - 248:10 | |

Exhibit 11 page 44

RLF1-3024703-1

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| Greenshields, James N. | 10/27/2005 | 3:13 - 3:16 | 62:2 - 62:3 |
| | | 56:17 - 57:15 | 62:15 |
| | | 57:18 - 57:20 | 62:18 |
| | | 59:10 - 59:13 | 63:4 - 63:5 |
| | | 60:7 - 60:13 | 63:9 |
| | | 60:15 - 60:19 | 63:21 - 63:22 |
| | | 60:21 - 62:1 | 64:1 - 64:2 |
| | | 62:4 - 62:14 | 70:24 - 71:1 |
| | | 62:16 - 62:17 | 71:5 - 71:6 |
| | | 62:19 - 63:3 | 71:12 - 71:16 |
| | | 63:6 - 63:8 | 82:9 - 82:10 |
| | | 63:10 - 63:20 | 83:9 - 83:13 |
| | | 63:23 - 63:24 | 83:15 - 84:1 |
| | | 64:3 - 64:16 | 95:17 - 95:18 |
| | | 70:20 - 70:23 | 96:12 - 96:13 |
| | | 71:2 - 71:4 | 99:16 - 99:17 |
| | | 73:12 - 74:1 | 100:12 - 100:13 |
| | | 80:15 - 80:20 | 100:17 - 100:18 |
| | | 80:23 - 81:1 | 102:16 - 102:17 |
| | | 81:16 - 81:18 | 104:3 - 104:4 |
| | | 82:6 - 82:8 | 105:6 - 105:7 |
| | | 82:11 - 82:14 | 106:7 - 106:8 |
| | | 87:17 - 87:23 | 107:20 - 107:21 |
| | | 90:9 - 90:12 | 108:6 - 108:7 |
| | | 90:20 - 91:3 | 113:2 - 113:3 |
| | | 91:5 | 113:18 - 113:19 |
| | | 92:6 - 92:9 | 114:3 - 114:4 |
| | | 94:11 - 95:16 | 114:10 - 114:11 |
| | | 95:19 - 96:11 | 116:16 - 116:17 |

**Exhibit 11 page 45**

Testimony Designated by Ciba
Including Joint Hercules and Cytec Counter-Designations

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 96:14 - 96:17 | 117:6 - 117:7 |
| | | 97:18 - 97:24 | 117:14 - 117:15 |
| | | 98:3 - 98:19 | 117:22 - 117:23 |
| | | 99:2 - 99:15 | 123:3 - 123:4 |
| | | 99:18 - 100:11 | 123:10 - 123:11 |
| | | 100:14 - 100:16 | 124:4 - 124:5 |
| | | 100:19 - 101:7 | 138:14 - 138:15 |
| | | 101:10 - 101:13 | 170:6 - 170:11 |
| | | 101:17 - 101:18 | 170:16 - 170:23 |
| | | 101:21 - 101:22 | 171:2 - 171:4 |
| | | 102:1 - 102:15 | 171:8 - 171:9 |
| | | 102:18 - 103:3 | 173:21 - 173:22 |
| | | 103:6 - 103:14 | 175:9 - 175:10 |
| | | 103:23 - 104:2 | 175:15 - 175:16 |
| | | 104:5 - 104:13 | 177:10 - 177:11 |
| | | 104:20 - 105:5 | 178:24 - 179:7 |
| | | 105:8 | 183:2 |
| | | 105:11 - 105:20 | 185:8 - 185:9 |
| | | 105:24 - 106:6 | 187:18 - 187:19 |
| | | 106:9 - 106:15 | 188:8 - 188:9 |
| | | 106:18 - 106:24 | 194:16 - 194:17 |
| | | 107:3 - 107:8 | 195:9 - 195:10 |
| | | 107:11 - 107:19 | 195:15 - 195:16 |
| | | 107:22 - 108:5 | 195:20 - 195:21 |
| | | 108:8 - 108:15 | 210:1 - 210:2 |
| | | 108:24 - 109:8 | 210:20 - 210:21 |
| | | 109:11 | 211:9 - 211:10 |
| | | 109:15 - 109:21 | 211:20 - 211:21 |
| | | 109:24 - 110:3 | 212:14 - 212:15 |

