# EXHIBIT 11

## Part 2

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 196:18 - 197:14 | |
| | | 198:21 - 200:16 | |
| | | 202:18 - 205:11 | |
| | | 205:19 - 206:1 | |
| | | 206:4 - 206:6 | |
| | | 206:9 - 207:2 | |
| | | 207:10 - 207:18 | |
| | | 207:21 - 208:13 | |
| | | 208:16 - 208:19 | |
| | | 208:22 - 209:1 | |
| | | 209:4 - 209:15 | |
| | | 209:20 - 209:24 | |
| | | 210:3 - 210:19 | |
| | | 210:22 - 211:2 | |
| | | 211:6 - 211:8 | |
| | | 211:11 - 211:19 | |
| | | 211:22 - 211:24 | |
| | | 212:12 - 212:13 | |
| | | 212:16 - 212:20 | |
| | | 212:24 - 213:3 | |
| | | 213:7 - 213:8 | |
| | | 213:13 - 213:14 | |
| | | 213:16 - 213:17 | |
| | | 213:20 - 214:1 | |
| | | 214:4 - 214:6 | |
| | | 214:11 - 214:15 | |
| | | 214:18 - 214:22 | |
| | | 215:1 - 215:4 | |
| | | 215:7 - 215:9 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 215:13 - 215:17 | |
| | | 215:20 - 216:2 | |
| | | 216:5 - 216:8 | |
| | | 216:11 - 216:13 | |
| | | 217:5 - 217:8 | |
| | | 217:11 - 217:14 | |
| | | 217:17 - 217:19 | |
| | | 217:22 - 217:23 | |
| | | 218:18 - 218:22 | |
| | | 219:3 - 219:13 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| Harrington, John C. | 8/25/2005 | 4:3 - 4:23 | 52:2 - 53:9 |
| | | 5:5 - 5:14 | 88:24 |
| | | 6:3 - 6:7 | 101:14 - 101:15 |
| | | 8:8 - 8:14 | 102:13 |
| | | 10:15 - 10:23 | 102:24 - 103:1 |
| | | 11:5 - 11:15 | 106:23 |
| | | 31:19 - 32:9 | 117:12 - 117:13 |
| | | 33:11 - 34:2 | 179:23 |
| | | 37:21 - 38:19 | 181:3 |
| | | 39:2 - 39:18 | 196:1 |
| | | 39:22 - 40:10 | 196:3 |
| | | 40:20 - 42:5 | 206:17 - 206:19 |
| | | 44:1 - 45:21 | 206:21 - 207:14 |
| | | 45:23 - 47:13 | |
| | | 47:18 - 48:2 | |
| | | 50:5 - 52:1 | |
| | | 53:14 - 53:21 | |
| | | 54:1 - 54:7 | |
| | | 54:8 - 54:15 | |
| | | 54:16 - 55:4 | |
| | | 55:18 - 57:22 | |
| | | 57:24 - 58:10 | |
| | | 58:18 - 58:19 | |
| | | 59:14 - 59:20 | |
| | | 61:15 - 62:11 | |
| | | 63:15 - 63:24 | |
| | | 65:18 - 66:10 | |
| | | 66:12 - 66:22 | |
| | | 67:17 - 69:22 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 70:3 - 70:20 | |
| | | 71:1 - 71:4 | |
| | | 71:6 - 71:24 | |
| | | 73:12 - 75:2 | |
| | | 77:6 - 77:11 | |
| | | 77:18 - 79:22 | |
| | | 82:1 - 82:21 | |
| | | 83:7 - 83:13 | |
| | | 83:15 - 84:10 | |
| | | 84:12 - 84:18 | |
| | | 86:4 - 86:7 | |
| | | 86:9 - 87:5 | |
| | | 87:17 - 88:23 | |
| | | 89:1 - 89:4 | |
| | | 89:6 | |
| | | 90:14 - 90:17 | |
| | | 90:21 - 92:6 | |
| | | 92:17 - 94:10 | |
| | | 94:23 - 95:16 | |
| | | 95:20 - 96:1 | |
| | | 96:15 - 97:20 | |
| | | 97:22 - 99:2 | |
| | | 99:4 - 99:21 | |
| | | 99:23 - 101:6 | |
| | | 101:8 | |
| | | 101:11 - 101:13 | |
| | | 101:16 - 102:12 | |
| | | 102:14 - 102:23 | |
| | | 103:2 - 106:9 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 106:18 - 106:22 | |
| | | 106:24 - 110:11 | |
| | | 111:10 - 112:21 | |
| | | 112:23 - 113:2 | |
| | | 115:2 - 115:20 | |
| | | 116:1 - 117:9 | |
| | | 117:14 - 118:10 | |
| | | 118:12 - 119:13 | |
| | | 119:18 - 120:16 | |
| | | 120:22 - 121:22 | |
| | | 126:18 - 126:23 | |
| | | 127:4 - 128:12 | |
| | | 128:20 - 129:9 | |
| | | 131:8 - 131:17 | |
| | | 135:5 - 135:9 | |
| | | 135:11 - 135:15 | |
| | | 136:18 - 136:22 | |
| | | 137:2 - 137:6 | |
| | | 139:6 - 140:4 | |
| | | 140:6 - 141:5 | |
| | | 144:20 - 144:21 | |
| | | 145:24 - 146:9 | |
| | | 146:18 - 147:21 | |
| | | 148:10 - 149:9 | |
| | | 151:11 - 153:16 | |
| | | 153:19 - 154:10 | |
| | | 155:9 - 156:1 | |
| | | 156:15 - 156:18 | |
| | | 157:6 - 158:22 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 159:2 - 160:24 | |
| | | 161:2 | |
| | | 163:1 - 163:5 | |
| | | 163:11 - 165:17 | |
| | | 166:5 - 167:21 | |
| | | 169:22 - 170:14 | |
| | | 170:19 - 170:24 | |
| | | 171:2 - 171:15 | |
| | | 173:14 - 173:22 | |
| | | 173:24 - 174:12 | |
| | | 175:11 - 175:14 | |
| | | 177:16 - 178:5 | |
| | | 178:9 - 179:6 | |
| | | 179:8 - 179:22 | |
| | | 179:24 - 180:6 | |
| | | 180:9 - 180:12 | |
| | | 180:14 - 180:17 | |
| | | 180:19 - 181:2 | |
| | | 181:4 - 181:18 | |
| | | 184:4 - 185:2 | |
| | | 186:19 - 187:4 | |
| | | 187:8 - 188:4 | |
| | | 189:16 - 189:18 | |
| | | 189:20 - 189:21 | |
| | | 189:23 - 190:11 | |
| | | 193:8 - 194:4 | |
| | | 194:23 - 195:11 | |
| | | 195:22 - 195:24 | |
| | | 196:2 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 196:4 - 197:21 | |
| | | 197:23 - 198:7 | |
| | | 198:18 - 199:1 | |
| | | 199:7 - 199:16 | |
| | | 205:7 - 205:14 | |
| | | 205:18 - 206:16 | |
| | | 209:16 - 209:22 | |
| | | 210:6 - 210:8 | |
| | | 212:4 - 212:20 | |
| | | 214:17 - 215:3 | |
| | | 215:8 - 217:9 | |
| | | 223:19 - 224:21 | |
| | | 225:12 - 226:1 | |
| | | 226:22 - 227:3 | |
| | | 227:5 - 227:10 | |
| | | 227:22 - 228:22 | |
| | | 229:10 - 229:24 | |
| | | 230:20 - 233:2 | |
| | | 233:4 - 233:17 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| Harrington, John C. | 10/19/2005 | 244:6 - 244:14 | 247:18 - 247:19 |
| | | 244:19 - 244:22 | 249:24 - 250:1 |
