# EXHIBIT 12

<u>**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**</u>
<u>**May 26, 2006**</u>

**Alan Bleier**

**October 24, 2005**

| <u>Designation</u> | <u>Objections</u> |
|---|---|
| 26:18-27:3 | FRE 611(a)(1) (not clear to which document Ciba is referring) |
| 95:2-3 | FRE 602 |
| 95:9 | FRE 602 |
| 95:10-14 | FRE 611(a)(1) no answer designated |
| 102:23-103:2 | FRE 611(a)(1) no question designated |
| 141:2-6 | FRE 611(a)(1)  no answer designated |

Exhibit 12 of the Pretrial Order
Page 1 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Richard Brady**

**August 26, 2005**

| Designation | Objections |
|---|---|
| 21:12-16 | FRE 701 |
| 21:18-22 | FRE 701 |
| 22:1-3 | FRE 701 |
| 22:5-17 | FRE 701 |
| 22:19-22 | FRE 701 |
| 23:2-7 | FRE 701 |
| 23:9-11 | FRE 701 |
| 24:15-23 | FRE 701 |
| 25:2-4 | FRE 701 |
| 25:9-24 | FRE 701 |
| 26:14-16 | FRE 701 |
| 26:18-27:6 | FRE 701 |
| 27:9-12 | FRE 701 |
| 27:14-16 | FRE 701 |
| 28:4-11 | FRE 701 |
| 28:14-16 | FRE 701 |
| 30:22-31:5 | FRE 701 |
| 36:24-37:2 | FRE 701 |
| 37:5-15 | FRE 701 |
| 37:17-24 | FRE 701 |

Exhibit 12 of the Pretrial Order
Page 2 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations May 26, 2006**

**Richard Brady (continued)**

**August 26, 2005**

| Designation | Objections |
|---|---|
| 40:2-3 | FRE 701 |
| 40:5-16 | FRE 701 |
| 40:24-41:5 | FRE 701 |
| 41:9-13 | FRE 701 |
| 41:16-20 | FRE 701 |
| 44:18-23 | FRE 701 |
| 45:2-4 | FRE 701 |
| 56:6-9 | FRE 701 |
| 56:12-13 | FRE 701 |
| 58:20-23 | FRE 701 |
| 59:2-4 | FRE 701 |
| 62:18-19 | FRE 701<br>FRE 602 |
| 62:21 | FRE 701 |
| 89:3-6 | FRE 611(a)(1) no answer designated |
| 102:1-2 | FRE 611(a)(1) no answer designated |
| 114:11-18 | FRE 403 |
| 114:21-115:7 | FRE 403 |
| 143:2-4 | FRE 403 |
| 143:7-11 | FRE 403 |

Exhibit 12 of the Pretrial Order
Page 3 of 63

Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations
May 26, 2006

**Richard Brady (continued)**

**August 26, 2005**

| Designation | Objections |
|---|---|
| 156:8-15 | FRE 802 |
| 187:4-7 | FRE 602 |
| 187:11-16 | FRE 602 |
| 187:19-21 | FRE 602 |
| 187:23-188:1 | FRE 602 |
| 188:19-20 | FRE 602 |
| 188:23-189:4 | FRE 602 |
| 189:7-8 | FRE 602 |
| 195:11 | FRE 602<br>FRE 701 |
| 195:13-17 | FRE 602<br>FRE 701 |
| 199:6-11 | FRE 602 |
| 199:15-17 | FRE 602 |
| 200:18-23 | FRE 602<br>FRE 701 |
| 201:3-6 | FRE 602<br>FRE 701 |
| 203:24-204:2 | FRE 611(a)(1) no answer designated |
| 205:7-10 | FRE 602 |
| 205:13 | FRE 602 |
| 205:14-19 | FRE 403 |

Exhibit 12 of the Pretrial Order
Page 4 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Richard Brady (continued)**

**August 26, 2005**

| Designation | Objections |
|---|---|
| 205:22-23 | FRE 403 |
| 205:24-206:1 | FRE 602<br>FRE 701 |
| 206:5-11 | FRE 602<br>FRE 701 |
| 207:19-21 | FRE 602<br>FRE 701 |
| 208:1-6 | FRE 602<br>FRE 701 |
| 208:12 | FRE 611(a)(1) no question designated |
| 208:13-15 | FRE 602 |
| 208:17 | FRE 602 |
| 212:8-10 | FRE 701 |
| 212:13-16 | FRE 701 |
| 212:19-24 | FRE 701 |
| 213:4-7 | FRE 701 |
| 213:13-18 | FRE 602 |
| 213:22-214:2 | FRE 602 |
| 214:5 | FRE 602 |
| 218:14-19 | FRE 701 |
| 218:22-219:4 | FRE 701 |
| 221:17-18 | FRE 701 |

Exhibit 12 of the Pretrial Order
Page 5 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Richard Brady (continued)**

**August 26, 2005**

| Designation | Objections |
|---|---|
| 221:21-22 | FRE 701 |
| 226:10-13 | FRE 701 |
| 226:16-20 | FRE 701 |
| 226:23-227:3 | FRE 701 |
| 227:6-9 | FRE 701 |
| 227:11 | FRE 701 |
| 228:10-14 | FRE 701 |
| 228:18-21 | FRE 701 |
| 228:24-229:5 | FRE 701 |
| 229:8-11 | FRE 701 |
| 229:15 | FRE 701 |
| 232:18-21 | FRE 701 |
| 233:1-4 | FRE 701 |

Exhibit 12 of the Pretrial Order
Page 6 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

### Richard Brady

### October 19, 2005

| Designation | Objections |
|-------------|------------|
| 251:15-18 | FRE 602 |
| 279:3-6 | FRE 701 |
| 279:11-15 | FRE 701 |
| 281:8-10 | FRE 701 |
| 281:12-18 | FRE 701 |
| 295:6-7 | FRE 602 |
| 304:22-23 | FRE 602 |
| 305:3-10 | FRE 602 |
| 305:12-16 | FRE 602 |
| 305:18-22 | FRE 602 |
| 306:1-9 | FRE 602 |
| 306:11-15 | FRE 602 |
| 306:19-23 | FRE 602 |
| 307:1 | FRE 602 |
| 316:17 | FRE 602 |
| 316:19 | FRE 602 |
| 317:14-16 | FRE 602 |
| 317:19-20 | FRE 602 |

Exhibit 12 of the Pretrial Order
Page 7 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Lev Bromberg**

**December 15, 2005**

| Designation | Objections |
|---|---|
| 18:24-19:1 | FRE 611(a)(1) No question designated |
| 22:2-6 | Attorney Colloquy |
| 31:2-5 | FRE 611(a)(1) Answer not designated<br>FRE 602 |
| 37:9-12 | Attorney Colloquy |
| 37:14-19 | FRE 611(a)(1) No question designated<br>FRE 701 |
| 64:3-4 | FRE 611(a)(1) No question designated |
| 78:9-10 | FRE 602 |
| 90:13-16 | FRE 611(a)(1) Answer not designated |
| 92:6-7 | FRE 611(a)(1) Answer not designated |
| 95:11-13 | FRE 602 |
| 95:15 | FRE 602 |
| 120:17-19 | FRE 611(a)(1) No question designated |
| 124:11-12 | FRE 602 |
| 124:15 | FRE 602 |

Exhibit 12 of the Pretrial Order
Page 8 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**William Carey**

