# EXHIBIT 14

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS<br>CORPORATION, | )<br>)<br>) | C.A. No. 04-293 (KAJ) |
| Plaintiff, | )<br>) | **JURY TRIAL DEMANDED** |
| v. | )<br>) | |
| HERCULES, INC. and<br>CYTEC INDUSTRIES, INC., | )<br>)<br>) | |
| Defendants. | ) | |

### EXHIBIT 14
### CIBA'S OBJECTIONS TO HERCULES' AND CYTEC'S
### <u>DEPOSITION DESIGNATIONS</u>

## Ciba's Objections to Hercules' and Cytec's Deposition Designations

### Anthony Burke

### November 30, 2005

| <u>Designation</u> | <u>Objections</u> |
|---|---|
| 109:7-109:11 | F.R.E. 602(lack of personal knowledge); Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 161:6-8 | F.R.E. 602(lack of personal knowledge); Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 178:22-179:3 | F.R.E. 402/403; F.R.E. 602(lack of personal knowledge) |
| 179:19-20 | Attorney Colloquy; Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (argumentative) made at deposition |
| 225:18-226:2 | F.R.E. 602(lack of personal knowledge) |

Exhibit 14 page 1

RLF1-3024704-1

## Ciba's Objections to Hercules' Deposition Designations

### William Carey

### October 14, 2005

| Designation | Objections |
|---|---|
| 78.9-78:12 | F.R.E. 611(a) Incomplete Q & A |

Exhibit 14 page 2

RLF1-3024704-1

## Ciba's Objections to Hercules' Deposition Designations

### Jackie Casagranda

### September 13, 2005

| <u>Designation</u> | <u>Objections</u> |
|---|---|
| 30:8-11 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (misstates testimony) made at deposition |
| 62:13-16 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question made at deposition |
| 66:6-7 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 66:10-67:1 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question made at deposition |
| 111:20-112:1 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question made at deposition |
| 148:10-18 | F.R.E. 402/403 |
| 151:1-2 | Fed. R. Civ. P. 32 (objections not properly designated) |
| 170:3 | F.R.E. 611(a) Incomplete Q & A |
| 175:1 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 175:12-15 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question made at deposition |
| 202:4-5 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 202:7 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 203:5-7 | F.R.E. 611(a) Incomplete Q & A |

**Exhibit 14 page 3**

RLF1-3024704-1

## Ciba's Objections to Hercules' Deposition Designations

### Gordon Chen

### October 12, 2005

| Designation | Objections |
|---|---|
| 64:11-12 | Fed. R. Civ. P. 32 (objections not properly designated) |
| 65:9-12 | F.R.E. 402/403 |
| 66:1-5 | F.R.E. 402/403 |
| 66:7 | F.R.E. 402/403 |
| 66:10 | F.R.E. 402/403 |
| 76:19-20 | F.R.E. 402/403 |
| 77:13-15 | F.R.E. 402/403 |
| 79:9-11 | F.R.E. 402/403 |
| 79:18-19 | F.R.E. 402/403 |
| 90:19-91:6 | F.R.E. 402/403 |
| 91:8-9 | F.R.E. 402/403, 602, 701; Fed. R. Civ. P. 32(d)(3)(b) |
| 91:13 | F.R.E. 402/403, 602, 701 |
| 91:17 | F.R.E. 402/403 |
| 96:2-9 | F.R.E. 402/403 |
| 96:11 | F.R.E. 402/403 |
| 99:1-4 | F.R.E. 402/403 |
| 99:11-13 | F.R.E. 402/403; Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (foundation) made at deposition |
| 99:20-21 | F.R.E. 402/403 |

**Exhibit 14 page 4**

## Ciba's Objections to Hercules' Deposition Designations

| | |
|---|---|
| 100:2-4 | F.R.E. 402/403 |
| 100:9-10 | F.R.E. 402/403 |
| 103:10-12 | F.R.E. 402/403 |
| 104:1-5 | F.R.E. 402/403 |
| 104:14-15 | F.R.E. 402/403 |
| 104:17 | F.R.E. 402/403 |
| 113:21-114:1 | F.R.E. 402/403 |
| 114:3-5 | F.R.E. 402/403 |
| 114:7-10 | F.R.E. 402/403 |
| 175:12-18 | F.R.E. 402/403 |
| 176:8-11 | F.R.E. 402/403 |
| 176:19-22 | F.R.E. 402/403 |
| 177:7-10 | F.R.E. 402/403 |
| 191:5 | F.R.E. 402/403 |
| 191:8 | F.R.E. 402/403 |

Exhibit 14 page 5

RLF1-3024704-1

## Ciba's Objections to Hercules' Deposition Designations

### James Davis

### August 9, 2005

| Designation | Objections |
|---|---|
| 228:5-8 | F.R.E. 402/403 |
| 228:22-23 | F.R.E. 402/403; Fed. R. Civ. P. 32(d)(3)(b); objection to form of question made at deposition |
| 229:3 | F.R.E. 402/403; Fed. R. Civ. P. 32(d)(3)(b); objection to form of question made at deposition |

Exhibit 14 page 6

RLF1-3024704-1

## Ciba's Objections to Hercules' Deposition Designations

### Robert Gelman

### July 1, 2005

| <u>Designation</u> | <u>Objections</u> |
|---|---|
| 100:2-8 | F.R.E. 611(a) Incomplete Q&A |

