# EXHIBIT 17

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) C.A. No. 04-293(KAJ) |
| v. | ) ) ) |
| HERCULES INCORPORATED and CYTEC INDUSTRIES, INC., | ) ) ) |
| Defendants. | ) ) |

**EXHIBIT 17**
**CYTEC INDUSTRIES, INC.'S LIST OF EXHIBITS**

Cytec provides below a list of exhibits that it may present at trial, other than those used solely for impeachment. This list includes Ciba's objections to Cytec's exhibits, as well as Cytec's basis for admissibility of the exhibits to which Ciba objected. A second list includes Ciba's objections to certain Hercules exhibits, as well as Cytec's basis for the admissibility of certain exhibits to which Ciba objected, for which the basis of admissibility is different than that provided by Hercules.

In addition to the documents expressly listed below, Cytec specifically reserves the right to present at trial any of the documents that appear on Hercules' exhibit list (attached to the Pretrial Order as Exhibit 16).

Exhibit 17 page 1

## CYTEC INDUSTRIES, INC.'S EXHIBIT LIST

| Trial Exhibit Number | Bates Range | Deposition Exhibit Number | Document Date | Description | Ciba's Objection | Cytec's Justification of Admissibility |
|---|---|---|---|---|---|---|
| Cytec 1 | CIBA011356 — CIBA011495 | PDX 79 Jackson | 12/02/1993 | Process Transmittal Polylex [sic] CP Paper Product 3310 | None | ———— |
| Cytec 2 | CIBA018370 — CIBA018382 | | 00/00/0000 | Article entitled "Design and Development of Micropolymer System: An 'Organic Micropartcile' Retention/Drainage System" by Dan S. Honig, Raymond S. Farinato, and Logan A. Jackson | Fed. R. Evid. 901 (Foundation - Document Incomplete, Pages Out of Order) Fed. R. Evid. 402/403 (Relevance) Fed. R. Evid. 801/802 (Hearsay) | Fed. R. Evid. 901 - Cytec will produce complete document Fed. R. Evid. 402/403 - Relates to willfulness; Polyflex technology; background of invention Fed. R. Evid. 801/802 — Not offered for the truth of the matter asserted; Hearsay exception Fed. R. Evid. 803(6) |

Exhibit 17 page 2

| | | | | | |
|---|---|---|---|---|---|
| Cytec 3 | CYT0001023 | 11/18/2001 | Emails between Joseph Kozakiewicz, Louis Rosati, Roderick G. Ryles, and William Freeman re: Hercules Polymer Description | Fed. R. Evid. 801/802 (Hearsay) | Fed. R. Evid. 801/802 – Not offered for the truth of the matter asserted; Hearsay exception Fed. R. Evid. 803(3), Fed. R. Evid. 803(6) |
| Cytec 4 | CYT0001689 – CYT0001690 | 00/00/0000 | Document regarding Perform 9232 Sales/ Marketing Plan | Fed. R. Evid, 801/802 (Hearsay) | Fed. R. Evid, 801/802 – Not offered for the truth of the matter asserted; Hearsay exception Fed. R. Evid. 803(6) |
| Cytec 5 | CYT0009322 – CYT0009326 | 01/16/2002 | Information re: Cytec Meeting – January 16, 2002 | None | ———— |
| Cytec 6 | CYT0009981 – CYT0009984 | 09/27/2001 | Email string re: Hercules | None | ———— |
| Cytec 8 | CYT0010160 – CYT0010161 | 06/00/1994 | Document entitled "Cyanatrol polymers for enhanced oil recovery" | Fed. R. Evid. 402/403 (Relevance) | Fed. R. Evid. 402/403 – Relates to willfulness; Hypermer B246; related technology |

