IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | C.A. No.: 04-293 (KAJ) |
| Plaintiff, | ) ) ) | **JURY TRIAL DEMANDED** |
| v. | ) ) ) | REDACTED - PUBLIC VERSION |
| HERCULES, INC. and CYTEC INDUSTRIES, INC., | ) ) ) ) | |
| Defendants. | | |

**APPENDIX OF EXHIBITS TO THE JOINT PRETRIAL ORDER IN SUPPORT OF CIBA SPECIALTY CHEMICALS CORPORATION'S RESPONSES TO DEFENDANTS' *IN LIMINE* REQUESTS TO EXCLUDE EVIDENCE (EXHIBITS 20 & 21)**

**Volume I**

*Of Counsel*:

Gordon R. Coons, Esq.
Eley O. Thompson, Esq.
Gregory C. Bays, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601-6780

Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Jeffrey L. Moyer (#3309)
(Moyer@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899-0551
(302) 651-7700
Attorneys for Plaintiff

Dated: June 12, 2006

LIST OF EXHIBITS TO
PLAINTIFF CIBA SPECIALTY CHEMICALS CORPORATION'S
RESPONSES TO DEFENDANTS' *IN LIMINE* REQUESTS TO EXCLUDE EVIDENCE

| Exhibit Number | Description |
| --- | --- |
| 1 | Plaintiff's Trial Exhibit 62 |
| 2 | Plaintiff's Trial Exhibit 65 |
| 3 | Plaintiff's Trial Exhibit 66 |
| 4 | Plaintiff's Trial Exhibit 67 |
| 5 | Plaintiff's Trial Exhibit 45 |
| 6 | Ciba's Response to Hercules' Interrogatory No. 3 |
| 7 | Plaintiff's Trial Exhibit 510 |
| 8 | Deposition Transcript of Robert K. Prud'homme dated October 26, 2005 |
| 9 | Plaintiff's Trial Exhibit 253 |
| 10 | Plaintiff's Trial Exhibit 89 |
| 11 | Plaintiff's Trial Exhibit 167 |
| 12 | Deposition Transcript of Robert Gelman dated July 1, 2005 |
| 13 | Deposition Transcript of Robert Gilbert dated October 28, 2005 |
| 14 | Deposition Transcript of Richard Brady dated August 26, 2005 |
| 15 | Plaintiff's Trial Exhibit 284 |
| 16 | Plaintiff's Trial Exhibit 134 |
| 17 | Plaintiff's Trial Exhibit 94 |
| 18 | Deposition Transcript of Charles Klass dated October 21, 2005 |
| 19 | Plaintiff's Trial Exhibit 342 |
| 20 | Plaintiff's Trial Exhibits 239, 250, 280, 281, 297 |
| 21 | Plaintiff's Trial Exhibit 333 |
| 22 | Ciba Interrogatory responses dated April 11, 2006 |
| 23 | Plaintiff's Trial Exhibit 515 |
| 24 | Deposition Transcript of Norman Wagner dated October 26, 2005 |
| 25 | Affidavit of Matthew Wright |
| 26 | WO 03/050152A1 application |
| 27 | Deposition Transcript of Louis Rosatti dated October 21, 2005 |
| 28 | Deposition Transcript of Mathew Wright dated August 17, 2005 |
| 29 | Expert Report of Robert Gilbert dated July 22, 2005 |
| 30 | Deposition Transcript of Michael Heard dated June 30 and November 4, 2005 |
| 31 | Plaintiff Trial Exhibit 340 |

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006 I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE  19899-0951

I hereby certify that on June 19, 2006, I have Federal Expressed the foregoing document to the following non-registered participants:

| | |
|---|---|
| Ford F. Farabow, Jr., Esquire<br>Joann M. Neth, Esquire<br>A. Neal Seth, Esquire<br>Finnegan, Henderson, Farabow, Garrett &<br>Dunner, LLP<br>901 New York Avenue, N.W.<br>Washington, DC  20001-4413 | Thomas L. Creel, Esquire<br>Goodwin Proctor, LLP<br>599 Lexington Avenue<br>New York, NY  10022 |

*Kelly E. Farnan*
Kelly E. Farnan (#4395)