# EXHIBITS 1-16
# REDACTED