# EXHIBITS 17-25
# REDACTED