# EXHIBITS 27-31
# REDACTED