# EXHIBIT 3
# REDACTED

# EXHIBIT 4

# United States Patent [19]

## Flesher et al.

[11] Patent Number: 4,720,346

[45] Date of Patent: Jan. 19, 1988

[54] FLOCCULATION PROCESSES

[75] Inventors: Peter Flesher; David Farrar; John R. Field, all of West Yorkshire, England

[73] Assignee: Allied Colloids Ltd., England

[21] Appl. No.: 855,509

[22] Filed: Apr. 23, 1986

[30] Foreign Application Priority Data

Apr. 25, 1985 [GB] United Kingdom .............. 8510496
Oct. 29, 1985 [GB] United Kingdom .............. 8526624

[51] Int. Cl.⁴ .................................................. C02F 1/56
[52] U.S. Cl. .............................. 210/734; 210/732; 210/738; 523/322; 524/922
[58] Field of Search ............ 210/725, 727, 728, 730, 210/732–736, 738; 523/319, 322, 323; 524/922; 525/326.1, 329.4

[56] References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,235,490 | 2/1966 | Goren | 210/734 |
| 3,380,947 | 4/1968 | Galgoczi et al. | 523/323 |
| 3,536,646 | 10/1970 | Hatch et al. | 523/322 |
| 3,624,019 | 11/1971 | Anderson et al. | 210/734 |
| 3,640,897 | 2/1972 | Restaino | 210/734 |
| 3,719,748 | 3/1973 | Manfroy et al. | 210/734 |
| 3,917,529 | 11/1975 | Madole et al. | 210/738 |
| 3,968,037 | 7/1976 | Morgan et al. | 210/734 |
| 3,977,971 | 8/1976 | Quinn et al. | 210/738 |
| 4,051,065 | 9/1977 | Venema | 422/261 |

| | | | |
|---|---|---|---|
| 4,113,688 | 9/1978 | Pearson | 524/922 |
| 4,172,066 | 10/1979 | Zweigle et al. | 523/329.4 |
| 4,382,864 | 5/1983 | Hashimoto et al. | 210/730 |
| 4,529,794 | 7/1985 | Sortwell et al. | 528/499 |

Primary Examiner—Peter Hruskoci
Attorney, Agent, or Firm—Ostrolenk, Faber, Gerb & Soffen

[57]        ABSTRACT

When flocculating an aqueous suspension of suspended solids using a high molecular weight synthetic polymeric flocculant, the shear stability of the flocs is increased if the polymeric material includes polymeric particles of below 10 μm dry size. The flocculated solids can therefore be subjected to shear without increasing the amount of discrete suspended solids in the aqueous medium and generally they are subjected to shear by shearing the aqueous medium containing them, either before dewatering, generally on a centrifuge, piston press or belt press, or by continuously agitating them, for instance in a chemical reaction medium. The polymeric material is generally formed by mixing into water polymeric particles made by reverse phase or emulsion polymerization in the presence of added cross linking agent. Alternatively, particles insolubilized by insoluble monomer may be used. A reverse phase dispersion of water soluble polymer may be used if the particles remain undissolved, e.g. if they are added in the absence of an oil in water emulsifying agent.

24 Claims, 1 Drawing Figure



CIBA 002405

**U.S. Patent**        Jan. 19, 1988        **4,720,346**



CIBA 002406

4,720,346

## 1

### FLOCCULATION PROCESSES

When synthetic polymers of water soluble monomers or monomer blends were first introduced as flocculants, in the early to mid-1950's, maximum molecular weights were relatively low compared to the present day. The initial polymers typically had molecular weights well below 500,000 and thus were of a value comparable to the molecular weight now associated with coagulants, rather than high molecular weight flocculants. These low molecular weights were probably caused by the presence of chain transfer agents and other impurities in the monomer or polymerisation mixture.

It was recognised that the polymers had to be in solution and if the polymers were not, despite their low molecular weight, spontaneously soluble in water (for instance due to excessive cross linking) it was appreciated to be necessary to homogenise them so as to put them into solution. For instance Miller described in U.S. Pat. No. 3,021,269 ultrasonic degradation of a highly cross linked insoluble polymer gel "having almost infinite molecular weight" to render it water soluble as a result of severing the polymeric structure. The end products were always of relatively low molecular weight and the highest quoted molecular weight for the end product is 630,000 and the highest intrinsic viscosity (IV) 2.54 dl/g.

Similarly, Goren described in a 1954 patent application (published as U.S. Pat. No. 3,235,490) dispersing various polymer gels into water using a Waring Blendor. Many of the gels were cross linked spontaneously or by the addition of cross linking agent and the cross linking appears to have caused the formation of some wholly insoluble, non-swellable, polymer that settled out of solution. Solutions of the polymers were also subjected to homogenisation in a hand homogeniser and it was observed that the effect on agglomeration performance of this homogenisation is drastic, with most of the products being useless after homogenisation. Again, all the polymers were of very low molecular weight as is indicated by the fact that the highest specific viscosity (measured by a capillary flow viscometer at 34° C. on a 0.5% solution in deionised water) is quoted as 0.77. This compares to values of well over 100, and usually over 1000, for modern high molecular weight flocculants.

Some polymers having molecular weights typical of those described by Miller and Goren can be used as coagulants, for instance for coagulating very fine suspended solids, e.g., for clearing turbidity or removing colour from aqueous solutions. For instance, typical modern polymer coagulants have a molecular weight of up to about 500,000. Typical polymer coagulants may be formed by reaction of epichlorhydrin with dimethylamine. Since the resultant linear product may have extremely low molecular weight, it is known to include ethylene diamine in order to increase molecular weight by cross linking without rendering the polymer insoluble.

Goren postulated that agglomeration involved electrostatic attraction followed by a sweeping action of a filamentary network of the cross linked polymer. This mechanism has come to be recognised as the classical mechanism of coagulating turbidity and colour, namely very fine suspended solids. Goren made his polymer by bulk polymerisation followed by comminution and showed that his aqueous compositions tended to be

## 2

non-homogeneous, in that there was a tendency for insoluble polymer to precipitate from the solution. Goren warned against cross linking too much and indicated that the optimum was the level at which the polymer is still readily dispersible in water. Since Goren was postulating sweeping action by filamentary molecular networks this indicates that his dispersibility had to be on a molecular scale, i.e., true solution. Goren warned that the agglomerating effect of the polymer can be destroyed by homogenising it (column 13 line 74).

In contrast to these low molecular weight polymer coagulants, modern flocculants (for flocculating suspended solids such as sewage) are linear polymers of very high molecular weight. Most have an intrinsic viscosity above 4 and often above 10. The polymers have to be linear since cross linking renders them ineffective and often insoluble, although trivial amounts of cross linking may exist without detracting from the polymer properties (see for instance U.S. Pat. No. 3,557,061 column 3 line 35).

Whether or not a high molecular weight polymer is suitable for use as a flocculant is determined in part by observing the rheology of aqueous compositions of the polymer. Satisfactory polymers give a "long" or "stringy" rheology. This is recognised in the art and can be demonstrated in that when a 1% stable homogeneous composition of the polymer in deionised water is formed by conventional techniques, such as by stirring using a slowly rotating stirrer followed by ageing, and a glass rod is manually pulled endwise out of the solution the rod draws a long thread of composition with it. The thread is generally at least 5 cm long and the polymer can then be described as having a rheology of 5 cm. Often the rheology is above 10 cm. If, in contrast to this, the polymer gives a "short" or "granular" rheology (i.e., in the above test the rod pulls substantially no thread, for instance below 5 cm and often below 2 cm, of composition), the polymer will be rejected and will not be used as a flocculant. Experience has shown that polymers giving this short rheology are unsatisfactory in conventional flocculation processes since it indicates a high degree of cross-linking and/or a low molecular weight. The short polymers can also be characterised as non-film forming, in that when an aqueous composition is dried it does not form a film.

Similarly the polymer is rejected if it has a large particle size and is cross linked sufficient to ensure that insoluble solid polymer does not go into stable suspension in the aqueous composition.

The stable homogeneous composition is stable in the sense that the polymer is in full equilibrium with the water, i.e., it has reached its ultimate degree of solution or swelling, as a result of ageing for two hours or more. It is homogeneous in the sense that the polymer remains uniformly dispersed throughout the composition (usually in the total absence of dispersing agent although minor amounts may be present as a result of the manufacture of the polymer) with no tendency for material to precipitate from the composition on standing for a few days.

The unsuitability as flocculants of short rheology polymers (as defined above), and of polymers that do not go into stable suspension or solution are well understood in the art. Very high molecular weight, linear, truly dissolved polymers are preferred.

Certain high molecular weight polymers, for instance polymers of Mannich bases, have a tendency to cross link spontaneously and acquire a rather short or very

CIBA 002407

4,720,346

| 3 | 4 |

short rheology or become totally insoluble. It frequently happens that high molecular weight polymers are produced which have rheology that is shorter than is desirable. Polymers of very short rheology (below 2 cm), or that are insoluble, are rejected. Polymers with longer, but still rather poor, rheology may be used under the same conditions as if they had the desired long rheology but this leads to poor performance properties.

In GB Pat. No. 1,579,007 it is alleged that high molecular weight cationic flocculants give optimum performance when the polymers have a cationicity value of at least 90% of the theoretical cationicity value.

Flocculant polymers may be made by reverse phase suspension or emulsion polymerisation to a very small particle size. Before use, the resultant emulsion is added to water, generally in the presence of oil-in-water emulsifying agent and usually with stirring, and allowed to form a true solution before use. Thus the system is always allowed to go to equilibrium (i.e., a stable homogeneous composition), often shown by attainment of maximum viscosity, before it is added to the suspension.

The linear, high molecular weight flocculant polymers are used by forming, with ageing, a true aqueous solution of the polymer and dosing this with minimum agitation into the suspension, followed by dewatering of the suspension. Optimum results require accurate dosing and the minimum of agitation during flocculation. If the dose is too low or too high flocculation is inferior. The optimum dose depends upon the content of the suspension and so variations in it, for instance variations in the metal content of industrial sewage effluent, can greatly affect performance. The flocs are very sensitive to shear and agitation, especially if the dosage is not at an optimum, is likely to redisperse the solids as discrete solids. This is a particular problem when the flocculated solids are to be dewatered under shear, for instance on a centrifuge, because if dosage and other conditions are not optimum the centrate is likely to have a high discrete solids content.

It would be desirable to provide a flocculation process in which the dosage of flocculant is less dose sensitive and the flocs are more stable to shear than with conventional dissolved high molecular weight flocculant polymers.

In the invention, an aqueous suspension of suspended solids is flocculated by adding a synthetic polymeric material to form an aqueous medium containing flocculated solids and the process is characterised in that at the time of addition to the suspension, the polymeric material has a specific viscosity above 10 (generally above 100), and comprises polymeric particles having a dry size of below 10 μm, the polymeric material is added in a floc stabilising amount, and the flocculated solids are subjected to shear in the presence of the aqueous medium substantially without increasing the amount of discrete suspended solids in the aqueous medium.

Thus the invention is based on the discovery that the shear stability of the flocs can be increased by initiating, and usually completing, flocculation while some or all of the polymeric material is in the form of small particles rather than a true solution. For optimum flocculation, the dosage of the polymer should usually be greater than the optimum amount used with fully dissolved polymers but the process is not so dose sensitive as with fully dissolved polymers.

The particulate material can be soluble. Thus a conventional reverse phase emulsion of soluble polymer

can be mixed direct into the suspension or, usually, is diluted in the absence of oil-in-water emulsifier and/or with insufficient stirring or ageing to form a true solution, and is added to the suspension. This is in contrast to previous experience where the aqueous composition was always allowed to age to maximum viscosity (true solution) before use since conventional low shear flocculation (e.g., sedimentation) had shown this to be essential for satisfactory results.

It is often preferred that the polymeric material should comprise particulate insoluble polymer. This may be insoluble due to the inclusion of insolubilising monomers or due to the provision of a controlled degree of non-linearity in an otherwise soluble polymer. Commercially, the invention is best performed by making reproducibly a polymeric material having a controlled degree of non-linearity, which is used to flocculate an aqueous suspension and this is then subjected to shear without substantial redispersion of the solids to become discrete suspended solids. This procedure is in contrast to previous experience where non-linearity may have occurred by accident and the polymer was then either rejected as being useless or was used in either a conventional low shear process or was used in an inadequate amount in a high shear process, with consequential redispersion of solids.

The shear to which the flocculated solids are subjected may be applied only during dewatering of the solids but preferably the flocculated solids are subjected to shear by shearing the aqueous medium containing them. For instance instead of mixing the aqueous flocculant into the suspension in conventional gentle manner, with little or no agitation of the flocs, in the invention the aqueous medium is preferably sheared by stirring sufficient to reduce floc size. This is particularly desirable when the aqueous suspension is viscous, e.g., it has a solids content above 3% by weight for primary or digested sludges or about 1.5% for activated sludges. At these high solids contents, the flocs are likely to be very large, for instance above 5 cm (and often the solids may go into a substantially continuous floc) and the shear is preferably such as to break this large floc structure down into flocs typically having a size in the range 2 to 20 mm. Because of the particulate nature of the polymer, and appropriate choice of the amount of particulate polymer, this floc breakdown occurs without the amount of discrete suspended solids in the aqueous medium increasing substantially, or preferably at all, compared to the amount that is present if the suspension is not sheared.

After shearing, the medium may be dewatered. Dewatering may be by sedimentation or by drainage or vacuum filtration but a particular advantage of the invention is that the floc structure can be very effectively dewatered under shear, and in particular on a centrifuge, piston press or belt press, to give very high recovery of solids, and very low suspended solids in the filtrate.

Dewatering of flocculated solids can be conducted, especially at relatively low solids concentrations, under shear, e.g., on a centrifuge, even if the flocculated aqueous medium is not first subjected to shear, but generally less effective dewatering is obtained.

The improved floc structure obtainable in the invention, compared to the use of conventional dissolved flocculants, permits dewatering to an increased solids content, thereby for instance reducing the amount of energy required for incinerating a sewage filter cake.

CIBA 002408

4,720,346

<table>
<tr><td>5</td><td>6</td></tr>
</table>

The increased floc strength however is valuable in various other processes.

The flocs obtained in the process (preferably using insoluble polymer) can be continuously kept in suspension by agitation of the aqueous medium without any substantial increase in the discrete suspended solids in the aqueous medium. For instance, the polymeric material (usually as a stable homogeneous aqueous composition) may be added (optionally with applied shear) to an aqueous suspension whilst it is being agitated and this agitation may provide shear and may keep the resultant sheared flocculated solids in suspension. The continuous agitation may be continued for several hours and usually for at least a day or several days, without substantial floc breakdown. This is of value, especially when using anionic flocculants; for transporting inorganic or other solids in a fluid medium, for instance by pipeline or in any process in which agitation is applied for prolonged periods, e.g., in chemical or biochemical reactors.

The process is of particular value when the aqueous medium is a chemical reaction medium and the solids are a catalyst for the reaction, since we have surprisingly found that a stirred or otherwise agitated reactor can be operated for prolonged periods with the catalyst in the form of flocs. This facilitates the separation of the aqueous medium from the catalyst, for instance as the medium is withdrawn continuously or batchwise from the reactor. This process is of particular value in the catalytic hydrolysis of a nitrile to form an amide, for instance when the aqueous medium is an acrylonitrile hydrolysis reaction medium to form acrylamide. The catalyst is preferably a copper catalyst, for instance of reduced copper oxide or, preferably, Raney copper.

Another process where the shear resistance of the flocs is desirable is in the formation of paper and paper products such as board, since the processes of the invention permit improved dewatering of cellulosic and other suspensions. In conventional paper production, it is generally necessary to minimise the amount of shear to which the flocs are subjected and so in practice the flocculant is added at the end of the pulp flow line, as late as possible before the drainage or other dewatering stage. In the invention, however, it is possible, and frequently desirable, to add the flocculant (preferably an insoluble polymer) at an early stage in the pulp flow line so that the act of pumping the flocculated dispersion along the flow line towards the drainage or other dewatering stage involves the application of shear to the flocculated pulp, and this shear converts the flocs to smaller size flocs substantially free of undesirable fines. A preferred process of the invention therefore comprises flocculating a cellulosic suspension by addition of the polymeric material, usually as a stable homogeneous aqueous composition and pumping the flocculated suspension along a flow line with sufficient shear to break down the flocs to smaller, shear stable, flocs and then dewatering the suspension by drainage or other suitable means. This process is of particular value when cationic starch is also added to the dispersion since the overall process then gives an exceedingly good combination of paper strength and retention and dewatering properties. For this process, the flocculant polymer is preferably an anionic polyacrylamide. Synergism appears to exist.

