IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | C.A. No.: 04-293 (KAJ) |
| | ) | **JURY TRIAL DEMANDED** |
| Plaintiff, | ) ) | |
| v. | ) ) | REDACTED - PUBLIC VERSION |
| | ) | |
| HERCULES, INC. and CYTEC INDUSTRIES, INC., | ) ) ) | |
| Defendants. | ) | |

**APPENDIX OF EXHIBITS TO THE JOINT PRETRIAL ORDER IN SUPPORT OF CIBA SPECIALTY CHEMICALS CORPORATION'S MOTIONS *IN LIMINE* TO EXCLUDE EVIDENCE (EXHIBIT 19)**

Volume II

*Of Counsel*:

Gordon R. Coons, Esq.
Eley O. Thompson, Esq.
Gregory C. Bays, Esq.
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601-6780

Frederick L. Cottrell, III (#2555)
(Cottrell@rlf.com)
Jeffrey L. Moyer (#3309)
(Moyer@rlf.com)
Chad M. Shandler (#3796)
(Shandler@rlf.com)
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899-0551
(302) 651-7700
Attorneys for Plaintiff

Dated: June 12, 2006

RLF1-2881131-1

LIST OF EXHIBITS TO
PLAINTIFF CIBA SPECIALTY CHEMICALS CORPORATION'S
MOTIONS *IN LIMINE* TO EXCLUDE EVIDENCE

| Exhibit Number | Description |
| --- | --- |
| 1 | United States Patent No. 5,167,766 to Honig et al. |
| 2 | United States Patent No. 5,171,808 to Ryles et al. |
| 3 | Hercules response to Ciba's Interrogatory No. 2 |
| 4 | United States Patent No. 4,720,346 to Flesher et al. |
| 5 | Excerpt from the Deposition Transcript of Charles P. Klass dated October 21, 2005 |
| 6 | Expert Report of Robert K. Prud'homme dated July 22, 2005 |
| 7 | United States Patent No. 4,528,321 to Allen et al. |
| 8 | Excerpt from the Deposition Transcript of Robert K. Prud'homme dated October 26, 2005 |
| 9 | Supplemental Expert Report of Robert K. Prud'homme dated September 19, 2005 |
| 10 | Defendant Cytec Industries, Inc.'s Initial Disclosures Pursuatn to Fed. R. Civ. P. 26(a)(1) |
| 11 | Supplemental Rule 26(a)(1) Disclosure of Defendant Cytec Industries, Inc. |
| 12 | Rule 26(a)(1) Initial Disclosure Defendant Hercules, Incorporated |
| 13 | *Cordis Corp. v. Boston Scientific Corp.*, 2006 WL 1305227 (D.Del. May 11, 2006) |
| 14 | Excerpt from the Deposition Transcript of Paul S. Waterman dated July 7, 2005 |
| 15 | Rebuttal Report of Robert K. Prud'homme dated August 19, 2005 |
| 16 | Hercules Trial Exhibit 026 |
| 17 | Hercules Trial Exhibit 029 |
| 18 | Hercules Trial Exhibit 072 |
| 19 | Hercules Trial Exhibit 073 |
| 20 | *Praxair, Inc. v. ATMI, Inc.*, 2005 WL 3159054 (D.Del. 2005) |
| 21 | Hercules Trial Exhibit 169 |
| 22 | Hercules Trial Exhibit 174 |
| 23 | Hercules Trial Exhibit 176 |
| 24 | Hercules Trial Exhibit 178 |
| 25 | Hercules Trial Exhibit 179 |
| 26 | Hercules Trial Exhibit 204 |
| 27 | Hercules Trial Exhibit 205 |
| 28 | Hercules Trial Exhibit 225 |
| 29 | Hercules Trial Exhibit 226 |
| 30 | Excerpt from the Deposition Transcript of John C. Harrington dated August 25, 2005 |
| 31 | Hercules Trial Exhibit 088 |

**Exhibit 19 page 1**

| 32 | Hercules Trial Exhibit 127 |
|---|---|
| 33 | Hercules Trial Exhibit 128 |
| 34 | Hercules Trial Exhibit 384 |
| 35 | Hercules Trial Exhibit 385 |
| 36 | Cytec Trial Exhibit 8 |
| 37 | Cytec Trial Exhibit 9 |
| 38 | Cytec Trial Exhibit 10 |
| 39 | Cytec Trial Exhibit 17 |
| 40 | *Saint-Gobain Corp v. Gemtron Corp.*, 2006 WL 1008396 (W.D.Mich. April 17, 2006) |
| 41 | Hercules Trial Exhibit 505 |
| 42 | Hercules Trial Exhibit 506 |
| 43 | *PharmaStem Therapeutics, Inc. v. Viacell Inc.*, 2003 WL 22244704 (D.Del. Sept. 30, 2003) |
| 44 | Letter from Marta Gross to Eley Thompson dated August 4, 2005 |
| 45 | Letter from Ford Farabow to Eley Thompson dated August 1, 2005 |
| 46 | Excerpt from the Deposition Transcript of Richard Royce dated October 7, 2005 |
| 47 | Hercules' Supplemental Response to Plaintiff Ciba Specialty Chemicals Corporation's Interrogatory No. 4 |
| 48 | Cytec's Second Supplemental Response to Plaintiff Ciba Specialty Chemicals Corporation's Interrogatory No. 4 |
| 49 | *U.S. v. Premises Known as 1625 S. Delaware Ave.*, 1989 WL 29271 (E.D. Penn. March 29, 1989) |

**Exhibit 19 page 2**

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2006 I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE 19899-0951

I hereby certify that on June 19, 2006, I have Federal Expressed the foregoing document to the following non-registered participants:

Ford F. Farabow, Jr., Esquire
Joann M. Neth, Esquire
A. Neal Seth, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Thomas L. Creel, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

*Kelly E. Farnan*
Kelly E. Farnan (#4395)

RLF1-2848132-1