IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Civil Action No. 04-293-KAJ |
| HERCULES, INC., and CYTEC INDUSTRIES, INC., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the Memorandum Opinion issued in this matter today,

IT IS HEREBY ORDERED that the following disputed claim terms of U.S. Patent Nos. 5,167,766 (issued Dec. 1, 1992) and 5,171,808 (issued Dec. 15, 1992) are construed as follows:

| Claim Term | The Court's Construction |
|---|---|
| "cross-linking agent" | The court construes "cross-linking agent" to mean: "A chemical agent that is polyfunctional in that it has at least two double bonds, a double bond and a reactive group, or two reactive groups to link polymer chains together. Polyoxyethylene sorbitol hexaoleate and sorbitan sesquioleate, as well as compounds containing only polyethylene oxide groups and/or impurities with double bonds or hydroxyl groups, are not cross-linking agents." |
| "microbead" | The court construes "microbead" to mean: "A product formed by the polymerization of monomers. The microbead must be an integral unit which can be separated from any emulsifier present." |

IT IS FURTHER ORDERED that the Motion for Claim Construction (D.I. 274) will be GRANTED-IN-PART to the extent it relates to the above claim terms and DENIED-IN-PART without prejudice to the extent it relates to other claim terms.

IT IS FURTHER ORDERED that Hercules, Inc.'s Motion for Summary Judgment of Noninfringement (D.I. 289) is GRANTED.

IT IS FURTHER ORDERED that Ciba Speciality Chemicals Corporation's Motion for Summary Judgment of Infringement (D.I. 277) is DENIED.

IT IS FURTHER ORDERED that summary judgment of noninfringement is GRANTED for Cytec Industries, Inc.

IT IS FURTHER ORDERED that the Motion for Partial Summary Judgment Limiting Damages (D.I. 284), the Motion to Join in Hercules's Answering Brief in Opposition to Ciba's Motion for Summary Judgment (D.I. 314), and the Motion for a Postponement of Trial (D.I. 343) are DENIED as moot.

IT IS FURTHER ORDERED that the parties will inform the court within ten days as to whether the case will proceed to trial on Hercules's and Cytec's counterclaims, as well as which, if any, additional claim terms must be construed prior to trial.

IT IS FURTHER ORDERED that, within five days, the parties will provide recommendations for redactions to this opinion and accompanying order so that a public version may be filed.  Proposed redactions must be kept to an absolute minimum.

UNITED STATES DISTRICT JUDGE

June 20, 2006
Wilmington, Delaware