# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 04-293 (KAJ) |
| HERCULES INCORPORATED and CYTEC INDUSTRIES, INC., | ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' UNOPPOSED MOTION TO DISMISS COUNTERCLAIMS WITHOUT PREJUDICE

Defendants Hercules Incorporated and Cytec Industries, Inc. (collectively, "Defendants") respectfully move this Court pursuant to Fed. R. Civ. P. 41 for an Order dismissing without prejudice the following counterclaims: Hercules' Counterclaims for Declaratory Judgment of Invalidity of U.S. Patent Nos. 5,167,766 and 5,171,808; Hercules' Counterclaims for Declaratory Judgment of Unenforceability of U.S. Patent Nos. 5,167,766 and 5,171,808; and Cytec's Counterclaims for License Under the '766 Patent and License Under the '808 Patent. A proposed form of Order is attached hereto as Exhibit A. The grounds for this Motion are as follows:

1. On June 20, 2006, this Court issued its Memorandum Opinion (D.I. 411) Order (D.I. 412) on the parties' pending summary judgment motions. The Court granted defendant Hercules' Motion for Summary Judgment of Non-Infringement (D.I. 289) and similarly granted summary judgment of non-infringement for defendant Cytec.

2. In the Memorandum Opinion, the Court instructed the parties to "confer and inform the court within ten days as to whether the case will proceed to trial on Hercules's and Cytec's counterclaims...." Mem. Op. at 26. In this regard, because the

Court has ruled that they do not infringe, and in order to save the Court and the parties time and expense, Hercules and Cytec are willing to dismiss without prejudice their counterclaims listed in the introduction, above. The parties have conferred about this issue, and Plaintiff does not oppose the instant Motion.

3. Under Fed. R. Civ. P. 41(a)(2) and (c) and well-established case law, this Court has the power to consider and grant Defendants' Motion to Dismiss Counterclaims Without Prejudice at its discretion. See *Phonometrics, Inc. v. Northern Telecom, Inc.*, 133 F.3d 1459, 1468 (Fed. Cir. 1998) (holding that district court properly exercised its discretion in dismissing counterclaim of invalidity as moot upon a finding of noninfringement); *accord Liquid Dynamics Corp. v. Vaughan Co.*, 355 F.3d 1361, 1371 (Fed. Cir. 2003) ("A district court judge faced with an invalidity counterclaim challenging a patent that it concludes was not infringed may either hear the claim or dismiss it without prejudice, subject to review only for abuse of discretion."); *Schering Corp. v. Amgen, Inc.*, 35 F. Supp. 2d 375, 378 (D. Del. 1999); *see also Nystrom v. Trex Co.*, 339 F.3d 1347, 1351 (Fed. Cir. 2003) ("We note that the Supreme Court's decision in *Cardinal Chemical Co. v. Morton International, Inc.*, 508 U.S. 83 (1993) . . . does not preclude the discretionary action of a district court, in an appropriate case, in dismissing an invalidity counterclaim without prejudice when it concludes a patent is not infringed.").

WHEREFORE, for all of the foregoing reasons, Defendants respectfully request that their Counterclaims be dismissed without prejudice.

OF COUNSEL:

Ford F. Farabow, Jr.
Joann M. Neth
Eric J. Fues
A. Neal Seth
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
(202) 408-4000

Thomas L. Creel, P.C.
Marta E. Gross
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

POTTER ANDERSON & CORROON LLP

By:  /s/ David E. Moore
    Richard L. Horwitz (#2246)
    David E. Moore (#3983)
    Hercules Plaza, 6th Floor
    1313 N. Market Street
    Wilmington, DE 19899-0951
    Tel: (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com

*Attorneys for Defendants
Hercules Incorporated and
Cytec Industries, Inc.*

Dated: July 6, 2006

739833

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, David E. Moore, hereby certify that on July 6, 2006, the attached document was hand-delivered to the following persons and was electronically filed with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following and the document is available for viewing and downloading from CM/ECF:

Frederick L. Cottrell, III
Jeffrey L. Moyer
Chad M. Shandler
Richards, Layton & Finger, P.A.
One Rodney Square
P. O. Box 551
Wilmington, DE 19899

I hereby certify that on July 6, 2006, I have Electronically Mailed the foregoing document(s) to the following non-registered participants:

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
Leydig, Voit & Mayer, Ltd.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601-6780
gcoons@leydig.com
ethompson@leydig.com
gbays@leydig.com

Thomas L. Creel, P.C.
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022
tcreel@goodwinprocter.com

Ford F. Farabow, Jr.
Joann M. Neth
Eric J. Fues
A. Neal Seth
Finnegan, Henderson, Farabow, Garrett &
    Dunner, L.L.P.
901 New York Avenue, NW
Washington, DC 20001-4413
ford.farabow@finnegan.com
joann.neth@finnegan.com
neal.seth@finnegan.com
  eric.fues@finnegan.com

/s/ *David E. Moore*
Richard L. Horwitz
David E. Moore
Potter Anderson & Corroon LLP
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
Telephone: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com

672306