# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C. A. No. 04-293 (KAJ) ) |
| HERCULES INCORPORATED and CYTEC INDUSTRIES, INC., | ) ) ) ) |
| Defendants. | ) |

## ORDER

Upon consideration of Defendants' Unopposed Motion To Dismiss Counterclaims Without Prejudice:

IT IS HEREBY ORDERED this _____ day of _____, 2006 that the Motion is GRANTED.

The following counterclaims are hereby dismissed without prejudice: Hercules' Counterclaims for Declaratory Judgment of Invalidity of U.S. Patent Nos. 5,167,766 and 5,171,808; Hercules' Counterclaims for Declaratory Judgment of Unenforceability of U.S. Patent Nos. 5,167,766 and 5,171,808; and Cytec's Counterclaims for License Under the '766 Patent and License Under the '808 Patent.

_____
United States District Court Judge