

# Potter Anderson & Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

July 6, 2006

**VIA ELECTRONIC FILING**
The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re:   *Ciba Specialty Chemicals Corporation v. Hercules Incorporated, et al.*
      **Civil Action No. 04-293(KAJ)**

Dear Judge Jordan:

    I am writing on behalf of defendants in connection with Defendants' Unopposed Motion To Dismiss Counterclaims Without Prejudice filed with the Court today. By the motion, defendants seek to dismiss their counterclaims, without prejudice. We had conferred with plaintiff about a stipulation, and although plaintiff does not object to the relief sought in the motion, plaintiff would not execute a stipulation to the same effect. I am bringing these facts to the Court's attention because of the timing issues we now face. The Court has scheduled a Pretrial Conference for July 13, 2006, which defendants do not believe is necessary, and which we think plaintiff would agree is not necessary, since plaintiff does not oppose the relief we seek in the motion. Therefore, if the Court enters the proposed order on the motion, there will be no need for a pretrial conference, and the parties and the Court can turn their attention to the entry of an appropriate form of judgment.

    Although we do not believe a conference or teleconference is necessary, we would be available at the Court's convenience to discuss the motion, the status of the case, or the need (or lack thereof) for a Pretrial Conference.

Respectfully,

/s/ Richard L. Horwitz

Richard L. Horwitz

RLH:nmt
739821

The Honorable Kent A. Jordan
July 6, 2006
Page 2

cc: Clerk of the Court (via hand delivery)
   Thomas L. Creel, P.C. (via electronic mail)
   Marta E. Gross, Esq. (via electronic mail)
   Ford F. Farabow, Esq. (via electronic mail)
   Joann M. Neth, Esq. (via electronic mail)
   Gordon R. Coons, Esq. (via electronic mail)
   Eley O. Thompson, Esq. (via electronic mail)
   Chad M. Shandler, Esq. (via electronic mail)