IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> HERCULES INCORPORATED and CYTEC INDUSTRIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) C. A. No. 04-293 (KAJ) ) ) ) ) ) ) |

## ORDER

Upon consideration of Defendants' Unopposed Motion To Dismiss Counterclaims Without Prejudice:

IT IS HEREBY ORDERED this 7th day of July, 2006 that the Motion is GRANTED.

The following counterclaims are hereby dismissed without prejudice: Hercules' Counterclaims for Declaratory Judgment of Invalidity of U.S. Patent Nos. 5,167,766 and 5,171,808; Hercules' Counterclaims for Declaratory Judgment of Unenforceability of U.S. Patent Nos. 5,167,766 and 5,171,808; and Cytec's Counterclaims for License Under the '766 Patent and License Under the '808 Patent.

*[signature]*
United States District Court Judge