IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-293-KAJ |
| HERCULES, INC., and CYTEC INDUSTRIES, INC., | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

At Wilmington, this 7th day of July, 2006,

IT IS HEREBY ORDERED that the parties shall confer and submit a form of

judgment order to the court on or before July 21, 2006.

_____
UNITED STATES DISTRICT JUDGE