IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS, CORPORATION<br>          Plaintiff,<br><br>HERCULES INC. AND CYTEC INDUSTRIES, INC.,<br>          Defendants. | )<br>)  C.A. No. 04-293 (KAJ)<br>)<br>)  JURY TRIAL DEMANDED<br>)<br>)<br>)<br>)  **REDACTED - PUBLIC VERSION**<br>)<br>) |

### NOTICE OF LODGING OF JOINT HEARING EXHIBITS

PLEASE TAKE NOTICE that plaintiff CIBA Specialty Chemicals Corporation and defendants Hercules Inc. and Cytec Industries Inc. hereby lodge copies of the Joint Hearing Exhibits admitted during the Privity Hearing held before this Court May 8-9, 2006. The admitted exhibits, which are being filed under seal, are as follows and are attached hereto:

JHX001; JHX002; JHX003; JHX004; JHX006; JHX007; JHX010; JHX011;

JHX012; JHX013.

| | |
|---|---|
| /s/ *Chad M. Shandler*<br>Frederick L. Cottrell, III (#2555)<br>(Cottrell@rlf.com)<br>Chad M. Shandler (#3796)<br>(Shandler@rlf.com)<br>Richards, Layton & Finger, P.A.<br>P.O. Box 551<br>One Rodney Square<br>Wilmington, Delaware 19899-0551<br>(302) 651-7700<br>Attorneys for Plaintiff | /s/ *David E. Moore*<br>Richard L. Horwitz (#2246)<br>(rhorwitz@potteranderson.com)<br>David E. Moore(#3983)<br>(dmoore@potteranderson.com)<br>Potter Anderson & Corroon LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19899-0951<br>Attorneys for Defendants |

RLF1-3036036-1

OF COUNSEL:

Gordon R. Coons
Eley O. Thompson
Gregory C. Bays
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, IL 60601

OF COUNSEL:

Ford F. Farabow, Jr., Esquire
Joann M. Neth, Esquire
A. Neal Seth, Esquire
Finnegan, Henderson, Farabow, Garrett &
Dunner, LLP
901 New York Avenue, N.W.
Washington, DC 20001-4413

Thomas L. Creel, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY 10022

Dated: July 12, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2006 I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE  19899-0951

I hereby certify that on July 12, 2006, I have Federal Expressed the foregoing document to the following non-registered participants:

Ford F. Farabow, Jr., Esquire
Joann M. Neth, Esquire
A. Neal Seth, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC  20001-4413

Thomas L. Creel, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY  10022

Chad M. Shandler (#3796)

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2006 I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE  19899-0951

I hereby certify that on July 19, 2006, I have Federal Expressed the foregoing document to the following non-registered participants:

Ford F. Farabow, Jr., Esquire
Joann M. Neth, Esquire
A. Neal Seth, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC  20001-4413

Thomas L. Creel, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY  10022

_____
Chad M. Shandler (#3796)