# EXHIBIT 1

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER—D. DELEWARE C.A. No. 04-293 (KAJ)

William S. Carey

01/14/02 06:40 PM

To: Joseph_J._Kozakiewicz@st.cytec.com
cc: Brian L. Walchuk/RCWilm/NA/Herc@Hercules, William
    Freeman/Plaza/NA/Herc@Hercules
Subject: Information for 1/16/02 Cytec Meeting

The following information is being supplied to representatives of Cytec Industries (Cytec) for a meeting to be conducted on January 16 to discuss their capability in toll producing an anionic inverse emulsion, hereinafter referred to by the designation of "AEM-232"  This exchange of information is covered under the Proprietary Information Disclosure agreement (PID) relating to the composition and manufacturing information for new proprietary water soluble polymers executed between Hercules Incorporated and Cytec Industries with an effective date of November 1, 2001.



Cytec 011602 Mtg Information.doc



Cytec - BDD Pilot Plant Ver 5.0.xls



MSDS AEM 232.doc

*This communication may be privileged and confidential.  It is intended only for the use of the intended recipient(s) identified above.  If you are not an intended recipient, please delete this communication.  Please do not disseminate, distribute, download or copy this communication.  Your possession of this communication shall not be deemed a waiver of any applicable privileges*





PLAINTIFF'S DEPOSITION EXHIBIT

CYT0000232

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

# *CONFIDENTIAL*

## Cytec Meeting – January 16, 2002

The following information is being supplied to representatives of Cytec Industries (Cytec) for a meeting to be conducted on January 16 to discuss their capability in toll producing an anionic inverse emulsion, hereinafter referred to by the designation of "AEM-232". This exchange of information is covered under the Proprietary Information Disclosure agreement (PID) relating to the composition and manufacturing information for new proprietary water soluble polymers executed between Hercules Incorporated and Cytec Industries with an effective date of November 1, 2001. Also supplied as separate files were a copy of the Version 5.0 pilot plant procedure (Cytec – BDD Pilot Plant Ver 5.0.xls) and a copy of the current AEM-232 MSDS.

Ⓔ *Send Sample*

### Raw Material Specifications

Ⓢ Oil: Exxsol D-80
| | |
|---|---|
| Flash Point | >70 °C |
| Aromatic Content | 0 – 0.2 |
| Sulfur Content (mg/kg) | 0 – 5 |
| Bromine Index (mg/100g) | 0 – 300 |

Ⓢ Sorbitan Monooleate, Peroxide Free: Atlas Point G-946 Intermediate
| | |
|---|---|
| Acid Number | 8 max. |
| Hydroxyl Number (mg KOH/g) | 190 – 215 |
| Water (%) | 1.0 max. |
| Residual Peroxide | <100 ppm |

Poly[hydroxystearate] Poly[ethylene glycol] diester: Hypermer B246SF
| | |
|---|---|
| Acid Value (g/ meq KOH) | 0 – 11 |
| Water Value | 0 – 2 |

Acrylamide
| | | |
|---|---|---|
| Assay by RI | 50 – 54 % | – nominal 53% |
| pH | 5.0 – 6.5 | – using Cytec mat'l already |
| Copper, ppm | 20 – 30 | |

Acrylic Acid
| | |
|---|---|
| Assay | 98.0% min. |
| Water (%) | 0.2 max. |
| MEHQ (ppm) | 180 – 220 |
| Dimer Content (%) | 0.5 max. |

Diethylenetriaminepentaacetic Acid: Versenex 80
| | |
|---|---|
| pH (1% solution) | 11.0 – 11.8 |
| Water (%) | 58.8 max. |

Cytec 011602 Mtg Information.doc

CYT0000233

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

# *CONFIDENTIAL*

(S) Sodium Hydroxide, NSF / Potable Approved    7 ppm max iron

| | |
|---|---|
| Sodium Chloride (%) | 1.10 max. |
| Silica (ppm) | 1,100 max. |
| Mercury (ppm) | 100 max. |

### 300-Gallon Reactor Configuration

Model ME-410 Ross Mixer, ~240 gal/min capacity for water.

Impeller geometries:

| | | |
|---|---|---|
| S | 24.25 in | impeller spacing |
| C | 10.25 in | height of bottom impeller above vessel floor |
| dimpt | 28 in | top impeller diameter |
| dimpb | 28 in | bottom impeller diameter |
| D_Tt | 0 6154 | D/T for top impeller |
| D_Tb | 0 6154 | D/T for bottom impeller |
| t_imp_ty | A320 | top impeller type |
| b_imp_ty | A320 | bottom impeller type |
| Tid_d | 0.2715 | top impeller depth/diameter |
| Bid_d | 1.1375 | bottom impeller depth/diameter |
| drHP | 7.5 HP | drive HP |
| Pvol | 28.0888 HP/gal power per 1000 gal. based on utilized volume | |

### AEM-232 Laboratory Procedure

Equipment:

1 L reaction kettle with 4-necked top, condenser, Claisen adapter, bubbler, sparge tube, thermocouple, 2-blade glass stir shaft, heating mantle, overhead stirrer, homogenizer, 500 mL Erlenmeyer flask, pH meter, Brookfield viscometer.

Chemicals:

Acrlyamide, acrylic acid, ammonium hydroxide, Exxsol D-80 oil, Atlas Point G-946, Hypermer B246SF, Versenex 80, DI water, AIBN, toluene, Tergitol 15-S-9.

Procedure:

Oil phase preparation-
    Tare the 1L reaction kettle and weigh in the desired amount of Exxsol D-80, Atlas G-946, and Hypermer B246SF. Place the kettle in a water bath heated to ~ 40 °C and

Cytec 011602 Mtg Information.doc

CYT0000234

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

*CONFIDENTIAL*

warm with stirring to dissolve the Hypermer B246SF. Prepare the aqueous monomer phase while the oil phase is warming.

Aqueous phase preparation-
    Tare the 500 mL Erlenmeyer flask and add the desired amount of acrylamide, acrylic acid, and DI water. Add the required amount of ammonium hydroxide slowly with swirling of the flask contents. Measure the temperature and pH of monomer solution. Add the required amount of Versenex 80 chelant.

Phase mixing-
    While the aqueous phase is still warm from base neutralization (35-40 °C) add the aqueous phase slowly to the warm (35-40 °C) oil phase which should now be homogenous. The phases are homogenized during the mixing step with the use of a wand- style hand blender purchased from a local retailer. After all of the monomer phase has been added ~ 1min. The mixture is further homogenized for 1 min to give a milky white emulsion. The viscosity of the emulsion is typically 140-200 cps at ~35 °C (Brookfield viscometer using spindle LV#1 at 6RPM).

Reactor setup-
    The reaction kettle is then fitted with the reactor top with the four necks occupied by the Claisen adapter connected to the condenser and sparge tube, the glass stir shaft, a thermocouple, and a rubber septum.

Pre-polymerization-
    The reactor contents are stirred at 200-300 RPM to ensure adequate mixing. The sparge tube is lowered below the emulsion surface and nitrogen is bubbled through the mixture. The heating mantle is placed on the reactor and the reactor is warmed to 57 °C over a 1h period concurrent with the nitrogen sparge.

Initiator preparation-
    Prepare a 3% by weight solution of Vazo 64 (AIBN) in toluene.

Polymerization-
    Raise the sparge tube and adjust the flow rate to give a positive nitrogen pressure in the headspace of the reactor. Add the initiator solution by syringe through the rubber septum. The temperature is maintained at 56-58 °C for four hours by use of the heating mantle and a cooling bath as needed. After four hours, the second initiator shot is added. Temperature is maintained until the exotherm has subsided usually 1-2h.

