# EXHIBIT 3

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE CA
NO. 04-293 (KAJ)

HRC0056966

# HERCULES

## Cytec Scale up - AEM232 - 1/29/02

### Brian Walchuk
### February 5, 2002

*Complete Solutions for Pulp and Paper*



PHX038



PLAINTIFF'S DEPOSITION EXHIBIT

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A
NO. 04-293 (KAJ)

HERC0066969

# HERCULES

## Current Formulation/Procedure

- Exxsol D80 — 28%
- Atlaspoint G-946 — 1%
- Hypermer B246 SF — 2%
- Acrylamide — 13%
- Acrylic acid — 13%
- Sodium Hydroxide — 7%
- Water — 33%
- Versenex 80 — 0.1%
- Toluene — 0.2%
- AIBN — 0.007%
- Tergitol 15-S-9 — 2%

- Oil phase is mixed and warmed to 37 °C
- Monomer phase is mixed and caustic addition warms the solution to ~41 °C
- Phases are combined, homogenized, and warmed to 57 °C
- 10 ppm AIBN in toluene is added, reacts for 4h then another 10ppm is added, 2h additional reaction time
- Batch is warmed to 65 °C and 100 ppm AIBN for burnout, 3h
- Final pH adjustment and breaker addition (Tergitol 15-S-9)

*Complete Solutions for Pulp and Paper*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0066970

# HERCULES

## Cytec Laboratory Batches

| Experiment | Procedure/Conditions | Results |
|---|---|---|
| 2590-124 | SO$_2$/TBHP, adiabatic to 57°C, NH$_4$OH | No gel, xtra water |
| 2590-125 | SO$_2$/TBHP, started at 57 °C, NH$_4$OH | No gel, xtra water |
| 2590-126 | AIBN, started at 57 °C, NH$_4$OH | All gel particles, xtra water |
| 2590-127 | AIBN, started 57 °C, NH$_4$OH, high visc. | All gel particles, xtra water |
| 2590-128 | SO$_2$/TBHP, 57 °C, NH$_4$OH, C-Hom | Good, some gel particles |
| 2590-129 | AIBN, started at 57 °C, NH$_4$OH, C-Hom | All gel particles |
| 2590-130 | AIBN, started at 57 °C, NH$_4$OH | All gel particles |
| 2590-131 | SO$_2$/TBHP, started at 57 °C, caustic | Good, some gel particles |
| 2590-132 | AIBN, started at 57 °C, caustic | Gel clumps |
| 2590-133 | SO$_2$/TBHP, 57 °C, caustic, higher visc. | 59g gel |
| 2590-134 | SO$_2$/TBHP, 44 °C, NH$_4$OH | Excellent |
| 2590-135 | SO$_2$/TBHP, 48 °C, NH$_4$OH | Excellent |

*Complete Solutions for Pulp and Paper*

# HERCULES

## 2590-135 (desired procedure)

- TBHP/SO2 initiator
- Adiabatic temperature rise (1-2 deg/min) up to reaction temperature
- 45-50 deg C for reaction temp
- Total reaction time <4h

*Complete Solutions for Pulp and Paper*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0066971

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A
NO. 04-293 (KAJ)

HERC0066972

# HERCULES

## Raw Material Issues

- All Cytec raw materials sent to RCW
- All Trevose materials sent to Cytec
- Cytec water is city water
- Acrylamide-4 tankers daily
- Ammonium hydroxide and caustic not low iron
- Arlacel 80AC is a custom surfactant (lower pH)
- Hypermer B246SF variability

*Complete Solutions for Pulp and Paper*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A
NO. 04-293 (KAJ)

HERC0066973

# HERCULES

## Other Cytec Issues to Consider

- No area to store toluene, spill containment, handling
- Oil dispersion may be suitable
- $SO_2$/TBHP process ~3 times faster
- Oil and Surfactant fairly easy to replace if needed
- Activity testing results disclosure

*Complete Solutions for Pulp and Paper*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERCULES

# Path Forward

- Raw material analysis and testing
- Redox initiation experiments (alternative oil phase oxidants)
- Pilot plant time scheduled in Mobile the weeks of 2/18 and 2/25

*Complete Solutions for Pulp and Paper*