**EXHIBIT 4**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D DELEWARE C.A. No. 04-293 (KAJ)

Date:      2/7/2002 7:59 AM
Sender:    Zeb Morgan
To:        BWalchuk@Herc.com
Priority:  Normal
           Receipt requested
Subject:   Re: AEM-232 testing

---

Brian,

Thanks for the update - a little disappointing, but we will get to
where we need to be.

I have not received your materials yet (receiving has not called me).
I will check this morning and let you know for sure

Zeb

_____ Reply Separator
_____
Subject: AEM-232 testing
Author: BWalchuk@Herc.com at Internet
Date:   2/7/2002 7:03


Zeb,

All of the samples that were prepared last week with SO2/TBHP had virtually
no activity in D&R  We are currently looking at the oil phase components
from Mobile in the AIBN formulation and will look at the monomers etc when
they arrive  Have you received our raw materials yet?

Brian Walchuk
Hercules Research Center
302-995-4428

Received: from usgmsnot01.gm.cytec.com (usgmsnot01.gm.cytec.com
[164.84.200.245]) by sint01.cytec.com with SMTP
 (IMA Internet Exchange 3.14) id 0074CEC2; Thu, 7 Feb 2002 07:04:17 -0500
Received: FROM cytec-gmfw2 BY usgmsnot01.gm.cytec.com ; Thu Feb 07 07:04:15 2002
-0500




CYT0000460

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

```
Received: from csdnsg1.herc.com ([147.116.14.51]) by
interlock.herc.com with
SMTP id HAA20047
  (InterLock SMTP Gateway  for <zeb_morgan@ma.cytec.com>);
  Thu, 7 Feb 2002 07:04:15 -0500
Subject: AEM-232 testing
To: zeb_morgan@ma.cytec.com
X-Mailer: Lotus Notes Release 5.0.2b  December 16, 1999
Message-Id: <OFB265769A.495E89AC-ON85256B59.0041DCDF@herc.com>
From: BWalchuk@Herc.com
Date: Thu, 7 Feb 2002 07:03:38 -0500
X-Mimetrack: Serialize by Router on CSDNSG1/Servers/Herc(Release
5.0.6a [January
17, 2001) at
 02/07/2002 06:58:49 AM
Mime-Version: 1.0
Content-Type: text/plain; charset=us-ascii
```

CYT0000461

**EXHIBIT 6**

**HERCULES**

**Interoffice Memo**

February 25, 2002

Cc: Julie Childress
Jimei Tong

From: Fushan Zhang
To: Dan Michalopoulos

Monthly Report of February 2002

ASP Samples for Cytec's Scale-up
A lab sample of AEM232 (lot PM9232 CM3-174) was received on Feb. 21 by JCH from Cytec staff. Lab study suggested that this sample matched the pilot sample 3174 in terms of their VDT, FPFR, and CSF activity. The rheological study by JCH indicated that the sample had the RSV and G' within the target ranges.

Various AEM232 samples made by BW for scale-up in Cytec's plant were evaluated. The lab sample 2590-141 that was made by using all of Cytec's materials and 25 ppm AIBN oil dispersion as initiator was comparable to the sample 3174 on VDT tests, so was in CSF and FPFR tests. Its rheological properties done by JCH looked to be OK. The latest development indicated that the Cytec's raw materials including water, surfactant package, ammonium hydroxide, Versenex 80) seem to be acceptable. However, the sample 2590-143 made by using TBHP/SMBS as redox initiator still had an inferior VDT activity, which was confirmed by the rheological data, although it looked good on CSF and FPFR tests.

Cytec's ADA Samples
Ten Cytec's developmental ADA samples received by JCH in this period and two of them, Cytec-4358 and -4363, demonstrated promising activity, based on our comprehensive evaluations, which include VDT, CSF, FPFR tests and rheological studies. These ADA samples were developed by Cytec for an alternative to and outside the Polyflex technology. This is the second batch samples received from Cytec and the last batch, containing ten samples also, was received in the September 2001.

Effect of Makedown Concentration and Sitting Time on ASP's Performance
According to the characterization program of 2002, a study to address the subject is initiated and completed. It was concluded from the study: (1) The performance of AEM232 polymer is NOT notably affected when it is made down to the concentrations from 0.075 % to 1 % neat. (2) After makedown, AEM232's performance remains unchanged within up to about 8 hours, beyond which no test has been done. A subject report was issued.

Buckman Microparticles
Two subject patent applications, WO 01/88265 and WO 01/88267, were identified and studied. Both are about the uses of the colloidal alumina material as microparticles to improve drainage properties of papermaking. The alumina microparticle is either a fibrous cationic acetate salt of boehmite alumina or an acidic alumina sol which is formed by plate-like boehmite. A subject report was issued.




CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0071616

| | |
|---|---|
| Fushan Zhang<br><br>02/25/02 02:10 PM | To: Daniel L. Michalopoulos/Jacksonville/NA/Herc@Hercules<br>cc: RCWilm Doc File 8134/RCWilm/NA/Herc@Hercules, Julie A Childress/Jacksonville/NA/Herc@Hercules, JiMei Tong/Jacksonville/NA/Herc@Hercules<br>Subject: February report |

February monthly report is attached.


asp202.doc
Fushan

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A
NO. 04-293 (KAJ)

HERC0071617

**EXHIBIT 7**

HIGHLY SENSITIVE CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - D. Deleware C.A. No. 04-293 (KAJ)

03/18/02
Page 1 of 3

**CYTEC Industries**

Business Case Proposal #: WSP-OTHER-02-02

Date Received: 1/10/02

# New Product Business Case Proposal
*(This form should be used to propose an addition or deletion of a product to the product line)*

### Initiator Information:

| | | |
|---|---|---|
| Initiator: John Mangano | Department: 624 | Phone #: 317-705-6565 |
| Location of Initiator: North America | Location of Market Application: North America | |

### • General Request Description:

Tolling an anionic emulsion for Hercules to be used in all regions of the world. The product is 30% active with a 1:1 molar ration of AMD and sodium acrylate. Other information has already been shared with Cytec under a non disclosure agreement.

| Mining Business Case | Water Business Case |
|---|---|
| Industrial Minerals: (Please Choose One)<br>Sulfides: (Please Choose One)<br>Alumina: (Please Choose One) | Segment for product use: Other |

### Check the following that apply:

- ☐ Fundamental New Product For Cytec
- ☐ New package addition to production site
- ☐ Raw material change
- ☒ Toll manufactured
- ☐ New product group/family

- ☐ Resurrecting an old product
- ☐ Blended product
- ☒ Resale product
- ☒ FDA/GRAS/or BgVV approval

- ☐ Additional name - same product
- ☐ Resurrecting an old name for a current product
- ☐ Formulation change
- ☐ Change packaging requirements
- ☐ Specification modification
- ☐ NSF/DWI/Drinking Water Approvals/Kosher
- ☐ Department change/addition
- ☐ Inactivation of product or name

PHX047
Item Code: XB-10F

PLAINTIFF'S DEPOSITION EXHIBIT
113
8/8/05

Page one and two must be completely filled in by the initiator prior to submission to the

CYT0000323

HIGHLY SENSITIVE CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - D. Deleware C.A. No. 04-293 (KAJ)

03/18/02
Page 2 of 3

## Section 2

- ### Chemistry / Application / Market Information:

General Chemistry:   Emulsions

Application:   Various

Competitor: SNF, Ciba     Competitive Product:     Competitive Price:

Likely Competitive Response to new product:

Target Market:   Paper     Market Growth Rate: (%)

Other Collateral Markets and sales:

- ### Volume Projections: (pounds per year)

First Year: 700,000     Second Year: 1,500,000     Third Year:

- ### Sales Price Projections: ($ per Pound):

First Year: $0.45     Second Year: $0.45     Third Year:

- ### Sales Dollars Projections: (Price times Volume)

First Year: $315K     Second Year: $675K     Third Year:

- ### Commercial Issues:

List All Critical Success Factors Needed to Gain the Business:

If Cytec can not make this product for Hercules, Hercules will bring their processes to SNF for a tolling agreement. The product has been made in pilot plant at Hercules and trials show performance equivalent to Polyflex.

Crital factors are:

Scalability
Price in the 40 cent range to Hercules

Time requirements for product delivery Q1

Percent Confidence of Gaining Business: (%) 100% if we have product

Page one and two must be completely filled in by the initiator prior to submission to the

HIGHLY SENSITIVE CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - D. Deleware C.A. No. 04-293 (KAJ)

03/18/02
Page 3 of 3

## Section 3

- **Product Costs:**

| | | |
|---|---|---|
| Variable Cost: ($/Lb) ~$0.22 | Period Cost: ($/Lb)~$0.09-0.15 | Full Cost: ($/Lb) |
| Change in Receivables: ($) | Change in Inventory: ($) | |

- **Infrastructure Costs: ($ to introduce product)**

Equipment Costs: ($)

Toxicology Costs: ($)

Patent Costs: ($)

Manufacturing Cost: ($)

### Evaluation Criteria

| | |
|---|---|
| Manufacturing Profit: ($ | Manufacturing Profit/Sales (%): |
| Total Marginal Income: ($) | Marginal Income/Sales (%): |
| Three Year NPV: | |
| Is Product consistent with strategic intent?: | |
| Product Group profitability (Budget) | |

### Final Business Recommendation

☐ Accept Project
☐ Major NPI Project   ☐ Minor NPI Project

Priority: Choose one

☐ Reject Project

If Reject, Please explain:

Page one and two must be completely filled in by the initiator prior to submission to the

CYT0000325