# EXHIBIT 10

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

**Sprayberry, Daphne**

| | |
|---|---|
| From: | BWalchuk@Herc.com |
| Sent: | Thursday, August 08, 2002 11:26 AM |
| To: | Zeb_Morgan@ma.cytec.com |
| Cc: | Daphne Sprayberry; robert_bressel@ma.cytec.com; DMichalopoulos@Herc.com; MHollomon@Herc.com |
| Subject: | preliminary PerformSP9232 formulation change to include SO2/ |

  

TXTLTXT          AEM-232-

Zeb,

In preparation for the upcoming change in the Perform SP9232 formulation, I have attached a copy of the revised formulation sheet. it has been altered to reflect the current process and amounts as well as the incorporation of TBHP/SO2. The formulation should contain enough AIBN and TBHP/SO2 for reduction of residual monomer to specified levels. The process for reviewing the effects of these changes on the MSDS, labeling, etc. is ongoing. This should provide enough information to draft a procedure so that when all the paperwork is completed we will be ready to make the transition to the new process. Please let me know if you have any questions or comments.

(See attached file: AEM-232-7-16-02-formulationupdate.xls)

Brian Walchuk
Hercules Research Center
302-995-4428





CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

**AEM-232 formulation update 7/16/02**

| | Raw Materials | Generic | Fw | Purity | Density | Notes |
|---|---|---|---|---|---|---|
| | Escaid 110 | | | | | |
| | Arlacel 60AC | | | | | |
| | Hypermer B246 SF | | | | | |
| | Acrylamide | | | | | |
| | Acrylic Acid | | | | | |
| | Water | | | | | |
| | Ammonium Hydroxide | | | | | |
| | Versenex 80 | | | | | |
| | Vazo 64 | | | | | |
| | TBHP | | | | | |
| | SO2 gas | | | | | |
| | Surfonic L24-7 | | | | | |

| Charges | moles | g/ald. | Charge | To Scale (lbs) | (grams) | wt. % |
|---|---|---|---|---|---|---|
| Escaid 110 | | | 74.638 | 11,787.68 | | 28.7816% |
| Arlacel 60AC | | | 2.467 | 414.76 | | 0.9415% |
| Hypermer B246 SF | | 2,487 | 4.977 | 829.97 | 1,242 | 1.8843% |
| Escaid 110, Line Flush | | | | 660.00 | | 1.4984% |
| *Oil Phase* | | 4.977 | 52.101 | 13,692.40 | | 31.0859% |
| Acrylamide | 0.500000 | 35.540 | 68.346 | 11,388.37 | | 25.8777% |
| Acrylic Acid | 0.500000 | 36.030 | 36.394 | 6,059.67 | | 13.7786% |
| Water | | | 43.585 | 9,435.66 | | 14.6108% |
| Versenex 80 | 0.000300 | 0.169 | 0.377 | 62.95 | | 0.1442% |
| Ammonium Hydroxide | 0.300000 | 5.109 | 17.817 | 2,938.10 | | 6.8704% |
| Water, Line Flush | | | | 820.00 | | 1.8644% |
| *Aqueous Phase* | | | 166.300 | 27,734.54 | | 62.9685% |
| Vazo 64 | 0.000100 | 0.0164 | 0.016 | 2.74 | 1,242 | 0.0062% |
| Escaid 110 | | | 0.531 | 88.55 | | 0.2010% |
| *Inhibitor Solution* | | | 0.547 | 91.29 | | 0.2072% |
| Vazo 64 | 0.000200 | 0.0328 | 0.033 | 8.48 | 2,484 | 0.0124% |
| Escaid 110 | | | 1.082 | 177.10 | | 0.4021% |
| *Burnout Solution* | | | 1.065 | 185.57 | | 0.4145% |
| TBHP | 0.000250 | 0.0315 | 0.0451 | 7.51 | 3,409 | 0.0171% |
| SO2 gas | 0.000350 | 0.0352 | 0.0352 | 6.88 | 2,666 | 0.0133% |
| *Burnout Solution* | | | 0.080 | 13.39 | | 0.0304% |
| Ammonium Hydroxide | 0.150000 | 2.555 | 8.809 | 1,469.05 | | 3.3352% |
| Surfonic L24-7 | | 5.179 | 5.179 | 653.78 | | 1.9810% |
| *Adjustments* | | | 13.988 | 2,332.81 | | 5.2962% |
| **Batch Weight** | | 92,151 | 284,112 | 44,047.00 | | 100.000% |

Formulation Ref.

