**EXHIBIT 4**

**Hercules Incorporated**
Pulp and Paper Division
Hercules Plaza
1313 North Market Street
Wilmington DE 19894-0001
(24 hrs)(302) 594-5000

# PERFORM® SP9232
retention/drainage/clarification aid

**WARNING!**

May cause skin irritation. May cause eye irritation. Inhalation may cause respiratory tract irritation. Surfaces subject to spills may become slippery.

POTENTIAL HEALTH EFFECTS - Ingestion may cause gastrointestinal irritation. Aspiration may cause lung damage. High concentrations may cause central nervous system depression (dizziness, drowsiness, incoordination). Prolonged or repeated skin contact may cause allergic reaction (dermatitis).

GENERAL HYGIENIC PRACTICES - Avoid contact with eyes, skin, and clothing. Avoid breathing vapor or mist. Handle in areas with adequate ventilation. Do not swallow.

**First Aid -**
SKIN - Wash thoroughly with soap and water. Remove contaminated clothing. Get immediate medical attention. Thoroughly wash clothing before reuse.
EYE - Remove contact lenses. Hold eyelids apart. Immediately flush eyes with plenty of low-pressure water for at least 15 minutes. Get immediate medical attention.
INHALATION - Remove to fresh air. Get immediate medical attention. See Note to Physician.
INGESTION - Do NOT induce vomiting. Get immediate medical attention.

Store according to the recommendations described in the Material Safety Data Sheet. Use only in accordance with procedures, directions or technical advice specifically provided by Hercules Incorporated. READ THE MATERIAL SAFETY DATA SHEET BEFORE USING.

Lot Number:
HYBD Number:

Label Number: 5374ST
Archived: 9/8/2005

| | |
|---|---|
| HEALTH | 2 |
| FLAMMABILITY | 1 |
| REACTIVITY | 0 |
| PERSONAL PROTECTION | B |

HERL_ED193 (Rev. 4/05)

---

PERFORM® SP9232

| | |
|---|---|
| HEALTH | 2 |
| FLAMMABILITY | 1 |
| REACTIVITY | 0 |
| PERSONAL PROTECTION | B |

**SPECIFIC HAZARD**
4 - SEVERE
3 - SERIOUS
2 - MODERATE
1 - SLIGHT
0 - MINIMAL

**PERSONAL PROTECTION**
A - SAFETY GLASSES
B - SAFETY GLASSES, GLOVES
C - GOGGLES, GLOVES, APRON
D - GOGGLES, GLOVES, APRON FACESHIELD

PERFORM® SP9232
Lot Number:

HYBD Number:

| | |
|---|---|
| HEALTH | 2 |
| FLAMMABILITY | 1 |
| REACTIVITY | 0 |
| PERSONAL PROTECTION | B |

PERFORM® SP9232
Lot Number:

HYBD Number:

| | |
|---|---|
| HEALTH | 2 |
| FLAMMABILITY | 1 |
| REACTIVITY | 0 |
| PERSONAL PROTECTION | B |

Proper Shipping Name:
NON-HAZARDOUS/NON-DANGEROUS

HHDX004