# EXHIBIT 10



HHX-010