# EXHIBIT 11

Project #  4567-PS

**BETZDEARBORN - PAPER PROCESS GROUP**

**RESEARCH PROJECT REQUEST**

TITLE:    Structure - Activity Determination and Evaluation of Organic Advanced Drainage
Aids

1.  Specific Project Objectives(s).

a). To determine the structure - activity relationships of organic advanced drainage aids (ADA)
through characterization of chemical and physical properties. Compare the chemical and physical
properties of commercial organic ADA products (e.g. Polyflex) with conventional anionic
polyelectrolytes to determine the critical properties that provide unique flocculation activity.

b). To evaluate the retention / drainage / formation (RDF) properties of commercial ADA products
compared to conventional anionic polyelectrolytes. Compare the activity response with the critical
chemical and physical properties to determine structure - function relationships.

c). To establish a tiered evaluation protocol for developmental polymeric ADA. The tiered protocol
will consist of characterization of the critical chemical and physical properties, and RDF studies. The
RDF studies will comprise preliminary phenomenological drainage tests, then subsequent
flocculation or advanced drainage / dewatering tests to quantify the floc morphology.

d). To identify products that exhibit the critical chemical and physical properties identified in
segment a. To evaluate and characterize developmental ADA products to determine applicability.
Developmental product sources will include internal suppliers (Trevose Synthesis), established
external suppliers (Chemtall) and proposed external suppliers.

2.  Summary Description of Proposed Research Program.

a.) Background

Cytec Polyflex products represent the sole synthetic, organic ADA currently provided to
papermills. The chemistry and composition of these products is understood based upon patent
review and information provided to PPG in a meeting with Cytec in August 1996 (1). The
specific chemical and physical properties of these materials that provide the unique activity are
not understood, and will be investigated within this project. It is proposed that based upon the
determined significant properties, a basis for identifying or developing technology exclusive to
PPG will be produced.

PLAINTIFF'S DEPOSITION
EXHIBIT

119

PENGAD-Trevose, N. J.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0073232

**HHX-011**

The identification of a polymeric ADA requires revision of activity and characterization protocols compared to commercial inorganic ADA products. It is proposed that inorganic ADA products provide secondary activity with conventional flocculants when a critical surface charge:surface area ratio is achieved. This is accomplished with synthetic materials when a smaller particle size is produced; smaller particle size has classically demonstrated equal to improved gravity drainage, floccule dewatering, and resultant sheet uniformity (2). These products frequently demonstrate a positive dose response curve over a wide dosage range (3).

The utilization of conventional polyelectrolytes for secondary flocculation activity with conventional flocculants do not exhibit corollary activity to inorganic products. Higher MW or higher charge density polyelectrolytes are required to demonstrate gravity drainage activity; these programs typically exhibit poor floccule dewatering and sheet uniformity due to the higher MW / HDV of the products (4)(5)(6). These products also demonstrate a flat dose response curve over a narrow dosage range. The Polyflex products demonstrate activity that is more comparable to the inorganic products than conventional polyelectrolytes, as good floccule dewatering is reported (7)(8) and a positive dose response over a wide dosage range is observed. It is the objective of this project to quantify the properties of the Polyflex and other active organic structures that allow them to demonstrate this activity.

## b.) Investigated Polymers for Characterization

In this characterization phase of the project, existing ADA products will be characterized and compared to conventional anionic polymers.

Cytec Polyflex products CP.2, CP.3 will be the primary focus of the established ADA products. These are crosslinked anionic polyacrylamides as W/O microemulsions. They reportedly vary according to charge density, dispersed phase particle size, and degree of cross-linking. Nalco polyacrylic acid and sodium lignosulfonate micropolymers and Calgon sodium lignin will also be reviewed.

As the relevance of crosslinking ratio and particle size is understood, it is proposed that experimental polymer be produced by Trevose Synthesis or alternative source to determine a critical crosslinking ratio and particle size for unique flocculation activity.

Linear and non-linear anionic products that will be evaluated in the characterization phase of the project include: SNF AN 934 series, which are 30 % anionic polyacrylamide polymers that range in supplier reported MW from 3 MM to 18 MM; Rohm & Haas Acusol and Romax alkali soluble emulsion polymers, neutralized to equivalent 30 % charge densities; BASF Sokalan and BFGoodrich Goodrite polyacrylic acid linear homopolymers; and BFGoodrich Carbopol resins, which are crosslinked high MW polyacrylic acid homopolymers.

