**EXHIBIT 22**



Asset Purchase Agreement between Cytec + Ciba Specialty Chemicals Water Treatment Inc. — Aug. 31, 2000 Sale of Polyflex + RDA Businesses

HHX-022

CONFIDENTIAL - C.A. No 04-293

CIBA 021107

Index

Asset Purchase Agreement - Execution Copy

Disclosure Schedule

Assignment of Know-How to Purchaser

Assignment of Patents and Patent Applications to Purchaser

Assignment of United States Trademark Registrations

Polyflex Distribution Agreement

Polyflex Trademark Grant-Back License Agreement

RDA Distribution Agreement

Assignment and Assumption Agreement

Polyflex Supply Agreement

Trademark License Agreement

CONFIDENTIAL - C.A. No. 04-293                                CIBA 021108

EXECUTION COPY

ASSET PURCHASE AGREEMENT

among

CYTEC INDUSTRIES INC.,

CYTEC TECHNOLOGY CORP.,

and

CIBA SPECIALTY CHEMICALS WATER TREATMENTS, INC.

Dated as of August 31, 2000

Sale of Polyflex and RDA Businesses

[NYCorp;1119514.11:4605B:08/31/00-3:05p]

CONFIDENTIAL - C.A. No. 04-293                    CIBA 021109

Remainder of Pages of HHX-022
(Production numbers CIBA021110–CIBA021376)
REDACTED