# EXHIBIT 26

| | |
|---|---|
| From: | Satterfield Brian AD US |
| Sent: | Wednesday, May 23, 2001 11:31 PM (GMT) |
| To: | Almond Dave AD US |
| Cc: | Philippe Irenee AD US |
| Subject: | FW: SLT Topic - Polyflex Licenses |

**REDACTED**

Path Forward:

Ciba would offer Buckman and Hercules site or mill licenses under the following terms:

1) Each site or mill license would be based on the belief that Ciba: 1) will not be able to compete (politics, geography, lack of staff, does not fit our strategy, etc) and/or 2) accounts where Buckman or Hercules have negotiated strong Tier 1 positions.

2) A site or mill license would be for one location. Example: Weyerhaeuser, Dryden, Canada mill and not the

HHX-026

CONFIDENTIAL - C.A. NO. 04-293                                                                    CIBA 028037

whole Weyerhaeuser organization.

REDACTED

CONFIDENTIAL - C.A. NO. 04-293

CIBA 028038