# EXHIBIT 27

# ■HERCULES

Hercules Incorporated
Research Center
500 Hercules Road
Wilmington, DE 19808-1599
(302) 995-3000
FAX: (302) 995-350

June 7, 2001

cc:  W.S. Carey – RCW 8136
E.J. Connors – RCW 8136
J. Davis – Haasrode
J.A. Doyle – RCW 8139
W. Freeman – JAX
W.A. Gelman – RCW 8100  6/8/01
J.K. Hochu – JAX
D.J. Monagle – Plaza 10402 NE
T. Oja – Plaza 10373 SE
W. Romanchick – Trevose
D. Stafford – Beaumont
J. Wouters – Beringen
File 8134
File 8139

TO: D.L. Michalopoulos – JAX

FROM: D.V. Jorgensen – RCW 8139/40
F. McDonough – Plaza 10264 SW

## CAPITAL ESTIMATE FOR ASP MANUFACTURING FACILITIES AT BEAUMONT AND BERINGEN

We have completed the estimate for required capital to manufacture an emulsion type ASP product at Beaumont and Beringen. The ASP Management Team agreed not to pursue the estimate at Helsingborg as considerable renovations would be required and would exceed the maximum desired spending for the project.

The estimated capital required for Beaumont is $3.0 million, and the estimated capital for Beringen is $3.7 million. The key differences and assumptions between the two plant designs are:

(1) Beaumont has floor space for only one more reactor. Hence the ASP product will share the Burnout Reactor and the Premix Tank with the currently manufactured emulsion portfolio. This could impact throughput at Beaumont.
(2) We chose to have Beringen purchase DI water (from Utility supplier, Borealis) rather than put in a DI water system. This will add to the operating cost of the product.
(3) We assumed that Beaumont's process for handling monomer tank venting would be directly

**HHX-027**

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0061775

applicable at Beringen. As this process is minimal, no cost was assigned here. Regulatory requirements would need to be confirmed.

Both plants' designs were based upon making 2.9MM lb of emulsion per year. We chose a basis reactor size of 2500 gallons. For this demand, approximate 184 batches per year would be required. We anticipate that no more than 2 shifts/batch would be required.

Attached are the schematic flowsheets for the two plants. The vessels outlined with solid brackets are items to be purchased. The items in dashed outlines are items that will be shared and could impact throughput. Also attached are lists of the equipment for each plant and the status of that equipment.

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0061776



HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0061777



HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0061778

## Beaumont Plant

| Item # | Item | Proposed Size | Purchase Or Available | Status/Comments |
|---|---|---|---|---|
| 1 | Acrylic Acid Storage Tank, 316 SS with heating and cooling capability | To handle production use of 4200 gal/mon. Capacity needed – double or 30-35 m3 | Available | Convert current acrylamide tank to acrylic acid tank. 15,000 gal |
| 2 | Acrylamide Storage Tank, 316 SS, insulated, heated to prevent Freezing, air spage to support inhibitor | Production Use of 8400 gal/mon or 32 m3. | Purchase | Purchase new 25,000 gal tank. Add heat exchanger. |
| 3 | Oil Storage Tank, carbon steel | Production use of 8500 gal/mon (32 m3) | Available | Two 10,000 gal tanks on site |
| 4 | DI Water System | Production use of 6400 gal/mon | Available | Two systems on site, either could service the demand. |
| 5 | Premix Tank, 316 SS, 0.5 x size of reactor | 1250 gal (4.7 m3) | Available—will not be dedicated | Use current Premix Tank, could impact throughput. Acrylic acid needs to be piped in. |
| 6 | Reactor, 316 SS, baffled with cooling/heating capability. Much be able to remove ~2.4E06BTU/ 30-60 min. N2 and air hookups, bottom nozzle for N2 sparging | 2500 gal (10 m3) | Purchase | Need to purchase as part of reactor system |
| 7 | Agitator and motor for reactor | To be specified | Purchase | Need to purchase as part of reactor system |

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A
NO. 04-293 (KAJ)

HERC0061779

## Beaumont Plant (cont.)

| Item # | Item | Proposed Size | Purchase Or Available | Status/Comments |
|---|---|---|---|---|
| 8 | Homogenizing pump on reactor | | Purchase | Need to purchase as part of reactor system |
| 9 | Burnout Tank, 316 SS, agitated with cooling, N2 and air supplied | 2500 gal (10 m3) | Available, share current tanks | Use current Burnout tanks, could impact throughput |
| 10 | Product filter (vibrating or AZO screen filter); 304 or 316 SS | | Purchase | |
| 11 | Product Storage Tank, 316 SS or Fiberglass | 5000 gal (20 m3) | Purchase | Purchase new FRP tank, but could use 20,000 gal tank from Solutions Plant |
| 12 | Product Storage Tank, 316 SS or Fiberglass | 5000 gal (20 m3) | Purchase | Same as #11. |
| 13 | Tote Filling Station | | Available | Filling Station available with scales, etc. |
| 14 | Truck Loading Station for Product | | Available | |
| 15 | Truck Unloading Station for Monomers | | Available | |
| 16 | Small make down SMBS tank with agitator and metering system to reactor, N2 supplied | 50 gal (0.2 m3), 316 SS or Fiberglass | Available | |

