# EXHIBIT 28

**PILOT PLANT PROCESS SPECIFICATION**
Product: EM-232
Revision: RFPT Filing

| Step | Process Step | PV | Unit | Time (min.) | T (°F) | P (psig) | Comment |
|---|---|---|---|---|---|---|---|
| 1.0 | Equipment Preparation: | | | | | | |
| 1.1 | Reactor and all ancillaries clean and dry | | | | | | |
| 1.2 | Reactor N₂ purge and vent 3X | | | | | | |
| 1.3 | Place Hypermer B246 SF in hot box to melt prior to use. | | | | | | |
| | For total Batch Size: | 500.00 | lbs. | | | | |
| 2.0 | Utility Start Up: | | | | | | |
| 2.1 | Start the scrubber column (C-202) blower and the caustic recirculation pump. | | | | | | |
| 2.2 | Verify the vapor riser and reflux return line from the T-102 decanter are open back to the reactor | | | | | | |
| 2.3 | Open the T-102 jacket loop and overhead condenser to chilled water. | | | | | | |
| 2.4 | Set the T-102 jacket high temperature limit. | 150.0 | °F | | | | |
| 2.5 | Set the T-102 batch temperature set point. | 100.0 | °F | | | | Temperature required to assist in the dissolution of the surfactants. |
| 2.6 | Start the T-102 jacket loop pump. | | | | | | |
| 3.0 | Oil Phase Charge to T-102: | | | | | | |
| 3.1 | Set the overhead piping to evacuate T-102 using the steam jet ejectors. | | | | | | |
| 3.2 | Evacuate T-102 to specified vacuum. Isolate from the vacuum system when complete. | -20 | in. Hg | | | | |
| 3.3 | Use vacuum to charge T-102 with Exxsol D-80. | 131.72 | Lbs. | | | | |
| 3.4 | Break residual vacuum on T-102 with nitrogen. | | | | | | |
| 3.5 | Charge T-102 through charging funnel with: | | | | | | |
| | Atlas Point G-946 | 4.66 | Lbs. | | | | |
| | Hypermer B246 SF | 9.32 | Lbs. | | | | |
| | Coagulant 132 | 5.52 | Lbs. | | | | |
| 3.6 | Flush the funnel with Exxsol D-80. | 8.00 | Lbs. | | | | |
| 3.7 | Start the T-102 agitator with the speed set as specified. | 80.0 | RPM | | | | |
| 4.0 | Charge Aqueous Monomer Phase to T-106: | | | | | | |
| 4.1 | Set the overhead piping to evacuate T-106 using the steam jet ejectors. | | | | | | |
| 4.2 | Evacuate T-106 to specified vacuum. Isolate from the vacuum system when complete. | -20 | in. Hg | | | | |
| 4.3 | Use vacuum to charge T-106 with: | | | | | | |
| | Acrylamide | 130.35 | Lbs. | | | | |
| | Acrylic Acid | 71.46 | Lbs. | | | | |
| 4.4 | Flush the charging line with DI water. | 51.15 | Lbs. | | | | |
| 4.5 | Break residual vacuum on T-106 with nitrogen. | | | | | | |
| 4.6 | Start the T-106 agitator. Mix monomer solution for specified time. | 10.0 | Min. | | | | |
| 4.7 | Charge T-106 through charging funnel with: | | | | | | |
| | Versenex 80 | 332.8 | grams | | | | |
| | Ammonium Hydroxide | 35.11 | Lbs. | | | | Ammonium hydroxide may be switched out with sodium hydroxide solution. |
| 4.8 | Flush the funnel with DI water. | 5.00 | Lbs. | | | | |
| 4.9 | Seal the T-106 hand hole and max for the specified time. | 10.0 | Min. | | | | |

