# EXHIBIT 30

AL-STATE® LEGAL #20-222-0350    EDIT    RECYCLED

TREVOSE PILOT PLANT OPERATING PROCEDURE

| Process: | | AEM 232 | G-21659 |
|---|---|---|---|
| version: | | 4.0 | |
| Author: | | K. A. Szupka | |

Locate and read the material safety data sheets for all of the chemicals that will be used in this procedure  Consu
information being presented to you on the data sheets  Do not proceed until you have a clear understanding of
complete your work

The MSDS sheets for each of the chemical materials used in this process accompany this procedure  Consult yo
the associated material hazard summary and process review, sign your name in the space provided below indicati
before starting this procedure

**Operator**
Date

**General Hazards:**
The greatest hazards are posed by the handling of the raw materials
Refer to the process review documentation for specific hazard data

**Required Safety Equipment:**
Wear neoprene gloves when handling all chemicals in this procedure
Wear gloves, a butyl jacket, and a full face respirator when handling the monomer solutions
Wear gloves and a splash shield when sampling the reactor
Ensure proper ventilation and exhaust pick up at sample and material handling locations

**Emergency Procedure:**
In the event of any spills, equipment failures, or problems with the raw materials used in this procedure, you are
Refer to the process review documentation for specific hazard data

**Contacts:**
Jeff Wible    x-3641
Jeff Castor    x-3120
Kirk Szupka   x-3529
**Released for Operations:**

Date:

supervising engineer

CONFIDENTIAL · RESTRICTED
THIS DOCUMENT CONTAINS BETZDEARBORN PROPRIETARY INFORMATION AND SHALL NOT BE USED, REPRODUCED, PUBLISHED OR DISCLOSED TO OTHERS WITH
BETZDEARBORN

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0009805

**HHX-030**

# TREVOSE PILOT PLANT PROCESS SPECIFICATION

Product: AEM-232
Revision: Version 4.0

PS AEM 232 V4.0.xls
page of
Prepared by: Walchuk / Carey

**Raw Materials**

| Raw Materials | Generic | Fw | Purity |
|---|---|---|---|
| Exxsol D-80 | 9711 | --- | 100.00% |
| Atlas Point G-946 | 8512 | 428.62 | 100.00% |
| Hypermer B246 SF | 10480 | --- | 100.00% |
| Acrylamide | 5 | 71.08 | 53.00% |
| Acrylic Acid | 6 | 72.06 | 99.00% |
| Sodium Hydroxide (caustic) | 2502 | 40.00 | 50.00% |
| Versenex 80 | 9184 | 503.28 | 40.00% |
| DI Water | 5947 | 18.02 | 100.00% |
| Vazo 64 | 9283 | 164.21 | 100.00% |
| Toluene | 9557 | 92.14 | 100.00% |
| Tergitol 15-S-9 | 9406 | --- | 100.00% |

**Formulation Ref.**

| | | |
|---|---|---|
| Exsol D-80 | 2580.080 | |
| Atlas Point G-946 | 27.943% | wt % Total Batch |
| Hypermer B246 SF | 0.931% | wt % Total Batch |
| Acrylamide | 1.863% | wt % Total Batch |
| Acrylic Acid | 50.00% | Mole % Polym. Composition |
| Sodium Hydroxide (caustic) | 50.00% | Mole % Polym. Composition |
| Versenex 80 | 60.00% | Mole % Acrylic Acid |
| | 0.060% | Mole % Acrylamide |
| Vazo 64 | 10 | Molar ppm Monomer Charge |
| [Vazo 64] | 3.00% | wt. % Vazo 64 in Toluene |
| Vazo 64 | 10 | Molar ppm Monomer Charge |
| [Vazo 64] | 3.00% | wt. % Vazo 64 in Toluene |
| Vazo 64 | 100.00 | Molar ppm Monomer Charge |
| [Vazo 64] | 3.00% | wt. % Vazo 64 in Toluene |
| Sodium Hydroxide (caustic) | 40.00% | Mole % Acrylic Acid |
| Tergitol 15-S-9 | 1.961% | wt % Total Batch |
| Weight % Active | 30.00% | Polymer as Salt, excl. Initiators |
| Scale | 3,000.00 | |

**Composition Estimation (wt. %)**

| | | |
|---|---|---|
| Polymer as Salt | 30.0000% | Excl. Initiators |
| Surfactants | 4.7550% | |

