# EXHIBIT 34

**■HERCULES**

## PROPRIETARY INFORMATION DISCLOSURE AGREEMENT

Effective Date: November 1, 2001

1. The parties to this Agreement are:

   | Hercules Incorporated<br>Hercules Plaza<br>1313 North Market Street<br>Wilmington, DE 19894-0001<br><br>"HERCULES" | Cytec Industries Inc.<br>Five Garret Mountain Plaza<br>West Paterson, NJ 07424<br><br>"CYTEC" |
   |---|---|

2. The information and/or samples may be disclosed by HERCULES.

3. The Proprietary Information controlled by this Agreement relates to HERCULES' pulp and paper chemical and flocculant technology and information including, but not limited to, composition and manufacturing information for new proprietary water soluble polymers. The disclosure shall also include product characterization and testing methods used to evaluate the new proprietary water-soluble polymers.

   Proprietary Information may include, by way of example, but without limitation, data, know-how, formulae, processes, designs, sketches, photographs, plans, drawings, specifications, samples, reports, customer lists, pricing information, studies, findings, inventions, and ideas. To the extent practical, Proprietary Information shall be disclosed in documentary or tangible form marked "Proprietary" or "Confidential". In the case of disclosures in nondocumentary form made orally or by visual inspection, HERCULES shall confirm in writing the fact and general nature of each disclosure within thirty (30) days of disclosure.

4. This Agreement shall apply to disclosures made and samples supplied within twelve (12) months of the Effective Date.

5. a. CYTEC shall not be under any obligation under this Agreement after November 1, 2011.

   b. In addition, the restrictions on disclosure and use of Proprietary Information of this Agreement shall not apply to Proprietary Information that (a) is or becomes known publicly through no fault of CYTEC, but only after and only to the extent that it becomes known publicly, (b) is disclosed to CYTEC by a third party entitled to disclose it and which CYTEC without breach of any obligation is free to disclose to others, (c) was already known to CYTEC at the time of disclosure hereunder as evidenced by competent proof, or (d) is independently developed by individuals who did not have access to the information disclosed hereunder. Proprietary Information that is specific shall not be deemed to be within the foregoing exceptions to secrecy merely because it is embraced by more general information covered by an exception. In addition, any combination of features shall not be deemed to be within an exception merely because individual features are in such exception, but only if the combination itself and its principle of operation are in such exception.

   c. If required by law, regulation or order, Proprietary Information received under this Agreement may be disclosed by CYTEC to a court of law or other governmental agency provided that (a) the Proprietary Information shall be indicated as belonging to HERCULES, and (b) if reasonably possible, HERCULES (at its expense) shall be provided with an opportunity to contest such disclosure and/or obtain a protective order or other similar protection. CYTEC (at its expense) shall provide such reasonable assistance as requested by HERCULES in support of such efforts and shall disclose the Proprietary Information using any applicable protective legends.

6. CYTEC shall not use said Proprietary Information except for the purpose of toll manufacturing new proprietary water-soluble polymer product(s) for HERCULES' use.

   CYTEC shall exercise the same degree of care to protect the Proprietary Information of HERCULES as it uses with respect to its own information of similar importance, but not less than a reasonable degree of care, to prevent disclosure of the Proprietary Information to any third party, and shall limit internal dissemination of the Proprietary Information within its own organization to individuals whose duties justify the need to know such Proprietary Information, and then only provided that there is a clear understanding by such individuals of their obligation to maintain the trade secret status of such Proprietary Information and to restrict its use solely to the purpose specified herein.

7. The parties appoint the following representative(s) to disclose and receive Proprietary Information:

   For HERCULES: W. Carey and W. Freeman
   For CYTEC: J. Kazacowitz and J. McCartney.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HHX-034

HERC0079772

The representative(s) shall make all arrangements for and be informed of all communications relating to this agreement. Any change of representative shall be made only upon written notice to the other party to this Agreement.

8. The amount of Proprietary Information to be disclosed is completely within the discretion of HERCULES. HERCULES represents and warrants that it has the right to make the disclosures of Proprietary Information under this Agreement.

