# EXHIBIT 47

TREVOSE PILOT PLANT OPERATING PROCEDURE

| Process: | AEM 232 | G-21659 | Process system: | T-102 |
|----------|---------|---------|-----------------|-------|
| version: | 6.0 | | Lot number: | |
| Author: | K. A. Szupka | | Run date: | 1/15/2002 |

Locate and read the material safety data sheets for all of the chemicals that will be used in this procedure. Consult with your immediate supervisors if you do not understand any information being presented to you on the data sheets. Do not proceed until you have a clear understanding of the potential hazards and the precautions that are required to safely complete your work.

The MSDS sheets for each of the chemical materials used in this process accompany this procedure. Consult your supervisors if any are missing. After reading all of the data sheets and the associated material hazard summary and process review, sign your name in the space provided below indicating you understand the potential hazards and required safety precautions before starting this procedure.

Operator                              Date
Date
_____
_____
_____
_____

**General Hazards:**
The greatest hazards are posed by the handling of the raw materials.
Refer to the process review documentation for specific hazard data.

**Required Safety Equipment:**
Wear neoprene gloves when handling all chemicals in this procedure.
Wear gloves, a butyl jacket, and a full face respirator when handling the monomer solutions.
Wear gloves and a splash shield when sampling the reactor.
Ensure proper ventilation and exhaust pick up at sample and material handling locations

**Emergency Procedure:**
In the event of any spills, equipment failures, or problems with the raw materials used in this procedure, you are
Refer to the process review documentation for specific hazard data

**Contacts:**
Jeff Wible    x-3641
Jeff Castor   x-3120
Kirk Szupka   x-3529
**Released for Operations:**
                        Date: _____

_____
*supervising engineer*

CONFIDENTIAL - RESTRICTED
THIS DOCUMENT CONTAINS BETZDEARBORN PROPRIETARY INFORMATION AND SHALL NOT BE USED, REPRODUCED, PUBLISHED OR DISCLOSED TO OTHERS WITHOUT A
SPECIFIC NEED-TO-KNOW. THIS DOCUMENT SHALL BE PROTECTED IN ACCORDANCE WITH THE BETZDEARBORN

**HHX-047**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)                                    HERC0077063

*(handwritten)* 1/15/02   50 gal   no Toluene
*(handwritten)* Batch # 8900 201 508

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**
Product: AEM 232
Revision: Version 6.0

PS AEM 232 V6.0
page 2 of 7
Prepared by: Waldnak / Carey

### Raw Materials

| Raw Materials | Generic | Fw | Purity | Density | Notes |
|---|---|---|---|---|---|
| Exxsol D-80 | 9711 | --- | 100.00% | | |
| Atlas Point G-946 | 8912 | 428.62 | 100.00% | | |
| Hypermer B246 SF | 10460 | --- | 100.00% | | |
| Acrylamide | 5 | 71.08 | 53.00% | | |
| Acrylic Acid | 6 | 72.08 | 99.00% | | |
| Sodium Hydroxide (caustic) | 2502 | 40.00 | 50.00% | | |
| Versenex 80 | 8184 | 503.26 | 40.00% | | |
| DI Water | 9947 | 18.02 | 100.00% | | |
| Vazo 64 | 12933 | 164.21 | 100.00% | | |
| Exxsol D-80 | 9711 | --- | 100.00% | | |
| Tergitol 15-S-9 | 9408 | --- | 100.00% | | |

### Formulation Ref.

| | | | |
|---|---|---|---|
| Exxsol D-80 | 2590.083 | | |
| Atlas Point G-946 | 23.0498% | 0.0310% | wt % Total Batch |
| Hypermer B246 SF | 1.663% | | wt % Total Batch |
| Acrylamide | 50.00% | | Mole % Polym. Composition |
| Sodium Hydroxide (caustic) | 50.00% | | Mole % Polym. Composition |
| Acrylic Acid | 50.00% | | Mole % Acrylic Acid |
| Versenex 80 | 60.00% | | Mole % Acrylic Acid |
| | 0.000% | | Mole % Acrylamide |
| Vazo 64 | 10 | | Molar ppm Monomer Charge |
| [Vazo 64] | 3.00% | | wt. % Vazo 64 in Exxsol D-80 |
| Vazo 64 | 10 | | Molar ppm Monomer Charge |
| [Vazo 64] | 3.00% | | wt. % Vazo 64 in Exxsol D-80 |
| Vazo 64 | 100.00 | | Molar ppm Monomer Charge |
| [Vazo 64] | 3.00% | | wt. % Vazo 64 in Exxsol D-80 |
| Sodium Hydroxide (caustic) | 40.00% | | Mole % Acrylic Acid |
| Tergitol 15-S-9 | 1.981% | | wt. % Total Batch |
| Weight % Active | 36.00% | | Polymer as Salt, excl. Initiators |
| Scale | 500.00 | | |

### Composition Estimation (wt. %)

| | |
|---|---|
| Polymer as Salt | 30.0000% |
| Surfactants | 4.7550% |
| Initiators / Chelants | 0.0757% |
| Oil | 29.0456% |
| Water | 36.1227% |
| | 100.0000% |

### Excluding Burnout & Adj. Charges

| | |
|---|---|
| wt. % Exxsol D-80 | 31.03% |
| wt. % Atlas Point G-946 | 1.02% |
| wt. % Hypermer B246 SF | 2.03% |

### Charges

| Charges | moles | g / eq. | Charge | To Scale | Grams | wt. % |
|---|---|---|---|---|---|---|
| **Oil Phase** | | | | | | |
| Exxsol D-80 | | | 76,889 | 131.72 | | 28.3430% |
| Atlas Point G-946 | | 2,582 | 2,582 | 4.66 | | 0.9310% |
| Hypermer B246 SF | | 5,127 | 5,127 | 9.32 | | 1.6630% |
| Exxsol D-80, Line Flush | | | | 8.00 | | 1.6000% |
| *Oil Phase* | | | 84,598 | 153.69 | | 30.7370% |
| **Aqueous Phase** | | | | | | |
| Acrylamide | 0.600000 | 35.540 | 67,057 | 121.83 | | 24.3665% |
| Acrylic Acid | 0.500000 | 36.030 | 36,394 | 66.12 | | 13.2245% |
| DI Water | | | 30,330 | 54.84 | | 10.9282% |
| Versenex 80 | 0.000300 | 0.189 | 0.377 | 0.69 | 311.06 | 0.1372% |
| Sodium Hydroxide (caustic) | 0.300000 | 6.594 | 24.000 | 43.60 | | 8.7209% |
| DI Water, Line Flush | | | | 5.00 | | 1.0000% |
| DI Water, Line Flush | | | | 10.00 | | 2.0000% |
| *Aqueous Phase* | | | 166,150 | 301.69 | | 60.3735% |
| **Initiator Solution** | | | | | | |
| Vazo 64 | 0.000010 | 0.0016 | 0.002 | 0.0030 | 1.35 | 0.0006% |
| Exxsol D-80 | | | 0.053 | 0.0985 | 43.76 | 0.0193% |
| Exxsol D-80, Line Flush | | | 0.6 | 1.0901 | 484.47 | 0.2180% |
| *Initiator Solution* | | | 0.655 | 1.1896 | 539.57 | 0.2379% |
| **Initiator Solution** | | | | | | |
| Vazo 64 | 0.000010 | 0.0016 | 0.002 | 0.0030 | 1.35 | 0.0006% |
| Exxsol D-80 | | | 0.053 | 0.0985 | 43.76 | 0.0193% |
| Exxsol D-80, Line Flush | | | 0.6 | 1.0901 | 484.47 | 0.2180% |
| *Initiator Solution* | | | 0.655 | 1.1896 | 539.57 | 0.2379% |
| **Burnout Solution** | | | | | | |
| Vazo 64 | 0.000100 | 0.0164 | 0.016 | 0.030 | 13.53 | 0.0050% |
| Exxsol D-80 | | | 0.531 | 0.965 | 437.56 | 0.1929% |
| Exxsol D-80, Line Flush | | | 1.2 | 2.190 | 988.93 | 0.4380% |
| *Burnout Solution* | | | 1.747 | 3.17 | 1,440.02 | 0.6346% |
| **Adjustments** | | | | | | |
| Sodium Hydroxide (caustic) | 0.200000 | 4.396 | 16.000 | 29.07 | | 5.8140% |
| Tergitol 15-S-9 | | 5.397 | 5.397 | 9.81 | | 1.9810% |
| *Adjustments* | | | 21.397 | 38.87 | | 7.7750% |
| **Batch Weight** | | 95.854 | 275.200 | 500.00 | | 100.000% |

