# EXHIBIT 56



**HERCULES**

# ADVANCED STRUCTURED POLYMER (ASP)

# AEM 232 PROGRAM UPDATE

# FIELD TEST METHODS & EVALUATIONS MILL TRIALS

John Harrington
Hercules Pulp and Paper Division
Jacksonville Applied Technology Center
February 5, 2002

*Complete Solutions for Pulp and Paper*

---

**HERCULES**

## Field Testing Protocols

- Review current program: additives, dosages, machine data.
- Obtain stock sample, headbox equivalent without chemicals. Can be thin stock sample from fan pump without additives (preferred). Alternatively obtain thick stock(s) and whitewater and mix (laborious).
- Characterize stock.
- Obtain mill chemicals and characterize. Makedown and dilute test chemicals.
- Commence with testing. Preliminary experiments establish parameters to provide response of current drainage aid over sole flocculant, approximate machine retention response. Can require extended testing.
- Compare proposed program or experimental product.
- Repeat over several days to confirm activity.

*Complete Solutions for Pulp and Paper*



PLAINTIFF'S DEPOSITION EXHIBIT
149

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0059134

**HHX-056**

**HERCULES**

## Field Test Methods

**Britt Jar**
- Determines dynamic flocculation and retention.
- No indication of drainage or formation.
- Level of skill required for reproducible data.
- Portable.
- Excellent historical correlation with machine performance.
- Provides FPR, FPFR, or FPAR.
- $CaCO_3$ titration can provide real time data. Faster test determination than gravimetric. Water chemistry can interfere and provide erroneous results.
- Initial visit into mill requires test parameter development.

*Complete Solutions for Pulp and Paper*

---

**HERCULES**

## Field Test Methods

**CSF Drainage**
- Determines gravity drainage.
- Fast, reproducible test.
- No indication of total dewatering, sheet formation.
- Good for established technologies.
- Available in most papermills.

**Vacuum Drainage Test (VDT)**
- Determines vacuum drainage / dewatering.
- Differentiates conventional flocculants and drainage aids.
- Portable.
- Developing test, correlations in progress. Good prediction to date.

*Complete Solutions for Pulp and Paper*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0059135

**HERCULES**

### Field Trial Protocols

- Review historical machine data, collect baseline data of current program.
- Prepare trial chemical. Calibrate makedown and metering. Characterize madedown material, review activity in lab studies.
- Introduce trial product incrementally over time.
- Collect machine and sheet samples, record data (every 30 to 60 min).
    - Retention: Headbox and tray samples: FPR, FPAR.
    - Drainage: Wet / dry line, table and couch vacuum, steam levels, reel moisture, water flow, headbox flow.
    - Sheet properties: Formation, size, porosity, optical, strength, defects.
    - Machine parameters: Speed, tph, refining, basis weight, additives, furnish, headbox settings, etc.
- Transition back to current product. Collect post trial data.

*Complete Solutions for Pulp and Paper*

---

**HERCULES**

### Customer Evaluation Sites

- Eastern Fine Paper (Brewer, ME)
    - Lab Studies - June and July 2001
    - Machine Trial - August 2001
- West Linn Paper (West Linn, OR)
    - Lab Studies - October 2001
- Pasadena Paper (Pasadena, TX)
    - Lab Studies - November 2001
    - Machine Trial - December 2001
- Willamette Ind. (Hawesville, KY)
    - Lab Studies - Sept 2001 & Jan 2002

*Complete Solutions for Pulp and Paper*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0059136

**HERCULES**

### Eastern Fine Paper # 2 PM

- Uncoated Free Sheet – Market Pulp
- 125 TPD – 800 to 1200 fpm machine speed
- PCC / GCC / $TiO_2$ fillers
- Fourdrinier Machine – Dandy Roll
- Hercon 70 Size
- Microcat 210 Wet End Starch
- Alum Coagulant
- CPAM Flocculant – PC 8128 – 10 % CD
- Polyflex CP.3

*Complete Solutions for Pulp and Paper*

---

**HERCULES**

### Eastern Fine Paper (Brewer, ME)

Lab Studies
June 2001                 *mfg has been mill problems* → (37F)

- Good retention, variable drainage results.
- Higher alum dose required

July 2001

- Good retention and drainage.
- Reduced alum impacted drainage.
- Trial proposed.

