# EXHIBIT 60

**Jackson, Logan**

| | |
|---|---|
| From: | Joseph J. Kozakiewicz [Joseph J. Kozakiewicz at CHEMST06] on behalf of Joseph J. Kozakiewicz |
| Sent: | Monday, February 11, 2002 9:20 AM |
| To: | Louis Rosati; Logan A. Jackson; John Mangano |
| Subject: | Re: Hercules |

John,

Hercules has had problems with the formulation/process in the lab. They are running some experiments to overcome these ASAP. When they have solved the problems (hopefully very soon), we will scale-up.

Joe

--------------------- Reply Separator ---------------------
Subject: Hercules
Author:  John Mangano at chemgm01
Date:    2/11/02 9:02 AM

Guys,

Have we scaled up the anionic PAM for Hercules? I thought the timeline was early Feb, but I haven't heard anything yet

PLAINTIFF'S DEPOSITION EXHIBIT
92
OF 8/17/05

1

# EXHIBIT 62

**Sprayberry, Daphne**
**From:** Zeb Morgan
**Sent:** Thursday, February 14, 2002 8:17 AM
**To:** Paul S. Waterman; Louis Rosati; Daphne Sprayberry; Joseph J. Kozakiewicz
**Subject:** Re[7]: Fwd:Cytec raw materials

Joe,

FYI - The two batches we ran yesterday failed as well - both with Vazo.

Today we will ran Vazo batches using a different container of Vazo. All of the batches made last week at Hercules and performance tested at Hercules have tested okay.

Zeb

---------------------------------- Reply Separator ----------------------------------

**Subject:** Re[6]: Fwd:Cytec raw materials
**Author:** Joseph J. Kozakiewicz at CHEMST06
**Date:** 2/14/2002 7:52

Zeb,

Thanks. The 200 gallon is being run this week or next? Assuming success, when is the earliest we can run a 1000 gallon?

Joe

---------------------------------- Reply Separator ----------------------------------

**Subject:** Re[5]: Fwd:Cytec raw materials
**Author:** Zeb Morgan at CHEMMA01
**Date:** 2/13/02 12:32 PM

Joe,

I think that we should continue the current course for the moment. A summary of the batches run to date is:

1. Mobile raw materials (SMO and oil) run by Hercules at Hercules during week of 1/18 were successful; I don't know the performance, however.
2. All Vazo 64 batches run by Hercules at Mobile during the week of 1/25 failed (gelled).
3. All SO2/t-BHP batches run by Hercules at Mobile during week of 1/25 were okay; all failed the performance testing.
4. All batches run by Hercules at Hercules using all of the raw materials (AMD, A/A, SMO, 246SF, etc.) were okay; performance testing due back this week.
5. Mobile is running the Hercules raw materials at Mobile using the Hercules directions (temp, agitator speed, etc.). Batch will be finished this week.

Currently Hercules is due back at Mobile for additional lab batches and a 200 gallon Pilot Plant batch.

If most of these fail, we should reconvene.

Zeb

---------------------------------- Reply Separator ----------------------------------

**HHX-062**

CYT0000219

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER–D. DELEWARE C.A. No. 04-293 (KAJ)

| | |
|---|---|
| Subject: | Re[4]: Fwd:Cytec raw materials |
| | Author: Joseph J. Kozakiewicz at CHEMST06 |
| Date: | 2/12/2002 9:38 |

Daphne,

Thanks! Is there any need for another Hercules/Cytec meeting, or should we just continue to move as is?

Joe

_____ Reply Separator _____

| | |
|---|---|
| Subject: | RE: Re[2]: Fwd:Cytec raw materials |
| | Author: Daphne Sprayberry at CHEMMA01 |
| Date: | 2/11/02 4:02 PM |

Zeb is on vacation today and tomorrow is Mardi Gras so he can better update you on Wed.

We are expecting raw materials from Brian today ( don't know if we have them yet). Brian has succeeded with Mobile raw materials (at least to specifications, don't know about performance).

We are tentative to make a batch of 200 gallon the week of 2/18 pending the completion of this week's lab work @ MA and success next week at Mobile on the bench before the 200 gallon batch.

