# EXHIBIT 70

**HERCULES INCORPORATED**
**JACKSONVILLE APPLIED SCIENCE CENTER,** Progress Report
**(Company Proprietary)**

RI-1100-0000-1041
Drainage Aid -- Alkaline P&W
Work Period: January 2001 to December 2001

**Polymeric Drainage Aid for Alkaline Printing and Writing Grades:**
**Applications and Field Trials**

- DISTRIBUTION -

Research Center:
    Document File (3)/8134
    Report Index Group/8134
    S Prescott/8100
    GA Lock/8100
    RR Staib/8100
    CA Witman/8100
Home Office:
    G Samuels/8216 SW
    RD Royce/10352 SE
    JR Davis/10333 SE
Barneveld:
    A Haandrikman
Jacksonville:
    DL Michalopoulos
    MN Miller
    PPD Library

Added:
    FJ Sutman - Jacksonville
    F Zhang - Jacksonville
    BL Walchuk/ 8136
    RL Brady/8100
    DA Gestenhaber/8100
    MG Hollomon/8100
    RA Gelman/8100

Author: J. C. Harrington, PPD/Jax

**HHX-070**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

1100-0000-1041                                              April, 2002

HERCULES INCORPORATED
JACKSONVILLE APPLIED SCIENCE CENTER, Progress Report
(Company Proprietary)

RI-1100-0000-1041
Author: J. C. Harrington, PPD/Jax
Work Period: January 2001 to December 2001.

### Polymeric Drainage Aid for Alkaline Printing and Writing Grades:
### Applications and Field Trials

– DIGEST –

## Background and Objectives

The objective of this program was to develop retention and drainage aids for alkaline printing and writing (P&W) grades to compete with competitive microparticle / micropolymer technologies, specifically colloidal silica (Eka, Nalco), bentonite clay (Ciba), and structured micropolymers (Cytec's Polyflex). The overall program approach was to utilize synthetic organic polymers to develop an advanced structured polymer (ASP). The program was divided into two sections: a hydrophobic monomer was incorporated into an anionic polyacrylamide (APAM) to produce a hydrophobic associative polyacrylamide (HAP); and an APAM was produced utilizing a specific surfactant and process to produce a structured, active drainage aid (AEM 232). The HAP activities this period were: scale-up and field trial of a brine dispersion; develop formula - activity relationships and evaluate alternative hydrophobic monomers utilizing micellar polymerization processes; develop a powder product via solution – gel process; and develop an inverse emulsion product. As a result of the emulsion activities, the AEM 232 was discovered. AEM 232 emulsion polymer activities during this period include: development, scale-up and field trial; optimization of process and formulation. This report will summarize the application studies and field trials conducted on these materials.

## Results and Conclusions

A 300 gallon batch of a 10% active brine HAP designated as BD 202 was successfully produced in the Trevose pilot plant. Activity studies demonstrate equal activity as the laboratory scale samples. A trial on the # 3 PM at West Linn Paper Co (West Linn, OR) resulted in equal retention and gravity drainage, reduced vacuum and press section dewatering, at twice the active dosage of HAP compared to Polyflex CP.3.

Structure – function activities utilizing a laurylacrylate (LA) hydrophobe modified APAM produced via micellar processes indicate optimal activity at 1.0 mole % LA, and 50 mole % acrylic acid (AA). 25 alternative hydrophobes were evaluated; only dodecylmethacrylamide (DDMAM) provided a retention response, albeit lower activity compared to the LA samples.

58 gel samples from high solids solution polymerization were produced in attempts to develop a process for a powder HAP material. These samples were prepared utilizing four different hydrophobes. None of the samples demonstrated acceptable activity. 4 powder samples were received from SNF Floerger; no activity was noted.

1100-0000-1041                                                        April, 2002

Efforts to produce the HAP in emulsion form could not produce a product with acceptable activity. In the course of sample evaluations, an emulsion sample was identified which demonstrated good activity. This material did not meet the HAP model properties, but provided retention and vacuum drainage response similar to Polyflex CP.3, and was further investigated.

This active emulsion material, referred to as AEM 232, was produced utilizing a specific surfactant, process pH, and initiator. The most effective AEM 232 samples provide equal retention and drainage activity compared to Polyflex CP.3. Process condition and formulation studies demonstrate optimal activity with a specific surfactant, surfactant concentration, process pH, and the use of an oil soluble thermal initiator. The current understanding of the AEM 232 mechanism is grafting of the acrylic acid monomer off the PEO segment of the Hypermer surfactant.

The AEM 232 was successfully scaled up in the Trevose pilot plant in 50 and 250 gallon quantities. Two successful AEM 232 trials were conducted on commercial papermachines. A trial on the # 2 PM at Eastern Fine Paper (Brewer, ME) in August demonstrated equivalent machine retention, drainage, and sheet properties compared to equal active dosages of Polyflex CP.3. A trial was conducted on PM #24 at Pasadena Paper (Pasadena, TX) in December. Retention was slightly higher at equal drainage with AEM 232 compared to Polyflex CP.3.

The AEM 232 is compliant with FDA 176.110 and 176.170.

A U. S. Patent for the AEM 232 was filed in December 2001.

**Future Work**

Additional work for the next period will attempt to further improve the activity of the AEM 232 and to characterize the polymer structure. Activity studies will focus on enhanced methods to evaluate polymeric drainage aids.

---

## INTRODUCTION

The objective of this program was to develop retention and drainage aids for alkaline P&W to compete with competitive microparticle technologies. This work was initiated as a joint project with the BetzDearborn Trevose Polymer Synthesis Group to develop novel organic retention and drainage aids. The initial technical approaches included temperature dependent polymers, latex polymers, and hydrophobic associative polyacrylamide (HAP).

The program for this period was divided into two sections: a hydrophobic monomer was incorporated into an anionic polyacrylamide (APAM) to produce a hydrophobic associative polyacrylamide (HAP); and an APAM was produced utilizing a specific surfactant and process to produce a structured, active drainage aid (AEM 232). The HAP activities for this period were: scale-up and field trial of a brine dispersion; develop formula - activity relationships and evaluate alternative hydrophobic monomers utilizing micellar polymerization processes; develop a powder product via solution – gel process; and develop an inverse emulsion product. As a result of the emulsion activities, the AEM 232 was discovered. AEM 232 emulsion polymer activities during

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0067559

this period include: development, scale-up and field trial; optimization of process and formulation. This report will summarize the applications studies and field trials conducted on these materials.

## DISCUSSION OF RESULTS

### Pilot Plant Scale-up – Brine

One 350 gallon lot was produced in the Trevose pilot plant, BD 202 lot 8900103713. This specific lots met the specifications, properties, and activity tentatively established for the HAP. The retention and drainage properties approach that provided by Polyflex CP.3, and were consistent with the laboratory scale samples[1].

