**EXHIBIT 77**

APPENDIX I

PROCESS CHANGE AUTHORIZATION

# Class II Change

Date: 7/3/2002  PCA Number: 02SC-053

Initiator: Zeb Morgan

Department and/or Unit: Spec Chem

Equipment or Instrument Name/Number: AEM-232

Is an equipment change involved? YES ___ NO X    If yes, attach the Process Change Form.

Reasons for Change: Reduce post added ammonia charge to 75% of previous amount; total ammonia charge is 90% of theoretical amount; add Vazo 64 booster amounts.

Detail of Change: Reduce post added ammonia charge to 75% of previous amount; total ammonia charge is 90% of theoretical amount; add Vazo 64 booster amounts.

Expected effects on Product Quality: N/A

---

<u>Class I PCA Check list:</u>   Will this change increase the hazard potential or other special considerations related to any of the following items:

| Item | Yes/No | Item | Yes/No | Item | Yes/No |
|---|---|---|---|---|---|
| Exothermal | NO | Pressure/Vacuum | NO | Emissions | NO |
| Process Temperature | NO | Particle Size | NO | Static Charge | NO |
| Flash Point | NO | Sample Hazards | NO | Pressure Relief | NO |
| Toxicity | NO | QC Testing | NO | RM Source | Yes |
| Raw Materials Spec. | NO | Other Product Characteristics | NO | | |

If any of the above checklist items answer is YES, reclassify to Class II.

Approved by:

Zeb Morgan                              7/3/2002
Technical

_____
Quality Control

_____
Production Superintendent

_____
Plant Superintendent

Change Completion Date: _____

Class I change inspected by: _____   Date: _____

**HHX-077**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0077054

**AEM-232**   using Escaid 110 for dispersing Vazo

Rev Date: 7/3/2002   PCA # 02SC-053
BATCH SIZE 44,047 lb   5,244 gal

Rx _____ to B/S _____   Prod. Date: _____

*Handwritten annotations:* 9# $SO_2$ / 100% / 5000 cc/min / 2.927 g/L

| | | | | | Time Start | Operator Initials |
|---|---|---|---|---|---|---|

**Oil Phase Make-up:**   REACTOR # ____   DATE ____   AM/PM ____

1. Charge  11789 lb   Escaid 110   to reactor.
2. Charge  415 lb     SMO          to reactor.
3. Adjust the oil phase to 100 - 120°F.                                  Temp. °F
4. Charge  830 lb     Hypermer B246 SF   to reactor, flush hose with 5 gallons of Escaid 110 taken from the reactor.

**Monomer Phase Make-up:**   MONOMER TANK # ____   DATE ____   AM/PM ____

5. Charge  11406 lb   AMD SOLUTION at   52.00% solids. Adjust charge as required for AMD solids.
6. Flush   6596 lb    WATER            through the AMD line into the Monomer Tank.   START AGITATOR
7. Charge  6074 lb    ACRYLIC ACID
8. Maintain the Monomer temp at 75 - 100°F and mix for 10 minutes.         Temp. °F
9. Charge  2940 lb    AQUEOUS AMMONIA (29%)                                 Start pH
10. Apply cooling while charging the Aq. Ammonia to keep the monomer between 100 - 110°F.   Temp. °F
11. pH should be 5.0 - 6.0. Hold as needed. Record Lbs Ammonia charged.    Final pH
    If pH is not in range, contact supervision.
12. Adjust the Monomer temperature to 100 - 105°F.                         Temp. °F
13. Charge  63 lbs    VERSENEX 80                                           Lot No.
14. Agitate for 5 minutes.
15. Check & adjust the final pH to 5.0 - 6.0 with AQ. AMMONIA or SULFURIC ACID.   Final pH

**Homogenization Phase:**   DATE ____   AM/PM ____

16. Transfer & homogenize the Monomer phase into the designated reactor.
17. Flush  830 lb     DI water through the Monomer tank and piping into the designated reactor.
18. Check bulk viscosity (120 - 180 cp).                                   Bulk Viscosity
19. Flush  660 lb     Paraffin Solvent through the reactor piping into the reactor.

