# EXHIBIT 86

Cytec Industries Inc                                                                  08/16/02

**Meeting Minutes: Hercules AEM 232 Manufacture**
**Friday 16 August, 2002. 2:00 pm EDT**

**Attendees:** L. Rosati, L. Jackson, C. Watson, P. Waterman, Z. Morgan, D. Sprayberry

**Scribe:** L. Jackson

**Forecast.** We should have a better read on the demand forecast after meeting with Hercules week of 8/19/02. Currently demand in EU is for 43,000 lb in August and 43,000 lb in October. Orders for material for trials have started to arrive in Eu. Approximately 46 totes of material are currently in stock at Botlek (100,000 lb). Currently 15000 lbs of material has been ordered from this stock. The bulk of the orders are not expected until September. Early deliveries are tote, bulk orders not expected until Nov. All Eu accounts must be converted by year-end 2002. Start-up for Oct 7 at Botlek is on schedule.

**European Pricing.** Firm pricing on the raw materials is still required to finalize pricing. The price for Hypermer B246 has not been confirmed and is pending. When pricing is confirmed final product pricing with be done by K. Wilson. Hypermer B246 has yet to be order for Botlek production. It is planned that an order will be place by end of week 8/19.

**Mobile Status.** Production of AEM 232 has historically been carried out in reactor D. Reactor D is currently down for repairs. Reactor D will come back on line week of 8/19. Reactor C was set-up to cover for Reactor D during repairs. Long term production of AEM 232 will be carried out in reactor D. Current Mobile inventory is ~50,000 lb.

**Botlek Start-up.** Botlek is schedule to be ready for start-up on Oct 7, 2002. The job order for the project has been completed and approved. The detailed engineering is near complete and the long lead time items have been placed on order. A small issue with permitting to the DCMR is being address. This is not expected to push back the scheduled start-up date.

**Hercules Specification.** Finalized product and performance specifications are pending from Hercules. We will contact J. Harrington to determine the status of the performance specification.

**Botlek Contingency Plan.** An additional batch of AEM 232 (BGVV) will be prepare in MA to protect against project overruns and start-up difficulties in Botlek. Lead time required is one month if contingency is exercised. Drop-dead date for producing is Sept 6. Match would be in inventory for ~1 –2 months. C. Watson will confirm Sept 6 date.

**Action items.**

1. Update demand 8/20 (CW).
2. Update sub-team to status of contingency plan week of 8/19 (LAJ).
3. Confirm B246SF ordering for BO 8/19 (DS).
4. Contact J. Harrington to determine status of performance specifications 8/19 (LAJ).
5. Communicate to J. Harrison et. al. the current plan forward 8/19 (DS).

1

**HHX-086**

CYT0002055

# EXHIBIT 89

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

Date:     9/30/2002 8:33 AM
Sender:   JHarrington@Herc.com
To:       Logan_A._Jackson@st.cytec.com
cc:       Zeb Morgan
Priority: Normal
Subject:  Re: Re[2]: Rheometer

Logan,

I could establish a product spec utilizing a rheometer like the TA model
that is to be installed at the Mobile plant, but as we discussed in the
audio meeting of 9-20-02, there are 2 other Cytec plants that are not
planning on procuring this instrument. The lowest cost model capable of
doing what we currently do is about $ 30K.

We are investigating a $3K Brookfield instrument which would do a different
test than the above, but may be able to differentiate product lots. Three
different sample lots sent to Brookfield correlated with the other test. We
expect delivery on the instrument shortly and will evaluate more thoroughly
to determine it's capabilities. Will let you know how that comes out.

John


             Logan_A.
             _Jackson@st.cytec.c        To:
             Zeb_Morgan@MA.cytec.com,

                     om
             JHarrington@Herc.com

                                       cc:

**HHX-089**

CYT0000560

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

09/29/2002 10:38 AM     Subject: Re[2]: Rheometer

John,

What is our current status on set/finalizing products specs?

Regards,

Logan

_____ Reply Separator
_____
Subject: Re: Rheometer
Author:  JHarrington@Herc.com at Internet
Date:    9/20/02 8:04 AM

Zeb,

Thank you for the information. If this would be available for a QC test for

9232, then I can provide you with a test procedure. We utilize a similar
instrument as one of our QC methods to qualify 9232 lots.

I would like to know the specifics on the geometries you would be obtaining

with this instrument. If it is a cone and plate, could you find out the
cone diameter and angle?

CYT0000561

Thanks, and talk to you soon.

