# EXHIBIT 6

# PROCESS   TRANSMITTAL

## POLYLEX CP

## PAPER PRODUCT   3310

### DATE   12/2/93

### SECTIONS  1 - 8

### COPY NO.:_____

**CYTEC CONFIDENTIAL**

PHX006

PLAINTIFF'S DEPOSITION
EXHIBIT

CIBA 011356

CONFIDENTIAL
C.A. No. 04-293

3.0.  Laboratory, Prep Lab, Pilot Plant, and Plant Studies

Poly flex CP

Paper Product  3310

M. O'Toole, L. Jackson, L. Pawlowska,

D. Honig, J. Sedlak and E. Harris

Approved:_____
D. L. Dauplaise

CYTEC CONFIDENTIAL

CIBA 011446

CONFIDENTIAL
C.A. No. 04-293

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011447

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011448

REDACTED

CYTEC CONFIDENTIAL

CIBA 011449

CONFIDENTIAL
C.A. No. 04-293

**REDACTED**

### 3.2.1.2.  Acid Neutralizer Substitution

Initially the acrylic acid was neutralized with sodium hydroxide. However, the change was made to ammonium hydroxide because sodium acrylate has lower solubility which takes longer to neutralize and may cause the pH to increase above the set value during neutralization. Several emulsions were prepared in the lab and characterized (Table 3.2.1.2.). No differences were observed. The differences in particle size and 0.2% bulk viscosity are due to the short reaction times of the sodium acrylate series.( A/O = 0.9/1, E/M = 0.45 for all and DTPA as the chelate for the NaOH neutralized samples.)

**REDACTED**

**CYTEC CONFIDENTIAL**

CONFIDENTIAL
C.A. No. 04-293

CIBA 011450

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011451

3-4

### 3.2.3.2. Atlas 1086 and Other Cosurfactants

Replacing either Arlacel 83 or Atlas G-1086 or both with other nonionic surfactants of the same class are being considered because of the inversion temperature effect and the monomer appearance changes. In addition, Arlacel 83 has an HLB far away from the optimum and Atlas G-1086 has an HLB that is very near. Also the measured HLB may not be the actual HLB at the interphase. Emulsions were prepared with Arlacel 80 (HLB = 4.3) and Span 20 (HLB = 8.6) which are both sorbitan monolaurates. Table 3.2.3.2. shows the results. Both had much higher residuals than normal with Arlacel 80 being the worse which indicates something differnt at the interphase. Also, the Span 20 sample was an orange clear color.

Candidates to replace Atlas G-1086 are Tween 85 (HLB = 11, POE (20) sorbitan trioleate, ICI Americas Inc.) and Atlas G-1096 (HLB = 11.4, POE (50) sorbitol hexaleate). Usually increasing the size of the surfactant will produce greater emulsion stability.

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011452

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011453

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011454

3-7

**REDACTED**

3.2.4.2. Development of a Proposed Residual Reduction Method.

Since reasonably low residual monomer levels can be obtained by using the t-BHP/SO$_2$ or VAZO-52 thermal initiator, it is reasonable to assume that a combination of the two methods would provide a means of achieving acceptable monomer levels. In the following reactions the t-BHP/SO$_2$ initiator system was used as the primary initiator and V-52 was used as a secondary initiator or monomer scavenger. The V-52 was added at the reaction Tmax of the second polymerization step. The SO$_2$ flow (20 mL/min, 0.1 % SO$_2$ in N$_2$) was continued at a constant level throughout the first and second polymerization steps reaction.

The results of four reactions were compared to evaluate the effectiveness of using V-52 as a post exotherm monomer scavenger. The control reaction (constant SO$_2$ flow, 20 mL/min; monomer phase pH = 8.0) was taken from Table 3.2.4. (17253-104-(001-006)). The data for the experiments where V-52 was added at the reaction Tmax are shown in Table 3.2.4.2 and Figure 3.2.4.2. It can be seen that increasing levels of V-52 resulted in lower final total residual monomer.

**CYTEC CONFIDENTIAL**

CONFIDENTIAL
C.A. No. 04-293

CIBA 011455

3-8

This level of V-52 and residual reduction time would be a reasonable starting point for further development. On the pilot and commercial scale fine tuning of $SO_2$ flow rates and amount of V-52 added will allow for development of minimum process cycle times.

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011456

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011457

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011458

**REDACTED**

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011459

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011460

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011461

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011462

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011463

REDACTED

4/89

CYANAMID CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011464

**REDACTED**

CONFIDENTIAL
C.A. No. 04-293

CYTEC CONFIDENTIAL                    CIBA 011465

REDACTED

CYTEC CONFIDENTIAL

CYANAMID CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011466

REDACTED

CYTEC CONFIDENTIAL

CIBA 011467

CONFIDENTIAL
C.A. No. 04-293

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011468

REDACTED

CYTEC CONFIDENTIAL

CIBA 011469

CONFIDENTIAL
C.A. No. 04-293

REDACTED

CYTEC CONFIDENTIAL

CIBA 011470

CONFIDENTIAL
C.A. No. 04-293

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011471

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011472

REDACTED

CYTEC CONFIDENTIAL

CIBA 011473

CONFIDENTIAL
C.A. No. 04-293

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011474

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011475

REDACTED

CYTEC CONFIDENTIAL

CIBA 011476

CONFIDENTIAL
C.A. No. 04-293

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011477

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011478

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011/

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011480

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011481

REDACTED

CYTEC CONFIDENTIAL
CONFIDENTIAL
C.A. No. 04-293

CIBA 011482

**REDACTED**

CYTEC CONFIDENTIAL
CONFIDENTIAL
C.A. No. 04-293

CIBA 011483

REDACTED

CYTEC CONFIDENTIAL
CONFIDENTIAL
C.A. No. 04-293

CIBA 011484

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011485

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011486

**REDACTED**

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011487

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011488

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011489

**REDACTED**

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011490

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011491

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011492

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011493

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011494

REDACTED

CYTEC CONFIDENTIAL

CONFIDENTIAL
C.A. No. 04-293

CIBA 011495