# EXHIBIT 21



| Alkaline Printing and Writing Drainage Aid Program Steering Team Meeting | Date: 2/20/01 | Attendees: Dan Michalopoulos, Ed Connors, Bob Gelman, Diane Jorgensen, DJ Monagle, B.Freeman, John Hochu, Bill Carey, Jim Davis | Sheet 1 of 1 Distribution: Attendees + Richard Royce, |
|---|---|---|---|
| Completed by Bill Freeman | | | |

Listed below are the issues discussed and agreed at the above meeting. The actions assigned were committed to. Relevant material presented or reviewed is attached or referenced in the text

| # | Issue | Action Required / Status | Resp | Date | Comp'd |
|---|---|---|---|---|---|
| 1 | Need estimate of capital to scale up HAP emulsion in Hercules plants | Diane to develop estimate for Beaumont and Europe location | DJ | 4/20 | |
| 2 | Redacted | Redacted | DLM | 4/9 | |
| 3 | Need legal/patent update at every meeting | Add legal update to agenda for every meeting | WLF | 4/19 | |
| 4 | Need to determine if the ASP name and Advanced Structured Polymer can be used as a name | DJ to do trademark search for ASP and Advanced Structure Polymer | DJM | 3/29 | |
| 5 | Need to re-examine the activity of 2496-61 emulsion product produced last year | Dan to get sample re-evaluated for activity as a microparticle and in anionic psuedostar testing | DLM | 4/19 | |
| 6 | Redacted | Redacted | DLM | 4/19 | |
| 7 | Determine if HASE type polymers could be modified to work for this application | Bill Carey to contact Paul Gillette (Aqualon) to make inquiries with suppliers | BC | 4/19 | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A
NO. 04-293 (KAJ)

Exhibit: 274
10/18 2006 Reporter: J.Segal

HERC0022172

| | | | |
|---|---|---|---|
| 8 | Need to ID other tollers for powders besides SNF/Cytec | Diane/Ed to do search for other tollers | DI/EC | 4/19 |
| 9 | Need to determine what Cytec R&D can contribute for a Polyflex replacement- separate from ASP at this time | Bill Freeman to set up meeting with Cytec Business and R&D to discuss potential ideas and path forward | WLF | 4/19 |
| 10 | | | | |
| 11 | | | | |

NEXT Meeting — April 19, 800-1000 AM in Wilmington Research Center

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0022173

# EXHIBIT 22

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELAWARE C.A. No 04-293 (KAJ)

Author: John McCartney at chemgm01
Date: 7/25/01 8:46 AM
Normal
TO: John Mangano at CHEMGM05
TO: Joseph J Kozakiewicz at CHEMST06
CC: Logan A. Jackson at CHEMST05
TO: P. Key at CHEMEU02
TO: Louis Rosati at CHEMST05
Subject: Re[3]: Hercules
------------------------------ Message Contents

Guys,

Based on the information in the application, do we have any insight into the chemistry they are using?, Possible barriers they might have getting the chemistry into a usable form. Could we develop this chemistry more effectively than Hercules?

John Mc

_____ Reply Separator

Subject: Re[2]: Hercules
Author: Louis Rosati at CHEMST05
Date: 7/24/01 8:40 AM

People,

The referenced document is not yet a patent, it is still in the application stage.

Application WO 0140758 to Hercules is titled "Method for using hydrophobically associative polymers in preparing cellulosic fiber compsositions, and cellulosic fiber compositions incorporating the hydrophobically associative polymers".

In the initial literature search the examiner has cited Flesher US 4,702,844 as "a document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to be involve an inventive step when the document is taken alone"

Of course, Hercules has a chance to argue against, and to modify their application further to get around the examiner's objections.

If anyone is interested I have a copy (60 pages) of the application.

Lou




CYT0009987

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELAWARE C.A. No. 04-293 (KAJ)

_____ Reply Separator

Subject: Re: Hercules
Author: John McCartney at chemgm01
Date: 7/23/01 11:51 AM

Joe,

This is the patent we discussed at the June meeting in GM. Indication from my contacts indicate that they are struggling with the form of this technology, ie either low solids or some other handling issue that may prevent the chemistry from being viable at this time. Guidance was interested in knowing if we could improve on it. Also wanted to let us know what chemistry was currently being evaluated as a Polyflex replacement.

