ACCU-STATE LEGAL SUPPLY CO. ONE COMMERCE DRIVE CRANFORD NEW JERSEY 07016

# EXHIBIT 29

HIGHLY SENSITIVE CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - D. Delaware C.A. No. 04-293 (KAJ)
Jan 11 02 11:56a     WATER SOLUBLE POLYMERS     203 321 2982     p.4

William S. Carey

12/12/2001 11:03 PM
To: William Freeman/Plaza/NA/Herc@Hercules
cc: Daniel L Michalopoulos/Jacksonville/NA/Herc@Hercules, Edward J. Connors/RCWilm/NA/Herc@Hercules, Richard D. Royce/Plaza/NA/Herc@Hercules, Brian L. Walchuk/RCWilm/NA/Herc@Hercules
Subject: Cytec PID Information Disclosure

PHX029

The following information is being provided for discussion with representatives of Cytec Industries Inc. (CYTEC) at a meeting to be conducted on December 13, 2001. This information is being disclosed under the Proprietary Information Disclosure Agreement relating to the composition and manufacturing information for new proprietary water-soluble polymers executed between Hercules Incorporated and Cytec with an effective date of November 1, 2001.

The proprietary water-soluble polymer of interest is prepared via an inverse emulsion polymerization technique. Typical charges utilized in the preparation of the polymer of interest are as noted below. This formulation yields a product that is 30 wt. % actives polymer, comprised of a 1:1 molar ratio of acrylamide and sodium acrylate. The product conforms to 21 CFR 170.170.

| Charges | To Scale | Grams | $ / lb RM |
|---|---|---|---|
| Exxsol D-80 | 2,767.63 | | |
| Surfactant 1 - smo | 93.10 | | $1.01 |
| Surfactant 2 - allaria | 186.30 | | $2.80 |
| Exxsol D-80, Line Flush | 26.67 | | |
| Oil Phase | 3,073.70 | | |
| Acrylamide, 53% | 2,436.85 | | |
| Acrylic Acid, 99% | 1,322.45 | | |
| DI Water | 1,430.02 | | |
| Versenex 80 | 13.72 | 8,221.12 | |
| Sodium Hydroxide, 50% | 872.09 | | |
| DI Water, Line Flush | 16.67 | | |
| DI Water, Line Flush | 33.33 | | |
| Aqueous Phase | 6,124.94 | | |
| Thermal Initiator | 0.06 | 27.07 | $5.50 |
| Solvent | 1.93 | 875.11 | |
| Initiator Solution | 1.989 | | |
| Thermal Initiator | 0.06 | 27.07 | $5.50 |
| Solvent | 1.93 | 875.11 | |
| Initiator Solution | 1.989 | | |
| Thermal Initiator | 0.60 | 270.65 | $5.50 |
| Solvent | 19.29 | 8,751.15 | |
| Burnout Solution | 19.89 | | |
| Sodium Hydroxide, 50% | 581.40 | | |
| Tergitol 15-S-9 | 196.10 | | |
| Adjustments | 777.50 | | |
| Total Batch Weight | 10,000.00 | | |

The general procedure is as follows.

1. To separate vessels prepare the oil and aqueous phases The pH of the aqueous phase is adjusted to 5-6 with caustic.

CYT0000758

HIGHLY SENSITIVE CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - D. Delaware C.A. No. 04-293 (KAJ)
Jan 11 02 11:55a     WATER SOLUBLE POLYMERS     203 321 2982

2. The aqueous phase is then transfer to the reactor containing the oil phase. Mixing of the two phases is conducted under reactor agitation during the transfer process.

3. A nitrogen sparge is initiated and emulsification via a Ross Mixer is conducted until a bulk viscosity specification is achieved.

4. The batch temperature is adjusted to 57 °C.

5. Add the first initiator charge shotwise, then maintain the batch temperature at 56-58 °C for 4 hours.

6. Add the second initiator charge shotwise, then maintain the batch temperature at 56-58 °C for 4 hours or until the exotherm subsides as evidenced by equilibration of the jacket. temperature with the batch temperature.

