# EXHIBIT 35

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER–D. DELAWARE C.A. No. 04-293 (KAJ)

From: Zeb Morgan
Sent: 01/30/2002
To: Daphne Sprayberry; Louis Rosati; Joseph J. Kozakiewicz
Cc:
Bcc:
Subject: Re[2]: AEM-232

---

Joe,

FYI -

Mon: - Made three sets of monomer emulsion batches - first two made oil in water emulsions (monomer was ""dumped' into the oil phase without agitation then homonegized); the third set was made by adding the monomer to the oil phase while homogenizing; batches survived; batches polymerized in about 2 hours using redox (SO2/tBHP) - one started at ~90 oF and the other at ~ 134 oF.

Tues: - Made one set of monomer emulsions batches - both batches gelled at about 6 hours polymerization; used Vazo; both started at ~ 134 oF.

Wed: - Discovered that technician had not subtracted AMD water from total water charge so water overcharged by ~25% (for whole aqueous phase) one previous batches; made three batches - two to be polymerized by Vazo and one by SO2/tBHP; 1st Vazo batch homogenized using Mobile lab ""method"" (make crude; homogenize for 20 secs on Ross BV ~ 115 cps using #1@12) and the second using Hercules ""method"" using Braunn mixer, stir oil phase and add aqueous phase over ~ 60 seconds) - BV ~ 150 cps using #1@12; 1st Vazo batch gelled after about 3 hours; 2nd Vazo okay so far but has some gel in the batch and on the walls; SO2 batch just started.

Zeb

---

_____ Reply Separator _____
Subject: Re: AEM-232
Author: Joseph J. Kozakiewicz at CHEMST06
Date: 1/30/2002 14:30

Zeb,

Looks good to me. Lou, any comments?

Joe

---

_____ Reply Separator _____
Subject: AEM-232
Author: Zeb Morgan at CHEMMA01
Date: 1/30/02 1:18 PM




CYT0006830

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER—D. DELAWARE C.A. No. 04-293 (KAJ)

Modified spec attached.

Zeb

CYT0006831

# EXHIBIT 36

 1937 West Main St.
Stamford, CT 06904



January 30, 2002

John Harrington
Hercules Inc.
7510 Baymeadows Way
Jacksonville, FL 32256

Dear John:

Enclosed you will find 10 samples of anionic polyacylamide emulsions for your evaluation.

These samples have been provided solely for research and development purposes and should be handled only by technically qualified individuals. Information regarding safe handling of these materials is covered in the Material Safety Data Sheet for Generic Anionic PAM Emulsion (MSDS No 09002). Please understand that these samples are experimental in nature, and that significant developmental effort will be required in order to manufacture larger quantities if feasibility is established.

I look forward to discussing performance results with you.

Please feel free to call me at any time if you have any questions.

Sincerely,

Logan A. Jackson

Water Soluble Polymer Research and Technical Service
Phone:   203-321-2226
Fax:     203-321-2982
E-mail:  Logan_A_Jackson@st.cytec.com




CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

# EXHIBIT 41

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

| | |
|---|---|
| Sprayberry, Daphne | |
| From: | John Marigano |
| Sent: | Thursday, February 14, 2002 11:21 AM |
| To: | Dave Wanker; Don Rutz; John McCartney; Cindy Watson; Kevin Stevens; Brian Werneke; Joseph J. Kozakiewicz; Louis Rosati; Zeb Morgan; Robert Bressel; Daphne Sprayberry; Joe Boroden; Malcolm Kinnaird; Frank Wiseman; P. Key; Jose Pena; W.K. Low; John Harrison |
| Subject: | Sales call of 2/13/02 |

Call made at Hercules in Wilmington.

Hercules: Bill Freeman, Jim Davis

Cytec: John McCartney, Cindy Watson, self

Introductions:

Cindy Watson was introduced as the day to day contact for Hercules, as well as the overall CAM program was laid out again for Hercules. John McCartney's role was also introduced.

Cindy and I meet Jim Davis for the first time, (John had meet him a various occasions over the years) Jim is the Global business manager for RDC reporting directly into Richard Royce. Jim has recently relocated back from Brussels

Tolling Status of anionic emulsion at Mobile

It was made quite clear to us that this is THE #1 priority for Hercules RDC this year, especially in the next two months. Apparently their negotiations with Ciba are not going well and they are looking to converting ALL their Polyflex business to this new product ASAP. There has been some formulation issues on their end, but they want to run another 200 gallon pilot batch next week. After that they would like to get on our schedule to have 1000 gallon batches run every other week for trials and then go bulk by mid year. They stated that any delays so far have been on their end and they are very pleased with the work of our people. They specifically mentioned Zeb and Bob as being extremely helpful. (Joe K they said good things about you too, but I told them they were wrong). I want to say a special thanks to all the Mobile plant for your efforts in this case, while it may just seem as small pilot runs the importance to Cytec here can not be over stated. Eventually this process will have to go to Botlek as well, but they will probably export for a while.

Dry Pams

Redacted



CYT0000113

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER–D. DELEWARE C.A. No. 04-293 (KAJ)

Redacted

CYT0000114

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

# Redacted

# EXHIBIT 42

# HERCULES

# Interoffice Memo

| | | | |
|---|---|---|---|
| **To:** | D. L. Michalopoulos | **Date:** | February 25, 2002 |
| **cc:** | J. A. Childress | **From:** | J. C. Harrington |
| | | **Location:** | Jacksonville, FL |

**Subject:** 2002 Program Updates

---

I.  **Drainage Aid - Alkaline Printing and Writing (RI-1100-0000-1040)**

<u>Commercialization / Scale-up</u>

Laboratory scale samples were prepared at the Cytec – Mobile plant in support of PM 9232 scale-up. The initial samples did not demonstrate the requisite activity or properties; further studies indicated the deviation was process related, and not a raw material or formula issue. Additional lab samples were prepared that were equivalent to the standard product. A 200 gallon lot was subsequently produced at the Cytec facility; evaluations are in progress.

The G' storage modulus and k' Huggins parameter can accurately predict the activity of PM 9232 lots. As these tests are not applicable in a manufacturing plant, an expedient QC test procedure to determine the activity of production lots was investigated. Various viscosity, flow, and yield test methods were reviewed; efforts are ongoing.

<u>Characterization</u>

The attachment mechanism of the surfactant in PM 9232 is not currently known. As the surfactant is organic soluble, samples were precipitated in acetone and madedown in water to characterize the modulus properties. It was proposed a reduced modulus would indicate a non-covalent surfactant attachment. Polyflex CP 3 and EM 635 were also investigated. All products demonstrated a reduction in modulus, with PM 9232 and EM 635 exhibiting similar reduction, and Polyflex CP 3 providing the greatest percent reduction. Studies will be further investigated.

II.  **RDC Actives Evaluations (RI-1100-0000-1045)**

<u>Sample Evaluations</u>

8 emulsion samples were received from Cytec – Stamford, CT for application as alkaline drainage aids. Two samples, designated as E-4358 and E-4363, provided equal retention and drainage activity compared to Polyflex CP 3. These samples also demonstrated properties that indicate increased structure based upon G' modulus and k' values; the specific nature of these samples is not currently known. The results will be presented to the RDC business group to determine further action.



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0071608

 John C Harrington  To: Daniel L Michalopoulos/Jacksonville/NA/Herc@Hercules
02/25/02 10:05 AM  cc: Julie A Childress/Jacksonville/NA/Herc@Hercules
Subject: February 2002 - Program Monthly Report

The subject is attached for your review.


JCH ASP Feb02 DO

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0071609