ED1249

# EXHIBIT 49
# PART 1

ALL STATE LEGAL SUPPLY CO. ONE COMMERCE DRIVE, CRANFORD, NEW JERSEY 07016



PLAINTIFF'S
EXHIBIT

PHX049

Item Code: XB-10F

HERCULES, INC.
PULP & P. ... CMSION
LIBRARY

#44    Paper Technology/Retention/drainage   Manager
            July 18, 2001               Michalopoulos, D.L.
            Harrington, John C.

## The Boorum & Pease® Quality Guarantee

The materials and craftsmanship that went into this product are of the finest quality. The pages are thread sewn, meaning they are bound to stay bound. The inks are moisture resistant and will not smear. And the uniform quality of the paper ensures consistent ruling, excellent writing surface and erasability. If, at any time during normal use, this product does not perform to your expectations, we will replace it free of charge. Simply write to us:

Boorum & Pease Company
71 Clinton Road, Garden City, NY 11533
Attn: Marketing Services

Any correspondence should include the book title stamped at the bottom of the spine.

## One Good Book Deserves Many Others.

Look for the complete line of Boorum & Pease® Columnar, Journal, and Record books. Custom-designed books also available by special order. For more information about our Customized Book Program, contact your office products dealer. See back cover for other books in this series.

Made in Canada
E971400

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0099046

20

SUBJECT: ALKALINE OBTAINABLE AND DEVELOPMENTAL SAMPLES FROM CYTEC

OBJECTIVE: CHARACTERIZE VE PROPERTIES

EXPERIMENTAL:

**CYTEC**                    1937 West Main St.
                             Stamford, CT 06904

September 25, 2001

John Harrington
Hercules Inc.
7310 Improvadence Way
Jacksonville, FL 32256

Dear John:

Enclosed you will find 10 samples of anionic emulsion polymer for your evaluation. The samples vary in terms of molecular weight, polymer architecture and emulsion characteristics.

Since the samples are experimental in nature I have provided a MSDS for Superfloc 1583, which is similar in terms of composition and hazards.

I look forward to discussing performance results with you. Based on the results we can decide if we are on the right track, or whether we need to make additional polymer modifications.

Please feel free to call me at any time if you have any questions.

Sincerely,

Lou Rossi

Manager, Water Soluble Polymer Research and Technical Service
Phone:    203-321-2394
Fax:      203-321-2932
E-mail:   Louis_Rossi@cytec.com

John C. H                    WITNESSED AND UNDERSTOOD
10-1-01                      Joe Galston 10/2/01

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085129

21



| | | | Haake Controlled Stress Rheometer | | | | |
| | | | Apparent Viscosity | Dynamic Mechanical Studies | | | |
| | | | 10 sec -1 | Stress Sweep | Frequency Sweep | | .oPq |
| Polymer | [Polymer] | %AN | mPas | G", Pa | tan d .01 Hz | G', Pa, .01 Hz | G', Pa, 1 Hz |
| E-4328 | 1.5 | | 8500 | 100 | 1.7 | 5.6 | 62 |
| E-4329 | 1.5 | | 9100 | 104 | 1.2 | 5.4 | 74 |
| E-4330 | 1.5 | | 6800 | 71 | 1.0 | 6.6 | 74.3 |
| E-4331 | 1.5 | | 7300 | 57 | 1.3 | 41 | 48.7 |
| E-4332 | 1.5 | | 5500 | 57 | 1.3 | 41 | 31 |
| E-4333 | 1.5 | | 6100 | 57 | 1.5 | 24 | 44 |
| E-4334 | 1.5 | | 5000 | 42 | 2.1 | 27 | 38 |
| E-4335 | 1.5 | | 3700 | 33 | 7.0 | 7.6 | 27 |
| E-4336 | 1.5 | | 5400 | 47 | 7.0 | 2.3 | 41.5 |
| E-4337 | 1.5 | | 4100 | 43 | 2.6 | 6.7 | 51 |
| | | | | | | | |
| Previous Data | | | | | | | |
| Polysis CP.3 | 1.5 | 65 | 13500 | 275 | 0.7 | 88 | 281 |
| AN958 VLM | 1.5 | 50 | 3080 | 18.4 | 2.7 | 0.52 | 16 |
| AN958 | 1.5 | 50 | 6800 | 72 | 1.1 | 18.4 | 68.8 |
| AN958 VHM | 1.5 | 60 | 8430 | 69 | 1.3 | 11.2 | 73 |
| EM 635 | 1.5 | 50 | 9500 | 116 | 1 | 20 | 110 |
| 2590-17 | 1.5 | 50 | 16600 | 263 | 1.3 | 44 | 344 |
| 2590-37F | 1.5 | 50 | 12000 | 220 | 0.9 | 54.8 | 214 |
| 2590-14 | 1.5 | 50 | 18500 | 254 | 1.3 | 44 | 262 |

