# EXHIBIT 49
## PART 2

79

| Haake Controlled Stress Rheometer - 10 sec-1 | | | | |
|---|---|---|---|---|
| NaCl Solvent: | .01 M | | | |
| [Polymer]: | 0.005 | | | |
| | RSV | | $n$ | |
| Polymer | dL/g | | | |
| 2590-144 | $17^3$ | -200 | 1.66 | 10.4 |
| 2590-146 | 220 | -200 | 1.87 | 9.4 |
| 2590-147 | 219 | -200 | 2.13 | 8.3 |
| 2690-148 | 178 | -200 | 1.68 | 10.4 |
| PM9232 [M20222AM] | 207 | -200 | 1.81 | 9.65 |
| SOLVENT | | | .88 | |
| Previous data | | | | |
| BD 202 [279] | .90 | | | |
| Polyflex CP.3 | 60 | | | |
| AN 958 VLM | 110 | | | |
| AN 958 | 280 | | | |
| EM 635 | 340 | | | |
| 2590-30 | 139 | | | |
| AEM 232 [3353] | 122 | | | |
| AEM 232 [7562] | 267 | | | |
| AEM 232 [8286] | 122 | | | |
| AEM 232 [9669] | 177 | | | |
| AEM 232 [3174] | 249 | | | |
| PM 9231 (CM3 -74) | 121 | | 1.43 | 10.5 |

- LOW RSV VALUES WITH THE EXCEPTION OF 2590-147.

ACTIVITY TESTING BY R. KLIMAS + J. TIMS INDICATE GOOD ACTIVITY
W/ PILOT PLANT LOT PM 9232 LOT M 20222 AM APPROVED FOR FIELD TRIALS

WITNESSED AND UNDERSTOOD

John CH
2-27-02

Jan Slutman  4/2/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085188

80

SUBJECT: PROJECT DRAINAGE AID

OBJECTIVE: PLAN LEVER Q.C. TEST. SUPPORT TESTING W/ STRESS RHEOMETER

EXPERIMENTAL



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085189



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085190

82

SUBJECT: PM gel Test Project

OBJECTIVE: Characterize Platen mean G' mixing time.

EXPERIMENTAL:

Funnel flow test

| Polymer | [Polymer] active | Mix time, hour | G' (Pa) |
|---|---|---|---|
| PM 9232 [M20222] | 2.1 | 0.25 | 1200 |
| | | 0.5 | 1014 |
| | | 0.75 | 895 |
| | | 1 | 878 |
| | | 2 | 650 |
| | | 3 | 625 |
| | | 4 | — |
| | | 8 | 515 |
| | | 24 | 405 |
| EM 635 | 2.1 | 0.25 | 206 |
| | | 0.5 | 215 |
| | | 1 | 205 |
| | | 2 | 206 |

G' @ Mix 2 ppm
500
200

24/60

POLY FLEX CP.3    2.1    .25    696
(START 11:25)           .5    592
                        1.0    464
                        3.0    584
                        7.0    650
                        24     588

NEXT EXPERIMENT (TBD) - MIXING PM'S 24 Hours
         G' — mix 1 Hour - Hold 24 Hrs - Test -
                  Continue mixing

 - MIX D → 24 Hours - Measure Viscosity AND -
  1) VISCOSITY INCREASING (DISSOLUTION / MAKEDOWN EFFECT)
  2) VISCOSITY DECREASING ( DISSOLUTION / ENTANGLEMENT EFFECT)

Joe CH
3-11-02

WITNESSED AND UNDERSTOOD 4/2/02
[signature]

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085191

83



**Modulus - Mixing time 2.1% active solutions**

Plateau Modulus Go (Pa) — Mix time 200 rpm (hours)

Legend:
- PM 9232
- EM 635
- Polyflex

REMARKABLE DROP IN MODULUS OVER TIME WITH PM 9232

RAG AJTCH PROPOSE CHAIN PRE-ASSOCIATION - CONFIRM TWO CHAIN

RCB PROPOSO SOLUBILITY / MAKEDOWN ISSUE

MEASURE VISCOSITY / MW OVER TIME WILL DETERMINE

WITNESSED AND UNDERSTOOD

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085192

84

SUBJECT: PM 9232 - PILOT BOTTLES FROM CYTEC MOBILE

OBJECTIVE: CHARACTERIZE VC & RSV PROPERTIES OF LAB AND PILOT BATCH
BUCKMAN MP 830

EXPERIMENTAL

| Polymer | Lot / ID | Source | Description |
|---|---|---|---|
| PM 9232 | 20418 A | MOBILE LAB | CHP/ 50% INITIATOR |
| PM 9232 | 20228 B | " " | " |
| PM 9232 | 20305 | MOBILE | 200 GALLON BATCH #2 |
| PM 9232 | 20307 | " | 1000 GALLON BATCH #1 |
| PM 9232 | 20307 A | MOBILE-LAB | LAB HOMOGENIZED 155 CPS |
| PM 9232 | 20307 B | " " " | PILOT HOMOGENIZED 80 CPS |
| BUCKMAN MP830 | | FIELD | "STRUCTURED" CATIONIC PAM |

