# EXHIBIT 52



FEC-GEB

HIGHLY SENSITIVE CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - D. Delaware C.A. No. 04-293 (KAJ)

Cytec Industries Inc                                                05/22/02

Meeting Minutes: Hercules AEM 232 Manufacture

Attendees:  P. de Laat, J. Groeneveld, C. Droogers, L. Rosati, L. Jackson, Z Morgan, P. Waterman, J. Kozakiewicz

Scribe: L. Jackson

**Business Requirements (JJK):** Hercules is important to our business from the perspective of water treating. Hercules purchases ~50 % of there product from Cytec (1.6 million $) and consist of 10% of Cytec's water treating business is sales. Hercules views Cytec as the best overall technology company available for pilot development and scale-up of new products. This is an opportunity to show that Cytec can be a Hercules preferred supplier. In the case of AEM 232 the Polyflex contract to Hercules expires at the end of 2002. Ciba, who now owns Polyflex will not sell to Hercules, therefore Hercules has developed a replacement for Polyflex.

Product has been scaled up in MA to complete the first phase of the project. Two successful full-scale preparations have been completed. Scale-up and manufacture in EU (Botlek) constitutes the second phase of the project. The product required is a BGVV version of the original development product. Production in Botlek is required by Oct 2002. Initial expected production will be 1 – 2 batches/month.

We are not allowed to participate in the Hercules development effort.

**Process Description (ZBM):** Process is similar to our current EPAMs. The product will be prepared with BgVV oil and be BgVV approved for EU.

Oil Phase   A new surfactant will be used (Hypermer B246) for oil phase preparation   *Heating of the Hypermer drums will be required.*

Aqueous phase.  Aqueous phase is typical of anionic EPAM monomer phase (50 mole % anionic).  There are two differences; 1.  Ammonia is added by weight not pH. Additional ammonia is added at finishing.  2. Aqueous phase needs to be warmed to the oil phase temperature (to avoid solidifying the Hypermer). Monomer solution is fully aerated and the chelant is not present at the early stage.  *High temperature of the monomer must be considered for the PHA.*

Homogenization.  Typical of other EPAMs. However, monomer emulsion BV will be significantly lower than Cytec EPAMs.

Polymerization.  After homogenization material is sparged and warmed to 134-135 F simultaneously. Vazo 64 is dispersed in an oil (slurry) then added directly to the reactor in shots.  *Handling/storage of VAZO must be considered for the PHA.  VAZO decomposition product is very toxic and must be considered for PHA.*

Finishing.  Balance of ammonia is added followed by the breaker surfactant.

Storage and Handling.  Handle as Polyflex.

**Strategy Development (PdL).** The major issue in Botlek will be handling and storage of VAZO 64. VAZO 64 is classified as an explosive in EU, and the decomposition products are toxic.  In order to expedite the preparation of documents required for preparation of P&ID and permitting, assistance will be provided from Stamford and Mobile.

The project will consist of two phases. The first will be the development and execution of a manual process for manufacture. This will allow for the shortest timeframe for start-up of manufacturing. The second phase will be automation of the process to allow for reduced resource requirements for

I





CYT0001972

HIGHLY SENSITIVE CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER - D. Delaware C.A. No. 04-293 (KAJ)

Cytec Industries Inc                                                        05/22/02

manufacture. Tentative timelines for Phase I are given below. Timelines for Phase II be developed during preparation of the permitting documents.

**Phase I (Manual Process)**

1. ZBM and LAJ will travel to Botlek to assist in establishing the process and preparation of the permitting documents (5/27/02 – 6/1/02). If raw materials can be handled safety then permitting should be straight-forward.

2. PdL will see to getting P& ID's prepared (6/3/02-6/7/02).

3. ZBM and LAJ will return for PHA (6/10/02-6/14/02).

4. Required engineering will be carried out to operate the manual process (6/17/02 – 9/30/02).

**Phase II (Automation of Process)**

Plan to be developed.

Next Meeting.

TBA

Proposed Agenda Items

2

CYT0001973

# EXHIBIT 55



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

```
                     Re2 Hercules AEM 232 production update.txt
From: Logan A. Jackson [Logan A. Jackson at CHEMST05] on behalf of Logan
A. Jackson
Sent: Thursday, June 27, 2002 12:35 PM
To: Louis Rosati; Daphne Sprayberry; Zeb Morgan
Subject: Re[2]: Hercules AEM 232 production update

    -Z

    Updated as requested.

    -LJ


_____ Reply Separator _____
Subject: Re:Hercules AEM 232 production update
Author:  Zeb Morgan at CHEMMA01
Date:    6/27/02 9:37 AM


Logan - we have produced 8 batches to date of the regular material - 360k lbs.

Zeb

_____Reply Separator_____
Subject:    Hercules AEM 232 production update
Author: Logan A. Jackson
Date:       6/27/2002 10:20 AM

    See attached Hercules AEM 232 production update.

    I will send a copy to Cindy as soon as we feel it has been finalized.

    -LJ
```





