# EXHIBIT 57

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

From: JHarrington@Herc.com
Sent: 07/22/2002
To: RBrady@Herc.com; RGelman@Herc.com
Cc: Logan A. Jackson
Bcc:
Subject: Preliminary Solution data

---

Here is a preliminary analysis by Logan

Logan,

Rick Brady will not be available Tues, how about Wed?

John
----- Forwarded by John C Harrington/Jacksonville/NA/Herc on 07/22/2002 01:08 PM -----

Logan_A

_Jackson@st.cytec.c   To: JHarrington@Herc.com,
Rgelman@herc.com,
om Zeb_Morgan@MA.cytec.com,
Raymond_S
_Farinato@st.cytec.com,
Louis_Rosati@st.cytec.com
07/22/2002 11:31 AM   cc:

Subject: Preliminary Solution
data

Gents,

I made a series of quick plots of the data. Please see attached
Look them over, they are relatively self-explanatory

John,



When will we have the complete data set (reps of the other three
lots)? This will give a better sense of make-down variability.

I will be in Mobile tues and wed  Maybe we should try to talk on tues

afternoon



Regards,

CYT0000653

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

-LJ

(See attached file: herc_sol.doc)

2 Attachments

Attachment: ..\email\JEML000109^herc_sol.doc
Attachment: ..\email\JEML000110^RFC822_message_headers.txt

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

| Lot | Sample | Meas# | Time | T1 0#5 BV (3/12) | SV#5 | T1 0#2 BV (2/12) | SV#2 |
|---|---|---|---|---|---|---|---|
| M20403 | 1 | 1 | 2 | 6240 | 4.52 | 1687.5 | 4.56 |
| M20403 | 1 | 2 | 2 | 6300 | 4.53 | 1685 | 4.54 |
| M20403 | 2 | 1 | 2 | 6600 | 4.79 | 1710 | 3.68 |
| M20403 | 2 | 2 | 2 | 6740 | 4.79 | 1700 | 3.65 |
| M20515 | 1 | 1 | 2 | 6100 | 4.71 | 1805 | 4.74 |
| M20515 | 1 | 2 | 2 | 6120 | 4.7 | 1782.5 | 4.72 |
| M20517 | 1 | 1 | 2 | 7140 | 3.95 | 2143 | 4.16 |
| M20517 | 1 | 2 | 2 | 7200 | 3.92 | 2130 | 4.18 |
| M20619 | 1 | 1 | 2 | 6060 | 3.42 | 1725 | 5.21 |
| M20619 | 1 | 2 | 2 | 6080 | 3.42 | 1720 | 5.2 |
| M20403 | 1 | 1 | 5 | 6350 | 4.68 | 1612 | 4.5 |
| M20403 | 1 | 2 | 5 | 6300 | 4.67 | 1608 | 4.52 |
| M20403 | 2 | 1 | 5 | 6660 | 4.86 | 1750 | 4.86 |
| M20403 | 2 | 2 | 5 | 6690 | 4.85 | 1760 | 4.84 |
| M20515 | 1 | 1 | 5 | 6300 | 5.14 | 1765 | 4.9 |
| M20515 | 1 | 2 | 5 | 6280 | 5.12 | 1755 | 4.91 |
| M20517 | 1 | 1 | 5 | 7300 | 4.82 | 2100 | 4.35 |
| M20517 | 1 | 2 | 5 | 7280 | 4.82 | 2050 | 4.32 |
| M20619 | 1 | 1 | 5 | 6210 | 5.07 | 1688 | 5.46 |
| M20619 | 1 | 2 | 5 | 6300 | 5.09 | 1693 | 5.45 |
| M20403 | 1 | 1 | 24 | 6290 | 5 | 1637.5 | 4.7 |
| M20403 | 1 | 2 | 24 | 6310 | 4.99 | 1630 | 4.71 |
| M20403 | 2 | 1 | 24 | 6700 | 4.98 | 1800 | 4.66 |
| M20403 | 2 | 2 | 24 | 6690 | 4.98 | 1805 | 4.63 |
| M20515 | 1 | 1 | 24 | 6550 | 5.8 | 1775 | 5.06 |
| M20515 | 1 | 2 | 24 | 6520 | 5.78 | 1765 | 5.08 |
| M20517 | 1 | 1 | 24 | 7410 | 5.46 | 2110 | 4.32 |
| M20517 | 1 | 2 | 24 | 7420 | 5.47 | 2100 | 4.3 |
| M20619 | 1 | 1 | 24 | 6560 | 6.44 | 1700 | 5.66 |
| M20619 | 1 | 2 | 24 | 6490 | 6.42 | 1710 | 5.65 |

CYT0000655

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)



CYT0000656

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)



CYT0000658

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)



CYT0000659

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

Time=2

**Multivariate**

**Correlations**

|  | T1 0#5 BV (3/12) | SV#5 | T1 0#2 BV (2/12) | SV#2 |
|---|---|---|---|---|
| T1 0#5 BV (3/12) | 1.0000 | 0.0017 | 0.7794 | -0.7172 |
| SV#5 | 0.0017 | 1.0000 | -0.2924 | -0.5968 |
| T1 0#2 BV (2/12) | 0.7794 | -0.2924 | 1.0000 | -0.2101 |
| SV#2 | -0.7172 | -0.5968 | -0.2101 | 1.0000 |

**Scatterplot Matrix**

[Scatterplot matrix showing pairwise plots of T1 0#5 BV (3/12), SV#5, T1 0#2 BV (2/12), and SV#2]

CYT0000660

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)



Time=5

**Multivariate**

**Correlations**

|                 | T1 0#5 BV (3/12) | SV#5    | T1 0#2 BV (2/12) | SV#2    |
|-----------------|------------------|---------|------------------|---------|
| T1 0#5 BV (3/12) | 1.0000           | -0.3831 | 0.9186           | -0.6540 |
| SV#5            | -0.3831          | 1.0000  | -0.0354          | 0.7387  |
| T1 0#2 BV (2/12) | 0.9186           | -0.0354 | 1.0000           | -0.4893 |
| SV#2            | -0.6540          | 0.7387  | -0.4893          | 1.0000  |

Scatterplot Matrix

CYT0000661

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

**Time=24**

**Multivariate**

**Correlations**

|  | T1 0#5 BV (3/12) | SV#5 | T1 0#2 BV (2/12) | SV#2 |
|---|---|---|---|---|
| T1 0#5 BV (3/12) | 1.0000 | -0.0285 | 0.9907 | -0.5753 |
| SV#5 | -0.0285 | 1.0000 | -0.0584 | 0.8109 |
| T1 0#2 BV (2/12) | 0.9907 | -0.0584 | 1.0000 | -0.6073 |
| SV#2 | -0.5753 | 0.8109 | -0.6073 | 1.0000 |

**Scatterplot Matrix**

CYT0000662