# EXHIBIT 61

10/10/2002 14:22 FAX                                                                 ☒001

# CYTEC

P. O. Box 32787
Charlotte, NC 28232
Telephone: 800-582-1088, ext. 8937
Fax:         704-423-8947 or 800-438-7134

*From the desk of Jane Overturf*

Fax to:       Jim Davis

Fax #         302-594-7525

Subj:         Blind B/L

No. of pages  2 total

per Cindy Watson, attached is a Cytec Blind B/L



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO 04-293 (KAJ)

HERC0069909

10/09/2002 14:22 FAX @002

STRAIGHT BILL OF LADING – SHORT FORM – ORIGINAL – NOT NEGOTIABLE
Received, subject to the classifications and tariffs in effect on the date of issue of the Bill of Lading.

Page 1 of 2

| SHIP TO: | BLUE RIDGE PAPER PRODUCTS INC<br>175 MAIN STREET<br>CANTON    NC  28716    USA | PURCHASE ORDER NO.<br>4500662320<br>PURCHASE ORDER DATE:<br>9/26/02 | DATE SHIPPED<br>9/30/02<br>DEL. DATE<br>10/02/02<br>DEL TIME |
|---|---|---|---|
| SHIP FROM: | HERCULES BETZDEARBORN INC<br>ACCOUNTS PAYABLE<br>1313 MARKET ST<br>WILMINGTON    DE  19894    USA<br>MOBILE    AL  36614    USA | BILL TO: | ORDER NO.<br>336230<br>LOAD NO.<br>420926<br>BOL NO.<br>000000000309612<br>MEANS.<br>LTL |

ROUTE

| CAR. CODE | CARRIER | PRO. NO./RAIL NO./TRAILER NO. | IF CHARGES ARE TO BE PREPAID WRITE OR STAMP HERE "PREPAID" |
|---|---|---|---|
| STVV | STEVENS TRANSPORT | TR# 153039 | 3rdPty PPD |

**EMERGENCY RESPONSE NUMBER:**

IN HM COLUMN BELOW: – ENTER AN X TO DESIGNATE A HAZARDOUS MATERIAL

THIS LOAD WAS PROPERLY BLOCKED AND BRACED AT THE TIME OF LOADING

Subject to Section 7 of conditions of applicable bill of lading, if this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.
S. Bloom
(Signature of Consignor)

| NO. & KINDS PKGS. | FREIGHT CODE | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | *WEIGHT (SUBJ TO COR.) | |
|---|---|---|---|---|---|
| 14 IBC | 002 | | PLASTIC MATERIAL, LIQUID<br><br>Item# PERFORM-PA8137-STB<br>Product: PERFORM-PA8137<br><br><br><br><br>Lot Number M20927AST<br>Additional Product Description<br>  MATL NO: 6034838<br><br>Lab<br>  COA WITH SHIPMENT<br>Warehouse<br>  HERC SO# 1251650__ & CUST PO# 232351<br>Transportation<br>  FRT BILL TO: HERCULES INC<br>  3RD PARTY PLANT USA<br>  1313 MARKET STREET<br>  WILMINGTON DE 19894 | 34440.000 LB<br>2030.000<br>32410.000<br>15621.882 KG<br>920.802<br>14701.080 | G<br>T<br>N<br>G<br>T<br>N |

Received $_____ to apply in prepayment of the charges on the property described hereon.

Agent or Cashier

Per_____
(The signature here acknowledges only the amount prepaid)

Charges Advanced $_____

*If the shipment moves between two ports by a carrier by water, the law requires that the bill of lading shall state whether it is carrier's or shipper's weight.

THE AGREED OR DECLARED VALUE OF THIS PROPERTY IS HEREBY SPECIFICALLY STATED BY THE SHIPPER TO BE NOT EXCEEDING $1.00 PER POUND OR ANY HIGHER VALUE PERMITTED BY RRO-072 OR SS-1.0 PER POUND WHICH EVER VALUE RESULTS IN THE LOWEST TRANSPORTATION CHARGES.

This is to certify that the above-named materials are properly classified, described, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the Department of Transportation.

Driver has Department of Transportation EMERGENCY RESPONSE Information immediately available.

Carrier's Signature _____

Shipper's Signature _____

(Driver's Initials)

10/09/02   14:15:17                    Signature For Receipt of Goods                 ORIGINAL BOL-1

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO  04-293 (KAJ)

HERC0069910

10/09/2002 14:22 FAX                                                                     ☒003

STRAIGHT BILL OF LADING -- SHORT FORM -- ORIGINAL. -- NOT NEGOTIABLE
Received, subject to the classifications and tariffs in effect on the date of issue of this Bill of Lading.

Page 2 of 2

| SHIP TO: | BLUE RIDGE PAPER PRODUCTS INC | | | | PURCHASE ORDER NO. 4500662320 | DATE SHIPPED 9/30/02 |
|---|---|---|---|---|---|---|
| | 175 MAIN STREET | | | | PURCHASE ORDER DATE: 9/26/02 | DEL. DATE 10/02/02 |
| | CANTON | | NC 28716 | USA | | DEL. TIME |

| BILL TO: | ORDER NO. 336230 |
|---|---|

| SHIP FROM: | HERCULES BETZDEARBORN INC | | | | | LOAD NO. 420926 |
|---|---|---|---|---|---|---|
| | ACCOUNTS PAYABLE | | | | | |
| | 1313 MARKET ST | | | | | BOL. NO. |
| | WILMINGTON | | DE 19894 | USA | | 000000000309812 |
| | MOBILE | | AL 36614 | USA | | MEANS. LTL |

ROUTE

| CAR. CODE | CARRIER | PRO. NO./RAIL NO./TRAILER NO. | IF CHARGES ARE TO BE PREPAID WRITE OR STAMP HERE "PREPAID" |
|---|---|---|---|
| STVV | STEVENS TRANSPORT | TR# 153039 | 3rdPty PPD |

EMERGENCY RESPONSE NUMBER:

IN HM COLUMN BELOW: - ENTER AN X TO DESIGNATE A HAZARDOUS MATERIAL.

THIS LOAD WAS PROPERLY BLOCKED AND BRACED AT THE TIME OF LOADING

S. Bloom

| NO. & KINDS PKGS | FREIGHT CODE | HM | DESCRIPTION OF ARTICLES, SPECIAL MARKS AND EXCEPTIONS | WEIGHT (SUBJ TO COR.) | (Signature of Consignor.) |
|---|---|---|---|---|---|
| | | | Totals | 34440.000 LB G | |
| | | | | 2030.000 T | |
| | | | | 32410.000 N | |
| | | | | 15621.882 KG G | |
| | | | | 920.802 T | |
| | | | | 14701.080 N | |

Shipper's Signature

10/09/02    14:15:17                    Signature For Receipt of Goods                 ORIGINAL BILL OF LADING