# EXHIBIT 63
# PART 1





PHX063
Proc Code: XS-10F

255

FROM:     B. WALCHUK

John and Fushan,

Three emulsion samples were sent today.  Please see the table below for sample information

| # | Designation | Comments |
|---|---|---|
| 1 | 2590-177 | AA and AM portions of monomer phase where emulsified separately then combined to give standard composition but hopefully AA and AM in respective micelles. |
| 2 | 2590-180 | Normal formulation except Vazo 52 added as initiator instead of Vazo 64. |
| 3 | 2590-181 | 100% acrylic acid and Vazo 52 as initiator. |

*The above samples around 6-18-02*
*3 versions of M20612 prepared by JCH in chart below.*
*pH values measured*

| Polymer | [AA] | Initial pH | % Neut | Polymer wt | wt 1 N NaOH | wt Water | Final pH | 3 drops breaker | |
|---|---|---|---|---|---|---|---|---|---|
| **Control samples** | | | | | | | | | |
| SP 9232 [M20403] | 50 | 7 | 0 | 0.5 | 0 | 99.5 | | NO | |
| | | | | | | | | | |
| **Developmental Samples** | | | | | | | | | |
| 2590-177 | 50 | 7 | 0 | 0.5 | 0 | 99.5 | 7.35 | NO | |
| 2590-180 | 50 | 7 | 0 | 0.5 | 0 | 99.5 | 7.34 | NO | |
| 2590-181 | 50 | 7 | 0 | 0.5 | 0 | 99.5 | 8.05 | NO | |
| 33116-71 P4 | Madedown | | | | | | 5.15 | | 0.15% |
| SP 9232 [M20612] | Madedown | | | | | | 7.95 | | 1.50% |
| P 9232 [M20612] 70 | Madedown | | | | | | 8.18 | | 1.50% |

Standard Alkaline Furnish

**ENTER SOLIDS BASIS FOR DOSAGE DETERMINATION**                    25066 GRAMS

| POLYMER | 100 ml GRAMS POLYMER TO 100 | 25 ml GRAMS POLYMER TO 25 | 50 ml GRAMS POLYMER TO 50 | #/TON | DOSAGE VOLUME (ML) | POLYMER MAKEDOWN PERCENT | PERCENT ACTIVES BASIS** |
|---|---|---|---|---|---|---|---|
| Stalok 400 | 31.33 | 7.83 | 6.67 | 10 | 2 | 1 | 100 |
| Alum | 0.63 | 0.16 | 0.31 | 5 | 2 | 50 | 100 |
| PC 8138 | 13.66 | 3.39 | 6.77 | 0.4 | 2 | 0.5 | 37 |
| EM 635 | 17.41 | 4.36 | 8.65 | 0.4 | 2 | 0.5 | 29.3 |
| CP3 | 16.71 | 4.18 | 8.36 | 0.4 | 2 | 0.5 | 30 |
| B.Walchuk samples | 16.71 | 4.18 | 8.36 | 0.4 | 2 | 0.5 | 30 |
| 33116-71-P4 | 16.71 | 4.18 | 8.36 | 0.4 | 2 | 0.15 | 100 |
| *SP9232(M20612) | 1.67 | 0.42 | 0.84 | 0.4 | 2 | 1.5 | 100 |
| *SP9232(M20612) - 70 c | 1.67 | 0.42 | 0.84 | 0.4 | 2 | 1.5 | 100 |
| * mix on stir plate before shaker | | | | | | | |
| | | | | | | | |
| | For 6-16-02 | | Alkaline - Britt | | | | |
| Cons 1 (A) | 0.6252 | 3.1317 | 2.5055 | 500 | 0.501 | | |
| Cons 2 (B) | 0.5238 | 3.1315 | 2.5077 | 500 | 0.502 | | |
| frac 125P (C) | 0.6247 | 2.2533 | 1.6288 | 2.5066 | 64.97 | | |
| | | | 0.8760 | | 35.03 | | |
| | | 100 ml= | 0.1756 | | 1.2476 | | |

WITNESSED AND UNDERSTOOD

*June 14, 2002  Peter W. Hinge*

*Heather L. Krom  7/8/02*

PLAINTIFF'S DEPOSITION EXHIBIT
122

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0087442

256

| LEVEL: | II | | | | | | | | | | | |
|--------|----|----|----|----|----|----|----|----|----|----|----|----|
| OBJECTIVE: | Evaluation of ASP samples VS Polyflex CP 3 | | | | | | | | | | | |
| FURNISH: | Standard alkaline | | | | | | | | | | | |
| TESTS: | | | | | | | | | | | | |
| | Britt Retention | | | | | | | | | | | |
| MIXER RPM: | 1200 | | | | | | | | | | | |

ADD # 1: 10# Stalok 400
ADD # 2: 5 # Alum

| RUN # | ADD #3 | #/T (active) | Mix time each | ADD # 4 | #/T (active) | Britt Fines Retention | Increase over control | Tare | Gross | Net | % Fines Ret. | Abs. Diff |
|-------|--------|--------------|---------------|---------|--------------|------------------------|------------------------|------|-------|-----|-------------|-----------|
| 1 | PC 8138 | 0.4 | 10 | none | | 69.7 | | 0.6269 | 0.6992 | 0.0723 | 58.8 | 0.2 |
| 2 | PC 8138 | 0.4 | 60 | Polyflex CP 3 | 0.4 | 85.1 | 28.4 | 0.6238 | 0.6498 | 0.0260 | 85.2 | 0.3 |
| 3 | PC 8138 | 0.4 | 60 | SP 9232 [M20403] | 0.4 | 82.3 | 23.6 | 0.6265 | 0.6579 | 0.0314 | 82.1 | 0.3 |
| 4 | PC 8138 | 0.4 | 60 | EM 635 | 0.4 | 74.7 | 16.0 | 0.6203 | 0.6640 | 0.0437 | 75.1 | 0.8 |
| 5 | PC 8138 | 0.4 | 60 | 2590-177 | 0.4 | 83.1 | 24.4 | 0.6227 | 0.6509 | 0.0282 | 83.9 | 1.7 |
| 6 | PC 8138 | 0.4 | 60 | 2590-180 | 0.4 | 85.5 | 26.8 | 0.6249 | 0.6499 | 0.0250 | 85.8 | 0.5 |
| 7 | PC 8138 | 0.4 | 60 | 2590-181 | 0.4 | 83.6 | -0.1 | 0.6228 | 0.6927 | 0.0699 | 60.2 | 3.1 |
| 8 | PC 8138 | 0.4 | 60 | 33118-71 P4 | 0.4 | 81.6 | 22.9 | 0.6254 | 0.6563 | 0.0309 | 82.4 | 1.7 |
| 9 | PC 8138 | 0.4 | 60 | SP 9232 [M20612] | 0.4 | 84.7 | 26.0 | 0.6236 | 0.6505 | 0.0269 | 84.7 | 0.0 |
| 10 | PC 8138 | 0.4 | 60 | P 9232 [M20612] 70 | 0.4 | 78.0 | 19.3 | 0.6222 | 0.6632 | 0.0410 | 76.7 | 2.8 |
| 11 | PC 8138 | 0.4 | 60 | Polyflex CP 3 | 0.4 | 85.8 | 27.1 | 0.6282 | 0.6537 | 0.0255 | 85.5 | 0.7 |
| 12 | PC 8138 | 0.4 | 60 | SP 9232 [M20403] | 0.4 | 82.7 | 24.0 | 0.6207 | 0.6583 | 0.0288 | 83.1 | |
| 13 | PC 8138 | 0.4 | 10 | none | | | | 0.6325 | 0.7052 | 0.0727 | 58.6 | |
| 14 | PC 8138 | 0.4 | 60 | Polyflex CP 3 | 0.4 | | | 0.6297 | 0.6562 | 0.0265 | 84.9 | |
| 15 | PC 8138 | 0.4 | 60 | SP 9232 [M20403] | 0.4 | | | 0.6283 | 0.6592 | 0.0309 | 82.4 | |
| 16 | PC 8138 | 0.4 | 60 | EM 635 | 0.4 | | | 0.6324 | 0.8775 | 0.0451 | 74.3 | |
| 17 | PC 8138 | 0.4 | 60 | 2590-177 | 0.4 | | | 0.6308 | 0.6619 | 0.0311 | 82.3 | |
| 18 | PC 8138 | 0.4 | 60 | 2590-180 | 0.4 | | | 0.6299 | 0.6558 | 0.0259 | 85.3 | |
| 19 | PC 8138 | 0.4 | 60 | 2590-181 | 0.4 | | | 0.6259 | 0.7013 | 0.0754 | 57.1 | |
| 20 | PC 8138 | 0.4 | 60 | 33118-71 P4 | 0.4 | | | 0.6235 | 0.6573 | 0.0338 | 80.8 | |
| 21 | PC 8138 | 0.4 | 60 | SP 9232 [M20612] | 0.4 | | | 0.6238 | 0.6507 | 0.0269 | 84.7 | |
| 22 | PC 8138 | 0.4 | 60 | P 9232 [M20612] 70 | 0.4 | | | 0.6279 | 0.6840 | 0.0361 | 79.4 | |
| 23 | PC 8138 | 0.4 | 60 | Polyflex CP 3 | 0.4 | | | 0.6261 | 0.6504 | 0.0243 | 88.2 | |
| 24 | PC 8138 | 0.4 | 60 | SP 9232 [M20403] | 0.4 | | | 0.6244 | 0.6556 | 0.0312 | 82.2 | |

