# EXHIBIT 65

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER—D. DELEWARE C.A. No. 04-293 (KAJ)

# CYTEC

---

| | | | |
|---|---|---|---|
| To: | L. Rosati | Date: | 24 Jan, 2003 |
| Location: | Stamford | Copy to: | J. Kozakiewicz |
| From: | L. Jackson | | |
| Location: | Stamford | | |
| Extension: | 2226 | | |

Subject:   February Monthly Technical Highlights

Water Treating: New Product Introduction

Contents

Redacted

2.4  HERCULES TOLL MANUFACTURE OF AEM 232 (PERFORM SP9232) (WSP-OTHER-02-02) .... 3

Redacted

1




CYT0000801

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

Redacted

CYT0000802

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

**Redacted**

### 2.4 Hercules Toll Manufacture of AEM 232 (Perform SP9232) (WSP-OTHER-02-02).

The Perform SP9232 toll manufacture has been removed from the NPD process and will be managed within the EPAM TMT. The project is near completion.

**Mobile Production Status.** Material manufactured at MA still requires technical coverage, completion of full process automation is scheduled for end of March 2003. The TBHP/$SO_2$ burnout process appears to have been successful and has been implemented at Mobile. Once full automation and the above process has been implemented technical coverage will be removed.

**Botlek Production Status.** Botlek has not yet produced a third batch of material.

**Product Specifications.** Product specifications are nearly finalized.



**Redacted**

CYT0000803

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

# Redacted

CYT0000804

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER--D. DELEWARE C.A. No. 04-293 (KAJ)

Redacted

CYT0000805