# EXHIBIT 72







HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0018665

**PerForm**

## RDC Strategy 2003

- Become recognized as a global RDC player

  - Grow with new technology

    - Microparticle PerForm SP9232 - Alkaline P&W

    - PerForm PM9025/9023 - Alkaline P&W, Mechanical

    - PerForm PC8984/8981 - Brown recycled

  - Grow by gaining case histories with new technology in large corporate accounts

    - NA - Weyco, Mead Westvaco, etc.

    - Europe - UPM, SE, m-real

  - Price at market price

  - Provide quality equipment

    - Right equipment for the right application

    - Control capital spending to the minimum possible

*Complete Solutions for Pulp and Paper*

**HERCULES**

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A
NO. 04-293 (KAJ)

HERC0018666



## PerForm SP9232 Timeline

- End of November, 2001 – First discussions with Cytec
- Mid December, 2001 – Secrecy agreement signed
- January, 2002 – First exchange of technical information
- March, 2002 – First joint lab scale up
- April, 2002 – Pilot plant scale up
- May, 2002 – Full scale production in Mobile
- May, 2002 – Trials at Pasadena and Eastern Fine Paper
- July, 2002 – Scale up in Mobile of SP9232BG for Europe
- October, 2002 – SP9232BG scaled up in Botlek, NL

*Complete Solutions for Pulp and Paper*

**HERCULES**

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A
NO  04-293 (KAJ)

HERC0018667



# PerForm SP9232 Current Status

- PerForm SP9232 applications in all four regions of the world.

- On target to convert over 80% of existing PolyFlex programs globally. ~$10,000,000/year

- Launch teams in place in North America and Europe
  - Presentations and Technical Package available in Applications Atlas
  - Target large corporate groups

- New business in LPB and P&W against silica

- Scaled up in 2 manufacturing plants with the ability to cover all four regions of the world.

*Complete Solutions for Pulp and Paper*

HERCULES

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO 04-293 (KAJ)

HERC0018668



# PerForm

## Key Applications North America

- Converted Mills
  - Pasadena, Eastern Fine Paper, Luke PM7
    - In all cases SP9232 looked equal or better than CP.3
- New Business
  - LPB PM Lewiston
    - Successful verses silica. Wet strength eliminated the need for alum
- Trials run
  - Hawesville, Boise Cascade Jackson, Papier Kingsley Falls, Lewiston board PM,
    - In all cases SP 9232 gave good results. Mechanical problems at Hawesville and Jackson.

*Complete Solutions for Pulp and Paper*

HERCULES

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A
NO. 04-293 (KAJ)

HERC0018669



PerForm

# Key Applications North America

- Trials scheduled for October / November
  - Weyco Johnsonburg
  - Atlantic Packaging
  - La Tuque
  - Boise, St Helens
  - Weyco, Longview
  - Cascades, K Falls
  - Finch Pryun
  - GP Crossett

- Opportunites for new business
  - Upper Mill, MeadWestvaco, Luke
  - Potlatch, Lewiston board PM
  - MeadWestvaco, Rumford
  - MeadWestvaco, Escanaba
  - Mohawk, Cohoes
  - Berlin, NH  towel PM
  - Willamette, Kingsport
  - SSCC West Point

*Complete Solutions for Pulp and Paper*

HERCULES

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0018670



# PerForm

## CP.3 Conversion to PerForm SP9232

| $ Value | Mill | Status |
|---|---|---|
| 625 | Pasadena Paper | Converted to SP9232 |
| 180 | Eastern Fine Paper | Converted to SP9232 |
| 110 | MeadWestvaco, Luke | PM 7 Converted to SP9232 |
| 1,700 | Weyco, Hawesville | K1 - Nalco trial planned against us |
| | | K2 - Believe a trial is possible / CP.3 license OK |
| 550 | Weyco, Johnsonburg | SP is in mill waiting for trial |
| 150 | Weyco Longview | Trail scheduled Oct.30 |
| 100 | Atlantic Pkg | Trial end of Oct |
| 50 | Cascades, K Falls | Trial end of Oct |
| 100 | Papier, K Falls | Successful trial Oct. 7 week |
| 50 | United Corstack | Looking for alternative product |
| 125 | Boise, Jax | Sheet spots in 1st trial / selling 2nd trial |
| 430 | Boise, St Helens | Trial Nov.15 |
| 620 | Finch | Trial Oct.21 week |
| 1,000 | GP.Crossett | Trials Nov. 4 week |
| 70 | Interface Solutions (2) | License for CP.3 OK, sales trying to convert |
| 850 | SSCC, La Tuque | Trials Oct.14 week |
| 760 | UPM, Mirimichi | License for CP.3 until RFT is complete |
| 100 | IP Roanoke Rapids | Transfer grade to another mill / no microparticle |
| $ 7,570 | | |

