

**Potter
Anderson
& Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984-6000

www.potteranderson.com

Richard L. Horwitz
Partner
Attorney at Law
rhorwitz@potteranderson.com
302 984-6027 Direct Phone
302 658-1192 Fax

July 21, 2006

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

    Re:   *Ciba Specialty Chemicals Corporation v. Hercules Incorporated, et al.*
           <u>Civil Action No. 04-293(KAJ)</u>

Dear Judge Jordan:

    Pursuant to the Court's July 7, 2006 Order, I am writing on behalf of defendants with respect to the judgment to be entered in this case. We have tried to reach agreement with Ciba, but have been unable to do so. Therefore, enclosed herewith is defendants' proposed judgment, which we believe accurately reflects the substance of the Court's Orders that should be referenced specifically in the judgment. Counsel are available at the Court's convenience if Your Honor has any questions.

                              Respectfully,

                              */s/ Richard L. Horwitz*

                              Richard L. Horwitz

RLH/msb/742293
Enclosure

    cc:   Clerk of the Court (via hand delivery)
           Thomas L. Creel, P.C. (via electronic mail)
           Marta E. Gross, Esquire (via electronic mail)
           Ford F. Farabow, Esquire (via electronic mail)
           Joann M. Neth, Esquire (via electronic mail)
           Gordon R. Coons, Esquire (via electronic mail)
           Eley O. Thompson, Esquire (via electronic mail)
           Chad M. Shandler, Esquire (via electronic mail)