IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION,  <br><br>Plaintiff,  <br><br>v.  <br><br>HERCULES INCORPORATED and CYTEC INDUSTRIES, INC.,  <br><br>Defendants. | ) <br> ) <br> ) <br> ) <br> ) C. A. No. 04-293 (KAJ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JUDGMENT

The Court's Order, entered June 20, 2006, construed the claim terms "cross linking agent" and "microbead"; granted in part and denied in part the Motion for Claim Construction (D.I. 274) to the extent it related to the foregoing claim terms; granted Hercules Incorporated's Motion for Summary Judgment of Non-Infringement (D.I. 289); denied Ciba Specialty Chemical Corporation's Motion for Summary Judgment of Infringement; granted summary judgment of non-infringement for Cytec Industries, Inc.; and denied as moot Hercules' Motion for Partial Summary Judgment Limiting Damages (D.I. 284); Cytec's Motion to Join Hercules' Answering Brief in Opposition to Ciba's Motion for Summary Judgment (D.I. 314); and Hercules' Motion for a Postponement of Trial (D.I. 343). The Court's Order, entered May 10, 2006 (D.I. 369), granted Hercules' Motion for Partial Summary Judgment Holding That Hercules Is Not Precluded From Asserting Invalidity and Unenforceability of the Patents in Suit Because of Alleged Privity Between Cytec and Hercules. The Court's Order, entered July 7, 2006 (D.I. 415), pursuant to Defendants' Unopposed Motion to Dismiss Counterclaims Without Prejudice, dismisses without prejudice Hercules' Counterclaims for Declaratory Judgment of

Invalidity of U.S. Patent Nos. 5,167,766 and 5,171,808; Hercules' Counterclaims for Declaratory Judgment of Unenforceability of U.S. Patent Nos. 5,167,766 and 5,171,808; and Cytec's Counterclaims for License Under the '766 Patent and License Under the '808 Patent. Good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff shall take nothing by its complaint.

2. Defendants Hercules Incorporated and Cytec Industries, Inc. do not infringe claims 1, 3, 5, 7, 9, 11, 13, 17, 19, 21, 23, and 25 of U.S. Patent No. 5,167,766, which are the only claims asserted in this action.

3. Defendants Hercules Incorporated and Cytec Industries, Inc. do not infringe claims 1, 6-8, 11, 13, 15, 17, and 20-21 of U.S. Patent No. 5,171,808, which are the only claims asserted in this action.

4. Defendants Hercules Incorporated and Cytec Industries, Inc. are not and have not been in privity and thus Hercules is not precluded from asserting the invalidity and unenforceability of U.S. Patent No. 5,167,766 and U.S. Patent No. 5,171,808.

5. All of the parties' claims and counterclaims filed in this action have been adjudicated or dismissed without prejudice, and the Court hereby enters judgment in favor of defendants Hercules Incorporated and Cytec Industries, Inc. and against plaintiff Ciba Specialty Chemicals, Inc.

Dated: _____          _____
                                       United States District Court Judge

739863