# RICHARDS, LAYTON & FINGER
A PROFESSIONAL ASSOCIATION
ONE RODNEY SQUARE
920 NORTH KING STREET
WILMINGTON, DELAWARE 19801
(302) 651-7700
FAX (302) 651-7701
WWW.RLF.COM

CHAD M. SHANDLER
DIRECTOR

Direct Dial Number
302-651-7836
Shandler@rlf.com

July 21, 2006

**VIA E-FILING**

The Honorable Kent A. Jordan
United States District Court
844 King Street
Wilmington, DE 19801

Re: **Ciba Specialty Chemicals Corporation v. Hercules Incorporated, et al.
Civil Action No. 04-293 (KAJ)**

Dear Judge Jordan:

      This is in response to Court's Order of July 7, 2006 requiring the parties to confer and submit a form of judgment to the Court. The parties have conferred and have been unable to reach agreement on a proposed form of judgment. Accordingly, Ciba is submitting the enclosed proposed form of judgment.

      There seem to be two key differences between the form of judgment proposed by Ciba and that being proposed by the Defendants.

      First, Ciba believes that it would be inaccurate to include language in the judgment referencing the Court's decision relative to privity. It is our understanding that this is to be a final judgment on Ciba's complaint for patent infringement. The Court's decision on privity does not provide any basis for such a judgment. The basis for such a judgment is the Court's decision of summary judgment of non-infringement. Invalidity and unenforceability did not form any part of the Court's decision and Hercules's declaratory judgment counterclaims have now been dismissed. Moreover, the Court's decision on privity has already been documented in an Order issued by the Court (See D.I. 369).

      Second, Ciba believes that the paragraphs of the judgment outlining the Court's decision of non-infringement in the Defendants' proposed judgment are overbroad in that they do not identify the product at issue in this case and on which the Court's summary judgment decision is based. Thus, Ciba proposes that those paragraphs identify PerForm® SP 9232 as the product found not to infringe.

The Honorable Kent A. Jordan
July 21, 2006
Page 2

Counsel is available at the Court's convenience if Your Honor has any questions.

Respectfully,

Chad M. Shandler (#3796)

CS:ps

cc: Clerk of the Court (By E-Filing)
Ford F. Farabow, Jr. Esq. (By Facsimile)
Joann M. Neth, Esq. (By Facsimile)
Richard L. Horowitz, Esq. (By E-Filing and Hand Delivery)
Eley O. Thompson, Esq. (By Facsimile)
Thomas L. Creel, Esq. (By Facsimile)

RLF1-3040200-1