IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.    ) | C. A. No. 04-293 (KAJ) |
| ) | |
| HERCULES INCORPORATED and ) | |
| CYTEC INDUSTRIES, INC., ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

The Court's Order, entered June 20, 2006 (D.I. 412) granted Hercules Incorporated's Motion for Summary Judgment of Non-Infringement (D.I. 289) and granted summary judgment of non-infringement for Cytec Industries, Inc. The Court's Order, entered July 7, 2006 (D.I. 415), pursuant to Defendants' Unopposed Motion to Dismiss Counterclaims Without Prejudice, dismisses without prejudice Hercules' Counterclaims for Declaratory Judgment of Invalidity of U.S. Patent Nos. 5,167,766 and 5,171,808; Hercules' Counterclaims for Declaratory Judgment of Unenforceability of U.S. Patent Nos. 5,167,766 and 5,171,808; and Cytec's Counterclaims for License Under the '766 Patent and License Under the '808 Patent. Good cause appearing therefore,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiff shall take nothing by its complaint.

2. Defendants Hercules Incorporated and Cytec Industries, Inc. do not infringe claims 1, 3, 5, 7, 9, 11, 13, 17, 19, 21, 23, and 25 of U.S. Patent No. 5,167,766, which are the only claims asserted in this action, through their manufacture, use, sale and/or offer for sale of the PerForm® SP9232 product.

3. Defendants Hercules Incorporated and Cytec Industries, Inc. do not infringe claims 1, 6-8, 11, 13, 15, 17, and 20-21 of U.S. Patent No. 5,171,808, which are the only claims asserted in this action, through their manufacture, use, sale and/or offer for sale of the PerForm® SP9232 product.

4. All of the parties' claims and counterclaims filed in this action have been adjudicated or dismissed without prejudice, and the Court hereby enters judgment in favor of defendants Hercules Incorporated and Cytec Industries, Inc. and against plaintiff Ciba Specialty Chemicals, Inc.

Dated: _____    _____
                                     United States District Court Judge