IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION,<br><br>        Plaintiff,<br><br>v.<br><br>HERCULES, INC., and CYTEC INDUSTRIES, INC.,<br><br>        Defendants. | Civil Action No. 04-293-KAJ |

### JUDGMENT

Based on the rulings made in this case,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1.  Plaintiff shall take nothing by its complaint.

2.  Defendants Hercules Incorporated and Cytec Industries, Inc. do not infringe claims 1, 3, 5, 7, 9, 11, 13, 17, 19, 21, 23, and 25 of U.S. Patent No. 5,167,766, which are the only claims of that patent asserted in this action.

3.  Defendants Hercules Incorporated and Cytec Industries, Inc. do not infringe claims 1, 6-8, 11, 13, 15, 17, and 20-21 of U.S. Patent No. 5,171,808, which are the only claims of that patent asserted in this action.

4.  All of the parties' claims and counterclaims filed in this action have been adjudicated or dismissed without prejudice, and accordingly the Court hereby enters judgment in favor of defendants Hercules Incorporated and Cytec Industries, Inc. and against plaintiff Ciba Speciality Chemicals, Inc.

July 27, 2006
Wilmington, Delaware

UNITED STATES DISTRICT JUDGE