IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CIBA SPECIALTY CHEMICALS CORPORATION,<br><br>          Plaintiff,<br><br>    v.<br><br>HERCULES, INC. and CYTEC INDUSTRIES, INC.,<br><br>          Defendants. | C.A. No. 04-293 (KAJ) |

## NOTICE OF APPEAL TO THE UNITED STATES
## COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Notice is hereby given pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure that Plaintiff Ciba Specialty Chemicals Corporation ("Ciba") appeals to the United States Court of Appeals for the Federal Circuit from the Court's Judgment of July 27, 2006; and all opinions, orders and rulings subsumed or incorporated therein, including, without limitation, the Order of June 20, 2006 construing patent terms, granting Hercules Inc.'s ("Hercules") motion for summary judgment of noninfringement, granting summary judgment of noninfringement for Cytec Industries, Inc. ("Cytec"), denying Ciba's motion for summary judgment of infringement; the Order of May 10, 2006 granting Hercules' motion for partial summary judgment holding that Hercules is not precluded from asserting invalidity and unenforceability of the patents in suit because of alleged privity between Cytec and Hercules; the Order of May 9, 2006 denying Ciba's motion under Fed. R. Civ. P. 52 and granting Hercules' motion under Rule 52 relating to privity; and, the Order of October 3, 2005 denying Ciba's motion to amend.

RLF1-3052054-1


Frederick L. Cottrell III (#2555)
Jeffrey L. Moyer (# 3309)
Chad M. Shandler (#3796)
Richards, Layton & Finger, P.A.
P.O. Box 551
One Rodney Square
Wilmington, Delaware 19899-0551
Attorneys for Plaintiff

Of Counsel:
Gordon R, Coons
Eley O. Thompson
Gregory C. Bays
LEYDIG, VOIT & MAYER, LTD.
Two Prudential Plaza, Suite 4900
Chicago, Illinois 60601

Dated: August 25, 2006

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2006 I hand delivered the foregoing document to the following persons and electronically filed the foregoing document with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

Richard L. Horwitz, Esquire
David E. Moore, Esquire
Potter Anderson & Corroon LLP
Hercules Plaza, 6th Floor
1313 N. Market Street
P. O. Box 951
Wilmington, DE  19899-0951

I hereby certify that on August 25, 2006, I have Federal Expressed the foregoing document to the following non-registered participants:

Ford F. Farabow, Jr., Esquire
Joann M. Neth, Esquire
A. Neal Seth, Esquire
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington, DC  20001-4413

Thomas L. Creel, Esquire
Goodwin Proctor, LLP
599 Lexington Avenue
New York, NY  10022

_____
Chad M. Shandler (#3796)