Exhibit 11 page 46

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 110:6 - 111:11 | 214:9 - 214:10 |
| | | 111:14 - 111:18 | 214:16 - 214:17 |
| | | 111:21 - 112:1 | 215:5 - 215:6 |
| | | 112:4 - 112:11 | 215:10 - 215:11 |
| | | 112:15 - 112:17 | 215:18 - 215:19 |
| | | 112:21 - 113:1 | 216:3 - 216:4 |
| | | 113:4 - 113:17 | 216:9 - 216:10 |
| | | 113:20 - 114:2 | 217:9 - 217:10 |
| | | 114:6 - 114:9 | 217:15 - 217:16 |
| | | 114:12 | 217:20 - 217:21 |
| | | 114:23 - 115:5 | |
| | | 115:8 - 115:10 | |
| | | 115:18 - 116:15 | |
| | | 116:18 | |
| | | 117:2 - 117:5 | |
| | | 117:8 - 117:13 | |
| | | 117:16 - 117:21 | |
| | | 117:24 | |
| | | 118:21 - 119:21 | |
| | | 120:13 - 120:20 | |
| | | 120:23 | |
| | | 121:16 - 121:19 | |
| | | 121:22 | |
| | | 122:7 - 122:11 | |
| | | 122:14 - 123:2 | |
| | | 123:5 - 123:9 | |
| | | 123:12 | |
| | | 123:22 - 124:3 | |
| | | 124:6 | |

**Exhibit 11 page 47**

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 127:6 - 127:15 | |
| | | 130:24 - 131:6 | |
| | | 131:9 - 131:15 | |
| | | 131:18 - 132:15 | |
| | | 132:18 - 133:1 | |
| | | 133:10 - 133:11 | |
| | | 133:14 - 134:7 | |
| | | 134:10 - 135:3 | |
| | | 135:6 - 135:22 | |
| | | 136:1 - 136:17 | |
| | | 136:20 - 136:24 | |
| | | 137:22 - 138:2 | |
| | | 138:5 - 138:13 | |
| | | 138:16 - 138:20 | |
| | | 138:23 - 139:4 | |
| | | 156:23 - 157:6 | |
| | | 157:9 - 160:21 | |
| | | 160:24 - 161:5 | |
| | | 161:8 - 161:10 | |
| | | 163:3 - 163:9 | |
| | | 163:12 - 164:7 | |
| | | 164:10 - 164:11 | |
| | | 164:21 - 165:1 | |
| | | 165:4 - 165:7 | |
| | | 165:15 - 165:18 | |
| | | 165:21 - 166:7 | |
| | | 166:19 - 167:1 | |
| | | 167:4 - 167:10 | |
| | | 167:13 | |

**Exhibit 11 page 48**

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 167:20 - 168:14 | |
| | | 168:17 - 168:24 | |
| | | 169:3 - 169:10 | |
| | | 169:13 - 170:5 | |
| | | 171:5 - 171:7 | |
| | | 171:10 - 173:20 | |
| | | 173:23 - 175:8 | |
| | | 175:11 - 175:14 | |
| | | 175:17 - 175:24 | |
| | | 176:3 - 177:9 | |
| | | 177:12 - 177:15 | |
| | | 178:10 - 178:13 | |
| | | 178:16 | |
| | | 181:4 - 181:12 | |
| | | 181:23 - 181:24 | |
| | | 182:13 - 183:1 | |
| | | 183:3 - 184:24 | |
| | | 185:3 - 185:7 | |
| | | 185:10 - 185:11 | |
| | | 187:7 - 187:17 | |
| | | 187:20 - 188:7 | |
| | | 188:10 - 188:24 | |
| | | 194:8 - 194:9 | |
| | | 194:12 - 194:15 | |
| | | 194:18 - 194:22 | |
| | | 195:1 - 195:8 | |
| | | 195:11 - 195:14 | |
| | | 195:17 - 195:19 | |
| | | 195:22 - 196:1 | |

**Exhibit 11 page 49**