| | | 245:1 - 245:10 | 250:10 - 250:19 |
| | | 246:16 - 246:22 | 251:15 - 251:16 |
| | | 246:24 - 247:2 | 263:3 |
| | | 247:4 - 247:7 | 263:8 - 263:9 |
| | | 247:9 - 247:17 | 263:14 - 263:19 |
| | | 247:20 - 248:11 | 289:9 - 289:10 |
| | | 248:15 - 248:17 | 291:1 |
| | | 248:19 - 248:20 | 292:5 - 292:8 |
| | | 248:22 - 249:18 | 293:14 - 293:15 |
| | | 249:22 - 249:23 | 294:22 - 295:4 |
| | | 250:2 - 250:9 | 295:16 - 295:18 |
| | | 250:20 - 250:21 | 299:18 |
| | | 250:24 - 251:14 | 299:21 |
| | | 251:17 | 300:13 - 300:14 |
| | | 252:15 - 252:22 | 301:11 - 301:13 |
| | | 262:9 - 262:11 | 307:14 - 307:15 |
| | | 262:13 - 263:2 | 309:4 |
| | | 263:4 - 263:5 | 309:7 - 309:11 |
| | | 265:8 - 265:21 | 309:19 - 309:20 |
| | | 266:1 - 266:16 | 310:1 - 310:2 |
| | | 278:7 - 278:8 | 311:13 |
| | | 278:19 - 278:21 | 319:11 - 319:13 |
| | | 279:12 - 279:14 | 336:17 - 336:24 |
| | | 287:5 - 287:9 | |
| | | 289:6 - 289:8 | |
| | | 289:11 - 289:13 | |
| | | 289:15 - 289:18 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 289:20 - 290:5 | |
| | | 290:7 - 290:10 | |
| | | 290:13 | |
| | | 290:14 - 290:15 | |
| | | 290:17 | |
| | | 290:23 - 290:24 | |
| | | 291:2 - 292:4 | |
| | | 292:11 - 292:15 | |
| | | 292:23 - 293:3 | |
| | | 293:5 - 293:7 | |
| | | 293:9 - 293:13 | |
| | | 293:16 - 293:22 | |
| | | 293:24 - 294:6 | |
| | | 294:7 - 294:21 | |
| | | 295:10 - 295:15 | |
| | | 295:19 - 296:2 | |
| | | 296:4 - 296:8 | |
| | | 296:24 - 297:3 | |
| | | 299:5 - 299:17 | |
| | | 299:19 - 299:20 | |
| | | 299:22 - 299:24 | |
| | | 300:3 - 300:12 | |
| | | 300:15 | |
| | | 301:8 - 301:10 | |
| | | 301:14 - 301:20 | |
| | | 301:22 - 302:9 | |
| | | 303:1 - 303:3 | |
| | | 306:3 - 306:10 | |
| | | 306:12 - 306:13 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 307:6 - 307:13 | |
| | | 307:16 - 307:20 | |
| | | 308:9 | |
| | | 308:12 - 309:3 | |
| | | 309:5 - 309:6 | |
| | | 309:12 - 309:18 | |
| | | 309:21 - 309:24 | |
| | | 310:3 - 310:4 | |
| | | 311:10 - 311:12 | |
| | | 311:19 | |
| | | 319:5 - 319:8 | |
| | | 319:10 | |
| | | 319:14 - 320:9 | |
| | | 320:11 - 320:14 | |
| | | 334:24 - 335:4 | |
| | | 335:13 - 336:15 | |
| | | 337:9 - 337:22 | |
| | | 338:1 - 339:7 | |
| | | 339:14 - 340:22 | |
| | | 340:24 - 341:7 | |
| | | 341:18 - 342:19 | |
| | | 342:22 - 343:5 | |
| | | 343:7 - 343:22 | |
| | | 343:24 - 344:10 | |
| | | 344:13 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| Jackson, Logan A. | 8/11/2005 | 4:10 - 4:14 | 82:6 - 82:7 |
| | | 8:4 - 8:13 | 195:6 - 195:7 |
| | | 8:24 - 9:22 | 253:10 |
| | | 16:7 - 16:10 | |
| | | 16:13 - 16:20 | |
| | | 18:21 - 18:24 | |
| | | 19:2 - 20:2 | |
| | | 21:22 - 21:25 | |
| | | 22:9 - 22:10 | |
| | | 22:15 - 23:5 | |
| | | 23:9 - 23:10 | |
| | | 24:2 - 25:5 | |
| | | 25:14 - 25:21 | |
| | | 32:2 - 32:21 | |
| | | 35:15 - 36:25 | |
| | | 37:2 - 37:13 | |
| | | 40:12 - 40:16 | |
| | | 51:20 - 51:22 | |
| | | 52:2 - 52:4 | |
| | | 52:8 - 52:10 | |
| | | 53:3 - 53:8 | |
| | | 53:17 - 53:21 | |
| | | 54:3 - 54:6 | |
| | | 56:14 - 56:25 | |
| | | 62:23 - 63:10 | |
| | | 64:5 - 64:8 | |
| | | 64:11 - 64:14 | |
| | | 66:5 - 66:10 | |
| | | 75:6 - 75:9 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 79:2 - 79:4 | |
| | | 79:11 - 79:19 | |
| | | 79:23 - 79:25 | |
| | | 80:2 - 80:3 | |
| | | 80:7 - 80:10 | |
| | | 80:14 - 80:17 | |
| | | 81:3 - 81:4 | |
| | | 81:8 - 82:5 | |
| | | 82:8 - 82:10 | |
| | | 82:15 - 83:6 | |
| | | 83:12 - 83:13 | |
| | | 84:24 - 84:25 | |
| | | 85:2 - 85:9 | |
| | | 85:13 | |
| | | 85:24 - 85:25 | |
| | | 86:2 - 86:6 | |
| | | 88:19 - 88:21 | |
| | | 89:15 - 89:25 | |
| | | 95:11 - 96:23 | |
| | | 100:24 - 100:25 | |
| | | 101:2 | |
| | | 101:5 - 101:8 | |
| | | 103:2 - 103:11 | |
| | | 105:4 - 105:13 | |
| | | 105:16 - 105:18 | |
| | | 105:21 - 105:25 | |
| | | 106:11 - 106:12 | |
| | | 106:15 - 106:18 | |
| | | 107:18 - 107:25 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 108:2 - 108:23 | |
| | | 109:6 | |
| | | 113:16 - 113:22 | |
| | | 113:25 | |
| | | 114:2 - 114:8 | |
| | | 114:11 - 114:17 | |
| | | 114:20 - 114:24 | |
| | | 117:19 - 122:11 | |
| | | 122:13 - 123:2 | |
| | | 123:5 - 123:14 | |
| | | 124:14 - 126:8 | |
| | | 126:11 - 126:17 | |
| | | 126:21 | |
| | | 127:4 - 127:18 | |
| | | 128:2 - 128:9 | |
| | | 128:16 - 128:22 | |
| | | 128:25 - 129:3 | |
| | | 129:6 - 129:21 | |
| | | 129:23 - 130:3 | |
| | | 132:9 - 132:17 | |
| | | 132:19 - 133:22 | |
| | | 133:25 - 137:3 | |
| | | 137:15 - 138:10 | |
| | | 138:20 - 139:17 | |
| | | 140:23 - 141:14 | |
| | | 141:17 - 142:6 | |
| | | 144:6 - 144:8 | |
| | | 144:13 - 144:21 | |
| | | 145:2 - 145:12 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 145:17 - 145:19 | |
| | | 147:5 - 147:6 | |
| | | 147:9 - 147:11 | |
| | | 147:19 - 147:25 | |
| | | 148:3 - 148:7 | |
| | | 148:9 - 148:24 | |
| | | 151:9 - 152:19 | |
| | | 152:22 | |
| | | 154:9 - 154:13 | |
| | | 154:15 | |
| | | 154:18 - 154:20 | |