**October 14, 2005**

| Designation | Objections |
|---|---|
| 89:12-13 | Attorney Colloquy |
| 90:9 | Attorney Colloquy |
| 119:4-5 | FRE 611(a)(1) no question designated |
| 129:9-13 | FRE 602-lack of personal knowledge |
| 129:17 | FRE 602-lack of personal knowledge |
| 130:13-16 | FRE 602-lack of personal knowledge |

Exhibit 12 of the Pretrial Order
Page 9 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**James Davis**

**August 9, 2005**

| <u>Designation</u> | <u>Objections</u> |
|---|---|
| 24:15-21 | F.R.C.P.  30(b)(6) outside the scope of the notice |
| 60:21-23 | FRE 611(a)(1) no answer designated |
| 71:15-16 | F.R.C.P.  30(b)(6) outside the scope of the notice |
| 71:18-24 | F.R.C.P.  30(b)(6) outside the scope of the notice |
| 72:2-15 | F.R.C.P.  30(b)(6) outside the scope of the notice |
| 74:8-9 | F.R.C.P.  30(b)(6) outside the scope of the notice |
| 74:11-15 | F.R.C.P.  30(b)(6) outside the scope of the notice |
| 74:17-21 | F.R.C.P.  30(b)(6) outside the scope of the notice |
| 74:23-75:2 | F.R.C.P.  30(b)(6) outside the scope of the notice |
| 75:5-9 | F.R.C.P.  30(b)(6) outside the scope of the notice |
| 75:11-12 | F.R.C.P.  30(b)(6) outside the scope of the notice |
| 88:18 | FRE 611(a)(1) no question designated |
| 124:15-17 | FRE 611(a)(1) no answer designated & incomplete question |
| 126:7-18 | F.R.C.P.  30(b)(6) outside the scope of the notice |

Exhibit 12 of the Pretrial Order
Page 10 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Robert Gelman**

**July 1, 2005**

| Designation | Objections |
|---|---|
| 23:5-7 | FRE 701 |
| 23:16-19 | FRE 701 |
| 24:6-9 | FRE 701 |
| 25:5-8 | FRE 701 |
| 25:13 | FRE 701 |
| 25:16-20 | FRE 701 |
| 25:23 | FRE 701 |
| 26:2-17 | FRE 701 |
| 26:20-22 | FRE 701 |
| 28:13 | FRE 701 |
| 28:16-29:1 | FRE 701 |
| 29:4-6 | FRE 701 |
| 29:9-14 | FRE 701 |
| 41:13 | FRE 701 |
| 41:16-42:3 | FRE 701 |
| 42:9-11 | FRE 701 |
| 45:12-24 | FRE 701 |
| 73:1-6 | F.R.C.P.  30(b)(6) outside the scope of the notice |
| 73:10-12 | F.R.C.P.  30(b)(6) outside the scope of the notice |
| 95:20-21 | F.R.C.P.  30(b)(6) outside the scope of the notice |

**Robert Gelman (continued)**

Exhibit 12 of the Pretrial Order
Page 11 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**July 1, 2005**

| Designation | Objections |
|---|---|
| 96:1-17 | F.R.C.P. 30(b)(6) outside the scope of the notice |
| 96:21-22 | F.R.C.P. 30(b)(6) outside the scope of the notice |
| 101:15-102:3 | FRE 701<br>F.R.C.P. 30(b)(6) outside the scope of the notice |
| 102:7-20 | F.R.C.P. 30(b)(6) outside the scope of the notice |
| 103:5-6 | FRE 701 |
| 103:9-11 | FRE 701 |
| 104:3 | FRE 611(a)(1) no answer designated |
| 107:16-23 | F.R.C.P. 30(b)(6) outside the scope of the notice |
| 108:9-13 | F.R.C.P. 30(b)(6) outside the scope of the notice |
| 108:19-21 | F.R.C.P. 30(b)(6) outside the scope of the notice |
| 112:8-12 | F.R.C.P. 30(b)(6) outside the scope of the notice |
| 112:16-113:2 | F.R.C.P. 30(b)(6) outside the scope of the notice |
| 113:8-13 | F.R.C.P. 30(b)(6) outside the scope of the notice |
| 122:5-15 | F.R.C.P. 30(b)(6) outside the scope of the notice |
| 122:18-19 | F.R.C.P. 30(b)(6) outside the scope of the notice |
| 129:14-15 | FRE 701<br>F.R.C.P. 30(b)(6) outside the scope of the notice |
| 129:18-24 | FRE 701<br>F.R.C.P. 30(b)(6) outside the scope of the notice |
| 130:1-3 | FRE 701 |

**Robert Gelman (continued)**

Exhibit 12 of the Pretrial Order
Page 12 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations
May 26, 2006**

**July 1, 2005**

| Designation | Objections |
|---|---|
| 130:7-8 | F.R.C.P.  30(b)(6) outside the scope of the notice |
| 130:10-14 | F.R.C.P.  30(b)(6) outside the scope of the notice |
| 130:24-131:3 | F.R.C.P.  30(b)(6) outside the scope of the notice |
| 131:7-9 | F.R.C.P.  30(b)(6) outside the scope of the notice |
| 134:8-15 | FRE 701 |
| 134:19-135:3 | FRE 701 |
| 136:4-9 | FRE 701 |
| 136:13-14 | FRE 701 |
| 136:22-23 | FRE 701 |
| 137:10-12 | FRE 701 |
| 137:15 | FRE 701 |
| 137:17-138:5 | FRE 701 |
| 138:13-16 | FRE 701 |
| 142:5-13 | FRE 701 |
| 142:17 | FRE 701 |
| 142:19-23 | FRE 701 |
| 144:12-15 | FRE 701 |
| 144:19-22 | FRE 701 |
| 146:2-5 | FRE 701 |
| 173:9-18 | FRE 701 |

Exhibit 12 of the Pretrial Order
Page 13 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Robert Gelman (continued)**

**July 1, 2005**

| Designation | Objections |
|---|---|
| 175:5-10 | FRE 701 |
| 175:14 | FRE 701 |
| 176:20-21 | FRE 701<br>F.R.C.P.  30(b)(6) outside the scope of the notice |
| 177:1 | FRE 701<br>F.R.C.P.  30(b)(6) outside the scope of the notice |
| 177:22-24 | FRE 402<br>FRE 403 |
| 178:4-13 | FRE 402<br>FRE 403 |
| 179:22-24 | FRE 402<br>FRE 403 |
| 180:3 | FRE 402<br>FRE 403 |
| 187:16-21 | FRE 701 |
| 188:1-14 | FRE 701 |
| 188:17-24 | FRE 701 |
| 193:24-194:1 | FRE 701 |
| 194:5-8 | FRE 701 |
| 194:10-11 | FRE 701 |
| 196:12-15 | FRE 701<br>F.R.C.P.  30(b)(6) outside the scope of the notice |
| 196:22-197:3 | FRE 701<br>F.R.C.P.  30(b)(6) outside the scope of the notice |