**Exhibit 14 page 7**

## Ciba's Objections to Hercules' Deposition Designations

### Robert Gelman

### September 27, 2005

**Designation**          **Objections**

Exhibit 14 page 8

## Ciba's Objections to Hercules' Deposition Designations

### Robert Gilbert

### October 28, 2005

| Designation | Objections |
|---|---|
| 50:8-10 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 52:5-7 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 66:8-9 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 78:18-79:21 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague, foundation) made at deposition |
| 80:18-21 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 81:4-6 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 85:4-6 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague, foundation) made at deposition |
| 100:2-5 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (foundation) made at deposition |
| 126:15-16 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 146:21-147:1 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague, foundation) made at deposition |
| 153:18-20 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague, foundation) made at deposition |
| 177:11-13 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague, foundation) made at deposition |
| 208:10 | Fed. R. Civ. P. 32 (objections not properly designated) |

**Exhibit 14 page 9**

## Ciba's Objections to Hercules' Deposition Designations

210:20-22          Fed. R. Civ. P. 32(d)(3)(b); objection to form of
                   question made at deposition;
                   F.R.E. 702/703/704 (Incomplete hypothetical;
                   Calls for legal conclusion)

**Exhibit 14 page 10**

RLF1-3024704-1

Ciba's Objections to Hercules' Deposition Designations

**James Greenshields**

**October 27, 2005**

**Designation**          **Objections**

Exhibit 14 page 11

## Ciba's Objections to Hercules' Deposition Designations

### Allen Grimsley

### October 6, 2005

| Designation | Objections |
| --- | --- |
| 70:3-4 | F.R.E. 402/403 |
| 70:21-71:1 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 104:8-9 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 120:4 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question made at deposition |
| 120:6 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation, vague) made at deposition |
| 120:11-12 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation, vague) made at deposition |
| 141:10-15 | F.R.E. 602 |
| 141:17-22 | F.R.E. 602 |
| 142:2-7 | F.R.E. 602 |
| 155:6-7 | F.R.E. 611(a) Incomplete Q & A |

**Exhibit 14 page 12**

Ciba's Objections to Hercules' Deposition Designations

**John Harrington**

**August 25, 2005**

<u>Designation</u>          <u>Objections</u>

Exhibit 14 page 13

RLF1-3024704-1

## Ciba's Objections to Hercules' Deposition Designations

### John Harrington

### October 19, 2005

**Designation**          **Objections**

Exhibit 14 page 14

RLF1-3024704-1

## Ciba's Objections to Hercules' Deposition Designations

### Elieth Harris

### October 18, 2005

| __Designation__ | __Objections__ |
| --- | --- |
| 90:2-90:11 | F.R.E. 611(a) Incomplete Q & A |
| 109:7-9 | F.R.E. 611(a) Incomplete Q & A |
| 154:16-18 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 157:18-158:1 | F.R.E. 611(a) Incomplete Q & A |
| 194:1-3 | F.R.E. 602, 402/403, and 701 |
| 194:8-9 | F.R.E. 602, 402/403, and 701 |
| 202:20-21 | F.R.E. 602, 402/403, and 701 |
| 203:2 | F.R.E. 602, 402/403, and 701 |
| 203:6-9 | F.R.E. 602, 402/403, and 701 |
| 203:10 | Fed. R. Civ. P. 32 (objections not properly designated) |
| 203:11 | F.R.E. 602, 402/403, and 701 |
| 203:12 | Fed. R. Civ. P. 32 (objections not properly designated) |
| 203:15-16 | F.R.E. 602, 402/403, and 701 |
| 207:21-22 | F.R.E. 602, 402/403, and 701 |
| 208:2 | F.R.E. 602, 402/403, and 701 |
| 208:8-9 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 213:17-19 | F.R.E. 602, 402/403, and 701; Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |

**Exhibit 14 page 15**

## Ciba's Objections to Hercules' Deposition Designations

| | |
|---|---|
| 227:22-228:5 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question made at deposition |
| 228:11-19 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 240:3-5 | F.R.E. 611(a) Incomplete Q & A; Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |

**Exhibit 14 page 16**

RLF1-3024704-1

## Ciba's Objections to Hercules' Deposition Designations

### Malcolm Hawe

### September 15, 2005

| Designation | Objections |
| --- | --- |
| 61:13-14 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 62:1-3 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition: F.R.E. 602, 402/403, and 701 (Calls for Legal Opinion) |
| 62:20-63:1 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question made at deposition; F.R.E. 602, 402/403, and 701 |
| 63:18-20 | F.R.E. 602, 402/403, and 701 |
| 64:5-7 | F.R.E. 602, 402/403, and 701 |
| 64:21-65:1 | F.R.E. 602, 402/403, and 701 |
| 94:20-22 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 97:21 | F.R.E. 611(a) Incomplete Q & A |
| 101:5-10 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 110:22-111:2 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 114:2-4 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 122:3-7 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 122:22-123:3 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 123:21-124:1 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of |