Exhibit 17 page 3

| | | | | |
|---|---|---|---|---|
| Cytec 9 | CYT0010220 – CYT0010349 | 05/18/1984 | Memorandum from J. J. Pellon to J. Santini, W. Cesary, M. W. Coville, W. K. Knopka, and A. M. Schiller re: Process transmittal for Cyanatrol 920-960 High Solid Emulsions with attachment | Fed. R. Evid. 402/403 (Relevance) Fed. R. Evid. 801/802 (Hearsay) | Fed. R. Evid. 402/403 – Relates to willfulness; Hypermer B246; related technology Fed. R. Evid. 801/802 – Not offered for the truth of the matter asserted; Hearsay exception Fed. R. Evid. 803(6) |
| Cytec 10 | CYT0010350 – CYT0010356 | 07/13/1982 | United States Patent Number 4,339,371 | Fed. R. Evid. 402/403 (Relevance) | Fed. R. Evid. 402/403 – Relates to willfulness; Hypermer B246; related technology |
| Cytec 11 | CYT0010754 – CYT0010838 | 01/31/1989 | Paper Chemicals Orientation and Review | Fed. R. Evid. 402/403 (Relevance) Fed. R. Evid. 801/802 (Hearsay) | Fed. R. Evid. 402/403 - Relates to willfulness; Polyflex technology; background of invention Fed. R. Evid. 801/802 – Not offered for the truth of the matter asserted; Hearsay exception Fed. R. Evid. 803(6) |
| Cytec 12 | CYT0015616 – CYT0015636 | 00/00/1993 | Document entitled "PolyFlex Micropolymer" | None | ------------ |

Exhibit 17 page 4

| | | | | |
|---|---|---|---|---|
| Cytec 13 | CYT0015637 – CYT0015646 CIBA019204 – CIBA019212 | 03/13/1993 | Article entitled "Formation improvements with water soluble micropolymer systems" by Dan S. Honig, Elieth W. Harris, Lucyna M. Pawlowska, Michael P. O'Toole, and Logan Jackson | Fed. R. Evid. 901 (Authentication - Portions of Document Cut-Off) | Fed. R. Evid. 901 – Cytec will use the full version document produced by Ciba (CIBA019204 – CIBA019212) |
| Cytec 14 | CYT0015685 | 00/00/0000 | Document detailing macromolecule structures | Fed. R. Evid. 901 (Authentication) Fed. R. Evid. 402/403 (Relevance) Fed. R. Evid. 801/802 (Hearsay) | Fed. R. Evid. 801/802 & Fed. R. Evid. 901 – Cytec 14 is a portion of a larger document, CYT0015657-CYT0015718. That document is a presentation made by Dan Honig in the ordinary course of business and distributed to, among others, Roderick Ryles. Either can authenticate the document, if required. If Ciba insists, Cytec will offer the entire document. Fed. R. Evid. 402/403 – Characterizes several polymer structures related to the litigation |

Exhibit 17 page 5

| | | | | |
|---|---|---|---|---|
| Cytec 15 | CYT0016601 – CYT0016645 | 10/19/1993 | Research Report entitled "Light Scattering Analysis of High Molecular Weight Water Soluble Polymers 2. Crosslinked Poly(acrylamide-co-Na acrylate)" | Fed. R. Evid. 402/403 (Relevance) <br><br> Fed. R. Evid. 801/802 (Hearsay) | Fed. R. Evid. 402/403 - Relates to willfulness; Polyflex technology; background of invention <br><br> Fed. R. Evid. 801/802 – Not offered for the truth of the matter asserted; Hearsay exception Fed. R. Evid. 803(6) |
| Cytec 16 | CYT0016706 – CYT0016728 | 10/09/1991 | Research Report entitled "Polymeric Microparticle Retention/ Drainage Systems: Part 2. Linear and Crosslinked 30/70 Sodium Arcylate/Arcylamide Copolymers." | Fed. R. Evid. 402/403 (Relevance) <br><br> Fed. R. Evid. 801/802 (Hearsay) | Fed. R. Evid. 402/403 - Relates to willfulness; Polyflex technology; background of invention <br><br> Fed. R. Evid. 801/802 – Not offered for the truth of the matter asserted; Hearsay exception Fed. R. Evid. 803(6) |
| Cytec 17 | CYT0018399 – CYT0018439 | 05/04/1981 | Research Report entitled "Lower Cost Cyanatrol Type Products: Preparation of Acrylamide/Acrylic Acid Copolymers and Acrylamide Homopolymers With Low Oil and High Solids" | Fed. R. Evid. 402/403 (Relevance) <br><br> Fed. R. Evid. 801/802 (Hearsay) | Fed. R. Evid. 402/403 – Relates to willfulness; Hypermer B246; related technology <br><br> Fed. R. Evid, 801/802 – Not offered for the truth of the matter asserted; Hearsay exception Fed. R. Evid. 803(6) |