Another advantage of the invention is that the process is much less dose sensitive than when using truly dissolved flocculants and so there is much less risk of obtaining inferior performance due to under-dosing or over-dosing. Even after shearing the suspension, it is usually possibly to obtain floc size that is much greater than is obtainable using conventional dissolved flocculants. Because, at the optimum dose, the floc size is much greater than is available conventionally this means that the dose can be varied above or below the optimum whilst still obtaining improved results compared to those obtainable conventionally.

Although the invention can be used for flocculating a wide variety of aqueous inorganic suspensions and aqueous organic suspension, especially sewage, it is of particular value in the centrifugal dewatering of municipal sewage that includes a significant industrial component, especially that includes variable amounts of metal. Best results are generally obtained when the flocculated aqueous medium is vigorously stirred, so as to apply shear to the flocculated solids, before entering the bowl of the centrifuge.

The polymeric material can be dosed into the suspension in any convenient manner (e.g., a dispersion in oil could be metered carefully into the suspension) but is preferably added in the form of a dilute aqueous composition, typically having a concentration of 0.01 to 3%, generally 0.05 to 1%. It should preferably be a microdispersion. By this we mean that if a layer of this composition is allowed to dry, microscopic examination readily identifies discrete polymeric particles, optionally interconnected by a film of water soluble polymer. Often the composition does not form a film. The polymer particles must be below 10 $\mu$m dry size, preferably below 2 $\mu$m, but preferably swell, e.g., to at least twice their dry diameter, and often at least 5 times their dry diameter, in water.

When the polymer particles are insoluble, it is preferred for the aqueous composition to be a homogeneous stable composition as defined above although the polymer particles can go to equilibrium with the water in the flocculated suspension to some extent at least. If the polymer particles are soluble, then they must be added to the suspension before they dissolve and preferably initial flocculation is complete before they can dissolved.

In order that the particles have the desired small size, they are best prepared by emulsion or reverse phase polymerisation.

Although we believe it to be essential to include non-dissolved particles, it appears that dissolved polymeric material may also contribute to the invention and so the polymeric material that is added to the suspension may include also dissolved linear polymer. When the polymer particles are cross linked, it is generally preferred to provide this as a soluble component of the cross linked particles, so that upon dispersing the particles in the aqueous composition the particles swell and the soluble component dissolves into the composition. However it is also possible either to blend a dissolved polymer with a particulate (generally insoluble) polymer in the aqueous composition or to add these polymers sequentially to the aqueous suspension, the dissolved polymer generally being added first. When the mixture of dissolved and particulate polymers is made by blending polymers, the chosen polymers are usually co-ionic or one or both may be non-ionic, or they may be counter ionic. Usually the polymers are made from the same monomers, and often differ only in the degree of cross linking.

CIBA 002409

4,720,346

7

The amount of dissolved polymer is usually from 0 to 50%, preferably up to 20%, preferably at least 10%, by weight total polymer, the balance being particulate.

The particles may be wholly insoluble, non-swellable, polymer particles. For instance, they may be formed of wholly water insoluble monomers or, more preferably, a blend of water soluble and water insoluble monomers such that the polymer is insoluble in water (generally at both high and low pH values). Insolubility is often further increased by cross linking.

Preferably, however, the particles are formed of a monomer or monomer blend that is soluble in the aqueous composition and the particles are either soluble in the aqueous composition and are used before they dissolve, or, preferably, are cross linked sufficient that they are insoluble in but swollen by the aqueous composition. This cross linking (which may be chain branching) may be brought about by controlled spontaneous conditions such as heating or irradiation, provided the degree of chain branching or other cross linking is reproducible and controllable, but preferably is brought about by reaction of the monomer or monomer blend, or the final polymer, with a covalent or ionic cross linking agent.

Cross linked polymer can be made by cross linking a preformed linear water soluble polymer having a specific viscosity above 10 with a cross linking agent, e.g., by mixing an aqueous solution of the polymer with cross linking agent whilst stirring with sufficient force to form a homogeneous stable aqueous composition. If the stirring is inadequate, cross linked polymer will precipitate from the composition. If it is adequate, then the polymer will be broken up into sufficiently small particles, below 10 μm and preferably below 2 μm dry size, that the particles will remain in stable homogeneous dispersion. The cross linking agent for this purpose can be, for instance, formaldehyde or glyoxal or metal salts but preferably is a counterionic linear water soluble polymer having specific viscosity above 10. Preferably both polymers have specific viscosity above 100. By selecting appropriate amounts of polymers having anionic and cationic groups, it is possible to obtain a stable homogeneous aqueous composition of coprecipitated, or cross linked, polymer and, if desired, to leave an excess of a water soluble polymer of one ionic type.

The preferred way of making the aqueous composition is by mixing into water particles of polymeric material having dry size below 10, and most preferably below 2, μm and which have been made emulsion polymerisation or by reverse phase emulsion or suspension polymerisation of one or more monoethylenically unsaturated monomers. The polymer may be soluble but is preferably insoluble as a result of a controlled addition of cross-linking agent to the monomer or monomer blend, which is preferably water soluble.

The monoethylenically unsaturated material may be contaminated with a small amount of cross-linking agent and the amount of additional cross-linking agent that is added will therefore be selected having regard to this fact. Preferably the monoethylenically unsaturated material is as free of cross-linking agent as is commercially possible, for instance containing cross-linking agent in an amount that gives cross linking or chain branching less than is given by ppm MBA (1 part methylene bis acrylamide per million parts monomer). The amount of MBA that is added is generally at least 0.1 or 0.2 ppm and below 100 ppm (based on monomer), generally 1 to 50 ppm. The precise amount will depend upon the polymerisation and other processing condi-

8

tions. Instead of using MBA, cross-linking my be by equally effective amounts of other diethylenically unsaturated compounds such as ethylene glycol d-acrylate, diacrylamide, cyanomethylacrlate, vinyloxyethylacrylate or methacrylate and other means of cross linking, e.g., formaldehyde or glyoxal or metal salt addition. Preferably a water-soluble cross-linking agent is used.

The degree of non-linearity can additionally be controlled by the inclusion of chain transfer agents in the polymerisation mixture. Their use, in combination with cross-linking agent, will tend to promote chain branching rather than cross linking. Amounts may vary widely. For instance 1,000 to 5,000 ppm (based on monomer) of a moderate chain transfer agent such as isopropyl alcohol may be suitable whilst much lower amounts, typically 100 to 500 ppm, of more effective chain branching agents such as mercaptoethanol are useful. Often, however, adequate results are obtained by conducting polymerisation under conventional conditons, without deliberate addition of chain transfer agent, using commercially pure monoethylenically unsaturated monomer together with the specified amount of MBA or other cross-linking agent.

Instead of insolubilising the polymer by cross linking, it may be formed from an insoluble monomer, or a monomer blend containing sufficient insoluble monomer to insolubilise the polymer.

The monoethylenically unsaturated monomers may consist of one or more ionic monomers or a blend of ionic and non-ionic monomers. The monomers can be allyl monomers but are generally vinyl, preferably acrylic.

Suitable non-ionic monomers are acrylamide, methacrylamide, N-vinylmethylacetamide or formamide, vinyl acetate, vinyl pyrrolidone, methyl methacrylate or other acrylic (or other ethylenically unsaturated) ester or other water insoluble vinyl monomers such as styrene or acrylonitrile.

Suitable anionic monomers are sodium acrylate, methacrylate, itaconate, 2-acrylamido 2-methyl propane sulphonate, sulphopropyl acrylate or methacrylate or other water soluble forms of these or other polymerisable carboxylic or sulphonic acids. Sulphomethylated acrylamide, allyl sulphonate or sodium vinyl sulphonate, may be used.

Suitable cationic monomers are dialkylaminoalkyl acrylates and methacrylates, especially dialkylaminoethyl acrylate, and their quaternary or acid salts, and dialkylaminoalkylacrylamides or methacrylamides and their quaternary or acid salts for instance methacrylamidopropyl trimethyl ammonium chloride and Mannich products, such as quaternised dialkylaminomethylacrylamides. Alkyl groups are generally $C_{1-4}$ alkyl.

The monomers can contain hydrophobic groups, e.g., as described in EP No. 0172723A2, for instance on page 10 thereof. If the monomer is to impart insolubility to the polymer, the ethoxy chain should be short or absent, i.e., n=0. The allyl ether monomers are especially preferred.

The polymerisation conditions are preferably such that the polymer has, if uncross linked, a conventional flocculant high molecular weight of 5 million to 30 million and an intrinsic viscosity of above 4, preferably above 6, e.g., up to 15 or 20 dl/g. If the polymer is cross linked, it is preferably polymerised such that it would have such molecular weight if it had been made in the

CIBA 002410

4,720,346

**9**

absence of cross linking agent. However cross linking will reduce the IV but the shearing may then cause the IV to increase, as explained below. The specific viscosity of the polymer, measured as defined above, is generally above 100, preferably above 500 and frequently above 1000.

The particle size in the emulsion or reverse phase polymerisation mixture may be controlled by the degree of shear applied to the monomers and by the possible presence of emulsifying agent. Emulsion polymerisation may be utilised when polymerising, for instance, water insoluble monomers such as acrylic esters or water insoluble but acid soluble monomers such as amines (the resultant polymer being distributed into acidic aqueous composition) but generally reverse phase emulsion or suspension polymerisation is utilised when the monomer or monomer blend is soluble in water. The aqueous monomer is emulsified into a suitable non-aqueous liquid, generally in the presence of a water in oil emulsifier, generally in an amount below the critical micell concentration. Emulsifiers, stabilisers, non-aqueous liquids and other reverse phase polymerisation materials and process details are described in, for instance, EP No. 0126528. The polymer particles may be dehydrated, for instance by subjecting the dispersion to azeotropic distillation.

The liquid product resulting from the reverse phase polymerisation or emulsion polymerisation is generally used as such, without separation of the polymer particles, but if desired dried polymer particles may be separated from the dispersion in known manner. Because these dry particles will be very dusty, they should preferably be formed into pellets that will disintegrate upon addition to water.

The polymer-in-oil emulsion that results from reverse phase polymerisation may be added to water to form the aqueous composition (or to the suspension) in the presence of oil-in-water emulsifier in conventional manner. However when the polymer is water-soluble, it is preferred to make the addition in the absence of the emulsifier so that the rate of solution is slower. The reverse phase emulsion is preferably dehydrated.

The polymerisation conditions are preferably such that the polymer particles resulting from the polymerisation have the desired controlled degree of solubility but it is possible to produce polymer particles that are too highly cross linked and then to subject this polymer to sufficient shear to restore it to a desired, controlled, degree of cross linking. This shear may be applied to the dispersion in which the polymer particles are formed or, preferably, to the aqueous homogeneous composition. For instance when such a solution has short rheology, the mixing may convert it to long rheology. These processes are described in our application Ser. No. 855,519 filed even date herewith.

When the polymeric material is cross linked and cationic, and in particular when it is a copolymer of acrylamide with at least 5%, and preferably at least 10%, by weight dialkylamino alkyl acrylate (generally as acid addition or quaternary ammonium salt), the degree of non-linearity is preferably such that the polymer has an ionic regain (IR) of at least 15%. IR is calculated as $(x-y)/x \times 100$ where $x$ is the ionicity measured after applying standard shear and $y$ is the ionicity of the polymer before applying standard shear.

These values are best determined by forming a 1% composition of the polymer in deionised water, allowing this to age for 2 hours and then further diluting it o

**10**

0.1% active polymer. The ionicity of the polymer $y$ is measured by Colloid Titration as described by Koch-Light Laboratories Limited in their publication 4/77 KLCD-1. (Alternatively the method described in BP No. 1,579,007 could possibly be used to determine $y$.) The ionicity after shear, $x$ is determined by measuring by the same technique the ionicity of the solution after subjecting it to standard shear.

The shear is best applied to 200 ml of the solution in a substantially cylindrical pot having a diameter of about 8 cm and provided in its base with a rotatable blade about 6 cm in diameter, one arm of the blade pointing upwards by about 45 degrees and the other downwards by about 45 degrees. The blade is about 1 mm thick and is rotated at 16,500 rpm in the base of the pot for 10 minutes. These conditions are best provided by the use of a Moulinex homogeniser but other satisfactory conditions can be provided using kitchen blenders such as Kenwood, Hamilton Beach, Iona or Osterizer blenders or a Waring Blendor.

In practice the precise conditions of shear are relatively unimportant since, provided the degree of shear is of the same order of magnitude as specified, it will be found that IR is not greatly affected by quite large changes in the amount, for instance the duration, of shear, whereas at lower amounts of shear (for instance 1 minute at 16,500 rpm) IR is greatly affected by small changes in shear. Conveniently, therefore, the value of $x$ is determined at the time when, with a high speed blade, further shear provides little or no further change in ionicity. This generally requires shearing for 10 minutes, but sometimes longer periods, e.g., up to 30 minutes with cooling, may be desired.

It should be understood that the defined shear is not shear that is applied to the polymer solution or to the flocculated suspension during the flocculation process of the invention but is instead shear that is applied as an analytical technique to permit definition of the properties of the polymers that may be used in the invention.

When using cross-linked polymeric material, polymers having IR of 15% have a relatively low degree of non-linearity whilst those having IR 90% have a high degree of non-linearity. It is generally preferred for IR to be below 80%; preferably below 70%, and usually below 60%. If IR is too low, the invention may give inadequate benefit compared to conventional polymers and preferably IR is above 20%. Best results are generally obtained at above 25%, preferably 30 to 60%.

It is desirable for the intrinsic viscosity to be as high as possible but satisfactory values of IV reduce as the value of IR increases. Generally $IV=(100-IR)/a$ where $a$ is below 20 and is generally below 15 but is usually above 4. Generally $a$ is in the range 6 to 14. Throughout this specification IV is measured at 25° C. in 3M NaCl according to the method described in Encyclopedia of Polymer Science & Technology, Editors Mark and Gaylord, published John Wiley & Sons, 1971, Volume 14 pages 717–740.

If the polymer is cross-linked, IV can be increased by the application of shear (as is also described in application Ser. No. 855,519 and the polymeric material is preferably one whose IV can be above 4, and preferably above 6, after the application of shear such as the standard shear described above.

The aqueous composition of the polymeric material may be combined with the suspension that is to be flocculated by conventional methods of blending but, as

CIBA 002411

4,720,346

11

described above, shear is generally applied sufficient to reduce floc size.

The amount of polymer that has to be added for optimum floc stability is often greater than the amounts conventionally used with highly soluble polymeric flocculants, usually at least 10% and often at least 20% greater than the amount that would be required when using a conventional, highly water soluble, substantially linear polymer. Suitable doses are in the range 0.01 to 3%, often 0.5 to 3%, by weight polymer based on dry solids.

The amount that is required for adequate floc stability can be found by routine experimentation and, for any particular flocculation process, polymer type and degree of shear, the amount of polymer will depend upon the degree of swelling or solution of the polymeric material, e.g., the degree of cross-linking. Generally the optimum amount increases with increasing amounts of cross linking.

A convenient way for determining the optimum floc stabilising amount is to determine the dose that gives maximum floc size when the polymeric material is sheared into the suspension and the suspension is left to settle. The optimum is the dosage that gives maximum floc size after shear and in the invention, the dose that is applied is generally from 50 to 150, preferably 70 to 110% of this optimum dose.

A particularly preferred process according to the invention comprises providing a homogeneous dilute aqueous composition of a reverse phase polymerised, non-film-forming, cross linked, acrylamide copolymer with dialkylaminoalkyl(meth)acrylate (as acid salt or quaternary salt) having a dry particle size below 10 $\mu$m (preferably below 2 $\mu$m), IR above 15 and IV=(10-0—IR)/a) where a is from 6 to 14, adding this composition to sewage sludge in an amount of 50 to 150% of the amount required for maximum floc size after shearing, subjecting the blended mixture to the shearing to reduce floc size substantially without increasing the amount of suspended solids, and dewatering the resultant aqueous medium on a centrifuge, piston press or belt press.

BRIEF DESCRIPTION OF THE DRAWING

The accompanying drawing is a graph of the results in Example 2.

The following are some examples.

In every example, the polymeric material had a specific viscosity well above 100 and a dry particle size below 2 $\mu$m and an aqueous composition of the polymeric material gave a discontinuous, particulate film.

EXAMPLE 1

A copolymer of 58% acrylamide and 42% dimethylaminoethylacrylate quaternised with methyl chloride (DMAEA.MeCl) and having intrinsic viscosity 10 dl/g was prepared by reverse phase polymerisation, to give a particle size below 2 $\mu$m, followed by azeotropic distillation. It was labelled Polymer AC and was provided as a 50% dispersion of polyme in oil. The monomers used were commercially pure monomers. Polymer BC was formed by the same method but in the presence of 10 ppm MBA, and had intrinsic viscosity 6.6 dl/g.

Each dispersion was mixed with water and allowed to age. A chosen amount of the resultant aqueous composition was stirred with an activated sludge for 25 seconds using Triton WRC Standard Shear Test Stirrer and Timer Type 133/131 fitted with a marine blade to

12

give extra shear. This resulted in flocculaton and in reduction of the floc size.