Burnout procedure-
    The burnout solution (3% AIBN in toluene) is prepared. The temperature of the reactor is set to 65 °C. The burnout solution is added and held at 65 °C for 3h.

Cytec 011602 Mtg Information.doc

CYT0000235

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER—D. DELEWARE C.A. No. 04-293 (KAJ)

*CONFIDENTIAL*

Final adjustments and filtering-

 After the burnout, the reactor is cooled to <40 °C and ammonium hydroxide is added for the final pH adjustment. The reactor is allowed to cool below 40 °C after the base addition and the Tergitol 15-S-9 is added. The reactor is cooled to ambient temperature and the contents are filtered through fine mesh to remove any gel particles.

| Raw Materials | Fw | Purity |
|---|---|---|
| Exxsol D-80 | --- | 100.00% |
| Atlas Point G-946 | 428.62 | 100.00% |
| Hypermer B246 SF | --- | 100.00% |
| Acrylamide | 71.08 | 53.00% |
| Acrylic Acid | 72.06 | 99.00% |
| Ammonium Hydroxide | 17.03 | 29.40% as NH3 |
| Versenex 80 | 503.26 | 40.00% |
| DI Water | 18.02 | 100.00% |
| Vazo 64 | 164.21 | 100.00% |
| Toluene | 92.14 | 100.00% |
| Tergitol 15-S-9 | --- | 100.00% |

Cytec 011602 Mtg Information.doc

CYT0000236

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER–D. DELEWARE C.A. No. 04-293 (KAJ)

## *CONFIDENTIAL*

Charges for a 500g reaction:

| Charges | moles | g / solid | To Scale(g) |
|---|---|---|---|
| Exxsol D-80 | | | 135.72 |
| Atlas Point G-946 | | 2.485 | 4.66 |
| Hypermer B246 SF | | 4.973 | 9.32 |
| *Oil Phase* | | | 153.69 |
| | | | |
| Acrylamide | 0.500000 | 35.540 | 125.60 |
| Acrylic Acid | 0.500000 | 36.030 | 68.17 |
| DI Water | | | 86.66 |
| Ammonium Hydroxide | 0.300000 | 5.109 | 32.55 |
| Versenex 80 | 0.000300 | 0.189 | 0.71 |
| *Aqueous Phase* | | | 313.68 |
| | | | |
| Vazo 64 | 0.000010 | 0.0016 | 0.0031 |
| Toluene | | | 0.099 |
| *Initiator Solution* | | | 0.103 |
| | | | |
| Vazo 64 | 0.000100 | 0.0164 | 0.03 |
| Toluene | | | 0.99 |
| *Burnout Solution* | | | 1.03 |
| | | | |
| Ammonium Hydroxide | 0.200000 | 3.406 | 21.70 |
| Tergitol 15-S-9 | | 5.235 | 9.81 |
| *Adjustments* | | | 31.50 |
| | | | |
| **Batch Weight** | | 92.985 | 500.00 |

CYT0000237

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

Supplied under Cytec 11/1/01 PID

## TREVOSE PILOT PLANT OPERATING PROCEDURE

| Process: | AEM 232 | G-21659 | Process system: | T-103 |
|---|---|---|---|---|
| version: | 5.0 | | Lot number: | |
| Author: | | | Run date: | 11/19/01 |

Locate and read the material safety data sheets for all of the chemicals that will be used in this procedure. Consult with your immediate supervisors if you do not understand any information being presented to you on the data sheets. Do not proceed until you have a clear understanding of the potential hazards and the precautions that are required to safely complete your work.

The MSDS sheets for each of the chemical materials used in this process accompany this procedure. Consult your supervisors if any are missing. After reading all of the data sheets and the associated material hazard summary and process review, sign your name in the space provided below indicating you understand the potential hazards and required safety precautions before starting this procedure.

| Operator | Date |
|---|---|
| Date | |

**General Hazards:**
The greatest hazards are posed by the handling of the raw materials.
Refer to the process review documentation for specific hazard data.

**Required Safety Equipment:**
Wear neoprene gloves when handling all chemicals in this procedure.
Wear gloves, a butyl jacket, and a full face respirator when handling the monomer solutions.
Wear gloves and a splash shield when sampling the reactor.
Ensure proper ventilation and exhaust pick up at sample and material handling locations.

**Emergency Procedure:**
In the event of any spills, equipment failures, or problems with the raw materials used in this procedure, you are
Refer to the process review documentation for specific hazard data.

**Contacts:**

**Released for Operations:**                     Date:

_____
*supervising engineer*

CONFIDENTIAL - RESTRICTED
THIS DOCUMENT CONTAINS PETZDLARBORS PROPRIETARY INFORMATION AND THE SAME IS USED, REFERRED, USED, PUBLISHED OR DISCLOSED TO OTHERS, WITHIN THE SPECIFIC NEED TO KNOW THIS DOCUMENT SHALL BE PROTECTED BY ACCORDANCE WITH THE PETZDLARBORS

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

~0672402.xls
page 1 of 1
Prepared by: Walchuk / Carey

TREVOSE PILOT PLANT PROCESS SPECIFICATION
Product: AEM-232
Revision: Version 5.0

Supplied under 11/1/01 Cytec PID

| Raw Materials | Generic | Fw | Purity | Density | Notes |
|---|---|---|---|---|---|
| Exssol D-80 | 9711 | -- | 100.00% | | |
| Atlas Point G-946 | 8512 | 428.62 | 100.00% | | |
| Hypermer B246 SF | 10460 | -- | 100.00% | | |
| Acrylamide | 6 | 71.08 | 53.00% | | |
| Acrylic Acid | 72 | 72.06 | 99.00% | | |
| Sodium Hydroxide (caustic) | 2502 | 40.00 | 50.00% | 1.000 | 50% Solids |
| Versenex 80 | 9194 | 503.26 | 40.00% | | |
| Vazo 64 | 5947 | 18.02 | 100.00% | | |
| DI Water | 9283 | 164.21 | 100.00% | | |
| Toluene | 0557 | 92.14 | 100.00% | 0.865 | |
| Terigliol 15-S-9 | 9406 | -- | 100.00% | | |

| Formulation Ref. | 2590-080 | |
|---|---|---|
| Exssol D-80 | 27.943% | wt % Total Batch |
| Atlas Point G-946 | 0.931% | wt % Total Batch |
| Hypermer B246 SF | 1.863% | wt % Total Batch |
| Acrylamide | 50.00% | Mole % Polym. Composition |
| Acrylic Acid | 50.00% | Mole % Polym. Composition |
| Sodium Hydroxide (caustic) | 60.00% | Mole % Acrylic Acid |
| Versenex 80 | 0.080% | Mole % Acrylamide |
| Vazo 64 | 10 | Molar ppm Monomer Charge |
| [Vazo 64] | 3.00% | wt. % Vazo 64 in Toluene |
| Vazo 64 | 10 | Molar ppm Monomer Charge |
| [Vazo 64] | 3.00% | wt. % Vazo 64 in Toluene |
| Vazo 64 | 100.00 | Molar ppm Monomer Charge |
| [Vazo 64] | 3.00% | wt. % Vazo 64 in Toluene |
| Sodium Hydroxide (caustic) | 40.00% | Mole % Acrylic Acid |
| Terigliol 15-S-9 | 1.061% | wt % Total Batch |
| Weight % Active | 30.00% | |
| Scale | 3,000.00 | Polymer as Salt, excl. Initiators |