| | | |
|---|---|---|
| Escaid 110 | | wt % Total Batch |
| Arlacel 60AC | 0.0442% | wt % Total Batch |
| Hypermer B246 SF | 1.8641% | wt % Total Batch |
| Acrylamide | 50.00% | Mole % Polym. Composition |
| Acrylic Acid | 50.00% | Mole % Polym. Composition |
| Ammonium Hydroxide | 60.00% | Mole % Acrylic Acid |
| Versenex 80 | 0.0600% | Mole % Acrylamide |
| Vazo 64 | 100 | Molar ppm Monomer Charge |
| Vazo 64 | | Molar ppm Vazo 64 in Escaid 110 |
| [Vazo 64] | | wt % Vazo 64 in Escaid 110 |
| TBHP | | Molar ppm Monomer Charge |
| [TBHP] | 350.000 | Molar ppm Monomer Charge |
| | 100.00% | wt % of 70% TBHP in Water |
| Sulfur dioxide (gas) | 350.000 | Molar ppm Monomer Charge |
| Ammonium Hydroxide | 100.00% | Mole % Acrylic Acid |
| Surfonic L24-7 | 1.981% | wt % Total Batch |
| Weight % Active | 30.00% | Excl. Initiators |
| Scale | 44,047.00 | Polymer as Salt, excl. Initiators |

Composition Estimation (wt. %)

| | |
|---|---|
| Polymer as Salt | 30.0000% |
| Total Surfactants | 4.7669% |
| Initiators / Chelents | 0.1154% |
| Oil | 28.8631% |
| Water | 36.2545% |
| | 100.0000% |

Excluding Burnout & Adj. Charges

| | |
|---|---|
| wt. % Escaid 110 | 30.49% |
| wt. % Arlacel 60AC | 0.93% |
| wt. % Hypermer B246 SF | 1.99% |

CYT0000281

# EXHIBIT 11

HERCULES INCORPORATED
WILMINGTON RESEARCH CENTER, Progress Report
(Company Proprietary)

RI-1100-0000-1467
Work Period: July 2001 to October 2002

---

Scale up and Commercial Development of PerForm ™ SP9232
Drainage Aid for Alkaline Printing and Writing Grades

– DISTRIBUTION –

Wilmington Research Center:
R. L. Brady
R. A. Gelman
M. G. Hollomon

Jacksonville:
J. C. Harrington
D. L. Michalopoulos
F. J. Sutman
F. Zhang

Author: B. L. Walchuk





CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A
NO. 04-293 (KAJ)

HERC0073969

HERCULES INCORPORATED
WILMINGTON RESEARCH CENTER, Progress Report
(Company Proprietary)

RI-1100-0000-1467
Author: B. L. Walchuk
Work Period: July 2001 to October 2002

**Scale up and Commercial Development of PerForm ™ SP9232
Drainage Aid for Alkaline Printing and Writing Grades**

-   DIGEST –

Background and Objectives

The objective of this program is to develop and commercialize a polymeric drainage and retention aid for alkaline printing and writing paper with cost and performance equivalent to Polyflex Cp. 3, the benchmark organic product in the industry.

The Polyflex line of products was originally developed and patented by American Cyanamid Company in the late 1980's and early 1990's. American Cyanamid separated its businesses in 1993 and created Cytec Industries Inc. who retained the Polyflex technology. Hercules Inc. developed an agreement with Cytec for the sale and distribution of Polyflex products. However, in 2000 Cytec sold its drainage and retention technology to Ciba Specialty Chemicals. The agreement between Hercules and Cytec for the sale and distribution of Polyflex products expired in December 2002. The sale of the Cytec technology to Ciba elicited a renewed interest for a replacement technology.

Chemically, Polyflex is a copolymer of acrylamide and acrylic acid with an additional monomer added as a crosslinking agent. The polymer is made by an inverse (water-in-oil) emulsion process. This crosslinked polymer microbead is believed to behave analogously to silica and bentonite inorganic particulates that are also commonly used as drainage and retention aids. ▓▓▓▓▓▓▓▓▓▓▓▓ Redacted ▓▓▓▓▓▓▓▓▓▓▓▓
Therefore, alternative methods to produce an organic polymer with similar activity to the Polyflex materials had to be developed.

A successful replacement product was developed and was designated internally as AEM-232 and later became known commercially as PerForm™ SP9232. This report details the scale up activity including pilot plant and commercial production.