BetzDearborn PPG PolyPlus 695 cationic polyacrylamide and PolyPlus 130 anionic polyacrylamide will be utilized as the standard primary flocculants.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

**c.) Chemical and Physical Characterization of ADA polymers (and Requisite Equipment)**

1. Composition: The molar ratios of the polymer components will be determined via NMR spectroscopy. (NMR instrument in Trevose Analytical)

2. Degree of crosslinking: The degree of crosslinking or molar content of multi-functional monomer will be determined via MALS (Multi Angle Light Scattering instrument recently purchased by Trevose Analytical).

3. Particle size: Photon Correlation Spectroscopy and Microtrac determinations of dispersed and inverted emulsion Polyflex products. (Microtrac currently operational at PPG; PCS recently installed and calibrated for December 1997 utilization).

4. Molecular weight: The PCS determination will provide a MW value to the inverted polymer particle.

5. Surface charge density: The net available surface charge will be determined by Mutek and Brinkmann photometric wet chemistry methods under varied water electrolyte and pH conditions. (Mutek and Brinkmann instruments currently operational at PPG)

6. Rheological properties: The zero shear intrinsic viscosity will determine the HDV of the product under static conditions. This will be determined in 1 M NaCl according to the classical method to eliminate electrostatic repulsion, and in simulated process water to determine polymer conformation under actual process conditions. The shear stress - shear rate curve and hysterisis curve will determine the ability of the polymer to deform under a shear, and the ability to reconform upon removal of the stress; increased crosslink ratio reduces pseudoplastic response. (9) The viscoelastic properties can be determined by the storage and loss modulus, G' and G", which determine the ability of a material to act as a viscous solution or as an elastic material. (10) Highly crosslinked superadsorbents exhibit elastic properties (11); it is proposed that the crosslinked Polyflex products would exhibit more elastic properties than conventional polyelectrolytes. (Haake RS-75 Rheometer installed at PPG in December 1997).

7. Swelling ratio: Highly crosslinked superadsorbent products exhibit varying degrees of swelling; this can be quantified by the swelling ratio $SR$. (12) These properties for Polyflex will be compared to chain extension of conventional linear polyelectrolytes via HDV determination in solutions of varying electrolyte concentration to determine the significance of these properties. (requires Haake rheometer and standard laboratory equipment).

8. Glass transition temperature $T_g$ : This material property reflects the crosslink density of a polymer. It is well established that a higher crosslink density will provide a higher $T_g$. (13) It is proposed to investigate this property as a means to quantify the particulate properties of the Polyflex products compared to developmental ADA products. (Perkin Elmer Dynamic Scanning Calorimeter installed at PPG October 1997).

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0073234

### d.) Retention / Drainage / Formation Activity Studies

1.  Phenomenological gravity drainage: The CSF instrument has been successfully utilized with inorganic ADA products to determine secondary activity with conventional flocculants in P&W furnishes. This device will be utilized with the polymeric ADA development to initially qualify for providing secondary activity, but must be further investigated due to potentially detrimental floccule dewatering and sheet uniformity. The BPDD can also be utilized to quantify gravity drainage, and would be investigated for the ability to determine additional responses.

2.  Phenomenological floccule dewatering: This response is to be quantified to determine if the unique dewatering provided by inorganic ADA products is provided by Polyflex, conventional polyelectrolytes, and developmental products. The BPDD or alternative device will be investigated for WRV (Water Retention Value). Alternative dewatering tests will be pursued.

3.  Phenomenological sheet uniformity: The produced sheet from the BPDD or TAPPI handsheet would be evaluated at equivalent gravity drainage times to determine sheet uniformity utilizing the M/K (optical) and Ambertec (mass density in Haasrode) formation additives. The BPDD will be reviewed for peak vacuum to vacuum equilibrium ratio as an indication of sheet uniformity.

4.  Flocculation degree and floc size: The size of the resultant floccules can be determined with the PPG floc analyzer and the Lasentec floc analyzer.

5.  Floc strength / reflocculation ability: The floc stability under shear and the reflocculation after removal or reduction of shear are two properties that differentiate conventional polyacrylamides from inorganic ADA products. The floc stability of a polymeric ADA treated fiber suspension under shear (14) will be compared to rheological studies to determine correlations. The characteristics of the Polyflex products for these properties is not known. As crosslinked polymers are less pseudoplastic than comparable linear products, it is theorized that the floccules formed with crosslinked Polyflex polymers are less sensitive to shear and would demonstrate reflocculation properties compared to linear products. This will be investigated via the two floc analyzers and Britt jar studies.