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0061780

## Beaumont Plant (cont.)

| Item # | Item | Proposed Size | Purchase Or Available | Status/Comments |
|---|---|---|---|---|
| 17 | Small Initiator make down tanke with agitator and metering system to reactor, N2 supplied | 50 gal (2 m3), 316 SS or Fiberglass | Available | |
| 18 | Weight Station to manually charge additions | | Available | Weighing scale available |
| 19 | Control system | Not necessary, but preferred | Available | The plant uses mostly single loop controllers. A PLC is available at the Solution Plant |
| 20 | Cooling water, chilled water, or brine | Sufficient to removed ~2.4E06 BTU over 30-60 min. time frame | Available | Have two 250 ton chillers on site. 30,000 gallon Chilled Water Tank |
| 21 | Steam | Need only 3.9E05 BTU over ~30 min | Available | Sufficient capacity |
| 22 | Nitrogen | | Available | Sufficient capacity |
| 23 | Clean, filtered air | | Available | Sufficient capacity |
| 24 | Ware house capacity | | Available | Sufficient capacity<br>--DVJ 5/30/01 |

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0061781

## Beringen Plant

| Item # | Item | Proposed Size | Purchase Or Available | Status/Comments |
|---|---|---|---|---|
| 1 | Acrylic Acid Storage Tank, 316 SS with heating and cooling capability | To handle production use of 4200 gal/mon. Capacity needed ~ double or 30-35 m3 | Available | Use Tank T5203-1, 316 SS, 38 m3. Must be moved. |
| 2 | Acrylamide Storage Tank, 316 SS, insulated, heated to prevent Freezing, air spage to support inhibitor | Production Use of 8400 gal/mon or 32 m3. N | Available | Use Tank T5212-2, Alloy 20 (Carpenter 20), 58 m3, location is fine. |
| 3 | Oil Storage Tank, carbon steel | Production use of 8500 gal/mon (32 m3) | Available | Use Tank T5206A, carbon steel, 37.8 m3 |
| 4 | DI Water System | Production use of 6400 gal/mon | Not Available | Purchase DI water from Utility Supplier, Borealis. Need DI water Holding Tank |
| 5 | Premix Tank, 316 SS, 0.5 x size of reactor | 1250 gal (4.7 m3) | Available | Glass lined reactor with agitator, cooling, and at 5 m3 |
| 6 | Reactor, 316 SS, baffled with cooling/heating capability. Much be able to remove ~2.4E06BTU/ 30-60 min. N2 and air hookups, bottom nozzle for N2 sparging | 2500 gal (10 m3) | Purchase | Need to purchase as part of reactor system |
| 7 | Agitator and motor for reactor | To be specified | Purchase | Need to purchase as part of reactor system |

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0061782

## Beringen Plant (cont.)

| Item # | Item | Proposed Size | Purchase Or Available | Status/Comments |
|---|---|---|---|---|
| 8 | Homogenizing pump on reactor | | Purchase | Need to purchase as part of reactor system |
| 9 | Burnout Tank, 316 SS, agitated with cooling, N2 and air supplied | 2500 gal (10 m3) | Purchase | Need to purchase as part of reactor system— However, do have T5210-6 with agitation and cooling, but in 304 SS. Metallurgy would need to be checked. |
| 10 | Product filter (vibrating or AZO screen filter); 304 or 316 SS | | Available | Sweco vibrating screen, 48 inch available |
| 11 | Product Storage Tank, 316 SS or Fiberglass | 5000 gal (20 m3) | Available | Use Tank T5212-2, 316 SS, 24 m3. Location is adequate. |
| 12 | Product Storage Tank, 316 SS or Fiberglass | 5000 gal (20 m3) | Purchase | |
| 13 | Tote Filling Station | | Available | Filling Station available with scales, etc. |
| 14 | Truck Loading Station for Product | | Available | Previous CHP and Cumene unloading facilities |
| 15 | Truck Unloading Station for Monomers | | Available | Previous CHP and Cumene unloading facilities |
| 16 | Small make down SMBS tank with agitator and metering system to reactor, N2 supplied | 50 gal (0.2 m3), 316 SS or Fiberglass | Available | One glass lined vessel, ~ 1 m3, agitated, jacketed and metering system available |