**HHX-028**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0072334



**TREVIRA PILOT PLANT PROCESS SPECIFICATION**

Product: EM-232

Revision: RFPT Filing

PS AEM 232X1.0.xls

3 of 4

Prepared by: Walchuk / Carey

| Step | Process Step | PV | Unit | Time (min.) | T (°F) | P (psig) | Comment |
|------|--------------|-----|------|-------------|--------|----------|---------|
| 4.10 | Check the pH of the aqueous phase in T-106. The required range is specified. Any pH adjustments will be at the direction of the project chemist. | 5.3 – 5.7 | pH | | | | |
| 4.11 | When pH is approved continue to the next step. | | | | | | |
| 4.12 | Make up Vazo 64 solution in Toluene: | | | | | | |
| | Toluene | 2.61 | Lbs. | | | | Evaluation of alternative solvent is being conducted. |
| | Vazo 64 | 36.6 | grams | | | | |
| 5.0 | Emulsion Preparation in T-102: | | | | | | |
| 5.1 | Set the overhead piping to evacuate T-102 using the steam jet ejectors. | | | | | | |
| 5.2 | Evacuate T-102 to specified vacuum. Isolate from the vacuum system when complete. | -20 | in. Hg | | | | |
| 5.3 | Verify that the pressure regulator on T-106 is set as specified and pressurize T-106 with nitrogen. | 10.0 | PSIG | | | | |
| 5.4 | Open the valves on the over-the-top transfer line from T-106 to T-102. | | | | | | |
| 5.5 | Stop the T-106 agitator. | | | | | | |
| 5.6 | Open the bottom outlet valve on T-106 to transfer the aqueous phase to T-102. | | | | | | |
| 5.7 | Flush the specified amount of DI water through T-106 and the transfer line into T-102. | 10.00 | Lbs. | | | | |
| 5.8 | When T-106 is empty close the bottom outlet valve. Vent any residual pressure on T-106 to the caustic scrubber. Break any residual vacuum on T-102 with nitrogen. | | | | | | |
| 5.9 | Vent T-102 to the caustic scrubber and then use nitrogen to purge the aqueous transfer hose and piping going from T-106 to T-102. | | | | | | |
| 5.10 | Allow the emulsion in T-102 to mix for at least the specified time. | 10.0 | Min. | | | | |
| 5.11 | Open the bottom outlet valve on T-102 to fill the Ross Mixer loop. | | | | | | |
| 5.12 | Start the nitrogen sparge in T-102 as specified. Sample the emulsion to check the initial bulk viscosity. | 1.0 | SCFM | | | | |
| 5.13 | Start the Ross mixer and homogenize the emulsion for the specified time. Sample to check the in-process bulk viscosity. | 2.0 | Min. | 8·⁷₁ | | | |
| 5.14 | Upon approval of the bulk viscosity, stop the Ross mixer and close the T-102 bottom outlet valve. Purge the Ross mixer loop and isolate T-102 from the mixer loop. | 350 – 500 | cps | 3⁴0 | | | Typical viscosity, Spindle #3 at 12 rpm. |
| 5.15 | Set the T-102 batch temperature set point as specified. | 122.0 | °F | | | | |
| 5.16 | Continue sparging the emulsion with nitrogen for the specified time from t=0, Step 5.12. | 60.0 | Min. | | | | |
| 6.0 | Polymerization: | | | | | | |
| 6.1 | Verify the T-102 batch temperature is as specified. | 122.0 | °F | | | | |
| 6.2 | Upon approval, initiate feed of the Vazo 64 solution to T-102 over a 2-hour period. | | | | | | An exotherm should be observed at 15-20 mins into the initiator feed. If atypical, chemist will provide adjustments. |
| 6.3 | If a strong exotherm occurs T > 150 F, stop the Vazo solution feed and sparge the batch with air and consult the project chemist. | | | | | | |
| 6.4 | Samples may be taken from T-102 during this period. | | | | | | |
| 6.5 | Upon approval, start the polymerization by feeding the Vazo 64 solution to T-102 using the "metering pump" set as specified (Target 2-hour feed). | | % | | | | Approx feed rate of 0.0224 lbs/min -> MR-11 or 12 |

# "TREVO" PILOT PLANT PROCESS SPECIFICATION

Product: EM-232
Revision: RFFT Filing

| Step | Process Step | PV | Unit | Time (min.) | T (°F) | P (psig) | Comment |
|---|---|---|---|---|---|---|---|
| 6.6 | During the Vazo 64 solution feed the batch is allowed to exotherm to 135 F over a ~1 hour period. The batch is then held at 140-148 F for the remainder of the feed. | 135 - 140 / 138 - 144 | °F | | | | DO NOT allow batch to exotherm over 135 F for 1st hour of feed |
| 6.7 | At the end of the Vazo 64 solution feed, verify the T-102 batch temperature is as specified. | 138 - 144 | °F | | | | In-process sample for residual monomer. |
| 6.8 | Maintain the T-102 temperature as specified for 60 minutes. | 138 - 144 | °F | | | | In-process sample for residual monomer. |
| 7.0 | Burnout: | | | | | | |
| 7.1 | Prepare a Vazo 64 solution in Toluene for the burnout: | | | | | | |
| | Toluene | 1.04 | lbs. | | | | |
| | Vazo 64 | 14.6 | grams | | | | |
| 7.2 | Verify that the batch temperature is within the range specified in step 6.8 then charge the Vazo solution to T-102 through the burette. | | | | | | |
| 7.3 | Allow the emulsion to mix for the time specified. | 120.0 | Min. | | | | Step may be extended based on in-process testing results for residual monomers. |
| 7.4 | Lower the batch temperature controller set point to cool the emulsion as specified. | 104.0 | °F | | | | |
| 7.5 | Sample to QC for residual acrylamide and acrylic acid. | | | | | | |
| 8.0 | pH Adjustment, Breaker Addition, and Packout: | | | | | | |
| 8.1 | Add the Ammonium Hydroxide to T-102 through the funnel. | 23.4 | Lbs. | | | | Ammonium hydroxide may be switched out with sodium hydroxide solution. |
| 8.2 | Lower the batch temperature controller set point to cool the emulsion as specified. | 80.0 | °F | | | | Need to determine max T for Breaker addition. 80F safe per lab. |
| 8.3 | Charge Tergitol 15-S-9 to T-102 through the funnel. | 9.81 | Lbs. | | | | |
| 8.4 | Allow the emulsion to mix at the set temperature for the specified time. | 30.0 | Min. | | | | |
| 8.5 | Sample to QC for inversion test. | | | | | | |
| 8.6 | Upon approval, cool batch to the specified temperature. | 77.0 | °F | | | | |
| 8.7 | Filter the emulsion through the Kason Screener (64 TBC Grade Screen) into an HDCLPE poly drum. Turn off the T-102 agitator. Sample to QC for final tests. | | | | | | |
| 9.0 | Clean Up: | | | | | | |
| 9.1 | Flush all feed tanks and lines with DM water. | | | | | | |
| 9.2 | Charge T-102 with 50 gallons DM water, open all loop valves and start loop flow. | | | | | | |
| 9.3 | Set "controller" to 150 °F, and circulate water for 1 hour | | | | | | |
| 9.4 | Shutdown mixer and loop pump Drain equipment hot. | | | | | | |
| 9.5 | Blow loop clear to drum with N2 and close all valves | | | | | | |
| 9.6 | Shutdown all utilities. | | | | | | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)