PS AEM 232 V4.0.xls Formulation

1st 300-Gallon Batch, 10/24/01

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0009806

PS AEM 232 V4.0.xls
page of
Prepared by: Walchuk / Carey

# TREVOSE PILOT PLANT PROCESS SPECIFICATION

Product: AEM-232
Revision: Version 4.0

| | |
|---|---|
| Toluene | 0.2315% |
| Initiators / Chelants | 0.0757% |
| Oil | 27.9430% |
| Water | 36.9947% |
| | 100.0000% |

### Excluding Burnout & Adj. Charges

| | |
|---|---|
| wt. % Exxsol D-80 | 30.36% |
| wt. % Atlas Point G-946 | 1.01% |
| wt. % Hypermer B246 SF | 2.02% |

### Notes

Dark Blue font indicates changes in the formulation and process sheets.
Shaded areas are variables that can be modified.

PS AEM 232 V4.0.xls Formulation

1st 300-Gallon Batch, 10/24/01

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A
NO. 04-293 (KAJ)

HERC0009807

PS AEM 232 V4.0.xls
page of
Prepared by: Walchuk / Carey

1st 300-Gallon Batch, 10/24/01

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**
Product: AEM-232
Revision: Version 4.0

PS AEM 232 V4.0.xls Formulation

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0009808

# TREVOSE PILOT PLANT PROCESS SPECIFICATION
Product: AEM-232
Revision: Version 4.0

PS AEM 232 V4.0.xls
page of
Prepared by: Walchuk / Carey

Density  Notes

| | |
|---|---|
| 1.000 | 50% Solids |
| 0.865 | |

| Charges | moles | g / sld. | Charge | To Scale | Grams | wt. % |
|---|---|---|---|---|---|---|
| Exsol D-80 | | | 76.899 | 830.29 | | 27.6763% |
| Atlas Point G-946 | | 2.562 | 2.562 | 27.93 | | 0.9310% |
| Hypermer B246 SF | | 5.127 | 5.127 | 55.89 | | 1.8630% |
| Exsol D-80, Line Flush | | | --- | 8.00 | | 0.2667% |
| Oil Phase | | | 84.588 | 922.11 | | 30.7370% |
| | | | | | | |
| Acrylamide | 0.500000 | 35.540 | 67.057 | 730.99 | | 24.3665% |
| Acrylic Acid | 0.500000 | 36.030 | 36.394 | 396.74 | | 13.2245% |
| DI Water | | | 40.730 | 429.01 | | 14.3002% |
| Versenex 80 | 0.000300 | 0.189 | 0.377 | 4.11 | | 0.1372% |
| Sodium Hydroxide (caustic) | 0.300000 | 6.594 | 24.000 | 261.63 | 1,866.34 | 8.7209% |
| DI Water, Line Flush | | | --- | 5.00 | | 0.1667% |
| DI Water, Line Flush | | | --- | 10.00 | | 0.3333% |
| Aqueous Phase | | | 168.558 | 1,837.48 | | 61.2494% |
| | | | | | | |
| Vazo 64 | 0.000010 | 0.0016 | 0.002 | 0.02 | 8.12 | 0.0006% |
| Toluene | | | 0.053 | 0.58 | 262.53 | 0.0193% |
| Initiator Solution | | | 0.055 | 0.597 | 270.65 | 0.0199% |
| | | | | | | |
| Vazo 64 | 0.000010 | 0.0016 | 0.002 | 0.02 | 8.12 | 0.0006% |
| Toluene | | | 0.053 | 0.58 | 262.53 | 0.0193% |

PS AEM 232 V4.0.xls Formulation

1st 300-Gallon Batch, 10/24/01

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0009809

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**
Product: AEM-232
Revision: Version 4.0

PS AEM 232 V4.0.xls
page of
Prepared by: Walchuk / Carey

| | | | | | | |
|---|---|---|---|---|---|---|
| *Initiator Solution* | | | 0.055 | 0.597 | 270.65 | 0.0199% |
| | | | | | | |
| Vazo 64 | 0.000100 | 0.0164 | 0.016 | 0.18 | 81.20 | 0.0060% |
| Toluene | | | 0.531 | 5.79 | 2,625.34 | 0.1929% |
| *Burnout Solution* | | | 0.547 | 5.97 | 2,706.54 | 0.1989% |
| | | | | | | |
| Sodium Hydroxide (caustic) | 0.200000 | 4.396 | 16.000 | 174.42 | | 5.8140% |
| Tergitol 15-S-9 | | 5.397 | 5.397 | 58.83 | | 1.9610% |
| *Adjustments* | | | 21.397 | 233.25 | | 7.7750% |
| | | | | | | |
| **Batch Weight** | | 95.854 | 275.200 | 3,000.00 | | 100.000% |