9. No other right or license to use the Proprietary Information disclosed hereunder is granted hereby. This Agreement imposes no obligation on either party to purchase, sell, license, transfer, or otherwise dispose of any technology, services, or products. This Agreement shall not constitute, create or otherwise imply a joint venture, pooling arrangement, partnership or formal business organization of any kind, nor does the exchange of Proprietary Information constitute an offer, acceptance, or promise of sale, or for any future contract or amendment to any existing contract between the parties. Nothing in this Agreement is intended to or shall grant to either party the right to make commitments of any kind for or on the behalf of the other party without the prior written consent of the other party.

10. Unless otherwise agreed in writing by the duly authorized representative of each party, this Agreement shall be in lieu of and shall control over any other agreements entered into and related to the subject matter hereof and shall not be amended or superseded by any other document unless it is entered into by an authorized representative of each party. This Agreement supersedes, controls, and renders all documents signed by individuals at a party's entrance (e.g., gate passes) null and void.

11. CYTEC shall not export or reexport any such Proprietary Information or products (including software or samples) made therewith to any country or entity or for any use prohibited by the laws and regulations of the United States Government and its agencies, and CYTEC agrees to indemnify and hold HERCULES harmless for any such violation by CYTEC, its subsidiaries or employees provided, however, that the aforesaid indemnification shall not apply when Cytec ships products to or for Hercules or at its direction.

12. With respect to samples supplied by HERCULES, CYTEC agrees:
    (a) to take all reasonable precautions to prevent any samples from entering the possession or custody of any third party;
    (b) to use the samples solely for the purpose specified in paragraph 6;
    (c) to complete the evaluation of all such samples within the period specified in paragraph 4; and
    (d) to return all samples which are not consumed in the evaluation. As to any samples for which return is not practical, to provide HERCULES with written assurance that all such materials have been destroyed.

13. Unless it is necessary to further the purpose, CYTEC shall (i) minimize duplication of any materials that are a part of the Proprietary Information without written authorization of HERCULES, and (ii) except for one record copy of written material, return to HERCULES all such materials and reproductions thereof upon request.

14. Data developed by CYTEC based upon Proprietary Information received under this Agreement shall not be disclosed to a third party without the prior written consent of HERCULES.

15. This Agreement shall not prevent either party from disclosing Proprietary Information to employees of its parent company or affiliated corporations so long as the employees of such parent company or affiliated corporations who receives such Proprietary Information are bound to secrecy and restricted use terms at least as stringent as those assumed by the parties hereunder.

16. This Agreement shall be governed and construed in accordance with the laws of the State of Delaware U.S.A., without giving effect to any principle of law that would result in the application of the law of some other jurisdiction.

17. This Agreement shall be null and void unless executed by both parties and one fully executed original returned to Hercules Incorporated, Law Department, within a period of three (3) months from the Effective Date.

   IN WITNESS WHEREOF, the parties have caused this Agreement to be executed in duplicate by their duly authorized representatives.

| HERCULES INCORPORATED | CYTEC INDUSTRIES INC. |
|---|---|
| By _[signature]_ | By _[signature]_ |
| Name Printed: Richard Royce | Name Printed: J.J. Kozakiewicz |
| Title: Business Director | Title: Director of Technology |
| Date: 1/5/2001 | Date: Nov. 1, 2001 |

Cytec3

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0079773

# EXHIBIT 36

William Freeman  
11/16/01 05:10 PM

To: john_mangano@GM.cytec.com  
cc: john_mccartney@gm.cytec.com, Richard D. Royce/Plaza/NA/Herc@Hercules, Gregory W. Roberts/Plaza/NA/Herc@Hercules, joseph_j._kozakiewicz@st.cytec.com, Daniel L Michalopoulos/Jacksonville/NA/Herc@Hercules  
Subject: Hercules Polymer Description

John,
The next step outlined for the potential tolling opportunity was for Hercules to provide a generic description of the subject polymer that we are interested in Cytec toll manufacturing for Hercules
This description is 11 days late based on my original time table but I was waiting for some of the patent filing issues to be resolved.
Please review this description of the technology and let us know if you see any reason to not move forward with discussing toll manufacturing of this product.
If you are interested in moving forward, the next step will be to provide Cytec with the specific formulation and forecast of the expected volume requirements.
This could then be used to develop a cost of production estimate for Hercules.
The generic description is :

The Hercules proprietary polymer is an anionic, high molecular weight polyacrylamide prepared utilizing typical inverse emulsion polymerization techniques absent a cross-linking agent and employing an emulsification surfactant package with a HLB of less than 8.