### Notes
Dark Blue font indicates changes in the formulation and process sheets.
Shaded areas are variables that can be modified.

PS AEM 232 V6.0 Formulation

50-Gallon Batch, 1/15/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0077064

PS AEM 232 V6.0
page 3 of 7
Prepared by: Walchuk / Carey

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**
Product: AEM-232
Revision: Version 5.0

| Step | Process Step | PV | Unit | Time | T (°F) | P (psig) | Comment |
|---|---|---|---|---|---|---|---|
| 1.0 | Equipment Preparation: | | | | | | |
| 1.1 | Reactor and all ancillaries clean and dry | | | | | | |
| 1.2 | Reactor N₂ purge and vent 3X | | | | | | |
| 1.3 | Place Hypermer B246 SF in hot box to melt prior to use. | | | | | | Melting point 99°F (37°C). |
| | For total Batch Size: | 2,500.000 | lbs. | | | | |
| 2.0 | Utility Start Up: | | | | | | |
| 2.1 | Start the scrubber column (C-202) blower and the caustic recirculation pump. | | | | | | |
| 2.2 | Verify the vapor riser and reflux return line from the T-102 decanter are open back to the reactor | | | | | | |
| 2.3 | Open the T-102 jacket loop and overhead condenser to chilled water. | | | | | | |
| 2.4 | Set the T-102 jacket high temperature limit. | 71.0 | °C | | | | |
| 2.5 | Set the T-102 batch temperature set point. | 38.0 | °C | | | | |
| 2.6 | Start the T-102 jacket loop pump. | | | | | | |
| 3.0 | Oil Phase Charge to T-102: | | | | | | |
| 3.1 | Charge T-102 with: | | | | | | |
| | Exxsol D-80 | 1,172? | lbs. | | | | |
| | Polyamide G-946 | 4.66 | lbs. | | | | |
| | Acrylic Acid | 9.32? | lbs. | | | | |
| | Hypermer B246 SF | | lbs. | | | | Req. for surfactant dissolution. |
| 3.2 | Flush the funnel with Exxsol D-80. | ≈98.00 | lbs. | | | | |
| 3.3 | Start the T-102 agitator with the speed set as specified. | 80.0 | RPM | | | | |
| 4.0 | Charge Aqueous Monomer Phase to T-106: | | | | | | |
| 4.1 | Use a drum pump or vacuum to charge T-106 with: | | | | | | |
| | Acrylamide | 102.03 | lbs. | | | | |
| | Acrylic Acid | 66.12 | lbs. | | | | |
| 4.2 | Flush the charging line with DI water. | ≈54.64 | lbs. | | | | |
| 4.3 | Start the T-106 agitator. Mix monomer solution for specified time. | 10.0 | Min. | | | | |
| 4.4 | Charge T-106 through charging funnel with: | | | | | | |
| | Sodium Hydroxide (caustic), wait for temperature to stabilize before adding Versenex | 43.60 | lbs. | | | | The temperature should not exceed 49°C during the caustic addition. |
| | Versenex-80 | 3.61 | grams | | | | |
| 4.5 | Flush the funnel with DI water. | 25.00 | lbs. | | | | |
| 4.6 | Seal the T-106 hand hole and mix for the specified time. | 5.0 | Min. | | | | |
| 4.7 | Check the pH of the aqueous phase on T-106, adjust as directed by project chemist. | 5.0 – 6.0 | pH | | | | |
| 5.0 | Emulsion Preparation in T-102: | | | | | | |
| 5.1 | Set the overhead piping to evacuate T-102 using the steam jet ejectors. | | | | | | |
| 5.2 | Evacuate T-102 to specified vacuum. Isolate from the vacuum system when complete. | -20 | in. Hg | | | | |
| 5.3 | Verify that the pressure regulator on T-106 is set as specified and pressurize T-106 with nitrogen. | 10.0 | PSIG | | | | |
| 5.4 | Open the valves on the over-the-top transfer line from T-106 to T-102. | | | | | | |
| 5.5 | Stop the T-106 agitator. | | | | | | |
| 5.6 | Open the bottom outlet valve on T-106 to transfer the aqueous phase to T-102. | | | | | | |

PS AEM 232 V6.0 Process

50-Gallon Batch, 1/15/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0077065