*Complete Solutions for Pulp and Paper*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0059137

## HERCULES

### Eastern Fine Paper (Brewer, ME)

Machine Trial - August 2001
* Equal FPR and FPAR, gravity and vacuum drainage at equal to lower dosage.
* Steam use increased at lower dosage, equivalent at equal dosage.
* No effect on sheet formation, optical or strength properties, ash content.
* Activity and dosages predicted by lab studies.
* Improved makedown compared to BD 202. High viscosity observed with AEM 232.

*Complete Solutions for Pulp and Paper*

## HERCULES

### West Linn Paper # 2 PM  (Oregon)

- Coated Free Sheet - Market Pulp
- PCC filler
- Up to 50 % coated broke
- Fourdrinier Machine - 250 TPD - 1300 fpm
- WESCAT - Cationic Starch
- PAC Coagulant
- APAM Flocculant - PA 8137 - 30 % CD
- Polyflex CP.3

*Complete Solutions for Pulp and Paper*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0059138

## HERCULES

### West Linn Paper (West Linn, OR)

Lab Studies - October 2001

- Fair results. Up to 15 to 20 % additional AEM required to meet Polyflex CP.3 retention and drainage. *(which batch?)*
- Positive dosage response.
- CPAM flocculant reduced activity compared to APAM.

*Complete Solutions for Pulp and Paper*

## HERCULES

### Pasadena Paper # 24 PM

- Coated Free Sheet - Market Pulp
- PCC filler
- Up to 30 % coated broke
- Fourdrinier Top-wire Former - **HIGH SHEAR**
- 500 TPD - 2500 fpm
- Microcat 310 - Cationic Maize Starch
- PAC Coagulant
- APAM Flocculant - PA 8137 - 30 % CD
- Polyflex CP.3

*Complete Solutions for Pulp and Paper*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0059139

## HERCULES

### Pasadena Paper (Pasadena, TX)

Lab Studies - November 2001

- Four pilot plant lots evaluated.
- Improved retention compared to CP.3. Equal retention observed for all lots.
- Variation in VDT between lots, ranging from equal to CP.3 to requiring up to 50% additional AEM 232 to match CP.3.
- Trial proposed and accepted by mill.

*Complete Solutions for Pulp and Paper*

## HERCULES

### Pasadena Paper (Pasadena, TX)

Machine Trial - December 2001
Light weight grades - 50 to 70 #
Retention Critical
4:1 Flocculant:Drainage Aid

Heavy weight grades - 80 to 100#
Drainage Critical
2.5:1 Drainage Aid:Flocculant

*Complete Solutions for Pulp and Paper*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0059140

**HERCULES**

**Pasadena Paper (Pasadena, TX)**

Machine Trial – December 2001

- FPR increased up to 3%; FPAR up to 7%.
- Equal overall drainage as monitored by couch vacuum, steam usage, vacuum, duoformer flow.
- No effect on sheet optical or strength properties, formation. (317¢)
- Chemical to saveall reduced or eliminated.

*Complete Solutions for Pulp and Paper*

---

**HERCULES**

**Pasadena Paper (Pasadena, TX)**

Future work:

- Extended one to two week trial.
- Determine comparative activity of pilot plant batches, Cytec production batches.  (Cockl not to play too much)
- Establish as ongoing application.

(end of 1st quarter)

*Complete Solutions for Pulp and Paper*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0059141

### HERCULES

## Willamette Hawesville K1

- Uncoated Free Sheet - Pulp Mill
- PCC filler
- Up to 30 % coated broke
- Twin wire former - **VERY HIGH SHEAR**
- 600 TPD (3000 fpm)
- Microcat 300 - Cationic Maize Starch
- Alum Coagulant
- APAM Flocculant - Reten 1523H - 30 % CD
- Polyflex CP.3

*Complete Solutions for Pulp and Paper*

### HERCULES

## Willamette Ind. (Hawesville, KY)

Lab Studies - Jan 2002

- 5 to 8 higher retention points with AEM 232
- 20% higher CSF and VDT drainage with AEM 232
- 20% APAM identified as more effective than PA 8137.
- Trial under consideration by sales and mill.

*Complete Solutions for Pulp and Paper*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0059142