Zeb, please update us again when you return.

Daphne

-----Original Message-----

| | |
|---|---|
| From: | Joseph J. Kozakiewicz |
| Sent: | Monday, February 11, 2002 4:41 PM |
| To: | Paul S. Waterman; Daphne Sprayberry; Zeb Morgan; Joseph J. Kozakiewicz; Louis Rosati |
| Subject: | Re[2]: Fwd:Cytec raw materials |

Zeb et al.,

Anything on timing for getting into the pilot plant? When will the experiments be completed by Brian?

Joe

_____ Reply Separator _____

| | |
|---|---|
| Subject: | Re: Fwd:Cytec raw materials |
| | Author: Joseph J. Kozakiewicz at CHEMST06 |
| Date: | 2/7/02 1:41 PM |

Zeb,

Thanks for keeping us in the loop. Assuming that Brian can make the
raws work over the next couple of days, when can we get back into the
200 gallon?

CYT0000220

Joe

_____ Reply Separator _____
Subject:    Fwd:Cytec raw materials
            Author: Zeb Morgan at CHEMMA01
Date:       2/7/02 12:25 PM

FYI - Zeb

_____ Forward Header _____
Subject:    Cytec raw materials
            Author: BWalchuk@Herc.com
Date:       2/7/02 12:04 PM

Zeb,

This afternoon I received the remainder of the raw materials from Mobile.
Thank you and thank Carlee for me.
We are conducting reactions today with the oil phase components and will do monomer phase as well as complete raw material switches tomorrow.
Brian Walchuk
Hercules Research Center
302-995-4428

Received: from usgmsnot01.gm.cytec.com (usgmsnot01.gm.cytec.com [164.84.200.245]) by stnt01.cytec.com with SMTP (IMA Internet Exchange 3.14) id 0074DFC9; Thu, 7 Feb 2002 12:05:08 -0500 Received: FROM cytec-gmfw2 BY usgmsnot01.gm.cytec.com ; Thu Feb 07 12:05:06 2002 -0500 Received: from csdnsg1.herc.com ([147.116.14.51]) by interlock.herc.com with SMTP id MAA14447 (InterLock SMTP Gateway for <Zeb_morgan@ma.cytec.com>);

Thu, 7 Feb 2002 12:05:05 -0500

Subject:    Cytec raw materials
To:         Zeb_morgan@ma.cytec.com, DMichalopoulos@Herc.com, RGelman@Herc.com,
            MHollomon@Herc.com, RBrady@Herc.com, DGerstenhaber@Herc.com,
            WCarey@Herc.com, JHarrington@Herc.com, FZhang@Herc.com
            X-Mailer: Lotus Notes Release 5.0.2b  December 16, 1999
            Message-id: <OFEDE0D414.FD4EBE3E-ON85256B59.005D6A2F@herc.com>
From:       BWalchuk@Herc.com
Date:       Thu, 7 Feb 2002 12:04:28 -0500
X-Mimetrack: Serialize by Router on CSDNSG1/Servers/Herc(Release 5.0.6a |January

17, 2001) at

02/07/2002 11:59:38 AM
Mime-Version: 1.0
Content-Type: text/plain; charset=us-ascii

**EXHIBIT 66**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

From: Robert Bressel
Sent: 03/12/2002
To: Logan A. Jackson
Cc:
Bcc:
Subject: Plans for Plant Batch of AEM-232

Logan,

Just got this from Zeb. It is interesting in that he also needs an EPAM reactor heated to 120 F. The use of straight V-50 is looking better at this point. We will definitely try it in the lab.

Bob

_____ Forward Header _____
Subject: Plans for Plant Batch of AEM-232
Author: Zeb Morgan at CHEMMA01
Date: 3/12/02 8:38 AM

I have developed several considerations regarding the manufacture of AEM-232 in the main plant at Mobile. I have included the issues in the attached file. Please review and begin implementing those that apply. If I have forgotten any, please pass those along and begin implementing those as well.

Thanks for your help. The current target for the production of a plant batch is the week of 4/1.