### HAP Field Trials

A 12 hour trial was conducted on the # 3 PM at West Linn Paper, West Linn, OR on March 6, 2001[2]. The activity of BD 202 was compared to Polyflex CP.3 in an APAM program, utilizing one drum of 10 % active brine dispersion HAP BD 202 prepared in the Trevose Pilot Plant. Equal retention and gravity drainage, reduced vacuum and press dewatering were obtained with the HAP at twice the Polyflex CP.3 dosage (based upon product actives). No deleterious effects were observed on sheet optical, strength, or formation properties. The trial results were predicted by laboratory testing conducted on-site prior to the trial. The low product solids and on-site neutralization do not make this a commercially attractive product form.

### HAP Structure – Function

Samples were prepared utilizing dilute solution micellar polymerization techniques to develop formula - activity trends, and to determine the most optimal formula. The samples were comprised of acrylic acid, acrylamide, LA hydrophobe, and Tergitol 15-S-9 surfactant to emulsify the hydrophobe into the aqueous phase.

Samples were produced utilizing hydrophobic monomer ranging from 0 to 2 mole % LA, and anionic monomer ranging from 30 to 60 mole % AA. Optimal activity was observed at 1.0 mole % LA, and 45 to 50 mole % acrylic acid (AA). A general trend was observed for higher activity with higher viscosity. The most active samples provided equal retention and drainage as Polyflex CP.3. Summary results are presented in Table 1.

Based upon discussions with Dr. R. Prud'homme of Princeton University, the entanglement of associative polymers can be concentration dependent. It was proposed that if inter-molecule association was present, adequate time may not occur for the polymer chains to disentangle. The effect of polymer concentration into the furnish stream and the resultant activity was studied. A series of experiments was conducted by introducing the HAP at concentrations of 0.5% to 0.005% into the Britt jar for retention determinations. It was observed that very low retentions were obtained at the highest and lowest concentrations, and equal retention as the standard makedown was obtained at the intermediate concentrations. The low retention at the low 0.005% concentration could be improved by pH adjustment. The data indicate that above the critical overlap concentration c*, the material remains associated and can not affect retention (Figure 1)

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0067560

Additional hydrophobic monomers were utilized to produce the HAP under micellar polymerization to determine if different alkyl chain lengths or functional groups could enhance performance. Alternative anionic monomers were also investigated. Of the 28 alternative hydrophobes, DDMAM was the sole material which provided some activity, although lower than the LA samples. Of the alternative anionic monomers, none were as effective as acrylic acid. Activity data and monomer structures are summarized in Table 2.

Powder HAP Process

Studies were conducted to determine if the HAP could be produced as a 20 to 30 % solution process, which would then gel and be dried to provide a dry product. The intent was to develop a process for powder polymers, which could then be toll manufactured. 58 gel samples utilizing high solids solution polymerization were produced in attempts to develop a process for powder HAP material. These samples were prepared utilizing LA, hexylacrylate, DDMAM, and LEM-23 hydrophobes. None of the samples demonstrated remarkable activity. While HPLC determinations indicated the LA monomer should be incorporated into the polymer, activity studies did not indicate any remarkable response similar to the solution process samples. 5 HAP powder samples were received from SNF Floerger; no activity was noted. Additional samples were requested from SNF; none were received. Characterization and activity data are summarized in Table 3.

Emulsion HAP

To provide a commercially acceptable product form, the HAP was produced as a standard inverse emulsion utilizing conventional vinyl hydrophobic monomers. Efforts to produce the HAP in emulsion form did not yield products which provided a drainage aid response, as all samples demonstrated high MW linear APAM response, based upon PDD[1] or VDT[3] studies. Vacuum drainage would not further increase with increased dosages, as is observed with a conventional flocculant. It is proposed that the hydrophobe could not incorporate into the polymer chain as it would likely migrate to the continuous oil phase.

The synthesis of an active HAP was also attempted utilizing the hydrophobic poly(2-ethyl-hexylacrylate) macro-initiator Coag 132, as was utilized in the Novus CPAM "pseudo-star" technology. Similar results were obtained as with the hydrophobic monomer, as the dynamic properties of samples were consistent with a linear APAM. One specific sample 2496-255 was produced utilizing Hypermer B246SF surfactant, process pH of 5.5, and AIBN oil soluble initiator. Hypermer 246SF is a polymeric ABA triblock surfactant, comprised of six stearate hydrophobic end groups and a PEO interior with a MW of 1500. This sample demonstrated remarkable activity, yet did not fit the HAP model[1].

In a consultant with Dr. Prud'homme of Princeton, the possible grafting of acrylic acid off the PEO surfactant was suggested as a product mechanism. This has been previously reported utilizing polyacrylic acid grafted with PPO-PEO-PPO triblock surfactant[4]. Studies with Hypermer modifications which contain different MW PEO segments demonstrate increased activity with increased PEO chain length, suggesting the importance of the surfactant EO linkage to activity. Samples produced without the Coag 132 block provided equal activity and properties, indicating this hydrophobic block is not affecting the AEM 232.

Additional studies were conducted in attempts to characterize the active material and to improve product performance[5]. Conventional process surfactants did not provide an activity increase,

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0067561

1100-0000-1041                                                        April, 2002

further suggesting the Hypermer incorporation. Samples produced with water soluble redox initiators provided low activity, indicating the Hypermer is not being incorporated without an oil soluble initiator. Ambient temperature blends of Hypermer surfactant and conventional APAM flocculant EM 635 did not provide an activity increase, further suggesting a covalent grafting mechanism during polymerization. Samples produced at aqueous pH ranging from 3 to 8 indicate best activity at pH 5 to 6. Optimal activity is observed with Hypermer B946SF tri-block surfactant at 65 to 80% of the total surfactant, and acrylic acid at 40 to 60 mole %. The most effective AEM 232 samples provide equal retention and drainage activity compared to Polyflex CP.3. A summary of the viscosity and activity data for the AEM 232 is presented in Table 4.

Samples prepared with LEM-23 hydrophobic monomer demonstrate equivalent activity compared to the standard AEM 232 and Polyflex CP.3. The RSV is lower than the standard AEM 232, and approaches the values of CP.3. This would suggest the presence of additional association or crosslinking. Samples prepared with increasing levels of methylene bis acrylamide (MBA) crosslinking monomer provide reduced activity.

The AEM 232 was successfully scaled up in the Trevose pilot plant in 50 and 250 gallon quantities. Two 50 gallon lots and three 250 gallon lots were produced. The current formula and process indicates minimal difficulty in scale-up. The activity of the materials was generally equivalent to the laboratory scale samples. A summary of the pilot plant lots is included in Table 4.

Bench scale studies were conducted on two separate dates at Eastern Fine Paper (Brewer, ME) to determine the activity of AEM 232 compared to the Polyflex CP.3 program[6,7]. During the initial visit the week of June 25, 2001, vacuum drainage test (VDT) results demonstrated lower activity for the AEM 232 samples compared to CP.3 utilizing the mill dosage of alum; higher activity was provided when the alum dosage was doubled. The AEM 232 samples demonstrated arrested VDT drainage under various conditions and test days, while the CP.3 provided continuous flow in all experiments. A trial was not proposed based upon the inconsistent results obtained with SMP. In subsequent studies the week of July 23, 2001, the AEM 232 demonstrated improved fines retention at equal VDT activity relative to CP.3. The arrested VDT drainage observed during the previous evaluations was not observed during the test days. Based upon the positive results, a trial was proposed.