**Reaction Phase:**   DATE ____   AM/PM ____

20. Sparge Reactor down to 100 ppm O2 and adjust the batch temp to 133 - 135°F using hot water.   O2 ppm
21. Charge  311 gr    Vazo 64 dispersed in   3.326 gal of Escaid 110; stop sparge before charging Vazo; restart when complete.
22. Start cooling as soon as the batch initiates. Maintain the batch temperature at 133 - 138°F. Record time initiation starts.
23. If the temperature cannot be maintained below 145. Air kill batch at 170°F, use air temper to reduce the rate of rise and to lower temperature to 133 - 138°F.
    Air kill batch at 170°F.
24. Maintain the batch temperature at 133 - 138°F for 120 minutes using cooling water. Shut off cooling water as needed to maintain temperature.
25. Reduce or stop cooling as necessary to maintain the batch temperature. At the end of the 120 min hold, add next Vazo catalyst.
    Record time 120 minutes from initiation is complete.
26. Charge  311 gr    Vazo 64 dispersed in   3 gal of Escaid 110; stop sparge before charging Vazo; restart when complete.
27. Maintain the batch temperature at 133 - 138°F for 60 minutes using cooling water. Shut off cooling water as needed to maintain temperature.
28. Charge  622 gr    Vazo 64 dissolved in   3 gal of Escaid 110. Record time catalyst is added.
29. Maintain the batch temperature at 133 - 138°F for 60 minutes or until cooling water flow is stopped for 15 minutes.
30. Charge  622 gr    Vazo 64 dissolved in   1 gal of Escaid 110. Record time catalyst is added.
    Allow the batch temperature to increase to 145 - 153°F. Hold batch at 145 - 153°F for 30 minutes.
    Heat batch to 145 - 153°F using hot water on coils if necessary.
31. Maintain the batch temperature at 145 - 153°F for 30 minutes.
32. Charge  622 gr    Vazo 64 dissolved in   1 gal of Escaid 110. Record time catalyst is added.
33. Maintain the batch temperature at 145 - 153°F for 30 minutes.
    Record time the 30 minute hold is complete.
34. Charge  622 gr    Vazo 64 dissolved in   1 gal of Escaid 110. Record time catalyst is added.
35. Maintain the batch temperature at 145 - 153°F for 30 minutes.
    Record time the 30 minute hold is complete.
36. Charge  622 gr    Vazo 64 dissolved in   1 gal of Escaid 110. Record time catalyst is added.
37. Maintain the batch temperature at 145 - 153°F for 30 minutes.
    Record time the 30 minute hold is complete.
38. Charge  622 gr    Vazo 64 dissolved in   1 gal of Escaid 110. Record time catalyst is added.
39. Maintain the batch temperature at 145 - 153°F for 30 minutes.
    Record time the 30 minute hold is complete.
40. Charge  622 gr    Vazo 64 dissolved in   1 gal of Escaid 110. Record time catalyst is added.
41. Maintain the batch temperature at 145 - 153°F for 30 minutes.
    Record time the 30 minute hold is complete.
42. Charge  622 gr    Vazo 64 dissolved in   1 gal of Escaid 110. Record time catalyst is added.
43. Maintain the batch temperature at 145 - 153°F for 30 minutes.
    Record time the 30 minute hold is complete.
44. At end of 30 minute hold sample for residual monomers.
45. If AMD > 200 ppm or if acrylic acid >1000 ppm, repeat steps 34 - 35.
46. If AMD < 200 ppm and AA <1000 ppm, cool batch to 100 - 104°F.

**Finishing Phase:**   BREAKER TANK # ____   DATE ____   AM/PM ____

47. Charge  1470 lb   AQUEOUS AMMONIA (29%)   to reactor. Maintain temperature at 100 - 104°F.
48. Charge  874 lb    ETHOXALATED ALCOHOL     to reactor.
49. Agitate for 30 minutes and pull two samples for lab.
50. Cool the batch to 72 - 81°F.
51. Upon approval, transfer the batch to Breaker A as directed by Supervision. Filter through 150 mesh socks.