John

|  |  |  |
|---|---|---|
| Zeb_Morgan@MA.cytec.com | To: | JHarrington@Herc.com, Logan_A._Jackson@st.cytec.com |
| 09/19/2002 | cc: | |
| 05:09 PM | Subject: | Rheometer |

John,

This is the instrument coming to the Mobile plant.

http://www.tainst.com/products/ar2000.html

Zeb

Received: from usgmsnot01.gm.cytec.com (usgmsnot01.gm.cytec.com [164.84.200.245]) by stnt01.cytec.com with SMTP
  (IMA Internet Exchange 3.14) id 00A186C2; Fri, 20 Sep 2002 07:55:35 -0400

CYT0000562

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

Received: FROM interlock.herc.com BY usgmsnot01.gm.cytec.com ;
Fri Sep 20
07:55:34 2002 -0400
Received: from csdnsg1.herc.com ([147.116.14.51]) by
interlock.herc.com
with
SMTP id HAA19923
  (InterLock SMTP Gateway for <Logan_A._Jackson@st.cytec.com>);
  Fri, 20 Sep 2002 07:55:40 -0400
Subject: Re: Rheometer
To: Zeb_Morgan@MA.cytec.com
Cc: Logan_A._Jackson@st.cytec.com
X-Mailer: Lotus Notes Release 5.0.2b  December 16, 1999
Message-Id: <OFED85F916.B47E6C6D-ON85256C3A.0041D929@herc.com>
From: JHarrington@Herc.com
Date: Fri, 20 Sep 2002 08:04:00 -0400
X-Mimetrack: Serialize by Router on CSDNSG1/Servers/Herc(Release
5.0.6a
|January
17, 2001) at
 09/20/2002 07:54:17 AM
Mime-Version: 1.0
Content-Type: text/plain; charset=us-ascii


Received: from usgmsnot01.gm.cytec.com (usgmsnot01.gm.cytec.com
[164.84.200.245]) by stnt01.cytec.com with SMTP
  (IMA Internet Exchange 3.14) id 00A38DD5; Mon, 30 Sep 2002
08:24:48 -0400
Received: FROM interlock.herc.com BY usgmsnot01.gm.cytec.com ;
Mon Sep 30
08:24:44 2002 -0400
Received: from csdnsg1.herc.com ([147.116.14.51]) by
interlock.herc.com with
SMTP id IAA23332
  (InterLock SMTP Gateway for <Zeb_Morgan@ma.cytec.com>);
  Mon, 30 Sep 2002 08:24:54 -0400
Subject: Re: Re[2]: Rheometer
To: Logan_A._Jackson@st.cytec.com
Cc: Zeb_Morgan@ma.cytec.com
X-Mailer: Lotus Notes Release 5.0.2b  December 16, 1999
Message-Id: <OFC145FA35.2B494D07-ON85256C44.004439AF@herc.com>
From: JHarrington@Herc.com
Date: Mon, 30 Sep 2002 08:33:19 -0400
X-Mimetrack: Serialize by Router on CSDNSG1/Servers/Herc(Release
5.0.6a |January
17, 2001) at

CYT0000563

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

09/30/2002 08:23:15 AM
Mime-Version: 1.0
Content-Type: text/plain; charset=us-ascii

CYT0000564

# EXHIBIT 90

**Jackson, Logan**

| | |
|---|---|
| From: | Zeb Morgan [Zeb Morgan at CHEMMA01] on behalf of Zeb Morgan |
| Sent: | Friday, October 04, 2002 12:38 PM |
| To: | Paul S. Waterman; Pieter de Laat; Logan A. Jackson; Louis Rosati; Cindy Watson; Daphne Sprayberry |
| Subject: | Re[2]: Update on Perform SP9232 batches at Mobile |

Paul,

The issue here is the ratio 0.5%/SV. About 80% of the time this works well to characterize the polymer - 20% of the time it does not. The 20% is obviously the problem.

Hercules is working on a test method (not performance type) that should resolve this issue. Until then, they are reluctant to change the ratio test target.

John Herrington is checking out an inexpensive rheometer to run the test (~$3k).

The SV on the 10/3 batch has been rerun and the SV determined to be 6.1 (not 7.1) so the 10/3 batch is okay to ship as well.

Zeb

_____Reply Separator_____
Subject:   Re: Update on Perform SP9232 batches at Mobile
Author: Paul S. Waterman
Date:       10/4/2002 1:11 PM

    If the results come back will we reset specifcations? When will we
    finalize on specs for these products?


_____Reply Separator_____
Subject: Update on Perform SP9232 batches at Mobile
Author:   Daphne Sprayberry at CHEMMA01
Date:       10/04/2002 10:45 AM

The batch of Perform SP9232 from 10/2/02 meets specifications and is released
for shipment.

The batch from 10/3/02 does not meet the 0.5% Viscosity/Standard Viscosity ratio minimum
of 1000.  The result was 944.

The batch on 10/4/02 is currently in batch up.

Samples from all 3 batches will be sent to Hercules (today & Monday) for
performance testing.  We expect results from Hercules on the 10/3/02 batch by
Monday at noon.  Batches in this range have historically been released after
performance testing by Hercules.

Pieter, Logan, Zeb - good luck on Tuesday in Botlek.