McCart

_____ Reply Separator

Subject: Hercules
Author: John Mangano at chemgm01
Date: 7/23/01 10.15 AM

_____ Forward Header

Subject: Hercules
Author: P. Key at CHEMEU02
Date: 7/21/01 10:31 AM

CAM's and gentlemen

Please find attached the report highlighting the quality advantage of the LINE 7 products compared to Hercules current SNF products. The samples were sent by Hercules for this comparison.

In addition

1. Hercules Europe have filed a patent for a " polyflex replacement", keeping in mind that they have indicated SNF's willingness to work with them on this ( Rod,

CYT0009988

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELAWARE C.A. No. 04-293 (KAJ)

are we aware of this?)

The inventor was John Harrington
The file No is WO 0140578

2. Jim(currently in US) again stated that Hercules are very unhappy of the lack of pace in bringing forward a replacement "polyflex" alternative which he confirmed had been suggested by Cytec as an option ( current new technology)

To emphasise the situation, Jim again commented that if SNF DO manage to help them then the retention grade dry volume will almost certainly be BOUND to them by this

3. Jim is hopeful that Cytec will respond with opportunities along the patent filing for further development cooperation?


Regards
Paul

CYT0009989

**EXHIBIT 24**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

Jackson, Logan

From: Joseph J. Kozakiewicz [Joseph J. Kozakiewicz at CHEMST06] on behalf of Joseph J. Kozakiewicz
Sent: Monday, September 24, 2001 12:08 PM
To: Louis Rosati; Logan A. Jackson; Shirley Chen; John McCartney; John Mangano
Subject: Re[2]: Samples For Hercules Evaluation

John,

Sounds good to me. We can also tell them that they are anionic PAMs.

Joe

---------- Reply Separator ----------
Subject: Re: Samples For Hercules Evaluation
Author: John Mangano at chemgm01
Date: 9/24/01 7:08 AM

I think we should be consistent and say they are different MW, various molecular features and different emulsion characteristics.

Joe is this OK

---------- Reply Separator ----------
Subject: Samples For Hercules Evaluation
Author: Joseph J. Kozakiewicz at CHEMST06
Date: 9/23/01 8:44 AM

Logan and Shirley,

Please handle. Both John's, please provide them only with generic information on the samples. Let me know how you are going to describe them to Hercules.

Joe

---------- Forward Header ----------
Subject: Samples For Hercules Evaluation
Author: John McCartney at chemgm01
Date: 9/21/01 12:20 PM

Joe,

Please arrange to have the developmental product samples for Hercules sent to:

John Harrington
Hercules Inc.
7510 Baymeadows Way
Jacksonville, FL 32256
Tele: 904-733-7110

Also please confirm back to me when they are sent, how many and as well as a brief description of each that can be relayed to Hercules.

Many Thanks,

1




CYT0000830

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

John Mc

2

CYT0000831

# EXHIBIT 25

 

1937 West Main St.
Stamford, CT 06904

September 25, 2001

John Harrington
Hercules Inc.
7510 Baymeadows Way
Jacksonville, FL 32256

Dear John:

Enclosed you will find 10 samples of anionic emulsion polymer for your evaluation. The samples vary in terms of molecular weight, polymer architecture and emulsion characteristics.

Since the samples are experimental in nature I have provided a MSDS for Superfloc 1883, which is similar in terms of composition and hazards.

I look forward to discussing performance results with you. Based on the results we can decide if we are on the right track, or whether we need to make additional polymer modifications.

Please feel free to call me at any time if you have any questions.

Sincerely,

Lou Rosati

Manager, Water Soluble Polymer Research and Technical Service
Phone:     203-321-2394
Fax:       203-321-2982
E-mail:    Louis_Rosati@st.cytec.com




CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A.
NO. 04-293 (KAJ)
CONFIDENTIAL - C.A. No. 04-293

CIBA 036519