7. Heat the batch to 65 °C and then add the burnout initiator charge shotwise. Hold the batch at 63-67 °C for 3 hours.

8. Adjust the batch temperature controller set point to 25 °C.

9. During the cool down add the caustic adjustment charge, then the breaker charge, at a batch temperature of less than 40 °C.

10. Mix a minimum of 30 minutes after addition of the breaker charge.

11. Package at 22-27 °C, filtering through a Kason filter equipped with a 64 TBC grade screen.

Following is a temperature profile for a 300-gallon batch.



300-gallon batch

| Marker | Time | A_103_Pag | T_103_Pnr | T_103_Tji | T_103_Tjo | T_103_Tnr | A_103_rpm2 | T_101_Cjkt | |
|---|---|---|---|---|---|---|---|---|---|
| A | 8:21:25 | 249.007 | 0.830959 | 121.16588 | 107.20346 | 100.7436 | 41.243 | 66.8602 | Temperature set to 135 °F |
| B | 9:18:54 | 249.548 | 1.36982 | 131.1278 | 130.55378 | 134.69312 | 41.3051 | 66.7454 | First initiator shot added |
| C | 13:23:24 | 941.261 | 0.420807 | 132.77984 | 133.24116 | 134.53502 | 81.505 | 66.77 | Second initiator shot added |
| D | 16:23:54 | 948.139 | 0.55452 | 128.67476 | 128.7428 | 135.12956 | 81.5187 | 66.6509 | Temperature set to 149 °F |
| E | 16:52:09 | 951.466 | 0.373531 | 137.63282 | 138.66026 | 150.54762 | 81.5053 | 66.4091 | Burnout solution added |
| F | 19:50:54 | 951.102 | 4.68707 | 144.76134 | 148.20332 | 148.69143 | 81.4721 | 67.437 | Cool down started |
| G | 20:23:55 | 936.17 | -8.6702 | 48.187564 | 49.546794 | 100.29272 | 81.4807 | 67.0115 | Final base adjustment, caustic added |
| H | 20:30:09 | 982.041 | -7.30226 | 48.266422 | 50.92916 | 126.25412 | 81.5145 | 67.1276 | Breaker surfactant added |

Typical Conversion:
At point C - 85-90%
At point D - 97-99%

Heat Transfer Data:
Capacity - 80,000 BTU/hr (calculated during cool down)
Maximum Demand - 23,000 BTU/hr
Average Heat of Rxn up to 2nd Initiator Shot - 198 BTU/lb product
Average Heat of Reaction after 2nd Initiator Shot - 155 BTU/lb product

*This communication may be privileged and confidential. It is intended only for the use of the intended recipient(s) identified above. If you are not an intended recipient, please delete this communication. Please do not disseminate, distribute, download or copy this communication. Your possession of this communication shall not be deemed a waiver of any applicable privileges.*

CYT0000759

HIGHLY SENSITIVE CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - D. Deleware C.A. No. 04-293 (KAJ)
Jan 11 02 11:56a        WATER SOLUBLE POLYMERS        203 321 2982        p.9

| lume Forecast- Hercules PM 9232 | | | |
|---|---|---|---|
| meframe | Volume- bins | Volume -Bulk | Comments |
| Jan-02 | 10,000 | | Trial Scale up batches |
| Feb-02 | 20,000 | | Conversion at Pasadena |
| Mar-02 | 30,000 | | |
| Q 2002 | 50,000 | 46,000 | Bulk at Pasadena, bins to Europe w/BGvv cil |
| Q 2002 | 150,000 | 90,000 | |
| Q 2002 | 200,000 | 90,000 | |
| | 460,000 | 225,000 | 685,000 |
| | | | |
| Q 2003 | 200,000 | 90,000 | |
| Q 2003 | 250,000 | 90,000 | |
| Q 2003 | 250,000 | 135,000 | |
| Q 2003 | 300,000 | 135,000 | |
| | 1,000,000 | 450,000 | 1,450,000 |