SG=C STPN 2c
conc. STPN PoR

John CH
10-1-01

WITNESSED AND UNDERSTOOD
10/1/01

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085130



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085131

62

SUBJECT: SMP ALKALINE DRAWING AID

OBJECTIVE: CHAPATERIC AEM-12L SAMPLE PREPARED AT CYTEC MOBILE THE WEEK OF 1-28-02.

## HERCULES

### Current Formulation/Procedure

- Exxsol D80    28%
- Atlaspoint G-948    1%
- Hypomer B246 SF    2%
- Acrylamide    13%
- Acrylic acid    13%
- Sodium Hydroxide    7%
- Water    33%
- Vorranol 60    0.1%
- Toluene    0.2%
- AIBN    0.007 %
- Tergitol 15-S-9    2%

- Oil phase is mixed and warmed to 37 °C
- Monomer phase is mixed and caustic addition warms the solution to ~41 °C
- Phases are combined, homogenized, and warmed to 57 °C
- 10 ppm AIBN in toluene is added, reacts for 4h then another 10ppm is added, 2h additional reaction time
- Batch is warmed to 65 °C and 100 ppm AIBN for turnout, 3h
- Final pH adjustment and breaker addition (Tergitol 15-S-9)

*Complete Solutions for Pulp and Paper*

## HERCULES

### Cytec Laboratory Batches

| Experiment | Procedure/Conditions | Results |
|---|---|---|
| 2590-124 | SOY/TBHP, catalytic 50/7 °C, NH₄OH | Try gel, like water |
| 2590-125 | SOY/TBHP, started at 57 °C, NH₄OH | No gel, like water |
| 2590-126 | AIBN, started at 57 °C, NH₄OH | All gel particles, like water |
| 2590-127 | AIBN, started 57 °C, NH₄OH, H₂O₂ Add | All gel particles, like water |
| 2590-128 | SOY/TBHP, 57 °C, NH₄OH, C-tem | Good, some gel particles |
| 2590-129 | AIBN, started at 57 °C, NH₄OH, C-tem | All gel particles |
| 2590-130 | AIBN, started at 57 °C, NH₄OH | Good, some gel particles |
| 2590-131 | SOY/TBHP, started 57 °C, caustic | Good, some gel particles |
| 2590-132 | AIBN, started at 57 °C, caustic | Gel clumps |
| 2590-133 | SOY/TBHP, 57 °C, caustic, higher visc. | Big gel |
| 2590-134 | SOY/TBHP, 44 °C, NH₄OH | Excellent |
| 2590-135 | SOY/TBHP, 40 °C, NH₄OH | Excellent |

*Complete Solutions for Pulp and Paper*

John H
2.7.02

WITNESSED AND UNDERSTOOD
Jean G Bertrand    4/2/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085171

63

| Haake Controlled Stress Rheometer | | | |
|---|---|---|---|
| | | Stress Sweep | Frequency Sweep |
| Polymer | [Polymer] | G*, Pa | G', Pa, 4.6 Hz |
| 2590-124 | 1.5 | 76 | 44 | Low Modulus
| 2590-125 | 1.5 | 44 | 12 | For Sample
| 2590-128 | 1.5 | 101 | 123 |
| 2590-131 | 1.5 | 148 | 157 |
| 2590-133 | 1.5 | 116 | 84 |
| 2590-134 | 1.5 | 117 | 138 |
| 2590-135 | 1.5 | 118 | 138 |