VC
- MADE DOWN TO 1.5% ACTIVE. ALLOW 30% ACTIVE EMULSION
  MIX OVERNIGHT

RSV
- MADE DOWN TO 0.5% NEAT, ALLOW 30% ACTIVE EMULSION. MIX OVERNIGHT.
  .005% 1N .01 N NaCl

  1.67 g   .5% POLYMER
  1.67 g   .02 N NaCl
  QS TO 50   .01 N NaCl

WITNESSED AND UNDERSTOOD

Joe C. H_____
3-15-06

Frank J Sutman 4/2/06

85

| Haake Controlled Stress Rheometer - 10 sec-1 | | | |
|---|---|---|---|
| NaCl Solvent: | .01 M | | |
| [Polymer]: | 0.005 | | |
| | RSV | | n |
| Polymer | dL/g | | |
| PM 9232 [20228A] | 170 | -200 | 1.74 |
| PM 9232 [20228B] | 206 | -200 | 1.96 |
| PM 9232 [20305] | 205 | -200 | 1.84 |
| PM 9232 [20307] | 163 | -200 | 1.67 |
| PM 9232 [20307A] | 248 | -200 | 2.06 |
| PM 9232 [20307B] | 193 | -200 | 1.76 |
| Solvem | 65 | | .94 .95 ? |
| Previous data | | | |
| BD 202 [279] | 90 | | |
| Polyflex CP.3 | 60 | | |
| AN 956 VLM | 110 | | |
| AN 956 | 280 | | |
| EM 635 | 340 | | |
| 2590-30 | 139 | | |
| AEM 232 [3353] | 122 | | |
| AEM 232 [7562] | 267 | | |
| AEM 232 [8266] | 122 | | |
| AEM 232 [9669] | 177 | | |
| AEM 232 [3174] | 249 | | |

→ Low

SOLVENT                              .90
2590 - 152        .005/62        1.68
2590 -153         .005/98        1.77
PC 8138           .01 102        1.60
Buckman MP 830    .01 86.5       1.66

- Low RSV To 1000 Daltons wt corrected w/ Brti da~
   Retention

WITNESSED AND UNDERSTOOD

Joan G Hartman 4/2/02

John C Haw
3.19.02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085194

86

| Haake Controlled Stress Rheometer | | | |
|---|---|---|---|
| | | Dynamic Mechanical Studies | |
| | | Stress Sweep | Frequency Sweep |
| Polymer | [Polymer] | G*, Pa | G', Pa, 4.6 Hz |
| PM 9232 [20228A] | 1.5 | ~~130~~ 115 | ~~288~~ 141 |
| PM 9232 [20228B] | | 122 | 154 |
| PM 9232 [20305] | | 236 | 288 |
| PM 9232 [20307] | | 221 | 252 |
| PM 9232 [20307A] | | 201 | 259 |
| PM 9232 [20307B] | | 208 | 253 |
| PM 9232 [20307B]repen | 1.5 | 208 | 253 |
| **Previous Data** | | | |
| Polyflex CP.3 | 1.5 | 275 | 383 |
| AN958 VLM | 1.5 | 19.4 | 31 |
| AN956 | 1.5 | 72 | 75 |
| AN956 VHM | 1.5 | 69 | 87 |
| EM 635 | 1.5 | 116 | 130 |
| 2590-14 | 1.5 | 254 | 312 |
| 2590-17 | 1.5 | 283 | 383 |
| 2590-30 | 1.5 | 245 | 260 |
| 2590-37F | 1.5 | 220 | 260 |
| AEM-232 (lot 3353) | 1.5 | 167 | 247 |
| AEM-232 (lot 7562) | 1.5 | 196 | 276 |
| AEM-232 (lot 8266) | 1.5 | 243 | 254 |
| AEM-232 (lot 9669) | 1.5 | 250 | 273 |
| AEM-232 (lot 3174) | 1.5 | 186 | 223 |

Bulk viscosity - PM 9232 (M 20207)