CYT0000976

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)



# Hercules Perform 9232

- ◆ Pilot Plant Manufacture
  - • Joint commercialization effort (Hercules - Cytec).
  - • Perform 9232 (2 - 200 gal, 2 - 1000 gal).
    - ❖ Inventory (3 tote bins)
    - ❖ Pilot stage status
      - ✿ process modification trials as necessary
  - • Perform 9232Bg (2 - 1000 gal ).
    - ❖ Inventory (none)
    - ❖ Shipped to EU (6/21, transit time ~ 6 wks)
    - ❖ Pilot stage status
      - ✿ process modification trials as necessary



Slide # 1

Water Soluble Polymers

CYT0000977

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

# Hercules Perform 9232

- ◆ Plant Scale Manufacture
  - ❖ Perform 9232 (360K lbs, 8 - 6000 gal)
    - ❖ Inventory (21K lbs, ~ 9 tote bins)
    - ❖ Scheduled (7/1)
    - ❖ First-time-right (FTR - 100 %)
  - • Perform 9232Bg (1st 45,000 lbs)
    - ❖ Material prepared 6/25.
    - ❖ Material approved (pending)
    - ❖ Shipped to EU (6/28, transit time 6 wks)
  - • Perform 9232Bg (2nd 45,000 lbs)
    - ❖ Scheduled (~July 15)



Slide # 2

Water Soluble Polymers

CYT0000978

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)



# Hercules Perform 9232

- Manufacture for Europe
  - Target for commercial production – Oct 1.
  - Preliminary process implementation (6/3 - 6/13).

Water Soluble Polymers

Slide # 3

CYTEC

CYT0000979

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)



# Hercules Perform 9232

- ◆ Product Specifications
  - • Target specs.
    - ❖ Established except solution viscosity

Water Soluble Polymers

Slide # 4

# EXHIBIT 56

ALL-STATE® LEGAL  800/222-0510    ED11    RECYCLED

 John C Harrington
07/19/02 10:59 AM

To: Logan_A._Jackson@si.cytec.com, Robert A.
Gelman/RCWilm/NA/Herc@Hercules, Richard L.
Brady/RCWilm/NA/Herc@Hercules, Zeb_Morgan@ma.cytec.com,
Fushan Zhang/Jacksonville/NA/Herc@Hercules

cc:
Subject: SP 9232 makedown studies

The attached file contains the raw data:


SP9232 QC test inversion studies.

Some general trends upon initial review; further analysis is in progress:

**0.5% viscosity**

○ Values increase or are constant with mixing time.
○ Fair reproducibility within samples.

**0.2% viscosity**

○ Values generally decrease with mixing time.
○ Fair reproducibility within sample.

⌐ ─ ─ ─ ─ ─ ┐
  Redacted
└ ─ ─ ─ ─ ─ ┘

⌐ ─ ─ ─ ─ ─ ┐
  Redacted
└ ─ ─ ─ ─ ─ ┘

**SV**

○ Values increase with mixing time.
○ Good reproducibility within sample after 24 hours.

Let's review. Logan is traveling to Mobile Monday PM, so possibly Tues or Wed next week.

Regards,

John



PHX056
Item Code: XB-10F

PLAINTIFF'S
EXHIBIT

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO: 04-293 (KAJ)