18 hours 115C

| Polymer | % Pan Solids | Pan wt | Polymer wt | Tot. Dry wt | Net Dry Polymer wt | % Solids | Abs. Diff. |
|---------|--------------|--------|------------|-------------|---------------------|----------|-----------|
| 2590-177 | 32.8 | 0.9777 | 1.5752 | 1.4954 | 0.5177 | 32.9 | 0.1 |
| 2590-180 | 33.1 | 1.0004 | 1.5612 | 1.5239 | 0.5175 | 33.1 | 0.1 |
| 2590-181 | 32.4 | 0.9802 | 1.0417 | 1.5135 | 0.5333 | 32.5 | 0.1 |
| 2590-177 | | 0.9827 | 1.6402 | 1.5850 | 0.6023 | 32.7 | |
| 2590-180 | | 0.9802 | 1.539 | 1.4893 | 0.5091 | 33.1 | |
| 2590-181 | | 0.9815 | 1.5971 | 1.4991 | 0.5176 | 32.4 | |

WITNESSED AND UNDERSTOOD.

June 19, 2002  Richard Klingon

Heather L. King  7/1/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0087443

257

Gorem - UL Spindle - 3 minutes per reading

| Brookfield Viscometer - UL adapter - 73 sec-1 | | | | | DIAL READING | | | |
|---|---|---|---|---|---|---|---|---|
| NaCl Solvent: | 1 M | .01 M | 1 M | .01 M | 1 M | .01 M | 1 M | .01 M |
| [Polymer]: | 0.02 | 0.005 | 0.02 | 0.005 | 0.02 | 0.005 | 0.02 | 0.005 |
| | RSV | RSV | Spec. Vis. | Spec. Vis. | n | n | dial reading | dial reading |
| Polymer | dL/g | dL/g | | | | | | |
| solvent | | | | | | | 11.0 | 9.8 |
| 2590-177 | 9.73 | 4.59 | 21 | 93 | 1.5 | 1.39 | 15.4 | 14.3 |
| 2590-180 | 15.56 | 12.48 | 30 | 145 | 1.66 | 1.64 | 17.3 | 16.8 |
| 2590-181 | 6.66 | 10.90 | 16 | 135 | 1.4 | 1.59 | 14.4 | 16.3 |
| 33116-71 P4 | 4.81 | 8.69 | 13 | 120 | 1.34 | 1.52 | 13.8 | 15.6 |
| SP 9232 [M20612] | 18.63 | 14.06 | 34 | 156 | 1.70 | 1.69 | 18.3 | 17.3 |
| SP 9232 [M20612] 70C | 15.87 | 17.85 | 30 | 181 | 1.7 | 1.81 | 17.4 | 18.5 |
| solvent | | | | | | | 11.1 | 10.0 |

J. Tong did mutek tests

| Mutek Charge - Meq/gr | | | | | | |
|---|---|---|---|---|---|---|
| [Polymer]: | 0.003 | | | | | |
| | | Caculated Mole % AA | meq./g | ml .01M DDPM | DadMac 1 | DadMac 2 |
| Polymer | | | | | | |
| 2590-177 | | 42.3 | 5.8 | 1.6787 | 1.6812 | 1.6761 |
| 2590-180 | | 46.4 | 6.0 | 1.8036 | 1.8310 | 1.7766 |
| 2590-181 | | 84.0 | 9.9 | 2.9634 | 2.9646 | 2.9621 |
| 33116-71 P4 | | 31.4 | 4.5 | 1.3415 | 1.3457 | 1.3372 |
| SP 9232 [M20612] | | 52.6 | 6.6 | 1.9963 | 2.0027 | 1.9899 |
| SP 9232 [M20612] 70C | | 58.2 | 7.2 | 2.1686 | 2.1729 | 2.1642 |

WITNESSED AND UNDERSTOOD

June 24, 2002  Richard M. Jung        Heather L. Kang  7/8/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0087444

258

*Mutek Charge Titration*

*Compare effect of overnight heating of 15% active soln*
*on CP3, EM635, EM635 + SP9232 (20/43)*
*Check EM 1030 along with these - (Run by J.T.)*

| Mutek Charge - Meq/gr | | | | | | |
|---|---|---|---|---|---|---|
| [Polymer]: | 0.003 | | | | | |
| | | Caculated Mole % AA | meq/g | Avg. ml .01M DDPM | DadMac 1 | DadMac 2 |
| Polymer | | | | | | |
| EM 1030 | | 113.6 | 12.91 | 3.87 | 3.8280 | 3.9201 |
| CP 3 | | 69.1 | 8.34 | 2.50 | 2.4855 | 2.5171 |
| CP 3 @ 70 C | | 70.8 | 8.51 | 2.55 | 2.5433 | 2.5632 |
| SP 9232 | | 47.3 | 6.10 | 1.83 | 1.8367 | 1.8255 |
| SP 9232 @ 70 C | | 46.2 | 5.98 | 1.80 | 1.8145 | 1.7795 |
| EM 635 | | 49.6 | 6.34 | 1.90 | 1.9026 | 1.9018 |
| EM 635 @ 70 C | | 52.1 | 6.60 | 1.98 | 1.9733 | 1.9842 |

*Brookfield UL Viscosity - 60 rpm (73 sec$^{-1}$)*

| Brookfield Viscometer - UL adapter - 73 sec-1 | | | | DIAL READING | | | |
|---|---|---|---|---|---|---|---|
| NaCl Solvent: | 1 M | .01 M | 1 M | .01 M | 1 M | .01 M | 1 M | .01 M |
| [Polymer]: | 0.02 | 0.005 | 0.02 | 0.005 | 0.02 | 0.005 | 0.02 | 0.005 |
| | RSV dL/g | RSV dL/g | Spec. Vis. | Spec. Vis. | n | n | dial reading | dial reading |
| Polymer | | | | | | | | |
| solvent | | | | | | | 11.0 | 10.4 |
| EM 1030 | 13.41 | 24.94 | 26 | 228 | 1.62 | 2.12 | 16.6 | 21.6 |
| CP 3 | 2.38 | -0.22 | 9 | 61 | 1.26 | 1.29 | 13.0 | 13.3 |
| CP 3 @ 70 C | 3.89 | 1.00 | 12 | 89 | 1.31 | 1.33 | 13.5 | 13.7 |
| SP 9232 | 14.64 | 10.39 | 28 | 131 | 1.66 | 1.64 | 17.0 | 16.8 |
| SP 9232 @ 70 C | 21.70 | 19.18 | 39 | 190 | 1.89 | 1.93 | 19.3 | 19.7 |
| EM 635 | 19.24 | 17.06 | 35 | 176 | 1.81 | 1.86 | 18.5 | 19.0 |
| EM 635 @ 70 C | 13.10 | 11.91 | 26 | 141 | 1.81 | 1.69 | 16.5 | 17.3 |
| solvent | | | | | | | 11.0 | 10.2 |

*June 21, 2002  Richard W. Kimze*

WITNESSED AND UNDERSTOOD

*Heather L Kroon  7/8/02*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0087445

259

| Standard Alkaline Furnish | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ENTER SOLIDS BASIS FOR DOSAGE DETERMINATION | | | | | | | 2.4935 GRAMS | |
| | 100 ml | 25 ml | 50 ml | | | | | |
| POLYMER | GRAMS POLYMER TO 100 | GRAMS POLYMER TO 25 | GRAMS POLYMER TO 50 | #/TON | DOSAGE VOLUME (ML) | POLYMER MAKEDOWN PERCENT | PERCENT ACTIVES BASIS** | |
| Stalok 400 | 31.17 | 7.79 | 15.58 | 10 | 2 | 2 | 100 | |
| Alum | 0.62 | 0.16 | 0.31 | 5 | 2 | 50 | 100 | |
| PC 8138 | 13.48 | 3.37 | 6.74 | 0.4 | 2 | 0.5 | 37 | |
| EM 635 | 17.02 | 4.26 | 8.51 | 0.4 | 2 | 0.5 | 29.3 | |
| GP3 | 16.62 | 4.18 | 8.31 | 0.4 | 2 | 0.5 | 30 | |
| Plant Samples | 16.62 | 4.18 | 8.31 | 0.4 | 2 | 0.5 | 30 | |
| | | For 6-24-02 | | Alkaline - Britt | | | | |
| | | Cons 1 (A) | 0.8193 | 3.1144 | 2.4951 | 500 | 0.499 | |
| | | Cons 2 (B) | 0.0186 | 3.1105 | 2.4919 | 500 | 0.498 | |
| | | frac 125P (C) | 0.6287 | 2.2729 | 1.8442 | 2.4935 | 65.94 | |
| | | | | | 0.8493 | | 34.08 | |
| | | | | 100 ml = | 0.1699 | | 1.2478 | |