*Complete Solutions for Pulp and Paper*

# HERCULES

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO  04-293 (KAJ)

HERC0018671



PerForm

# Key Applications Europe

- UPM, Kymi Finland
  - PM 7 2 week trial run with great success (+10% over CP.3). The second trial starts October 14 for 2-3 weeks. If sucessful we will stay on the machine.
  - PM 9 trial scheduled for end of October
- Smurfit, Facture France
  - White liner converted to SP9232 from CP.3 in September. Results were roughly equal
- Stora Enso, Berghuiser NL
  - **New Business**... Extended trial until end of November vs. EKA silica
- Opportunities... Kangas, Alipap, Soprocel, Hussum, New Thames

*Complete Solutions for Pulp and Paper*

**HERCULES**

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A
NO. 04-293 (KAJ)

HERC0018672



**PerForm**

## Key Applications AP & LA

- AP
  - The CP.3 / Silica application at Advanced Agro in Thailand has been successfully converted to SP 9232 in September.
  - Opportunities in Indonesia and Australia are being persued.
- LA
  - CPMC Maule, the largest CP.3 account in LA has been converted to SP 9232.
  - Two smaller CP.3 accounts in Brazil will run conversion trials in October/November.

*Complete Solutions for Pulp and Paper*

**HERCULES**

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A.
NO  04-293 (KAJ)

HERC0018673



PerForm

## Why Cytec?

- Technical support
  - Large group of support scientists
  - Good pilot facilities in Mobile plant
- Best choice for a quick scale up globally
  - Currently shipping CP.3 to all our customers globally.
  - Shipping and inventoring SP9232 for our customers would be simplified over other toll manufacturers
- Legal certainty
  - If Cytec lawyers would approve manufacturing the product, SP9232 would have to be outside any CP.3 patents that were sold to CIBA

*Complete Solutions for Pulp and Paper*

HERCULES

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0018674



## PerForm

### Manufacturing / Distribution

- North America
  - SP9232 was successfully scaled up in Mobile in April, 2002
  - Full scale production in May
  - Shipping product currently to AP and LA from Mobile
  - Product inventoried in St. Jean, Canada and Longview, WA
  - Manufacturing possible in Longview for West Coast & AP
- Europe
  - SP9232**BG** manufactured in the US is inventoried in Botlek, NL
  - SP 9232**BG** was successfully scaled up in Botlek 10/8/02
- PerForm SP9232 is shipped 3rd party direct in US and Europe.

*Complete Solutions for Pulp and Paper*

**HERCULES**

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO  04-293 (KAJ)

HERC0018675


**PerForm**

# Toll Manufacturing Contract

- SP9232 is currently being manufactured under a handshake agreement. The speed of the scaleup made it difficult to predict what the toll agreement should look like.

- A secrecy agreement is in place.

- Discussions for a toll agreement are underway.

- Current cost in NA is $0.51/lb verses $0.71/lb for PolyFlex. Some room for a price reduction exists.

- Both parties agree that now is the correct time to formalize an agreement to protect both parties.

*Complete Solutions for Pulp and Paper*

**HERCULES**

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO  04-293 (KAJ)

HERC0018676

PerForm

## Other New Technologies

- PerForm PM 9025 silica

  – Supplied by Vinings / Kemira

  – PerForm PM9025 has proven that BMA0 technology can compete with the newer silicas.

  – PerForm PM9023 is being introduced in NA to gain second source ( Grace Davison).

  – Trials with PM9023 in Q3/4 in NA.

  – Introduce PM9023 in Europe in Q1 2003.