| | | 154:23 - 154:25 | |
| | | 155:18 - 155:20 | |
| | | 155:23 - 155:25 | |
| | | 156:2 - 156:3 | |
| | | 156:5 - 156:14 | |
| | | 156:17 - 156:19 | |
| | | 157:7 - 157:10 | |
| | | 157:12 - 157:25 | |
| | | 158:2 - 158:5 | |
| | | 158:8 - 159:2 | |
| | | 164:25 - 165:13 | |
| | | 165:15 - 166:5 | |
| | | 169:5 - 169:8 | |
| | | 170:4 - 170:8 | |
| | | 170:4 - 170:8 | |
| | | 171:9 - 171:12 | |
| | | 172:15 - 172:19 | |
| | | 177:17 - 177:19 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 177:21 - 178:7 | |
| | | 178:10 | |
| | | 184:7 - 184:9 | |
| | | 184:22 - 186:2 | |
| | | 186:5 - 186:7 | |
| | | 186:9 | |
| | | 186:17 - 186:19 | |
| | | 186:22 - 186:25 | |
| | | 187:13 - 187:22 | |
| | | 188:2 - 188:6 | |
| | | 189:15 - 190:20 | |
| | | 190:22 - 192:21 | |
| | | 193:11 - 193:16 | |
| | | 193:19 - 193:21 | |
| | | 193:24 | |
| | | 194:3 - 194:7 | |
| | | 194:10 | |
| | | 195:3 - 195:5 | |
| | | 195:8 | |
| | | 198:16 - 198:17 | |
| | | 198:20 - 199:2 | |
| | | 199:5 | |
| | | 199:24 - 200:24 | |
| | | 201:2 | |
| | | 204:15 - 204:21 | |
| | | 205:6 - 205:18 | |
| | | 205:21 - 205:22 | |
| | | 206:19 - 206:21 | |
| | | 207:2 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 207:18 - 208:17 | |
| | | 209:2 - 209:3 | |
| | | 209:13 - 209:24 | |
| | | 211:10 - 211:19 | |
| | | 213:3 - 213:14 | |
| | | 214:3 - 214:12 | |
| | | 215:12 - 215:21 | |
| | | 215:24 - 216:7 | |
| | | 216:10 | |
| | | 217:9 - 217:15 | |
| | | 217:18 - 217:21 | |
| | | 218:18 | |
| | | 218:21 - 218:23 | |
| | | 219:2 - 219:3 | |
| | | 220:4 - 220:5 | |
| | | 220:8 - 220:10 | |
| | | 220:13 - 220:16 | |
| | | 220:22 - 220:25 | |
| | | 222:2 - 222:12 | |
| | | 229:8 - 229:10 | |
| | | 229:13 - 229:15 | |
| | | 235:19 - 235:21 | |
| | | 235:24 - 236:7 | |
| | | 236:11 | |
| | | 237:6 - 237:19 | |
| | | 238:14 - 241:8 | |
| | | 241:12 - 241:18 | |
| | | 242:13 - 243:3 | |
| | | 243:6 - 243:9 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 243:12 - 243:19 | |
| | | 243:22 | |
| | | 244:23 - 244:25 | |
| | | 245:4 - 245:7 | |
| | | 245:17 - 245:19 | |
| | | 245:22 - 246:8 | |
| | | 246:23 - 247:3 | |
| | | 248:2 - 248:8 | |
| | | 248:11 - 248:18 | |
| | | 249:3 - 249:9 | |
| | | 249:15 - 249:25 | |
| | | 250:4 - 250:11 | |
| | | 250:15 - 250:20 | |
| | | 251:17 - 252:6 | |
| | | 252:9 - 252:13 | |
| | | 252:16 - 252:19 | |
| | | 252:23 - 252:25 | |
| | | 253:2 - 253:4 | |
| | | 253:6 - 253:9 | |
| | | 253:11 - 254:8 | |
| | | 254:10 | |
| | | 254:14 - 254:20 | |
| | | 254:23 - 255:3 | |
| | | 255:9 | |
| | | 255:10 - 255:17 | |
| | | 255:19 - 255:24 | |
| | | 261:16 - 262:4 | |
| | | 262:12 - 262:25 | |
| | | 264:25 - 265:3 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 265:20 - 266:4 | |
| | | 266:10 - 267:6 | |
| | | 267:9 - 267:10 | |
| | | 268:22 - 269:2 | |
| | | 269:7 - 269:9 | |
| | | 269:13 - 269:19 | |
| | | 270:20 - 270:24 | |
| | | 271:3 - 271:4 | |
| | | 273:14 - 273:19 | |
| | | 273:24 - 273:25 | |
| | | 274:9 - 274:11 | |
| | | 275:8 - 275:9 | |
| | | 275:12 - 275:25 | |
| | | 276:2 - 276:12 | |
| | | 276:16 - 276:24 | |
| | | 280:11 - 280:23 | |
| | | 281:8 - 281:25 | |
| | | 282:8 - 283:14 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| Klass, Charles P. | 10/21/2005 | 3:16 - 3:24 | 17:8 - 17:9 |
| | | 5:9 - 5:24 | 18:22 - 18:23 |
| | | 6:2 - 7:17 | 20:17 - 20:18 |
| | | 9:9 - 9:18 | 24:6 - 24:7 |
| | | 9:21 - 10:9 | 24:21 - 24:22 |
| | | 11:13 - 13:1 | 29:2 - 29:4 |
| | | 13:24 - 14:7 | 29:13 - 29:14 |
| | | 14:10 - 15:9 | 29:20 - 29:23 |
| | | 15:15 - 16:5 | 30:18 - 30:21 |
| | | 16:12 - 17:3 | 33:12 |
| | | 17:10 - 17:12 | 33:22 - 33:23 |
| | | 17:14 - 18:5 | 37:1 - 37:2 |
| | | 18:7 - 18:21 | 39:11 - 39:12 |
| | | 18:24 - 20:16 | 41:8 - 41:9 |
| | | 20:19 - 21:20 | 41:12 |
| | | 22:2 - 22:22 | 42:3 - 42:4 |
| | | 23:5 - 23:11 | 43:2 - 43:3 |
| | | 23:13 - 24:5 | 43:17 |
| | | 24:8 - 24:20 | 46:1 - 46:3 |
| | | 24:23 - 26:10 | 46:17 - 46:19 |
| | | 26:12 - 26:24 | 47:2 |
| | | 27:3 - 27:21 | 47:9 |
| | | 28:4 - 29:1 | 51:6 - 51:8 |
| | | 29:5 - 29:12 | 51:16 - 51:18 |
| | | 29:15 - 29:19 | 52:7 - 52:8 |
| | | 29:24 - 30:3 | 52:13 |
| | | 30:5 - 30:9 | 52:18 - 52:19 |
| | | 30:11 - 30:17 | 53:17 - 53:18 |
| | | 30:22 - 31:13 | 54:2 - 54:3 |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 32:3 - 33:5 | 55:12 |
| | | 33:7 - 33:11 | 56:10 |
| | | 33:13 - 33:21 | 57:2 - 57:3 |
| | | 33:24 - 34:15 | 57:15 - 57:17 |
| | | 34:18 - 36:24 | 59:10 - 59:12 |
| | | 37:8 - 38:5 | 66:2 - 66:4 |
| | | 38:7 - 38:18 | 66:16 - 66:18 |
| | | 38:21 - 39:10 | 69:1 - 69:2 |
| | | 39:16 - 41:7 | 79:12 - 79:13 |
| | | 41:10 - 41:11 | 80:23 - 80:24 |
| | | 41:13 - 42:2 | 83:3 |
| | | 42:5 - 43:1 | 84:16 - 84:17 |
| | | 43:4 - 43:10 | 85:17 |
| | | 43:13 - 43:16 | 86:1 - 86:2 |
| | | 43:18 - 43:24 | 88:7 - 88:9 |
| | | 44:2 - 44:7 | 90:22 - 90:24 |
| | | 44:9 - 44:18 | 91:8 - 91:9 |
| | | 44:23 - 45:24 | 92:6 - 92:7 |