Exhibit 12 of the Pretrial Order
Page 14 of 63

**Exhibit 12: Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Robert Gelman (continued)**

**July 1, 2005**

| <u>Designation</u> | <u>Objections</u> |
|---|---|
| 197:6-17 | FRE 701<br>F.R.C.P. 30(b)(6) outside the scope of the notice |
| 208:23-24 | FRE 701<br>F.R.C.P. 30(b)(6) outside the scope of the notice |
| 209:5-20 | FRE 701<br>F.R.C.P. 30(b)(6) outside the scope of the notice |
| 209:24-210:2 | FRE 701<br>F.R.C.P. 30(b)(6) outside the scope of the notice |
| 213:23-214:1 | FRE 611(a)(1) no answer designated |
| 219:24-220:2 | FRE 701 |
| 220:5-8 | FRE 701 |
| 220:12-24 | FRE 701 |
| 221:5-14 | FRE 701 |
| 221:20-222:3 | FRE 701 |
| 222:11-20 | FRE 701 |
| 222:24-223:8 | FRE 701 |
| 246:11-14 | FRE 701<br>F.R.C.P. 30(b)(6) outside the scope of the notice |
| 246:18-247:8 | FRE 701<br>F.R.C.P. 30(b)(6) outside the scope of the notice |
| 260:1-12 | FRE 701 |
| 260:15-20 | FRE 701 |

Exhibit 12 of the Pretrial Order
Page 15 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

### Robert Gelman (continued)

### July 1, 2005

**Designation**            **Objections**

261:16                     FRE 611(a)(1) no answer designated

Exhibit 12 of the Pretrial Order
Page 16 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Robert Gelman**

**September 27, 2005**

| Designation | Objections |
|---|---|
| 28:2-10 | FRE 602 |
| 37:24-38:3 | FRE 602 |
| 46:8-10 | FRE 403 |
| 46:12 | FRE 403 |
| 54:4-7 | FRE 602 |
| 86:1-9 | FRE 602 |
| 86:11 | FRE 602 |
| 100:15-21 | FRE 602 |
| 104:20-105:5 | FRE 602 |
| 105:8 | FRE 602 |
| 107:3-4 | FRE 611(a)(1) No question designated |
| 116:21-23 | FRE 402 |
| 126:5-7 | FRE 602 |
| 126:9 | FRE 602 |
| 133:1-12 | FRE 701 |
| 134:19-22 | FRE 602 |
| 135:3 | FRE 602 |
| 139:14-17 | FRE 602 |
| 139:19 | FRE 602 |
| 139:23 | FRE 602 |

Exhibit 12 of the Pretrial Order
Page 17 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Robert Gelman (continued)**

**September 27, 2005**

| Designation | Objections |
|---|---|
| 154:17-19 | FRE 602 |
| 154:21-155:10 | FRE 602 |
| 159:23-160:7 | FRE 611(a)(1) Incomplete answer |
| 162:18-163:1 | FRE 602 |
| 169:15-21 | FRE 602 |
| 169:23 | FRE 602 |
| 174:5-8 | FRE 602 |
| 175:10 | FRE 602 |
| 176:11-13 | FRE 602 |
| 183:22-184:1 | FRE 602 |
| 233:4 | FRE 611(a)(1) incomplete question |

Exhibit 12 of the Pretrial Order
Page 18 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**James Greenshields**

**October 27, 2005**

| Designation | Objections |
|---|---|
| 95:12-16 | FRE 403 |
| 95:20-96:11 | FRE 403 |
| 96:14-17 | FRE 403 |
| 100:10-11 | FRE 403 |
| 100:14 | FRE 403 |
| 108:2-5 | FRE 403 |
| 108:8 | FRE 403 |
| 112:15-17 | FRE 611(a)(1) no answer designated |
| 116:1-7 | Attorney Colloquy |
| 195:6-8 | FRE 602 |
| 195:11 | FRE 602 |
| 199:14-19 | FRE 602 |
| 208:9-13 | FRE 602 |
| 208:16-19 | FRE 602 |
| 208:22-209:1 | FRE 602 |
| 209:4-11 | FRE 602 |
| 213:23-24 | FRE 602 |
| 214:1 | FRE 602 |
| 214:4-6 | FRE 602 |
| 214:11-13 | FRE 602 |

Exhibit 12 of the Pretrial Order
Page 19 of 63

<u>Exhibit 12: Joint Hercules and Cytec Objections to Ciba's Deposition Designations</u>
<u>May 26, 2006</u>

**James Greenshields (continued)**

**October 27, 2005**

| <u>Designation</u> | <u>Objections</u> |
|---|---|
| 215:8-9 | FRE 602 |
| 215:15-17 | FRE 602 |
| 215:20-24 | FRE 602 |

Exhibit 12 of the Pretrial Order
Page 20 of 63

**Exhibit 12: Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

### John Harrington

**August 25 & October 19, 2005**

| Designation | Objections |
|---|---|
| 66:7-10 | FRE 402<br>FRE 403 |
| 66:12-22 | FRE 402<br>FRE 403 |
| 67:17-24 | FRE 402<br>FRE 403 |
| 68:1-19 | FRE 402<br>FRE 403 |
| 77:6-11 | FRE 701 |
| 77:18-22 | FRE 701 |
| 90:24-91:9 | FRE 602 |
| 117:3-9 | FRE 403 |
| 117:14-21 | FRE 403 |
| 119:22-24 | Attorney Colloquy |
| 120:1-14 | Attorney Colloquy |
| 136:18 | FRE 611(a)(1) no question designated |
| 155:9-24 | FRE 701 |
| 156:1 | FRE 701 |
| 156:15-18 | FRE 701 |
| 166:9-167:15 | FRE 402<br>FRE 403 |
| 174:6-12 | FRE 402<br>FRE 403 |

Exhibit 12 of the Pretrial Order
Page 21 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

### John Harrington (continued)

### August 25 & October 19, 2005

| Designation | Objections |
|---|---|
| 184:9-185:2 | FRE 402<br>FRE 403 |
| 195:22-24 | FRE 403 |
| 196:4-23 | FRE 403 |
| 216:20-217:9 | FRE 402<br>FRE 403 |
| 290:4-5 | FRE 602 |
| 290:7-10 | FRE 602 |
| 290:13-15 | FRE 602 |
| 290:17 | FRE 602 |
| 293:1-3 | FRE 611(a)(1) no answer designated |
| 294:18-21 | FRE 602 |
| 295:10 | FRE 602 |
| 299:20 | FRE 602 |
| 299:22-24 | FRE 602 |
| 300:3-12 | FRE 602 |
| 300:15 | FRE 602 |
| 302:5-7 | FRE 602 |
| 307:17-20 | FRE 701 |
| 308:9 | FRE 701 |
| 308:12-309:1 | FRE 701 |

Exhibit 12 of the Pretrial Order
Page 22 of 63

Exhibit 12: Joint Hercules and Cytec Objections to Ciba's Deposition Designations
May 26, 2006

John Harrington (continued)

August 25 & October 19, 2005

| Designation | Objections |
|---|---|
| 309:2-3 | FRE 701<br>FRE 602 |
| 309:5-6 | FRE 701<br>FRE 602 |
| 309:12-18 | FRE 602 |
| 309:21 | FRE 602 |
| 309:22-24 | FRE 701 |
| 310:3-4 | FRE 701<br>FRE 602 |
| 319:5-8 | FRE 403 |
| 319:10 | FRE 403 |
| 319:14-24 | FRE 403 |
| 320:1-7 | FRE 403 |
| 340:4-22 | FRE 402<br>FRE 403 |
| 340:24-341:7 | FRE 402<br>FRE 403 |
| 341:18-24 | FRE 402<br>FRE 403 |
| 342:1-9 | FRE 402<br>FRE 403 |
| 343:21-22 | FRE 701<br>FRE 602 |
| 343:24 | Attorney Colloquy |

Exhibit 12 of the Pretrial Order
Page 23 of 63

<u>**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**</u>
<u>**May 26, 2006**</u>