**Exhibit 14 page 17**

## Ciba's Objections to Hercules' Deposition Designations

| | |
|---|---|
| | question made at deposition |
| | F.R.E. 602, 402/403, and 701 |
| 124:2-3 | Fed. R. Civ. P. 32 (objections not properly designated) |
| 124:11-13 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| | F.R.E. 602, 402/403, and 701 |
| 124:22-125:1 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| | F.R.E. 602, 402/403, and 701 |
| 125:3-9 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| | F.R.E. 602, 402/403, and 701 |
| 125:18-21 | F.R.E. 602, 402/403, and 701 |
| 126:3-7 | F.R.E. 602, 402/403, and 701 |
| 126:11 | F.R.E. 602, 402/403, and 701 |
| 131:12-14 | F.R.E. 611(a) Incomplete Q & A |
| 137:7-10 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (foundation, vague) made at deposition |
| 145:1-5 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |

Exhibit 14 page 18

RLF1-3024704-1

**Ciba's Objections to Hercules' Deposition Designations**

**Michael Heard**

**June 30, 2005**

| <u>Designation</u> | <u>Objections</u> |
|---|---|
| 28:13 | Fed. R. Civ. P. 30(b)(6) (outside the scope of notice) |
| 38:16-17 | F.R.E. 611(a) (Hercules does not designate full question) |
| 39:5-8 | Fed. R. Civ. P. 30(b)(6) (outside scope of notice) |
| 39:12-14 | Fed. R. Civ. P. 30(b)(6) (outside scope of notice) |
| 40:22-41:4 | F.R.E. 611(a) (Hercules does not designate full question) |
| 57:8-10 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (asked and answered) made at deposition |
| 58:9-12 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (misstates testimony) made at deposition |
| 74:21-22 | F.R.E. 611(a) (Hercules does not designate full question) |
| 75:19-20 | F.R.E. 611(a) (Hercules does not designate answer to this question) |
| 104:9 | Fed. R. Civ. P. 30(b)(6) (outside scope of notice) |
| 108:1-4 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 136:8-9 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 145:11-14 | F.R.E. 602 (lack of personal knowledge and seeking expert testimony); F.R.E. 402/403; F.R.E. 701 |

**Exhibit 14 page 19**

**Ciba's Objections to Hercules' Deposition Designations**

| | |
|---|---|
| 151:14-17 | F.R.E. 602 (lack of personal knowledge and seeking expert testimony); F.R.E. 402/403; F.R.E. 701 |
| 151:22-152:3 | F.R.E. 602 (lack of personal knowledge and seeking expert testimony); F.R.E. 402/403; F.R.E. 701 |
| 157:9-11 | F.R.E. 602 (lack of personal knowledge and seeking expert testimony); F.R.E. 402/403; F.R.E. 701 |
| 161:9-11 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague and lack of foundation) made at deposition |
| 168:10-13 | F.R.E. 602 (lack of personal knowledge and seeking expert testimony); F.R.E. 402/403; F.R.E. 701 |
| 169:14-16 | F.R.E. 602 (lack of personal knowledge and seeking expert testimony); F.R.E. 402/403; F.R.E. 701 |
| 170:15-16 | F.R.E. 602 (lack of personal knowledge and seeking expert testimony); F.R.E. 402/403; F.R.E. 701 |
| 180:21-22 | F.R.E. 611(a) (Hercules does not designate answer) |
| 200:14 | F.R.E. 402/403 |
| 200:16-17 | F.R.E. 402/403 |
| 200:20-21 | F.R.E. 402/403 |
| 201:1-2 | F.R.E. 402/403 |

**Exhibit 14 page 20**

## Ciba's Objections to Hercules' Deposition Designations

| | |
|---|---|
| 201:6-7 | F.R.E. 402/403 |
| 201:11-13 | F.R.E. 402/403 |
| 202:8 | F.R.E. 402/403 |
| 202:10 | F.R.E. 402/403 |
| 202:19-21 | F.R.E. 402/403 |
| 217:6-11 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation, misleading) made at deposition |

Exhibit 14 page 21

RLF1-3024704-1

## Ciba's Objections to Hercules' Deposition Designations

### Michael Heard

### August 16, 2005

| Designation | Objections |
|---|---|
| 32:16 | F.R.E. 402/403 |
| 32:18-19 | F.R.E. 402/403 |
| 32:21 | F.R.E. 402/403 |
| 33:1 | F.R.E. 402/403 |
| 45:1-3 | F.R.E. 402/403 |
| 56:9-13 | F.R.E. 402/403 |
| 56:15-17 | F.R.E. 402/403 |
| 56:21-22 | F.R.E. 402/403 |
| 57:3-4 | F.R.E. 402/403 |
| 57:6-7 | F.R.E. 402/403 |
| 57:11-12 | F.R.E. 402/403 |
| 57:15-16 | F.R.E. 402/403 |
| 57:18 | F.R.E. 402/403 |
| 57:20 | F.R.E. 402/403 |
| 57:22 | F.R.E. 402/403 |
| 58:2-3 | F.R.E. 402/403 |
| 58:6 | F.R.E. 402/403 |
| 58:8-9 | F.R.E. 402/403 |
| 58:11 | F.R.E. 402/403 |