Exhibit 17 page 6

## CYTEC INDUSTRIES, INC.'S LIST OF JUSTIFICATIONS FOR ADMISSIBILITY OF CERTAIN HERCULES EXHIBITS

| Trial Exhibit Number | Bates Range | Deposition Exhibit Number | Document Date | Description | Objection(s) | Cytec's Basis for Admissibility |
|---|---|---|---|---|---|---|
| HTX032 | CYT0014976-CYT0015001 | DDXHonig05 | 00/00/0000 | Memo re: Retention Aids projects planning | Fed. R. Evid. 901 (Authentication) Fed. R. Evid. 402/403 (Relevance) Fed. R. Evid. (801/802) Hearsay | Fed. R. Evid. 901 (Authentication) – Fed. R. Evid. 901(b)(1) Fed. R. Evid. 402/403 (Relevance) – Relates to willfulness; Polyflex technology; background of invention Fed. R. Evid. 801/802 (Hearsay) – Not offered for the truth of the matter asserted; Hearsay exception Fed. R. Evid. 803(6) |
| HTX113 | CYT0015013-CYT0015027 | DDXHonig07 | 12/16/1988 | Memo from D.S. Honig & E. Harris to D.L. Dauplaise re: Monthly Highlights - December 1988 relating to retention aids | Fed. R. Evid. 402/403 (Relevance) | Fed. R. Evid. 402/403 (Relevance) – Relates to willfulness; Polyflex technology; background of invention |

Exhibit 17 page 7

| | | | | | |
|---|---|---|---|---|---|
| HTX114 | CYT0017271-CYT0017275 | DDXHonig08 | 02/23/1989 | Memo from D.S. Honig & E. Harris to D.L. Dauplaise re: monthly highlights - Feb. 1989 retention aid program | Fed. R. Evid. 402/403 (Relevance) | Fed. R. Evid. 402/403 (Relevance) – Relates to willfulness; Polyflex technology; background of invention |
| HTX116 | CYT0001060-CYT0001064 | DDXHonig09 | 03/22/1989 | Memo from Dr. R. G. Ryles re: Monthly Highlights-PAM Applications March 1989 | Fed. R. Evid. 402/403 (Relevance) Fed. R. Evid. 801/802 (Hearsay) | Fed. R. Evid. 402/403 (Relevance) – Relates to willfulness; Polyflex technology; background of invention Fed. R. Evid. 801/802 (Hearsay) – Not offered for the truth of the matter asserted; Hearsay exception Fed. R. Evid. 803(6) |
| HTX117 | CYT0014953-CYT0014958 | DDXHonig10 | 05/24/1989 | Memo from D.S. Honig/E. Harris to D.L. Dauplaise re: Monthly Highlights – May 1989 relating to retention aid program | Fed. R. Evid. 402/403 (Relevance) Fed. R. Evid. 801/802 (Hearsay) | Fed. R. Evid. 402/403 (Relevance) – Relates to willfulness; Polyflex technology; background of invention Fed. R. Evid. 801/802 (Hearsay) – Not offered for the truth of the matter asserted; Hearsay exception Fed. R. Evid. 803(6) |
| HTX239 | CYT0001542-CYT0001543 | | 08/06/2001 | Email from Roderick Ryles re: Production of Hercules Technology | Fed. R. Evid. 402/403 (Relevance) Fed. R. Evid.801/802 (Hearsay) | Fed. R. Evid. 402/403 (Relevance) – Relates to willfulness Fed. R. Evid. 801/802 (Hearsay) – Not offered for the truth of the matter asserted; Hearsay exception Fed. R. Evid. 803(3), Fed. R. Evid. 803(6) |

Exhibit 17 page 8

| | | | | | |
|---|---|---|---|---|---|
| HTX260 | CYT0001671-CYT0001673 | PDX0034 Waterman 30(B)(6) | 09/27/2001 | Email from Frank Wiseman re: Meeting – Hercules September 27, 2001 | Fed. R. Evid. 402/403 (Relevance) <br><br> Fed. R. Evid. 801/802 (Hearsay) | Fed. R. Evid. 402/403 (Relevance) – Relates to willfulness <br><br> Fed. R. Evid. 801/802 (Hearsay) – Not offered for the truth of the matter asserted; Hearsay exception Fed. R. Evid. 803(3), Fed. R. Evid. 803(6) |
| HTX292 | CYT0001019-CYT0001021 | | 12/18/2001 | Email chain from John Mangano to Louis Rosati, John Harrison, Joseph Kozakiewicz, cc Gerald Sullivan, Paul Waterman, Daphne Sprayberry re: Hercules Anionic Cost | Fed. R. Evid. 402/403 (Relevance) <br><br> Fed. R. Evid. 801/802 (Hearsay) | Fed. R. Evid. 402/403 (Relevance) – Relates to willfulness <br><br> Fed. R. Evid. 801/802 (Hearsay) – Not offered for the truth of the matter asserted; Hearsay exception Fed. R. Evid. 803(3), Fed. R. Evid. 803(6) |