The flocculated suspension was dewatered on a laboratory centrifuge consisting of a cylindrical solid bowl closed at its base and open at its top but with an inwardly extending lip around its periphery. The bowl ran at 2,000 rpm and was, at this speed, filled with water (400 ml). 400 ml of the flocculated sewage sludge was fed gradually into the bowl while spinning. Some of the solid was trapped in the bowl whilst the remainder passed out in the overflow, as the centrate. Since the flocculate suspension is accelerated, in a very short period of time, to 2,000 rpm, this centrifugal system of dewatering applies very high shear to the flocculated suspension. Best results are those wherein there is maximum retention of solids in the bowl, with least solids content in the centrifugate.

The dose of g/m³ and the suspended solids in the centrate (mg/l) when treated with each of the polymers AC and BC are shown in Table 1a.

TABLE 1a

| Dose | AC | BC |
|------|------|------|
| 20 | 1148 | 1400 |
| 30 | 1088 | 660 |
| 50 | 667 | 368 |
| 60 | 1863 | 244 |
| 70 | 2227 | 342 |
| 80 | 2670 | 402 |
| 100 | 4627 | 626 |
| 120 | 5372 | 726 |

The cationicity regain of the polymers was recorded for 10 minutes shearing, as in the definition of ionicity regain given above, and also for 1 and 5 minutes shearing, and the values are shown in Table 1b.

TABLE 1b

| Polymer | Shearing Time | | |
| | 1 min | 5 min | 10 min |
|---------|-------|-------|--------|
| AC | 5% | 9% | 9% |
| BC | 21% | 42% | 42% |

It is apparent that the optimum dose for linear polymer AC, having a regain of 9%, is at 50 g/m³ whilst the optimum dose for non-linear polymer BC, having IR 42%, is at 60 g/m³ but that polymer BC gives better results and its optimum results are obtained over a much wider range, 30 to about 120 g/m³, since it is permissible with polymer AC, i.e., the non-linear polymer is less dose sensitive.

EXAMPLE 2

Five polymers were prepared by the same general process as in Example 1 using the same monomers, but with differing amounts of MBA. The polymers, the amounts of MBA in ppm based on monomer, the intrinsic viscosity and the IR values are shown in the Table 2.

TABLE 2

| Product | MBA | IV | IR |
|---------|------|------|------|
| GC | 0 | 14.1 | 6.7 |
| HC | 2.5 | 11.1 | 17 |
| IC | 5.0 | 10.2 | 23 |
| JC | 10.0 | 6.7 | 42 |
| KC | 25.0 | 3.4 | 59 |

Solutions of the above products together with that of product AC were used to treat 100 ml samples of acti-

CIBA 002412

4,720,346

**13**

vated sludge over a dosage range. A visual assessment of floc size was carried out after the shearing in the Triton stirrer for 25 seconds. Using a scale of 1–8 where 1 represents the largest and 8 the smallest floc, the results of the assessment were plotted as shown in the attached graph. In this way, the optimum dose for each product was obtained.

Activated sludge samples were then treated at the optimum dose with each product. 200 ml portions of the treated sludge were then fed through the centrifuge as in Example 1, when the following results were obtained.

TABLE 4

| Product | Optimum Dose (mg/l) | Centrate Suspended Solids (mg/l) |
|---------|--------------------|----------------------------------|
| GC | 35 | 824 |
| HC | 45 | 660 |
| IC | 50 | 612 |
| JC | 60 | 190 |
| KC | 90 | 60 |

This clearly demonstrates the improved results in high shear dewatering when using an increased (double) dosage of a polymer that is cros-linked to such an extent that IR is above about 30%.

EXAMPLE 3

A rane of copolymers of 60 wt% DMAEA.MeCl and 40 wt% acrylamide were prepared as 50% dispersions in oil as in Example 1 using different amounts of MBA and commercially pure monomers.

All products were evaluated on a raw mixed primary activated sewage sludge as aids to gravity and compression filtration. This involved first stirring the sludge with 0.1% w/v solutions of the copolymers at various doses, in order to optimise the dose by observing the influence of cross linking on floc size. Further samples of sludge were then treated at the optimum dose using periods of stirring, which represented different levels of shear and allowed for the optimum development of the floc. The stirring was by a Bosch electric drill unit fitted with a marine bladed stirrer. Dewatering was then carried out by allowing 180 seconds of free drainage, on a filter wire retained in a Buchner funnel, followed by 180 seconds of drainage under compression. The filter cakes were weighed, dried and reweighed, in order to provide a measure of dry solids content.

The results obtained were as in Table 3.

TABLE 3

| Product | MBA ppm | Dose (mg/l) | Stirring Time (seconds) | Cake Solids (%) | IR % |
|---------|---------|-------------|------------------------|-----------------|------|
| LC | 0 | 140 | 15 | 16.0 | 14.2 |
| MC | 2 | 200 | 45 | 17.1 | 27.6 |
| NC | 4 | 220 | 45 | 17.4 | 38.0 |
| OC | 8 | 300 | 75 | 20.0 | 50.8 |

EXAMPLE 4

Products PC and QC were made in the same way, and from the monomer proportions, as products GC and IC in Example 2. Additionally, a product RC was prepared at the same cationic monomer content but with 63 ppm MBA. These three additional copolymers were collected together with copolymers JC and KC of Example 2 to form a range which increased in ionicity

**14**

regain and decreased in intrinsic viscosities as shown in Table 4a.

TABLE 4a

| Product | MBA (ppm) | I.V. (dl/g) | I.R. (%) |
|---------|-----------|-------------|----------|
| PC | 0 | 14.3 | 0.5 |
| QC | 5.0 | 8.4 | 28.0 |
| JC | 10.0 | 6.7 | 42.0 |
| KC | 25.0 | 3.8 | 59.0 |
| RC | 63.0 | — | 71.0 |

The above products were evaluated in the laboratory on sewage sludges in order to determine the dose giving optimum technical performance, as described in Example 2. The chosen optimum amount was then mixed into 200 ml sewage sludge in a 400 ml beaker using a Heidolph Type 741.00 unit fitted with a turbine stirrer for 3 minutes on a number 2 setting. The flocculated sludge was then dewatered, in simulation of belt pressing, using a piston press. This involved increasing the pressure through the cycle as shown in Table 4b.

TABLE 4b

| Period of Pressing (minutes) | Pressure (bar) |
|------------------------------|----------------|
| 0–1 | 0.7 |
| 1–2 | 1.4 |
| 2–3 | 2.1 |
| 3–6 | 2.8 |

The process was conducted with two types of sewage.

On completion of the pressing cycle, the cakes were removed for dry solids determination. The results are shown in Table 4c.

TABLE 4c

| Sludge Type | Product | Dose (mg/l) | Cake Solid (%) |
|-------------|---------|-------------|----------------|
| Digested | PC | 250 | 24.8 |
| primary/ | QC | 325 | 27.6 |
| activated | JC | 375 | 27.1 |
| | KC | 650 | 28.1 |
| | RC | 1000 | 27.7 |
| As above | PC | 40 | 19.9 |
| but | QC | 60 | 22.5 |
| containing | JC | 80 | 23.8 |
| 1.0 M of | KC | 150 | 26.3 |
| added NaCl | RC | 275 | 29.6 |

As can be seen from the above results, the trend is one of increasing optimum dose and cake solids as the MBA content is increased.

EXAMPLE 5

Tests were carried out in simulation of belt pressing as described in Example 4 using products PC and JC of Table 4a at doses equal to the optimum and also doses above and below it. Shear was applied by pouring the flocculated sludge 10 times from one beaker to another. The digested primary/activated sludge used as test substrate was from an alternative source to that of Example 4.

TABLE 5

| Product | Dose (mg/l) | Cake Solids (%) |
|---------|-------------|-----------------|
| PC | 125 | 10.1 |
| PC | 150 | 11.0 |
| PC | 175 | 10.8 |
| JC | 300 | 13.4 |
| JC | 325 | 14.2 |
| JC | 350 | 13.4 |

CIBA 002413

4,720,346

## 15

The results demonstrate how the order of cake solids varies about the optimum dose.

### EXAMPLE 6

Tests were carried out in simulation of high pressure filtration (filter pressing). This involved dewatering a raw primary/activated sludge, on the laboratory piston press at pressures of up to 7 bar. As in the previous example, products PC and JC were evaluated at doses equal to and above and below the previously determined optimum, after shearing the flocculated suspension by pouring from one beaker to another 15 times.

Results were as shown in Table 6.

#### TABLE 6

| Product | Dose (mg/l) | Cake Solids (%) |
|---------|-------------|-----------------|
| PC | 100 | 14.7 |
| PC | 125 | 13.1 |
| PC | 150 | 13.8 |
| JC | 225 | 15.9 |
| JC | 250 | 16.4 |
| JC | 275 | 16.1 |

Once again, the results demonstrate how the order of cake solids varies about the optimum dose.

### EXAMPLE 7

Three copolymers having ratios of 80 wt% DMAEA MeCl to 20 wt% acrylamide were prepared as reverse phase suspension polymerisation dispersions. The three products contained 0, 4 and 8 ppm of MBA on weight of monomer and were identified as SC, TC and UC. Portions of products SC and UC were mixed together to provide 50:50 and 75:25 blends respectively (SC:UC).

The two blends and the original samples were each added to a digested Primary/Activated sewage sludge over a dosage range and the flocculated product stirred for 25 seconds on the Triton mixer of Example 1. A visual assessment of floc size served to indicate the optimum dose for each treatment.

Further sludge samples, treated at the optimum dose of each product and blend were evaluated on the laboratory centrifuge as described in Example 1 after vigorous stirring of the flocculated aqueous medium with the Triton mixer. Details of the products and results obtained were as in Table 7.

#### TABLE 7

| Product | M.B.A. (ppm) | Ionicity Regain (%) | Optimum Dose (g/m³) | Centrate Solids (mg/l) |
|---------|--------------|---------------------|---------------------|------------------------|
| SC | 0 | 10.0 | 100 | 2272 |
| TC | 4 | 26.5 | 150 | 1080 |
| UC | 8 | 52.2 | 225 | 340 |
| SC:UC-50:50 | (4) | 34.4 | 125 | 1236 |
| SC:UC-25:75 | (2) | 22.5 | 125 | 1846 |

It will be observed that the enhanced performance provided by cross linked flocculants can be obtained by blending linear and cross linking flocculants to intermediate levels of cross linking.

### EXAMPLE 8

A similar exercise to that described in the previous example was carried out on copolymers having 60:40 wt% DMAEA MeCL:Acrylamide composition. Details of the products and results obtained are given in Table 8.

## 16

#### TABLE 8

| Product | M.B.A. (ppm) | Ionicity Regain (%) | Optimum Dose (g/m³) | Centrate Solids (mg/l) |
|---------|--------------|---------------------|---------------------|------------------------|
| VC | 0 | 14.2 | 100 | 1856 |
| WC | 2 | 27.6 | 150 | 1378 |
| XC | 4 | 38.0 | 175 | 398 |
| YC | 8 | 50.9 | 225 | 274 |
| 50:50: VC:YC | (4) | 33.2 | 150 | 534 |
| 75:25: VC:YC | (2) | 25.3 | 150 | 1416 |

### EXAMPLE 9

A solid grade commercially available cationic copolymer having composition 42 wt% DMAEA MeCl and 38 wt% acrylamide and two commercially available anionic copolymers having composition 10 wt% sodium acrylate: 80 wt% acrylamide and 20 wt% sodium acrylate: 80 wt% acrylamide, identified as products, ZC, JA and KA respectively, were made up as 0.2% solutions. The solution of the cationic product ZC was rapidly mixed (using a Heidolph stirrer) in turn with the solutions of products JA and KA.

When mixing was insufficiently rapid, a precipitate settled.

The three compositions were evaluated on an activated sewage sludge using the laboratory centrifuge as described in Example 1, after vigorous stirring using the Triton mixer for 25 seconds. The results are in Table 9.

#### TABLE 9

| Dose (g/m³) | Centrate Suspended Solids (mg/l) | | |
|-------------|----------------|----------------|----------------|
| | Solution ZC | Solution 80 ZC:20 KA | Solution 80 ZC:20 JA |
| 30 | 1000 | 1114 | 1260 |
| 40 | 632 | 888 | 1116 |
| 50 | 668 | 508 | 1048 |
| 60 | 684 | 408 | 580 |
| 80 | 1248 | 476 | 460 |
| 100 | 1820 | 510 | 320 |
| 125 | — | 668 | 834 |
| 150 | 1872 | 896 | 1348 |

It can be seen that blends of anionic and cationic solutions made from solid grade products are capable of producing a similar effect to that obtained using performed cross linked polymers.

### EXAMPLE 10

Using a similar procedure to that described in the previous example, solutions of product ZC were rapidly mixed with varying volumes of solution KA to provide blends containing 5, 10, 20 and 30% of KA.

Each solution was used to treat an activated sludge over a dosage range and visual assessment of floc size used to indicate the optimum dose.

Further activated sludge samples were then treated with the optimum dose of each solution before being dewatered on the laboratory centrifuge.

The following results are in Table 10.

#### TABLE 10

| Treatment | Optimum Dose range (mg/l) | Average Suspended Solids of Centrate |
|-----------|---------------------------|--------------------------------------|
| ZC | 40–60 | 1456 |
| 5:95 KA:ZC | 50–80 | 1400 |
| 10:90 KA:ZC | 50–80 | 1176 |
| 20:80 KA:ZC | 60–100 | 1077 |

CIBA 002414

4,720,346

**17**

TABLE 10-continued

| Treatment | Optimum Dose range (mg/l) | Average Suspended Solids of Centrate |
|---|---|---|
| 30:70 KA:ZC | 100-140 | 835 |

## EXAMPLE 11

Settlement tests were carried out to compare product AC of Example 1 and product KC of Example 2 in regard to their ability to flocculate Raney copper catalyst.

In carrying out these tests, 0.05% wt/v solutions of flocculant were added to 500 ml portions of 5% w/v Raney copper slurry in deionised, de-oxygenated water at room temperature. These were placed in a cylinder inverter and subjected to inversion to promote mixing after addition of the flocculant solution. Subsequent inversions could be carried out, following those required for mixing, in order to test the floc strength. The quality of the floc formed was, at all stages, measured in terms of the settlement rate of the flocculated slurry, since large flocs invariably produce faster rates of settlement. Settlement rate was measured as the time required to produce a visible mud-line in the flocculated slurry.

Tests were first carried out to determine the optimum dose of flocculant with the results shown in Table 11a.

TABLE 11a

| Flocculant Dose (mg/l) | Settlement Time (seconds) | |
|---|---|---|
| | Product AC | Product KC |
| 0 | 54.8 | 54.8 |
| 1 | 25.1 | 41.5 |
| 10 | 10.4 | 7.8 |
| 20 | 6.5 | 3.0 |
| 30 | 4.7 | 1.6 |
| 40 | 5.4 | 1.0 |
| 50 | 4.5 | 1.7 |
| 60 | 4.6 | 1.5 |
| 70 | 4.6 | 1.5 |
| 80 | 10.6 | 1.4 |
| 90 | 15.4 | 1.9 |
| 100 | 20.7 | 1.2 |
| 140 | | 1.7 |
| 180 | | 1.8 |
| 220 | | 1.4 |
| 260 | | 2.1 |
| 300 | | 1.6 |
| 340 | | 1.7 |

From the above it can be seen that the optimum dose for each product is 30 mg/l. It is, however, apparent that the overdosing effect observed for product AC is not apparent with product KC.

Further samples were treated at the optimum dose level and subjected to inversions with settlement time being measured for each of the flocculated suspensions after equal numbers of inversions.

Results were as shown in Table 11b.

TABLE 11b

| Number of Inversions | Settlement Time (seconds) | |
|---|---|---|
| | Product AC | Product KC |
| 3 | 6.3 | 1.7 |
| 6 | 6.5 | 1.3 |
| 9 | 6.0 | 0.9 |
| 12 | 6.7 | 1.2 |
| 15 | 7.8 | 1.0 |
| 18 | 8.1 | 1.1 |
| 21 | 8.8 | 1.1 |

**18**

TABLE 11b-continued

| Number of Inversions | Settlement Time (seconds) | |
|---|---|---|
| | Product AC | Product KC |
| 24 | 10.5 | 0.9 |
| 27 | 11.3 | 0.9 |
| 30 | 12.6 | 1.4 |
| 33 | 14.4 | 1.3 |
| 36 | 15.9 | 1.3 |
| 39 | 17.3 | 1.7 |
| 42 | 18.9 | 1.3 |
| 45 | 20.8 | 1.2 |
| 60 | | 1.5 |
| 90 | | 1.7 |
| 111 | | 1.6 |
| 141 | | 2.0 |
| 171 | | 2.2 |
| 186 | | 2.4 |

From the results, it can be seen that Raney copper catalyst treated with product KC manifests an significantly more stable floc than that treated with product AC. The flocculated catalyst gave substantially the same yield of acrylamide, when used in a conventional process for the hydrolysis of acrylonitrile, as the corresponding unflocculated catalyst but gave much easier separation of the reaction liquor from the catalyst.