Composition Estimation (wt. %)

| | | |
|---|---|---|
| Polymer as Salt | 30.0000% | Excl. Inititiators |
| Surfactants | 4.7550% | |
| Toluene | 0.2215% | |
| Initiators / Chelants | 0.0757% | |
| Oil | 27.9430% | |
| Water | 36.9947% | |
| | 100.0000% | |

Excluding Burnout & Adj. Charges
| | |
|---|---|
| wt. % Exssol D-80 | 30.35% |
| wt. % Atlas Point G-946 | 1.01% |
| wt. % Hypermer B246 SF | 2.02% |

Supplied under 11/1/01 Cytec PID

| Charges | moles | g/std. | Charge | To Scale | Grams | wt. % |
|---|---|---|---|---|---|---|
| Exssol D-80 | | | 76.899 | 830.29 | | 27.6763% |
| Atlas Point G-946 | | 2.562 | 2.562 | 27.93 | | 0.9310% |
| Hypermer B246 SF | | 5.127 | 5.127 | 55.69 | | 1.8630% |
| Exssol D-80, Line Flush | | | | 0.00 | | 0.2567% |
| **Oil Phase** | | | 84.588 | 922.11 | | 30.7370% |
| Acrylamide | 0.500000 | 35.540 | 67.057 | 730.99 | | 24.3065% |
| Acrylic Acid | 0.500000 | 36.030 | 36.394 | 396.74 | | 13.2245% |
| DI Water | | | -40.730 | 429.01 | | 14.3002% |
| Versenex 80 | 0.000300 | 0.169 | 0.377 | 4.11 | 1,860.34 | 0.1372% |
| Sodium Hydroxide (caustic) | 0.300000 | 6.594 | 24.000 | 261.63 | | 8.7200% |
| DI Water, Line Flush | | | | 5.00 | | 0.1667% |
| DI Water, Line Flush | | | | 10.00 | | 0.3333% |
| **Aqueous Phase** | | | 168.558 | 1,837.48 | | 61.2494% |
| Vazo 64 | 0.000010 | 0.0016 | 0.002 | 0.02 | 8.12 | 0.0006% |
| Toluene | | | 0.053 | 0.58 | 262.53 | 0.0193% |
| *Initiator Solution* | | | 0.055 | 0.997 | 270.65 | 0.0199% |
| Vazo 64 | 0.000010 | 0.0018 | 0.002 | 0.02 | 8.12 | 0.0006% |
| Toluene | | | 0.053 | 0.58 | 262.53 | 0.0193% |
| *Initiator Solution* | | | 0.055 | 0.997 | 270.65 | 0.0199% |
| Vazo 64 | 0.000100 | 0.0164 | 0.016 | 0.18 | 81.20 | 0.0060% |
| Toluene | | | 0.531 | 5.79 | 2,625.34 | 0.1925% |
| *Burnout Solution* | | | 0.547 | 5.97 | 2,700.64 | 0.1985% |
| Sodium Hydroxide (caustic) | 0.200000 | 4.396 | 16.000 | 174.42 | | 5.8140% |
| Tergitol 15-S-9 | | 5.397 | 5.397 | 58.83 | | 1.9610% |
| *Adjustments* | | | 21.397 | 233.25 | | 7.7760% |
| **Batch Weight** | | 95.854 | 275.200 | 3,000.00 | | 100.000% |

Notes
Dark Blue font indicates changes in the formulation and process sheets.
Shaded areas are variables that can be modified.

~0672402.xls Formulation

2nd 300-Gallon Batch, 11/19/01

CYT0000239

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER—D DELEWARE C.A. No. 04-293 (KAJ)

TREVOSE PILOT PLANT PROCESS SPECIFICATION    Supplied Under 11/1/01 Cytec PID
Product: AEM-232
Revision: Version 5.0

-8672402.xls
page 1 of 3
Prepared by: W. Ilchuk / Carey

| Step | Process Step | PV | Unit | Time | T (°F) | P (psig) | P (psig) | Comment |
|---|---|---|---|---|---|---|---|---|
| 1.0 | Equipment Preparation: | | | | | | | |
| 1.1 | Reactor and all ancillaries; clean and dry | | | | | | | |
| 1.2 | Reactor N₂ purge and vent 3X | | | | | | | |
| 1.3 | Place Hypernuer H246 SF in hot box to melt prior to use. | | | | | | | Melting point 99°F (37°C). |
| | For total Batch Size: | 3000.00 | lbs. | | | | | |
| 2.0 | Utility Start Up: | | | | | | | |
| 2.1 | Start the scrubber column (C-202) blower and the caustic recirculation pump. | | | | | | | |
| 2.2 | Verify the vapor riser and reflux return line from the T-103 decanter are open back to the reactor | | | | | | | |
| 2.3 | Open the T-103 jacket loop and overhead condenser to chilled water. | | | | | | | |
| 2.4 | Set the T-103 jacket high temperature limit. | 71.0 | °C | | | | | |
| 2.5 | Set the T-103 batch temperature set point. | 38.0 | °C | | | | | |
| 2.6 | Start the T-103 jacket loop pump. | | | | | | | |
| 3.0 | Oil Phase Charge to T-103:    MOLY7-A | | | | | | | |
| 3.1 | Charge T-103 with: | | | | | | | |
| | Exssol D-80 | 830.29 | lbs. | | | | | |
| | Atlas Point G-946 | 27.93 | lbs. | | | | | |
| | Hypermer H246 SF | 55.89 | lbs. | | | | | |
| 3.2 | Flush the funnel with Exssol D-80. | 8.00 | lbs. | | | | | |
| 3.3 | Start the T-103 agitator with the speed set as specified. | 40.0 | RPM | | | | | |
| 4.0 | Charge Aqueous Monomer Phase to T-105:    MOLYDER | | | | | | | |
| 4.1 | Use a drum pump or vacuum to charge T-105 with: | | | | | | | |
| | Acrylamide | 730.99 | lbs. | | | | | |
| | Acrylic Acid | 396.74 | lbs. | | | | | |
| 4.2 | Flush the charging line with DI water. | 429.01 | lbs. | | | | | |
| 4.3 | Start the T-105 agitator. Mix monomer solution for specified time. | 10.0 | Min. | | | | | |
| 4.4 | Charge T-105 through charging funnel with: | | | | | | | |
| | Sodium Hydroxide (caustic), wait for temperature to stabilize before adding versenes | 261.63 | lbs. | | | | | The temperature should not exceed |
| | Versenex 80 | 1866.3 | grams | | | | | 40°C during the caustic addition. |
| 4.5 | Flush the funnel with DI water. | 5.00 | lbs. | | | | | |
| 4.6 | Seal the T-105 hand hole and mix for the specified time. | 5.00 | Min. | | | | | |
| 4.7 | Check the pH of the aqueous phase in T-105, adjust as directed by project chemist. | 5.0 – 6.0 | pH | | | 74/101 | 5/3 – 5-4 | |
| 5.0 | Emulsion Preparation in T-103: | | | | | | | |
| 5.1 | Set the overhead piping to evacuate T-103 using the steam jet ejectors. | | | | | | | |
| 5.2 | Evacuate T-103 to specified vacuum. Isolate from the vacuum system when complete. | -20 | in. Hg | | | | | |
| 5.3 | Verify that the pressure regulator on T-105 is set as specified and pressurize T-105 with nitrogen. | 10.0 | PSIG | | | | | |
| 5.4 | Open the valves on the over-the-top transfer line from T-105 to T-103. | | | | | | | |
| 5.5 | Stop the T-105 agitator. | | | | | | | |
| 5.6 | Open the bottom outlet valve on T-105 to transfer the aqueous phase to T-103. | | | | | | | |