*Walchuk*                         Page 1

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0073970

## Results and Conclusions

The successful scale up of Perform™ SP9232 at the Trevose, Pennsylvania pilot plant led to commercial toll production by Cytec Industries Inc in Mobile, Alabama as well as European production in Botlek, Netherlands

The resultant product is a high molecular weight copolymer of the ammonium salt of acrylic acid and acrylamide. The product is comprised of 30% by weight of a 1:1 copolymer of acrylamide and acrylic acid, approximately 28% paraffin oil as the continuous phase, 36% water, and 5% total surfactant. The remaining material is initiator, chelants etc. The material is polymerized in an inverse emulsion using a 2:1 blend of Hypermer B246SF polymeric surfactant and sorbitan monooleate respectively, at 3% total weight of emulsion. The aqueous phase pH is adjusted to approximately 5.4 by neutralizing 60% of the acrylic acid with ammonium hydroxide before emulsion formation. Initiation is accomplished by the addition of 2,2'-azobisisobutyronitrile (AIBN) and heating to 57 °C. Residual monomer levels are reduced by the use of excess AIBN and treatment with *tert*-butyl hydroperoxide and sulfur dioxide. After the polymerization, 30% of the theoretically 40% of acrylic acid groups remaining are neutralized by ammonium hydroxide. A breaker surfactant is then added at 2% total emulsion weight to help disperse and invert the emulsion when it is added to water

A patent application was filed on December 7, 2001 covering the process and unique characteristics of the AEM-232 product. The patent application was modified and resubmitted on December 7, 2002

## Introduction

The expiration of the sales agreement between Hercules and Cytec Industries for the sale of the PolyFlex line of drainage and retention aids in December of 2002 and the purchase of the technology by Ciba Specialty Chemicals Inc created a necessity for the development of a replacement technology. A new product had been identified in 2001 as a possible successor for PolyFlex applications. The new product was similar to PolyFlex in that it was an anionic acrylamide polymer made by inverse emulsion polymerization Neither Hercules nor the recently purchased BetzDearborn companies had experience in producing anionic inverse emulsions. The approaching December 2002 deadline and the lack of experience in manufacturing these types of products were the primary challenges facing the scale up phase of the project. The new product candidate was also undergoing optimization in lab scale reactions while the initial scale up was being conducted. This resulted in various formulations changes as progress toward a commercial product continued

## Discussion of Results

The initial scale up of AEM-232 on July 12, 2001 at the Trevose, Pennsylvania pilot plant facility was based on notebook formulation 2590-017. This formulation provided a product having a theoretical molar polymer composition of 50.0% acrylic acid. 49.5% acrylamide, and 0.5% Coag 132. Coag 132 is the product name for an oligomeric material made from 2-ethylhexyl acrylate and a difunctional peroxide

*Walchuk*                          Page 2

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A
NO 04-293 (KAJ)

HERC0073971

initiator. In theory, the Coag 132 could act as a macroinitiator that would result in oligomers of 2-ethylhexyl acrylate incorporated as the chain end of the polymer. The use of Coag 132 in the formulation was later found inconsequential to product performance but was included in the early scale up attempts.

The general production procedure for AEM-232 is comprised of the following: The paraffinic oil and Coag 132, if used, are added to the reactor and agitated followed by addition of the sorbitan monooleate. The reactor is warmed to approximately 37 °C. Hypermer B246 SF surfactant is added to the reactor as a liquid (melted before addition). The mixture of surfactant and oil is stirred to ensure complete dissolution of the surfactants. In a separate tank, the monomer phase is prepared. The acrylamide and acrylic acid and required water are combined and stirred. Aqueous ammonium hydroxide or sodium hydroxide is added to partially neutralize the acrylic acid to a pH of 5-6. The monomer solution warms as heat is generated by the neutralization of the acrylic acid. Chelant is added to sequester the copper used to inhibit polymerization of the acrylamide. The monomer phase and oil phase are then homogenized to form a water-in-oil emulsion. The emulsion is sparged with nitrogen and warmed to approximately 57 °C. After equilibrating at that temperature and sufficient sparging has occurred, initiator is added. The preferred initiator is 2,2,-azobisisobutyronitrile. After most of the monomer has reacted, additional initiator is added to lower residual monomer levels. The product emulsion is cooled, additional hydroxide is added for pH adjustment, and a final surfactant is added to facilitate inversion of the product upon addition to water.