Based upon the responses of these evaluations, a tiered evaluation protocol will be established. It is anticipated that a high through-put laboratory test such as CSF be utilized as the first tier evaluation procedure. Based upon positive activity compared to the standard program, a secondary evaluation that would differentiate floccule dewatering and sheet uniformity would be utilized. The applicable second tier tests are not currently defined; it is foreseen that one of the floc analyzers or the BPDD would be employed. Upon completion, the tier evaluation procedure would be "tested" with various products that possess positive and detrimental dewatering and formation properties to determine the applicability of the evaluation protocol.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

## d.) Paper Furnish

Alkaline free-sheet for P&W applications will be the primary focus of this project, as this application represents the majority of silica, bentonite and Polyflex applications. The standard PPG alkaline furnish will be utilized; good correlation with actual mill substrates have been historically observed.

The silica and bentonite products have provided utility in recent trials in brown, packaging grade applications. Two brown substrates have been recently developed within PPG R&D; while efforts are in-progress to further validate these substrates with mill furnishes through confirmation studies, the activity trends to date are consistent with field observations, and these two packaging grade furnishes will be included as secondary evaluations with developmental polymers.

## e. Developmental Polymer Candidates - New Actives Identification Phase

In this phase the critical chemical and physical properties will be utilized to identify products for characterization and efficacy evaluations. The important chemical and physical properties will be determined via product characterizations and RDF studies. Based upon these criteria, product samples will be pursued from the various supplier sources. Existing products for non-RDF applications will be identified via literature and Internet search. Developmental products will be requested from Trevose Synthesis or external suppliers depending upon the chemistries identified in characterization studies. The following are potential candidates based upon currently understood properties.

1. Trevose Synthesis phase transitional polymers. These products are based upon N-isopropyl acrylamide (NIPAM) monomer, which undergoes a phase transition and produces a hydrophobic particle upon reaching a critical temperature. Additional materials may be produced that exhibit similar properties upon reaching a critical pH, concentration, or electrolyte concentration.

2. Rohm & Haas ASE polymers. These products have demonstrated good activity to date with drainage and flocculation studies. Modifications have been discussed and requested.

3. Hydrophobic modified polymer. It is reported that inorganic drainage aids exhibit shear resistance and flocculation reversibility compared to linear polymeric flocculants, which tend to lose flocculation efficacy after shearing due to polymer conformation collapse onto the particle surfaces. Hydrophobically modified water-soluble polymers exhibit unique rheology properties, especially their shear stability at high shear rates, through a physical network structure in aqueous solution via hydrophobic group association. Upon high shearing, the network structure is disrupted, but it reforms after removal of shear forces. This transient association structure gives hydrophobically associating polymers shear resistance properties, which may prove applicable as drainage aids.

4. Latex polymers. These products can be modified for optimal charge density and dispersed particle size, such that similar functionality as inorganic products is observed. The efficacious product may reflect off-the-shelf technology from the numerous existing suppliers (Air Products,

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0073236

Goodyear, Union Carbide) or technology developed specifically for PPG. The development of products specific to this has been reviewed to date with Trevose Synthesis and Rohm & Haas.

5. Polymer - salt complexes. Preliminary studies with modifying anionic polymers with metal salts have provided activity compared to standard polyelectrolytes. While the exact mechanism is not known, it is proposed that incorporation of metal ions produces a complex that reduces the polymer HDV to form a spherical structure.

3. Background of Project Need or Purpose. (per Marketing Manager, if applicable)

Advanced drainage aids have demonstrated superior RDF activity over conventional polyacrylamide chemistries, and have commanded approximately 45 % of the alkaline free sheet market. This technology is critical for PPG to maintain and grow market share. Additionally, the ADA products have been trialed with some success in brown packaging grade applications.

4. Market Segment Description. (per Marketing Manager, if applicable)

Niche Market [_____]

Strategic Market [__X__]

App. Paper/Board Grades: __1º - alkaline free sheet P&W 2º - packaging grades_____

Min. Existing Potential per Market Survey ($/Yr.): __$ 175 MM worldwide  (P&W)_____

Estimated Untreated Potential ($/Yr.): __nil_____

Current Average Treatment Cost ($/Ton): _approx. $ 2.00 (range $ 1.35 - $ 10.00)____

Major Competitive Product(s) (Performance Baseline): _Allied Colloids Hydrocol; EKA Compozil; Nalco Positek; Cytec Polyflex_

5. Process Conditions Description. (per Marketing Manager)

(List all applicable process variables, additives, and their average/possible worst case values.)