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0061783

## Beringen Plant (cont.)

| Item # | Item | Proposed Size | Purchase Or Available | Status/Comments |
|---|---|---|---|---|
| 17 | Small Initiator make down tanke with agitator and metering system to reactor, N2 supplied | 50 gal (.2 m3), 316 SS or Fiberglass | Purchase | |
| 18 | Weight Station to manually charge additions | | Available | Weighing scale available |
| 19 | Control system | Not necessary, but preferred | Available | Full system Contronics, capable of handling about 1000 in and outputs, redundancy etc. available. |
| 20 | Cooling water, chilled water, or brine | Sufficient to removed ~2.4E06 BTU over 30-60 min. time frame | Available | Cooling water available, and brine systems, J5328 and J5335. |
| 21 | Steam | Need only 3.9E05 BTU over ~30 min | Available | Sufficient capacity, 10 barg at 200C |
| 22 | Nitrogen | | Available | Sufficient capacity, 7 barg dry system |
| 23 | Clean, filtered air | | Available | Sufficient capacity, 6 barg dry system |
| 24 | Ware house capacity | | Available | Sufficient capacity, approx 1500 m2, sprinklers<br>--DVJ 5/30/01 |

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0061784

**Appendix**
**Helsingborg's Equipment Status Sheet**

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0061785

## Helsingborg Plant

| Item # | Item | Proposed Size | Purchase Or Available | Status/Comments |
|---|---|---|---|---|
| 1 | Acrylic Acid Storage Tank, 316 SS, with heating and cooling capability | To handle production use of 4200 gal/mon: Capacity needed ~ double or 30-35 m3 | Available | 32 m3 tank in current use. Feed system, including pump and flow meter to new reactor required |
| 2 | Acrylamide Storage Tank, 316 SS, insulated, heated to prevent Freezing, air spage to support inhibitor | Production Use of 8400 gal/mon or 32 m3. N | Available— need new larger tank | 32 m3 tank in current use (may be too small with new demand) Feed pip to new reactor required. [recommend to by new 12000 gal tank and convert this to oil tank |
| 3 | Oil Storage Tank, carbon steel | Production use of 8500 gal/mon (32 m3) | Available-use acrylamide tk | 25 m3. Existing tank, probably too small |
| 4 | DI Water System | Production use of 6400 gal/mon | Available | |
| 5 | Premix Tank, 316 SS, 0.5 x size of reactor | 1250 gal (4.7 m3) | Available | |
| 6 | Reactor, 316 SS, baffled with cooling/heating capability. Much be able to remove ~2.4E06BTU/ 30-60 min. N2 and air hookups, bottom nozzle for N2 sparging | 2500 gal (10 m3) | Purchase | Need to purchase as part of reactor system |
| 7 | Agitator and motor for reactor | To be specified | Purchase | Need to purchase as part of reactor system |

## Helsingborg Plant (cont.)

| Item # | Item | Proposed Size | Purchase Or Available | Status/Comments |
|---|---|---|---|---|
| 8 | Homogenizing pump on reactor | | Purchase | Need to purchase as part of reactor system |
| 9 | Burnout Tank, 316 SS, agitated with cooling, N2 and air supplied | 2500 gal (10 m3) | Purchase | Could use current emulsion burnout tank, but would impact through put |
| 10 | Product filter (vibrating or AZO screen filter); 304 or 316 SS | | Purchase | |
| 11 | Product Storage Tank, 316 SS or Fiberglass | 5000 gal (20 m3) | Available | |
| 12 | Product Storage Tank, 316 SS or Fiberglass | 5000 gal (20 m3) | Purchase | |
| 13 | Tote Filling Station | | Purchase | |
| 14 | Truck Loading Station for Product | | Maybe | Needs to be rebuilt |
| 15 | Truck Unloading Station for Monomers | | Available | |
| 16 | Small make down SMBS tank with agitator and metering system to reactor, N2 supplied | 50 gal (0.2 m3), 316 SS or Fiberglass | Purchase | |

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A
NO. 04-293 (KAJ)

HERC0061787

## Helsingborg Plant (cont.)

| Item # | Item | Proposed Size | Purchase Or Available | Status/Comments |
|---|---|---|---|---|
| 17 | Small Initiator make down tanke with agitator and metering system to reactor. N2 supplied | 50 gal (.2 m3), 316 SS or Fiberglass | Purchase | |
| 18 | Weight Station to manually charge additions | | Available | |
| 19 | Control system | Not necessary, but preferred | Available | Controller cards and input and output cards have to be added |
| 20 | Cooling water, chilled water, or brine | Sufficient to removed ~2.4E06 BTU over 30-60 min. time frame | Available | The cooling system is enough if not used for Novus at the same time. |
| 21 | Steam | Need only 3.9E05 BTU over ~30 min | Available | |
| 22 | Nitrogen | | Available | |
| 23 | Clean, filtered air | | Available | |
| 24 | Ware house capacity | | No | --DVJ 5/30/01 |

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0061788