50-Gallon Batch #1 07/12/01

PS AEm-232 V1.0
RFPT Formulation

| Raw Materials | Generic | Fw | Purity | Density | Notes |
|---|---|---|---|---|---|
| Exosol D-80 | 9711 | -- | 100.00% | | |
| Atlas Point G-946 | 8612 | 428.62 | 100.00% | | |
| Hypermer B246 SF | 10480 | -- | 100.00% | | |
| Coagulant 132 | 8843 | 184.00 | 32.70% | | |
| Acrylamide | 5 | 71.08 | 53.00% | | |
| Acrylic Acid | 6 | 72.06 | 99.00% | | |
| Ammonium Hydroxide | 9506 | 35.05 | 29.40% | 0.985 | 50% Solids |
| Versenex 80 | 9184 | 503.26 | 40.00% | | |
| DI Water | 5947 | 18.02 | 100.00% | 1.000 | |
| Vazo 64 | 9283 | 164.21 | 100.00% | | |
| Toluene | 9557 | 92.14 | 100.00% | 0.865 | |
| Teritol 15-S-9 | 9405 | ???? | 100.00% | | |

Formulation Ref. 2496-017

| | | |
|---|---|---|
| Exosol D-80 | 27.943% | wt % Total Batch |
| Atlas Point G-946 | 0.931% | wt % Total Batch |
| Hypermer B246 SF | 1.863% | wt % Total Batch |
| Coagulant 132 | 0.50% | Mole % Polym. Composition |
| Acrylamide | 49.50% | Mole % Polym. Composition |
| Acrylic Acid | 50.00% | Mole % Polym. Composition |
| Ammonium Hydroxide | 30.00% | Mole % Acrylic Acid |
| Versenex 80 | 0.050% | Mole % Acrylamide |
| Vazo 64 | 250 | Molar ppm Monomer Charge |
| [Vazo 64] | 3.00% | wt. % Vazo 64 in Toluene |
| Vazo 64 | 100.00 | Molar ppm Monomer Charge |
| [Vazo 64] | 3.00% | wt. % Vazo 64 in Toluene |
| Ammonium Hydroxide | 20.00% | wt % Acrylic Acid |
| Teritol 15-S-9 | 1.961% | wt % Total Batch |
| Weight % Active | 30.00% | Polymer as Salt, excl. Initiators |
| Scale | 500.00 | |

Composition Estimation (wt. %)

| | |
|---|---|
| Polymer as Salt | 30.000% |
| Surfactants | 4.7550% |
| Toluene | 0.7298% |
| Initiators / Chelants | 0.0959% |
| Oil | 28.8866% |
| Water | 35.7327% |
| | 100.0000% |

| Charges | moles | g/std. | Charge | To Scale | Grams | wt. % |
|---|---|---|---|---|---|---|
| Exosol D-80 | | | 71.154 | 131.72 | | 26.3430% |
| Atlas Point G-946 | | | 2.371 | 4.66 | | 0.9310% |
| Hypermer B246 SF | | | 4.744 | 9.32 | | 1.8630% |
| Coagulant 132 | 0.005000 | | 2.813 | 5.52 | | 1.1049% |
| Exosol D-80, Line Flush | | | | 8.00 | | 1.6000% |
| *Oil Phase* | | *81.082* | *159.21* | | | *31.8419%* |
| Acrylamide | 0.495000 | 35.185 | 66.386 | 130.35 | | 26.0705% |
| Acrylic Acid | 0.500000 | 36.030 | 36.394 | 71.46 | | 14.2923% |
| Versenex 80 | 0.000297 | 0.187 | 33.691 | 51.15 | | 10.2307% |
| DI Water | | | 0.374 | 0.73 | | 0.1467% |
| Ammonium Hydroxide | 0.150000 | 2.555 | 17.883 | 35.11 | 332.81 | 7.0227% |
| DI Water, Line Flush | | | | 5.00 | | 1.0000% |
| DI Water, Line Flush | | | | 10.00 | | 2.0000% |
| *Aqueous Phase* | | *154.727* | *303.81* | | | *60.7630%* |
| Vazo 64 | 0.000250 | 0.041 | 0.041 | 0.08 | 36.56 | 0.0161% |
| Toluene | | | 1.327 | 2.61 | | 0.5213% |
| *Initiator Solution* | | | *1.368* | *2.69* | | *0.5374%* |
| Vazo 64 | 0.000100 | 0.016 | 0.016 | 0.03 | 14.63 | 0.0064% |
| Toluene | | | 0.631 | 1.04 | | 0.2085% |
| *Burnout Solution* | | | *0.547* | *1.07* | | *0.2150%* |
| Ammonium Hydroxide | 0.100000 | 1.703 | 11.922 | 23.41 | | 4.6618% |
| Teritol 15-S-9 | | 4.993 | 4.993 | 9.81 | | 1.9610% |
| *Adjustments* | | | *16.915* | *33.21* | | *6.6428%* |
| Batch Weight | | 88.745 | 254.640 | 500.00 | | 100.00% |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0072337