1st 300-Gallon Batch, 10/24/01

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO 04-293 (KAJ)

HERC0009810

PS AEM 232 V4.0.xls
page of
Prepared by: Walchuk / Carey

1st 300-Gallon Batch, 10/24/01

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**
Product: AEM-232
Revision: Version 4.0

PS AEM 232 V4.0.xls Formulation

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0009811

TREVOSE PILOT PLANT PROCESS SPECIFICATION
Product: AEM-232
Revision: Version 4.0

PS AEM 232 V4.0.xls
page of
Prepared by: Walchuk / Carey

| Step | Process Step | PV | Unit | Time |
|------|--------------|-----|------|------|
| 1.0 | **Equipment Preparation:** | | | |
| 1.1 | Reactor and all ancillaries: clean and dry | | | |
| 1.2 | Reactor N₂ purge and vent 3X | | | |
| 1.3 | Place Hypermer B246 SF in hot box to melt prior to use. | | | |
| | For total Batch Size: | 3000.00 | lbs. | |
| 2.0 | **Utility Start Up:** | | | |
| 2.1 | Start the scrubber column (C-202) blower and the caustic recirculation pump. | | | |
| 2.2 | Verify the vapor riser and reflux return line from the T-103 decanter are open back to the reactor | | | |
| 2.3 | Open the T-103 jacket loop and overhead condenser to chilled water. | | | |
| 2.4 | Set the T-103 jacket high temperature limit. | 71.0 | °C | |
| 2.5 | Set the T-103 batch temperature set point. | 38.0 | °C | |
| 2.6 | Start the T-103 jacket loop pump. | | | |
| 3.0 | **Oil Phase Charge to T-103:** | | | |
| 3.1 | Charge T-103 with: | | | |
| | Exxsol D-80 | 830.29 | lbs. | |
| | Atlas Point G-946 | 27.93 | lbs. | |
| | Hypermer B246 SF | 55.89 | lbs. | |
| 3.2 | Flush the funnel with Exxsol D-80. | 8.00 | lbs. | |
| 3.3 | Start the T-103 agitator with the speed set as specified. | 80.0 | RPM | |
| 4.0 | **Charge Aqueous Monomer Phase in T-105:** | | | |
| 4.1 | Use a drum pump or vacuum to charge T-105 with: | | | |
| | Acrylamide | 730.99 | lbs. | |
| | Acrylic Acid | 396.74 | lbs. | |
| 4.2 | Flush the charging line with DI water. | 429.01 | lbs. | |
| 4.3 | Start the T-105 agitator. Mix monomer solution for specified time. | 10.0 | Min. | |
| 4.4 | Charge T-105 through charging funnel with: | | | |
| | Sodium Hydroxide (caustic), wait for temperature to stabilize before adding version: | 261.63 | lbs. | |
| | Versenex 80 | 1866.3 | grams | |
| 4.5 | Flush the funnel with DI water. | 5.00 | lbs. | |
| 4.6 | Seal the T-105 hand hole and mix for the specified time. | 5.0 | Min. | |
| 4.7 | Check the pH of the aqueous phase in T-105, adjust as directed by project chemist. | 5.0 – 6.0 | pH | |
| 5.0 | **Emulsion Preparation in T-103:** | | | |
| 5.1 | Set the overhead piping to evacuate T-103 using the steam jet ejectors. | | | |

PS AEM 232 V4.0.xls Process

1st 300-Gallon Batch, 10/24/01

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0009812

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**
Product: AEM-232
Revision: Version 4.0