Please get back to me with your decision on willingness to manufacture by November 30 if possible.
  Bill

**HHX-036**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER  
DIST. DELAWARE C.A.  
NO. 04-293 (KAJ)

HERC0079794

**EXHIBIT 38**

| | |
|---|---|
| From: | Satterfield Brian WP CH |
| Sent: | Monday, December 3, 2001 6:02 PM (GMT) |
| To: | Cooper Malcolm AD GB; Flint Peter WP US |
| Cc: | Engelhardt Thomas WP CH; Newton Richard CA GB; Broadbent Barrie CA GB; Crabtree David WP GB; Meyer Walter Wilhelm WP CH; Borio Theresa WP US |
| Subject: | RE: Cytec Meet or Release |
| Attach: | Cytec Meet or Release Mapp.ZIP |

Malcolm,

There are three basic "agreements":

#1- "Emulsion Agreement"....cationic, non ionic, & anionic linear emulsions purchased from Cytec & relabeled with our trademark: Percol (example). This agreement (no contract) goes back a couple of years and pre-dates the acquisition that occurred in November 2000. Main negotiator was Stan Walker who was in the lead role, i.e., strategic accounts and main interface with Cytec Market reason: LDP IV or MW limitations losing out to high MW emulsions on bigger & faster paper machines.

#2: "Polyflex Agreement(s)"....with acquisition on Nov 1, 2000 We can manufacture Polyflex within the timelines in the agreements....I will send a separate email on this topic.

#3: "Non-Polyflex Agreement(s)". defined as Polyamines, PolyDadms, Solution Polymers, Emulsions (Cationic_Nonionic_Anionic), & Powders that were being used and sold to the customers Cytec had in the Retention, Drainage, & Fixatives area of the global Pulp & Paper Industry. Deal signed with acquisition on Nov 1, 2000

With #3 we could have pushed the Meet or Release clause button on Nov. 2, 2000 but decided not to based on: 1) the need to stabilize the customer base, 2) immediate problems with Bayer (who bought the other portions of the Cytec paper business and acquired 95% of the Cytec paper personnel), 3) supply issues in West Memphis & Bradford, and #4) Lack of ability to manufacture high IV emulsions >>>>> TE: I'm assuming your guys have told that producing retention aids is not as easy as producing emulsions for municipal waste treatment plants based on much lower charge requirements, FDA, BGVV, etc.

The Meet or Release can include: Ciba's cost to produce a comparative product or if we can purchase from another source (SNF, Stockhausen, Kemira, Hansol, etc) but I don't think we are required to tell them if this option comes from Ciba or another supplier. On most of the products PF mentions if Cytec "meets" then our margins go from apprx. 30% to 60% and we continue to buy until the end of 2002 If they release then we either source from our own plants or purchase from someone else....and the margins go from apprx. 30% to 60%.

Lets send the letter.

Thanks
Brian

-----Original Message-----
**From:** Cooper Malcolm AD GB
**Sent:** Friday, November 30, 2001 10:15 AM
**To:** Flint Peter WP US
**Cc:** Engelhardt Thomas WP CH; Newton Richard CA GB; Broadbent Barrie CA GB; Crabtree David WP GB; Satterfield Brian WP CH; Meyer Walter Wilhelm WP CH; Borio Theresa WP US
**Subject:** FW: Cytec Meet or Release

**HHX-038**

CONFIDENTIAL - C.A. NO. 04-293

CIBA 028056

Peter

I have not had sight of this agreement so I don't know the details  Does the 'Meet or Release Clause' include manufacture by us? If it does and we really want to give Cytec our true manufacturing costs in Q1 2002 they will be quite significantly lower than they are today as we have been successful in negotiating lower prices for most raw materials. If you require any further details Terri Borio can provide them.