# TREVOSE PILOT PLANT PROCESS SPECIFICATION

Product: AEM-232
Revision: Version 5.0

PS AEM 232 V6.0
page 4 of 7
Prepared by: Walchuk / Carey

| Step | Process Step | PV | Unit | Time | T (°F) | P (psig) | Comment |
|---|---|---|---|---|---|---|---|
| 5.7 | Flush the specified amount of DI water through T-106 and the transfer line into T-102 | 840.00±0.05 | lbs. | | | | |
| 5.8 | When T-106 is empty close the bottom outlet valve. Vent any residual pressure on T-106 to the caustic scrubber. Break any residual vacuum on T-102 with nitrogen. | | | | | | |
| 5.9 | Vent T-102 to the caustic scrubber and then use nitrogen to purge the aqueous transfer hose and piping going from T-106 to T-102. | | | | | | |
| 5.10 | Allow the emulsion in T-102 to mix for at least the specified time. | 10.0 | Min. | *Rende* | | | |
| 5.11 | Open the bottom outlet valve on T-102 to fill the Ross Mixer loop. | | | | | | |
| 5.12 | Start the nitrogen sparge in T-102 as specified. Sample to check the initial bulk viscosity. | 1.0 | SCFM | | | | FIO. |
| 5.13 | Start the Ross mixer and homogenize the emulsion for the specified time. Sample to check the in-process bulk viscosity. | ~~10~~ /0 | Min. | | | | |
| 5.14 | Upon approval of the bulk viscosity, stop the Ross mixer and close the T-102 bottom outlet valve. Purge the Ross mixer loop and isolate T-102 from the mixer loop. | 140-200 | cps | *4* | | | Spindle #1 at 6 rpm.  190 cps |
| 5.15 | Set the T-102 batch temperature set point as specified. | 57.0 | °C | | | | |
| 5.16 | Continue sparging the emulsion with nitrogen for the specified time from t=0, Step 5.12 | 60.0 | Min. | | | | Record ppm O2. |
| 5.17 | Make up the first Vazo 64 initiator solution:  Exasol D-80  Vazo 64 | 43.76  1.35 | grams  grams | | | | |
| 5.18 | Make up the second Vazo 64 initiator solution:  Exasol D-80  Vazo 64 | 43.76  1.35 | grams  grams | | | | |
| **6.0** | **Polymerization** | | | | | | |
| 6.1 | Verify the T-102 batch temperature is as specified. | 57.0 | °C | | | | |
| 6.2 | verify the T-102 agitator setting. | 80.0 | RPM | | | | |
| 6.3 | Upon approval, shot feed the first Vazo 64 initiator solution to T-102 through the burette. | | | | | | An exotherm should be observed within 15 min of the initiator addition. |
| 6.4 | Flush the burette and line with specified amount of exasol D-80 | 494.47 | grams | | | | |
| 6.5 | If cooling can not maintain a batch temperature of less than 63 °C, sparge the batch with air until exotherm subsides and consult the project chemist. | | | | | | |
| 6.6 | Sample the batch during the polymerization as directed. | | | | | | Check for monomer conversion. |
| 6.7 | Maintain the T-102 temperature as specified for 4 hours. | 56-58 | °C | | | | |
| 6.8 | Obtain a sample for residual monomer testing at the conclusion of the hold. | | | | | | In-process QC for residual monomer. |
| 6.9 | Upon approval, shot feed the second Vazo 64 initiator solution to T-102 through the burette. | | | | | | |
| 6.10 | Flush the burette and line with specified amount of exasol D-80 | 494.47 | grams | | | | |
| 6.11 | Maintain the T-102 temperature as specified for 4 hours or until exotherm diminishes as evident by cooling water temperature approaching batch temperature. | 56-58 | °C | | | | |
| 6.12 | Obtain a sample for residual monomer testing at the conclusion of the hold. | | | | | | In-process QC for residual monomer. |
| **7.0** | **Burnout** | | | | | | |
| 7.1 | Make up Vazo 64 burnout solution:  Exasol D-80  Vazo 64 | 437.56  13.5 | grams  grams | | | | |

PS AEM 232 V6.0 Process

50-Gallon Batch, 1/15/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0077066

TREVOSE PILOT PLANT PROCESS SPECIFICATION
Product: AEM-232
Revision: Version 5.0

PS AEM 232 V6.0
page 5 of 7
Prepared by: Walchuk / Carey

| Step | Process Step | PV | Unit | Time | T (°F) | P (psig) | Comment |
|------|-------------|-----|------|------|--------|----------|---------|
| 7.2 | Adjust the T-102 batch temperature set point. | 65.0 | °C | | | | |
| 7.3 | Verify the T-102 batch temperature is as specified. | 63-67 | °C | | | | |
| 7.4 | Upon approval, shot feed the Vazo 64 burnout solution to T-102 through the burette. | | | | | | Add 1/4 of the charge first to ensure a large exotherm does not result, then complete the addition. |
| 7.5 | Flush the burette and line with specified amount of exxsol D-80 | 585.9/819.9/1053.8 | grams | | | | |
| 7.6 | Allow the emulsion to mix for the time specified | 180.0 | Min. | | | | |
| 7.7 | Obtain a sample for residual monomer testing at the conclusion of the hold. | | | | | | In-process QC for residual monomer. |
| 7.8 | On approval, adjust the T-102 batch temperature set point. | 25.0 | °C | | | | |
| 8.0 | pH Adjustment, Breaker Addition, and Packaging | | | | | | |
| 8.1 | After the batch temperature has cooled to 40 °C, add the following adjuncts. | | | | | | Record batch temperature. |
| | Sodium hydroxide | 20.1/28.1/36.1 | lbs. | | | | |
| | Proxel GXL | 02.9/04.0/05.1 | lbs. | | | | |
| 8.2 | Allow the emulsion to mix for the specified time after additions while continuing to cool. | 30.0 | Min. | | | | Add very slowly to batch. |
| 8.3 | After hold, sample to QC for inversion test. | | | | | | |
| 8.4 | Upon approval, verify the batch temperature and prepare for packaging. | 22-27 | °C | | | | |
| 8.5 | Filter the emulsion through the Kason Screener (64 TBC Grade Screen) into an HDCLPE poly drum. Turn off the T-102 agitator. Sample to QC for final tests. | | | | | | |
| 9.0 | Clean Up | | | | | | |
| 9.1 | Flush all feed tanks and lines with DM water. | | | | | | |
| 9.2 | Charge T-102 with 50 gallons DM water, open all loop valves and start loop flow. | | | | | | |
| 9.3 | Adjust reactor set point to 65 °C and circulate water for 1 hour. | | | | | | |
| 9.4 | Shutdown mixer and loop pump. Drain equipment hot. | | | | | | |
| 9.5 | Blow loop clear or drain with N2 and close all valves | | | | | | |
| 9.6 | Shutdown all utilities. | | | | | | |
| | NOTE: The values for the cells designated with shading are linked to the Formulation sheet. | | | | | | |

PS AEM 232 V6.0 Process

50-Gallon Batch, 1/15/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0077067

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**
Product: AEM-232
Revision: Version 6.0

PS AEM 232 V6.0
page 6 of 7
Prepared by: Walchuk / Carey

**Changes From Version 5.0 to Version 6.0.**
Formulation Sheet:
    change Vazo solvent from toluene to Exxsol D-80
    added Exxsol D-80 flush to initiator and burnout feeds
    changed formulas for oil percentages in formulation based on extra oil from the toluene replacement
    batch size adjusted for 50 gallons for T-102 instead of 300 gallons for T-103
Process Sheet:
    changes T-103 and T-105 to T-102 and T-106 respectively
3.3     agitator speed increased from 40 to 80  RPM
5.14    changed viscosity specification range from 150-200 to 140-200
6.2     changed agitator increase to verification of agitator set point (80 RPM)
6.4     added Exxsol D-80 flush, renumbered the steps after 6.4
6.10    added Exxsol D-80 flush
7.5     added Exxsol D-80 flush, renumbered steps after 7.5

**Changes From Version 4.0 to Version 5.0.**
Formulation Sheet:
    no changes
Process Sheet:
3.3     agitator speed lowered from 80 to 40 RPM
4.4     changed temperature note from 44 °C to 49 °C for base addition temperature rise.
5.15    decreased set point to 57°C (135 °F) from 140 °F.
6.1     decreased set point to 57 °C (135 °F) from 140 °F.
6.2     decreased agitator speed from 125 to 80 RPM
6.6     decreased hold temperature to 56-58 °C from 59-61 °C).
        decreased hold temperature to 56-58 °C from 59-61 °C), length of hold
6.9     4h or until exotherm subsides..