Zeb

Attachment: ..\email\JEML000107^weneed~1.doc

PLAINTIFF'S DEPOSITION EXHIBIT 86 8/11/05

HHX-066    CYT0000650

We need to start planning for a plant scale batch of AEM-232 – the Hercules anionic emulsion which we have been working with in the Pilot Plant. The target for a plant scale batch is the week of April 1. We probably need to look at the system for a short term (temporary) solution and a long term solution. There would likely be a one/two month period between the first and second plant batches. I have enclosed a copy of the most current batch sheet.

The issues to be resolved include the following:

1. How to handle the Hypermer B246? – we need about 840 lbs per batch; the Hypermer melts at about 100 oF so it must be heated before the transfer in order to melt the surfactant. I would recommend that we use drums (readily available) and pump them directly into the reactor weighing the drums on a scale. Charging through the SMO tank is likely to plug it since the Hypermer freezes at about 100 oF Hypermer is a normal main plant raw material.

2. How to handle the Tergitol? Tergitol is a breaker similar to the Surfonic L-24-7. It is a secondary alcohol rather than a linear one, is 1 C15 rather than a C14, and is 9% ethoxolated rather that 7%. Although we will probably use the L-24-7 in the eventually, we should plan on using the Tergitol for the first batch. It comes in drums and requires about 900 pounds. Again the material should be pumped directly to the reactor (recommend finishing in the reactor at this point) weighing the drums on a scale. Tergitol is not a main plant raw material so all of the ADEM activites (if any) need to be completed so that we can use the material in the main plant.

3. How to handle the Vazo 64? We have handled Vazo 64 in the past in the main plant, however it has been some time. We need to make certain that all of the ADEM activites (if any) are completed so that we can use the material in the main plant. The Vazo will be dispersed in a small amount of Escaid and added to the reactor. About 1 5 lbs per charge of Vazo will be required. This a probably too large to handle easily by hand so we might consider a Vazo charging "system" The system would consist of a small container approximately 5-10 gallons in size with the aspect of an air cylinder. At the top of the cylinder is a funnel for charging the Vazo and a valve to isolate the funnel from the cylinder. At the bottom of the cylinder is a valve to hold the Vazo slurry in the cylinder until needed. The cylinder is fitted with a small air operated agitator (to mix and suspend the Vazo in the oil). The cylinder is also fitted with a pressure gauge and a nitrogen line with a valve (the nitrogen pressure is reduced to 10-15 psig). In use the system would work as follows: a) close the bottom valve, open the top valve and add about 5 – 7 gallons of oil to the cylinder; b) add the 1 5 lbs of Vazo; c) close the top value and agitate for 5 or ten minutes to disperse the Vazo; pressure the cylinder with nitrogen to about 10 psig; d) open the bottom valve to discharge the Vazo slurry into the reactor; e) check the pressure gauge to ensure that the pressure goes to 0 psig indicating that the charge has gone into the reactor. Since the reactor is at operating termperature, the reaction will start with a few minutes of adding the Vazo. This type of system has been used with Vazo in several locations. If we make sure that the outlet pipe (bottom) is larger than the inlet (top), the system works pretty well.

4. We need to develop the necessary Batch Manager recipe/models to make the batch automatically. At this point, the main differences between our current emulsions and this one are a) oil phase is heated to 100 – 120 to keep the Hypermer melted; b) ammonia is added by amount – not pH; c) the monomer temp is maintined at 100 oF (must be high to keep the Hypermer in solution); d) the AEM-232 has been successfully homogenized using our normal technique; e) the batch is initiated with Vazo and is run isothermally at 133-136 oF —this will probably require cooling to be turned off and on during the polymerization; f) the batch is heated to 150 oF for the burn out – the burn out is carried out using Vazo; g) ammonia is added to the batch by lbs (not pH) after the burn out is completed; h) Tergitol is the breaker.

5. Make certain that the LIMS system has the targets and the analysis for the plant batch – at this point, all I have is some target properties

Please start the necessary actitvities so that we can meet our target.

CYT0000651

Case 1:04-cv-00293-KAJ    Document 421-14    Filed 07/19/2006    Page 10 of 10

If I have forgotten anything, please let me know.

Thanks for your help.

Zeb

CYT0000652