A 16 hour trial was conducted over two days on the # 2 PM at Eastern Fine Paper (Brewer, ME) the week of August 22, to evaluate the activity of the AEM-232 (pilot plant lot 353)[8]. Equivalent machine retention, gravity and vacuum drainage was provided compared to Polyflex CP.3 at equal to reduced active product dosages. The AEM-232 application resulted in slightly higher steam use at lower polymer dosage relative to CP.3; steam use was equivalent when the AEM-232 dosage was increased to that of CP.3. No change in wet-end chemistry or additives, sheet formation, optical properties, porosity, or ash content was observed between CP.3 and AEM-232.

On site bench scale studies were conducted on the # 24 PM at Pasadena Paper (Pasadena, TX) the week of November 5, 2001 to determine the activity of AEM 232 pilot plant lots compared to the current Polyflex CP.3 program[9]. The AEM 232 lots produced good activity relative to Polyflex CP.3 in the Britt Jar $CaCO_3$ retention tests. There was a significant variation in the performance of the AEM 232 lots in the vacuum drainage testing. Polyflex and AEM 232 (lot 7562) were similar in VDT drainage performance. The other two ASP lots provided reduced

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0067562

1100-0000-1041                                                                    April, 2002

VDT performance, requiring up to 40-60% higher dosage to meet Polyflex CP 3 performance. A trial was proposed to the mill to determine the activity of the AEM 232.

A 54 hour trial was conducted on PM #24 at Pasadena Paper (Pasadena, TX) during a light weight grade run the week of December 10, 2001, followed the following week by a 20 hour trial during heavy weight grade production[10]. The machine program utilizes an APAM flocculant PA 8137 in combination with Polyflex CP 3, where both products are fed simultaneously post screen. Product dosages are grade dependent, with a 4:1 ratio of flocculant to drainage aid during the light weight grades where retention is the greater requirement. During heavy grade production where drainage is the critical response, the ratio is 2.5:1 drainage aid to flocculant. Equivalent results were obtained during both trials. First pass retention was higher with AEM 232 by 1.6 to 3.4%, and ash retention was better with AEM 232 by 1.7 to 7.1% compared to Polyflex CP 3 depending upon the grade. The high retention performance provided by the AEM 232 lowered the substrate solids going to the saveall, allowing the mill to reduce or eliminate the polymer and silica utilized to control saveall operation. Drainage response with AEM 232 as indicated by table drainage, vacuum levels and steam required for drying were all within normal operating limits relative to Polyflex. Sheet formation for the ASP was within the normal limits experienced with Polyflex. Opacity, porosity, brightness, tear, holes, sheet moisture and sizing were all with acceptable ranges during both trials.

## CONCLUSIONS AND RECOMMENDATIONS

The HAP brine product BD 202 was scaled up at 10 % actives to produce pilot quantities. The low solids and reduced activity compared to Polyflex CP 3 do not make this a suitable commercial alternative to Polyflex CP 3. No additional development work or field trials are recommended.

The micellar polymerization samples indicate that 1.0 mole % LA and 50 mole % AA are most effective for activity. The optimal samples provided retention and drainage that was equivalent to Polyflex CP 3.

Lauryl acrylate is the most effective hydrophobe for producing an active, associative HAP. DDMAM is a secondary alternative. None of the other hydrophobes produced associative polymers that demonstrated the desired activity.

None of the gel samples, designated for powder HAP product, provided the desired product activity. No further developmental efforts are planned at this time. None of the SNF Floerger samples provided activity.

The AEM 232 has demonstrated equivalent activity as Polyflex CP 3 in lab studies and commercial mill trials. While the current proposed mechanism is grafting of acrylic acid off the Hypermer surfactant PEO group, resulting in associative properties, additional studies are required and recommended to confirm this model.

Studies to date demonstrate optimal activity with the Hypermer B246SF at a specific concentration, process pH of 5.5, and AIBN initiator. Further optimization studies will be conducted to further improve the activity of the current AEM 232. Proposed modifications include higher MW PEO segment, alternative anionic monomers, alternative oil soluble initiators which may improve the AA grafting off the PEO, and incorporation of additional hydrophobic monomers such as LEM-23.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0067563

1100-0000-1041                                                  April, 2002

The AEM 232 is compliant with FDA 176.110 and 173.170.

A U. S. Patent for the AEM 232 was filed in December 2001 prior to the trial at Pasadena. Additional patent filings for expanded coverage are being drafted at this time.

---

## EXPERIMENTAL SECTION

### Retention – Drainage Activity

A synthetic alkaline furnish was utilized in all studies, prepared from 70 % hardwood and 30 % softwood dried market lap pulps, separately refined in a laboratory Valley Beater (Voith, Appleton, WI) to respective CSF values of 360 and 500 mls. These pulps were then added to an aqueous mixture of 25 % local Jacksonville hard water and 75 % deionized water containing an additional 0.03 % sodium chloride and 0.01 % sodium bicarbonate. The resultant substrate will have a conductivity of 750 to 1000 uMHOS, a hardness of 350 to 400 ppm, and an M-alkalinity of 75 to 100. Albacar 5970 (Minerals Technologies, Bethlehem, PA) precipitated calcium carbonate (PCC) is introduced at 25 weight percent, based on fiber weight, for a final furnish of 80 % fiber and 20 % PCC filler.

The retention activity of the samples was evaluated utilizing the Dynamic Drainage Britt Jar (Paper Research Materials, Inc., Gig Harbor, WA), equipped with 3 vanes on the cylinder walls to induce turbulent mix, and a 76 µ screen bottom plate. 500 mls of furnish at 0.5 % consistency is mixed at a mixer speed of 1200 rpm and a 100 ml aliquot of the furnish is collected. The retention values reported are fines retention and represent the average of 2 replicate runs.

The gravity drainage was evaluated utilizing a CSF device (Lorentzen & Wettre, Code 30, Stockholm, Sweden) at 0.30% furnish consistency. The furnish is treated externally with the various additives in a separate square container at a mixer speed of 1200 rpm to induce turbulent mixing.