CAUSTIC WASH    NO WASH                                                   Supt. Initials

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0077055

**AEM-232**

Rev Date: [illegible]
PCA #: [illegible]

Revisions

1/28/2002 Fixed error in ammonia calculation -- values shown as real ammonia rather than 29%; adjusted split to 60%/40% for neutralization/postadd arrive

| | #1 [illegible] BATCH 10X | 44,047 LB | | LB ACTUAL DISTR | | BOM | | Usages | |
|---|---|---|---|---|---|---|---|---|---|
| Oil Phase Make-up: | | | | | | | | | |
| Escaid 110 | 703.85 | 0.2675 | ##### | 11,780.32 | 11780.6725 | | 11,780 | Escaid 110 | 0.26463 |
| SMO | 27.85 | 0.0094 | ##### | 414.76 | | | 415 | Atmul SMO | 0.00942 |
| Hypermer 2234 SF | 16.00 | 0.0186 | | 820.32 | | | 220 | Hypermer 2234 SF | 0.01264 |
| PARAFFIN SOLVENT FLUSH | 44.44 | 0.0130 | | 666.30 | 820 834 | | 660 | AMO REAL | 0.23823 |
| | 822.11 | | | | 13883.3225 | | | % AMO | 53.5 |
| Monomer Phase Make-up: | | | | | | | | TOTAL WATER | 0.18639 |
| AMO REAL | 362.96 | 0.1347 | ##### | 5,931.20 | AMO% | | 11,649 | ACRYLIC ACID | 0.13730 |
| % AMO | | | | | 62.0% | 45.0% | | AQUEOUS AMMONIA (29%) | 0.10513 |
| TOTAL WATER | 812.67 | 0.2741 | ##### | 12,211.11 | 13671.3115 | | 9150 | VERSENEX 80 | 0.00143 |
| ACRYLIC ACID | 498.00 | 0.1375 | ##### | 6,072.05 | | | 6,371 | VAZO 64 | 0.00027 |
| AQUEOUS AMMONIA (29%) | 167.30 | 0.0067 | ##### | 4,645.800 | | | 2,948 | TOPOTCL 18-S-5 | 0.01664 |
| VERSENEX 80 | 4.74 | 0.0011 | ##### | 63.80 | | | 63 | | |
| MONOMER FLUSH WATER | 33.98 | 0.0188 | ##### | 836.37 | 829.9483 | | 830 | TOTAL | 1.00001 |
| | 1879.6 | | | | 27908.753 | | | | |
| VAZO 64 | 0.08 | 0.0000 | ##### | 1.17 | | | 1 | 622 grams | |
| Escaid 110 | 1.43 | 0.0003 | ##### | 23.13 | | | 22 | | |
| | | | | | | | | | |
| VAZO 64 | 0.08 | 0.0000 | ##### | 1.17 | | | 1 | 622 grams | |
| Escaid 110 | 1.43 | 0.0003 | ##### | 23.15 | | | 22 | | |
| | | | | | | | | | |
| VAZO 64 | 0.83 | 0.00227028 | 0.0002 | ##### | 8.18 | | | 18 | 4,351 grams |
| Escaid 110 | 2.68 | 0.0015 | ##### | 44.30 | | | 44 | | |
| | | | | | | | | | |
| Breaker / Emulsifier: | | | | | | | | | |
| AQUEOUS AMMONIA (29%) | 37.22 | 0.0136 | ##### | [illegible] | | | 1,676 | | |
| SUFFONIC L 24-7 | 50.83 | 0.0186 | ##### | 572.23 | | | 256 | | |
| | 2,984 | 1.0000 | | 44,047 | | | 44,047 | | |

| TOTAL AMO SOLUTION CHARGE | 11,488.84 |
| WATER IN AMO SOLUTION | 5,178.23 |
| AGAINST WATER | 8,305.27 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0077056

Notebook#2590-141
**AEM-232 lab scale-Ammonium Hydroxide formulation-2/11/02,**
**Oil dispersion of initiator**

| Raw Materials | Generic | Fw | Purity | Density | Notes |
|---|---|---|---|---|---|
| Escaid 110 | | | 100.00% | | |
| Arlacel 80AC | | 428.62 | 100.00% | | |
| Cytec-Hypermer B246 SF | 10480 | | 100.00% | | |
| Cytec-Acrylamide | | 71.08 | 52.00% | | |
| Cytec-Acrylic Acid | | 72.06 | 99.00% | | |
| Cytec-Ammonium Hydroxide | 9056 | 17.03 | 29.00% | 0.965 | 29.4% as NH3 |
| Cytec-Versenex 80 | 9184 | 503.26 | 40.00% | | 50% Solids |
| Cytec-Water | 5947 | 18.02 | 100.00% | 1.000 | |
| Vazo 64 | 9283 | 164.21 | 100.00% | | |
| Escaid 110 | | 592.14 | 100.00% | 0.865 | |
| Tergitol 15-S-9 | 9406 | | 100.00% | | |