Thanks,
Daphne

1

**HHX-090**

CYT0000917

# EXHIBIT 91

From: JHarrington@Herc.com
Sent: 10/15/2002
To: Logan A. Jackson; Watson, Cindy; Morgan, Zeb; WFreeman@Herc.com; JDavis1@Herc.com
Cc:
Bcc:
Subject: Brookfield Instrument

---

The proposed instrument is the Brookfield YR-1 yield rheometer (RV range).
The quoted cost is $ 2995.00, and lead time is running one to two weeks.
This is a new instrument for them and is not available for volume discount
if three units are purchased. European voltage is readily available; the
end user country must be specified in the order.

A PC with Windows 95 / 98 is also required to download the raw data, which
is utilized to calculate the material property. Software in the form of 4
diskettes is provided with the purchase.

The correlation to date with the current method and the YR-1 is very good.
I will be conducting some additional experiment this week, and will provide
a recommendation upon completion.

Additional information about the YR-1 is available on their web site at
www.brookfieldengineering.com. My contact has been Jim Kundzicz at
800-628-8139 x 115.

Please contact me should you have any further questions.

John

I just received the Botlek batch - will provide results shortly.

---

Attachment: ..\email\JEML000053^RFC822_message_headers.txt

**HHX-091**

CYT0000385

**EXHIBIT 95**

**Cytec Industries**

| | | | |
|---|---|---|---|
| To: | Jim Davis | | November 21, 2002 |
| | Hercules | | cc: P. Key |
| | | | C. Watson |
| From: | John Mangano | | M. Wilde |
| | Cytec | | |
| Subject: | Comments on Custom Manufacturing Agreement | | |

Jim:

As a follow up to our meeting, one of the action items was for you and I to look and agree on "commercial issues" as we get item 10 worked out.

I have reviewed the agreement as it stands now and I recommend we add/delete/change the following:

Item 3.11 Forecast
- I recommend that the time fence of six (6) months be changed to twelve (12) months
- OK as long as they realize this will be a SWAG- also, as time goes on, who will be responsible for doing this every month???

Item 3.13 Modifications
- Second sentence should read. *If the modification affects the cost of producing the Product, the charge mentioned in Article 4.1 shall be negotiated to be adjusted appropriately.*
- I cannot find the exact language this refers to but this should be OK.

ARTICLE IV **CHARGES**

| Product | Bulk | NRC Tote | Drum | Pail |
|---|---|---|---|---|
| Perform SP9232BG | 1.30 eu/kg | 1.39 eu/kg | 1.39 eu/kg | 1.678 eu/kg |

Above pricing is FOB ex Works Botlek

| Product | Bulk | NRC Tote | Drum | Pail |
|---|---|---|---|---|
| Perform SP9232 | $0.51 lb. | $0.58 /lb. | $0.56 /lb. | $ 0.90 /lb. |

Above Pricing is FOB Mobile, AL for Bulk and FOB Cytec's Distribution Centers for packaged material

If Hercules requires BgVV compliant product ex Mobile, there will an additional $0.06 / lb. added to the above prices. An additional 30 day lead time will also be required to ship product.

Have we settled on this $.51 as a price?? We should be implementing the use of the SO2 burnout soon which should cut off 2 hours in the kettle. Can we get a price reduction for this based on the comments in 3.13 above??

ARTICLE V **TERMS OF PAYMENT**

**HHX-095**

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0107026

> ➤ Should read – *Cytec shall invoice Hercules the agreed upon charge of the product upon completion of manufacturing and shipping to Hercules or it's designated ship point. Payment of the invoice shall be due within 45 days of date of invoice*

OK

ARTICLE VI **CHANGE NOTIFICATION**
> ➤ Jim, this should be removed, we can't do this anyway due to other contractual limitations

I do not know what this is refering to, my last version must be different

| Cytec Industries | page 2 |
|---|---:|

ARTICLE XIII **INTELLECTUAL PROPERTY AND CONFIDENTIALITY**
> ➤ Section 13.2 GRANT
>   - Need to **add** in (ii) *Sites may be Cytec's Distribution centers.*

We also need to add back in the clause that pertains to 100% of buyer's requirements. I fully understand what procurement is saying and I propose the following:

> ➤ *Cytec will manufacture 100% of buyer's global requirements for AEM –232. If Cytec cannot be competitive in a region where as Cytec does not have manufacturing capabilities, Hercules may present to Cytec a lower cost of goods. Cytec has the right of first refusal to honor that cost. Region being defined as North America, Latin America, Europe, and Asia Pacific.*

I am OK with this

⇒ I do not see any length of this agreement in here; I propose this agreement to have the wording like:

*The Custom Manufacturing Agreement shall have an initial term of (signing date) until 12/31/2004. The parties shall meet in good faith annually in October of each year to renegotiate the price applicable to the following year. Should the parties agree on an adjustment to the then current price, such adjustment shall be reflected in a written amendment to this agreement executed by authorized representatives of the parties. Should the parties fail to agree on an adjustment by November 30th. the then current purchase price shall remain in effect. Either party may terminate this agreement from it's initial term and subsequent terms with 120 days written notice to the other party not withstanding anything else to the contrary in the Agreement.*

*Is this agreement assignable or is this not an issue since it can be terminated with 120 days notice??*
When you get a chance to review let me know and then we can forward.

John

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0107027