Appearance

pH of 0.5%

BV -    100 - 400

total - solids

gel  200 micron screen

0.5% soln spec       4500 cps

residual AMD + AA     2000 total
                      w/ < 1000 AMD

=

Steam jacket -

forecast12-11-01.xls                                    12/13/01

CYT0000760

**EXHIBIT 31**

HIGHLY SENSITIVE CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - D. Deleware C.A. No. 04-293 (KAJ)

Author:  Joseph J. Kozakiewicz at CHEMST06
Date:    1/15/02  4:43 PM
Normal
O: Roderick G. Ryles at CHEMST04
Subject: Re[4]: Hercules Anionic Cost
---------------------------------- Message Contents

_____ Forward Header _____
Subject: Re[4]: Hercules Anionic Cost
Author:  John Mangano at chemgm01
Date:    12/18/01 8:48 PM


    Lou,

    Hercules told us that one of the surfactants we do have the other we
    don't. We did tell them that would add to the cost.

    What I probably will tell them is we will be in the mid 40's to the
    low 50's depening on surfactant cost and reactor time. I'll try and
    get a read after that


_____ Reply Separator _____
Subject: Re[3]: Hercules Anionic Cost
Author:  Louis Rosati at CHEMST05
Date:    12/18/01 7:31 PM


    John,

    Both 1883 and 1885 are 30% AA, 70 % AMD.

    The product that Hercules has asked us to quote on is a 50% AA.  Since
    AA is more expensive than AMD the higher charge polymer will cost
    more.

    Also, there is a major assumption in our calculations of VC that I
    want to be sure you completely understand before quoting a price.

    When Hercules gave us the formulation they did not specify what
    surfactants they use.  They gve us a formulation with weights of
    "surfactant 1" and "surfactant 2". We calculated the VC assuming that
    we can use our current surfactants at the specified levels.

    If this is not the case (i.e. we must use only their surfactants and
    they are more expensive, or we need to use more of our surfactants...)
    this will impact the VC.

    We probably need to quote a preliminary price based on this incomplete
    information, let them know that we have some uncertainty related to
    the surfactant composisition and cost, and try to get more info
    assuming that we are moving forward.

    Lou


_____ Reply Separator _____
Subject: Re[2]: Hercules Anionic Cost
Author:  John Mangano at chemgm01
Date:    12/18/01 12:10 PM


    Thanks for everyone's quick response. Overall I think this will work.
    I know Hercules is looking for a price from us in the mid to low 40's.





CYT0001123

HIGHLY SENSITIVE CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - D. Deleware C.A. No. 04-293 (KAJ)

I'll probably offer ~ 45 cents +/- further work.

One question and one comment:

1) Why is the VC like 1885 and not 1883? (remember I'm a dumb salesman, but you can see every penny will help and not have them go to SNF)

2) If and when we do this tolling it can not be portrayed as a co-development product.

Thanks

_____ Reply Separator _____
Subject: Re: Hercules Anionic Cost
Author:  Joseph J. Kozakiewicz at CHEMST06
Date:    12/18/01 8:14 AM


Can I assume that everyone is in agreement with the costs generated and that they adequately reflect both process options?   That we can and will make this product for Hercules after proper scale-up with their support?

What, if anything, do we need to do before giving John M. the go ahead to begin discussing price with Hercules?

Joe


_____ Reply Separator _____
Subject: Hercules Anionic Cost
Author:  Louis Rosati at CHEMST05
Date:    12/14/01 3:49 PM


All,

Gerry estimated costs for the Hercules formulation.

Variable cost:       --
Period cost range: -    **REDACTED**
Full cost:           --

Will have to get further details to hone in on a cost, but assuming that the answers don't markedly change the picture this should allow us to provide initial feedback to Hercules.

Please look this over and comment if needed.

Lou



Assumptions to be verified:

Surfactant 1 and surfactant 2 are SMO/Alfonic (or if different are equivalent in cost)
Breaker surfactant (Tergitol 15-S-9) can be replaced with N-95 or Alfonic.

Can use a vazo if necessary, must verify vazo compound and 'solvent' in the formulation, but may want to explore the possibility of redox polymerization.