| Haake Controlled Stress Rheometer - 10 sec-1 | | | | |
|---|---|---|---|---|
| NaCl Solvent: | .01 M | | | |
| [Polymer]: | 0.005 | | | |
| | RSV | ठ | η | |
| Polymer | dL/g | | | |
| 2590-124 | 191 | 9.1 | 2.76 | High RSV For Sample
| 2590-125 | 279 | 9.4 | 2.13 |
| 2590-128 | 301 | 8.4 | 2.05 |
| 2590-131 | 314 | 8.2 | 2.33 |
| 2590-133 | 318 | 8.51 | 2.58 |
| 2590-134 | 404 | 8.4 | 2.64 |
| 2590-135 | 407 | 8.37 | 2.62 |
| Polyfox CP.3 | 61 | 10.8 | 1.6 |
| EM 635 | 301 | 8.7 | 2.48 |
| Solvent | | 8 1/2 | .83 | .65 |
| Previous data | | | | |
| BD 202 (278) | 90 | | | |
| Polyfox CP.3 | 60 | | | |
| AN 856 VLM | 110 | | | |
| AN 959 | 280 | | | |
| EM 635 | 340 | | | |
| 2590-30 | 139 | | | |
| AEM 232 (3353) | 122 | | | |
| AEM 232 (7662) | 207 | | | |
| AEM 232 (8266) | 122 | | | |
| AEM 232 (9969) | 177 | | | |
| AEM 232 (3174) | 240 | | | |

- Low Modulus, High RSV For Sample
- Low DOM for detection VPT
- Activim and Property consistent with Linea Arm

Josh C H
2-7-02

Witnessed and Understood
Ian Hotman  4/2/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085172

66

SUBJECT: ALKALINE DRAINAGE AID - CYTEC SAMPLES

OBJECTIVE: CHARACTERIZE VC & RSV PROPERTIES OF CYTEC APAM EMULSION
DRAINAGE AID. SAMPLES DATED 1-30-02. NO ADDITIONAL INFORMATION
PROVIDED

EXPERIMENTAL

**CYTEC**
1937 West Main St.
Stamford, CT 06904

January 30, 2002

John Harrington
Hercules Inc.
7510 Baymeadows Way
Jacksonville, FL 32256

Dear John:

Enclosed you will find 10 samples of anionic polyacrylamide emulsions for your evaluation.

These samples have been provided solely for research and development purposes and should be handled only by technically qualified individuals. Information regarding safe handling of these materials is covered in the Material Safety Data Sheet for Generic Anionic PAM Emulsion (MSDS No 09002). Please understand that these samples are experimental in nature, and that significant developmental effort will be required in order to manufacture larger quantities if feasibility is established.

I look forward to discussing performance results with you.

Please feel free to call me at any time if you have any questions.

Sincerely,

Logan A. Jackson

Water Soluble Polymer Research and Technical Service
Phone:    203-321-2226
Fax:      203-321-2982
E-mail:   Logan_A_Jackson@rt.cytec.com

EM 4354 → 4363

WITNESSED AND UNDERSTOOD

John C H                          Logan Jackson  4/2/02
2-13-02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

67

| Haake Controlled Stress Rheometer | | | |
| Dynamic Mechanical Studies | | | |
| | | Stress Sweep | Frequency Sweep |
| Polymer | [Polymer] | G', Pa | G', Pa, 4.6 Hz |
| E-4354 | 1.5 | 102 | 147 |
| E-4355 | 1.5 | 260 | 368 |
| E-4356 | 1.5 | 280 | 386 |
| E-4357 | 1.5 | 135 | 192 |
| E-4358 | 1.5 | 141 | 193 |
| E-4359 | 1.5 | 112 | 141 |
| E-4360 | 1.5 | 440 | 646 |
| E-4361 | 1.5 | 139 | 168 |
| E-4362 | 1.5 | 151 | 191 |
| E-4363 | 1.5 | 430 | 523 |
| Previous Data | | | |
| Polyflex CP.3 | 1.5 | 275 | 383 |
| AN858 VLM | 1.5 | 19.4 | 31 |
| AN856 | 1.5 | 72 | 76 |
| AN858 VHM | 1.5 | 69 | 67 |
| EM 635 | 1.5 | 118 | 130 |
| 2590-14 | 1.5 | 254 | 312 |
| 2590-17 | 1.5 | 283 | 383 |
| 2590-30 | 1.5 | 245 | 280 |
| 2590-37F | 1.5 | 220 | 260 |
| AEM-232 (lot 3353) | 1.5 | 167 | 247 |
| AEM-232 (lot 7562) | 1.5 | 186 | 276 |
| AEM-232 (lot 8266) | 1.5 | 243 | 254 |
| AEM-232 (lot 9669) | 1.5 | 250 | 273 |
| AEM-232 (lot 3174) | 1.5 | 186 | 223 |