#3/ 12   5.4 × 100 = 540

#3/ 30   ~9.6 × 40 = 384

| 2590-152 | 1.5 | 186 | 224 |
| 2590-153 | 1.5 | 148 | 235 |

60   QC F-  1000 Carton   Batch

WITNESSED AND UNDERSTOOD
J. V. Glatman  4/2/02

John H.
3-15-02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085195

87

SUBJECT: PM 9253- ALKALINE DRAINAGE AID
PLANT TEST PROCEDURE
OBJECTIVE: DEVELOP TEST METHOD FOR PLANT TO CHARACTERIZE DIFFERENCE
BETWEEN LINEAR APAM & PM 9253

EXPERIMENTAL: FANN INSTRUMENT SHEAROMETER

# fann®

### 24000 Shearometer Kit



The Shearometer is used for determining the gel strength of drilling muds. The results are read directly from a calibrated scale, and give gel strength in pounds of shear per 100 square feet of area. The Fann Shearometer Kit includes a Shearometer cup with graduated scale, two 5-gram Shearometer tubes and instructions.

When left under static conditions in normal to high temperatures at the bottom of an open borehole, some fluids tend to thicken and, in some cases, may solidify. Fann Aging Cells have been designed to aid in predicting the performance of drilling fluids under static, high temperature conditions. A special 20-gram Shearometer Tube with weight support is available for test on drilling mud after aging at high temperature.

### WEIGHTS AND DIMENSIONS

| Part No. | Description | Dimensions (Inches) | Dimensions (Centimeters) | Weights (Lbs) | Weights (gm) |
|---|---|---|---|---|---|
| 24000 | Shearometer Kit | 10 x 10 x 8 | 25.4 x 25.4 x 20.3 | 1.75 | 791.0 |
| 24102 | Shearometer cup with Scale | 10 x 10 x 8 | 25.4 x 25.4 x 20.3 | 1.70 | 772.0 |
| 24200 | Shearometer Tube, 5-gram | 2.5 x 2.5 x 6 | 6.35 x 6.35 x 15.2 | 0.23 | 103.9 |
| 24205 | Shearometer Tube, 20-gram | 2.62 x 2.62 x 6 | 6.6 x 6.6 x 15.2 | 0.27 | 122.0 |
| 25590 | Weight set, 1 to 200 grams | 5.75 x 2.5 x 2.25 | 14.6 x 6.35 x 5.7 | 1.65 | 945.8 |

### Included Parts

| | | |
|---|---|---|
| 24102 | HOLDER SHEAROMETER | |
| 24200 | SHEAROMETER TUBE 5 GRAM | |

p://www.fann.com/product_info_printer.asp?iprod=24000&catid=57         3/18/2002

WITNESSED AND UNDERSTOOD

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085196

**115**

SUBJECT: SP 9232   ALKALINE DRAINAGE AID

OBJECTIVE: CHARACTERIZE EMULSION SAMPLE FROM B. WALCHUK OF 5-16-02
& M. HOLLOMAN.

EXPERIMENTAL:

May 16, 2002

CC:  D. Michalopoulos – Jacksonville
R. L. Brady 8100/151
M. G. Holloman 8100/356
R. A. Golman 8100/144
D.A. Gerstenhaber 8100/258
File – 8134

TO:    JOHN HARRINGTON
FUSHAN ZHANG

FROM:    B. WALCHUK

John and Fushan,

Six emulsion samples were sent yesterday. These should arrive this morning. Please see the table below
for sample information.

| # | Designation | Comments |
|---|---|---|
| 1 | 2590-156 | Redox- CHP/SO2 run at –65 °C |
| 2 | 2590-157 | AIBN- no acrylic acid, 100% acrylamide at pH 5.24 run under standard AEM-232 polymerization conditions. Test rheology only. . |
| 3 | 2590-158 | Redox- TBHP/SO2 run at –65 °C |
| 4 | 2590-159 | AIBN- no acrylamide, 100% acrylic acid, run under standard AEM-232 polymerization conditions, pH was 5.20. Test rheology only |
| 5 | 2590-160 | Was going to be a burnout study but exothermed to reflux (100 °C) test rheology only. |
| 6 | 2590-161 | Redox- CHP/SO2 run at –35 °C. |