HERC0061892

Redacted

Redacted

Redacted

| | mixer #<br>direction | M26403<br>1<br>CCW | M26515<br>2<br>CCW | SP 9233 lot 8<br>M26517<br>3<br>CW | M26519<br>5<br>CCW | M26493 (rep)<br>6<br>CW | t-bin | Diff (Δml) 1 | 2 | 3 | 4 | 5 | 6 | Diff (%) 1 | 2 | 3 | 5 | 6 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **5.40%** | rpm | thr 1000 rpm = 1 hr 750 rpm | | | | | | | | | | | | | | | | |
| 2 hour mix | | | | | | | | | | | | | | | | | | |
| 0.5% w/a #2/12 | reading #1 | 6240 | 6100 | 7140 | 6600 | 6600 | 1.050 | -60 | -20 | | | -20 | -140 | -0.96% | -0.33% | -0.84% | -0.33% | -2.12% |
| | reading #2 | 6300 | 6120 | 7200 | 6680 | 6740 | 1.070 | | | | | | | | | | | |
| 0.5% w/a | | 4.52 | 4.71 | 4.71 | 4.79 | 4.79 | 1.090 | | | | | | | | | | | |
| 5 hour mix | | 4.53 | 4.7 | 3.02 | 3.42 | 4.70 | 1.097 | | | | | | | | | | | |
| 0.5% w/a #3/12 | reading #1 | 6300 | 6300 | 7200 | 6600 | 6660 | 1.040 | 50 | 20 | | 20 | -20 | | 0.79% | 0.33% | 0.27% | -1.45% | -0.45% |
| | reading #2 | 6350 | 6260 | 7280 | 6300 | 6580 | 1.052 | | | | | | | | | | | |
| SV UL/60 | | 4.68 | 5.14 | 4.82 | 5.07 | 4.86 | 1.036 | | | | | | | | | | | |
| | | 5.07 | 5.12 | 4.82 | 5.08 | 4.85 | 1.038 | | | | | | | | | | | |
| 24 hour mix | rpm | 250 rpm | | | | | | | | | | | | | | | | |
| 0.5% w/a #3/12 | reading #1 | 6290 | 6550 | 7410 | 6500 | 6700 | 1.005 | -20 | 30 | -10 | 70 | 10 | 10 | -0.32% | 0.46% | -0.13% | 1.07% | 0.15% |
| | reading #2 | 6310 | 6520 | 7420 | 6400 | 6690 | 1.050 | | | | | | | | | | | |
| SV UL/60 | | 5.0 | 5.0 | 5.40 | 5.44 | 4.68 | 1.020 | | | | | | | | | | | |
| | | 4.69 | 5.76 | 5.47 | 5.42 | 4.68 | 0.008 | | | | | | | | | | | |
| **5.20%** | rpm | thr 1000 rpm = 1 hr 750 rpm | | | | | | | | | | | | | | | | |
| 2 hr mix | | 1958 | 1903 | 2143 | 1725 | 1710 | 1.013 | 2.5 | 22.5 | 13 | 5 | 5 | 10 | 0.16% | 1.25% | 0.11% | 0.29% | 0.50% |
| 0.25% w/a #2/12 | reading #1 | 1965 | 1783 | 2130 | 1723 | 1700 | 1.009 | | | | | | | | | | | |
| | reading #2 | 892 | 936 | off scale | 930 | 935 | 1.048 | | | | | | | | | | | |
| 0.25% w/a #2/20 | reading #1 | 905 | 930 | off scale | 897 | 940 | 1.052 | 7 | 6 | #VALUE! | 8 | 8 | -5 | 0.78% | 0.64% | #VALUE! | 0.66% | -0.53% |
| | reading #2 | 4.55 | 4.74 | 4.16 | 5.21 | 3.56 | 0.607 | | | | | | | | | | | |
| SV UL/60 | | 4.54 | 4.72 | 4.16 | 5.2 | 3.55 | 0.604 | | | | | | | | | | | |
| 5 hour mix | | 1012 | 1785 | 2100 | 1688 | 1750 | 1.080 | 4 | 10 | #VALUE! | -5 | -10 | -10 | 0.25% | 0.57% | #VALUE! | -0.30% | -0.57% |
| 0.25% w/a #2/12 | reading #1 | 1608 | 1755 | 2050 | 1693 | 1760 | 1.066 | | | | | | | | | | | |
| 0.25% w/a #2/20 | reading #1 | 840 | 810 | off scale | 920 | 920 | 1.107 | -3 | 5 | #VALUE! | 5 | 5 | 5 | -0.38% | 0.54% | #VALUE! | 0.57% | 0.54% |
| | reading #2 | 843 | 805 | off scale | 920 | 925 | 1.067 | | | | | | | | | | | |
| SV UL/60 | | 4.5 | 4.9 | 4.35 | 5.45 | 4.88 | 1.080 | | | | | | | | | | | |
| | | 4.52 | 4.91 | 4.32 | 5.45 | 4.84 | 1.071 | | | | | | | | | | | |
| 24 hour mix | rpm | 250 rpm | | | | | | | | | | | | | | | | |
| 0.25% w/a #2/20 | reading #1 | 1038 | 1775 | 2110 | 1700 | 1800 | 1.009 | 1 | 10 | #VALUE! | 10 | 3 | 3 | 0.09% | 0.56% | #VALUE! | 0.47% | -0.29% |
| | reading #2 | 1052 | 1765 | 2100 | 1710 | 1805 | 1.107 | | | | | | | | | | | |
| SV UL/60 | | 943 | 907 | off scale | 998 | 957 | 1.135 | -2 | -3 | #VALUE! | -4 | 4 | -3 | -0.24% | -0.33% | #VALUE! | -0.45% | 0.31% |
| | | 945 | 910 | off scale | 890 | 954 | 1.120 | | | | | | | | | | | |
| | | 4.7 | 5.06 | 4.32 | 5.68 | 4.86 | 0.921 | | | | | | | | | | | |
| | | 4.71 | 5.08 | 4.3 | 5.63 | 4.63 | 0.903 | | | | | | | | | | | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0061893