Evaluate heat treated vs un treated 1.5% active polymer for
retention.
Evaluate Production batches 20619, 20620 also

| LABEL: | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OBJECTIVE: | Evaluation of REP samples vs V5 Polymer GP3 | | | | | | | | | | | | | | |
| FURNISH: | Standard Alkaline | | | | | | | | | | | | | | |
| TESTS: | Britt Retention | | | | | | | | | | | | | | |
| MIXER RPM: | 1500 | | | | | | | | | | | | | | |
| ADD # 1: | 10# Stalok 400 | | | | | | | | | | | | | | |
| ADD # 2: | 5 # Alum | | | | | | | | | | | | | | |

| RUN # | ADD # 1 | #/T (active) | Mix Size secs | ADD # 4 | #/T (active) | 2nd Floor Retention | Increase over control | Tare | Gross | Net | % Fines Ret. | Abs. cor. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC 8138 | 0.4 | 10 | none | | 53.5 | | 0.6251 | 0.7032 | 0.0781 | 52.9 | 1.1 |
| 2 | PC 8138 | 0.4 | 60 | Polyflex CP3 | 0.4 | 78.6 | 26.1 | 0.6298 | 0.6075 | 0.0778 | 77.7 | 0.5 |
| 3 | PC 8138 | 0.4 | 60 | EP 8232 (M20402) | 0.4 | 78.3 | 25.9 | 0.6294 | 0.6639 | 0.0745 | 78.7 | 0.9 |
| 4 | PC 8138 | 0.4 | 60 | EM 635 | 0.4 | 75.0 | 21.9 | 0.6278 | 0.6785 | 0.0507 | 74.9 | 0.4 |
| 5 | PC 8138 | 0.4 | 60 | EP 8232 (M20419) | 0.4 | 82.4 | 28.9 | 0.6246 | 0.6929 | 0.0583 | 82.2 | 0.4 |
| 6 | PC 8138 | 0.4 | 60 | EP 9235 (M20605) | 0.4 | 82.9 | 28.8 | 0.6306 | 0.6000 | 0.0294 | 82.7 | 1.5 |
| 7 | PC 8138 | 0.4 | 60 | Polyflex CP3 | 0.4 | 78.0 | 25.6 | 0.6313 | 0.0008 | 0.0350 | 79.0 | 0.0 |
| 8 | PC 8138 | 0.4 | 60 | EP 8232 (M20405) | 0.4 | 82.1 | 29.8 | 0.6244 | 0.6544 | 0.0300 | 82.3 | 1.3 |
| 9 | PC 8138 | 0.4 | 60 | EM 635 | 0.4 | 75.5 | 22.1 | 0.6274 | 0.6577 | 0.0403 | 76.3 | 1.0 |
| 10 | PC 8138 | 0.4 | 60 | Polyflex CP3 - 70c | 0.4 | 85.1 | 26.7 | 0.6297 | 0.6847 | 0.0310 | 81.5 | 3.3 |
| 11 | PC 8138 | 0.4 | 60 | EP 8232 (M20409) - 70c | 0.4 | 77.8 | 24.1 | 0.6301 | 0.6040 | 0.0368 | 78.3 | 1.5 |
| 12 | PC 8138 | 0.4 | 60 | EM 635 - 70c | 0.4 | 44.3 | 11.8 | 0.6243 | 0.5944 | 0.0005 | 44.4 | 1.3 |
| 13 | PC 8138 | 0.4 | 10 | none | | | | 0.6246 | 0.7033 | 0.0243 | 53.9 | |
| 14 | PC 8138 | 0.4 | 60 | Polyflex CP3 | 0.4 | | | 0.6276 | 0.6505 | 0.0318 | 81.2 | |
| 15 | PC 8138 | 0.4 | 60 | EP 8232 (M20402) | 0.4 | | | 0.6277 | 0.6015 | 0.0358 | 78.9 | |
| 16 | PC 8138 | 0.4 | 60 | EM 635 | 0.4 | | | 0.6254 | 0.6686 | 0.0405 | 74.3 | |
| 17 | PC 8138 | 0.4 | 60 | EP 8232 (M20419) | 0.4 | | | 0.6274 | 0.6570 | 0.0396 | 82.9 | |
| 18 | PC 8138 | 0.4 | 60 | EP 8232 (M20605) | 0.4 | | | 0.6230 | 0.6020 | 0.0318 | 83.1 | |
| 19 | PC 8138 | 0.4 | 60 | Polyflex CP3 | 0.4 | | | 0.6234 | 0.6040 | 0.0350 | 79.0 | |
| 20 | PC 8138 | 0.4 | 60 | EP 8232 (M20405) | 0.4 | | | 0.6253 | 0.6557 | 0.0304 | 82.1 | |
| 21 | PC 8138 | 0.4 | 60 | EM 635 | 0.4 | | | 0.6261 | 0.6031 | 0.0430 | 74.7 | |
| 22 | PC 8138 | 0.4 | 60 | Polyflex CP3 - 70c | 0.4 | | | 0.6242 | 0.6596 | 0.0368 | 78.5 | |
| 23 | PC 8138 | 0.4 | 60 | EP 8232 (M20409) - 70c | 0.4 | | | 0.6277 | 0.6032 | 0.0395 | 76.8 | |
| 24 | PC 8730 | 0.4 | 60 | EM 635 - 70c | 0.4 | | | 0.6283 | 0.6660 | 0.0577 | 60.0 | |

WITNESSED AND UNDERSTOOD

June 24, 2002  Richard W. Boggs        Heather L Kinney  7/8/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0087446

260

*Continued*

*Pan Solids for Production runs*

**18 hours 115C**

| Polymer | % Pan Solids | Pan wt | Polymer wt | Tot. Dry wt | Not Dry Polymer wt | % Solids | Abs. Diff. |
|---|---|---|---|---|---|---|---|
| SP9232 (20619) | 32.4 | 0.9986 | 1.5559 | 1.5038 | 0.5052 | 32.5 | 0.1 |
| SP9232 (20620) | 32.6 | 0.9985 | 1.5412 | 1.4990 | 0.5005 | 32.5 | 0.0 |
| SP9232 (20619) | | 1.0049 | 1.5669 | 1.5121 | 0.5072 | 32.4 | |
| SP9232 (20620) | | 1.0037 | 1.5699 | 1.5141 | 0.5104 | 32.5 | |

*JMT — VDT Evaluation*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **LEVEL:** | | | | | | | | | | |
| **OBJECTIVE:** | Evaluation of Polymes and APMAcs | | | | | | | | | |
| **PURPOSE:** | Tint Aqualine | | | | | | | | | |
| **TESTS:** | VDT | Container | Square | | | | | | | |
| | 2 replicates | Mixer Blade | Dg | | | | | | | |
| **MIXER RPM:** | 1000 | Mixer RPM | 1000 | | | | | | | |
| **Volume:** | 250 | | | | | | | | | |
| **Consistency:** | 2.2 | | | | | | | | | |
| **Vacuum:** | 15 In Hg | | | June 24, 2002 | | | | | | |
| | ADD # 1: Size Stock 45.5 | | | | | | sel(sec.) @220ml run #1 | sel(sec.) @220ml run #2 | sel(sec.) @220ml avg. | 6/19 6/19 25°C |
| **RUN #** | ADD # 2 | 4 lb Alum | | | | | | | | |
| | ADD # 3 | WT (ml/Dw) | Mix time secs | ADD # 4 | WT (ml/Dw) | | | | | |
| 1 | PA 8137 | 0.2 | 10 | none | | 45.20 | | 45.20 | | |
| 2 | PA 8137 | 0.2 | 10 | Polyflex CP-3 | 0.4 | 28.14 | 25.76 | 25.87 | 29.44 | 29.92 |
| 3 | PA 8137 | 0.2 | 10 | | 0.8 | 21.48 | 20.77 | 21.12 | 22.18 | 23.11 |
| 4 | PA 8137 | 0.2 | 10 | EM 635 | 0.4 | 29.73 | | 29.73 | 30.21 | 34.36 |
| 5 | PA 8137 | 0.2 | 10 | | 0.8 | 28.51 | | 28.51 | 35.73 | 40.79 |
| 6 | PA 8137 | 0.2 | 10 | SP 9232 (M20620) | 0.4 | 28.98 | 27.78 | 27.39 | 29.27 | 28.63 |
| 7 | PA 8137 | 0.2 | 10 | | 0.8 | 20.95 | 20.87 | 20.91 | 22.42 | 22.06 |
| 8 | PA 8137 | 0.2 | 10 | SP 9232 (M20619) | 0.4 | 29.99 | 29.77 | 29.38 | | |
| 9 | PA 8137 | 0.2 | 10 | | 0.8 | 21.88 | 21.09 | 21.01 | | |
| 10 | PA 8137 | 0.2 | 10 | SP 9232 (M20620) | 0.4 | 29.59 | 29.26 | 29.43 | | |
| 11 | PA 8137 | 0.2 | 10 | | 0.8 | 21.73 | 21.50 | 21.70 | | |
| 12 | PA 8137 | 0.2 | 10 | Polyflex CP-3-67/902 | 0.4 | 25.64 | | 25.64 | | |
| 13 | PA 8137 | 0.2 | 10 | | 0.8 | 22.18 | | 22.18 | | |
| 14 | PA 8137 | 0.2 | 10 | EM 635-67/902 | 0.4 | 30.21 | | 30.21 | | |
| 15 | PA 8137 | 0.2 | 10 | | 0.8 | 35.73 | | 35.73 | | |
| 16 | PA 8137 | 0.2 | 10 | SP 9232 (M20620)-67/902 | 0.4 | 29.27 | | 29.27 | | |
| 17 | PA 8137 | 0.2 | 10 | | 0.8 | 22.47 | 22.37 | 22.42 | | |
| 18 | PA 8137 | 0.2 | 10 | Polyflex CP-3-TOC | 0.4 | 28.92 | | 24.92 | | |
| 19 | PA 8137 | 0.2 | 10 | | 0.8 | 22.11 | | 22.11 | | |
| 20 | PA 8137 | 0.2 | 10 | EM 635-TOC | 0.4 | 34.34 | 34.41 | 34.36 | | |
| 21 | PA 8137 | 0.2 | 10 | | 0.8 | 40.87 | 40.73 | 40.79 | | |
| 22 | PA 8137 | 0.2 | 10 | SP 9232 (M20620)-TOC | 0.4 | 28.63 | | 28.63 | | |
| 23 | PA 8137 | 0.2 | 10 | | 0.8 | 32.69 | 32.52 | 32.60 | | |