  – Focus growth where PerForm SP9232 is not effective and in bids where silica is the favored technology.

  – Second source should be able to provide silica in LA and AP in the future. Other sources will also be investigated.

*Complete Solutions for Pulp and Paper*

HERCULES

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0018677



# PerForm PM9025/9023 Applications

- Applications
  - IP, Texarkana board machine - replaced Nalco silica with better results according to IP R&D
  - GP, Toledo - replaced EKA advanced silica in bid
  - Pasadena Paper - replaced EKA silica in saveall
- Trials currently running
  - Willamette, Port Huenme - In combination with PerForm PC 8715. PC8715 gave good results addition of silica questionable.
- Opportunites
  - New grade work with IP to give opportunity at Tex and Pine Bluff.
  - CanFor, Prince George,

*Complete Solutions for Pulp and Paper*

**HERCULES**

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO  04-293 (KAJ)

HERC0018678



# Other New Technologies

- PerForm PC8984
  - Trials have proven PC8984 to be effective verses Polymin SK in recycled brown paper retention and drainage.
  - A second product, PerForm PC8981 is in the introduction process.
  - Both are low solids products from same plants as Hercobond (in NA).
  - Working with the Strength Group to develop business in brown recycled grades.
  - Investigating the introduction of both products in Europe.
  - Developing low cost feed systems.
  - Gain "handshake" exclusivity for these products from SNF

*Complete Solutions for Pulp and Paper*

**HERCULES**

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0018679



PerForm

# PerForm PC8984/8981 Applications

- Applications
  - SSCC Jax - replaced dual cat program
  - SSCC Vernon - replaced PEI
- Trials
  - Norampac, Niagara Falls
  - Port Townsend - October
  - Rock Tenn, Chattanooga - October
- Opportunities
  - SSCC, West Point
  - SSCC, Uncasville
  - Willamette, Campti
  - SSCC, Philadelphia
  - Rand Whitney
  - SSCC Thunder Bay

*Complete Solutions for Pulp and Paper*

**HERCULES**

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0018680



HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A
NO  04-293 (KAJ)

HERC0018681





# PerForm

## A New Solution For New Needs In Alkaline Paper Grades

### PerForm® SP Advanced Retention and Drainage Technology

*Complete Solutions for Pulp and Paper*

**HERCULES**

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO  04-293 (KAJ)

HERC0018682



HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A
NO  04-293 (KAJ)



# PerForm

## Recent Trends in Alkaline Papermaking

- Cost reduction
- Larger machines with closed loop control
  - Need for flexible retention systems
- Increase in filler use
  - Need for higher FPAR
- Use of PCC from satellite plants
  - Lower sizing efficiency -----> Fines retention very critical
- Production of brighter grades
  - Minimize interference with OBAs and dyes
- Suitability for inkjet printability
  - Optimum sheet surface properties -----> Filler distribution

*Complete Solutions for Pulp and Paper*

**HERCULES**

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A
NO  04-293 (KAJ)

HERC0018684

# PerForm

## PerForm® SP Advanced Retention and Drainage Technology

- Highly-charged anionic organic particulate

- Three-dimensional structured microcomplex

- Exclusive Hercules technology with multiple patents pending



*Complete Solutions for Pulp and Paper*

**HERCULES**

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0018685



**PerForm**

## Features of PerForm® SP

- Reduced VOC content

- Standard makedown requirements

- FDA approved

- Stable structure - less vulnerable to process chemistry variations

- Flexible technology enables papermakers to balance production and sheet quality needs

*Complete Solutions for Pulp and Paper*

**HERCULES**

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0018686



## Benefits of PerForm® SP

- Improved machine runnability
  - Linear dose response curve
- Improved stability
  - Minimum sensitivity to chemistry changes
- Higher sheet ash content and/or reduced filler cost
- Reduced chemical costs such as size in PCC filled paper
- Minimum interference with OBAs

*Complete Solutions for Pulp and Paper*

HERCULES

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0018687



# PerForm

## Benefits of PerForm® SP

- Improved filler distribution within the sheet

- Reduced energy usage

- Reduced waste water treatment costs

- Achieving quality specifications at a lower cost

- Improved machine cleanliness resulting in less down time and sheet defects

*Complete Solutions for Pulp and Paper*

HERCULES

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A
NO  04-293 (KAJ)