| | | 46:4 - 46:16 | 92:13 - 92:14 |
| | | 46:20 - 47:1 | 94:3 - 94:10 |
| | | 47:3 - 47:8 | 103:8 - 103:9 |
| | | 47:10 - 48:2 | 106:4 - 106:5 |
| | | 48:4 - 48:15 | 108:13 - 108:14 |
| | | 48:17 - 49:6 | 109:19 - 109:20 |
| | | 49:8 - 49:11 | 115:6 - 115:7 |
| | | 49:13 - 51:6 | 116:12 - 116:13 |
| | | 51:9 - 51:15 | 117:2 - 117:3 |
| | | 51:19 - 52:6 | 120:21 - 120:23 |
| | | 52:9 - 52:12 | 122:3 - 122:5 |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 52:14 - 52:17 | 134:13 - 134:15 |
| | | 52:20 - 53:16 | 134:23 - 134:24 |
| | | 53:19 - 54:1 | 135:11 - 135:14 |
| | | 54:4 - 54:5 | 142:3 - 142:4 |
| | | 54:24 - 55:11 | 143:7 - 143:8 |
| | | 55:13 - 55:19 | 146:5 - 146:6 |
| | | 56:3 - 56:9 | 146:10 - 146:11 |
| | | 56:11 - 57:1 | 146:18 - 146:19 |
| | | 57:4 - 57:14 | 147:1 - 147:3 |
| | | 57:18 - 58:13 | |
| | | 58:17 - 58:23 | |
| | | 59:3 - 59:9 | |
| | | 59:13 - 59:22 | |
| | | 59:24 - 60:3 | |
| | | 60:6 - 60:21 | |
| | | 60:24 - 61:5 | |
| | | 61:10 - 61:14 | |
| | | 61:20 - 61:21 | |
| | | 61:24 - 62:4 | |
| | | 62:7 - 62:12 | |
| | | 63:11 - 63:17 | |
| | | 63:20 - 64:12 | |
| | | 64:15 - 65:9 | |
| | | 65:11 - 65:12 | |
| | | 65:15 - 66:1 | |
| | | 66:5 - 66:6 | |
| | | 66:9 - 66:15 | |
| | | 66:19 - 66:23 | |
| | | 67:5 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 67:9 - 68:3 | |
| | | 68:5 - 68:6 | |
| | | 68:9 - 68:24 | |
| | | 69:3 - 69:9 | |
| | | 69:17 - 69:18 | |
| | | 69:22 - 70:2 | |
| | | 70:14 - 71:2 | |
| | | 71:4 - 71:24 | |
| | | 72:2 - 72:5 | |
| | | 72:8 - 72:16 | |
| | | 72:19 - 73:4 | |
| | | 73:7 - 73:17 | |
| | | 73:21 - 74:17 | |
| | | 74:19 - 76:5 | |
| | | 76:8 - 76:21 | |
| | | 76:24 - 77:13 | |
| | | 77:16 - 77:21 | |
| | | 77:23 - 78:3 | |
| | | 78:5 - 78:20 | |
| | | 78:24 - 79:11 | |
| | | 79:14 - 80:6 | |
| | | 80:11 - 80:22 | |
| | | 81:1 - 81:18 | |
| | | 81:20 - 81:23 | |
| | | 82:1 - 83:2 | |
| | | 83:4 - 83:17 | |
| | | 83:20 - 84:15 | |
| | | 84:18 - 85:3 | |
| | | 85:5 - 85:16 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 85:18 - 85:24 | |
| | | 86:3 - 86:20 | |
| | | 86:22 - 87:2 | |
| | | 87:5 - 88:6 | |
| | | 88:10 - 88:22 | |
| | | 89:1 - 89:12 | |
| | | 89:15 - 90:8 | |
| | | 90:11 - 90:17 | |
| | | 90:20 - 90:21 | |
| | | 91:1 - 91:7 | |
| | | 91:10 - 92:5 | |
| | | 92:8 - 92:12 | |
| | | 92:15 | |
| | | 93:1 - 93:16 | |
| | | 93:19 - 93:23 | |
| | | 94:1 - 95:2 | |
| | | 95:5 - 95:6 | |
| | | 95:9 - 96:5 | |
| | | 96:13 - 96:17 | |
| | | 96:20 - 97:12 | |
| | | 97:15 - 98:23 | |
| | | 99:1 - 99:4 | |
| | | 99:6 - 99:24 | |
| | | 100:3 - 100:18 | |
| | | 100:21 - 101:1 | |
| | | 101:4 - 101:6 | |
| | | 101:9 - 101:23 | |
| | | 102:1 - 102:4 | |
| | | 102:6 - 102:19 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 102:22 - 102:24 | |
| | | 103:10 - 103:12 | |
| | | 103:17 - 103:19 | |
| | | 103:21 - 104:3 | |
| | | 104:6 - 104:8 | |
| | | 104:10 - 104:13 | |
| | | 104:16 - 104:23 | |
| | | 105:4 - 105:14 | |
| | | 105:19 - 106:3 | |
| | | 106:6 - 106:16 | |
| | | 106:19 - 107:10 | |
| | | 107:13 - 108:12 | |
| | | 108:15 - 108:22 | |
| | | 108:24 - 109:18 | |
| | | 109:21 - 110:10 | |
| | | 110:12 - 111:12 | |
| | | 111:15 - 111:23 | |
| | | 112:1 - 112:8 | |
| | | 112:10 - 112:12 | |
| | | 112:15 - 112:22 | |
| | | 113:2 - 113:8 | |
| | | 113:10 - 114:3 | |
| | | 114:5 - 114:18 | |
| | | 114:22 - 114:24 | |
| | | 115:3 - 115:5 | |
| | | 115:8 - 115:19 | |
| | | 115:23 - 115:24 | |
| | | 116:2 - 116:11 | |
| | | 116:14 - 116:19 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 116:21 - 117:1 | |
| | | 117:4 - 117:12 | |
| | | 117:15 - 117:17 | |
| | | 117:21 - 118:15 | |
| | | 118:18 - 119:7 | |
| | | 119:10 - 120:14 | |
| | | 120:24 - 121:4 | |
| | | 121:12 - 122:2 | |
| | | 122:6 - 123:11 | |
| | | 123:13 - 124:10 | |
| | | 124:12 - 124:22 | |
| | | 125:1 - 126:2 | |
| | | 126:5 - 126:12 | |
| | | 126:14 - 126:22 | |
| | | 127:1 - 127:5 | |
| | | 127:13 - 129:1 | |
| | | 129:4 - 129:9 | |
| | | 129:12 - 130:5 | |
| | | 130:7 - 130:11 | |
| | | 130:14 - 130:16 | |
| | | 130:18 - 131:14 | |
| | | 131:17 - 132:4 | |
| | | 132:7 - 133:2 | |
| | | 133:5 - 133:9 | |
| | | 133:12 - 133:18 | |
| | | 133:21 - 134:13 | |
| | | 134:16 - 134:22 | |
| | | 135:1 - 135:10 | |
| | | 135:15 - 137:16 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 137:24 - 138:4 | |
| | | 138:8 - 140:12 | |
| | | 140:15 - 140:18 | |
| | | 141:2 - 142:2 | |
| | | 142:10 - 142:14 | |
| | | 142:16 - 143:6 | |
| | | 143:11 - 144:4 | |
| | | 145:15 - 145:17 | |
| | | 145:20 - 146:4 | |
| | | 146:7 - 146:9 | |
| | | 146:12 - 146:17 | |
| | | 146:20 - 146:24 | |
| | | 147:4 - 147:6 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| Mangano, John J. | 8/17/2005 | 4:12 - 4:20 | 48:19 - 49:2 |
| | | 6:11 - 6:18 | 73:18 - 73:19 |
| | | 6:25 | 150:12 - 150:15 |
| | | 7:2 - 7:25 | 222:13 - 222:15 |
| | | 8:2 - 8:12 | 225:9 |
| | | 14:5 - 14:12 | 225:20 - 225:21 |