**John Harrington (continued)**

**August 25 & October 19, 2005**

<u>**Designation**</u>                    <u>**Objections**</u>

344:1-10                      FRE 701
                              FRE 602

344:13                        FRE 701
                              FRE 602

Exhibit 12 of the Pretrial Order
Page 24 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Logan Jackson**

**August 11, 2005**

| Designation | Objections |
|---|---|
| 16:7-10 | FRE 402<br>FRE 403 |
| 16:13-20 | FRE 402<br>FRE 403 |
| 18:21-24 | FRE 402<br>FRE 403 |
| 19:2-20:2 | FRE 402<br>FRE 403 |
| 21:22-25 | FRE 402<br>FRE 403<br>FRE 611(a)(1) no answer designated |
| 22:9-10 | FRE 402<br>FRE 403 |
| 22:15-25 | FRE 402<br>FRE 403 |
| 23:1-5 | FRE 402<br>FRE 403 |
| 23:9-10 | FRE 402<br>FRE 403 |
| 24:2-25:5 | FRE 402<br>FRE 403 |
| 25:14-21 | FRE 402<br>FRE 403 |
| 66:5-10 | FRE 402<br>FRE 403 |
| 79:17-19 | FRE 402<br>FRE 403 |

Exhibit 12 of the Pretrial Order
Page 25 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Logan Jackson (continued)**

**August 11, 2005**

| <u>Designation</u> | <u>Objections</u> |
|---|---|
| 79:23-25 | FRE 402<br>FRE 403 |
| 80:2-3 | FRE 402<br>FRE 403 |
| 80:7-10 | FRE 402<br>FRE 403 |
| 80:14-17 | FRE 402<br>FRE 403 |
| 81:3-4 | FRE 402<br>FRE 403 |
| 81:8-82:5 | FRE 402<br>FRE 403 |
| 82:8-10 | FRE 402<br>FRE 403 |
| 82:15-25 | FRE 402<br>FRE 403 |
| 83:1-6 | FRE 402<br>FRE 403 |
| 83:12-13 | FRE 402<br>FRE 403 |
| 84:24-25 | FRE 402<br>FRE 403 |
| 85:2-9 | FRE 402<br>FRE 403 |
| 85:13 | FRE 402<br>FRE 403 |

**Logan Jackson (continued)**

Exhibit 12 of the Pretrial Order
Page 26 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

### August 11, 2005

| Designation | Objections |
|---|---|
| 85:24-86:6 | FRE 402<br>FRE 403 |
| 105:16-17 | FRE 402<br>FRE 403<br>FRE 611(a)(1) no question designated |
| 105:18 | FRE 402<br>FRE 403 |
| 105:21-25 | FRE 402<br>FRE 403 |
| 106:11-12 | FRE 402<br>FRE 403 |
| 106:15-18 | FRE 402<br>FRE 403 |
| 109:6 | FRE 402<br>FRE 403 |
| 121:15-122:11 | FRE 402<br>FRE 403 |
| 122:13-25 | FRE 402<br>FRE 403 |
| 123:1-2 | FRE 402<br>FRE 403 |
| 123:5-14 | FRE 402<br>FRE 403 |
| 125:22-25 | FRE 402<br>FRE 403 |

Exhibit 12 of the Pretrial Order
Page 27 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Logan Jackson (continued)**

**August 11, 2005**

| Designation | Objections |
|---|---|
| 129:8-13 | FRE 402<br>FRE 403<br>FRE 602 |
| 132:9-17 | FRE 402<br>FRE 403 |
| 132:19-132:24 | FRE 402 |
| 133:6-22 | FRE 402<br>FRE 403 |
| 133:25-137:3 | FRE 402<br>FRE 403 |
| 137:15-138:10 | FRE 402<br>FRE 403 |
| 138:20-25 | FRE 402<br>FRE 403 |
| 139:1-17 | FRE 402<br>FRE 403 |
| 140:23-141:10 | FRE 402<br>FRE 403 |
| 141:21-24 | FRE 402<br>FRE 403 |
| 147:5-7 | FRE 402<br>FRE 403 |
| 147:9-11 | FRE 402<br>FRE 403 |
| 147:19-25 | FRE 402<br>FRE 403 |

Exhibit 12 of the Pretrial Order
Page 28 of 63

<u>Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations</u>
<u>May 26, 2006</u>

**Logan Jackson (continued)**

**August 11, 2005**

| <u>Designation</u> | <u>Objections</u> |
|---|---|
| 148:3-7 | FRE 402<br>FRE 403 |
| 148:9-24 | FRE 402<br>FRE 403 |
| 151:9-152:19 | FRE 402<br>FRE 403 |
| 152:22 | FRE 402<br>FRE 403 |
| 154:9-13 | FRE 602 |
| 154:15 | FRE 602 |
| 154:18 | FRE 602 |
| 154:24-25 | FRE 602 |
| 156:2-14 | FRE 402 |
| 156:17-19 | FRE 402 |
| 177:17-19 | FRE 402<br>FRE 403 |
| 177:21-178:7 | FRE 402<br>FRE 403 |
| 178:10 | FRE 402<br>FRE 403 |
| 184:7-9 | FRE 402<br>FRE 403 |
| 184:22-186:2 | FRE 402<br>FRE 403 |

Exhibit 12 of the Pretrial Order
Page 29 of 63

**Exhibit 12: Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Logan Jackson (continued)**

**August 11, 2005**

| Designation | Objections |
|---|---|
| 186:5-7 | FRE 402<br>FRE 403 |
| 186:9 | FRE 402<br>FRE 403 |
| 186:17-19 | FRE 402<br>FRE 403 |
| 186:22-25 | FRE 402<br>FRE 403 |
| 187:13-22 | FRE 402<br>FRE 403 |
| 188:2-6 | FRE 402<br>FRE 403 |
| 190:6-20 | FRE 402<br>FRE 403 |
| 190:22-192:10 | FRE 402<br>FRE 403 |
| 193:11-16 | FRE 602 |
| 193:19-21 | FRE 602 |
| 193:24 | FRE 602 |
| 194:3-7 | FRE 402<br>FRE 403<br>FRE 602 |
| 194:10 | FRE 402<br>FRE 403<br>FRE 602 |

Exhibit 12 of the Pretrial Order
Page 30 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations
May 26, 2006**

**Logan Jackson (continued)**

**August 11, 2005**

| Designation | Objections |
|---|---|
| 195:3-5 | FRE 402<br>FRE 403 |
| 195:8 | FRE 402<br>FRE 403 |
| 198:16-17 | FRE 402<br>FRE 403<br>FRE 602 |
| 198:20-199:2 | FRE 402<br>FRE 403<br>FRE 602 |
| 199:5 | FRE 402<br>FRE 403<br>FRE 602 |
| 200:7-24 | FRE 402<br>FRE 403 |
| 201:2 | FRE 402<br>FRE 403 |
| 213:6-8 | Attorney Colloquy |
| 213:9-14 | FRE 402<br>FRE 403 |
| 215:25-216:7 | FRE 402<br>FRE 403<br>FRE 602 |
| 216:10 | FRE 402<br>FRE 403<br>FRE 602 |
| 217:9-15 | FRE 402<br>FRE 403 |

Exhibit 12 of the Pretrial Order
Page 31 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Logan Jackson (continued)**