**Exhibit 14 page 22**

## Ciba's Objections to Hercules' Deposition Designations

| | |
|---|---|
| 58:15 | F.R.E. 402/403 |
| 62:17-20 | F.R.E. 402/403 |
| 62:22-63:4 | F.R.E. 402/403 |
| 80:13-20 | F.R.E. 611(a) (Hercules does not designate full question) |
| 130:2-3 | F.R.E. 402/403 |
| 130:6-7 | F.R.E. 402/403 |
| 130:11 | F.R.E. 402/403 |
| 130:14-15 | F.R.E. 402/403 |
| 131:1-2 | F.R.E. 402/403 |
| 131:4-5 | F.R.E. 402/403 |
| 146:7-13 | F.R.E. 402/403 |
| 146:15-17 | F.R.E. 402/403 |
| 200:17-18 | F.R.E. 402/403 |
| 200:21-22 | F.R.E. 402/403 |
| 218:4-5 | F.R.E. 402/403 |
| 218:7-9 | F.R.E. 402/403 |
| 218:11-13 | F.R.E. 402/403 |
| 218:17-21 | F.R.E. 402/403; |
| 219:5-7 | F.R.E. 402/403 |
| 219:9-11 | F.R.E. 402/403 |
| 219:13 | F.R.E. 402/403 |
| 222:16-223:6 | Attorney Colloquy; F.R.E. 402/403 |

Exhibit 14 page 23

## Ciba's Objections to Hercules' Deposition Designations

223:18-21          F.R.E. 402/403

224:1              F.R.E. 402/403

Exhibit 14 page 24

## Ciba's Objections to Hercules' Deposition Designations

### Michael Heard

### November 4, 2005

| Designation | Objections |
|---|---|
| 324:22-325:3<br>325:5<br>325:7 | Fed. R. Civ. P. 30(b)(6) (outside the scope of notice) |
| 327:19-328:2 | Attorney Colloquy |

Exhibit 14 page 25

RLF1-3024704-1

## Ciba's Objections to Hercules' Deposition Designations

### Dan Honig

### November 9, 2005

| <u>Designation</u> | <u>Objections</u> |
|---|---|
| 16:7 | F.R.E. 611(a) (Hercules does not designate full question and answer) |
| 47:9-16 | F.R.E. 611(a) (Hercules does not designate full answer) |
| 63:4-6 | F.R.E. 611(a) (Hercules does not designate answer) |
| 65:14-16 | F.R.E. 611(a) (Hercules does not designate full question) |
| 68:3-4 | F.R.E. 611(a) (Hercules does not designate full question) |
| 73:17-74:3 | F.R.E. 611(a) (Hercules does not designate full question) |
| 79:7-10 | F.R.E. 611(a) (Hercules does not designate full question) |
| 82:20-22 | F.R.E. 611(a) (Hercules does not designate full question) |
| 134:13-18 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (compound, assumes fact not in evidence, misstates record) made at deposition |
| 164:7 | F.R.E. 611(a) (Hercules does not designate answer) |
| 167:8 | F.R.E. 611(a) (Hercules does not designate full answer and question) |
| 169:8-10 | F.R.E. 611(a) (Hercules does not designate full answer) |

**Exhibit 14 page 26**

**Ciba's Objections to Hercules' Deposition Designations**

| | |
|---|---|
| 185:5-9 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (incomplete hypothetical) made at deposition |
| 197:1-6 | F.R.E. 611(a) (Hercules does not designate full question) |
| 211:9-11 | F.R.E. 602 (lack of personal knowledge and seeking expert testimony); F.R.E. 402/403; F.R.E. 701 |
| 213:8-14 | F.R.E. 602 (lack of personal knowledge and seeking expert testimony); F.R.E. 402/403; F.R.E. 701 |
| 214:5-8 | F.R.E. 611(a) (Hercules does not designate full question) |
| 214:10-13 | F.R.E. 602 (lack of personal knowledge and seeking expert testimony); F.R.E. 402/403; F.R.E. 701 |
| 217:7-17 | Attorney Colloquy; F.R.E. 602 (lack of personal knowledge and seeking expert testimony); F.R.E. 402/403; F.R.E. 701 |
| 244:2-3 | Attorney Colloquy |
| 258:1-6 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (misstates documents, improper context) made at deposition |
| 263:1-3 | F.R.E. 611(a) (Hercules does not designate full answer) |
| 270:1-18 | F.R.E. 611(a) (Hercules does not designate full question) |
| 275:21-276:1 | F.R.E. 611(a) (Hercules does not designate full question) |

**Exhibit 14 page 27**

## Ciba's Objections to Hercules' Deposition Designations

| | |
|---|---|
| 287:21-288:5 | F.R.E. 602 (lack of personal knowledge and seeks expert testimony);<br>F.R.E. 402/403;<br>F.R.E. 701 |
| 290:6-10 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (asked and answered) made at deposition |
| 292:1-2 | F.R.E. 611(a) (Hercules does not designate full answer) |
| 300:21-302:3 | F.R.E. 611(a) (Hercules does not designate answer);<br>Attorney Colloquy;<br>F.R.E. 402/403 |
| 302:8-12 | F.R.E. 402/403 |
| 302:17-18 | F.R.E. 402/403 |
| 312:9 | F.R.E. 611(a) (Hercules does not designate full answer) |
| 326:12-15 | F.R.E. 611(a) (Hercules does not designate full question) |
| 335:12-14 | F.R.E. 611(a) (Hercules does not designate full question) |