Exhibit 17 page 9

# EXHIBIT 18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) C.A. No. 04-293 (KAJ) |
| Plaintiff, | ) ) **JURY TRIAL DEMANDED** |
| v. | ) ) |
| HERCULES, INC. and CYTEC INDUSTRIES, INC., | ) ) ) |
| Defendants. | ) |

**EXHIBIT 18**
**CIBA'S STATEMENT OF DAMAGES**

VII.   DAMAGES

    A.   **Ciba's Statement of Damages**

To date, the parties have only exchanged sales and financial data only through the middle of 2005, and in some instances only through the end of 2004. The parties have now accumulated additional sales data. In view of the August 21, 2006 trial date, Ciba requests that defendants bring their sales numbers forward to July 30, 2006. Ciba does not believe that this Joint Proposed Pre-Trial Order should preclude any party from supplementing its discovery with respect to damages or release a party from the obligation to supplement.

    1.   **Lost Profits**

Ciba seeks lost profits as compensation for defendants' infringement of the patents-in-suit as follows: (1) Lost profits on the sale of PolyFlex® CP.3 as Ciba would have sold additional PolyFlex® CP.3 "but for" defendants' infringement; and (2) Lost profits on the sale of associated products Ciba would have sold along with the lost PolyFlex® CP.3 "but for" defendants' infringement. Based on the data available through June 30, 2005,

**REDACTED**

    2.   **Reasonable Royalty**

Ciba seeks a reasonable royalty for defendants' infringement of patents-in-suit and has determined that 11% of Hercules' infringing revenue would be a reasonable royalty for Hercules' sales on which lost profits are not awarded. Based on the data available through June 30, 2005,

    3.   **Enhanced Damages**

Ciba requests enhanced damages for willful infringement pursuant to Title 35, United States Code, § 285.

Exhibit 18 page 1

Ciba's Statement of Damages

### 4. Additional Compensatory Damages

Ciba seeks pre-judgment interest pursuant to *General Motors Corp. v. Devex Corp.*, 461 U.S. 648 (1963), and Title 35, United States Code, § 284. Based on the data available through June 30, 2005, REDACTED

### 5. Costs, Expenses and Reasonable Attorney's Fees

Ciba seeks the award of costs and expenses, including reasonable attorneys' fees, pursuant to Title 35, United States Code, § 284.

### 6. Other Relief

Ciba requests such other and further relief as this Court may deem just and proper.

**Exhibit 18 page 2**

## Exhibit 18: Hercules' and Cytec's Response to Ciba's Statement of Damages

### A. Supplemental Sales and Financial Data

To date, the parties have exchanged sales and financial data through the June 30, 2005. The parties have agreed that sales and financial data will be updated through June 30, 2006 and exchanged prior to trial. The parties further agree that this Joint Proposed Pre-Trial Order should not preclude any party from supplementing its discovery with respect to damages or release a party from the obligation to supplement.

### B. Expert Reports

1. Ciba's Expert on Damages, Michael E. Tate, submitted Expert Reports on July 22, 2005 and August 25, 2005. [REDACTED]

2. Hercules' and Cytec's Expert on Damages, James E. Malackowski, submitted an Expert Report on September 23, 2005. [REDACTED]

3. The parties anticipate that Revised Expert Reports will be exchanged prior to trial to include the updated sales and financial data through June 30, 2006.

### C. Damages Period

Hercules and Cytec believe Ciba should be limited to an accounting period for damages beginning on May 7, 2004, the date Ciba filed the complaint in this action.

Exhibit 18 of the Pretrial Order
Page 1 of 2

### D. Lost Profits

Evidence exists which may lead to the conclusion that an award of lost profits as damages is not appropriate. In that instance, Ciba would only be entitled to an award of reasonable royalties.

If, however, lost profits are deemed appropriate, Hercules and Cytec generally agree with Ciba's determination of lost profits for the sale of Polyflex CP3. Hercules and Cytec, however, do not agree that Hercules' sales of associated products should be included in the computation of lost profit damages.

REDACTED

### E. Reasonable Royalty

[REDACTED]

### F. Pre-Judgment Interest

The Court has substantial discretion in determining the interest rate and compounding method to be awarded with respect to pre-judgment interest. Hercules and Cytec will compute a pre-judgment interest after it is considered by, and at the direction of the Court.

Exhibit 18 of the Pretrial Order
Page 2 of 2