## EXAMPLE 12

A range of anionic copolymers, having composition 40 wt% sodium acrylate, 60 wt% acrylamide, were prepared from monomer mixes containing different amounts of methylene bis acrylamide, by reverse phase suspension polymerisation. The degree of structure incorporated into each copolymer increased in proportion to the amount of MBA in the monomer as indicated by depression of the intrinsic viscosity.

The above products were evaluated on coal fines in simulation of dewatering by belt filtration. This involved treating 400 cm³ portions of the coal fines with a solution of the flocculant followed by stirring for 120 seconds to apply shear and induce flocculation. The stirring was by a Heidolph stirrer on setting 2 using a gate stirrer in a 600 cm³ beaker. The flocculated fines were then transferred to the belt press simulator and dewatered under the influence of pressure which was gradually increased to 1.6 bar. On completion of the dewatering cycle, the cake was removed for dry solids determination and calculation of the yield.

The MBA content, IV, results for cake solids and yield at the optimum dose established for each product are shown in Table 12.

TABLE 12

| Product | MBA content (ppm of polymer) | I.V. (dl/g) | Dose (mg/l) | Cake Solids (%) | Yield (%) |
|---|---|---|---|---|---|
| AA | 0 | 18.5 | 100 | 61.5 | 85.2 |
| BA | 2.71 | 14.3 | 150 | 60.0 | 85.8 |
| CA | 6.76 | 11.3 | 400 | 60.8 | 90.0 |
| DA | 13.53 | 6.6 | 500 | 59.8 | 86.6 |
| EA | 20.29 | 5.5 | 600 | 59.8 | 92.6 |
| FA | 27.06 | 2.7 | 800 | 59.8 | 92.4 |
| GA | 40.53 | 3.1 | 1200 | 58.6 | 93.7 |
| HA | 67.60 | — | 1600 | 59.1 | 89.4 |
| IA | 135.30 | — | 1600 | 59.7 | 84.9 |

It can be seen that as the degree of cross linking increases the general trend is for improvement in yield. Products HA and IA demonstrate decreasing yield either because they are too cross linked to be effective or the optimum dose has not been attained.

CIBA 002415

4,720,346

| 19 | 20 |

## EXAMPLE 13

Products AA, CA, EA and GA of Example 12 were used to treat coal tailings over a range of doses and the flocculated suspension was tested on the centrifuge as described in Example 1. The dose, in mg/l, at which optimum centrate quality was obtained and the suspended solids in the centrate (%) are shown below; each result being the average of two tests, one employing 30 seconds of mixing, the other 120 seconds mixing to induce flocculation. The mixing was as in Example 12.

| Polymer | $\eta_{sp}$ | Optimum Dose (mg/l) | Suspended Solids in Centrate (%) |
|---------|-----|----|-------|
| A.A. | 0. | 113 | 1.38 |
| A.C. | 7 | 163 | 0.78 |
| A.E. | 2.0 | 250 | 0.55 |
| A.G. | 4 | 550 | 0.42 |

It can be seen that as the degree of structure in the polymer is increased (as indicated by the depressed

I.V.), the optimum dose and effectiveness increase.

## EXAMPLE 14

An emulsion in oil of polymeric particles below 2 μm in size is made by reverse phase polymerisation of a blend of 40% acrylamide and 60% MeCl diethylamino-ethyl acrylate and methylene bis acrylamide in an amount sufficient to raise IR from near zero to between 35 and 40.

The emulsion is added to water with stirring and allowed to age to provide a stable composition.

The composition is then added at a polymer dose of about 6 kg/t total solids to an aqueous suspension that is flowing towards a commercial sewage dewatering centrifuge, the treated suspension is sheared in a Inline Mixer to reduce floc size without redispersing discrete solids, and the sheared product is then dewatered in the centrifuge. The solids content of the centrate is typically below 0.2% (0% is ideal) and the degree of separation is above 98% (100% is ideal). When the process is repeated using uncross linked polymer, the corresponding values are typically above 1% and below 75%.

## EXAMPLE 15

A 1 liter resin pot containing 250 g water, 1 g Ethylan HA (non-ionic surfactant from Lankro Chemicals Ltd.) 0.1 g V50 (polymerisation initiator from Wako Pure Chemical Industries Ltd.) and 0.1 g Tetralon A (sequestering agent manufactured by Allied Colloids Ltd.) and bubbled with N₂ was placed in a constant temperature water bath at 75° C.

A monomer feed was prepared by mixing 120 g of dimethyl amino ethyl methacrylate and 80 g of methyl methacrylate which was then added to a monomer feed vessel. An aqueous feed was prepared by mixing 200 g

water, 9 g Ethylan HA, 0.3 g V50 and 0.1 g Tetralon A which was then added to an aqueous feed vessel.

The contents of each vessel were then pumped separately, but in constant proportion, to a premixing chamber containing a high speed stirrer before being added to the resin pot. The pump speed was adjusted such that the total volume of monomer and aqueous feed was added over a period of 90 minutes. After the addition was complete, the same was held at 75° C. for a period of 1 hour before being cooled.

The product of this example, designated Polymer A, was a 30% active polymer in water. Two further samples were prepared in the manner so described but containing 500 ppm and 5000 ppm of alkyl methacrylate in turn. These samples were designated Polymers B and C respectively.

The products prepared as described were then diluted and acidified as the full HCl salt to 2% active in water. Performance tests were then carried out using the sheared CST technique as described previously on a sample of digested primary/activated sludge. The results obtained are given in the following Table:

| Product | Cross-linking amount (ppm) | Polymer Dose (g · m³)/Shearing time (secs) | | | | | | | |
|---------|------|-------|--------|--------|--------|--------|--------|--------|---------|
| | | 250/25 | 400/25 | 500/25 | 600/25 | 700/25 | 800/25 | 900/25 | 1000/25 |
| Polymer A | 0 | 129 | 32 | 19 | 17 | 23 | 28 | 31 | 47 |
| Polymer B | 500 | 249 | 58 | 25 | 19 | 15 | 19 | 24 | 53 |
| Polymer C | 5000 | 388 | 140 | 78 | 67 | 35 | 25 | 16 | 17 |

The results demonstrated that for these emulsion polymerised products, Polymer A (having no cross-linking agent) is susceptible to a significant over-dosing effect above its optimum dose but with Polymers B and C, the over-dosing effect becomes less apparent as the level of cross-linking agent increases.

## EXAMPLE 16

Four solutions were prepared from a sample of 50:50 DMAEAq MeCl:ACM copolymer (originally prepared as a 50% w/w dispersion in oil), as follows:

Sample 1: 1% w/w active polymer with activator
Sample 2: 0.1% w/w active polymer with activator
Sample 3: 1% w/w active polymer without activator
Sample 4: 0.1% w/w active polymer without activator

All solutions were prepared in deionised water using 10 seconds low shear mixing followed by 2 hours tumbling. The activator, when present, was an oil-in-water emulsifier.

Each sample was then used to condition aliquots of digested sewage sludge at a range of dosages, the performance being assessed in each case by means of CST time.

A sample of the same material, prepared as above (with activator) 24 hours earlier was included as a control.

The samples containing activator (1 and 2) and the control exhibited optimum performance at 80–100 g/m³ and at higher doses, an over-dosing effect was seen.

The unactivated samples (3 and 4) had optimum performance at a much higher dosage level (200 g/m³) and did not exhibit any over-dosing effect, and at their optimum dose gave a lower CST (better results) than the CST at the optimum dose of the control and samples 1 and 2.

CIBA 002416

4,720,346

21

## EXAMPLE 17

When products prepared by reverse phase polymerisation, as dispersions in oil, are made up directly at low solution concentrations then, by virtue of the imposed low activator concentration in the solution, activation tends to be incomplete. This results in the polymer going only partially into solution. On using such partial solutions, it has been demonstrated that improved technical performance can be obtained.

In accordance with the above, solutions of product CA were made up at concentrations of 1, 0.2 and 0.1% w/v active polymer. Each of the solutions was subjected to ionicity regain determination with those at 1 and 0.2% being diluted to 0.1% immediately prior to determination. In similar manner, the solutions were used to treat an activated sewage sludge prior to centrifugation, as described in example 1, with the 1 and 0.2% concentrations being diluted to 0.1% immediately prior to treatment.

Results were as follows.

| Original Solution Concentration (%) | IR (%) | Optimum Dose (mg/l) | Suspended Solids in Centrate (mg/l) |
|---|---|---|---|
| 1.0 | 18 | 70 | 1,600 |
| 0.2 | 30 | 100 | 850 |
| 0.1 | 60 | 125 | 270 |

What is claimed is:

1. A process for flocculating an aqueous suspension of suspended solids comprising, adding to the suspension a flocculating amount of a synthetic polymeric flocculant material to form thereby an aqueous medium containing flocculated suspended solids and in which the said polymeric flocculant material at the time of addition to the suspension has a specific viscosity (measured by a capillary flow viscometer at 34° C. on a 0.5% solution in deionised water) above 10 and comprises polymeric particles that have a dry size of below 10 μm, the polymeric material is added in a floc stabilising amount, and the flocculant solids are subjected to shear in the presence of the aqueous medium substantially without increasing the amount of suspended solids in the aqueous medium to reduce the size and increase the shear stability of said flocculated suspended solids.

2. A process according to claim 1 in which the aqueous medium is then dewatered.

3. A process according to claim 1 in which the flocculated solids are separated from the aqueous medium by dewatering selected from centrifuge, piston press and belt press dewatering.

4. A process according to claim 1 in which the flocculated solids are continuously kept in suspension by agitation of the aqueous medium.

5. A process according to claim 4 in which the flocculated solids are catalyst particles and the aqueous medium is a chemical reaction medium.

6. A process according to claim 1 in which the polymeric particles are of water insoluble water swellable polymer.

7. A process according to claim 6 in which the particles are of water insoluble, water-swellable polymer and the polymeric material is made by mixing an aqueous solution of linear water soluble polymer having specific viscosity above 10 with a dissolved cross linking agent whilst stirring with sufficient force to form a homogeneous aqueous composition.

22

8. A process according to claim 7 in which the cross linking agent is a counterionic polymer having specific viscosity above 10.

9. A process according to claim 1 in which the particles are of water insoluble, water-swellable polymer and are cross linked and have been formed by polymerisation in the presence of added cross-linking agent of a monomer or monomer blend that is soluble in the aqueous composition.

10. A process according to claim 9 in which the cross linking agent is a diethylenically unsaturated monomer and the amount of cross linking agent is from 1 to 100 ppm based on the polymerisable monomers.

11. A process according to claim 9 in which the polymeric material has ionic regain greater than 15% and is cationic wherein said ionic regain is calculated as $(x-y)/x \times 100$ where x is the ionicity measured after applying standard shear and y is the ionicity of the polymer before applying standard shear.

12. A process according to claim 9 in which the polymeric material has ionic regain of 25 to 70% and is cationic.

13. A process according to claim 9 in which the polymeric material has ionic regain of 25 to 70% and is a cationic copolymer of acrylamide with at least 5 mole percent dialkylaminoalkyl acrylate (including acid addition and quaternary ammonium salts thereof).

14. A process according to claim 9 in which the polymer has intrinsic viscosity of (100−ionic regain)/a dl/g where a is from 6 to 14.

15. A process according to claim 1 in which the polymeric particles are of water soluble polymer and are added to the suspension under conditions such that they have not fully dissolved.

16. A process according to claim 15 in which the particles are added to water while in the form of a polymer-in-oil dispersion in the absence of an oil-in-water emulsifier.

17. A process according to claim 1 in which the particles have been formed by emulsion polymerisation or reverse phase polymerisation.

18. A process according to claim 1 in which the polymeric material is selected from materials that have intrinsic viscosity above 4 and materials that can have intrinsic viscosity above 4 after shearing.

19. A process according to claim 1 in which a 1% aqueous composition of the polymeric material that is added to the suspension gives, if cast as a film on a glass plate and dried, a discontinuous film of discrete swellable particles having a size of below 10 μm.

20. A process according to claim 1 in which the amount of polymeric material is from 50 to 150% of the amount that gives maximum floc size after application of shear to the aqueous medium.

21. A process according to claim 1 and which comprises providing a homogeneous dilute aqueous composition of a reverse phase polymerised, non film-forming, acrylamide copolymer with dialkylaminoalkyl (meth) acrylate acid salt or quaternary salt having a dry particle size below 2 μm, ionic regain (IR) above 15 wherein said ionic regain is calculated as $(x-y)/x \times 100$ where x is the ionicity measured after applying standard shear and y is the ionicity of the polymer before applying standard shear and intrinsic viscosity=(100−IR)/a where a is from 6 to 14, adding this composition to sewage sludge in an amount of 50 to 150% of the amount required for maximum floc size after shearing, subjecting the blended mixture to the shearing to reduce

CIBA 002417

4,720,346

23

floc size substantially without increasing the amount of discrete suspended solids, and dewatering the resultant aqueous medium on a centrifuge, piston press or belt press.

22. A process according to claim 1 in which the polymeric flocculant is a polymer formed from one or more ethylenically unsaturated monomers selected from the group consisting of acrylamide, methacrylamide, N-vinyl methyl acetamide, N-vinyl methyl formamide, vinyl acetate, vinyl pyrollicone, (meth)acrylic esters, styrene, acrylonitrile, water soluble forms of carboxylic or sulphonic acids selected from (meth) acrylic acid, itaconic acid and 2-acrylamido methyl propane sulphonic acid, sulpho methylated acrylamide, allylsulphonate, sodium vinyl sulphonate, dialkylaminoalkyl(-meth)acrylates and their quaternary or acid salts, and dialkylaminoalkyl(meth)acrylamides and their quaternary or acid salts.

23. A process according to claim 1 in which the polymeric material is a polymer formed by polymerisation of a monomer selected from the group consisting of water soluble acrylic acid salt, water soluble 2-acrylamido methyl propane sulphonic acid salt, dialkylaminoalkyl(meth)acrylates and their quaternary or acid salts, and dialkylaminoalkyl(meth)acrylamides and their quaternary or acid salts, and blends of any of said monomers with acrylamide.

24. A process in which an aqueous suspension of suspended solids is flocculated by adding to the suspension a flocculating amount of a synthetic polymeric

24

flocculant material to form thereby an aqueous medium containing flocculated suspended solids and in which the said polymeric flocculant material at the time of addition to said suspension has a specific viscosity (measured by a capillary flow viscometer at 34° C. on a 0.5% soluton in deionized water) above 10, and is formed by polymerization of a monomer selected from the group consisting of water soluble acrylic acid salt, water soluble 2-acrylamido methyl propane sulphonic acid salt, dialkylaminoalkyl (meth) acrylates and their quaternary or acid addition salts, and dialkylaminoalkyl (meth) acrylamides and their quaternary or acid addition salts, and blends of any such monomer with acrylamide and has been made by polymerization in the presence of added diethylenically unsaturated cross linking agent in an amount of from 1 to 100 ppm and is in the form of polymeric particles that are water insoluble but water swellable and that have a dry size of below 10 $\mu$m, the aqueous medium containing the flocculated solids is subjected to shear substantially without increasing the amount of suspended solids in the aqueous medium to reduce the size and increase the shear stability of said flocculated suspended solids, the amount of the polymeric material that is added to the suspension is from 50 to 150% of the amount that gives maximum floc size after the application of shear to the aqueous medium, and the aqueous medium is then dewatered on a centrifuge, piston press or belt press.