-8672402.xls Process                                      2nd 3000-Gallon Batch, 11/19/01.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

~8672402.xls
page 2 of 3
Prepared by: V. Michuk / Carey

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**    Supplied Under 11/1/01 Cytec PID
Product: AEM-232
Revision: Version 5.0

| Step | Process Step | PV | Unit | Time | T (°F) | P (psig) | Comments |
|---|---|---|---|---|---|---|---|
| 5.7 | Flush the specified amount of DI water through T-105 and the transfer line into T-103. | 10.00 | lbs. | | | | |
| 5.8 | When T-105 is empty close the bottom outlet valve. Vent any residual pressure on T-105 to the caustic scrubber. Break any residual vacuum on T-103 with nitrogen. | | | | | | |
| 5.9 | Vent T-103 to the caustic scrubber and then use nitrogen to purge the aqueous transfer hose and piping going from T-105 to T-103. | 10.0 | Min. | | | | |
| 5.10 | Allow the emulsion in T-103 to mix for at least the specified time. | | | | | | |
| 5.11 | Open the bottom outlet valve on T-103 to fill the Ross Mixer loop. | 1.0 | SCFM | | | | P.IO. |
| 5.12 | Start the nitrogen sparge in T-103 as specified. Sample to check the initial bulk viscosity. | | | | | | |
| 5.13 | Start the Ross mixer and homogenize the emulsion for the specified time. Sample to check the in-process bulk viscosity. | 30.0 | Min. | | | | |
| 5.14 | Upon approval of the bulk viscosity, stop the Ross mixer and close the T-103 bottom outlet valve. Purge the Ross mixer loop and isolate T-103 from the mixer loop. | 150-200 | cps | | | | Spindle ? at 6 rpm. |
| 5.15 | Set the T-103 batch temperature set point as specified. | 57.0 | °C | | | | |
| 5.16 | Continue sparging the emulsion with nitrogen for the specified time from t=0, Step 5.12. | 60.0 | Min. | | | | Record ? on O2. |
| 5.17 | Make up the first Vazo 64 initiator solution: | | | | | | |
| | Toluene | 262.53 | grams | | | | |
| | Vazo 64 | 8.12 | grams | | | | |
| 5.18 | Make up the second Vazo 64 initiator solution: | | | | | | |
| | Toluene | 262.53 | grams | | | | |
| | Vazo 64 | 8.12 | grams | | | | |
| 6.0 | Polymerization | | | | | | |
| 6.1 | Verify the T-103 batch temperature is as specified. | 57.0 | °C | | | | |
| 6.2 | Increase the T-103 agitator setting. | 80.0 | RPM | | | | |
| 6.3 | Upon approval, short feed the first Vazo 64 initiator solution to T-103 through the burette. | | | | | | An exotherm should be observed within ? min of the initiator addition. |
| 6.4 | If cooling can not maintain a batch temperature of less than 63 °C, sparge the batch with air until exotherm subsides and consult the project chemist. | | | | | | |
| 6.5 | Sample the batch during the polymerization as directed. | | | | | | Check for monomer conversion. |
| 6.6 | Maintain the T-103 temperature as specified for 4 hours. | 56-58 | °C | | | | |
| 6.7 | Obtain a sample for residual monomer testing at the conclusion of the hold. | | | | | | In-process QC for residual monomer. |
| 6.8 | Upon approval, short feed the second Vazo 64 initiator solution to T-103 through the burette. | | | | | | |
| 6.9 | Maintain the T-103 temperature as specified for 4 hours or until exotherm diminishes as evident by cooling water temperature approaching batch temperature. | 56-58 | °C | | | | |
| 6.10 | Obtain a sample for residual monomer testing at the conclusion of the hold. | | | | | | In-process QC for residual monomer. |
| 7.0 | Burnout | | | | | | |
| 7.1 | Make up Vazo 64 burnout solution: | | | | | | |
| | Toluene | 2625.34 | grams | | | | |
| | Vazo 64 | 81.2 | grams | | | | |

2nd 300-Gallon batch, 11/19/01

~8672402.xls Process

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04.293 (KAJ)

TREVOSE PILOT PLANT PROCESS SPECIFICATION    Supplied Under 11/1/01 Cytec PID
Product: AEM-232
Revision: Version 5.0

~0672402.xls
page 3 of 3
Prepared by: Walchuk / Carey

| Step | Process Step | PV | Unit | Time | T (°F) | P (psig) | Comment |
|------|--------------|-----|------|------|--------|----------|---------|
| 7.2 | Adjust the T-103 batch temperature set point. | 65.0 | °C | | | | |
| 7.3 | Verify the T-103 batch temperature is as specified. | 63-67 | °C | | | | |
| 7.4 | Upon approval, short feed the Vnzo 64 burnout solution to T-103 through the burette. | | | | | | Add 1/4 of the charge first to ensure a large exotherm does not result, then complete the addition. |
| 7.5 | Allow the emulsion to mix for the time specified. | 180.0 | Min. | | | | |
| 7.6 | Obtain a sample for residual monomer resting at the conclusion of the hold. | / | | | | | In process QC for residual monomer. |
| 7.7 | On approval, adjust the T-103 batch temperature set point. | 25.0 | °C | | | | |
| 8.0 | pH Adjustment, Breaker Addition, and Packaging | | | | | | |
| 8.1 | After the batch temperature has cooled to 40 °C, add the following adjuncts. | | | | | | Record batch temperature. |
|     | Sodium Hydroxide (caustic) | 174.4 | lbs. | | | | |
|     | Tergitol 15-S-9 | 58.8 | lbs. | | | | Add very slowly to batch. |
| 8.2 | Allow the emulsion to mix for the specified time after additions while continuing to cool. | 30.0 | Min. | | | | |
| 8.3 | After hold, sample to QC for inversion test. | | | | | | |
| 8.4 | Upon approval, verify the batch temperature and prepare for packaging. | 22-27 | °C | | | | |
| 8.5 | Filter the emulsion through the Kason Screener (64 THC Grade Screen) into an HDCLPH: poly drum. Turn off the T-103 agitator. Sample to QC for final tests. | | | | | | |
| 9.0 | Clean Up | | | | | | |
| 9.1 | Flush all feed tanks and lines with DM water. | | | | | | |
| 9.2 | Charge T-103 with 300 gallons DM water, open all loop valves and start loop flow. | | | | | | |
| 9.3 | Adjust reactor set point to 65 °C and circulate water for 1 hour. | | | | | | |
| 9.4 | Shutdown mixer and loop pump. Drain equipment hot. | | | | | | |
| 9.5 | Blow loop clear to drain with N2 and close all valves | | | | | | |
| 9.6 | Shutdown all utilities. | | | | | | |
|     | | | | | | | |

NOTE: The values for the cells designated with shading are linked to the Formulation sheet.

2000 PPM total AMD + AA

AMD 750 ?   (no polymer active)
AA   125b ?