This initial scale up on July 12, 2001 was produced in a fifty-gallon reactor on a 500 pound scale. The batch was designated #890019345. Ammonium hydroxide was used as the base and 250 ppm of AIBN (on a molar basis to total monomer) dissolved in toluene was used for initiation. The initiator was fed from a separate feed tank. As detailed below in **Figure 1**, the batch was originally warmed to 50 °C before initiation. After the initiator feed had begun, no exotherm was seen and the temperature was raised to 55 °C. The exotherm then quickly overcame the cooling capacity of the reactor and an air sparge was required to halt the polymerization. Nitrogen sparging was then used to lower the oxygen level and the reaction resumed. The cycling of air and nitrogen sparging to control the reaction continued until the monomer was exhausted. From this first experiment, it was obvious that the initiator amount was too high as the scale of the reaction was increased from lab to pilot plant production.

*Walchuk*                     Page 3

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0073972



**Figure I**

A> Raised batch temperature to 50 degrees C prior to initiation.
B> Started initiator feed.
C> Reactor warmed to 55 degrees C (no exotherm seen at 50 degrees)
D> Initiator feed stopped and several minutes later, air sparge to stop polymerization
   The jacket could not maitain desired temperature
E> Cooled and sparged with nitrogen   Polymerization ensued when oxygen was depleted
   Initiator feed still stopped
F> Second air sparge to halt exotherm
G> Reaction continued after nitrogen sparging to remove oxygen
H> Exotherm controlled by jacket  Initiator feed resumed and jacket set to 62 degrees C
   for the remainder of the reaction
I> Burnout solution added, slight exotherm
J> Ammonium hydroxide added for final pH adjustment

    The emulsion product from batch #890019345 performed well in application
testing  Although the reaction temperature was erratic and the polymerization was

*Walchuk*                        Page 4

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A
NO  04-293 (KAJ)

HERC0073973

quenched and restarted multiple times, the activity of the product indicated a successful and forgiving process

The next batch was prepared on August 21, 2001. The batch size was 500 pounds and was designated as #8900123353. The initial starting temperature for this reaction was increased from 50 to 55° C to facilitate radical decomposition. The initiator amount was dramatically reduced from 250 ppm to 10 ppm based on the severe exotherm seen in the previous batch. Laboratory experiments verified that the same product resulted from such a decrease in initiator. The initiator was also fed in a single shot as opposed to the feed used in # 890019345. The reaction temperature profile in **Figure 2** below shows the polymerization with the reduced amount of initiator. The reaction exotherm is very controlled and easily controlled by the cooling jacket of the reactor. The reaction time was, however, greatly extended and even after 7h of reaction time there was still a fair amount of monomer remaining (approximately 30% based on samples taken). The addition of the burnout initiator (point M on the chart below) caused rapid polymerization of this residual monomer and air sparging was needed to slow the reaction



*Walchuk*                          Page 5

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A
NO 04-293 (KAJ)

HERC0073974

The third fifty-gallon pilot plant batch (#8900127562) of AEM-232 was prepared on October 2, 2001  The primary differences in this batch were the removal of Coag 132 from the formulation and the use of sodium hydroxide instead of ammonium hydroxide for acrylic acid neutralization. The second 10 ppm shot of AIBN was added to attain a greater degree of conversion prior to the burnout phase  The reaction temperature was also raised from 55 to 57 °C  The reaction ran extremely smoothly with a very controlled exotherm  The additional 10 ppm of AIBN worked as expected in increasing the conversion in the later stages of the reaction

With the success of the October 2, 2001 batch, the procedure was repeated on October 9, 2001 to ensure the repeatability of the process  The only modification was an increase in the polymerization temperature from 57 to 60 °C to decrease reaction time  The reaction ran predictably and reaction time was decrease by approximately one hour  This batch was designated as #8900128266

The reproducible and controllable reactions on the fifty-gallon scale provided justification to increase the scale to 300 gallons. On October 24, 2001 a 300 gallon/3000 pound reaction (#8900129669) was conducted at the Trevose pilot plant. The reaction profile was nearly identical to the previous fifty-gallon batch  The completion of this batch provided evidence that the process was easily controllable and should be scalable to any size reactor suitable for production

Cytec Industries Inc  was chosen as the toll manufacturer for the production of AEM-232  Cytec routinely used ammonium hydroxide as base for other anionic acrylamide emulsions that they produce  To verify that the ammonium hydroxide would not alter the results from the production procedure, another fifty-gallon batch was prepared on November 27, 2001  In addition to the ammonium hydroxide change, the reaction temperature for this batch (#8900133174) was lowered to the previously used value of 57 °C due to slightly better performance compared to batches run at 60 °C  The ammonium hydroxide did not affect performance and the reaction ran smoothly