6. Requested Critical Product Characteristics and Performance Criteria. (per Marketing Manager, if applicable)

7. Results of Literature/Patent Search.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0073237

Estimated Project Duration (Months):        18 months ( January 1998 - June 1999)

Estimated Total Man-Hours:        2060 Hours (see Table 1)

_____Polymer_____        Submitted by:      John C. Harrington
Product Line

Product Technology R&D        Date Submitted:        2-2-98
___Colloidal Sciences___      ~~Director~~
Research Group        ~~Officer~~ Approval by:    _____
                                    VP-R&D   / VP-Marketing

_____        Date of Disposition:      2-2-98
Project Number

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0073238

## TABLE 1

### Projected Hours Distribution

1. Product Characterizations
   a. Composition, degree of crosslinking          20 hours (Trevose)
   b. Particle size, molecular weight              40 hours
   c. Surface charge density                       40 hours
   d. Rheological properties                       320 hours
   e. Swelling ratio                               80 hours
   f. Tg determinations                            <u>80 hours</u>
                                                   580 hours

   **Interim Project Status Report Issued**

2. Retention / Drainage / Formation activity studies (alkaline)
   a. Gravity drainage                             160 hours
   b. Floccule dewatering                          320 hours
   c. Sheet uniformity                             160 hours
   d. Flocculation degree and size                 160 hours
   e. Floc strength / reflocculation ability       <u>160 hours</u>
                                                   960 hours

   **Interim Project Status Report Issued**

3. Retention / Drainage / Formation activity studies (packaging)

   a. Gravity drainage                             80 hours
   b. Floccule dewatering                          80 hours
   c. Sheet uniformity                             80 hours
   d. Flocculation degree and size                 160 hours
   e. Floc strength / reflocculation ability       <u>160 hours</u>
                                                   560 hours

   **Interim Project Status Report Issued**

4. Identification, Characterization, Evaluation of Developmental Polymer Candidates

   a. Product / supplier literature search         80 hours
   b. Characterization of developmental polymers   360 hours
   c. Phenomenological / Fundamental Efficacy
      Evaluations                                  Hours charged to 4430-PS
                                                   (New Actives Identification)

5. Administrative, Final Report Writing           80 hours

**TOTAL HOURS**                                    **2620 hours**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0073239

# REFERENCES

1. W. L. Freeman, BetzDearborn Interoffice Memo, August 27, 1996
2. F. Zhang, BetzDearborn R&D Mini Project Literature Review
3. BetzDearborn Laboratory Notebook Number 280, pp. 240-247, assigned to S. C. Walker
4. Scalfarotto, "Effect of Polymeric Additives in Drainage and Dewatering", Tappi, Vol. 67, No. 4, 1984
5. Britt, "Water Removal During Sheet Formation", Tappi, Vol. 63, No, 4, 1980
6. Litchfield, "Dewatering Aids for Paper Applications", Appita, Vol. 47, No. 1, 1994
7. O'Brien, "Improved Papermaking with Water Soluble Micropolymers", Tappi Papermakers Conference, 1994, pp.257
8. Honig, " Water Soluble Micropolymers", Tappi, Vol. 76, No. 9, 1993
9. Lockhead, "Polyacrylic Acid Thickeners", Polymers in Aqueous Media, ACS Series, Div. of Polymeric Materials, 1987, pp. 113
10. Billmeyer, Textbook of Polymer Science, John Wiley & Sons, 1971, pp.197
11. Rodriguez, "Non-Uniform Swelling Equilibria of Alkali Swellable Microgels", Macromolecules, 1994, 27, pp. 6642-47
12. Baker, "Swelling Equilibria for Acrylamide Hydrogels", Polymer Reprints, Vol. 34, No. 1, 1993
13. Cowie, Polymers: Chemistry and Physics of Modern Materials, Intertext, 1973, pp. 216
14. Herrington, "Flocculation of Kaolin Suspensions by Polyelectrolytes", ACS Meeting, Colloid - Polymer Interactions, 1993

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0073240