| 2496-191 | | | | | |
|---|---|---|---|---|---|
| Charges | Moles | g solids | Charge | To Scale | Wt. % |
| Acrylamide | 0.3950 | 28.08 | 52.97 | 82.19 | 18.26% |
| Acrylic Acid | 0.6000 | 43.24 | 43.67 | 67.75 | 15.06% |
| Lauryl Acrylate | 0.0050 | 1.20 | 1.20 | 1.86 | 0.41% |
| Na Lauryl Sulfate | - | 0.00 | 0.00 | 0.00 | 0.00% |
| Ammonium hydroxid | 0.3000 | 10.52 | 35.05 | 54.38 | 12.08% |
| Versenex 80 | 0.0002 | 0.10 | 0.24 | 0.38 | 0.08% |
| Galactasol CMC | NA | 0.00 | 0.00 | 0.00 | 0.00% |
| DI water | | | | 91.65 | 20.37% |
| Tween 80 | | 1.1 | 1.1 | 1.13 | 0.25% |
| Aqueous Totals | | 84.25 | | 299.33 | 66.52% |
| | | | | | |
| Exxsol D-80 oil | | 135.0 | 135.0 | 135.00 | 30.00% |
| Atlas G-946 | | 13.5 | 13.5 | 13.50 | 3.00% |
| | | | | | |
| Oil PhaseTotals | | 148.5 | 148.5 | 148.50 | 33.00% |
| | | | | | |
| AIBN | 0.000250 | 0.0411 | 0.0419 | 0.065 | 0.01% |
| AIBN solvent | | | | 2.10 | 0.47% |
| | | | | | |
| Initiator Totals | | 0.041 | | 2.17 | 0.48% |
| | | | | | |
| | | | | | |
| Batch Totals | | 232.79 | | 450.00 | 100.00% |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0072338

ALL STATE LEGAL SUPPLY CO. ONE COMMERCE DRIVE, CRANFORD, NEW JERSEY 07016

ED 11

# EXHIBIT 29

TREVOSE PILOT PLANT OPERATING PROCEDURE

| Process: | AEM 232 | G-21659 |
|---|---|---|
| version: | 3.0 | |
| Author: | K. A. Szupka | |

Locate and read the material safety data sheets for all of the chemicals that will be used in this procedure.  Consu
information being presented to you on the data sheets.  Do not proceed until you have a clear understanding of
complete your work.

The MSDS sheets for each of the chemical materials used in this process accompany this procedure.  Consult yo
the associated material hazard summary and process review, sign your name in the space provided below indicati
before starting this procedure.

**Operator**

Date
_____
_____
_____
_____

**General Hazards:**
The greatest hazards are posed by the handling of the raw materials.
Refer to the process review documentation for specific hazard data.

**Required Safety Equipment:**
Wear neoprene gloves when handling all chemicals in this procedure.
Wear gloves, a butyl jacket, and a full face respirator when handling the monomer solutions.
Wear gloves and a splash shield when sampling the reactor.
Ensure proper ventilation and exhaust pick up at sample and material handling locations

**Emergency Procedure:**
In the event of any spills, equipment failures, or problems with the raw materials used in this procedure, you are
Refer to the process review documentation for specific hazard data.

**Contacts:**
Jeff Wible     x-3641
Jeff Castor     x-3120
Kirk Szupka   x-3529
**Released for Operations:**

Date:
_____
*superising engineer*

CONFIDENTIAL - RESTRICTED
THIS DOCUMENT CONTAINS BETZDEARBORN PROPRIETARY INFORMATION AND SHALL NOT BE USED, REPRODUCED, PUBLISHED OR DISCLOSED TO OTHERS WITH
BETZDEARBORN

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0026931

**HHX-029**

# TREVOSE PILOT PLANT PROCESS SPECIFICATION

Product: AEM-232
Revision: Version 3.0

PS AEM 232 V3.0.xls
page of
Prepared by: Walchuk / Carey

| Raw Materials | Generic | Fw | Purity |
|---|---|---|---|
| Exsol D-80 | 9711 | | 100.00% |
| Atlas Point G-946 | 8812 | 428.62 | 100.00% |
| Hypermer B246 SF | 10480 | -- | 100.00% |
| Acrylamide | 5 | 71.08 | 53.00% |
| Acrylic Acid | 8 | 72.06 | 99.00% |
| Sodium Hydroxide (caustic) | 2502 | 40.00 | 50.00% |
| Versenex 80 | 9184 | 503.26 | 40.00% |
| DI Water | 5947 | 18.02 | 100.00% |
| Vazo 64 | 9283 | 164.21 | 100.00% |
| Toluene | 9557 | 92.14 | 100.00% |
| Tergitol 15-S-9 | 9406 | -- | 100.00% |

| Formulation Ref. | | |
|---|---|---|
| Exsol D-80 | 2590.080 | |
| Atlas Point G-946 | 27.943% | wt.% Total Batch |
| Hypermer B246 SF | 0.931% | wt.% Total Batch |
| Acrylamide | 1.863% | wt.% Total Batch |
| Acrylamide | 50.00% | Mole % Polym. Composition |
| Acrylic Acid | 50.00% | Mole % Polym. Composition |
| Sodium Hydroxide (caustic) | 60.00% | Mole % Acrylic Acid |
| Versenex 80 | 0.060% | Mole % Acrylamide |
| Vazo 64 | 10. | Molar ppm Monomer Charge |
| [Vazo 64] | 3.00% | wt.% Vazo 64 in Toluene |
| Vazo 64 | 10. | Molar ppm Monomer Charge |
| [Vazo 64] | 3.00% | wt.% Vazo 64 in Toluene |
| Vazo 64 | 100.00 | Molar ppm Monomer Charge |
| [Vazo 64] | 3.00% | wt.% Vazo 64 in Toluene |
| Sodium Hydroxide (caustic) | 40.00% | Mole % Acrylic Acid |
| Tergitol 15-S-9 | 1.961% | wt.% Total Batch |
| Weight % Active | 30.00% | Mole % Acrylic Acid |
| Scale | 500.00 | Polymer as Salt, excl. Initiators |