PS AEM 232 V4.0.xls
page of
Prepared by: Walchuk / Carey

| Step | Description | Value | Units |
|---|---|---|---|
| 5.2 | Evacuate T-103 to specified vacuum. Isolate from the vacuum system when complete. | -20 | in. Hg |
| 5.3 | Verify that the pressure regulator on T-105 is set as specified and pressurize T-105 with nitrogen. | 10.0 | PSIG |
| 5.4 | Open the valves on the over-the-top transfer line from T-105 to T-103. | | |
| 5.5 | Stop the T-105 agitator. | | |
| 5.6 | Open the bottom outlet valve on T-105 to transfer the aqueous phase to T-103. | | |
| 5.7 | Flush the specified amount of DI water through T-105 and the transfer line into T-103. | 10.00 | lbs. |
| 5.8 | When T-105 is empty close the bottom outlet valve. Vent any residual pressure on T-105 to the caustic scrubber. Break any residual vacuum on T-103 with nitrogen. | | |
| 5.9 | Vent T-103 to the caustic scrubber and then use nitrogen to purge the aqueous transfer hose and piping going from T-105 to T-103. | | |
| 5.10 | Allow the emulsion in T-103 to mix for at least the specified time. | 10.0 | Min. |
| 5.11 | Open the bottom outlet valve on T-103 to fill the Ross Mixer loop. | | |
| 5.12 | Start the nitrogen sparge in T-103 as specified.  Sample to check the initial bulk viscosity. | 1.0 | SCFM |
| 5.13 | Start the Ross mixer and homogenize the emulsion for the specified time.  Sample to check the in-process bulk viscosity. | 30.0 | Min. |
| 3.14 | Upon approval of the bulk viscosity, stop the Ross mixer and close the T-103 bottom outlet valve.  Purge the Ross mixer loop and isolate T-103 from the mixer loop. | 150-200 | cps |
| 5.15 | Set the T-103 batch temperature set point as specified . | 60.0 | °C |
| 5.16 | Continue sparging the emulsion with nitrogen for the specified time from t=0, Step 5.12. | 60.0 | Min. |
| 5.17 | Make up the first Vazo 64 initiator solution: | | |
| | Toluene | 262.53 | grams |
| | Vazo 64 | 8.12 | grams |
| 5.18 | Make up the second  Vazo 64 initiator solution: | | |
| | Toluene | 202.53 | grams |
| | Vazo 64 | 8.12 | grams |
| 6.0 | **Polymerization** | | |
| 6.1 | Verify the T-103 batch temperature is as specified. | 60.0 | °C |
| 6.2 | Increase the T-103 agitator setting. | 125.0 | RPM |
| 6.3 | Upon approval, shot feed the first Vazo 64 initiator solution to T-103 through the burette. | | |
| 6.4 | If cooling can not maintain a batch temperature of less than  63 °C, sparge the batch with air until exotherm subsides and consult the project chemist. | | |
| 6.5 | Sample the batch during the polymerization as directed. | | |
| 6.6 | Maintain the T-103 temperature as specified for 4 hours. | 59-61 | °C |
| 6.7 | Obtain a sample for residual monomer testing at the conclusion of the hold. | | |
| 6.8 | Upon approval, shot feed the second Vazo 64 initiator solution to T-103 through the burette. | | |

PS AEM 232 V4.0.xls Process

1st 300-Gallon Batch, 10/24/01

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A
NO. 04-293 (KAJ)

HERC0009813

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**
Product: AEM-232
Revision: Version 4.0

PS AEM 232 V4.0.xls
page of
Prepared by: Walchuk / Carey

| Step | Description | Value | Units |
|---|---|---|---|
| 6.9 | Maintain the T-103 temperature as specified for 4 hours or until exotherm diminishes as evident by cooling water temperature approaching batch temperature. | 59-61 | °C |
| 6.10 | Obtain a sample for residual monomer testing at the conclusion of the hold. | | |
| 7.0 | Burnout | | |
| 7.1 | Make up Vazo 64 burnout solution: | | |
| | Toluene | 2625.34 | grams |
| | Vazo 64 | 81.2 | grams |
| 7.2 | Adjust the T-103 batch temperature set point. | 65.0 | °C |
| 7.3 | Verify the T-103 batch temperature is as specified. | 63-67 | °C |
| 7.4 | Upon approval, shot feed the Vazo 64 burnout solution to T-103 through the burette. | | |
| 7.5 | Allow the emulsion to max for the time specified. | 180.0 | Min. |
| 7.6 | Obtain a sample for residual monomer testing at the conclusion of the hold. | | |
| 7.7 | On approval, adjust the T-103 batch temperature set point. | 25.0 | °C |
| 8.0 | pH Adjustment, Breaker Addition, and Packaging | | |
| 8.1 | After the batch temperature has cooled to 40 °C, add the following adjuncts. | | |
| | Sodium Hydroxide (caustic) | 174.4 | lbs. |
| | Reagent 15-S-9 | 58.8 | lbs. |
| 8.2 | Allow the emulsion to max for the specified time after additions while continuing to cool. | 30.0 | Min. |
| 8.3 | After hold, sample to QC for inversion test. | | |
| 8.4 | Upon approval, verify the batch temperature and prepare for packaging. | 22-27 | °C |
| 8.5 | Filter the emulsion through the Kason Screener (84 TBC Grade Screen) into an HDCLPE poly drum. Turn off the T-103 agitator. Sample to QC for final tests. | | |
| 9.0 | Clean Up | | |
| 9.1 | Flush all feed tanks and lines with DM water. | | |
| 9.2 | Charge T-103 with 300 gallons DM water, open all loop valves and start loop flow. | | |
| 9.3 | Adjust reactor set point to 65 °C and circulate water for 1 hour. | | |
| 9.4 | Shutdown mixer and loop pump. Drain equipment hot. | | |
| 9.5 | Blow loop clear to drain with N2 and close all valves | | |
| 9.6 | Shutdown all utilities. | | |

NOTE: The values for the cells designated with shading are linked to the Formulation sheet.