Regards
Malcolm

-----Original Message-----
**From:** Engelhardt Thomas WP CH
**Sent:** Thursday, November 29, 2001 7:50 AM
**To:** Flint Peter WP US
**Cc:** Newton Richard CA GB; Broadbent Barrie CA GB; Cooper Malcolm AD GB; Crabtree David WP GB; Satterfield Brian WP CH; Meyer Walter Wilhelm WP CH

**Subject:** RE: Cytec Meet or Release

Peter,
Since I don't have the RDA Distr. Agreement I don't know about details & obligations for both parties. Question: Are we still free to start manufacturing as planned for Polyflex in 2002 even if Cytec agrees to the requested price decreases?

I assume you are aware that we are in the process to carry out a make or buy study for the other emulsions we buy from Cytec. Production is right now putting together the CAPEX requirements and evaluating the impact on supply situation for WPT and BS TE. At this point in time we have to keep our degree of freedom, i.e. if 'make' is the better option we should be able to start manufacturing. Same question: Are we still free to do so, if Cytec drops prices?

Looking forward to hearing from you.
Best regards, Thomas

-----Original Message-----
**From:** Flint Peter WP US
**Sent:** Wednesday, November 28, 2001 8:12 AM
**To:** Newton Richard CA GB; Satterfield Brian WP CH; Crabtree David WP GB; Cooper Malcolm AD GB; Almond Dave WP US; Lloyd Terry CA US; Johnston Howard AD GB; Ong Teck Beng AD SG

**Cc:** Stacks Fred CA US; Notowijoyo Rianty CA SG; Lim June CA SG; Engelhardt Thomas WP CH; Day Gary WP US; Broadbent Barrie CA GB

**Subject:** Cytec Meet or Release

All,

Please review the following meet or release letter to Cytec. Basically, we can reduce TPC by US$ 851,183 replacing listed Cytec products with Ciba replacements. This letter should be signed by purchasing and by me for delivery to Cytec. Please comment by December 10th if you have any comments or concerns.

Regards,

**CONFIDENTIAL - C.A. NO. 04-293**

**CIBA 028057**

Peter

<<..>>

CONFIDENTIAL - C.A. NO. 04-293                                              CIBA 028058

# EXHIBIT 39

William S. Carey
12/12/2001 11:03 PM

To: William Freeman/Plaza/NA/Herc@Hercules
cc: Daniel L Michalopoulos/Jacksonville/NA/Herc@Hercules, Edward J. Connors/RCWilm/NA/Herc@Hercules, Richard D. Royce/Plaza/NA/Herc@Hercules, Brian L. Walchuk/RCWilm/NA/Herc@Hercules
Subject: Cytec PID Information Disclosure

The following information is being provided for discussion with representatives of Cytec Industries Inc. (CYTEC) at a meeting to be conducted on December 13, 2001. This information is being disclosed under the Proprietary Information Disclosure Agreement relating to the composition and manufacturing information for new proprietary water-soluble polymers executed between Hercules Incorporated and Cytec with an effective date of November 1, 2001.

The proprietary water-soluble polymer of interest is prepared via an inverse emulsion polymerization technique. Typical charges utilized in the preparation of the polymer of interest are as noted below. This formulation yields a product that is 30 wt. % actives polymer, comprised of a 1:1 molar ratio of acrylamide and sodium acrylate. The product conforms to 21 CFR 170.176.

| Charges | To Scale | Grams | $ / lb RM |
|---|---|---|---|
| Exxsol D-80 | 2,767.63 | | |
| Surfactant 1 | 93.10 | Atlas Rad G-946 | $1.01 |
| Surfactant 2 | 186.30 | Hypermer B246sF | $2.80 |
| Exxsol D-80, Line Flush | 26.67 | | |
| *Oil Phase* | 3,073.70 | | |
| | | | |
| Acrylamide, 53% | 2,436.65 | | |
| Acrylic Acid, 99% | 1,322.45 | | |
| DI Water | 1,430.02 | | |
| Versenex 80 | 13.72 | 6,221.12 | |
| Sodium Hydroxide, 50% | 872.09 | | |
| DI Water, Line Flush | 16.67 | | |
| DI Water, Line Flush | 33.33 | | |
| *Aqueous Phase* | 6,124.94 | | |
| | | | |
| Thermal Initiator | 0.06 | 27.07 | $5.50 Vazo 64 |
| Solvent | 1.93 | 875.11 | H2O |
| *Initiator Solution* | 1.989 | | |
| | | | |
| Thermal Initiator | 0.06 | 27.07 | $5.50 |
| Solvent | 1.93 | 875.11 | |
| *Initiator Solution* | 1.989 | | |
| | | | |
| Thermal Initiator | 0.60 | 270.65 | $5.50 |
| Solvent | 19.29 | 8,751.15 | |
| *Burnout Solution* | 19.89 | | |
| | | | |
| Sodium Hydroxide, 50% | 581.40 | | |
| Tergitol 15-S-9 | 196.10 | | |
| *Adjustments* | 777.50 | | |
| | | | |
| **Total Batch Weight** | 10,000.00 | | |