**Changes From Version 3.0 to Version 4.0.**
Formulation Sheet:
    Batch weight to 3000 pounds from 500 pounds
Process Sheet:
4.4     added waiting period for temperature to stabilize before adding Versenex 80
4.6     decreased mixing time from 10 min to 5 min to reduce chance of auotopolymerization
5.13    Increased homogenization time from 10 min to 30 min due to batch size
5.14    Changed viscosity spec to 150-200 (from 180-350) at spindle #1 / 6 rpm.
5.15    Increased set point to 60°C (140°F) from 135°F.
6.1     Increased set point to 60 °C (140°F) from 135°F.
6.6     Increased hold temperature to 59-61 °C from 131-138°F (55-59 °C).
        Increased hold temperature to 59-61 °C from 131-138°F (55-59 °C), length of hold
6.9     4h or until exotherm subsides...
7.5     burnout hold time increased to 180 min from 120 min.

**Changes From Version 2.1 to Version 3.0.**
Formulation Sheet:
    Eliminated Coagulant 132 component.
    Substituted 50% Sodium Hydroxide for Ammonium Hydroxide as the base.
    Modified the Vazo 64 shot protocol to add an additional 10 ppm shot.
Process Sheet:

PS AEM 232 V6.0 Notes

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0077068

**TREVOSE PILOT PLANT PROCESS SPECIFICATION**
Product: AEM-232
Revision: Version 6.0

PS AEM 232 V6.0
page 7 of 7
Prepared by: Walchuk / Carey

Converted all temperature references to °C units.
5.14   Changed viscosity spec to 180-350 (from 200-400) at spindle #1 / 6 rpm.
5.15   Increased set point to 57°C (135°F) from 130°F.
5.18   (New) Added a 2nd 10 ppm Vazo 64 solution.
6.1    Increased set point to 57°C (135°F) from 130°F.
6.2    (New) Increase T-102 agitator to 125 rpm from 80 rpm.
6.4    Lowered required temperature for air sparge to 63°C from 150°F (65°C).
6.6    Increased hold temperature to 55-59°C from 127-135°F (53-57C).
6.8
6.9    (New) Added a 2nd 10 ppm Vazo 64 solution addition.
6.10
7.4    Added note to add part of the burnout solution and check for an exotherm.

**Changes From Version 1 (RFPT Filing) to Version 2.1.**
Formulation Sheet:
Corrected generic code for ammonium hydroxide.
Added note that FW listed for Coag 132 is the FW for 2-ethylhexyl acrylate
Set Fw for ammonium hydroxide to be that of ammonia (17.03).
Added note that purity of ammonium hydroxide is reported as wt. % ammonia.
Corrected mole % ammonia hydroxide charges as a function of the acrylic acid.
Reduced initial Vazo 64 charge to 10 ppm of the total monomer (from 250).
Corrected error in ammonium hydroxide g/sld charge calculation.
Process Sheet:
2.4    Increased jacket high T limit from 150F (65C) to 160F (71C).
3.0    Eliminated the use of vacuum to charge the reagents.
4.0    Eliminated the use of vacuum to charge the reagents.
4.3    Reverse order of addition for the ammonia hydroxide and Versenex 80 solutions.
4.7    Expanded the pH range to 5.0 - 6.0 (from 5.3 - 5.7).
5.13   Increased homogenization time to 10 minutes (from 2 minutes).
5.14   Changed viscosity spec to 200-400 (from 350-500) at spindle #1 / 6 rpm (from #3 / 12 rpm).
5.15   Increased set point to 130F (55C) from 122F (50C).
5.17   Significant reduction in initiator charge (10 ppm molar from 250 ppm molar).
6.1    Increased polymerization temperature to 130F (55C) from 122F (50C).
6.2    Initiator solution is shot feed versus over time.
6.5    Hold increased to 4 hours at 127-135F (53-57C) (versus 2 hours at 138-144F (59-62C)).
7.0    Hold temperature increased to 146-154F (63-67C) (from 138-144F (59-62C)).
8.0    Rewrote instructions to adjust while cooling to 77F after a batch temperature of 104F is achieved.

PS AEM 232 V6.0 Notes

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A
NO. 04-293 (KAJ)

HERC0077069

# EXHIBIT 48

HIGHLY SENSITIVE CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - D. Deleware C.A. No. 04-293 (KAJ)

```
Author:  Joseph J. Kozakiewicz at CHEMST06
Date:    1/15/02  4:44 PM
Normal
TO: Roderick G. Ryles at CHEMST04
Subject: Hercules call
-------------------------------- Message Contents
```

```
_____ Forward Header _____
Subject: Hercules call
Author:  John Mangano at chemgm01
Date:    12/14/01 1:13 PM
```

Je can you look this over and make any comments that you want, Thanks
for making the trip with me, I thought it went well.  Again, please
add ANYTHING you want, four ears are better than 2.  When you send it
back to me I will distribute

Joe Kozakiewicz and myself had two separate meetings at Hercules on
12/13/01 in Wilmington.

The first meeting was with Greg Roberts, (Director Procurement)

The second meeting was with Richard Royce (Global BU Director for
Retention and Size), Bill Freeman (Application leader), Bill Carey
(R&D), & Tom Gerrald(Business Manager).

Objectives of meeting #1 were:

1) Review the CAM initiative
2) Introduce Joe and review other linkages
3) Review Hercules' changes in purchasing
4) Conduct sales review by the four regions
5) Determine other opportunities

Greg seems very interested in Cytec's CAM approach and, IF conducted
properly, should bring a lot of value to the relationship.  He
instructed us to continue to build on the high level relationships and
the players who weren't in Cytec's camp are no longer there. Corbo and
DiDonna (sp?) he mentioned specifically. I will talk to FW in more
detail on this.

He also gave us the name of the new technology leader, Dr. Richard
Sujdak, Director of Central Research.  He said that this linkage would
be the best way to get our technology message throughout the
organization not get stream line to one business unit. Joe K to make
this contact

We do not have to work through purchasing as long as we keep them in
touch with what we are doing in the various business units. But Greg
is not the gate keeper into the organization, but I feel he can
definitely help us. JJM will having quarterly reviews with Greg
staring in Feb.

Greg commented on the commodity nature of the business not only with
regards to his supply but Hercules' end market conditions as well.
He, and Hercules still view Cytec as the technology player, (this was
later confirmed by Royce), and they see Chemtall as the commodity
player. If we can deliver technology we will be in good shape, if not
then it falls back on commodity and we will lose. These were Greg's
words not mine.

**HHX-048**

CYT0001111

Greg mentioned to us that someone, (It's SNF of course) has given them an unsolicited proposal on taking them out of manufacturing cationic emulsions. They currently make between 12 and 15 million pounds of cationic emulsions in Beaumont, linear and structure. (NO ANIONICS ARE BEING MADE) Hercules has not committed to them yet, Greg wants to know if we would be interested in proposing the like. The offer was substantially lower on a per pound basis than what they are currently paying now. FW, JH are we interested in looking at 12+ million pounds of cat emulsions?

Greg mentioned that things seem to be OK on the AMD side and Cytox as well.

Overall, I rate the meeting as productive and I do believe they would like to work with us closer....the ball is in our court.