The vacuum drainage and dewatering were evaluated utilizing a pulsed drainage device (PDD). The PDD is equipped with a rotating hydrofoil set at 600 rpm and vacuum capability underneath a wire screen. It was developed internally as a reasonable simulation of the actual retention, drainage, and sheet formation operations. The peak vacuum is the total vacuum required during mat formation until air is drawn through the formed mat and the vacuum is disrupted. Equilibrium vacuum is the steady state vacuum drawn through the formed sheet. The peak to equilibrium vacuum ratio (PEVR) is the unitless ratio of these two outputs. Studies have demonstrated that this parameter is useful as an indication of sheet formation, in that lower PEVR values indicate more desirable or more uniform sheet formation. The vacuum drainage time is the time to peak vacuum measured by the instrument in time units of seconds. It is believed this response is similar to the wet-line on a paper machine. 250 mls of the furnish at 0.5 % consistency is treated with the various additives in a separate square container to induce turbulent mixing at 1200 rpm. The resultant basis weight is approximately 80 lbs. per 3300 $ft^2$.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

1100-0000-1041                                        April, 2002

The VDT device setup is similar to the Buchner funnel test, and consists of a 300-ml magnetic Gelman filter funnel, a 250-ml graduated cylinder, a quick disconnect, a water trap, and a vacuum pump with a vacuum gauge and regulator. The VDT test is conducted by first setting the vacuum to the desired level, typically 10 inches Hg, and placing the funnel properly on the cylinder. Next, 250g of 0.5 wt. % paper stock is charged into a beaker and then the required additives according to treatment program (e.g., starch, alum, and testing flocculants) are added to the stock under the agitation provided by an overhead mixer. The stock is then poured into the filter funnel and the vacuum pump is turned on while simultaneously starting a stopwatch. The drainage efficacy is reported as the time required to obtain 230 ml of filtrate.

Product dosages are based upon those typically utilized in mill applications, and are as noted in the attached tables.

### ACKNOWLEGEMENTS

The following are acknowledged for their support and efforts in the development and characterization of the HAP and AEM 232: B. Kawawa, B. Walchuk, M. Holloman, D. Gerstenhaber, and W. Carey for synthesis support; R. Klinzman and J. Tong for conducting laboratory activity studies; F. Zhang for model and applications discussions; and J. Hochu for field activity support.

### REFERENCES

1. Hercules, Inc. RI-1100-0000-1041 Progress Report, J. Harrington, January 2001.
2. Hercules IO, J. Hochu to D. Michalopoulos, March 19, 2001.
3. Hercules IO, F. Zhang to D. Michalopoulos, February 20, 2001.
4. L. Bromberg, *J. Phys. Chem. B.*, 102, pp.1956, 1998.
5. Hercules, Inc. RI-1100-0000-1041 Progress Report, J. Harrington, January 2002
6. Hercules IO, J. Harrington to D. Michalopoulos, June 29, 2001.
7. Hercules IO, J. Hochu to W. Freeman, July 27, 2001.
8. Hercules IO, J. Harrington, F. Zhang to D. Michalopoulos, September 5, 2001.
9. Hercules IO, J. Hochu to W. Freeman, November 14, 2001.
10. Hercules IO, J. Hochu to W. Freeman, January 10, 2002

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)                                        HERC0067565

1100-0000-1041                                          April, 2002

## FIGURE 1 – Polymer Concentration – Retention Studies



Author(s):  J. C. Harrington, JAX

**READ AND UNDERSTOOD BY:**

Program Manager (or Designate)                    4-10-02
                                                  Date

File Name: ASP Applications

*Complete Solutions for Pulp and Paper*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A
NO. 04-293 (KAJ)                                   HERC0067566

**Table 1**
**Structure - Function Samples**

| Sample Reference | % AA | % AM | % LA | Vis, 10 sec -1 mPas | Britt 0.4 # CPAM Contro | Activity CSF Drainage 0.4 # CPAM Contro | Activity CSF Drainage 0.2 # APAM Control |
|---|---|---|---|---|---|---|---|
| X32748-43 | 45 | 54 | 1 | 7800 | 19.8 | 175 | 175 |
| X32748-51 | 45 | 54 | 1 | 670 | 26.1 | 180 | 205 |
| X32869-02 | 45 | 54 | 1 | 6,700 | 10.0 | 165 | 105 |
| X32869-04 | 45 | 54 | 1 | 3,850 | 17.8 | 175 | 125 |
| X32869-06 | 45 | 54 | 1 | 12,500 | 17.3 | 140 | 115 |
| X32869-10 | 45 | 54 | 1 | 7,990 | 16.1 | 165 | 120 |
| X32869-13 | 45 | 54 | 1 | 8,390 | 23.8 | 180 | 140 |
| X32869-15 | 45 | 54 | 1 | 17,800 | 11.5 | 105 | 100 |
| X32869-17 | 45 | 54 | 1 | 33,700 | -3.3 | 105 | 60 |
| 01 | 45 | 54.5 | 0.5 | 1,660 | 4.7 | 175 | 135 |
| 03 | 45 | 54.5 | 0.5 | 1,070 | -5.3 | 150 | 120 |
| 05 | 45 | 54.5 | 0.5 | 1,450 | -0.4 | 155 | 130 |
| 11 | 60 | 39.8 | 0.25 | 340 | -4.3 | 140 | 115 |
| 13 | 60 | 39.8 | 0.25 | 640 | -0.9 | 145 | 115 |
| 15 | 60 | 39.8 | 0.25 | 450 | -0.6 | 155 | 125 |
| 17 | 60 | 39.5 | 0.5 | 850 | -3.6 | 130 | 110 |
| 19 | 60 | 39.5 | 0.5 | 303 | -5.5 | 135 | 110 |
| 21 | 60 | 39.5 | 0.5 | 600 | -4.6 | 125 | 105 |
| 27 | 60 | 1 | 39 | 380 | -2.4 | 100 | 125 |
| 29 | 30 | 69.8 | 0.25 | 650 | -9.2 | 130 | 100 |
| X-32926-3 | 45 | 54 | 1 | 6100 | 15.9 | 170 | 175 |
| X-32926-3 | 45 | 54 | 1 | 4500 | 10.9 | 180 | 145 |
| X-32926-3 | 45 | 54 | 1 | 3100 | 6.9 | 150 | 150 |
| X-32926-3 | 45 | 54 | 1 | 1060 | 4.4 | 140 | 130 |
| X-32926-3 | 35 | 64 | 1 | 1430 | -2.9 | 100 | 135 |
| X-32926-4 | 40 | 59 | 1 | 1500 | -2.1 | 85 | 130 |
| X-32926-4 | 50 | 49 | 1 | 5300 | 22.7 | 150 | 185 |
| X-32926-4 | 51 | 48 | 1 | 4260 | 15.0 | 135 | 175 |
| X-32926-5 | 35 | 64 | 1 | 1700 | -5.7 | 120 | 95 |
| X-32926-5 | 51 | 48.2 | 0.8 | 4700 | 3.7 | 100 | 160 |
| X32926-7 | 45 | 54.8 | 0.25 | 750 | -5.3 | 140 | 110 |
| X32926-9 | 51 | 48.2 | 0.8 | 2,430 | 14.1 | 180 | 150 |
| 03 | 45 | 54.5 | 0.5 | 560 | -3.6 | 115 | 150 |
| 05 | 45 | 54.8 | 0.25 | 440 | -6.3 | 115 | 140 |
| X32934-1 | 45 | 64 | 1 | 3,270 | 0.4 | 130 | 150 |
| 13 | 30 | 69 | 1 | 1,860 | -1.8 | 125 | 110 |
| 14 | 30 | 69 | 1 | 1,200 | -4.8 | 110 | 110 |
| 15 | 30 | 69 | 1 | 980 | -8.0 | 95 | 100 |
| 16 | 45 | 54.8 | 0.25 | 580 | -4.0 | 120 | 130 |
| X32934-44 | 50 | 48.8 | 1.25 | 7250 | 5.2 | 65 | 60 |
| X32934-45 | 50 | 49.3 | 0.75 | 4700 | 9.4 | 125 | 85 |
| X32934-47 | 51 | 48.2 | 0.8 | 2015 | 5.3 | 135 | 75 |
| X32934-56 | 50 | 48.5 | 1.5 | 4200 | 15.3 | 140 | 115 |
| X32934-58 | 50 | 48.3 | 1.75 | 6200 | 2.2 | 75 | 80 |
| X32934-60 | 50 | 48 | 2 | 5400 | -0.4 | 55 | 70 |
| X32934-61 | 50 | 49 | 1 | 5500 | -3.9 | 60 | 65 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0067567