| Formulation Ref. | 2590-080 | |
|---|---|---|
| Escaid 110 | 27.943% | wt % Total Batch |
| Arlacel 80AC | 0.931% | wt % Total Batch |
| Cytec-Hypermer B246 SF | 1.863% | wt % Total Batch |
| Cytec-Acrylamide | 50.00% | Mole % Polym. Composition |
| Cytec-Acrylic Acid | 50.00% | Mole % Polym. Composition |
| Cytec-Ammonium Hydroxide | 60.00% | Mole % Cytec-Acrylic Acid |
| Cytec-Versenex 80 | 0.060% | Mole % Cytec-Acrylamide |
| Vazo 64 | 25 | Molar ppm Monomer Charge |
| [Vazo 64] | 3.00% | wt. % Vazo 64 in Escaid 110 |
| Vazo 64 | 0 | Molar ppm Monomer Charge |
| [Vazo 64] | 3.00% | wt. % Vazo 64 in Escaid 110 |
| Vazo 64 | 100.00 | Molar ppm Monomer Charge |
| [Vazo 64] | 3.00% | wt. % Vazo 64 in Escaid 110 |
| Cytec-Ammonium Hydroxide | 40.00% | Mole % Cytec-Acrylic Acid |
| Tergitol 15-S-9 | 1.964% | wt % Total Batch |
| Weight % Active | 30.00% | Polymer as Salt, excl. Initiators |
| Scale | 1000.00 | |

**Composition Estimation (wt. %)**
| | | |
|---|---|---|
| Polymer as Salt | 30.0000% | Excl. Inititiators |
| Surfactants | 4.7550% | |
| Toluene | 0.2486% | |
| Initiators / Chelants | 0.0784% | |
| Oil | 27.9430% | |
| Water | 36.9750% | |
| | 100.0000% | |

**Excluding Burnout & Adj. Charges**
| | |
|---|---|
| wt. % Escaid 110 | 29.91% |
| wt. % Arlacel 80AC | 1.00% |
| wt. % Cytec-Hypermer B246 | 1.99% |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0077057

| Notebook#2590-141 | | | | | |
|---|---|---|---|---|---|
| Charges | moles | g / sld. | Charge | To Scale | wt. % |
| Escaid 110 | | | 74.594 | 838.29 | 27.9430% |
| Arlacel 80AC | | 2.485 | 2.485 | 27.93 | 0.9310% |
| Cytec-Hypermer B246 SF | | 4.973 | 4.973 | 55.89 | 1.8630% |
| Escaid 110, Line Flush | | | --- | | 0.0000% |
| Oil Phase | | | 82.052 | 922.11 | 30.7370% |
| | | | | | |
| Cytec-Acrylamide | 0.500000 | 35.540 | 68.346 | 768.08 | 25.6026% |
| Cytec-Acrylic Acid | 0.500000 | 36.030 | 36.394 | 409.00 | 13.6332% |
| Cytec-Water | | | 44.499 | 500.08 | 16.6694% |
| Cytec-Versenex 80 | 0.000300 | 0.189 | 0.377 | 4.24 | 0.1414% |
| Cytec-Ammonium Hydroxid | 0.300000 | 5.109 | 17.617 | 197.98 | 6.5995% |
| Cytec-Water, Line Flush | | | --- | | 0.0000% |
| Cytec-Water, Line Flush | | | --- | | 0.0000% |
| Aqueous Phase | | | 167.234 | 1,879.38 | 62.6461% |
| | | | | | |
| Vazo 64 | 0.000025 | 0.0041 | 0.004 | 0.0461 | 0.0015% |
| Escaid 110 | | | 0.133 | 1.49 | 0.0497% |
| Initiator Solution | | | 0.137 | 1.538 | 0.0513% |
| | | | | | |
| Vazo 64 | 0.000000 | 0.0000 | 0.000 | 0.0000 | 0.0000% |
| Escaid 110 | | | 0.000 | 0.00 | 0.0000% |
| Initiator Solution | | | 0.000 | 0.000 | 0.0000% |
| | | | | | |
| Vazo 64 | 0.000100 | 0.0164 | 0.016 | 0.18 | 0.0062% |
| Escaid 110 | | | 0.531 | 5.97 | 0.1989% |
| Burnout Solution | | | 0.547 | 6.15 | 0.2050% |
| | | | | | |
| Cytec-Ammonium Hydroxid | 0.200000 | 3.406 | 11.745 | 131.99 | 4.3996% |
| Tergitol 15-S-9 | | 5.235 | 5.235 | 58.83 | 1.9610% |
| Adjustments | | | 16.980 | 190.82 | 6.3606% |
| | | | | | |
| Batch Weight | | 92.988 | 266.950 | 3,000.00 | 100.000% |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0077058