_____ Forward Header _____
Subject: Hercules Anionic Cost
Author:  Gerald Sullivan at CHEMMA01
Date:    12/14/01 3:00 PM

HIGHLY SENSITIVE CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - D. Deleware C.A. No. 04-293 (KAJ)

Attached is a quick cost estimate. I used period cost and utility estimates
from SF 1236, CP3, and 1885 to show the range in cost. Based on the volumes
mentioned and the predicted occupancy, I think it will follow SF 1236 numbers
closer than 1885 or CP3.


Jerry

CYT0001125

# EXHIBIT 32

**Pilot Plant Scale-up Discussion: Hercules Corporation – Cytec Industries Inc.**
January 16, 2002
Mobile Plant, Mobile AL

Attendees: W. Freeman, W. Carey, B. Walchuck, D. Sprayberry, R. Bressel, Z. Morgan, L. Jackson, J. Kozakiewicz

Minutes. L. Jackson

**Plant Visitor Guidelines:** R. Bressel reviewed the plant visitor procedures.

Agenda

Introductions
Formulation Process discussion (Hercules)
 Capabilities (Cytec)
     –Scale-up
     –Plant
Next Steps/plans (All)
     What
     When
     Who

**Project Scope:** Final scale-up phase and commercial toll manufacturing of new Hercules emulsion technology.

**Formulation Process Discussions (Hercules).** Copies of the current formulation and representative process description were provide to the meeting group. B. Walchuk presented a general "walk-through" of the preparation process

**Initiator type and polymerization.** The type of initiator system (Vazo 64) was described to be important and generated discussion. Relationships between initiator system and final product performance have been identified. "It is preferred the initiation take place in the oil phase (WC)". Vazo 64 is the only azo-initiator with FDA approval. Polymerization time are longer than typical for an inverse-emulsion, however significantly shorter reaction time have been demonstrated in the laboratory. The intend is to optimize the polymerization to the equipment being used.

**Other Raw materials.** Similar products handled in bulk by Cytec were discussed. The oil is considered to somewhat interchangable, use of Exxsol D80 was suggested and will be explored by BW. Cytec bulk SMO will be evaluated by B. Wachuk. Standard Hypermer B246 as handled by Cytec to be used   Standard AMD to be used. Cytec AMD is currently being used. Acrylic Acid appears standard to on site material. Chelant (DPTA) appears standard to on-site material. Sodium hydroxide (NSF/potable approved) currently used in the formulation, however, ammonium hydroxide will be considered.  Initial start-up will be pursued with ammonium hydroxide. Deionized water is used for preparation. Tergitol 15-S-9 will be used as the inverting surfactant during initial scale-up. On-site ethoxylated alcohol (Surfonic L-25-7) will be evaluated by B. Walchuk as a replacement.

**Equipment.** Ross homogenizer used for crude emulsion preparation. Standard reactor configuration can be used for preparation. Mixing does not appear to have an effect on the final product activity.



**Pilot Plant Procedure.**  B. Walcuk discussed the pilot plant recipe followed by detailed discussion of procedures. Homogenization methodology was discussed. This product is prepared by preparation of a crude emulsion and re-circulation through a Ross homogenizer. B. Walchuk will evaluate Cytec plant homogenization process.  Aqueous phase pH is ~ 5.5. Polymerization is carried out at 57 °C with shots of the Vazo initiator (10 – 25 ppm). Reaction rate can be controlled with air-kills, but is not desirable. Monomer conversion is monitored by sampling during the late stages of the reaction. Burn-out is done by



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0054246

addition of Vazo shots (100ppm). Final neutralization and Tergitol addition is carried out after polymerization followed by cooling and filtration. During pilot-plant preparation material can be stored in on-site totes. Reactor clean-out requirements will have to be determined.

Analytical Methods and Specifications. Cytec standard methods will be used to analyze for residual monomer. Analytical methods for polymer and emulsions charateristics will be transmitted to Cytec.