| Haake Controlled Stress Rheometer - 10 sec | | | |
| NaCl Solvent: | .01 M | | |
| [Polymer]: | 0.005 | | |
| Polymer | RSV dL/g | ẋ | η |
| E-4354 | 2.16 | 8.1 | 1.65 |
| E-4355 | 2.11 | 6.2 | 1.83 |
| E-4356 | 47 | 11.4 | 1.10 |
| E-4357 | 2.26 | 4.0 | 1.94 |
| E-4358 | 153 | 11.2 | 1.51 |
| E-4359 | 2.67 | 6.4 | 2.08 |
| E-4360 | 74 | 10.5 | 1.14 |
| E-4361 | 2.04 | 7.5 | 2.60 |
| E-4362 | 2.94 | 8.0 | 2.60 |
| E-4363 | 70 | 10.4 | 1.20 |
| Polyflex CP.3 | 56 | 10.9 | 14 |
| EM 635 | 300 | 8.9 | 2.26 |
| SOLVENT | — | 10.3 | .68 |
| Previous data | | | |
| BD 202 [279] | 90 | | |
| Polyflex CP.3 | 60 | | |
| AN 956 VLM | 110 | | |
| AN 956 | 280 | | |
| EM 635 | 340 | | |
| 2590-30 | 139 | | |
| AEM 232 [3353] | 122 | | |
| AEM 232 [7562] | 267 | | |
| AEM 232 [8266] | 122 | | |
| AEM 232 [9669] | 177 | | |
| AEM 232 [3174] | 249 | | |

High modulus for samples:
E-4355
E-4356
E-4358
E-4360
E-4363
&
Modulus similar to Hard Apani:
E-4354
E-4357
E-4359
E-4361
E-4362

High RSV for samples:       low modulus RSV
4354                        4356
4355                        4358
4357                        4360
4359                        4363
4361
4362

Jose C.H.
7-13-02

4/2/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085176

68

SUBJECT: ACM 232 AqueOus DRainaid Aid

OBJECTIVE: CHARACTERIZE VC AND R&V PROPERTIES OF LYTER RM Emulsions

| Experiment | 2590-136 | 2590-137 | 2590-138 | 2590-139 |
|---|---|---|---|---|
| Acrylamide | 200.1 | 200.1 | 204.6 | 201 |
| Acrylic acid | 109.1 | 109.1 | 109.1 | 109.1 |
| Water | 138.7 | 138.6 | 134.6 | 138.6 |
| Ammonium hydroxide | 52.1 | 52.1 | 52.1 | 52.1 |
| Caustic | — | — | — | — |
| Versenex 80 | 1.1 | 1.1 | 1.1 | 1.1 |
| Oil | 223.6 | 223.6 | 223.6 | 223.6 |
| SMO | 7.6 | 7.5 | 7.6 | 7.5 |
| Hypermer B246SF | 14.9 | 14.9 | 14.9 | 14.9 |
| Initiator | | | | |
| Initiator | | | | |
| Burnout/Adjuncts | | | | |
| Initiator | | | | |
| Initiator | | | | |
| Ammonium hydroxide | 34.7 | 34.7 | 34.7 | 34.7 |
| Caustic | — | — | — | — |
| Breaker | 15.7 | 15.7 | 15.7 | 15.7 |