M. HOLLOMAN

33171-11   UTILNE HYPERION   2524 ~ POLY ROBUTYLENE SUCCINIC
ANHYDRIDE AMINE

WITNESSED AND UNDERSTOOD

John C. Harrington.
5-22-02

_____ 6/6/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A.
NO. 04-293 (KAJ)

HERC0085224

116

Parameters - JGG 441-1

| Polymer | (Polymer) | T sweep (G', Pa) | ω sweep (G' ~ 4.6 Hz (Pa)) | | |
|---|---|---|---|---|---|
| 2590-156 | 1.5 | 110 | 132 | | |
| -157 | | 126.0 | 10.2 | | |
| -158 | | 112 | 141 | | |
| -159 | | 265 | 240 | | |
| -160 | | 79 | 107 | | |
| -161 | | 78 | 101 | | |
| 33 171-4 | | 330 | 391 366 | | |
| EM 230 | | 27 | 38 | | |
| SPR32 BCW (20515) | | 270 | 259 (0.5 Pa) | 245 (5 Pa) | |
| " (20517) | | 270 | 320 (0.5 Pa) | 272 (5 Pa) | |
| Alcowid PAA(30, G'-5) | | 134 | 159 | | |
| 1590-157 - 50% THO. weit. | | 61 | 84 | | |
| EM 230 - " " | | 40 | 114 | | |
| (*18 hrs -70°C) | | | | | |
| AN 945 SH | | 19 | 25 | | |

WITNESSED AND UNDERSTOOD

John C.H.          Jack Johnson  6/6/02
5-27-02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085225

216

SUB JECT:  SP 9232  DRAINAGE AID

OBJECTIVE:  CHARACTERIZE  MILL  SAMPLES:
- NEAT POLYMER FILTER GEL-LIKE MATERIAL - BONE ST. HELENS
- LARGE WHITE GEL BALL IN NEAT POLYMER - POTLATCH - LEWISTON

EXPERIMENTAL

%polysolid

| pan no | polymer | pan tare | polymer wt | gross WT | net poly wt | % polymer |
|--------|---------|----------|------------|----------|-------------|-----------|
| | | | | 125° overnight | | |
| 1 | 9232 filter gel sthelens | 0.9742 | 7.57 | 4.0816 | 3.1074 | 41.049 |
| 2 | gel ball lewiston | 0.9865 | 3.7816 | 2.3229 | 1.3374 | 35.367 |
| 3 | 9232 lewiston | 0.6908 | 4.8134 | 2.6587 | 1.6681 | 33.850 |

AVERAGE  OF  2001  MOBILE  LOTS =  52.8

THE FILTER GEL IS THE CONSISTENCY OF A PETROLEUM JELLY

THE GEL BALL FROM LEWISTON IS A WHITE, RUBBERY MATERIAL IT IS
SIMILAR TO MATERIAL WHERE CATIONIC AND ANIONIC MATERIAL
HAVE BEEN MIXED TO FORM A GEL. THE GEL IS NOT SOLUBLE IN
TOLUENE, AS NEAT HYPERMER B246SF.

WITH TEST WILL MAKE DOWN IN DI H₂O TEST MODULS OF
ST HELENS JELLY AND NEAT 9232 FROM LEWISTON

| POLYMER | [POLYMER] | QS → 50 | CP60/2' | | PP60 | | CP60/8' |
|---------|-----------|---------|---------|---|------|---|---------|
| | | | Cμ (Pa) 6.3 Hz | | Cμ (Pa) 6.3 Hz | | 6 μ Pa |
| 9232 - FILTER JELLY | 1.5 | 2.0 | 227 | | | | |
| BONE  ST HELENS | | | | | | | |
| SP9232-  NEAT | 1.5 | 2.4 | 272 | | | | |
| POT LATCH- LEWISTON | | | | | | | |
| SP9232 (r30102) | 1.5 | 2.5 | 274 | | 258 | | 327 |

WITNESSED AND UNDERSTOOD

John C Hung
2-13-03

[signature] 2/14/03

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085314

217

**HERCULES**

Hercules Incorporated
Pulp and Paper Division
7510 Baymeadows Way
Jacksonville, FL 32256
Phone: 904.733.7110

JR242611
John Harrington
7510 Baymeadows Way
Jacksonville, FL 32256 Usa

Date Reported:  25-Feb-2003
Submitter:  Harrington, John
Submitter ID:  JR2214
Program Code:  1100 0000 1793

## Analysis

Sample Name:  441-216-1
Lab ID:  P0213001
Date Sampled:  13-Feb-2003

| Analysis Type | Analysis Name | Analyte | Result |
|---|---|---|---|
| Organic | As Received (FTIR) | Organic Acid Salts | DETECTED |
| | | Polyamide | DETECTED |
| | | Water of Hydration | DETECTED |