| | M20403 | M20515 | SP 9/232 lot ## M20517 | M20619 | M20403 [rep] |
|---|---|---|---|---|---|
| **0.50%** | | | | | |
| start time | | | | | |
| 2 hour mix | | | | | |
| 0.5% vis # 3/12 | ~ | ~ | ~ | ~ | ~ |
| SV UL/60 | ~ | ~ | | ~ | |
| 8 hour mix | | | | | |
| 0.5% vis # 3/12 | ~ | ~ | ~ | ~ | ~ |
| SV UL/60 | | | | | ~ |
| 24 hour mix | | | | | |
| 0.5% vis # 3/12 | ~ | ~ | ~ | ~ | ~ |
| SV UL/60 | ~ | ~ | | ~ | |
| | | | | | |
| **0.20%** | | | | | |
| start time | | | | | |
| 2 hr mix | | | | | |
| 0.2% vis #2/12 | ~ | ~ | ~ | ~ | ~ |
| 0.2% vis #2/30 | ~ | ~ | | ~ | ~ |
| SV UL/80 | ~ | ~ | | ~ | ~ |
| 8 hour mix | | | | | |
| 0.2% vis #2/12 | ~ | ~ | ~ | ~ | ~ |
| 0.2% vis #2/30 | ~ | ~ | | ~ | ~ |
| SV UL/60 | ~ | ~ | | ~ | ~ |
| 24 hour mix | | | | | |
| 0.2% vis #2/12 | ~ | ~ | ~ | ~ | ~ |
| 0.2% vis #2/30 | ~ | ~ | | ~ | ~ |
| SV UL/60 | ~ | ~ | | ~ | ~ |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO 04-293 (KAJ)

HERC0061894



| Polymer | Solution Viscosities | | | Ratio 0.5:UL | Ratio 0.2:UL | Source |
|---|---|---|---|---|---|---|
| | 0.5% DI H2O #3/12 | 0.2% active DI H2O #2/30 | 0.1% active 1 M NaCl UL/60 | | | |
| **In spec** | | | | | | |
| AEM-232 [1502] | 6180 | 867 | 3.5 | 1766 | 248 | Travose pilot plant |
| AEM-232 [3174] | 7450 | 826 | 4.95 | 1505 | 167 | Travose pilot plant |
| AEM-232 [7562] | 7160 | 872 | 6.76 | 1059 | 129 | Travose pilot plant |
| SP 9232 [M20222] | 7980 | 707 | 3.68 | 2163 | 192 | Cytec Mobile 200 gal |
| SP 9232 [M20305] | 8068 | 757 | 2.69 | 2895 | 253 | Cytec Mobile 200 gal |
| SP 9232 [M20307] | 9360 | 780 | 3.35 | 2794 | 233 | Cytec Mobile 1000 gal |
| SP 9232 [M20320] | 8118 | 441 | 1.65 | 4920 | 267 | Cytec Mobile 1000 gal |
| SP 9232 [M20403] | 9491 | 400 | 3.4 | 2791 | 118 | Cytec Mobile 6000 gal |
| SP 9232 [M20419] | 6440 | 881 | 4.36 | 1477 | 202 | Cytec Mobile 6000 gal |
| SP 9232 [M20515] | 4083 | 751 | 4.1 | 996 | 183 | Cytec Mobile 6000 gal |
| SP 9232 [M20517] | 10028 | 928 | 2.99 | 3354 | 310 | Cytec Mobile 6000 gal |
| SP 9232 [M20526] | 6830 | 820 | 3.7 | 1846 | 222 | Cytec Mobile 6000 gal |
| SP 9232 [M20612] | 5420 | 710 | 5.48 | 989 | 130 | Cytec Mobile 6000 gal |
| SP 9232 [M20619] | 5650 | 742 | 5.65 | 1000 | 131 | Cytec Mobile 6000 gal |
| SP 9232 [M20620] | 7030 | 850 | 4.6 | 1528 | 185 | Cytec Mobile 6000 gal |
| SP 9232 [M20703] | 7030 | 895 | 5.75 | 1223 | 156 | Cytec Mobile 6000 gal |
| **Out of spec** | | | | | | |
| EM 635 | 5790 | 850 | 5.64 | 991 | 146 | |
| 2590-135 | 6130 | 841 | 7.1 | 863 | 118 | |

Redacted

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0061895