WITNESSED AND UNDERSTOOD

*Heather L Krong    7/8/02*

*June 24, 2002  Richard W. Riley*

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0087447

261

Modified VDT —
use overhead mixer — small diameter blade — cross rpm

1) Disperse 2g of PCC in 100ml DI H₂O for 2 minutes

2) use 2.5cc of .05% active polymer — treat PCC slurry

3) stir @ 1000 rpm for 1 minute

4) .541 Whatman TP used in Coleman apparatus

5) 10 PSI on pump

6) after mixing pour slurry into below — cast 2.50 ml/p — start pump
and stopwatch

7) time until PCC cake is dry


| eP 3 | SPP232 (20v03) | ETu 635 |
|------|------|------|
| 1) 59.63 (10 cm/h) | 680.1 (10 cm/h) | 610.1 (10 cm) |
| 2) 55.28  10 inch | 90.99 10 inch | 283.19  10 inch |

Repeat using a different vacuum pump

Continued ⟹

WITNESSED AND UNDERSTOOD,
Heather L Kisson  7/8/02

Jul 25, 2002 Richard Riley

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0087448



154

June 19, 2002

furnish and polymer makedown by RWK    VDT (25mL), using 1mL listed below zw

**Standard Alkaline Furnish**

ENTER SOLIDS BASIS FOR DOSAGE DETERMINATION                2.5066 GRAMS

| POLYMER | 100 ml GRAMS POLYMER TO 100 | 25 ml GRAMS POLYMER TO 25 | 50 ml GRAMS POLYMER TO 50 | #/TON | DOSAGE VOLUME (ML) | POLYMER MAKEDOWN PERCENT | PERCENT ACTIVES BASIS** |
|---|---|---|---|---|---|---|---|
| Stalok 400 | 31.33 | 7.83 | 15.67 | 10 | 2 | 2 | 100 |
| Alum | 0.63 | 0.16 | 0.31 | 6 | 2 | 50 | 100 |
| PC 8138 | 13.55 | 3.39 | 0.77 | 0.4 | 2 | 0.5 | 37 |
| EM 635 | 17.11 | 4.28 | 8.55 | 0.4 | 2 | 0.5 | 29.3 |
| CP3 | 16.71 | 4.38 | 8.36 | 0.4 | 2 | 0.5 | 30 |
| B.Walchuk samples | 16.71 | 4.18 | 8.36 | 0.4 | 2 | 0.5 | 30 |
| 33116-71-P4 | 16.71 | 4.18 | 8.36 | 0.4 | 2 | 0.15 | 100 |
| *SP6232(M20612) | 1.67 | 0.42 | 0.84 | 0.4 | 2 | 1.5 | 100 |
| *SP9232(M20612) - 70 | 1.67 | 0.42 | 0.84 | 0.4 | 2 | 1.5 | 100 |
| * mix on stir plate before shaker | | | | | | | |
| PA8137 | 8.18 | | | 0.2 | 2 | 0.5 | 25.2 |
| For 6-18-02 | | | Alkaline - Britt | | | | |
| Cons 1 (A) | 0.6262 | 3.1317 | 2.5055 | 600 | | 0.501 | |
| Cons 2 (B) | 0.8238 | 3.1315 | 2.5077 | 500 | | 0.502 | |
| frac 125P (C) | 0.6247 | 2.2533 | 1.6286 | 2.5066 | | 64.97 | |
| | | | 0.8760 | | | 35.03 | |
| | | 100 ml= | 0.1756 | | | 1.2476 | |

6-19-2002

WITNESSED AND UNDERSTOOD
Heather Kinzy 6/21/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)



158

June 20, 2002

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A.
NO. 04-293 (KAJ)

HERC0087043

162

*June Zimmer* *[signature]*

**LEVEL:** I
**OBJECTIVE:** Evaluation of Polyflex and APAMs
**FURNISH:** Std Alkaline
**TESTS:** VDT, 2 replicate
**MIXER RPM:** 1000
**Volume:** 250
**Consistency:** 0.5
**Vacuum:** 10 in Hg
**ADD #1:** 10# Stalok 400
**ADD #2:** 5 # Alum

**Container:** Square
**Blade**
**Mixer RPM**

**ADD #3:** big 1000

| RUN # | ADD #3 | #/T (active) | Mix time secs | ADD #4 | #/T (active) | vdt(sec) @230ml run #1 | vdt(sec) @230ml run #2 | vdt(sec) @230ml avrg. |
|---|---|---|---|---|---|---|---|---|
| 1 | PA 8137 | 0.2 | 10 | none | 0.4 | | | |
| 2 | PA 8137 | 0.2 | 10 | Polyflex CP-3 | 0.4 | 25.14 | 25.79 | |
| 3 | PA 8137 | 0.2 | 10 | | 0.8 | 24.46 | 25.2 | |
| 4 | PA 8137 | 0.2 | 10 | EM 835 | 0.4 | 24.73 | | |
| 5 | PA 8137 | 0.2 | 10 | | 0.8 | 24.37 | | |
| 6 | PA 8137 | 0.2 | 10 | SP 9232 (M20400) | 0.4 | 24.09 | 24.78 | |
| 7 | PA 8137 | 0.2 | 10 | | 0.8 | 24.87 | 24.87 | |
| 8 | PA 8137 | 0.2 | 10 | SP 9232 (M20419) | 0.4 | 25.19 | 24.33 | |
| 9 | PA 8137 | 0.2 | 10 | | 0.8 | 24.86 | 24.96 | |
| 10 | PA 8137 | 0.2 | 10 | SP 9233 (M20820) | 0.4 | 24.57 | 26.26 | |
| 11 | PA 8137 | 0.2 | 10 | | 0.8 | 25.19 | 25.43 | |
| 12 | PA 8137 | 0.2 | 10 | Polyflex CP-3-9/19/02 | 0.4 | 24.80 | | |
| 13 | PA 8137 | 0.2 | 10 | | 0.8 | 24.16 | | |
| 14 | PA 8137 | 0.2 | 10 | EM 835-9/19/02 | 0.4 | 24.31 | | |
| 15 | PA 8137 | 0.2 | 10 | SP 9232 (M20402)-9/19/02 | 0.8 | 25.74 | | |
| 16 | PA 8137 | 0.2 | 10 | | 0.4 | 26.02 | 25.33 | |
| 17 | PA 8137 | 0.2 | 10 | Polyflex CP-3-70C | 0.4 | 24.43 | | |
| 18 | PA 8137 | 0.2 | 10 | | 0.8 | 25.11 | | |
| 19 | PA 8137 | 0.2 | 10 | EM 835-70C | 0.4 | | | |
| 20 | PA 8137 | 0.2 | 10 | | 0.8 | | | |
| 21 | PA 8137 | 0.2 | 10 | SP 9233 (M20403)-70C | 0.4 | 25.63 | | |
| 22 | PA 8137 | 0.2 | 10 | | 0.8 | 31.50 | 3.112 | |
| 23 | PA 8137 | 0.2 | 10 | | | | | |

vdt00624

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A.
NO. 04-293 (KAJ)

HERC0087047

163

June 24, 200V

$V_0$ is the initial viscosity of the makedown polymer solution and determined by experiment value

A defines the scope of viscosity increase

$A+V_0$ is the viscosity at infinite time, the larger value is b.

b is a parameter related to the period length of the first stage, the longer time would be the first stage.