HERC0018688

# PerForm

## Structural Integrity

### Older Micropolymers

### New Structured Organic Particulate





Extreme Papermaking Conditions (e.g. high conductivity)

*Polymer strands collapse leaving less charge available*

*Polymer "ropes" maintain rigidity resulting in more available charge*

*Complete Solutions for Pulp and Paper*

## HERCULES

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO  04-293 (KAJ)

HERC0018689



# Dosage Response on White Water Consistency

— System A
······· PerForm® SP

Consistency (g/l)

2.5
2.0
1.5
1.3
1.0

Dose (g/l)

*Alkaline Copy Paper (22% PCC in the sheet)*

*Complete Solutions for Pulp and Paper*

PerForm

HERCULES

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0018690





Complete Solutions for Pulp and Paper

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0018691



# PerForm

## What Makes PerForm® SP Different?

| | Inorganic Microparticle | Traditional Micropolymer | Structured Organic Particulate |
|---|---|---|---|
| Tradename(s) | Positek, Hydrocol, Compozil | PolyFlex | PerForm® SP |
| Structural Integrity | Solid | Compressible | Slightly compressible |
| Dosage Response | Not always linear | Linear | Linear |
| Filler Retention | Good | Better | Best |
| Drainage | Good | Good | Good |
| Effect of Conductivity | Best tolerance | Least tolerance | Some tolerance |
| Enhancement Chemistry | Potato starch (silica) | Alum source | Activator (alum, PAC or certain cationics) |
| Impact on Customer Operating Cost | Good | Better | Best |

*Complete Solutions for Pulp and Paper*

HERCULES

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A
NO  04-293 (KAJ)

HERC0018692



# PerForm® SP System
# Components and Mechanism

*Complete Solutions for Pulp and Paper*

**PerForm**



**HERCULES**

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO  04-293 (KAJ)

HERC0018693




HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A.
NO  04-293 (KAJ)



Complete Solutions for Pulp and Paper

PerForm

Fiber System

HERCULES

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0018695



Well Dispersed Filler System - Poor Retention

Complete Solutions for Pulp and Paper







PerForm

HERCULES

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0018696



Highly Flocculated Filler - Blocked Drainage Channels

Complete Solutions for Pulp and Paper













Dispersed Filler With Attached Polyacryiamide

*Complete Solutions for Pulp and Paper*

PerForm



HERCULES

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A
NO  04-293 (KAJ)

HERC0018698







PerForm SP

Evenly Distributed Microflocs - Good Drainage

Complete Solutions for Pulp and Paper

HERCULES

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO. 04-293 (KAJ)

HERC0018699



# PerForm® SP
# Equipment Requirements

*Complete Solutions for Pulp and Paper*

**HERCULES**

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO  04-293 (KAJ)

HERC0018700



PerForm

# Equipment Requirements

- Alum / PAC feed skid
  - Store product "as received" due to hydrolysis
  - Random (post) dilution
    - Less than 1% dry basis
    - 2 to 3 ft/sec higher velocity than stock velocity

- PAM - standard polymer make down equipment and feed skids



*Complete Solutions for Pulp and Paper*

HERCULES

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO  04-293 (KAJ)

HERC0018701

# PerForm 

## Equipment Requirements

- PerForm® SP

  – Minimal time required in dilute polymer tank

  – Emulsion must be "broken" under shear (30-40 psi pressure drop)

  – "Break" at 0.75% and agitate!

  – Post dilution consistent with a Hercules Polymer Velocity Calculator

    • Greater than 10X dilution and greater than 2ft / sec. velocity at the point of feed

  – EM15, EM25, EM40 or similar

*Complete Solutions for Pulp and Paper*

**HERCULES**

HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A
NO. 04-293 (KAJ)

HERC0018702



*Complete Solutions for Pulp and Paper*





HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C A
NO  04-293 (KAJ)







HIGHLY SENSITIVE SUBJECT TO PROTECTIVE ORDER
DIST. DELAWARE C.A.
NO  04-293 (KAJ)

HERC0018707