| | | 14:20 - 14:25 | 226:11 - 226:13 |
| | | 15:2 | 227:14 - 227:16 |
| | | 15:5 - 15:25 | 240:24 - 240:25 |
| | | 21:22 - 21:25 | 243:7 - 243:8 |
| | | 22:2 - 22:3 | 258:24 - 259:12 |
| | | 22:12 - 22:23 | |
| | | 23:24 - 23:25 | |
| | | 24:2 - 24:3 | |
| | | 24:6 - 24:7 | |
| | | 24:18 - 24:22 | |
| | | 25:13 - 25:22 | |
| | | 26:5 - 26:7 | |
| | | 26:9 | |
| | | 29:3 - 29:9 | |
| | | 48:19 - 48:25 | |
| | | 49:2 | |
| | | 73:14 - 73:17 | |
| | | 73:20 - 73:21 | |
| | | 73:23 - 73:25 | |
| | | 74:2 - 74:22 | |
| | | 75:11 - 75:25 | |
| | | 79:2 - 79:4 | |
| | | 79:6 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 79:8 - 79:12 | |
| | | 143:18 - 143:25 | |
| | | 144:2 - 144:23 | |
| | | 145:6 - 145:25 | |
| | | 146:2 - 146:20 | |
| | | 150:16 - 150:25 | |
| | | 220:14 - 220:21 | |
| | | 220:23 - 220:25 | |
| | | 221:2 - 221:20 | |
| | | 224:6 - 224:25 | |
| | | 225:4 - 225:8 | |
| | | 225:10 - 225:19 | |
| | | 225:24 - 225:25 | |
| | | 226:2 - 226:6 | |
| | | 226:10 | |
| | | 226:14 - 226:22 | |
| | | 226:24 - 226:25 | |
| | | 227:2 - 227:4 | |
| | | 227:18 - 227:21 | |
| | | 239:9 - 239:25 | |
| | | 240:2 - 240:23 | |
| | | 242:11 - 242:14 | |
| | | 242:20 - 242:25 | |
| | | 243:2 - 243:6 | |
| | | 243:12 - 243:17 | |
| | | 244:8 - 244:13 | |
| | | 245:20 - 245:25 | |
| | | 246:2 | |
| | | 257:15 - 258:23 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

**Exhibit 11 page 78**

RLF1-3024703-1

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| McCall, Brian | 8/18/2005, 30(b)(6) | 4:16 - 4:23 | 231:25 - 232:6 |
| | | 10:8 - 10:17 | 232:18 - 232:21 |
| | | 10:19 - 10:25 | |
| | | 11:2 - 11:15 | |
| | | 13:19 - 13:24 | |
| | | 15:24 - 15:25 | |
| | | 16:2 - 16:3 | |
| | | 30:7 - 30:14 | |
| | | 55:14 - 56:14 | |
| | | 57:2 - 58:16 | |
| | | 137:18 - 141:9 | |
| | | 188:14 - 188:23 | |
| | | 226:19 - 227:7 | |
| | | 230:5 - 230:25 | |
| | | 231:2 - 231:24 | |
| | | 232:13 - 232:17 | |
| | | 232:23 - 232:25 | |
| | | 233:2 - 233:10 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| Michalopoulos, Daniel | 10/18/2005 | 7:7 - 7:15 | 115:24 |
| | | 8:22 - 9:2 | |
| | | 11:4 - 11:14 | |
| | | 11:24 - 12:13 | |
| | | 50:25 - 51:13 | |
| | | 51:21 - 52:8 | |
| | | 52:19 - 52:22 | |
| | | 53:2 - 54:2 | |
| | | 86:9 - 86:11 | |
| | | 86:16 - 86:21 | |
| | | 88:20 - 88:21 | |
| | | 89:1 - 89:6 | |
| | | 89:8 - 90:2 | |
| | | 115:2 - 115:13 | |
| | | 135:23 - 135:25 | |
| | | 136:5 - 136:10 | |
| | | 137:14 - 138:2 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| Morgan, Zeb B. | 10/21/2005 | 3:17 - 3:20 | 33:7 - 33:15 |
| | | 5:4 - 5:10 | 48:5 |
| | | 6:6 - 6:16 | 57:2 - 57:5 |
| | | 13:9 - 13:10 | |
| | | 17:10 - 17:13 | |
| | | 31:3 - 31:19 | |
| | | 31:23 - 32:1 | |
| | | 32:6 - 33:6 | |
| | | 36:6 - 36:19 | |
| | | 46:2 | |
| | | 46:4 - 46:21 | |
| | | 46:23 - 47:24 | |
| | | 48:2 - 48:4 | |
| | | 48:6 - 48:7 | |
| | | 56:2 - 56:24 | |
| | | 68:8 - 69:3 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| Rosatti, Louis | 10/12/2005 | 4:10 - 4:15 | 60:21 - 61:18 |
| | | 6:7 - 6:14 | 64:19 - 64:21 |
| | | 6:21 - 7:15 | 64:24 - 64:25 |
| | | 57:23 - 57:25 | 65:2 - 65:4 |
| | | 58:2 - 58:25 | 65:17 - 65:25 |
| | | 59:2 - 59:25 | 66:2 - 66:4 |
| | | 60:2 - 60:17 | 76:11 - 76:13 |
| | | 60:21 - 60:25 | 96:15 - 96:16 |
| | | 61:2 - 61:18 | 118:2 - 118:7 |
| | | 66:22 - 67:5 | |
| | | 72:6 - 72:12 | |
| | | 72:21 - 73:9 | |
| | | 73:11 - 74:11 | |
| | | 74:13 - 74:24 | |
| | | 75:3 - 75:24 | |
| | | 76:9 - 76:10 | |
| | | 76:14 - 76:24 | |
| | | 77:3 - 77:22 | |
| | | 94:8 - 94:14 | |
| | | 95:9 - 95:11 | |
| | | 95:15 - 96:3 | |
| | | 96:7 - 96:14 | |
| | | 96:17 - 96:18 | |
| | | 98:8 - 98:21 | |
| | | 106:3 - 106:4 | |
| | | 106:6 - 107:4 | |
| | | 108:14 - 108:20 | |
| | | 108:23 - 109:19 | |
| | | 109:25 - 110:6 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 110:19 - 110:23 | |
| | | 111:2 - 111:5 | |
| | | 111:8 - 111:11 | |
| | | 111:13 - 111:16 | |
| | | 111:20 - 111:23 | |
| | | 113:5 - 113:6 | |
| | | 115:6 - 115:10 | |
| | | 115:13 - 115:15 | |
| | | 116:2 - 116:4 | |
| | | 116:6 - 116:9 | |
| | | 116:12 - 116:14 | |
| | | 116:20 - 117:2 | |
| | | 117:4 - 117:7 | |
| | | 117:9 - 117:12 | |
| | | 117:16 - 117:20 | |
| | | 117:24 - 117:25 | |
| | | 130:6 - 130:7 | |
| | | 130:9 - 130:20 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| Royce, Richard | 10/7/2005 | 3:10 - 3:13 | 104:3 - 104:4 |
| | | 5:7 - 5:24 | 104:16 |
| | | 42:22 - 42:24 | 130:6 |
| | | 71:23 - 72:9 | 138:12 |
| | | 78:4 - 78:16 | 138:21 |
| | | 78:21 - 80:1 | 178:21 |
| | | 80:14 - 80:16 | 184:1 - 184:2 |
| | | 84:2 - 84:15 | 213:4 - 213:5 |
| | | 95:16 - 95:19 | 221:21 |
| | | 96:2 - 96:9 | 222:4 |
| | | 96:12 - 96:17 | 223:13 - 223:16 |
| | | 96:19 - 96:23 | 224:1 |
| | | 97:15 - 98:15 | 224:21 - 224:22 |
| | | 98:17 - 99:4 | 225:7 |
| | | 99:6 - 100:10 | 227:5 - 227:6 |
| | | 100:13 - 100:21 | 227:17 - 227:18 |
| | | 101:24 - 102:7 | 228:1 |