**August 11, 2005**

| <u>Designation</u> | <u>Objections</u> |
|---|---|
| 217:18 | FRE 402<br>FRE 403 |
| 217:19-21 | FRE 602<br>FRE 611(a)(1) no answer designated |
| 218:18 | FRE 402<br>FRE 403 |
| 218:21-23 | FRE 402<br>FRE 403 |
| 219:2-3 | FRE 402<br>FRE 403 |
| 220:4-5 | FRE 402<br>FRE 403 |
| 220:8-10 | FRE 402<br>FRE 403 |
| 220:13-16 | FRE 402<br>FRE 403 |
| 220:22-25 | FRE 402<br>FRE 403 |
| 222:2-12 | FRE 602 |
| 235:19-21 | FRE 402<br>FRE 403 |
| 235:24-236:7 | FRE 402<br>FRE 403 |
| 236:11 | FRE 402<br>FRE 403 |
| 239:25-240:5 | FRE 602 |

Exhibit 12 of the Pretrial Order
Page 32 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Logan Jackson (continued)**

**August 11, 2005**

| Designation | Objections |
|---|---|
| 240:9-241:6 | FRE 402 |
| 241:7-8 | FRE 402<br>FRE 403<br>FRE 611(a)(1) no answer designated |
| 241:12-18 | FRE 402<br>FRE 403 |
| 242:13-16 | FRE 402<br>FRE 403<br>FRE 602 |
| 243:2-3 | FRE 402<br>FRE 403<br>FRE 602 |
| 243:6-9 | FRE 402<br>FRE 403<br>FRE 602 |
| 243:12-19 | FRE 402<br>FRE 403<br>FRE 602 |
| 243:22 | FRE 402<br>FRE 403<br>FRE 602 |
| 245:17-19 | FRE 602 |
| 245:22-24 | FRE 602 |
| 245:25-246:8 | FRE 402<br>FRE 403 |
| 246:23-247:3 | FRE 402<br>FRE 403 |

Exhibit 12 of the Pretrial Order
Page 33 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

### Logan Jackson (continued)

### August 11, 2005

| Designation | Objections |
|---|---|
| 248:2-8 | FRE 402<br>FRE 403 |
| 248:11-18 | FRE 402<br>FRE 403 |
| 249:3-9 | FRE 402<br>FRE 403 |
| 249:15-25 | FRE 402<br>FRE 403 |
| 250:4-11 | FRE 402<br>FRE 403 |
| 250:15-20 | FRE 402<br>FRE 403 |
| 251:17-252:6 | FRE 402<br>FRE 403 |
| 252:9-13 | FRE 402<br>FRE 403 |
| 252:16-17 | FRE 402<br>FRE 403 |
| 252:18-19 | FRE 402<br>FRE 403<br>FRE 602 |
| 252:23-25 | FRE 402<br>FRE 403<br>FRE 602 |
| 253:2-4 | FRE 402<br>FRE 403<br>FRE 602 |

Exhibit 12 of the Pretrial Order
Page 34 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Logan Jackson (continued)**

**August 11, 2005**

| Designation | Objections |
|---|---|
| 253:6-9 | FRE 402<br>FRE 403<br>FRE 602 |
| 253:11 | FRE 402<br>FRE 403<br>FRE 602 |
| 253:12-254:8 | FRE 402<br>FRE 403 |
| 254:10 | FRE 402<br>FRE 403 |
| 254:14-20 | FRE 402<br>FRE 403 |
| 254:23 | FRE 402<br>FRE 403 |
| 254:24-255:3 | FRE 402 |
| 255:9 | FRE 402 |
| 255:17 | FRE 602 |
| 255:19 | FRE 602 |
| 255:24 | FRE 602 |
| 261:16-262:4 | FRE 402 |
| 262:12-25 | FRE 402 |
| 264:25-265:3 | FRE 402 |
| 265:20-25 | FRE 402 |

Exhibit 12 of the Pretrial Order
Page 35 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Logan Jackson (continued)**

**August 11, 2005**

| Designation | Objections |
| --- | --- |
| 266:2-4 | FRE 402<br>FRE 403 |
| 266:20-267:6 | FRE 402<br>FRE 403 |
| 267:9-10 | FRE 402<br>FRE 403 |
| 268:22-269:2 | FRE 402<br>FRE 403 |
| 269:7-9 | FRE 402<br>FRE 403 |
| 269:13-19 | FRE 402<br>FRE 403 |
| 270:20-24 | FRE 402<br>FRE 403 |
| 271:3-4 | FRE 402<br>FRE 403 |
| 280:16-18 | FRE 402 |
| 273:17-19 | FRE 602 |
| 273:24-25 | FRE 602 |
| 275:8-9 | FRE 402<br>FRE 403 |
| 275:12-25 | FRE 402<br>FRE 403 |
| 276:2 | FRE 402<br>FRE 403 |

Exhibit 12 of the Pretrial Order
Page 36 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Logan Jackson (continued)**

**August 11, 2005**

<u>Designation</u>                    <u>Objections</u>

276:16-24                        FRE 402
                                 FRE 403

Exhibit 12 of the Pretrial Order
Page 37 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Charles Klass**

**October 21, 2005**

| Designation | Objections |
|---|---|
| 281:8-25 | FRE 402<br>FRE 403 |
| 282:22-23 | FRE 602 |
| 283:1-6 | FRE 602 |
| 15:20-22 | FRE 802 |
| 16:2-5 | FRE 802 |
| 16:12-15 | FRE 802 |
| 17:10-11 | FRE 611(a)(1) no question designated |
| 18:7-10 | FRE 602 |
| 18:18-21 | FRE 403 |
| 18:24-19:6 | FRE 403 |
| 19:18-20:16 | FRE 802 |
| 20:19-21:17 | FRE 802 |
| 21:18-20 | FRE 802<br>FRE 611(a)(1) no question designated |
| 22:2-7 | FRE 802 |
| 23:5-11 | FRE 802 |
| 23:13-17 | FRE 802 |
| 36:15-24 | FRE 602 |
| 37:8 | FRE 602 |
| 39:1-10 | FRE 602 |

Exhibit 12 of the Pretrial Order
Page 38 of 63

**Exhibit 12: Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Charles Klass (continued)**

**October 21, 2005**

| **Designation** | **Objections** |
| --- | --- |
| 39:16-24 | FRE 602 |
| 40:1-4 | FRE 602 |
| 40:22-41:4 | FRE 402<br>FRE 403 |
| 41:5-7 | FRE 602 |
| 41:10-11 | FRE 602 |
| 41:13-42:2 | FRE 602 |
| 42:5-43:1 | FRE 602 |
| 43:4-10 | FRE 602 |
| 43:13-16 | FRE 602 |
| 43:18-24 | FRE 602 |
| 44:2-3 | FRE 602 |
| 44:14-18 | FRE 602 |
| 44:23-45:24 | FRE 602 |
| 46:4-12 | FRE 403 |
| 46:4-16 | FRE 602 |
| 46:20-47:1 | FRE 602 |
| 46:23-47:1 | FRE 403 |
| 47:3 | FRE 602 |
| 48:21-49:3 | FRE 602 |

Exhibit 12 of the Pretrial Order
Page 39 of 63

<u>Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations</u>
<u>May 26, 2006</u>