Exhibit 14 page 28

RLF1-3024704-1

**Ciba's Objections to Hercules' Deposition Designations**

**Casey King**

**October 28, 2005**

| Designation | Objections |
|---|---|
| 43:17 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 45:4-7 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 45:18-21 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 116:8-11 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question made at deposition |
| 117:16-118:1 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question made at deposition |
| 129:2-3 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question made at deposition |
| 141:14-16 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question made at deposition |
| 159:1-2 159:4-5 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 172:16-173:7 | Attorney Colloquy |
| 186:7 | F.R.E. 611(a) (Hercules does not designate full question and answer) |
| 191:18-20 | F.R.E. 611(a) (Hercules does not designate answer to question) |
| 193:22-194:4 | F.R.E. 611(a) (Hercules does not designate answer to question); Attorney Colloquy |

**Exhibit 14 page 29**

Ciba's Objections to Hercules' Deposition Designations

199:18-22                    Attorney Colloquy;
                             Fed. R. Civ. P. 32(d)(3)(b); objection to form of
                             question made at deposition

Exhibit 14 page 30

## Ciba's Objections to Hercules' Deposition Designations

### Charles Klass

### October 21, 2005

| <u>Designation</u> | <u>Objections</u> |
|---|---|
| 143:4-6 | F.R.E. 611(a) (Hercules does not designate answer to the question) |

Exhibit 14 page 31

RLF1-3024704-1

## Ciba's Objections to Hercules' Deposition Designations

### James Malackowski

### October 31, 2005

**Designation**        **Objections**

Exhibit 14 page 32

## Ciba's Objections to Hercules' Deposition Designations

### Daniel Michalopoulos

### October 18, 2005

| Designation | Objections |
|---|---|
| 73:4 | F.R.E. 611(a) (Hercules does not designate full answer) |
| 73:16 | F.R.E. 611(a) (Hercules does not designate question to which this answer responds) |
| 110:22 | F.R.E. 611(a) (Hercules does not designate full answer) |
| 115:25-116:3 | F.R.E. 611(a) (Hercules does not designate full answer) |

Exhibit 14 page 33

RLF1-3024704-1

## Ciba's Objections to Hercules' Deposition Designations

### Robert Prud'homme

### October 26, 2005

| Designation | Objections |
|---|---|
| 106:22-107:7 | F.R.E. 611(a) (Hercules does not designate full answer) |
| 202:5-7 | F.R.E. 402/403 |

Exhibit 14 page 34

## Ciba's Objections to Hercules' Deposition Designations

### Richard Royce

### October 7, 2005

| Designation | Objections |
|---|---|
| 97:12 | Fed. R. Civ. P. 32 (objections not properly designated) |
| 185:5 | Fed. R. Civ. P. 32 (objections not properly designated) |
| 210:5 | Fed. R. Civ. P. 32 (objections not properly designated) |
| 210:18 | Fed. R. Civ. P. 32 (objections not properly designated) |
| 210:23 | Fed. R. Civ. P. 32 (objections not properly designated) |
| 211:10-11 | Fed. R. Civ. P. 32 (objections not properly designated) |
| 212:18 | Fed. R. Civ. P. 32 (objections not properly designated) |
| 212:20 | Fed. R. Civ. P. 32 (objections not properly designated) |
| 219:11-12 | Fed. R. Civ. P. 32 (objections not properly designated) |
| 219:16-17 | Fed. R. Civ. P. 32 (objections not properly designated) |
| 219:24 | Fed. R. Civ. P. 32 (objections not properly designated) |
| 220:18-24 | Fed. R. Civ. P. 32 (objections not properly designated); Attorney Colloquy |

**Exhibit 14 page 35**

## Ciba's Objections to Hercules' Deposition Designations

221:13                    Fed. R. Civ. P. 32 (objections not properly
                          designated)

Exhibit 14 page 36

# Ciba's Objections to Hercules' Deposition Designations

## Zhiqiang Song

## October 11, 2005

| Designation | Objections |
|---|---|
| 107:4 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 168:2-9 | Attorney Colloquy |
| 175:1-3 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question made at deposition |
| 175:9-10 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 176:1-5 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 176:20-21 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 177:3-5 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 187:12-15 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question made at deposition |

Exhibit 14 page 37

RLF1-3024704-1

## Ciba's Objections to Hercules' Deposition Designations

### Steve Tremont

### September 9, 2005

| <u>Designation</u> | <u>Objections</u> |
|---|---|
| 77:11-12 | F.R.E. 611(a) (Hercules does not designate full question and answer) |
| 79:17-18 | F.R.E. 611(a) (Hercules does not designate entire statement) |
| 81:14 | F.R.E. 611(a) (Hercules does not designate full question and answer) |
| 82:8-14 | F.R.E. 611(a) (Hercules does not designate question to which this answer responds); Fed. R. Civ. P. 30(b)(6) (question is outside scope of notice) |
| 84:9-10 | F.R.E. 611(a) (Hercules does not designate answer) |