* * * * *

35

40

45

50

55

60

65

CIBA 002418

# EXHIBIT 5
# REDACTED

# EXHIBIT 6
# REDACTED

# EXHIBIT 7

# United States Patent [19]

## Allen et al.

[11] Patent Number: 4,528,321

[45] Date of Patent: Jul. 9, 1985

[54] POLYMER DISPERSIONS AND THEIR PREPARATION

[75] Inventors: Adrian S. Allen, North Yorkshire; Peter Flesher, West Yorkshire, both of England

[73] Assignee: Allied Colloids Limited, Bradford, England

[21] Appl. No.: 595,137

[22] Filed: Mar. 30, 1984

[30]    Foreign Application Priority Data

Apr. 6, 1983 [GB]    United Kingdom ............ 8309275

[51] Int. Cl.³ .................. C08K 5/05; C08K 5/06; C08L 33/00; C08L 35/00

[52] U.S. Cl. .................. 524/761; 524/764; 524/767; 524/800; 524/801; 524/804; 526/910; 526/911

[58] Field of Search ........... 524/761, 764, 767, 800, 524/801, 804; 526/910, 911

[56]    References Cited

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,982,749 | 5/1961 | Friedrick et al. | 526/207 |
| 3,284,393 | 11/1966 | Vanderhoff et al. | 524/801 |
| 4,052,353 | 10/1977 | Scanley | 526/207 |
| 4,150,210 | 4/1979 | Anderson et al. | 526/911 |
| 4,328,149 | 5/1982 | Morse et al. | 524/804 |

### FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2629655 | 1/1977 | Fed. Rep. of Germany | 524/767 |
| 56-112946 | 9/1981 | Japan | 524/761 |
| 1499731 | 2/1978 | United Kingdom | |

Primary Examiner—Ronald W. Griffin
Attorney, Agent, or Firm—Lawrence Rosen

[57]    ABSTRACT

A dispersion of water soluble or water swellable polymer in water immiscible liquid is made by reverse phase polymerization utilizing a dispersing system comprising a polymerization stabilizer and the resulting dispersion, optionally after dehydration, may be distributed into water utilizing a distributing system. The dispersing system or the distributing system, or both, includes at least one non-ionic compound selected from $C_{6-12}$ alkanols, $C_{4-12}$ alkylene glycol monoethers and their $C_{1-4}$ alkanoates, $C_{6-12}$ polyalkylene glycol monoethers and their $C_{1-4}$ alkanoates and benzyl alcohol. Novel dispersions are made by reverse phase polymerization and, in particular, include a non-ionic compound selected from $C_{4-12}$ alkylene glycol monoethers, their $C_{1-4}$ alkanoates and $C_{6-12}$ polyalkylene glycol monoethers and their $C_{1-4}$ alkanoates. When the polymer is water soluble a solution of it in water can be made by distributing the dispersion into water

17 Claims, No Drawings

HERC0076257

4,528,321

1

## POLYMER DISPERSIONS AND THEIR PREPARATION

It is well known to make a dispersion in water immiscible liquid of water soluble or water swellable polymer by forming a dispersion in the liquid of droplets of aqueous monomer in the presence of a dispersing system and then polymerising the monomer. This is called reverse phase polymerisation.

Depending on the materials and conditions used the polymerisation may be a reverse suspension polymerisation process or a reverse emulsion polymerisation process. Early disclosures of such processes are to be found in, for instance, U.S. Pat. Nos. 2,982,749 and 3,284,393. The water may be removed from the polymer particles, e.g. by azeotropic distillation, to form a dispersion of substantially anhydrous polymer particles in the non-aqueous liquid, for instance as described in U.S. Pat. No. 4,052,353 or British Pat. No. 1,499,731.

It is often desired to distribute the dispersion into water, for instance to form a solution of water soluble polymer or a thickened aqueous medium containing water swollen polymer, and to facilitate the distribution it is common to include a distributing system in the dispersion, the system generally being added after the formation of the dispersion and, if appropriate, dehydration of the dispersion. The distributing system normally includes a water soluble oil-in-water emulsifying agent.

The dispersion of aqueous monomer in water immiscible liquid is achieved by mechanically homogenising the aqueous monomer into the liquid. The dispersing system should fulfil various requirements. Thus it should assist the formation of this dispersion during mechanical homogenisation and should provide a sufficiently stable interfacial barrier to prevent reagglomeration of aqueous droplets after homogenisation. It should protect the droplets from coagulation during polymerisation and during subsequent treatment, for instance during distillation of water from the system. It should act as a dispersant for the resultant polymer particles such that the dispersion remains liquid without significant agglomeration or flocculation of the polymer particles. It should permit ready distribution of the dispersion into aqueous electrolyte or other water systems using minimal quantities of oil-in-water emulsifiers.

We find that it is generally necessary to use a dispersing system comprising a polymerisation stabiliser, which in practice is normally an amphipathic polymeric stabiliser. If the dispersing system consists solely of such a stabiliser there is a tendency for polymer particles to separate out from the dispersion during prolonged storage and it may be difficult to redisperse these settled particles. In some cases settlement arises because of a wide particle size distribution, the dispersion thus including a proportion of large particles which are not properly dispersed and so settle quickly. In other cases the particle size distribution may be more satisfactory but the particles may flocculate.

Settlement can be reduced by increasing the viscosity of the continuous phase by including viscosifiers or suspending agents in the dispersing system, for instance polymeric materials soluble in the continuous phase or lipophilic fatty amine modified clays. Another way of improving the dispersing system, and in particular of reducing the formation of large particles, is to include in the dispersing system an oil soluble, water-in-oil, emul-

2

sifier. This generally has an HLB value of from 4 to 6 and is normally included in the water immiscible liquid prior to homogenising the aqueous monomer into it. This assists in the breakdown of droplets to a smaller size but often quite high concentrations of emulsifier are required if significant improvement in settlement stability is desired and this has two serious disadvantages. It makes the dispersion much more viscous and it necessitates the use of a distributing system including quite large amounts of oil-in-water emulsifier, and in many cases even with very large amounts of emulsifier satisfactory distribution is not achieved.

The use of any type of synthetic emulsifier, either oil-in-water or water-in-oil, is in any event rather undesirable for various reasons. If the emulsifier gets into water that is to be discharged it can cause pollution. It can cause contamination of potentially potable water and can lead to increased risk of foam during use and possible aeration of polymer solutions or dispersions prepared by the use of such emulsifiers. Accordingly it is desirable to keep the concentrations in the dispersions of emulsifiers as low as possible. At present therefore one tends to have to tolerate either some settlement of polymer particles or risk the pollution and other problems associated with the use of increased levels of emulsifier.

It might be thought that satisfactory results could be achieved if the water immiscible liquid (which by definition is immiscible or only very slightly miscible with water) is replaced by a water miscible liquid. It is difficult, with such liquids, to obtain a satisfactory dispersion of the polymer but even if a dispersion is obtained there is the disadvantage that, upon contacting the dispersion with water, the polymer particles hydrate so rapidly that they become sticky before adequate distribution of them through the water. As a result there is tendency for the formation of undesirable large agglomerates of partially hydrated polymer.

Suitable oil-in-water emulsifiers are listed in British Pat. No. 1499731. They are included, in that Patent, in amounts of from 5 to 20% by weight based on the oil phase and clearly are present in amounts such that, upon stirring the dispersion into water, a stable oil-in-water emulsion is formed. As the wetting agent may be of low solubility in the immiscible liquid it is recommended to include solution promotors. Although reference is made to the use of higher aliphatic $C_6$-$C_7$ alcohols and cycloaliphatic alcohols with 6 to 10 carbon atoms both these statements seem to be misprints as these classes of materials are exemplified by decanol or undecanol ($C_{10}$ and $C_{11}$ alcohols) and decalin and tetralin (cycloaliphatic hydrocarbons).

It is also known to disperse preformed solid particles into a non-aqueous liquid and to include an appropriate emulsifying agent or wetting agent to facilitate subsequent distribution and dissolution into water. Preformed solid particles generally have a particle size much larger than the particle size obtainable by reverse phase polymerisation, for instance above 100 microns compared to below 5 microns, and often have a wide particle size distribution and often have irregular shape.

We have now surprisingly found that satisfactory results can be achieved, with reduced levels of emulsifier, if we include a non-ionic compound of a defined class in the dispersing system or, if present, in the distributing system or in both the dispersing and distributing systems. According to the invention, a reverse phase polymerisation process for making a dispersion in

HERC0076258

4,528,321

| 3 | 4 |

water-immiscible liquid of water soluble or water swell-able polymer comprises dispersing an aqueous solution of polymerisable monomer in water immiscible liquid in the presence of a dispersing system comprising a polymerisation stabiliser and polymerising the mono-mer, and optionally adding a distributing system for promoting distribution of the dispersion into water, and in this process at least one of the dispersing and distrib-uting systems includes at least one non-ionic compound selected from $C_{6-12}$ alkanols, $C_{4-12}$ alkylene glycol monoethers and their $C_{1-4}$ alkanoates, $C_{6-12}$ polyalkyl-ene glycol monoethers and their $C_{1-4}$ alkanoates, and benzyl alcohol, and in this process, when the dispersing system does not contain at least one of the said non-ionic compounds, the distributing system is added and includes at least one of the said non-ionic compounds and is either free of oil-in-water emulsifying agent or includes oil-in-water emulsifying agent in an amount insufficient by itself to result in formation of a stable oil-in-water emulsion upon stirring the dispersion into water. Both the dispersing and distributing systems may include one or more of the non-ionic compounds.

In one aspect of the invention the reverse phase polymerisation process is conducted in the presence of a dispersing system comprising a polymerisation stabi-liser and at least one of the said non-ionic compounds. Preferred non-ionic compound for this purpose are selected from $C_{6-12}$ alkanols, $C_{6-12}$ polyalkylene glycol monoethers in which the etherifying group is $C_{1-4}$ alkyl, and the $C_{1-4}$ alkanoates of the said monoethers, and benzyl alcohol, with best results generally being achieved using non-ionic compounds selected from $C_{8-10}$ alkanols and diethylene glycol monobutyl ether and its acetate. Preferably the dispersing system com-prises diethylene glycol monobutyl ether acetate (DGMBA). The amount of non-ionic compound in-cluded in the dispersing system is generally from 0.1 to 10%, preferably 1 to 6%, by weight of the weight of aqueous monomer solution.

The inclusion of the one or more non-ionic com-pounds in the dispersing system has various advantages. It reduces the risk of settlement of particles from the final dispersion, probably as a result of reducing the number and size of oversize particles, and thus reduces the range of particle sizes. It tends to reduce the average particle size. It permits satisfactory products being ob-tained using less water-in-oil emulsifier in the dispersing system. In some instances it results in the formation of a dispersion having lower viscosity. It renders the disper-sion more easily distributed into water and as a result it may permit the use of a distributing system containing less oil-in-water emulsifier than would normally be required and indeed it may eliminate the need for any oil-in-water emulsifier.

Of course this aspect of the invention is of value irrespective of whether or not the final dispersion is to be distributed into water and irrespective of whether or not a distributing system is to be added to the disper-sion.

In a second aspect of the invention distributing sys-tem is added to the dispersion and this distributing sys-tem includes at least one of the said non-ionic com-pounds. Compounds that are preferred for this purpose are selected from $C_{6-10}$ alkanols, $C_{4-12}$ alkylene glycol monoethers wherein the etherifying group is $C_{1-4}$ alkyl, $C_{6-12}$ dialkylene glycol monoethers wherein the etheri-fying group is $C_{1-4}$ alkyl, and benzyl alcohol. Diethyl-ene glycol monobutyl ether (DGMBE) is particularly preferred but other suitable materials include ethylene glycol monobutyl ether and $C_{6-8}$ alkanols, especially $C_7$ or $C_8$ alkanols such as 2-ethylhexanol, heptan-1-ol and octan-1-ol. The amount of the non-ionic compound that is included in the distributing system is generally such that it is present in an amount of from 0.5 to 50%, and most preferably 2 to 25%, by weight of the water im-miscible liquid.

The inclusion of the non-ionic liquid in the distribut-ing system permits satisfactory distribution of the dis-persion into water using less oil-in-water emulsifier than would otherwise be required and indeed often permits satisfactory distribution, including full emulsification of the water immiscible liquid, into the water simply by stirring and without the presence of any oil-in-water emulsifier. Naturally this aspect of the invention will be of particular value where the polymer is water soluble since, by the invention, it is possible to obtain by simple stirring dilute aqueous polymer solutions containing less emulsifier than has previously been required.

The dispersions made by the process are themselves novel materials. In particular an important new product according to the invention is a dispersion in water im-miscible liquid of water soluble or water swellable poly-mer particles and which has been made by reverse phase polymerisation in that water immiscible liquid and which includes a non-ionic compound selected from $C_{4-12}$ alkylene glycol monoethers and their $C_{1-4}$ alkanoates and $C_{6-12}$ polyalkylene glycol monoethers and their $C_{1-4}$ alkanoates. Preferred dispersions include, as the non-ionic compound, ethylene glycol monobutyl ether or, preferably, diethylene glycol monobutyl ether or its acetate.

The polymers in the dispersions are normally formed from ethylenically unsaturated water soluble mono-mers. The polymers in the dispersions may be non-ionic, anionic, cationic or amphoteric. Typical non-ionic poly-mers are polyacrylamide and copolymers of acrylamide with, for instance, acrylonitrile or hydroxyethyl acry-late, polyvinyl alcohol or copolymers of vinyl alcohol with, for instance, vinyl acetate, and polyethylene ox-ide. Suitable anionic polymers include polymers formed from acrylic acid, methacrylic acid, vinyl sulphonic acid, sulphoethylacrylate, and 2-acrylamido-2-methyl propane sulphonic acid either alone or in combination and copolymers of one or more such monomers with non-ionic monomers such as acrylamide. Acidic mono-mers may be used as the free acid or as alkali metal, generally sodium or ammonium salts. Suitable cationic polymers include homopolymers, and copolymers with non-ionic monomers such as acrylamide, or dialk-ylaminoalkylacrylamides and dialkylaminoalkyl (gener-ally ethyl) acrylates or methacrylates as inorganic or quaternary ammonium salts. Their molecular weight may be from, for instance, 1,000 to 50 million, often 100,000 to 30 million. If the polymer is to be water soluble it will generally be linear, although some branching or cross-linking may be permitted. If the polymer is to be water swellable then it will generally be cross-linked, as a result of including a polyethyleni-cally unsaturated monomer or other cross-linking agent in the monomers from which the polymer was formed. Suitable cross-linking agents for use with acrylic mono-mers include methylene bisacrylamide, methylol acryl-amide and soluble polyethylene glycol diesters. The monomers used for forming the polymers should all be water soluble.

HERC0076259

4,528,321

The water immiscible liquids are selected from those conventionally used for reverse polymerisation such as aliphatic, aromatic or naphthenic hydrocarbon solvent or oils, chlorinated hydrocarbons and aromatic or higher aliphatic esters such as fatty glycerides, dibutyl phthalate and di-octylphthalate. Mixtures may be used. The liquids are inert, non-solvents for the water soluble polymers and should be non-toxic.

The polymerisation stabiliser is usually an oligomeric or other polymeric material and can generally be defined as amphipathic, normally being a copolymer of one or more hydrophobic monomers with one or more hydrophilic monomers. Suitable materials are well known and include, for instance, polyhydroxy stearic acid-polyethylene glycol condensates, maleic polymers such as those described in U.S. Pat. No. 4,339,371 and, preferably, copolymers of hydrophilic acrylic monomers with hydrophobic acrylic monomers. For example, the hydrophobic monomers may be alkyl esters of acrylic or methacrylic acid or N-substituted alkyl acrylamides containing 8 to 24 carbon atoms in the alkyl group and optionally alkyl esters of acrylic or methacrylic acid containing 1 to 4 carbon atoms in the alkyl group. The hydrophilic monomers may be or are potentially anionic, cationic or non-ionic. Suitable anionic monomers have the formula

$$CH_2=CR^1CO(-OCH_2CHR^1CO-)_aOH$$

where $R^1$ is hydrogen or methyl and a is 0 to 2. Suitable cationic monomers have the formula

$$CH_2=CR^1COX(CH_3)_bNR_2R_3$$

where $R^1$ is hydrogen or methyl. $R^2$ and $R^3$ are $C_{1-4}$ alkyl, X is O or NH and b is 1, 2 or 3 together with their acid addition and quaternary ammonium salts, for instance wherein the nitrogen atom is substituted by a third $C_{1-4}$ alkyl group and the anion is chloride. methosulphate or ethosulphate. Suitable non-ionic monomers have the formula

$$CH_2=CR^1COYB$$

where $R^1$ is hydrogen or methyl, Y is O or NH, B is hydrogen when Y is NH or B is $(CH_2CH_2O)_m(COC_cH_{2c}O)_pH$ where m is 1 to 20, c is 2, 3 or 5 and p is 0 to 10. The preferred ratio of total moles of hydrophobic monomers to total moles of hydrophilic monomers is 20:1 to 1:2.5 depending on the type of monomers used to prepare the stabiliser, the monomers being polymerised in the dispersed aqueous monomer solution droplets and the polarity and chemical type of the liquid continuous phase used to prepare the dispersion. The stabilisers may be prepared by solution polymerisation of the monomers in a suitable solvent which may contain a suitable quantity of the polar non-ionic liquid such that the proportions of stabiliser interpolymer and polar non-ionic liquid are present in optimum proportions. The amount of stabiliser normally used is usually from 0.1% to 10% by weight but preferably 2% to 4% by weight of the weight of aqueous monomer solution.