~0672402.xls Process

2nd 300-Gallon Batch, 11/19/01

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

TREVOSE PILOT PLANT PROCESS SPECIFICATION                    ~8672402 xls
Product: AEM-232                                                   page 1 of 2
Revision: Version 5.0                                    Prepared by: Walchuk / Carey

**Changes From Version 4.0 to Version 5.0.**
Formulation Sheet:
    no changes
Process Sheet:
3.3    agitator speed lowered from 80 to 40 RPM
4.4    changed temperature note from 44 °C to 49 °C for base addition temperature rise.
5.15    decreased set point to 57°C (135 °F) from 140 °F.
6.1    decreased set point to 57 °C (135 °F) from 140 °F.
6.2    decreased agilator speed from 125 to 80 RPM
6.6    decreased hold temperature to 56-58 °C from 59-61 °C).
    decreased hold temperature to 56-58 °C from 59-61 °C), length of hold
6.9    4h or until exotherm subsides..

**Changes From Version 3.0 to Version 4.0.**
Formulation Sheet:
    Batch weight to 3000 pounds from 500 pounds
Process Sheet:
4.4    added waiting period for temperature to stabilize before adding Versenex 80
4.6    decreased mixing time from 10 min to 5 min to reduce chance of auotopolymerization
5.13    Increased homogenization time from 10 min to 30 min due to batch size
5.14    Changed viscosity spec to 150-200 (from 180-350) at spindle #1 / 6 rpm.
5.15    Increased set point to 60°C (140°F) from 135°F.
6.1    Increased set point to 60 °C (140°F) from 135°F.
6.6    Increased hold temperature to 59-61 °C from 131-138°F (55-59 °C).
    Increased hold temperature to 59-61 °C from 131-138°F (55-59 °C), length of hold
6.9    4h or until exotherm subsides..
7.5    burnout hold time increased to 180 min from 120 min.

**Changes From Version 2.1 to Version 3.0.**
Formulation Sheet:
    Eliminated Coagulant 132 component
    Substituted 50% Sodium Hydroxide for Ammonium Hydroxide as the base.
    Modified the Vazo 64 shot protocol to add an additional 10 ppm shot.
Process Sheet:
    Converted all temperature references to °C units.
5.14    Changed viscosity spec to 180-350 (from 200-400) at spindle #1 / 6 rpm.
5.15    Increased set point to 57°C (135°F) from 130°F.
5.18    (New) Added a 2nd 10 ppm Vazo 64 solution.
6.1    Increased set point to 57°C (135°F) from 130°F.
6.2    (New) Increase T-102 agitator to 125 rpm from 80 rpm.
6.4    Lowered required temperature for air sparge to 63°C from 150°F (65°C).
6.6    Increased hold temperature to 55-59°C from 127-135°F (53-57C)
6.8
6.9    (New) Added a 2nd 10 ppm Vazo 64 solution addition
6.10
7.4    Added note to add part of the burnout solution and check for an exotherm.

**Changes From Version 1 (RFPT Filing) to Version 2.1.**
Formulation Sheet:
    Corrected generic code for ammonium hydroxide.

~8672402.xls Notes                              Supplied Under Cytec 11/1/01 PID

CYT0000243

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

TREVOSE PILOT PLANT PROCESS SPECIFICATION      ~8672402.xls
Product: AEM-232      page 2 of 2
Revision: Version 5.0      Prepared by: Walchuk / Carey

Added note that FW listed for Coag 132 is the FW for 2-ethylhexyl acrylate
Set Fw for ammonium hydroxide to be that of ammonia (17.03).
Added note that purity of ammonium hydroxide is reported as wt. % ammonia.
Corrected mole % ammonia hydroxide charges as a function of the acrylic acid.
Reduced initial Vazo 64 charge to 10 ppm of the total monomer (from 250).
Corrected error in ammonium hydroxide g/sld charge calculation.

Process Sheet:

| | |
|---|---|
| 2.4 | Increased jacket high T limit from 150F (65C) to 160F (71C). |
| 3.0 | Eliminated the use of vacuum to charge the reagents. |
| 4.0 | Eliminated the use of vacuum to charge the reagents. |
| 4.3 | Reverse order of addition for the ammonia hydroxide and Versenex 80 solutions. |
| 4.7 | Expanded the pH range to 5.0 - 6.0 (from 5.3 - 5.7). |
| 5.13 | Increased homogenization time to 10 minutes (from 2 minutes). |
| 5.14 | Changed viscosity spec to 200-400 (from 350-500) at spindle #1 / 6 rpm (from #3 / 12 rpm). |
| 5.15 | Increased set point to 130F (55C) from 122F (50C). |
| 5.17 | Significant reduction in initiator charge (10 ppm molar from 250 ppm molar). |
| 6.1 | Increased polymerization temperature to 130F (55C) from 122F (50C). |
| 6.2 | Initiator solution is shot feed versus over time. |
| 6.5 | Hold increased to 4 hours at 127-135F (53-57C) (versus 2 hours at 138-144F (59-62C)). |
| 7.0 | Hold temperature increased to 146-154F (63-67C) (from 138-144F (59-62C)). |
| 8.0 | Rewrote instructions to adjust while cooling to 77F after a batch temperature of 104F is achieved. |

Supplied Under Cytec 11/1/01 PID

CYT0000244

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

BETZDEARBORN MATERIAL
SAFETY DATA SHEET

EFFECTIVE DATE: 21-AUG-2001
PRINTED DATE:  21-AUG-2001

1) CHEMICAL PRODUCT AND COMPANY IDENTIFICATION

PRODUCT NAME : AEM-232

PRODUCT APPLICATION AREA: SUPPLIED MATERIAL.

COMPANY ADDRESS:
BetzDearborn Inc.
4636 Somerton Road, Trevose, Pa. 19053
Information phone number: (215) - 355-3300

EMERGENCY TELEPHONE (HEALTH/ACCIDENT): (800)-877-1940 (USA)

2) COMPOSITION / INFORMATION ON INGREDIENTS

Information for specific product ingredients as required by the
U.S. OSHA HAZARD COMMUNICATION STANDARD is listed. Refer to
additional sections of this MSDS for our assessment of the potential
hazards of this formulation.

HAZARDOUS INGREDIENTS:

| CAS# | CHEMICAL NAME |
|---|---|
| 64742-47-8 | ISOPARAFFINIC PETROLEUM DISTILLATE<br>Combustible liquid; irritant |
| 84133-50-6 | ALCOHOLS,C12-14-SECONDARY,ETHOXYLATED<br>Irritant (eyes) |

No component is considered to be a carcinogen by the National Toxicology
Program, the International Agency for Research on Cancer, or the
Occupational Safety and Health Administration at OSHA thresholds for
carcinogens.

CYT0000245

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER—D. DELEWARE C.A. No. 04-293 (KAJ)

PAGE 1                              CONTINUED

PRODUCT NAME : AEM-232
EFFECTIVE DATE: 21-AUG-2001

_____

3) HAZARDS IDENTIFICATION

************************************************************************

EMERGENCY OVERVIEW

WARNING

May cause moderate irritation to the skin. May cause dermatitis.
May cause moderate irritation to the eyes. Mists/aerosols may cause
irritation to upper respiratory tract.

DOT hazard is not applicable
Emergency Response Guide is not applicable
Odor: Slight Hydrocarbon; Appearance: Yellow To Amber, Emulsion

Fire fighters should wear positive pressure self-contained breathing
apparatus(full face-piece type). Proper fire-extinguishing media:
dry chemical, carbon dioxide, foam or water

************************************************************************

POTENTIAL HEALTH EFFECTS

ACUTE SKIN EFFECTS:
Primary route of exposure; May cause moderate irritation to the
skin. May cause dermatitis.

ACUTE EYE EFFECTS:
May cause moderate irritation to the eyes.