A final change was made in the procedure involving the use of toluene  In previous formulations, toluene was used as solvent to dissolve the AIBN initiator  Increasing the scale of the reaction resulted in the undesirable handling of larger quantities of toluene  Because toluene is quite flammable, is a VOC, and contributes a toluene odor to the final product, it was decided to remove it from the process.  The AIBN was added as a dispersion in paraffin oil instead of as a toluene solution  The paraffin oil used to create the initiator mixture is the same oil as is used for the continuous phase of the emulsion  This eliminates the problems of handling and using toluene  However, AIBN has very limited solubility in aliphatic hydrocarbons so the mixture is a slurry rather than a solution  Lab testing demonstrated no difference in the products made with the toluene solution or the AIBN dispersion in paraffin oil

On January 15, 2002, a final fifty-gallon batch (#8900201502) was made at the Trevose pilot plant using the modified procedure with the AIBN dispersion  The reaction ran as expected and produced an effective product  The minimal cooling needed to control the reaction suggested that increasing the initiator from two, 10 ppm shots to two, 25 ppm should increase the polymerization rate while still maintaining a controllable reaction  The temperature profile for this reaction and a comparison with all of the pilot plant batches of AEM-232 can be seen in **Figure 3** below.

*Walchuk*                                    Page 6

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A
NO  04-293 (KAJ)

HERC0073975

AEM-232 comparison of reaction temperature profiles



A meeting was held on January 16, 2002 between Hercules Incorporated personnel and representatives from Cytec Industries Inc. in Mobile, Alabama to discuss the toll manufacture of AEM-232 at Cytec's Mobile plant  Raw materials from Mobile were shipped to the Wilmington Research Center for qualification  Successful laboratory experiments led to scheduling of laboratory scale reactions and a 200-gallon pilot plant run at the Mobile location

During the week of January 28, 2002, laboratory reactions at Cytec's Mobile AL, facility using Cytec raw materials gave unexpected results  The lab reactions resulted in significant gel formation.  This result was unexpected because none of the previous batches in the pilot plant or in the laboratory with a similar formulation had ever resulted in gel  The previously proposed pilot plant run was delayed until the gel issue could be resolved    Raw materials were tested in Wilmington and in Mobile and Gel was only seen in AIBN initiated reactions in Mobile   It was discovered that the laboratory reactor setup in Mobile allowed air into the reactor through an unused sparge tube in the reaction kettle  The air was siphoned in as the emulsion was stirred past the submerged end of the sparge tube, even though the kettle was under a positive flow of nitrogen.  Sealing this tube resulted in a satisfactory reaction with no gel formation  The 200-gallon pilot plant batch in Mobile was subsequently scheduled for February 21, 2002

The first pilot plant reaction in Mobile in the 200-gallon reactor was completed on February 21 without incident and the material performed as expected.  The polymerization rate seemed slower than in previous trials and with the additional cooling capacity (internal cooling coils) in Mobile compared to Trevose, it was decided that for the second 200-gallon batch the initiator shots would be increased from 25 to 50 ppm.

The  Second 200-gallon pilot plant batch was produced on March 5, 2002.  The initiator amounts were 50 ppm for each shot as determined by the previous

*Walchuk*                          Page 7

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

polymerization  The other change that was made was the method of emulsification.
Previous batches were prepared by mixing the oil and aqueous phases together then
recirculating the combined phases through a high shear pump to emulsify the system  To
better mimic the production scale equipment, the setup was changed so that the the oil
phase was recirculated through the pump while the aqueous phase was added through a
tee connection just before the pump  In this way, the emulsion was formed as the
aqueous phase was added to the system as the forming emulsion was recirculated.  This
reaction ran very well and the scale up to 1000 gallons was scheduled for two days later.

The first 1000-gallon batch of AEM-232 was prepared on March 7, 2002  The
homogenization of the batch to form the emulsion differed from previous runs and
contributed to an elevated polymerization rate that had to be controlled by introduction of
air.  In previous pilot plant batches in Trevose and in Mobile, the emulsion bulk viscosity
after the homogenization step was measured on a Brookfield viscometer using spindle #1
at a speed of 6 RPM  The typical viscosity of the emulsion measured by this method was
120-150 centipoise  The March 7 batch had a viscosity of only 65 centipoise after
emulsification  After running the homogenizer for additional time, the level was still
below the desired range  Though the viscosity was somewhat lower than expected the
emulsion seemed stable and the reaction was continued  The initial shot of AIBN
initiator was 50 ppm on a molar basis of total monomer  The reaction proceeded to
exotherm rapidly and the cooling capacity of the reactor was exceeded  An air sparge
was needed to slow the polymerization.  The temperature had reached 75 °C before the
air quenched the exotherm  The setpoint for the polymerization was 57 °C.  The reaction
continued after cooling to the setpoint.  The remainder of the reaction ran adequately,
however, the initial higher temperatures resulted in lower molecular weight and
subsequently lower performance of the product