Composition Estimation (wt. %)

| Polymer as Salt | 30.0000% | Excl. Inititiators |
|---|---|---|
| Surfactants | 4.7550% | |

PS AEM 232 V3.0.xls Formulation

3rd 50-Gallon Batch, 10/02/01

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0026932

PS AEM 232 V3.0.xls
page of
Prepared by: Walchuk / Carey

# TREVOSE PILOT PLANT PROCESS SPECIFICATION
Product: AEM-232
Revision: Version 3.0

| | |
|---|---|
| Toluene | 0.2315% |
| Initiators / Chelants | 0.0757% |
| Oil | 27.9430% |
| Water | 36.9947% |
| | 100.0000% |

**Excluding Burnout & Adj. Charges**

| | |
|---|---|
| wt. % Exxsol D-80 | 30.36% |
| wt. % Atlas Point G-946 | 1.01% |
| wt. % Hypermer B246 SF | 2.02% |

**Notes**
Dark Blue font indicates changes in the formulation and process sheets.
Shaded areas are variables that can be modified.

3rd 50-Gallon Batch, 10/02/01

PS AEM 232 V3.0.xls Formulation

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0026933

PS AEM 232 V3.0.xls
page of
Prepared by: Walchuk / Carey

3rd 50-Gallon Batch, 10/02/01

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**
Product: AEM-232
Revision: Version 3.0

PS AEM 232 V3.0.xls Formulation

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0026934

PS AEM 232 V3.0.xls
page  of
Prepared by: Walchuk / Carey

# TREVOSE PILOT PLANT PROCESS SPECIFICATION
Product: AEM-232
Revision: Version 3.0

**Density  Notes**

| Density | Notes |
|---|---|
| 1.000 | 50% Solids |
| 0.865 | |

| Charges | moles | g / std | Charge | To Scale | Grams | wt. % |
|---|---|---|---|---|---|---|
| Exxsol D-80 | | | 76.899 | 131.72 | | 26.3430% |
| Atlas Point G-946 | | 2.562 | 2.562 | 4.66 | | 0.9310% |
| Hypemer B246 SF | | 5.127 | 5.127 | 9.32 | | 1.8630% |
| Exxsol D-80, Line Flush | | | --- | 8.00 | | 1.6000% |
| *Oil Phase* | | | 84.588 | 153.69 | | 30.7370% |
| | | | | | | |
| Acrylamide | 0.500000 | 35.540 | 67.057 | 121.83 | | 24.3665% |
| Acrylic Acid | 0.500000 | 36.030 | 36.394 | 66.12 | | 13.2245% |
| DI Water | | | 40.730 | 59.00 | | 11.8002% |
| Versenex 80 | 0.000300 | 0.189 | 0.377 | 0.69 | | 0.1372% |
| Sodium Hydroxide (caustic) | 0.300000 | 6.594 | 24.000 | 43.60 | 311.06 | 8.7209% |
| DI Water, Line Flush | | | --- | 5.00 | | 1.0000% |
| DI Water, Line Flush | | | --- | 10.00 | | 2.0000% |
| *Aqueous Phase* | | | 168.558 | 306.25 | | 61.2494% |
| | | | | | | |
| Vazo 64 | 0.000010 | 0.0016 | 0.002 | 0.00 | 1.35 | 0.0006% |
| Toluene | | | 0.053 | 0.10 | 43.76 | 0.0193% |
| *Initiator Solution* | | | 0.055 | 0.099 | 45.11 | 0.0199% |
| | | | | | | |
| Vazo 64 | 0.000010 | 0.0016 | 0.002 | 0.00 | 1.35 | 0.0006% |
| Toluene | | | 0.053 | 0.10 | 43.76 | 0.0193% |

PS AEM 232 V3.0.xls Formulation

3rd 50-Gallon Batch, 10/02/01

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0026935

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**
Product: AEM-232
Revision: Version 3.0

PS AEM 232 V3.0.xls
page of
Prepared by: Walchuk / Carey

| | | | | | | |
|---|---|---|---|---|---|---|
| *Initiator Solution* | | | 0.055 | | 0.099 | 45.11 | 0.0199% |
| Vazo 64 | 0.000100 | 0.0164 | 0.016 | 0.03 | 13.53 | 0.0060% |
| Toluene | | | 0.531 | 0.96 | 437.56 | 0.1929% |
| *Burnout Solution* | | | 0.547 | 0.99 | 451.09 | 0.1989% |
| Sodium Hydroxide (caustic) | 0.200000 | 4.396 | 16.000 | 29.07 | | 5.8140% |
| Tergitol 15-S-9 | | 5.397 | 5.397 | 9.81 | | 1.9610% |
| *Adjustments* | | | 21.397 | 38.87 | | 7.7750% |
| **Batch Weight** | | 95.854 | 275.200 | 500.00 | | 100.000% |