PS AEM 232 V4.0.xls Process

1st 300-Gallon Batch, 10/24/01

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A
NO. 04-293 (KAJ)

HERC0009814

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**
Product: AEM-232
Revision: Version 4.0

PS AEM 232 V4.0.xls
page of
Prepared by: Walchuk / Carey

| T (°F) | P (psig) | Comment |
|--------|----------|---------|
| | | |
| | | |
| | | Melting point 99°F (37°C). |
| | | |
| | | |
| | | |
| | | |
| | | Req. for surfactant dissolution. |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | The temperature should not exceed 44 °C during the caustic addition. |
| | | |
| | | |
| | | |
| | | |

PS AEM 232 V4.0.xls Process

1st 300-Gallon Batch, 10/24/01

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0009815



TREVOSE PILOT PLANT PROCESS SPECIFICATION
Product: AEM-232
Revision: Version 4.0

PS AEM 232 V4.0.xls
page  of
Prepared by: Walchuk / Carey

FIO.

Spindle #1 at 6 rpm.

Record ppm O2.

An exotherm should be observed within  15 min of the initiator addition.

Check for monomer conversion.

In-process QC for residual monomer.

PS AEM 232 V4.0.xls Process

1st 300-Gallon Batch, 10/24/01

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0009816

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**
Product: AEM-232
Revision: Version 4.0

PS AEM 232 V4.0.xls
page of
Prepared by: Walchuk / Carey

1st 300-Gallon Batch, 10/24/01

In-process QC for residual monomer.

Add 1/4 of the charge first to ensure a large exotherm does not result, then complete the addition.

In-process QC for residual monomer.

Record batch temperature.

Add very slowly to batch.

PS AEM 232 V4.0.xls Process

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0009817

TREVOSE PILOT PLANT PROCESS SPECIFICATION
Product:  AEM-232
Revision:  Version 4 0

PS AEM 232 V4.0.xls
page  of
Prepared by: Walchuk / Carey

**Changes From Version 3.0 to Version 4.0.**
Formulation Sheet:

Process Sheet:
4.4
4.6
5.13
5.14
5.15
6.1
6.6

6.9
7.5
_____

**Changes From Version 2.1 to Version 3.0.**
Formulation Sheet:

Process Sheet:

5.14
5.15
5.18
6.1
6.2
6.4
6.6
6 8
6.9
6.10
7.4
_____

**Changes From Version 1 (RFPT Filing) to Version 2.1.**
Formulation Sheet:

Process Sheet:
2.4
3.0
4.0
4.3
4.7
5.13

PS AEM 232 V4.0.xls Notes

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0009818

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**
Product:  AEM-232
Revision:  Version 4.0

PS AEM 232 V4.0.xls
page  of
Prepared by: Walchuk / Carey

5.14
5.15
5.17
6.1
6.2
6.5
7.0
8.0

PS AEM 232 V4.0.xls Notes

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0009819

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**
Product: AEM-232
Revision: Version 4 0

PS AEM 232 V4 0.xls
page  of
Prepared by: Walchuk / Carey

Batch weight to 3000 pounds from 500 pounds

added waiting period for temperature to stabilize before adding Versenex 80
decreased mixing time from 10 min to 5 min to reduce chance of auotopolymerization
Increased homogenization time from 10 min to 30 min due to batch size
Changed viscosity spec to 150-200 (from 180-350) at spindle #1 / 6 rpm.
Increased set point to 60°C (140°F) from 135°F.
Increased set point to 60 °C (140°F) from 135°F.
Increased hold temperature to 59-61 °C from 131-138°F (55-59 °C).
Increased hold temperature to 59-61 °C from 131-138°F (55-59 °C), length of hold
4h or until exotherm subsides..
burnout hold time increased to 180 min from 120 min.

Eliminated Coagulant 132 component.
Substituted 50% Sodium Hydroxide for Ammonium Hydroxide as the base.
Modified the Vazo 64 shot protocol to add an additional 10 ppm shot.