The general procedure is as follows.

1. To separate vessels prepare the oil and aqueous phases. The pH of the aqueous phase is adjusted to 5-6 with caustic.


PLAINTIFF'S DEPOSITION EXHIBIT 264 KMP

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0077020

**HHX-039**

2. The aqueous phase is then transfer to the reactor containing the oil phase. Mixing of the two phases is conducted under reactor agitation during the transfer process.
3. A nitrogen sparge is initiated and emulsification via a Ross Mixer is conducted until a bulk viscosity specification is achieved.
4. The batch temperature is adjusted to 57 °C.
5. Add the first initiator charge shotwise, then maintain the batch temperature at 56-58 °C for 4 hours.
6. Add the second initiator charge shotwise, then maintain the batch temperature at 56-58 °C for 4 hours or until the exotherm subsides as evidenced by equilibration of the jacket temperature with the batch temperature.
7. Heat the batch to 65 °C and then add the burnout initiator charge shotwise. Hold the batch at 63-67 °C for 3 hours.
8. Adjust the batch temperature controller set point to 25 °C.
9. During the cool down add the caustic adjustment charge, then the breaker charge, at a batch temperature of less than 40 °C.
10. Mix a minimum of 30 minutes after addition of the breaker charge.
11. Package at 22-27 °C, filtering through a Kason filter equipped with a 64 TBC grade screen.

Following is a temperature profile for a 300-gallon batch.



| Marker | Time | A_103_Png | T_103_Pnr | T_103_Tji | T_103_Tjo | T_103_Tnr | A_103_rpm2 | T_101_Ojkt | |
|---|---|---|---|---|---|---|---|---|---|
| A | 8:21:25 | 249.007 | 0.830959 | 121.15868 | 107.20346 | 100.7438 | 41.243 | 68.9602 | Temperature set to 135 °F |
| B | 9:18:54 | 249.548 | 1.36982 | 131.1278 | 130.55378 | 134.99312 | 41.3051 | 68.7454 | First Initiator shot added |
| C | 13:23:24 | 941.261 | 0.420807 | 132.77984 | 133.24118 | 134.53502 | 81.505 | 68.77 | Second Initiator shot added |
| D | 16:23:54 | 948.139 | 0.55452 | 128.67476 | 128.7428 | 135.12956 | 81.5187 | 68.8509 | Temperature set to 149 °F |
| E | 16:52:09 | 951.468 | 0.373531 | 137.63282 | 138.66026 | 150.54782 | 81.5053 | 66.4891 | Burnout solution added |
| F | 19:50:54 | 951.102 | 4.68707 | 144.78134 | 148.20332 | 149.59148 | 81.4721 | 67.437 | Cool down started |
| G | 20:23:55 | 936.17 | -8.8702 | 48.187564 | 49.548794 | 100.29272 | 81.4607 | 67.0115 | Final base adjustment, caustic added |
| H | 20:30:09 | 982.041 | -7.30226 | 48.265422 | 50.82918 | 128.25412 | 81.5145 | 67.1278 | Breaker surfactant added |

Typical Conversion:
At point C - 85-90%
At point D - 97-99%

Heat Transfer Data:
Capacity - 80,000 BTU/hr (calculated during cool down)
Maximum Demand - 23,000 BTU/hr
Average Heat of Rxn up to 2nd Initiator Shot - 198 BTU/lb product
Average Heat of Reaction after 2nd Initiator Shot - 155 BTU/lb product

*This communication may be privileged and confidential. It is intended only for the use of the intended recipient(s) identified above. If you are not an intended recipient, please delete this communication. Please do not disseminate, distribute, download or copy this communication. Your possession of this communication shall not be deemed a waiver of any applicable privileges.*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0077021