Objectives of meeting #2 were:

1) Review CAM program and structure
2) Discuss Hercules/CYtec tolling anionic ePAM
3) F/U on samples that were sent
4) City Forest equipment
5) Cationic Dry Pam (Line 7)
6) BgVV for IP
7) Water Treatment opportunities
8) Strength intermediate


Richard was very interested in hearing about our CAM structure. In fact that's the way his organization is now set up. He has an IP CAM, a Weyerhaeuser CAM and GP CAM etc. (LDW, he'll be happy to discuss his structure with you and look at the pro's & con's)

Richard, and Greg for that matter, wanted to know how global Hercules issues would be handled and who is there contact point. Joe and I reviewed our entire approach. writers note: I ran into Richard at the airport later that day and he seemed very pleased with our new approach, he saw a lot of positives in that direction.

I will not go into a lot of detail on agenda item number 2 in this writing. Joe K was given a formulation and process chart on this new anionic ePAm for Hercules. Hercules wants to know:

a) can we make it (based on other contracts)
b) can we make it process wise
c) what will Hercules cost/price be

They need an answer back by Christmas. (the cost does not have to be exact but a go no go will be made on our cost). They have not gone to SNF, nor do they want to. They will not make this in Beaumont, but if our cost is too high they will talk to Pich. They have given us volume projections, which will go into the NPI process. Volumes are similar to our Polyflex volumes. Joe K will be reviewing the information handed to him for more follow up.

They are testing samples that we have sent and we have arranged a linkage with Lou Rosati for all samples and testing, in fact we will probably get LOu down to Jacksonville after the first of the year.

Hercules no has the City Forest business through our equipment. I have asked for volume in return. Bill will be looking into 300,000 lbs or more of 581 that will come our way. He'll get back to me next week. IF not we'll take the equipment out.

Bill Freeman knew about the testing of the new dry's in Europe and h will defer nay NA dry issues to Jim Davies when he gets in hi new job 1/1/02 in the states.

I quoted him a 6 cent upcharge for any BgVV Polyflex in the states. (cost estimates that I have seen are in the 3.3 to 3.6 cent range)

CYT0001112

HIGHLY SENSITIVE CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - D. Deleware C.A. No. 04-293 (KAJ)

Richard wanted to know where we have capabilities to make the base polymer for the strength products. JH, do we make them in LV, KZ, AQ?

Tom Gerrald joined the meeting late and we reviewed in principle some of his opportunities and agreed they will be discussed with me on a case by case basis for conflict resolution.  He was very pleased with the way Cytec and John Mc handled the Ponoma situation. I tried to play that as a card for the difference between us and SNF, and it was well received.

Other note:

Richard says that it is there intention to enter into an agreement with Ciba on supply of Polyflex in 2003.  We have to make sure that we maintain our standard RDA EPAMs at that point

CYT0001113

```
Author:  Joseph J. Kozakiewicz at CHEMST06
Date:    1/15/02  4:45 PM
Normal
TO: Roderick G. Ryles at CHEMST04
Subject: Hercules Anionic Cost
--------------------------------- Message Contents
```

```
_____ Forward Header _____
Subject: Hercules Anionic Cost
Author:  Gerald Sullivan at CHEMMA01
Date:    1/9/02 11:08 AM
```

I updated my original spreadsheet costs to include the cost using Hypmer B246SF
and ammonia.  The hypermer is extremely expensive ($5.0000/lb).  The overall
variable cost goes up by about 4 cents.  The cost still assumes N-95 cost (for
breaker cost) and Vaso 50 cost.  It does not assume toluene is used for
dissolving the V-64.  Just thought you would want this to be a living document
so we can keep track of the costs as we go thru this effort.

Jerry

CYT0001114

HIGHLY SENSITIVE CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - D. Deleware C.A. No. 04-293 (KAJ)

| Raw Mat'l BPCS # | Raw Mat'l Cost as of 11/13/01 | General Emulsion Product | 30% Hercules | | | |
|---|---|---|---|---|---|---|
| | | BPCS # | xxxxxS | | | |
| | | HLB | 8.9 | | | |
| | | A/O | 2 | | | |
| | | A/O @ homog | 1.99 | | | |
| | | E/A | 0.046 | | | |
| | | t-BHP 70X (ppm) | 0 | | | |
| | | Bromate (ppm) | | | | |
| | | MBA (ppm) | | | | |
| | | IPA (%) | 0 | | | |
| | | Ammonium Sulfate(%on Aq) | | | | |
| | | pre-Citric (%) | 0 | | | |
| | | Post Citric (%) | | | | |
| | | Post Malic (%) | | | | |
| | | Thiosulfate (%) | | | | |
| | | Breaker(%) | | | | |
| | | EDTA ppm | | | | |
| | | DTPA ppm | | | | |
| | | Polymer | | | | |
| | | % Polymer | | | | |
| | | Mole% AA | | | | |
| | | Batch Size | 10000 | | 45,000.00 | |
| R1201SB | $0.16000 | Escaid 110 | 2767.630 | $442.82 | 12,454.34 | $1,992.69 |
| R1301SB | $0.68000 | A-80 | 185.300 | $126.68 | 838.35 | $570.08 |
| R3001SP | 35.00000 | Hypermer B246SF | 93.100 | $465.50 | 418.95 | $2,094.75 |
| | | Total | 3047.030 | $465.50 | 13,711.64 | $0.00 |
| R1201SB | $0.16000 | Flush | 26.670 | $4.27 | 120.02 | $19.20 |
| | | Tot Oil Phase | 3073.700 | $0.00 | 13,831.65 | $0.00 |
| | | | | $0.00 | 0.00 | $0.00 |
| | | AMD real | 1291.42 | $0.00 | 5,811.39 | $0.00 |
| C926501V00 | $0.18275 | AMD-50 | 2582.84 | $472.01 | 11,622.78 | $2,124.06 |
| R9601SB | $0.43500 | Acrylic Acid | 1322.45 | $575.27 | 5,951.03 | $2,588.70 |
| | | | | $0.00 | 0.00 | $0.00 |
| R7901SD | $0.87500 | DTPA (Versenex 80) | 13.720 | $9.26 | 51.74 | $41.67 |
| R2026SB | $0.30190 | IPA | 0.000 | $0.00 | 0.00 | $0.00 |
| | | pH to 5-8 | | $0.00 | 0.00 | $0.00 |
| R1601SB | $0.05880 | Aqua Ammonia | 872.09 | $51.28 | 3,924.41 | $230.76 |
| R5870SB | $9.79750 | Bromate real | 0.000 | $0.00 | 0.00 | $0.00 |
| | | Bromate (2%) | 0.000 | $0.00 | 0.00 | $0.00 |
| R199005C | $2.15000 | t-BHP-70X | 0.000 | $0.00 | 0.00 | $0.00 |
| R2000SB | $0.00000 | Water | 1333.93 | $0.00 | 6,002.24 | $0.00 |
| | | Tot Aq | 6124.93 | $0.00 | 27,562.19 | $0.00 |
| | | Tot Aq @ Homog | 6124.93 | $0.00 | 27,562.19 | $0.00 |
| | | Total Emul (inc post Add) | 10000.00 | $0.00 | 45,000.00 | $0.00 |
| | | Total Emul @ Homog | 9199.63 | $0.00 | 41,393.84 | $0.00 |
| R9001SC | $18.16000 | Vazo V-64 (Lyed V-50 pricing) | 0.720 | $13.08 | 3.24 | $58.84 |
| R1201SB | $0.16000 | Escaid 110 | 23.150 | $3.70 | 104.18 | $16.67 |
| R1601SB | $0.05880 | Aqua Ammonia | 581.40 | $34.19 | 2,616.30 | $153.84 |
| R5720SB | $0.48500 | Ethox Nonylphenol N95 | 196.10 | $95.11 | 882.45 | $427.99 |
| R4701SF | $0.23000 | MBS | | $0.00 | 0.00 | $0.00 |
| R2210SB | $0.09500 | Caustic Soda (wash) | 1094.00 | $103.93 | 1,094.00 | $103.93 |
| R2016SB | $0.05000 | Sulfuric Acid Bulk (wash) | 700.00 | $35.00 | 700.00 | $35.00 |