Table 2
Alternative Monomers

| Sample | Sample Composition | Vis, 10 sec -1 mPas | Britt Jar 0.4 # CPAM + Control | 0.4 # CPAM + Control | CSF Drainage 0.2 # APAM + Control |
|---|---|---|---|---|---|
| X32911-02 | 1% AETAC-C12, 45% AA, 54% AM, 200% TG | 530 | Did Not Test - low viscosity | | |
| X32911-04 | 1% AETAC-C12, 39% AA, 60% AM, 200% TG | 770 | Did Not Test - low viscosity | | |
| X32911-06 | 1% METAC-C18, 45% AA, 54% AM, 200% TG | 10,600 | -12 | 70 | 35 |
| X32911-08 | 1% ODAM, 45% AA; 54% AM, 200% TG | | Sample Would Not Dissolve | | |
| X32911-10 | 1% MDAA-C18, 45% AA, 54% AM, 200% TG | 16,900 | -5.7 | 55 | 65 |
| X32911-12-1 | 1% BEM-25, 45% AA, 54% AM, 200% TG | 260 | -11.4 | 30 | 35 |
| X32911-12-2 | 1% BEM-25, 45% AA, 54% AM, 200% TG | | Sample Would Not Dissolve | | |
| X32911-14 | 1% LEM-23, 45% AA, 54% AM, 200% TG | 50 | Did Not Test - low viscosity | | |
| X32911-16 | 1% CSEM-25, 45% AA, 54% AM, 200% TG | | Sample Would Not Dissolve | | |
| X32911-18 | 1% DDMA-C12, 45% AA, 54% AM, 200% TG | 90 | Did Not Test - low viscosity | | |
| X32748-09 | 1% HA. 45% AA, 54% AM, 200% TG | 480 | Did Not Test - low viscosity | | |
| X32748-11 | 1% HA, 50% AA, 49% AM, 200% TG | 34 | Did Not Test - low viscosity | | |
| X32748-13 | 1% DDMAM, 45% AA, 54% AM, 200% TG | 22,000 | 1.0 | 115 | 65 |
| X32748-15 | 1% DDMAM, 50% AA, 49% AM, 200% TG | 830 | 5.3 | 155 | 90 |
| X32911-22A | 1% LEM-23, 45% AA; 54% AM, no surfactant | 12 | Did Not Test - low viscosity | | |
| X32911-22B | 1% LEM-23, 45% AA; 54% AM, no surfactant | 160 | Did Not Test - low viscosit | | |
| X32911-24A | 1% DDMA-C12, 45% AA; 54% AM, no surfactant | | Sample Would Not Dissolve | | |
| X32911-24B | 1% DDMA-C12, 45% AA; 54% AM, no surfactant | 1,040 | Did Not Test - low viscosity | | |
| X32911-26 | 0.5% AETAC-C12 Br, 45.5% AA, 54% AM, 200% TG | 230 | Did Not Test - low viscosity | | |
| X32911-28 | 0.5% AETAC-C12 Br, 50% AA. 49.5% AM, 200% TG | 260 | Did Not Test - low viscosity | | |
| X32748-17 | 1% DDMAM, 50% AA, 49% AM, 200% TG | 1100 | 5 | 145 | 100 |
| X32748-20 | 1% BEA, 45% AA, 54% AM, 200% TG | 380 | Did Not Test - low viscosity | | |
| X32748-21 | 1% BEA, 50% AA, 49% AM, 200% TG | 620 | Did Not Test - low viscosity | | |
| X32748-24 | 1% ODA, 45% AA, 54% AM, 200% TG | 990 | -5.4 | 125 | 80 |
| X32748-25 | 1% ODA, 50% AA, 49% AM. 200% TG | 1630 | -4.2 | 140 | 80 |
| X32748-29 | 1% DDMAM, 45% AA, 54% AM, 100% TG | 1980 | 4.9 | 150 | 105 |
| X32748-31 | 1% DDMAM, 45% AA, 54% AM, 150% TG | 3360 | 3.8 | 165 | 100 |
| X32748-33 | 1% DDMAM, 30% AA, 69% AM, 200% TG | 4250 | 5.2 | 165 | 115 |
| X32748-35 | 1% DDMAM, 30% AA, 69% AM, 150% TG | 3490 | 8.4 | 160 | 115 |
| X32748-37 | 1% DDMAM, 30% AA, 69% AM, 100% TG | 1090 | -5.2 | 105 | 65 |
| X32748-39 | 1% DDMAM, 50% AA, 49% AM, 150% TG | 4660 | 12.1 | 185 | 115 |
| X32748-41 | 1% DDMAM, 50% AA, 49% AM, 100% TG | 2930 | 6.4 | 170 | 105 |
| X32934-25 | 0.5% LEM-23, 45% AA, 54% AM, 200% TG | 810 | Did Not Test - low viscosity | | |
| X32934-26 | 0.5% LEM-23, 50% AA, 49% AM, 200% TG | 410 | Did Not Test - low viscosity | | |
| X32934-27 | 0.5% DDMA-C12, 45% AA, 54% AM, 200% TG | 457 | Did Not Test - low viscosity | | |
| X32934-28 | 0.5% DDMA-C12, 50% AA, 49% AM, 200% TG | 391 | Did Not Test - low viscosity | | |
| X32934-29 | 0.5% METAC-C18, 45% AA, 54% AM, 200% TG | 460 | Did Not Test - low viscosity | | |
| X32934-30 | 0.5% METAC-C18, 50% AA, 49% AM, 200% TG | 435 | Did Not Test - low viscosity | | |
| X32934-23 | 1% AETAC-C12, 45% AA, 54% AM, 100% TG | 290 | Did Not Test - low viscosity | | |
| X32934-19 | 1% LEM-23, 45% AA, 54% AM, 200% TG | 142 | Did Not Test - low viscosity | | |
| X32934-21 | 1% LEM-23, 50% AA, 49% AM, 200% TG | 156 | Did Not Test - low viscosity | | |
| X32934-32 | 45% AA 0 5% ODAM 200% TG | 430 | Did Not Test - low viscosity | | |
| X32934-33 | 50% AA 0 5% ODAM 200% TG | 420 | Did Not Test - low viscosity | | |
| X32934-34 | 45% AA 0 5% DADMAC-C18 200% TG | 900 | Did Not Test - low viscosity | | |
| X32934-35 | 50% AA 0 5% DADMAC-C18 200% TG | 730 | Did Not Test - low viscosity | | |
| X32934-36 | 45% AA 0 5% BEM-25 200% TG | 255 | Did Not Test - low viscosity | | |
| X32934-37 | 50% AA 0 5% BEM-25 200% TG | 280 | Did Not Test - low viscosity | | |
| X32934-38 | 45% AA 0 5% CSEM-25 200% TG | 300 | Did Not Test - low viscosity | | |
| X32934-39 | 50% AA 0 5% CSEM-25 200% TG | 280 | Did Not Test - low viscosity | | |
| X32934-42 | 50% AA 0 5% AETAC-C12 200% TG | 320 | Did Not Test - low viscosity | | |
| X32934-41 | 45% AA 0 5% AETAC-C12 200% TG | 470 | Did Not Test - low viscosity | | |
| X32748-60 | 1% DDMA-C12, 45% AA, 54% AM, 200% TG | 720 | Did Not Test - low viscosity | | |
| X32748-62 | 1% DDMAM, 45% AA, 54% AM, 250% TG | 2440 | -9.1 | 150 | 65 |
| X32748-64 | 1% DDMAM, 45% AA, 54% AM, 300% TG | 4300 | 4.6 | 145 | 95 |
| X32748-68 | 1% DDMAM, 50% AA, 49% AM, 300% TG | 1250 | -2.3 | 140 | 75 |
| X32748-70 | 1% DDMAM, 50% AA, 49% AM, 250% TG | 630 | -12.5 | 120 | 65 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A.
NO. 04-293 (KAJ)