Zeb,

To address the ammonia odor of the subject product as discussed during the 6/24/02 meeting, could you alter the PerForm SP9232 formulation as follows.

During the finishing phase of the process, reduce the amount of aqueous ammonia that is added by 25% of the current charge. The initial aqueous ammonia added prior to polymerization will remain at 60%, based on moles of acrylic acid, and the finishing phase amount will drop from 40% to 30% of the overall ammonia added to the system. This will lower the overall amount of ammonia added to the reaction from 100% of the charge ( based on moles of acrylic acid) to 90% and should help reduce the excess ammonia.

Please contact me with any questions.

Regards,

Brian Walchuk
Hercules Research Center
302-995-4428

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0077059

**EXHIBIT 78**

Date:      7/3/2002 8:00 AM
Sender:    BWalchuk@Herc.com
To:        Zeb Morgan
cc:        daphne_sprayberry@ma.cytec.com; robert_bressel@ma.cytec.com;
           Joseph_J._Kozakiewicz@st.cytec.com; DMichalopoulos@Herc.com;
           William.Freeman@Betzdearborn.com; JHarrington@Herc.com
Priority:  Normal
Subject:   PerForm SP9232 formulation change-ammonia reduction

Zeb,

To address the ammonia odor of the subject product as discussed during the
6/24/02 meeting, could you alter the PerForm SP9232 formulation as follows.

During the finishing phase of the process, reduce the amount of aqueous
ammonia that is added by 25% of the current charge. The initial aqueous
ammonia added prior to polymerization will remain at 60%, based on moles of
acrylic acid, and the finishing phase amount will drop from 40% to 30% of
the overall ammonia added to the system. This will lower the overall
amount of ammonia added to the reaction from 100% of the charge ( based on
moles of acrylic acid) to 90% and should help reduce the excess ammonia.

Please contact me with any questions.

Regards,

Brian Walchuk
Hercules Research Center
302-995-4428

Received: from usgmsnot01.gm.cytec.com (usgmsnot01.gm.cytec.com
[164.84.200.245]) by stnt01.cytec.com with SMTP
  (IMA Internet Exchange 3.14) id 0090AE3F; Wed, 3 Jul 2002
08:01:01 -0400
Received: FROM interlock.herc.com BY usgmsnot01.gm.cytec.com ;
Wed Jul 03
08:01:00 2002 -0400
Received: from csdnsg1.herc.com ([147.116.14.51]) by
interlock.herc.com with

**HHX-078**

CYT0000429

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

SMTP id IAA29598
 (InterLock SMTP Gateway ); Wed, 3 Jul 2002 08:01:00 -0400
Subject: PerForm SP9232 formulation change-ammonia reduction
To: zeb_morgan@ma.cytec.com
Cc: daphne_sprayberry@ma.cytec.com, robert_bressel@ma.cytec.com,
    Joseph_J._Kozakiewicz@st.cytec.com,
DMichalopoulos@Herc.com,
    William.Freeman@Betzdearborn.com, JHarrington@Herc.com
X-Mailer: Lotus Notes Release 5.0.2b  December 16, 1999
Message-Id: <OF46C0BF8D.87A2DF09-ON85256BEB.003F8C47@herc.com>
From: BWalchuk@Herc.com
Date: Wed, 3 Jul 2002 08:00:18 -0400
X-Mimetrack: Serialize by Router on CSDNSG1/Servers/Herc(Release
5.0.6a |January
17, 2001) at
 07/03/2002 07:51:45 AM
Mime-Version: 1.0
Content-Type: text/plain; charset=us-ascii