Current Specifications:

| | |
|---|---|
| 1. Appearance | Yellow to amber liquid |
| 2. Polymer Solution pH (0.5 %) | 7-10 |
| 3. Bulk Brookfield Vis. (LVT 2 12 rpm @ 25 C) | 100-400 cps |
| 4. % Non-volatile Solids | 32 – 38 |
| 5. Gel particles on 200 micron screen | 15 pts max. |
| 6. 0.5 % Solution Vis (LVT #3 12 rpm @ 25 C) | 3000-8000 cps |
| 7. Residual Monomer | 2000 max combined. |

Cytec Capabilities. Plant tour for all attending members

Next Steps/Path Forward.

Tenative Timing for scale-up to 200 gallons.

| | |
|---|---|
| Jan 17 | – ship required raw materials to BW |
| Jan 21-23 | – material qualification by BW |
| Jan 23-25 | – applications testing |
| Jan. 28-31 | – Lab runs at MA |
| Jan. 28-31 | – 200 gallon pilot run |
| Feb 18-22 | – 1000 gallon pilot plant scale-up. |

Action items.

1. Send Exxsol D80 (5 gal.) oil to B. Walchuk. (ZBM)
2. Send bulk SMO to B. Walchuk. (ZBM)
3. Varifiy if Acrylic acid used at Cytec is within desired specifications ( MEHQ). (ZBM)
4. Cytec NaOH (1 qrt) will be sent to B. Walchuk. (ZBM)
5. Send sample of ethoxylated alcohol (Surfonic L-24-7) to B. Walchuk. (ZBM)
6. T Hankins to get Tergitol added to SID list. (ZBM, TH)
7. Determine implication of using ammonium hydroxide. (WF)
8. Cytec staff to arrange and confirm for tentative timing.
9. Homogenizer specs will be transmitted to Z. Morgan. (WC)

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0054247

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

**Pilot Plant Scale-up Discussion: Hercules Corporation – Cytec Industries Inc.**
January 16, 2002
Mobile Plant, Mobile AL

Attendees: W. Freeman, W. Carey, B. Walchuck, D. Sprayberry, R. Bressel, Z. Morgan, L. Jackson, J. Kozakiewicz

Minutes. L. Jackson

Plant Visitor Guidelines: R. Bressel reviewed the plant visitor procedures.

Agenda

Introductions
Formulation Process discussion (Hercules)
 Capabilities (Cytec)
     -Scale-up
     -Plant
Next Steps/plans (All)
     What
     When
     Who

**Project Scope:** Final scale-up phase and commercial toll manufacturing of new Hercules emulsion technology.

**Formulation Process Discussions (Hercules).** Copies of the current formulation and representative process description were provide to the meeting group. B. Walchuk presented a general "walk-through" of the preparation process

**Initiator type and polymerization.** The type of initiator system (Vazo 64) was described to be important and generated discussion. Relationships between initiator system and final product performance have been identified. "It is preferred the initiation take place in the oil phase (WC)". Vazo 64 is the only azo-initiator with FDA approval. Polymerization time are longer than typical for an inverse-emulsion, however significantly shorter reaction time have been demonstrated in the laboratory. The intend is to optimize the polymerization to the equipment being used.

**Other Raw materials.** Similar products handled in bulk by Cytec were discussed. The oil is considered to somewhat interchangable, use of Exxsol D80 was suggested and will be explored by BW. Cytec bulk SMO will be evaluated by B. Wachuk. Standard Hypermer B246 as handled by Cytec to be used. Standard AMD to be used. Cytec AMD is currently being used. Acrylic Acid appears standard to on site material. Chelant (DPTA) appears standard to on-site material. Sodium hydroxide (NSF/potable approved) currently used in the formulation, however, ammonium hydroxide will be considered. Initial start-up will be pursued with ammonium hydroxide. Deionized water is used for preparation. Tergitol 15-S-9 will be used as the inverting surfactant during initial scale-up. On-site ethoxylated alcohol (Surfonic L-25-7) will be evaluated by B. Walchuk as a replacement.

**Equipment.** Ross homogenizer used for crude emulsion preparation. Standard reactor configuration can be used for preparation. Mixing does not appear to have an effect on the final product activity.