WITNESSED AND UNDERSTOOD

69

| | | Haake Controlled Stress Rheometer | |
|---|---|---|---|
| | | Dynamic Mechanical Studies | |
| | | Stress Sweep | Frequency Sweep |
| Polymer | [Polymer] | G", Pa | G', Pa, 4.6 Hz |
| 2590-136 | 1.5 | 208 | 252 |
| 2590-137 | | 208 | 251 |
| 2590-138 | | 211 | 252 |
| 2590-139 | | 171 | 215 |
| 106-51 | | 143 | 173 |
| 130-08 | | 149 | 241 |
| 869-42 | | 142 | 169 |
| 937-96 | | 202 | 245 |
| **Previous Data** | | | |
| Polyflex CP.3 | 1.5 | 275 | 383 |
| AN956 VLM | 1.5 | 19.4 | 31 |
| AN956 | 1.5 | 72 | 75 |
| AN956 VHM | 1.5 | 69 | 67 |
| EM 635 | 1.5 | 116 | 130 |
| 2590-14 | 1.5 | 254 | 312 |
| 2590-17 | 1.5 | 263 | 383 |
| 2590-30 | 1.5 | 245 | 260 |
| 2590-37F | 1.5 | 220 | 260 |
| AEM-232 (lot 3353) | 1.5 | 167 | 247 |
| AEM-232 (lot 7562) | 1.5 | 196 | 276 |
| AEM-232 (lot 8266) | 1.5 | 243 | 254 |
| AEM-232 (lot 9669) | 1.5 | 250 | 273 |
| AEM-232 (lot 3174) | 1.5 | 186 | 223 |

Good modulus from 2590 series
130-08
937-96

Low modulus - 106-51
869-42

WITNESSED AND UNDERSTOOD

[signature] 2-11-02

[signature] 4/2/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085178

70

| Haake Controlled Stress Rheometer - 10. sec-1 | | | | |
|---|---|---|---|---|
| NaCl Solvent: | .01 M | | | |
| [Polymer]: | 0.005 | | | |
| | RSV | | hⱴ | η |
| Polymer | dL/g | | | |
| 2590-136 | 171 | -200 | 9.1 | 1.65 |
| 2590-137 | 187 | -200 | 8.7 | 1.72 |
| 2590-138 | 222 | -200 | 8.0 | 1.88 |
| 2590-139 | 209 | -200 | 8.3 | 1.82 |
| 106-51 | 249 | -200 | 8.8 | 2.0 |
| 130-08 | 175 | -200 | 4.7 | 1.61 |
| 869-42 | 187 | -200 | 8.7 | 1.72 |
| 937-96 | 227 | -200 | 7.9 | 1.90 |
| SOLVENT | | | 10.1 | .09 |
| Previous data | | | | |
| BD 202 [279] | 90 | | | |
| Polyflex CP.3 | 60 | | | |
| AN 956 VLM | 110 | | | |
| AN 956 | 280 | | | |
| EM 635 | 340 | | | |
| 2590-30 | 139 | | | |
| AEM 232 [3353] | 122 | | | |
| AEM 232 [7562] | 267 | | | |
| AEM 232 [8266] | 122 | | | |
| AEM 232 [9869] | 177 | | | |
| AEM 232 [3174] | 249 | | | |

EKA 1610    70    12.4   1.20
EKA 5439    85    9.8    1.27

MODEL

EKA 1610 - CATONIC
        .22 GMS PVSK

EKA 5439 - CATONIC
        .26 GMS .001 PSSIC

.73 mg/g
5-10% CHARGE

WITNESSED AND UNDERSTOOD

John Cll
2.14m

Jari Johnson  4/2/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085179

71

| Experiment | 2590-140 | 2590-141 | 2590-142 | 2590-143 |
|---|---|---|---|---|
| Acrylamide | 128 | 128 | 128 | 128 |
| Acrylic acid | 68.2 | 68.2 | 68.1 | 68.2 |
| Water | 84.2 | 84.1 | 84.2 | 84.2 |
| Ammonium hydroxide | 32.6 | 32.5 | 32.6 | 32.5 |
| Caustic | | | | |
| Versenex 80 | 0.7 | 0.7 | 0.7 | 0.7 |
| Oil | 139.7 | 139.7 | 139.7 | 139.7 |
| SMO | 4.7 | 4.7 | 4.7 | 4.7 |
| Hypermer B246SF | 9.3 | 9.3 | 9.3 | 9.3 |
| Initiator | | | | |
| Initiator | | | | |
| Burnout/Adjuncts | | | | |
| Initiator | | | | |
| Initiator | | | | |
| Ammonium hydroxide | 21.7 | 21.7 | 21.7 | 21.7 |
| Caustic | | | | |
| Breaker | 0.8 | 0.8 | 0.8 | 0.8 |