Sample Name:  441-216-2
Lab ID:  P0213002
Date Sampled:  13-Feb-2003

| Analysis Type | Analysis Name | Analyte | Result |
|---|---|---|---|
| Organic | As Received (FTIR) | Organic Acid Salts | DETECTED |
| | | Polyamide | DETECTED |
| | | Water of Hydration | DETECTED |

Sample Name:  441-216-3
Lab ID:  P0213003
Date Sampled:  13-Feb-2003

| Analysis Type | Analysis Name | Analyte | Result |
|---|---|---|---|
| Organic | As Received (FTIR) | Organic Acid Salts | DETECTED |
| | | Polyamide | DETECTED |
| | | Water of Hydration | DETECTED |

Page 1 of 1                    *Complete Solutions for Pulp and Paper*

WITNESSED AND UNDERSTOOD

*John C Ha*
2-28-03

*Ian G Sutton* 2/28/03

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085315

**218**

SUBJECT: SP 923L DRAINAGE AID

OBJECTIVE: CHARACTERIZE PRODUCT SETTLING

EXPERIMENTAL:

(I) 1L g POLYMER INTO 16 mL CENTRIFUGE TUBE

2.5 HOURS 7500 RPM / HERAEUS CENTRIFUGE    RCF= 550
INNER TUBE ROW

MEASURE + RECORD CLEAR LAYER

DRAIN TWO HOURS - RECORD NET WT RETAINED

| POLYMER | SUPERNATANT<br>HEIGHT, mm | WT RETAINED<br>2 HOUR DRAIN | % RETENTION |
|---|---|---|---|
| SP 923L M3010L | 3 | 0.30 | |
| SP 923L M2102B | 4 | 0.20 | |
| POLYFLOX CP.3 | 1 | 0.20 | |
| PQ 8137 | 2 | 0.26 | |

(II) 35 g POLYMER INTO 50 mL ROUND BOTTOM
CENTRIFUGE TUBE

2.5 HOURS - 2500 RPM / IEC CENTRIFUGE   RCF= 700

| POLYMER | SUPERNATANT<br>HEIGHT, mm | TARE WT,<br>g | WT RETAINED<br>2 HOUR DRAIN | % RETENTION |
|---|---|---|---|---|
| SP 923L M3010L | 3 | 14.71 | 0.70 | 2 |
| SP 923L M2102B | 2 | 14.54 | 0.35 | 1 |
| POLYFLOX CP.3 | 2 | 14.75 | 0.18 | 0.5 |
| PQ 8137 | <1 | 14.73 | 0.64 | 1.8 |

WITNESSED AND UNDERSTOOD

John C. Harris
2-4-04

Jam EJ Butman 2-28-03

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085316

219

III    12 g POLYMER → 16 mL TUBE PPC

3 HRS    3750 RPM    HERAEUS    21.16    RCF 1250

| POLYMER | SUPERNATANT 47 mm | WT RETAINED, 2 HOUR DRAIN | % RETENTION | TARE WT |
|---|---|---|---|---|
| SP9231 M3010L | 9 | 0.11 | | 6.01 |
| SP9231 M2102B | 10 | 0.12 | | 6.08 |
| POLYFLOC (B3747603) | 3 | 0.29 | | 6.07 |
| PA B137 | 6 | 0.12 | | 6.02 |

IV    35 g POLYMER → 50 mL TUBE PC

3 HRS    3500 RPM    IEC    RCF = 1400

| POLYMER | SUPERNATANT 47 mm | WT RETAINED, 2 HOUR DRAIN | % RETENTION | TARE WT |
|---|---|---|---|---|
| SP9231 M3010L | 2 | 4.11 | 11.7 | 19.57 |
| SP9231 M2102B | 2 | 4.54 | 13.1 | 14.57 19.73 |
| POLYFLOC CR3 | 1 | 1.43 | 4.1 | 14.56 19.74 |
| PA B137 | 1 | 3.79 | 10.8 | 19.74 |

THE 16 mL TUBES DEMONSTRATE A DIFFERENTATION IN SUPERNATANT LAYER.
NO REMARKABLE SEDIMENT IS PROVIDED

THE 50 mL TUBE DIFFERENTATE SEDIMENT CONTENT. NO REMARKABLE
SUPERNATANT IS PROVIDED

WILL REVIEW PC 16 mL TUBES TO DETERMINE IF A DIFFERENT
PLASTIC WILL CAUSE ADHESION OF ENVELOPE. IF NOT WILL UTILIZE 16 mL
TEST FOR SUPERNATANT & 50 mL TEST FOR SEDIMENT FORMATION