n is a parameter related to speed of viscosity increase in the second stage the high value in n, the faster will the viscosity increase in the second JT

| File | Vs20624a | Vs20624b | Vs20624c | Vs20624d | Vs20624e |
|------|----------|----------|----------|----------|----------|
| Polymer | M20403 | M20403 | M20403 | M20403 | M20403 |
| Conc. (as neat) | 0.50% | 0.75% | 1.00% | 1.25% | 1.50% |
| Spindle | SC4-34 | SC4-34 | SC4-34 | SC4-34 | SC4-34 |
| rpm | 150 | 150 | 150 | 150 | 150 |
| $V=V_0+A\exp(-b/t^n)$ | | | | | |
| A= | 151 | 274 | 526 | 732 | 922 |
| b= | 8.61 | 6.25 | 5.46 | 5.82 | 6.40 |
| n= | 0.93 | 0.71 | 0.54 | 0.53 | 0.57 |
| $V_0$= | 4.80 | 6.00 | 6.40 | 6.80 | 5.20 |
| $r^2$= | 0.999 | 0.999 | 1.000 | 0.999 | 0.999 |
| @t= | 5 | 5 | 5 | 5 | 5 |
| V= | 60.0 | 89.2 | 116.8 | 135.6 | 171.6 |
| @V= | 100 | 100 | 100 | 100 | 100 |
| t= | 413.8 | 37.9 | 10.7 | 8.5 | 8.2 |

file name · Viscosity of M0403 in Makedown Speed 20624

6/25/02

Viscosity profile of M20403. Instrument : Brookfield DV-III, small Cap adapter makedown in NaCl solution 150 rpm SC4-34, 25°C.

ON NaCl: 1.5g M20403, add it to 148.5g DIW overhead mixing for 10 sec. 200 rpm (VS20625a) then pour to viscosity meter cell set 150 rpm. 180 rpm (11 pt. fcn) Spindle SC4-34, 25°C.

VS20625b: 0.001 N NaCl : 1.485g (1.49g) 0.0N NaCl solution to 148.5g 1.5g M20403, add it to 148.5g 0.001 N NaCl solution, mixing as above.

VS20625c: 0.005N NaCl : 7.45g 0.1N NaCl, added DIW to 148.5g.

VS20625d: same as VS20625C but 250 rpm.

VS20625e: 0.01 N NaCl: 14.85g 0.N NaCl, added DIW to 148.5g. 250 rpm.

VS20625f: 0.02 N NaCl : 29.70g 0.1 NaCl, " " 148.5g. 250 rpm.

VS20625g: DIW, 1% neat 250 rpm. 1.5g M20403 to 148.5g DIW 200 rpm 10 sec. pour to cell. 250 rpm. Spindle SC4-34 25°C.

VS20625h: same as VS20625b but 250 rpm.

VS20625i: same as VS20625C but 250 rpm.

WITNESSED AND UNDERSTOOD

Heather L. Kosny  6/28/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0087048

125

SUBJECT: SP 9232  DRAINAGE AID

OBJECTIVE: CHARACTERIZE 6-12-02 EMULSION SAMPLES - B. WALCHUK

EXPERIMENTAL:

TO:     JOHN HARRINGTON          6-12-02
        FUSHAN ZHANG

FROM:   B. WALCHUK

John and Fushan,

Nine emulsion samples were sent yesterday. They should arrive today. Please see the table below for sample information.

| # | Designation | Comments |
|---|-------------|----------|
| 1 | 2590-171-G | AIBN as initiator, then TBHP/SO2 burnout |
| 2 | 2590-172 | 25/75 AA/AM with only Arlacel 80 AC as surfactant |
| 3 | 2590-173 | 75/25 AA/AM with only Arlacel 80 AC as surfactant. Seems to be all small particles. May not make-down well. |
| 4 | 2590-175-A | Normal run. NH4OH addition experiment for final pH adjustment. No base or breaker |
| 5 | 2590-175-B | 2% breaker added (surfonic), no base yet, 60% neutralization based on pre-emulsification base addition. |
| 6 | 2590-175-C | 50% of final pH adjustment base added. 80% overall theoretical neutralization. |
| 7 | 2590-175-D | Another 25% of final pH adjustment base added. 90% overall theoretical neutralization. |
| 8 | 2590-175-E | Final 25% of final pH adjustment base added. 100% overall theoretical neutralization. |
| 9 | 2590-174-L | Normal run. Batch for NMR experiments; just need to verify activity. No base or breaker added. |

MAKE DOWN TO 1.5% ACTIVES (ASSUME 30% ACTIVE EMULSION)

MIX 10 MINS 200 RPM.

|  | τ SWEEP | ω SWEEP |
|---|---|---|
| POLYMER | (τ = (Pa) | (ω = (4.64z.)(Pa) |
| 2540-172 | 166 | 197 |
| -173 | 176 | 213 |
| -175 C | 164 | 200 |
| -175 D | 184 | 228 |
| -175 E | 173 | 213 |
| ×33 116-71-P1 | 75 | 96 |
| SP 9234 (M20612) | 214 | 257 |
| 18 HRS @ 70°C | 103 | 126 |

WITNESSED AND UNDERSTOOD

John C. Harrington                    [signature]  8/1/02
6-14-02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085234

126

SUBJECT: SP 9232 DRAINAGE AID

OBJECTIVE: PLANT QC TEST. REVIEW MAKEDOWN, TIME AND PROCEDURE.

EXPERIMENTAL

(1) 500 GMS 9232 (MH403) IN 600 MLS BEAKER. 500 RPM. MIX ONE HOUR. WHITE SPECKS STILL VISIBLE. #3/12 ~ 4080

(2) 500 GMS IN 600 ML BEAKER. LARGE 3-PROP BLADE. 500 RPM. MIX ONE HOUR. SMALL WHITE SPECKS VISIBLE. UL→ MULTIPLE SPECKS - DON'T RUN #3/12 3750. HOLD 30 MIN. 4350

MIX ADDITIONAL HOUR @ 500 RPM. #3/12 5100 HOLD 30 MIN. 5410

MIX AN ADDITIONAL HOUR - 500 RPM. HOLD OVER NIGHT. 6/12 #3/12 6210

(3) 500 GMS / 600 ML BEAKER STD BRITT BLADE. 750 RPM. MIX ONE HOUR. SOME SMALL SPECKS VISIBLE, LESS THAN 500 RPM. #3/12 4850. HOLD 30 MIN. 5650 HOUR 20 MIN. 5650

MIX AN ADDITIONAL HOUR @ 750 RPM. #3/12 6210 HOLD 30 MIN 6300

MIX AN ADDITIONAL HOUR @ 750 RPM (3 HOURS TOTAL) #3/12 1180 HOLD 30 MIN. 6210. HOLD OVER NIGHT. 6400.

    .5 → 0.10% MIX 20 MIN 750 RPM #2/30 750
    .5 → 0.10% MIX 30 MIN STIR PLATE UL 324

(4) UL VISCOSITIES. UTILIZE BETTER UL DOWN 4% N=11 -0.10% N.45 0.10% ACTIVE POLYMER - UTILIZE STIR PLATE 0.50 g + 149.5 g UL DOWN. MIX OVER NIGHT. UL 60 RPM

    SP 9232 (MH0407) - 2.53   INSOLUBLE MATERIAL OBSERVED.
    EM 635          4.87
    2500-156        4.55
    SP 9232 (MH10612) - 2.26

WITNESSED AND UNDERSTOOD

John C H                    Frank Whitman  3/1/06
6/18/06

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085235

127

(5) UC Viscosities same as #4 but 500 gms 0.10% solution in 600 mL
    beaker. 750 RPM - 2 hours, UC - Green
        SP9232 (m 20403) - 3.2        3 hr min: 355  4H hr: 366
        SP9232 (m 20612) - 2.94       " "   : 326  4H hr: 345
        RM 635              4.02
        2570-156            3.07

(6) SP9232 (m 20612) parameters same as #3.
    mix 3 hours @ 750 RPM.  #3/1L  58%

        Dilute to 0.10%  →  b.    4.64


                    UC
    - higher RFV when diluted from 0.50%

    - lower UC when made direct @ 0.10% in NaCl solution.
      not likely needs more as additional mix time will increase
      viscosity.