| | | 102:17 - 103:16 | 228:10 - 228:11 |
| | | 103:19 - 104:2 | 228:24 - 229:5 |
| | | 104:5 - 104:15 | 229:13 - 229:14 |
| | | 104:17 - 104:22 | 230:9 - 230:11 |
| | | 117:1 - 117:21 | 230:24 |
| | | 125:19 - 126:1 | 236:17 |
| | | 128:22 - 129:4 | 243:4 |
| | | 129:21 - 129:24 | |
| | | 130:2 - 130:5 | |
| | | 130:7 - 130:19 | |
| | | 133:9 - 135:4 | |
| | | 136:1 - 137:2 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 137:7 - 138:11 | |
| | | 138:13 - 138:20 | |
| | | 138:22 - 139:1 | |
| | | 145:10 - 146:1 | |
| | | 152:24 - 153:4 | |
| | | 153:16 - 153:23 | |
| | | 154:16 - 154:22 | |
| | | 154:24 - 155:1 | |
| | | 159:4 - 159:10 | |
| | | 161:21 - 162:1 | |
| | | 162:7 - 162:12 | |
| | | 177:21 - 178:7 | |
| | | 178:17 - 178:20 | |
| | | 178:22 - 179:15 | |
| | | 180:5 - 180:14 | |
| | | 181:5 - 182:4 | |
| | | 182:24 - 183:6 | |
| | | 183:11 - 183:18 | |
| | | 183:20 - 183:24 | |
| | | 184:3 - 184:5 | |
| | | 185:16 - 185:20 | |
| | | 185:22 - 186:3 | |
| | | 188:2 - 188:5 | |
| | | 190:3 - 190:20 | |
| | | 196:20 - 197:4 | |
| | | 197:13 - 197:16 | |
| | | 198:20 - 198:23 | |
| | | 199:17 - 200:7 | |
| | | 210:3 - 210:4 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 210:6 - 210:17 | |
| | | 210:19 - 210:22 | |
| | | 210:24 - 211:9 | |
| | | 211:12 - 212:10 | |
| | | 212:12 - 212:17 | |
| | | 212:19 | |
| | | 212:21 - 213:3 | |
| | | 213:6 - 214:18 | |
| | | 215:23 - 217:3 | |
| | | 217:6 - 217:14 | |
| | | 217:16 - 217:19 | |
| | | 219:8 - 219:10 | |
| | | 219:13 - 219:15 | |
| | | 219:18 - 219:23 | |
| | | 220:1 - 220:17 | |
| | | 220:22 - 221:12 | |
| | | 221:14 - 221:20 | |
| | | 221:22 - 221:24 | |
| | | 222:5 - 222:6 | |
| | | 222:12 - 222:17 | |
| | | 223:5 - 223:12 | |
| | | 223:17 - 223:24 | |
| | | 224:2 - 224:20 | |
| | | 224:24 - 225:6 | |
| | | 225:8 - 225:13 | |
| | | 225:15 - 225:18 | |
| | | 226:11 - 226:12 | |
| | | 226:23 - 227:4 | |
| | | 227:7 - 227:16 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 227:19 - 227:24 | |
| | | 228:2 - 228:9 | |
| | | 228:12 - 228:23 | |
| | | 229:6 - 229:12 | |
| | | 229:15 - 229:18 | |
| | | 230:2 - 230:8 | |
| | | 230:12 - 230:21 | |
| | | 230:23 | |
| | | 231:2 - 231:7 | |
| | | 231:16 - 232:14 | |
| | | 234:10 - 234:14 | |
| | | 234:17 - 234:18 | |
| | | 234:20 - 234:21 | |
| | | 235:21 - 235:22 | |
| | | 235:24 | |
| | | 236:16 | |
| | | 236:18 - 236:20 | |
| | | 238:7 - 239:7 | |
| | | 242:13 - 242:16 | |
| | | 243:1 - 243:3 | |
| | | 243:5 - 243:15 | |
| | | 243:17 - 244:22 | |
| | | 245:19 - 245:21 | |
| | | 246:2 - 246:16 | |
| | | 247:3 - 247:12 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| Walchuk, Brian L. | 9/23/2005 | 3:14 - 3:16 | 18:24 - 19:1 |
| | | 5:20 - 6:1 | 20:2 - 20:3 |
| | | 6:10 - 6:12 | 26:12 - 26:13 |
| | | 6:22 - 6:24 | 26:19 - 26:21 |
| | | 8:2 - 8:3 | 30:13 - 30:14 |
| | | 8:8 - 8:10 | 31:6 - 31:7 |
| | | 10:23 - 11:7 | 36:2 - 36:4 |
| | | 12:20 - 12:22 | 80:11 - 80:12 |
| | | 13:7 - 13:8 | 86:1 - 86:3 |
| | | 13:10 - 13:14 | 86:22 - 86:24 |
| | | 16:3 - 16:8 | 87:12 - 87:13 |
| | | 16:17 - 17:5 | 88:3 - 88:4 |
| | | 18:22 - 18:23 | 104:23 - 104:24 |
| | | 19:2 - 19:4 | 105:12 - 105:14 |
| | | 19:22 - 20:1 | 107:19 - 107:22 |
| | | 20:4 - 20:6 | 121:13 - 121:14 |
| | | 24:2 - 24:10 | 130:24 - 132:2 |
| | | 24:15 - 24:19 | 163:13 - 163:15 |
| | | 24:23 - 25:21 | 173:4 - 173:11 |
| | | 25:24 - 26:11 | 173:14 - 173:17 |
| | | 26:14 - 26:18 | 173:21 - 174:8 |
| | | 26:23 - 27:2 | 175:7 - 175:9 |
| | | 27:17 - 27:24 | 175:16 - 175:24 |
| | | 28:13 - 28:16 | 176:5 - 176:9 |
| | | 28:24 - 29:5 | 203:4 |
| | | 30:9 - 30:12 | 203:9 - 203:13 |
| | | 30:15 - 30:21 | 203:15 - 203:16 |
| | | 31:1 - 31:5 | 203:19 - 203:22 |
| | | 31:8 - 31:9 | 204:19 - 204:20 |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 32:7 - 32:11 | 204:23 - 205:6 |
| | | 33:10 - 34:4 | 205:9 - 205:10 |
| | | 34:7 - 35:20 | |
| | | 35:23 - 36:1 | |
| | | 37:12 - 37:17 | |
| | | 38:24 - 39:1 | |
| | | 39:4 - 39:11 | |
| | | 39:14 - 40:6 | |
| | | 40:9 - 40:13 | |
| | | 43:24 - 45:5 | |
| | | 45:8 - 46:16 | |
| | | 46:19 - 46:24 | |
| | | 47:3 - 49:15 | |
| | | 50:6 - 50:18 | |
| | | 51:15 - 51:16 | |
| | | 51:19 - 51:24 | |
| | | 56:13 - 56:15 | |
| | | 56:18 - 56:23 | |
| | | 64:16 - 66:23 | |
| | | 67:9 - 68:17 | |
| | | 70:14 - 70:15 | |
| | | 70:22 - 71:7 | |
| | | 72:7 - 72:14 | |
| | | 74:22 - 75:10 | |
| | | 75:13 - 75:14 | |
| | | 75:21 - 75:22 | |
| | | 76:1 - 76:5 | |
| | | 76:14 - 76:23 | |
| | | 77:5 - 77:19 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 77:24 - 78:10 | |
| | | 78:20 - 80:10 | |
| | | 80:14 - 80:16 | |
| | | 82:12 - 82:24 | |
| | | 85:6 - 85:14 | |
| | | 85:15 - 85:20 | |
| | | 86:6 - 86:21 | |
| | | 87:1 - 87:7 | |
| | | 87:14 - 88:2 | |
| | | 88:5 - 88:20 | |
| | | 89:1 - 89:15 | |
| | | 89:19 - 90:20 | |
| | | 90:23 | |
| | | 92:24 - 95:11 | |
| | | 97:9 - 97:13 | |
| | | 98:19 - 99:24 | |