**Charles Klass (continued)**

**October 21, 2005**

| <u>Designation</u> | <u>Objections</u> |
|---|---|
| 51:5-6 | FRE 602 |
| 51:9-10 | FRE 602 |
| 51:13-15 | FRE 602 |
| 51:19-52:6 | FRE 602 |
| 52:9-11 | FRE 602 |
| 52:14-17 | FRE 602 |
| 52:20-53:15 | FRE 602 |
| 53:24-54:1 | FRE 602 |
| 54:4-5 | FRE 602 |
| 55:15-19 | FRE 602 |
| 56:3-7 | FRE 602 |
| 57:12-14 | FRE 602 |
| 57:18-24 | FRE 602 |
| 65:21-66:1 | FRE 602 |
| 66:5-6 | FRE 602 |
| 66:9-15 | FRE 602 |
| 66:19-20 | FRE 602 |
| 85:23-24 | FRE 403 |
| 86:3-5 | FRE 403 |
| 91:4-7 | FRE 611(a)(1) no question designated |

Exhibit 12 of the Pretrial Order
Page 40 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

### Charles Klass (continued)

### October 21, 2005

| Designation | Objections |
|---|---|
| 91:10-17 | FRE 611(a)(1) no question designated |
| 93:21-23 | FRE 403 |
| 94:1-2 | Attorney Colloquy |
| 94:3-10 | FRE 403 |
| 97:10-12 | FRE 602 |
| 97:15-16 | FRE 602 |
| 98:1-21 | FRE 602 |
| 104:22-23 | FRE 611(a)(1) incomplete question |
| 105:4-6 | FRE 611(a)(1) incomplete question |
| 111:9-12 | FRE 602 |
| 111:15-23 | FRE 602 |
| 112:1-8 | FRE 602 |
| 112:10-12 | FRE 602 |
| 112:15-17 | FRE 602 |
| 122:1-2 | FRE 602 |
| 122:6-10 | FRE 602 |
| 126:1-2 | FRE 602 |
| 126:5-9 | FRE 602 |
| 135:9-10 | FRE 602 |
| 135:15-18 | FRE 602 |

Exhibit 12 of the Pretrial Order
Page 41 of 63

## Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations
### May 26, 2006

### Charles Klass (continued)

### October 21, 2005

**Designation**            **Objections**

136:17-137:16            FRE 602

Exhibit 12 of the Pretrial Order
Page 42 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**John Mangano**

**August 17, 2005**

| Designation | Objections |
|---|---|
| 139:13-22 | FRE 602 |
| 146:8-9 | FRE 602 |
| 146:12-13 | FRE 602 |
| 146:23-24 | FRE 602 |
| 147:4-6 | FRE 602 |
| 25:19-20 | Attorney Colloquy |
| 48:19-49:2 | FRE 402 |
| 73:23-74:22 | FRE 402<br>FRE 403 |
| 145:6-146:20 | FRE 402<br>FRE 403 |
| 220:23-221:20 | FRE 402<br>FRE 403 |
| 239:9-240:23 | FRE 402<br>FRE 403 |
| 242:11-14 | FRE 402<br>FRE 403 |
| 242:20-243:6 | FRE 402<br>FRE 403 |
| 257:15-258:23 | FRE 402<br>FRE 403 |

Exhibit 12 of the Pretrial Order
Page 43 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Zeb Morgan**

**October 21, 2005**

| Designation | Objections |
|---|---|
| 46:2 | FRE 402 |
| | FRE 403 |
| 46:4-21 | FRE 402 |
| | FRE 403 |
| 46:23-47:24 | FRE 402 |
| | FRE 403 |
| 48:2-4 | FRE 402 |
| | FRE 403 |
| 48:6-7 | FRE 402 |
| | FRE 403 |
| 68:14-69:3 | FRE 602 |

Exhibit 12 of the Pretrial Order
Page 44 of 63

**Exhibit 12: Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Louis Rosati**

**October 12, 2005**

| Designation | Objections |
|---|---|
| 57:23-60:17 | FRE 402<br>FRE 403 |
| 60:21-61:18 | FRE 402 |
| 66:22-67:5 | FRE 402<br>FRE 403 |
| 72:6-12 | FRE 402<br>FRE 403 |
| 72:21-73:9 | FRE 402<br>FRE 403 |
| 73:11-75:24 | FRE 402<br>FRE 403 |
| 95:9-11 | FRE 402<br>FRE 403 |
| 95:15-96:3 | FRE 402<br>FRE 403 |
| 96:7-14 | FRE 402<br>FRE 403 |
| 96:12-14 | FRE 602 |
| 96:17-18 | FRE 602 |
| 98:8-21 | FRE 402<br>FRE 403 |
| 106:3-4 | FRE 402<br>FRE 403 |
| 106:6-107:4 | FRE 402<br>FRE 403 |

Exhibit 12 of the Pretrial Order
Page 45 of 63

**Exhibit 12: Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Louis Rosati (continued)**

**October 12, 2005**

| <u>Designation</u> | <u>Objections</u> |
|---|---|
| 108:14-20 | FRE 402<br>FRE 403 |
| 108:23-109:19 | FRE 402<br>FRE 403 |
| 109:25-110:6 | FRE 402<br>FRE 403 |
| 110:19-23 | FRE 402<br>FRE 403 |
| 111:2-5 | FRE 402<br>FRE 403 |
| 111:8-11 | FRE 402<br>FRE 403 |
| 111:13-16 | FRE 402<br>FRE 403 |
| 111:20-23 | FRE 402<br>FRE 403 |
| 113:5-6 | FRE 402<br>FRE 403 |
| 115:6-10 | FRE 402<br>FRE 403 |
| 115:13-15 | FRE 402<br>FRE 403 |
| 116:2-4 | FRE 402<br>FRE 403 |
| 116:6-9 | FRE 402<br>FRE 403 |

Exhibit 12 of the Pretrial Order
Page 46 of 63

Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations
May 26, 2006

Louis Rosati (continued)

October 12, 2005

| Designation | Objections |
| --- | --- |
| 116:12-14 | FRE 402<br>FRE 403 |
| 116:20-24 | FRE 402<br>FRE 403 |
| 116:25-117:2 | FRE 602<br>FRE 402<br>FRE 403 |
| 117:4-7 | FRE 602<br>FRE 402<br>FRE 403 |
| 117:9 | FRE 602 |
| 117:9-12 | FRE 402<br>FRE 403 |
| 117:16-20 | FRE 402<br>FRE 403 |
| 117:24-25 | FRE 402<br>FRE 403 |

Exhibit 12 of the Pretrial Order
Page 47 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Richard Royce**

**October 7, 2005**

| Designation | Objections |
|---|---|
| 42:22-24 | FRE 602 |
| 42:14-15 | FRE 602 |
| 42:17-21 | FRE 602 |
| 99:2-4 | FRE 602 |
| 99:6-16 | FRE 602 |
| 100:16-21 | FRE 611(a)(1) Incomplete answer |
| 103:5-15 | FRE 602 |
| 103:17-19 | FRE 602 |
| 103:24-104:2 | FRE 602 |
| 117:13-21 | FRE 602 |
| 125:23-126:1 | FRE 611(a)(1) Incomplete answer |
| 128:22-129:4 | FRE 602 |
| 129:21-24 | FRE 602 |
| 130:2-130:5 | FRE 602 |
| 130:7-19 | FRE 602 |
| 134:11-135:4 | FRE 602 |
| 138:9-11 | FRE 402 |
| 138:13-16 | FRE 402 |
| 138:17-20 | FRE 602<br>FRE 402 |

Exhibit 12 of the Pretrial Order
Page 48 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Richard Royce (continued)**