Exhibit 14 page 38

## Ciba's Objections to Hercules' Deposition Designations

### Frank Van Riet

### October 25, 2005

| Designation | Objections |
|---|---|
| 18:2-9 | F.R.E. 602 (lack of personal knowledge and seeking expert testimony); F.R.E. 402/403; F.R.E. 701 |
| 18:24-19:4 | F.R.E. 602 (lack of personal knowledge and seeking expert testimony); F.R.E. 402/403; F.R.E. 701 |
| 19:11-17 | F.R.E. 602 (lack of personal knowledge and seeking expert testimony); F.R.E. 402/403; F.R.E. 701 |
| 20:4-10 | F.R.E. 602 (lack of personal knowledge and seeking expert testimony); F.R.E. 402/403; F.R.E. 701 |
| 20:16-24 | F.R.E. 602 (lack of personal knowledge and seeking expert testimony); F.R.E. 402/403; F.R.E. 701 |
| 21:17-21 | F.R.E. 602 (lack of personal knowledge and seeking expert testimony); F.R.E. 402/403; F.R.E. 701 |
| 22:7-11 | F.R.E. 602 (lack of personal knowledge and seeking expert testimony); F.R.E. 402/403; F.R.E. 701 |
| 24:10-12 | F.R.E. 602 (lack of personal knowledge) |
| 33:11-16 | F.R.E. 602 (lack of personal knowledge) |

**Exhibit 14 page 39**

## Ciba's Objections to Hercules' Deposition Designations

| | |
|---|---|
| 24:23-35:3 | F.R.E. 602 (lack of personal knowledge) |
| 35:5-8 | F.R.E. 602 (lack of personal knowledge) |
| 38:4-8 | F.R.E. 602 (lack of personal knowledge) |
| 43:25-44:5 | F.R.E 602 (lack of personal knowledge) |
| 44:23-452 | F.R.E. 602 (lack of personal knowledge) |
| 50:21-51:9 | F.RE. 602 (lack of personal knowledge) |
| 52:6-11 | F.R.E. 602 (lack of personal knowledge) |
| 52:13-16 | F.R.E. 602 (lack of personal knowledge) |
| 52:25-53:6 | F.R.E. 602 (lack of personal knowledge) |
| 53:19-23 | F.R.E. 602 (lack of personal knowledge) |
| 54:15-19 | F.R.E. 602 (lack of personal knowledge) |
| 55:11-16 | F.R.E. 602 (lack of personal knowledge); Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 58:11 | F.R.E. 611(a) (Hercules does not designate question to which this answer responds) |
| 59:6-8 | F.R.E. 602 (lack of personal knowledge); Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 59:12-16 | F.R.E. 602 (lack of personal knowledge) |
| 59:21-60:5 | F.R.E. 602 (lack of personal knowledge); Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 65:4-9 | F.R.E. 602 (lack of personal knowledge) |
| 65:15-19 | F.R.E. 602 (lack of personal knowledge) |
| 65:22-25 | F.R.E. 602 (lack of personal knowledge) |

**Exhibit 14 page 40**

## Ciba's Objections to Hercules' Deposition Designations

| | |
|---|---|
| 66:3-6 | F.R.E. 602 (lack of personal knowledge) |
| 66:8-11 | F.R.E. 602 (lack of personal knowledge) |
| 66:13-18 | F.R.E. 602 (lack of personal knowledge) |
| 68:3-7 | F.R.E. 602 (lack of personal knowledge) |
| 68:9-10 | F.R.E. 602 (lack of personal knowledge) |
| 68:15-17 | F.R.E. 602 (lack of personal knowledge) |
| 68:19-22 | F.R.E. 602 (lack of personal knowledge) |
| 69:2-5 | F.R.E. 602 (lack of personal knowledge) |
| 70:15-17 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 71:5-14 | F.R.E. 602 (lack of personal knowledge) |
| 71:23-72:3 | F.R.E. 602 (lack of personal knowledge) |
| 72:10-13 | F.R.E. 602 (lack of personal knowledge) |
| 72:15-19 | F.R.E. 602 (lack of personal knowledge) |
| 73:4-9 | F.R.E. 602 (lack of personal knowledge) |
| 73:11-15 | F.R.E. 602 (lack of personal knowledge) |
| 73:17-21 | F.R.E. 602 (lack of personal knowledge) |
| 74:2-3 | F.R.E. 602 (lack of personal knowledge) |
| 74:6-10 | F.R.E. 602 (lack of personal knowledge); Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 74:24-75:4 | F.R.E. 602 (lack of personal knowledge) |
| 75:10-14 | F.R.E. 602 (lack of personal knowledge) |
| 75:18-22 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |

**Exhibit 14 page 41**

## Ciba's Objections to Hercules' Deposition Designations

| | |
|---|---|
| 76:8-12 | F.R.E. 602 (lack of personal knowledge) |
| 76:14-17 | F.R.E. 602 (lack of personal knowledge) |
| 77:5-6 | F.R.E. 602 (lack of personal knowledge) |
| 77:8-14 | F.R.E. 602 (lack of personal knowledge) |
| 77:16-20 | F.R.E. 602 (lack of personal knowledge) |
| 77:24-78:3 | F.R.E. 602 (lack of personal knowledge) |
| 78:7-10 | F.R.E. 602 (lack of personal knowledge) |
| 78:12-16 | F.R.E. 602 (lack of personal knowledge) |
| 78:20-24 | F.R.E. 602 (lack of personal knowledge) |
| 79:4-6 | F.R.E. 602 (lack of personal knowledge) |
| 79:8-10 | F.R.E. 602 (lack of personal knowledge) |
| 79:12-14 | F.R.E. 602 (lack of personal knowledge) |
| 80:2-7 | F.R.E. 602 (lack of personal knowledge) |
| 80:11-12 | F.R.E. 602 (lack of personal knowledge) |
| 80:14-18 | F.R.E. 602 (lack of personal knowledge) |
| 80:22-24 | F.R.E. 602 (lack of personal knowledge) |
| 81:2-5 | F.R.E. 602 (lack of personal knowledge) |
| 81:7-8 | F.R.E. 602 (lack of personal knowledge) |
| 82:3-9 | F.R.E. 602 (lack of personal knowledge); Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 82:13-18 | F.R.E. 602 (lack of personal knowledge) |
| 82:22-25 | F.R.E. 602 (lack of personal knowledge) |
| 83:3-5 | F.R.E. 602 (lack of personal knowledge) |

**Exhibit 14 page 42**

## Ciba's Objections to Hercules' Deposition Designations

| | |
|---|---|
| 83:7-9 | F.R.E. 602 (lack of personal knowledge) |
| 83:11-13 | F.R.E. 602 (lack of personal knowledge); Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 83:20-24 | F.R.E. 602 (lack of personal knowledge); Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 84:9-11 | F.R.E. 602 (lack of personal knowledge) |
| 84:13-15 | F.R.E. 602 (lack of personal knowledge) |
| 84:17-20 | F.R.E. 602 (lack of personal knowledge); Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 85:9-12 | F.R.E. 602 (lack of personal knowledge) |
| 85:20-22 | F.R.E. 602 (lack of personal knowledge) |
| 85:24-86:5 | F.R.E. 602 (lack of personal knowledge) |
| 86:7-10 | F.R.E. 602 (lack of personal knowledge) |
| 86:12-14 | F.R.E. 602 (lack of personal knowledge) |
| 86:16-18 | F.R.E. 602 (lack of personal knowledge); Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 86:22-25 | F.R.E. 602 (lack of personal knowledge); Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 87:5-10 | F.R.E. 602 (lack of personal knowledge) |
| 87:12-14 | F.R.E. 602 (lack of personal knowledge) |
| 87:16-18 | F.R.E. 602 (lack of personal knowledge) |
| 88:2-20 | F.R.E. 602 (lack of personal knowledge); Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |

**Exhibit 14 page 43**

**Ciba's Objections to Hercules' Deposition Designations**

| | |
|---|---|
| 88:25:89:8 | F.R.E. 602 (lack of personal knowledge) |
| 90:13-20 | F.R.E. 602 (lack of personal knowledge) |
| 90:22-24 | F.R.E. 602 (lack of personal knowledge) |
| 91:2-3 | F.R.E. 602 (lack of personal knowledge) |
| 91:6-11 | F.R.E. 602 (lack of personal knowledge); Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 91:15-19 | F.R.E. 602 (lack of personal knowledge) |
| 91:21-24 | F.R.E. 602 (lack of personal knowledge) |
| 92:2-20 | F.R.E. 602 (lack of personal knowledge) |
| 92:22-93:6 | F.R.E. 602 (lack of personal knowledge) |
| 93:8-12 | F.R.E. 602 (lack of personal knowledge) |
| 93:14-16 | F.R.E. 602 (lack of personal knowledge) |
| 93:21-24 | F.R.E. 602 (lack of personal knowledge) |
| 94:10-20 | F.R.E. 602 (lack of personal knowledge); Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 94:24-95:4 | F.R.E. 602 (lack of personal knowledge) |
| 95:6-9 | F.R.E. 602 (lack of personal knowledge) |
| 95:11-14 | F.R.E. 602 (lack of personal knowledge) |
| 95:16-20 | F.R.E. 602 (lack of personal knowledge) |
| 95:22-23 | F.R.E. 602 (lack of personal knowledge) |
| 95:25-96:4 | F.R.E. 602 (lack of personal knowledge) |
| 96:6-9 | F.R.E. 602 (lack of personal knowledge); Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |

**Exhibit 14 page 44**

### Ciba's Objections to Hercules' Deposition Designations

| | |
|---|---|
| 96:16-19 | F.R.E. 602 (lack of personal knowledge) |
| 96:21-23 | F.R.E. 602 (lack of personal knowledge) |
| 96:25-97:8 | F.R.E. 602 (lack of personal knowledge) |
| 97:10-15 | F.R.E. 602 (lack of personal knowledge); Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (vague) made at deposition |
| 97:19-22 | F.R.E. 602 (lack of personal knowledge) |
| 97:24-98:2 | F.R.E. 602 (lack of personal knowledge) |
| 100:10-14 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 101:20-23 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 102:14-16 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 108:23-109:5 | F.R.E. 602 (lack of personal knowledge) |
| 109:7-15 | F.R.E. 602 (lack of personal knowledge) |
| 109:18-21 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 109:25-110:7 | F.R.E. 602 (lack of personal knowledge) |
| 110:9-15 | F.R.E. 602 (lack of personal knowledge) |
| 110:17-22 | F.R.E. 602 (lack of personal knowledge) |
| 110:24-111:6 | F.R.E. 602 (lack of personal knowledge); Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 111:10-13 | F.R.E. 602 (lack of personal knowledge) |
| 111:15-22 | F.R.E. 602 (lack of personal knowledge) |
| 112:4-7 | F.R.E. 602 (lack of personal knowledge) |