It is normally desirable for the particle size of the monomer droplets and of the polymer droplets to be below 5 microns, preferably 0.3 to 3 microns and the monomer droplets should therefore be homogenised into the water immiscible liquid with sufficient energy to achieve this particle size. Preferably oil soluble water-in-oil emulsifier, typically having HLB of from 4 to 6, is included to facilitate the formation of the small

particles. Emulsifiers that are conventional for reverse phase polymerisation may be used and include sorbitan monostearate, sorbiton monooleate, glyceryl monooleate and ethoxylated fatty alcohols. The amount of water-in-oil emulsifier that may be used is normally from 0.1% to 10% but preferably 0.5% to 5% by weight of the weight of aqueous monomer solution.

The concentration of monomers present before polymerisation or the concentration of polymer after polymerisation dissolved in the aqueous phase may vary from 20 to 80% by weight but is usually 35 to 70% by weight. The volume ratio of continuous phase to dispersed aqueous monomer solution or dispersed aqueous polymer gel may vary from 0.3 to 3.0 but is preferably 0.4 to 1.5.

Polymerisation may be initiated by any conventional manner, for instance by photo, redox or thermal initiation.

In the case where dispersions are distilled to remove water and other volatile components, the concentration of polymer in the dispersion may vary from 30 to 85% by weight but is normally 40 to 65% by weight. The amount of stabiliser present will vary from 0.1 to 60% by weight but in the preferred cases from 1 to 20% by weight on weight of continuous phase and the amount of polar liquid remaining will vary from 0.1 to 60% by weight but in the preferred cases from 1 to 30% by weight on weight of continuous phase. Depending on the volatility of the polar liquid and distillation conditions, some of the polar liquid may be distilled.

If an oil-in-water emulsifying agent is to be added, either to the final polymer dispersion (as part or all of a distributing system) or to water in which it is to be dispersed then any of the oil-in-water emulsifying agents conventionally used for such purposes may be used. Examples are given in, for instance, U.S. Pat. No. Re. 28,576. Since the distribution is normally achieved merely by stirring the amount of emulsifier must be such that emulsification of the water immiscible liquid is achieved merely by stirring. In any process of the invention the amount for this purpose is generally less than the amount that would be required if none of the specified non-ionic liquids were present in either the dispersing system or the distributing system.

It should be noted that the defined non-ionic compounds used in the invention are polar liquids, they preferably have boiling point above 180° C. and most preferably above 190° or 200° C., and they are not conventional emulsifiers. Thus conventional emulsifiers need to be present in a critical concentration for them to be effective and are substantially ineffective at lower concentrations. However the effectiveness of the defined non-ionic compounds, for instance in the distributing system, increases gradually with increasing concentration and this is an indication that they are working in an entirely different manner from conventional emulsifying agents. The optimum for any particular material can best be determined by experiment.

The mechanism by which the defined non-ionic compounds achieve their desired effect, especially in the distributing system, is not clear. Possibly it promotes interfacial turbulence at the interface between the dissolving water and the water immiscible liquid. Another possibility is that it forms, with the water immiscible liquid, a film of a permeable liquid around each polymeric particle and enclosing that particle while the particle dissolves sufficiently in water that permeates

4,528,321

7

through the permeable liquid that the particle will not undergo serious agglomerate formation of it contacts other similarly dissolved particles. It seems that instead of stripping the enclosing liquid off the polymer particle when the dispersion is distributed into water (as is the intention in many existing processes) in the invention

8

Similarly, 1% polymer solutions were prepared, but stirring at 430 rpm was continued throughout.

Another series of viscosity measurements were taken for 1% polymer solutions, left static after stirring at 3,500 rpm for 1 minute using a Greaves ST.A. type mixer. The results are given in the following table:

| Time | VISCOSITY (cps) | | | | | |
| | Stirred at 430 rpm | | | | Stirred at 3,500 rpm | |
| | Polymer in SPO60 | | Polymer in 4.5:1 SPO60:DGMBE | | Polymer in SPO60 | Polymer in 4.5:1 SPO60: DGMBE |
| (min) | Static | Stirred | Static | Stirred | Static | Static |
|---|---|---|---|---|---|---|
| 1 | 7.5 | 7.5 | 820 | 870 | 10 | 2350 |
| 2.5 | 0 | 10 | 900 | 930 | 120 | 2500 |
| 5 | 16 | 25 | 1020 | 1030 | 700 | 2760 |
| 10 | 34 | 30 | 1130 | 1120 | 1150 | 2950 |
| 15 | 60 | 55 | 1280 | 1230 | 1400 | 3250 |
| 30 | 130 | 140 | 1650 | 1570 | 1800 | 3300 |
| 60 | 160 | 165 | 1970 | 1950 | 2200 | 3300 |
| 120 | 250 | 260 | 2400 | 2550 | 2400 | 3300 |
| 180 | 320 | 350 | 2700 | 2850 | 2500 | 3300 |

the film remains attached to the polymer and does not break until swelling, and possible dissolution, of the polymer particle is sufficiently complete. Solutions in water of water soluble polymers and made by the invention may be used for, for instance, flocculating inorganic or organic suspensions. Aqueous suspensions of the swellable polymers may be used as, for instance, thickeners, e.g. in printing pastes. Dry, generally swellable, polymers may also be used as, for instance, water wettable adhesives.

The following are examples of the invention.

EXAMPLE 1

A copolymer dispersion was prepared by inverse suspension polymerisation of an aqueous solution of acrylamide and acryloyxoethylammonium chloride in a weight ratio of 58:42 in a continuous phase comprising suspension polymerisation stabiliser, Shell SBP11 and SPO60. The suspension was stabilised against agglomeration during polymerisation by adding dodecyl trimethyl ammonium chloride to the aqueous monomer and a 2:1 molar ratio copolymer of stearyl methacrylate-methacrylic acid to the hydrocarbon continuous phase. Polymerisation was effected using tertiary butyl hydroperoxide and sulphur dioxide. The resulting polymer gel suspension was distilled to give an anhydrous polymer dispersion of particle size range 0.2 to 2 microns in a hydrocarbon liquid containing 55% by weight of water soluble poly-(acrylamide-co-acryloyloxy-ethylammonium chloride).

To a portion of the dispersion was added 10% by weight of SPO60 giving a copolymer dispersion of 50% copolymer by weight in SPO60.

To another portion of the dispersion was added 10% by weight of DGMBE to give a copolymer dispersion of 50% copolymer in a liquid or composition 4.5:1 by weight of SPO60:DGMBE.

The rate of dissolution of the copolymer in these two dispersions was determined by stirring 40 gms in dispersion into 1960 gms of water for 1 minute using a Heidolph RZR1 stirrer with a 5 cm diameter four blade propeller type stirrer fitted at 430 rpm. The aqueous mixture was left to stand static and viscosities measured with time using a Brookfield RVT viscometer at 20 rpm.

These results indicate the following:

(a) Once the polymer suspension or dispersion is broken down into droplets in water, the viscosity development is purely a function of water diffusing into the particles. Further stirring has no signficant effect on the rate of dissolution of the polymer.

(b) The rate of dissolution of the polymer is related to the size of the polymer suspension droplets initially formed in the water. Faster initial stirring increases the subsequent rate of dissolution since there is a greater surface area of carrier liquid in contact with water.

(c) The rate of dissolution of copolymer encapsulated by a liquid mixture of the invention is very significantly increased compared to oil alone. In the case of high speed initial stirring for 1 minute followed by static dissolution, polymer encapsulated in the liquid mixture was completely dissolved within 30 minutes compared to well over 3 hours for polymer dispersed in oil alone.

In the following tables various stabilisers are mentioned. These are all introduced into the examples as solutions made by solution polymerisation in a liquid, that may include some of the desired non-ionic compound. The proportions by weight of monomers are set out below in Table 1. Before use, stabiliser c is reacted in solution with 8.1 parts by weight dimethyl sulphate.

TABLE 1

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| CSMA | 132.5 | 131.3 | 138.8 | 126.7 | 131.3 | 106.5 | 100 |
| MAA | 17.5 | 18.7 | | | 18.7 | 9.9 | 25 |
| MMA | | | | | | 108.6 | |
| HEMA | | | | 23.3 | | | |
| HEMA-CAPA-6 | | | | | | | 25 |
| DMAEMA | | | 11.2 | | | | |
| SBP11 | 600 | 350 | 350 | 262.5 | 175 | | 175 |
| DGMBEA | | | | 87.5 | 175 | 210 | 175 |
| DBP | | | | | | 315 | |

In this Table
CSMA =      Ceto-stearyl methacrylate
MAA =       Methacrylic acid
MMA =       Methyl methacrylate
HEMA =      Hydroxyethyl methacrylate
HEMA-CAPA-6 = Hydroxyethylmethacrylate condensed with 6 moles of caprolactone
DMAEMA =    Dimethylaminoethylmethacrylate
SBP11 =     A hydrocarbon fraction 'Shell SBP11
DBP =       Dibutyl phthalate

4,528,321

9

## TABLE 1-continued

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|

AZDN = Azo-bis-isobutyronitrile
DMS = Dimethylsulphate
DGMBEA = Diethylene Glycol mono butyl ether acetate

### EXAMPLE 2

Preparation of acrylamide-sodium acrylate copolymer dispersions using various polar liquid additives

Dispersions were prepared using 3% by weight of Stabiliser B and 4% weight of polar liquid on weight of aqueous monomer solution according to the following recipe and method:

AQUEOUS MONOMER SOLUTION:
Acrylamide (51.4% aqueous solution)    183 gms
Acrylic Acid    50 gms
Tetralon B    1.4 gms
Water    104 gms
Sodium Hydroxide (46%) approx    60 gms
Adjusted to pH 7.0 ± 0.1
NON-AQUEOUS CONTINUOUS PHASE:
Stabiliser B (30% w/w)    39.8 gms
Polar Liquid    16 gms
Pale Oil 60    107.8 gms
SBP 11    125.6 gms

Tetralon B is a 40% aqueous solution of penta-sodium diethylene triamine penta-acetic acid.

The aqueous monomer solution was poured into the non-aqueous phase whilst stirring with a Silverson Homogeniser set on medium speed. When all the aqueous monomer solution had been added, the homogeniser speed was increased to maximum and continued for 30 minutes whilst cooling to keep the dispersion at a temperature of 20°–25° C. throughout. The suspension was deoxygenated by bubbling with nitrogen gas for 30 minutes whilst stirring the suspension at a rate sufficient to produce a vortex. The nitrogen gas flow rate was decreased to a slow rate sufficient to maintain an inert atmosphere and the gas diffusion tube withdrawn out of the suspension.

The required amount of tertiary-butyl hydroperoxide solution (9 mls of 0 1% w/v in SBP 11) was added and allowed 5 minutes to equilibrate throughout the suspension then a solution of sulphur dioxide in SBP 11 was fed in via a peristaltic pump at a rate of 0 8 mls per minute of 0.05% w/v solution until no further temperature rise was observed from the polymerisation. The resulting aqueous polymer gel dispersion was distilled

10

under reduced pressure (15 Torr) up to a temperature of 95° C. to remove water and SBP 11. The resulting dehydrated concentrated polymer dispersion was cooled and discharged.

The distilled dispersions were analysed for polymer content by precipitation using acetone, filtration and drying to constant weight at 100° C. in a fan heated oven. The dispersions were then adjusted to 50.0% solids by weight by diluting with Pale Oil 60 A sample of each 50.0% dispersion was further diluted to 25% solids by weight using SBP 11.

The 50% dispersions in Pale Oil 60 and the 25% dilutions in SBP 11 were subjected to an accelerated settlement test in which 40 gms of dispersion were weighed into a pre-weighed 50 ml centrifuge tube and centrifuged at 1250 g for 30 minutes. The supernatant liquid was drained off the settled solids and the tube and settled solids re-weighed. The percentage settlement of solids was determined using the following expression:

$$\% \text{ Settlement} = \frac{\text{Wt. of sediment}}{\text{Wt. of solids in the dispersion}} \times 100$$

The values are recorded in Table 2

### TABLE 2

| POLAR LIQUID | 50% Solids | 25% Solids |
|---|---|---|
| None | 20.7 | 118 |
| Hexanol | 9.2 | 107 |
| Iso-Octanol | 6.4 | 80 |
| Iso-Decanol | 4.6 | 79 |
| Dodecanol | 6.3 | 95 |
| DGMBEA | 5.7 | 67 |
| DGMBE | 7.3 | 110 |

### EXAMPLE 3

Various homopolymers and copolymers were made by the general technique of Example 2 using the stabilisers identified above. The settlement value was determined as in Example 2. The results are shown in Table 3 below. In this Table the amount of stabiliser and DGMBEA are by weight of the aqueous phase, and the amount of polymer is by weight of the dispersion. AM stands for acrylamide, AA for acrylic acid (polymerised in the presence of sodium hydroxide), TAEC for trimethyl beta acryloxy ethyl ammonium chloride and TMEAC trimethyl beta methacryloxy ethyl ammonium chloride. The column headed "polymer by weight" denotes the type of polymer and the proportions by weight of the monomers.

### TABLE 3

| Dispersion | Stabiliser % w/w and | DGMBEA % w/w | Polymer % w/w | Polymer (by weight) | Settlement % |
|---|---|---|---|---|---|
| 1 | 1A | 0 | 50.7 | 58AM/ | 69 |
| 2 | 1A | 1.25 | 50.7 | 42 TAEAC | 31 |
| 3 | 1A | 2.5 | 50.3 | | 18 |
| 4 | 3B | 0 | 53.0 | AM | 14 |
| 5 | 3B | 1.4 | 51.7 | | 7 |
| 6 | 3B | 3.5 | 52.6 | | 5 |
| 7 | 3B | 0 | 53.5 | 67AM/ | 54 |
| 8 | 3B | 1.4 | 53.4 | 33AA | 29 |
| 9 | 3B | 3.5 | 53.9 | | 8 |
| 10 | 3C | 0 | 53.2 | 65AM/ | 23 |
| 11 | 3C | 1 | 52.6 | 35AA | 18 |
| 12 | 3C | 3 | 53.7 | | 9 |
| 13 | 3C | 5 | 53.9 | | 4 |
| 14 | 3D | 1.75 | 54.0 | 20AM/ | 7 |
| 15 | 2.25D | 1.31 | 53.8 | 80TMEAC | 32 |

4,528,321

11

12

TABLE 3-continued

| Dispersion | Stabiliser % w/w and | DGMBEA % w/w | Polymer % w/w | Polymer (by weight) | Settlement % |
|---|---|---|---|---|---|
| 16 | 1.5D | 0.875 | 53.9 | | 49 |
| 17 | 2.5E | 2.92 | 56.3 | 58AM/ | 4 |
| 18 | 2.0E | 2.33 | 55.8 | 42 TAEAC | 5 |
| 19 | 1.5E | 1.75 | 56.8 | | 25 |
| 20 | 3F | 2.8 | 50.0 | 70AM/ 30AA | 59 |
| 21 | 3G | 3.5 | 51.3 | 75AM/ 25AA | 7 |

## EXAMPLE 4

A copolymer of acrylamide and acrylic acid was made by the general method of Example 2 but using 282 grams acrylamide, 150 grams acrylic acid, 675 grams water, about 187 grams 46% sodium hydroxide to give pH about 7, 129 grams stabiliser B (3%), 300 grams Pale Oil 60 and 500 grams SBP 11. Various of the non-ionic liquids were incorporated in the initial water immiscible liquid, in the amounts specified in Table 4. In some experiments sobiton monooleate (SMO) was also incorporated in the non-aqueous liquid. After dehydration various amounts of isopropylamine salt of dodecyl benzene sulphonic acid were added as oil-in-water emulsifier and each dispersion was then adjusted to 50% by weight polymer by adding Pale Oil 60. The percentaged settlement of the dispersion was determined as in Example 2. The dissolution properties in water were determined by injecting 5 grams of the dispersion into 400 grams tap water stirred initially with a four blade propeller stirrer and then with a low shear stirrer and the time taken to achieve a solution of maximum viscosity was determined, in minutes. The results are given in Table 4. The amounts for the non-ionic materials are in grams. The amounts for the oil-in-water emulsifier are by weight on the total dispersion. The values under S are the settlement values. The values under D are the time taken to achieve a solution of maximum viscosity or, where such a solution was not formed, the nature of the dispersion of oily globules in water (cd indicating a coarse dispersion and fd indicating a fine dispersion).