ACUTE RESPIRATORY EFFECTS:
Mists/aerosols may cause irritation to upper respiratory tract.

INGESTION EFFECTS:
May cause gastrointestinal irritation with possible nausea,
vomiting, diarrhea, mental confusion, dizziness and lethargy. Small
amounts aspirated during ingestion or vomiting may cause lung
injury. possibly leading to death.

TARGET ORGANS:
Prolonged or repeated exposures may cause CNS depression and/or
defatting-type dermatitis.

MEDICAL CONDITIONS AGGRAVATED:
Not known.

SYMPTOMS OF EXPOSURE:
Inhalation may cause irritation of the respiratory tract. Skin
contact may cause itching and/or redness.

CYT0000246

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

PAGE 2                           CONTINUED

PRODUCT NAME : AEM-232
EFFECTIVE DATE: 21-AUG-2001

4) FIRST AID MEASURES

SKIN CONTACT:
Wash thoroughly with soap and water. Remove contaminated clothing.
Thoroughly wash clothing before reuse. Get medical attention if
irritation develops or persists.
EYE CONTACT:
Remove contact lenses. Hold eyelids apart. Immediately flush eyes
with plenty of low-pressure water for at least 15 minutes. Get
immediate medical attention.
INHALATION:
Remove to fresh air. If breathing is difficult, give oxygen. If
breathing has stopped, give artificial respiration. Get immediate
medical attention.
INGESTION:
Do not feed anything by mouth to an unconscious or convulsive
victim. Do not induce vomiting. Immediately contact physician.
Dilute contents of stomach using 3-4 glasses milk or water
NOTES TO PHYSICIANS:
This product contains a hydrocarbon solvent. Aspiration into the
lungs will result in chemical pneumonia and may be fatal.

5) FIRE FIGHTING MEASURES

FIRE FIGHTING INSTRUCTIONS:
Fire fighters should wear positive pressure self-contained breathing
apparatus (full face-piece type).
EXTINGUISHING MEDIA:
dry chemical, carbon dioxide, foam or water
HAZARDOUS DECOMPOSITION PRODUCTS:
Thermal decomposition (destructive fires) yields elemental oxides.
FLASH POINT:
> 200F  > 93C P-M(CC)

6) ACCIDENTAL RELEASE MEASURES

PROTECTION AND SPILL CONTAINMENT:
Ventilate area. Use specified protective equipment. Contain and
absorb on absorbent material. Place in waste disposal container.
Flush area with water. Wet area may be slippery. Spread sand/grit.
DISPOSAL INSTRUCTIONS:
Water contaminated with this product may be sent to a sanitary sewer
treatment facility,in accordance with any local agreement,a permitted
waste treatment facility or discharged under a permit. Product
as is - Incinerate or land dispose in an approved landfill.

CYT0000247

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

PAGE 3                              CONTINUED

PRODUCT NAME : AEM-232
EFFECTIVE DATE: 21-AUG-2001

---

7) HANDLING AND STORAGE

HANDLING:
   Clean spill immediately. Wash contaminated skin promptly.
STORAGE:
   Keep containers closed when not in use. Avoid moisture
   contamination. Store at ambient temperatures. Shelf life 180 days.

---

8) EXPOSURE CONTROLS/PERSONAL PROTECTION

EXPOSURE LIMITS
CHEMICAL NAME

ISOPARAFFINIC PETROLEUM DISTILLATE
   PEL (OSHA):  400 PPM
   TLV (ACGIH): NOT DETERMINED

ALCOHOLS,C12-14-SECONDARY,ETHOXYLATED
   PEL (OSHA):  NOT DETERMINED
   TLV (ACGIH): NOT DETERMINED

ENGINEERING CONTROLS:
   Adequate ventilation to maintain air contaminants below exposure
   limits.
PERSONAL PROTECTIVE EQUIPMENT:
   Use protective equipment in accordance with 29CFR 1910 Subpart I
   RESPIRATORY PROTECTION:
      A RESPIRATORY PROTECTION PROGRAM THAT MEETS OSHA'S 29 CFR
      1910.134 AND ANSI Z88 2 REQUIREMENTS MUST BE FOLLOWED WHENEVER
      WORKPLACE CONDITIONS WARRANT A RESPIRATOR'S USE.
      USE AIR PURIFYING RESPIRATORS WITHIN USE LIMITATIONS ASSOCIATED
      WITH THE EQUIPMENT OR ELSE USE SUPPLIED AIR-RESPIRATORS.
      If air-purifying respirator use is appropriate, use a
      respirator with organic vapor cartridges.
   SKIN PROTECTION:
      nitrile gloves-- Wash off after each use. Replace as
      necessary.
   EYE PROTECTION:
      splash proof chemical goggles

CYT0000248

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER–D. DELEWARE C.A. No. 04-293 (KAJ).

PAGE 4                                    CONTINUED

PRODUCT NAME : AEM-232
EFFECTIVE DATE: 21-AUG-2001

---

## 9) PHYSICAL AND CHEMICAL PROPERTIES

Specific Grav.(70F,21C)  1 031      Vapor Pressure (mmHG)  ~ 18 0
Freeze Point (F)    < 23      Vapor Density (air=1)  > 1.00
Freeze Point (C)    < -5
Viscosity(cps 70F,21C)  144      % Solubility (water)   < 0.0

Odor                 Slight Hydrocarbon
Appearance                  Yellow To Amber
Physical State          Emulsion
Flash Point     P-M(CC)    > 200F > 93C
pH  (approx.)            ND
Evaporation Rate (Ether=1)      < 1.00

NA = not applicable   ND = not determined

---

## 10) STABILITY AND REACTIVITY

STABILITY:
  Stable under normal storage conditions.
HAZARDOUS POLYMERIZATION:
  Will not occur.
INCOMPATIBILITIES:
  May react with strong oxidizers.
DECOMPOSITION PRODUCTS:
  Thermal decomposition (destructive fires) yields elemental oxides.
BETZDEARBORN INTERNAL PUMPOUT/CLEANOUT CATEGORIES:
  "B"

---

## 11) TOXICOLOGICAL INFORMATION

No Data Available.

---

## 12) ECOLOGICAL INFORMATION

AQUATIC TOXICOLOGY
No Data Available.

BIODEGRADATION
No Data Available.

CYT0000249

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

PAGE 5                                    CONTINUED

PRODUCT NAME : AEM-232
EFFECTIVE DATE: 21-AUG-2001

---

13) DISPOSAL CONSIDERATIONS

If this undiluted product is discarded as a waste, the US RCRA
hazardous waste identification number is :
Not applicable

Please be advised; however, that state and local requirements for
waste disposal may be more restrictive or otherwise different from
federal regulations. Consult state and local regulations regarding
the proper disposal of this material.