The increased exotherm as the scale was increased to 1000-gallons and the
homogenization problems, based on the hypothesis that additional homogenization
resulted in smaller emulsion particles and higher rate of polymerization, necessitated a
reduction in the initiator amount to the former 25 ppm level  Additional laboratory work
was also conducted, with varying degrees of homogenization before polymerization  It
was determined that the viscosity of the initial emulsion did not significantly affect the
final product as judged by application testing

A second 1000-gallon batch incorporating the changes noted above was prepared
at Cytec's Mobile facility on March 20, 2002   The reduction in initiator slowed the
reaction to a manageable rate  Though the viscosity of the emulsion before
polymerization was still lower, additional homogenization was not done.  The resultant
product performed well in testing  The success of the 1000-gallon batch led to the
scheduling of the first 6000-gallon commercial production batch

The First commercial scale production of PerForm™ SP9232 was conducted on
April 3, 2002  The reaction ran according to procedure with a normal temperature profile
and no unexpected deviations  The material from this batch performed well in testing  A
second 6000-gallon reaction on April 19, 2002 also ran as expected and confirmed the
successful commercial scale up of the product

*Walchuk*                    Page 8

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A
NO  04-293 (KAJ)

HERC0073977

# EXHIBIT 12

# ≣HERCULES

Hercules Incorporated
Hercules Plaza
1313 North Market Street
Wilmington, DE 19894-0001
(302) 594-5000
www.herc.com

Hercules Incorporated
Pulp & Paper Division
1313 N. Market Street
Wilmington, DE 19894-0001
March 4, 2003

Malcolm Kinnaird
Vice President, Water Treatment Chemicals
Cytec Industries Inc.
Five Garret Mountain Plaza
West Paterson, NJ 07424

RE:    Indemnification Agreement

Dear Mr. Kinnaird:

With respect to the manufacture by Cytec Industries Inc. ("Cytec") of AEM 232 (also known as PerForm™ SP 9232) for Hercules Incorporated ("Hercules"), Hercules and Cytec mutually agree to the following provisions:

1.    Hercules and Cytec acknowledge that the processes used to make AEM-232 were solely developed by and are the property of Hercules.

2.    Hercules agrees to indemnify and hold harmless Cytec, its affiliates, successors and assigns, and their respective directors, officers, employees and agents from and against any claim, threat of suit, legal action, demand, cause of action, all damages, loss, liability, cost and expense (including fees and disbursements of legal counsel that are actually incurred in defense of such legal action), to the extent arising from any claim that the manufacture of AEM-232 by the process provided by Hercules, or the manufacture by Cytec of any material incorporating AEM-232 (made by the process provided by Hercules) and the use or sale of AEM-232 infringes or violates any third party United States patent rights, including but not limited to Ciba Specialty Chemicals Corporation ("Ciba") US patents 6,310,157; 5,958,188; 5,171,808; or 5,167,766 and any other worldwide patents owned by Ciba, its parent, subsidiary, successor or assign. This indemnification and agreement to hold harmless will not apply to any

...ILY SENSITIVE SUBJECT TO PROTECTIVE
ORDER DIST. DELAWARE C.A. NO. 04-293 (KAJ)

PRODUCED PURSUANT TO COURT
ORDER DATED
OCTOBER 6, 2005

PHX068


PLAINTIFF'S DEPOSITION
EXHIBIT
242
10/7/05  JT

HERC0098619

10/06/2005  14:45    4084400                    FINNEGAN HENDERSON                    PAGE  04/05

Page 2

infringement that only arises because of acts of Cytec in the manufacture, use or
sale of AEM-232 that are not in accordance with  instructions, plans or
specifications for AEM-232 furnished by Hercules to Cytec.

3.  (a) In the event Cytec is sued by Ciba with respect to any infringement of the
above-cited Ciba patents, Cytec agrees to permit Hercules to become a party to
the action and to assume complete control of the case and its defense.  Cytec
may obtain its own legal representation in the case, and at its own expense
(subject to reimbursement pursuant to paragraph 2 above).  However, Hercules
will have the right at its sole discretion to settle, litigate and defend any such suit.
claim, action or proceeding, as defined in paragraph 2 above.