PS AEM 232 V3.0.xls Formulation

3rd 50-Gallon Batch, 10/02/01

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A
NO. 04-293 (KAJ)

HERC0026936

PS AEM 232 V3.0.xls
page of
Prepared by: Walchuk / Carey

3rd 50-Gallon Batch, 10/02/01

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**
Product: AEM-232
Revision: Version 3.0

PS AEM 232 V3.0.xls Formulation

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0026937

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**
Product: AEM-232
Revision: Version 3.0

PS AEM 232 V3.0.xls
page of
Prepared by: Walchuk / Carey

| Step | Process Step | PV | Unit | Time |
|---|---|---|---|---|
| 1.0 | **Equipment Preparation:** | | | |
| 1.1 | Reactor and all ancillaries: clean and dry | | | |
| 1.2 | Reactor N₂ purge and vent 3X | | | |
| 1.3 | Place Hypermer B246 SF in hot box to melt prior to use. | | | |
| | For total Batch Size: | 500.00 | lbs. | |
| 2.0 | **Utility Start Up:** | | | |
| 2.1 | Start the scrubber column (C-202) blower and the caustic recirculation pump. | | | |
| 2.2 | Verify the vapor riser and reflux return line from the T-102 decanter are open back to the reactor | | | |
| 2.3 | Open the T-102 jacket loop and overhead condenser to chilled water. | | | |
| 2.4 | Set the T-102 jacket high temperature limit. | 71.0 | °C | |
| 2.5 | Set the T-102 batch temperature set point. | 38.0 | °C | |
| 2.6 | Start the T-102 jacket loop pump. | | | |
| 3.0 | **Oil Phase Charge to T-102:** | | | |
| 3.1 | Charge T-102 with: | | | |
| | Exxsol D-80 | 131.72 | lbs. | |
| | Atlas Point G-946 | 4.66 | lbs. | |
| | Hypermer B246 SF | 9.32 | lbs. | |
| 3.2 | Flush the funnel with Exxsol D-80. | 8.00 | lbs. | |
| 3.3 | Start the T-102 agitator with the speed set as specified. | 80.0 | RPM | |
| 4.0 | **Charge Aqueous Monomer Phase to T-102:** | | | |
| 4.1 | Use a drum pump or vacuum to charge T-106 with: | | | |
| | Acrylamide | 121.83 | lbs. | |
| | Acrylic Acid | 66.12 | lbs. | |
| 4.2 | Flush the charging line with DI water. | 59.00 | lbs. | |
| 4.3 | Start the T-106 agitator. Mix monomer solution for specified time. | 10.0 | Min. | |
| 4.4 | Charge T-106 through charging funnel with: | | | |
| | Sodium Hydroxide (caustic) | 43.60 | lbs. | |
| | Versenex 80 | 311.1 | grams | |
| 4.5 | Flush the funnel with DI water. | 5.00 | lbs. | |
| 4.6 | Seal the T-106 hand hole and mix for the specified time. | 10.0 | Min. | |
| 4.7 | Check the pH of the aqueous phase in T-106, adjust as directed by project chemist. | 5.0 – 6.0 | pH | |
| 5.0 | **Emulsion Preparation in T-102:** | | | |
| 5.1 | Set the overhead piping to evacuate T-102 using the steam jet ejectors. | | | |
| 5.2 | Evacuate T-102 to specified vacuum. Isolate from the vacuum system when complete. | -20 | in. Hg | |

PS AEM 232 V3.0.xls Process

3rd 50-Gallon Batch, 10/02/01

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0026938

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**
Product: AEM-232
Revision: Version 3.0