Converted all temperature references to °C units.
Changed viscosity spec to 180-350 (from 200-400) at spindle #1 / 6 rpm.
Increased set point to 57°C (135°F) from 130°F.
(New) Added a 2nd 10 ppm Vazo 64 solution.
Increased set point to 57°C (135°F) from 130°F.
(New) Increase T-102 agitator to 125 rpm from 80 rpm.
Lowered required temperature for air sparge to 63°C from 150°F (65°C).
Increased hold temperature to 55-59°C from 127-135°F (53-57C).

(New) Added a 2nd 10 ppm Vazo 64 solution addition.

Added note to add part of the burnout solution and check for an exotherm.

Corrected generic code for ammonium hydroxide.
Added note that FW listed for Coag 132 is the FW for 2-ethylhexyl acrylate
Set Fw for ammonium hydroxide to be that of ammonia (17 03).
Added note that purity of ammonium hydroxide is reported as wt. % ammonia.
Corrected mole % ammonia hydroxide charges as a function of the acrylic acid
Reduced initial Vazo 64 charge to 10 ppm of the total monomer (from 250).
Corrected error in ammonium hydroxide g/sld charge calculation.

Increased jacket high T limit from 150F (65C) to 160F (71C).
Eliminated the use of vacuum to charge the reagents.
Eliminated the use of vacuum to charge the reagents.
Reverse order of addition for the ammonia hydroxide and Versenex 80 solutions.
Expanded the pH range to 5.0 - 6.0 (from 5.3 - 5.7).
Increased homogenization time to 10 minutes (from 2 minutes).

PS AEM 232 V4.0.xls Notes

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0009820

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**                    PS AEM 232 V4 0.xls
Product: AEM-232                                                              page  of
Revision: Version 4 0                                          Prepared by: Walchuk / Carey

Changed viscosity spec to 200-400 (from 350-500) at spindle #1 / 6 rpm (from #3 / 12 rpm).
Increased set point to 130F (55C) from 122F (50C).
Significant reduction in initiator charge (10 ppm molar from 250 ppm molar).
Increased polymerization temperature to 130F (55C) from 122F (50C).
Initiator solution is shot feed versus over time.
Hold increased to 4 hours at 127-135F (53-57C) (versus 2 hours at 138-144F (59-62C)).
Hold temperature increased to 146-154F (63-67C) (from 138-144F (59-62C)).
Rewrote instructions to adjust while cooling to 77F after a batch temperature of 104F is achieved.

PS AEM 232 V4.0 xls Notes

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)                                                    HERC0009821

# EXHIBIT 31

William Freeman

10/24/01 08:10 AM

To: john_mangano@GM.cytec.com
cc: john_mccartney@gm.cytec.com, Richard D. Royce/Plaza/NA/Herc@Hercules, Gregory W. Roberts/Plaza/NA/Herc@Hercules, joseph_j._kozakiewicz@st.cytec.com, Daniel L Michalopoulos/Jacksonville/NA/Herc@Hercules
Subject: Potential Tolling Opportunity

John,
 As we have discussed Frank Wiseman and John McCartney, Hercules has developed a new polymer technology that we would like to see if Cytec is interested in toll manufacturing for us. We have run initial commercial trials with this material and believe it has potential to be very successful in the market.
We are interested in moving very quickly with this project as you can see from the time frames listed below. This is a very important project for Hercules and we need to make our decisions on manufacturing by mid December in order to have a supply ready for field promotion.
In order to define Cytec's ability to manufacture and cost position for supply, I propose the following steps and time frames to initiate the process:


Secrecy agreement to Cytec - Oct 24
Reply on Secrecy Agreement from Cytec - Oct 30
Signing of Secrecy Agreement- Cytec and Hercules - Nov 2
Generic description of polymer to Cytec - week of Nov 5
Cytec decision on willingness to manufacture - Nov 14
Specifics on polymer formulation and forecasted volumes to Cytec for cost estimate and scale up planning - Dec 3
Cost estimate from Cytec to Hercules- Dec 7
Final tolling decision by Hercules, initiation of tolling agreement - Dec 14
Joint scale-up activity initiated, manufacturing procedures communicated to Cytec - by January 2
Scale up-pilot plant work - January
Production batches available - February 4


Attached is a secrecy agreement to cover the technology we are interested in Cytec toll manufacturing. I used the existing agreement with Cytec covering polymer sample evaluation as a template to help speed up the time in legal review.
Please provide feedback if you see that any of these time frames are not achievable.