# EXHIBIT 43

Case 1:04-cv-00293-KAJ   Document 421-11   Filed 07/19/2006   Page 14 of 19



**HERCULES**

**INTEROFFICE MEMO**

April 8, 2002

CC:  C. Spooner – Jacksonville
D. Michalopoulos – Jacksonville
F. Zhang – Jacksonville
D. L. Hopkins – 8100/206
R. L. Brady – 8100/151
R. A. Gelman – 8100/144
D. A. Gerstenhaber – 8100/256
M. G. Hollomon – 8100/356
File – 8134

TO:     JOHN HARRINGTON – JACKSONVILLE
        RICHARD KLINZMAN - JACKSONVILLE

FROM:   D. A. GERSTENHABER– 8100/256

I have sent 20 samples via FedEx for viscosity and applications testing. Samples were prepared with varying Surfactant level, pHs and Hypermer/Arlacel ratios. The enclosed samples are part of an effort to help define Cytec's operating window for the preparation of AEM-232. Attached are the specifications for the samples.

**HHX-043**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0059055

| Notebook | Formulation | Procedure | Maximum Exotherm Temp. | Starting Viscosity (cps) | Starting pH (water phase) | Final Viscosity (cps) | Gel (%) | Final Product Appearance | Note |
|---|---|---|---|---|---|---|---|---|---|
| X32934-96 | AEM-232 control | Old | 88 @ BO | 170 | 5.3 | 309 | 5.3 | clear | Control with RC materials (10ppm Initiator) |
| X33155-14 | 1:1 Hypermer / Adacel | Old | 71 @ BO | 182 | ? | 118 | 5.4 | opaque | 10ppm Initiator |
| -16 | 4:1 Hypermer / Adacel | Old | 88 @ BO-2 | 182 | 5.3 | 910 | 0.6 | clear yellow | 10ppm Initiator |
| -18 | New Procedure | 3/19 | 85 @ BO-3 | 180 | 4.7 | 8130 | 8.2 | cloudy-paste like | 50ppm Vazo/Shorter Run |
| -21 | made @ pH 7 | " | 74 @ BO-1 | 180 | 7.0 | 170 | 0.7 | si. Cloudy | 50ppm Vazo/Shorter Run |
| -23 | made @ pH 6.5 | " | 69 @ I-2 | 160 | 6.5 | 391 | 0.4 | si. Cloudy | 50ppm Vazo/Shorter Run |
| -25 | made @ pH 6 | " | 81 @ I-1 | 230 | 6.0 | 429 | 0.5 | hazy | 50ppm Vazo/Shorter Run |
| -28 | made @ pH 5.5 | 3/19-a | 56 @ I-1 | 230 | 5.5 | 329 | 0.3 | almost clear | 50ppm Vazo/Shorter Run/new Acrylic Acid |
| -30 | made @ pH 5 | 3/19-a | 58 @ I-1 | 200 | 5.0 | 379 | 0.7 | cloudy | 50ppm Vazo/Shorter Run/new Acrylic Acid |
| -32 | made @ pH 4.5 | 3/19-a | 59 @ I-1 | 190 | 4.5 | 220 | 1 | Hazy | 50ppm Vazo/Shorter Run/new Acrylic Acid |
| -34 | made @ pH 4 | 3/19-a | 66 @ I-1 | 100 | 4.0 | 291 | 0.8 | Opaque | 50ppm Vazo/Shorter Run/new Acrylic Acid |
| -36 | made @ pH 7 | 3/19-a | 60 @ I-1 | 130 | 7.1 | 150 | 0.3 | cloudy | 50ppm Vazo/Shorter Run/new Acrylic Acid |
| -38 | made @ pH 6.5 | 3/19-a | 59 @ I-1 | 125 | 6.5 | 160 | 1.5 | cloudy | 50ppm Vazo/Shorter Run/new Acrylic Acid |
| -40 | made @ pH 8 | 3/19-a | 61 @ I-2 | 130 | 6.0 | 230 | 0.6 | hazy | 50ppm Vazo/Shorter Run/new Acrylic Acid |
| -42 | made @ pH 5.5 | 3/19-a | 58 @ I-1 | 150 | 5.5 | 291 | 0.5 | almost clear | 50ppm Vazo/Shorter Run/new Acrylic Acid |
| -44 | 1:1 Hypermer/Adacel | 3/19-a | | 190 | 5.2 | | 0.4 | almost clear | |
| X32927-43 | AEM-232 control | 3/19 | 78.3 @ I2 | 180 | 5.12 | 640 | 0.6 | clear yellow | |
| X32927-47 | 2.0% surfactant | 3/19 | 83.9 @ BO1 | 145 | 5.23 | 250 | 0.39 | clear yellow | |
| X32927-49 | 4.0% surfactant | 3/19 | 58.2 @ I2 | 220 | 5.22 | 830 | <0.2 | clear yellow | |
| X32927-51 | AEM-232 control | 3/19-a | 29.8 @ I1 | 200 | 5.19 | 281 | 0 | clear yellow | |