| TOTAL (Batch Size, Batch Raw Mat'l Cost) | 45000 | | | $10,458.18 |
|---|---|---|---|---|
| Batch Raw Mat'l Unit Cost | $0.23240 | | $0.23240 | $0.23240 |
| Batch Utilities Unit Cost | $0.00900 | | $0.01300 | $0.01000 |
| TOTAL Variable Cost | $0.24200 | | $0.24540 | $0.24240 |
| Fixed Cost (Period) | $0.09684 | | $0.13300 | $0.10000 |
| Total Cost | $0.33884 | | $0.37830 | $0.34300 |

Assume 16 hr Cycle at 45,000 Lbs/ Batch with a 2002 Budget of 685K Lbs gives an occupancy of 243.5 hrs

Same as SF1236 which has a budget of 685K Lbs for 2002, 45,00 lbs/batch, 10 hr cycle for an occupancy of 197 hrs

Same as SF1236 which has a budget of 685K Lbs for 2002, 45,00 lbs/batch, 10 hr cycle for an occupancy of 197 hrs

CYT0001115

HIGHLY SENSITIVE CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - D. Deleware C.A. No. 04-293 (KAJ)

| Raw Mat'l BPCS # | Raw Mat'l Cost as of 11/13/01 | General Emulsion Product | 30% Hercules | | | |
|---|---|---|---|---|---|---|
| | | BPCS # | xxxxxS | | | |
| | | HLB | 9.4 | | | |
| | | A:O | 2 | | | |
| | | A:O @ homog | 1.99 | | | |
| | | E/A | 0.046 | | | |
| | | t-BHP 70X (ppm) | 0 | | | |
| | | Bromate (ppm) | | | | |
| | | MBA (ppm) | | | | |
| | | IPA (%) | 0 | | | |
| | | Ammonium Sulfate(%on Aq) | | | | |
| | | pre-Citric (%) | 0 | | | |
| | | Post Citric (%) | | | | |
| | | Post Malic (%) | | | | |
| | | Thiosulfate (%) | | | | |
| | | Breaker (%) | | | | |
| | | EDTA ppm | | | | |
| | | DTPA (ppm) | | | | |
| | | Polymer | | | | |
| | | % Polymer | | | | |
| | | Mole% AA | | | | |
| | | Batch Size | 10000 | | 45000 | |
| R1201SB | $0.16000 | Escaid 110 | 2767.630 | $442.82 | 12,454.34 | $1,992.69 |
| R1301SB | $0.68000 | A-80 | 93.100 | $63.31 | 418.95 | $284.89 |
| R0601SB | $0.76000 | Surf L-24-7 | 186.300 | $141.59 | 838.35 | $637.15 |
| | | Total | 3047.030 | $0.00 | 13,711.64 | $0.00 |
| R1201SB | $0.16000 | Flush | 26.670 | $4.27 | 120.02 | $19.20 |
| | | Tot Oil Phase | 3073.700 | $0.00 | 13,831.65 | $0.00 |
| | | | | $0.00 | 0.00 | $0.00 |
| | | AMD real | 1291.42 | $0.00 | 5,811.39 | $0.00 |
| 0926S01V00 | $0.18275 | AMD-50 | 2582.84 | $472.01 | 11,622.78 | $2,124.06 |
| R9801SB | $0.43500 | Acrylic Acid | 1322.45 | $575.27 | 5,951.03 | $2,588.70 |
| | | | | $0.00 | 0.00 | $0.00 |
| R7901SD | $0.67500 | DTPA (Versenex 80) | 13.720 | $9.26 | 61.74 | $41.67 |
| R2026SB | $0.30190 | IPA | 0.000 | $0.00 | 0.00 | $0.00 |
| | | pH to 5-6 | | $0.00 | 0.00 | $0.00 |
| R2210SB | $0.09500 | Caustic Soda | 872.09 | $82.85 | 3,924.41 | $372.82 |
| R5870SB | $9.79750 | Bromate real | 0.000 | $0.00 | 0.00 | $0.00 |
| | | Bromate (2%) | 0.000 | $0.00 | 0.00 | $0.00 |
| R19900SC | $2.15000 | t-BHP-70X | 0.000 | $0.00 | 0.00 | $0.00 |
| R2000SB | $0.00000 | Water | 1333.83 | $0.00 | 6,002.24 | $0.00 |
| | | Tot Aq | 6124.93 | $0.00 | 27,562.19 | $0.00 |
| | | Tot Aq @ Homog | 6124.93 | $0.00 | 27,562.19 | $0.00 |
| | | Total Emul (inc post Add) | 10000.00 | $0.00 | 45,000.00 | $0.00 |
| | | Total Emul @ Homog | 9198.63 | $0.00 | 41,393.84 | $0.00 |
| R6001SC | $18.16000 | Vazo (V-50) | 0.720 | $13.08 | 3.24 | $58.84 |
| R1201SB | $0.16000 | Escaid 110 | 23.150 | $3.70 | 104.18 | $16.67 |
| R2210SB | $0.09500 | Caustic Soda | 581.40 | $55.23 | 2,616.30 | $248.55 |
| R5720SB | $0.48500 | Ethox Nonylphenol N95 | 196.10 | $95.11 | 882.45 | $427.99 |
| R4701SF | $0.23000 | MBS | 0.00 | $0.00 | 0.00 | $0.00 |
| R2210SB | $0.09500 | Caustic Soda (wash) | 1094.00 | $103.93 | 1,094.00 | $103.93 |
| R2016SB | $0.05000 | Sulfuric Acid Bulk (wash) | 700.00 | $35.00 | 700.00 | $35.00 |

CYT0001116

| | | | |
|---|---|---|---|
| **TOTAL (Batch Size, Batch Raw Mat'l Cost)** | 45000 | | $8,952.15 |
| Batch Raw Mat'l Unit Cost | $0.19894 | $0.19894 | $0.19894 |
| Batch Utilities Unit Cost | $0.00960 | $0.01300 | $0.01000 |
| **TOTAL Variable Cost** | $0.20854 | $0.21194 | $0.20894 |
| **Fixed Cost (Period)** | $0.09684 | $0.13090 | $0.10060 |
| **Total Cost** | $0.30538 | $0.34284 | $0.30954 |

CYT0001117

```
Author:  Joseph J. Kozakiewicz at CHEMST06
Date:    1/15/02  4:44 PM
Normal
TO: Roderick G. Ryles at CHEMST04
Subject: Re[2]: Hercules call
-------------------------------- Message Contents
```

```
_____ Forward Header _____
Subject: Re[2]: Hercules call
Author:  John Mangano at chemgm01
Date:    12/17/01 1:44 PM
```

Joe:

Can I assume you will be working with Harrison on getting a ball park
cost worked up?  I really would like to get them their answer by
12/24.  I think we have be in the low 40's or so TO THEM.