HERC0067568

## Table 2
### Alternative Monomers

| ID | Description | | | | |
|---|---|---|---|---|---|
| X32748-52 | 1% LEM-23, 45% AA, 54% AM, 200% TG | insoluble | -17.0 | 20 | 10 |
| X32748-66 | 1% DDMAM, 50% AA, 49% AM, 250% TG | 700 | 0.6 | 160 | -5 |
| X32748-72 | 1% METAC-C12, 45% AA, 54% AM, 200% TG | 112 | -8.0 | 125 | 55 |
| X32748-73 | 1% METAC-C12, 50% AA, 49% AM, 200% TG | 135 | -6.6 | 115 | 45 |
| X32911-38 | 0.5% ODAM, 50% AA, 49.5% AM, 200% TG | 351 | -4.6 | 110 | 45 |
| X32911-42 | 0.5% MDAA-C18, 50% AA, 49.5% AM, 200% TG | 530 | -8.6 | 105 | 55 |
| X32911-44 | 0.5% BEM-25, 45.5% AA, 54% AM, 200% TG | 207 | -8.9 | 115 | 40 |
| X32911-46 | 0.5% BEM-25, 50% AA, 49.5% AM, 200% TG | insoluble | -5.6 | 130 | 45 |
| X32911-48 | 0.5% LEM-23, 45% AA, 54% AM, 200% TG | 270 | -6.8 | 125 | 60 |
| X32911-50 | 0.5% LEM-23, 50% AA, 49.5% AM, 200% TG | 286 | -5.0 | 90 | 45 |
| X32934-49 | 1% Bersize, 24% AA, 75% AM, 200% TG | 117 | -11.1 | 95 | 60 |
| X32926-63-1 | 1% HP oleic dimer, 24% AA, 75% AM | 250 | -11.4 | | |
| X32934-61 | 1% LA, 50% "pure" dimer, 49% AM, 200% TG | 5500 | -3.9 | 55 | 70 |
| X32934-62 | 1% LA, 31.5% AA (tot), 18.55% CEA (tot), 200% TG | 1300 | -6.8 | 60 | 65 |
| X32934-64 | 1% LA, 21.64% AA (tot), 28.45% CEA (tot), 200% TG | 520 | -6.3 | 95 | 70 |
| X32748-78 | 0.5% METAC-C12, 49.5% AM, 50% AA, 200% TG | 157 | 2.9 | 5 | 55 |
| X32748-81 | 1% AETAC-C18, 45% AA, 54% AM, 200% TG | insoluble | | | |
| X32790-82 | 1% AETAC-C18, 50% AA, 49% AM, 200% TG | insoluble particles | | | |
| X32748-90 | 1% DDMA-C12, 45% AA, 54% AM, 200% TG, pzn pH 7 | very low vis | | | |
| X32790-05 | 1% DDMA-C12, 45% AA, 54% AM, 200% TG (THF/H2O) | very low vis | | | |
| X32790-11 | 1% CSEM, 45% AA, 54% AM, 200% TG (THF/H2O) | very low vis | | | |
| X32790-16 | 1% DDMA-C12, 40% AA, 59% AM, 200% TG native pH | 734 | 5.0 | 155 | 90 |
| X32790-17 | 1% DDMA-C12, 40% AA, 59% AM, 200% TG pzn pH 4 | 297 | 0.0 | 135 | 95 |
| X-32926-71 | 1% dodecyldimethyl-3-((and 4-) Vinylbenzyl)ammonium Chloride, 50% AA, 49% AM 200% TG | 83 | -3.6 | 115 | -530 |
| X-32934-71 | 1% Didecylacrylamide 50% AA, 49% AM 200% TG | 296 | -6.4 | 80 | -530 |
| X-32934-72 | 1% Didodecylacrylamide 50% AA, 49% AM 200% TG | 315 | -7.0 | 75 | -530 |
| X-32934-66 | 1% Bersize 7936, 24% AA, 75% AM 200% TG | 325 | -7.6 | 80 | -530 |
| X-32934-67 | 1% Bersize 7938, 24% AA, 75% AM 200% TG | 2200 | -7.5 | 60 | -530 |
| X-32934-69 | 1% Bersize 6936, 24% AA, 75% AM 200% TG | 830 | -8.8 | 65 | -530 |
| X32790-25 | 1% DDMA-C18, 40% AA, 59% AM, 200% TG | insoluble / low viscosity | | | |
| X32790-44 | 40% AA, 60% AM, 200% TG | 620 | -1.5 | 125 | |
| X32790-45 | 50% AA, 50% AM, 200% TG | 1240 | 6.8 | 160 | |
| X32790-46 | 1% METAC-C18, 45% AA, 54% AM, 200% TG | 2880 | 2.2 | 80 | |
| X32790-47 | 1% METAC-C12, 45% AA, 54% AM, 200% TG | 1540 | -2.5 | 90 | |
| X32790-50 | 1% DDMA-di-C12, 45% AA, 59% AM, 200% TG | insoluble / low viscosity | | | |
| X32790-51 | 1% DDMA-di-C12, 45% AA, 54% AM, 200% TG | insoluble / low viscosity | | | |
| X32934-83 | 1% dodecyldimethyl-3-((and 4-) Vinylbenzyl)ammonium Chloride, 50% AA, 49% AM 200% TG (50°C, pH 7, V-50 Init.) | 540 | -8.0 | 70 | |
| X32934-85 | 1% Didodecylacrylamide 50% AA, 49% AM 200% TG (50°C, pH 7, V-50 init) | insoluble / low viscosity | | | |
| X32934-87 | 1% Didecylacrylamide 50% AA, 49% AM 200% TG (50°C, pH 7, V-50 init.) | 160 | -8.7 | 65 | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0067569