CYT0000430

**EXHIBIT 80**



**Brian L. Walchuk**
07/09/2002 07:11 AM

To: Zeb_Morgan@MA.cytec.com
cc: Daphne_Sprayberry@MA.cytec.com, Logan_A._Jackson@st.cytec.com, Louis_Rosati@st.cytec.com, Daniel L Michalopoulos/Jacksonville/NA/Herc@Hercules, John C Harrington/Jacksonville/NA/Herc@Hercules, Richard L. Brady/RCWilm/NA/Herc@Hercules, Fushan Zhang/Jacksonville/NA/Herc@Hercules, Robert A. Gelman/RCWilm/NA/Herc@Hercules, Martha G. Hollomon/RCWilm/NA/Herc@Hercules, William Freeman/Plaza/NA/Herc@Hercules
Subject: Re: Perform SP 9232 Specification

Zeb,

The specifications listed seem reasonable based on data to date and should be effective for evaluating batches. The values for the SV, 0.5% viscosity and their ratio may be narrowed at a later time when we have enough historical data to justify a change.

Brian Walchuk
Hercules Research Center
302-995-4428
Zeb_Morgan@MA.cytec.com



**Zeb_Morgan@MA.cytec.com**
07/03/2002 04:53 PM

To: BWalchuk@Herc.com, Louis_Rosati@st.cytec.com, Logan_A._Jackson@st.cytec.com
cc: Daphne_Sprayberry@MA.cytec.com
Subject: Perform SP 9232 Specification

Brian,

I have attached a copy of the proposed specification. Please review.

Thanks.

We implemented the NH3 on the 7/3/02 batch.

Have a good 4th!

Zeb



PerformSP9232spec.rt



**HHX-080**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0065154



| | | PRODUCT |
|---|---|---|
| occulants & Reagents | | AEM-232 |
| Target Properties | | Perform SP 9232 |

| DATE | SUPERCEDES | REVIEW BEFORE | |
|---|---|---|---|
| 07/1/02 | 06/20/02 | 07/03 | SHEET 1 of 2 |

| General Properties | Target | Method |
|---|---|---|
| *Polymer Solids (%) | 26.14 +/- 0.5 | Theoretical |
| Parameter | Specification | Method of Analysis |
| pH of 0.5% Solution | 6 - 9 | QCP-042; refer to QCP-132 for sample preparation |
| Bulk Viscosity, cps\mPas (#2 spindle at 60 rpm) | 100 to 500 | QCP-009A |
| Viscosity at 0.5% Solution, cps\mPas (#3 spindle at 12 rpm) | 3000 - 8000 | QCP-132 |
| Standard Viscosity, cps\mPas | 3.75 – 7.25 | QCP-058 |
| 0.5% Viscosity/Standard Viscosity | 1000 minimum | TBD |
| Residual Acrylamide, ppm | 200 ppm, maximum | QCP-104 |
| Oven Solids, % | 31 - 36 | QCP-045 |
| Appearance | Yellow to Amber liquid | QCP-006 |
| Residual Acrylic Acid, ppm | 1000 ppm, maximum | QCP-104 |
| Coagulum, % (% polymer basis) | 0.2% maximum | QCP-013 |
| Insolubles, % (% polymer basis) | 0.3% maximum | QCP-057 |

Special Notations:
These are target properties; *Polymer solids is a proprietary property of this product and is not for public disclosure.

REVIEWED BY

| | Date | | Date |
|---|---|---|---|
| r. Morgan | 07/1/02 | | |
| J. Kozakiewicz | 01/30/02 | | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0065155

APPROVED BY

*Daphne L Sprayberry* (signature)

Daphne Sprayberry          Date: 07/1/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0065156



cculants & Reagents
Target Properties

| | PRODUCT |
| | AEWM-232 |
| | Perform SP 9232 |

| DATE | SUPERCEDES | REVIEW BEFORE | |
|---|---|---|---|
| 07/1/02 | 06/20/02 | 07/03 | SHEET 1 of 2 |

**DATE**     **REASON FOR REVISION**

01/23/02     New.