**Pilot Plant Procedure.** B. Walcuk discussed the pilot plant recipe followed by detailed discussion of procedures. Homogenization methodology was discussed. This product is prepared by preparation of a crude emulsion and re-circulation through a Ross homogenizer. B. Walchuk will evaluate Cytec plant homogenization process. Aqueous phase pH is ~ 5.5. Polymerization is carried out at 57 °C with shots of the Vazo initiator (10 – 25 ppm). Reaction rate can be controlled with air-kills, but is not desirable. Monomer conversion is monitored by sampling during the late stages of the reaction. Burn-out is done by



CYT0001024

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

addition of Vazo shots (100ppm). Final neutralization and Tergitol addition is carried out after polymerization followed by cooling and filtration. During pilot-plant preparation material can be stored in on-site totes. Reactor clean-out requirements will have to be determined.

Analytical Methods and Specifications. Cytec standard methods will be used to analyze for residual monomer. Analytical methods for polymer and emulsions charateristics will be transmitted to Cytec.

Current Specifications:

| | |
|---|---|
| 1. Appearance | Yellow to amber liquid |
| 2. Polymer Solution pH (0.5 %) | 7-10 |
| 3. Bulk Brookfield Vis. (LVT 2 12 rpm @ 25 C) | 100-400 cps |
| 4. % Non-volatile Solids | 32 – 38 |
| 5. Gel particles on 200 micron screen | 15 pts max. |
| 6. 0.5 % Solution Vis (LVT #3 12 rpm @ 25 C) | 3000-8000 cps |
| 7 Residual Monomer | 2000 max combined. |

Cytec Capabilities. Plant tour for all attending members.

Next Steps/Path Forward.

Tenative Timing for scale-up to 200 gallons.

| | |
|---|---|
| Jan 17 | – ship required raw materials to BW |
| Jan. 21-23 | – material qualification by BW |
| Jan. 23-25 | – applications testing |
| Jan. 28-31 | – Lab runs at MA |
| Jan. 28-31 | – 200 gallon pilot run |
| Feb. 18-22 | – 1000 gallon pilot plant scale-up. |

Action items.

1. Send Exxsol D80 (5 gal.) oil to B. Walchuk. (ZBM)
2. Send bulk SMO to B. Walchuk. (ZBM)
3. Varifiy if Acrylic acid used at Cytec is within desired specifications ( MEHQ). (ZBM)
4. Cytec NaOH (1 qrt) will be sent to B. Walchuk. (ZBM)
5. Send sample of ethoxylated alcohol (Surfonic L-24-7) to B. Walchuk. (ZBM)
6. T Hankins to get Tergitol added to SID list. (ZBM, TH)
7. Determine implication of using ammonium hydroxide. (WF)
8. Cytec staff to arrange and confirm for tentative timing.
9. Homogenizer specs will be transmitted to Z. Morgan. (WC)

CYT0001025

**EXHIBIT 33**

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELAWARE C.A. No. 04-293 (KAJ)



1

## WM Technology

| | | | |
|---|---|---|---|
| To: | F. Wiseman | Date: | Jan 10, 2002 |
| Location: | Stamford | Copy to: | WM LT |
| From: | J. J. Kozakiewicz | | |
| Location: | Stamford | | |

Subject:    WM Technology Monthly

# Redacted





CYT0001652

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELAWARE C.A. No. 04-293 (KAJ)

2

Redacted

3. Water Treating & Water-soluble Polymers .

A. NPI

Redacted

EPAMs NPI:

Laboratory development for HS Performance Series cationics is nearing completion. Formulations are based on both standard oil and BgVV oil.

A range of high charged, branched anionic EPAMs have been made for testing by Hercules in Paper applications. Sampling of these will be expanded to other FSCs over the coming months. A meeting will be held with Hercules in Mobile in mid-January to discuss a path forward for manufacturing an anionic EPAM they recently developed. Hercules estimates sales could reach ~Klbs500 in 2002 if scale-up is completed successfully in the first quarter.

Redacted

CYT0001653

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER–D. DELAWARE C.A. No. 04-293 (KAJ)

3

# Redacted

Joe Kozakiewicz

CYT0001654