VE CHARACTERISTA      T swege      w swege
Polymer [Polymer]      G* (Pa)      G' (Pa) 4.6/s

| 2590-140 | 1.5 | 141 | 176 |
|---|---|---|---|
| -41 | | 162 | 202 |
| -142 | | 175 | 213 |
| -143 | | 123 | 148 |

RSV  .01 m NaCl  .005 g/100cm³  D6.40  10 sec⁻¹

| Polymer | δ | η | RSV dl/g |
|---|---|---|---|
| 2590-140 | 8.7 | 1.72 | |
| -41 | 8.4 | 1.78 | |
| -142 | 9.2 | 1.54 | |
| -143 | 85 | 2.67 | |
| ACH 237(377) | 9.4 | 1.84 | |
| Polyflex CP.3 | 11.0 | 1.13 | |

John CH
2.15.02

WITNESSED AND UNDERSTOOD
Jan Robertson 4/2/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085180

72

SUBJECT: ASP - AQUEOUS DRAWDOWN AID

OBJECTIVE: DEVELOP TEST METHOD FOR PLANT TO CHARACTERIZE DIFFERENCE
BETWEEN AEM 232 AND LINEAR APAM.

EXPERIMENTAL INVESTIGATION: BP YIELD TEST

## SECTION 1: THE BASICS OF CARBOPOL RESINS

### OTHER YIELD VALUE TEST METHODS

**Brookfield Yield Value Extrapolation**

A simple method of approximating yield value is the Brookfield yield value extrapolation. A Brookfield RVT Viscometer is used which measures the torque required to rotate a spindle through a sample at speeds from 0.5 to 100 rpm. Multiplying the torque dial reading by a constant (depending upon the spindle size and speed) gives the apparent viscosity. Decreasing the speed decreases the shear rate. Since yield value is a zero-shear rate property, it can be extrapolated with the following equation:

BROOKFIELD YIELD VALUE =

$$\frac{\text{Apparent Visc. @ 0.5 rpm - Apparent Visc. @ 1 rpm}}{100}$$

The minimum Brookfield yield value which is required to permanently suspend a particle in a Carbopol resin-based gel can be calculated from the following equation:

MINIMUM BROOKFIELD YIELD VALUE = [23.6 R (D - D$_m$) g]$^{1/2}$

where  R  =  particle radius (cm)
       D  =  particle density (gm/cc)
       D$_m$  =  density of medium (gm/cc)
       g  =  acceleration due to gravity (cm/sec²)

**B.P. Yield Value Determination**

The B.P. (British Pharmacopoeia) plastometer yield value test is based upon the earlier work of Voet and Brand who used a parallel plate rheometer to evaluate the flow properties of printing inks. The method allows for a direct determination of yield value, rather than an approximation.

The apparatus consists of two clear soda-glass plates 100mm X 100mm x 3mm. The plates are marked with a diamond marker to show center and corner alignment and four sample location points equidistant from the plate center and the four corners. The test is conducted at room temperature.

Four drops of sample gel (applied to the four corner points) are sandwiched between the glass plates and the drops are allowed to spread out until equilibrium is reached. The final diameters of the drops are measured and the yield value is calculated as follows:

B.P. Yield Value  =  $\frac{1.192}{d^2}$ 10⁴⁴

where d = average final zone diameter (cm)

### B.P. YIELD VALUE TEST PROCEDURE

1. Wash plates in a water-bath at 24.8 to 25.2°C and dry rapidly before use.
2. Apply 0.1 gram of the gel sample to each of the sample location points on the matted surface of one of the plates.
3. Align the second plate and lower it carefully, matted side downwards, onto the lower plate.
4. Add a suitable weight so that the combined weight of the top plate plus applied weight equals 100 gram.
5. Allow the apparatus to stand for 10 minutes and determine the average zone diameter of each of the four sample points using a ruler calibrated in mm.



### 1.7   UNDERSTANDING MOLECULAR WEIGHT

**Physical and Chemical Properties of Carbopol Resins**

Carbopol resins are amorphous polymers of acrylic acid crosslinked with polyallethyl ethers. Carbopol resins are flocculated powders of sub-micron size primary particles. The flocculated powders average 2 to 10 microns as determined by Coulter Counter. These agglomerates are not broken down into the ultimate particle size ranges.