WITNESSED AND UNDERSTOOD

John C H
2.21.03

Fran J Bowman 2/28/03

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A
NO. 04-293 (KAJ)

HERC0085317

220

⊽ 50g POLYMER → 50 mL FISHER BRAND CONICAL BOTTOM CENTRIFUGE TUBE

3.0 HOURS – 2500 RPM – RCF ~ 1150

HERAEUS 4500 BUCKET STYLE HOLDER

| POLYMER | SUPERNATANT HT, mm | WT RETAINED δ DRAIN | 7 HOUR DRAIN | 2 HR | % RETAINED | TARE WT, g |
|---|---|---|---|---|---|---|
| SP 9232 M2072L | 1 | 605 | 5.44 | 5.22 | 10.4 | 10.71 |
| SP 9232 M2182B | 1.2 | 603 | 5.29 | 5.17 | 10.3 | 10.82 |
| POLYFLEX C5 | ~ | 235 | 1.71 | 1.62 | 4.6  3.2 | 12.68 |
| PA 8137 | 1 | 5.16 | 4.01 | 3.86 | 7.6 | 10.72 |

GOOD DIFFERENTIATION OF PRODUCTS.

WILL UTILIZE FOR THE SP 9232 LOTS

WITNESSED AND UNDERSTOOD

John C H.
2.24.03

Jan G Gartman 2/24/03

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085318

221

SUBJECT  SP 9232 DRAINAGE AID

OBJECTIVE  CHARACTERIZE PRODUCT SETTLING CHARACTERISTICS
COMPARE WITH OTHER COMMERCIAL PRODUCTS

EXPERIMENTAL: 50 g NEAT EMULSION POLYMER
→ 50 mL FISHER BRAND CONICAL BOTTOM CENTRIFUGE TUBE

3.0 HOURS - 2500 RPM - RCF ~ 1250
HERAEUS 4.500  BUCKET HOLDER

| POLYMER | SUPERNATANT HT mm | WT RETAINED 2 HR DRAW | % RETAINED | Tare WT mg |
|---|---|---|---|---|
| POLYFLOC CP3 2460 | − | 1.68 | 3.4 | 10.85 |
| PA 8137 M21024 | 1 | 3.71 | 7.4 | 10.64 |
| RETEN 15234 6298 40 | 2 | 10.36 | 20.7 | 10.59 |
| PA 8250 M20908 | − | 9.64 | 19.9 | 10.73 |
| SP 9236 M21028 | 1 | 4.84 | 9.7 | 10.69 |
| SP 9232 M20716 | 1 | 4.24 | 8.5 | 10.42 |
| SP 9232 M20604 | 1 | 4.46 | 8.9 | 10.32 |
| SP 9232 ML1230 | 1 | 4.86 | 9.7 | 10.72 |
| SP9232 BG-VV J400-0002 | 1 | 3.46 | 6.9 | 10.59 |
| SP9232 BG-VV J400-0007 | 1 | 3.68 | 7.4 | 10.27 |
| SP9232 M20214 | − | 3.64 | 7.8 | 10.28 |
| SP9232 M20419 | ≤1 | 5.19 | 10.4 | 10.55 |
| SP9232 M20528 | 2 | 4.86 | 9.7 | 10.17 |
| SP9232 M20619 | ≤2 | 5.1 | 10.2 | 10.53 |
| SP 9236 M20703 | 1 | 4.41 | 8.8 | 10.27 |
| SP 9232 M20716 | 2 | 4.67 | 9.3 | 10.16 |

WITNESSED AND UNDERSTOOD
3.3.03        7/11/03

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085319



222

| Polymer | Supernatant pH, mm | WT Retained, 2 Hr Draw | % Retained | Tare WT g |
|---|---|---|---|---|
| Polyflux CP3  M2017 | — | 1.83 | 27 | 10.17 |
| SP9232, Lot: M20916 | <1 | 2.85 | 5.8 | 10.63 |
| M2 1003 | 1 | 4.78 | 9.6 | 10.14 |
| M2 1105 | 1 | 5.03 | 10.1 | 10.13 |
| M2 1126 | 1 | 5.34 | 10.7 | 10.58 |
| M2 1206 | 1 | 4.43 | 9.9 | 10.21 |
| PC B138  M20916 | 8 | 23.25 | 46.5 | 10.55 |
| Novus 8920  B356247702 | 5 | 15.5 | 31.1 | 10.57 |