WITNESSED AND UNDERSTOOD
                              Jean J Dutson  8/1/02
    John C H
    8/14/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085236

128

SUBJECT  SP 9232  DRAINAGE AID

OBJECTIVE  CHARACTERIZE  VE  PROPERTIES
- 6·18·02   BLW  SAMPLES
- HEAT TREATED  SAMPLES
- PAA CONTROL  EM 1030 Ng  - LINEAR

EXPERIMENTAL

TO:        JOHN HARRINGTON
           FUSHAN ZHANG

FROM:      B. WALCHUK

John and Fushan,                                    6 18 02

Three emulsion samples were sent today.  Please see the table below for sample information.

| # | Designation | Comments |
|---|-------------|----------|
| 1 | 2590-177 | AA and AM portions of monomer phase where emulsified separately then combined to give standard composition but hopefully AA and AM in respective micelles. |
| 2 | 2590-180 | Normal formulation except Vazo 62 added as initiator instead of Vazo 64. |
| 3 | 2590-181 | 100% acrylic acid and Vazo 52 as initiator. |

MADE POLY TO 1.5% ACTIVES.  MIX 18 HOURS @ 200 RPM.

| POLYMER | T SWEEP<br>G* (Pa) | W SWEEP<br>G~ 4.6 Hz (Pa) |
|---------|--------------------|----------------------------|
| 2590·177 | 207 | 251 |
| 2590·180 | 166 | 198 |
| 2590·181 | 119 | 149 |
| EM 1030 Ng | 113 | 140 |
| CENTRIFUGE | 108 | 133 |
| SP 9232 (IN 20405) | 200 | 245 |
| 18 HOURS 70°C | 130 | 152 |
| POLYFLEX CP.3 | 173 | 237 |
| 18 HOURS 70°C | 99 | 138 |
| EM 635 | 81 | 101 |
| 18 HOURS 70°C | 57 | 77 |

WITNESSED AND UNDERSTOOD

John C Harrington
6·21·02                                    Jan Johnson  8/1/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)                                    HERC0085237

129

SUBJECT: SP 9231 DRAINAGE AID

OBJECTIVE: CHARACTERIZE MODULUS PROPERTIES - PLANT BATCHES
- M 20619
- M 20620

EXPERIMENTAL: MAKE DOWN TO 1.5% ACTIVES. MIX 15 min 500 RPM, THEN
MIX 18 HOUR 200 RPM

| POLYMER | τ SWEEP | ω SWEEP |
|---------|---------|---------|
|  | G* (Pa) | G* 4.6 Hz (Pa) |
| SP 9231 - M 20619 | 191 | 230 |
| M 20620 | 184 | 224 |

SAMPLES IN SPEC RANGE. SLIGHTLY HIGHER MODULUS COMPARED TO
PREVIOUS LOTS, BUT STILL ABOVE 200 Pa.

WITNESSED AND UNDERSTOOD:
Frank J. Sutman  8/1/02

John C.D.
6-25-02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A
NO. 04-293 (KAJ)

HERC0085238

130

SUBJECT: SP9232 DRAINAGE AID

OBJECTIVE: PLANT QC TEST PROCEDURE
- SUBMIT SAMPLES TO PAAR PHYSICA FOR DYNAMIC TESTING
  ON MCR 150 RHEOMETER. BALL BEARING TORQUE MOTOR
  MAY BE MORE SUITABLE FOR PLANT ENVIRONMENT.
- TEST SAMPLES BEFORE SHIPING

① ② ③

EXPERIMENT: 15% ACTIVE POLYMER. ASSUME 30% ACTIVE. MIX 15 minutes 500 RPM
THEN 18 HOURS 200 RPM.

| POLYMER | T SWEEP<br>G* (Pa) | W SWEEP<br>(rw-4.6 rad(Pa) | |
|---|---|---|---|
| SP923L (M20403) | 204 | 251 | ✳ |
| EM 635 | 106 | 127 | ✳ |
| 2590 -146 | 209 | 249 | |
| 2590 -147 | 158 | 194 | ✳ |

✳ SHIPPED FOR EVALUATE

SHIPPED TO PAAR PHYSICA FOR bw
" BROOKFIELD FOR TEST G

*[signature]* John C H
6.25.02



Paar Physica Laboratory Report

Paar Physica USA

PAAR PHYSICA RESULTS

VERY GOOD AGREEMENT
W/ RHEO2 DATA

Table 1: Frequency Sweep Data

| Sample | Frequency (Hz) | G* (Pa) |
|---|---|---|
| EM 635 | 1 | 80.9 |
| EM 635 | 3.19 | 105 |
| EM 635 | 10 | 92.5 |
| M20403 | 1 | 175 |
| M20403 | 3.19 | 200 |
| M20403 | 10 | 227 |
| 2590-147 | 1 | 140 |
| 2590-147 | 3.19 | 165 |
| 2590-147 | 10 | 198 |

WITNESSED AND UNDERSTOOD
*[signature]* Gary J Buttman  8/1/02

*[signature]* John C H
7-10-02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A.
NO. 04-293 (KAJ)

HERC0085239

**131**

TEST SAMPLES STIRRING   CP 60 2° CONE. & PLATE
DETERMINE by J, AND YIELD STRESS.

| | ω SWEEP | J(λ) 5 Pa | YIELD STRESS |
|---|---|---|---|
| | (ω 4.6 Hz (Pa)) | compliance 100 sec (Pa⁻¹) | σ_c (Pa) |
| ① SP9232 [m 20403] | 243 | .033 | 73 |
| ② EM 635 | 112 | 3.38 | ≃70 |
| ③ 2590·147 | 197 | .027 | 90 |

A SERIES OF CREEP TESTS WERE CONDUCTED AT VARYING STRESS LEVELS.
THE EQUILIBRIUM COMPLIANCE WAS DETERMINED BY EXTRAPOLATING TO ZERO TIME



| Je | 1 Pa | 5 Pa (hours) 10 Pa | 100 Pa |
|---|---|---|---|
| SP9232 [m 20403] | .008 | .014    .2 | 60 |
| EM 635 | 2.0 | .9    15 | 110 |
| 2590·147 | — | .01    .05 | 27 |

SUMMARY: PREVIOUS VOT AND BRITT J4 TESTING INDICATE POOR ACTIVITY
FROM 2590·147 AND EM 635.

MODULUS DATA SUPPORTS THE ACTIVITY TREND

COMPLIANCE J(λ) AND Je DO NOT CORRELATE THE ACTIVITY.

YIELD STRESS DOES NOT SUPPORT ACTIVITY RESULTS.

WITNESSED AND UNDERSTOOD

John CH
6.26.02

Fred J Robertson  8/1/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085240

132

SUBJECT: SP9232 DRAINAGE AID

OBJECTIVE: CHARACTERIZE $G_N$, $T_c$ YIELD STRESS AT VARYING POLYMER CONCENTRATION
ANALYZE DATA FOR MECHANISM DETERMINATION.

EXPERIMENTAL: MAKE DOWN OVERNIGHT 18 HOURS AT THE INDICATED POLYMER
ACTIVES CONCENTRATION.

| | | PP 60 | CP 60 | $T_c$ YIELD STRESS (Pa) | |
|---|---|---|---|---|---|
| POLYMER | [ POLYMER ] | $G_N$ 4GHz (Pa) | $G_N$ 4GHz (Pa) | STRESS-STRAIN | VIS-STRESS |
| SP 9232 | 0.5 | 80 | 65 | .03 | 9 |
| [ M 20403 ] | 1.0 | 131 | 127 | .4 | 33 |
| | 1.5 | 247 | 243 | .9 | 50 |
| | 2.0 | 410 | 374 | 1.5 | 100 |
| | 2.5 | 535 | 544 | 2.0 | 200 |
| | 3.0 | 706 | 701 | 2.5 | 200 |
| | | | | | |
| 2590 .158 | 0.5 | 37 | 34 | .04 .05 | 6 |
| | 1.0 | 106 | 110 | .5 .49 | 18 |
| | 1.5 | 143 | 146 | .5 .5 | 35 |
| | 2.0 | 224 | (219) | 1.0 | 60 |
| | 2.5 | 344 | 392 | 2.5 2.0 | 85 |
| | 3.540 | 421/760 | | 3° 4.0 | 200 |
| | | | | | |
| POLY FLEX CP.7 | 0.5 | 26 | 23 | .03 | |
| | 1.0 | 110 | 105 | .07 | |
| | 1.5 | 140 218 | (185) | .06 | |
| | 2.0 | 333 | (332) | .15 | |
| | 2.5 | 475 | | | |
| | 3.0 | 535 | | | |

POLY FLEX SAMPLE MAY BE ANOMALOUS

REFERENCE: A. SEWELL, W. RILEY TERRILL, COLLOID POLYMER SCIENCE 278, pp 830-840
(WOOD). LINEAR RELATIONSHIP BETWEEN $G_N$ AND $T_c$ YIELD STRESS.
YIELD STRESS A FUNCTION OF CODE CHAINS THAT ENTANGLE, WHILE $G_N$
PLATEAU MODULUS A FUNCTION OF CROSS LINK DENSITY. DENSE OF HYDROGEL
SPHERE WILL HAVE LOWER SLOPE THAN LINEAR POLYMER $G_N$ (GRAPH)

$T_c$ (Pa) — linear ... ... HARD SPHERE ... $G_N$ (Pa)

WITNESSED AND UNDERSTOOD

John C H____ 7.14.02          Jan G Jackson  8/1/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085241



133

WITNESSED AND UNDERSTOOD.