| | | 101:22 - 102:13 | |
| | | 102:17 - 102:18 | |
| | | 103:3 - 103:12 | |
| | | 103:14 - 103:23 | |
| | | 104:3 - 104:5 | |
| | | 104:10 - 104:18 | |
| | | 104:20 - 104:22 | |
| | | 105:1 - 105:11 | |
| | | 105:15 - 105:23 | |
| | | 106:9 - 107:18 | |
| | | 109:22 - 110:10 | |
| | | 112:11 - 112:12 | |
| | | 112:20 - 112:22 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 112:24 - 113:18 | |
| | | 114:12 - 114:15 | |
| | | 114:18 - 114:19 | |
| | | 119:18 - 119:22 | |
| | | 120:6 - 120:14 | |
| | | 120:23 - 121:12 | |
| | | 121:15 - 121:20 | |
| | | 122:18 - 123:5 | |
| | | 123:7 - 123:11 | |
| | | 123:20 - 124:2 | |
| | | 125:21 - 126:15 | |
| | | 126:19 - 128:14 | |
| | | 128:24 - 130:22 | |
| | | 148:8 - 148:10 | |
| | | 148:13 - 148:23 | |
| | | 163:6 - 163:12 | |
| | | 165:16 - 165:18 | |
| | | 166:1 - 166:2 | |
| | | 171:20 - 172:6 | |
| | | 172:9 - 173:3 | |
| | | 174:21 - 175:6 | |
| | | 176:10 - 176:15 | |
| | | 178:15 - 178:23 | |
| | | 192:17 - 192:23 | |
| | | 192:24 - 193:1 | |
| | | 193:10 - 193:19 | |
| | | 200:3 - 200:13 | |
| | | 200:16 - 200:21 | |
| | | 200:24 - 201:4 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 201:12 - 201:14 | |
| | | 202:11 - 203:3 | |
| | | 203:23 - 204:7 | |
| | | 204:11 - 204:18 | |
| | | 205:11 - 205:12 | |
| | | 205:16 - 206:1 | |
| | | 206:19 - 207:4 | |
| | | 207:17 - 207:20 | |
| | | 208:19 - 209:6 | |
| | | 210:3 - 210:8 | |
| | | 210:23 - 213:12 | |
| | | 213:18 - 213:24 | |
| | | 214:3 | |
| | | 214:6 - 214:13 | |
| | | 214:21 - 214:22 | |
| | | 215:2 - 215:14 | |
| | | 216:3 - 216:19 | |
| | | 218:17 - 219:4 | |
| | | 219:5 - 219:20 | |
| | | 220:3 - 220:14 | |
| | | 221:6 - 221:9 | |
| | | 221:11 - 221:16 | |
| | | 222:3 - 222:4 | |
| | | 222:7 - 222:14 | |
| | | 222:16 - 222:20 | |
| | | 223:1 - 224:15 | |
| | | 224:23 - 225:9 | |
| | | 225:12 - 226:9 | |
| | | 227:5 - 227:11 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 230:3 - 230:9 | |
| | | 230:10 - 230:13 | |
| | | 231:2 - 231:13 | |
| | | 231:23 - 232:1 | |
| | | 232:2 - 232:20 | |
| | | 233:14 - 234:3 | |
| | | 234:17 - 235:12 | |
| | | 235:18 - 236:13 | |
| | | 236:16 - 236:22 | |
| | | 237:1 - 239:6 | |
| | | 239:10 - 239:12 | |
| | | 241:21 - 242:4 | |
| | | 244:1 - 244:10 | |
| | | 246:10 - 247:5 | |
| | | 247:9 - 247:16 | |
| | | 247:23 - 248:20 | |
| | | 248:23 - 249:11 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| Waterman, Paul S. | 7/7/2005, 30(b)(6) | 4:20 - 4:25 | 67:8 - 67:10 |
| | | 5:2 - 5:3 | 67:14 - 67:15 |
| | | 8:18 - 8:20 | 68:19 - 69:4 |
| | | 8:24 - 8:25 | 72:9 - 72:11 |
| | | 9:2 - 9:22 | 72:18 - 72:20 |
| | | 19:9 - 19:25 | 78:6 - 78:7 |
| | | 20:2 | 78:13 - 78:14 |
| | | 20:5 - 20:11 | 79:3 - 79:4 |
| | | 21:7 - 21:11 | 93:25 - 94:3 |
| | | 21:14 - 21:18 | 155:16 - 155:19 |
| | | 26:18 - 26:20 | 156:7 - 156:9 |
| | | 26:23 - 26:25 | 156:17 - 156:21 |
| | | 27:2 - 27:3 | 157:8 |
| | | 27:10 - 27:25 | 157:15 |
| | | 28:2 - 28:25 | 208:15 - 208:17 |
| | | 29:2 - 29:20 | 215:3 - 215:10 |
| | | 30:8 - 30:25 | 219:21 - 219:25 |
| | | 31:2 - 32:3 | 220:2 - 220:3 |
| | | 38:22 - 38:25 | 220:6 - 220:10 |
| | | 39:2 - 39:24 | 249:3 - 249:6 |
| | | 40:14 - 40:25 | 249:9 |
| | | 41:2 - 41:23 | 272:10 - 272:12 |
| | | 43:18 - 43:24 | 272:15 |
| | | 44:16 - 44:17 | 274:22 - 274:25 |
| | | 44:20 - 44:25 | 275:2 - 275:8 |
| | | 45:20 - 45:25 | |
| | | 46:2 | |
| | | 46:5 - 46:6 | |
| | | 46:9 - 46:11 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 46:15 - 46:17 | |
| | | 46:21 - 46:22 | |
| | | 48:12 - 48:15 | |
| | | 48:19 - 48:25 | |
| | | 49:2 - 49:5 | |
| | | 52:12 - 52:20 | |
| | | 53:8 - 53:15 | |
| | | 55:19 - 55:22 | |
| | | 56:14 - 56:16 | |
| | | 56:23 - 56:25 | |
| | | 57:2 - 57:25 | |
| | | 58:2 - 58:14 | |
| | | 59:5 - 59:9 | |
| | | 59:12 - 59:13 | |
| | | 59:16 - 59:19 | |
| | | 59:22 - 59:25 | |
| | | 60:2 | |
| | | 63:4 - 63:16 | |
| | | 63:19 - 63:21 | |
| | | 63:25 | |
| | | 64:2 - 64:3 | |
| | | 64:6 - 64:9 | |
| | | 64:12 - 64:25 | |
| | | 65:2 | |
| | | 65:12 - 65:25 | |
| | | 66:2 | |
| | | 66:8 - 66:10 | |
| | | 66:13 - 66:19 | |
| | | 67:3 - 67:7 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 67:11 - 67:13 | |
| | | 67:16 - 67:18 | |
| | | 68:10 - 68:12 | |
| | | 68:16 - 68:18 | |
| | | 69:5 - 69:10 | |
| | | 69:25 | |
| | | 70:2 - 70:5 | |
| | | 70:8 - 70:11 | |
| | | 70:14 - 70:22 | |
| | | 70:25 | |
| | | 71:2 | |
| | | 72:5 - 72:8 | |
| | | 72:12 - 72:17 | |
| | | 72:21 | |
| | | 73:4 - 73:14 | |
| | | 76:22 - 76:25 | |
| | | 77:2 - 77:25 | |
| | | 78:2 - 78:5 | |
| | | 78:8 - 78:12 | |
| | | 78:15 - 78:24 | |
| | | 79:2 | |
| | | 79:5 - 79:12 | |
| | | 80:23 - 80:25 | |
| | | 81:2 | |
| | | 81:14 - 81:20 | |
| | | 81:25 | |
| | | 82:2 - 82:7 | |
| | | 82:10 - 82:17 | |
| | | 82:19 - 82:23 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 83:11 - 83:20 | |
| | | 83:24 - 83:25 | |
| | | 84:2 - 84:25 | |
| | | 85:2 - 85:13 | |
| | | 85:16 - 85:25 | |