**October 7, 2005**

| Designation | Objections |
|---|---|
| 138:22-139:1 | FRE 602<br>FRE 402 |
| 153:16-23 | FRE 602 |
| 154:16-22 | FRE 602 |
| 154:24-155:1 | FRE 602 |
| 162:9-12 | FRE 602 |
| 188:2-5 | FRE 402<br>FRE 611(a)(1) no question designated |
| 190:3-20 | FRE 402 |
| 216:17-19 | Attorney Colloquy |
| 221:19-20 | FRE 602 |
| 221:22 | FRE 602 |
| 221:23-24 | FRE 602 |
| 222:5-6 | FRE 602 |
| 223:9-12 | FRE 403 |
| 223:17-24 | FRE 403 |
| 224:2-6 | FRE 403 |
| 224:7-11 | FRE 602 |
| 225:4-6 | FRE 403 |
| 225:8-10 | FRE 403 |
| 227:12-16 | FRE 403 |

Exhibit 12 of the Pretrial Order
Page 49 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Richard Royce (continued)**

**October 7, 2005**

| Designation | Objections |
|---|---|
| 227:19-22 | FRE 403 |
| 228:7-9 | FRE 403 |
| 228:12-15 | FRE 403 |
| 228:16-23 | FRE 602<br>FRE 403 |
| 229:6-12 | FRE 602<br>FRE 403 |
| 229:15-18 | FRE 602<br>FRE 403 |
| 230:15-21 | FRE 402<br>FRE 403 |
| 230:23 | FRE 402<br>FRE 403 |
| 231:2-4 | FRE 402<br>FRE 403 |
| 231:5-7 | FRE 402 |
| 234:14 | FRE 602<br>FRE 402 |
| 234:17-18 | FRE 602<br>FRE 402 |
| 234:20-21 | FRE 602<br>FRE 402 |
| 236:16 | FRE 602<br>FRE 402 |

Exhibit 12 of the Pretrial Order
Page 50 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Richard Royce (continued)**

**October 7, 2005**

| Designation | Objections |
|---|---|
| 236:18 | FRE 602 |
| | FRE 402 |
| 243:1-3 | FRE 402 |
| 243:5-15 | FRE 402 |
| 243:17-244:5 | FRE 402 |

Exhibit 12 of the Pretrial Order
Page 51 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Brian Walchuk**

**October 23, 2005**

| Designation | Objections |
|---|---|
| 18:22-23 | FRE 701 |
| 19:2-4 | FRE 701 |
| 20:1 | FRE 701 |
| 20:4-6 | FRE 701 |
| 28:13-16 | FRE 602 |
| 32:7-11 | FRE 611(a)(1) no question designated<br>FRE 602 |
| 46:16 | FRE 602 |
| 46:19-22 | FRE 602 |
| 68:16-17 | FRE 611(a)(1) no answer designated |
| 104:20-22 | FRE 701 |
| 105:1-11 | FRE 701 |
| 105:15-23 | FRE 701 |
| 109:22-24 | FRE 701 |
| 110:1-10 | FRE 701 |
| 112:11-12 | FRE 602 |
| 112:20-22 | FRE 602 |
| 112:24-113:18 | FRE 602 |

Exhibit 12 of the Pretrial Order
Page 52 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Paul Waterman 30(b)(6)**

**July 7, 2005**

| Designation | Objections |
|---|---|
| 30:8-31:3 | FRE 402 |
| 38:22-39:24 | FRE 402 |
| 40:14-41:23 | FRE 402 |
| 43:18-24 | FRE 402 |
| 44:16-25 | FRE 402 |
| 45:20-46:22 | F.R.C.P. 30(b)(6) outside the scope of the notice<br>FRE 402 |
| 48:12-49:5 | F.R.C.P. 30(b)(6) outside the scope of the notice<br>FRE 402 |
| 52:12-20 | FRE 402 |
| 53:8-15 | FRE 402 |
| 66:15-19 | F.R.C.P. 30(b)(6) outside the scope of the notice |
| 67:3-7 | F.R.C.P. 30(b)(6) outside the scope of the notice |
| 67:11-13 | F.R.C.P. 30(b)(6)  outside the scope of the notice |
| 67:16 | F.R.C.P. 30(b)(6)  outside the scope of the notice |
| 78:4-5 | F.R.C.P. 30(b)(6)  outside the scope of the notice |
| 78:8-12 | F.R.C.P. 30(b)(6)  outside the scope of the notice |
| 78:15-24 | F.R.C.P. 30(b)(6)  outside the scope of the notice |
| 79:2 | F.R.C.P. 30(b)(6)  outside the scope of the notice |
| 79:5-6 | F.R.C.P. 30(b)(6)  outside the scope of the notice |
| 81:14-82:11 | F.R.C.P. 30(b)(6) outside the scope of the notice |

Exhibit 12 of the Pretrial Order
Page 53 of 63

<u>Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations</u>
<u>May 26, 2006</u>

**Paul Waterman 30(b)(6) (continued)**

**July 7, 2005**

| <u>Designation</u> | <u>Objection</u> |
| --- | --- |
| 115:2-4 | F.R.C.P. 30(b)(6) outside the scope of the notice |
| 115:8-13 | F.R.C.P. 30(b)(6) outside the scope of the notice |
| 115:19-22 | F.R.C.P. 30(b)(6) outside the scope of the notice |
| 116:2-3 | F.R.C.P. 30(b)(6) outside the scope of the notice |
| 117:5-13 | F.R.C.P. 30(b)(6) outside the scope of the notice |
| 122:17-25 | FRE 402<br>FRE 403 |
| 123:4-15 | FRE 402<br>FRE 403 |
| 124:10-11 | FRE 402<br>FRE 403 |
| 124:15-25 | FRE 402<br>FRE 403 |
| 125:2-3 | FRE 402<br>FRE 403 |
| 125:13-14 | FRE 402<br>FRE 403 |
| 125:18-20 | FRE 402<br>FRE 403 |
| 126:6-7 | FRE 402<br>FRE 403 |
| 126:11-13 | FRE 402<br>FRE 403 |
| 127:19-22 | FRE 402<br>FRE 403 |

Exhibit 12 of the Pretrial Order
Page 54 of 63

Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations
May 26, 2006

Paul Waterman 30(b)(6) (continued)

July 7, 2005

| Designation | Objection |
|---|---|
| 127:25 | FRE 402<br>FRE 403 |
| 128:2-12 | FRE 402<br>FRE 403 |
| 128:16-20 | FRE 402<br>FRE 403 |
| 129:7-9 | FRE 402<br>FRE 403 |
| 129:13 | FRE 402<br>FRE 403 |
| 129:16-19 | FRE 402<br>FRE 403 |
| 129:23-25 | FRE 402<br>FRE 403 |
| 130:2-6 | FRE 402<br>FRE 403 |
| 131:11-16 | FRE 402<br>FRE 403 |
| 131:20-21 | FRE 402<br>FRE 403 |
| 132:9-11 | FRE 402<br>FRE 403 |
| 132:14-15 | FRE 402<br>FRE 403 |
| 132:19-25 | FRE 402<br>FRE 403 |

Exhibit 12 of the Pretrial Order
Page 55 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