**Exhibit 14 page 45**

## Ciba's Objections to Hercules' Deposition Designations

| | |
|---|---|
| 112:12-15 | F.R.E. 602 (lack of personal knowledge); Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |
| 112:19-21 | F.R.E. 602 (lack of personal knowledge) |
| 112:23-113:6 | F.R.E. 602 (lack of personal knowledge) |
| 113:17-19 | F.R.E. 602 (lack of personal knowledge) |
| 113:21-114:10 | F.R.E. 602 (lack of personal knowledge) |
| 114:14-17 | F.R.E. 602 (lack of personal knowledge) |
| 114:19-23 | F.R.E. 602 (lack of personal knowledge) |
| 114:24-115:2 | F.R.E. 602 (lack of personal knowledge) |
| 115:4-8 | F.R.E. 602 (lack of personal knowledge) |
| 115:13-17 | F.R.E. 602 (lack of personal knowledge) |
| 115:21-24 | F.R.E. 602 (lack of personal knowledge) |
| 116:2-6 | F.R.E. 602 (lack of personal knowledge) |
| 116:8-15 | F.R.E. 602 (lack of personal knowledge) |
| 116:23-117:6 | F.R.E. 602 (lack of personal knowledge and seeking expert testimony); F.R.E. 402/403; F.R.E. 701 |
| 117:8-16 | F.R.E. 602 (lack of personal knowledge and seeking expert testimony); F.R.E. 402/403; F.R.E. 701 |
| 117:20-118:3 | F.R.E. 602 (lack of personal knowledge) |
| 118:5-15 | F.R.E. 602 (lack of personal knowledge) |
| 118:17-22 | F.R.E. 602 (lack of personal knowledge) |
| 119:8-25 | F.R.E. 602 (lack of personal knowledge) |

**Exhibit 14 page 46**

## Ciba's Objections to Hercules' Deposition Designations

| | |
|---|---|
| 120:11016 | F.R.E. 602 (lack of personal knowledge) |
| 120:18-21 | F.R.E. 602 (lack of personal knowledge) |
| 120:23-121:2 | F.R.E. 602 (lack of personal knowledge) |
| 121:4-9 | F.R.E. 602 (lack of personal knowledge) |
| 161:14-20 | F.R.E. 602 (lack of personal knowledge) |
| 161:24-162:6 | F.R.E. 602 (lack of personal knowledge) |
| 163:18 | Attorney Colloquy |
| 163:25-164:5 | Attorney Colloquy |
| 164:20-22 | F.R.E. 602 (lack of personal knowledge) |
| 164:24-25 | F.R.E. 602 (lack of personal knowledge) |
| 165:5-10 | F.R.E. 602 (lack of personal knowledge) |
| 166:12-14 | F.R.E. 602 (lack of personal knowledge) |
| 166:23-25 | F.R.E. 602 (lack of personal knowledge) |
| 167:3-5 | F.R.E. 602 (lack of personal knowledge) |
| 167:7-11 | F.R.E. 602 (lack of personal knowledge) |
| 167:13-16 | F.R.E. 602 (lack of personal knowledge) |
| 167:18-20 | Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (misleading) made at deposition |
| 168:4-8 | F.R.E. 602 (lack of personal knowledge) |
| 169:9-16 | F.R.E. 602 (lack of personal knowledge) |
| 169:18-20 | F.R.E. 602 (lack of personal knowledge) |
| 169:22-24 | F.R.E. 602 (lack of personal knowledge); Fed. R. Civ. P. 32(d)(3)(b); objection to form of question (lack of foundation) made at deposition |

**Exhibit 14 page 47**

## Ciba's Objections to Hercules' Deposition Designations

170:6-7                    Fed. R. Civ. P. 32(d)(3)(b); objection to form of
                           question (vague) made at deposition

Exhibit 14 page 48

RLF1-3024704-1

**Ciba's Objections to Hercules' Deposition Designations**

**Brian Walchuk**

**September 23, 2005**

| <u>Designation</u> | <u>Objections</u> |
|---|---|
| 88:21-23 | Fed. R. Civ. P. 32 (objections not properly designated) |
| 89:16-17 | Attorney Colloquy |
| 110:15-17 | Fed. R. Civ. P. 32 (objections not properly designated) |
| 120:18-20 | Fed. R. Civ. P. 32 (objections not properly designated) |
| 132:22 | F.R.E. 611(a) (Hercules does not designate full answer) |

**Exhibit 14 page 49**

## Ciba's Objections to Hercules' Deposition Designations

### Matthew Wright

### August 17, 2005

| Designation | Objections |
|---|---|
| 112:7 | Fed. R. Civ. P. 32 (objections not properly designated) |

Exhibit 14 page 50