TABLE 4

| | A | | B | | C | | D | | E | |
|---|---|---|---|---|---|---|---|---|---|---|
| DGMBEA | 0 | | 39 | | 52 | | 0 | | 0 | |
| Iso-octanol | 0 | | 0 | | 0 | | 52 | | 0 | |
| Iso-decanol | 0 | | 0 | | 0 | | 0 | | 52 | |
| SMO | 52 | | 13 | | 0 | | 0 | | 0 | |
| Emulsifier | S | D | S | D | S | D | S | D | S | D |
| 0 | 22.4 | cd | 9.7 | — | 17.1 | — | 20.1 | — | 13.7 | — |
| 1 | 17.8 | cd | 8.0 | d | 9.7 | fd | 12.2 | fd | 14.4 | fd |
| 2 | 9.7 | cd | 6.2 | 5 | 8.0 | 20 | 7.5 | 2 | 14.2 | 90 |
| 3 | 7.4 | cd | 6.3 | 1 | 7.4 | 1 | 8.2 | 20 | 14.3 | 60 |
| 4 | 5.7 | d | 5.1 | 1 | 5.7 | 1 | 8.1 | 60 | 14.3 | 120 |
| 5 | 6.3 | fd | 4.0 | 1 | 5.1 | 1 | 8.1 | 60 | 14.4 | 90 |

These results indicate that replacement of the water-in-oil emulsifier by the defined polar liquids greatly facilitates the formation of a solution.

## EXAMPLE 5

The process of Example 4 was repeated except that the copolymer was formed of 56 parts by weight acrylamide and 44 parts by weight acrylic acid (as sodium salt), the dispersion was not dehydrated, and the oil-in-water emulsifier that was added was a 7 mole ethoxylate of nonyl phenol. It was again found that dispersions formed using SMO and no polar liquid did, upon stirring with water, only give dispersions even when 5% of the water-in-oil emulsifier was added whilst dispersions formed using 1% SMO and 3.5% DEMBA gave a solution with only 1% of the emulsifier.

## EXAMPLE 6

A portion of dispersion 17 of Example 3 was diluted to 50% polymer using Pale Oil 60. A second portion was diluted to 50% polymer using DGMBE. 40 gram samples of each of these dispersions were stirred into water. The dispersions that had been diluted with oil dispersed into water only with difficulty and even after 3 hours had not achieved a solution of constant viscosity. The solutions diluted with DGMBE dissolved easily into water.

## EXAMPLE 7

Water swellable but insoluble copolymers were prepared by the method given in Example 2 using various water immiscible liquids and an aqueous monomer solution that contained 250 ppm methylene bisacrylamide, 86 g acrylic acid, 14 g acrylamide, 140 g water and 46 g ammonia solution (0.880).

The polymerised dispersions were distilled, analysed for polymer content and diluted to 25% solids with SBP11 then centrifuged and the % settlement determined as in Example 2.

The water immiscible liquids and the settlement values are shown in Table 5.

TABLE 5

| | A | B | C | D |
|---|---|---|---|---|
| DGMBEA | 0 | 16.6 (5.8%) | 0 | 8.0 (2.8%) |
| Stabiliser B | 47.8 (5%) | 47.8 (5%) | 22.9 (2.4%) | 22.9 (2.4%) |
| SMO | 0 | 0 | 4.6 (1.6%) | 4.6 (1.6%) |
| Pale Oil 150 | 83.8 | 67.2 | 86.7 | 78.7 |
| SBP 11 | 100 | 100 | 117.4 | 117.4 |
| Settlement % | 120.5 | 58.7 | 89.7 | 60.9 |

This shows the improved properties of dispersions B and D, which were of value as, for instance, printing paste thickeners.

We claim:

HERC0076263

4,528,321

13

1. A reverse phase polymerization process for making a dispersion in water immiscible liquid of water soluble or water swellable polymer and comprising dispersing an aqueous solution of polymerizable monomer in water immiscible liquid in the presence of a dispersing system comprising a polymerization stabilizer and polymerizing the monomer, and in which the dispersing system includes at least one non-ionic compound selected from $C_{6-12}$ alkanols, $C_{4-12}$ alkylene glycol monoethers and their $C_{1-4}$ alkanoates, $C_{6-12}$ polyalkylene glycol monoethers and their $C_{1-4}$ alkanoates and benzyl alcohol.

2. A process according to claim 1 in which the non-ionic compounds are selected from $C_{6-12}$ alkanols, $C_{6-12}$ polyalkylene glycol monoethers wherein the etherifying group is $C_{1-4}$ alkyl and $C_{1-4}$ alkanoates of the said monoethers, and benzyl alcohol.

3. A process according to claim 1 in which the said non-ionic compound is selected from $C_{8-10}$ alkanols and diethylene glycol monobutyl ether and its acetate.

4. A process according to claim 1 in which the said non-ionic compound is diethyleneglycol monobutyl ether acetate.

5. A process according to claim 1 in which the amount of the said non-ionic compound is from 1 to 6% by weight of the aqueous monomer solution.

6. A process according to claim 1 in which the polymerisation stabiliser is a copolymer of hydrophilic and hydrophobic monomers.

7. A process according to claim 1 in which the dispersing system includes water-in-oil emulsifier and the particle size of the monomer droplets and polymer droplets is below 5 microns.

8. A reverse phase polymerisation process for making a dispersion in water immiscible liquid of water soluble or water swellable polymer and comprising dispersing an aqueous solution of polymerisable monomer in water immiscible liquid in the presence of a dispersing system comprising a polymerisation stabiliser and polymerising the monomer, and adding a distributing system for promoting distribution of the dispersion into water, and in which the distributing system includes at least one non-ionic compound selected from $C_{4-12}$ alkylene glycol

14

monoethers and their $C_{1-4}$ alkanoates, $C_{6-12}$ polyalkylene glycol monoethers and their $C_{1-4}$ alkanoates and benzyl alcohol, and the distributing system includes oil-in-water emulsifier in an amount selected from zero and amounts insufficient to result in formation of a stable oil-in-water emulsion upon stirring the dispersion into water.

9. A process according to claim 8 in which the non-ionic compound is selected from $C_{4-12}$ alkylene glycol monoethers wherein the etherifying group is $C_{1-4}$ alkyl, $C_{6-12}$ dialkylene glycol monoethers wherein the etherifying group is $C_{1-4}$ alkyl, and benzyl alcohol.

10. A process according to claim 8 in which the non-ionic compound is selected from ethylene glycol monobutyl ether and diethylene glycol monobutyl ether.

11. A process according to claim 8 in which the said non-ionic compound is diethylene glycol monobutyl ether.

12. A process according to claim 8 in which the amount of the said non-ionic compound is from 2 to 25% by weight based on the weight of water immiscible liquid.

13. A process according to claim 8 in which the distributing system contains zero oil-in-water emulsifier.

14. A process according to claim 8 in which the dispersion is dehydrated before adding the distributing system.

15. A process according to claim 8 in which the polymer is water soluble.

16. A dispersion in a water immiscible liquid of water soluble or water swellable polymer particles and which has been made by reverse phase polymerisation in the water immiscible liquid and which includes a non-ionic compound selected from $C_{4-12}$ alkylene glycol monoethers, their $C_{1-4}$ alkanoates, $C_{6-12}$ polyalkylene glycol monoethers and their $C_{1-4}$ alkanoates.

17. A dispersion according to claim 16 in which the non-ionic compound is selected from ethylene glycol monobutyl ether, diethylene glycol monobutyl ether and diethylene glycol monobutyl ether acetate.

* * * * *

HERC0076264

# EXHIBIT 8
# REDACTED

# EXHIBIT 9
# REDACTED

# EXHIBIT 10

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CIBA SPECIALTY CHEMICALS )
CORPORATION, )
)
Plaintiff, )          C. A. No. 04-293 (KAJ)
)
v. )          **JURY TRIAL DEMANDED**
)
HERCULES, INC. and )
CYTEC INDUSTRIES, INC., )
)
)

### DEFENDANT CYTEC INDUSTRIES, INC.'S
### INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)

Pursuant to Rule 26(a)(1), Fed. R. Civ. P., defendant Cytec Industries, Inc. ("Cytec")

makes the following disclosures to plaintiff Ciba Specialty Chemicals Corporation ("Ciba")

based upon information reasonably available at this time. Cytec reserves the right to amend and

supplement these disclosures, if necessary, based on its continuing investigations and discovery

regarding this case.

Individuals Likely To Have Discoverable Information – 26(a)(1)(A)

Pursuant to Rule 26(a)(1)(A), Fed. R. Civ. P., Cytec identifies the following individuals

who are likely to have discoverable, non-privileged information that Cytec may use to support its

defenses and under each individual, Cytec identifies the subjects of the information. In addition

to the individuals below, Cytec reserves the right to disclose additional individuals whom it may

use to support its defenses based upon information learned during the course of this litigation.

(a)    Roderick Ryles, Ph.D.
       Senior Research Fellow
       Cytec Industries, Inc.
       (Non-infringement)

(b)    Claire Schultz, Esq.
       Chief Patent Counsel
       Cytec Industries, Inc.
       (License and Non-willfulness)

(c)    Paul Waterman
       Operations Technology Director
       Cytec Industries, Inc.
       (Non-infringement)

(d)    Zeb Morgan
       Senior Developmental Chemist
       Cytec Industries, Inc.
       (Non-infringement)

(e)    Brian McCall
       Business Analyst
       Cytec Industries, Inc.
       (Damages)

These persons are all employed by Cytec and no direct contact should be made to them.

If Ciba desires contact with any of them, Ciba should request this through Cytec's litigation

counsel.

Documents And Things – 26(a)(1)(B)

Pursuant to Rule 26(a)(1)(B), Fed. R. Civ. P., Cytec identifies the following categories of

documents, data compilations, and tangible things that it may use to support its defenses.  All of

these documents are located at Cytec Industries, Inc.

- Hercules Inc. ("Hercules") and Cytec documents relating to the tolling
  arrangement regarding the PERFORM product;

- Documents relating to the manufacturing and production of the PERFORM
  product;

- Documents relating to the asset purchase agreement between Ciba and Cytec for the granting of a license;

- Documents relating to non-infringement of the product; and

- Financial records relating to sales to Hercules of the PERFORM product.

Cytec makes this disclosure without any admission as to relevance or admissibility and without any waiver of any attorney-client privilege or work product or other immunity. Cytec will produce copies of, or make available for inspection, the foregoing materials, to the extent that Cytec has custody or control of them and as long as they are not subject to appropriate objections such as attorney-client privilege or work product.

Other documents that are not immune from discovery and are responsive to non-objectionable document requests served by Ciba will also be produced in due course. Cytec reserves the right to rely upon such documents to support its contentions in this case.

Computation of Damages – 26(a)(1)(C)

Pursuant to Rule 26(a)(1)(C), Cytec is currently not making a claim for any damages against Ciba. Cytec reserves the right to amend and supplement its claims, if necessary, based on its continuing investigations and discovery regarding this case.

Insurance – 26(a)(1)(D)

Pursuant to Rule 26(a)(1)(D), Cytec is presently unaware of any insurance agreement under which any insurer might be liable to satisfy all or part of any judgment that might be rendered against Cytec in this action, or to indemnify or reimburse Cytec for payments made to satisfy any such judgment. Cytec reserves the right to supplement this disclosure if any pertinent insurance agreement is later identified.

OF COUNSEL:

Thomas L. Creel, P.C.
Marta E. Gross
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated:  January 14, 2005

POTTER ANDERSON & CORROON LLP

By: _____
     Richard L. Horwitz (#2246)
     David E. Moore (#3983)
     Hercules Plaza, 6th Floor
     1313 N. Market Street
     P. O. Box 951
     Wilmington, DE  19899
     (302) 984-6000

*Attorneys for Defendant*
*Cytec Industries, Inc.*

666494

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 14, 2005, true and correct

copies of the within document were caused to be served on the attorney of record at the

following addresses as indicated:

### VIA HAND DELIVERY

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

### VIA FEDERAL EXPRESS

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL  60601-6780

Ford F. Farabow, Jr.
Joann M. Neth
A. Neal Seth
Eric J. Fues
Finnegan, Henderson, Farabow, Garrett &
        Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC  20001-4413

_____
David E. Moore

666520

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CIBA SPECIALTY CHEMICALS          )
CORPORATION,                      )
                                  )
                Plaintiff,        )          C. A. No. 04-293 (KAJ)
                                  )
        v.                        )          **JURY TRIAL DEMANDED**
                                  )
HERCULES, INC. and                )
CYTEC INDUSTRIES, INC.,           )
                                  )
                                  )

## NOTICE OF SERVICE

The undersigned, counsel for defendants, hereby certifies that copies of Defendant Cytec

Industries, Inc.'s Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1) were caused to be served

on January 14, 2005 upon the following attorneys of record at the following address as indicated:

## VIA HAND DELIVERY

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

## VIA FEDERAL EXPRESS

Gordon R. Coons                    Ford F. Farabow, Jr.
Eley O. Thompson                   Joann M. Neth
Gregory C. Bays                    A. Neal Seth
Leydig, Voit & Mayer, Ltd.         Eric J. Fues
Two Prudential Plaza, Suite 4900   Finnegan, Henderson, Farabow, Garrett &
Chicago, IL 60601-6780                      Dunner, L.L.P.
                                   901 New York Avenue, NW
                                   Washington, DC 20001-4413

OF COUNSEL:

Thomas L. Creel, P.C.
Marta E. Gross
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated: January 14, 2005

POTTER ANDERSON & CORROON LLP

By: _____

    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    P. O. Box 951
    Wilmington, DE  19899
    (302) 984-6000

*Attorneys for Defendant*
*Cytec Industries, Inc.*

666543

2

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 14, 2005, true and correct

copies of the within document were caused to be served on the attorney of record at the

following addresses as indicated:

### VIA HAND DELIVERY

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

### VIA FEDERAL EXPRESS

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

Ford F. Farabow, Jr.
Joann M. Neth
A. Neal Seth
Eric J. Fues
Finnegan, Henderson, Farabow, Garrett &
        Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413


_____
        David E. Moore

666520

# EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

CIBA SPECIALTY CHEMICALS )
CORPORATION, )
)
Plaintiff, )
) C. A. No. 04-293 (KAJ)
v. )
)
HERCULES INCORPORATED and )
CYTEC INDUSTRIES, INC., )
)
Defendants. )

## SUPPLEMENTAL RULE 26(a)(1) DISCLOSURE OF
## DEFENDANT CYTEC INDUSTRIES, INC.

Defendant Cytec Industries, Inc. ("Cytec") provides this supplemental disclosure of information to Plaintiff Ciba Specialty Chemicals Corporation ("Ciba"). This disclosure is based on information reasonably available to Cytec as of this date, and Cytec reserves the right to further supplement this disclosure as appropriate.

By making this disclosure, Cytec does not represent that it is identifying every document, tangible thing, or witness possibly relevant to this lawsuit. Nor does Cytec waive its right to object to production of any document or tangible thing disclosed on the basis of privilege, work product, relevance, undue burden, or any other valid objection. Rather, Cytec's disclosure represents a good faith effort to identify discoverable information it reasonably believes it may use to support its claims or defenses, as required by Rule 26(a)(1), Fed. R. Civ. P.

### Individuals Likely To Have Discoverable Information – 26(a)(1)(A)

Pursuant to Rule 26(a)(1)(A), Fed. Civ. P., Cytec supplements the list of individuals likely to have discoverable information that Cytec may use to support its claims or defenses, and the subjects of such information. In addition to the individuals below, Cytec reserves the right to

disclose additional individuals whom it may use to support its claims or defenses based upon

information learned during the course of this litigation.

      (a)    Louis Rosati, Ph.D.
              Director of Technology, Water Treatment Chemicals
              Cytec Industries, Inc.
              (Rebuttal regarding any allegations of "research and development")

      (b)    John Mangano
              Global Director of Sales, Water Treatment Chemicals
              Cytec Industries, Inc.
              (Rebuttal regarding any allegations of "research and development")

      (c)    Joseph Kozakiewicz, Ph.D.
              Vice President of Technology, Cytec Performance Specialties
              Cytec Industries, Inc.
              (Rebuttal regarding any allegations of "research and development" and
              Non-willfulness)

      (d)    Roderick Ryles, Ph.D.
              Senior Research Fellow
              Cytec Industries, Inc.
              (Non-willfulness)

     These persons are all employed by Cytec and no direct contact should be made to them.

If Ciba desires contact with any of them, Ciba should request this through Cytec's litigation

counsel.