---

14) TRANSPORT INFORMATION

DOT HAZARD:             Not Applicable
UN / NA NUMBER:        Not applicable
DOT EMERGENCY RESPONSE GUIDE #: Not applicable

---

15) REGULATORY INFORMATION

TSCA:
    All components of this product are listed in the TSCA inventory.
CERCLA AND/OR SARA REPORTABLE QUANTITY (RQ):
    Treat as oil spill
FOOD AND DRUG ADMINISTRATION:
    No FDA approval for paper or paperboard having food contact.
SARA SECTION 312 HAZARD CLASS:
    Immediate(acute);Delayed(Chronic)
SARA SECTION 302 CHEMICALS:
    No regulated constituent present at OSHA thresholds
SARA SECTION 313 CHEMICALS:

| CAS# | CHEMICAL NAME | RANGE |
|------|---------------|-------|
| 108-88-3 | TOLUENE | 0.1-1.0% |

---

CALIFORNIA REGULATORY INFORMATION

CALIFORNIA SAFE DRINKING WATER AND TOXIC
ENFORCEMENT ACT (PROPOSITION 65) CHEMICALS PRESENT:
    This product contains these chemicals known to the state of
    California to cause cancer or reproductive toxicity:

| CAS# | CHEMICAL NAME |
|------|---------------|
| 108-88-3 | TOLUENE |

---

MICHIGAN REGULATORY INFORMATION

| CAS# | CHEMICAL NAME |
|------|---------------|
| 108-88-3 | TOLUENE |

CYT0000250

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

PAGE 6                              CONTINUED

PRODUCT NAME : AEM-232
EFFECTIVE DATE: 21-AUG-2001

16) OTHER INFORMATION

  NFPA/HMIS                    CODE TRANSLATION

  Health              2     Moderate Hazard
  Fire                1     Slight Hazard
  Reactivity          0     Minimal Hazard
  Special           NONE    No special Hazard
  (1) Protective Equipment   B     Goggles,Gloves

    (1) refer to section 8 of MSDS for additional protective equipment
    recommendations.


  CHANGE LOG

      EFFECTIVE
      DATE     REVISIONS TO SECTION:    SUPERCEDES
      ───────  ──────────────────────  ─────────
  MSDS status: 11-JUL-2001              ** NEW **
       21-AUG-2001  3,1             11-JUL-2001


PAGE 7

CYT0000251

**EXHIBIT 2**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

# PROCESS CHANGE AUTHORIZATION
## PCA Title: AEM-232 200 Gallon Pilot Plant Batch
### ID Number: 02PP-001



PCA Documents: Aem-232.

| Date: | 01/17/2002 02:00:58 PM |
|---|---|
| Initiator: | Zeb Morgan/Cytec Industries |
| Department and/or Unit: | Pilot Plant |
| Classification | ○ Class I  ● Class II |
| Duration of change | ● Permanent ○ Temporary |
| Type Change:<br>*Check all that apply to this document* | ☐ Equipment  ☐ New Chemical (QC or MSL Lab)<br>☐ Facility  ☐ Procedural<br>☐ Interlock or Alarm or trip  ☐ Process Control<br>☒ New Chemical (Process/Resale) ☐ Technology |

| | Process being changed |
|---|---|
| Unit(s) or Section (s) Affected: | Pilot Plant - 200 gallon reactor |
| P&ID's Affected - List Dwg Numbers: | N/A |
| Equipment, Instrument or Component Name(s)/Number(s) | 200 gallon reactor at Pilot Plant and ancillary equipment. |
| Operating Procedure Name(s) / Number(s) | AEM-232 |
| Technical Basis/Reasons for change: | Produce trial quantity of material for Hercules testing; process has been developed by Hercules. |
| Detail of Change: | AEM-232 is a 50% mole anionic emulsion similar to Polyflex CP.3; the surfactant system includes SMO and Hypermer 246 (both are current plant raw materials). The breaker is Tergitol 15-S-3 which is a C11-C15 secondary alcohol ethoxylate which is similar to Alfonic 1412-60. The catalyst is Vazo 64 which was used at Mobile to manufacture Cypres 48. All other raw materials are currently used at Mobile to manufacture emulsions. During the week of January 28, a laboratory batch will be prepared to verify the formulation and at the end of the week a 200 gallon batch will be prepared. Hercules technical personnel will be in attendance. Labels and MSDS's will be available from Hercules prior to production. A BOM or routing is not required for the 200 gallon size batch. Joe Kozakiewicz has prepared the business case (NPI for the product). A what if PHA will be conducted prior to production. Another PCA will be issued for the production of a 1000 gallon batch during the week of 2/18. A BOM and routing will be required for the 1000 gallon test batch. A Cytec PSCF will be submitted prior to production. |
| Expected effects on Safety and Health: | N/A |
| Impact on Environment: | N/A |

| | Safety/Hazards Analysis |
|---|---|
| Process Hazards Analysis (PHA) Required? | ○ Yes ● No |

## Checklist for determining PCA Classification
### Approved By

| Approving Party Title | Approving Party (Exclusive) | Approve/Reject | Comment on Document |
|---|---|---|---|
| Change Initiator | Zeb Morgan/Cytec Industries | *Approve* | |





PLAINTIFF'S DEPOSITION EXHIBIT
43

CYT0000303

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

| Production Superintendent | Robert Bressel/Cytec Industries | *Approve* | General approval  Batch sheet requires some modifications These will be addressed in the PHA. |
|---|---|---|---|
| Technical | Zeb Morgan/Cytec Industries | *Approve* | |
| Engineering | Daphne Sprayberry/Cytec Industries | Approve | |
| Environmental | Thomas E. Hankins/Cytec Industries | | |
| Quality Control | Marc Mouner/Cytec Industries | *Approve* | |
| Product Steward | Cindy Jones/Cytec Industries | *Approve* | Do you have MSDS for the Tergitol 15-S-3? |
| Bill of Material Owner | | | |
| Other | | | |
| Other | | | |

### Names below are not required for "Class 1" PCA.  *This is a Class II PCA*

| Plant Manager | Joe Borodan/Cytec Industries | | |
|---|---|---|---|
| Safety | Gregory Smith/Cytec Industries | | |
| Plant Engineer | John Zimmerman/Cytec Industries | | |
| Production Manager | | | |

| Pre Startup Safety Review Completed: ○ Yes ● No | Date:    PSSR ID#: | |
|---|---|---|

Change Completion Date:
Class I change inspected by:

Zeb Morgan   Created   01/17/02 02:00 PM
Zeb Morgan   -Edit-  01/17/02 02:15 PM
Zeb Morgan   -Edit-  01/17/02 02:52 PM
Marc Mouner   -Edit-   01/17/02 03:00 PM
Cindy Jones   -Edit-  01/18/02 08:04 AM
Robert Bressel   -Edit-  01/21/02 02:03 PM
Daphne Sprayberry   -Edit-  01/22/02 10:41 AM
Technical: Zeb Morgan  Approve  01/17/02 02:00 PM
Initiator: Zeb Morgan  Approve  01/17/02 02:00 PM
QC Supervisor: Marc Mouner  Approve  01/17/02 03:00 PM
Pstd: Cindy Jones  Approve  01/18/02 08:04 AM
Product Superintendent: Robert Bressel  Approve  01/21/02 02:03 PM
Engineer: Daphne Sprayberry  Approve  01/22/02 10:41 AM