3. (b) In the event  Hercules is sued by Ciba , Cytec will accept service of any
subpoena(s) that may be served upon Cytec by Hercules.  Cytec will provide
documents and/or fact witnesses, relating to the manufacture, use or sale of
AEM-232 requested in any such subpoena(s), but Cytec reserves its right to
make any objection(s) to any subpoena.  Notwithstanding the aforesaid, Cytec
will not move to quash a subpoena served upon Cytec by Hercules.

3. (c)  In the event that any matter(s) should arise under paragraphs 3(a) or 3(b)
above in which Cytec has an interest adverse to that of Hercules, including but
not limited to objection(s), Cytec agrees to rely on and compensate its own
counsel with regard to such matter(s).

4. Cytec shall promptly inform Hercules in writing if it receives from Ciba any
communication of adversarial  proceeding(s)  or  threatened  adversarial
proceeding(s), threat of suit, or filing of suit against Cytec for infringement which
relates to the manufacture, use or sale of AEM-232.  Cytec will cooperate with
Hercules in formulating any reply, if needed, to any such communication made
by Ciba.

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE
ORDER DIST. DELAWARE C.A. NO, 04-293 (KAJ)
PRODUCED PURSUANT TO COURT
ORDER DATED
OCTOBER 6, 2005

HERC0098620

Page 3

5.     Cytec and Hercules represent that each is not presently aware of any infringement or claim of infringement with respect to the manufacture, use or sale of AEM-232, other than Ciba's allegations of infringement of its four United States patents listed in paragraph 2 above.

6.     This right to indemnification will survive expiration, termination or cancellation of the ALM-232 tolling agreement between the parties hereto.

7.     Cytec reserves the right to discontinue any deliveries to Hercules of AEM-232, with ninety days' written notice to Hercules, if Cytec concludes that, its manufacture, use or sale of AEM-232 raises a substantial issue of infringement with respect to any third party patent rights now or hereafter issued, as set forth in paragraph 2 above. In the event that Hercules and/or Cytec procure rights sufficient to obviate any such issue of infringement, then Cytec shall resume delivery of AEM-232, if so requested by Hercules.

If you are in agreement with the foregoing, please countersign and return one fully executed original copy of this letter to me.

Thank you for your attention to this matter.

Sincerely,

Brian L. Pahl
Vice President, Hercules Incorporated
President, Pulp and Paper Division

ACKNOWLEDGED, AGREED AND ACCEPTED
By:
Name:  Malcolm Kinnaird
Title:   Vice President, Water Treatment Chemicals
Date:    3/10/03

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE
ORDER DIST. DELAWARE C.A. NO. 04-293 (KAJ)
PRODUCED PURSUANT TO COURT
ORDER DATED
OCTOBER 6, 2005

HERC0098621

# EXHIBIT 13

John C Harrington
03/06/2003 11:18 AM

To: William Freeman/Jacksonville/NA/Herc@Hercules
cc: Robert A. Gelman/RCWilm/NA/Herc@Hercules, John K Hochu/Jacksonville/NA/Herc@Hercules, Daniel L Michalopoulos/Jacksonville/NA/Herc@Hercules, Brian L. Walchuk/RCWilm/NA/Herc@Hercules, James R. PPD Davis/Plaza/NA/Herc@Hercules
Subject: SP9232 Product Settling

Bill,

Product settling properties of SP9232 have been compared with standard emulsion products. This testing was conducted based upon the occurrence of a thick "gel like" material collected in the neat polymer filter in some SP9232 applications. Analysis of this material indicated it was equivalent to SP9232, where the solids had increased from an average of 32% to 38 to 42%. Discussions with Logan Jackson from Cytec indicated that this phenomena is consistent with product settling. The test procedure utilized was provided by Cytec, and the quantitative values generated agree with those typically obtained by Cytec.

Seventeen lots of SP9232 (including the 2 BGVV lots from Botlek) were compared with Polyflex CP.3, PA8137, PA 8250, Reten 1523H, PC 8138, and Novus 8920

This centrifugation test measures the level of oil supernatant, and the amount of polymer retained due to compaction of the neat emulsion. While differences were noted between products with the supernatant level, the amount of polymer retained provided good distinction between emulsion product and SP9232 lots.

- The average % retained for the SP9232 lots was 9.5%, while Polyflex retained on average 3.4% Thus, SP9232 clearly settles more than Polyflex CP.3.
- The % retained for SP9232 ranged from a low of 6.9% (Botlek batch # 1) to a high of 11.6% (Mobile batch M20916). While the data are limited for low settling lots, the two Botlek lots and a lab batch (M20214) indicate better stability. The stability may then be a function of processing.
- PA 8137 (30% APAM from Cytec) demonstrated 7.5% retention. Low settling lots of SP9232 are in this range.
- Reten 1523H (30% APAM from Chemtall) and PA 8250 (20% Hydrolyzed APAM from Cytec) demonstrated 20% retention, much higher than SP9232.
- Two cationic emulsions, PC 8138 and PC 8920, provide % weight retention of 47% and 31% respectively.