PS AEM 232 V3.0.xls
page   of
Prepared by: Walchuk / Carey

| Step | Description | Value | Units |
|---|---|---|---|
| 5.3 | Verify that the pressure regulator on T-106 is set as specified and pressurize T-106 with nitrogen. | 10.0 | PSIG |
| 5.4 | Open the valves on the over-the-top transfer line from T-106 to T-102. | | |
| 5.5 | Stop the T-106 agitator. | | |
| 5.6 | Open the bottom outlet valve on T-106 to transfer the aqueous phase to T-102. | | |
| 5.7 | Flush the specified amount of DI water through T-106 and the transfer line into T-102. | 10.00 | lbs. |
| 5.8 | When T-106 is empty close the bottom outlet valve. Vent any residual pressure on T-106 to the caustic scrubber. Break any residual vacuum on T-102 with nitrogen. | | |
| 5.9 | Vent T-102 to the caustic scrubber and then use nitrogen to purge the aqueous transfer hose and piping going from T-106 to T-102. | | |
| 5.10 | Allow the emulsion on T-102 to max for at least the specified time. | 10.0 | Min. |
| 5.11 | Open the bottom outlet valve on T-102 to fill the Ross Mixer loop. | | |
| 5.12 | Start the nitrogen sparge in T-102 as specified. Sample to check the initial bulk viscosity. | 1.0 | SCFM |
| 5.13 | Start the Ross mixer and homogenize the emulsion for the specified time. Sample to check the un-process bulk viscosity. | 10.0 | Min. |
| 5.14 | Upon approval of the bulk viscosity, stop the Ross mixer and close the T-102 bottom outlet valve.  Purge the Ross mixer loop and isolate T-102 from the mixer loop. | 180 - 350 | cps |
| 5.15 | Set the T-102 batch temperature set point as specified. | 57.0 | °C |
| 5.16 | Continue sparging the emulsion with nitrogen for the specified time from t=0, Step 5.12 | 60.0 | Min. |
| 5.17 | Make up the first Vazo 64 initiator solution:  Toluene  Vazo 64 | 43.76  1.35 | grams  grams |
| 5.18 | Make up the second Vazo 64 initiator solution:  Toluene  Vazo 64 | 43.76  1.35 | grams  grams |
| 6.0 | Polymerization | | |
| 6.1 | Verify the T-102 batch temperature is as specified. | 57.0 | °C |
| 6.2 | Increase the T-102 agitator setting. | 125.0 | RPM |
| 6.3 | Upon approval, shot feed the first Vazo 64 initiator solution to T-102 through the burette. | | |
| 6.4 | If cooling can not maintain a batch temperature of less than 63 °C, sparge the batch with air until exotherm subsides and consult the project chemist. | | |
| 6.5 | Sample the batch during the polymerization as directed. | | |
| 6.6 | Maintain the T-102 temperature as specified for 4 hours. | 55-59 | °C |
| 6.7 | Obtain a sample for residual monomer testing at the conclusion of the hold. | | |
| 6.8 | Upon approval, shot feed the second Vazo 64 initiator solution to T-102 through the burette. | | |
| 6.9 | Maintain the T-102 temperature as specified for 4 hours. | 55-59 | °C |

PS AEM 232 V3.0.xls Process

3rd 50-Gallon Batch, 10/02/01

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0026939

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**
Product: AEM-232
Revision: Version 3.0

PS AEM 232 V3.0.xls
page of
Prepared by: Walchuk / Carey

| | | | | |
|---|---|---|---|---|
| 6.10 | Obtain a sample for residual monomer testing at the conclusion of the hold. | | | |
| 7.0 | Burnout | | | |
| 7.1 | Make up Vazo 64 burnout solution: | | | |
| | Toluene | | 437.56 | grams |
| | Vazo 64 | | 13.5 | grams |
| 7.2 | Adjust the T-102 batch temperature set point. | | 65.0 | °C |
| 7.3 | Verify the T-102 batch temperature is as specified. | | 63-67 | °C |
| 7.4 | Upon approval, shot feed the Vazo 64 burnout solution to T-102 through the burette. | | | |
| 7.5 | Allow the emulsion to mix for the time specified. | | 120.0 | Min. |
| 7.6 | Obtain a sample for residual monomer testing at the conclusion of the hold. | | | |
| 7.7 | On approval, adjust the T-102 batch temperature set point. | | 25.0 | °C |
| 8.0 | pH Adjustment, Breaker Addition, and Packaging | | | |
| 8.1 | After the batch temperature has cooled to 40 °C, add the following adjuncts. | | | |
| | Sodium Hydroxide (caustic) | | 29.1 | lbs. |
| | Terpinol (5-S-9) | | 9.8 | lbs. |
| 8.2 | Allow the emulsion to mix for the specified time after additions while continuing to cool. | | 30.0 | Min. |
| 8.3 | After hold, sample to QC for inversion test. | | | |
| 8.4 | Upon approval, verify the batch temperature and prepare for packaging. | | 22-27 | °C |
| 8.5 | Filter the emulsion through the Kason Screener (64 TBC Grade Screen) into an HDCLPE poly drum. Turn off the T-102 agitator. Sample to QC for final tests. | | | |
| 9.0 | Clean Up | | | |
| 9.1 | Flush all feed tanks and lines with DM water. | | | |
| 9.2 | Charge T-102 with 50 gallons DM water, open all loop valves and start loop flow. | | | |
| 9.3 | Adjust reactor set point to 65 °C and circulate water for 1 hour. | | | |
| 9.4 | Shutdown mixer and loop pump. Drain equipment hot. | | | |
| 9.5 | Blow loop clear to drain with N2 and close all valves | | | |
| 9.6 | Shutdown all utilities. | | | |
| | NOTE: The values for the cells designated with shading are linked to the Formulation sheet. | | | |

PS AEM 232 V3.0.xls Process

3rd 50-Gallon Batch, 10/02/01

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0026940

PS AEM 232 V3.0.xls
page    of
Prepared by: Walchuk / Carey

3rd 50-Gallon Batch. 10/02/01

TREVOSE PILOT PLANT PROCESS SPECIFICATION
Product: AEM-232
Revision: Version 3.0

PS AEM 232 V3.0.xls Process

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0026941

PS AEM 232 V3.0.xls
page of
Prepared by: Walchuk / Carey

TREVOSE PILOT PLANT PROCESS SPECIFICATION
Product: AEM-232
Revision: Version 3.0

3rd 50-Gallon Batch, 10/02/01

PS AEM 232 V3.0.xls Process

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0026942

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**
Product: AEM-232
Revision: Version 3.0

PS AEM 232 V3.0.xls
page  of
Prepared by: Walchuk / Carey

3rd 50-Gallon Batch, 10/02/01

PS AEM 232 V3.0.xls Process

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0026943

PS AEM 232 V3.0.xls
page of
Prepared by: Walchuk / Carey

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**
Product: AEM-232
Revision: Version 3.0

| T (°F) | P (psig) | Comment |
|---|---|---|
| | | Melting point 99°F (37°C). |
| | | Req. for surfactant dissolution. |
| | | The temperature should not exceed 44 °C during the caustic addition. |

PS AEM 232 V3.0.xls Process

3rd 50-Gallon Batch, 10/02/01

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A
NO. 04-293 (KAJ)

HERC0026944

TREVOSE PILOT PLANT PROCESS SPECIFICATION
Product: AEM-232
Revision: Version 3.0

PS AEM 232 V3.0.xls
page of
Prepared by: Walchuk / Carey

FI/O.