Bill



cytec2.doc

**HHX-031**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0079771

# EXHIBIT 33

| Alkaline Printing and Writing Drainage Aid Program Syn. Team Meeting | Mfg. Date: 10/29/01 | Attendees: | Baraka A. Kawawa<br>Brian L. Walchuk<br>Martha Hollomon<br>Rick Brady<br>Bob Gelman<br>Dan Hopkins | Sheet 1 of 4<br>Distribution: | Attendees<br>Ed Connors<br>Bill Freeman<br>DJ Monagle<br>Dan Michalopoulos<br>Dave Gerstenhaber<br>Mark Brickhouse<br>John Harrington<br>Fushan Zhang |
| Completed by: Bill Carey<br>Date Issued: 10/30/01 | | | | | |

Listed below are the issues discussed and agreed at the above meeting. The actions assigned were committed to. Relevant material presented or reviewed is attached or referenced in the text

| # | Issue | Action Required / Status | Resp | Date | Comp'd |
|---|-------|--------------------------|------|------|--------|
| 4 | Document Development of the HAP brine product. | Draft report is being reviewed. Draft prepared. Need to add additional background information. Revised issue date. (Low Priority) | Baraka Kawawa | Low Priority | |
| 6 | Document BD-202 pilot plant work. | Prepare a report summarizing pilot plant work conducted through 2/6/01. West Linn trial results issued, finalizing report. (Low Priority) | Carey, Kawawa, Walchuk | Low Priority | |
| 11 | Document Review of associative inverse emulsion. | Compile a report summarizing preparation of associative anionic polymers in an inverse emulsion matrix. Low Priority – Summary in J: Drive available for review. | Walchuk | Low Priority | |
| 47 | Emulsion Product Development High Temperature | Forward emulsion samples 078 and 080 to Rick for characterization. Collate data generated to date and issue a review. De-emphasized | Brady Harrington Walchuk | Low Priority | |
| 65 | Dispersion Product Development LA Hydrophobe | Attempt dispersion polymerization equivalent of BD-202. De-emphasized | Kawawa | Low Priority | |
| 87 | Emulsion Product Development LEM-23 Hydrophobe | Evaluate hydrophobe is emulsion test matrix. Unstable formulations, try lower LEM-23 cont. | Hollomon | 10/24/01 | 10/29/01 |
| 98 | Emulsion Product Development AEM-232 | Identify alternatives to toluene as the AIBN solvent. Toluene appears OK for 176,170, need written confirmation for overall formulation. TSCA OK. Forward surfactant info for review. | Carey | 10/24/01 | |

[FileName]



PLAINTIFF'S DEPOSITION EXHIBIT
HERC-GAO-Reference, N. H.

Page 1 of 4

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A
NO. 04-293 (KAJ)

HERC0000103

HHX-033

| # | | | | | |
|---|---|---|---|---|---|
| 99 | Emulsion Product Development AEM-232 Reactions in bold font completed to date. | Initiator system evaluation (pH 5.5) **t-BHP/SMBS w/ 132.** **SMBS/Bromate w/ and w/o 132.** Cumene Hydroperoxide w/ and w/o 132. | Walchuk | 10/24/01 | 10/29/01 |
| 101 | Emulsion Product Development Alternate Hydrophobe Ratios in bold font completed to date. | B206 System, AIBN, pH 5.5 **LA, DDMAM, DDMA-C12, LEM-23, Acrylate AB, C132, (M)AETAC-C12 & C18.** | Hollomon | 10/24/01 | 10/29/01 |
| 102 | Gel Product Development Alternate Surfactant System | With B246SF & B-206. Complete, not stable. With PO-FO-P. V-50 & AIBN complete. PO-EO-PO w/ SPS. To do. **PO-EO-PO. Micellar Polym. Cond. Complete.** | Kawawa Gerstenhaber | 10/24/01 | |
| 103 | Emulsion Product Development Alternate Hydrophobe | B246SSF System, AIBN, pH 5.5 (M)AETAC-C12 & C18 | Hollomon | 10/24/01 | 10/29/01 |
| 105 | Emulsion Product Development AEM-232 | 10, 50, 250, and 2,000 ppm NNMBA. | Walchuk | 10/24/01 | 10/29/01 |
| 106 | Emulsion Product Development AEM-232 | VOC Analysis versus Polyflex CP.3. V-50 vs. AIBN for burnout. Water / Oil AIBN dispersion solvent. | Walchuk | 10/24/01 | 10/29/01 |
| 107 | Emulsion Product Development AEM-232 | 300-gallon pilot batch. | Walchuk | 10/23/01 | 10/29/01 |
| 108 | Emulsion Product Development AEM-232 | Nordic White Swan Grade Product Requirements confirmation. BgVv oil evaluation. Residual level optimization. | Carey Walchuk " | 11/15/01 | |
| 109 | Alternative Emulsion Chemistries AEM-232 Formulation Basis B246SF, AIBN, Caustic | Cationic Structure Function 5% AETAC, 10% AETAC 5% METAC, 10% METAC 5% BZ-80, 10% BZ-80 | Kawawa | 11/15/01 | |
| 110 | Alternative Emulsion Chemistries AEM-232 Formulation Basis B246SF, AIBN, Caustic | Alternative Anionic Monomers 50% AMPS 50% Methacrylic Acid 50% Styrene Sulfonate 50% Itaconic Acid | Hollomon | 11/15/01 | |