Old   10ppm Initiator
3/19   50ppm Initiator/Shorter Run Time
3/19-a   50ppm Initiator/Shorter Run Time/new Acrylic Acid

For the AEM-232 Formulations see: J:\AEM232-DG\Process Study\Surfactant Level.xls

X32937-44A
37062-51 } are random.

Looks like harder hypermer => more random.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0059056

2690-37-FP
12/21
12/28/01
7562

X32937-33
-33
12-290
-22
-24
9379
-15

X33062-84 12/21
-57
-60
-63
-65
-68
-71
-74.

X32937-42A
-12
X32926-89
-93
-95
X33062-285
-30
-51
-97
-44A
-52
-43

X33106-10
-4
-1
-13
-15
.18
-21
-26
-32
-34
-37
-40
-43
-46

X32937-60-1
63-1
66-1
75-1
78-1
53139 13-1
16-1
19-1.

# ▮HERCULES

## INTEROFFICE MEMO

April 26, 2002

CC: C. Spooner – Jacksonville
D. Michalopoulos – Jacksonville
F. Zhang – Jacksonville
D. L. Hopkins – 8100/206
R. L. Brady – 8100/151
R. A. Gelman – 8100/144
D. A. Gerstenhaber – 8100/256
M. G. Hollomon – 8100/356
File – 8134

TO: JOHN HARRINGTON – JACKSONVILLE
RICHARD KLINZMAN - JACKSONVILLE

FROM: D. A. GERSTENHABER– 8100/256

I have sent 3 samples via FedEx for viscosity and applications testing. Samples were prepared by varying Surfactant levels. The enclosed samples are part of an effort to help define Cytec's operating window for the preparation of AEM-232. Attached are the specifications for the samples.

| Notebook | Formulation | Procedure | Maximum Exotherm Temp. | Starting Viscosity (cps) | Starting pH (water phase) | Final Viscosity (cps) | Gel (%) | Final Product Appearance |
|---|---|---|---|---|---|---|---|---|
| X32927-62 | 2.8% Surfactant | 3-19-a | 59 @ I-1 | 130 | 5.2 | 85 | 0.3 | Slightly Hazy |
| -65 | 2.0% Surfactant | 3-19-a | 60 @ I-1 | 110 | 5.3 | 180 | 0.2 | Very Cloudy |
| 67 | 4.0 % Surfactant | 3-19-a | 60 @ I-1 | 200 | 5.3 | 379 | 1.0 | Very Cloudy |

Old  10ppm Initiator
3/19  50ppm Initiator/Shorter Run Time
3/19-a  50ppm Initiator/Shorter Run Time/new Acrylic Acid

For the AEM-232 Formulations see: J:\AEM232-DG\Process Study\

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0031515

# ∎HERCULES

## INTEROFFICE MEMO

May 14, 2002

CC: C. Spooner – Jacksonville
D. Michalopoulos – Jacksonville
F. Zhang – Jacksonville
D. L. Hopkins – 8100/206
R. L. Brady – 8100/151
R. A. Gelman – 8100/144
D. A. Gerstenhaber – 8100/256
M. G. Hollomon – 8100/356
File – 8134