Thanks for all your help

```
_____ Reply Separator _____
Subject: Re: Hercules call
Author:  Joseph J. Kozakiewicz at CHEMST06
Date:    12/17/01 9:09 AM
```

John,

Looks good.  I made a few minor changes (in this color).

Joe


Je can you look this cver and make any comments that you want, Thanks
for making the trip with me, I thought it went well.  Again, please
add ANYTHING you want, four ears are better than 2.  When you send it
back to me I will distribute

Joe Kozakiewicz and myself had two separate meetings at Hercules on
12/13/01 in Wilmington.

The first meeting was with Greg Roberts, (Director Procurement)

The second meeting was with Richard Royce (Global BU Director for
Retention and Size), Bill Freeman (Application leader), Bill Carey
(R&D), & Tom Gerrald(Business Manager).

Objectives of meeting #1 were:

1) Review the CAM initiative
2) Introduce Joe and review other linkages
3) Review Hercules' changes in purchasing
4) Conduct sales review by the four regions
5) Determine other opportunities

Greg seems very interested in Cytec's CAM approach and, IF conducted
properly, should bring a lot of value to the relationship.  He
instructed us to continue to build on the high level relationships and
the players who weren't in Cytec's camp are no longer there. Corbo and
DiDonna (sp?) he mentioned specifically. I will talk to FW in more

CYT0001118

HIGHLY SENSITIVE CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - D. Deleware C.A. No. 04-293 (KAJ)

detail on this.

He also gave us the name of the new technology leader, Dr. Richard Sujdak, Director of Central Research. He said that this linkage would be the best way to get our technology message broadly across the entire organization. Joe K to make this contact

We do not have to work through purchasing as long as we keep them in touch with what we are doing in the various business units. But Greg is not the gate keeper into the organization, but I feel he can definitely help us. JJM will having quarterly reviews with Greg staring in Feb.

Greg commented on the commodity nature of the business not only with regards to his supply but Hercules' end market conditions as well. He, and Hercules still view Cytec as the technology player, (this was later confirmed by Royce), and they see Chemtall as the commodity player. If we can deliver technology we will be in good shape, if not then it falls back on commodity and we will lose. These were Greg's words not mine.

Greg mentioned to us that someone, (It's SNF of course) has given them an unsolicited proposal on taking them out of manufacturing cationic emulsions. They currently make between 12 and 15 million pounds of cationic emulsions in Beaumont, linear and structure. (NO ANIONICS ARE BEING MADE) Hercules has not committed to them yet, Greg wants to know if we would be interested in proposing the like. The offer was substantially lower on a per pound basis than what they are currently paying now. FW, JH are we interested in looking at 12+ million pounds of cat emulsions?

Greg mentioned that things seem to be OK on the AMD side and Cytox as well.

Overall, I rate the meeting as productive and I do believe they would like to work with us closer....the ball is in our court.

Objectives of meeting #2 were:

1) Review CAM program and structure
2) Discuss Hercules/CYtec tolling anionic ePAM
3) F/U on samples that were sent
4) City Forest equipment
5) Cationic Dry Pam (Line 7)
6) BgVV for IP
7) Water Treatment opportunities
8) Strength intermediate

Richard was very interested in hearing about our CAM structure. In fact that's the way his organization is now set up. He has an IP CAM, a Weyerhaeuser CAM and GP CAM etc. (LDW, he'll be happy to discuss his structure with you and look at the pro's & con's)

Richard, and Greg for that matter, wanted to know how global Hercules issues would be handled and who is there contact point. Joe and I reviewed our entire approach. writers note: I ran into Richard at the airport later that day and he seemed very pleased with our new approach, he saw a lot of positives in that direction.

I will not go into a lot of detail on agenda item number 2 in this writing. Joe K was given a formulation and process chart on this new anionic ePAm for Hercules. Hercules wants to know:

a) can we make it (based on other contracts)
b) can we make it process wise
c) what will Hercules cost/price be

They need an answer back by Christmas. (the cost does not have to be exact but a go no go will be made on our cost). They have not gone to

HIGHLY SENSITIVE CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - D. Deleware C.A. No. 04-293 (KAJ)

SNF, nor do they want to. They will not make this in Beaumont, but if
our cost is too high they will talk to Pich. They have given us volume
projections, which will go into the NPI process. Volumes are similar
to our Polyflex volumes.  Joe K will be reviewing the information
handed to him for more follow up.

They are testing samples that we have sent and we have arranged a
linkage with Lou Rosati for all samples and testing, in fact we will
probably get LOu down to Jacksonville after the first of the year.

Hercules no has the City Forest business through our equipment. I have
asked for volume in return. Bill will be looking into 300,000 lbs or
more of 581 that will come our way.  He'll get back to me next week.
IF not we'll take the equipment out.

Bill Freeman knew about the testing of the new dry's in Europe and h
will defer nay NA dry issues to Jim Davies when he gets in hi new job
1/1/02 in the states.

I quoted him a 6 cent upcharge for any BgVV Polyflex in the states.
(cost estimates that I have seen are in the 3.3 to 3.6 cent range)

Richard wanted to know where we have capabilities to make the base
polymer for the strength products. JH, do we make them in LV, KZ, AQ?

Tom Gerrald joined the meeting late and we reviewed in principle some
of his opportunities and agreed they will be discussed with me on a
case by case basis for conflict resolution.  He was very pleased with
the way Cytec and Jo n Mc handled the Ponoma situation. I tried to
play that as a card for the difference between us and SNF, and it was
well received.

Other note:

Richard says that it is there intention to enter into an agreement
with Ciba on supply of Polyflex in 2003. We have to make sure that we
maintain our standard RDA EPAMs at that point

CYT0001120

```
Author:   Joseph J. Kozakiewicz at CHEMST06
Date:     1/15/02  4:43 PM
Normal
TO: Roderick G. Ryles at CHEMST04
Subject: Re[2]: Hercules Anionic Cost
-------------------------------- Message Contents
```

```
_____ Forward Header _____
Subject: Re[2]: Hercules Anionic Cost
Author:  John Mangano at chemgm01
Date:    12/18/01 12:10 PM
```

Thanks for everyone's quick response. Overall I think this will work.
I know Hercules is looking for a price from us in the mid to low 40's.
I'll probably offer ~ 45 cents +/- further work.

One question and one comment:

1) Why is the VC like 1885 and not 1883? (remember I'm a dumb
salesman, but you can see every penny will help and not have them go
to SNF)

2) If and when we do this tolling it can not be portrayed as a
co-development product.