**TABLE 2**
**Alternative Monomers**

| Monomers | Fw | Structure | |
|---|---|---|---|
| 2496-82C METAC-C18 Br | 490.61 |  | |
| 2481-117 AETAC-C12 Br | 392.42 |  | |
| ODAM Polyscience | 323.57 |  | octadecylacrylamide |
| 2384-135 MDAA-C18 Br | 432.57 |  | DADMAC C18 derivative |
| CSEM-25 Bimax | 1,400.00 |  | |
| LEM-23 Bimax | 1,354.00 |  | |
| BEM-25 Bimax | 1,494.00 |  | |
| 2481-126-1 DDMA-C12 | 283.41 |  | maleic anhydride C12 derivative |
| HA Polyscience | 156.20 |  | hexylacrylate |
| DDMAM Polyscience | 253.40 |  | dodecylmethacrylamide |
| BEA   Aldrich | 172.22 |  | 2-butoxyethylacrylate |
| ODA  Aldrich | 324.55 |  | octadecyl acrylate |
| 2511-216 AETAC-C12 Br | 392.42 |  | |
| 2511-218 METAC-C12 Br | 406.45 | | |
| 2511-220 AETAC-C12 Br | 332.42 |  | |
| 2511-222 METAC-C12 Br | 406.45 | | |
| 2511-224 AETAC-C18 Br | 476.58 |  | |
| 2511-226 METAC-C18 Br | 490.61 | | |
| 2496-290 DDMA-C12 | 283.41 |  | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A
NO. 04-293 (KAJ)

HERC0067570

Table 3
Gel / Powder Samples

| Sample Reference | HB | AA% | AM% | HB% | Vis, 10 sec -1 mPas | Activity Britt Fines 0.4# CPAM + Control | CSF Drainage 0.4# CPAM + Control | 0.2# APAM + Control |
|---|---|---|---|---|---|---|---|---|
| 2446-301 | LA | 50 | 49.65 | 0.35 | 290 | Excessive gel, couln't run test. | | |
| 2543-004 | LA | 50 | 49.65 | 0.35 | 1,920 | Excessive gel, couln't run test. | | |
| 2543-004 | LA | 50 | 49.65 | 0.35 | 550 | Excessive gel, couln't run test. | | |
| 2543-005 | LA | 50 | 49.65 | 0.35 | 670 | Excessive gel, couln't run test. | | |
| 2543-009 | LA | 50 | 49.65 | 0.35 | 840 | Excessive gel, couln't run test. | | |
| 2543-010 | LA | 50 | 49.65 | 0.35 | N/A | Excessive gel, couln't run test. | | |
| 2543-011 | LA | 50 | 49.65 | 0.35 | 740 | Excessive gel, couln't run test. | | |
| 2543-012 | LA | 60 | 39.65 | 0.35 | 1,020 | Excessive gel, couln't run test. | | |
| 2543-013 | LA | 50 | 49.65 | 0.35 | 1,260 | Excessive gel, couln't run test. | | |
| 2543-14 | LA | 60 | 39.65 | 0.35 | 880 | Did not run test - low viscosity | | |
| 2543-16 | LA | 50 | 49.65 | 0.35 | 630 | Did not run test - low viscosity | | |
| 2543-19 | LA | 50 | 49.65 | 0.35 | 580 | Did not run test - low viscosity | | |
| 2543-20 | LA | 50 | 49.65 | 0.35 | 650 | Did not run test - low viscosity | | |
| 2543-21 | LA | 60 | 39.65 | 0.35 | 300 | Did not run test - low viscosity | | |
| 2543-22 | LA | 60 | 39.65 | 0.35 | 1,030 | Did not run test - low viscosity | | |
| 2543-23 | LA | 50 | 49 | 1 | 700 | Did not run test - low viscosity | | |
| 2543-24 | LA | 50 | 49.65 | 0.35 | 1,210 | Did not run test - low viscosity | | |
| 2543-25 | LA | 45 | 54 | 1.0 | 760 | Did not run test - low viscosity | | |
| 2543-29 | LEM-23 | 45 | 54 | 1 | 1,180 | 5.7 | 160 | 110 |
| 2543-30 | LEM-23 | 45 | 54 | 1 | 918 | -2.2 | 140 | 100 |
| 2543-31 | LEM-23 | 45 | 54.5 | 0.5 | 847 | -1.4 | 150 | 105 |
| 2543-36 | None | 50 | 50 | 0 | 850 | -5.4 | 90 | 65 |
| 2543-39 | LA | 50 | 49.5 | 0.5 | 1,540 | Did not run test - low viscosity | | |
| 2543-041 | LA | 50 | 49.75 | 0.25 | 1200 | Did not run test - low viscosity | | |
| 2543-44 | LA | 50 | 49.5 | 0.5 | 840 | Did not run test - low viscosity | | |
| 2543-48 | LA | 50 | 49.5 | 0.5 | 1,240 | Did not run test - low viscosity | | |
| 2543-048 | LA | 50 | 49.5 | 0.50 | 350 | Did not run test - low viscosity | | |
| 2543-052 | LA | 50 | 49.5 | 0.50 | 910 | Did not run test - low viscosity | | |
| 2543-053 | LA | 40 | 59.5 | 0.50 | 745 | Did not run test - low viscosity | | |
| 2543-055 | LA | 60 | 39.5 | 0.50 | 1,100 | 0.6 | 140 | 95 |
| 2543-057 | LA | 50 | 49.5 | 0.50 | 765 | Did not run test - low viscosity | | |
| 2543-058 | LA | 50 | 49.5 | 0.50 | 930 | 0.6 | 135 | 85 |
| 2543-059 | LA | 60 | 39.5 | 0.50 | 730 | Did not run test - low viscosity | | |
| 2543-060 | LA | 50 | 49.3 | 0.70 | 530 | Did not run test - low viscosity | | |
| 2543-061 | LA | 50 | 50 | .. | 440 | Did not run test - low viscosity | | |
| 2543-062 | LA | 45 | 54.5 | 0.50 | 1030 | -3.3 | 125 | 60 |
| 2543-064 | LA | 50 | 49.3 | 0.61 | 885 | Did not run test - low viscosity | | |
| 2543-066 | DDMA | 50 | 49 | 1 | 331 | Did not run test - low viscosity | | |
| 2543-067 | DDMA | 50 | 49.5 | 0.5 | 535 | Did not run test - low viscosity | | |
| 2543-068 | LA | 50 | 49.5 | 0.50 | 760 | Did not run test - low viscosity | | |
| 2543-069 | LA | 50 | 49.5 | 0.50 | 1110 | -3.1 | 120 | 75 |
| 2543-070 | LA | 50 | 49.25 | 0.75 | 720 | 2.9 | 150 | 70 |
| 2543-072 | LA | 30 | 69.5 | 0.50 | 564 | -4.0 | 110 | 65 |
| 2543-073 | LA | 60 | 39.5 | 0.50 | 1150 | 9.5 | 165 | 85 |
| 2543-074 | LA | 50 | 49.5 | 0.50 | 840 | 2.1 | 155 | 65 |
| 2543-075 | LA | 50 | 49.5 | 0.50 | 920 | 4.1 | 165 | 75 |
| 2543-076 | LA | 50 | 49.5 | 0.50 | 375 | -2.3 | 135 | 60 |
| 2543-077 | LA | 50 | 48.5 | 1.5 | 860 | 3.9 | 155 | 70 |
| 2543-079 | LA | 50 | 49 | 1 | 895 | 2.3 | 160 | 75 |
| 2543-080 | LA | 50 | 48 | 2 | 650 | 1.1 | 150 | 65 |
| 2543-081 | LA | 50 | 49.65 | 0.35 | Did not r | -2.4 | 10 | 55 |
| 2543-084 | HA | 50 | 49.5 | 0.50 | Did not r | -0.1 | 15 | 70 |
| 2543-085 | HA | 50 | 49 | 1.00 | Did not r | -2.7 | 10 | 70 |
| 2543-086 | HA | 50 | 49 | 1.00 | Did not r | -1.2 | 0 | 65 |
| 2543-087 | HA | 50 | 48.5 | 1.50 | Did not r | 3.6 | 0 | 70 |
| 2543-088 | HA | 50 | 48 | 2 | Did not r | -2.9 | -10 | 65 |
| 2543-089 | HA | 50 | 49.65 | 0.35 | Did not r | 0.7 | 19 | 55 |
| SNF SAMPLES | | | | | | | | |
| 2047A | M:E2H* | 25 | 74.6 | 0.4 | 980 | -3.7 | 95 | |
| 2047B | M:E2H* | 10 | 89.6 | 0.4 | 566 | -11.7 | 5 | |
| 2049B | M:E2H* | S/AMP | 74.6 | 0.4 | 710 | -17.3 | -30 | |
| 205Y | C9 MA | 0 | 99.25 | 0.75 | 58 | Did not run test | | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0067571