01/30/02     Added values and QCP for pH of 0.5% solution; changed 0.5% viscosity from 4000-5000 to 3000-8000; added values for oven solids (32-38); changed coag max from 0.5 to 0.2%; changed insols max from 0.5 to 0.3%; dropped standard viscosity.

06/20/02     Add 0.2% viscosity; add standard viscosity.

07/01/02     Change pH of 0.5% Solution from 7 – 10 to 6 – 9; change Bulk Viscosity from 100 – 400 to 100 – 500; change 0.5% Viscosity from 3000 – 8000 to 3750 – 8000; drop 0.2% viscosity; change Standard Viscosity from 3.5 – 5.5 to 3.75 – 7.25; change Oven Solids from 32 – 38 to 31 – 36; Include Perform SP designation; add 0.5% Viscosity/Standard Viscosity ratio.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0065157

# EXHIBIT 83

**Satterfield Brian WP CH**

| | |
|---|---|
| From: | Satterfield Brian WP CH |
| Sent: | Freitag, 19. Juli 2002 09:11 |
| To: | Almond Dave WP US; Azzimonti Roberto WP IT; Broadbent Barrie WP GB; Gravena Roberto WP BR; Herren Fritz WP CH; Kelly Ted WP SG; Marohn Eric WP US; Newton Richard WP GB; Steck Joerg-Christian WP CH; Tarnowski Brian WP GB; Hawthorne Edmur WP BR; Johnston Howard WP GB; Lloyd Terry CA US; Ong Teck Beng WP SG; Phillippe Irenee WP CH; Satterfield Brian WP CH; Simeone Pete WP US; Tremont Steve WP US |
| Cc: | Mapp Mark LE US; Cordier Dave WP US |
| Subject: | Hercules / PolyFlex Licenses |
| Importance: | High |

 

Herc_Polyflex_RO   Herc_Polyflex_Asia.
W.doc (komprim...   doc (kompri...

BLP GSOP & BLP Marketing,

As discussed last week, these are the standard letters to be used in Asia/Pacific, South America, & Europe concerning our intention not to extend Hercules' Polyflex rights in these regions.

NAFTA RSOP;

As discussed at the GSOP, you guys need to discuss (asked ST to put on the agenda) and agree if you want to give site licenses to the following customers requested by Hercules below. At April GSOP we agreed to try this approach based on IP, Domtar. Mark Mapp has agreed to a one year extension on a small scale....Hercules' "A List". If you guys can let us know yes or no on the accounts then Irenee will get the contract in place with Hercules. All other Polyflex accounts should be pursued.

Dave A.,

We should probably talk live about SecondWave since your illness did not allow you to attend the last GSOP. I will be in Suffolk next Thursday & Friday as well. Since your mailbox will be overflowing on you return back to USA I have cc DC so he can think about this important decision.

Brian T., Can you please include in the July GSOP minutes.

Thanks
Brian


-----Original Message-----
From: JDavis1@Herc.com [mailto:JDavis1@Herc.com]
Sent: Dienstag, 2. Juli 2002 22:02
To: Satterfield Brian WP CH
Cc: RRoyce@Herc.com
Subject: PolyFlex Licenses


Brian,
I hope all is well with you.

Richard and I have discussed the PolyFlex license issue and would like to suggest the following...

    Ciba should propose a license agreement for PolyFlex CP.3 for a list of current Hercules customers ("A list") where we can quickly implement the agreement.

    These customers are

**HHX-083**

International Paper, Roanoke Rapids, NC
International Paper, Pine Bluff, LA
Finch Pruyn, Glens Falls, NY
Interface Solutions, Beaver Falls, NY
Interface Solutions, Fulton, NY

We can negotiate the details... length, price, etc. for those specific customers as quickly as possible. Once we get a baseline agreement in place, we can look for opportunites to add other accounts, regions, etc.

I appologize that it took so long to respond, I was in Europe and on Vacation. I will be available all next week to discuss any questions.

Best regards,
Jim
CONFIDENTIAL - C.A. No. 04-293

CIBA 018832