As described more completely in Sections 1.2, 1.3, and 1.4, each primary particle can be viewed as a network structure of polymer chains interconnected by crosslinks. Without the crosslinks, the primary particle would be a collection of linear polymer chains intertwined but not chemically bonded. These linear polymers are soluble in a polar solvent, such as water. Carbopol 679 is a linear polymer and is soluble in water. All other Carbopol resins are crosslinked. They can swell in water 2000 or more times their original volume (and ten times their original diameter of the primary particle) to form a gel when exposed to a pH environment above 5.0. Since the pKa of these polymers is 6.0±0.5, the carboxylate groups on the polymer backbone ionize, resulting in repulsion between the negative particles which adds to the swelling of the polymer. Crosslinked polymers do not dissolve in water.

UNDERSTOOD
*[signature]* 11/2/02

*[signature] John 9/*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085181

73

4" x 4" PLATE GLASS — DOUBLE PANE — APPROX 3/4 THICKNESS
1.5% ACTIVE POWDER            — ADD WR FOR 100 GRAM TOTAL

EM 635 TRIAL #1              TRIAL #1    9:10

1  20                        1  25
2  25                        2  24.5
3  24                        3  25
4  23                        4  24.5
   ‾‾                           ‾‾‾
   23  | 11.5                   24.5  | 14.2

AEM 231              9.42
(304)
   #1

① 23.5                 #1   246 )
② 25                       24
③ 26.5                     24
   ‾‾                      25. 23.5
   324  15                  23.5
                           — 150

POLYFLEX CR3      13:31

25
25
26
26
   (11.1)        SLIGHT DIFFERENCES - TRY
                 1 GRAM MATERIAL

4 x 1 GRAM  F = 9.68       A5P
EM 635    11:36
                           11:49  1  31
1  36                             2  34.1
2  38                             3  34
3  35                             4  34
4  37  7.4                        4  35    9.6

SLIGHT DIFFERENCES — TRY LIGHTER WEIGHT
PLATE — PLEXIGLAS

WITNESSED AND UNDERSTOOD

[signature]  4/2/02

**74**

-4" x4" Perudation — Appnox Wn = 35.6 Gram

Fazlo = 417

1.52 Active Power

Em 635

| 23 | | 23 | | .23 | |
|----|----------------|----|----------------|----|----------------|
| 23 | $\sqrt{y} = 7.2\ P_4$ | 24 | $\sqrt{y} = 5.8\ P_4$ | 26 | $\sqrt{4} = 7.2\ P_4$ |
| 2u | | 23 | | 22 | |
| 23 | | 24 | | 23 | |

Aem 232 (3174)

| 19 | | 19 | |
|----|----------------|----|----------------|
| 19 | $\sqrt{u} = 14.8\ P_4$ | 19 | $\sqrt{4} = 19.2\ P_4$ |
| 20 | | 18 | |
| 20 | | 18 | |

Aem 232 (8166)

| 18.5 | |
|------|----------------|
| 18.5 | $\sqrt{y} = 22.9$ |
| 17 | Faine Good Distribution Tm Hige L ] |
| 17.5 | |

4x1 Gram Fnzlo = 4170

| Em635 | | Aem 232 (3174) | |
|-------|------|----------------|-------|
| 34 35 | 7.5 | 35 | |
| 33.5 $\sqrt{y} = A.4\ P_4$ | | 38.5 $\sqrt{4} = 12.4\ P_4$ | |
| 35 | | 35 | |
| 31 36 | | 36 | |

Tm Hige Sotios Maneriaes

Jk C H
2.41.02

WITNESSED AND UNDERSTOOD
Jan E Ostinson 11/7/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085183

75

4"x4" PLEX/GLASS    F-417

4x.1GPM

2.1? ACTIVE POLYMER

| EM635 | AEM 21,(314) |
|-------|--------------|
| 20 | 10 |
| 20 | 18 |
| 19    $\nabla_H = 147 P_s$ | 18    $\nabla_H = 22.1 P_s$ |
| 15 | 18 |
| 14.5 | 18 |