SP 9232 Lot Settling

- SP9232 Less Stable Emulsion Than Polyflux CP3
- Lab Lot + Bottle Lots Most Stable Lot. M20916 Least Stable
- SP9232 Short Term Less Stable Than PA B137
- SP 9232 More Stable Than CM 533 PA B137, PC B138 + Novus 8920

John C Hennign
3.4.03

WITNESSED AND UNDERSTOOD
4/1/03

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)                    HERC0085320

232

SUBJECT: SP 9232 DRAINAGE AID

OBJECTIVE: CONDUCT CENTRIFUGE STUDIES ON SP9232, EVALUATE SOLIDS CONTENT CHARACTERIZE THE VARIOUS FRACTIONS

EXPERIMENTAL: 50 GRAMS SP9232 (M207268) (B2 BEFORE FINAL BREAKER & pH ADJUST) INTO 50 mL FISHER CONICAL BOTTOM TUBE

HERAES 4.500  BUCKET 2353
3800 RPM ~ 3500 RCF
6 HRS RUN.

| HS8 4.500 Bucket 2353 | | Rmax (cm) | | RPM RPM | RCF RCF |
|---|---|---|---|---|---|
| | 5148 | 20.7 | - | 4000 | 3703 |
| | 2258 | 20.0 | 11.0 | 4000 | 3577 |
| 7 | 5349 | 20.0 | 11.0 | 4000 | 3577 |
| 12(None) | 5341 | 20.4 | 11.4 | 4000 | 3649 |
| 15 | 5347 | 20.0 | 11.0 | 4000 | 3577 |
| 25 | 5348 | 20.0 | 11.0 | 4000 | 3577 |
| 50 (Falcon) | 5343 | 20.4 | 10.0 | 4000 | 3649 |
| 220(PP) | 5344 | 20.7 | 10.2 | 4000 | 3703 |
| 250(glass) | 2269 | 20.0 | 7.0 | 4000 | 3577 |

- APPROX 5 mL SUPERNATANT OIL LAYER ON TOP

- % RETENTION = 42.6%

- RUN % 60 SOLIDS (18 HOURS - 125°C) ON THE VARIOUS FRACTIONS. ALSO RUN SOLIDS ON SURFACTANTS AND SURFACTANT SOLUTIONS TO DETERMINE VOC OF SURFACTANTS.

| pan # | polymer | pan tare | polymer wt | gross WT | net poly wt | % polymer | |
|---|---|---|---|---|---|---|---|
| 1 | Hypermer B246SF | 0.9651 | 4.8868 | 5.6567 | 4.6716 | 89.676 | |
| 2 | span 80 | 0.8673 | 5.1877 | 1.3499 | 0.3626 | 7.017 | |
| 3 | 6.7% Hypermer soln | 0.8637 | 5.5843 | 1.3498 | 0.3661 | 6.579 | |
| 4 | | 0.8783 | 5.4636 | 1.3274 | 0.3511 | 6.426 | |
| 5 | span 80 | 0.8881 | 5.5206 | 6.2266 | 5.2384 | 93.20 | |
| 6 | SP9232 oil layer | 0.9886 | 1.6825 | 1.0474 | 0.0588 | 3.72 | 6 hrs 3800 |
| 7 | SP9232 2nd layer | 0.97 | 6.1845 | 2.8519 | 1.8819 | 30.43 | |
| 8 | SP9232 drain layer - 2 hr pp | 0.9757 | 4.9984 | 2.6227 | 1.647 | 33.150 | |
| 9 | SP9232 retained layer | 0.0777 | 5.1033 | 2.9188 | 1.9411 | 37.377 | |
| 10 | surfonic L247 | 0.9897 | 6.0819 | 5.0372 | 4.0475 | 79.960 | |
| 11 | SP9232(M207268) B | 0.9748 | 5.0973 | 2.6765 | 1.7007 | 33.385 | |
| | Pre breaker and pH adjust | | | | | | |

- SURFACTANTS HAVE MINIMAL VOC - 80-99% ACTIVES
- OIL LAYER HAS SOME SOLIDS
- DRAIN LAYER EXHIBITS MINIMAL SOLIDS REDUCTION