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A
NO. 04-293 (KAJ)

HERC0085242

134



GENERAL DATA TRENDS INDICATE HIGHER CROSS LINKING w/ SP 9232 THAN 2590-158
POLYFLEX CP.3 IS EVEN HIGHER. WILL PROBABLY CONTINUE TESTING w/ EM 635
AND DIFFERENT LOT OF POLYFLEX CP.3. RECENT LOW SHEAR FREQ FREQUENCY
TESTING INDICATED REMARKABLE DIFFERENCE BETWEEN EM 635 AND 2590-158
AND DIFFERENT LOTS OF POLYFLEX CP.3

MUCH HIGHER MODULUS WITH POLYFLEX CP.3 PREVIOUS RETAIN
LOT THAN CURRENT SAMPLE.
MORE PRECIPITOUS RELAXATION OBSERVED w/ EM 635 THAN
2590 158, WHILE SIMILAR LOW OBSERVED

WITNESSED AND UNDERSTOOD

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085243

135

SUBJECT: SPG23C DRAWAUT A/P

OBJECTIVE: PLAN Q.C. TEST

EXPERIMENTAL: CYTEC R&D CONDUCTED ANALYSIS OF PLANT LOTS OF SPG23C.
A BETTER CORRELATION SHOULD BE OBTAINED THAN IS EVIDENT.

**Multivariate**

**Correlations**

|  | 0#5 visc | 0#2 visc | SV | 0#5:UL | 0#2:UL |
|---|---|---|---|---|---|
| 0#5 visc | 1.0000 | -0.2718 | -0.5137 | 0.7350 | 0.4242 |
| 0#2 visc | -0.2718 | 1.0000 | 0.3682 | -0.4913 | 0.1770 |
| SV | -0.5137 | 0.3682 | 1.0000 | -0.8548 | -0.8105 |
| 0#5:UL | 0.7350 | -0.4913 | -0.8548 | 1.0000 | 0.7040 |
| 0#2:UL | 0.4242 | 0.1770 | -0.8105 | 0.7040 | 1.0000 |

**Scatterplot Matrix**



| Sample | Formulation | 0#5 visc | 0#2 visc | SV | F5 | 0#5:UL | 0#2:UL | F5 |
|---|---|---|---|---|---|---|---|---|
| 1 | M20522AK | 5780 | 860 | 5.64 | | 891.493056 | 145.547045 | Pilot Plant |
| 2 | M20522AK | 7460 | 826 | 4.95 | | 1505.05051 | 160.669887 | Pilot Plant |
| 3 | M20522AK | 6130 | 841 | 7.1 | | 863.380282 | 118.450704 | Pilot Plant |
| 4 | M20522AK | 6180 | 887 | 3.5 | | 1765.71429 | 247.714286 | Pilot Plant |
| 5 | M20522AK | 7180 | 872 | 6.79 | | 1059.1716 | 128.894083 | Pilot Plant |
| 6 | M20528AC | 7040 | 828 | 6.55 | | 1305.98291 | 107.350427 | Pilot Plant |
| 7 | M20522AM | 7960 | 707 | 3.66 | | 2163.04348 | 192.118865 | Pilot Plant |
| 8 | M20305AM | 6056.6765 | 767 | 2.99 | | 2695.00053 | 259.177258 | Pilot Plant |
| 9 | M20307AR | 9360.00352 | 780 | 3.35 | | 2784.0309 | 232.835821 | Pilot Plant |
| 10 | M20320AJ | 8118.3704 | 441 | 1.66 | | 4920.22449 | 207.272727 | Pilot Plant |
| 11 | M20401AT | 9491.3301 | 400 | 3.4 | | 2791.06708 | 117.647059 | Pilot Plant |
| 12 | M20401AF | 8440 | 881 | 4.38 | | 1477.06422 | 202.06422 | |
| 13 | M20516AH | 14093.00278 | 7951 | 4.11 | | 993.446927 | 182.726061 | Pilot Plant |
| 14 | M20517AF | 11002B.5752 | 928 | 2.99 | | 3354.03653 | 510.387893 | Pilot Plant |
| 15 | M20528AC | 6830 | 820 | 3.7 | | 1845.94595 | 221.621622 | Pilot Plant |
| 16 | M20612AD | 6420 | 710 | 5.48 | | 959.051095 | 128.592044 | |
| 17 | M20612AD | 4350 | 806 | 5.46 | | 786.790297 | 147.435897 | |
| 18 | M20619AD | 5850 | 742 | 5.65 | | 1000 | 131.327434 | |
| 19 | M20620AG | 7030 | 850 | 4.6 | | 1528.28087 | 184.782609 | |

THE SLOW DISSOLUTION / INVERSION PROPERTIES OF SPG23C ARE KNOWN.
MODULUS DATA INDICATE 24 HOUR MIXING REQUIRED TO ACHIEVE EQUILIBRIUM.
A 2 HOUR MIXEDOWN MAY NOT ACHIEVE STEADY STATE, WHILE IT IS PROPOSED
THAT A MIXEDOWN THAT AT A FUNCTION / PERCENT OF EQUILIBRIUM MAY BE
CONSISTENT, THIS NEEDS TO BE DETERMINED.

ALSO, DIFFERENT SPINDLES AND SPEEDS ARE UTILIZED MAY NOT PROVIDE
A CORRELATION PROPERLY.

WITNESSED AND UNDERSTOOD

John C. H    Jean G. Johnson   8/1/02
7.14.02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A
NO. 04-293 (KAJ)

HERC0085244

136

WITNESSED AND UNDERSTOOD

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085245

137

| | | SP 9232 lot # | | | | | |
|---|---|---|---|---|---|---|---|
| | | M20403 | M20515 | M20517 | M20619 | M20403 [rep] | |
| | mixer # | 1 | 2 | 3 | 6 | 6 | |
| | direction | CCW | CCW | CW | CCW | CW | |
| **0.50%** | | | | | | | Germany! |
| 2 hour mix | | | | | | | |
| 0.5% vis # 3/12 | reading #1 | 6240  1384 | 6100 | 7140 | 6060 | 6600 | |
| | reading #2 | 6300 | 6120 | 7200 | 6080 | 6740 | .5% |
| SV UL/60 | reading #1 | 4.52 | 4.71 | 3.95 | 3.42 | 4.79 | - Viscosity constant w/more |
| | reading #2 | 4.53 | 4.7 | 3.92 | 3.42 | 4.79 | - Fan reproducibili |
| 5 hour mix | | | | | | | |
| 0.5% vis # 3/12 | reading #1 | 6350 | 6300 | 7300 | 6210 | 6880 | |
| | reading #2 | 6300 | 6280 | 7280 | 6300 | 6690 | .2% |
| SV UL/60 | reading #1 | 4.68 | 5.14 | 4.82 | 5.07 | 4.86 | - Viscosity decreased (?) mix |
| | reading #2 | 4.67 | 5.12 | 4.82 | 5.09 | 4.85 | - Fan reproducibili |
| 24 hour mix | | | | | | | |
| 0.5% vis # 3/12 | reading #1 | 6290 | 6550 | 7410 | 6560 | 6700 | |
| | reading #2 | 6310 | 6520 | 7420 | 6490 | 6690 | SV 0.10% |
| SV UL/60 | reading #1 | 5 | 5.8 | 5.46 | 6.44 | 4.98 | - Viscosity increased (?) mix |
| | reading #2 | 4.99 | 5.78 | 5.47 | 6.42 | 4.98 | - Good reproducibili |
| **0.20%** | | | | | | | - Higher vis from 0.50% |
| 2 hr mix | | | | | | | |
| 0.2% vis #2/12 | reading #1 | 1688 | 1805 | 2143 | 1725 | 1710 | |
| | reading #2 | 1685 | 1783 | 2130 | 1720 | 1700 | |
| 0.2% vis #2/30 | reading #1 | 892 | 936 | off scale | 903 | 935 | |
| | reading #2 | 885 | 930 | off scale | 897 | 940 | |
| SV UL/60 | reading #1 | 4.56 | 4.74 | 4.16 | 5.21 | 3.68 | |
| | reading #2 | 4.54 | 4.72 | 4.18 | 5.2 | 3.65 | |
| 5 hour mix | | | | | | | |
| 0.2% vis #2/12 | reading #1 | 1612 | 1765 | 2100 | 1688 | 1750 | |
| | reading #2 | 1608 | 1755 | 2050 | 1693 | 1760 | |
| 0.2% vis #2/30 | reading #1 | 840 | 900 | off scale | 875 | 930 | |
| | reading #2 | 843 | 895 | off scale | 870 | 925 | |
| SV UL/60 | reading #1 | 4.5 | 4.9 | 4.35 | 5.46 | 4.86 | |
| | reading #2 | 4.52 | 4.91 | 4.32 | 5.45 | 4.84 | |
| 24 hour mix | | | | | | | |
| 0.2% vis #2/12 | reading #1 | 1638 | 1775 | 2110 | 1700 | 1800 | |
| | reading #2 | 1630 | 1765 | 2100 | 1710 | 1805 | |
| 0.2% vis #2/30 | reading #1 | 843 | 907 | off scale | 886 | 957 | |
| | reading #2 | 845 | 910 | off scale | 890 | 954 | |
| SV UL/60 | reading #1 | 4.7 | 5.06 | 4.32 | 5.66 | 4.66 | |
| | reading #2 | 4.71 | 5.08 | 4.3 | 5.65 | 4.63 | |