| | | 86:2 | |
| | | 87:18 - 87:25 | |
| | | 88:2 - 88:5 | |
| | | 88:13 - 88:25 | |
| | | 89:2 - 89:3 | |
| | | 93:21 - 93:24 | |
| | | 94:4 - 94:9 | |
| | | 110:18 - 110:20 | |
| | | 110:24 - 110:25 | |
| | | 111:2 - 111:10 | |
| | | 111:15 - 111:18 | |
| | | 112:6 - 112:7 | |
| | | 112:10 - 112:18 | |
| | | 112:21 - 112:25 | |
| | | 113:2 - 113:7 | |
| | | 113:14 - 113:16 | |
| | | 113:19 - 113:25 | |
| | | 114:2 - 114:5 | |
| | | 114:15 - 114:16 | |
| | | 114:20 - 114:25 | |
| | | 115:2 - 115:4 | |
| | | 115:8 - 115:13 | |
| | | 115:19 - 115:22 | |
| | | 116:2 - 116:3 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 117:5 - 117:6 | |
| | | 117:11 - 117:13 | |
| | | 122:17 - 122:25 | |
| | | 123:4 - 123:15 | |
| | | 124:10 - 124:11 | |
| | | 124:15 - 124:25 | |
| | | 125:2 - 125:3 | |
| | | 125:13 - 125:14 | |
| | | 125:18 - 125:20 | |
| | | 126:6 - 126:7 | |
| | | 126:11 - 126:13 | |
| | | 127:19 - 127:22 | |
| | | 127:25 | |
| | | 128:2 - 128:12 | |
| | | 128:16 - 128:20 | |
| | | 129:7 - 129:9 | |
| | | 129:13 | |
| | | 129:16 - 129:19 | |
| | | 129:23 - 129:25 | |
| | | 130:2 - 130:6 | |
| | | 131:11 - 131:16 | |
| | | 131:20 - 131:21 | |
| | | 132:9 - 132:11 | |
| | | 132:14 - 132:15 | |
| | | 132:19 - 132:25 | |
| | | 133:2 - 133:3 | |
| | | 134:3 - 134:12 | |
| | | 134:15 - 134:18 | |
| | | 135:6 - 135:20 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 135:23 - 135:25 | |
| | | 136:2 - 136:9 | |
| | | 138:12 - 138:18 | |
| | | 138:24 - 138:25 | |
| | | 139:2 - 139:19 | |
| | | 154:9 - 154:22 | |
| | | 154:25 | |
| | | 155:4 - 155:6 | |
| | | 155:10 - 155:15 | |
| | | 155:22 - 155:25 | |
| | | 156:2 - 156:6 | |
| | | 156:10 - 156:16 | |
| | | 157:9 - 157:11 | |
| | | 166:11 - 166:25 | |
| | | 167:2 - 167:25 | |
| | | 168:2 | |
| | | 177:3 - 177:4 | |
| | | 177:8 - 177:12 | |
| | | 177:15 - 177:18 | |
| | | 178:7 - 178:9 | |
| | | 179:17 - 179:23 | |
| | | 180:3 - 180:4 | |
| | | 180:9 - 180:10 | |
| | | 180:18 - 180:19 | |
| | | 198:18 - 198:24 | |
| | | 201:12 - 201:16 | |
| | | 202:3 - 202:6 | |
| | | 202:12 | |
| | | 202:23 - 202:25 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 203:2 - 203:6 | |
| | | 203:9 - 204:14 | |
| | | 205:10 - 205:19 | |
| | | 205:22 - 206:5 | |
| | | 206:8 - 206:18 | |
| | | 206:21 - 206:25 | |
| | | 207:2 - 207:5 | |
| | | 207:10 - 207:15 | |
| | | 207:19 - 207:25 | |
| | | 208:2 - 208:11 | |
| | | 208:14 | |
| | | 209:8 - 209:15 | |
| | | 210:25 | |
| | | 211:2 | |
| | | 211:5 - 211:12 | |
| | | 213:16 - 213:19 | |
| | | 213:22 | |
| | | 214:9 - 214:19 | |
| | | 214:23 - 214:25 | |
| | | 215:2 | |
| | | 218:5 - 218:8 | |
| | | 218:12 - 218:23 | |
| | | 225:25 | |
| | | 226:2 - 226:7 | |
| | | 228:19 - 228:25 | |
| | | 229:2 - 229:10 | |
| | | 229:13 - 229:17 | |
| | | 229:20 - 229:25 | |
| | | 230:2 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 240:24 - 240:25 | |
| | | 241:2 - 241:9 | |
| | | 241:12 - 241:19 | |
| | | 241:24 - 241:25 | |
| | | 242:2 - 242:6 | |
| | | 242:22 - 242:25 | |
| | | 249:10 - 249:16 | |
| | | 249:20 - 249:24 | |
| | | 250:3 - 250:12 | |
| | | 250:16 - 250:18 | |
| | | 252:7 - 252:21 | |
| | | 252:24 - 252:25 | |
| | | 253:2 - 253:3 | |
| | | 262:4 - 262:16 | |
| | | 262:20 - 262:25 | |
| | | 263:5 - 263:18 | |
| | | 263:22 - 263:23 | |
| | | 270:17 - 270:25 | |
| | | 271:2 | |
| | | 271:7 - 271:10 | |
| | | 271:14 - 271:19 | |
| | | 271:24 - 271:25 | |
| | | 272:2 - 272:4 | |
| | | 272:7 - 272:9 | |
| | | 274:7 - 274:13 | |
| | | 275:24 - 275:25 | |
| | | 276:2 - 276:6 | |
| | | 278:17 - 278:25 | |
| | | 279:2 - 279:14 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 279:18 - 279:23 | |
| | | 280:4 - 280:7 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| Zhang, Fushan | 10/20/2005 | 3:14 - 3:18 | 42:17 - 42:18 |
| | | 8:12 - 9:7 | 43:8 - 44:12 |
| | | 42:2 - 42:5 | 47:17 |
| | | 42:7 - 42:16 | 50:8 |
| | | 42:19 - 42:24 | 50:16 - 50:17 |
| | | 45:23 - 46:4 | 50:24 - 51:2 |
| | | 46:7 - 46:12 | 90:14 - 91:11 |
| | | 46:14 - 46:17 | 113:10 |
| | | 46:21 - 47:16 | 116:1 - 116:2 |
| | | 47:18 - 48:9 | 120:8 - 120:9 |
| | | 49:6 - 49:14 | 122:9 |
| | | 50:2 - 50:7 | |
| | | 50:9 - 50:15 | |
| | | 50:18 - 50:23 | |
| | | 51:18 - 51:22 | |
| | | 52:1 - 52:18 | |
| | | 62:21 - 63:1 | |
| | | 63:7 - 63:18 | |
| | | 89:24 - 90:13 | |
| | | 109:8 - 109:13 | |
| | | 112:2 - 113:9 | |
| | | 113:11 - 113:14 | |
| | | 115:22 - 115:24 | |
| | | 116:3 - 116:9 | |
| | | 116:12 - 118:4 | |
| | | 119:11 - 119:12 | |
| | | 119:16 - 120:7 | |
| | | 120:10 - 122:2 | |
| | | 122:5 - 122:8 | |

**Testimony Designated by Ciba**
**Including Joint Hercules and Cytec Counter-Designations**

| Deponent | Date | Ciba's Designations | Joint Hercules and Cytec Counter-Designations |
|---|---|---|---|
| | | 122:10 - 122:18 | |
| | | 124:17 - 124:21 | |
| | | 124:23 - 125:7 | |
| | | 169:20 - 169:24 | |
| | | 171:3 - 171:9 | |
| | | 174:9 - 175:2 | |