### Paul Waterman 30(b)(6) (continued)

### July 7, 2005

| Designation | Objection |
| --- | --- |
| 133:2-3 | FRE 402<br>FRE 403 |
| 134:3-12 | FRE 402<br>FRE 403 |
| 134:15-18 | FRE 402<br>FRE 4032 |
| 135:6-20 | FRE 402<br>FRE 403 |
| 135:23-25 | FRE 402<br>FRE 403 |
| 136:2-9 | FRE 402<br>FRE 403 |
| 138:12-18 | FRE 402<br>FRE 403 |
| 138:24-25 | FRE 402<br>FRE 403 |
| 139:2-19 | FRE 402<br>FRE 403 |
| 154:16-22 | F.R.C.P. 30(b)(6) outside the scope of the notice |
| 154:25 | F.R.C.P. 30(b)(6) outside the scope of the notice |
| 155:4-6 | F.R.C.P. 30(b)(6) outside the scope of the notice |
| 155:10-11 | F.R.C.P. 30(b)(6) outside the scope of the notice |
| 155:12-15 | F.R.C.P. 30(b)(6) outside the scope of the notice<br>FRE 403 |

Exhibit 12 of the Pretrial Order
Page 56 of 63

<u>Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations</u>
<u>May 26, 2006</u>

### Paul Waterman 30(b)(6) (continued)

### July 7, 2005

| <u>Designation</u> | <u>Objection</u> |
|---|---|
| 155:22-25 | F.R.C.P. 30(b)(6) outside the scope of the notice<br>FRE 403 |
| 156:1-6 | F.R.C.P. 30(b)(6) outside the scope of the notice |
| 156:10-16 | F.R.C.P. 30(b)(6) outside the scope of the notice<br>FRE 403 |
| 157:9-11 | F.R.C.P. 30(b)(6) outside the scope of the notice<br>FRE 611(a)(1) no question designated<br>FRE 403 |
| 166:11 | FRE 611(a)(1) Incomplete answer |
| 166:11-168:2 | FRE 402<br>FRE 403 |
| 179:17-23 | FRE 402<br>FRE 403 |
| 180:3-4 | FRE 402 |
| 180:9-10 | FRE 402 |
| 180:18-19 | FRE 402<br>FRE 403 |
| 198:18 | FRE 611(a)(1) No question designated |
| 201:12-16 | FRE 402<br>FRE 403 |
| 202:3-6 | FRE 402<br>FRE 403 |
| 202:12 | FRE 402<br>FRE 403 |

Exhibit 12 of the Pretrial Order
Page 57 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

### Paul Waterman 30(b)(6) (continued)

### July 7, 2005

| Designation | Objection |
| --- | --- |
| 202:23-25 | FRE 402<br>FRE 403 |
| 203:2-6 | FRE 402<br>FRE 403 |
| 203:9-204:14 | FRE 402<br>FRE 403 |
| 205:10-19 | FRE 402<br>FRE 403 |
| 205:22-206:5 | FRE 402<br>FRE 403 |
| 206:8-18 | FRE 402<br>FRE 403 |
| 206:21-25 | FRE 402<br>FRE 403 |
| 207:2-5 | FRE 402<br>FRE 403 |
| 207:10-15 | FRE 402<br>FRE 403 |
| 207:19-25 | FRE 402<br>FRE 403 |
| 208:2-11 | FRE 402<br>FRE 403 |
| 208:14 | FRE 402<br>FRE 403 |
| 209:8-15 | FRE 402<br>FRE 403 |

Exhibit 12 of the Pretrial Order
Page 58 of 63

<u>**Exhibit 12: Joint Hercules and Cytec Objections to Ciba's Deposition Designations**</u>
<u>**May 26, 2006**</u>

**Paul Waterman 30(b)(6) (continued)**

**July 7, 2005**

| <u>Designation</u> | <u>Objection</u> |
|---|---|
| 210:25 | FRE 402<br>FRE 403 |
| 211:2 | FRE 402<br>FRE 403 |
| 211:5-12 | FRE 402<br>FRE 403 |
| 213:16-19 | FRE 402<br>FRE 403 |
| 213:22 | FRE 402<br>FRE 403 |
| 214:9-19 | FRE 402<br>FRE 403 |
| 214:23-25 | FRE 402<br>FRE 403 |
| 215:2 | FRE 402<br>FRE 403 |
| 228:19-25 | FRE 402<br>FRE 403 |
| 229:2-10 | FRE 402<br>FRE 403 |
| 229:13-17 | FRE 402<br>FRE 403 |
| 229:20-25 | FRE 402<br>FRE 403 |
| 230:2 | FRE 402<br>FRE 403 |

Exhibit 12 of the Pretrial Order
Page 59 of 63

**Exhibit 12: Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Paul Waterman 30(b)(6) (continued)**

**July 7, 2005**

| Designation | Objection |
|---|---|
| 249:10-16 | FRE 402<br>FRE 403 |
| 249:20-24 | FRE 402<br>FRE 403 |
| 250:3-12 | FRE 402<br>FRE 403 |
| 250:16-18 | FRE 402<br>FRE 403 |
| 252:7-21 | FRE 402<br>FRE 403 |
| 252:24-25 | FRE 402<br>FRE 403 |
| 253:2-3 | FRE 402<br>FRE 403 |
| 262:4-16 | F.R.C.P. 30(b)(6) outside the scope of the notice<br>FRE 402<br>FRE 403 |
| 262:20-25 | F.R.C.P. 30(b)(6) outside the scope of the notice<br>FRE 602<br>FRE 402<br>FRE 403 |
| 263:5-6 | F.R.C.P. 30(b)(6) outside the scope of the notice<br>FRE 602<br>FRE 402<br>FRE 403 |
| 263:7-18 | FRE 402<br>FRE 403 |

Exhibit 12 of the Pretrial Order
Page 60 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

### Paul Waterman 30(b)(6) (continued)

### July 7, 2005

| Designation | Objection |
|---|---|
| 263:22-23 | FRE 402<br>FRE 403 |
| 270:17-25 | FRE 402<br>FRE 403 |
| 271:2 | FRE 402<br>FRE 403 |
| 271:7-10 | FRE 402<br>FRE 403 |
| 271:14-19 | FRE 402<br>FRE 403 |
| 271:24-25 | FRE 402<br>FRE 403 |
| 272:2-4 | FRE 402<br>FRE 403 |
| 272:7-9 | FRE 402<br>FRE 403 |
| 278:17-25 | FRE 402<br>FRE 403 |
| 279:2-14 | FRE 402<br>FRE 403 |
| 279:18-23 | FRE 402<br>FRE 403 |
| 280:4-7 | FRE 402<br>FRE 403 |

Exhibit 12 of the Pretrial Order
Page 61 of 63

**Exhibit 12:  Joint Hercules and Cytec Objections to Ciba's Deposition Designations**
**May 26, 2006**

**Fushan Zhang**

**October 20, 2005**

| Designation | Objections |
|---|---|
| 62:21-22 | FRE 611(a)(1) Incomplete question |
| 115:22-24 | FRE 602 |
| 116:3-6 | FRE 602 |
| 116:7-9 | FRE 602 |
| 116:12-24 | FRE 602 |
| 120:6-7 | FRE 602 |
| 120:10-22 | FRE 602 |

Exhibit 12 of the Pretrial Order
Page 62 of 63

<u>**Exhibit 12: Joint Hercules and Cytec Objections to Ciba's Deposition Designations**</u>
<u>**May 26, 2006**</u>

**Privity Hearing**

**May 8, 2006**

| <u>Designation</u> | <u>Objections</u> |
| --- | --- |
| 239:22-23 | FRE 611(a)(1) no answer designated |

Exhibit 12 of the Pretrial Order
Page 63 of 63