POTTER ANDERSON & CORROON LLP

By: _____

OF COUNSEL:

Thomas L. Creel, P.C.
Marta E. Gross
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated: December 1, 2005
709492/28118

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19899-0951
(302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

*Attorneys for Defendant*
*Cytec Industries, Inc.*

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 1, 2005, true and correct

copies of the within document were caused to be served on the attorney of record at the

following addresses as indicated:

### VIA HAND DELIVERY

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

### VIA FEDERAL EXPRESS

Ford F. Farabow, Jr.
Joann M. Neth
A. Neal Seth
Eric J. Fues
Finnegan, Henderson, Farabow, Garrett &
    Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780


_____
David E. Moore

666542

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

CIBA SPECIALTY CHEMICALS                )
CORPORATION,                            )
                                        )
            Plaintiff,                  )
                                        )    C. A. No. 04-293 (KAJ)
        v.                              )
                                        )
HERCULES INCORPORATED and               )
CYTEC INDUSTRIES, INC.,                 )
                                        )
            Defendants.                 )

## NOTICE OF SERVICE

The undersigned, counsel for Defendant Cytec Industries, Inc., hereby certifies

that copies of the Supplemental Rule 26 (a)(1) Disclosure of Defendant Cytec Industries,

Inc.; and Cytec's Supplemental Response to Plaintiff Ciba Specialty Chemicals

Corporation's Interrogatory No. 4 were caused to be served on December 1, 2005 on the

attorneys of record at the following addresses as indicated:

**VIA HAND DELIVERY**

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

**VIA FEDERAL EXPRESS**

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

Ford F. Farabow, Jr.
Joann M. Neth
Eric J. Fues
A. Neal Seth
Finnegan, Henderson, Farabow,
   Garrett & Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Thomas L. Creel, P.C.
Marta E. Gross
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Dated: December 1, 2005
701058/28118

By: /s/ David E. Moore
      Richard L. Horwitz (#2246)
      David E. Moore (#3983)
      Hercules Plaza, 6th Floor
      1313 N. Market Street
      Wilmington, DE 19899-0951
      (302) 984-6000
      rhorwitz@potteranderson.com
      dmoore@potteranderson.com

*Attorneys for Defendant
Cytec Industries, Inc.*

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on December 1, 2005, the attached

document was hand-delivered to the following persons and was electronically filed with

the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the

following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

I hereby certify that on December 1, 2005, I have Federal Expressed the

foregoing document(s) to the following non-registered participants:

Ford F. Farabow, Jr.
Joann M. Neth
A. Neal Seth
Eric J. Fues
Finnegan, Henderson, Farabow, Garrett &
    Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780

/s/ David E. Moore
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza -- Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

676169

# EXHIBIT 12

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CIBA SPECIALTY CHEMICALS )
CORPORATION, )
)
Plaintiff, )
)     C. A. No. 04-293 (KAJ)
v. )
)
HERCULES, INCORPORATED and CYTEC )
INDUSTRIES, INC, )
)
Defendants. )

## RULE 26(a)(1) INITIAL DISCLOSURE OF
## DEFENDANT HERCULES, INCORPORATED

Pursuant to Fed.R.Civ.P. 26(a)(1), Defendant Hercules, Incorporated ("Hercules"),

provides this initial disclosure of information to Defendant Ciba Specialty Chemicals

Corporation ("Ciba"). This disclosure is based on information reasonably available to Hercules

as of this date, and Hercules reserves the right to supplement these initial disclosures as

appropriate.

By making this disclosure, Hercules does not represent that it is identifying every

document, tangible thing, or witness possibly relevant to this lawsuit. Nor does Hercules waive

its right to object to production of any document or tangible thing disclosed on the basis of

privilege, work product, relevance, undue burden, or any other valid objection. Rather,

Hercules' disclosure represents a good faith effort to identify discoverable information it

reasonably believes it may use to support its claims or defenses, as required by Fed.R.Civ.P.

26(a)(1).

1

A.   **Fed.R.Civ.P. 26(a)(1)(A)**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), Hercules provides the following list of individuals likely to have discoverable information that Hercules may use to support its claims or defenses, and the subject(s) of such information.

1.   Brian L. Walchuk

Mr. Walchuk is a chemist formerly employed by Hercules. Mr. Walchuk resides in Wilmington, DE and is currently a consultant of Hercules. Any contact with Mr. Walchuk as to matters concerning this lawsuit should be made only through Hercules' litigation counsel. Mr. Walchuk is likely to have discoverable information that Hercules may use to support its claims or defenses, including research, development, manufacture, scale-up, properties, formulation, product or process modifications, properties, and/or technical planning of Hercules' PerForm® products, including PerForm SP9232.

2.   Robert A. Gelman

Mr. Gelman is a chemist currently employed by Hercules at the Hercules Research Center in Wilmington, DE. Any contact with this current employee of Hercules should be made only through Hercules' litigation counsel. Mr. Gelman is likely to have discoverable information relating to the research, development, characterization, formulation, testing, manufacture, production, product or process modification(s), properties, advantages, and/or performance of Hercules' PerForm® products, including PerForm SP9232.

3.   Daniel L. Michalopoulos

Mr. Michalopoulos is a research manager currently employed by Hercules at the Hercules Pulp & Paper Division in Jacksonville, FL. Any contact with this current employee of Hercules should be made only through Hercules' litigation counsel. He is likely to have discoverable

2

information relating to the history of the research and development activities of Hercules' PerForm® products, including PerForm SP9232.

4.  James R. Davis

Mr. Davis is a business manager currently employed by Hercules at the Hercules Corporate Headquarters in Wilmington, DE. Any contact with this current employee of Hercules should be made only through Hercules' litigation counsel. He is likely to have discoverable information relating to the manufacture, advantages, end-use performance, marketing, sales, licensing, accounting, profits, margins, and customer contacts, relations and contracts concerning Hercules' PerForm® products, including PerForm SP9232.

5.  Richard D. Royce

Mr. Royce is the Director of Technology (Paper Division), currently employed by Hercules at the Hercules Research Center in Wilmington, DE. Any contact with this current employee of Hercules should be made only through Hercules' litigation counsel. He is likely to have discoverable information relating to the technology planning, manufacture, advantages, end-use performance, marketing, sales, licensing, and customer contacts, relations and contracts concerning Hercules' PerForm® products, including PerForm SP9232, and the reasonableness of Hercules' activities regarding the subject matter of this litigation.

6.  Dan S. Honig

Mr. Honig is a named inventor of U.S. Patent No. 5,167,766 and U.S. Patent No. 5,171,808. As of July 22, 1991, he was an employee of American Cyanamid Company, located in Stamford, Conn. On information and belief, Mr. Honig is currently an employee of Ciba. Mr. Honig is likely to have discoverable information that Hercules may use to support its claims or defenses, including the scope of, alleged infringement of, invalidity of, unenforceability of, prior

3

art, and interpretation of technical terms in the claims of, U.S. Patent No. 5,167,766 and U.S. Patent No. 5,171,808.

    7.    <u>Elieth Harris</u>

Mr. Harris is a named inventor of U.S. Patent No. 5,167,766 and U.S. Patent No. 5,171,808. As of July 22, 1991, he was an employee of American Cyanamid Company, located in Stamford, Conn. Mr. Harris is likely to have discoverable information that Hercules may use to support its claims or defenses, including, the scope of, alleged infringement of, invalidity of, unenforceability of, prior art, and interpretation of technical terms in the claims of, U.S. Patent No. 5,167,766 and U.S. Patent No. 5,171,808.

    8.    <u>Roderick G. Ryles</u>

Mr. Ryles is a named inventor of U.S. Patent No. 5,171,808. As of July 22, 1991, he was an employee of American Cyanamid Company, located in Stamford, Conn. On information and belief, Mr. Ryles is currently an employee of Cytec Industries. Mr. Ryles is likely to have discoverable information that Hercules may use to support its claims or defenses, including the scope of, alleged infringement of, invalidity of, unenforceability of, prior art, and interpretation of technical terms in the claims of, U.S. Patent No. 5,171,808.

    9.    <u>Roger E. Neff</u>

Mr. Neff is a named inventor of U.S. Patent No. 5,171,808. As of July 22, 1991, he was an employee of American Cyanamid Company, located in Stamford, Conn. Mr. Neff is likely to have discoverable information that Hercules may use to support its claims or defenses, including the scope of, alleged infringement of, invalidity of, unenforceability of, prior art, and interpretation of technical terms in the claims of, U.S. Patent No. 5,171,808.

10.    Frank M. Van Riet

Mr. Van Riet is a patent attorney who was involved in the prosecution of patent applications that issued as U.S. Patent No. 5,167,766 and U.S. Patent No. 5,171,808. As of July 22, 1991, he was an employee of American Cyanamid Company, located in Stamford, Conn. Mr. Van Riet is likely to have discoverable information that Hercules may use to support its claims or defenses related to the scope of, alleged infringement of, invalidity of, unenforceability of, prior art, and interpretation of terms in the claims of, U.S. Patent No. 5,167,766 and U.S. Patent No. 5,171,808.

11.    Ciba, American Cyanamid Co., or Cytec Industries employee(s) (or former employees) that are likely to have discoverable information that Hercules may use to support its claims of noninfringement, invalidity, and/or unenforceability of U.S. Patent No. 5,167,766 and U.S. Patent No. 5,171,808, including but not limited to information related to their patenting and/or patent prosecution, the scope, prior art, and interpretation of technical terms in the claims of those patents.

12.    Ciba, American Cyanamid Co. and/or Cytec Industries employee(s) (or former employees) that are likely to have discoverable information that Hercules may use to support its defenses and claims of noninfringement of U.S. Patent No. 5,167,766 and U.S. Patent No. 5,171,808, including but not limited to information related to the formulation, testing, manufacture, production, product or process modification(s), and properties of Hercules' PerForm® products, including PerForm SP9232.

13.    Ciba employee(s) (or former employees) that are likely to have discoverable information that Hercules may use to support its defense against Ciba's claim for entitlement to damages for alleged infringement of U.S. Patent No. 5,167,766 and U.S. Patent No. 5,171,808,

including but not limited to information related to sales, accounting, marketing, financial, and licensing practice documents concerning: Hercules' PerForm® products, including PerForm SP9232; Ciba's Telioform™ System, including but not limited to Polyflex®, Particol®, Hydrocol®, Percol®, and Alcofix®; any Ciba product(s) that Ciba contends is covered by U.S. Patent No. 5,167,766 and/or U.S. Patent No. 5,171,808, and; any product(s) Ciba contends compete(s) with Hercules' PerForm® products, including PerForm SP9232.

**B.      Fed.R.Civ.P. 26(a)(1)(B)**

       Pursuant to Federal Rule of Civil Procedure 26(a)(1)(B), Hercules provides the following description of documents, data compilations, and tangible things within its possession, custody, or control, that Hercules may use to support its claims or defenses. By disclosing the following information, Hercules does not waive any objections that it may have to producing these documents.

    1.    Laboratory notebooks and/or office files of Brian L. Walchuk:  In the possession, custody, or control of Hercules and/or in the possession of Mr. Walchuk at Hercules.

    2.    Office files of Robert A. Gelman:  In the possession, custody, or control of Hercules and/or in the possession of Mr. Gelman at Hercules.

    3.    Office files of Daniel L. Michalopoulos:  In the possession, custody, or control of Hercules and/or in the possession of Mr. Michalopoulos at Hercules.

    4.    Office files of James R. Davis:  In the possession, custody, or control of Hercules and/or in the possession of Mr. Davis at Hercules.

    5.    Office files of Richard D. Royce:  In the possession, custody, or control of Hercules and/or in the possession of Mr. Royce at Hercules.

6.    Documents regarding the research, development, characterization, formulation, testing, manufacture, production, product or process modification(s), properties, advantages, performance and/or technical planning of Hercules' PerForm® products, including PerForm SP9232, in the possession, custody or control of Hercules at its Research Center in Wilmington, DE; its Applied Science Laboratory in Jacksonville, FL; and/or its Corporate Headquarters in Wilmington, DE.

7.    Sales, accounting, marketing, financial, profits, margins, customer contacts/relations/contracts, and licensing practice documents relating to Hercules' PerForm® products, including PerForm SP9232, in the possession, custody, or control of Hercules at its Research Center in Wilmington, DE; its Applied Science Laboratory in Jacksonville, FL; and/or its Corporate Headquarters in Wilmington, DE, that Hercules may use to support its defense against Ciba's claim for entitlement to damages for alleged infringement of U.S. Patent No. 5,167,766 and U.S. Patent No. 5,171,808.

8.    Documents in the possession, custody, or control of Hercules at its Research Center in Wilmington, DE; its Applied Science Laboratory in Jacksonville, FL; and/or its Corporate Headquarters in Wilmington, DE, some or all of which may be subject to the attorney-client privilege and/or work product immunity and will only be discoverable if that privilege and/or immunity is waived, that Hercules may use to support its defense against Ciba's claims of willful infringement and increased damages.

9.      Laboratory notebooks and office files of Dan S. Honig:  In the possession, custody, or control of Ciba, American Cyanamid Co., and/or Cytec Industries, and/or Mr. Honig.

10.     Laboratory notebooks and office files of Elieth Harris:  In the possession, custody, or control of Ciba, American Cyanamid Co., and/or Cytec Industries, and/or Mr. Harris.

11.     Laboratory notebooks and office files of Roderick G. Ryles:  In the possession, custody, or control of Ciba, American Cyanamid Co., and/or Cytec Industries, and/or Mr. Ryles.

12.     Laboratory notebooks and office files of Roger E. Neff:  In the possession, custody, or control of Ciba, American Cyanamid Co., and/or Cytec Industries, and/or Mr. Neff.

13.     Office files of Frank M. Van Riet:  In the possession, custody, or control of Ciba, American Cyanamid Co., and/or Cytec Industries, and/or Mr. Van Riet.

14.     Patenting and/or patent prosecution documents, and documents relating to the scope, prior art, and interpretation of terms in the claims, research and development work and testing of the subject matter of U.S. Patent No. 5,167,766 and U.S. Patent No. 5,171,808, in the possession, custody or control of Ciba, American Cyanamid Co., and/or Cytec Industries, containing information that Hercules may use to support its claims of non-infringement, invalidity, and/or unenforceability of U.S. Patent No. 5,167,766 and U.S. Patent No. 5,171,808.

15.     Documents relating to the formulation, testing, manufacture, production, product or process modification(s), and properties of Hercules' PerForm® products,

including PerForm SP9232, in the possession, custody, or control of Ciba, American Cyanamid Co., and/or Cytec Industries containing information that Hercules may use to support its claims of noninfringement of U.S. Patent No. 5,167,766 and U.S. Patent No. 5,171,808.

16.    Sales, accounting, marketing, financial, profits, margins, customer contacts/relations/contracts, and licensing practice documents concerning: Hercules' PerForm® products, including PerForm SP9232; Ciba's Telioform™ System, including but not limited to Polyflex®, Particol®, Hydrocol®, Percol®, and Alcofix®; any Ciba product(s) that Ciba contends is covered by U.S. Patent No. 5,167,766 and/or U.S. Patent No. 5,171,808, and; any product(s) Ciba contends competes with Hercules' PerForm® products, including PerForm SP9232, in the possession, custody or control of Ciba, American Cyanamid Co., and/or Cytec Industries, that Hercules may use to support its defense against Ciba's claim for entitlement to damages for alleged infringement of U.S. Patent No. 5,167,766 and U.S. Patent No. 5,171,808.

17.    Documents in the possession, custody, or control of Ciba, American Cyanamid Co., and/or Cytec Industries relating to acquisition of and/or enforcement of U.S. Patent No. 5,167,766 and/or U.S. Patent No. 5,171,808, that Hercules may use to support its claims or defenses of noninfringement, invalidity or unenforceability of those patents.

18.    Documents in the possession, custody or control of Ciba relating to Ciba's assertion of U.S. Patent No. 5,167,766 and/or U.S. Patent No. 5,171,808 against

9

Hercules and/or Cytec Industries, that Hercules may use to support its claims or defenses of noninfringement, invalidity or unenforceability of those patents.

## C.   Fed.R.Civ.P. 26(a)(1)(C)

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(C), Hercules states that at this time, the actual amount of Ciba's damages cannot be calculated without further discovery. Hercules also seeks an award of its attorneys fees under 35 U.S.C. § 285, prejudgment interest on all damages, and cost of suit. The amount of those fees, prejudgment interest, and costs is not yet known.

## D.   Fed.R.Civ.P. 26(a)(1)(D)

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(D), Hercules states that it is not aware of any insurance agreement under which any person carrying on in an insurance business may be liable to satisfy all of a judgment which may be entered in this action, or to indemnify or reimburse for payments made to satisfy the judgment.

POTTER ANDERSON & CORROON LLP

By: _____

Richard L. Horwitz (#2246)
David E. Moore (#3983)
Hercules Plaza 6th Floor
1313 N. Market Street
P.O. Box 951
Wilmington, DE  19899
(302) 984-60000

OF COUNSEL:

Ford F. Farabow, Jr.
Joann M. Neth
Eric J. Fues
A. Neal Seth
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
Telephone: (202) 408-4000

*Attorneys Defendant*
*Hercules, Incorporated*

Dated: _1/14_____, 2005

11

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on January 14, 2005, true and correct

copies of the within document were caused to be served on the attorney of record at the

following addresses as indicated:

**VIA HAND DELIVERY**

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE  19899

**VIA FEDERAL EXPRESS**

Gordon R. Coons                    Thomas L. Creel, P.C.
Eley O. Thompson                   Goodwin Procter LLP
Gregory C. Bays                    599 Lexington Avenue
Leydig, Voit & Mayer, Ltd.         New York, NY 10022
Two Prudential Plaza, Suite 4900
Chicago, IL  60601-6780

_____
David E. Moore

666520