CYT0000304

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

# AEM-232

Rev Date:        1/17/02
PCA #            02PP-001

REQUIRED BATCH SIZE        1,500 LB

| | ORIGINAL RECIPE | WT % ORIGINAL RECIPE | | LB actual batch | |
|---|---|---|---|---|---|
| **Oil Phase Make-up:** | | | Standard | | |
| Escaid 110 | 830.29 | 0.2768 | 0.2850 | 415.15 | 415.1452694 |
| Arlacel 80AC | 27.93 | 0.0093 | 0.0095 | 13.97 | |
| Hypermer B246 SF | 55.89 | 0.0186 | | 27.95 | |
| PARAFFIN SOLVENT FLUSH | 8.00 | 0.0027 | | 4.00 | 4.000002596 |
| | | 922.11 | | | |
| **Monomer Phase Make-up:** | | | | | |
| AMD REAL | 387.42 | 0.1291 | 0.1317 | 193.71 | |
| % AMD | | | | | 0.52 | 0.48 |
| TOTAL WATER | 1,014.48 | 0.3382 | 0.3449 | 507.24 | 507.2399792 |
| ACRYLIC ACID | 396.74 | 0.1322 | 0.1349 | 198.37 | |
| AQUEOUS AMMONIA (29%) | 66.34 | 0.0221 | 0.0226 | 33.17 | |
| VERSENEX 80 | 4.11 | 0.0014 | 0.0014 | 2.06 | |
| MONOMER FLUSH WATER | 15.00 | 0.0050 | 0.0051 | 7.50 | 7.500004868 |
| | | 1884.09 | | | |
| VAZO 64 | 0.02 | 0.0000 | 0.0000 | 0.01 | |
| TOLUENE | 0.58 | 0.0002 | 0.0002 | 0.29 | |
| | | | | | |
| VAZO 64 | 0.02 | 0.0000 | 0.0000 | 0.01 | |
| TOLUENE | 0.58 | 0.0002 | 0.0002 | 0.29 | |
| | | | | | |
| VAZO 64 | 0.18 | 0.0001 | 0.0001 | 0.09 | |
| TOLUENE | 5.79 | 0.0019 | 0.0020 | 2.89 | |
| | | | | | |
| **Breaker / Stabilizer:** | | | | | |
| AQUEOUS AMMONIA (29%) | 127.81 | 0.0426 | 0.0435 | 63.90 | |
| TERGITOL 15-S-9 | 58.83 | 0.0196 | 0.0200 | 29.42 | |
| | | | | | |
| | 3.000 | 1.0000 | | 1,500 | |

TOTAL AMD SOLUTION CHARGE        372.52
WATER IN AMD SOLUTION        178.81
ADJUST WATER        326.43

CYT0000305

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

# AEM-232

| | | | |
|---|---|---|---|
| Rev Date: | 1/17/02 | PCA # 02PP-001 | |
| BATCH SIZE: | 1,500 lb | 179 gal | |
| Rx _____ to B/S _____ | | Prod. Date: _____ | |

| | | | | | Time Start | Operator Initials |
|---|---|---|---|---|---|---|
| **Oil Phase Make-up:** | | REACTOR # ____ | DATE ____ | AM/PM | | |
| 1. Charge | 415.15 lb | Escaid 110 | to TA-192 | | | |
| 2. Charge | 13.97 lb | Arlacel 80AC | to TA-192 | | | |
| 3. Adjust the oil phase to 100 - 120°F | | | | Temp. °F | | |
| 4. Charge | 27.95 lb | Hypermer B246 SF | to TA-192 | | | |

| | | | | | Time Start | Operator Initials |
|---|---|---|---|---|---|---|
| **Monomer Phase Make-up:** | | MONOMER TANK # ____ | DATE ____ | AM/PM | | |
| 5. Charge | 372.52 lb | AMD SOLUTION at | 52.00% solids. Adjust charge as required for AMD solids. | | | |
| 6. Flush | 328.43 lb | WATER | through the AMD line into the Monomer Tank | START AGITATOR | | |
| 7. Charge | 198.37 lb | ACRYLIC ACID | | | | |
| 8. Maintain the Monomer temp at 75 - 100°F and mix for 10 minutes. | | | | Temp. °F | | |
| 9. Charge | 29.85 lb | AQUEOUS AMMONIA (29%) | | Start pH | | |
| 10. Apply cooling while charging the Aq. Ammonia to keep the monomer between 100 - 110°F. | | | | Temp. °F | | |
| 11. pH should be 5.0 - 6.0. Hold as needed. Record Lbs Ammonia charged. | | | | Final pH | | |
| If pH is not in range, contact supervision. | | | | | | |
| 12. Adjust the Monomer temperature to 100 - 105°F. | | | | Temp. °F | | |
| 13. Charge | 932.15 gr | VERSENEX 80 | | Lot No. | | |
| 14. Agitate for 5 minutes. | | | | | | |
| 15. Check & adjust the final pH to 5.0 - 6.0 with AQ. AMMONIA or SULFURIC ACID. | | | | Final pH | | |

| | | | | | Time Start | Operator Initials |
|---|---|---|---|---|---|---|
| **Homogenization Phase:** | | DATE ____ | AM/PM ____ | | | |
| 16. Transfer & homogenize the Monomer phase into the designated reactor - TA-192. | | | | | | |
| 17. Flush | 7.50 lb | DI water through the Monomer tank and piping into the designated reactor. | | | | |
| 18. Check bulk viscosity (150 - 200 cp). | | | | Bulk Viscosity | | |
| 19. Flush | 4.00 lb | Paraffin Solvent through the reactor piping into the reactor. | | | | |

| | | | | | Time Start | Operator Initials |
|---|---|---|---|---|---|---|
| **Reaction Phase:** | | DATE: ____ | | AM/PM ____ | | |
| 20. Sparge Reactor down to 100 ppm O2 and adjust the batch temp to 133 - 135°F using hot water | | | | O2 ppm | | |
| 21. Charge | 4.06 gr | Vazo 64 dissolved in | 131.26 gr of toluene. | | | |
| 22. Start cooling as soon as the batch initiates. Maintain the batch temperature at 133 - 136 °F. Record time initiation starts. | | | | | | |
| 23. If the temperature cannot be maintained below 145 oF, use air to reduce the rate of rise and contact the supervisor. | | | | | | |
| 24. Maintain the batch temperature at 133 - 136 °F for 240 minutes. | | | | | | |
| 25. Reduce cooling as necessary to maintain the batch temperature. At the end of the 240 min hold, sample for residual monomers. | | | | | | |
| Record time 240 minute hold is complete. | | | | | | |
| 26. Charge | 4.06 gr | Vazo 64 dissolved in | 131.26 gr of toluene. Record time catalyst is added. | | | |
| 27. Maintain the batch temperature at 133 - 136 °F for 240 minutes or cooling water flow is stopped for 15 minutes. | | | | | | |
| Record time the second 240 minute hold is complete. | | | | | | |
| 28. At end of second 240 minute hold sample for residual monomers. | | | | | | |
| 29. Charge | 40.60 gr | Vazo 64 dissolved in | 1312.6 gr of toluene. Record time catalyst is added | | | |
| 30. Maintain the batch temperature at 145 - 153 °F for 180 minutes. Heat batch with hot water as necessary to maintain temperature. | | | | | | |
| Record time burnout catalyst is added. | | | | | | |
| 31. After the burnout, sample for residual monomers. | | | | | | |
| 32. If AMD < 750 ppm and AA <1200 ppm, cool batch to 100 - 104 °F. | | | | | | |

| | | | | | Time Start | Operator Initials |
|---|---|---|---|---|---|---|
| **Finishing Phase:** | | BREAKER TANK # ____ | DATE ____ | AM/PM ____ | | |
| 33. Charge | 63.90 lb | AQUEOUS AMMONIA (29%) | to reactor TA-192. | | | |
| 34. Charge | 29.42 lb | TERGITOL 15-S-9 | to reactor TA-192. | | | |
| 35. Agitate for 30 minutes and pull two samples for lab. | | | | | | |
| 36. Cool the batch to 72 - 81 °F. | | | | | | |
| 37. Upon approval, transfer the batch to Filter Station/ANIONIC Hold Tank as directed by Supervision. Filter through 150 mesh socks. | | | | | | |
| CAUSTIC WASH | NO WASH | | | | Supt. Initials | |

CYT0000306