In summary, SP 9232 settles to a much greater degree than Polyflex CP.3, which does not require neat emulsion mixing or recirculation. The settling of SP 9232 is slightly higher than PA 8137 APAM, which requires emulsion mixing. The stability of SP 9232 is clearly better than Reten 1523H, PA 8250, PC 8138, and Novus 8920. As these product can be utilized in applications provided the neat emulsion is mixed or recirculated, product handling procedures for the SP 9232 that are consistent with conventional emulsions should resolve the occurrence of gel material in the neat emulsion filters.

The summary data are attached. Please review and we can discuss when you are back in the office.

John



SP9232 Emulsion Settling xls



PHX069



PLAINTIFF'S EXHIBIT
293

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A.
NO. 04-293 (KAJ)

HERC0095078

Test Parameters
50 grams neat emulsion polymer into 50 ml Fisher Brand conical bottom centrifuge tube
3 hours - 2500 rpm. RCF = 1250 G.
Measure supernatant level.
Gravity drain 2 hours.
Measure weight retained in tube

| Polymer | Lot |
|---|---|
| Polyflex CP.3 | 24260 |
| | 24260 |
| | M21017 |
| SP 9232 | M20214 |
| | M20419 |
| | M20528 |
| | M20619 |
| | M20703 |
| | M20716 |
| | M20726 |
| | M20726 |
| | M20916 |
| | M21003 |
| | M21028 |
| | M21028 |
| | M21105 |
| | M21126 |
| | M21206 |
| | M21209 |
| | M21230 |
| SP 9232 BGVV | JY90-0001 |
| | JY90-0002 |
| Novus 8920 | B350227702 |
| PA 8137 | M21024 |
| | M21024 |
| PA 8250 | M20908 |
| PC 8138 | M20916 |
| Reten 1523H | G298HO |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0095079

| Supernatant Height, mm | Wt retained, g | % Retained | | |
|---|---|---|---|---|
| 0 | 1.68 | 3 4 | | |
| 0 | 1 62 | 3.2 | | replicate |
| 0 | 1.83 | 3.7 | | |
| | Average: | 3.4 | | |
| 0 | 3.89 | 7 8 | | |
| < 1 | 5 19 | 10.4 | | |
| 2 | 4.86 | 9 7 | | |
| < 1 | 5.1 | 10.2 | | |
| 1 | 4.41 | 8 8 | | |
| 2 | 4 67 | 9 3 | | |
| 1 | 4.24 | 8.5 | | |
| 1 | 5.22 | 10 4 | | replicate |
| < 1 | 5 8 | 11.6 | | |
| 1 | 4.78 | 9 6 | | |
| 1 | 4.84 | 9 7 | | |
| 1 | 5 13 | 10.3 | | replicate |
| 1 | 5.03 | 10 1 | | |
| 1 | 5.34 | 10.7 | | |
| 1 | 4 93 | 9.9 | | |
| 1 | 4.46 | 8.9 | | |
| 1 | 4 86 | 9.7 | | |
| 1 | 3.46 | 6.9 | | |
| 1 | 3.68 | 7 4 | | |
| | Average: | 9.5 | | |
| 5 | 15.5 | 31.1 | 20% CPAM | |
| 1 | 3 71 | 7.4 | 30% APAM | |
| 1 | 3.8 | 7 6 | | replicate |
| 4 | 9.94 | 19.9 | 20% HyPAM | |
| 8 | 23.25 | 46.5 | 10% CPAM | |
| 2 | 10 36 | 20.7 | 30% APAM | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0095080



| | | |
|---|---|---|
| 9-Dec | 8.9 | |
| 30-Dec | 9.7 | |
| Botlek 1 | 6.9 | |
| Botlek 2 | 7.4 | |
| | | 3.4 |
| | | 7.5 |

| | | |
|---|---|---|
| Novus 8920 | B350227702 | 31.1 |
| PA 8137 | M21024 | 7.4 |
| | M21024 | 7.6 |
| PA 8250 | M20908 | 19.9 |
| PC 8138 | M20916 | 46.5 |
| Reten 1523H | G298HO | 20.7 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A
NO. 04-293 (KAJ)

HERC0095081