Spindle #1 at 6 rpm.

Record ppm O2.

An exotherm should be observed within 15 min of the initiator addition.

Check for monomer conversion.

In-process QC for residual monomer.

PS AEM 232 V3.0.xls Process

3rd 50-Gallon Batch, 10/02/01

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0026945

PS AEM 232 V3.0.xls
page of
Prepared by: Walchuk / Carey

TREVOSE PILOT PLANT PROCESS SPECIFICATION
Product: AEM-232
Revision: Version 3.0

In-process QC for residual monomer.

Add 1/4 of the charge first to ensure a large exotherm does not result, then complete the addition.

In-process QC for residual monomer.

Record batch temperature.

Add very slowly to batch.

PS AEM 232 V3.0.xls Process

3rd 50-Gallon Batch, 10/02/01

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0026946



PS AEM 232 V3.0.xls
page of
Prepared by: Walchuk / Carey

3rd 50-Gallon Batch, 10/02/01

TREVOSE PILOT PLANT PROCESS SPECIFICATION
Product: AEM-232
Revision: Version 3.0

PS AEM 232 V3.0.xls Process

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0026947

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0026948

TREVOSE PILOT PLANT PROCESS SPECIFICATION
Product: AEM-232
Revision: Version 3.0

PS AEM 232 V3.0.xls
page of
Prepared by: Walchuk / Carey

3rd 50-Gallon Batch, 10/02/01

PS AEM 232 V3.0.xls Process

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0026949

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**
Product: AEM-232
Revision: Version 2

PS AEM 232 V3.0.xls
page of
Prepared by: Walchuk / Carey

**Changes From Version 2.1 to Version 3.0.**
Formulation Sheet:


Process Sheet:

5.14
5.15
5.18
6.1
6.2
6.4
6.6
6.8
6.9
6.10
7.4

**Changes From Version 1 (RFPT Filing) to Version 2.1.**
Formulation Sheet:



Process Sheet:
2.4
3.0
4.0
4.3
4.7
5.13
5.14
5.15
5.17
6.1
6.2
6.5
7.0
8.0



PS AEM 232 V3.0.xls Notes

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0026950

TREVOSE PILOT PLANT PROCESS SPECIFICATION
Product: AEM-232
Revision: Version 2

PS AEM 232 V3.0 xls
page of
Prepared by: Walchuk / Carey

Eliminated Coagulant 132 component.
Substituted 50% Sodium Hydroxide for Ammonium Hydroxide as the base.
Modified the Vazo 64 shot protocol to add an additional 10 ppm shot.

Converted all temperature references to °C units.
Changed viscosity spec to 180-350 (from 200-400) at spindle #1 / 6 rpm.
Increased set point to 57°C (135°F) from 130°F
(New) Added a 2nd 10 ppm Vazo 64 solution.
Increased set point to 57°C (135°F) from 130°F.
(New) Increase T-102 agitator to 125 rpm from 80 rpm.
Lowered required temperature for air sparge to 63°C from 150°F (65°C).
Increased hold temperature to 55-59°C from 127-135°F (53-57C).

(New) Added a 2nd 10 ppm Vazo 64 solution addition.

Added note to add part of the burnout solution and check for an exotherm.

Corrected generic code for ammonium hydroxide.
Added note that FW listed for Coag 132 is the FW for 2-ethylhexyl acrylate
Set Fw for ammonium hydroxide to be that of ammonia (17.03).
Added note that purity of ammonium hydroxide is reported as wt. % ammonia,
Corrected mole % ammonia hydroxide charges as a function of the acrylic acid.
Reduced initial Vazo 64 charge to 10 ppm of the total monomer (from 250).
Corrected error in ammonium hydroxide g/sld charge calculation.

Increased jacket high T limit from 150F (65C) to 160F (71C).
Eliminated the use of vacuum to charge the reagents.
Eliminated the use of vacuum to charge the reagents.
Reverse order of addition for the ammonia hydroxide and Versenex 80 solutions.
Expanded the pH range to 5.0 - 6.0 (from 5.3 - 5.7).
Increased homogenization time to 10 minutes (from 2 minutes).
Changed viscosity spec to 200-400 (from 350-500) at spindle #1 / 6 rpm (from #3 / 12 rpm).
Increased set point to 130F (55C) from 122F (50C).
Significant reduction in initiator charge (10 ppm molar from 250 ppm molar).
Increased polymerization temperature to 130F (55C) from 122F (50C)
Initiator solution is shot feed versus over time.
Hold increased to 4 hours at 127-135F (53-57C) (versus 2 hours at 138-144F (59-62C)).
Hold temperature increased to 146-154F (63-67C) (from 138-144F (59-62C)).
Rewrote instructions to adjust while cooling to 77F after a batch temperature of 104F is achieved.

PS AEM 232 V3.0 xls Notes

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0026951