[FileName]

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A.
NO. 04-293 (KAJ)

HERC0000104

| 111 | Alternative Emulsion Chemistries AEM-232 Formulation Basis B246SF, AIBN, Caustic | Amphoteric Compositions 50% AMD / 40% AA / 10% AETAC 40% AMD / 50% AA / 10% AETAC 50% AMD / 40% AA / 10% BZ-80 40% AMD / 50% AA / 10% BZ-80 | Hollomon | 11/15/01 |
|-----|------|------|------|------|
| 112 | Alternative Monomers – Emulsion Systems | Quaternary hydrophobic monomers. | Hollomon | 11/15/01 |
| 113 | Alternative Monomer | Monomeric AB Sufactant | Walchuk | 11/15/01 |
| 114 | Alternative Emulsion Chemistries AEM-232 Formulation Basis B246SF, AIBN, Caustic | Alternative Anionic Monomers 50% AMPS, pH's 5 & 8 25% AMPS, pH's 3, 5 & 8 50% Itaconic Acid, pH 8 | Hollomon | 11/15/01 |

NEXT Meeting — November 15, 8:30 am, Location TBD.

Reviewed Steering Team 10/18 meeting notes.

Reviewed ASP Characterization Team 10/22 meeting notes.

Item 87 – Completed synthesis by lowering the LEM content and submitted samples for screening. Need to compare the activity of the B206 surfactant system with and without the hydrophobe to see if there was any benefit to hydrophobe incoporation.

Item 99 – SMBS/Bromate system yielded gel particles. Cumene hydroperoxide w/ and w/o Coag 132 ran well. Samples have been submitted for activity screening.

Item 101 – Of the samples prepared to date there was no advantage in incorporating a hydrophobe into the polymer matrix. Work with the quarternary monomers was not completed due to problems with auto-initiation. Synthesis of a monomeric AB surfactant is ongoing. The quat and AB monomer systems will be broken out into their own separate issues.

Item 102 – PO-EO-PO matrix with AIBN and V-50 are complete and samples submitted for screening. Synthesis with SPS still needs to be done. Attempts under micellar conditions appear have yielded low molecular weight product. Work is underway to determine if the surfactant is grafting into the polymer matrix.

Item 103 – See item 101, problems with auto-initiation need to be resolved.

Item 105 – These samples were tested and if was found that the performance drops off with increasing amount of cross-linker. None of the cross-linked samples out performed the non-cross-linked analog.

Item 106 – The VOC content for AEM-232 was analyzed and found to less than that of Polyflex CP.3 at an equal product basis. No advantage in utilizing V-50 or SMBS versus AIBN for burnout. Was able to run the polymerization by dispersing the AIBN in oil versus dissolving in toluene.

Page 3 of 4

[F i l e N a m e]

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A.
NO  04-293 (KAJ)

HERC0000105

Item 107 – The AEM-232 process was successfully scaled-up in the 300-gallon reactor system. Sample of the product has been submitted for characterization and activity testing.

Items 108, 109 & 111 – No activity this period.

Item 110 – Completed synthesis work for the AMPS and methacrylaic acid at native pH (~3). Itaconic acid was examined at native and pH 5.5, both of which yield a uncharacteristically turbid product. Sodium styrene sulfinate monomer is on order.

Item 112 (new) – Examine ion exchaging the AETAC-C12 in an attempt to mitigate the autopolymerization phenomena observed in the emulsion system.

Item 113 (new) – Attempt syntheis of AB monomeric suractant via acid chloride reaction with B206.

Item 114 (new) – Expansion of item 110.

[F i l e N a m e]

Page 4 of 4

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0000106