TO:  JOHN HARRINGTON – JACKSONVILLE
     RICHARD KLINZMAN - JACKSONVILLE

FROM:  D. A. GERSTENHABER– 8100/256

I have sent 6 samples via FedEx for viscosity and applications testing. Samples were prepared by varying Reaction temperature and Initiator levels. The enclosed samples are part of an effort to help define Cytec's operating window for the preparation of AEM-232. Attached are the specifications for the samples.

| Notebook | Formulation | Procedure | Maximum Exotherm Temp. | Starting Viscosity (cps) | Starting pH (water phase) | Final Viscosity (cps) | Gel (%) | Final Product Appearance |
|---|---|---|---|---|---|---|---|---|
| X33155-69 | Reaction Temp = 50°C | 3-19-a | 68 @ I-1 | 120 | 5.0 | 240 | 1.1 | cloudy |
| -71 | Reaction Temp = 65°C | 3-19-a | 68 @ I-1 | 110 | 5.1 | 270 | 0.3 | slightly cloudy |
| -73 | Reaction Temp = 70°C | 3-19-a | 74 @ I-1 | 110 | 5.0 | 240 | 1.1 | Light haze |
| -75 | 25 ppm Initiator | 3-19-a | 68 @ I-1 | 120 | 5.1 | 261 | 0.5 | Very Hazy |
| -77 | 50 ppm Initiator | 3-19-a | 59 @ I-1 | 110 | 5.0 | 291 | 0.5 | Clear -> light haze |
| -79 | 100 ppm Initiator | 3-19-a | 59 @ I-1 | 130 | 5.0 | 250 | 0.4 | Hazy |

Old    10ppm Initiator
3/19   50ppm Initiator/Shorter Run Time
3/19-a 50ppm Initiator/Shorter Run Time/new Acrylic Acid

For the AEM-232 Formulations see: J:\AEM232-DG\Process Study\

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0000579

# ■HERCULES

## INTEROFFICE MEMO

06/11/2002

CC: C. Spooner – Jacksonville
D. Michalopoulos – Jacksonville
F. Zhang – Jacksonville
D. L. Hopkins – 8100/206
R. L. Brady – 8100/151
R. A. Gelman – 8100/144
D. A. Gerstenhaber – 8100/256
M. G. Hollomon – 8100/356
File – 8134

TO: JOHN HARRINGTON – JACKSONVILLE
RICHARD KLINZMAN - JACKSONVILLE

FROM: D. A. GERSTENHABER– 8100/256

I have sent 7 samples via FedEx for viscosity and applications testing. Samples were prepared with varying surfactant levels and Hypermer/Arlacel ratio. The enclosed samples are part of an effort to help define Cytec's operating window for the preparation of AEM-232. Attached are the specifications for the samples.

| Notebook | Formulation | Procedure | Maximum Exotherm Temp. | Starting Viscosity (cps) | Starting pH (water phase) | Final Viscosity (cps) | Gel (%) | Final Product Appearance |
|---|---|---|---|---|---|---|---|---|
| -81 | 1:4 Hypermer/Arlacel | 3-19-a | 59 @ I-1 | 180 | 4.9 | 110 | 0.3 | very slightly hazy |
| -83 | 2.8% Surfactant | 3-19-a | 60 @ I-1 | 145 | 4.9 | 311 | 0.3 | clear |
| -85 | 2.0% surfactant | 3-19-a | 60 @ I-1 | 120 | 5.1 | 225 | 0.5 | clear |
| -87 | 3.5% Surfactant | 3-19-a | 63 @ I-1 | 190 | 5.0 | 441 | 0.3 | very slightly hazy |
| -89 | 4.0% Surfactant | 3-19-a | 69 @ BO-1 | 235 | 5.0 | 491 | 0.2 | very slightly hazy |
| -90 | 4.5% Surfactant | 3-19-a | 61 @ I-1 | 275 | 5.0 | 566 | 0.2 | slightly hazy |
| -91 | 5.0% Surfactant | 3-19-a | 74 @ I-1 | 341 | 5.0 | 621 | 0.3 | very hazy |

Old    10ppm Initiator
3/19   50ppm Initiator/Shorter Run Time
3/19-a 50ppm Initiator/Shorter Run Time/new Acrylic Acid

For the AEM-232 Formulations see: J:\AEM232-DG\Process Study\

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0035159