Thanks

```
_____ Reply Separator _____
Subject: Re: Hercules Anionic Cost
Author:  Joseph J. Kozakiewicz at CHEMST06
Date:    12/18/01 8:14 AM
```

Can I assume that everyone is in agreement with the costs generated
and that they adequately reflect both process options?   That we can
and will make this product for Hercules after proper scale-up with
their support?

What, if anything, do we need to do before giving John M. the go ahead
to begin discussing price with Hercules?

Joe

```
_____ Reply Separator _____
Subject: Hercules Anionic Cost
Author:  Louis Rosati at CHEMST05
Date:    12/14/01 3:49 PM
```

All,

Gerry estimated costs for the Hercules formulation.

Variable cost:       ~ 0.22 $/lb
Period cost range: ~ 0.096 - 0.134
Full cost:         ~ 0.316 - 0.354

Will have to get further details to hone in on a cost, but assuming
that the answers don't markedly change the picture this should allow
us to provide initial feedback to Hercules.

Please look this over and comment if needed.

HIGHLY SENSITIVE CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - D. Deleware C.A. No. 04-293 (KAJ)

Lou


Assumptions to be verified:

Surfactant 1 and surfactant 2 are SMO/Alfonic (or if different are
equivalent in cost)
Breaker surfactant (Tergitol 15-S-9) can be replaced with N-95 or
Alfonic.

Can use a vazo if necessary, must verify vazo compound and 'solvent'
in the formulation, but may want to explore the possibility of redox
polymerization.

_____ Forward Header _____
Subject: Hercules Anionic Cost
Author:  Gerald Sullivan at CHEMMA01
Date:    12/14/01 3:00 PM


Attached is a quick cost estimate.  I used period cost and utility estimates
from SF 1236, CP3, and 1885 to show the range in cost.  Based on the volumes
mentioned and the predicted occupancy, I think it will follow SF 1236 numbers
closer than 1885 or CP3.

Jerry

CYT0001122

```
Author:  Joseph J. Kozakiewicz at CHEMST06
Date:    1/15/02  4:43 PM
Normal
TO: Roderick G. Ryles at CHEMST04
Subject: Re[4]: Hercules Anionic Cost
--------------------------------- Message Contents
```

_____ Forward Header _____
```
Subject: Re[4]: Hercules Anionic Cost
Author:  John Mangano at chemgm01
Date:    12/18/01 8:48 PM
```

Lou,

Hercules told us that one of the surfactants we do have the other we
don't. We did tell them that would add to the cost.

What I probably will tell them is we will be in the mid 40's to the
low 50's depening on surfactant cost and reactor time. I'll try and
get a read after that

_____ Reply Separator _____
```
Subject: Re[3]: Hercules Anionic Cost
Author:  Louis Rosati at CHEMST05
Date:    12/18/01 7:31 PM
```

John,

Both 1883 and 1885 are 30% AA, 70 % AMD.

The product that Hercules has asked us to quote on is a 50% AA.  Since
AA is more expensive than AMD the higher charge polymer will cost
more.

Also, there is a major assumption in our calculations of VC that I
want to be sure you completely understand before quoting a price.

When Hercules gave us the formulation they did not specify what
surfactants they use.  They gve us a formulation with weights of
"surfactant 1" and "surfactant 2".  We calculated the VC assuming that
we can use our current surfactants at the specified levels.

If this is not the case (i.e. we must use only their surfactants and
they are more expensive, or we need to use more of our surfactants...)
this will impact the VC.

We probably need to quote a preliminary price based on this incomplete
information, let them know that we have some uncertainty related to
the surfactant composisition and cost, and try to get more info
assuming that we are moving forward.

Lou

_____ Reply Separator _____
```
Subject: Re[2]: Hercules Anionic Cost
Author:  John Mangano at chemgm01
Date:    12/18/01 12:10 PM
```

Thanks for everyone's quick response. Overall I think this will work.
I know Hercules is looking for a price from us in the mid to low 40's.

CYT0001123

HIGHLY SENSITIVE CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - D. Deleware C.A. No. 04-293 (KAJ)

- I'll probably offer ~ 45 cents +/- further work.

One question and one comment:

1) Why is the VC like 1885 and not 1883? (remember I'm a dumb salesman, but you can see every penny will help and not have them go to SNF)

2) If and when we do this tolling it can not be portrayed as a co-development product.

Thanks

_____ Reply Separator _____
Subject: Re: Hercules Anionic Cost
Author:  Joseph J. Kozakiewicz at CHEMST06
Date:    12/18/01 8:14 AM

Can I assume that everyone is in agreement with the costs generated and that they adequately reflect both process options?   That we can and will make this product for Hercules after proper scale-up with their support?

What, if anything, do we need to do before giving John M. the go ahead to begin discussing price with Hercules?

Joe

_____ Reply Separator _____
Subject: Hercules Anionic Cost
Author:  Louis Rosati at CHEMST05
Date:    12/14/01 3:49 PM

All,

Gerry estimated costs for the Hercules formulation.

Variable cost:      ~ 0.22 $/lb
Period cost range: ~ 0.096 - 0.134
Full cost:          ~ 0.316 - 0.354

Will have to get further details to hone in on a cost, but assuming that the answers don't markedly change the picture this should allow us to provide initial feedback to Hercules.

Please look this over and comment if needed.

Lou

Assumptions to be verified:

Surfactant 1 and surfactant 2 are SMO/Alfonic (or if different are equivalent in cost)
Breaker surfactant (Tergitol 15-S-9) can be replaced with N-95 or Alfonic.

Can use a vazo if necessary, must verify vazo compound and 'solvent' in the formulation, but may want to explore the possibility of redox polymerization.

_____ Forward Header _____
Subject: Hercules Anionic Cost
Author:  Gerald Sullivan at CHEMMA01
Date:    12/14/01 3:00 PM

CYT0001124

Attached is a quick cost estimate.  I used period cost and utility estimates from SF 1236, CP3, and 1885 to show the range in cost.  Based on the volumes mentioned and the predicted occupancy, I think it will follow SF 1236 numbers closer than 1885 or CP3.

Jerry

CYT0001125

HIGHLY SENSITIVE CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - D. Deleware C.A. No. 04-293 (KAJ)

```
Author:  Joseph J. Kozakiewicz at CHEMST06
Date:    1/15/02  4:43 PM
Normal
TO: Roderick G. Ryles at CHEMST04
Subject: Costing for anionic EPam tolling
------------------------------- Message Contents
```

```
                              Forward Header  _____
Subject: Costing for anionic EPam tolling
Author:  John Mangano at chemgm01
Date:    1/7/02 3:50 PM
```

    Bill:

    Per your request I'd like to confirm our conversation re: Hercules
    PM9232 that we had before the Holidays.

    Based on the information you provided to Joe K. during our meeting, it
    appears that Cytec can & will toll this product for Hercules.  As we
    discussed in our initial meeting, it is somewhat dangerous to give you
    a firm cost on the product until we have a chance to review the raw
    materials and scale up the product in our pilot plant as well.

    Having said that we feel we can be in the same range with our current
    anionic emulsions now. However I need to give you a range from the low
    40's to low 50 cents a pound until our two technical groups can get
    together and have at least one scale up.  If everything goes as we
    expect we can be in the lower end of the range.

    Thank you,

    John Mangano

CYT0001126