## TABLE 4
## AEM 232 Summary

| Polymer | Variable | [Variable] | Britt Jar Retention Increase | VDT Drainage [sec] |
|---|---|---|---|---|
| Polyflex CP 3 | Control | | 30 | 20 |
| 2590-103 | AA | 25 | 24.7 | 24.1 |
| 2590-84 | AA | 40 | 29.5 | 21 |
| 2590-85 | AA | 60 | 32.9 | 20.3 |
| 2590-102 | AA | 75 | 27.1 | 23.2 |
| AN956 VLM | APAM - MW | 3 5 | 0 | 28.6 |
| AN956 | APAM - MW | 12 | 15 | 25 |
| AN956 VHM | APAM - MW | 17 | 18 | 26.2 |
| EM 635 | APAM - MW | 23 | 20 | 25 6 |
| EM 635 | Blend 3 % Hypermer B246SF | | 19.3 | 26 3 |
| 2590-68 | [B246SF] | 0 | 27.0 | 23 6 |
| 2590-29 | [B246SF] | 50 | 30.0 | 20.6 |
| 2590-72 | [B246SF] | 80 | 29.5 | 20.3 |
| 2590-101 | [B246SF] | 100 | 29.4 | 23 2 |
| 2590-55 | H2O sol I* | | 27 | 21.9 |
| 2590-75 | H2O sol I* | | 25.9 | 23.6 |
| 2590-76 | H2O sol I* | | 27.9 | 22 2 |
| 2590-04 | Hypermer MW | | 21 | 25 4 |
| 669-27 | LEM-23 | 0.05 | 27.6 | 21 3 |
| 937-18 | LEM-23 | 0.05 | 30.1 | 22 9 |
| 062-10 | LEM-23 | 0.033 | 29.7 | 22 6 |
| 062-18 | LEM-23 | 0.003 | 32.7 | 21.6 |
| 062-16 | LEM-23 | 0.033 | 30.0 | 21.5 |
| 062-30 | LEM-23 | 0.067 | 28.7 | 21.7 |
| 062-36 | LEM-23 | 0.075 | 26.6 | 23 |
| 2590-91 | MBA | 10 | 20.1 | 23 |
| 2590-82 | MBA | 50 | 22.3 | 24.2 |
| 2590-83 | MBA | 250 | 8.4 | 27 |
| 2590-92 | MBA | 2000 | -19.6 | 33 |
| 2496-250 | No Hypermer | | 10 | 24 |
| 2590-62 | No Hypermer | | 11 | 29.5 |
| 2590-65 | No Hypermer | | 28 | 22.4 |
| 2590-42 | PEG 600 | 25 | 16.2 | 24 3 |
| 2590-43 | PEG 600 | 50 | 21.5 | 23.6 |
| 2590-67 | PEG 600 | 67 | 19.7 | 24.9 |
| 2590-46 | PEG 1000 | 20 | 29 | 23.5 |
| 2590-47 | PEG 1000 | 50 | 23 | 24.8 |
| 2590-64 | PEG 1000 | 80 | 23 | 23.9 |
| 2590-66 | PEG 1000 | 67 | 30 | 22.7 |
| 2590-56 | pH | 3 | 28.0 | 22.1 |
| 2590-57 | pH | 4 | 27.5 | 22.5 |
| 2590-58 | pH | 5 | 30.1 | 22 |
| 2590-59 | pH | 6 | 31.5 | 21 2 |
| 2590-60 | pH | 7 | 23.9 | 23.7 |
| 2590-61 | pH | 8 | 5.6 | 27 0 |
| AEM 232 [345] | Pilot plant | 50 gallon | 29 | 22.5 |
| AEM 232 [3353] | Pilot plant | 50 gallon | 29 | 22 2 |
| AEM 232 [7562] | Pilot plant | 50 gallon | 30.4 | 20 4 |
| AEM 232 [6266] | Pilot plant | 250 gallon | 27.3 | 22 1 |
| AEM 232 [9669] | Pilot plant | 250 gallon | 30 1 | 20.8 |
| AEM 232 [3174] | Pilot plant | 250 gallon | 30 | 20.2 |
| 2590-03 | Standard | | 30 | 21.5 |
| 2590-14 | Standard | | 27 | 23 |
| 2590-17 | Standard | | 30 | 20.5 |
| 2590-30 | Standard | | 30 | 21.3 |
| 2590-50 | Standard | | 30 | 21 5 |
| 2590-80 | Standard | | 30 | 20 6 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A.
NO. 04-293 (KAJ)

HERC0067572