BOTTLETRIED,
44 SAMM

| (F=10A) 3 PPI   50.8 = 1x10⁴ GPI | 648 = 1.3x10⁶ |
| (F=10n) 6 PPM   62.5   6.3x10⁵ | 74.5 = 7.5 x10⁵ |
| $\nabla_{BOTTLE} = 3.7 x10³$ | $\nabla_B = 5.6 x10⁵$ |

4"x4" GLASS    F=

4x1 GPM

| EM 635 | AEM 232 (3/14) |
|--------|----------------|
| 19 | 21 |
| 21 | 20 |
| 20 | 18 |
| 19 | 21 |

NO DIFFERENCE

FREQUENCY SWEEP - PC60

| POLYMER | (POLYMER) | 6'(4.84) P₅ |
| EM-635 | 236-2.1 | 236 |
| AEM 232 (3/14) | 2.1 | 827 |

4 MLS APPLIED TO GLASS PLATE - NO ADDITIONAL WATER ADDED

EM C35 - FLOWS

AEM 232 - NO REMARKABLE FLOW!

TRY LOWER WEIGHT ON GRAVITY / FLOW TEST

JOHN C.L
221.04

WITNESSED AND UNDERSTOOD
Jay Saltman    4/2/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085184



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085185

77

ASPEN TEST - EVALUATE MULTIPLE SAMPLE
7% NEAT EMULSION - 2.1% ACTIVE

|  | AEM 232 | AEM 232 | AEM 232 |  |  |
|---|---|---|---|---|---|
| EM-635 | 37-1 | B166 | 7662 | 2540-143 | >33 lbs-51 |
| 50" | 50 mm | > 18 Hrs | 1H- 40 MIN | 2.0# | B. 5 mm |
| (50 sec) |  |  |  | 1.2 mm |  |

| PM 9232 | PM 9232 |  |
|---|---|---|
| (M2014 9n) | (CM3-174) | 2540-14 |
| > 90 mm | > 90 mm | 16 MIN |

THIS TEST APPEAR TO DETERMIN BETWEEN SAMPLE ACTIVITY, WHEN
TEST ADDITIONAL SAMPLES

• SUPPORT DATA ON PG 80

WITNESSED AND UNDERSTOOD

78

SUBJECT: PM 9232 Aqueous Organique Aid

DB Jratuu' Characteris VE and RSV Properties

Experimental

EM 3-174  - ( Cytec mobile lab notebook 113) - Prepared by Cytec
w/ RC Material

PM 9232 (Product AM) ~ 175 Gallow Battes Prepared at Cytec- mobile
plant. Also Analyzed in oil - no tower

Samples made down to 1.5% Activar mixed over night

| | | Haake Controlled Stress Rheometer | | |
|---|---|---|---|---|
| | | | Dynamic Mechanical Studies | |
| | | | Stress Sweep | Frequency Sweep |
| Polymer | [Polymer] | G', Pa | G', Pa, 4.0 Hz |
| 2590-144 | 1.5 | 188 | 229 |
| 2590-146 | 1.5 | 196 | 237 |
| 2590-147 | 1.5 | 137 | 166 |
| 2590-148 | 1.5 | 201 | 249 |
| PM9232 [M20222AM] | 1.5 | 134 | 183 |
| PM 9231 (cm3-74) | 1.5 | 204 | 248 |
| Previous Data | | | |
| Polyflox CP.3 | 1.5 | 276 | 383 |
| AN956 VLM | 1.5 | 19.4 | 31 |
| AN956 | 1.5 | 72 | 75 |
| AN956 VHM | 1.5 | 69 | 87 |
| EM 695 | 1.5 | 119 | 130 |
| 2590-14 | 1.5 | 254 | 312 |
| 2590-17 | 1.5 | 263 | 383 |
| 2590-30 | 1.5 | 245 | 280 |
| 2590-37F | 1.5 | 220 | 260 |
| AEM-232 (lot 3353) | 1.5 | 167 | 247 |
| AEM-232 (lot 7562) | 1.5 | 196 | 276 |
| AEM-232 (lot 8266) | 1.5 | 243 | 254 |
| AEM-232 (lot 9569) | 1.5 | 250 | 273 |
| AEM-232 (lot 3174) | 1.5 | 186 | 223 |

- Good modulus from all samples with the exception of 2590-147

John C Harry
2-27-02

WITNESSED AND UNDERSTOOD
Dan E Johnson  2/2/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085187