John C. Harrington
3.19.03

WITNESSED AND UNDERSTOOD
4/16/03

233

REPEAT STUDY WITH HIGHER RCF

15 GRAMS INTO NALGENE 16 mL POLY CARBONATE TUBE (3117·160)
RECORD TARE WEIGHTS ( APPROX 8.46 W).

UTILIZE HER AEUS HFA 20.16 - OUTSIDE ROW

20500 RPM = 54 000 RCF
6 HOURS RUN TIME

| Type | Reductions from ml to ml | | Cat. No. out-/inside adaptor | rmax cm | rmin cm | max rpm | max RCF in-/outside |
|------|------|------|------|------|------|------|------|
| HFA 20.16 | | | 5153 | 9.9/11.5 | 4.8/6.4 | 20500 | 46510/54030 |
| +Adap. | 16 | 3.5 | 2901 | 8.6/10.2 | 5.0/6.6 | 20500 | 40400/43920 |
| +Adap. Get | 16 | 1.9 | 2900 | 7.4/9.0 | 5.3/6.9 | 20500 | 37770/42290 |

ROTOR

⊕ THE RUN WAS INTERRUPTED AFTER APPROX 45 MIN. THE BUCKET
CAME OFF THE SHAFT AND CAUSED EXTENSIVE DAMAGE TO THE
INTERIOR OF THE CENTRIFUGE AND THE ROTOR IT IS NOT KNOWN
IF IT IS REPAIRABLE.

NONE THE LESS, WILL COLLECT DATA FROM THE 3 REMAINING
TUBES

APPROXIMATELY 15 mm CLEAR SUPERNATANT VISIBLE ON THE UPPER
LAYER.

| TUBE | TARE | TOTAL | NET | % RETAINED | — LOW SOLID IN THE OIL LAYER - FOR INVERTING SURFACTANT? |
|------|------|------|------|------|------|
| 1 | 8.45 | 14.79 | 11.3 | 75.3 | |
| 2 | 8.46 | 19.80 | 11.32 | 75.5 | — A GRADIENT OF SOLID IS OBTAINED IN THE SEDIMENT. |
| 3 | 8.44 | 19.73 | 11.29 | 75.3 | |

| pan no | polymer | pan tare | polymer wt | gross WT | net poly wt | % polymer |
|------|------|------|------|------|------|------|
| in | polymer drain serum | 0.0791 | 4.3361 | 1.1227 | 0.1438 | 3.312 |
| out | retained layer - top | 0.9626 | 1.7721 | 1.6840 | 0.7014 | 39.560 |
| out | retained layer - bottom | 0.9834 | 1.8415 | 1.8183 | 0.8349 | 45.330 |

WITNESSED AND UNDERSTOOD

John C Harrington
3.20.03

[signature] 6/12/03

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085328

234

CONTINUE WITH LONGER TIME AT HIGH RPM/G

35 GRAMS SP9232 (M20726B) INTO 50 mL OAK RIDGE PC TUBE.

@ TCC CENTRIFUGE - 19,000 RPM - RCF ~ 40,000 G

RUN 1.5 HOURS - CENTRIFUGE STARTED TO LOSE SPEED
STARTING SPEED 56% FULL POWER ⟶ 19,000 RPM.
CHECKED AFTER 1.8 HOURS, SPEED DOWN TO 18,000 AND SLOWLY
DECREASING. INCREASED POWER TO 65% - SPEED UP TO 19,000
BUT STILL SLOWLY DECREASING. TERMINATED TEST.

DRAW OIL LAYER

| TARE | TOTAL | NET | % RETAINED |
|------|-------|-----|-----------|
| 19.58 | 49.08 | 29.5 | 84.3 |

SUPERNATANT PROFILE

| Analysis Name As Received (FTIR) | Analyte | Result |
|---|---|---|
| | Olefinic Hydrocarbons | DETECTED |
| | Organic Acid Salts | DETECTED |
| | Organic Esters | DETECTED |
| | Organic Nitrogen Components | DETECTED |
| | Water of Hydration | DETECTED |

QCA

55 cm

105 mm

| pan no | | polymer pan tare | polymer wt | gross wt | net poly wt | % polymer |
|---|---|---|---|---|---|---|
| 1 | oil layer | 0.9709 | 3.6262 | 1.0982 | 0.1273 | 3.511 |
| 2 | top sediment | 0.971 | 3.1442 | 2.1572 | 1.1862 | 37.727 |
| 3 | bottom sediment | 0.9808 | 5.9058 | 3.2824 | 2.2816 | 43.002 |

- AS OBSERVED ON p2.233, SOME SOLIDS REMAIN IN
OIL LAYER. A GRADIENT IS OBSERVED IN THE
RETAINED SEDIMENT.

- HIGHER RETENTION IS OBSERVED WITH THE TCC (LOWER RCF) THAN THE
HERAEUS.
- HIGHER SOLIDS IS OBSERVED WITH HERAEUS (HIGHER RCF).

John C. Herrington
3.20.03

WITNESSED AND UNDERSTOOD
4/14/03

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085329