WITNESSED AND UNDERSTOOD

7.19.02

8/1/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085246

138

COMPARE LINEAR APAMS

| | EM 635 | EM 635 | SP 9232 lot #<br>2590-156 | M20403 [rep #3] | 410-403<br>10" - 2010 RPM | |
|---|---|---|---|---|---|---|
| 0.20% | Sₑ 2016 | P864 CO | | | | |
| start time | 1' 16 | 11.31 | 1' 35 | 11:58 | | |
| 2 hr mix | | | | | | |
| 0.2% vis #2/12 | 1630 | 1788 | 400→88 | 1788 | — | 3.33>496.67 |
| 0.2% vis #2/30 | 820 | 875 | 735 | 905 | — | |
| SV UL/60 | 5.26 | 5.81 | 609 | 4.91 | 2.35 | |

24 HOUR      5.31                    :        3.62

24 HR MIX

2% #1/12     163B    2%         (9)
12% #1/30    807     147                          5.76
(9) U2 SV UL/60   5.65

- LARGE 2³/₄" PULP BLADE, SP 9232 (M20403) 0.2% ACTIVES 3.33 g → 500.
  MIX  2 HRS 1000 RPM   0.20% #2/12     1663    351
  ACTUAL 10 MIN - 650 RPM      #2/30    875     178
  + 1' 50"   1000 RPM         SV     4.74          RETON 24 HOUR 4.90

- SMALL BLADE. SP 9232 (M20403) 0.20% ACTIVES . 0.67 → 1000g . 10" - 2000 RPM
  MIX    RUN  0.10% SV - HOLD TIME - 1.5 PM
   . UL/60 RPM        0 HR   1.55      RETEST 24 HR - SETTLED NG
                      1 HR   3.45           "         4.14
                      2 HR   3.62           "         3.84
                      24 HR  4.70           —

- SMALL BLADE . SP 9232 (M20403) 0.20% ACTIVES . 0.67 → 100.0g  60" - 2000 RPM
   RUN  0.10% SV        HOLD TIME  1:30 PM
   . UL/60 RPM          0 HR  4:30 PM + 4.32 4.47 RETON 411/11  —
                        1 HR  3.02           "      —    3.46
                        2 HR  4.71           "      —    4.90
                        24 HR  4.66          "      —

WITNESSED AND UNDERSTOOD

[signature]                    [signature] 8/1/02
   7.25                        

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085247

139

- SMALL BLAR    SP 923¢ (MT04403) 0.20% ACTIVE  1287 →1009. 5 MIN -2000 RPM.
  ~ 0.10% SV    START 2:05 PM
  UC/60 RPM         H2O TIME
                    0  HR      1.05
                    1  HR      3.97

- AS ABOVE, BUT 10 MIN  2000 RPM
    START  2:10
           HOLD TIME
           0  HR     4.24
           1  HR     4.27

- AS ABOVE BUT 5 MIN  2000 RPM
    START.  2:15
            HOLD TIME
            0  HR    3.85
            1  HR    3.88
        JohC H        7.260

90
  - AS ABOVE, REPEAT 10 MIN 2000 RPM
      START 8:58
            1 HR    4.15

NT
  - AS ABOVE MAKE DOWN AT 0.14% ACTIVE. 147 →100. 5 MIN- 2000 RPM.
    DILUTE TO 0.10% w/ 20% NaCl, 35.7 → 50.    0
    START  9:04
           1 HR  SV   3.72

  - AS ABOVE, MAKEDOWN AT 0.10% ACTIVE IN UC SOLN ~ 4% NaCl, 0.10% NT
    0.33 → 100.  5 MIN  UC RPM
    ~ SV
         START:
         1 HR  SV   3.01

WITNESSED AND UNDERSTOOD

_Dan Sedtman_ 8/1/02.

JohC H
7.31.02    C

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A.
NO. 04-293 (KAJ)

HERC0085248

140

MAKEDOWN @ 1.5% ACTIVES. MIX 30 MIN 500 RPM, TITER 94 MIN 150 PPM

SJA -

| | (~ᵘ⁾) | η (SC4-15)(utiliseᵈ) | G'(Pa) |
|---|---|---|---|
| SPG152 (M20402) | 515 | 1,180,548 | 33.9  89.8 |
| | | 1,065,371 | 36.1  96.8 |
| 2540.15L | 245 | 1,112,960 | 22.6  73.7 |
| | | | 26.9  70.9 |

⁽ᵘ⁾ADD 10' IN PLATES BEFORE RUNNING TEST

DV-111

VISCOSITY WAS DETERMINED UTILIZING ELECTRONIC BROOKFIELD LV w/ SMALL SAMPLE
ADAPTER SC4-25. THE TABULAR RESULTS ARE PROVIDED



WITNESSED AND UNDERSTOOD

John C. Haughton
8-1-02

Dan P. Jutman  8/1/02

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

141



CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A.
NO. 04-293 (KAJ)

HERC0085250

142

SUBJECT: SP 9232 DRAINAGE AID

OBJECTIVE: CHARACTERIZE VE PROPERTIES OF:
- CYTEC MOBILE PLANT LOTS M2072S & M20726
- SHEAR MAKEDOWN
- LINEAR APAMS + AMMONIUM ZIRCONIUM CARBONATE (AZC)

EXPERIMENTAL: SEE 441-01 FOR EXPERIMENTAL TEST PARAMETERS

| Polymer | [Polymer] | MAKEDOWN PROCEDURE | | [N] (Pa) |
|---|---|---|---|---|
| SP 9232 [M20725] | 1.5 | 15' - 500 RPM | | 318 |
| [M20726] | 1.5 | 18 hr - 150 RPM | | 138 |
| [M20403] | 1.5 | 10 SEC - 2000 RPM - 18 hr HOLD | | 1640 |
| | 1.5 | 5 MIN - 2000 RPM - 18 hr HOLD | | 860 |
| AN 956 VLM | 1.25 | STIR PLATE - OVERNIGHT | REF 33232-7-6 | 22.4 |
| | 1.25 | " + AZC | 33232-7-1 | 307.264 |
| AN 635 | 0.5 | STIR PLATE - OVERNIGHT | 33232-8-6 | 4/5.5 |
| | 0.5 | " + AZC | 33232-8-1 | NON-HOMOGENOUS |
| SP 9232 [M20403] | 1.5 | 30 MIN 500 RPM + 90 MIN 150 RPM | | 450 CP60/8 |
| 2540-156 | 1.5 | SAMPLES FROM 2 DAYS PREVIOUS | | 251 CP60/2' |

YIELD STRESS - DC 50 - 0.10 TO 100 Pa - 60 SEC EQUILIBRATION TIME
1.5% SOLUTIONS FROM ABOVE

| | | τc | [N/τc] | τc/[N] |
|---|---|---|---|---|
| SP 9232 [M20403] | ~1.5 Pa ~0.4 Pa | | | .0008 |
| 2540-156 | ~1.5 Pa | | | .006 |



WITNESSED AND UNDERSTOOD

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0085251

143

SUBJECT: SP 923L DRAWMA AD

OBJECTIVE: PLAN QC TEST

EXPERIMENTAL

2c)

1. STANDARD BROOKFIELD VISCOSITY TEST.
   REVIEW SHEAR MIXERDOWN SPEED
   3.33 g SP 923L → 800 g DI H₂O w 600 mL BEAKER
   BLADE BOTTOM 1" OFF BOTTOM
   INITIAL 0.2% ACTIVE - MIX 2 HRS

| [POLYMER] | SPEED | START | A 2/r | A 2/30 | UL-60 RPM (1 g in NaCl STIR PLATE 30) |
|---|---|---|---|---|---|
| | | | 0.20% VIS | 0.10% in NaCl | |
| SP 923L [M20x03] | 1000 | 10:05 | 1925 | 745 | 4.85 |
| | 1250 | 10:08 | 1875 | 907 | 4.45 |
| | 1500 | 10:11 | 1863 | 960 | 4.25 |

RETEST 0.10% SV in 1 m NaCl - UL 60 RPM - MIX 30 MINUTE

| | SV |
|---|---|
| - 30 g 0.20% POLYMER SOLU + 30 g 2 m NaCl STIR PLATE - 250 mL PLASTIC BEAKER | 5.1 |
| - 30 g 0.20% POLYMER SOLU + 30 g 2m NaCl STIR PLATE - 4oz BOTTLE | 4.89 |
| - 30 g 0.20% POLYMER SOLU + 30 g 2M NaCl MECHANICAL SHAKER | 4.42 |
| - 250 g 0.20% POLYMER SOLU + 250 g 2 m NaCl 600 mL NALGENE BEAKER - 1000 RPM | 5.08 |

THE REPEAT OF THE STIR PLATE WAS APPROX. 2 HOURS AFTER INITIAL
MIXING COMPLETION. REPEAT + 1 HR (3 HR TOTAL) AFTER MIXING
COMPLETION.

| - 30 g 0.20% POLYMER SOLU + 30 g 2 m NaCl STIR PLATE 250 mL PLASTIC BEAKER | 5.11 |

WITNESSED AND UNDERSTOOD

John C H
8.7.02

Grant Johnson 9/18/02